# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | **Hearing Date: Not Applicable** |
| | ) | **Responses Due: January 14, 2005** |

## NOTICE OF CLAIMS PREVIOUSLY SATISFIED

W. R. Grace & Co. and its affiliated debtors and debtors in possession herein

(collectively, the "Debtors"), by and through their undersigned attorneys, hereby file this notice

(the "Notice") identifying (a) claims filed against the Debtors that the Debtors believe have been

satisfied postpetition in full (the "Fully Satisfied Filed Claims"), (b) claims filed against the

Debtors that the Debtors believe have been satisfied postpetition in part (the "Partially Satisfied

Filed Claims"), and (c) scheduled claims that the Debtors believe have been satisfied postpetition

(the "Satisfied Scheduled Claims") (collectively, the "Satisfied Claims") by (i) payments made

pursuant to an order of the court authorizing such payments or (ii) by payments made in the

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

ordinary course of the Debtors' business for postpetition goods and/or services. In support of this Notice, the Debtors respectfully represent as follows:

## BACKGROUND

1.     On April 2, 2001 (the "Petition Date"), each of the Debtors in these Chapter 11 cases filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") commencing their respective Chapter 11 cases.

## PROOFS OF CLAIM AND BAR DATE

2.     By an order dated April 25, 2002, this Court set March 31, 2003 as the last date for filing proofs of claim for all prepetition claims relating to asbestos property damage, non-asbestos claims (including all governmental claims) and medical monitoring claims. A bar date has yet to be set for asbestos personal injury claims and claims related to Zonolite Attic Insulation.

## CLAIMS SATISFIED POSTPETITION

3.     In connection with its review of all claims filed to date against the Debtors' estates, the Debtors have identified the Satisfied Claims as claims that the Debtors believe were satisfied postpetition. The Satisfied Claims generally fall into the following categories:

> a.     *Fully Satisfied Filed Claims.* The claims identified on <u>Exhibit A</u> and annexed hereto are filed claims that were satisfied in full by the Debtors after the Petition Date. Certain of these Fully Satisfied Claims are claims that were satisfied by payments made pursuant to the Debtors' authority pursuant to orders of the Court authorizing such payments.

2

    **b.**    ***Partially Satisfied Filed Claims.***  The claims identified on <u>Exhibit B</u> and annexed hereto are filed claims that were partially satisfied by the Debtors after the Petition Date.  Certain of these Partially Satisfied Claims are claims that were satisfied by payments made pursuant to the Debtors' authority pursuant to orders of the Court authorizing such payments.

    **c.**    ***Satisfied Scheduled Claims.***  The claims identified on <u>Exhibit C</u> and annexed hereto are scheduled claims that were satisfied by the Debtors after the Petition Date.  Certain of these Satisfied Scheduled Claims are claims that were satisfied by payments made pursuant to the Debtors' authority pursuant to orders of the Court authorizing such payments.

**A.**    <u>**Fully Satisfied Filed Claims**</u>

    4.    The Debtors have reviewed their Books and Records and have determined that the Fully Satisfied Filed Claims listed on <u>Exhibit A</u> have been satisfied by payments made after the Petition Date and that no further payments or distributions are required on account of such claims.  Accordingly, the Debtors intend to designate the Fully Satisfied Filed Claims on their claims register as having been previously satisfied so that their records are accurate for purposes of making distributions under any plan of reorganization.

    5.    Furthermore, holders of Fully Satisfied Filed Claims are, as of the applicable voting record date, precluded from voting on any Chapter 11 plan filed in the Debtors' cases.

    6.    Out of an abundance of caution, however, the Debtors thought it appropriate to serve this Notice on all affected parties to the Fully Satisfied Filed Claims, so that

3

such parties are provided an opportunity to object to the Debtors' position that such claims have been satisfied in full.

**B.**     **Partially Satisfied Filed Claims**

7.     The Debtors have also determined that the Partially Satisfied Filed Claims listed on <u>Exhibit B</u> have been partially satisfied by payments made after the Petition Date. Accordingly, the Debtors intend to designate the Partially Satisfied Filed Claims on their claims register as having been previously partially satisfied so that their records reflect the correct amount due for purposes of making distributions under any plan of reorganization.

8.     Additionally, the Debtors thought it appropriate to serve this Notice on all affected parties to the Partially Satisfied Filed Claims, so that such parties are provided an opportunity to object to the Debtors' position that such claims have been partially satisfied.

**C.**     **Satisfied Scheduled Claims**

9.     Finally, the Debtors have determined that the Satisfied Scheduled Claims listed on <u>Exhibit C</u> have been satisfied by payments made after the Petition Date. Accordingly, the Debtors intend to designate the Satisfied Scheduled Claims on their claims register as having been previously satisfied so that their records are accurate for purposes of making distributions under any plan of reorganization.

10.     Furthermore, holders of Fully Satisfied Filed Claims are, as of the applicable voting record date, precluded from voting on any Chapter 11 plan filed in the Debtors' cases.

11.     Out of an abundance of caution, however, the Debtors thought it appropriate to serve this Notice on all affected parties to the Satisfied Scheduled Claims, so that such parties are provided an opportunity to object to the Debtors' position that such claims have been satisfied in full.

4

## RESPONSES

12.    By this Notice, the Debtors request that any party (1) disputing the Debtors' position, with respect to any of the Fully Satisfied Filed Claims, that such claims have been paid in full, (2) disputing the Debtors' position, with respect to any of the Partially Satisfied Filed Claims, that such claims have been partially satisfied, or (3) disputing the Debtors' position, with respect to any of the Satisfied Scheduled Claims, that such claims have been paid in full, file a written response with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware  19801, and serve such response upon the following entities, so that the response is received no later than January 14, 2005 at 4:00 p.m. (Eastern Time), at the following addresses:

>
> Kirkland & Ellis LLP
> 200 E. Randolph Drive
> Chicago, Illinois 60601
> Attn:   Joseph S. Nacca
>
> -and-
>
> Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
> 919 North Market Street, 16th Floor
> P. O. Box 8705
> Wilmington, Delaware 19899-8705 (Courier 19801)
> Attn: David W. Carickhoff, Jr.
>
> Co-Counsel for the Debtors

13.    The Debtors will then make every effort to review the Satisfied Claim with the claimant to determine whether (1) in the case of a Fully Satisfied Filed Claim or a Satisfied Scheduled Claim, any obligation remains outstanding, or (2) in the case of a Partially Satisfied Filed Claim, any obligation in addition to the modified claim amount remains outstanding. In the event that the parties are unable to reach a resolution, the Debtors will file a formal objection to such claims and set such dispute for a hearing with the Court.

