**EXHIBIT 2**

# Notice of Claims Previously Satisfied
# for WR Grace

Total number of parties: 116
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11803 | AAA COOPER TRANSPORTATION, KINSEY RD, PO BOX 6827, DOTHAN, AL 36302 |
| 11803 | ADC TRUCK TERMINAL, PO BOX 7661, NEWPORT BEACH, CA 92658 |
| 11803 | ADVOGADOS, DANIEL, AV REPULBICA DO CHILE 230/6 FL, RIO DE JANEIRO, RJ 02003-1170BRAZIL |
| 11803 | AEROGLIDE CORPORATION, PO BOX 29505, RALEIGH, NC 27626 |
| 11803 | AIR PRODUCTS AND CHEMICALS INC, BANKRUPTCY DEPT, 7201 HAMILTON BLVD M/C A6313, ALLENTOWN, PA 19510 |
| 11803 | AKZO NOBEL FUNCTIONAL CHEMICALS LLC, 525 W VAN BUREN, CHICAGO, IL 60607 |
| 11803 | AKZO NOBEL SURFACE CHEMISTRY LLC, 525 W VAN BUREN, CHICAGO, IL 60607 |
| 11803 | AMERICAN ANALYTICAL & TECHNICAL, 1700 W ALBANY, BROEN ARROW, OK 74012 |
| 11803 | AMERIPOL SYNPOL CORPORATION, 1215 S MAIN, PORT NECHES, TX 77651 |
| 11803 | AMF TRUCKING & WAREHOUSING, INC, 2 GERMAK DR, CARTERET, NJ 07008-1217 |
| 11803 | AMR TRAINING GROUP INC DBA AMERICAN AIRL, AMERICAN AIRLINES TRAINING & CONF CTR, ACCOUNTS RECEIVABLE, 4501 HWY 360 MD 906, FORT WORTH, TX 76155 |
| 11803 | AQUILA INC, PO BOX 11690, KANSAS CITY, MO 64138 |
| 11803 | ARIZONA CHEMICAL, 4049 WILLOW LAKE BLVD, MEMPHIS, TN 38118 |
| 11803 | ASSIGNEE: AIR PRODUCTS AND CHEMICALS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 11803 | ASSIGNEE: CMGI, INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 11803 | ASSIGNEE: CONSTRUCTION TECHNOLOGY LABORATORIES, DK ACQUISITION PARTNERS LP, ATTN: MICHAEL J LEFFELL, 885 THIRD AVE STE 3300, NEW YORK, NY 10022 |
| 11803 | ASSIGNEE: J R ENERGY INC, PORTIA PARTNERS LLC, ONE SOUND SHORE DR, STE 100, GREENWICH, CT 06830 |
| 11803 | ASSIGNEE: MENASHA CORPORATION COLOMA PACKAGING, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 11803 | ASSIGNEE: RAM MOTORS & CONTROLS, CONTRARIAN FUNDS, LLC, ATTN ALPHA JIMENEZ, 411 WEST PUTNAM AVE, S-225, GREENWICH, CT 06830 |
| 11803 | ASSIGNEE: SMITH CONTAINER CORP, LONGACRE MASTER FUND LTD, 810 7TH AVE, FL 22, ATTN: MAURIE SHALMONE, NEW YORK, NY 10019-5818 |
| 11803 | ATLANTA GAS LIGHT COMPANY, PO BOX 4569, ATLANTA, GA 30302 |
| 11803 | ATOFINA CHEMICALS INC, ATTN: KAREN P FLYNN ESQ, 2000 MARKET ST, PHILADELPHIA, PA 19103 |
| 11803 | BAKER PETROLITE INDUSTRIAL CHEMICALS, C/O CHRISTOPHER J RYAN, BAKER HUGHES INC, PO BOX 4740, HOUSTON, TX 77210-4740 |
| 11803 | BANK OF NEW YORK, THE, 101 BARCLAY ST, FL 21W, NEW YORK, NY 10286 |
| 11803 | BETTS SPRING COMPANY INC, PO BOX 2237, SAN LEANDRO, CA 94577 |
| 11803 | BIANCHETTI BRACCO MINOSA SRL, VIA ROSSINI 8, MILAN, 20422ITALY |
