CHRISTOPHER E. GRELL (No. 88498)
RICHARD F. RESCHO (No. 108086)
LAW OFFICES OF
CHRISTOPHER E. GRELL
The Broadlake Plaza
360 22ND Street, Suite 320
Oakland, CA  94612
Telephone:  (510) 832-2980

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | United States Bankruptcy Court<br>Chapter 11 Case Nos: |
| OWENS CORNING, W.R. GRACE & CO., USG CORPORATION, UNITED STATES MINERAL PRODUCTS COMPANY, KAISER ALUMINUM CORPORATION, THE FLINTKOTE COMPANY, FLINTKOTE MINES LIMITED,<br><br>Debtors. | 00-3837JKF<br>01-1139JKF<br>01-2094JKF<br>01-2471JKF<br>02-10429JKF<br>04-11300JKF<br>04-12440 |

**NOTICE OF FILING OF VERIFED STATEMENT**
**PURSUANT TO FED. R.BANKR.P. 2019**

Pursuant to the above – entitled Court's order dated October 22, 2004, please TAKE NOTICE that the LAW OFFICES OF CHRISTOPHER E. GRELL has filed its Fed.R.Bankr.P. 2019 statement with the Court identifying claimants represented by this office.

Dated:  December _____, 2004

LAW OFFICES OF CHRISTOPHER E. GRELL

By_____
Richard F. Rescho

-1-

Notice of Filing of Verified Statement Pursuant to FED.R.BANKR.P. 2019