CHRISTOPHER E. GRELL (No. 88498)
RICHARD F. RESCHO (No. 108086)
LAW OFFICES OF
CHRISTOPHER E. GRELL
The Broadlake Plaza
360 22ND Street, Suite 320
Oakland, CA 94612
Telephone: (510) 832-2980

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| In re: | United States Bankruptcy Court Chapter 11 Case Nos: |
|---|---|
| OWENS CORNING, W.R. GRACE & CO., USG CORPORATION, UNITED STATES MINERAL PRODUCTS COMPANY, KAISER ALUMINUM CORPORATION, THE FLINTKOTE COMPANY, FLINTKOTE MINES LIMITED, <br><br> Debtor. | 00-3837JKF <br> 01-1139JKF <br> 01-2094JKF <br> 01-2471JKF <br> 02-10429JKF <br> 04-11300JKF <br> 04-12440 |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Law Offices of Christopher E. Grell's Notice of Filing 2019 Statement has been served on all parties of the official service list in this matter. Due to the voluminous nature of the service list, this office has not attached a copy of the service list hereto, however, will make copies available to any party upon request. Said service was completed by United States First Class Mail, postage prepaid, the 2C day of December 2004.

Dated: December 2O, 2004

LAW OFFICES OF CHRISTOPHER E. GRELL

By: _____
Richard F. Rescho

-1-

Certificate of Service