## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 1/17/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### SIXTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2004 TO NOVEMBER 30, 2004

TO:  (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **January 17, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee
of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos
Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee
to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee
of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:   December 28, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | **Objection Deadline: 1/17/05** |
| | **Hearing Date: Scheduled if Necessary** |

## COVER SHEET
## SIXTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2004 TO NOVEMBER 30, 2004

Name of Applicant:          Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:          David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention:          PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:          November 1, 2004 through November 30, 2004

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:      $7,128.00

80% of Fees to be Paid:          $5,702.40

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary: $249.55

Total Fees @ 80% and Expenses:          $5,951.95

This is an:      __X__ interim      ____ monthly      ____ final application

        The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was 4.8 hours and the corresponding fees are $984.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees Requested | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Pending | N/A | $1,006.90 | N/A |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,134.00 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed Dkt No. | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.00 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $0.00 |

## CURRENT COMPENSATION SUMMARY

## NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 15.50 | $5,425.00 |
| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 13.10[1] | $1,703.00 |
| Grand Total: | | | | $7,128.00 |
| Blended Rate: | | | | $249.23 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 13.8 | $4,830.00 |
| Fee/Employment Applications | 12.3 | $1,973.00 |
| Case Administration | 1.7 | $221.00 |
| Plan and Disclosure Statement | .8 | $104.00 |
| Total | 28.6 | $7,128.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | .57 |
| Postage | N/A | 1.89 |
| Overnight Courier | Federal Express | 88.79 |
| Reimbursement of Parking fees | John C. Phillips, Jr. | $11.00 |

---

[1]This is the net hours after the application of a courtesy discount of .20 hours, creating a savings of $26.00.

| Photocopies (15¢ per page) | N/A | $147.30 |
|---|---|---|
| Total | | $249.55 |

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:   December 28, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 12/20/04** |
| | ) | **Hearing Date: Scheduled if Necessary** |

### <u>VERIFICATION OF JOHN C. PHILLIPS, JR.</u>

State of Delaware     :
                      : ss
New Castle County     :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1.      I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2.      I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,


SWORN AND SUBSCRIBED TO BEFORE ME THIS 28th DAY OF DECEMBER, 2004.


Notary Public
My commission expires: 1-10-06

TANYA L. BIRDSELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 10, 2006

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## NOVEMBER 1, 2004
## THROUGH NOVEMBER 30, 2004

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


December 8, 2004

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File  WRG-AUS/JCP
Invoice number  54650

Re:  W. R. Grace & Co.
David T. Austern
Case No.:  01-01139 (RLB)

|  | 28.8 | $7,154.00 |
|--|------|-----------|
|  | 0.2  | $26.00    |

Courtesy Discount is .69%
of "gross" hours worked

| Subtotal for FEES only: 11/30/04 | 28.6 | $7,128.00 |
|----------------------------------|------|-----------|
| Subtotal for COSTS only: 11/30/04 |     | $249.55   |
| CURRENT PERIOD FEES AND COSTS: 11/30/04 | | $7,377.55 |

****************************************************************
Please remit duplicate copy with payment.  Thank you.
****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

December 8, 2004

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   54650

Re:   W. R. Grace & Co.
      David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 13.8 | 4,830.00 |
| FEE/EMPLOYMENT APPLICATIONS | 12.3 | 1,973.00 |
| CASE ADMINISTRATION | 1.7 | 221.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.8 | 104.00 |
| Subtotal for FEES only: 11/30/04 | 28.6 | $7,128.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 15.50 | 15.50 | 5,425.00 | 0.00 | 0.00 |
| 130.00 | CAH | 13.30 | 13.10 | 1,703.00 | 0.20 | 26.00 |
| Totals | | 28.80 | 28.60 | 7,128.00 | 0.20 | 26.00 |

