IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | **Objection Date:** |

## STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 REGARDING REPRESENTATION OF MULTIPLE CREDITORS

The Lanier Law Firm ("Lanier") files this Statement under Federal Rule of Bankruptcy Procedure 2019 regarding Representation of Multiple Creditors (the "2019 Statement"), and respectfully represents:

On April 2, 2001, W.R. Grace & Co. and affiliates (the "Debtors") filed a voluntary petition for relief under Chapter 11 of the United States Bankrupcty Code in the United States Bankruptcy Court for the District of Delaware.

2. Lanier represents 2642 individuals ("Tort Claimants") each of whom assert asbestos-related personal injury/tort claims arising from exposure against the Debtors. The firm's clients are identified in Exhibit "A" attached hereto.

3. Lanier does not own, nor has it ever owned, any equity securities of the Debtors nor does Lanier hold any interests in the asbestos claims of its clients other than that as counsel for those claimants.

Dated: December 17, 2004.

THE LANIER LAW FIRM

By: _____
W. MARK LANIER
TEXAS SB#: 11934600
W. CASEY HARRIS
TEXAS SB#: 50511829
PATRICK N. HAINES
TEXAS SB#: 00784191
C. TAYLOR CAMPBELL
TEXAS SB#: 24009936
AARON J. DELUCA
TEXAS SB# 24044315
6810 F.M. 1960 West
Houston, TX  77069
Tel.  (713) 659-5200
Fax: (713) 659-2204
pnh@lanierlawfirm.com