IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
|  | ) | Chapter 11 |
| W.R. GRACE & CO. | ) |  |
|  | ) | Case No. 01-1139-JKF |
|  | ) |  |

**Debtors**

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

J. Michael Riley, being first duly sworn, hereby deposes and states as follows:

1    I am an attorney with the law firm of Jones, Martin, Parris & Tessener (hereinafter the "Firm" located at 410 Glenwood Avenue, Suite 200, Raleigh, NC 27603.

2.    This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 25, 2004 (the "Revised Order").

3.    The Firm has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto as Exhibit "A".

4.    The Firm is authorized to act on behalf of the creditors named on the attached list in the above-referenced bankruptcy. For reference, an exemplar of the form of power of attorney agreement authorizing the Firm to represent individual creditors is attached hereto as Exhibit "B".

5.    The address of each creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to exposure to asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed or produced by the Debtors and others. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature of their claim is contained in exhibits which have not been scanned, but are available upon motion and order of the Court.

7. The Firm does not hold any claims against or interest in the Debtor.

8. The Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

                                             _____
                                             J. Michael Riley

JONES, MARTIN, PARRIS & TESSENER
410 Glenwood Ave., Suite 200
Raleigh, NC 27603
Tel. (919) 821-0005
Fax (919) 863-6080
Attorneys for Asbestos Claimants

Sworn to before me this 17 day of December, 2004.

_____
Notary Public

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of December, 2004, a true and correct copy of the foregoing Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019 was forwarded to the parties designated on the core service list via first class U.S. Mail, postage prepaid.

                                                       J. Michael Riley