IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | In Proceedings for a Reorganization under Chapter 11 |
| W.R. Grace & Co., et al. | Case No. 01-1139-JKF |
| Debtors | |

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Christopher J. McCarthy, being first duly sworn, hereby deposes and states as follows:

am an attorney with the law firm of Booth & McCarthy, located at 901 W. Main Street, Ste., 201, Bridgeport, West Virginia 26330.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004(the "Revised Order")

3. The law firm of Booth & McCarthy has been retained as counsel for James D. Murphy and Hilda J Murphy with an address of RR 2, Box 171, Philippi, West Virginia, 26416. Court.

4. The verification of this Statement certifies that each creditor named above has executed a Power of Attorney authorizing Christopher J. McCarthy or any associate, partner, shareholder or owner of the law firm of Booth & McCarthy, to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Booth & McCarthy, 901

W. Main Street, Ste, 201, Bridgeport, West Virginia, 26330.

    6.    The Creditors hold claims in varying amounts for monetary damages due to diagnosis of mesothelioma. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibit "A" which have not been scanned, but available upon motion and order of the Court.

    7.    The Law Offices of Booth & McCarthy does not hold any claims against or interest in the Debtor.

    8.    The Law Offices of Booth & McCarthy will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
Christopher J. McCarthy, Esq.

Sworn to before me this 22 day of December, 2004.

My Commission Expires on July 29, 2013.

_____
Notary Public

OFFICIAL SEAL
Notary Public, State Of West Virginia
RUSTI R. MENENDEZ
P.O. Box 164
Spelter, WV 26438
My Commission Expires July 29, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Verified Statement in Connection with the Representation f Creditors as Required by F.R.B.P. Rule 2019 and the exhibits thereto have been served, pursuant to the Revised Order, on the Debtors Counsel and the U.S. Bankruptcy Trustee via United States First Class Mail, postage prepaid, this 22nd day of December 2004.

By: _____
Christopher J. McCarthy, Esq.