IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
――――――――――――――――――――x
IN RE:                          )   In Proceedings for a
                                )   Reorganization under
W.R. Grace & Co., et al.        )   Chapter 11
                                )
     Debtor.                    )   Case No. 01-1139-JKF
                                )
――――――――――――――――――――x
```

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

David L. Meade, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law offices of Shinaberry and Meade, L.C., 2018 Kanawha Boulevard, East, Charleston, West Virginia 2531

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Shinaberry and Meade, L.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a contract of representation authorizing Shinaberry and Meade, L.C., to represent the creditor in bankruptcy proceedings

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to personal injury. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of Shinaberry and Meade, L.C. does not hold any claims against or interest in the Debtor.

8.     The Law Offices of Shinaberry and Meade, L.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
David L. Meade

Sworn to before me this 21st day of December, 2004.


Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
DEANNA E. MORRIS
2018 Kanawha Boulevard, E.
Charleston, West Virginia 25311
My Commission Expires Oct. 14, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) <br> ) <br> W.R. Grace & Co., et al. ) <br> ) <br> Debtor. ) <br> ) | In Proceedings for a <br> Reorganization under <br> Chapter 11 <br><br> Case No. 01-1139-JKF |

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of SHINABERRY AND MEADE, L.C.'s 2019 Statement including all exhibits on CD has been served upon the following parties by United States Mail, postage pre-paid this _21st_ day of December, 2004.

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

_/s/ David L. Meade_
David L. Meade

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: ) | In Proceedings for a |
| ) | Reorganization under |
| W.R. Grace & Co., et al. | Chapter 11 |
| ) |  |
| Debtor. ) | Case No. 01-1139-JKF |

## NOTICE OF FILING OF VERIFIED STATEMENT
## PURSUANT TO FED.R.BANKR.P. 2019

Pursuant to the above-entitled Court's Order dated October 22, 2004, please TAKE NOTICE that SHINABERRY AND MEADE, L.C., has filed its Fed.R.Bankr.P. 2019 statement with the Court identifying claimants represented by this office.

SHINABERRY AND MEADE, L.C.

By: /s/ David L. Meade
David L. Meade
2018 Kanawha Boulevard, East
Charleston, West Virginia 25311
(304) 343-7561

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
_____ x
IN RE:                    )      In Proceedings for a
                          )      Reorganization under
W.R. Grace & Co., et al.  )      Chapter 11
                          )
       Debtor.            )      Case No. 01-1139-JKF
                          )
_____ x
```

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of SHINABERRY AND MEADE, L.C.'s Notice of Filing 2019 Statement has been served upon the following parties by United States Mail, postage pre-paid this 21st day of December, 2004.

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

_____
David L. Meade