**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Bankruptcy No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Hearing Date: March 21, 2004 @ 12:00 PM<br>Objections Due: January 17, 2004 |

**SUMMARY OF THE FOURTEENTH AND FINAL QUARTERLY APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH DECEMBER 28, 2004**

**Name of Applicant:**    Elzufon Austin Reardon Tarlov & Mondell, P.A.

**Authorized to provide**
**Professional services to:**    Zonolite Attic Insulation Claimants

**Date of retention:**    July 22, 2002

**Period for which compensation**    July 1, 2004 through
**and reimbursement is sought:**    December 28, 2004

**Amount of compensation sought**
**as actual reasonable and necessary:**    $ 7,774.50

**Amount of expense reimbursement**
**sought as actual reasonable and**
**necessary:**    $ 5,345.31

This is a:    _____ Monthly    ___ Quarterly   _X_ Final Application

**Prior Application Filed:**    Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/19/02 | 7/23/02 through 9/30/02 | $5,738.00 | $692.54 | Approved | Approved |
| 3/5/03 | 10/1/02 through 12/31/02 | $7,800.50 | $2,547.87 | Approved | Approved |
| 6/2/03 | 1/1/03 through 3/31/03 | $7,315.50 | $1,876.44 | Approved | Approved |
| 9/3/03 | 4/1/03 through 6/30/03 | $5,937.50 | $4,284.81 | Approved | Approved |
| 11/19/03 | 7/1/03 through 9/30/03 | $10,919.00 | $2,387.21 | Approved | Approved |
| 2/18/04 | 10/1/03 through 12/31/03 | $5,973.50 | $3,343.18 | Approved | Approved |
| 6/7/04 | 1/1/04 through 3/31/04 | $4,345.50 | $4,068.14 | Approved | Approved |
| 9/21/04 | 4/1/04 through 6/30/04 | $4,690.50 | $2,066.84 | Approved | Approved |

The total time expended for the preparation of this application is 9.6 hours, and the corresponding compensation that is being requested in preparation of this Final Fee Application is $1,095.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 13 | Bankruptcy | $220.00 | 3.1 | $682.00 |
| Charles J. Brown | Partner | 10 | Bankruptcy | $190.00 | 1.5 | $285.00 |
| | | TOTALS | | | 4.6 | $967.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 3 | Bankruptcy | $100.00 | 23.9 | $2,390.00 |
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 58.9 | $4,417.50 |
| | | TOTALS | | | 81.8 | $6,807.50 |

**Compensation by Project Category**

| Category | Total Hours | Total Fees |
|---|---:|---:|
| 11 and 12-Fee Applications | 86.0 Hours | $7,686.50 |
| 22-ZAI Science Trial | .4 Hours | $88.00 |
| TOTALS | 86.4 Hours | $ 7,774.50 |

**Expenses**

| Description | Amount |
|---|---:|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $117.00 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $5,228.31 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $5,345.31 |

Dated: Wilmington, Delaware        ELZUFON, AUSTIN, REARDON,
December 28, 2004                          TARLOV & MONDELL, P.A.

   /s/ Charles J. Brown, III
Charles J. Brown, III, Esq. (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

*Former Delaware Counsel to the ZAI Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>W.R. GRACE & CO., et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br>Bankruptcy No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Hearing Date: March 21, 2004 @ 12:00 PM**<br>**Objections Due: January 17, 2004** |

**FOURTEENTH[1] AND FINAL QUARTERLY FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH DECEMBER 28, 2004**

Pursuant to Sections 327, 330 and 331 of Title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Appointment Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Amended Interim Compensation Order" and collectively with the Interim Compensation Order, the "Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Elzufon Austin Reardon Tarlov & Mondell, P.A., ("Applicant" or "EARTM"), Delaware Counsel to the ZAI Claimants, hereby applies for an order allowing it: (i) final compensation in the amount of $7,774.50 for the reasonable and necessary legal services EARTM has rendered; and (ii) reimbursement for the actual and necessary expenses EARTM has incurred in the amount of $5,345.31 (the "Final Fee Application"), for the interim quarterly period from July 1, 2004 through December 28, 2004 (the "Fee Period"). In support of the Final

---

[1] To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, EARTM is titling this the "Fourteenth Interim Quarterly Application" although it is actually EARTM's ninth such application.

Fee Application, EARTM respectfully states as follows:

## Background

**Retention of EARTM**

1.  On July 2, 2001 (The "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On July 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only. Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On May 3, 2001, this Court entered the Interim Compensation Order and entered the Amended Interim Compensation Order on July 17, 2002. By this Court's order effective as of July 22, 2002, EARTM was appointed as Delaware Counsel on behalf of the ZAI Claimants to prosecute the ZAI "Science Trial" issues on behalf of the ZAI Claimants' position against Debtors' position (the "Appointment Order"). The Appointment Order authorized a total budget for ZAI Counsel of $1.5 million in fees and $500,000.00 in expenses for prosecuting the Science Trial. On July 28, 2003, the Court entered an order approving the Joint Motion of Debtors and ZAI Claimants to Increase Budget for Science Trial (the "Budget Increase Order"). According to the Budget Increase Order the litigation budget is increased $950,000.00 per side for fees and expenses in the course of prosecuting the Science Trial against which EARTM may be compensated for legal services at its regular hourly rates, and for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules and orders of

this Court. The Court again increased the budget by $750,000.00 per side by order dated September 21, 2004.

