# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)
(Jointly Administered)

**Objection Deadline: January 13, 2005**
**Hearing Date: TBD if necessary**

## SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004

| | |
|---|---|
| Name of Applicant: | Elzufon Austin Reardon Tarlov & Mondell, P.A. |
| Authorized to provide Professional services to: | Zonolite Attic Insulation Claimants |
| Date of retention: | August 22, 2002 |
| Period for which compensation and reimbursement is sought: | July 1, 2004 through July 31, 2004 |
| Amount of compensation sought as actual reasonable and necessary: | $ 1,343.50 |
| Amount of expense reimbursement sought as actual reasonable and necessary: | $ 1,953.52 |

This is a:    X   Monthly _____ Interim    _____ Final Application

Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Approved | Approved |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Approved | Approved |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Approved | Approved |
| 11/25/03 | 10/1/03 through 10/31/04 | $ 1,457.00 | $ 1,918.31 | Approved | Approved |
| 12/23/03 | 11/1/03 through 11/30/03 | $2,750.00 | $1,281.11 | Approved | Approved |
| 2/18/04 | 12/1/03 through 12/31/03 | $1,766.50 | $143.76 | Approved | Approved |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Approved | Approved |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Approved | Approved |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Approved | Approved |

| 8/19/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | CNO filed, Pending Hearing | CNO filed, Pending Hearing |
|-----------|--------------------------|---------|-------|---------------------------|---------------------------|
| 8/19/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | CNO filed, Pending Hearing | CNO filed, Pending Hearing |
| 8/19/2004 | 6/1/04 through 6/30/04 | $2,359.00 | $1,160.75 | CNO filed, Pending Hearing | CNO filed, Pending Hearing |

As indicated above, this is the twenty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| William D. Sullivan | Partner | 14 | Bankruptcy | $220.00 | 1.3 | $286.00 |
| TOTALS | | | | | 1.3 | $286.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|-----------------------------|------------|---------------------|--------------------|--------------------|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 14.4 | $1,057.50 |
| TOTALS | | | | | 14.4 | $1,057.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 12-Fee Application, Others 22-ZAI Science Trial | 15.7 Hours Hours | $1,343.50 |
| TOTALS | 15.7 Hours | $1,343.50 |

**EXPENSES**

| Description | Amount |
| --- | --- |
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense -- Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $1,953.52 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $1,953.52 |

Dated: Wilmington, Delaware
December 14, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ Charles J. Brown, III*

Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,

          Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: January 13, 2005**
**Hearing Date: TBD if necessary**

## FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
            E.I. # 51-0298668
                P.O. Box 1630
            Wilmington, DE 19899
                (302) 428-3181

ZAI Plaintiffs                          10/31/2004
Richardson Patrick Westbrook            Client No: 220305-11221M
174 East Bay Street                     Statement No:      210931
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

### Fees

|                                                              | Rate   | Hours |
|--------------------------------------------------------------|--------|-------|
| 07/02/04                                                     |        |       |
| MY  Obtain information re: fee applications of L&A           | 75.00  | 0.20  |
| 07/12/04                                                     |        |       |
| WDS Review report on fee applications.                       | 220.00 | 0.10  |
| MY  Begin edits/preparation of 12th Humphreys L&A Quarterly for filing (.9) | 75.00  | 0.90  |
| 07/13/04                                                     |        |       |
| WDS Review agenda for 7/19 Hearing; no matters affecting clients. | 220.00 | 0.20  |
| MY  Complete 12th Quarterly summary and application for review | 75.00  | 0.60  |
| 07/22/04                                                     |        |       |
| WDS Review Order extending Plan period through November 24.  | 220.00 | 0.10  |
| MY  Prepare 12th Quarterly of RPWB and March Fee Application | 75.00  | 1.10  |

07/23/04
MY  Prepare, format, file and serve
    March fee application of RRWB for
    filing; prepare, format, file and
    serve January, February, March of

