# EXHIBIT D

Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
E.I. # 51-0298668
P.O. Box 1630
Wilmington, DE  19899
(302) 428-3181


                                                          Page: 1
ZAI Plaintiffs                                          12/28/2004
Richardson Patrick Westbrook          Client No: 220305-11221M
174 East Bay Street                   Statement No:      212787
Charleston  SC  29401


Attn: Edward Westbrook



W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771


                              Fees


                                         Rate    Hours
12/13/04
    MY   Complete first draft of July Fee
         App (2), August Fee App (2), and
         September Fee App (2) of EARTM,
         Review accounting material (.3)     100.00    6.30

12/14/04
    CJB  Review and approve monthly fee
         application for July 2004 (.3),
         August 2004 (.3) and September
         2004 (.3) of EARTM                  190.00    0.90
    MY   Final edits to July, August and
         September Monthly Fee
         Applications (1.4), format, file
         and serve all applications (.7)     100.00    2.10

12/16/04
    MY   Review remaining case material
         and begin draft of Final Fee
         Application                         100.00    4.80

12/17/04
    MY   Draft Notice of Quarterly and
         Final Fee Application (.4),
         Continue and complete first draft
         of final fee application (w/o
         edits) (4.6), review file and
         gather exhibits needed for fee
         application (.8)                     100.00    5.80

12/27/04
    MY   Edits to Final Fee Application
         and notice prior to attorney
         review and approval (1.6), review
         prior monthly fee applications
         for accounting records(.3),
         gather exhibits (.2)                 100.00    2.10
    CJB  Review and approve final fee
         application of EARTM                 190.00    0.60

ZAI Plaintiffs

Client No: 220305-11221M
Statement No:          212787

W.R. Grace & Companies, et al.
CA No. 01-1139
A-01-771

|  | Rate | Hours |
|---|---|---|

12/28/04
　　MY　Conduct accounting research to
　　　　confirm all final fees and
　　　　expenses are including in final
　　　　fee app and notice (1.2), Final
　　　　edits to Notice prior to filing
　　　　(.4), Format, file and arrange
　　　　for service of Notice (.3),
　　　　Format exhibits for filing (.2),
　　　　Format, file and service Final
　　　　Fee Application (.7)                          100.00    2.80

　　For Current Services Rendered                          25.40   2,675.00

### Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Charles J. Brown | Senior Associat | 1.50 | $190.00 | $285.00 |
| Michael Young | Paralegal | 23.90 | 100.00 | 2,390.00 |

### Expenses

12/28/04 Photocopying and mailings - Reliable Copy Service
　　　　　Inc.                                                    976.76
12/28/04 Photocopy charges and mailings - Reliable Copy
　　　　　Services Inc.                                           159.00

　　Total Expenses                                             1,135.76

### Advances

12/07/04 Courier fee Tristate Courier & Carriage               9.00

　　Total Advances                                                9.00

　　Total Current Work                                        3,819.76

　　Balance Due                                              $3,819.76