## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                      )      Chapter 11
                                            )
W.R.GRACE & CO., et al.[1]                  )      Case No. 01-01139 (JKF)
                                            )      (Jointly Administered)
                                            )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM FEBRUARY 1, 2004 THROUGH FEBRUARY 29, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## FEBRUARY, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 2/1 | 1.0 | Reading and review of status of negotiations regarding asbestos issues |
| 2/9 | 2.0 | Reading and review of status of negotiations regarding asbestos issues |
| | 2.5 | Meeting with EPA regarding agency actions on asbestos issues |
| 2/12 | 2.0 | Telephone calls with Mr. Corcoran, asbestos coalition members and Congressional staff regarding progress on asbestos legislation |
| 2/16 | 2.0 | Reading and review of news materials regarding asbestos issues |
| 2/17 | 2.0 | Preparation for conference call with Mr. Corcoran et al |
| | 2.0 | Conference call with Mr. Corcoran regarding asbestos issues |
| 2/18 | 3.0 | Meet with Ms. Sturbitts (WRG consultant) regarding strategy for approaching Congress and Federal agencies regarding asbestos issues |
| 2/19 | 1.0 | Telephone calls to Congressional staff and to Mr. Corcoran regarding asbestos issues |
| 2/20 | 1.0 | Telephone calls to Congressional staff and to Mr. Corcoran regarding asbestos issues |
| 2/23 | 2.5 | Review of contact lists and issue presentation by asbestos coalition group |
| 2/24 | 1.0 | Review of general news and trade periodical updates on asbestos legislation |
| 2/25 | 1.0 | Telephone conference with Mr. Corcoran regarding activities of asbestos coalition and Congress |
| 2/26 | 1.0 | Telephone conference wit Mr. Billings and Ms. Sturbitts regarding asbestos representation issues |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                      )        Chapter 11
                                            )
W.R.GRACE & CO., et al.[1]                  )        Case No. 01-01139 (JKF)
                                            )        (Jointly Administered)
                                            )

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MARCH 1, 2004 THROUGH MARCH 31, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MARCH, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 3/1 | 2.0 | Review consultants' report on health impacts of asbestos |
| 3/2 | 3.5 | Dinner with Mr. Corcoran with discussion of strategy and recent actions regarding asbestos issues |
| 3/3 | 2.0 | Attend meeting with Baker, Donelson Public Policy Group with discussions of intelligence on asbestos issue in Congress |
| | 1.0 | Read and review recent news and trade publications on asbestos issues |
| 3/4 | 2.0 | Telephone calls to Congressional committees and leadership staff regarding asbestos debate |
| 3/9 | 3.0 | Attend meeting with Mr. Corcoran to discuss upcoming meeting with Senate leadership on asbestos negotiations |
| 3/10 | 3.0 | Pre-meeting and meeting with Senate majority leader's staff regarding asbestos negotiation |
| | 2.0 | Attend meeting with consultants to determine leadership positions of Senate minority and Judiciary Committee minority positions on asbestos negotiations |
| 3/11 | 1.5 | Review and read news reports and trade publications on asbestos negotiations |
| | 1.75 | Telephone calls with Mr. Corcoran and other WR Grace consultants on status of asbestos negotiations both in asbestos coalition and in Congress |
| | 1.0 | Attend meeting with Senate Energy Committee Chairman's staff to determine interest in asbestos negotiations |
| 3/15 | 3.0 | Attend meeting with representative of asbestos coalition (General Electric) to discuss ongoing asbestos negotiations and positions held by coalition companies |
| 3/16 | 2.0 | Attend meeting with Senate Energy Committee representative regarding asbestos negotiations |
| 3/18 | 2.5 | Attend meeting with a number of Senate committee and personal staff to discuss asbestos related issues and strategies |
| 3/19 | 1.0 | Review and read news materials and trade publications on asbestos issues |
| 3/22 | 2.0 | Review report by WR Grace consultants on issue of asbestos involvement in Libby, Montana facility |
| 3/23 | 2.5 | Attend meeting with Commerce Department staff and discuss involvement in asbestos negotiations |
| 3/24 | 1.75 | Telephone conference with Mr. Corcoran to discuss and review status of asbestos negotiations and strategy for WR Grace actions |
| 3/26 | 6.0 | Attend meeting with Messrs. Washburn, Corcoran and Baldwin (SRG Board of Directors) in Baltimore, MD to discuss asbestos related matters |
| 3/30 | 1.5 | Conference call with Mr. Corcoran and consultants on asbestos strategy for upcoming Senate meetings |
| 3/31 | 1.5 | Review and reading of news and trade publications on asbestos |

