UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W.R. GRACE & CO., et al.,<br><br>DEBTORS. | ) CHAPTER 11<br>) <br>) BANKRUPTCY NO. 01-01139 (JJF)<br>) <br>) (Jointly Administered)<br>) |

## **NOTICE OF CHANGE OF ADDRESS**

TO:  THE CLERK OF THE COURT;

AND TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that, effective December 16, 2004, Darrell W. Scott, one of the attorneys for Grace creditors, will be relocating his practice as follows:

> Darrell W. Scott
> The Scott Law Group
> 926 W. Sprague Ave., Suite 583
> Spokane, WA  99201
> Phone:  509-455-3966
> Email:  scottgroup@mac.com

Please direct all future correspondence, notices, pleadings, and other documents to the address listed above.

DATED this _17th_ day of December, 2004.

By _____

  DARRELL W. SCOTT
  THE SCOTT LAW GROUP, P.S.
  926 W. Sprague Avenue, Suite 583
  Spokane, WA  99201
  (509) 455-3966
  (509) 455-3906 (FAX)

  Attorney for Grace Creditors