## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline:   January 17, 2005 at 4:00 p.m.**

## THIRTY-SEVENTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

Name of Applicant:

Klett Rooney Lieber & Schorling,
a Professional Corporation

Authorized to Provide
Professional Services to:

The Official Committee of Equity Holders

Date of Retention:

October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:

November 1, 2004 through November 30, 2004

Amount of fees to be approved
as actual, reasonable and necessary:

$26,383.00

Amount of expenses sought as
actual, reasonable and necessary:

$1,843.03

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

58909v1

| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
|---|---|---|---|---|
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |

58909v1

## SUMMARY OF TIME FOR BILLING PERIOD
## NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|------|------|------|
| Teresa K.D. Currier | $465 | 31.6 | $14,694.00 |
| Rhonda L. Thomas | $220 | 35.8 | $7,876.00 |
| Frances A. Panchak | $140 | 1.7 | $238.00 |
| Raelena Y. Taylor | $130 | 27.5 | $3,575.00 |
| **TOTAL** | | **96.6** | **$26,383.00** |

### SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| Project category | Total Hours | Total Fees |
|------|------|------|
| Asset Disposition | 2.2 | $729.00 |
| Business Operations | 1.0 | $342.50 |
| Case Administration | 11.6 | $2,752.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.3 | $555.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 4.9 | $1,470.00 |
| Employee Benefits/Pension | 5.7 | $2,185.00 |
| Employment Applications/Applicant | 1.4 | $450.00 |
| Employment Applications, Others | 8.2 | $2,520.00 |
| Fee Applications, Applicant | 9.2 | $1,288.00 |
| Fee Applications, Others | 28.4 | $5,348.00 |
| Litigation and Litigation Consulting | 6.2 | $2,344.00 |
| Plan and Disclosure Statement | 14.2 | $5,745.50 |
| Relief From Stay Proceedings | 2.0 | $513.50 |
| ZAI Science Trial | 0.3 | $139.50 |
| **TOTAL** | **96.6** | **$26,383.00** |

58909v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $385.80 |
| Telephone | $0.12 |
| Telecopy Expenses | $1.61 |
| Express/Certified Mail | $92.62 |
| Federal Express | $107.64 |
| Professional Services | $31.00 |
| Messenger Services | $197.50 |
| Duplicating Services | $1,026.75 |
| **TOTAL** | **$1,843.03** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**


By:    /s/ Teresa K. D. Currier
       Teresa K. D. Currier (No. 3080)
       Rhonda L. Thomas (No. 4053)
       1000 West Street, Suite 1410
       Wilmington, DE 19801
       (302) 552-4200

       Co-Counsel to the Official Committee of
       Equity Holders

Dated: December 28, 2004

58909v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-000
INVOICE : 184905

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 10/27/04 REPRODUCTION OF DOCUMENTS | 10.50 |
| 10/28/04 REPRODUCTION OF DOCUMENTS | 14.40 |
| 10/29/04 REPRODUCTION OF DOCUMENTS | 37.35 |
| 11/01/04 REPRODUCTION OF DOCUMENTS | 32.85 |
| 11/02/04 REPRODUCTION OF DOCUMENTS | 16.50 |
| 11/02/04 REPRODUCTION OF DOCUMENTS | 112.50 |
| 11/02/04 REPRODUCTION OF DOCUMENTS | 75.00 |
| 11/02/04 FEDERAL EXPRESS - FEDEX - # 7-824-86645 | 18.78 |
| 11/05/04 REPRODUCTION OF DOCUMENTS | 6.90 |
| 11/09/04 REPRODUCTION OF DOCUMENTS | 0.60 |
| 11/09/04 FEDERAL EXPRESS - FEDEX - # 7-836-79631 | 19.04 |
| 11/09/04 FEDERAL EXPRESS - FEDEX - # 7-836-79631 | 29.04 |
| 11/09/04 FEDERAL EXPRESS - FEDEX - # 7-836-79631 | 28.78 |
| 11/10/04 PROFESSIONAL SERVICES - PARCELS, INC. - # 38124 | 23.80 |
| 11/10/04 PROFESSIONAL SERVICES - VIRTUALDOCKET.COM - # 9896 | 7.20 |
| 11/15/04 TELEPHONE 7688 | 0.12 |
| 11/17/04 REPRODUCTION OF DOCUMENTS | 15.90 |
| 11/19/04 REPRODUCTION OF DOCUMENTS | 1.80 |
| 11/22/04 DUPLICATING SERVICES - PARCELS, INC. - # 4447 | 1026.75 |
| 11/22/04 MESSENGER SERVICES - PARCELS, INC. - # 26079 | 12.00 |
| 11/22/04 MESSENGER SERVICES - PARCELS, INC. - # 26079 | 7.50 |
| 11/22/04 MESSENGER SERVICES - PARCELS, INC. - # 26224 | 178.00 |
| 11/24/04 REPRODUCTION OF DOCUMENTS | 4.20 |
| 11/24/04 EXPRESS/CERTIFIED MAIL | 92.61 |
| 11/30/04 FEDERAL EXPRESS - FEDEX - # 7-873-80745 | 12.00 |
| 11/30/04 TELECOPY EXPENSES | 1.61 |
| 11/30/04 REPRODUCTION OF DOCUMENTS | 57.30 |

TOTAL EXPENSE ADVANCES :        1,843.03

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-000
INVOICE :  184905

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  EXPENSES

TOTAL DUE  :                    1,843.03

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   DECEMBER 17, 2004
                                           MATTER :  W9600-002
                                           INVOICE :  184906

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/29/04 | RLT | REVIEWED ORDER (AMENDED) APPROVING A SETTLEMENT AGREEMENT WITH HONEYWELL INTERNATIONAL INC. | .20 |
| 10/29/04 | RLT | REVIEWED INTERIM ORDER (WITH REVISIONS) (A) LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES OF THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES. | .20 |
| 11/16/04 | RLT | REVIEWED ORDER AUTHORIZING THE DEBTORS TO ASSUME AND ASSIGN LEASES FOR REAL PROPERTY SIGNED ON 11/15/2004 | .30 |
| 11/16/04 | RLT | REVIEWED NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE TRANSFER EQUITY SECURITIES FILED BY ARDSLEY ADVISORY PARTNERS | .30 |
| 11/16/04 | TC | REVIEWED ORDER AUTHORIZING DEBTORS' ASSUMPTION OF LEASES | .30 |
| 11/17/04 | TC | REVIEWED ORDER LIMITING TRANSFERS OF EQUITY SECURITIES | .30 |
| 11/17/04 | TC | REVIEWED NOTICE OF INTENT TO SELL AND TRADE EQUITY SECURITIES | .40 |
| 11/18/04 | RLT | REVIEWED ORDER (INTERIM) (A) LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES OF THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES | .20 |

