```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
                                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:23

Matter No: 056772-00002                                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount            Bill        W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward
------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP             2.00      1,130.00
MAYER, THOMAS MOERS         0.30        207.00
BECKER, GARY M.            20.00      9,900.00
                          ------    ----------
       Total:              22.30     11,237.00


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount                         Bill        W/o / W/u    Transfer To    Clnt/Mtr   Carry Forward
------------------------------------------------------------------------------------------------------------------------

0820 PHOTOCOPYING           20.85
0910 LONG DIST. TELE.       57.09
                          ------
       Costs Total :        77.94
```

```
alp_132rr: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    16
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/14/2004 13:22:23

Matter No: 056772-00005                                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status     : ACTIVE

Special Billing Instructions:

                                            PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:    11/01/2004                TO:    11/30/2004
       UNBILLED DISB FROM:    11/08/2004                TO:    11/29/2004

                                 FEES                                          COSTS
                                 ----                                          -----

GROSS BILLABLE AMOUNT:         35,374.00                                       883.42
   AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
           THRU DATE:                                         11/29/2004
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                            ACCOUNTS RECEIVABLE TOTALS                  UNAPPLIED CASH
                                            --------------------------

              FEES:             49,444.00         UNIDENTIFIED RECEIPTS:           0.00
     DISBURSEMENTS:                 888.29             PAID FEE RETAINER:          0.00
      FEE RETAINER:                   0.00            PAID DISB RETAINER:          0.00
     DISB RETAINER:                   0.00          TOTAL AVAILABLE FUNDS:         0.00
  TOTAL OUTSTANDING:            50,332.29                  TRUST BALANCE:

                                                 BILLING HISTORY
                                                 ---------------
DATE OF LAST BILL:     12/14/04              LAST PAYMENT DATE:       11/16/04
LAST BILL NUMBER:       401557            ACTUAL FEES BILLED TO DATE: 77,690.00
                                            ON ACCOUNT FEES BILLED TO DATE:        0.00
                                           TOTAL FEES BILLED TO DATE:        77,690.00
                                            FEES WRITTEN OFF TO DATE:       -34,930.00

LAST BILL THRU DATE:

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     ----------------------------
     (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
     (2) Late Time & Costs Posted      (5) Business Development        (8) Premium
     (3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____      FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                                                                                                           PAGE   17

Run Date & Time: 12/14/2004 13:22:23

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                          Orig Prtnr  : CRED. RGTS - 06975         Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE
```

```
U N B I L L E D   T I M E   S U M M A R Y  ----------- Total Unbilled -------
Emp Id Employee Name                    Group         Oldest       Latest       Hours      Amount
-----  -------------                    -----         ------       ------       -----      ------
02495  BENTLEY, PHILIP                  CRED          11/03/04     11/30/04      6.40    3,616.00
03976  MAYER, THOMAS MOERS              CRED          11/02/04     11/08/04      4.00    2,760.00
06366  HERZOG, BARRY                    CRED          11/01/04     11/22/04     11.50    6,037.50
05292  BECKER, GARY M.                  TAX           11/01/04     11/29/04     11.10    5,494.50
05338  NOVOD, GORDON                    CRED          11/07/04     11/30/04     38.40   14,976.00
06230  SEGAL, AMANDA J                  CRED          11/08/04     11/08/04      4.50    1,125.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                CRED          11/05/04     11/08/04      4.80      936.00
06091  SHEA, JAMES                      CRED          11/12/04     11/12/04      0.60      117.00
06110  SEIDMAN, EMILY                   CRED          11/30/04     11/30/04      1.60      312.00

                           Total:                                                82.90   35,374.00

