```
alp_132r: Matter Detail                                                                                                                    PAGE   30
Run Date & Time: 12/14/2004 13:22:24

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

UNBILLED COSTS DETAIL
-----------------------------------------------------------------------------------------------------------------------
Description/Code                    Employee        Date        Amount      Index#    Batch No    Batch Date
-----------------------------------------------------------------------------------------------------------------------

MARIANNE FERGUSON, CASHI
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,      BENTLEY, P  11/12/04       16.00   6768873    137124    11/15/04
   CASHIER
MARIANNE FERGUSON, CASHI
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,      BENTLEY, P  11/15/04       20.00   6775085    137310    11/18/04
   CASHIER
MARIANNE FERGUSON, CASHI
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,      BENTLEY, P  11/16/04        6.00   6775087    137310    11/18/04
   CASHIER
                                        0942 MEALS/IN-HOUSE Total :          55.00

MEALS/T & E
   PHILIP BENTLEY               0951
   MEALS/T & E - VENDOR-PHILIP BENTLEY DINNER      BENTLEY, P  11/22/04       20.00   6779051    137408    11/22/04
                                        0951 MEALS/T & E Total :             20.00

                          Costs Total :                                     345.98
```

```
alp_132r: Matter Detail                                                                                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE   31
Run Date & Time: 12/14/2004 13:22:24                                                                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                                                                    Orig Prtnr : CRED. RGTS   - 06975        Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                                                            Bill Prtnr : BENTLEY PHILIP  - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                                                          Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                  Hours         Amount              Bill        W/o / W/u        Transfer To       Clnt/Mtr    Carry Forward

BENTLEY, PHILIP                12.90        7,288.50
MAYER, THOMAS MOERS             4.20        2,898.00
BECKER, GARY M.                11.30        5,593.50
RIGEL, BLAKE                   21.50        9,137.50
DIMOS, BILL                     2.40          600.00
KOEVARY, JONATHAN T             1.60          400.00
MANGUAL, KATHLEEN               2.20          429.00

         Total:                56.10       26,346.50


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                            Amount                           Bill        W/o / W/u        Transfer To       Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                            32.70
0917 WESTLAW ON - LINE RESEARC               40.91
0921 LEXIS / NEXIS ON -LINE R               112.37
0940 CAB FARES                               85.00
0942 MEALS/IN-HOUSE                          55.00
0951 MEALS/T & E                             20.00

         Costs Total :                      345.98
```

```
alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   32
Run Date & Time: 12/14/2004 13:22:24                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                      Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status    : ACTIVE

Special Billing Instructions:

                                                    PRE-BILLING SUMMARY REPORT

  UNBILLED TIME FROM:   11/01/2004                                  TO:  11/22/2004
  UNBILLED DISB FROM:                                                TO:

                                                    FEES                  COSTS
                                                   --------               -----
  GROSS BILLABLE AMOUNT:                           1,150.50                0.00
  AMOUNT WRITTEN DOWN:
               PREMIUM:
  ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:            11/22/2004
  CLOSE MATTER/FINAL BILLING?     YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:



                                               ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                    FEES:            4,284.00      UNIDENTIFIED RECEIPTS:     0.00
           DISBURSEMENTS:                9.56      PAID FEE RETAINER:         0.00
           FEE RETAINER:                 0.00      PAID DISB RETAINER:        0.00
           DISB RETAINER:                0.00      TOTAL AVAILABLE FUNDS:     0.00
        TOTAL OUTSTANDING:           4,293.56      TRUST BALANCE:
                                                   BILLING HISTORY
                                           -----------------------------------
          DATE OF LAST BILL:        12/14/04       LAST PAYMENT DATE:    11/16/04
          LAST BILL NUMBER:          401557        ACTUAL FEES BILLED TO DATE:   65,794.00
                                                   ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                   PAID DISB RETAINER:                0.00
                                                   TOTAL FEES BILLED TO DATE:    65,794.00
          LAST BILL THRU DATE:                     FEES WRITTEN OFF TO DATE:       -928.50

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee            (4) Excessive Legal Time     (7) Fixed Fee
  (2) Late Time & Costs Posted      (5) Business Development     (8) Premium
  (3) Pre-arranged Discount         (6) Summer Associate         (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    33
