```
alp_132r: Matter Detail                                                                                                       PAGE  46
Run Date & Time: 12/14/2004 13:22:24
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                             Orig Prtnr : CRED. RGTS  - 06975      Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                Status      : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:24)
                                 ------- Billed --------    ---- Applied ----    ---- Collections ----
Bill Date Thru Date  Bill#       Fee & OA     Disbursement  From OA    Total     Date                    Balance Due

03/19/03  02/28/03   367178      1,137.50          .00                 1,137.50  10/23/03
09/29/04  07/31/04   396938      6,565.50          .00                 4,602.90  11/16/04                 1,962.60

         Total:                  7,703.00          .00                 5,740.40                           1,962.60
```

```
alp_132r: Matter Detail
Run Date & Time: 12/14/2004 13:22:24

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   47
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                            Orig Prtnr : CRED. RGTS - 06975    Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : HEARINGS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                            Status    : ACTIVE

Special Billing Instructions:

                                   PRE-BILLING SUMMARY REPORT

                                       FEES                            COSTS
                                       ----                            -----

UNBILLED TIME FROM:       11/15/2004              TO:  11/15/2004
UNBILLED DISB FROM:       11/24/2004              TO:  11/24/2004

GROSS BILLABLE AMOUNT:                       5,265.00                  513.14
AMOUNT WRITTEN DOWN:
             PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
         THRU DATE:                       11/15/2004              11/24/2004
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH

    FEES:                              17,764.00       UNIDENTIFIED RECEIPTS:     0.00
    DISBURSEMENTS:                        563.14       PAID FEE RETAINER:         0.00
    FEE RETAINER:                           0.00       PAID DISB RETAINER:        0.00
    DISB RETAINER:                          0.00       TOTAL AVAILABLE FUNDS:     0.00
    TOTAL OUTSTANDING:                 18,327.14       TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
    DATE OF LAST BILL:              12/14/04    LAST PAYMENT DATE:         10/18/04
    LAST BILL NUMBER:                 401557    ACTUAL FEES BILLED TO DATE:       76,021.50
                                                ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                TOTAL FEES BILLED TO DATE:       76,021.50
    LAST BILL THRU DATE:                        FEES WRITTEN OFF TO DATE:         -177.32

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____ Processed by: _____  FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    48
Run Date & Time: 12/14/2004 13:22:24                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975                      Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                        Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y                          ------------- Total Unbilled -------------
Emp Id Employee Name                      Group            Oldest         Latest           Total            Total
                                                           Entry          Entry            Hours            Amount
-----------------------------------------------------------------------------------------------------------------
00720 NADLER, ELLEN R.                    LITI            11/15/04       11/15/04           6.00            3,780.00
05292 BECKER, GARY M.                     CRED            11/15/04       11/15/04           3.00            1,485.00
                                          Total:                                            9.00            5,265.00

Sub-Total Hours :    6.00 Partners     3.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y ------------------ Total Unbilled ---------------------
Code Description                                   Oldest         Latest           Total
                                                   Entry          Entry            Amount
-----------------------------------------------------------------------------------------------------------------
0940 CAB FARES                                    11/24/04       11/24/04            80.00
0950 OUT-OF-TOWN TRAVEL                           11/24/04       11/24/04           433.14
                                          Total                                     513.14

                                          Grand Total                             5,778.14
                                                                                  =========

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 12/14/04 13:22:24)
                                        ------------ Billed -------------  ---- Applied ----    ---- Collections ----     Balance
Bill Date Thru Date Bill#               Fee & OA        Disbursement       From OA      Total   Total        Date         Due
-----------------------------------------------------------------------------------------------------------------
                                                                                                                          45,762.96
 YEAR 2002                              45,704.82          58.14                                                          45,762.96
02/20/03 01/31/03 365684                   105.00             .00                                  105.00 10/23/03
07/24/03 06/30/03 373831                   455.00             .00                                  455.00 12/26/03
08/31/03 07/31/03 375389                       .00         12.00                                    12.00 05/10/04
09/30/03 08/31/03 376733                 1,365.00          13.00                                 1,378.00 05/10/04
11/14/03 09/30/03 379590                   940.00             .00                                  940.00 05/10/04
11/30/03 10/31/03 380293                   940.00             .00                                  940.00 07/02/04
12/31/03 11/30/03 381784                 1,739.00             .00                                1,739.00 07/02/04
01/29/04 12/31/03 382765                 2,021.00             .00                                2,021.00 07/02/04
05/27/04 04/30/04 390208                 1,237.50             .00                                1,237.50 07/02/04
06/29/04 05/31/04 391727                 3,785.50             .00                                                          3,785.50
07/31/04 06/30/04 392045                 1,845.50         127.40                                 1,289.90 10/18/04           683.00
09/29/04 07/31/04 396938                   742.50             .00                                    .00                     742.50
10/28/04 08/31/04 398816                 1,485.00             .00                                    .00                   1,485.00
10/31/04 09/30/04 398942                 1,732.50          14.00                                     .00                   1,746.50
11/22/04 10/31/04 400444                 4,070.50          36.00                                     .00                   4,106.50
12/14/04 10/31/04 401557                 5,265.00         513.14                                     .00                   5,778.14

             Total:                     73,433.82         773.68                                55,880.36                 18,327.14
```

```
alp_132r: Matter Detail                                                                                                              PAGE   49
Run Date & Time: 12/14/2004 13:22:25
                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE

U N B I L L E D   T I M E    D E T A I L
Employee Name        Work Date   Description                                                Hours      Amount     Index#   Batch Date
------------------   ---------   ------------------------------------------------------     -----      ------     ------   ----------
NADLER, ELLEN R.     11/15/04    Omnibus hearing and related discussions (6.00)              6.00    3,780.00     5406350  11/17/04
BECKER, GARY M.      11/15/04    Prepare for and appear at omnibus hearing                   3.00    1,485.00     5411981  11/22/04
                                 (3.0).

