IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  WR GRACE, ET AL.                                Chapter 11

                                                        Case No. 01-01139-JKF

                    Debtors

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Melissa M. Olson, Esq., being first duly sworn, hereby deposes and states as follows:

am an attorney with Embry and Neusner, 118 Poquonnock Road, P.O. Box 1409, Groton, CT 06340.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Embry and Neusner has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a retainer agreement or other document authorizing Embry and Neusner to represent the creditor.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to injuries resulting from the exposure to asbestos. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7  The Law Offices of Embry and Neusner does not hold any claims against or interest in the Debtor.

8. The Law Offices of Embry and Neusner will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

*Melissa M. Olson*
Melissa M. Olson, Esq.
Embry & Neusner
118 Poquonnock Road
P.O. Box 1409
Groton, CT  06340
(860) 449-0341
(860) 449-9070 (fax)
molson@embryneusner.com

Sworn to before me this 16 day
of December, 2004.

*Tracy C. Vollrath*
Notary Public

TRACY C. VOLLRATH
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2008