**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2004**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-04 | Entrance meeting with Internal Audit, Rick Brown and Chris Cincotta | $ 240.00 | 2 | $ 480.00 |
| 1-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 2 | $ 480.00 |
| 1-Nov-04 | Performed test of credit applications and credit limits with Charlie Sebestyen | $ 240.00 | 2 | $ 480.00 |
| 2-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 3 | $ 720.00 |
| 2-Nov-04 | Performed test of credit applications and credit limits with Charlie Sebestyen | $ 240.00 | 1 | $ 240.00 |
| 2-Nov-04 | Reviewed process flowcharts and compared to portal risk control matrices; made modifications to process flowcharts | $ 240.00 | 3 | $ 720.00 |
| 2-Nov-04 | Discussed open purchase order report and vendor master file report with Loren Van Loan, Mary Beth Luretti and Rick Brown | $ 240.00 | 0.5 | $ 120.00 |
| 2-Nov-04 | Reviewed SAP profiles generated by Barb Summerson and determined testing approach | $ 240.00 | 2 | $ 480.00 |
| 3-Nov-04 | Performed test of SAP profiles and authorization; documented results in the portal | $ 240.00 | 2 | $ 480.00 |
| 3-Nov-04 | Performed test of manufacturing, LIFO reserve, inventory obsolescence, inventory capitalization reviews with Greg Manning and Rick Brown | $ 240.00 | 1 | $ 240.00 |
| 3-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 2 | $ 480.00 |
| 3-Nov-04 | Modified process descriptions and test plans for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 2 | $ 480.00 |
| 3-Nov-04 | Modified process flowcharts for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 1 | $ 240.00 |
| 4-Nov-04 | Discussed account analyses with Ryan Heaps, John Martin, Brian Kenny and Rick Brown (conversations held throughout the day) | $ 240.00 | 2 | $ 480.00 |
| 4-Nov-04 | Performed test of SAP profiles and authorization; documented results in the portal | $ 240.00 | 1 | $ 240.00 |
| 4-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 1.5 | $ 360.00 |
| 4-Nov-04 | Updated the Cambridge location matrix in the portal per request of Ryan Heaps | $ 240.00 | 0.5 | $ 120.00 |
| 4-Nov-04 | Modified process descriptions and test plans for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 1 | $ 240.00 |
| 4-Nov-04 | Modified process flowcharts for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 2 | $ 480.00 |
| 4-Nov-04 | Discussed current status of project with Ryan Heaps, Loren VanLoan and John Martin | $ 240.00 | 1 | $ 240.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5-Nov-04 | Closing meeting with Internal Audit and process owners for Cambridge review | $ 240.00 | 1 | $ 240.00 |
| 5-Nov-04 | Discussed account analyses with Ryan Heaps, John Martin, Brian Kenny and Rick Brown (conversations held throughout the day) | $ 240.00 | 2 | $ 480.00 |
| 5-Nov-04 | Performed test of SAP profiles and authorization; documented results in the portal | $ 240.00 | 2 | $ 480.00 |
| 5-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 2 | $ 480.00 |
| 5-Nov-04 | Modified process flowcharts for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 0.5 | $ 120.00 |
| 5-Nov-04 | Discussed current status of project with Ryan Heaps, Loren VanLoan and John Martin | $ 240.00 | 0.5 | $ 120.00 |
| 8-Nov-04 | Orientation with Curtis Bay process owners; initial setup | $ 240.00 | 1 | $ 240.00 |
| 8-Nov-04 | Review process flowcharts for Curtis Bay and ensure agreement to the portal risk control matrices | $ 240.00 | 2 | $ 480.00 |
| 8-Nov-04 | Modify risk control matrices based on review of process flowcharts | $ 240.00 | 1 | $ 240.00 |
| 8-Nov-04 | Review PBC listing and retest schedule to determine testing approach and strategy | $ 240.00 | 0.5 | $ 120.00 |
| 9-Nov-04 | Performed test of Curtis Bay goods receipts; documented results in the portal | $ 240.00 | 2 | $ 480.00 |
| 9-Nov-04 | Performed test of Curtis Bay quarterly review of raw material receipts | $ 240.00 | 1 | $ 240.00 |
| 9-Nov-04 | Performed test of Curtis Bay batch cards; documented results in the portal | $ 240.00 | 1.5 | $ 360.00 |
| 9-Nov-04 | Performed test of Curtis Bay Daily Flash Reports | $ 240.00 | 0.5 | $ 120.00 |
| 9-Nov-04 | Performed test of Curtis Bay manufacturing variance review with Doug Illiof; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 9-Nov-04 | Performed test of Elkridge physical inventory; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 9-Nov-04 | Performed test of SAP authorization controls; documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 9-Nov-04 | Generated list of individuals with inappropriate SAP access for Cambridge and submitted to Rick Brown | $ 240.00 | 0.5 | $ 120.00 |
| 10-Nov-04 | Performed test of Curtis Bay goods receipts; documented results in the portal | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Curtis Bay quarterly review of raw material receipts | $ 240.00 | 0.5 | $ 120.00 |
| 10-Nov-04 | Performed test of Curtis Bay batch cards; documented results in the portal | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Curtis Bay Daily Flash Reports | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Curtis Bay manufacturing variance review with Doug Illiof; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Elkridge physical inventory; documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 10-Nov-04 | Performed test of SAP authorization controls; documented test results in the portal | $ 240.00 | 0.5 | $ 120.00 |
| 10-Nov-04 | Uploaded test documents to the portal and evaluated risks, controls and processes in the portal | $ 240.00 | 2 | $ 480.00 |

