## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | In Proceedings for a Reorganization under |
| W.R. Grace & Co., et al., | Chapter 11 |
| ) | |
| _____Debtor._____) | Case No.: 01-1139-JKF |

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
### OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

**James M. O'Brien, Esq.**, being first duly sworn, hereby deposes and states as follows:

1  I am an attorney with the law firm of **Hartley & O'Brien, PLLC – 2001 Main Street, Suite 600 Wheeling, WV  26003**.

2.  This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated **October 22, 2004** (the "Revised Order").

3.  The law firm of **Hartley & O'Brien, PLLC** has been retained as counsel for individual creditors in the above-referenced bankruptcy  The list of each of these creditors names and addresses is attached hereto.

4.  This certifies that each creditor named on the attached list, marked Exhibit 1a, has executed a **General Power of Attorney**, marked Exhibit 1, authorizing **R. Dean Hartley and/or James M. O'Brien** to represent the creditor in bankruptcy proceedings.

5.  This certifies that each creditor named on the attached list, marked Exhibit 2c, has either executed a **Contract of Representation**, marked Exhibit 2, authorizing **Hartley & O'Brien, PLLC** to represent the creditor in bankruptcy proceedings, or executed a **Fee Agreement**, marked Exhibit 2a, retaining the law firm of Robert Pierce & Associates, which

law firm later referred the creditor's case to Hartley & O'Brien, PLLC as evidenced by the **Referral Letter**, marked Exhibit 2b, thereby authorizing Hartley & O'Brien, PLLC to represent the creditor in the bankruptcy proceeding.

6.  The address of each Creditor for purposes hereof is as set forth in the exhibit list(s).

The Creditors hold claims in varying amounts for monetary damages due to their injuries from exposure to the Debtors asbestos-containing products.  Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits, which have not been scanned, but available upon motion and order of the Court.

8.  The Law Offices of **Hartley & O'Brien, PLLC** does not hold any claims against or interest in the Debtor.

9.  The Law Offices of **Hartley & O'Brien, PLLC** will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Respectfully submitted,

James M. O'Brien, Esq.
Hartley & O'Brien, PLLC
2001 Main Street, Suite 600
Wheeling, WV  26003
Ph: (304) 233-0777
Fax: (304) 233-0774

Sworn to before me this 10th day
of December , 2004.

Notary Public

(SEAL)

2



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In Re:

W.R. Grace & Co., et al.,

_____ _____Debtor._____

In Proceedings for a
Reorganization under
Chapter 11

Case No.: 01-1139-JKF

### CERTIFICATE OF SERVICE

I hereby certify that   have served a true and exact copy of the foregoing **VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019,** and one true and exact copy of the 2 disk set forwarded to the court, to the following counsel and/or parties by depositing the same in the United States mail, postage prepaid, this 16th day of December, 2004 addressed to:

**Counsel to Debtors**

David W. Carickhoff, Jr., Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N Market St
16th Floor
Wilmington DE  19899

**Office of the United States Trustee**

Frank J Perch III
Office of the United States Trustee
844 King Street, Room 2311
Lock Box 35
Wilmington, DE  19801

hereby certify that I have served a true and exact copy of the foregoing **VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019,** to the following counsel and/or parties by depositing the same in the United States mail, postage prepaid, this 16th day of December, 2004 addressed to:

## Other Counsel

David B. Siegel, Esquire
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia MD  21044

Laura Davis Jones, Esquire
David Carickoff, Esquire
Pachulski Stang Ziehl Young & Jones
919 North Market Street, 16th Floor
Wilmington DE  19899-8705

Michael Lastowski, Esquire
Duane Morris & Heckscher
Rodney Square North, 12th Floor
Wilmington DE  19801-0195

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY  10022

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York NY  10038-4982

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel, L P
919 Third Avenue
New York NY  10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington DE  19801

James H. M. Sprayregan, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago IL  60601

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago IL  60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, 9th Floor
Wilmington DE  19801

Peter Van N. Lockwood, Esquire
Caplin & Drysdale
One Thomas Circle, NW
Washington DC  20005

Michael B. Joseph, Esquire
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington DE  19899

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod,  LP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami FL  33131

Warren H. Smith, Esquire
Warren H. Smith & Associates, PC
Republic Center
325 N. St. Paul, Suite 1275
Dallas TX  75201

James M. O'Brien, Esq., WVSB No. 2764
HARTLEY & O'BRIEN, PLLC

2