## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:                                          **Chapter 11**

W. R. GRACE & CO. *et al.*

                                                (Jointly Administered)
                                                Case No. 01-1139 (JKF)

            Debtors.

## NOTICE OF FILING OF VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY PAUL T. BENTON, ESQUIRE

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 2019, applicable to these proceedings, Paul T. Benton hereby files with the Court the Verified Statement pursuant to the Revised Bankruptcy Court Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 entered by the Honorable Judith K. Fitzpatrick,    S. Bankruptcy Judge.

Dated: December 16, 2004.

Paul T. Benton, Esquire (ID 2432)
Post Office Box 1341
Biloxi, Mississippi 39533
(228) 432-0305

Paul T. Benton, Esq. (Bar No. 2432)
181 Main Street
Biloxi, Mississippi 39530
228-432-0305

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---- x

In re:

W. R. GRACE & CO., *et al.*

Debtors.

Chapter

Case No. 01-1139 (JKF)

(Jointly Administered)

-------------------------------------------------- x

## VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019
## OF PAUL T. BENTON, ESQUIRE

PAUL T. BENTON, certifies as follows:

am an attorney at law and counsel at the firm of Paul     Benton. I am admitted to

practice before the State Courts of Mississippi. I hereby provide this verified statement

(the "Verified Statement' as required by Rule 2019 of the Federal Rules of Bankruptcy

Procedure and in accordance with that certain Revised Order Requiring Filing of

Statements Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 13091) which was entered on

the Court's docket on October 22, 2004 (the "Revised Order").

2.     The law firm of Paul T. Benton has been retained as counsel for various creditors of the

Debtors    'he "Creditors'    All of the Creditors are asbestos claimants in the Debtor

cases.

3.      'he address of each Creditor solely for the purposes herein is c/o Paul     Benton, Post

Office Box 134    Biloxi, Mississippi 39533.

4.      he Creditors hold various claims in varying amounts.  Pursuant to the Revised Order, all

of the relevant information identifying the Creditors and the nature and amount of their

claim is contained in exhibits which have not been scanned but may be accessed by

parties who obtain Court order authorizing access.

5.      Paul    Benton does not hold any claims against or interest in the Debtors.

6.      Should any material changes in the facts contained in the Verified Statement and/or its

exhibits occur, Paul    Benton shall file supplemental statements setting forth suc

material changes.

Dated: December 16, 2004.

BY:    _____

Paul T. Benton, Esquire (ID 2432)
Post Office Box 1341
Biloxi, Mississippi 39533
(228) 432-0305

SWORN TO BEFORE ME THIS 16 DAY OF December           , 2004

_____
NOTARY PUBLIC

COMMISSION EXPIRES:

_____

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Nov 12, 2006
BONDED THR.  "OTARY PUBLIC UNDERWRITERS