IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------- x

In re:

W.R. GRACE & CO., *et al.*,

Debtors.

---------------------------- x

Chapter 1

Case No. 01-1139 (JKF)

(Jointly Administered)

**NOTICE OF FILING OF VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY CUMBEST, CUMBEST, HUNTER, & McCORMICK, P.A.**

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 2019, applicable to these proceedings, Cumbest, Cumbest Hunter & McCormick, P. A. hereby files with the Court the Verified Statement pursuant to the Revised Bankruptcy Court Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 entered by the Honorable Judith K. Fitzpatrick, U.S. Bankruptcy Judge.

Dated: December 16, 2004

Cumbest, Cumbest, Hunter & McCormick, P. A.

_____
Michelle L. Ward, Esquire (ID 10146)
David O. McCormick, Esquire (ID 2244)
P. O. Drawer 1287
Pascagoula, MS 39568-1287

**CUMBEST, CUMBEST, HUNTER, & McCORMICK, P.A.**
Michelle L. Ward, Esq. (Bar No. 10146)
David O. McCormick, Esq. (Bar No. 2244)
729 Watts Avenue
Pascagoula, MS 39567
228-762-5422

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------- x

In re:

W.R. GRACE & CO., *et al.*

Debtors.       :
-------------------------- x

Chapter 11

Case No. 01- 39 (JKF)

(Jointly Administered)

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019
### OF CUMBEST, CUMBEST, HUNTER & McCORMICK, P.A.

MICHELLE L. WARD, certifies as follows:

I am an attorney at law and counsel at the firm of Cumbest, Cumbest, Hunter & McCormick, P. A. am admitted to practice before the State Courts of Mississippi. On behalf of Cumbest, Cumbest, Hunter & McCormick, P. A., I hereby provide this verified statement (the "Verified Statement") as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 (Docket No. 13091) which was entered n the Court's docket on October 22, 2004 (the "Revised Order").

2. The law firm of Cumbest, Cumbest, Hunter & McCormick has been retained as counsel for various creditors of the Debtors (The "Creditors' All of the Creditors are asbestos claimants in the Debtors cases.

he address of each Creditor solely for the purposes herein is c/o David O. McCormick, Esquire, P. O. Box 1287, Pascagoula, MS 39568-1287.

4. The Creditors hold various claims in varying amounts. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned but may be accessed by parties who obtain Court order authorizing access.

5. Cumbest, Cumbest, Hunter, & McCormick does not hold any claims against or interest in the Debtors.

6. Should any material changes in the facts contained in the Verified Statement and/or its exhibits occur, Cumbest, Cumbest, Hunter & McCormick shall file supplemental statements setting forth such material changes.

Dated: December 16, 2004

CUMBEST, CUMBEST, HUNTER & McCORMICK, P. A.

BY: _____
Michelle L. Ward (10146)
David O. McCormick (2244)
P. O. Drawer 1287
Pascagoula, MS 39568-1287
228-762-5422

SWORN TO BEFORE ME THIS ___ DAY OF _____, 2004

_____
NOTARY PUBLIC

COMMISSION EXPIRES:

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
COMMISSION EXPIRES: Nov 12, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS