IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Co., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Related to D.I. #6824 *Regarding Item 4 on 12/20/04* |

## ORDER REGARDING MOTION TO AMEND ORDERS WITH REGARDS TO CERTAIN QUARTERLY FEE APPLICATIONS

Upon considering the Motion (the "Motion") of Richardson Patrick Westbrook & Brickman, LLP, Lukins and Annis, P.C., and Elzufon Austin Reardon Tarlov & Mondell, P.A. (collectively the "Movants") to Amend Orders with Regards to Certain Quarterly Fee Applications, the Court finds as follows:

The Motion is hereby GRANTED.

The Orders in connection with the Certain Quarterly Fee Applications shall be modified and the Movants shall be awarded Fees and Expenses as follows:

| Movant | Certain Quarterly Fee Applications | Fees Requested | Expenses Requested |
|---|---|---|---|
| RPWB | 10th Quarter, July 1, 2003 through September 30, 2003 | $314,476.75 | $72,160.55 |
| RPWB | 11th, Quarter, October 1, 2003 through December 31, 2003 | $50,460.00 | $17,216.00 |
| RPWB | 12th Quarter, January 1, 2004 through March 30, 2004 | $60,060.00 | $4,551.24 |
| RPWB Total | | $424,996.75 | $93,927.79 |
| L&A | 10th Quarter, July 1, 2003 through September 30, 2003 | $122,675.00 | $11,917.57 |
| L&A | 11th, Quarter, October 1, 2003 through December 31, 2003 | $17,860.00 | $641.90 |
| L&A | 12th Quarter, January 1, 2004 through March 30, 2004 | $39.00 | $1,107.72 |
| L&A Total | | $140,574.00 | $13,667.19 |
| EARTM | 10th Quarter, July 1, 2003 through September 30, 2003 | $10,919.00 | $2,387.21 |
| EARTM | 11th, Quarter, October 1, 2003 through December 31, 2003 | $5,973.50 | $3,343.18 |
| EARTM | 12th Quarter, January 1, 2004 through March 30, 2004 | $4,345.50 | $0.0 |
| EARTM Total | | $21,238.00 | $5,730.39 |
| Total ZAI CLAIMANTS: | | $586,808.75 | $113,325.37 |

The Debtors shall pay the foregoing amounts to each respective firm less any prior amounts previously paid in accordance with the Administrative Order set forth in this case.

Dated: 12/20, 2004

The Honorable Judith K. Fitzgerald
United Sates Bankruptcy Judge