# Exhibit A

In re: W.R. GRACE & CO., et al

OMNIBUS 4 - EXHIBIT A - CONTINUED

Hearing Date: Monday, December 20, 2004

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1  SPAULDING AND SLYE C/O BRUCE D LEVIN ESQ BERNKOPF GOODMAN & BASEMAN LLP 125 SUMMER STR BOSTON MA 02110 | 01-01140 W.R. GRACE & CO.-CONN. | 203 | $1,463,017.00 (U) | REDUCE AND ALLOW | $949,159.00 (U) | | CONTINUED TO 1/24/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

12/15/2004 8:12:23 AM

# Exhibit B

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT B - SUSTAINED

Hearing Date: Monday, December 20, 2004

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1 NSTAR GAS<br>800 BOYLSTON ST<br>17TH FLOOR<br>BOSTON MA, 02119 | 01-01140<br>W.R. GRACE & CO.-CONN. | 196 | $14,773.55  (U) | REDUCE AND ALLOW | $7,132.50  (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

12/15/2004 8:15:12 AM