# Exhibit A

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE**

Hearing Date: Monday, December 20, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 2 | ARCHER, MICHELLE B<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 3 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 4 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 5 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 6 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 7 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 8 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 9 | DAP PRODUCTS INC DBA DAP INC<br>FINANCE DEPT<br>2400 BOSTON ST #200<br>BALTIMORE MD 21224 | 01-01139<br>W.R. GRACE & CO. | 12990 | $429,799.91 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 10 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 11 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 12 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 13 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 14 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN (U) | EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 15 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 16 | NEW ENGLAND CONSTRUCTIN CO INC<br>DUFFY & SWEENEY LTD<br>ONE TURKS HEAD BLDG<br>STE 1200<br>PROVIDENCE RI 02903 | 01-01139<br>W.R. GRACE & CO. | 14396 | $127,327.42 (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 17 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2261 | $741,600.00 (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 18 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 19 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 20 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 21 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 22 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01139<br>W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 23 | WEATHERFORD INTERNATIONAL INC<br>ATTN: BURT MARTIN<br>515 POST OAK BLVD STE 600<br>HOUSTON TX 77027 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# Exhibit B

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT B - SUSTAINED - EXPUNGE

Hearing Date: Monday, December 20, 2004

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL POLYMER CHEMICALS LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 01-01139<br>W.R. GRACE & CO. | 17 | $30,086.70 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured