## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 01-1139-JKF** |
| **UNITED STATES MINERAL** | § | |
| **PRODUCTS COMPANY,** | § | **Chapter 11** |
| | § | |
| **Debtor.** | § | |

## VERIFIED STATEMENT OF BRUEGGER & MCCULLOUGH, P.C. PURSUANT TO FED. R. BANKR. P. 2019

Comes now, Bruegger & McCullough, P.C., by and through one of its partners, Joseph F. Bruegger, and files this its verified statement pursuant to Fed. R. Bankr. P. 2019 and would show as follows:

I, Joseph F. Bruegger, am an attorney licensed in Texas and a partner in the law firm of Bruegger & McCullough, P.C.   The address for the firm is as set out under my signature line.

2. This firm represents numerous personal injury claimants in this bankruptcy.  These creditors are identified in Exhibits to this Statement.  This firm does not hold any claims against or any interest in this debtor.

3. Pursuant to Court Order the exhibits to this Statement have not been filed but have been submitted to the Clerk of Court.

Respectfully submitted,

BRUEGGER & MCCULLOUGH, P.C
Attorneys for Plaintiffs

By _____

Joseph F. Bruegger
State Bar No. 0324300
9400 North Central Expressway, Suite 1305
Dallas, Texas 75231
(214) 365-9000
(214) 365-9003 (Fax)

## VERIFICATION

Sworn to before me, _Mona Lynn Huey_, on this the _16th_ day of December, 2004.

[SEAL]



Notary Public, In and for the
State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has

been served on all parties on the official service list, Debtor's counsel, and the U.S. Trustee by

.S. mail on this _17th_ day of _December_, 2004.

Joseph F. Bruegger