IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: § | |
| § | Case No. 01-1139-JKF |
| W.R. GRACE & CO., § | |
| § | Chapter 11 |
| § | |
| Debtor. § | |

**VERIFIED STATEMENT OF BRUEGGER & MCCULLOUGH, P.C. PURSUANT TO FED. R. BANKR. P. 2019**

    Comes now, Bruegger & McCullough, P.C., by and through one of its partners, Joseph F. Bruegger, and files this its verified statement pursuant to Fed. R. Bankr. P. 2019 and would show as follows:

    I, Joseph F. Bruegger, am an attorney licensed in Texas and a partner in the law firm of Bruegger & McCullough, P.C. The address for the firm is as set out under my signature line.

2. This firm represents numerous personal injury claimants in this bankruptcy. These creditors are identified in Exhibits to this Statement. This firm does not hold any claims against or any interest in this debtor.

3. Pursuant to Court Order the exhibits to this Statement have not been filed but have been submitted to the Clerk of Court.

    Respectfully submitted,

BRUEGGER & McCULLOUGH, P.C
Attorneys for Plaintiffs

By _____
  Joseph F. Bruegger
  State Bar No. 03248800
  9400 North Central Expressway, Suite 1305
  Dallas, Texas 75231
  (214) 365-9000
  (214) 365-9003 (Fax)

**VERIFICATION**

Sworn to before me, Mona Lynn Peney, on this the 16th day of December, 2004.

[SEAL] 

Notary Public, In and for the
State of Texas

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served on all parties on the official service list, Debtor's counsel and the U.S. Trustee by U.S. mail on this 17th day of December, 2004.

Joseph F. Bruegger