IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | | Related Doc. No.: 7401 |

**NOTICE OF DOCUMENT ENTERED IN ERROR**

PLEASE TAKE NOTICE, that docket entry number 7401, *Verified Statement Pursuant to Fed.R.Bankr.P. 2019 filed by Joseph F. Bruegger of Bruegger & McCullough, P.C. Exhibits have not been scanned but may be accessed by parties who obtain Court order authorizing access* was entered in error. The wrong image was attached.

Dated: December 29, 2004

                                       **CAMPBELL & LEVINE, LLC**

By:  /S/ Mark Hurford
        Mark T. Hurford (I.D. No. 3299)
        800 King Street
        Suite 300
        Wilmington, DE 19801
        (302) 426-1900

{D0033255:1 }