UNITED STATES BANKRUPTCY COUR'
DISTRICT OF DELAWARE

In Re:

                                  In Proceedings for a
                                  Reorganization under
                                  Chapter 11

W.R. GRACE & CO., ET AL

    Debtors.                        )        Case No. 01-01139-JKF
                                                  And all related actions

VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

JOSEPH C. BLANKS, being first duly sworn, hereby deposes and states as follows:

1.    I am an attorney with JOSEPH C. BLANKS, P.C., with offices at Post Office Drawer 999, Doucette, Texas 75942.

      This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.    Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by JOSEPH C. BLANKS P.C. with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.    Each of these Creditors has employed JOSEPH C. BLANKS P.C. under an employment contract with JOSEPH C. BLANKS P.C. A blank but unredacted exemplar of JOSEPH C. BLANKS P.C.'s standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit

B. If more than one such standard form of agreement or instrument is used by JOSEPH C. BLANKS P.C. one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by JOSEPH C. BLANKS, P.C. and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

JOSEPH C. BLANKS
Post Office Drawer 999
Doucette, Texas 75942

State of __Texas__

County of __Tyler__

On this the __21st__ day of December, 2004, before me, the undersigned officer, personally appeared __Joseph C Blanks__ known to me to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

(Seal)  JACKIE L. MAUER
Notary Public, State of Texas
My Commission Expires
May 13, 2006

Notary Public

Notary's name printed: __Jackie L. Mauer__

Commission expires: __05/13-2006__