**RHODEN, LACY & COLBERT**
Tom Rhoden, Esq. (Bar No. 5311)
117 Park Circle Drive
Flowood, MS 39232
601-932-1155

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

------ x

In re:

W. R. GRACE & CO., et al.,

Debtors.

x

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

### VERIFIED STATEMENT PURSUANT TO BANKRUPTCY RULE 2019
### OF RHODEN, LACY & COLBERT

TOM RHODEN, certifies as follows:

1. I am an attorney at law and counsel at the firm of Rhoden, Lacy & Colbert I am admitted to practice before the State Courts of Mississippi. On behalf of Rhoden, Lacy & Colbert, I hereby provide this verified statement (the "Verified Statement") as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 (the "Revised Order").

2. The law firm of Rhoden, Lacy & Colbert has been retained as counsel for various creditors of the Debtors (The "Creditors"). All of the Creditors are asbestos claimants in the Debtors cases.

3. The address of each Creditor solely for the purposes herein is c/o Tom Rhoden, Esquire, P. O. Box 16845, Jackson, MS 39236-6845.

4. The Creditors hold various claims in varying amounts. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned but may be accessed by parties who obtain Court order authorizing acces

5. Rhoden, Lacy & Colbert does not hold any claims against or interest in the Debtors.

6. Should any material changes in the facts contained in the Verified Statement and/or its exhibits occur, Rhoden, Lacy & Colbert shall file supplemental statements setting forth such material changes.

Dated: December 15, 2004

RHODEN, LACY & COLBERT

BY: _____
Tom Rhoden (5311)
P. O. Box 16845
Jackson, MS 39236-6845
601-932-1155

SWORN TO BEFORE ME THIS 15 DAY OF DECEMBER, 2004

_____
NOTARY PUBLIC

COMMISSION EXPIRES:

Notary Public State of Mississippi
At Large
My Commission Expires
January 28, 2005
BONDED THRU
HEIDEN, BROOKS & GARLAND, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W. R. GRACE & CO., *et al.* | Case Nos. 01-1139 (JKF) (Jointly Administered) |
| Debtors. | |

**NOTICE OF FILING OF VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY CUMBEST, CUMBEST, HUNTER, & McCORMICK, P.A.**

PLEASE TAKE NOTICE that pursuant to Fed. R. Bankr. P. 2019, applicable to these proceedings, Rhoden, Lacy & Colbert, hereby files with the Court the Verified Statement pursuant to the Revised Bankruptcy Court Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 entered by the Honorable Judith K. Fitzpatrick, U.S. Bankruptcy Judge.

Dated: December 17, 2004

Rhoden, Lacy & Colbert

_____
Tom Rhoden, Esquire (ID 5311)
Post Office Box 16845
Jackson, MS 39236-6845

## CERTIFICATE OF SERVICE

I, Tom Rhoden, attorney for certain creditors, do hereby certify that I have this day caused to be served, *via* U.S. Mail, postage prepaid, a true and correct copy of the foregoing to all parties on the Official Service List attached hereto as Exhibit "1":

THIS the _17_ day of December, 2004.

_____
Tom Rhoden

**W.R. GRACE & CO.
SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

**HAND DELIVERY**
Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**HAND DELIVERY**
Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**HAND DELIVERY**
Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

**HAND DELIVERY**
Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

**HAND DELIVERY**
Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

**HAND DELIVERY**
Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801


EXHIBIT "1"