# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Bankruptcy No. |
|---|---|
| Owens Corning | 00-3837-JKF |
| W.R. Grace & Co. | 01-1139-JKF |
| USG Corporation | 01-2094-JKF |
| United States Mineral Products Company | 01-2471-JKF |
| Kaiser Aluminum Corporation | 02-10429-JKF |
| The Flintkote Company | 04-11300-JKF |
| Flintkote Mines Limited | 04-12440 |
| Debtor (s) | Chapter 11 |

************************************************************************

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

PAUL M. MATHENY, being first duly sworn, hereby deposes and states as follows:

1   I am an attorney with the Law Offices of Peter G. Angelos, P.C., 5905 Harford Road, Baltimore, Maryland 21214.

2.   This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3   The law firm of Peter G. Angelos, P.C. has been retained as counsel and/or co-counsel for individual creditors in the above-referenced bankruptcy cases.

4.   As of the date of this statement each creditor listed on Exhibit 2 (filed per court order with clerk of the bankruptcy court, but not attached hereto) has executed an Addendum to Representation Agreement authorizing the Law Offices of Peter G. Angelos, P.C. to act on behalf of each creditor in these cases. Per court order, an exemplar of said Addendum to Representation Agreement has been filed with the clerk of the bankruptcy as Exhibit 1, but is not attached hereto. The address of each Creditor is included on Exhibit 2. However, for purposes hereof,

each creditor's address is c/o Paul M. Matheny, Law Offices of Peter G. Angeles, P.C., 5905 Harford Road, Baltimore, Maryland 21214.

5. The Creditors hold either unliquidated claims or, claims in varying amounts for monetary damages due to personal injury caused by the Debtor[s] for manufacturing, marketing, distributing, selling, installing, producing and/or specifying the use of asbestos or asbestos containing products.

6. The Law Offices of Peter G. Angeles, P.C. does not hold any claims against or interest in the Debtor[s].

7. The Law Offices of Peter G. Angeles, P.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: 2/13/04

THE LAW OFFICES OF
PETER G. ANGELES, P.C.

PAUL M. MATHENY
5905 Harford Road
Baltimore, Maryland 21214
(410) 426-3200
(410) 426-6166

Sworn to before me this 13th day of December, 2004.

Sara 2. Wyolo
Notary Public
My Comm. Exps 11/18/2007

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing verified statement has been served upon counsel for all parties to this proceeding by mailing the same to each by First Class United States mail, properly addressed and postage prepaid on this __13rd__ day of __December__, 2004.

PAUL M. MATHENY

**OWENS CORNING
NOTICE PARTIES**

John W. Christy, Esq.
Owens Corning
One Owens Corning Parkway
Toledo, OH 43659

Stephen H. Case, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

James J. McMonagle, Esq.
24 Walnut Street
Chagrin Falls, OH 44022

David S. Heller
Latham & Watkins
233 South Wacker Drive
5800 Sears Tower
Chicago, IL 60606

Warren H. Smith
Warren H. Smith & Associates, P.C
Republic Center
325 N. St Paul, Suite 1275
Dallas, TX 75201

Norman L. Pernick, Esq.
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899-1266

William H. Sudell, Esq.
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19801

Michael J. Crames, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frank J. Perch, III, Esq.
Office of the U.S. Trustee
844 King Street, 2nd Floor
Wilmington, DE 19801

D.J. Baker, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036-6522

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

James L. Patton, Jr., Esq.
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

USG Notice Parties

Martha S. Brown, Esq.
USG Corporation
125 S. Franklin Street
Chicago, IL 60606

Michael Lastowski, Esq.
Duane, Morris & Heckscher
Rodney Square North, 12th Floor
Wilmington, DE 19801-0195

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Andrew Kress, Esq.
Michael J. Crames, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

Daniel J. DeFranceschi
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price
  & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

James L. Patton, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Brad B. Erens, Esquire
Jones Day Reavis & Pogue
77 W. Wacker Drive
Chicago, IL 60601

