IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                                                          Chapter 11

W. R. GRACE & COMPANY,

Case No. 01-1139-JKF

Debtor

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Suzanne G. Keys, being first duly sworn, hereby deposes and states as follows:

1       am an attorney with Byrd, Gibbs & Martin, PLLC, 427 East Fortification Street, Jackson, Mississippi 39205.

2.      This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3.      The law firm of Byrd, Gibbs & Martin, PLLC, has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4.      The order signed certifies that each creditor named on the attached list has executed an Professional Service Agreement authorizing Byrd, Gibbs & Martin, PLLC, to represent the creditor in bankruptcy proceedings.

5.      The address of each Creditor for purposes hereof is c/o Byrd, Gibbs & Martin, PLLC, Post Office Box 19, Jackson, MS 39236.

6.      The Creditors hold claims in varying amounts for monetary damages due to

personal injury incurred by exposure to asbestos products manufactured and/or distributed and/or specified for use by the Debtor pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7    The law offices of Byrd, Gibbs & Martin, PLLC, does not hold any claims against or interest in the Debtor.

8.    The law offices of Byrd, Gibbs & Martin, PLLC, will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

BYRD, GIBBS & MARTIN, PLLC

Dated: Dec 7, 2004

_____
SUZANNE G. KEYS, MS BAR NO. 5032
427 E. FORTIFICATION STREET
POST OFFICE BOX 19
JACKSON, MS 39205
(601) 354-1210
(601) 354-1254

Sworn to before me this 7th day of December, 2004.

_____
Notary Public

My Commission Expires:  MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES SEPT. 27, 2005
BONDED THRU STEGALL NOTARY SERVICE