# EXHIBIT A

**Asset Analysis & Recovery (1.10 Hours; $ 792.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $720 | 792.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/30/04 | PVL | 720.00 | 1.10 | Review e-mail (.1); review 4 miscellaneous filings (.1); teleconference Biswas (.1); review Buckwalter op. re FCR (.3); review LTC 3d quarter report (.1); teleconference Hurford (.4). |

**Total Task Code .01      1.10**


**Business Operations (.10 Hours; $ 79.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $795 | 79.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/30/04 | EI | 795.00 | 0.10 | Third quarter results. |

**Total Task Code .03      .10**


**Case Administration (19.20 Hours; $ 5,683.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $795 | 238.50 |
| Peter Van N. Lockwood | 2.70 | $720 | 1,944.00 |
| Julie W. Davis | 1.10 | $560 | 616.00 |
| Rita C. Tobin | .40 | $415 | 166.00 |
| Danielle K. Graham | 1.00 | $270 | 270.00 |

{D0032962:1 }

| | | | |
|---|---|---|---|
| Robert C. Spohn | 4.10 | $200 | 820.00 |
| Andrew D. Katznelson | 4.50 | $175 | 787.50 |
| David B. Smith | 5.10 | $165 | 841.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/01/04 | PVL | 720.00 | 0.20 | Review 18 miscellaneous filings. |
| 11/01/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/1/04 (.3). |
| 11/01/04 | EI | 795.00 | 0.30 | T/c Budd re: Libby issues (.2); memo re: Montana grand jury (.1). |
| 11/02/04 | PVL | 720.00 | 0.20 | Review 6 miscellaneous filings (.1); review opposition to action stay relief (.1). |
| 11/02/04 | RCT | 415.00 | 0.20 | Review weekly recommendation memo re: EI update. |
| 11/02/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/2/04 (.3). |
| 11/03/04 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/03/04 (.5). |
| 11/03/04 | ADK | 175.00 | 0.50 | Prepared all needed materials for upcoming Committee meeting for EI. |
| 11/04/04 | PVL | 720.00 | 0.10 | Review 2 miscellaneous filings. |
| 11/04/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/04/04 (.1). |
| 11/05/04 | PVL | 720.00 | 0.20 | Review motion re officer defense fees (.1); review e-mail (.1). |
| 11/05/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/05/04 (.3). |
| 11/08/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/08/04 (.1). |

{D0032962:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/09/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/09/04 (.1). |
| 11/10/04 | JWD | 560.00 | 0.40 | Review filings for 11/8-9 |
| 11/10/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/10/04 (.1). |
| 11/11/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/11/04 (.1). |
| 11/12/04 | JWD | 560.00 | 0.40 | Review filings/correspondence for 11/10-11 |
| 11/12/04 | JWD | 560.00 | 0.30 | Review agendas for 11/15 hearing, weekly calendars |
| 11/14/04 | PVL | 720.00 | 0.10 | Review e-mail. |
| 11/15/04 | PVL | 720.00 | 0.20 | Review 6 miscellaneous filings (.1); review e-mail (.1). |
| 11/15/04 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/15 /04 (.5). |
| 11/15/04 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 11/15/04 | ADK | 175.00 | 0.50 | Updated payment scheduel with payment received. |
| 11/16/04 | PVL | 720.00 | 0.10 | Review Eskin memo and reply. |
| 11/16/04 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/16/04 (.4). |
| 11/16/04 | DBS | 165.00 | 1.60 | Compile pleadings for attorney review. |
| 11/17/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/17/04 (.1). |
| 11/17/04 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 11/17/04 | ADK | 175.00 | 1.00 | Updated ADK and RCT casebooks and fee books. |

{D0032962:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 11/18/04 | PVL | 720.00 | 0.20 | Review 9 miscellaneous filings. |
| 11/18/04 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence receive 11/18/02 (.4). |
| 11/19/04 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/19/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/19/04 (.1). |
| 11/19/04 | DBS | 165.00 | 0.70 | Search files for memorandum for attorney review. |
| 11/21/04 | PVL | 720.00 | 0.80 | Review WRG motion re Scotts. |
| 11/22/04 | PVL | 720.00 | 0.30 | Review 14 miscellaneous filings (.2); e-mail Hurford (.1). |
| 11/23/04 | PVL | 720.00 | 0.10 | Review 3 miscellaneous filings. |
| 11/23/04 | DBS | 165.00 | 1.10 | Compile and distribute pleadings for attorney review. |
| 11/23/04 | DKG | 270.00 | 1.00 | Discussion of case issues with PVNL. |
| 11/24/04 | DBS | 165.00 | 1.50 | Compile and distribute pleadings for attorney review. |
| 11/29/04 | PVL | 720.00 | 0.10 | Review 5 miscellaneous filings. |
| 11/29/04 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/29/04 (.2). |
| 11/30/04 | RCT | 415.00 | 0.20 | Review local counsel recommendations re: EI update (.2). |
| 11/30/04 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/30/04 (.6). |
| 11/30/04 | ADK | 175.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 11/30/04 | DBS | 165.00 | 0.20 | Retrieve court opinion for attorney review. |

