**EXHIBIT B**

**Asset Analysis and Recovery (1.1 Hours; $ 792.00)**

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**        1.1

**Business Operations (.1 Hours; $ 79.50)**

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**        .1

**Case Administration (19.2 Hours; $ 5,683.50)**

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        19.2

**Committee, Creditors', Noteholders' or Equity Holders' (1.6 Hours; $ 1,272.00)**

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**        1.6

**Employment Applications, Others (.2 Hours; $ 144.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**        .2

**Fee Applications, Applicant (6.7 Hours; $ 2,236.00)**

{D0032963:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        6.7**


**Fee Applications others (.2 Hours; $ 144.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .2**


**Litigation and Litigation Consulting (25.6 Hours; $ 10,455.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        25.6**


**Plan & Disclosure Statement (100.7 Hours; $ 53,996.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        100.7**


**Valuation (.5 Hours; $ 397.50)**

Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22        .5**

{D0032963:1 }