```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                          Page:   1
Matter     000                           Disbursements                                                                     12/20/2004
                                                                                                                           Print Date/Time:
                                                                                                                           12/20/2004
                                                                                                                           3:25:25PM
Attn:                                                                                                                      Invoice #

                                                      PREBILL / CONTROL REPORT
                                                       Trans Date Range:  1/1/1950  to: 11/30/2004
Matter     000
Disbursements
Bill Cycle:        Monthly          Style:        i1         Start:    4/16/2001
                                                               Last Billed : 11/22/2004                         13,655
```

Trust Amount Available

Total Expenses Billed To Date        $245,332.48

```
                                                                  Billing Empl:         0120     Elihu  Inselbuch
                                                                  Responsible Empl:     0120     Elihu  Inselbuch
                                                                  Alternate Empl:       0120     Elihu  Inselbuch
                                                                  Originating Empl:     0120     Elihu  Inselbuch
```

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 16.20 | 0.00 | 16.20 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 2.46 | 0.00 | 2.46 |
| 0187 | NDF | Nathan D Finch | 0.00 | 1.20 | 0.00 | 1.20 |
| 0208 | MP | Mitzie Patrick | 0.00 | 22.50 | 0.00 | 22.50 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 3.00 | 0.00 | 3.00 |
| 0234 | RET | Rita E Tower | 0.00 | 2.55 | 0.00 | 2.55 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 36.90 | 0.00 | 36.90 |
| 0244 | AT | Ann Taylor | 0.00 | 32.40 | 0.00 | 32.40 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 1.35 | 0.00 | 1.35 |
| 0251 | JO | Joan O'Brien | 0.00 | 3.45 | 0.00 | 3.45 |
| 0308 | DBS | David B Smith | 0.00 | 256.95 | 0.00 | 256.95 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 616.53 | 0.00 | 616.53 |
| | | | **0.00** | **995.49** | **0.00** | **995.49** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1719791 | Photocopy | E | 11/01/2004 | 0999 C&D | 0.00 | | $19.95 | 0.00 | | $19.95 | 19.95 |
| 1719800 | Photocopy | E | 11/01/2004 | 0999 C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 20.25 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 12/20/2004 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 12/20/2004 |
| | | | | | | | | | | 3:25:25PM |
| Attn: | | | | | | | | | | Invoice # |
| 1720218 | Fax Transmission to 12145239159 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 21.00 |
| 1720219 | Fax Transmission to 12145239157 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 21.75 |
| 1720220 | Fax Transmission to 12145239158 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 22.50 |
| 1720221 | Fax Transmission to 12145991171 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.95 |
| 1720222 | Fax Transmission to 17136501400 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 23.70 |
| 1720223 | Fax Transmission to 12145991171 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 24.00 |
| 1720224 | Fax Transmission to 12148248100 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 24.75 |
| 1720225 | Fax Transmission to 13125516759 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 25.50 |
| 1720228 | Fax Transmission to 18432169290 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 26.25 |
| 1720230 | Fax Transmission to 14067527124 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 27.00 |
| 1720234 | Fax Transmission to 13026565875 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 27.75 |
| 1720235 | Fax Transmission to 15108354913 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 28.50 |
| 1720238 | Fax Transmission to 12165750799 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 29.25 |
| 1720240 | Fax Transmission to 13053796222 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 30.00 |
| 1720242 | Fax Transmission to 14124718308 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 30.75 |
| 1720244 | Fax Transmission to 12123440994 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 31.50 |
| 1720246 | Fax Transmission to 16179510679 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32.25 |
| 1720248 | Fax Transmission to 13024269947 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 33.00 |
| 1720250 | Fax Transmission to 14122615066 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 33.15 |
| 1720252 | Fax Transmission to 18432169450 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 33.90 |
| 1720253 | Fax Transmission to 14122615066 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 34.50 |
| 1720254 | Fax Transmission to 18032597305 | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 35.25 |
| 1720291 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $3.15 | 0.00 | $3.15 | 38.40 |
| 1720293 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 41.10 |
| 1720294 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 42.15 |
| 1720298 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 43.50 |
| 1720303 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 43.80 |
| 1720307 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $4.95 | 0.00 | $4.95 | 48.75 |
| 1720380 | Photocopy | | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 49.35 |
