UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:                                              In Proceedings for a
                                                    Reorganization under
                                                    Chapter 11
                                    )
W.R. GRACE & COMPANY, ET AL

                                    )

   Debtors.                                         Case No. 01-01139-JKF
                                                    And all related actions

VERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

RANDALL D. COLLINS, being first duly sworn, hereby deposes and states as follows:

I am an attorney with Herschel L. Hobson at the offices at 2190 Harrison, Beaumont, Texas 77701

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 22, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3. Exhibit A hereto consists of an Excel Spreadsheet containing a list of all Asbestos Creditors represented by HERSCHEL L. HOBSON with Claims against the Debtor(s). For each Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed HERSCHEL L. HOBSON under an employment contract with HERSCHEL L. HOBSON. A blank but unredacted

exemplar of HERSCHEL L. HOBSON's standard form of agreement or instrument authorizing representation of creditors is attached hereto as Exhibit B. If more than one such standard from of agreement or instrument is used by HERSCHEL L. HOBSON one exemplar of each such agreement or instrument is included in Exhibit B, and labeled B-1, B-2, etc. For each Asbestos Creditor represented by HERSCHEL L. HOBSON and listed on Exhibit A, the form of instrument executed by that client is indicated on Exhibit A.

declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 29, 2004.

                                    Respectfully submitted,

By: _____
HERSCHEL L. HOBSON
State Bar No. 09744600
RANDALL D. COLLINS
State Bar No. 04616250
2190 Harrison
Beaumont, Texas 77701
(409) 838-6410
(409) 838-6084

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELEWARE

In Re:

In Proceedings for a
Reorganization under
Chapter 11

W.R. GRACE & COMPANY, ET AL

Debtors.

Case No. 01-01139-JKF
And all related actions

### NOTICE OF FILING RULE 2019 STATEMENT OF REPRESENTATION BY HERSCHEL L. HOBSON (EXHIBITS NOT SCANNED BY ACCESSIBLT BY COURT ORDER)

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

HERSCHEL L. HOBSON, P.C. in compliance with the October 22, 2004 Order of Court, has filed its Statement pursuant to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, Delaware 19801

Dated: December 29, 2004

Respectfully submitted,

By: _____
HERSCHEL L. HOBSON
State Bar No. 09744600
RANDALL D. COLLINS
State Bar No. 04616250
2190 Harrison
Beaumont, Texas 77701
(409) 838-6410
(409) 838-6084

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In Re: | ) | In Proceedings for a Reorganization under Chapter 11 |
| W.R. GRACE & COMPANY, ET AL | ) | |
| Debtors. | | Case No. 01-01139-JKF And all related actions |

### CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of HERSCHEL L. HOBSON's Notice of Filing 2019 Statement has been served on all parties of the official service list in this matter. Due to the voluminous nature of the service list, this office has not attached a copy of the service list hereto, however, will make copies available to any party upon request. Said service was completed by United States First Class Mail, postage prepaid this 29th day of December 2004.

HERSCHEL L. HOBSON
RANDALL D. COLLINS

By: _____
Herschel L. Hobson/Randall D. Collins
Attorneys for Plaintiffs

HERSCHEL L. HOBSON
State Bar No. 09744600
RANDALL D. COLLINS
State Bar No. 04616250
2190 Harrison
Beaumont, Texas 77701
(409) 838-6410