IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                    Chapter 11
W.R. GRACE & COMPANY,

                                                          Case No. 01-1139-JKF

            Debtor


### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Patrick C. Malouf, being first duly sworn, hereby deposes and states as follows:

1       I am an attorney with Porter & Malouf, P.A., 825 Ridgewood Road, Ridgeland, MS 39157

2.      This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3.      The law firm of Porter & Malouf, P.A., has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4.      The order signed certifies that each creditor named on the attached list has executed a Power of Attorney authorizing Porter & Malouf, P.A., to represent the creditor in bankruptcy proceedings.

5       The address of each Creditor for purposes hereof is c/o Porter & Malouf, P.A. P.O. Box 12768, Jackson, MS 39236.

6.      The Creditors hold claims in varying amounts for monetary damages due to personal injury incurred by exposure to asbestos products manufactured and/or distributed and/or

specified for use by the Debtor.   Pursuant to the Revised Order, all of the relevant information

identifying the Creditors and the nature and amount of their claim is contained in exhibits which

have not been scanned, but available upon motion and order of the Court.

7.    The Law Offices of Porter & Malouf, P.A.,  does not hold any claims against or

interest in the Debtor.

8.    The Law Offices of Porter & Malouf, P.A., will file an amended and supplemental

statement setting forth any material changes in the facts contained in this Verified Statement,

should any such changes occur.

Porter & Malouf, P.A.
Dated: 12 - 7 - 04

Patrick C. Malouf   Bar No. 9702
825 Ridgewood Road
Ridgeland MS 39157
(601)957-1173
(601)957-7366

Sworn to before me this 7 day
of December, 2004.

Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 23, 2008
BONDED THRU STEGALL NOTARY SERVICE