IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Dkt. No. 7309 |
| | ) | |

**ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 5003-1(b) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, AND DIRECTING THE CLERK OF THE COURT, TO FILE UNDER SEAL THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF**

Upon the motion, dated December 21, 2004 (the "Motion"), of the Official Committee of Asbestos Personal Injury Claimants (the "Committee") for the entry of an order pursuant to Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 5003-1(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") authorizing the Committee, and directing the Clerk of the Court, to file under seal the Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief (the "Objection"); and due and sufficient notice of the Motion having been provided; and upon due deliberation and sufficient cause appearing therefore:

IT IS HEREBY FOUND THAT:

{D0003673:1 }

  A. The relief requested in the Motion is in the best interests of the Debtors' estates; and

  B. The Objection contains confidential information that would be damaging to the Debtors and their estates if revealed to the their competitors; therefore, it is hereby

ORDERED THAT:

  1. The Motion is granted and the Committee is authorized to file the Objection under seal for *in camera* review.

  2. Pursuant to Section 107(b) of the Bankruptcy Code and Local Rule 5003-1(b), the Clerk of the Court is directed to file the Objection under seal in an envelope, clearly indicating that the Objection has been filed under seal by order of the United States Bankruptcy Court for the District of Delaware and may not be unsealed until and unless permitted by further order of the Court.

  3. The Court shall retain jurisdiction to enforce this Order and the confidentiality of the Objection and the information contained therein, including authority to impose sanctions on any person or entity that violates this Order.

Dated: January 3, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0003673:1}  2