IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Francis A. Monaco, Jr., Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admissions pro hac vice of Michael S. Etkin, Esquire, of the law firm Lowenstein Sandler, PC. The Admittee is admitted, practicing, and in good standing in the States of New Jersey and New York, the District of New Jersey and the Southern, Eastern and Northern Districts of New York and the Second Circuit.

Francis A. Monaco, Jr., #2078
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(302) 656-8162

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course, or in the preparation, of this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Michael S. Etkin, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2480

Motion Granted.

Dated: _____

BY THE COURT:

_____
United States Bankruptcy Judge

Document #: 39415