# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED
2004 DEC 13 AM 11: 32
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | In the Proceedings for a |
| W.R. Grace & Co., et al. | Reorganization under Chapter 11 |
| Debtor(s). | Case No. 01-1139-JKF |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED.R.BANKR.P.2019

JULIE A. ARDOIN, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with The Murray Law Firm, with offices at 909 Poydras Street, Suite 2550, New Orleans, Louisiana 70112. The Murray Law Firm has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors in the above-referenced bankruptcy, (the "Creditors").

1. A blank, but unredacted, exemplar copy of an Employment Contract and Limited Power of Attorney authorizing The Murray Law Firm to act on behalf of the Creditors is referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

2. An Excel spreadsheet outlining the name and personal address of each Creditor, form of agreement empowering The Murray Law Firm to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of The Murray Law Firm is referenced herein as Exhibit "B", which has not been attached but may be accessed by parties who obtain court order authorizing access.