IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., ET AL.,

    Debtors.

In Proceedings for a Reorganization under Chapter 11

01-1139-JFK

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F. R. B. P. RULE 2019

JANET L. RICE, being first duly sworn, hereby deposes and states as follows:

am attorney with the law firm of Schroeter, Goldmark and Bender, 810 Third Avenue, Suite 500, Seattle, Washington 98104.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P.2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of Schroeter, Goldmark and Bender has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto.

4. The Verified Statement certifies that each creditor named on the attached list has executed a contract of employment authorizing Schroeter, Goldmark and Bender to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to asbestos exposure. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but are available upon motion and order of the Court.

7. The Law Offices of Schroeter, Goldmark and Bender do not hold any claims against or interest in the Debtor.

8. The Law Offices of Schroeter, Goldmark and Bender will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 30th day of December, 2004.

JANET L. RICE, WSBA #9386
Counsel for Plaintiffs
SCHROETER GOLDMARK & BENDER
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305

STATE OF WASHINGTON

                                          ) ss

COUNTY OF KING

       SUBSCRIBED AND SWORN TO before me on this 30th day of December, 2004, by Melissa R. Mather.

                                       _/s/ Melissa R Mather_
                                       Print Name: Melissa R. Mather
                                       NOTARY PUBLIC in and for the State of
                                       Washington, residing at Seattle.
                                       My appointment expires 5/25/06

[Notary seal: MELISSA R. MATHER, COMMISSION EXPIRES, NOTARY PUBLIC, 5-25-06, STATE OF WASHINGTON]