UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: )
)
W.R. GRACE & CO., et al., ) Case No. 01-01139 (JKF)
a Delaware Corporation, ) (Jointly Administered)
)
Debtor ) Chapter 11
)

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Edward Cottingham, Jr. is no longer with Motley Rice LLC and will no longer be representing the following claimants:

| NAME | CLAIM # |
|---|---|
| American Legion | 00003406 |
| Catholic Diocese of Little Rock | 00003515 |
| City of Barnesville | 00006936 |
| Cherry Hill Plaza | 00002977 |
| Church of the Most Holy Redeemer | 00006933 |
| Church of St. Joseph | 00004075 |
| Church of St. Luke | 00006934 |
| Church of St. Helena of Minneapolis | 00003512 |
| Church of St. Leo the Great | 00006935 |
| First United Methodist Church | 00006932 |
| Fargo Housing Authority | 00003405 |
| Foss, Alvin | 00003185 |
| State of Washington | 00006940 |
| | 00006944 |
| | 00006941 |
| | 00006937 |
| | 00006938 |
| | 00006939 |

1

| | |
|---|---|
| State of Washington (cont.) | 00006942 |
| | 00006943 |
| Port of Seattle | 00009645 |
| | 00009646 |
| | 00009647 |
| | 00015441 |
| | 00015442 |
| | 00015443 |

James M. Hughes of Motley Rice LLC will now be assuming representation of these Claimants. All future service lists, pleadings, etc. should be directed to the attention of James M. Hughes in place of Edward Cottingham, Jr.

PLEASE TAKE FURTHER NOTICE that with regard to ZAI Claimants Marco Barbanti, Ralph Busch, Paul Price, James and Doris McMurchie, and John and Margery Prebil, all future service lists, pleadings, etc., should also reflect that James M. Hughes is the responsible attorney.

Dated: January 3, 2004              Respectfully submitted,

_____
James M. Hughes, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
Direct Dial: (843) 216-9133
Facsimile: (843) 216-9440
**Counsel for Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port of Seattle**