7243279117

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
-----------------------------------------------------------X
In re:

W.R. Grace & Co.-Conn.

In proceedings for Reorganization under
Chapter 11

Case No. 01-01140
Jointly Administered

("the Debtor")
-----------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that RJ Lee Group Inc. has changed his/her/its address and request that services of all papers in this matter be sent to the new address noted below.

**New Address**

RJ Lee Group Inc.
350 Hochberg Rd.
Monroeville, PA 15146

**Old Address**

RJ Lee Group Inc.
PO Box 400265
Pittsburgh, PA 15268

Dated: 12/22/04

Signature: [signature]

Title: Controller