**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                       )
**IN RE:**                             )   **In Proceedings for a**
                                       )   **Reorganization under**
**W. R. GRACE & CO.**                  )   **Chapter 11**
                                       )
          **Debtor.**                  )   **Case No. 01-1139-JKF**
_____ )

**VERIFIED STATEMENT OF LANDRY & SWARR, L.L.C.**
**PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE**

Landry & Swarr, L. L. C., counsel to Plaintiffs, creditor and party in interest in this chapter 11 case, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, representing as follows:

1.  W. R. Grace & Co. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on April 2, 2001.

2.  Landry & Swarr, L.L.C. currently represents the following creditors and parties in interest in this chapter 11 case. (See attached list of Creditors.)

3.  Landry & Swarr, L.L.C. has fully advised each of the parties above with respect to their concurrent representation.  Each of the parties has consented

1


to such representation and has requested that Landry & Swarr, L.L.C. represent them in this case.

4. The creditors that this law firm represents have the following claims against Debtor: asbestos related personal injury.

5. Landry & Swarr, L.L.C. does not hold any claim against or own any interest in Debtor, nor has it at any time held any such claim or owned any such interest.

6. The verification of this Statement certifies that each creditor named on the attached list has executed a Power of Attorney authorizing Landry & Swarr L.L.C. to represent the creditor in the bankruptcy proceedings. Exemplars of these documents are Exhibit 1 (Contract), which have not been scanned, but which are available upon motion and order of the Court.

7. Landry & Swarr, L.L.C. have been retained as counsel for individual creditors in the above referenced bankruptcy. The list of each of these creditors' names and addresses is contained in Exhibit 2 (CDs) which has not been scanned, but which is available upon motion and order of the Court.

I, Mickey P. Landry, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: December ____, 2004
         New Orleans, Louisiana

Respectfully submitted,

LANDRY & SWARR, L.L.C.


\_\_\_/s/ Mickey P. Landry_____
Mickey P. Landry, La. Bar No. 22817
1010 Common Street, Suite 2050
New Orleans, LA 70112
Tel: (504)299-1214
Fax: (504)299-1215
e-mail:  lslaw@landryswarr.com