UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

W.R. GRACE & CO., ET AL,

Debtor,

§ In Proceedings for a
§
§ Reorganization under Chapter 11
§
§ Case No. 01-01139-JKF
§
§
§

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. 2019

THOMAS BEVAN, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with Bevan & Associates LPA, Inc. with offices at 10360 Northfield Rd., Northfield, Ohio 44067. Bevan & Associates LPA, Inc. ("Bevan & Associates") has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors (the "Creditors") in the above-referenced bankruptcy.

1. A blank, but unredacted exemplar copy of an Employment Contract and Limited Power of Attorney authorizing Bevan & Associates to act on behalf of the Creditors is referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

2. An Excel spreadsheet outlining the name and personal address of each Creditor, form of agreement empowering Bevan & Associates to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of the

1

Bevan & Associates is referenced herein as Exhibit "B", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3. At time of employment, Bevan & Associates retained a contingency fee interest in each Creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditor signed his/her Employment Contract. Amounts paid vary per Creditor and Bevan & Associates has not sold or disposed of any Creditor's claims.

4. Bevan & Associates files this Verified Statement Bevan & Associates LPA, Inc. pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, dated October 31, 2003 (Dkt. #2220), and is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bank.P. 2019, which was entered on October 22, 2004. Exhibits "A" and "B", as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Dated: 12/14/04

BEVAN & ASSOCIATES LPA, INC.

_____
Thomas W. Bevan
OH State Bar No. 0054063
Bevan & Associates LPA, Inc.
10360 Northfield Rd.
Northfield, OH 44067
PH:   (330) 650-0088
FAX:  (330) 467-4493

2

## DECLARATION OF THOMAS BEVAN OF
## BEVAN & ASSOCIATES LPA, INC.

I, Thomas Bevan, lead counsel for Bevan & Associates LPA, Inc., hereby declare, under penalty of perjury, that the representations in the foregoing Amended Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. 2019, are true and correct to the best of my knowledge, information and belief.

Dated: 12/21/04

BEVAN & ASSOCIATES LPA, INC.

_____
Thomas W. Bevan

3

## CERTIFICATE OF SERVICE

I, Thomas Bevan, do hereby certify that on this 21st day of December, 2004, I caused a true and correct copy of the foregoing Amended Verified Statement in Connnection with the Representation of Creditors as Required by F.R.B.P. 2019 to be served via first class U.S. Mail, postage prepaid on the parties designated on the attached service list.

THOMAS BEVAN

4

## TRUSTEE AND DEBTOR SERVICE LIST FOR
## W.R. GRACE

Trustee:	Frank Perch
	Office of the United States Trustee
	J. Caleb Boggs Federal Building
	844 N. King Street, Suite 2207
	Wilmington, DE 19801

Debtor:	James H.M. Sprayregan
	Kirkland & Ellis
	200 East Randolph Drive
	Chicago, IL 60601