IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Michael F. Brown and Andrea L. D'Ambra to represent American Employers Insurance Company, Employers Commercial Union n/k/a OneBeacon America Insurance Company and Unigard Insurance Company in this above-captioned matter.

Movant hereby discloses Andrea L. D'Ambra served as a law clerk to the Honorable Ronald L. Buckwalter from September 2003 to September 2004.  During her term as law clerk, she was not involved in the research or adjudication of any matter relating to this case.

Dated: January 4, 2005

Respectfully submitted,

_____/s/ David P. Primack_____
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE  19801-1254
(302) 467-4200

Attorneys for the American Employers
      Insurance Company, Employers
      Commercial Union n/k/a OneBeacon
      America Insurance Company and
      Unigard Insurance Company

WM\3399\1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission of Michael F. Brown and Andrea L. D'Ambra *pro hac vice* is granted.


Date:  _____        _____

Judith K. Fitzgerald
United States Bankruptcy Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and State of New Jersey and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

Dated:  January 4, 2005

Michael F. Brown, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700

WM\3399\1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bars of Virginia,

Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to disciplinary

jurisdiction of this Court for any alleged misconduct which occurs in the preparation or

course of this action.  I also certify I am generally familiar with this Court's Local Rules.


Dated:  January 4, 2004

Andrea L. D'Ambra, Esquire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700