IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )

W.R. GRACE & CO., et al

In Proceedings for a
Reorganization under
Chapter 11

Debtor(s).

Case No.: 01-1139-JKF

## AMENDED VERIFIED STATEMENT AS REQUIRED BY F.R.B.P. RULE 2019

MICHAEL C. SHEPARD, being first duly sworn, hereby deposes and states as follows:

I am an attorney with The Shepard Law Firm, P.C. 10 High Street, Suite 1100, Boston, MA, 02110.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The Shepard Law Firm, P.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. Pursuant to the Court's Order, an electronic spreadsheet containing the name and address of each of these creditors has been submitted to the Clerk on two (2) CD-Roms. The spreadsheet also includes the other additional information required by the Order.

4. A blank copy of the form of the Instrument(s) empowering The Shepard Law Firm, P.C. to act on behalf of the represented claimants is included on the CD-Roms filed with the Clerk.

For service and notice purposes, the address to be used for each represented Creditor on the submitted CD-Roms is: "c/o Michael C. Shepard, The Shepard Law Firm, P.C., 10 High Street, Boston, MA 02110."

6.     he Shepard Law Firm, P.C. does not hold any claims against or interest in the Debtor.

The Shepard Law Firm, P.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

This Statement is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P.2019, which was entered on October 22, 2004. Exhibits "A" and "B," as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 3RD DAY OF JANUARY, 2005

On Behalf of Certain Creditors
Listed on Supplied CD-Roms,

_____
Michael C. Shepard, Esq.
MA Bar No. 567842
The Shepard Law Firm, P.C.
10 High Street
Boston, MA 02110
Phone: (617) 451-9191
Fax: (617) 451-9292