IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | Re: Docket No. 7282 |

**JOINDER IN CERTAIN INSURERS' LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF AND TO DEBTORS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING <u>ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATION</u>**

American Employers Insurance Company, Employers Commercial Union n/k/a OneBeacon America Insurance Company and Unigard Insurance Company, by and through their undersigned counsel, hereby join the *Certain Insurers' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation* [Docket No. 7282].

Dated: January 4, 2005

/s/ David P. Primack
David P. Primack, Esq. (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801
(302) 467-4200

Attorneys for American Employers
     Insurance Company, Employers
     Commercial Union n/k/a OneBeacon
     America Insurance Company and
     Unigard Insurance Company

WM\3401\1