IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 4th day of January, 2005, I caused a copy of the ***Joinder in Certain Insurers' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and to Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation, Notice of Appearance and Request for Notices and Service of Papers and Motion for Admission Pro Hac Vice*** to be served upon the following parties-in-interest in the manner indicated:

*Hand Delivery*
Teresa K.D. Currier, Esq.
KLETT ROOMEY LIEBER &
SCHORLING
1000 West Street, Suite 1410
Wilmington, DE  19801

*Hand Delivery*
Laura Davis Jones, Esq.
PACHULSKI, STANG, ZIEHL, YOUNG,
 JONES & WEINTRAUB
919 North Market Street, 16th Floor
Wilmington, DE  19801

*Hand Delivery*
Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE  19801

*Hand Delivery*
Michael R. Lastowski, Esq.
DUANE MORRIS & HECKSCHER, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

*Hand Delivery*
Michael B. Joseph, Esq.
FERRY & JOSEPH, P.A.
824 Market Street, Suite 904
Wilmington, DE  19801

*Hand Delivery*
Marla Eskin, Esq.
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

WM\3402\1

*First Class Mail*
Elihu Inselbuch, Esq.
CAPLIN & DRYSDALE
399 Park Avenue, 36th Floor
New York, NY 10022

|  |  |
|---|---|
| Dated: January 4, 2005 | /s/ David P. Primack |
|  | David P. Primack (DE 4449) |
|  | Drinker Biddle & Reath LLP |
|  | 1100 North Market Street, Suite 1000 |
|  | Wilmington, DE 19801-1254 |
|  | (302) 467-4200 |
|  |  |
|  | Attorneys for American Employers Insurance Company, Employers Commercial Union n/k/a OneBeacon America Insurance Company and Unigard Insurance Company |

WM\3402\1