5

## RESERVATION OF RIGHTS

14.    The Debtors reserve their rights to file additional objections to any claims

in these cases, including, without limitation, objections as to the amounts asserted by each of the

Satisfied Claims, or any other claims (filed or not) against the Debtors.

Dated:  December 14, 2004

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
(302) 652-4100

Co-Counsel for Debtors and Debtors in Possession

6

# Exhibit A

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AAA COOPER TRANSPORTATION<br>KINSEY RD<br>PO BOX 6827<br>DOTHAN AL 36302 | 01-01140<br>W.R. GRACE & CO.-CONN. | 49 | $485.06 | (U) | POST PETITION FRIEGHT BILL WAS PAID 4/26/01, CHECK #5576 |
| 2 | ADC TRUCK TERMINAL<br>PO BOX 7661<br>NEWPORT BEACH CA 92658 | 01-01139<br>W.R. GRACE & CO. | 2044 | $193.00 | (U) | ALL INVOICES ATTACHED TO SCHEDULE WERE FOR POST PETITION INVOICES THAT CLEARED VIA AMER BILL ON 3/1/02. |
| 3 | ADVOGADOS, DANIEL<br>AV REPULBICA DO CHILE 230/8 FL<br>RIO DE JANEIRO RJ 02003-1170<br>BRAZIL | 01-01140<br>W.R. GRACE & CO.-CONN. | 1577 | $6,336.90 | (U) | 9448-02/9433-02/9427-01/9459-01/9413-02 PAID 7/18/02 CHECK #39501--2G5175/76 PAID 7/30/02-CHECK #40412 |
| 4 | AIR PRODUCTS AND CHEMICALS INC<br>BANKRUPTCY DEPT<br>7201 HAMILTON BLVD M/C A6313<br><br>ALLENTOWN PA 18510 | 01-01139<br>W.R. GRACE & CO. | 15446 | $9,392.29 | (A) | INVOICES ARE POST PETITION AND ALL HAVE BEEN PAID. |
| 5 | AMERICAN ANALYTICAL & TECHNICAL<br>1700 W ALBANY<br>BROEN ARROW OK 74012 | 01-01139<br>W.R. GRACE & CO. | 1267 | $3,941.16 | (U) | ALL CLAIMED INVOICES WERE POST PETITION AND ALL HAVE BEEN PAID. |
| 6 | AMR TRAINING GROUP INC DBA AMERICAN AIRL<br>AMERICAN AIRLINES TRAINING & CONF CTR<br>ACCOUNTS RECEIVABLE<br>4501 HWY 360 MD 906<br>FORT WORTH TX 76155 | 01-01139<br>W.R. GRACE & CO. | 2099 | $63,356.33 | (U) | POST PETITION INVOICES WERE PAID 11/5/03, CHECK #3999871. |
| 7 | BIANCHETTI BRACCO MINOSA SRL<br>VIA ROSSINI 8<br>MILAN 20422<br>ITALY | 01-01140<br>W.R. GRACE & CO.-CONN. | 2211 | $741.39 | (U) | CLAIMED INVOICE WAS PAID BY TREASURY 6/2003 IN EUROS748.87. ORIGINAL PAYMENT WAS MADE PRE-PETITION (11/2/00) BUT RETURNED TO BANK ON 2/26/01. |
| 8 | BULK TRANSIT CORPORATION<br>7177 INDUSTRIAL PKWY<br>PLAIN CITY OH 43064 | 01-01139<br>W.R. GRACE & CO. | 1323 | $954.00 | (U) | INVOICES WERE FOR FREIGHT THAT IS EXEMPT FROM BANKRUPCY HOLDING AND THEREFORE PAID 4/6/01 WITH CHECK #4222. |
| 9 | CDI CORPORATION<br>TEN PENN CENTER 12TH FL<br>18TH & MARKET<br>PHILADELPHIA PA 19103 | 01-01139<br>W.R. GRACE & CO. | 113 | $10,192.40 | (U) | INVOICES PAID POST-PETITION. CHECK # 6482 5/17/01 FOR 4418228/229 AND CHECK #12569 FOR 04414480 8/7/01. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured<br>(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/2/2004 2:42:34 PM