| 11803 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11803 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 11803 | BULK TRANSIT CORPORATION, 7177 INDUSTRIAL PKWY, PLAIN CITY, OH 43064 |
| 11803 | CDI CORPORATION, TEN PENN CENTER 12TH FL, 18TH & MARKET, PHILADELPHIA, PA 19103 |
| 11803 | CENTRAL TRANSPORT INTL INC, 12225 STEPHENS RD, WARREN, MI 48089 |
| 11803 | CHESAPEAKE OPTICAL CO, 1728 FRISCO AVE, CHICKASHA, OK 73018-1600 |
| 11803 | CITY OF PRESQUE ISLE, 12 SECOND ST, PRESQUE ISLE, ME 04769 |
| 11803 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF DOWIE LTD D/B/A SDI, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |
| 11803 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF ENTERGY GULF STATES INC, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |
| 11803 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF HERCULES INC, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE, SUITE 225, GREENWICH, CT 06830 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11803 | CORPORATION SCIENTIFIQUE CLAISSE, 350 FRANQUET ST #45, SAINTE-FOY, QC G1P4P3CANADA |
| 11803 | CTL DISTRIBUTION INC, J W TAYLOR ESQ, PO DRAWER 67, AUBURNDALE, FL 33823 |
| 11803 | D F KING & CO INC, 77 WATER ST -20TH FL, NEW YORK, NY 10005 |
| 11803 | DEUTSCHE BANK/BANKERS TRUST COMPANY, FOUR ALBANY ST, NEW YORK, NY 10006 |
| 11803 | DICK KEARSLEY SERVICE CTR INC, 520 S STATE ST, CLEARFIELD, UT 84015 |
| 11803 | EASTERN LIFT TRUCK CO INC, PO BOX 307, MAPLE SHADE, NJ 08052 |
| 11803 | ELECTRIC POWER BOARD OF CHATTANOOGA, PO BOX 182255, CHATTANOOGA, TN 37422-7255 |
| 11803 | EMERGENCY DRUG TESTING INC, 2708 2ND AVE STE A, LAKE CHARLES, LA 70601 |
| 11803 | EULER HERMES ACI, 800 RED BROOK BLVD, OWINGS MILLS, MD 21117 |
| 11803 | FAIRMONT SUPPLY COMPANY, 401 TECHNOLOGY DR, CANONSBURG, PA 15317 |
| 11803 | FINCHER FIRE PROTECTION INC, C/O JOHN R FRAWLEY JR, ATTORNEY AT LAW, PO BOX 101493, IRONDALE, AL 35210 |
| 11803 | FREDRICK BROTHERS CORPORATION, C/O FEINGOLD & LEVY, ATTN JAY K LEVY, 10 S LASALLE ST # 900, CHICAGO, IL 60603 |
| 11803 | FURNITURE WAREHOUSE LIQUIDATORS, 144 HIDDEN CREEK LN, RINGGOLD, GA 30736-8257 |
| 11803 | GE CAPITAL MODULAR SPACE, 426 W LANCASTER AVE, DEON, PA 19333-1510 |
| 11803 | GEMINI SOUND PRODUCTS CORP., 2 GERMAK DR, CARTERET, NJ 07008-1217 |
| 11803 | GEOTRANS INC, 46050 MANEKIN PLZ STE, STERLING, VA 20165 |
| 11803 | GISCHEL MACHINE CO INC, PO BOX 3480, BALTIMORE, MD 21226 |
| 11803 | GIW INDUSTRIES INC, 5000 WRIGHTSBORO RD, GROVETOWN, GA 30813 |
| 11803 | GRAYBAR ELECTRIC CO INC, 1375 W 47TH AVE, DENVER, CO 80211 |