NRG-AUS

LEGALMASTER HIRC For Transactions
-Fees-

12/08/04    Page 5

| C1 Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 11/19/04 | Review of miscellaneous docdoc entries and pleadings. | | 0.10 | 35.00 |
| WRG | LITIGATION | JCP | 11/18/04 | Review of miscellaneous pleadings and Order. | | 0.10 | 35.00 |
| WRG | LITIGATION | JCP | 11/17/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| WRG | LITIGATION | JCP | 11/16/04 | Review of miscellaneous pleadings (voluminous) and Orders(.7); review of Notice of Disclosure Statement Hearing (.2); review of Debtors Motion for CMO Establishing Protocols for Litigating Asbestos Related Claims Post Confirmation (.6); review of Amended Notice of Motion for Order re: Estimation of Asbestos Claims (.4); review of Estimation Motion (.5); review of Amended Notice for Motion Approving Solicitation and Confirmation Procedures (.3); review of Solicitation and Confirmation Procedures Motion (.6); preliminary review of Disclosure Statement (1.0); preliminary review of Debtors' Plan (1.0); preliminary review of Debtors Exhibit Book (1.0). | | 6.50 | 2,275.00 |
| WRG | LITIGATION | JCP | 11/15/04 | E-mail from and e-mail to Rick Wyron (.2); review of Debtor's Memo in Support of Motion to Pay DkOs' Defense Costs (.6); review of Personal Injury Committee's Joinder in Property Damage Committee's Objection (.6); review of miscellaneous pleadings (.3); review of Amended Agenda for 11/15/04 Hearing (.3); review of file (.2); court appearance re: omnibus hearing (1.0); memorandum to file (.2). | | 2.40 | 1,190.00 |
| WRG | LITIGATION | JCP | 11/12/04 | Review of Debtor's Motion to Fund DkOs Defense; review of Debtor's Submission in Support of Motion to Fund. | | 0.50 | 175.00 |
| WRG | LITIGATION | JCP | 11/11/04 | Review of miscellaneous pleadings; review of Amended Agenda for 11/15/04 Hearing; review of e-mail from R. Wyron and reply. | | 0.30 | 105.00 |
| WRG | LITIGATION | JCP | 11/10/04 | Review of miscellaneous pleadings; review of Property Damage Committee's Objection to Debtor's Motion to Fund Defense of DkOs. | | 0.20 | 70.00 |
| WRG | LITIGATION | JCP | 11/09/04 | Review of miscellaneous pleadings and Order; review of Order Establishing ADR Program. | | 0.20 | 70.00 |
| WRG | LITIGATION | JCP | 11/08/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |
| WRG | LITIGATION | JCP | 11/05/04 | Review of miscellaneous pleadings and Order; review of Equity Committee's Motion to Retain a Claims Consultant, review of Order Scheduling Hearing Dates; review of Agenda for 11/15/04 Hearing. | | 0.40 | 140.00 |
| WRG | LITIGATION | JCP | 11/04/04 | Review of Certification of Counsel re: Omnibus Hearing Dates; review of miscellaneous pleadings and Orders (2). | | 0.20 | 70.00 |
| WRG | LITIGATION | JCP | 11/01/04 | Review of miscellaneous pleadings. | LL | 0.10 | 35.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/08/04   Page 6

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| WRG | JCP | 11/22/04 | Review of miscellaneous pleadings. | L1 | 0.10 | 35.00 |
| WRG | JCP | 11/24/04 | Review of Debtors' 7th Motion to Extend Exclusivity; review of miscellaneous pleadings. | | 0.10 | 35.00 |
| LITIGATION | JCP | 11/26/04 | Review of miscellaneous pleadings; review of Debtors' Motion to Transfer Certain Matters to Bankruptcy Court. | | 0.40 | 140.00 |
| LITIGATION | JCP | 11/29/04 | Review of miscellaneous pleadings and Order; review of Order and Opinion Denying Appeal of Order Appointing David Austern. | | 0.90 | 315.00 |
| LITIGATION | JCP | 11/30/04 | Review of miscellaneous pleadings. | | 0.10 | 35.00 |

```
                                              -------------    -------------
                                                  13.80           4,830.00
                                                  13.80           4,830.00
                                              -------------    -------------
                                                  28.80           7,154.00
                                              =============    =============
```

records printed.

WRG-AUS

LEGALMASTER HJRC For Transactions
- Fees -

12/08/04   Page 1

Sort Fields:
   Grouping Code
   Client Code
   Actual Employee Code
   Transaction Date

Range Fields:
   Client Code          WRG - WRG
   Case Suffix          AUS -        AUS
   Invoice Number       54650 -      54650

(Paginate)

(Subcrals)

| Grouping Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/04/04 | Download and file 3rd and 4th fee applications for Swidler Berlin. | fa | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/05/04 | Draft cover for exhibits for 3rd and 4th fee application for SBSF and scan and file same. | | 0.60 | 78.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/10/04 | Teleconference with D. Folger on hearing for Tillinghast retention. | | 0.20 | 26.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/11/04 | Draft and file Certificate of No Objection for Phillips, Goldman & Spence 2nd and 3rd monthly fee applications. | | 0.60 | 78.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/11/04 | Draft 2nd Quarterly fee application. | | 2.10 | 273.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/12/04 | Draft fee application for Phillips, Goldman & Spence for October. | | 0.60 | 78.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/12/04 | E-mail to D. Fullen (5x) on CIBC and SBSF monthly fee applications. | | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/15/04 | Download and print and file 2nd, 3rd and 4th monthly and 2nd quarterly fee application for David Austern.. | | 0.80 | 104.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/15/04 | Download and print and file 2nd, 3rd and 4th monthly and 2nd quarterly fee application for CIBC. | | 0.80 | 104.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/15/04 | Teleconference with Sue at SBSF re: filing fee applications. | | 0.30 | 39.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/16/04 | Download, print and file 5th monthly and 2nd quarterly fee application for SBSF. | | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/16/04 | Review check recieved and match to monthly fee application. | | 0.10 | 13.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/16/04 | Draft cover for exhibits to SBSF 5th monthly and 2nd quarterly fee application, download and copy exhibit and file same; email results to D. Fullen. | | 0.50 | 65.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/16/04 | Scan, file and serve Phillips, Goldman & Spence 2nd Quarterly fee application. | | 0.40 | 52.00 |
| FEE/EMPLOYMENT | APPLICATIONS | CAH | 11/17/04 | Scan, file and serve Certificate of No Objection on 19th fee application and 20th fee application for Phillips, Goldman & Spence. | | 0.60 | 78.00 |