**Monthly Interim Fee Applications Covered Herein**

3.     Pursuant to the procedures set forth in the Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application") subject to any objections lodged by the Notice Parties, as defined in the Compensation Order. If no objection is filed to a Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

4.     Furthermore, and also pursuant to the Compensation Order, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

5.     This is the Fourteenth and Final Interim Quarterly Fee Application that EARTM has and will file with the Bankruptcy Court in connection with these Chapter 11 Cases.

Buchanan Ingersoll, P.C. presently serves as Delaware Bankruptcy Counsel, EARTM served as Delaware counsel from July 22, 2002 to September 23, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll, P.C.

6. EARTM has filed the following Monthly Fee Applications for interim compensation during this Fee Period:

1. The Twenty-third Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of July 1, 2004 through July 31, 2004 (the "July Fee Application") attached hereto as Exhibit A.

2. The Twenty-fourth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of August 1, 2004 through August 30, 2004 (the "August Fee Application") attached as Exhibit B.

3. The Twenty-fifth Monthly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Zonolite Attic Insulation Claimants for the Period of September 1, 2004 through September 30, 2004 (the "September Fee Application") attached as Exhibit C.

4. EARTM also seeks compensation for fees incurred, not only in the preparation of this Final Fee Application, but for fees and expenses

incurred in the preparation of the July Fee Application, August Fee Application and September Fee Application as detail in Exhibit D.

7.  The period for objecting to the fees and expense reimbursement requested in the July Fee Application, August Fee Application and September Fee Application has yet to expire.

8.  During the Fee Period, EARTM has prepared for the ZAI Science Trial as detailed in the Application.

**Requested Relief**

9.  By this Final Fee Application, EARTM requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by EARTM for the Fee Period as detailed in the Application, less any amounts previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order.  The full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through D.

**Disinterestedness**

10. With the exception of its representation of ZAI claimants and other unrelated parties with matters before this court, EARTM does not hold or represent any interest adverse to the Debtors' estates.

11. In addition, EARTM may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases.

**Representations**

12. EARTM believes that the Application is in compliance with the requirements of Del.Bankr.LR 2016-2.

13.     EARTM performed the services for which it is seeking compensation under its Court Appointment effective as of July 22, 2002.

14.     During the Fee Period, EARTM has received no payment, nor has it received any promises for payment, from any other source for services rendered or to be rendered on behalf of the ZAI Claimants in connection with these Chapter 11 Cases.

15.     Pursuant to Fed. R. Bank. P. 2016(b), EARTM has not shared, nor has it agreed to share: (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of EARTM; or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

WHEREFORE, EARTM respectfully requests that the Court enter an order providing: (a) that for the Fee Period an administrative allowance be made to EARTM in the sum of (i) $7,774.50 as compensation for reasonable and necessary professional services, and (ii) $5,345.31 for reimbursement of actual and necessary costs and expenses incurred (for a total of $13,119.81); (b) that the Debtors be authorized and directed to pay to EARTM the outstanding amount of such sums less any sums previously paid to EARTM pursuant to the Application and the procedures set forth in the Compensation Order; and (c) that this Court grant such further relief as is equitable and just.

Dated: Wilmington, Delaware         ELZUFON AUSTIN REARDON
       December 28, 2004            TARLOV & MONDELL, P.A.

                                    */s/ Charles J. Brown, III*
                                    Charles J. Brown, III (No. 3368)
                                    300 Delaware Ave., Suite 1700
                                    P.O. Bow 1630
                                    Wilmington, DE 19801
                                    (302) 428-3181

                                    *Former Delaware Counsel for the ZAI Claimants*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING FINAL FEE APPLICATION

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to ZAI Claimants in the above-referenced bankruptcy case, filed the Fourteenth and Final Quarterly Application for Allowance of Compensation and Reimbursement of Expenses for July 1, 2004 through December 28, 2004 (the "Final Fee Application"). The Court has reviewed the Final Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Fee Application, and any hearing on the Final Fee Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Final Fee Application.

Accordingly, it is hereby

ORDERED that the Final Fee Application is GRANTED. Debtors shall pay to EARTM the sum of $7,774.50 as compensation and $5,345.31 as reimbursement of expenses, for a total of $13,119.81 for services rendered and disbursements incurred by EARTM for the period July 1, 2004 through December 28, 2004, less any amounts previously paid in connection with the monthly fee applications.

Dated: _____, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

**CERTIFICATE OF SERVICE**

   I, CHARLES J. BROWN, III, Esquire, hereby certify that on December 28, 2004 service of the foregoing:

- **Fourteenth and Final Quarterly Application of Elzufon Austin Reardon Tarlov & Mondell, P.A., for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Period from July 1, 2004 through December 28, 2004**

was made upon the attached Service List via hand delivery and first class mail.

Dated: Wilmington, Delaware
   December 28, 2004

                 */s/ Charles J. Brown, III*
                 CHARLES J. BROWN, III

**SERVICE LIST**

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

David M. Bernick, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

David B. Seigel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena
Price & Axelrod, LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Marla Eskin
Campbell & Levine
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Frank J. Perch, Esquire
 Office of the United States Trustee
 844 King Street, Room 2313
 Lockbox 35
 Wilmington, DE 19801

Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

James J. Restivo, Jr., Esquire
Reed Smith LLP
435 Seventh Avenue
Pittsburgh, PA 15219-1886

William J.A. Sparks, Esquire
W.R. Grace & Company
919 N. Market, Suite 460
Wilmington, DE 19899

Warren H. Smith
Warren H. Smith and Associates
900 Jackson Street
120 Founders Square
Dallas, TX 75202