1

| | | |
|---|---|---|
| L&A; Prepare, format, file and serve 12th quarterly | 75.00 | 3.20 |
| WDS Review Motions re: administration of case. | 220.00 | 0.20 |
| WDS Review and approve for filing Lukins & Annis Monthly Fee application. | 220.00 | 0.30 |
| WDS Review and revise RPWB March application and Quarterly (12th Application. | 220.00 | 0.20 |

07/26/04
   MY Follow-up re: Friday's filings, draft notice of Quarterly; format, finalize and serve; update file     75.00    1.70

07/27/04
   WDS Review and approve for filing RPWB's 12th Quarterly Fee Application.     220.00    0.20

   MY Draft, format, finalize and serve CNOs re: Jan/Feb Fee applications of RPWB, edit quarterly for filing, gather exhibits and prepare for filing (3.2)     75.00    3.50

07/28/04
   MY Format, file and serve 12th Quarterly Fee App (1.6), draft Notice of Filing, format, finalize and serve (.9), complete service via e-mail (.2)     75.00    2.80

07/29/04
   MY Update file re: recent files, confirm proper service     75.00    0.40

For Current Services Rendered

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 1.3 | $220.00 | $ 286.00 |
| Michael Young | Paralegal | 14.4 | $75.00 | $1,057.50 |

Advances

07/26/04 Out sourcing of services. Reliable Copy Service,
    Inc. - See copy of invoice          976.76
07/28/04 Out sourcing of services. Reliable Copy Service,
    Inc. - See copy of invoice          976.76

| | |
|---|---|
| Total Advances | $1,953.52 |
| Total Current Work | $1,343.50 |
| Balance Due | $3,297.02 |

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|------|-------------|
| 7/26/2004 | 13524 |

**BILL TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Mike Young

**SHIP TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
| | Net 30 | JC | Delivery | 220305-11221 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | 5,170 | 0.10 | 517.00T |
| U.S. Postage | 204 | 1.29 | 263.16T |
| Postage-Canadian | 1 | 1.60 | 1.60T |
| Hand Deliveries | 30 | 6.50 | 195.00T |
| Sales Tax (in-state Sales-exempt); | | 0.00 | 0.00 |

Thank you for your business.

**Total**  $976.76

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

ble Copy Service, Inc.- Delaware

**INVOICE**

| DATE | INVOICE NO. |
|------|-------------|
| 7/28/2004 | 13552 |

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| BILL TO | SHIP TO |
|---------|---------|
| Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801<br>Attn: Mike Young | Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801 |

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
| | Net 30 | JC | Delivery | 220305-11221 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | 5,170 | 0.10 | 517.00T |
| U.S. Postage | 204 | 1.29 | 263.16T |
| Postage-Canadian | 1 | 1.60 | 1.60T |
| Hand Deliveries | 30 | 6.50 | 195.00T |
| Sales Tax (in-state Sales-exempt); | | 0.00 | 0.00 |

Thank you for your business.

| **Total** | $976.76 |
|-----------|---------|

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

# EXHIBIT B

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:  W.R. GRACE & CO., et al.,

Debtors.

Chapter 11

Case No. 01-01139 (JFK)
(Jointly Administered)

**Objection Deadline: January 13, 2005**
**Hearing Date: TBD if necessary**

## SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 30, 2004

Name of Applicant:                                    Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                             Zonolite Attic Insulation Claimants

Date of retention:                                    August 22, 2002

Period for which compensation                         August 1, 2004 through
and reimbursement is sought:                          August 30, 2004

Amount of compensation sought
as actual reasonable and necessary:        $ 1,597.50

Amount of expense reimbursement            $ 16.50
sought as actual reasonable and
necessary:

This is a:        _X_ Monthly _____ Interim        _____ Final Application


Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Approved | Approved |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Approved | Approved |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Approved | Approved |
| 11/25/03 | 10/1/03 through 10/31/04 | $ 1,457.00 | $ 1,918.31 | Approved | Approved |
| 12/23/03 | 11/1/03 through 11/30/03 | $2,750.00 | $1,281.11 | Approved | Approved |
| 2/18/04 | 12/1/03 through 12/31/03 | $1,766.50 | $143.76 | Approved | Approved |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Approved | Approved |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Approved | Approved |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Approved | Approved |

| 8/19/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | Approved | Approved |
|-----------|--------------------------|---------|-------|----------|----------|
| 8/19/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | Pending | Pending |
| 8/19/2004 | 6/1/04 through 6/30/04 | $ 2,359.00 | $1,160.75 | Pending | Pending |
| 12/13/04 | 7/1/04 through 7/31/04 | $1,343.50 | $1,953.52 | Pending | Pending |

As indicated above, this is the twenty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|------------------------------|------------------------------|----------------------------------|------------|----------------------|---------------------|---------------------|
| William D. Sullivan | Partner | 14 | Bankruptcy | $220.00 | 1.5 | $330.00 |
| TOTALS | | | | | 1.5 | $330.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|------------------------------|------------------------------|-------------------------------|------------|----------------------|---------------------|---------------------|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 16.9 | $1,267.50 |
| TOTALS | | | | | 16.9 | $1,267.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 12-Fee Application, Others | 17.0 Hours | $1,509.50 |
| 22-ZAI Science Trial | .4 Hours | $88.00 |
| TOTALS | 17.4 Hours | $1597.50 |

# EXPENSES

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $16.50 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $16.50 |

Dated: Wilmington, Delaware
    December 14, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE  19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>Debtors, | Chapter 11<br><br>Bankruptcy No. 01-01139 (JFK)<br>(Jointly Administered)<br><br>**Objection Deadline: January 13, 2005**<br>**Hearing Date: TBD if necessary** |

## FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 30, 2004

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

ZAI Plaintiffs                           10/31/2004
Richardson Patrick Westbrook             Client No: 220305-11221M
174 East Bay Street          Statement No:      210931
Charleston SC 29401

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

        Fees

| 08/10/04 | | Rate | Fee |
|---|---|---|---|
| MY Prepare April, May, June 2004 fee application of RPWB for Delaware filing | | 75.00 | 2.80 |
| **08/12/04** | | | |
| WDS Review and approve RPWB's April, May and June Fee Applications; e-mail to co-counsel re: potential revision. | | 220.00 | 0.50 |
| **08/16/04** | | | |
| MY Make changes to April, May and June fee applications in preparation for filing | | 75.00 | 0.90 |
| WDS Review report on RPWB Quarterly Application for 12th Interim period. | | 220.00 | 0.10 |
| **08/17/04** | | | |
| MY Format, file and serve April, May, June fee application of RPWB (.7); review docket draft CNO re: RPWB March Fee Application (.7); draft, format, finalize and serve CNO re: March fee application of RPWB (.7) | | 75.00 | 2.10 |

1

08/19/04

   WDS Review and approve monthly fee
   applications for April, May and
   June.                                   220.00  0.50
   MY Draft/edit April, May, June Fee
   applications of EART&M (3.6);
   format, finalize and serve all 3
   applications (1.8)                 75.00  5.40

08/24/04

   WDS E-mail Status Report for
   co-counsel on Judge Fitzgerald's
   rulings.                          220.00  0.40

08/27/04

   MY Review docket re: fee application
   status and status of CNO's or all
   filers, begin drafting CNO's     75.00  1.40

08/30/04

   MY Draft, format, finalize and serve
   CNO's for January, February,
   March 2004 of EART&M       75.00  2.70

08/31/04

   MY Review docket re: applications of
   L&H, draft CNO, re: Oct, Nov, Dec
   Fee applications               75.00  1.60

## Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | 1.5 | $220.00 | $ 330.00 |
| Michael Young | Paralegal | 16.9 | 75.00 | $1,267.50 |

Advances

| 08/17/04 Courier fee Tristate Courier & Carriage | 5.00 |
|---|---|
| 08/17/04 Courier fee Tristate Courier & Carriage | 6.50 |
| 08/30/04 Courier fee Tristate Courier & Carriage | 5.00 |

| Total Advances | $16.50 |
|---|---|
| Total Current Work | $1,597.50 |

| Balance Due | $1,614.00 |
|---|---|

2

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W.R. GRACE & CO., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 01-01139 (JFK) <br> (Jointly Administered) <br><br> **Objection Deadline: January 13, 2005** <br> **Hearing Date: TBD if necessary** |

### SUMMARY OF APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

Name of Applicant:                          Elzufon Austin Reardon Tarlov & Mondell, P.A.

Authorized to provide
Professional services to:                   Zonolite Attic Insulation Claimants

Date of retention:                          August 22, 2002

Period for which compensation              September 1, 2004 through
and reimbursement is sought:               September 30, 2004

Amount of compensation sought
as actual reasonable and necessary:        $ 2,158.50

Amount of expense reimbursement            $ 2,230.53
sought as actual reasonable and
necessary:

This is a:        X  Monthly _____Interim         _____Final Application


Prior Application Filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/18/02 | 7/23/02 through 9/30/02 | $ 5,738.00 | $ 692.54 | Approved | Approved |
| 12/12/02 | 10/1/02 through 10/31/02 | $ 1,998.00 | $ 171.59 | Approved | Approved |
| 2/10/03 | 11/1/02 through 11/30/02 | $ 3,994.00 | $ 1,875.81 | Approved | Approved |
| 2/12/03 | 12/1/02 through 12/31/02 | $ 1,808.50 | $ 500.47 | Approved | Approved |
| 3/19/03 | 1/1/03 through 1/31/03 | $ 970.50 | $ 145.35 | Approved | Approved |
| 5/16/03 | 2/1/03 through 2/28/03 | $ 2,314.00 | $ 286.80 | Approved | Approved |
| 5/16/03 | 3/1/03 through 3/31/03 | $ 4,031.00 | $ 1,444.29 | Approved | Approved |
| 7/1/03 | 4/1/03 through 4/30/03 | $ 920.00 | $ 45.00 | Approved | Approved |
| 8/14/03 | 5/1/03 through 5/31/03 | $2,152.50 | $ 2,119.56 | Approved | Approved |
| 8/15/03 | 6/1/03 through 6/31/03 | $ 2,865.00 | $ 2,120.25 | Approved | Approved |
| 9/15/03 | 7/1/03 through 7/31/03 | $ 4,393.50 | $ 295.24 | Pending | Pending |
| 10/31/03 | 8/1/03 through 8/31/03 | $ 3,623.00 | $ 69.68 | Pending | Pending |
| 11/3/03 | 9/1/03 through 9/30/03 | $ 2,892.50 | $ 2,022.29 | Pending | Pending |
| 11/25/03 | 10/1/03 through 10/31/04 | $ 1,457.00 | $ 1,918.31 | Pending | Pending |
| 12/23/03 | 11/1/03 through 11/30/03 | $2,750.00 | $1,281.11 | Pending | Pending |
| 2/18/04 | 12/1/03 through 12/31/03 | $1,766.50 | $143.76 | Pending | Pending |
| 5/17/04 | 1/1/04 through 1/31/04 | $ 1,127.00 | $1,502.14 | Pending | Pending |
| 5/17/04 | 2/1/04 through 2/29/04 | $ 1,937.00 | $ 2,426.80 | Pending | Pending |
| 5/20/04 | 3/1/2004 through 3/31/2004 | $ 1,281.50 | $139.20 | Pending | Pending |

| 8/19/2004 | 4/1/2004 through 4/30/04 | $821.00 | $0.00 | Pending | Pending |
|---|---|---|---|---|---|
| 8/19/2004 | 5/1/2004 through 5/31/04 | $1,510.50 | $906.09 | Pending | Pending |
| 8/19/2004 | 6/1/04 through 6/30/04 | $ 2,359.00 | $1,160.75 | Pending | Pending |
| 12/13/04 | 7/1/04 through 7/31/04 | $1,343.50 | $1,953.52 | Pending | Pending |
| 12/13/04 | 8/1/04 through 8/30/04 | $1,597.50 | $16.50 | Pending | Pending |

As indicated above, this is the twenty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $300.00.

The Elzufon Austin Reardon Tarlov & Mondell, P.A., attorney who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 14 | Bankruptcy | $220.00 | .3 | $66.00 |
| TOTALS | | | | | .3 | $66.00 |

The Elzufon Austin Reardon Tarlov & Mondell, P.A. paraprofessional who rendered professional services in these cases during the Fee Period is:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael Young | Paralegal | 2 | Bankruptcy | $75.00 | 27.9 | $2,092.50 |
| TOTALS | | | | | 27.9 | $2,092.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 12-Fee Application, Others | 28.2 Hours | $2,158.50 |
| 22-ZAI Science Trial | Hours | $ |
| TOTALS | 28.2 Hours | $2,158.50 |

**EXPENSES**

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $91.50 |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing | $2,139.03 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Total: | $2,230.53 |

Dated: Wilmington, Delaware
    December 14, 2004

ELZUFON, AUSTIN, REARDON,
TARLOV & MONDELL, P.A.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (No. 3368)
300 Delaware Avenue, Suite 1700
P.O. Box 1630
Wilmington, DE 19899-1630
Phone: (302) 428-3181
Fax: (302) 777-7244

Delaware Counsel to ZAI Claimants

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., et al.,

                Debtors.

Chapter 11

Bankruptcy No. 01-01139 (JFK)

(Jointly Administered)

**Objection Deadline: January 13, 2005**
**Hearing Date: TBD if necessary**

**FEE DETAIL OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181

Page: 1
ZAI Plaintiffs
Richardson Patrick Westbrook
174 East Bay Street
Charleston SC 29401

10/31/2004
Client No: 220305-11221M
Statement No: 210931

Attn: Edward Westbrook

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

Fees

| | Rate | Hour |
|---|---|---|
| 09/01/04 | | |
| MY Format file and serve CNO's re Lukins and Annis October, November, December Fee Applications | 75.00 | 1.40 |
| 09/02/04 | | |
| MY Draft, format, finalize and serve certificates of no objections re: January and February Fee Applications of L&A | 75.00 | 1.20 |
| 09/03/04 | | |
| WDS Review fee auditors report on 12th interim fee application | 220.00 | 0.20 |
| 09/07/04 | | |
| MY Review file and docket re applications of RPWB from April to June of 2004, review for objections, update file | 75.00 | 0.60 |
| 09/08/04 | | |
| MY Review file and draft CNO's re April, May, June Fee Apps of RPWB (1.2), Format file and serve all | | |

1

CNO's (.7), review file re prior
orders re budget (.2)                          75.00   2.10

09/09/04
MY Review for information re:
telephonic appearance                          75.00   0.20
MY Gather exhibits and make edits to
13th quarterly fee application of
RPWD and prepare for
filing/review (1.8); draft notice
(.3)                                           75.00   2.10

09/10/04
MY Format, file and serve 13th
Quarterly Fee Application (1.2),
format and file notice of service
(.3)                                           75.00   1.50

09/13/04
WDS Review letter from Grace re:
payment to financial advisors.                220.00   0.10

MY Draft memorandum re: service list          75.00   0.30

09/14/04
MY Review file, begin draft of EARTM
Quarterly Fee Application                      75.00   1.10

09/15/04
MY Complete draft of 8th Quarterly
Fee Application (2.8), draft
notice of service (.3)                         75.00   3.10

09/20/04
MY Prepare April, May, and June Fee
App of Lukins and Annis for
filing, format, file and serve
each (2.7), Revise quarterly of
EARTM (.8)                                     75.00   3.50

09/21/04
MY Review file and docket re 9/20 to
ensure proper service and filing, Format
and file quarterly of EARTM and
Format and file notice of quarterly           75.00   2.50

2

09/22/04
    MY  Review case information re: 9/27
        hearing (.2)                                    75.00    0.20

09/23/04
    MY  Preparation for 9/27/04 hearing
        (.2), review docket re objections
        to Fee apps of EARTM, draft CNO's
        for April and May 2004 Fee apps
        (1.1)                                           75.00    1.30

09/24/04
    MY  Draft CNO re June Fee App, format
        file and serve (1), Format file
        and serve CNO's re April and May
        Fee Apps (.8), review agenda
        regarding 9/27/04 hearing (.3),
        prepare July 2004 for filing RPWB
        (.8), review documents related to
        budget (.3)                                     75.00    3.20

09/27/04
    MY  Update tracking chart of fee
        applications of EARTM, L&A, and
        RPWB in preparations for 9/27/04
        hearing                                         75.00    3.10

09/28/04
    MY  Review file and contact info,
        obtain order re Increase in
        Budget                                          75.00    0.50
                                                        _____  _____
    For Current Services Rendered              $2,158.50    28.2

Recapitulation
| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Sullivan, William D. | Partner | .3 | $220.00 | $   66.00 |
| Michael Young | Paralegal | 27.9 | 75.00 | $2,092.50 |

Advances
09/01/04 Courier fee Tristate Courier & Carriage            5.00
09/02/04 Courier fee Tristate Courier & Carriage            5.00
09/08/04 Courier fee Tristate Courier & Carriage            5.00
09/10/04 Courier fee Tristate Courier & Carriage            5.00
09/10/04 Out sourcing of services. Reliable Copy Service,
    Inc.                                                   942.84

3

09/20/04 Courier fee Tristate Courier & Carriage          71.50
09/21/04 Out sourcing of services. Reliable Copy Service,
         Inc.                              948.05
09/29/04 Out sourcing of services. Reliable Copy Service,
         Inc.                              248.14
                                       ------------

         Total Advances          $2,230.53
         Total Current Work       $2,158.50

         Balance Due             $4,389.03
                                 ============

4

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|------|-------------|
| 9/10/2004 | 13911 |

| BILL TO | SHIP TO |
|---------|---------|
| Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801<br>Attn: Mike Young | Elzufon & Austin P.A.<br>300 Delaware Ave.<br>17th Floor<br>Wilmington DE 19801 |

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
|  | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | 4,935 | 0.10 | 493.50T |
| U.S. Postage | 206 | 1.29 | 265.74T |
| Postage-International | 1 | 1.60 | 1.60T |
| Hand Deliveries | 28 | 6.50 | 182.00T |
| Sales Tax (in-state Sales-exempt); |  | 0.00 | 0.00 |

Thank you for your business.

**Total**                                        $942.84

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|------|-------------|
| 9/21/2004 | 14006 |

**BILL TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Mike Young

**SHIP TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
| | Net 30 | JC | Delivery | 220305-11221 | WR Grace |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Straight Copying | 4,935 | 0.10 | 493.50T |
| U.S. Postage | 205 | 1.29 | 264.45T |
| Postage-Canadian | 1 | 1.60 | 1.60T |
| Hand Deliveries | 29 | 6.50 | 188.50T |
| Sales Tax (in-state Sales-exempt); | | 0.00 | 0.00 |

Thank you for your business.

**Total**     $948.05

Please check all media. Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.

Reliable Copy Service, Inc.- Delaware

# INVOICE

Nemours Building
1007 Orange St, Suite 110
Wilmington, De. 19801

| DATE | INVOICE NO. |
|------|-------------|
| 9/29/2004 | 14071 |

**BILL TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801
Attn: Laura

**SHIP TO**

Elzufon & Austin P.A.
300 Delaware Ave.
17th Floor
Wilmington DE 19801

| JOB DATE | TERMS | REP | SHIP VIA | FILE # | FILE NAME |
|----------|-------|-----|----------|--------|-----------|
| | Net 30 | JC | Delivery | 220305-11221 | CJB |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Light Litigation | 1,451 | 0.14 | 203.14T |
| GBC Bind | 20 | 2.25 | 45.00T |
| Sales Tax (in-state Sales-exempt); | | 0.00 | 0.00 |

Thank you for your business.

**Total**          $248.14

Please check all media.  Reliable will not be responsible
for source data after 30 days from job delivery.
For any questions, please call us at (302) 654-8080.