EXPENSES ITEMIZED AND SUMMARIZED FOR FEBRUARY AND MARCH, 2004

| W.R. Grace Expenses | | |
|---|---|---|
| Client # 2850487-000001 | | |
| Itemized and summarized through 03/31/2004 | | |
| Bill # 67882071 dated 04/01/2004 | | |
| | | |
| Description | Date | Amount |
| | | |
| Long Distance Charge | 02/04/04 | $1.14 |
| Long Distance Charge | 02/09/04 | $7.99 |
| Long Distance Charge | 02/09/04 | $1.71 |
| Long Distance Charge | 02/17/04 | $1.14 |
| Long Distance Charge | 02/17/04 | $0.57 |
| Long Distance Charge | 02/19/04 | $1.14 |
| Long Distance Charge | 02/23/04 | $2.28 |
| Long Distance Charge | 02/23/04 | $0.57 |
| Long Distance Charge | 02/23/04 | $1.71 |
| Long Distance Charge | 02/23/04 | $0.57 |
| Mobile/ Cell Phone Charges | 02/25/04 | $18.60 |
| Long Distance Charge | 02/25/04 | $1.71 |
| Long Distance Charge | 02/27/04 | $0.57 |
| Long Distance Charge | 02/27/04 | $4.56 |
| Photo Reproduction Charge | 02/27/04 | $0.40 |
| Cab Fare | 02/27/04 | $13.00 |
| Long Distance Charge | 03/01/04 | $2.28 |
| Long Distance Charge | 03/01/04 | $0.57 |
| Photo Reproduction Charge | 03/01/04 | $0.60 |
| Long Distance Charge | 03/02/04 | $0.57 |
| Long Distance Charge | 03/08/04 | $2.85 |
| Long Distance Charge | 03/09/04 | $0.57 |
| Long Distance Charge | 03/09/04 | $5.13 |
| Long Distance Charge | 03/10/04 | $1.14 |
| Long Distance Charge | 03/11/04 | $1.14 |
| Long Distance Charge | 03/11/04 | $0.57 |
| Outgoing Telecopier Charge | 03/11/04 | $21.00 |
| Long Distance Charge | 03/12/04 | $7.42 |
| Staff Overtime | 03/15/04 | $47.24 |
| Photo Reproduction Charge | 03/16/04 | $0.20 |
| Photo Reproduction Charge | 03/16/04 | $0.20 |
| Photo Reproduction Charge | 03/16/04 | $0.40 |
| Photo Reproduction Charge | 03/16/04 | $0.20 |
| Photo Reproduction Charge | 03/16/04 | $0.40 |

| Photo Reproduction Charge | 03/16/04 | $0.20 |
|---|---|---|
| Photo Reproduction Charge | 03/16/04 | $0.20 |
| Staff Overtime | 03/16/04 | $59.05 |
| Staff Overtime | 03/22/04 | $70.86 |
| Long Distance Charge | 03/23/04 | $0.57 |
| Outgoing Telecopier Charge | 03/23/04 | $7.00 |
| Outgoing Telecopier Charge | 03/23/04 | $4.00 |
| Photo Reproduction Charge | 03/23/04 | $2.00 |
| Staff Overtime | 03/23/04 | $47.24 |
| Long Distance Charge | 03/24/04 | $1.71 |
| Long Distance Charge | 03/24/04 | $1.14 |
| Outgoing Telecopier Charge | 03/24/04 | $5.00 |
| Outgoing Telecopier Charge | 03/24/04 | $5.00 |
| Photo Reproduction Charge | 03/24/04 | $1.00 |
| Photo Reproduction Charge | 03/24/04 | $0.80 |
| Staff Overtime | 03/24/04 | $82.67 |
| Mobile/ Cell Phone Charges | 03/25/04 | $9.00 |
| Long Distance Charge | 03/25/04 | $3.99 |
| Photo Reproduction Charge | 03/25/04 | $3.60 |
| Staff Overtime | 03/25/04 | $82.67 |
| Long Distance Charge | 03/26/04 | $6.27 |
| Long Distance Charge | 03/26/04 | $2.85 |
| Long Distance Charge | 03/26/04 | $1.14 |
| Long Distance Charge | 03/26/04 | $0.57 |
| Staff Overtime | 03/26/04 | $82.67 |
| Long Distance Charge | 03/31/04 | $3.99 |
| | | |
| **Bill #67882071 itemized totals** | | **$635.33** |

| Summarized: | | Amount |
|---|---|---|
| Long Distance Charges | | $70.13 |
| Mobile/ Cell Phone Charges | | $27.60 |
| Outgoing Telecopier Charges | | $42.00 |
| Photo Reproduction Charges | | $10.20 |
| Staff Overtime | | $472.40 |
| Cab Fare | | $13.00 |
| | | |
| **Bill # 67882071 summarized totals** | | **$635.33** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM APRIL 1, 2004 THROUGH APRIL 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 136627 v1
2850487-000001  10/13/2004

## APRIL, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 4/1 | 3.0 | Pre-meeting and meeting with Senator Crapo for asbestos coalition |
| 4/5 | 1.5 | Calls with Grace officials and other consultants regarding Senate consideration of asbestos legislation |
| 4/6 | 1.5 | Conference call with Grace officials regarding Senate consideration of asbestos legislation |
| 4/7 | 2.0 | Conference call with Grace consultants regarding preparation for Senate consideration of asbestos legislation |
| 4/12 | 1.5 | Calls to Congressional staffs regarding asbestos legislation consideration |
| 4/13 | 1.5 | Calls to Congressional staffs regarding asbestos legislation consideration |
| 4/14 | 1.5 | Calls to Congressional staffs regarding asbestos legislation consideration |
| 4/15 | 1.5 | Calls to Congressional staffs regarding asbestos legislation consideration |
| 4/16 | 1.5 | Calls to Congressional staffs regarding asbestos legislation consideration |
| 4/19 | 5.0 | Monitor Senate consideration of asbestos legislation |
| 4/20 | 6.0 | Monitor Senate consideration of asbestos legislation |
| 4/21 | 8.0 | Monitor Senate consideration of asbestos legislation |
| 4/22 | 8.0 | Monitor Senate consideration of asbestos legislation |
| 4/23 | 2.0 | Conference call with consultants and WR Grace officials regarding asbestos legislation consideration |
| 4/28 | 2.5 | Review of news and trade publications regarding future of asbestos legislation consideration |
| 4/29 | 1.0 | Review of news and trade publications regarding future of asbestos legislation consideration |

EXPENSES ITEMIZED AND SUMMARIZED FOR APRIL, 2004

| Description | Date | Amount |
|---|---|---|
| **W.R. Grace Expenses** | | |
| **Client # 2850487-000001** | | |
| **Itemized and summarized through 04/30/2004** | | |
| **Bill # 67882077 dated 05/01/2004** | | |
| | | |
| Long Distance Charge | 04/05/04 | $0.57 |
| Long Distance Charge | 04/06/04 | $0.57 |
| Long Distance Charge | 04/06/04 | $0.57 |
| Long Distance Charge | 04/06/04 | $3.42 |
| Long Distance Charge | 04/14/04 | $4.56 |
| Long Distance Charge | 04/15/04 | $0.57 |
| Long Distance Charge | 04/15/04 | $1.71 |
| Long Distance Charge | 04/19/04 | $2.85 |
| Long Distance Charge | 04/19/04 | $2.28 |
| Long Distance Charge | 04/20/04 | $0.57 |
| Long Distance Charge | 04/20/04 | $1.14 |
| Photo Reproduction Charge | 04/29/04 | $2.80 |
| Photo Reproduction Charge | 04/29/04 | $1.40 |
| | | |
| **Bill #67882077 itemized totals** | | **$23.01** |
| | | |
| **Summarized:** | | **Amount** |
| | | |
| Long Distance Charges | | $18.81 |
| Photo Reproduction Charges | | $4.20 |
| | | |
| **Bill #67882077 summarized totals** | | **$23.01** |
| | | |

W JDR 136627 v1
2850487-000001  10/13/2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM MAY 1, 2004 THROUGH MAY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# MAY, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 5/4  | 1.0   | Review of news and trade publications regarding future of asbestos legislation consideration |
| 5/5  | 1.0   | Review of news and trade publications regarding future of asbestos legislation consideration |
| 5/6  | 2.5   | Attend meeting with Mr. Corcoran regarding asbestos legislation |
| 5/7  | 2.0   | Explore with Council on Environmental Quality their take on asbestos |
| 5/10 | 1.0   | Review of news and trade publications on asbestos legislation |
| 5/11 | 4.5   | Attend meeting with Mr. Corcoran and WR Grace officials; dinner with same and consultants to discuss next steps of strategy on asbestos legislation |
| 5/12 | 3.0   | Attend meeting with Senate staff to discuss support for leadership initiative on asbestos legislation |
| 5/13 | 1.0   | Review and read news and trade publications regarding asbestos issues |
| 5/14 | 2.5   | Review of WR Grace materials prepared by consultants relating to health and exposure risks in Libby, MT |
| 5/19 | 2.0   | Telephone calls and discussions with Congressional staff regarding status of asbestos negotiations |
| 5/20 | 5.0   | Attend meeting with Mr. Corcoran for pre-meeting and meeting with Senate members and staff for discussion of support for asbestos legislation |
| 5/21 | 1.5   | Follow-up calls to Senate staff concerning discussions of the 19th |
| 5/24 | 2.0   | Attend meeting with other asbestos coalition consultants to discuss status of minority Senate members' positions in asbestos negotiations |
| 5/25 | 2.0   | Review of materials concerning and actions by USEPA regarding asbestos issues |

EXPENSES ITEMIZED AND SUMMARIZED FOR MAY, 2004

| W.R. Grace Expenses | | |
|---|---|---|
| Client #2850487-000001 | | |
| Itemized through 05/31/2004 | | |
| Bill # 67882087 dated 06/01/2004 | | |
| **Description** | **Date** | **Amount** |
| Mobile/ Cell Phone Charges | 05/05/04 | $16.00 |
| Outgoing Telecopier Charge | 05/07/04 | $4.00 |
| Shipping Expense | 05/13/04 | $22.32 |
| **Bill #67882087 itemized totals** | | **$42.32** |
| | | |
| | | |
| | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JUNE 1, 2004 THROUGH JUNE 30, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## JUNE, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 6/1 | 2.0 | Attend meeting on Hill with members of Senate staff to discuss support for asbestos negotiations ongoing with Senate leadership |
| 6/2 | 2.5 | Attend meeting with Washington Post staff to discuss coverage of issues and negotiations with same |
| 6/3 | 1.0 | Telephone calls with WR Grace consultants regarding actions to be taken in support of asbestos negotiations |
| 6/7 | 2.5 | Attend meeting with Senate staff to discuss ongoing leadership negotiations on asbestos and need for support |
| 6/8 | 1.5 | Review and read news and trade publications regarding asbestos negotiations |
| 6/11 | 1.5 | Telephone calls with WR Grace consultants and officials regarding update on asbestos negotiations |
| 6/16 | 3.0 | Dinner meeting with coalition consultant to discuss minority Senators' positions on asbestos negotiations |
| 6/17 | 2.0 | Lunch meeting with coalition consultant to discuss bolstering minority Senators' support for leadership negotiations on asbestos |
| | 2.0 | Attend meeting with WR Grace consultant to discuss strategy for fostering minority Senators' support for asbestos negotiations |
| 6/18 | 2.0 | Attend meeting with Senate staff to discuss support for asbestos negotiations of Senate leadership |
| 6/21 | 3.0 | Lunch meeting with staff of asbestos coalition and company staff to discuss ongoing negotiations strategies for approaching certain Senate members regarding support |
| 6/22 | 2.0 | Attend meeting with Senate staff regarding asbestos negotiations |
| 6/23 | 1.5 | Attend meeting with WR Grace staff regarding asbestos negotiations |
| 6/29 | 2.0 | Review prepared materials regarding WR Grace problems in Libby, MT |
| 6/30 | 1.0 | Read and review news and trade publications on asbestos negotiations status |

EXPENSES ITEMIZED AND SUMMARIZED FOR JUNE, 2004

| W.R. Grace Expenses | | |
|---|---|---|
| Client # 2850487-000001 | | |
| Itemized through 06/30/2004 | | |
| Bill #67882095 dated 07/01/2004 | | |
| | | |
| Description | Date | Amount |
| | | |
| Long Distance Expense | 06/02/04 | $1.25 |
| Cab Fare | 06/02/04 | $12.00 |
| Mobile/ Cell Phone Charges | 06/15/04 | $18.69 |
| | | |
| Bill #67882095 itemized totals | | $31.94 |
| | | |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                    )        Chapter 11
                                          )
W.R.GRACE & CO., et al.[1]                )        Case No. 01-01139 (JKF)
                                          )        (Jointly Administered)
                                          )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 30, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company. Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 136631 v1
2850487-000001 10/14/2004

## JULY, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 7/7  | 2.0 | Telephone calls with WR Grace officials and consultants to catch up on status of various members position on asbestos negotiation |
| 7/13 | 2.0 | Attend meeting with new White House staff to discuss various environmental issues, including asbestos |
| 7/14 | 3.0 | Breakfast meeting with Congressional members and staff; issues:  status and support for asbestos negotiations |
| 7/15 | 2.0 | Attend meeting with Senate staff concerning ongoing asbestos negotiations |
| 7/20 | 3.0 | While attending Senate hearing, discuss with various senate staff support for asbestos negotiations |
| 7/21 | 2.0 | Discuss asbestos related topics with EPA officials |
| 7/26 | 1.5 | Attend meeting with former Republican Senator to discuss his opinion regarding asbestos issues |
| 7/28 | 2.0 | Review and read news and trade publications regarding asbestos negotiations |
| 7/31 | 2.0 | Discuss asbestos issues with US Senator's staff in Montana |

EXPENSES ITEMIZED AND SUMMARIZED FOR JULY, 2004

| W.R. Grace Expenses | | |
|---|---|---|
| Client 2850487-000001 | | |
| Itemized and summarized through 07/31/2004 | | |
| Bill # 67888465 dated 08/10/2004 | | |
| | | |
| Description | Date | Amount |
| | | |
| Long Distance Charge | 03/11/04 | $3.42 |
| Long Distance Charge | 04/19/04 | $1.14 |
| Long Distance Charge | 04/20/04 | $3.99 |
| Long Distance Charge | 04/21/04 | $0.57 |
| Long Distance Charge | 04/29/04 | $0.57 |
| Long Distance Charge | 04/29/04 | $0.57 |
| Long Distance Charge | 05/10/04 | $0.57 |
| Long Distance Charge | 05/13/04 | $2.85 |
| Long Distance Charge | 05/13/04 | $0.57 |
| Long Distance Charge | 06/01/04 | $3.99 |
| Long Distance Charge | 06/01/04 | $1.14 |
| Long Distance Charge | 06/18/04 | $0.57 |
| Long Distance Charge | 06/20/04 | $3.25 |
| Long Distance Charge | 06/22/04 | $0.57 |
| Long Distance Charge | 06/22/04 | $0.57 |
| Long Distance Charge | 06/23/04 | $0.57 |
| Long Distance Charge | 06/23/04 | $0.57 |
| Long Distance Charge | 06/23/04 | $0.57 |
| Long Distance Charge | 06/25/04 | $3.42 |
| Long Distance Charge | 06/25/04 | $1.71 |
| Mobile/ Cell Phone Charges | 07/08/04 | $10.88 |
| | | |
| Bill #67888465 Itemized totals | | $42.06 |
| | | |
| Summarized: | | Amount |
| | | |
| Long Distance Charge | | $31.18 |
| Mobile/ Cell Phone Charges | | $10.88 |
| | | |
| Bill # 67888465 summarized totals | | $42.06 |
| | | |

W JDR 136631 v1
2850487-000001 10/14/2004

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re:                                              )        Chapter 11
                                                    )
W.R.GRACE & CO., et al.[1]                          )        Case No. 01-01139 (JKF)
                                                    )        (Jointly Administered)
                                                    )

## FEE DETAIL FOR  BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## AUGUST, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 8/3 | 1.5 | Review and read news and trade publications regarding asbestos negotiations |
|  | 1.0 | Telephone calls with WR Grace officials and consultants regarding asbestos issues status in Libby, MT |
| 8/5 | 2.0 | Attend meeting with Senate members, Senate staff and coalition consultants concerning asbestos issues |
| 8/6 | 2.0 | Attend meeting with Senate members, Senate staff and coalition consultants concerning asbestos issues |
| 8/7 | 2.0 | Attend meeting with Senate members, Senate staff and coalition consultants concerning asbestos issues |
| 8/8 | 2.0 | Attend meeting with Senate members, Senate staff and coalition consultants concerning asbestos issues |
| 8/9 | 1.5 | Attend meeting with Administration officials concerning asbestos issues |
| 8/10 | 1.5 | Attend meeting with Administration officials concerning asbestos issues |
| 8/17 | 1.0 | Telephone calls with WR Grace officials and consultants to see change in status of asbestos negotiations |
| 8/23 | 2.5 | Work with coalition consultant to contact various minority Senate office and committee staff to determine views of minority members on asbestos negotiations |
| 8/24 | 2.0 | Work with coalition consultant to contact various minority Senate office and committee staff to determine views of minority members on asbestos negotiations |
| 8/30 | 2.0 | Read and review news and trade publications concerning asbestos negotiations |
| 8/31 | 2.5 | Attend meeting with WR Grace consultant regarding strategy for asbestos negotiation contacts with certain Senate and House members |

EXPENSES ITEMIZED AND SUMMARIZED FOR AUGUST, 2004

| W.R. Grace Expenses | | |
|---|---|---|
| Client # 2850487-000001 | | |
| Itemized and summarized through 08/31/2004 | | |
| Bill # 67896161 dated 09/14/2004 | | |
| | | |
| Description | Date | Amount |
| | | |
| | | |
| Long Distance Charge | 07/16/04 | $0.57 |
| Long Distance Charge | 07/19/04 | $6.84 |
| Long Distance Charge | 07/23/04 | $0.57 |
| Long Distance Charge | 07/26/04 | $0.57 |
| Long Distance Charge | 07/26/04 | $3.99 |
| Long Distance Expense | 08/02/04 | $10.45 |
| | | |
| Bill #67896161 itemized totals | | $22.99 |
| | | |
| Summarized: | | Amount |
| | | |
| Long Distance Expense | | $10.45 |
| Long Distance Charges | | $12.54 |
| | | |
| Bill #67896161 summarized totals | | $22.99 |
| | | |

W JDR 136632 vl
2850487-000001  10/14/2004

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                     )     Chapter 11

                          )

W.R.GRACE & CO., et al.[1]        )     Case No. 01-01139 (JKF)

                          )     (Jointly Administered)

                          )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
## FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc.,Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Parmers I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**SEPTEMBER , 2004 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|------|-------|-------------|
| 9/1 | 5.0 | Monitor Senate asbestos negotiation activity |
| 9/3 | 3.0 | Meeting with W.R. Grace consultants on status of negotiation among Democratic members of the Senate |
| 9/6 | 2.0 | Calls to various Senate staff and other parties with interest in asbestos debate |
| 9/7 | 2.0 | Calls to various Senate staff and other parties with interest in asbestos debate |
| 9/9 | 2.5 | Read materials concerning asbestos negotiations in current news and trade publications |
| 9/13 | 2.0 | Calls with Senate staff, W.R. Grace officials and other parties with interest in asbestos negotiations |
| 9/14 | 3.0 | Calls with Senate staff, W.R. Grace officials and other parties with interest in asbestos negotiations |
| 9/17 | 2.5 | Calls with W.R. Grace officials regarding status of asbestos negotiations with follow up calls to W.R. Grace consultants |
| 9/20 | 3.0 | Meeting with W.R. Grace consultants to discuss contacts and actions items regarding asbestos negotiations |
| 9/22 | 2.0 | Read and review recent news and trade publications regarding asbestos negotiations |
|  | 1.0 | Make initial calls to Mr. Corcoran and other W.R. Grace officials regarding meeting with former Secretary of State Eagleburger and W.R. Grace officials concerning business strategy in China |
| 9/28 | 3.0 | More calls regarding status of asbestos negotiations in preparation for meeting on September 30th |
| 9/30 | 5.0 | Meeting followed by dinner with W.R. Grace officials and outside consultants. Discuss asbestos negotiations status and company strategy |

EXPENSES ITEMIZED AND SUMMARIZED FOR SEPTEMBER, 2004

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 09/30/2004**
**Bill # 67902312 dated 10/13/2004**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charges | 09/08/04 | $13.30 |
| **Bill #67902312 itemized totals** | | **$13.30** |

W SCH 136966 v1
2850487-000001  12/07/2004

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                      )        Chapter 11
                                            )
W.R.GRACE & CO., et al.[1]                  )        Case No. 01-01139 (JKF)
                                            )        (Jointly Administered)
                                            )

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## OCTOBER, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 10/1 | 3.0 | Start follow up calls from assignments at strategy session held on September 30th |
| 10/2 | 3.0 | More work on calls and follow up strategy from September 30th meeting |
| 10/3 | 2.0 | Meet with W.R. Grace consultant concerning efforts begun at meeting with W.R. Grace officials on September 30th |
| 10/7 | 3.0 | Meet with W.R. Grace officials concerning update on activities in Senate leadership offices on asbestos negotiations |
| 10/8 | 2.0 | Read and review current news and trade publications concerning asbestos negotiations in the Senate |
| 10/11 | 1.5 | Calls with Senate staff concerning asbestos negotiations |
| 10/12 | 3.5 | Monitor ongoing asbestos negotiations via calls and visits with Senate staff |
| 10/13 | 2.0 | Meet with W.R. Grace consultants regarding asbestos negotiations |
| 10/15 | 2.5 | Read and review materials regarding liability issues from W.R. Grace |
|  | 2.0 | Forward materials regarding liability issues in asbestos negotiations to Senate staff |
| 10/21 | 3.0 | Calls from Montana to W.R. Grace officials and consultants regarding status of asbestos negotiations and contacts to be made |
| 10/26 | 2.0 | Calls to Senate staff and W.R. Grace consultants regarding asbestos negotiations |

EXPENSES ITEMIZED AND SUMMARIZED FOR OCTOBER, 2004

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 10/31/2004**
**Bill # 67912122 dated 11/19/2004**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 09/21/04 | $0.35 |
| Mobile/ Cell Phone Charge | 09/25/04 | $12.40 |
| Long Distance Charge | 09/28/04 | $4.90 |
| Long Distance Charge | 09/29/04 | $0.70 |
| Long Distance Charge | 09/29/04 | $0.70 |
| Travel/ Meals | 09/30/04 | $721.15 |
| Long Distance Charge | 10/01/04 | $0.35 |
| Long Distance Charge | 10/04/04 | $0.35 |
| Long Distance Charge | 10/04/04 | $1.05 |
| Long Distance Charge | 10/05/04 | $1.75 |
| Long Distance Charge | 10/05/04 | $0.35 |
| Long Distance Charge | 10/13/04 | $0.35 |
| Long Distance Charge | 10/14/04 | $0.35 |
| Photo Reproduction Charge | 10/21/04 | $1.40 |
| Photo Reproduction Charge | 10/22/04 | $4.20 |
| Photo Reproduction Charge | 10/22/04 | $8.00 |

**Bill #67912122 itemized totals** $758.35

**Summarized:** **Amount**

| | |
|---|---|
| Long Distance Charges | $11.20 |
| Mobile/ Cell Phone Charges | $12.40 |
| Travel/ Meals | $721.15 |
| Photo Reproduction Charges | $13.60 |

**Bill #67912122 summarized totals** $758.35

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELEWARE

In re:                                              )        Chapter 11
                                                    )
W.R.GRACE & CO., et al.[1]                          )        Case No. 01-01139 (JKF)
                                                    )        (Jointly Administered)
                                                    )

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
### FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**NOVEMBER, 2004 FEES FOR JAMES D. RANGE**

| Date | Hours | Description |
|------|-------|-------------|
| 11/8 | 4.0 | Work out details of meeting with Secretary Eagleburger with W.R. Grace officials |
| 11/9 | 3.0 | Try to see if there is possibility of reviving asbestos liability negotiations in lame duck session |
| 11/10 | 4.0 | Meet with Administration officials along with lunch to determine what if anything they might do to spark interest in completing asbestos negotiations this year before end of Congress |
|  | 1.5 | Meet with Senate staff regarding interest in jump starting finalization of negotiations on asbestos before end of Congress this year |
| 11/16 | 2.5 | Calls with W. R. Grace officials concerning upcoming meeting regarding asbestos negotiations |
| 11/17 | 4.0 | Meet with W.R. Grace officials and then meet with Senate leadership staff and W.R. Grace officials concerning fate of asbestos negotiations and begin to lay groundwork for negotiations in next Congress |
| 11/18 | 3.0 | Read materials in preparation for meeting with W.R. Grace officials and former Secretary of State Eagleburger regarding China business strategy |
| 11/26 | 3.0 | Finalize arrangements for meeting with Secretary Eagleburger |
| 11/29 | 10.0 | Meet with former Secretary Eagleburger in Charlottesville, VA |
| 11/30 | 1.5 | Meet with W.R. Grace consultant regarding asbestos strategy for next Congress |
|  | 2.0 | Begin making arrangements for meeting with Baker Donelson partners and others regarding W.R. Grace business strategy in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR NOVEMBER, 2004

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 11/30/2004**
**Bill # 67915468 dated 12/07/2004**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charge | 11/02/04 | $10.61 |
| Photo Reproduction Charge | 11/02/04 | $0.30 |
| Photo Reproduction Charge | 11/17/04 | $0.75 |
| Photo Reproduction Charge | 11/29/04 | $0.30 |
| **Bill #67915468 itemized totals** | | **$11.96** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $10.61 |
| Photo Reproduction Charges | $1.35 |
| **Bill #67915468 summarized totals** | **$11.96** |

W SCH 136968 v1
2850487-000001  12/07/2004