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   DECEMBER 17, 2004
                                              MATTER :  W9600-002
                                              INVOICE :  184906

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

     RE:  ASSET DISPOSITION


                        T I M E   S U M M A R Y
                        -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

R L THOMAS                220.00    1.20          264.00
T CURRIER                 465.00    1.00          465.00
                 TOTALS            2.20           729.00


                 TOTAL FEES :                           729.00


                 TOTAL DUE  :                           729.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-003
INVOICE : 184907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 11/02/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD SEPTEMBER 2004 FILED BY W.R. GRACE & CO. (ATTACHMENTS: # (1) MOR - PART 2# (2) MOR - PART 3# (3) MOR - PART 4# (4) MOR - PART 5# | .50 |
| 11/02/04 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | ---- | ----- | ------ |
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 465.00 | .50 | 232.50 |
| TOTALS | | 1.00 | 342.50 |

TOTAL FEES :          342.50

TOTAL DUE  :          342.50

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 17, 2004
MATTER :  W9600-004
INVOICE :  184908

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  CASE ADMINISTRATION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/01/04 | RTT | UPDATE AND REVIEW DOCKET FOR RECENT FILINGS | .30 |
| 11/01/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 11/02/04 | RTT | UPDATE AND REVIEW DOCKET | .30 |
| 11/02/04 | RTT | UPDATE SERVICE LIST | .30 |
| 11/03/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.80 |
| 11/03/04 | RTT | UPDATE AND REVIEW DOCKET | .30 |
| 11/04/04 | TC | CALL WITH GARY BECKER TO USTRUSTEE'S OFFICE | .20 |
| 11/05/04 | TC | REVIEWED ORDER SCHEDULING OMNIBUS HEARING DATES | .40 |
| 11/08/04 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY W.R. GRACE & CO. HEARING SCHEDULED FOR 11/15/2004 AT 12:00 PM | .30 |
| 11/08/04 | RLT | REVIEWED ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2005. SIGNED ON 11/5/2004 | .20 |
| 11/08/04 | RTT | DOWNLOAD AND REVIEW OMNIBUS ORDER | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 17, 2004
                                             MATTER :  W9600-004
                                             INVOICE : 184908


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

    RE:  CASE ADMINISTRATION


| 11/08/04 TC | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR 11/15 | .50 |
| 11/10/04 RTT | REVIEW E-FILING NOTIFICATIONS | .30 |
| 11/11/04 RLT | REVIEWED AMENDED AGENDA FOR 11/15 HEARING | .30 |
| 11/11/04 RTT | DOWNLOAD, REVIEW AND DISTRIBUTE AMENDED AGENDA RE 11/15/04 HEARING | .30 |
| 11/11/04 RTT | REVIEW E-FILING NOTIFICATIONS | .20 |
| 11/11/04 TC | REVIEWED AMENDED NOTICE OF AGENDA FOR HEARING ON 11/15 | .50 |
| 11/12/04 RTT | REVIEW RETURNED MAIL AND UPDATE 2002 SERVICE LIST | .60 |
| 11/12/04 RTT | REVIEW NOTIFICATION OF ELECTRONIC FILINGS | .20 |
| 11/15/04 TC | REVIEWED OPINION VACATING ORDER | .60 |
| 11/15/04 TC | REVIEWED NOTICE OF AGENDA ITEMS FOR HEARING | .40 |
| 11/17/04 RTT | REVIEW NOTIFICATION OF ELECTRONIC FILINGS | .30 |
| 11/17/04 TC | REVIEWED LETTER FROM HANDEL | .30 |
| 11/22/04 RTT | REVIEW E-NOTICES | .30 |
| 11/23/04 RTT | REVIEW NOTIFICATION OF ELECTRONIC FILINGS | .30 |
| 11/24/04 TC | REVIEWED MOTION TO DISTRICT COURT REQUESTING COURT TO REFER CERTAIN MATTERS TO THE BANKRUPTCY COURT FOR JURISDICTION | .60 |
| 11/30/04 RTT | REVIEW E-NOTICES | .30 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE  :   DECEMBER 17, 2004
MATTER  :   W9600-004
INVOICE  :   184908

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  CASE ADMINISTRATION

11/30/04 RTT    UPDATE AND REVIEW DOCKET                                    .30

```
             T I M E   S U M M A R Y
             -----------------------

                      RATE      HOURS           TOTALS
                      ----      -----           ------

R L THOMAS            220.00     .80            176.00
R T TAYLOR            130.00    7.30            949.00
T CURRIER             465.00    3.50           1627.50
             TOTALS            11.60           2752.50


             TOTAL FEES :                          2,752.50


             TOTAL DUE  :                          2,752.50
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 17, 2004
MATTER : W9600-005
INVOICE : 184909

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/15/04 | RLT | REVIEWED AMENDED NOTICE OF HEARING RE DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF | .20 |
| 11/15/04 | TC | REVIEWED MOTION SEEKING ESTIMATION OF ASBESTOS CLAIMS AND PROCEDURES THEREFORE | 1.10 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .20 | 44.00 |
| T CURRIER | 465.00 | 1.10 | 511.50 |
| TOTALS | | 1.30 | 555.50 |

TOTAL FEES :          555.50

TOTAL DUE  :          555.50

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 17, 2004
                                              MATTER :  W9600-006
                                              INVOICE : 184910

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

   RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/29/04 | RLT | REVIEWED ORDER (FOURTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS. | .20 |
| 10/29/04 | RLT | REVIEWED ORDER (CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS. | .20 |
| 10/29/04 | RLT | REVIEWED ORDER (THIRD) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIRST OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |
| 10/29/04 | RLT | REVIEWED ORDER (THIRD CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS. | .20 |
| 10/29/04 | RLT | REVIEWED ORDER (FIFTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 11/09/04 | RLT | REVIEWED RESPONSE TO OBJECTION TO CERTAIN CLAIMS FILED BY MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION | .30 |
| 11/09/04 | RLT | REVIEWED OBJECTION TO UNITED STATES' OBJECTIONS TO DEBTORS' OBJECTION TO CERTAIN CLAIMS FILED BY THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROECTION | .30 |
| 11/09/04 | TC | REVIEWED APPROVED ADR ORDER | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-006
INVOICE :  184910

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---|
| 11/10/04 RLT | REVIEWED ORDER ESTABLISHING AN ALTERNATIVE DISPUTE RESOLUTION PROGRAM AND TO PERMIT THE DEBTORS TO LIQUIDATE CERTAIN PREPETITION CLAIMS | .10 |
| 11/12/04 RLT | REVIEWED DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF FILED BY W.R. GRACE & CO | .40 |
| 11/12/04 RLT | REVIEWED MOTION TO APPROVE DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE FILED BY W.R. GRACE & CO | .40 |
| 11/17/04 TC | REVIEWED SIXTH CONTINUATION ORDER RE CLAIMS | .30 |
| 11/17/04 TC | REVIEWED FOURTH CONTINUATION ORDER ON CLAIMS FROM FOURTH OMNIBUS | .40 |
| 11/17/04 TC | REVIEWED SECOND CONTINUATION ORDER | .30 |
| 11/18/04 RLT | REVIEWED ORDER (FOURTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 11/18/04 RLT | REVIEWED ORDER APPROVING STIPULATION RESOLVING OBJECTION TO CLAIM NO. 896 OF EXXONMOBIL CHEMICAL COMPANY | .20 |
| 11/18/04 RLT | REVIEWED ORDER (FIFTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS. | .20 |
| 11/18/04 RLT | REVIEWED ORDER (SECOND CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :     DECEMBER 17, 2004
                                              MATTER :   W9600-006
                                              INVOICE :  184910


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

    RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



                    T I M E   S U M M A R Y
                    -----------------------

|             | RATE   | HOURS | TOTALS  |
|-------------|--------|-------|---------|
| R L THOMAS  | 220.00 | 3.30  | 726.00  |
| T CURRIER   | 465.00 | 1.60  | 744.00  |
| TOTALS      |        | 4.90  | 1470.00 |


                    TOTAL FEES :                    1,470.00


                    TOTAL DUE   :                    1,470.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-008
INVOICE :  184911

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/04/04 | TC | REVIEWED MOTION FOR RELIEF FROM ORDER TO ALLOW DEBTORS TO PAY CERTAIN FEES AND EXPENSES OF DIRECTORS | .50 |
| 11/08/04 | RLT | REVIEWED MOTION TO PAY DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO ADVANCE CERTAIN LEGAL FEES AND EXPENSES FOR CERTAIN DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES | .40 |
| 11/08/04 | RLT | REVIEWED MOTION FOR LEAVE FROM THIS COURT'S NOVEMBER 25, 2003 SCHEDULING ORDER TO HAVE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PAY CERTAIN LEGAL FEES AND EXPENSES FOR CERTAIN DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES HEARD DURING DEBTORS' NOVEMBER 15, 2004 OMNIBUS HEARING | .40 |
| 11/10/04 | TC | REVIEWED DEBTORS' SUBMISSION IN SUPPORT OF MOTION TO PAY DEBTORS CURRENT AND FORMER OFFICERS | .80 |
| 11/11/04 | RLT | REVIEWED OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO ADVANCE CERTAIN LEGAL FEES AND EXPENSES FOR CERTAIN OF DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES | .30 |
| 11/11/04 | RLT | REVIEWED STATEMENT DEBTORS' SUBMISSION IN SUPPORT OF THEIR MOTION TO ADVANCE DEFENSE COSTS FOR CERTAIN OF THE DEBTORS' CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES | .30 |

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-008
INVOICE : 184911

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  EMPLOYEE BENEFITS / PENSION

| | | | |
|---|---|---|---|
| 11/11/04 | RLT | REVIEWED LETTER OBJECTING TO ANY REDUCTION OF PENSION FILED BY MARILYN ROBINSON | .10 |
| 11/11/04 | TC | REVIEWED DEBTORS' STATEMENT IN SUPPORT OF MOTION TO PAY FEES | .50 |
| 11/11/04 | TC | REVIEWED LETTER OBJECTING TO REDUCTION TO PENSION BENEFITS | .30 |
| 11/11/04 | TC | REVIEWED SUBMISSION OF DEBTORS IN SUPPORT OF MOTION TO PAY FEES OF DIRECTORS | .70 |
| 11/11/04 | TC | REVIEWED OBJECTION OF ASBESTOS PROPERTY DAMAGE COMMITTEE TO MOTION TO PAY FEES AND EXPENSES OF FORMER DIRECTORS AND OFFICERS | .60 |
| 11/12/04 | RLT | REVIEWED JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO ADVANCE CERTAIN LEGAL FEES AND EXPENSES FOR CERTAIN OF DEBTORS CURRENT AND FORMER OFFICERS, DIRECTORS AND EMPLOYEES | .40 |
| 11/15/04 | TC | REVIEWED JOINDER TO OFFICIAL COMMITTEE ISSUES ON FEES MOTION | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-008
INVOICE : 184911

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  EMPLOYEE BENEFITS / PENSION

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.90 | 418.00 |
| T CURRIER | 465.00 | 3.80 | 1767.00 |
| TOTALS | | 5.70 | 2185.00 |

TOTAL FEES :          2,185.00

TOTAL DUE  :          2,185.00

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-009
INVOICE : 184912

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/04 | RTT | RETRIEVE AND DISTRIBUTE RETENTION APPLICATION OF FTI, ORDER APPROVING RETENTION APPLICATION AND SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF TO K.MANGUAL AT KRAMER(.4); COMMUNICATION WITH K.MANGUAL RE SAME(.2) | .60 |
| 11/03/04 | TC | REVIEWED APPLICATION OF FUTURES REPRESENTATIVE TO EMPLOY TILLINGHAST AS ACTUARIAL CONSULTANT | .80 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R T TAYLOR | 130.00 | .60 | 78.00 |
| T CURRIER | 465.00 | .80 | 372.00 |
| TOTALS | | 1.40 | 450.00 |

|  | |
|---|---|
| TOTAL FEES : | 450.00 |
| TOTAL DUE  : | 450.00 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-010
INVOICE :  184913

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/28/04 | RLT | REVIEWED APPLICATION TO EMPLOY APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EMPLOY TILLINGHAST AS ACTUARIAL CONSULTANT TILLINGHAST BUSINESS OF TOWERS, PERRIN, FORSTER & CROSBY, INC., TRADING AS TOWERS PERRIN AS ACTUARIAL CONSULTANT FILED BY DAVID AUSTERN | .40 |
| 11/03/04 | TC | CALLS WITH GARY BECKER RE RETENTION OF EQUITY EXPERT | .50 |
| 11/04/04 | TC | CALL WITH GARY BECKER, CALL TO FRANK PERCH RE RETENTION OF EQUITY COMMITTEE EXPERT | .30 |
| 11/05/04 | FAP | TELEPHONE CALL WITH G. BECKER RE: FILING/SERVICE OF RETENTION APPLICATION AND EXECUTION COPY OF SAME | .10 |
| 11/05/04 | FAP | CONFERENCE WITH RT: SERVICE OF LEXECON'S RETENTION APPLICATION | .10 |
| 11/05/04 | FAP | TELEPHONE CALLS WITH J. KOEVARY RE: LEXECON RETENTION APPLICATION AND FILING/SERVICE OF SAME | .20 |
| 11/05/04 | FAP | REVIEW LEXECON'S RETENTION APPLICATION AND COMPILE EXHIBITS IN PREPARATION OF FILING SAME | .20 |
| 11/05/04 | FAP | FILE AND SERVE LEXECON'S RETENTION APPLICATION | .80 |
| 11/05/04 | FAP | CORRESPONDENCE TO J. KOEVARY REGARDING NOTIFICATION OF FILING LEXECON RETENTION APPLICATION | .10 |

**PENNSYLVANIA ●  DELAWARE ●  NEW JERSEY ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-010
INVOICE :  184913

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 11/05/04 | TC | CALLS WITH GARY BECKER RE: RETENTION OF EQUITY EXPERT | .40 |
| 11/05/04 | TC | REVIEWED OUR RETENTION APPLICATION FOR EQUITY ADVISER | .60 |
| 11/08/04 | RLT | REVIEWED APPLICATION TO EMPLOY APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER, NUNC PRO TUNC TO OCTOBER 29, 2004, APPROVING AND AUTHORIZING THE RETENTION AND EMPLOYMENT OF LEXECON LLC AS ABSESTOS CLAIMS CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT FILED BY OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | .40 |
| 11/08/04 | RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF DONOGHUE, BARRETT & SINGAL, P.C. FILED BY W.R. GRACE & CO | .20 |
| 11/08/04 | RTT | CALENDAR OBJECTION D/L RE LEXECON'S RETENTION APPLICATION | .10 |
| 11/08/04 | TC | CALL WITH GARY BECKER TO FRANK PERCH RE OUR RETENTION OF AN EQUITY EXPERT | .20 |
| 11/08/04 | TC | REVIEWED EQUITY COMMITTEE MOTION FOR RETENTION OF LEXECON, AS FILED | .40 |
| 11/09/04 | RTT | E-FILE AND SERVE NOTICE OF APPLICATION AND HEARING RE LEXECON'S RETENTION APPLICATION | .70 |
| 11/09/04 | RTT | DISCUSSION WITH JKOEVARY AT KRAMER LEVIN RE LEXECON'S RETENTION APPLICATION | .20 |
| 11/09/04 | RTT | REVISIONS TO NOTICE OF APPLICATION AND HEARING RE LEXECON'S RETENTION APPLICATION | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      DECEMBER 17, 2004
MATTER :  W9600-010
INVOICE :  184913

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/09/04 RTT | DISCUSSION WITH KRAMER LEVIN RE NOTICE OF HEARING AND APPLICATION RE LEXECON'S RETENTION APPLICATION | .30 |
| 11/09/04 RTT | PREPARE AFFIDAVIT OF SERVICE RE LEXECON'S NOTICE OF APPLICATION AND HEARING | .10 |
| 11/09/04 TC | REVIEWED NOTICE TO BE FILED WITH LEXECON RETENTION PAPERS | .40 |
| 11/09/04 TC | CONF WITH PARALEGAL RE FILING OF NOTICE AND SERVICE OF RETENTION APPLICATION | .30 |
| 11/11/04 RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF BRUNINI, GRANTHAM, GROWER & HEWES | .10 |
| 11/24/04 TC | REVIEWED MEMORANDUM REGARDING APPOINTMENT OF DAVID ASTERN AS FUTURES REPRESENTATIVE | .50 |
| 11/24/04 TC | REVIEWED ORDER DENYING APPELLANTS APPEAL OF ORDER APPOINTING DAVID ASTERN | .40 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 140.00 | 1.50 | 210.00 |
| R L THOMAS | 220.00 | 1.10 | 242.00 |
| R T TAYLOR | 130.00 | 1.60 | 208.00 |
| T CURRIER | 465.00 | 4.00 | 1860.00 |
| TOTALS | | 8.20 | 2520.00 |

TOTAL FEES :                                2,520.00

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-010
INVOICE : 184913

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

TOTAL DUE  :                    2,520.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-011
INVOICE :  184914

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/11/04 | RTT | REVIEW/EDIT PRE-BILLS FOR OCTOBER 2004 | .40 |
| 11/15/04 | RLT | REVIEWED AND COMMENTED ON PRE BILLS FOR OCTOBER | .70 |
| 11/17/04 | RTT | DISTRIBUTE PRE-BILLS REVIEWED BY RLT TO ACCOUNTING | .10 |
| 11/18/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS THIRTY-FIFTH FEE APPLICATION | .60 |
| 11/19/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR KRLS 35TH MONTHLY FEE APPLICATION | .30 |
| 11/19/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS THIRTY-FIFTH MONTHLY FEE APPLICATION | .10 |
| 11/19/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRLS THIRTY-FIFTH FEE APPLICATION | .60 |
| 11/23/04 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR KRLS' OCTOBER FEE APPLICATION | .20 |
| 11/23/04 | RTT | REVIEW/EDIT AND COMPARE FINAL BILLS FOR OCTOBER 2004 | .60 |
| 11/23/04 | RTT | DRAFT KRLS THIRTY-SIXTH MONTHLY FEE APPLICATION | 1.50 |
| 11/24/04 | RTT | CALENDAR OBJECTION DEADLINE RE KRLS FOURTEENTH QUARTERLY FEE APPLICATION | .10 |
| 11/24/04 | RTT | E-FILE AND SERVE NOTICE AND FOURTEENTH QUARTERLY FEE APPLICATION FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .80 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE :    DECEMBER 17, 2004
                                                  MATTER :  W9600-011
                                                  INVOICE : 184914

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

    RE:   FEE APPLICATIONS, APPLICANT


| | | | |
|---|---|---|---|
| 11/24/04 RTT | DRAFT QUARTERLY FEE APPLICATION FOR KLETT ROONEY FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | | 1.50 |
| 11/24/04 RTT | DRAFT NOTICE OF KRLS FOURTEENTH QUARTERLY FEE APPLICATION | | .60 |
| 11/24/04 RTT | CONFERENCE WITH RLT RE FILING OF FEE APPLICATIONS | | .10 |
| 11/30/04 RTT | E-FILE AND SERVE KRLS OCTOBER 2004 FEE APPLICATION(.9); PREPARE AFFIDAVIT OF SERVICE RE SAME(.1) | | 1.00 |


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 140.00 | .20 | 28.00 |
| R L THOMAS | 220.00 | 1.00 | 220.00 |
| R T TAYLOR | 130.00 | 8.00 | 1040.00 |
| TOTALS | | 9.20 | 1288.00 |


                    TOTAL FEES :              1,288.00

                    TOTAL DUE  :              1,288.00


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-012
INVOICE :  184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04 . T C

RE:  FEE APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/27/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIRST QUARTERLY APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD MAY 24, 2004 THROUGH JUNE 30, 2004 | .10 |
| 10/28/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH JUNE 30, 2004 {THIRTEENTH FILED BY STEPTOE & JOHNSON LLP | .10 |
| 10/28/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-FIFTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY OFFICIAL COMMITTEE OF EQUITY HOLDERS | .10 |
| 10/28/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOURTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |

---

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE :   184915


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:   FEE APPLICATIONS, OTHERS


| 10/28/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 (THIRTY-NINTH MONTHLY) FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | .10 |

| 10/28/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P | .10 |

| 10/28/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC | .10 |

| 10/28/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-SEVENTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |

| 10/28/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |

| 10/29/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY LUKINS & ANNIS, P.S.. | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE :  184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 10/29/04 RLT | REVIEWED OBJECTION TO UNITED STATES' OBJECTIONS TO DEBTORS' OBJECTION TO CERTAIN CLAIMS FILED BY THE MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROECTION | .20 |
| 11/01/04 RLT | CALL FROM RTT RE KRAMER LEVIN'S JUNE FEE APPLICATION, CNO FOR JUNE FEE APPLICATION, INTERIM NOTICE AND INTERIM FEE APPLICATION (.2); REVIEWED ALL AND COMMENTED ON SAME (.6). | .80 |
| 11/01/04 RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-FIFTH FEE APPLICATION AND QUARTERLY FEE APPLICATION | .40 |
| 11/01/04 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-FIFTH FEE APPLICATION | .60 |
| 11/01/04 RTT | E-FILE AND SERVE KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 | 1.40 |
| 11/01/04 RTT | CALENDAR OBJECTION DEADLINE RE KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .10 |
| 11/01/04 RTT | COMMUNICATION WITH K.MANGUAL RE KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .10 |
| 11/02/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY LATHAM & WATKINS LLP. OBJECTIONS DUE BY | .10 |
| 11/02/04 RTT | E-FILE AND SERVE KRAMER LEVIN'S THIRTY-EIGHTH MONTHLY FEE APPLICATION FOR SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .80 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-012
INVOICE :  184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/02/04 RTT | CALENDAR OBJECTION D/L RE KRAMER LEVIN'S THIRTY-EIGHTH FEE APPLICATION | | .10 |
| 11/02/04 RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S THIRTY-EIGHTH FEE APPLICATION | | .40 |
| 11/08/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION / THIRD QUARTERLY INTERIM APPLICATION OF DELOITTE & TOUCHE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH JUNE 30, 2004 | | .20 |
| 11/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOURTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP BANKRUTPCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | | .10 |
| 11/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRD MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP BANKRUTPCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 | | .10 |
| 11/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY L. TERSIGNI CONSULTING, P.C.. | | .10 |
| 11/08/04 RLT | REVIEWED MOTION TO AMEND (MODIFY) ORDERS WITH REGARDS TO CERTAIN QUARTERLY FEE APPLICATIONS FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., LUKINS & ANNIS, P.S., RICHARDSON PATRICK WESTBROOK & BRICKMAN, L | | .10 |

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE :  184915


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  FEE APPLICATIONS, OTHERS


| 11/08/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY BMC GROUP | .20 |
|---|---|---|
| 11/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 2004 FILED BY BMC GROUP | .10 |
| 11/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JUNE 2004 FILED BY BMC GROUP | .10 |
| 11/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR MAY 2004 FILED BY BMC GROUP. | .10 |
| 11/08/04 RLT | REVIEWED EXHIBITS TO THIRD MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP | .20 |
| 11/08/04 RLT | REVIEWED EXHIBIT EXHIBITS TO FOURTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN SHEREFF & FRIEDMAN, LLP | .20 |
| 11/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-EIGHTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |
| 11/08/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :      DECEMBER 17, 2004
                                                MATTER :   W9600-012
                                                INVOICE :  184915


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

   RE:   FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 11/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 FILED BY KIRKLAND & ELLIS | | .10 |
| 11/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC. | | .10 |
| 11/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR CIBC WORLD MARKETS CORP., CONSULTANT, PERIOD: 9/1/2004 TO 9/30/2004 | | .10 |
| 11/09/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A. | | .10 |
| 11/10/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OCTOBER 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | | .10 |
| 11/10/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/10/04 RLT | REVIEWED EXHIBIT (S) RE: MOTION OF COUNSEL FOR ZAI CLAIMANTS TO MODIFY ORDERS WITH REGARDS TO CERTAIN QUARTERLY FEE APPLICATIONS FILED BY ZONOLITE ATTIC INSULATION CLASS PLAINTIFFS (ATTACHMENTS: # (1) EXHIBIT B# (2) EXHIBIT C# (3) EXHIBIT D# (4) EXHIBIT E) | | .30 |
| 11/10/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM APRIL 1, 2004 THROUGH JUNE 30, 2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | | .20 |
| 11/10/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 {THIRTY-SECOND FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | .10 |
| 11/10/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 FILED BY WOODCOCK WASHBURN LLP | | .10 |
| 11/10/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | | .10 |
| 11/11/04 RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY HOLME ROBERTS & OWEN LLP | | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

11/11/04 RLT   REVIEWED EIGHTH INTERIM APPLICATION OF CAPSTONE          .10
               CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO
               THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
               FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES
               RENDEREDAND REIMBURSEMENT OF EXPENSES INCURRED
               FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH
               SEPTEMBER 30, 2004

11/11/04 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF DELOITTE &
               TOUCHE LLP FOR THE THIRTEENTH INTERIM PERIOD
               FILED BY WARREN H. SMITH & ASSOCIATES, P.C

11/11/04 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF CAPSTONE
               CORPORATATE RECOVERY, LLC FOR THE THIRTEENTH
               INTERIM PERIOD FILED BY WARREN H. SMITH &
               ASSOCIATES, P.C.

11/11/04 RLT   REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL          .20
               REPORT REGARDING FEE APPLICATION OF CARELLA,
               BYRNE, BAIN, GILFILLAN, CECCHI, STEWART &
               OLSTEIN FOR THE THIRTEENTH INTERIM PERIOD FILED
               BY WARREN H. SMITH & ASSOCIATES, P.C.

11/11/04 RLT   REVIEWED FOURTEENTH QUARTERLY FEE APPLICATION          .20
               OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM
               COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES
               FOR THE SERVICES RENDERED DURING THE PERIOD
               JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED
               BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

11/11/04 RLT   REVIEWED QUARTERLY APPLICATION FOR COMPENSATION        .10
               OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS
               LIABILITY DEFENSE COUNSEL, FOR THE PERIOD JULY
               1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH
               QUARTERLY) FILED BY SPECIAL ASBESTOS PRODUCTS
               LIABILITY DEFENSE COUNSEL.

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-012
INVOICE :  184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/11/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH QUARTERLY) FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | .10 |
| 11/15/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SECOND QUARTERLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .20 |
| 11/15/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOURTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .20 |
| 11/15/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION TENTH QUARTERLY INTERIM FEE APPLICATION OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY BLACKSTONE GROUP L.P.. | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 17, 2004
MATTER : W9600-012
INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/15/04 RLT | REVIEWED THIRD QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .20 |
| 11/15/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF FTI POLOCANO & MANZO FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/15/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF KIRKLAND & ELLIS FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/15/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR FOURTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES, P.C | .10 |
| 11/15/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SECOND MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 11/15/04 RLT | REVIEWED THIRD MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004 | .10 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 17, 2004
                                              MATTER : W9600-012
                                              INVOICE : 184915


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

     RE:  FEE APPLICATIONS, OTHERS


11/15/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FOURTH         .10
                MONTHLY INTERIM APPLICATION OF CIBC WORLD
                MARKETS CORP., FINANCIAL ADVISOR TO DAVID T.
                AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
                THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER
                30, 2004

11/16/04 RLT    REVIEWED APPLICATION FOR COMPENSATION FIFTH          .10
                MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN
                SHEREFF FRIEDMAN, LLP, COUNSEL TO DAVID T.
                AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER
                30, 2004

11/16/04 RLT    REVIEWED APPLICATION FOR COMPENSATION SECOND         .20
                QUARTERLY INTERIM APPLICATION OF SWIDLER BERLIN
                SHEREFF FRIEDMAN, LLP, COUNSEL TO DAVID T.
                AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30,
                2004

11/16/04 RLT    REVIEWED EXHIBIT A TO FIFTH MONTHLY INTERIM FEE      .20
                APPLICATION OF SWIDLER, BERLIN FRIEDMAN, LLP,
                BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE
                CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND
                REIMBURSEMENT OF EXPENSES INCURRED FOR THE
                PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30,
                2004

---

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE :  184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SECOND QUARTERLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2004 TO SEPTEMBER 30, 2004 (NOTICE, COVER SHEET, SUMMARY, VERIFICATION, EXHIBITS, CERTIFICATE OF SERVICE) FILED BY PHILLIPS, GOLDMAN & SPENCE, P.A | .20 |
| 11/16/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF LATHAM & WATKINS LLP FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/16/04 RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |
| 11/16/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF LUKINS & ANNIS, P.S. FOR THE TWELFTH INTERIM PERIOD | .30 |
| 11/16/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PROTIVITI, INC. FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/16/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR THE THIRTEENTH INTERIM PERIOD | .30 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 17, 2004
                                             MATTER :  W9600-012
                                             INVOICE :  184915


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

     RE:   FEE APPLICATIONS, OTHERS


| Date | | Description | Hours |
|------|------|-------------|------|
| 11/16/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC | .10 |
| 11/16/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY CONWAY, DEL GENIO, GRIES & CO., LLC. | .20 |
| 11/16/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/16/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF SWIDLER BERLIN SHEREFF FRIEDMAN, LLP FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/16/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOURTEENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR AUGUST 2004 FILED BY PROTIVITI INC | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE :  184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04 . T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/16/04 RLT | REVIEWED TWENTY-FOURTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF SEPTEMBER 2004 FILED BY PRICEWATERHOUSECOOPERS LLP. | .10 |
| 11/16/04 RLT | REVIEWED FOURTEENTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AS AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY PRICEWATERHOUSECOOPERS LLP | .20 |
| 11/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC | .20 |
| 11/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRD MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 11/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRD MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 11/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY CAMPBELL & LEVINE, LLC. | .10 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 17, 2004
                                            MATTER :  W9600-012
                                            INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY L. TERSIGNI CONSULTING, P.C. | .20 |
| 11/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOURTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2004 THROUGH AUGUST 31, 2004 (NOTICE, COVER SHEET, VERIFICATION, EXHIBIT, CERTIFICATE OF SERVICE) FILED BY DAVID AUSTERN | .20 |
| 11/16/04 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .20 |
| 11/16/04 RLT | REVIEWED FIFTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |
| 11/16/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SECOND QUARTERLY INTERIM FEE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JUY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .20 |
| 11/17/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 (FORTY-FIRST FILED BY PITNEY HARDIN LLP | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER : W9600-012
INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04     T C

RE:   FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/17/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 {THIRTY-SIXTH FILED BY CASNER & EDWARDS LLP | | .10 |
| 11/17/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2004 THROUGH SEPTEMBER 30, 2004 {EIGHTH FILED BY GOODWIN PROCTER LLP | | .10 |
| 11/18/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | | .10 |
| 11/18/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR APRIL 1, 2004 THROUGH JUNE 30, 2004 {SECOND FILED BY GOODWIN PROCTER LLP | | .20 |
| 11/18/04 RLT | REVIEWED EXHIBIT SUPPLEMENTAL EXHIBIT A TO TENTH QUARTERLY FEE APPLICATION OF THE BLACKSTONE GROUP L.P. FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | | .20 |
| 11/18/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH) FILED BY PITNEY HARDIN LLP | | .20 |
| 11/18/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH) FILED BY CASNER & EDWARDS LLP | | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/18/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING INTERIM FEE APPLICATION OF BLACKSTONE GROUP L.P. FOR THE THIRTEENTH INTERIM PERIOD FILED BY WARREN H. SMITH & ASSOCIATES | | .20 |
| 11/18/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING THIRTEENTH INTERIM QUARTERLY FEE APPLICATION OF CONWAY, DEL GENIO, GRIES & CO., LLC | | .20 |
| 11/18/04 RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR THE THIRTEENTH INTERIM PERIOD | | .20 |
| 11/18/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH) FILED BY WOODCOCK WASHBURN LLP | | .20 |
| 11/18/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH) FILED BY KIRKLAND & ELLIS | | .20 |
| 11/18/04 RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-SEVENTH MONTHLY FEE APPLICATION | | .60 |
| 11/19/04 RLT | REVIEWED AND COMMENTED ON CNO FOR KARMER LEVIN 37TH MONTHLY FEE APPLICATION | | .60 |
| 11/19/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY BLACKSTONE GROUP L.P | | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-012
INVOICE : 184915

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 11/19/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-THIRD MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 11/19/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 2004 FILED BY STEPTOE & JOHNSON LLP. | .10 |
| 11/19/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 FILED BY STEPTOE & JOHNSON LLP | .10 |
| 11/19/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF STEPTOE & JOHNSON, LLP FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/19/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/19/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/19/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-SEVENTH FEE APPLICATION | .60 |
| 11/19/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE CNO TO KRLS THIRTY-FIFTH APP AND KRAMER LEVIN'S THIRTY-EIGHTH FEE APPLICATION | .40 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   DECEMBER 17, 2004
                                             MATTER : W9600-012
                                             INVOICE : 184915


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

    RE:  FEE APPLICATIONS, OTHERS


| Date | | Description | Hours |
|------|------|------------|------|
| 11/19/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN THIRTY-SEVEN FEE APPLICATION | .10 |
| 11/22/04 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S AMENDED COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE THIRTEENTH INTERIM PERIOD | .30 |
| 11/23/04 | RLT | REVIEWED AND COMMENTED ON KRAMER LEVIN CNO FOR 38TH MONTHLY APPLICATION AND CNO FOR QUARTERLY FEE APPLICATION | .50 |
| 11/23/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 (FORTY-SECOND FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 11/23/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 FILED BY LATHAM & WATKINS LLP | .10 |
| 11/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION - SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 11/23/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION - SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :     DECEMBER 17, 2004
                                            MATTER :   W9600-012
                                            INVOICE :   184915


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

    RE:   FEE APPLICATIONS, OTHERS


| Date | | Description | Hours |
|------|------|------|------|
| 11/23/04 | RTT | REVIEW EMAIL FROM K.MANGUAL RE KRAMER LEVIN'S OCTOBER FEE APPLICATION | .10 |
| 11/23/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVINS QUARTERLY FEE APPLICATION FOR THE PERIOD APRIL-JUNE 2004 AND KRAMER LEVIN'S THIRTY-EIGHTH MONTHLY FEE APPLICATION | .20 |
| 11/23/04 | RTT | DRAFT NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-EIGHTH MONTHLY FEE APPLICATION | .60 |
| 11/23/04 | RTT | DRAFT CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD APRIL 2004 THROUGH JUNE 2004 | . |
| 11/24/04 | RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR THE PERIOD APRIL 1, 2004 THROUGH JUNE 30, 2004 | .60 |
| 11/24/04 | RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATE OF NO OBJECTION TO KRAMER LEVIN'S THIRTY-EIGHTH MONTHLY FEE APPLICATION | .60 |
| 11/29/04 | RTT | E-FILE AND SERVE KRAMER LEVIN'S MONTHLY FEE APPLICATION FOR PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004(1.0); CALENDAR OBJECTION DEADLINE RE SAME(.1) | 1.10 |
| 11/30/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRAMER LEVIN'S THIRTY-NINTH FEE APPLICATION | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 17, 2004
                                            MATTER :  W9600-012
                                            INVOICE : 184915


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

   RE:  FEE APPLICATIONS, OTHERS



              T I M E   S U M M A R Y
              -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

  R L THOMAS             220.00    18.40          4048.00
  R T TAYLOR             130.00    10.00          1300.00
                TOTALS             28.40          5348.00


                TOTAL FEES :                      5,348.00


                TOTAL DUE   :                     5,348.00
```

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   DECEMBER 17, 2004
                                              MATTER : W9600-015
                                              INVOICE :  184916

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/28/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. 2019 OF TRINE & METCALF PC. EXHIBITS HAVE NOT BEEN SCANNED AND ARE AVAILABLE FROM THE CLERK THROUGH PARCELS, INC. | .30 |
| 11/02/04 | RLT | REVIEWED REVISED ORDER REQUIRING THE FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019 SIGNED ON 10/22/2004 | .20 |
| 11/02/04 | RLT | REVIEWED RULE 2019 STATEMENT STATEMENT OF MORRIS, NICHOLS, ARSHT & TUNNELL IN RESPONSE TO THE COURT'S AMENDATORY ORDER OF AUGUST 27, 2004 THAT REQUIRED FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019 | .30 |
| 11/03/04 | TC | REVIEWED MOTION FOR TEMPORARY STAY OF CLAIMS ASSERTED AGAINST SCOTTS IN THE GANDY ACTION | .60 |
| 11/04/04 | TC | REVIEWED AFFIDAVIT OF TOM LEWIS RE LIBBY CLAIMANTS | .80 |
| 11/08/04 | RLT | REVIEWED ORDER GRANTING MOTION FOR LEAVE FROM SCHEDULING ORDER TO HAVE MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTORS TO PAY CERTAIN LEGAL FEES AND EXPENSES HEARD ON NOVEMBER 15, 2004, AND REQUIRING SUBMISSION OF CERTAIN DOCUMENTS | .20 |
| 11/08/04 | TC | REVIEWED TOWN OF ACTON'S MOTION FOR LEAVE TO FILE REPLY, AND ATTACHED REPLY | .50 |
| 11/09/04 | TC | REVIEWED ORDER ESTABLISHING AN ADR PROGRAM | .50 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   DECEMBER 17, 2004
MATTER :   W9600-015
INVOICE :   184916

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 11/10/04 RLT | REVIEWED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P.2019 FILED BY STATE OF TENNESSEE. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY TN DEPT OF LABOR & WORKFORCE DEVELOPMENT-UNEMPLOYMENT | | .20 |
| 11/12/04 RLT | REVIEWED MOTION TO APPROVE DEBTORS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATION | | .40 |
| 11/15/04 RLT | REVIEWED MOTION TO AUTHORIZE DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE APPOINTMENT OF RAYMOND G. THIEME, JR. AS THE MEDIATOR FOR THE DEBTORS' ADR PROGRAM FILED BY W.R. GRACE & CO | | .30 |
| 11/16/04 TC | REVIEWED MOTION OF THE DEBTOR AND SCOTTS COMPANY TO ENJOIN PROSECUTION OF ACTIONS AGAINST SCOTTS TEMPORARILY | | .80 |
| 11/17/04 TC | REVIEWED MOTION FOR APPOINTMENT OF THIEME AS MEDIATOR FOR DEBTORS' ADR PROGRAM | | .80 |
| 11/18/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. 2019 OF FOSTER & SEAR LLP. EXHIBITS HAVE NOT BEEN SCANNED AND ARE AVAILABLE FROM THE CLERK OFFICE THROUGH PARCELS, INC | | .30 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    DECEMBER 17, 2004
                                            MATTER :  W9600-015
                                            INVOICE : 184916


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

    RE:  LITIGATION AND LITIGATION CONSULTING



                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

 R L THOMAS             220.00    2.20           484.00
 T CURRIER              465.00    4.00          1860.00
                TOTALS            6.20          2344.00


                  TOTAL FEES :                          2,344.00


                  TOTAL DUE  :                          2,344.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 17, 2004
MATTER :   W9600-016
INVOICE :  184917

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/29/04 | RLT | REVIEWED ORDER FURTHER EXTENDING THE TIME WITHIN WHICH THE DEBTORS MUST FILE A CHAPTER 11 PLAN. | .20 |
| 11/12/04 | RLT | REVIEWED CHAPTER 11 PLAN OF REORGANIZATION DEBTORS'PLAN OF REORGANIZATION FILED BY W.R. GRACE & CO. | .70 |
| 11/12/04 | RLT | REVIEWED DISCLOSURE STATEMENT DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE | .70 |
| 11/12/04 | RLT | REVIEWED EXHIBIT BOOK IN CONNECTION WITH DEBTORS' DISCLOSURE STATEMENT (RELATED DOCUMENT(S){6896 ) FILED BY W.R. GRACE & CO | .60 |
| 11/15/04 | RLT | REVIEWED NOTICE OF HEARING ON APPROVAL OF DISCLOSURE STATEMENT ACCOMPANYING DEBTORS' PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE | .20 |
| 11/15/04 | RLT | REVIEWED AMENDED NOTICE OF HEARING RE DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE | .20 |
| 11/15/04 | TC | REVIEWED MOTION TO APPROVE SCHEDULE AND SOLICITATION PROCEDURES FOR PLAN OF REORGANIZATION | .80 |

**PENNSYLVANIA ● DELAWARE ● NEW JERSEY ● WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 17, 2004
                                              MATTER :  W9600-016
                                              INVOICE : 184917

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

        RE:   PLAN AND DISCLOSURE STATEMENT


| | | |
|---|---|---|
| 11/15/04 TC | REVIEWED DEBTORS' MOTION FOR A CASE MANAGEMENT ORDER IN CONNECTION WITH PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS POST CONFIRMATION | 1.40 |
| 11/16/04 RLT | REVIEWED MOTION FOR LEAVE DEBTORS' MOTION FOR LEAVE FROM THIS COURT'S NOVEMBER 25, 2003 SCHEDULING ORDER AND APRIL 17, 2002 CASE MANAGEMENT PROCEDURES ORDER TO ALLOW DEBTORS' DISCLOSURE STATEMENT TO BE HEARD AT DECEMBER 20, 2004 HEARING AND TO SET DECEMBER 13, 2004 AT 12:00 P.M. AS DEADLINE TO OBJECT TO DEBTORS' DISCLOSURE STATEMENT | .40 |
| 11/16/04 TC | REVIEWED PLAN OF REORGANIZATION | 3.10 |
| 11/16/04 TC | REVIEWED DISCLOSURE STATEMENT | 2.20 |
| 11/16/04 TC | REVIEWED EXHIBIT BOOK WITH DISCLOSURE STATEMENT | .80 |
| 11/16/04 TC | REVIEWED MOTION FOR RELIEF FROM 11/25 ORDER TO ALLOW DEBTORS' DISCLOSURE STATEMENT TO BE CONSIDERED AT HEARING | .50 |
| 11/17/04 TC | REVIEWED NOTICE OF HEARING FOR DISCLOSURE STATEMENT ON 1/21 IN PITTSBURGH | .40 |
| 11/17/04 TC | REVIEWED AMENDED NOTICE OF HEARING ON SOLICITATION PACKAGE MOTION | .30 |
| 11/17/04 TC | REVIEWED AMENDED NOTICE OF HEARING ON DEBTORS' ESTIMATION MOTION | .30 |
| 11/23/04 RLT | REVIEWED MOTION TO EXTEND TIME DEBTORS' SEVENTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. SECTION 1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-016
INVOICE : 184917

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  PLAN AND DISCLOSURE STATEMENT


11/23/04 TC    REVIEWED SEVENTH MOTION TO EXTEND EXCLUSIVITY                    .50

11/24/04 TC    REVIEWED VERIFICATION OF PUBLICATION NOTICE RE                  .40
               PLAN AND DISCLOSURE STATEMENT


                    T I M E   S U M M A R Y
                    -----------------------

|                | RATE   | HOURS | TOTALS  |
| -------------- | ------ | ----- | ------- |
| R L THOMAS     | 220.00 | 3.50  | 770.00  |
| T CURRIER      | 465.00 | 10.70 | 4975.50 |
| TOTALS         |        | 14.20 | 5745.50 |


                    TOTAL FEES :              5,745.50


                    TOTAL DUE  :              5,745.50


**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 17, 2004
                                             MATTER :  W9600-017
                                             INVOICE : 184918

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04    T C

RE:  RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|--------------------------------|-------|
| 10/28/04 | RLT | REVIEWED RESPONSE TO DEBTORS' RESPONSE IN OPPOSITION TO THE TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS | .40 |
| 10/28/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE {PROPOSED ORDER DENYING DAVID SLAUGHTER'S MOTION TO LIFT AUTOMATIC STAY | .10 |
| 11/02/04 | RLT | REVIEWED ORDER DENYING MOTION OF INTERCAT, INC. FOR LEAVE TO FILE LATE PROOF OF CLAIM ( | .20 |
| 11/08/04 | RLT | REVIEWED MOTION FOR LEAVE TOWN OF ACTON'S MOTION FOR LEAVE TO FILE REPLY TO DEBTORS' RESPONSE IN OPPOSITION TO THE TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS FILED BY TOWN OF ACTON, MASSACHUSETTS | .40 |
| 11/09/04 | TC | REVIEWED ORDER DENYING DAVID SLAUGHTER'S MOTION TO LIFT THE AUTOMATIC STAY | .30 |
| 11/15/04 | RLT | REVIEWED ORDER GRANTING TOWN OF ACTON'S MOTION FOR LEAVE TO FILE REPLY TO DEBTORS' RESPONSE IN OPPOSITION TO THE TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIO | .20 |
| 11/15/04 | RLT | REVIEWED MOTION TO APPROVE MOTION OF THE DEBTORS AND THE SCOTTS COMPANY FOR A TEMPORARY STAY TO ENJOIN THE PROSECUTION OF ALL CLAIMS AGAINST SCOTTS IN THE STATE ACTIONS . | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION
40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 17, 2004
MATTER :  W9600-017
INVOICE : 184918

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

RE:  RELIEF FROM STAY PROCEEDINGS


### T I M E   S U M M A R Y
----------------------

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| R L THOMAS   | 220.00 | 1.70  | 374.00 |
| T CURRIER    | 465.00 | .30   | 139.50 |
| TOTALS       |        | 2.00  | 513.50 |

TOTAL FEES :                              513.50

TOTAL DUE  :                              513.50


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128
WWW.KLETTROONEY.COM

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :   DECEMBER 17, 2004
                                               MATTER : W9600-022
                                               INVOICE :  184919

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/04   T C

    RE:  ZAI SCIENCE TRIAL


DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
----   ----   -------------------------------                      -----

11/24/04 TC   REVIEWED STIPULATION WITH ZAI CLAIMANTS RE             .30
              SCIENCE TRIAL


              T I M E   S U M M A R Y
              -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

T CURRIER               465.00     .30        139.50
              TOTALS               .30        139.50


              TOTAL FEES :                           139.50


              TOTAL DUE  :                           139.50

---

**PENNSYLVANIA    •    DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**