Sub-Total Hours  :   21.90 Partners      11.10 Counsels     42.90 Associates     7.00 Legal Assts     0.00 Others
```

```
U N B I L L E D   C O S T S   S U M M A R Y  --------- Total Unbilled ------------
Code Description                                Oldest       Latest         Total
                                                Entry        Entry          Amount
----  -----------                               ------       ------         ------
0820  PHOTOCOPYING                              11/08/04     11/23/04         61.65
0841  RESEARCH SERVICES                         11/10/04     11/10/04         14.00
0842  DOCUMENT PREP.                            11/10/04     11/12/04        116.00
0885  LONG-DISTANCE TEL.                        11/29/04     11/29/04          0.29
0917  WESTLAW ON - LINE RESEARCH                11/08/04     11/08/04          7.20
0921  LEXIS / NEXIS ON -LINE RESEAR             11/08/04     11/08/04        633.21
0943  IN-HOUSE/MEALS                            11/17/04     11/24/04         51.07

                                 Total                                       883.42

                         Grand Total                                      36,257.42
                                                                         =========
```

```
B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:23)
                               ------- Billed -------     Applied  -- Collections --          Balance
Bill Date Thru Date Bill#      Fee & OA   Disbursement    From OA    Total     Date            Due
---------                      --------   ------------   --------   ------    ------          -------
 YEAR 2002                     1,450.00       198.00                1,648.00
06/17/03 05/31/03  371897      2,677.50          .00                2,677.50  12/26/03
08/31/03 07/31/03  375389            .00         .00                     .00
09/30/03 08/31/03  376733      2,138.50          .00                2,138.50  12/08/03
11/14/03 09/30/03  379590      2,444.00          .00                2,444.00  12/26/03
11/30/03 10/31/03  380293      4,425.00          .00                4,425.00  07/02/04
12/31/03 11/30/03  381784      4,533.50          .00                4,533.50  02/27/04
01/29/04 12/31/03  382765      3,544.50         1.80                3,546.30  02/27/04
02/25/04 01/31/04  384579        261.50          .00                  261.50  04/13/04
```

```
alp_132r: Matter Detail                                                                                                                                       PAGE    18

Run Date & Time: 12/14/2004 13:22:23

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                          Orig Prtnr  : CRED. RGTS  - 06975              Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 12/14/04 13:22:23)
                                      ---------- Billed ----------       Applied         --- Collections ---    Balance
Bill Date Thru Date Bill#          Fee & OA      Disbursement          From OA         Total        Date         Due
------------------- -----          ----------    ------------          --------        ---------    --------     -----------
04/30/04 02/29/04 388529           2,233.00          4.50                              2,237.50   06/29/04
05/27/04 04/30/04 390208           1,039.50          4.05                              1,043.55   08/03/04
06/29/04 05/31/04 391727           2,827.50           .00                                   .00                  2,827.50
07/31/04 06/30/04 392045           1,667.50           .00                              1,667.50   10/18/04
08/23/04 06/30/04 394084           1,138.50           .00                              1,138.50   11/16/04
09/29/04 07/31/04 396938             693.00           .00                                693.00   11/16/04
10/28/04 08/31/04 398416             198.00           .00                                   .00                    198.00
10/31/04 09/30/04 398942           1,237.50           .00                                   .00                  1,237.50
11/22/04 10/31/04 400444           9,807.00          4.87                                   .00                  9,811.87
12/14/04 10/31/04 401557          35,374.00        883.42                                   .00                 36,257.42
                                ------------    ----------        ----------------   ------------               -----------
                       Total:     77,690.00      1,096.64                             28,454.35                 50,332.29
```

```
alp_132r: Matter Detail                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   19
Run Date & Time: 12/14/2004 13:22:23                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr  : CRED. RGTS   - 06975                Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr  : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

U N B I L L E D    T I M E    D E T A I L
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/01/04 | Conf. Mayer and Herzog re motion to impose trading restrictions (0.5); arrange conf. with Debtors representatives and emails re same (0.4). | 0.90 | 445.50 | 5393903 | 11/11/04 |
| HERZOG, BARRY | 11/01/04 | Discs. w/T. Mayer and G. Becker re: equity trading restrictions; rev. notice 2003-65 | 1.30 | 682.50 | 5396057 | 11/12/04 |
| MAYER, THOMAS MOERS | 11/02/04 | Conferences Caton, Novod, Bentley re gearing up team for future litigation in connection with plan, trading limitation order (.4); prepare for (.5) and participate in (1.) call with Herzog, Becker, Riegel, Novod, W.R. Grace team (Bob Torolla, Elise Falon, Tod Mains), K&E tax partner re trading restriction order and preservation of NOLs. | 1.90 | 1,311.00 | 5389982 | 11/08/04 |
| BECKER, GARY M. | 11/02/04 | Prepare for and conf. with debtor representatives re equity trading restrictions and tax issues (2.0); conf. with Weschler and Herzog re same (0.5). | 2.50 | 1,237.50 | 5393902 | 11/11/04 |
| HERZOG, BARRY | 11/02/04 | Conf. call to disc. equity trading restrictions; related discs. and analysis | 3.90 | 2,047.50 | 5396056 | 11/12/04 |
| MAYER, THOMAS MOERS | 11/03/04 | Conferences Caton, Novod, Bentley re gearing up team for future litigation in connection with plan, trading limitation order (.4); prepare for (.5) and participate in (1.) call with Herzog, Becker, Riegel, Novod, W.R. Grace team (B. Torolla, E. Falon, T. Mains), K&E tax partner re trading restriction order and preservation of NOLs. | 1.90 | 1,311.00 | 5389984 | 11/08/04 |
| BENTLEY, PHILIP | 11/03/04 | Discs GB and T. Weschler re stock trading motion | 0.20 | 113.00 | 5395436 | 11/12/04 |
| BENTLEY, PHILIP | 11/04/04 | Discs TW, TM, GB and voicemail re stock trading motion | 0.80 | 452.00 | 5395439 | 11/12/04 |
| MANGUAL, KATHLEEN | 11/05/04 | Legal Research (pacer) of cases re: transfer of equity interest, retrieval of numerous pleadings per G. Novod (4.0) | 4.00 | 780.00 | 5392116 | 11/10/04 |
| BENTLEY, PHILIP | 11/05/04 | Discs BH and GB re stock trading motion | 0.30 | 169.50 | 5395438 | 11/12/04 |
| HERZOG, BARRY | 11/05/04 | Disc. and analysis re: trading restrictions | 0.80 | 420.00 | 5396058 | 11/12/04 |
| NOVOD, GORDON | 11/07/04 | Research re NOLs and equity restrictions. (1.9). | 1.90 | 741.00 | 5423170 | 12/01/04 |

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                 PAGE   20
Run Date & Time: 12/14/2004 13:22:23                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                              Orig Prtnr  : CRED. RGTS - 06975        Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : BANKR. MOTIONS                         Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

U N B I L L E D    T I M E     D E T A I L
Employee Name      Work Date    Description                                                        Hours        Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/08/04 | Conf. T. Maynes re tax information for stock trading restrictions (0.2); Attention to preparing objection to motion to impose stock trading restrictions, including direction to Novod and Segal re drafting and research (1.0); prepare for and conf. with Herzog, Bentley and Rigel re tax issues associated with stock trading restriction, including reviewing document from Maynes (2.0); conf. with T. Maynes at Kirkland re trading restriction tax issues (1.0); conf. with T. Weschler, Committee Chair, re trading restriction issues (0.8); conf. J. Baer re scheduling of stock trading motion and other plan issues (0.5); follow up conf. Bentley and Herzog re trading restrictions motion (0.4); conf. Mayer re trading restrictions motion (0.3). | 6.20 | 3,069.00 | 5393901 | 11/11/04 |
| BENTLEY, PHILIP | 11/08/04 | Extensive discs Herzog, Rigel, GB, Maynes and TW re response to stock trading motion, and work on same | 4.20 | 2,373.00 | 5395437 | 11/12/04 |
| SEGAL, AMANDA J | 11/08/04 | Research on stock trading restrictions. For G. Becker and G. Novod. | 3.20 | 800.00 | 5395996 | 11/12/04 |
| SEGAL, AMANDA J | 11/08/04 | Meeting w/ G. Novod regarding stock trading restrictions. | 0.90 | 225.00 | 5395997 | 11/12/04 |
| SEGAL, AMANDA J | 11/08/04 | Mtg. w/ G. Becker regarding stock trading restrictions. | 0.40 | 100.00 | 5395998 | 11/12/04 |
| HERZOG, BARRY | 11/08/04 | Conf. call; discs and analysis re: trading restrictions. | 3.90 | 2,047.50 | 5396442 | 11/12/04 |
| NOVOD, GORDON | 11/08/04 | Research regarding equity trading motion. (0.4). Disc. w/ Gary B. (0.2). Disc. w/ A. Segal. (0.1). Email to Gary B. (0.1). Discs. w/ K. Mangual. (0.5). Draft pleading regarding equity trading objection. (3.2). Meeting w. A. Segal. (0.5). | 5.00 | 1,950.00 | 5397247 | 11/15/04 |
| MANGUAL, KATHLEEN | 11/08/04 | email various pleading re: equity transfer; retrieve and pdf from docket per GN (.8) | 0.80 | 156.00 | 5412259 | 11/23/04 |
| MAYER, THOMAS MOERS | 11/08/04 | Conferences G. Becker re timing of hearing on equity trading limitations, obtaining updated info for committee on true threat to NOLs, deadline for filing objections (.2). | 0.20 | 138.00 | 5443373 | 12/14/04 |
| BECKER, GARY M. | 11/09/04 | Conf. Bentley and with Mayer re stock trading motion (0.3). | 0.30 | 148.50 | 5393900 | 11/11/04 |

```
alp_132: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    21
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:23

Matter No: 056772-00005                                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date  Description                                                   Hours      Amount   Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| NOVOD, GORDON | 11/10/04 | Disc. w/ T. mayer. (0.1). Disc. w/ G. Becker re equity trading motion. (0.1). Revision to pleading regarding same. (3.5). | 3.70 | 1,443.00 | 5397246 | 11/15/04 |
| BENTLEY, PHILIP | 11/10/04 | Discs M. Brodsky, Zirinsky, Baer and GB re stock trading motion | 0.50 | 282.50 | 5406441 | 11/17/04 |
| BECKER, GARY M. | 11/10/04 | Conf. Bentley and Herzog re claims trading restriction motion (0.4). | 0.40 | 198.00 | 5411967 | 11/22/04 |
| NOVOD, GORDON | 11/11/04 | Draft objection with respect to equity trading restrictions emergency motion and interim order. (2.3). Disc. w/ Phil B. re same. (0.1). | 2.40 | 936.00 | 5408585 | 11/19/04 |
| NOVOD, GORDON | 11/12/04 | Draft objection with respect to equity trading restrictions emergency motion and interim order. (2.1). | 2.10 | 819.00 | 5408581 | 11/19/04 |
| BECKER, GARY M. | 11/12/04 | Review ADR motion (0.3). | 0.30 | 148.50 | 5411968 | 11/22/04 |
| SHEA, JAMES | 11/12/04 | Prepare file of UAL v. State Street adversary pleadings for GN (0.6). | 0.60 | 117.00 | 5412210 | 11/22/04 |
| NOVOD, GORDON | 11/15/04 | Legal research re equity trading restrictions emergency motion and interim order. (2.3). | 2.30 | 897.00 | 5408582 | 11/19/04 |
| NOVOD, GORDON | 11/16/04 | Draft objection with respect to equity trading restrictions emergency motion and interim order. (4.7). | 4.70 | 1,833.00 | 5408583 | 11/19/04 |
| NOVOD, GORDON | 11/17/04 | Draft objection with respect to equity trading restrictions emergency motion and interim order. (3.6). | 3.60 | 1,404.00 | 5408584 | 11/19/04 |
| NOVOD, GORDON | 11/18/04 | Draft objection with respect to equity trading restrictions emergency motion and interim order. (2.6). Disc. w/ Gary B. re same. (0.3). | 5.20 | 2,028.00 | 5409695 | 11/19/04 |
| HERZOG, BARRY | 11/21/04 | Rev. debtor's objection to Sealed Air Research re objection. (2.3). | 0.80 | 420.00 | 5414079 | 11/23/04 |
| HERZOG, BARRY | 11/22/04 | Disc. trading restrictions w/PB, related settlement analysis | 0.80 | 420.00 | 5414080 | 11/23/04 |
| NOVOD, GORDON | 11/22/04 | Legal research re objection. (0.9). | 0.90 | 351.00 | 5416741 | 11/29/04 |
| BENTLEY, PHILIP | 11/22/04 | Discs BH, TM re stock trading motion | 0.20 | 113.00 | 5424823 | 12/01/04 |
| BECKER, GARY M. | 11/29/04 | Review motion to extend exclusivity and email exchange Bentley re same. | 0.50 | 247.50 | 5426876 | 12/01/04 |
| NOVOD, GORDON | 11/30/04 | Disc. w/ Jon K., Gary B. re NOLs and other cases. (0.4). Email to Jon K. re same. (0.2). Revisions to memo re same. (0.9). Further revisions to memo re same. (3.8). Email to T. Mayer. (0.2). Disc. w/ Emily S. re case. (0.2). Email to Emily S. (0.2). Disc. w/ Jon K. (0.5). Emais to T. Mayer. (0.2). | 6.60 | 2,574.00 | 5422568 | 12/01/04 |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   22
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:23

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name                Work Date     Description                                            Hours        Amount      Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
BENTLEY, PHILIP              11/30/04      Discs BH and GN re stock trading motion                 0.20        113.00      5424822  12/01/04
SEIDMAN, EMILY               11/30/04      Obtained documents in UAL per G Novod and J             1.60        312.00      5425177  12/01/04
                                           Koevary (1.6)

                                           Fee Total                                              82.90      35,374.00

                                           Fee Total                                              82.90      35,374.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code             Employee          Date          Amount       Index#   Batch No   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
PHOTOCOPYING                  0820
  PHOTOCOPYING                SEGAL, AMANDA J  11/08/04          4.95     6762490             11/09/04
  PHOTOCOPYING                NOVOD, G N       11/22/04         15.60     6779495   137440    11/23/04
  PHOTOCOPYING                NOVOD, G N       11/23/04         15.90     6781243   137527    11/24/04
  PHOTOCOPYING                NOVOD, G N       11/23/04         25.20     6781244   137527    11/24/04

                              0820 PHOTOCOPYING Total :                   61.65

RESEARCH SERVICES             0841
  RESEARCH SERVICES           HALVEY, J H      11/10/04         14.00     6787336   137653    12/01/04

                              0841 RESEARCH SERVICES Total :              14.00

DOCUMENT PREP.                0842
  DOCUMENT PREP.              KOSCAL, T M      11/10/04         16.00     6774405   137260    11/17/04
  11/10/2004
  DOCUMENT PREP.              BLYTH, B B       11/10/04         60.00     6767594   137108    11/15/04
  11/10/2004
  DOCUMENT PREP.              SHARPE, A S      11/12/04         40.00     6768408   137132    11/15/04
  11/12/2004

                              0842 DOCUMENT PREP. Total :                116.00

LONG-DISTANCE TEL.            0885
  LONG-DISTANCE TEL.          MAYER, T M       11/29/04          0.29     6786091   137630    11/30/04
  4342970

                              0885 LONG-DISTANCE TEL. Total :              0.29
```


```
alp_132r: Matter Detail                                                                                                                          PAGE   23

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/14/2004 13:22:23

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee            Date          Amount           Index#   Batch No   Batch Date
------------------            --------            ----          ------           ------   --------   ----------

WESTLAW ON - LINE RE           0917
    WESTLAW ON - LINE RE                          NOVOD, G N     11/08/04            7.20   6789598   137701     12/01/04
                                   0917 WESTLAW ON - LINE RE Total :                 7.20

LEXIS / NEXIS ON -L            0921
    LEXIS / NEXIS ON -LINE RESEARCH               SEGAL, A J     11/08/04          633.21   6792875   138065     12/03/04
                                   0921 LEXIS / NEXIS ON -L Total :               633.21

IN-HOUSE/MEALS                 0943
    IN-HOUSE/MEALS                                NOVOD, G N     11/17/04           11.46   6775587   137332     11/18/04
    IN-HOUSE/MEALS                                NOVOD, G N     11/24/04           19.61   6786709   137644     11/30/04
    IN-HOUSE/MEALS                                NOVOD, G N     11/24/04           20.00   6786710   137644     11/30/04
                                   0943 IN-HOUSE/MEALS Total :                      51.07

                                   Costs Total :                                   883.42
```

```
alp_132r: Matter Detail                                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    24
                                                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:23

Matter No: 056772-00005                                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours         Amount           Bill      W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
-------------              -----         ------           ----      ---------        -----------    --------    -------------
BENTLEY, PHILIP             6.40       3,616.00
MAYER, THOMAS MOERS         4.00       2,760.00
HERZOG, BARRY              11.50       6,037.50
BECKER, GARY M.            11.10       5,494.50
NOVOD, GORDON              38.40      14,976.00
SEGAL, AMANDA J             4.50       1,125.00
MANGUAL, KATHLEEN           4.80         936.00
SHEA, JAMES                 0.60         117.00
SEIDMAN, EMILY              1.60         312.00

     Total:                82.90      35,374.00

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                       Amount            Bill      W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
----------------                       ------            ----      ---------        -----------    --------    -------------
0820 PHOTOCOPYING                       61.65
0841 RESEARCH SERVICES                  14.00
0842 DOCUMENT PREP.                    116.00
0885 LONG-DISTANCE TEL.                  0.29
0917 WESTLAW ON - LINE RESEARC           7.20
0921 LEXIS / NEXIS ON -LINE R          633.21
0943 IN-HOUSE/MEALS                     51.07

Costs Total :                          883.42
```

```
alp_132r: Matter Detail                                                                                                                             PAGE    25
Run Date & Time: 12/14/2004 13:22:23

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                           Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

              UNBILLED TIME FROM:  11/02/2004          TO:  11/30/2004
              UNBILLED DISB FROM:  11/10/2004          TO:  11/22/2004

                                          FEES                       COSTS
                                        -------                    --------
      GROSS BILLABLE AMOUNT:           26,346.50                     345.98
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:           11/30/2004                  11/22/2004
  CLOSE MATTER/FINAL BILLING?      YES OR NO
 EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH

                    FEES:            56,826.00       UNIDENTIFIED RECEIPTS:         0.00
            DISBURSEMENTS:               346.87       PAID FEE RETAINER:             0.00
            FEE RETAINER:                 0.00        PAID DISB RETAINER:            0.00
            DISB RETAINER:                0.00        TOTAL AVAILABLE FUNDS:         0.00
         TOTAL OUTSTANDING:          57,172.87        TRUST BALANCE:
                                                      BILLING HISTORY
                                                     ----------------
      DATE OF LAST BILL:     12/14/04     LAST PAYMENT DATE:            05/27/03
      LAST BILL NUMBER:      401557       ACTUAL FEES BILLED TO DATE:  56,983.50
                                          ON ACCOUNT FEES BILLED TO DATE:    0.00
                                          TOTAL FEES BILLED TO DATE:  56,983.50
      LAST BILL THRU DATE:                FEES WRITTEN OFF TO DATE:  -26,346.50

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding                     (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                                                                                          PAGE   26
Run Date & Time: 12/14/2004 13:22:23
                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-000007                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE
```

```
U N B I L L E D   T I M E    S U M M A R Y    ----------- Total Unbilled -------------
Emp Id Employee Name                  Group             Oldest      Latest        Hours           Amount
------ ---------------------          -------           --------    --------      --------        --------
02495  BENTLEY, PHILIP                CRED              11/10/04    11/30/04       12.90         7,288.50
03976  MAYER, THOMAS MOERS            CRED              11/04/04    11/30/04        4.20         2,898.00
05292  BECKER, GARY M.                CRED              11/10/04    11/30/04       11.30         5,593.50
05327  RIGEL, BLAKE                   TAX               11/02/04    11/30/04       21.50         9,137.50
06208  DIMOS, BILL                    CRED              11/17/04    11/17/04        2.40           600.00
06228  KOEVARY, JONATHAN T            CRED              11/10/04    11/10/04        1.60           400.00
05208  MANGUAL, KATHLEEN              CRED              11/15/04    11/15/04        2.20           429.00
                                                                                  ------        --------
          Total:                                                                   56.10        26,346.50

Sub-Total Hours  :   17.10 Partners     11.30 Counsels     25.50 Associates     2.20 Legal Assts    0.00 Others
```

```
U N B I L L E D    C O S T S    S U M M A R Y  -------- Total Unbilled -------
Code Description                          Oldest     Latest       Total
                                          Entry      Entry        Amount
---- -------------                        --------   --------     --------
0820 PHOTOCOPYING                         11/22/04   11/22/04       32.70
0917 WESTLAW ON-LINE RESEARCH             11/04/04   11/10/04       40.91
0921 LEXIS / NEXIS ON -LINE RESEAR        11/15/04   11/15/04      112.37
0940 CAB FARES                            11/11/04   11/22/04       85.00
0942 MEALS/IN-HOUSE                       11/11/04   11/16/04       55.00
0951 MEALS/T & E                          11/22/04   11/22/04       20.00
                                                                  ------
          Total                                                    345.98

          Grand Total                                           26,692.48
                                                           =============
```

```
B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:24)
                                      -------- Billed --------   Applied       ------- Collections -------
Bill Date  Thru Date  Bill#            Fee & OA   Disbursement    From OA       Total        Date          Balance Due
---------  ---------  --------        ---------   ------------  ---------    ---------     --------     -------------
03/19/03   02/28/03   367178           157.50         .00            .00       157.50       05/27/03
10/31/04   09/30/04   398942           169.50         .00            .00          .00                         169.50
11/22/04   10/31/04   400444        30,310.00         .89            .00          .00                      30,310.89
12/14/04   10/31/04   401557        26,346.50      345.98            .00          .00                      26,692.48
                                    ---------      ------        ------     ---------                     ---------
           Total:                   56,983.50      346.87            .00       157.50                     57,172.87
```

```
alp_132:  Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   27
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/14/2004 13:22:24

Matter No: 056772-00007                                                         Orig Prtnr  : CRED. RGTS - 06975            Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                 Bill Prtnr  : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status   : ACTIVE

UNBILLED TIME DETAIL
Employee Name         Work Date   Description                                                          Hours       Amount     Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| RIGEL, BLAKE | 11/02/04 | Telephone call with TM, GB, BH and company personnel. Office conference with BH. Research regarding deductibility of reorganization expenses and proration of losses. | 4.60 | 1,955.00 | 5408807 | 11/19/04 |
| MAYER, THOMAS MOERS | 11/04/04 | Voice mail from, call with P. Bentley re latest developments in plan negotiations in light of election, greater likelihood of asbestos legislation being passed, effect on stock trading limitation order and challenge to same. | 0.30 | 207.00 | 5389983 | 11/08/04 |
| RIGEL, BLAKE | 11/08/04 | Office conference with BH, GB, PB. Research regarding 382. Office conference with BH. | 5.30 | 2,252.50 | 5408808 | 11/19/04 |
| KOEVARY, JONATHAN T | 11/10/04 | Research 726(a)(5) (legal rate of interest) issue. | 1.60 | 400.00 | 5394416 | 11/11/04 |
| BENTLEY, PHILIP | 11/10/04 | Discs TW, GB, J. Baer and M. Brodsky re plan issues, and work on same | 2.70 | 1,525.50 | 5406437 | 11/17/04 |
| BECKER, GARY M. | 11/10/04 | Multiple conf. Bentley re various plan issues (0.6). | 0.60 | 297.00 | 5411971 | 11/22/04 |
| BENTLEY, PHILIP | 11/11/04 | Work on plan issues, and discs GB and trade multiple emails re same | 2.90 | 1,638.50 | 5406438 | 11/17/04 |
| BECKER, GARY M. | 11/11/04 | Review and revise proposed plan and disclosure statement (1.9); conf. debtors counsel re plan revisions (0.2); conf. Bentley re plan issues (0.4); prepare memo to committee re plan (1.0); review emails re certain plan issues and comment on same (0.4). | 3.90 | 1,930.50 | 5411970 | 11/22/04 |
| BENTLEY, PHILIP | 11/12/04 | Work on plan issues, and discs TW, TM, GB, voicemail, B. Zirinsky, J. Freeman and ERN re same | 2.20 | 1,243.00 | 5406439 | 11/17/04 |
| BECKER, GARY M. | 11/12/04 | Conf. Bentley re post petition interest issues and research re same (0.8); conf. Bentley re other plan issues (0.5); send memo re plan to committee (0.3); attention to email from Weschler re plan negotiations (0.2). | 1.80 | 891.00 | 5411969 | 11/22/04 |
| RIGEL, BLAKE | 11/15/04 | Research regarding 382. Review of Notice 2003-65. | 3.00 | 1,275.00 | 5410847 | 11/22/04 |
| MANGUAL, KATHLEEN | 11/15/04 | retrieval of plan and DS via pacer; organization of such, dup and distribute internally and to committee (2.2) | 2.20 | 429.00 | 5412604 | 11/23/04 |
| BENTLEY, PHILIP | 11/15/04 | Review disclosure statement and plan, and multiple discs with holders re same | 3.40 | 1,921.00 | 5424813 | 12/01/04 |
| BECKER, GARY M. | 11/16/04 | Review plan and disclosure statement and conf. Bentley re same (1.0). | 1.00 | 495.00 | 5411973 | 11/22/04 |
| MAYER, THOMAS MOERS | 11/17/04 | Review plan and disclosure statement. | 1.50 | 1,035.00 | 5408139 | 11/18/04 |

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    28
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:24

Matter No: 056772-00007                                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L

Employee Name          Work Date   Description                                                              Hours    Amount       Index#    Batch Date
---------------------  ----------  ------------------------------------------------------------------       -----    ---------   --------   ----------
DIMOS, BILL            11/17/04    Read through disclosure statement for the                                2.40      600.00     5409805    11/19/04
                                   debtors plan of reorganization and the attached
                                   exhibits.
BECKER, GARY M.        11/17/04    Research re plan issue and email Bentley re                              0.40      198.00     5411974    11/22/04
                                   same.
BECKER, GARY M.        11/18/04    Research re plan distribution issues and conf.                           1.10      544.50     5411972    11/22/04
                                   Mayer re same (0.8); conf. Koevary re interest
                                   rate issues (0.3).
MAYER, THOMAS MOERS    11/18/04    Call with WHX/Stonehill, equity holder, re                               0.40      276.00     5418924    11/30/04
                                   language in plan: issuing equity "to the extent
                                   necessary," linkage to legislation? [.2];
                                   conference G. Becker re same [.1]; call to G.
                                   Davis re Impath interim distribution [.1].
BENTLEY, PHILIP        11/18/04    Discs TM, trade emails                                                   0.20      113.00     5424814    12/01/04
BECKER, GARY M.        11/19/04    Conf. Rigel re tax issues in plan (0.3)                                  0.30      148.50     5411975    11/22/04
RIGEL, BLAKE           11/19/04    Office conference with BH. Office conference                             0.50      212.50     5417627    11/29/04
                                   with GB.
BENTLEY, PHILIP        11/19/04    Trade emails re plan issues, and short memo to                           0.80      452.00     5424815    12/01/04
                                   committee re same
MAYER, THOMAS MOERS    11/22/04    Conference P. Bentley re possibility of interim                          0.40      276.00     5418923    11/30/04
                                   distribution to pay off unsecureds in Grace
                                   (.2), email Weschler re same (.2).
BECKER, GARY M.        11/22/04    Conf. Herzog re plan tax issues.                                         0.40      198.00     5426878    12/01/04
MAYER, THOMAS MOERS    11/23/04    Conference P. Bentley re possibility of interim                          0.40      276.00     5420306    11/30/04
                                   distribution to pay off unsecureds in Grace
                                   (.2), email Weschler re same (.2).
BENTLEY, PHILIP        11/23/04    Discs J. Baer re plan issues                                             0.10       56.50     5424811    12/01/04
MAYER, THOMAS MOERS    11/29/04    Call with T. Weschler re interim distribution                            0.20      138.00     5420307    11/30/04
                                   idea.
BENTLEY, PHILIP        11/29/04    Trade emails                                                             0.10       56.50     5424812    12/01/04
RIGEL, BLAKE           11/29/04    Office conference with BH.  Review of draft                              2.50     1,062.50    5428441    12/01/04
                                   settlement.
MAYER, THOMAS MOERS    11/30/04    Call with Bentley re interim distribution,                               1.00      690.00     5423918    12/01/04
                                   status of NOL analysis (.3), commence review of
                                   UAL papers on NOL trading freeze (.7).
BENTLEY, PHILIP        11/30/04    Discs GB, TM and GAH                                                     0.50      282.50     5424810    12/01/04
BECKER, GARY M.        11/30/04    Conf. with Rigel and Herzog re tax issues in                             1.80      891.00     5426877    12/01/04
                                   Plan of Reorganization and conf. with Bentley
                                   re same (1.0); conf. creditors committee
                                   counsel re plan issues (0.5); conf. Koevarey
                                   and Novod re plan issues (0.3).
```

```
alp_132r: Matter Detail                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   29
Run Date & Time: 12/14/2004 13:22:24                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name                  Work Date    Description                                                Hours        Amount       Index#  Batch Date
------------------------------------------------------------------------------------------------------------------------------------------------

RIGEL, BLAKE          11/30/04   Review of settlement agreement. Office             5.60    2,380.00   5428442  12/01/04
                                 conference with BH. Review of draft objection.
                                 Office conference with GB. Research regarding
                                 QFSS.

                                                  Fee Total                        56.10   26,346.50

U N B I L L E D   C O S T S   D E T A I L
Description/Code              Employee            Date                                                 Amount       Index#  Batch No  Batch Date
------------------------------------------------------------------------------------------------------------------------------------------------
PHOTOCOPYING              0820
  PHOTOCOPYING                BENTLEY, P          11/22/04                                             32.70        6779496   137440   11/23/04
                              BENTLEY PHILIP
                                                  0820 PHOTOCOPYING Total :                            32.70

WESTLAW ON - LINE RE      0917
  WESTLAW ON - LINE RE        KOEVARY, J T        11/10/04                                             40.91        6789599   137701   12/01/04
                                                  0917 WESTLAW ON - LINE RE Total :                    40.91

LEXIS / NEXIS ON -L       0921
  LEXIS / NEXIS ON -L         RIGEL, B R          11/15/04                                            112.37        6922876   138065   12/03/04
                              LEXIS / NEXIS ON -LINE RESEARCH
                                                  0921 LEXIS / NEXIS ON -L Total :                    112.37

CAB FARES                 0940
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI    BENTLEY, P          11/11/04                                             11.00        6768872   137124   11/15/04
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI    BENTLEY, P          11/12/04                                             11.00        6768874   137124   11/15/04
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI    BENTLEY, P          11/15/04                                             11.00        6775086   137310   11/18/04
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI    BENTLEY, P          11/16/04                                             11.00        6775088   137310   11/18/04
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  PHILIP BENTLEY              BENTLEY, P          11/22/04                                             41.00        6779050   137408   11/22/04
  CAB FARES - VENDOR-PHILIP BENTLEY TAXI
                                                  0940 CAB FARES Total :                               85.00

MEALS/IN-HOUSE            0942
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
  MARIANNE FERGUSON, CASHI    BENTLEY, P          11/11/04                                             13.00        6768871   137124   11/15/04
  CASHIER
```