Run Date & Time: 12/14/2004 13:22:24                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                     Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                         ------------- Total Unbilled -------------
Emp Id  Employee Name                         Group              Oldest        Latest           Hours           Amount
                                                                 --------      --------       --------         --------
05208   MANGUAL, KATHLEEN                     CRED              11/01/04      11/22/04           2.60           507.00
05292   BECKER, GARY M.                       CRED              11/18/04      11/19/04           1.30           643.50
                                                                                                --------         --------
                                                                                                  3.90         1,150.50

Total:

Sub-Total Hours :     0.00 Partners    1.30 Counsels    0.00 Associates    2.60 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:24)
                        ------- Billed --------           ---- Applied ----             ---- Collections ----          Balance
Bill Date Thru Date Bill#      Fee & OA    Disbursement    From OA           Total           Date                         Due
---------- ---------- ------   ---------   ------------   --------           -----           ----                         ---
YEAR 2001                    10,165.00         191.48                    10,356.48
YEAR 2002                    33,105.00         183.14                    33,288.14
01/31/03 12/31/02  364671       805.50             .00                      805.50   03/25/03
02/20/03 01/31/03  365684       838.00             .00                      838.00   04/11/03
03/19/03 02/28/03  367178     2,266.00          12.08                    2,278.08   05/27/03
04/29/03 03/31/03  369330       670.00          13.48                      683.48   10/23/03
05/16/03 04/30/03  370445       851.00             .00                      851.00   10/23/03
06/17/03 05/31/03  371897     1,033.00             .00                    1,033.00   12/26/03
07/24/03 06/30/03  377811       708.50             .00                      708.50   10/23/03
08/31/03 07/31/03  375389       203.50             .00                      203.50   05/10/04
09/30/03 08/31/03  376733     1,059.50          28.04                    1,087.54   12/08/03
11/14/03 09/30/03  379590       687.50             .00                      687.50   12/26/03
11/30/03 10/31/03  380293       240.50             .00                      240.50   07/02/04
12/31/03 11/30/03  381784       962.00             .00                      962.00   02/27/04
01/29/04 12/31/03  382765     2,080.00             .00                    2,080.00   07/02/04
02/25/04 01/31/04  384579     1,758.00             .00                    1,758.00   10/18/04
04/30/04 02/29/04  388529       951.00             .00                      951.00   10/18/04
05/27/04 04/30/04  390208        78.00             .00                       78.00   08/03/04
07/31/04 06/30/04  392045       939.00             .00                      939.00   10/18/04
08/23/04 06/30/04  394084     1,170.00             .00                    1,170.00   11/16/04
09/29/04 07/31/04  396938       939.00             .00                      939.00   11/16/04
10/28/04 08/31/04  398416     1,110.00             .00                                                                  1,110.00
10/31/04 09/30/04  398942       421.50             .00                                                                    421.50
11/22/04 10/31/04  400444     1,602.00           9.56                                                                   1,611.56
12/14/04 10/31/04  401557     1,150.50             .00                                                                  1,150.50
                             ---------         -------                   ---------                                      ---------
Total:                       65,794.00         437.78                    61,938.22                                      4,293.56
```

```
alp_132r: Matter Detail                                                                                                                  PAGE   34

Run Date & Time: 12/14/2004 13:22:24

                                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                                                                  Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Orig Prtnr : CRED. RGTS - 06975                      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                           Bill Prtnr  : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                          Supv Prtnr  : MAYER THOMAS MOERS - 03976             Status       : ACTIVE


U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                  Hours        Amount     Index#    Batch Date
-------------          ---------   -----------                                                  -----        ------     ------    ----------

MANGUAL, KATHLEEN      11/01/04    draft Sept monthly fee app, draft cover ltr to                1.40        273.00     5393468   11/10/04
                                   local counsel (1.4)
BECKER, GARY M.        11/18/04    Review and revise October invoice.                            0.70        346.50     5411977   11/22/04
BECKER, GARY M.        11/19/04    Review and revise invoice                                     0.60        297.00     5411976   11/22/04
MANGUAL, KATHLEEN      11/22/04    draft KL October monthly fee app (1.1); draft                 1.20        234.00     5412602   11/23/04
                                   cover ltr (.10)

                                                             Fee Total                           3.90      1,150.50

                                                       Fee Total                                 3.90      1,150.50
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    35
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:24

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS  - 06975       Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

                        BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours         Amount         Bill    W/o / W/u    Transfer To    Clnt/Mtr  Carry Forward

BECKER, GARY M.             1.30         643.50
MANGUAL, KATHLEEN           2.60         507.00
         Total:             3.90       1,150.50
```

```
alp_132r: Matter Detail                                                                                                                         PAGE   36

Run Date & Time: 12/14/2004 13:22:24

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   11/01/2004     TO:  11/30/2004
UNBILLED DISB FROM:   11/04/2004     TO:  11/16/2004

                      FEES                              COSTS
                      ------                            -----
GROSS BILLABLE AMOUNT:       61,107.50                       103.48
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:             11/30/2004                     11/16/2004
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

             FEES:           104,035.40             UNIDENTIFIED RECEIPTS:    0.00
    DISBURSEMENTS:               239.72             PAID FEE RETAINER:        0.00
    FEE RETAINER:                  0.00             PAID DISB RETAINER:       0.00
   DISB RETAINER:                  0.00             TOTAL AVAILABLE FUNDS:    0.00
 TOTAL OUTSTANDING:          104,275.12             TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
DATE OF LAST BILL:           12/14/04           LAST PAYMENT DATE:          11/16/04
LAST BILL NUMBER:             401557            ACTUAL FEES BILLED TO DATE:     279,761.00
                                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                PAID DISB RETAINER:                   0.00
                                                TOTAL FEES BILLED TO DATE:      279,761.00
LAST BILL THRU DATE:       11/30/2004           FEES WRITTEN OFF TO DATE:       -56,690.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                                                    PAGE   37
Run Date & Time: 12/14/2004 13:22:24
                                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                          Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------------------------------ Total Unbilled ---------------------
Emp Id Employee Name              Group       Oldest     Latest         Hours           Amount
------ ------------------------   -----       --------   --------       ---------       ---------
00720 NADLER, ELLEN R.            LITI        11/01/04   11/23/04       25.10           15,813.00
02495 BENTLEY, PHILIP             CRED        11/01/04   11/24/04       23.70           13,390.50
07850 HOROWITZ, GREGORY A.        LITI        11/04/04   11/30/04       22.00           11,550.00
05292 BECKER, GARY M.             CRED        11/01/04   11/29/04       22.70           11,236.50
04418 CATON, AMY                  CRED        11/01/04   11/05/04        5.90            2,802.50
05338 NOVOD, GORDON               CRED        11/05/04   11/05/04        2.70            1,053.00
06228 KOEVARY, JONATHAN T         CRED        11/01/04   11/09/04       15.90            3,975.00
      PARAPROFESSIONALS
05208 MANGUAL, KATHLEEN           CRED        11/01/04   11/19/04        5.10              994.50
06091 SHEA, JAMES                 CRED        11/03/04   11/05/04        1.50              292.50
                                                                        -------         ---------
                                                    Total:             124.60           61,107.50

Sub-Total Hours :   70.80 Partners   22.70 Counsels   24.50 Associates    6.60 Legal Assts   0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ----------------- Total Unbilled ------------------
Code Description                                Oldest      Latest         Total
                                                Entry       Entry          Amount
---- ----------------------------               --------    --------       ---------
0820 PHOTOCOPYING                               11/10/04    11/10/04         3.60
0940 CAB FARES                                  11/04/04    11/16/04        66.88
0942 MEALS/IN-HOUSE                             11/04/04    11/08/04        33.00
                                                                            ------
                                       Total                               103.48

                                                                       ==============
                                       Grand Total                         61,210.98
                                                                       ==============

B I L L I N G  &  P A Y M E N T    H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:24)
                               -------- Billed --------       Applied    ---- Collections ----         Balance
Bill Date Thru Date Bill#      Fee & OA      Disbursement     From OA    Total      Date              Due

     YEAR 2001                 44,026.00      5,710.65                   49,736.65
     YEAR 2002                 78,495.50      6,087.88                   84,583.38
01/31/03  12/31/02  364671      1,025.00           .00                    1,025.00  03/25/03
02/20/03  01/31/03  365684      6,254.00         23.10                    6,277.10  10/23/03
03/19/03  02/28/03  367178      6,230.00          2.70                    6,232.70  10/23/03
04/29/03  03/31/03  369330     19,960.50           .00                   19,960.50  10/23/03
05/16/03  04/30/03  370445      2,181.50         14.00                    2,195.50  10/23/03
06/17/03  05/31/03  371897      1,659.50           .00                    1,659.50  12/26/03
07/24/03  06/30/03  373881      2,845.50          1.79                    2,847.29  12/26/03
08/31/03  07/31/03  375389        535.50          2.69                      538.19  05/10/04
11/14/03  09/30/03  379590      1,627.50           .00                    1,627.50  05/10/04
11/30/03  10/31/03  380293        210.00           .00                      210.00  07/02/04
01/29/04  12/31/03  382765        582.00           .00                      582.00  07/02/04
```

```
alp_132r: Matter Detail                                                                                                      PAGE   38
Run Date & Time: 12/14/2004 13:22:24

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr :  CRED. RGTS - 06975         Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr :  BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:24)
                                      ------------ Billed ------------    ---- Collections ----    Balance
Bill Date  Thru Date  Bill#          Fee & OA         Disbursement    Applied      Total      Date     Due
                                                                      From OA
02/25/04   01/31/04  384579             56.50                .00                   56.50   10/18/04
04/30/04   02/29/04  388529            247.50             497.50                  745.00   10/18/04
05/27/04   04/30/04  390208          2,282.00              48.51                2,330.51   08/03/04
06/29/04   05/31/04  391727          2,205.50             110.25                     .00                 2,315.75
07/31/04   06/30/04  392045               .00              18.84                   18.84   10/18/04
08/23/04   06/30/04  394084         11,360.50              22.83                6,990.43   11/16/04      4,392.90
09/29/04   07/31/04  396938            417.00                .00                  417.00   11/16/04
10/28/04   08/31/04  398416          2,055.50               4.37                     .00                 2,059.87
10/31/04   09/30/04  398942            932.50              21.62                     .00                   954.12
11/22/04   10/31/04  400444         33,341.50                .00                     .00                33,341.50
12/14/04   10/31/04  401557         61,107.50             103.48                     .00                61,210.98

                          Total:   279,638.50          12,670.21              188,033.59               104,275.12
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    39
Run Date & Time: 12/14/2004 13:22:24                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

U N B I L L E D    T I M E   D E T A I L
Employee Name             Work Date   Description                                              Hours    Amount         Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KOEVARY, JONATHAN T | 11/01/04 | Prepare expert application and supporting affidavit for Lexecon. | 3.70 | 925.00 | 5362266 | 11/03/04 |
| NADLER, ELLEN R. | 11/01/04 | Review of expert reports and related email communications (2.50) | 2.50 | 1,575.00 | 5388872 | 11/05/04 |
| MANGUAL, KATHLEEN | 11/01/04 | revise cover ltr to G. Bamberger and fedex files (.30); review docket and retrieval of various pleadings per J. Koevary (1.2); retrieval of recent MOR per GB (.30) | 1.80 | 351.00 | 5393467 | 11/10/04 |
| BECKER, GARY M. | 11/01/04 | Attention to retention of expert, review documents, conf. Caton and Koevary re same. | 1.00 | 495.00 | 5393904 | 11/11/04 |
| BENTLEY, PHILIP | 11/01/04 | Discs Siegel, Pasquale, Becker, Mangual, and call with expert, review documents, conf. Caton and Koevary re same. | 1.80 | 1,017.00 | 5395435 | 11/12/04 |
| CATON, AMY | 11/01/04 | tc w/ Baumberger re: retention application and work with Koevary to put together same | 1.20 | 570.00 | 5429257 | 12/02/04 |
| NADLER, ELLEN R. | 11/02/04 | Continued review of expert reports (1.00) | 1.00 | 630.00 | 5385919 | 11/03/04 |
| BECKER, GARY M. | 11/02/04 | Conf. Bentley re expert retention (0.3); conf. expert re retention (0.2); review documents sent by expert (0.5) | 1.00 | 495.00 | 5393906 | 11/11/04 |
| BENTLEY, PHILIP | 11/02/04 | Discs TM, voicemail, and trade emails; discs GB re pending issues | 0.40 | 226.00 | 5395434 | 11/12/04 |
| MANGUAL, KATHLEEN | 11/02/04 | Review pacer and search for all related expert pleadings per GB; disc/w local counsel re: order of pleadings not imaged (1.2) | 1.20 | 234.00 | 5412603 | 11/23/04 |
| CATON, AMY | 11/02/04 | Continue to review expert application issues and review drafts of same | 1.00 | 475.00 | 5429256 | 12/02/04 |
| NADLER, ELLEN R. | 11/03/04 | Continued review of reports (1.00); review pertinent emails (.30) | 1.30 | 819.00 | 5387453 | 11/04/04 |
| KOEVARY, JONATHAN T | 11/03/04 | Prepare Lexicon expert application materials. | 3.40 | 850.00 | 5387910 | 11/05/04 |
| MANGUAL, KATHLEEN | 11/03/04 | Review DB local rules, pdf and email such to AC and JK (.30); email exchange w/ local counsel re: pleadings order re: expert (.40) | 0.70 | 136.50 | 5391093 | 11/09/04 |
| BECKER, GARY M. | 11/03/04 | Review and revise expert retention documents and conf. Caton and Koevary re same (1.0). | 1.00 | 495.00 | 5393905 | 11/11/04 |
| BENTLEY, PHILIP | 11/03/04 | Discs GB re Lexecon retention | 0.10 | 56.50 | 5395427 | 11/12/04 |
| BENTLEY, PHILIP | 11/03/04 | Discs GB, voicemail, T. Weschler, GAH, and trade emails, re asbestos issues; prepare joint litigation agreement with Weil | 1.80 | 1,017.00 | 5395433 | 11/12/04 |
| SHEA, JAMES | 11/03/04 | Prepare files of expert docs.as per KM's request (0.5); Coordinate w/ Attny's. local counsel para's re: same (0.3) | 0.80 | 156.00 | 5403065 | 11/16/04 |
| CATON, AMY | 11/03/04 | continued work on declaration with Koevary; review Delaware rules re same | 0.60 | 285.00 | 5429258 | 12/02/04 |

```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    40
Run Date & Time: 12/14/2004 13:22:24                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

U N B I L L E D    T I M E     D E T A I L
Employee Name          Work Date    Description                                                  Hours       Amount    Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------
NADLER, ELLEN R.       11/04/04  Meeting to discuss issues and strategies on                      5.50     3,465.00   5388287  11/05/04
                                 estimation (1.00); second meeting w/expanded
                                 group re: same (2.50); followup to meeting w/G.
                                 Becker (1.0); followup emails and review and
                                 edit to Lexecon/Bamberger
                                 application/declaration and conf. GB re: same
                                 (1.00).

BECKER, GARY M.        11/04/04  Prepare Lexecon retention application                            2.50       625.00   5391195  11/09/04
                                 materials.

KOEVARY, JONATHAN T    11/04/04  Prepare for and meeting with Bentley, Nadler                     7.00     3,465.00   5393907  11/11/04
                                 and Horowitz re meeting with R. Miller re
                                 asbestos expert issues (0.7); meeting with
                                 Miller re asbestos expert issues (3.0); review
                                 and revise retention papers for asbestos
                                 valuation expert (1.5); multiple conf. with
                                 Koevary re retention papers (0.4); conf. Nalder
                                 re expert retention papers (0.5); conf. Bentley
                                 and emails re retention papers (0.4); conf.
                                 proposed expert re retention papers (0.2); call
                                 local counsel and U.S. Trustee re expert
                                 retention (0.3).

BENTLEY, PHILIP        11/04/04  Discs GB re Lexecon                                              0.10        56.50   5395428  11/12/04
BENTLEY, PHILIP        11/04/04  Conf at Weil, and discs EN, GB, TW, TM and GAH,                  5.20     2,938.00   5395432  11/12/04
                                 re asbestos litigation issues, and work on same
MANGUAL, KATHLEEN      11/04/04  email various pleadings and local rules to GN                    0.80       156.00   5412597  11/23/04
                                 (.80)
HOROWITZ, GREGORY A.   11/04/04  tc PB (.4)                                                       0.40       210.00   5415846  11/26/04
CATON, AMY             11/04/04  tc w/ Baumberger and gather materials for FA                     2.70     1,282.50   5429259  12/02/04
                                 application (1.1); review Koevary motion and
                                 comments to same (.8); draft retention letter
                                 (.8)
NOVOD, GORDON          11/05/04  Disc. w/ Gary B. re objection. (0.1). Disc. w/                   2.70     1,053.00   5389179  11/08/04
                                 Jon K. re same. (0.1). Disc. w/ Kathleen M. re
                                 same. (0.2). Draft objection. (1.6). Review
                                 of case law re same. (0.7).
NADLER, ELLEN R.       11/05/04  Review previous expert reports prepared by                       1.50       945.00   5389942  11/08/04
                                 Bamberger (1.50)
KOEVARY, JONATHAN T    11/05/04  Prepare Lexecon Expert Retention Documents                       5.50     1,375.00   5392232  11/10/04
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                             PAGE    41
Run Date & Time: 12/14/2004 13:22:24                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name           Work Date    Description                                                       Hours      Amount      Index#    Batch Date
--------------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.         11/05/04  Conf. Nadler and Bentley re meeting with                              5.00     2,475.00    5393908  11/11/04
                                  counsel on asbestos issues (0.6 hrs); multiple
                                  revisions to application to employ Bamberger
                                  and supporting documents (2.0); conf. local
                                  counsel re filing Bamberger application and
                                  call to Perch (0.7); multiple conf. Koevary re
                                  Bamberger application (0.6); conf. FTI general
                                  counsel re Bamberger application (0.3); PACER
                                  docket research re FTI role in case (0.5).
BENTLEY, PHILIP         11/05/04  Review and edit Lexecon retention papers, and                         0.60       339.00    5395429  11/12/04
                                  discs GB
BENTLEY, PHILIP         11/05/04  Review emails                                                         0.10        56.50    5395430  11/12/04
SHEA, JAMES             11/05/04  Create file of claims transfer mtns. in various                       0.70       136.50    5403066  11/16/04
                                  bnkrcy. cases (0.7)
CATON, AMY              11/05/04  Review expert application issues w/ Koevary.                          0.40       190.00    5429260  12/02/04
NADLER, ELLEN R.        11/08/04  Voicemail from Bamberger and review letter to                         0.30       189.00    5391231  11/09/04
                                  Bamberger (.10) ; telecon Bentley re: same
                                  (.20)
BECKER, GARY M.         11/08/04  Attention to letter from debtor to Bamberger re                       1.10       544.50    5393909  11/11/04
                                  database and conf. Nadler re same (0.5); conf.
                                  Koevary re Bamberger application service (0.2);
                                  conf. Currier and call F. Perch re Bamberger
                                  application (0.4).
BENTLEY, PHILIP         11/08/04  Discs TW, GB and J. Baer re asbestos/plan                             0.90       508.50    5395431  11/12/04
                                  issues
NADLER, ELLEN R.        11/09/04  Telecon G. Bamberger (.30); email                                     0.60       378.00    5392416  11/10/04
                                  communications to team re: same (.30)
BECKER, GARY M.         11/09/04  Multiple conf. with Koevary re motion to retain                       0.50       247.50    5393910  11/11/04
                                  Bamberger and review notice re same.
KOEVARY, JONATHAN T     11/09/04  Prepare Notice of Motion re: Lexecon Expert                           0.80       200.00    5394415  11/11/04
                                  Retention Application.
BENTLEY, PHILIP         11/09/04  Review notes and trade voicemails, re asbestos                        0.30       169.50    5406440  11/17/04
                                  issues
HOROWITZ, GREGORY A.    11/10/04  e-mails to/from ERN, PB et al. re meeting with                        0.70       367.50    5415847  11/26/04
                                  estimation experts
NADLER, ELLEN R.        11/11/04  Email PB re: status.                                                  0.20       126.00    5396980  11/15/04
HOROWITZ, GREGORY A.    11/15/04  dw PB re recent developments, next steps (1.0);                       4.50     2,362.50    5415848  11/26/04
                                  review disclosure statement, estimation
                                  procedures motion, OC expert reports (3.5)
BENTLEY, PHILIP         11/15/04  Review estimation motion and CMO motion, work                         5.50     3,107.50    5424817  12/01/04
                                  on asbestos issues, and discs GB, ERN
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     42
                                                      *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/14/2004 13:22:24

Matter No: 056772-00012                                      Orig Prtnr : CRED. RGTS   - 06975             Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

U N B I L L E D      T I M E      D E T A I L
Employee Name            Work Date   Description                                         Hours       Amount    Index#   Batch Date
----------------------   ---------   -----------------------------------------------     -----      --------  -------  ----------

NADLER, ELLEN R.         11/16/04    Begin review of POR and other prep for meeting       5.00      3,150.00  5406352  11/17/04
                                     w/Bamberger and team (1.00); meeting
                                     w/Bamberger/Lexecon, PB, GH, GB (4.00).
BECKER, GARY M.          11/16/04    Prepare for and meeting with G. Bamberger re         4.00      1,980.00  5411979  11/22/04
                                     asbestos claims estimation issues (4.0).
HOROWITZ, GREGORY A.     11/16/04    mw Chip Bamberger, Lynette ___; ERN, PB, GB          5.30      2,782.50  5415849  11/26/04
                                     (4.5); tt Elli Liebenstein, Reading (.8)
BENTLEY, PHILIP          11/16/04    Work on asbestos estimation issues, and review       5.50      3,107.50  5424818  12/01/04
                                     docs; conf Lexecon re same
NADLER, ELLEN R.         11/17/04    Review expert and related materials, related         2.00      1,260.00  5409239  11/19/04
                                     emails and telecons (2.00)
HOROWITZ, GREGORY A.     11/17/04    tf/tt Elli Liebenstein; tc Runnings; e-mails re      1.80        945.00  5415850  11/26/04
                                     same
BENTLEY, PHILIP          11/17/04    Work on asbestos issues and trade emails re          0.80        452.00  5424819  12/01/04
                                     same
NADLER, ELLEN R.         11/18/04    Continued review of expert reports, estimation       2.50      1,575.00  5409238  11/19/04
                                     motion and related docs. (2.50)
BECKER, GARY M.          11/18/04    Review information re asbestos expert                0.30        148.50  5411978  11/22/04
                                     deposition.
HOROWITZ, GREGORY A.     11/18/04    rr Carlton affidavit, related materials;             1.30        682.50  5422213  11/30/04
                                     e-mails to/from team re same
NADLER, ELLEN R.         11/19/04    Continued work on estimation issues (2.50)           2.50      1,575.00  5411461  11/22/04
BECKER, GARY M.          11/19/04    Review information re asbestos experts (0.5);        0.80        396.00  5411980  11/22/04
                                     review list of required information from
                                     Lexecon (0.3)
MANGUAL, KATHLEEN        11/19/04    Check docket for expert materials(.20);              0.60        117.00  5412600  11/23/04
                                     retrieval of pleadings (.40)
HOROWITZ, GREGORY A.     11/19/04    rr memo from Lynette Neumann; e-mails to/from        1.50        787.50  5422214  11/30/04
                                     ERN re same (1.5)
BENTLEY, PHILIP          11/22/04    Discs GAH                                            0.20        113.00  5424816  12/01/04
NADLER, ELLEN R.         11/23/04    Disc. w/G. Horowitz re: Bamberger dep. trs.          0.20        126.00  5414271  11/24/04
                                     (.20)
BENTLEY, PHILIP          11/23/04    review memos                                         0.20        113.00  5424820  12/01/04
BENTLEY, PHILIP          11/24/04    review emails                                        0.20        113.00  5424821  12/01/04
BECKER, GARY M.          11/29/04    Review expert reports (1.0).                         1.00        495.00  5426879  12/01/04
HOROWITZ, GREGORY A.     11/29/04    review Bamberger transcripts, Carlton                4.00      2,100.00  5430309  12/02/04
                                     affidavit, e-mails re same
HOROWITZ, GREGORY A.     11/30/04    Tc JCM, TMM (.5); tt Elli Leibenstein (.5);          2.50      1,312.50  5430310  12/02/04
                                     continue review of Bamberger materials, expert
                                     reports and other materials(1.5)

                                                                            Fee Total   124.60     61,107.50

                                                                            Fee Total   124.60     61,107.50
```

```
alp_132r: Matter Detail                                                                                                   PAGE   43
Run Date & Time: 12/14/2004 13:22:24
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS  - 06975          Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name                  Work Date    Description                                Hours    Amount   Index#  Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------------------------------

U N B I L L E D    C O S T S    D E T A I L
Description/Code                       Employee           Date          Amount    Index#   Batch No  Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
PHOTOCOPYING                              0820
  PHOTOCOPYING
    BENTLEY PHILIP                       BENTLEY, P      11/10/04         3.60   6755040   136979    11/11/04

                                                0820 PHOTOCOPYING Total :           3.60

CAB FARES                                 0940
  CAB FARES
    MARIANNE FERGUSON, CASHI             BENTLEY, P      11/04/04        11.00   6764110   136943    11/10/04
  CAB FARES  - VENDOR-MARIANNE FERGUSON, CASHIER
    MARIANNE FERGUSON, CASHI             BENTLEY, P      11/08/04        11.00   6764112   136943    11/10/04
  CAB FARES  - VENDOR-MARIANNE FERGUSON, CASHIER
    DIAL CAR INC.                        HENDLER, S L    11/16/04        44.88   6767766   138144    12/06/04
  CAB FARES - VENDOR-DIAL CAR INC.

                                                0940 CAB FARES Total :              66.88

MEALS/IN-HOUSE                            0942
  MEALS/IN-HOUSE
    MARIANNE FERGUSON, CASHI             BENTLEY, P      11/04/04        20.00   6764109   136943    11/10/04
  MEALS/IN-HOUSE  - VENDOR-MARIANNE FERGUSON,
CASHIER
    MARIANNE FERGUSON, CASHI             BENTLEY, P      11/08/04        13.00   6764111   136943    11/10/04
  MEALS/IN-HOUSE  - VENDOR-MARIANNE FERGUSON,
CASHIER

                                                0942 MEALS/IN-HOUSE Total :         33.00


                            Costs Total :                                          103.48
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    44
Run Date & Time: 12/14/2004 13:22:24                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE
```

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|
| NADLER, ELLEN R. | 25.10 | 15,813.00 | | | |
| BENTLEY, PHILIP | 23.70 | 13,390.50 | | | |
| HOROWITZ, GREGORY A. | 22.00 | 11,550.00 | | | |
| BECKER, GARY M. | 22.70 | 11,236.50 | | | |
| CATON, AMY | 5.90 | 2,802.50 | | | |
| NOVOD, GORDON | 2.70 | 1,053.00 | | | |
| KOEVARY, JONATHAN T | 15.90 | 3,975.00 | | | |
| MANGUAL, KATHLEEN | 5.10 | 994.50 | | | |
| SHEA, JAMES | 1.50 | 292.50 | | | |
| Total: | 124.60 | 61,107.50 | | | |

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|
| 0820 PHOTOCOPYING | 3.60 | | | |
| 0940 CAB FARES | 66.88 | | | |
| 0942 MEALS/IN-HOUSE | 33.00 | | | |
| Costs Total : | 103.48 | | | |

```
alp_132r: Matter Detail                                                                                                   PAGE   45
Run Date & Time: 12/14/2004 13:22:24

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                           Status        : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                            TO:
           UNBILLED DISB FROM:                            TO:

                                                  FEES              COSTS
                                                 ------            ------
           GROSS BILLABLE AMOUNT:                  0.00              0.00
           AMOUNT WRITTEN DOWN:
                           PREMIUM:
           ON ACCOUNT BILLED:
           DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
                     THRU DATE:
           CLOSE MATTER/FINAL BILLING?           YES OR NO
           EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:




                                        ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                            FEES:          1,962.60      UNIDENTIFIED RECEIPTS:        0.00
                   DISBURSEMENTS:               0.00     PAID FEE RETAINER:            0.00
                    FEE RETAINER:               0.00     PAID DISB RETAINER:           0.00
                   DISB RETAINER:               0.00     TOTAL AVAILABLE FUNDS:        0.00
              TOTAL OUTSTANDING:           1,962.60      TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
           DATE OF LAST BILL:              12/14/04      LAST PAYMENT DATE:        11/16/04
           LAST BILL NUMBER:                401557       ACTUAL FEES BILLED TO DATE:    7,703.00
                                                         ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                         TOTAL FEES BILLED TO DATE:    7,703.00
           LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE:      0.00

           FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
           (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
           (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
           (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding          (10) Client Arrangement

           BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```