                                                                      Fee Total              9.00    5,265.00

U N B I L L E D   C O S T S    D E T A I L
Description/Code                       Employee         Date                                          Amount     Index#   Batch No  Batch Date
--------------------------------       -----------      --------                                      ------     ------   --------  ----------
CAB FARES                 0940
  GARY M. BECKER
  CAB FARES - VENDOR-GARY M. BECKER CAB FARE           BECKER, G M    11/24/04                         80.00     6781080  137505    11/24/04

                                                   0940 CAB FARES Total :                              80.00

OUT-OF-TOWN TRAVEL        0950
  GARY M. BECKER
  OUT-OF-TOWN TRAVEL - VENDOR-GARY M. BECKER           BECKER, G M    11/24/04                        433.14     6781081  137505    11/24/04
  HOTEL

                                                   0950 OUT-OF-TOWN TRAVEL Total :                    433.14

                                                                Costs Total :                         513.14
```

```
alp_132r: Matter Detail                                                                                                   PAGE   50
Run Date & Time: 12/14/2004 13:22:25

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name                   Hours      Amount         Bill            W/o / W/u       Transfer To    Clnt/Mtr  Carry Forward
----------------------------    -----    ----------    ----------        ----------       -----------   ---------  -------------
NADLER, ELLEN R.                 6.00      3,780.00
BECKER, GARY M.                  3.00      1,485.00
         Total:                  9.00      5,265.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                          Amount          Bill            W/o / W/u       Transfer To    Clnt/Mtr  Carry Forward
----------------------------             ----------    ----------        ----------       -----------   ---------  -------------
0940 CAB FARES                                80.00
0950 OUT-OF-TOWN TRAVEL                      433.14

                            Costs Total :   513.14
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE     51
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:25

Matter No: 056772-00022                                     Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TAX ISSUES                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                   PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:   11/09/2004      TO:    11/30/2004
             UNBILLED DISB FROM:   11/08/2004      TO:    11/08/2004

                        ---------FEES---------       ---------COSTS---------

     GROSS BILLABLE AMOUNT:            5,565.00                   9.74
     AMOUNT WRITTEN DOWN:
                 PREMIUM:
       ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
               THRU DATE:                         11/30/2004                11/08/2004
    CLOSE MATTER/FINAL BILLING?        YES OR NO
  EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

              FEES:                              14,110.00      UNIDENTIFIED RECEIPTS:      0.00
     DISBURSEMENTS:                                   9.74      PAID FEE RETAINER:          0.00
     FEE RETAINER:                                    0.00      PAID DISB RETAINER:         0.00
     DISB RETAINER:                                   0.00      TOTAL AVAILABLE FUNDS:      0.00
     TOTAL OUTSTANDING:                          14,119.74      TRUST BALANCE:
                                            BILLING HISTORY

     DATE OF LAST BILL:                     12/14/04                LAST PAYMENT DATE:
     LAST BILL NUMBER:                      401557                  ACTUAL FEES BILLED TO DATE:      14,110.00
                                                   ON ACCOUNT FEES BILLED TO DATE:                       0.00
                                                                    PAID DISB RETAINER:
     LAST BILL THRU DATE:                                           TOTAL FEES BILLED TO DATE:      14,110.00
                                                                    FEES WRITTEN OFF TO DATE:       -5,565.00

    FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee       (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted (5) Business Development       (8) Premium
     (3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding        (10) Client Arrangement


    BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    52
Run Date & Time: 12/14/2004 13:22:25                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00022                                   Orig Prtnr : CRED. RGTS    - 06975            Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency:    M
Matter Name : TAX ISSUES                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status       : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y       ---------------- Total Unbilled -------------------
Emp Id Employee Name             Group           Oldest        Latest         Hours          Amount
                                                 -------       -------       ---------       ---------
06366  HERZOG, BARRY             TAX             11/09/04      11/30/04        6.60          3,465.00
06228  KOEVARY, JONATHAN T       CRED            11/30/04      11/30/04        8.40          2,100.00
                                                                             ---------       ---------
                    Total:                                                    15.00          5,565.00

Sub-Total Hours :     6.60 Partners     0.00 Counsels     8.40 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ---------- Total Unbilled ----------
Code Description                              Oldest         Latest          Total
                                              Entry          Entry           Amount
                                              -------        -------         --------
0885  LONG-DISTANCE TEL.                      11/08/04       11/08/04           9.74
                                                                            --------
                    Total                                                       9.74

                    Grand Total                                             5,574.74
                                                                          ==========

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:25)
                    ------- Billed --------    Applied        ---- Collections ----    Balance
Bill Date  Thru Date  Bill#   Fee & OA    Disbursement    From OA       Total    Date        Due
---------  ---------  ------  ----------  ------------    -------       -----    ----       ------
11/22/04   10/31/04   400444    8,545.00        .00          .00         .00                 8,545.00
12/14/04   10/31/04   401557    5,565.00       9.74          .00         .00                 5,574.74
                              ----------      ------      -------       -----               ---------
        Total:                 14,110.00       9.74          .00         .00                14,119.74
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    53
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/14/2004 13:22:25

Matter No: 056772-00022                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number: 1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TAX ISSUES                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status    : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name              Work Date    Description                                          Hours       Amount       Index#     Batch Date
-------------              ---------    -----------                                          -----       ------       ------     ----------
HERZOG, BARRY              11/09/04     Built in loan analysis.                               1.90        997.50      5396441    11/12/04
HERZOG, BARRY              11/10/04     Analysis re: built-in-loss.                           0.50        262.50      5396440    11/12/04
HERZOG, BARRY              11/23/04     Analysis re: 382                                      0.90        472.50      5427498    12/01/04
HERZOG, BARRY              11/29/04     Disc. sealed air settlement w/B. Rigel                0.40        210.00      5427497    12/01/04
KOEVARY, JONATHAN T        11/30/04     Research UAL NOL disposition.                         8.40      2,100.00      5422739    12/01/04
HERZOG, BARRY              11/30/04     382 analysis; disc. w/B. Rigel Sealed Air             2.90      1,522.50      5430304    12/02/04
                                        Settlement; draft outline re: effects of
                                        ownership change

                                                                  Fee Total                  15.00      5,565.00

                                                                  Fee Total                  15.00      5,565.00

U N B I L L E D    C O S T S    D E T A I L
Description/Code                        Employee                 Date          Amount        Index#    Batch No    Batch Date
----------------                        --------                 ----          ------        ------    --------    ----------
LONG-DISTANCE TEL.            0885      BENTLEY, P               11/08/04        9.74        6763026   136824      11/09/04
LONG-DISTANCE TEL.
312612485
                                                0885 LONG-DISTANCE TEL. Total :               9.74

                                                                  Costs Total :                9.74
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    54
Run Date & Time: 12/14/2004 13:22:25                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00022                                        Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TAX ISSUES                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name             Hours        Amount           Bill        W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
----------------------------------------------------------------------------------------------------------------------------
HERZOG, BARRY              6.60      3,465.00
KOEVARY, JONATHAN T        8.40      2,100.00
           Total:         15.00      5,565.00


BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description                    Amount           Bill        W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
----------------------------------------------------------------------------------------------------------------------------
0885 LONG-DISTANCE TEL.                9.74

           Costs Total :              9.74
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE    55
Run Date & Time: 12/14/2004 13:22:25                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00028                                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                          PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:   11/15/2004                TO:   11/15/2004
            UNBILLED DISB FROM:                             TO:

                                          FEES                        COSTS
                                          ----                        -----
     GROSS BILLABLE AMOUNT:              1,237.50                      0.00
     AMOUNT WRITTEN DOWN:
              PREMIUM:
     ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
              THRU DATE:
 CLOSE MATTER/FINAL BILLING?      YES OR NO
 EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:




                                          ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                          --------------------------                 --------------
        FEES:                        19,746.50       UNIDENTIFIED RECEIPTS:      0.00
        DISBURSEMENTS:                  264.00       PAID FEE RETAINER:          0.00
        FEE RETAINER:                     0.00       PAID DISB RETAINER:         0.00
        DISB RETAINER:                    0.00       TOTAL AVAILABLE FUNDS:      0.00
        TOTAL OUTSTANDING:           20,010.50

                                                     TRUST BALANCE:

                                          BILLING HISTORY
                                          ---------------
        DATE OF LAST BILL:           12/14/04        LAST PAYMENT DATE:       10/18/04
        LAST BILL NUMBER:              401557        ACTUAL FEES BILLED TO DATE:  31,064.00
                                                     ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                     PAID FEE RETAINER:          0.00
        LAST BILL THRU DATE:                         TOTAL FEES BILLED TO DATE:  31,064.00
                                                     FEES WRITTEN OFF TO DATE:   10,276.50

FOR ACCTG USE ONLY:  Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   56
Run Date & Time: 12/14/2004 13:22:25                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                     Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -----------------
Emp Id Employee Name              Group          Oldest      Latest       Hours         Amount
------ -------------               -----         ------      ------       -----         ------
05292  BECKER, GARY M.             CRED          11/15/04   11/15/04       2.50       1,237.50

                       Total:                                              2.50       1,237.50

Sub-Total Hours :   0.00 Partners   2.50 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 12/14/04 13:22:25)
                                                        ------ Billed ------    Applied    ---- Collections ----    Balance
Bill Date Thru Date Bill#        Fee & OA    Disbursement        Total         From OA        Total       Date       Due
--------- --------- -----        --------    ------------        -----         -------        -----       ----       ---

YEAR 2002
06/17/03 05/31/03 371897         2,275.00         .00         2,275.00            .00        2,275.00
07/24/03 06/30/03 373811           455.00         .00           455.00            .00          455.00   12/26/03
09/30/03 08/31/03 376733           910.00         .00           910.00            .00          910.00   12/26/03
11/14/03 09/30/03 379590           455.00         .00           455.00            .00          455.00   10/10/04
11/30/03 10/31/03 380293           705.00         .00           705.00            .00          705.00   05/10/04
12/31/03 11/30/03 381784           470.00         .00           470.00            .00          470.00   07/02/04
01/29/04 12/31/03 382765           705.00         .00           705.00            .00          705.00   07/02/04
02/25/04 01/31/04 384579           197.00         .00           902.00            .00          902.00   07/02/04
05/27/04 04/30/04 390208           495.00         .00           495.00            .00          495.00   10/18/04
06/29/04 05/31/04 391727           279.00         .00         1,021.50            .00        1,021.50   10/18/04
07/31/04 06/30/04 392045           264.00         .00           621.50            .00             .00
10/28/04 08/31/04 398416         1,045.70         .00         1,485.00            .00        1,045.70   10/18/04              885.50
10/31/04 09/30/04 398942                          .00           742.50            .00             .00                       1,485.00
11/22/04 10/31/04 400444                          .00         2,227.50            .00             .00                         742.50
12/14/04 10/31/04 401557                          .00        13,432.50            .00             .00                       2,227.50
                                                              1,237.50            .00             .00                      13,432.50
                                                                                                                             1,237.50

                       Total:    27,664.00    1,990.70       9,644.20                                                      20,010.50
```

```
alp_132r: Matter Detail                                                                                                        PAGE   57
Run Date & Time: 12/14/2004 13:22:25

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                               Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                    Status     : ACTIVE

U N B I L L E D    T I M E   D E T A I L
Employee Name              Work Date    Description                                          Hours       Amount     Index#    Batch Date
------------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.            11/15/04  Travel for omnibus hearing (bill at # normal             2.50      1,237.50   5411982   11/22/04
                                     rate)(2.5 hrs).

                                                                         Fee Total            2.50      1,237.50

                                                                         Fee Total            2.50      1,237.50
```

```
alp_132r: Matter Detail
Run Date & Time: 12/14/2004 13:22:25

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1879796
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount        Bill           W/o / W/u      Transfer To     Clnt/Mtr   Carry Forward

BECKER, GARY M.             2.50    1,237.50
                           -----    --------
    Total:                  2.50    1,237.50
```

PAGE 58

```
alp_132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                         PAGE   1
Run Date & Time: 12/14/04 13:22:39                        *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE        Worked : 12/31/99 thru 12/14/04
```

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 23.60 | 6,442.00 | 2,303.09 | 8,745.09 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 22.30 | 11,237.00 | 77.94 | 11,314.94 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 82.90 | 35,374.00 | 883.42 | 36,257.42 | BENTLEY PHILIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 56.10 | 26,346.50 | 345.98 | 26,692.48 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.90 | 1,150.50 | 0.00 | 1,150.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 124.60 | 61,107.50 | 103.48 | 61,210.98 | BENTLEY PHILIP - 02495 | | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 9.00 | 5,265.00 | 513.14 | 5,778.14 | BENTLEY PHILIP - 02495 | | M | B |
| 00022 | TAX ISSUES | 15.00 | 5,565.00 | 9.74 | 5,574.74 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 2.50 | 1,237.50 | 0.00 | 1,237.50 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 339.90 | 153,725.00 | 4,236.79 | 157,961.79 | | | | |