| Date | Description | Rate | Hours | Total |
|---|---|---|---|---|
| 10-Nov-04 | Discussed project status, estimated to complete and audit plan with Brian Kenny, Ryan Heaps and Tom Beirne | $ 240.00 | 1 | $ 240.00 |
| 11-Nov-04 | Finalized Curtis Bay Silicas testing; validated process flowcharts with process owners; documented test results in the portal | $ 240.00 | 4 | $ 960.00 |
| 11-Nov-04 | Finalized Cambridge testing and uploaded test sheets to the portal | $ 240.00 | 4 | $ 960.00 |
| 12-Nov-04 | Prepared for Worms Sarbanes audit; review portal and process flowcharts | $ 240.00 | 2 | $ 480.00 |
| 12-Nov-04 | Met with Ryan Heaps on project status and estimate to complete | $ 240.00 | 0.5 | $ 120.00 |
| 12-Nov-04 | Met with Ryan Heaps, Shaun Landers, Loren VanLoan and John Martin to discuss testing approach for account analyses | $ 240.00 | 1 | $ 240.00 |
| 12-Nov-04 | Finalize Curtis Bay review and scanning; uploaded documents to the portal | $ 240.00 | 3 | $ 720.00 |
| 12-Nov-04 | Discuss project status, expectations, estimated to complete and monthly invoicing process with Marie Hendrixson | $ 240.00 | 1.5 | $ 360.00 |
| 15-Nov-04 | Entrance meeting with process owners in Worms Germany to discuss Sarbanes approach | $ 240.00 | 1 | $ 240.00 |
| 15-Nov-04 | Review process flowcharts and portal risk control matrices to determine approach/items to be tested | $ 240.00 | 3 | $ 720.00 |
| 15-Nov-04 | Discussed accounts payable, payroll and credit and collections processes and test selections with the process owners | $ 240.00 | 2 | $ 480.00 |
| 15-Nov-04 | Performed various tests for accounts payable, payroll and credit and collections; documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 16-Nov-04 | Reviewed SAP profiles for Worms and performed test of authorization | $ 240.00 | 1.5 | $ 360.00 |
| 16-Nov-04 | Performed test of payroll change report and flux analysis | $ 240.00 | 2 | $ 480.00 |
| 16-Nov-04 | Discussed separation of duties conflicts with Shaun Landers | $ 240.00 | 1 | $ 240.00 |
| 16-Nov-04 | Discussed conflict of releasing payment blocks and recording accounts payable with Hanz Diedermartin | $ 240.00 | 1 | $ 240.00 |
| 16-Nov-04 | Discussed conflict of entering invoices and access to EFT terminal with Kevin Strickler | $ 240.00 | 0.5 | $ 120.00 |
| 16-Nov-04 | Performed test of accounts payable invoices and documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 16-Nov-04 | Performed test of customer writeoffs and documented test results in the portal | $ 240.00 | 0.5 | $ 120.00 |
| 16-Nov-04 | Performed test of review and approval of American Express invoices and documented results in the portal | $ 240.00 | 0.5 | $ 120.00 |
| 17-Nov-04 | Reviewed SAP profiles for Worms and performed test of authorization | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Performed test of payroll change report and flux analysis | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Discussed separation of duties conflicts with Shaun Landers | $ 240.00 | 0.5 | $ 120.00 |
| 17-Nov-04 | Performed test of accounts payable invoices and documented test results in the portal | $ 240.00 | 2 | $ 480.00 |


| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 17-Nov-04 | Discussed payroll controls with Shaun Landers, Angela Bauer and Jergin Titz | $ 240.00 | 2 | $ 480.00 |
| 17-Nov-04 | Performed test of customer order review for Curtis Bay and discussed with Linda Anton | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Performed test of monthly reviews of customer orders and release credit holds; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Performed test of monthly review of payment runs for accounts payable | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Reviewed VIRSA to determine testing approach for separation of duties' conflicts | $ 240.00 | 2 | $ 480.00 |
| 18-Nov-04 | Reviewed SAP profiles for Worms and performed test of authorization | $ 240.00 | 2 | $ 480.00 |
| 18-Nov-04 | Performed test of monthly reviews of customer orders and release credit holds; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 18-Nov-04 | Performed test of monthly review of payment runs for accounts payable | $ 240.00 | 2 | $ 480.00 |
| 18-Nov-04 | Evaluated design and control effectiveness for credit and collections, accounts payable and payroll | $ 240.00 | 3 | $ 720.00 |
| 18-Nov-04 | Discussed bank account separation of duties control with Ryan Heaps and Shaun Landers | $ 240.00 | 0.5 | $ 120.00 |
| 18-Nov-04 | Discussed progress and estimated to complete for Worms project with Ryan Heaps | $ 240.00 | 1 | $ 240.00 |
| 18-Nov-04 | Discuss account analyses controls and testing with Hanz Weinz, Ryan Heaps and Shaun Landers | $ 240.00 | 1 | $ 240.00 |
| 23-Nov-04 | Reviewed Cambridge testing in the portal and discussed with Loren VanLoan on estimated work to be completed | $ 240.00 | 2 | $ 480.00 |
| 23-Nov-04 | Reviewed Curtis Bay testing in the portal and discussed with Shaun Landers on estimated work to be completed | $ 240.00 | 1 | $ 240.00 |
| 23-Nov-04 | Finalized credit and collections testing for Worms; discussed with Shaun Landers; uploaded results to the portal | $ 240.00 | 2 | $ 480.00 |
| 23-Nov-04 | Finalized accounts payable testing for Worms; discussed with Shaun Landers; uploaded results to the portal | $ 240.00 | 3.5 | $ 840.00 |
| 23-Nov-04 | Finalized payroll testing for Worms; discussed with Shaun Landers; uploaded results to the portal | $ 240.00 | 1 | $ 240.00 |
| 23-Nov-04 | Modified process flowcharts for Worms based on testing and portal risk control matrices | $ 240.00 | 2 | $ 480.00 |
| 23-Nov-04 | Modified test plans and process descriptions for Worms based on testing and portal risk control matrices | $ 240.00 | 1 | $ 240.00 |
| 24-Nov-04 | Modified test plans and process descriptions for Worms based on testing and portal risk control matrices | $ 240.00 | 3 | $ 720.00 |
| 24-Nov-04 | Scanned test documents and uploaded to the portal | $ 240.00 | 2 | $ 480.00 |
| 24-Nov-04 | Discussed open items for Worms Germany with process owners; finalized testing and uploaded results to the portal | $ 240.00 | 2 | $ 480.00 |
| | **Totals** | | **139.0** | **$ 33,360.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended November 30, 2004

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-04 | Set up for site visit in 51st Street Chicago plant | $ 188.00 | 1.0 | $ 188.00 |
| 1-Nov-04 | Review 65th Street Chicago prepared by client listing (PBC) | $ 188.00 | 0.5 | $ 94.00 |
| 1-Nov-04 | Obtain client assistance items from Jamal Hamdar | $ 188.00 | 2.0 | $ 376.00 |
| 1-Nov-04 | Perform Chicago 51st Street testwork for procurement | $ 188.00 | 1.0 | $ 188.00 |
| 1-Nov-04 | Perform Chicago 65th testwork for inventory management | $ 188.00 | 4.0 | $ 752.00 |
| 2-Nov-04 | Perform Chicago 51st Street testwork | $ 188.00 | 7.0 | $ 1,316.00 |
| 2-Nov-04 | Meet with Eboni Adams regarding various 51st Street issues | $ 188.00 | 0.5 | $ 94.00 |
| 3-Nov-04 | Meet with Eboni Adams regarding various 51st Street issues | $ 188.00 | 0.5 | $ 94.00 |
| 3-Nov-04 | Perform Chicago 51st Street testwork for procurement | $ 188.00 | 3.0 | $ 564.00 |
| 3-Nov-04 | Review and correct Chicago 51st Street testwork | $ 188.00 | 2.0 | $ 376.00 |
| 3-Nov-04 | Review and correct Chicago 65th Street testwork | $ 188.00 | 2.0 | $ 376.00 |
| 3-Nov-04 | Perform Darex Sales Coordinator testwork--Chicago | $ 188.00 | 1.0 | $ 188.00 |
| 4-Nov-04 | Perform Darex Sales Coordinator testwork--Chicago | $ 188.00 | 1.0 | $ 188.00 |
| 4-Nov-04 | Meet with Eboni Adams regarding various 51st Street issues | $ 188.00 | 0.5 | $ 94.00 |
| 4-Nov-04 | Develop Darex Sales Coordinator flowchart | $ 188.00 | 1.0 | $ 188.00 |
| 4-Nov-04 | Resolve Cambridge Payroll issue with John Martin and Matt Petito | $ 188.00 | 0.5 | $ 94.00 |
| 4-Nov-04 | Perform Darex Sales Coordinator testwork | $ 188.00 | 5.0 | $ 940.00 |
| 5-Nov-04 | Finalize Darex Sales Coordinator testwork | $ 188.00 | 4.0 | $ 752.00 |
| 8-Nov-04 | Develop client assistance list for Treasury testing | $ 188.00 | 3.0 | $ 564.00 |
| 8-Nov-04 | Follow up on Treasury testing with Bonita Harsh | $ 188.00 | 1.0 | $ 188.00 |
| 8-Nov-04 | Review mergers and acquisitions risk control matrix per request of Ryan Heaps | $ 188.00 | 2.0 | $ 376.00 |
| 8-Nov-04 | Follow up on Tax and Bankruptcy testing with Matt Petito | $ 188.00 | 1.0 | $ 188.00 |
| 9-Nov-04 | Perform Treasury testing based on open issues; documented test results in the portal | $ 188.00 | 4.0 | $ 752.00 |
| 9-Nov-04 | Perform Davison Silicas testing and documented test results in the portal | $ 188.00 | 0.5 | $ 94.00 |
| 9-Nov-04 | Review Environmental testing, determine necessary changes to risk control matrix, and develop new risk control matrix | $ 188.00 | 2.5 | $ 470.00 |
| 10-Nov-04 | Review SAP access for Columbia and determine testing approach | $ 188.00 | 1.5 | $ 282.00 |
| 10-Nov-04 | Update testing schedule for Chicago 65th Street | $ 188.00 | 1.0 | $ 188.00 |
| 10-Nov-04 | Discuss testing approach with Ryan Heaps, Loren VanLoan, and Mahmoud Bah for open items | $ 188.00 | 1.0 | $ 188.00 |
| 10-Nov-04 | Add VAT and Commission processes to Portal | $ 188.00 | 3.0 | $ 564.00 |
| 10-Nov-04 | Update Chicago 65th Street payroll test | $ 188.00 | 0.5 | $ 94.00 |
| 11-Nov-04 | Perform Treasury testing and documented test results in the portal | $ 188.00 | 1.0 | $ 188.00 |

| 11-Nov-04 | Update VAT and Commission flowcharts | $ 188.00 | 2.5 | $ 470.00 |
|---|---|---|---|---|
| 11-Nov-04 | Update Singapore flowcharts | $ 188.00 | 4.0 | $ 752.00 |
| 12-Nov-04 | Prepare Worms SAP Profiles | $ 188.00 | 6.5 | $ 1,222.00 |
| 12-Nov-04 | Scan various Cambridge documents to the portal | $ 188.00 | 1.0 | $ 188.00 |
| 15-Nov-04 | Get set up at Worms (computers, printers, ect.) | $ 188.00 | 1.0 | $ 188.00 |
| 15-Nov-04 | Meet with Thomas Hirsch regarding VAT taxes | $ 188.00 | 0.5 | $ 94.00 |
| 15-Nov-04 | Meet with Peter Koehler about open purchase orders | $ 188.00 | 0.5 | $ 94.00 |
| 15-Nov-04 | Review PBC list and obtain various open items. | $ 188.00 | 3.0 | $ 564.00 |
| 15-Nov-04 | Test Worms Capital Assets process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 16-Nov-04 | Test Worms Capital Assets process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 16-Nov-04 | Test Worms Inventory Management process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 16-Nov-04 | Follow up on PBC items with client personnel | $ 188.00 | 1.0 | $ 188.00 |
| 16-Nov-04 | Update VAT flowcharts | $ 188.00 | 1.0 | $ 188.00 |
| 16-Nov-04 | Test Worms Procurement process and document test results | $ 188.00 | 1.0 | $ 188.00 |
| 17-Nov-04 | Meet with Hans-Dieter Stabb regarding commissions | $ 188.00 | 1.0 | $ 188.00 |
| 17-Nov-04 | Update commissions flowcharts based on meeting with Hans Dieter Staab | $ 188.00 | 0.5 | $ 94.00 |
| 17-Nov-04 | Test Worms Inventory Management process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 17-Nov-04 | Test Worms SAP access (various) and documented test results | $ 188.00 | 1.0 | $ 188.00 |
| 17-Nov-04 | Test Worms Treasury process and documented test results | $ 188.00 | 4.0 | $ 752.00 |
| 18-Nov-04 | Meet with Hans-Dieter Stabb regarding commissions | $ 188.00 | 0.5 | $ 94.00 |
| 18-Nov-04 | Test Worms Treasury process and documented test results | $ 188.00 | 1.0 | $ 188.00 |
| 18-Nov-04 | Test Worms Inventory Management process and documented test results | $ 188.00 | 5.0 | $ 940.00 |
| 18-Nov-04 | Review documentation in Portal for Worms | $ 188.00 | 3.0 | $ 564.00 |
| 22-Nov-04 | Document and upload Worms work in the Portal | $ 188.00 | 5.0 | $ 940.00 |
| 22-Nov-04 | Follow up on open Worms items | $ 188.00 | 1.0 | $ 188.00 |
| 23-Nov-04 | Scan documents and upload into Portal | $ 188.00 | 4.0 | $ 752.00 |
| 23-Nov-04 | Finalize Worms flowcharts | $ 188.00 | 2.0 | $ 376.00 |
| 23-Nov-04 | Finalize Treasury testing | $ 188.00 | 1.0 | $ 188.00 |
| | **Totals** | | **121.5** | **$ 22,842.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2004**

Name: John Martin
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-04 | Cambridge General Gen meeting | $ 175.00 | 1.5 | $ 262.50 |
| 1-Nov-04 | Cambridge General Network setup | $ 175.00 | 0.5 | $ 87.50 |
| 1-Nov-04 | Cambridge Accounts Payable preliminary process analysis | $ 175.00 | 2.0 | $ 350.00 |
| 1-Nov-04 | Cambridge Accounts Payable Flowchart review | $ 175.00 | 1.0 | $ 175.00 |
| 1-Nov-04 | Cambridge Fixed Assets Preliminary process analysis | $ 175.00 | 1.0 | $ 175.00 |
| 1-Nov-04 | Cambridge Fixed asset additions Preliminary process analysis | $ 175.00 | 1.0 | $ 175.00 |
| 1-Nov-04 | Cambridge Fixed asset additions Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Corporate Pensions Population analysis | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Corporate Pensions Process discussion - IA | $ 175.00 | 2.0 | $ 350.00 |
| 2-Nov-04 | Corporate Pensions Process documentation | $ 175.00 | 2.0 | $ 350.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Portal/RCM review | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Process discussion - owners | $ 175.00 | 1.5 | $ 262.50 |
| 2-Nov-04 | Cambridge Fixed asset additions Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Sample selection | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Population analysis | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Sample selection | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Process discussion - owners | $ 175.00 | 0.5 | $ 87.50 |
| 3-Nov-04 | Cambridge Recording AP Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Sample evaluation | $ 175.00 | 4.0 | $ 700.00 |
| 3-Nov-04 | Cambridge Recording AP Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Portal-evaluations | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge processing AP Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge processing AP Portal-evaluations | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Recording AP Flowchart revisions | $ 175.00 | 2.0 | $ 350.00 |
| 4-Nov-04 | Cambridge processing AP Flowchart revisions | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Recording AP Portal-document uploads | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge processing AP Portal-document uploads | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge Fixed asset additions Portal-revisions | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Fixed asset additions Portal-evaluations | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge Fixed asset additions Testplan revision | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge Accounts Payable Testplan revision | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Fixed Assets Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Accounts Payable Process documentation | $ 175.00 | 0.5 | $ 87.50 |
| 5-Nov-04 | Cambridge processing AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-04 | Cambridge processing AP Portal-document uploads | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-04 | Cambridge processing AP Flowchart revisions | $ 175.00 | 1.5 | $ 262.50 |
| 5-Nov-04 | Cambridge processing AP Portal-evaluations | $ 175.00 | 0.5 | $ 87.50 |
| 5-Nov-04 | Cambridge payroll approval Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-04 | Cambridge payroll approval Portal-revisions | $ 175.00 | 0.5 | $ 87.50 |
| 5-Nov-04 | Cambridge General Remediation comments-prep | $ 175.00 | 0.5 | $ 87.50 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5-Nov-04 | Cambridge General Remediation meeting | $ 175.00 | 2.0 | $ 350.00 |
| 8-Nov-04 | Curtis Bay General Network setup | $ 175.00 | 1.0 | $ 175.00 |
| 8-Nov-04 | Curtis Bay General Corrective Action Database Review | $ 175.00 | 0.5 | $ 87.50 |
| 8-Nov-04 | Curtis Bay General Preliminary process analysis | $ 175.00 | 0.5 | $ 87.50 |
| 8-Nov-04 | Curtis Bay-FCC Inventory Preliminary process analysis | $ 175.00 | 2.0 | $ 350.00 |
| 8-Nov-04 | Curtis Bay-FCC Inventory Portal/RCM review | $ 175.00 | 2.0 | $ 350.00 |
| 8-Nov-04 | Curtis Bay-FCC Recording Goods Receipts Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 8-Nov-04 | Curtis Bay-FCC Inventory Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Recording Goods Receipts Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Physical Inventories Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Maintenance of Bills of Material Sample testing | $ 175.00 | 1.5 | $ 262.50 |
| 9-Nov-04 | Curtis Bay-FCC Recording production Sample testing | $ 175.00 | 0.5 | $ 87.50 |
| 9-Nov-04 | Curtis Bay-FCC Recording Shipments Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Recording Goods Receipts Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Physical Inventories Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Recording Shipments Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Inventory Preliminary process analysis | $ 175.00 | 2.0 | $ 350.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal/RCM review | $ 175.00 | 2.0 | $ 350.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Recording Goods Receipts Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Inventory Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Recording Goods Receipts Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Physical Inventories Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Maintenance of Bills of Material Sample testing | $ 175.00 | 1.5 | $ 262.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording production Sample testing | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording Shipments Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording Goods Receipts Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Physical Inventories Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording Shipments Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-FCC Inventory SAP authorization tests | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-FCC Inventory SAP - Segregation of duties issues | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Inventory SAP authorization tests | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Inventory SAP - Segregation of duties issues | $ 175.00 | 0.5 | $ 87.50 |
| 12-Nov-04 | Curtis Bay-FCC Inventory Remediation comments-prep | $ 175.00 | 2.0 | $ 350.00 |
| 12-Nov-04 | Curtis Bay-FCC Inventory Remediation meeting | $ 175.00 | 2.0 | $ 350.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12-Nov-04 | Curtis Bay-Hydroprocessing Inventory Remediation comments-prep | $ 175.00 | 2.0 | $ 350.00 |
| 12-Nov-04 | Curtis Bay-Hydroprocessing Inventory Remediation meeting | $ 175.00 | 2.0 | $ 350.00 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Document scanning | $ 175.00 | 0.5 | $ 87.50 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Portal-document uploads | $ 175.00 | 1.0 | $ 175.00 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Portal-evaluations | $ 175.00 | 1.5 | $ 262.50 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Portal-revisions | $ 175.00 | 1.0 | $ 175.00 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Document scanning | $ 175.00 | 0.5 | $ 87.50 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal-document uploads | $ 175.00 | 1.0 | $ 175.00 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal-evaluations | $ 175.00 | 1.5 | $ 262.50 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal-revisions | $ 175.00 | 1.0 | $ 175.00 |
| 18-Nov-04 | Corporate-Columbia Fin Rptg PBC schedule prep | $ 175.00 | 2.0 | $ 350.00 |
| 18-Nov-04 | Corporate-Columbia GI Close PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 18-Nov-04 | Corporate-Columbia SOAR PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 18-Nov-04 | Corporate-Columbia Fin Rptg PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 18-Nov-04 | Davison-Columbia GI Close PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-04 | Corporate-Columbia Fin Rptg Sample testing-F/S disclosures | $ 175.00 | 1.0 | $ 175.00 |
| 19-Nov-04 | Corporate-Columbia Fin Rptg Sample selection-GL to SOAR | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-04 | Corporate-Columbia GI Close Sample selection-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 19-Nov-04 | Corporate-Columbia Fin Rptg Sample testing-checklist/confirm letters | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-04 | Davison-Columbia GI Close Sample selection-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis A/R domestic | $ 175.00 | 2.0 | $ 350.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis A/R adjustment account | $ 175.00 | 1.0 | $ 175.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis allowance for doubtful accounts | $ 175.00 | 1.5 | $ 262.50 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis inventory-raw materials | $ 175.00 | 2.0 | $ 350.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis inventory finished goods | $ 175.00 | 1.5 | $ 262.50 |
| 23-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Capitalized overhead | $ 175.00 | 2.5 | $ 437.50 |
| 23-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Slow moving reserves | $ 175.00 | 2.0 | $ 350.00 |
| 23-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis LIFO adjustments | $ 175.00 | 3.5 | $ 612.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Amortization-Dupont Colloidal | $ 175.00 | 0.5 | $ 87.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Accrued Salaries and wages | $ 175.00 | 1.0 | $ 175.00 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Accrued incentive comp | $ 175.00 | 1.5 | $ 262.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Cash-CB-payroll | $ 175.00 | 0.5 | $ 87.50 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Advances and deposits | $ 175.00 | 1.5 | $ 262.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis GR/IR clearing account | $ 175.00 | 0.5 | $ 87.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis GR/not invoiced | $ 175.00 | 0.5 | $ 87.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Trade Payables reconciliation account | $ 175.00 | 1.0 | $ 175.00 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis long term incentive plan | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis other non-current liabilities | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis pending customer credit notes | $ 175.00 | 0.5 | $ 87.50 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Sales and use tax | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis prepaid taxes | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Supplies reserves | $ 175.00 | 1.5 | $ 262.50 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis other accounts collectible | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis Oxy receivable | $ 175.00 | 2.0 | $ 350.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis Long term insurance receivable | $ 175.00 | 2.0 | $ 350.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis Deferred compensation cash value | $ 175.00 | 1.0 | $ 175.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis company owned life insurance | $ 175.00 | 2.0 | $ 350.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis departmental accruals | $ 175.00 | 2.5 | $ 437.50 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis minimum pension liability | $ 175.00 | 0.5 | $ 87.50 |
| | **Totals** | | **150.5** | **$ 26,337.50** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended November 30, 2004

**Name:** Joshua Drumwright
**Level:** Consultant, Information Technology

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Nov-04 | Reviewing reports, drafting and sending e-mail to Chuck Tremblay for followup | $ 160.00 | 0.2 | $ 32.00 |
| 3-Nov-04 | Drafting and sending messages to Greg Covington regarding IT testing | $ 160.00 | 0.1 | $ 16.00 |
| 3-Nov-04 | Discussion with Greg Covington about testing for SAP | $ 160.00 | 0.5 | $ 80.00 |
| 3-Nov-04 | Preparing for discussions with Greg Covington regarding open controls | $ 160.00 | 0.2 | $ 32.00 |
| 4-Nov-04 | Drafting and sending e-mail message to Chuck Tremblay regarding open testing | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Drafting and sending messages to Greg Covington regarding open testing | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Discussions with Greg Covington about testing for SAP controls | $ 160.00 | 1 | $ 160.00 |
| 4-Nov-04 | Drafting and sending e-mail message to Christine Saxon regarding control ITSP 3.5 | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Calling Marty Krist and e-mailing Marty Krist to setup a time to discuss status of his open deviations. | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Discussions with Cary Haggard about testing of ITSP 3.5 | $ 160.00 | 0.2 | $ 32.00 |
| 4-Nov-04 | Reviewing documentation provided by Greg Covington for ITSP 4.1 | $ 160.00 | 0.6 | $ 96.00 |
| 4-Nov-04 | Testing open ITSP controls (ITSP 3.4, 1.2) | $ 160.00 | 1.2 | $ 192.00 |
| 4-Nov-04 | Review of testing summaries and PBC items to determine items needed to finish testing | $ 160.00 | 0.3 | $ 48.00 |
| 4-Nov-04 | Reviewing new emails from Greg Covington and Chuck Tremblay | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Drafting e-mail message to Greg Covington requesting documentation based on conversations | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Reviewing documentation for, Testing control ITSP 3.5, and preparing questions for Greg Covington regarding testing of control | $ 160.00 | 2.6 | $ 416.00 |
| 4-Nov-04 | Preparing for discussions with Greg Covington regarding control 1.2, 3.4, 3.5, 3.7 and 4.1 | $ 160.00 | 0.5 | $ 80.00 |
| 5-Nov-04 | Reviewing open items/testing summaries | $ 160.00 | 0.4 | $ 64.00 |
| 5-Nov-04 | Drafting and sending e-mail message to Cary Haggard with documents obtained from Greg Covington | $ 160.00 | 0.1 | $ 16.00 |
| 5-Nov-04 | Drafting and sending e-mail message to Chuck Tremblay | $ 160.00 | 0.4 | $ 64.00 |
| 5-Nov-04 | Testing and review of testing documentation for Open SAP SA controls | $ 160.00 | 1.6 | $ 256.00 |
| 5-Nov-04 | Reviewing documents obtained from Greg Covington per request of Cary Haggard | $ 160.00 | 0.1 | $ 16.00 |
| 5-Nov-04 | Preparing for discussions with Greg Covington regarding open controls | $ 160.00 | 0.3 | $ 48.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5-Nov-04 | Discussion with Greg Covington about testing method, results, documentation for SAP SA controls 3.7, 3.5, and 4.1 | $ 160.00 | 3.5 | $ 560.00 |
| 5-Nov-04 | Discussions with Marty Krist regarding SOAR deviations and resolving deviations | $ 160.00 | 0.3 | $ 48.00 |
| 5-Nov-04 | Drafting and sending message to Marty Krist regarding open testing | $ 160.00 | 0.1 | $ 16.00 |
| 5-Nov-04 | Drafting and sending messages to Greg Covington regarding IT testing | $ 160.00 | 0.2 | $ 32.00 |
| 6-Nov-04 | Testing and documenting SAP SA Control 3.4 | $ 160.00 | 1.3 | $ 208.00 |
| 6-Nov-04 | Testing and documenting SAP SA Control 1.2 | $ 160.00 | 1.2 | $ 192.00 |
| 6-Nov-04 | Testing and documenting SAP SA 3.7 | $ 160.00 | 0.5 | $ 80.00 |
| 7-Nov-04 | Drafting e-mail message to Christine Saxon on project status | $ 160.00 | 0.3 | $ 48.00 |
| 7-Nov-04 | Testing and documenting SAP SA 3.7 updating test summary | $ 160.00 | 3.3 | $ 528.00 |
| 7-Nov-04 | Drafting and sending update on testing and open controls to Christine Saxon | $ 160.00 | 0.1 | $ 16.00 |
| 7-Nov-04 | Testing, reviewing, and documenting control ITSR 4.1 and updating test summary | $ 160.00 | 0.7 | $ 112.00 |
| 7-Nov-04 | Testing, reviewing, and documenting control ITSP 4.1 and updating test summary | $ 160.00 | 0.4 | $ 64.00 |
| 7-Nov-04 | Reviewing and preliminary documentation for control 3.5 for ITSP and updating test summary | $ 160.00 | 0.3 | $ 48.00 |
| 7-Nov-04 | Reviewing Testing Summaries/Plans and updating | $ 160.00 | 0.4 | $ 64.00 |
| 8-Nov-04 | Reviewing/updating testing documentation for ITSP 3.7, 3.5, 4.1 and ITSR 4.1 and updating RCM with test summary | $ 160.00 | 1 | $ 160.00 |
| 12-Nov-04 | Reviewing/updating testing documentation for ITSP 3.7, 3.5, 4.1 and ITSR 4.1 and updating RCM with test summary | $ 160.00 | 1 | $ 160.00 |
| 13-Nov-04 | drafting and sending e-mail to Christine Saxon finalizing SOAR and SAP SA testing | $ 160.00 | 0.2 | $ 32.00 |
| 13-Nov-04 | Reviewing/updating testing documentation for ITSP 3.7, 3.5, 4.1 and ITSR 4.1 and updating RCM with test summary | $ 160.00 | 2.3 | $ 368.00 |
| 14-Nov-04 | Updating testing narratives and testing evidence with notations and sending digitizing. | $ 160.00 | 2.7 | $ 432.00 |
| 14-Nov-04 | Drafting and sending e-mail message to Christine Saxon regarding control ITSP 3.5 | $ 160.00 | 0.3 | $ 48.00 |
| 15-Nov-04 | Reviewing documents, and sending e-mail to Christine Saxon for followup | $ 160.00 | 0.4 | $ 64.00 |
| | **Totals** | | 31.4 | $ 5,024.00 |

**EXHIBIT "B"**

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: November 2004**

**Name:** Matthew Petito
**Level:** Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 7-Nov-04 | Prepare monthly invoice and fee application for August and September 2004, in accordance with bankruptcy policy. | $ 240.00 | 2 | $ 480.00 |
| 8-Nov-04 | Prepare monthly invoice and fee application for September and October 2004, in accordance with bankruptcy policy. | $ 240.00 | 3 | $ 720.00 |
| 10-Nov-04 | Prepare monthly invoice and fee application for October 2004, in accordance with bankruptcy policy; submitted to Marie Hendrixson for approval | $ 240.00 | 1 | $ 240.00 |
| 11-Nov-04 | Made modifications to the October 2004 monthly fee application | $ 240.00 | 2 | $ 480.00 |
| | Totals | | 8 | $ 1,920.00 |


**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: November 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---:|
| Transportation | N/A | $ 1,106.10 |
| Lodging | N/A | $ 1,997.99 |
| Sundry | N/A | $ 98.00 |
| Business Meals | N/A | $ 117.13 |
| **Total** | | **$ 3,319.22** |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2004

| Expense Detail | | Expense Category | | | | |
|---|---|---|---|---|---|---|
| Name: | Christine Saxon | | | | | |
| Level: | Senior Manager, Information Technology | | | | | |

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 8-Nov-04 | Mileage in excess of normal commute (310 miles) from Philadelphia to Columbia MD | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 8-Nov-04 | Tolls from Philadelphia to Columbia MD | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 9-Nov-04 | Mileage in excess of normal commute (310 miles) from Columbia MD to Philadelphia | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 9-Nov-04 | Tolls from Columbia MD to Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 10-Nov-04 | Mileage in excess of normal commute (310 miles) from Philadelphia to Columbia MD | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 10-Nov-04 | Tolls from Philadelphia to Columbia MD | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 11-Nov-04 | Mileage in excess of normal commute (310 miles) from Columbia MD to Philadelphia | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 11-Nov-04 | Tolls from Columbia MD to Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 15-Nov-04 | Mileage in excess of normal commute (310 miles) from Philadelphia to Columbia MD | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 15-Nov-04 | Tolls from Philadelphia to Columbia MD | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 16-Nov-04 | Mileage in excess of normal commute (310 miles) from Columbia MD to Philadelphia | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 16-Nov-04 | Tolls from Columbia MD to Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| | Totals | $ 781.50 | $ 781.50 | $ - | $ - | $ - | $ 781.50 |

| Name: | Matthew Petito | | | | | |
|---|---|---|---|---|---|---|
| Level: | Manager | | | | | |

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Nov-04 | Breakfast at gas station store in Worms for myself (1.80x1.30752 for euros) | $ 2.35 | | | | $ 2.35 | $ 2.35 |
| 16-Nov-04 | Breakfast at gas station store in Worms for myself (2.00x1.30752 for euros) | $ 2.62 | | | | $ 2.62 | $ 2.62 |
| 17-Nov-04 | Breakfast at gas station store in Worms for myself (1.60x1.30752 for euros) | $ 2.09 | | | | $ 2.09 | $ 2.09 |
| 17-Nov-04 | Dinner at Marriott Hotel in Heidelberg Germany for Matt Petito, Shaun Landers and Kevin Strickler (27.69x1.30752 for euros) | $ 36.21 | | | | $ 36.21 | $ 36.21 |
| 18-Nov-04 | Breakfast at gas station store in Worms for myself (2.80x1.30752 for euros) | $ 3.66 | | | | $ 3.66 | $ 3.66 |
| 18-Nov-04 | Lunch at McDonalds in Worms for myself (7.80x1.30752 for euros) | $ 10.20 | | | | $ 10.20 | $ 10.20 |
| 19-Nov-04 | Taxi from airport to home in Glen Burnie returning from Frankfurt Germany | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| | Totals | $ 82.13 | $ 25.00 | $ - | $ - | $ 57.13 | $ 82.13 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2004

| Expense Detail | | Expense Category |
|---|---|---|

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Nov-04 | Breakfast at Gas Station In Worms, Germany for myself | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 17-Nov-04 | Breakfast at Gas Station In Worms, Germany for myself | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 18-Nov-04 | Breakfast at Gas Station In Worms, Germany for myself | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 18-Nov-04 | Dinner at Coffee shop in Heidelberg, Germany for myself | $ 12.00 | | | | $ 12.00 | $ 12.00 |
| 19-Nov-04 | Lodging at Marriot, Heidelberg, Germany 11/14 to 11/18 for myself | $ 1,003.00 | | $ 1,003.00 | | | $ 1,003.00 |
| 19-Nov-04 | Breakfast at Gas Station In Worms, Germany for myself | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 20-Nov-04 | Parking at BWI (one week) | $ 98.00 | | | $ 98.00 | | $ 98.00 |
| | Totals | $ 1,126.00 | $ - | $ 1,003.00 | $ 98.00 | $ 25.00 | $ 1,126.00 |

**Name:** John Martin
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Nov-04 | Airfare - Baltimore to Boston for Cambridge Sarbanes assessment | $ 239.60 | $ 239.60 | | | | $ 239.60 |
| 1-Nov-04 | Breakfast-Baltimore-self-airport café | $ 2.00 | | | | $ 2.00 | $ 2.00 |
| 1-Nov-04 | Excess mileage - airport dropoff | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 2-Nov-04 | Breakfast-Boston-Hilton-self | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 3-Nov-04 | Lunch-Boston-Grace plant-self | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 4-Nov-04 | Breakfast-Boston-Hilton-self | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 4-Nov-04 | Lunch-Cambridge-Grace plant-self | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 5-Nov-04 | Lodging-Boston-4 nights-Cambridge SOA | $ 994.99 | | $ 994.99 | | | $ 994.99 |
| 5-Nov-04 | Breakfast-Boston-Hilton-self | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 5-Nov-04 | Lunch-Cambridge-Grace plant-self | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 5-Nov-04 | Excess mileage - airport dropoff | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| | Totals | $ 1,329.59 | $ 299.60 | $ 994.99 | $ - | $ 35.00 | $ 1,329.59 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,319.22 | $ 1,106.10 | $ 1,997.99 | $ 98.00 | $ 117.13 | $ 3,319.22 |