Denise Wildes, Esq.
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Aveune, 9th Floor
Wilmington, DE 19801

Dean M. Trafelet
9130 Wild Lane
P.O. Box 518
Baileys Harbor, WI 54202

**W.R. GRACE & CO.**
**SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

United States Mineral Products Co. Notice List

Richard Schepecarter, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Morton Glitter, Esquire
Otterbourg, Steindler, Houston & Rosen, PC
230 Park Avenue, 29th Floor
New York, NY 10169

Francis A. Monaco, Jr., Esq.
Walsh, Monzack & Monaco, P.A.
400 Commerce Center
1201 Orange Street, P.O. Box 203
Wilmington, DE 19899

Stephen M. Miller, Esq.
Carl N. Kunz, III, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, Delaware 19899

David Fournier, Esquire
Pepper Hamilton, LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709

J. Gregg Miller, Esquire
Henry DeWerth-Jaffe, Esquire
Linda Casey, Esquire
Pepper Hamilton, LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103

Anthony R. Calascibetta, Chapter 1 Trustee
c/o Wiss & Company
Wiss & Company, LLP
354 Eisenhower Parkway
Livingston, New Jersey 07039

Rudolph Sanson, Esquire
Isolatek International, Inc.
Box 186
Stanhope, NJ 07874

John J. Preefer, Esquire
Counsel to the Official Committee
of Asbestos Bodily Injury & Property Claimants
60 East 42nd Street, Suite 1201
New York, NY  10165

Frederick B. Rosner. Esquire
Jaspan Schlesinger Hoffman, P
913 Market Street, 12th Floor
Wilmington, DE  19899

Barry D. Kleban, Esquire
Adelman Lavine Gold & Levin
Four Penn Ctr Plaza
1600 JFK Boulevard, Suite 900
Philadelphia, PA  19103-2808

Raymond H. Lemisch, Esquire
Adelman Lavine Gold & Levin
919 N. Market Street, Suite 710
Wilmington, DE  19801

Richard Levy, Jr., Esq.
Dallas Albaugh, Esq.
Pryor Cashman Sherman & Flynn   P
410 Park Avenue
New York, New York 10022

Michele Langer, Esquire
Marvin Larsson Henkin & Scheuritzel
Centre Square West, Suite 3510
1500 Market Street
Philadelphia, PA  19102

**KAISER CORE GROUP SERVICE LIST**

Daniel J. DeFranceschi
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

Frank J. Perch
Office of the United States Trustee
844 King Street, Room 2311
Lockbox 35
Wilmington, DE 19801

William P. Bowden
Ashby & Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

David Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Corinne Ball
Jones Day Reavis & Pogue
599 Lexington Avenue
New York, NY 10022

Gregory M. Gordon
Jones Day Reavis & Pogue
2727 North Harwood Street
Dallas, TX 75201

Elihu Insebuch
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614

Lisa Beckerman
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802

John M. Donnan
Kaiser Aluminum Corp.
5847 San Felipe, Suite 2600
Houston, TX 77057

**FLINTKOTE NOTICE PARTIES LIST**
**04-11300**

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
Young, Conaway, Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates, P.C.
Republic Center
305 N St. Paul, Suite 1275
Dallas, TX 75201

Matthew E. Albers
Vorys, Sater, Seymour & Pease, LLP
2100 One Cleveland Center
1375 E. 9th Street
Cleveland, OH 44114

Parcels, Inc.
Vito I. DiMaio
4 East Seventh Street
Wilmington, DE 19801

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 N. Market Street, 16th Floor
Wilmington, DE 19899-8705

Eric Bower
The Flintkote Company
Three Embarcadero Center, Suite 1190
San Francisco, CA 94111-4047

Frank Perch
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2207
Wilmington, DE 19801

Kevin T. Lantry, Esq.
Sally S. Neely, Esq.
Jeffrey E. Bjork, Esq.
Sidley, Austin, Brown & Wood LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013-6000

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022