**Total Task Code .04        19.20**

{D0032962:1 }

**Committee, Creditors', Noteholders' or Equity Holders' (1.60 Hours; $ 1,272.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.60 | $795 | 1,272.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/04 | EI | 795.00 | 0.70 | Memo to committee re: insurance counsel (.3); t/c L. Tersigni and t/c Rice re: negotiations (.2); memo re: grand jury (.2). |
| 11/08/04 | EI | 795.00 | 0.90 | Committee call (.5); t/c Horkovich (.2); t/c Joe Frank (.2). |

**Total Task Code .07      1.60**


**Employment Applications, Others (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/04 | PVL | 720.00 | 0.10 | Review Tillinghast retention application. |
| 11/15/04 | PVL | 720.00 | 0.10 | Review Lexecon retention application. |

**Total Task Code .10      .20**

{D0032962:1 }

**Fee Applications, Applicant (6.70 Hours; $ 2,236.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |
| Trevor W. Swett | 1.00 | $560 | 560.00 |
| Rita C. Tobin | 2.60 | $415 | 1,079.00 |
| Andrew D. Katznelson | 3.00 | $175 | 525.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/04 | RCT | 415.00 | 0.20 | Review fee schedules for December and conference with ADK. |
| 11/04/04 | PVL | 720.00 | 0.10 | Review e-mail re fee applications. |
| 11/05/04 | RCT | 415.00 | 0.50 | Review interim fee apps. |
| 11/05/04 | RCT | 415.00 | 0.20 | Review interim fee apps. |
| 11/05/04 | TWS | 560.00 | 1.00 | Read holdback motion (.2); conf J.Riggleman re draft exhibits (.2); TCs Campbell & Levine re same (.2); TCs and e-mail to A.Danzeisen (.4) |
| 11/05/04 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 11/08/04 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 11/11/04 | RCT | 415.00 | 0.50 | Review prebills. |
| 11/15/04 | RCT | 415.00 | 0.50 | Review exhibits. |
| 11/23/04 | RCT | 415.00 | 0.50 | Review fee apps. |
| 11/23/04 | ADK | 175.00 | 1.50 | Worked on fee application. |
| 11/29/04 | RCT | 415.00 | 0.20 | Review schedules for Dec. fee apps. |

**Total Task Code .12**      6.70

{D0032962:1 }

**Fee Applications, Others (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/03/04 | PVL | 720.00 | 0.10 | Review 4 fee appl. filings. |
| 11/22/04 | PVL | 720.00 | 0.10 | Review 9 fee applications. |

**Total Task Code .13      .20**


**Litigation and Litigation Consulting (25.60 Hours; $ 10,455.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.60 | $795 | 1,272.00 |
| Walter B. Slocombe | 3.60 | $590 | 2,124.00 |
| Albert G. Lauber | .40 | $580 | 232.00 |
| Trevor W. Swett | .90 | $560 | 504.00 |
| Nathan D. Finch | 4.20 | $475 | 1,995.00 |
| Max C. Heerman | .20 | $325 | 65.00 |
| John P. Cunningham | 14.70 | $290 | 4,263.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/02/04 | NDF | 475.00 | 3.00 | Revise and edit memo re insurance issues (3.0). |
| 11/04/04 | NDF | 475.00 | 0.40 | Review various insurance related docs (.4). |
| 11/05/04 | JPC | 290.00 | 0.30 | Review corresp w/counsel for Legal Rep. (0.3). |
| 11/08/04 | AGL | 580.00 | 0.20 | Review schedule of pending matters. |
| 11/09/04 | JPC | 290.00 | 0.50 | Rvw incoming pleadings and correspondence (0.5). |
| 11/10/04 | JPC | 290.00 | 0.20 | Corresp w/local counsel re: FCR designation appeal (0.2). |
| 11/11/04 | AGL | 580.00 | 0.20 | Review amended agenda for 11/15 hearing. |

{D0032962:1 }

| | | | | |
|---|---|---|---|---|
| 11/11/04 | JPC | 290.00 | 0.60 | Follow up corresp w/local counsel re: FCR designation appeal (0.1); read Insurers' reply brief on motion to strike (0.5). |
| 11/12/04 | EI | 795.00 | 0.40 | Memos re: meeting (.2); t/c Eskin re: calendar (.2). |
| 11/15/04 | NDF | 475.00 | 0.80 | Read draft plan (.8). |
| 11/16/04 | JPC | 290.00 | 3.40 | Review items relating to WR Grace plan of reorganization and related filings (3.4). |
| 11/17/04 | JPC | 290.00 | 2.70 | Review items relating to WR Grace plan of reorganization and related filings (2.7). |
| 11/19/04 | JPC | 290.00 | 0.70 | Review items relating to WR Grace plan of reorganization and related filings (0.7). |
| 11/22/04 | WBS | 590.00 | 1.00 | Initial review of motions for CMO, estimation, litigation protocol. |
| 11/22/04 | EI | 795.00 | 1.00 | T/c PVNL re: status of all issues. |
| 11/22/04 | JPC | 290.00 | 1.30 | Review items relating to WR Grace plan of reorganization and related filings (1.3). |
| 11/23/04 | WBS | 590.00 | 2.60 | Rev motions on CMO, est. litig protocol, conferences with PVNL re same (1.3), meeting to organize responses, lay out basic approach with PVNL, KNB, AGL, etc. (1.0), conference KNB re overall approach (.3). |
| 11/23/04 | TWS | 560.00 | 0.90 | Luncheon meeting to discuss Grace motions and responses |
| 11/23/04 | MCH | 325.00 | 0.20 | Conf. with DBS and asb. practice group re: Grace estimation documents (.20) |
| 11/23/04 | JPC | 290.00 | 4.00 | Review items relating to WR Grace plan of reorganization and related filings (1.1); review motion for entry of order seeking estimation and motion for entry of case mgmt order (2.9). |
| 11/24/04 | JPC | 290.00 | 1.00 | Continue review of items relating to WR Grace plan of reorganization and related filings (1.0) |
| 11/30/04 | EI | 795.00 | 0.20 | T/c Austern re: status (.2). |

{D0032962:1 }

**Total Task Code .16**         25.60

**Plan & Disclosure Statement (100.70 Hours; $ 53,996.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.30 | $795 | 1,033.50 |
| Peter Van N. Lockwood | 11.90 | $720 | 8,568.00 |
| Albert G. Lauber | 43.50 | $580 | 25,230.00 |
| Julie W. Davis | 17.50 | $560 | 9,800.00 |
| Kimberly N. Brown | 14.30 | $405 | 5,791.50 |
| Max C. Heerman | 1.00 | $325 | 325.00 |
| Brian A. Skretny | 11.20 | $290 | 3,248.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/05/04 | PVL | 720.00 | 0.10 | Review Cohn letter and att. re TDP. |
| 11/07/04 | EI | 795.00 | 0.50 | Read Libby materials. |
| 11/09/04 | EI | 795.00 | 0.20 | T/c Austern re: status (.1); t/c Budd re: status (.1). |
| 11/10/04 | JWD | 560.00 | 0.30 | Draft memo re compliance with revised 2019 orders, filing requirements |
| 11/15/04 | PVL | 720.00 | 0.40 | Review DS. |
| 11/16/04 | JWD | 560.00 | 5.90 | Review debtors Plan and Disclosure Statement (2.5); review exhibit book (1.9); motion for estimation (1.5) |
| 11/16/04 | EI | 795.00 | 0.40 | T/c Rice re: status (.2); t/c Frankel re: meeting schedule (.2). |
| 11/18/04 | PVL | 720.00 | 2.40 | Review WRG conf. proc. motion (.2); review DS (2); review Bernick letter to courts (.2). |
| 11/18/04 | EI | 795.00 | 0.20 | Memo re: schedule (.2). |
| 11/21/04 | PVL | 720.00 | 3.40 | Review DS (.5); review POR (1.9); review CMO motion (1). |
| 11/22/04 | PVL | 720.00 | 0.80 | Teleconference EI re POR. |

{D0032962:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 11/23/04 | AGL | 580.00 | 6.80 | Meet w/PVNL, et al. re response to Grave proposed plan and disclosure statement (1.2); begin review of Grace plan and related documents (4.1); legal research re section 524(g) (1.2); conference w/BAS re legal research on issue of "impairment" (0.3). |
| 11/23/04 | PVL | 720.00 | 1.70 | Confer WBS (.4); confer AGL, WBS, KNB et al re POR, DS etc. (1.3). |
| 11/23/04 | JWD | 560.00 | 6.00 | Conference with PVNL re debtors' Plan issues (1.1); review Plan documents (4.9) |
| 11/23/04 | KNB | 405.00 | 4.10 | Meeting with asbestos litigation group re plan and estimation papers (1.4); read same (2.2); confer with AGL, WBS re same (.5) |
| 11/23/04 | BAS | 290.00 | 1.20 | Attending meeting of asbestos group led by PVNL (1.0); meet w/ AGL re future assignment arising from above meeting (.2). |
| 11/24/04 | AGL | 580.00 | 0.50 | Conference w/KNB re division of labor briefing and structure of Grace litigation scheme (0.3); legal research re same (0.2). |
| 11/24/04 | AGL | 580.00 | 2.80 | Legal research in connection with objection to disclosure statement (11 USC 1124, 1126, 1129). |
| 11/24/04 | AGL | 580.00 | 0.70 | Conference w/PVNL re strategy and arguments for brief opposing Grace Disclosure Statement. |
| 11/24/04 | PVL | 720.00 | 0.90 | Teleconferences AGL re POR etc. |
| 11/24/04 | KNB | 405.00 | 4.40 | Review estimation and plan documents (3.8); confer with AGL re same (.3); memo to file re same (.3) |
| 11/25/04 | AGL | 580.00 | 2.40 | Review Disclosure Statement and make notes for response to same. |
| 11/26/04 | AGL | 580.00 | 8.50 | Review exhibit book accompanying Plan and Disclosure Statement, including proposed TOP for asbestos claims and make notes for response to same (3.2); review proposed Estimation Procedures to make notes for response to same (2.2); review Proposed CMO for post-confirmation litigation and make notes for response to same (3.1). |
| 11/27/04 | AGL | 580.00 | 4.70 | Legal research for use in response to Disclosure Statement (section 524(g) and section 1124). |

{D0032962:1 }

| 11/28/04 | PVL | 720.00 | 0.20 | E-mail AGL, BAS. |
|---|---|---|---|---|
| 11/29/04 | AGL | 580.00 | 3.10 | Legal research for use in response to Disclosure Statement (section 1126 and section 1124). |
| 11/29/04 | AGL | 580.00 | 5.30 | Begin outline of response to Disclosure Statement. |
| 11/29/04 | PVL | 720.00 | 1.00 | Review excl motion (.1); teleconference EI (.1); review motion re ref. (.2); teleconference Wyron (.6). |
| 11/29/04 | KNB | 405.00 | 1.20 | Review motion to refer matters to bankruptcy court |
| 11/29/04 | BAS | 290.00 | 2.50 | Rs 'impaired' claims for AGL (2.5) |
| 11/29/04 | MCH | 325.00 | 0.80 | Research estimation issues for KNB. |
| 11/30/04 | AGL | 580.00 | 8.70 | Continue work on outline of Objections to Disclosure Statement (5.1); legal research in connection with same (3.6). |
| 11/30/04 | PVL | 720.00 | 1.00 | Confer KNB re est. resp. |
| 11/30/04 | JWD | 560.00 | 5.30 | Review Plan, TDP, Trust Agreement, CMO, estimation materials (2.5); outline memo re same (1.9); review decision and order re insurer appeal (.9) |
| 11/30/04 | KNB | 405.00 | 4.60 | Confer with PVNL re estimation motion (1.0); review prior filings on same (2.6); review motion to refer matters to bankruptcy court (1.0) |
| 11/30/04 | BAS | 290.00 | 7.50 | Rs 'impaired' claims for AGL (7.5). |
| 11/30/04 | MCH | 325.00 | 0.20 | Legal research re: estimation. |

**Total Task Code .17        100.70**

**Valuation (.50 Hours; $ 397.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $795 | 397.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0032962:1 }

| | | | | |
|---|---|---|---|---|
| 11/09/04 | EI | 795.00 | 0.50 | T/c Budd re: status of negotiations (.2); t/c Tersigni/Sinclair re: same (.3). |

**Total Task Code .22          .50**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 2.46 |
| Database Research | 102.91 |
| Long Distance-Equitrac In-House | 11.22 |
| Postage | 1.20 |
| Research Material | 23.45 |
| Telecopier/Equitrac | 46.35 |
| Xeroxing | 807.90 |
| **Total for Report** | **$ 995.49** |