| 1721212 | Photocopy | | E | 11/04/2004 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 51.45 |
| 1721222 | Photocopy | | E | 11/04/2004 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | 57.45 |
| 1721663 | Photocopy | | E | 11/04/2004 | 0999 | C&D | 0.00 | $22.65 | 0.00 | $22.65 | 80.10 |
| 1721740 | Photocopy | | E | 11/04/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 80.40 |
| 1721772 | Photocopy | | E | 11/05/2004 | 0999 | C&D | 0.00 | $4.35 | 0.00 | $4.35 | 84.75 |
| 1721821 | Photocopy | | E | 11/05/2004 | 0020 | PVL | 0.00 | $9.00 | 0.00 | $9.00 | 93.75 |
| 1721847 | Photocopy | | E | 11/05/2004 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 96.75 |
| 1721849 | Photocopy | | E | 11/05/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 98.55 |
| 1721851 | Photocopy | | E | 11/05/2004 | 0999 | C&D | 0.00 | $13.20 | 0.00 | $13.20 | 111.75 |
| 1721918 | Federal Express to Katie Hemming from EI on 10/22 | | E | 11/05/2004 | 0120 | EI | 0.00 | $2.46 | 0.00 | $2.46 | 114.21 |
| 1721466 | Equitrac - Long Distance to 3053502388 | | E | 11/05/2004 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 114.45 |
| 1722229 | Photocopy | | E | 11/08/2004 | 0238 | SLG | 0.00 | $3.00 | 0.00 | $3.00 | 117.45 |
| 1722280 | Photocopy | | E | 11/08/2004 | 0999 | C&D | 0.00 | $21.00 | 0.00 | $21.00 | 138.45 |
| 1722322 | Photocopy | | E | 11/08/2004 | 0238 | SLG | 0.00 | $5.55 | 0.00 | $5.55 | 144.00 |
| 1722431 | Pacer Service Center; Usage for the period July through September 2004 | | E | 11/09/2004 | 0999 | C&D | 0.00 | $23.45 | 0.00 | $23.45 | 167.45 |
| 1723007 | Photocopy | | E | 11/09/2004 | 0234 | RET | 0.00 | $2.55 | 0.00 | $2.55 | 170.00 |
| 1723525 | Photocopy | | E | 11/10/2004 | 0251 | JO | 0.00 | $0.75 | 0.00 | $0.75 | 170.75 |
| 1723526 | Photocopy | | E | 11/10/2004 | 0251 | JO | 0.00 | $2.70 | 0.00 | $2.70 | 173.45 |
| 1724023 | Photocopy | | E | 11/11/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 174.35 |
| 1725054 | Equitrac - Long Distance to 8054993572 | | E | 11/12/2004 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 174.41 |
| 1725277 | Photocopy | | E | 11/12/2004 | 0238 | SLG | 0.00 | $3.45 | 0.00 | $3.45 | 177.86 |
| 1725615 | Equitrac - Long Distance to 8054993572 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 177.91 |
| 1725679 | Fax Transmission to 12145239159 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 179.41 |
| 1725680 | Fax Transmission to 12145239158 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 180.91 |
| 1725681 | Fax Transmission to 12145239157 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 182.41 |
| 1725682 | Fax Transmission to 12145991171 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 183.76 |
| 1725683 | Fax Transmission to 17136501400 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 185.26 |
| 1725684 | Fax Transmission to 12145991171 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 185.41 |
| 1725685 | Fax Transmission to 12148248100 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 186.91 |
| 1725686 | Fax Transmission to 13125516759 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 188.41 |
| 1725687 | Fax Transmission to 18432169290 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 189.91 |
| 1725688 | Fax Transmission to 14067527124 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 191.41 |
| 1725689 | Fax Transmission to 13026565875 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 192.91 |
| 1725690 | Fax Transmission to 15108354913 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 194.41 |
| 1725691 | Fax Transmission to 13053796222 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 195.91 |
| 1725692 | Fax Transmission to 12165750799 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 197.41 |
| 1725694 | Fax Transmission to 14124718308 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 198.91 |
| 1725695 | Fax Transmission to 12123440994 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 200.41 |
| 1725696 | Fax Transmission to 16179510679 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 201.91 |
| 1725697 | Fax Transmission to 13024269947 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 203.41 |
| 1725698 | Fax Transmission to 14122615066 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 203.56 |
| 1725699 | Fax Transmission to 18432169450 | | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 205.06 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                         Page: 1
Matter    000                     Disbursements                                                                              12/20/2004
                                                                                                                          Print Date/Time:
                                                                                                                             12/20/2004
                                                                                                                             3:25:25PM
Attn:                                                                                                                         Invoice #
1725700    Fax Transmission to 14122615066       E  11/15/2004  0999  C&D       0.00      $0.15       0.00      $0.15         205.21
1725701    Fax Transmission to 18032597305       E  11/15/2004  0999  C&D       0.00      $1.50       0.00      $1.50         206.71
1725702    Fax Transmission to 14122615066       E  11/15/2004  0999  C&D       0.00      $0.15       0.00      $0.15         206.86
1725703    Fax Transmission to 14122615066       E  11/15/2004  0999  C&D       0.00      $1.05       0.00      $1.05         207.91
1725794    Photocopy                             E  11/15/2004  0232  LK        0.00      $3.00       0.00      $3.00         210.91
1725846    Photocopy                             E  11/15/2004  0999  C&D       0.00      $0.90       0.00      $0.90         211.81
1726486    Photocopy                             E  11/16/2004  0308  DBS       0.00     $44.70       0.00     $44.70         256.51
1726516    Photocopy                             E  11/16/2004  0238  SLG       0.00      $0.90       0.00      $0.90         257.41
1727433    Equitrac - Long Distance to 8054993572 E 11/18/2004  0999  C&D       0.00      $0.33       0.00      $0.33         257.74
1727545    Postage                               E  11/18/2004  0187  NDF       0.00      $1.20       0.00      $1.20         258.94
1727684    Photocopy                             E  11/18/2004  0238  SLG       0.00     $17.25       0.00     $17.25         276.19
1727967    Equitrac - Long Distance to 8054993572 E 11/19/2004  0999  C&D       0.00      $0.09       0.00      $0.09         276.28
1727980    Equitrac - Long Distance to 8054993572 E 11/19/2004  0999  C&D       0.00      $1.94       0.00      $1.94         278.22
1727993    Equitrac - Long Distance to 8054993572 E 11/19/2004  0999  C&D       0.00      $0.05       0.00      $0.05         278.27
1728003    Equitrac - Long Distance to 8054993572 E 11/19/2004  0999  C&D       0.00      $1.72       0.00      $1.72         279.99
1728598    Equitrac - Long Distance to 2123199240 E 11/22/2004  0999  C&D       0.00      $3.97       0.00      $3.97         283.96
1728602    Equitrac - Long Distance to 2126446755 E 11/22/2004  0999  C&D       0.00      $0.18       0.00      $0.18         284.14
1728690    Fax Transmission to 12126446755       E  11/22/2004  0245  PT        0.00      $1.35       0.00      $1.35         285.49
1728792    Photocopy                             E  11/22/2004  0999  C&D       0.00      $3.75       0.00      $3.75         289.24
1728795    Photocopy                             E  11/22/2004  0999  C&D       0.00      $0.60       0.00      $0.60         289.84
1729244    Photocopy                             E  11/23/2004  0999  C&D       0.00      $1.35       0.00      $1.35         291.19
1729282    Photocopy                             E  11/23/2004  0020  PVL       0.00      $7.20       0.00      $7.20         298.39
1729300    Photocopy                             E  11/23/2004  0208  MP        0.00     $11.85       0.00     $11.85         310.24
1729301    Photocopy                             E  11/23/2004  0208  MP        0.00     $10.65       0.00     $10.65         320.89
1729331    Photocopy                             E  11/23/2004  0999  C&D       0.00    $192.60       0.00    $192.60         513.49
1729351    Photocopy                             E  11/23/2004  0999  C&D       0.00      $7.20       0.00      $7.20         520.69
1729796    Equitrac - Long Distance to 8054993572 E 11/24/2004  0999  C&D       0.00      $0.05       0.00      $0.05         520.74
1729892    Photocopy                             E  11/24/2004  0308  DBS       0.00     $33.00       0.00     $33.00         553.74
1729893    Photocopy                             E  11/24/2004  0308  DBS       0.00     $70.05       0.00     $70.05         623.79
1729898    Photocopy                             E  11/24/2004  0308  DBS       0.00    $109.20       0.00    $109.20         732.99
1729932    Photocopy                             E  11/24/2004  0999  C&D       0.00     $44.40       0.00     $44.40         777.39
1729940    Photocopy                             E  11/24/2004  0999  C&D       0.00     $71.70       0.00     $71.70         849.09
1731168    Photocopy                             E  11/29/2004  0999  C&D       0.00      $1.80       0.00      $1.80         850.89
1731191    Photocopy                             E  11/29/2004  0238  SLG       0.00      $0.60       0.00      $0.60         851.49
1731197    Photocopy                             E  11/29/2004  0238  SLG       0.00      $5.85       0.00      $5.85         857.34
1731201    Photocopy                             E  11/29/2004  0238  SLG       0.00      $0.30       0.00      $0.30         857.64
1732178    Equitrac - Long Distance to 3024261900 E 11/30/2004  0999  C&D       0.00      $2.54       0.00      $2.54         860.18
1732358    Photocopy                             E  11/30/2004  0244  AT        0.00     $32.40       0.00     $32.40         892.58
1733902    Database Research by BAS on 11/30     E  11/30/2004  0999  C&D       0.00    $102.91       0.00    $102.91         995.49
Total Expenses                                                                  0.00    $995.49       0.00    $995.49


            Matter Total Fees                                                            0.00                    0.00


            Matter Total Expenses                                                      995.49                  995.49


            Matter Total                                                         0.00  995.49        0.00      995.49



            Prebill Total Fees


            Prebill Total Expenses                                                     $995.49                $995.49


            Prebill Total                                                         0.00 $995.49        0.00    $995.49
```

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                Page:    1
Matter      000                    Disbursements                                          12/20/2004
                                                                                    Print Date/Time:
                                                                                          12/20/2004
                                                                                          3:25:25PM
Attn:                                                                                      Invoice #
Previous Billings
```

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,746.88 | 12,746.88 |
| 47,743 | 11/22/2004 | 27,516.24 | 27,516.24 |
|  |  | 1,403,843.21 | 277,110.05 |