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | CENTRAL TRANSPORT INTL INC 12226 STEPHENS RD WARREN MI 48089 | 01-01139 W.R. GRACE & CO. | 720 | $680.99 | (U) | FREIGHT BILL EXEMPT FROM BANKRUPCY HOLD WAS PAID ON 3/7/03, CHECK # 756619 (BY CASS). |
| 11 | CITY OF PRESQUE ISLE 12 SECOND ST PRESQUE ISLE ME 04769 | 01-01139 W.R. GRACE & CO. | 2032 | $73.14 | (S) | POST PETITION INVOICE WAS PAID 7/17/02, CHECK #351299. |
| 12 | CORPORATION SCIENTIFIQUE CLAISSE 350 FRANQUET ST #45 SAINTE-FOY QC G1P4P3 CANADA | 01-01139 W.R. GRACE & CO. | 7246 | $17,436.13 | (U) | ALL CLAIMED INVOICES ARE FOR 2003. INVOICE 3657 AND 3658 WERE PAID ON 2/27/03, CHECK #55183. INVOICE 3710 WAS PAID ON 5/13/03, CHECK # 59299. |
| 13 | CTL DISTRIBUTION INC J W TAYLOR ESQ PO DRAWER 67 AUBURNDALE FL 33823 | 01-01139 W.R. GRACE & CO. | 13497 | $6,441.43 | (U) | ALL FREIGHT RELATED INVOICES AND ALL PAID BY CASS, OUTSIDE FREIGHT PAYMENT PROCESSING COMPANY. |
| 14 | D F KING & CO INC 77 WATER ST -20TH FL NEW YORK NY 10005 | 01-01139 W.R. GRACE & CO. | 1058 | $5,760.06 | (U) | INVOICES PAID 7/30/02; CHECK #352708; CANCELLED CHECK OBTAINED 8/5/03. |
| 15 | DICK KEARSLEY SERVICE CTR INC 520 S STATE ST CLEARFIELD UT 84015 | 01-01139 W.R. GRACE & CO. | 1043 | $164.31 | (U) | POST PETITION INVOICE WAS PAID IN FULL ON 7/10/02 WITH CHECK #350122. |
| 16 | EMERGENCY DRUG TESTING INC 2708 2ND AVE STE A LAKE CHARLES LA 70601 | 01-01139 W.R. GRACE & CO. | 1022 | $150.00 | (U) | POST PETITION INVOICE WAS PAID 7/11/02 WITH CHECK #38931. |
| 17 | FINCHER FIRE PROTECTION INC C/O JOHN R FRAWLEY JR ATTORNEY AT LAW PO BOX 101493 IRONDALE AL 35210 | 01-01139 W.R. GRACE & CO. | 46 | $540.00 | (U) | POST PETITION INVOICE WAS PAID 6/6/01, CHECK #306838. |
| 18 | HALL CHEMICAL COMPANY, THE 28960 LAKELAND BLVD WICKLIFFE OH 44092 | 01-01139 W.R. GRACE & CO. | 909 | $96,841.39 | (U) | CHECK #12532 8/3/01-PAID $96,841.39 |
| 19 | HAMILTON COUNTY DELINQUENT TAX OFFICE DELINQUENT TAX OFFICE 107 COURTHOUSE CHATTANOOGA TN 37402 | 01-01140 W.R. GRACE & CO.- CONN. | 667 | $82,440.66 | (S) | INVOICE WAS PAID 12/6/01, CHECK #22641. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 2 of 6

12/2/2004 2:42:34 PM
*Page 12 of 29*

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 20 | HANDY CHEMICAL USA LTD<br>120 INDUSTRIAL BLVD<br>CANDIAC QC J5R1J2<br>CANADA | 01-01139<br>W.R. GRACE & CO. | 1801 | $53,057.61 | (U) | ALL INVOICES WERE PAID 6/7/01 VIA EDI, DOCUMENT #2000029969. |
| 21 | IRON MOUNTAIN INC<br>D&B/RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 2002 | $45.00 | (U) | POST PETITION INVOICE WAS PAID 6/26/02, CHECK#349007. |
| 22 | JOHN J MORONEY & CO<br>ATTN JACK CALMEYN PRES<br>6817 S HARLEM AVE<br>BEDFORD PARK IL 60638 | 01-01139<br>W.R. GRACE & CO. | 1544 | $2,448.96 | (U) | CLAIM REPRESENTS ALL POST PETITION INVOICES THAT WERE PAID DURING JULY AND AUGUST OF 2002. |
| 23 | LETTERMANS BLUEPRINT & SUPPLY CO<br>ATTN: MATT DEBOSIER<br>4726 GOVERNMENT ST<br>BATON ROUGE LA 70806 | 01-01139<br>W.R. GRACE & CO. | 918 | $1,140.73 | (U) | CLAIM FOR POST PETITION INVOICES DATED IN APRIL AND MAY 2002. PAYMENT OF $1,140.73 WAS MADE 6/25/03, CHECK#37758. |
| 24 | LOS ANGELES COUNTY FIRE DEPT<br>1320 N EASTRN AVE # 225<br>LOS ANGELES CA 90063 | 01-01139<br>W.R. GRACE & CO. | 1233 | $578.25 | (U) | PRE-PETITON INVOICE PAID 7/31/02, CHECK #352917. |
| 25 | MANPOWER INTERNATIONAL INC<br>5301 N IRONWOOD RD<br>PO BOX 2053<br>MILWAUKEE WI 53201 | 01-01139<br>W.R. GRACE & CO. | 111 | $10,198.74 | (U) | ALL INVOICES HAVE BEEN PAID. |
| 26 | MARCEL DEKKER INC<br>PO BOX 5005<br>MONTICELLO NY 12701 | 01-01139<br>W.R. GRACE & CO. | 1611 | $468.75 | (U) | PAID 11/6/03, CHECK #67192 |
| 27 | MICHELMAN INC<br>9080 SHELL ROAD<br>CINCINNATI OH 45236-1299 | 01-01139<br>W.R. GRACE & CO. | 173 | $396.28 | (U) | POST PETITION INVOICE WAS PAID 7/13/01, EDI DOCUMENT #200013953. |
| 28 | MIDWEST SUBURBAN PUBLISHING<br>6901 W 159TH ST<br>TINLEY PARK IL 60477 | 01-01139<br>W.R. GRACE & CO. | 914 | $469.45 | (U) | POST PETITION INVOICE WAS PAID 8/15/01, CHECK #314177. |
| 29 | NAYLOR PUBLICATIONS INC<br>5931 NW 1ST PL<br>GAINESVILLE FL 32607 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1604 | $1,097.05 | (U) | POST PETITION INVOICES WERE PAID 1/14/04. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## EXHIBIT A - SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 30 | NEW ENGLAND INDUSTRIAL TRUCK<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 632 | $25,104.17 | (U) | PAYMENT MADE TO VENDOR FOR $25,104.17 ON 4/23/01, CHECK #302498. |
| 31 | NEW YORK STOCK EXCHANGE INC<br>20 BROAD ST 9TH FL<br>ATTN CONTROLLERS DEPT<br>NEW YORK NY 10005 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 79 | $85,436.00 | (U) | PAID 2/21/02 CK # 332966 |
| 32 | OMG AMERICAS INC<br>811 SHARON DR<br>WESTLAKE OH 44145 | 01-01139<br>W.R. GRACE & CO. | 2323 | $305,415.68 | (U) | ALL INVOICES HAVE BEEN PAID EDI ON 12/19/02, DOCUMENT #2000039614. |
| 33 | PORT AGGREGATES INC<br>1 LAKESHORE DR STE 1200<br>LAKE CHARLES LA 70629 | 01-01139<br>W.R. GRACE & CO. | 1385 | $2,833.72 | (P) | INVOICES 81364 & 81548 PAID 7/18/02 DEPOSIT #2000022304; INVOICE 81694 PAID 7/25/02 DEPOSIT #2000023203. |
| 34 | RIVER CITY TOWING SERVICES<br>PO BOX 1300<br>DENHAM SPRINGS LA 70727 | 01-01139<br>W.R. GRACE & CO. | 34 | $33,008.11 | (P) | INVOICE PAID 5/9/01 DEPOSIT #2000008060. |
| 35 | SCIENTIFIC CONTROL LABS INC<br>3158 S KOLIN AVE<br>CHICAGO IL 60623 | 01-01139<br>W.R. GRACE & CO. | 1349 | $320.00 | (U) | POST PETITION INVOICE PAID 1/27/04 VIA EDI #2000002545. |
| 36 | SHELBY COUNTY TRUSTEE<br>PO BOX 2754<br>MEMPHIS TN 38101-2754 | 01-01139<br>W.R. GRACE & CO. | 2050 | $2,955.26 | (S) | ALL INVOICES HAVE BEEN PAID: 9/24/02 CK #44495, 9/27/04 CK#4242. |
| 37 | TBW INDUSTRIES INC<br>PO BOX 336<br>FURLONG PA 18925 | 01-01139<br>W.R. GRACE & CO. | 891 | $1,686.14 | (U) | POST PETITION INVOICE WAS PAID 7/31/02, CHECK # 352873. |
| 38 | TECHNICAL LABORATORIES INC<br>515 CHEROKEE BLVD<br>CHATTANOOGA TN 37405 | 01-01139<br>W.R. GRACE & CO. | 1663 | $46.00 | (U) | POST PETITION INVOICE PAID ON 6/14/01-CHECK #6707. |
| 39 | TEXAS COMPTROLLER OF PUBLIC ACCTS<br>OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIV BANKRUPTCY SECT<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 310 | $16,324.10 | (A) | SALES TAX AND PENALTIES HAVE BEEN PAID. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**
**EXHIBIT A - SATISFIED POSTPETITION CLAIMS**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 40 | TOM CROWLEY ASSOCIATES INC<br>30 TURNPIKE ST<br>WEST BRIDGEWATER MA 02379 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 13704 | $1,052.14 | (U) | CLAIMED INVOICE WAS POST PETITION<br>AND PAID 4/4/02 VIA EDI. |
| 41 | TOWERS PERRIN<br>1500 MARKET ST<br>CENTRE SQUARE E 20TH FL<br>PHILADELPHIA PA 19102 | 01-01139<br>W.R. GRACE & CO. | 1312 | $4,265.00 | (U) | POST PETITION INVOICE WAS PAID VIA EDI<br>#2000042019 ON 8/26/02. |
| 42 | UNITED RENTALS<br>ATTN BARBARA GARCIA<br>525 JULIE RIVERS DR #200<br>SUGAR LAND TX 77478 | 01-01139<br>W.R. GRACE & CO. | 13759 | $11,444.85 | (U) | INVOICES ARE POST PETITION INVOICES<br>AND ALL HAVE BEEN PAID. |

|  | totals: |  |
|---|---|---|
| | $95,469.06 | (S) |
| | $25,716.39 | (A) |
| | $35,841.83 | (P) |
| | $698,877.43 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                  (P) - Priority              (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# Exhibit B

**In re: W.R. GRACE & CO., et al**
**EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AEROGLIDE CORPORATION<br>PO BOX 29505<br>RALEIGH NC 27626 | 2165 | $8,434.37 | (U) | $7,867.27 | (U) | POST PETITION INVOICE #014283 FOR $567.10 WAS PAID VAI EDI ON 1/10/02. |
| 2 | AIR PRODUCTS AND CHEMICALS INC<br>ATTN: JAMES P FALLON<br>7201 HAMILTON BLVD<br>ALLENTOWN PA 18195-1501 | 24 | $130,931.81 | (U) | $127,188.37 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 5/16/01, CHECK #304450; 5/17/01, CHECK #6453; 5/22/01, CHECK #6719. SEVERAL OTHER INVOICES COULD NOT BE VERIFIED. |
| 3 | AKZO NOBEL FUNCTIONAL CHEMICALS LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 15 | $5,609.38 | (U) | $2,804.69 | (U) | CLAIM INCLUDES POST-PETITION INVOICES DATED 4/2/01 WHICH WERE PAID ELECTRONICALLY 5/14/01 AND 6/12/01. |
| 4 | AKZO NOBEL SURFACE CHEMISTRY LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 16 | $3,604.00 | (U) | $1,842.00 | (U) | TWO CLAIMED INVOICES TOTALLING $1,792.00 WERE PAID 4/9/01, CHECK #300710. |
| 5 | AMERIPOL SYNPOL CORPORATION<br>1215 S MAIN<br>PORT NECHES TX 77651 | 2407 | $5,275.94 | (U) | $4,700.59 | (U) | REDUCED BY $575.35 FOR SHORT PAYMENT MADE ON INVOICE AA168420 DUE TO UNIT PRICE DISCREPANCY. |
| 6 | AQUILA INC<br>PO BOX 11690<br>KANSAS CITY MO 64138 | 2222 | $2,090.56 | (U) | $1,576.69 | (U) | PAYMENT OF $475.53 MADE ON 5/23/01, CHECK #305412 AGAINST INVOICE 8694984865. |
| 7 | ARIZONA CHEMICAL<br>4049 WILLOW LAKE BLVD<br>MEMPHIS TN 38118 | 1106 | $211,684.16 | (U) | $155,303.46 | (U) | THREE INVOICES WERE SHORT PAID ON 5/10/01 REFLECTING A UNIT PRICE ADJUSTMENT. VENDOR UNABLE TO PROVIDE COPIES OF TWO OTHER INVOICES. |
| 8 | ATLANTA GAS LIGHT COMPANY<br>PO BOX 4589<br>ATLANTA GA 30302 | 412 | $35,155.40 | (U) | $31,752.93 | (U) | $1,391.47 PAID POST-PETITION 5/22/01, DIRECT DEPOSIT #2000009060 AND $2,011.00 LATE PAYMENT CHARGE. |
| 9 | ATOFINA CHEMICALS INC<br>ATTN: KAREN P FLYNN ESQ<br>2000 MARKET ST<br>PHILADELPHIA PA 19103 | 54 | $90,827.40 | (U) | $75,980.00 | (U) | TWO INVOICES WERE PAID POST PETITION TOTALING $14,580 (#90492121 -$4,860.00 AND #90492122 FOR $9,720 ON 5/14/01 VIA EDI.) INTEREST WAS ADDED ON TWO INVOICES TOTALING $267.40 (#90477448 FOR $165.00 AND #90467241 FOR $102.40). |
| 10 | BAKER PETROLITE INDUSTRIAL CHEMICALS<br>C/O CHRISTOPHER J RYAN<br>BAKER HUGHES INC<br>PO BOX 4740<br>HOUSTON TX 77210-4740 | 95 | $8,478.76 | (U) | $4,239.38 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/16/01, CHECK #304672. |
| 11 | BETTS SPRING COMPANY INC<br>PO BOX 2237<br>SAN LEANDRO CA 94577 | 983 | $2,316.43 | (U) | $2,234.42 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 3/31/04, CHECK #412767. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

12/10/2004 10:59:12 AM

## In re: W.R. GRACE & CO., et al
## EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 12 | CHESAPEAKE OPTICAL CO 1728 FRISCO AVE CHICKASHA OK 73018-1600 | 1711 | $654.57 | (U) | $566.50 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 8/23/01, EDI #2000020081. |
| 13 | CONSTRUCTION TECHNOLOGY LABORATORIES ATTN: BRIDGETTE M RICH 5400 OLD ORCHARD RD SKOKIE IL 60077 | 1383 | $37,995.00 | (U) | $33,845.00 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 1/15/02, CHECK #00330495. |
| 14 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF DOWIE LTD D/B/A SDI ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 9184 | $29,026.48 | (U) | $11,562.68 | (U) | FIVE INVOICES TOTALING $17,643.80 WERE PAID 4/9/01, CHECK #300630. |
| 15 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF ENTERGY GULF STATES INC ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 9192 | $637,294.92 | (U) | $618,856.42 | (U) | CLAIM INCLUDES INVOICES PAID 4/19/01, EDI #2000007442 AND LATE FEES. |
| 16 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF HERCULES INC ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 9193 | $137,372.25 | (U) | $126,372.25 | (U) | INVOICE 90982619 WAS PAID ON 5/14/01. |
| 17 | EASTERN LIFT TRUCK CO INC PO BOX 307 MAPLE SHADE NJ 08052 | 5541 | $4,143.33 | (U) | $4,121.49 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 6/24/03, DEPOSIT #2000020094. |
| 18 | ELECTRIC POWER BOARD OF CHATTANOOGA PO BOX 182255 CHATTANOOGA TN 37422-7255 | 39 | $26,512.50 | (U) | $23,667.02 | (U) | CLAIMED AMOUNT NOT SUPPORTED BY DOCUMENTS. POST-PETITION PAYMENTS MADE 5/2/01, EDI #2000007731; 5/22/01, EDI#2000009067. |
| 19 | EULER HERMES ACI 800 RED BROOK BLVD OWINGS MILLS MD 21117 | 437 | $20,528.09 | (U) | $12,629.85 | (U) | THREE INVOICES PAID 4/9/01, CHECK #300391. |
| 20 | FAIRMONT SUPPLY COMPANY 401 TECHNOLOGY DR CANONSBURG PA 15317 | 2402 | $848.19 | (U) | $767.70 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 6/12/01, EDI #2000011174 AND 6/28/01, EDI #2000020452. |
| 21 | FREDRICK BROTHERS CORPORATION C/O FEINGOLD & LEVY ATTN JAY K LEVY 10 S LASALLE ST # 900 CHICAGO IL 60603 | 117 | $3,760.00 | (U) | $2,820.00 | (U) | INVOICE 4087 FOR $470.00 WAS PAID ON 4/10/01, CHECK #4941. VENDOR HAS NOT PROVIDED COPY OF INVOICE 4341 DATED 3/19/01 AND GRACE DOES NOT HAVE THIS INVOICE RECORDED IN THEIR BOOKS. |
| 22 | GE CAPITAL MODULAR SPACE 426 W LANCASTER AVE DEON PA 19333-1510 | 206 | $3,426.72 | (U) | $2,575.04 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/17/01, CHECK #6484. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

12/10/2004 10:59:12 AM

**In re: W.R. GRACE & CO., et al**
**EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 23 | GEOTRANS INC<br>46050 MANEKIN PLZ STE<br>STERLING VA 20165 | 14690 | $191,930.89 | (U) | $147,762.70 | (U) | CLAIM INCLUDES POST-PETITION INVOICES DATED 10/1/02, 11/26/02, 12/31/02, 1/28/03 & 2/25/03 THAT HAVE BEEN PAID. |
| 24 | GISCHEL MACHINE CO INC<br>PO BOX 3480<br>BALTIMORE MD 21226 | 9883 | $14,676.50 | (U) | $11,356.50 | (U) | TWO INVOICES TOTALING $3,060.00 WERE PAID (INVOICE 8842 AND 8953) AND ONE INVOICE WAS SHORT PAID BY $260.00 (INVOICE 8772) BECAUSE MATERIAL NOT RECEIVED. |
| 25 | GIW INDUSTRIES INC<br>5000 WRIGHTSBORO RD<br>GROVETOWN GA 30813 | 13182 | $9,751.93 | (U) | $5,896.93 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 6/11/02, EDI #2000029345. |
| 26 | GRAYBAR ELECTRIC CO INC<br>1375 W 47TH AVE<br>DENVER CO 80211 | 1806 | $253.25 | (U) | $225.08 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/30/01, CHECK #305955. |
| 27 | GREATER CINCINNATI WATER WORKS<br>ATTN ANGEL TAYLOR BANKRUPTCY DESK<br>4747 SPRING GROVE AVE<br>CINCINNATI OH 45232-1986 | 2884 | $110,100.04 | (U) | $83,900.65 | (U) | CLAIMED AMOUNT INCLUDES PARTIAL PAYMENT MADE ON APRIL 01 INVOICE 5/3/01, CHECK #5766. |
| 28 | HERTZ EQUIPMENT RENTAL CORP<br>PO BOX 26360<br>OKLAHOMA CITY OK 73126-0360 | 1111 | $56,967.49 | (U) | $52,684.53 | (U) | REDUCED FOR POST-PETITION CHARGES DATED 4/4/01, 4/6/01, 4/7/01, 4/9/01, 4/19/01, 4/23/01, 4/24/01, 4/25/01 AND FOR PAID INVOICES.. |
| 29 | ILLINOIS PROCESS EQUIPMENT INC<br>PO BOX 390<br>LISLE IL 60532 | 2224 | $7,268.00 | (U) | $6,901.00 | (U) | POST PETITION INVOICE 9885 PAID 11/5/03, CHECK #399851. |
| 30 | INDUSTRIAL AIR CENTERS INC<br>PO BOX 9147<br>LOUISVILLE KY 40209 | 2428 | $19,536.59 | (U) | $16,845.09 | (U) | POST PETITION INVOICE 120153 FOR $2,691.50 WAS PAID 5/20/04 VIA EDI #2000015008. |
| 31 | INITIAL SECURITY<br>ATTN SHERRY YOUNGMAN<br>3355 CHERRY RDG STE 200<br>SAN ANTONIO TX 78230 | 1748 | $11,686.64 | (U) | $11,142.96 | (U) | POST PETITION INVOICE 1039073 FOR $543.68 WAS PAID 5/30/01, CK#7315. |
| 32 | ITS / CALEB BRETT<br>C/O SUSAN HINDS-BRENNER<br>PO BOX 460709<br>HOUSTON TX 77056-8709 | 1713 | $5,664.00 | (U) | $714.00 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 8/15/02, CHECK #41821. |
| 33 | IVES EQUIPMENT CORP<br>601 CROTON RD<br>KING OF PRUSSIA PA 19406 | 1778 | $37,773.64 | (U) | $33,492.72 | (U) | CLAIM INCLUDES POST-PETITION INVOICES DATED 4/2/01, 4/4/01, 4/9/01, 4/20/01, 4/26/01, 12/12/01, 12/26/01, 1/2/02 THAT HAVE BEEN PAID. |
| 34 | J R ENERGY INC<br>PO BOX 156<br>PORTAGE IN 46368 | 143 | $915.24 | (U) | $808.22 | (U) | INVOICE 18016 FOR $26.00 WAS PAID 5/2/01, CK#304431 AND INVOICE 18261 FOR $81.02 WAS PAID 5/23/01, CK#305595. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
## EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 35 | JC EHRLICH CO INC<br>PO BOX 13848<br>500 SPRINGRIDGE DR<br>READING PA 19510 | 338 | $1,846.36 | (U) | $1,506.00 | (U) | CLAIMED AMOUNT INCLUDES POST-PETITION INVOICE PAID 6/14/01, CHECK #8393 AND FINANCE CHARGE. |
| 36 | KENTUCKY UTILITIES COMPANY<br>ONE QUALITY ST<br>LEXINGTON KY 40507 | 1906 | $30,946.64 | (U) | $30,211.61 | (U) | PARTIAL PAYMENT OF TWO INVOICES MADE IN MAY 2001. |
| 37 | KERR-MCGEE PIGMENTS SAVANNAH INC<br>ATTN MYRON K CUNNINGHAM ESQ<br>123 ROBERT S KERR<br>OKLAHOMA CITY OK 73102 | 1925 | $86,190.00 | (U) | $43,350.00 | (U) | INVOICE #KMPS13018 FOR $42,840.00 PAID ON 5/16/01, CHECK #00304737. |
| 38 | LESMAN INSTRUMENT CO<br>215 WRIGHTWOOD AVE<br>ELMHURST IL 60126 | 80 | $16,690.93 | (U) | $15,233.35 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/16/04, CHECK #304623.. |
| 39 | M DAVIS & SONS INC<br>200 HADCO RD<br>WILMINGTON DE 19804-1000 | 6053 | $20,341.28 | (U) | $17,944.46 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 8/19/03, DEPOSIT #2000026525 AND 10/2/01, CHECK #17326. |
| 40 | MCMASTER CARR SUPPLY CO<br>600 COUNTY LINE RD<br>ELMHURST IL 60126 | 2005 | $827.06 | (U) | $646.43 | (U) | THREE CLAIMED INVOICES PAID 4/9/01, CHECK 300286. |
| 41 | MENASHA CORPORATION COLOMA PACKAGING<br>333 W CENTER ST<br>COLOMA MI 49038 | 316 | $64,513.60 | (U) | $59,101.63 | (U) | INVOICE 18205205 FOR $3,092.69 WAS PAID ON 7/5/01, CK#309699 AND INVOICE 16141182 FOR $2,319.28 WAS BILLING FOR ITEMS THAT WERE RETURNED. |
| 42 | MSC INDUSTRIAL SUPPLY CO<br>75 MAXESS ROAD<br>MELVILLE NY 11747 | 319 | $2,534.06 | (U) | $2,400.65 | (U) | CLAIMED AMOUNT REDUCED DUE TO INVOICES THAT HAVE BEEN PAID. |
| 43 | NEW ENGLAND INDUSTRIAL TRUCK INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 633 | $4,607.77 | (U) | $83.80 | (U) | INVOICE W86368 FOR $4,524.17 WAS PAID TO VENDOR 4/23/01, CHECK #302498. |
| 44 | NEXTIRA (WILLIAMS COMMUNICATIONS)<br>19111 DALLAS PKWY #100<br>DALLAS TX 75287 | 30 | $22,176.77 | (U) | $12,078.31 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 5/22/01, DEPOSIT #2000011100; 6/5/01, DEPOSIT #2000010652; 6/7/01, DEPOSIT 2000009076. |
| 45 | NORTH AMERICAN MFG COMPANY<br>4455 E 71ST ST<br>CLEVELAND OH 44105 | 1940 | $2,134.59 | (U) | $1,820.46 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 2/25/03, EDI #2000006003. |
| 46 | PALLET REMOVAL & REPAIR SERVICE<br>1334 ELBERT TAYLOR RD<br>PELION SC 29123 | 1009 | $33,920.00 | (U) | $30,560.00 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 5/24/03, ELECTRONIC DEPOSIT #2000009400. |
| 47 | POLLOCK CO<br>1711 CENTRAL AVE<br>AUGUSTA GA 30904 | 4477 | $202.22 | (U) | $99.55 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 6/19/01, EDI #2000012168 AND FINANCE CHARGES. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.      **(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

12/10/2004 10:59:13 AM

## In re: W.R. GRACE & CO., et al
## EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 48 | POWERLIFT CORPORATION<br>8314 E SLAUSON AVE<br>PICO RIVERA CA 90660 | 607 | $1,236.99 | (U) | $942.12 | (U) | TWO INVOICES PAID 5/9/01, CHECK #303884. |
| 49 | RAM MOTORS & CONTROLS<br>PO BOX 748<br>LEESPORT PA 19533 | 1244 | $22,917.56 | (U) | $22,779.86 | (U) | INVOICE 4102688 FOR $119.70 WAS PAID ON 6/5/03, DEPOSIT #2000017943. $18.00 IN TAXES NOT OWED ON INVOICE 4013063. |
| 50 | SAF-T-GARD INTERNATIONAL INC<br>205 HUEHL RD<br>NORTHBROOK IL 60062 | 925 | $812.30 | (U) | $717.11 | (U) | CLAIM CONTAINS TWO INVOICES PAID 4/10/01, EDI #2000005776. |
| 51 | SMITH CONTAINER CORP<br>PO BOX 1827<br>FOREST PARK GA 30298 | 390 | $22,136.40 | (U) | $15,255.75 | (U) | FOUR INVOICES TOTALING $6,880.65 (#624727 FOR $401.25, #624728 FOR $349.20, #625063 FOR $5,606.40, AND #625420 FOR $523.80) WERE PAID ON 4/9/01, CHECK #300636. |
| 52 | SNAP ON INDUSTRIAL<br>ATTN: BECKY LOY<br>3011 EAST RT 176<br>CRYSTAL LAKE IL 60014 | 61 | $3,764.93 | (U) | $3,556.01 | (U) | CLAIM INCLUDES POST-PETITION INVOICES PAID 5/17/01, CHECK #6501 AND 5/24/01, CHECK #6934. |
| 53 | SONOCO PRODUCTS<br>C/O WILLIAM H SHORT JR ESQ<br>HAYNSWORTH SINKLER BOYD PA<br>PO BOX 11889<br>COLUMBIA SC 29201 | 8 | $1,275.63 | (U) | $1,200.00 | (U) | INVOICE 20001573 FOR $75.63 WAS PAID 4/8/01, CHECK #300509. |
| 54 | TDS<br>F608 SPACE PARK SOUTH<br>NASHVILLE TN 37211 | 1094 | $3,353.86 | (U) | $3,304.98 | (U) | CLAIM INCLUDES POST-PETITION INVOICE PAID 1/3/02, CHECK 24546. |
| 55 | TXU GAS COMPANY<br>C/O LOIS J DURAN<br>PO BOX 650393<br>DALLAS TX 75265 | 322 | $221.67 | (U) | $195.55 | (U) | PAYMENT MADE AGAINST INVOICE 2543174987 ON 6/13/01 FOR $26.12, CHECK #307713. |
| 56 | UNITED STATES GYPSUM CO<br>125 S FRANKLIN ST<br>CHICAGO IL 60606 | 712 | $19,996.72 | (U) | $12,405.17 | (U) | CLAIM REDUCED FOR POST PETITION INVOICE PAID ELECTRONICALLY ON 4/26/01 AND DISCREPANCY RELATED TO GOODS RECEIVED. |
| 57 | URS CORPORATION SUCCESSOR TO RADIAN INTL<br>ATTN: MICHAEL A STEUER ESQ<br>130 ROBIN HILL RD<br>SANTA BARBARA CA 93117 | 2359 | $431,350.75 | (U) | $398,677.95 | (U) | TWO INVOICES (298481 AND 193187) WERE PAID AND ANOTHER INVOICE (214229) WAS PARTIALLY PAID THUS REDUCING THE CLAIMED AMOUNT BY $32,693.00. ADDITIONALLY, CLAIM AMOUNT DID NOT AGREE WITH CLAIMED INVOICES AND WAS OFF BY $20.20. |
| 58 | W S TYLER<br>SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 779 | $1,122.00 | (U) | $540.00 | (U) | INVOICE 99898 WAS PAID 4/9/01, CHECK #301119. |
| 59 | WARREN ELECTRIC GROUP<br>2929 MCKINNEY<br>HOUSTON TX 77003 | 70 | $304.46 | (U) | $152.23 | (U) | POST PETITION INVOICE 983580 FOR $152.23 WAS PAID 5/17/01, CK#6522. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

12/10/2004 10:59:13 AM

**In re: W.R. GRACE & CO., et al**
**EXHIBIT B - PARTIALLY SATISFIED POSTPETITION CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 60 | WESTLAKE CA&O CORPORATION<br>JACKIE DICKINSON<br>2801 POST OAK BLVD #600<br>HOUSTON TX 77056 | 3003 | $57,059.01 | (U) | $45,320.53 | (U) | TWO INVOICES TOTALING $11,738.48 ($5,859.90 AND $5,878.58) WERE PAID POST PETITION ON 4/10/01, CHECK #4667. |
| | totals: | | $2,725,100.03 | (U) | $2,345,287.48 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative  (S) - Secured   (P) - Priority  (U) - Unsecured

Page 6 of 6                                                       12/10/2004 10:59:21 AM

Page 22 of 29

# Exhibit C

In re: W.R. GRACE & CO., et al
**EXHIBIT C - SATISFIED POSTPETITION SCHEDULES**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AMF TRUCKING & WAREHOUSING, INC<br>2 GERMAK DR<br>CARTERET NJ 07008-1217 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s105701 | $73,317.00 | (U) | LEASE HAS BEEN ASSIGNED AND SECURITY DEPOSIT RETURNED. |
| 2 | BANK OF NEW YORK, THE<br>101 BARCLAY ST, FL 21W<br>NEW YORK NY 10286 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s108750 | $5,723,000.00 | (U) | RELATES TO A PUBLIC BOND PAID ON 8/15/04. |
| 3 | BANK OF NEW YORK, THE<br>101 BARCLAY ST, FL 21W<br>NEW YORK NY 10286 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s110315 | $56,001.71 | (U) | RELATES TO A PUBLIC BOND PAID ON 8/15/04. |
| 4 | CMGI, INC<br>425 MEDFORD ST<br>CHARLESTOWN MA 02129-1408 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s105697 | $157,768.21 | (U) | STIPULATION AND ORDER ENTERED ON 2/25/02. CLAIM HAS BEEN SATISFIED. |
| 5 | DEUTSCHE BANK/BANKERS TRUST COMPANY<br>FOUR ALBANY ST<br>NEW YORK NY 10006 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s108751 | $1,972,000.00 | (U) | RELATES TO A PUBLIC BOND THAT WAS PAID ON 6/11/01. |
| 6 | DEUTSCHE BANK/BANKERS TRUST COMPANY<br>FOUR ALBANY ST<br>NEW YORK NY 10006 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s110316 | $76,410.92 | (U) | RELATES TO A PUBLIC BOND THAT WAS PAID ON 6/11/01. |
| 7 | FURNITURE WAREHOUSE LIQUIDATORS<br>144 HIDDEN CREEK LN<br>RINGGOLD GA 30736-8257 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s105699 | $15,000.00 | (U) | SUBLEASE WAS TERMINATED PRIOR TO REJECTION OF THE PRIME LEASE, WHICH WAS FILED AS PART OF FIRST DAY MOTIONS. CLAIM HAS BEEN SATISFIED. |
| 8 | GEMINI SOUND PRODUCTS CORP.<br>2 GERMAK DR<br>CARTERET NJ 07008-1217 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | s105702 | $87,000.00 | (U) | LEASE WAS ASSIGNED AND SECURITY DEPOSIT RETURNED. |
| 9 | HUA XING ZHOU & LI G. YANG<br>DBA CHINA BUFFET<br>1515 ALTA VISTA DRIVE<br>COLUMBUS GA 39107 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | s105689 | $3,300.00 | (U) | SECURITY DEPOSIT WAS APPLIED ON ACCOUNT OF UNPAID OBLIGATION. |
| 10 | KENNETH & JACQUELINE KUDRICK<br>245 CENTER SQUARE RD<br>SWEDESBORO NJ 08085 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | s105691 | $988.15 | (U) | THE SECURITY DEPOSIT WAS REFUNDED WHEN THE TENANTS VACATED. |
| 11 | MEMORIAL EQUITIES<br>14510 MEMORIAL DR.<br>HOUSTON TX 77079 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | s105690 | $5,000.00 | (U) | TERMINATION LETTER WAS SENT TO MEMORIAL EQUITIES ON ACCOUNT OF THEIR FAILURE TO PAY RENT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## EXHIBIT C - SATISFIED POSTPETITION SCHEDULES

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 12 | OLYMPIA MANAGEMENT ATTN: STERLING WESTHROP 3899 PARK AVE. MEMPHIS TN 38111 | 01-01140 W.R. GRACE & CO.- CONN. | s105700 | $15,000.00 | (U) | LEASE ASSIGNMENT WAS APPROVED BY THE BANKRUPTCY COURT. CLAIM HAS BEEN SATISFIED. |
| 13 | WOLBERT, JOHN D 78 SHARPTOWN RD SWEDESBORO NJ 08085 | 01-01160 GLOUCESTER NEW COMMUNITIES COMPANY, INC. | s105693 | $540.66 | (U) | THE SECURITY DEPOSIT WAS APPLIED TO PAST DUE RENTS WHEN THE LEASE TERMINATED. |
| 14 | ZAIQ TECHNOLOGIES, INC 76 DRAGON COURT WOBURN MA 01801 | 01-01140 W.R. GRACE & CO.- CONN. | s105698 | $63,839.01 | (U) | STIPULATION AND ORDER ENTERED 2/25/02. CLAIM HAS BEEN SATISFIED. |
| | | | totals: | $8,229,165.66 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                                (P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

12/1/2004 8:53:50 AM