| 11803 | GREATER CINCINNATI WATER WORKS, ATTN ANGEL TAYLOR BANKRUPTCY DESK, 4747 SPRING GROVE AVE, CINCINNATI, OH 45232-1986 |
| 11803 | HALL CHEMICAL COMPANY, THE, 28960 LAKELAND BLVD, WICKLIFFE, OH 44092 |
| 11803 | HAMILTON COUNTY DELINQUENT TAX OFFICE, DELINQUENT TAX OFFICE, 107 COURTHOUSE, CHATTANOOGA, TN 37402 |
| 11803 | HANDY CHEMICAL USA LTD, 120 INDUSTRIAL BLVD, CANDIAC, QC J5R1J2CANADA |
| 11803 | HERTZ EQUIPMENT RENTAL CORP, PO BOX 26360, OKLAHOMA CITY, OK 73126-0360 |
| 11803 | HUA XING ZHOU & LI G. YANG, DBA CHINA BUFFET, 1515 ALTA VISTA DRIVE, COLUMBUS, GA 39107 |
| 11803 | ILLINOIS PROCESS EQUIPMENT INC, PO BOX 390, LISLE, IL 60532 |
| 11803 | INDUSTRIAL AIR CENTERS INC, PO BOX 9147, LOUISVILLE, KY 40209 |
| 11803 | INITIAL SECURITY, ATTN SHERRY YOUNGMAN, 3355 CHERRY RDG STE 200, SAN ANTONIO, TX 78230 |
| 11803 | IRON MOUNTAIN INC, D&B/RMS BANKRUPTCY SERVICES, PO BOX 5126, TIMONIUM, MD 21094 |
| 11803 | ITS / CALEB BRETT, C/O SUSAN HINDS-BRENNER, PO BOX 460709, HOUSTON, TX 77056-8709 |
| 11803 | IVES EQUIPMENT CORP, 601 CROTON RD, KING OF PRUSSIA, PA 19406 |
| 11803 | JC EHRLICH CO INC, PO BOX 13848, 500 SPRINGRIDGE DR, READING, PA 19610 |
| 11803 | JOHN J MORONEY & CO, ATTN JACK CALMEYN PRES, 6817 S HARLEM AVE, BEDFORD PARK, IL 60638 |
| 11803 | KENNETH & JACQUELINE KUDRICK, 245 CENTER SQUARE RD, SWEDESBORO, NJ 08085 |
| 11803 | KENTUCKY UTILITIES COMPANY, ONE QUALITY ST, LEXINGTON, KY 40507 |
| 11803 | KERR-MCGEE PIGMENTS SAVANNAH INC, ATTN MYRON K CUNNINGHAM ESQ, 123 ROBERT S KERR, OKLAHOMA CITY, OK 73102 |
| 11803 | LESMAN INSTRUMENT CO, 215 WRIGHTWOOD AVE, ELMHURST, IL 60126 |
| 11803 | LETTERMANS BLUEPRINT & SUPPLY CO, ATTN: MATT DEBOSIER, 4726 GOVERNMENT ST, BATON ROUGE, LA 70806 |
| 11803 | LOS ANGELES COUNTY FIRE DEPT, 1320 N EASTRN AVE # 225, LOS ANGELES, CA 90063 |
| 11803 | M DAVIS & SONS INC, 200 HADCO RD, WILMINGTON, DE 19804-1000 |
| 11803 | MANPOWER INTERNATIONAL INC, 5301 N IRONWOOD RD, PO BOX 2053, MILWAUKEE, WI 53201 |
| 11803 | MARCEL DEKKER INC, PO BOX 5005, MONTICELLO, NY 12701 |
| 11803 | MCMASTER CARR SUPPLY CO, 600 COUNTY LINE RD, ELMHURST, IL 60126 |
| 11803 | MEMORIAL EQUITIES, 14510 MEMORIAL DR., HOUSTON, TX 77079 |
| 11803 | MICHELMAN INC, 9080 SHELL ROAD, CINCINNATI, OH 45236-1299 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 11803 | MIDWEST SUBURBAN PUBLISHING, 6901 W 159TH ST, TINLEY PARK, IL 60477 |
| 11803 | MSC INDUSTRIAL SUPPLY CO, 75 MAXESS ROAD, MELVILLE, NY 11747 |
| 11803 | NAYLOR PUBLICATIONS INC, 5931 NW 1ST PL, GAINESVILLE, FL 32607 |
| 11803 | NEW ENGLAND INDUSTRIAL TRUCK INC, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 11803 | NEW ENGLAND INDUSTRIAL TRUCK, C/O SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 11803 | NEW YORK STOCK EXCHANGE INC, 20 BROAD ST 8TH FL, ATTN CONTROLLERS DEPT, NEW YORK, NY 10005 |
| 11803 | NEXTIRA (WILLIAMS COMMUNICATIONS), 19111 DALLAS PKWY #100, DALLAS, TX 75287 |
| 11803 | NORTH AMERICAN MFG COMPANY, 4455 E 71ST ST, CLEVELAND, OH 44105 |
| 11803 | OLYMPIA MANAGEMENT, ATTN: STERLING WESTHROP, 3899 PARK AVE., MEMPHIS, TN 38111 |
| 11803 | OMG AMERICAS INC, 811 SHARON DR, WESTLAKE, OH 44145 |
| 11803 | PALLET REMOVAL & REPAIR SERVICE, 1334 ELBERT TAYLOR RD, PELION, SC 29123 |
| 11803 | POLLOCK CO, 1711 CENTRAL AVE, AUGUSTA, GA 30904 |
| 11803 | PORT AGGREGATES INC, 1 LAKESHORE DR STE 1200, LAKE CHARLES, LA 70629 |
| 11803 | POWERLIFT CORPORATION, 8314 E SLAUSON AVE, PICO RIVERA, CA 90660 |
| 11803 | RIVER CITY TOWING SERVICES, PO BOX 1300, DENHAM SPRINGS, LA 70727 |
| 11803 | SAF-T-GARD INTERNATIONAL INC, 205 HUEHL RD, NORTHBROOK, IL 60062 |
| 11803 | SCIENTIFIC CONTROL LABS INC, 3158 S KOLIN AVE, CHICAGO, IL 60623 |
| 11803 | SHELBY COUNTY TRUSTEE, PO BOX 2754, MEMPHIS, TN 38101-2754 |
| 11803 | SNAP ON INDUSTRIAL, ATTN: BECKY LOY, 3011 EAST RT 176, CRYSTAL LAKE, IL 60014 |
| 11803 | SONOCO PRODUCTS, C/O WILLIAM H SHORT JR ESQ, HAYNSWORTH SINKLER BOYD PA, PO BOX 11889, COLUMBIA, SC 29201 |
| 11803 | TBW INDUSTRIES INC, PO BOX 336, FURLONG, PA 18925 |
| 11803 | TDS, F608 SPACE PARK SOUTH, HASHVILLE, TN 37211 |
| 11803 | TECHNICAL LABORATORIES INC, 515 CHEROKEE BLVD, CHATTANOOGA, TN 37405 |
| 11803 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX 78711-2548 |
| 11803 | TOM CROWLEY ASSOCIATES INC, 30 TURNPIKE ST, WEST BRIDGEWATER, MA 02379 |
| 11803 | TOWERS PERRIN, 1500 MARKET ST, CENTRE SQUARE E 20TH FL, PHILADELPHIA, PA 19102 |
| 11803 | TXU GAS COMPANY, C/O LOIS J DURAN, PO BOX 650393, DALLAS, TX 75265 |
| 11803 | UNITED RENTALS, ATTN BARBARA GARCIA, 525 JULIE RIVERS DR #200, SUGAR LAND, TX 77478 |
| 11803 | UNITED STATES GYPSUM CO, 125 S FRANKLIN ST, CHICAGO, IL 60606 |
| 11803 | URS CORPORATION SUCCESSOR TO RADIAN INTL, ATTN: MICHAEL A STEUER ESQ, 130 ROBIN HILL RD, SANTA BARBARA, CA 93117 |
| 11803 | W S TYLER, SIERRA CAPITAL, 2699 WHITE RD STE 255, IRVINE, CA 92614 |
| 11803 | WARREN ELECTRIC GROUP, 2929 MCKINNEY, HOUSTON, TX 77003 |
| 11803 | WESTLAKE CA&O CORPORATION, JACKIE DICKINSON, 2801 POST OAK BLVD #600, HOUSTON, TX 77056 |
| 11803 | WOLBERT, JOHN D, 79 SHARPTOWN RD, SWEDESBORO, NJ 08085 |
| 11803 | ZAIQ TECHNOLOGIES, INC, 78 DRAGON COURT, WOBURN, MA 01801 |

**Subtotal for this group: 116**