NRG-AUS

LEGALMASTER HIPC For Transactions
-Fees-

12/08/04    Page 2

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | CHH | 11/19/04 | Draft Certificate of No Objection for September fee application and first Quarterly fee application of Phillips, Goldman & Spence. | fa | 0.50 | 65.00 |
| FEE/EMPLOYMENT APPLICATIONS | CHH | 11/22/04 | Teleconference with S. Bossac on combined final report for 13th initial period to add CIBC on conclusion. | | 0.20 | 26.00 |
| FEE/EMPLOYMENT APPLICATIONS | CHH | 11/22/04 | Merge filed pleadings with original signatures. | | 0.30 | 39.00 |
| FEE/EMPLOYMENT APPLICATIONS | CHH | 11/29/04 | Prepare 5th Monthly fee application for filing and forward to John C. Phillips, Jr. for review. | | 0.30 | 39.00 |
| FEE/EMPLOYMENT APPLICATIONS | CHH | 11/29/04 | Scan, file and serve Phillips, Goldman & Spence fee application. | | 0.40 | 52.00 |
| | | | | | 10.80 | 1,404.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/15/04 | Review of and revise 2nd Quarterly Fee Application; memorandum to file. | | 0.40 | 140.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/16/04 | Review of and revise revised 2nd Quarterly Fee Application; conference with Celeste A. Hartman; review of and execute 2nd Quarterly Fee Application. | | 0.30 | 105.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/19/04 | Review of, revise and execute 4th Monthly and 1st Quarterly Fee Application; conference with Celeste A. Hartman. | | 0.30 | 105.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/22/04 | Review of Fee Auditor's Report re: 13th interim Period; conference with Celeste A. Hartman. | | 0.20 | 70.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/23/04 | Review of Fee Auditor's Amended Report re: 13th interim Period. | | 0.10 | 35.00 |
| FEE/EMPLOYMENT APPLICATIONS | JCP | 11/29/04 | Review of, revise and execute 5th Monthly Fee Application; conference with Celeste A. Hartman. | | 0.40 | 140.00 |
| | | | | | 4.70 | 595.00 |
| | | | | | 12.50 | 4,599.00 |

WRG-AUS

WRG

LEGALMASTER MIRC For Transactions
-Fees-

12/08/04    Page 2

| Cl | Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|----|------|---------------------------|---------|------------|-------------------------|--------|--------------|----------------|

PLAN AND DISCLOSURE STATEMENT

| CAH | 11/16/04 | Obtain copies of disclosure statement, plan and related documents. | ps | 0.80 | 104.00 |

|  | 0.80 | 104.00 |
| --- | --- | --- |
|  | 0.80 | 104.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

12/08/04    Page 4

| C1 | Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Grp Cd | Actual Hours | Actual Dollars |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 11/08/04 | Obtain copies of pertinent documents. | Ca | 0.70 | 91.00 |
| WRG | CASE ADMINISTRATION | CAH | 11/11/04 | Update docket and obtain copies of pertinent pleadings. | | 0.50 | 65.00 |
| WRG | CASE ADMINISTRATION | CAH | 11/11/04 | Update case docket to system. | | 0.20 | 26.00 |
| WRG | CASE ADMINISTRATION | CAH | 11/29/04 | Update docket and obtain pertinent documents. | | 0.30 | 39.00 |

|  |  |
|---|---|
| 1.70 | 221.00 |
| 1.70 | 221.00 |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# NOVEMBER 1, 2004
# THROUGH NOVEMBER 30, 2004

Phillips, Goldman & Spence, P.A.

Page   2

December 8, 2004

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   54650

Re:  W. R. Grace & Co.
     David T. Austern

     COSTS ADVANCED

| | |
|---|---:|
| 11/01/04 Federal Express | 88.79 |
| 11/01/04 Long distance phone charges | 0.57 |
| 11/11/04 Check No.: B6880 - Cash - Reimb. petty cash. | 5.00 |
| 11/11/04 Postage | 1.89 |
| 11/30/04 Photocopies @ $.15 per page - 982 pages. | 147.30 |
| 11/30/04 Check No.: 26603 - John C. Phillips, Jr. -<br>         reimbursements. | 6.00 |
| Subtotal for COSTS only: 11/30/04 | $249.55 |

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on December 28, 2004, I caused the *Notice, Cover Sheet to the Sixth Monthly Interim Application of Phillips, Goldman & Spence, P.A. , Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period November 1, 2004 through November 30, 2004,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP