# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date: October 18, 2004, at 4:00 p.m.** |
| | | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

## FORTIETH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

| | |
|---|---|
| Name of Applicant: | Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 3, 2001 |
| Period for which Compensation and Reimbursement is Sought: | July 1, 2004 through July 31, 2004 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $18,385.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $24,458.32 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

6472
9-27-04

This is a:   xx monthly        _ interim        _ final application.

The total time expended for preparation of this fee application is approximately 2 hours and the corresponding compensation requested is approximately $800.00.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 4/2/01-4/30/01 | $62,472.75 | $23,277.13 | $62,472.75 | $23,277.13 |
| 08/09/01 | 5/1/01-5/31/01 | $29,929.00 | $15,670.64 | $29,929.00 | $15,670.64 |
| 09/07/01 | 6/1/01-6/30/01 | $30,195.50 | $37,763.45 | $30,195.50 | $37,763.45 |
| 09/11/01 | 7/1/01-7/31/01 | $17,040.50 | $20,323.76 | $17,040.50 | $20,323.76 |
| 10/31/01 | 8/1/01-8/31/01 | $ 9,407.50 | $20,486.61 | $ 9,407.50 | $20,486.61 |
| 11/13/01 | 9/1/01-9/30/01 | $13,158.00 | $10,035.46 | $13,158.00 | $10,035.46 |
| 11/27/01 | 10/1/01-10/31/01 | $13,420.75 | $ 8,922.92 | $13,420.75 | $ 8,922.92 |
| 1/22/02 | 11/1/01-11/30/01 | $39,991.50 | $22,398.11 | $39,991.50 | $22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $35,017.00 | $13,575.07 | $35,017.00 | $13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $48,356.50 | $38,671.08 | $48,356.50 | $38,671.08 |
| 05/31/02 | 02/01/02 – 02/28/02 | $46,611.50 | $25,627.01 | $46,611.50 | $25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $45,055.00 | $29,280.21 | $45,055.00 | $29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $49,562.00 | $25,475.46 | $49,562.00 | $25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $42,495.50 | $21,543.54. | $42,495.50 | $21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $32,819.00 | $29,869.61 | $32,819.00 | $29,869.61 |
| 10/01/02 | 07/01/02 – 07/31/02 | $22,630.00 | $17,187.01 | $22,630.00 | $17,187.01 |

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZYJ&W's subsequent fee applications.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 10/24/03 | 08/01/03 – 08/31/03 | $20,376.00 | $43,075.91 | $20,376.00 | $43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $24,433.50 | $19,744.93 | $24,433.50 | $19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $22,988.00 | $30,531.15 | $22,988.00 | $30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $20,729.50 | $33,211.18 | $20,729.50 | $33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $22,073.00 | $19,772.62 | $22,073.00 | $19,772.62 |
| 03/24/04 | 01/01/04 – 01/31/04 | $22,238.50 | $13,200.84 | $17,790.80 | $13,200.84 |
| 04/05/04 | 02/01/04 – 02/29/04 | $20,551.50 | $13,096.88 | $16,441.20 | $13,096.88 |
| 05/11/04 | 03/01/04 – 03/31/04 | $25,911.00 | $19,056.44 | $20,728.80 | $19,056.44 |
| 6/18/04 | 04/01/04 – 04/30/04 | $21,730.50 | $15,444.69 | $17,384.40 | $15,444.69 |
| 07/20/04 | 05/01/04 – 05/31/04 | $21,891.00 | $20,728.27 | $17,512.80 | $20,728.27 |
| 07/30/04 | 06/01/04 – 06/30/04 | $25,219.00 | $33,778.62 | $20,175.20 | $33,778.62 |

## PSZYJ&W PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Year of Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Shareholder 2000; Joined Firm 2000; Member of DE Bar since 1986 | $595.00 | 0.70 | $ 416.50 |
| Scotta E. McFarland | Of Counsel 2000; Member of DE Bar since 2001; CA Bar since 1993 | $425.00 | 0.10 | $ 42.50 |
| William L. Ramseyer | Of Counsel 1989; Member of CA Bar since 1980 | $375.00 | 5.30 | $ 1,987.50 |
| Curtis A. Hehn | Associate 2001; Member of DE Bar since 2002 | $320.00 | 1.10 | $ 352.00 |
| David W. Carickhoff | Associate 2000; Member of DE Bar since 1998 | $320.00 | 32.50 | $10,400.00 |
| Laurie A. Gilbert | Paralegal 2001 | $145.00 | 0.50 | $ 72.50 |
| Bruce Dean Campbell | Paralegal 2000 | $140.00 | 4.50 | $ 630.00 |
| Patricia E. Cuniff | Paralegal 2000 | $140.00 | 29.40 | $ 4,116.00 |
| Rita M. Olivere | Case Management Assistant 2000 | $ 75.00 | 0.90 | $ 67.50 |
| Christina M. Shaeffer | Case Management Assistant 2001 | $ 60.00 | 2.10 | $ 126.00 |
| Andrea R. Paul | Case Management Assistant 2001 | $ 60.00 | 2.00 | $ 120.00 |
| Donna N. Morton | Case Management Assistant 2003 | $ 55.00 | 1.00 | $ 55.00 |

Total Fees:     $18,385.50
Total Hours:       80.10
Blended Rate:  $   229.53

---

[3] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Asset Disposition | 3.90 | $1,140.00 |
| Case Administration | 21.60 | $2,552.50 |
| Claims Analysis (Asbestos) | 0.20 | $   64.00 |
| Claims Analysis (Non-Asbestos) | 4.50 | $1,386.00 |
| Employment Applications, Others | 3.50 | $1,120.00 |
| Employee Benefit/Pension | 2.20 | $  704.00 |
| Fee Applications, Applicant | 8.10 | $2,681.50 |
| Fee Applications, Others | 16.20 | $2,898.00 |
| Litigation (Non-Bankruptcy) | 19.90 | $5,839.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | AT&T | $ 1,247.12 |
| Delivery/Courier Service | Tri-State | $ 4,609.55 |
| Express Mail | DHL | $   779.93 |
| Fax Transmittal | | $ 1,574.00 |
| Overtime | | $     45.98 |
| Postage | U.S. Mail | $ 2,578.14 |
| Reproduction | | $13,623.60 |

Dated: 9|27, 2004

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

---

[4] PSZYJ&W may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

DOCS_DE:99501.1

## VERIFICATION

STATE OF DELAWARE          :
                          :
COUNTY OF NEW CASTLE   :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a)      I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as counsel to the Debtors and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZYJ&W.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED
before me this 27th day of September 2004.

Notary Public
My Commission Expires:   3-11-2006

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

-1-

# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

July 31, 2004

Invoice Number **61973**     **91100   00001**     **SEM**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD 21044

Balance forward as of last invoice, dated:  June 30, 2004                    $151,283.77

Net balance forward                                                          $151,283.77

Re:  W.R. Grace and Co.

| Statement of Professional Services Rendered Through | | | 07/31/2004 | | |
|---|---|---|---|---|---|
| | | | **Hours** | **Rate** | **Amount** |
| **ASSET DISPOSITION [B130]** | | | | | |
| 07/22/04 | DWC | Review and respond to Sam Blatnick email regarding real property in Atlanta, GA and review proposed sale agreement. | 0.70 | 320.00 | $224.00 |
| 07/28/04 | DWC | Review and revise quarterly reports regarding settlements and asset sales. | 0.40 | 320.00 | $128.00 |
| 07/28/04 | PEC | Prepare Debtor's Twelfth Quarterly Report of Asset Sales for filing and service (.5); Draft Certificate of Service (.1). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | DWC | Draft notice of sale of Darex facility in Atlanta, GA and review related material and emails regarding same. | 2.20 | 320.00 | $704.00 |
| | | **Task Code Total** | **3.90** | | **$1,140.00** |
| | | **CASE ADMINISTRATION [B110]** | | | |
| 07/02/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/02/04 | ARP | Prepare hearing notebook. | 2.00 | 60.00 | $120.00 |
| 07/07/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/08/04 | RMO | Maintain document control. | 0.10 | 75.00 | $7.50 |
| 07/08/04 | CMS | Prepare Hearing Notebook. | 2.10 | 60.00 | $126.00 |
| 07/12/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/12/04 | DNM | Prepare Hearing Notebook. | 1.00 | 55.00 | $55.00 |
| 07/19/04 | PEC | Review docket | 0.30 | 140.00 | $42.00 |
| 07/19/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/19/04 | PEC | Update critical dates memo | 1.50 | 140.00 | $210.00 |
| 07/20/04 | PEC | Return calls to creditors regarding case status | 0.80 | 140.00 | $112.00 |
| 07/20/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/20/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/20/04 | PEC | Update critical dates memo | 0.60 | 140.00 | $84.00 |

Invoice number  61973        91100   00001                              **Page  2**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/21/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 07/21/04 | PEC | Update critical dates memo | 1.20 | 140.00 | $168.00 |
| 07/21/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/21/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 07/22/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 07/22/04 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 07/22/04 | PEC | Review docket for updates | 0.20 | 140.00 | $28.00 |
| 07/22/04 | PEC | Respond to request of several parties for 2002 service list | 0.30 | 140.00 | $42.00 |
| 07/22/04 | PEC | Return calls to various creditors regarding case status | 0.50 | 140.00 | $70.00 |
| 07/23/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 07/23/04 | PEC | Update critical dates memo | 0.30 | 140.00 | $42.00 |
| 07/23/04 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 07/27/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.20 | 140.00 | $28.00 |
| 07/27/04 | PEC | Update critical dates memo. | 1.50 | 140.00 | $210.00 |
| 07/27/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| 07/27/04 | PEC | Return calls to various parties regarding case status. | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Review daily correspondeence and pleadings and forward to the appropriate parties. | 0.30 | 140.00 | $42.00 |
| 07/28/04 | PEC | Update critical dates memo. | 1.10 | 140.00 | $154.00 |
| 07/28/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| 07/29/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.30 | 140.00 | $42.00 |
| 07/29/04 | PEC | Update critical dates memo. | 1.10 | 140.00 | $154.00 |
| 07/29/04 | PEC | Return calls to various creditors regarding case status. | 0.40 | 140.00 | $56.00 |
| 07/29/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| 07/30/04 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 07/30/04 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties. | 0.20 | 140.00 | $28.00 |
| 07/30/04 | PEC | Update critical dates memo. | 0.30 | 140.00 | $42.00 |
| 07/30/04 | PEC | Review docket. | 0.20 | 140.00 | $28.00 |
| | | **Task Code Total** | **21.60** | | **$2,552.50** |
| | | **WRG-CLAIM ANALYSIS (ASBESTOS)** | | | |
| 07/26/04 | DWC | Email Richard Stoper regarding asbestos property damage status. | 0.20 | 320.00 | $64.00 |
| | | **Task Code Total** | **0.20** | | **$64.00** |
| | | **WRG CLAIM ANALYSIS NONASBESTOS** | | | |
| 05/18/04 | CAH | Coordinate with David W. Carickhoff regarding claims objections to be filed on May 20, 2004. | 0.20 | 320.00 | $64.00 |
| 07/12/04 | DWC | Review and respond to emails regarding Peters Smith claim. | 0.30 | 320.00 | $96.00 |
| 07/14/04 | DWC | Review Reply to Nelson Claims. | 0.40 | 320.00 | $128.00 |
| 07/14/04 | DWC | Call with Rachel Schulman to review status of claims. | 0.40 | 320.00 | $128.00 |
| 07/14/04 | DWC | Emails with R. Schulman, T. Wood and Bill Hurley regarding claim objections and orders regarding the same. | 0.70 | 320.00 | $224.00 |
| 07/26/04 | DWC | Finalize 6th omnibus claim objection and emails with R. Schulman regarding same and emails with Sue Herrschaft re: same. | 2.20 | 320.00 | $704.00 |
| 07/30/04 | PEC | Prepare Bankruptcy Management Corporation's Declarations of Service Regarding Debtors' 3rd 4th, 5th | 0.30 | 140.00 | $42.00 |

and 6th Claim Objection Orders for filing.

| | | | | | |
|---|---|---|---|---|---|
| | Task Code Total | | 4.50 | | **$1,386.00** |

### WRG- EMPLOY. APP. , OTHERS

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/01/04 | DWC | Review and revise Motion to Expand Scope of Nelson Mullins retention. | 0.80 | 320.00 | $256.00 |
| 07/01/04 | DWC | Review Larry Ishol supplemental affidavit for Deloitte. | 0.20 | 320.00 | $64.00 |
| 07/13/04 | DWC | Review objections to Futures Rep applications to retain professionals. | 0.40 | 320.00 | $128.00 |
| 07/13/04 | DWC | Review and revise application to expand the scope of Nelson Mullins retention and draft order regarding same. | 1.30 | 320.00 | $416.00 |
| 07/14/04 | DWC | Review US Trustee objection to Future Rep's motion to retain Phillips. | 0.20 | 320.00 | $64.00 |
| 07/14/04 | DWC | Review Future Rep's reply to objections to its retention applications. | 0.20 | 320.00 | $64.00 |
| 07/15/04 | DWC | Review and revise amended Deloitte order and email S. Blatnick regarding same. | 0.40 | 320.00 | $128.00 |
| | Task Code Total | | 3.50 | | **$1,120.00** |

### EMPLOYEE BENEFIT/PENSION- B220

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/19/04 | DWC | Review and revise motion for authority to fund employee pension plans for 2004. | 2.20 | 320.00 | $704.00 |
| | Task Code Total | | 2.20 | | **$704.00** |

### WRG-FEE APPS., APPLICANT

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/02/04 | WLR | Review correspondence from Liliana Gardiazabal regarding May 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/03/04 | WLR | Prepare May 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/05/04 | WLR | Prepare May 2004 fee application | 0.30 | 375.00 | $112.50 |
| 07/05/04 | WLR | Update fee application status memorandum | 0.10 | 375.00 | $37.50 |
| 07/05/04 | WLR | Correspondence to Liliana Gardiazabal and Peg Broadwater regarding May 2004 fee application | 0.60 | 375.00 | $225.00 |
| 07/12/04 | WLR | Correspondence to Liliana Gardiazabal regarding June 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/14/04 | WLR | Draft 13th Quarterly (April 1, 2004 to June 30, 2004) | 0.60 | 375.00 | $225.00 |
| 07/19/04 | WLR | Review and revise 13th quarterly fee application (April 1, 2004 to June 30, 2004) | 0.40 | 375.00 | $150.00 |
| 07/19/04 | LDJ | Review and finalize interim fee application (May 2004) | 0.20 | 595.00 | $119.00 |
| 07/20/04 | LAG | Email and telephone conferences regarding issues and timing of fee application, cno, order approving compensation, and payment of approved fees and holdbacks. | 0.50 | 145.00 | $72.50 |
| 07/20/04 | PEC | Prepare PSZYJ&W's May Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 07/20/04 | DWC | Reivew PSZYJ&W May fee application. | 0.20 | 320.00 | $64.00 |
| 07/22/04 | WLR | Prepare June 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/22/04 | WLR | Correspondence to Liliana Gardiazabal regarding June 2004 fee application | 0.20 | 375.00 | $75.00 |
| 07/22/04 | WLR | Review correspondence from Liliana Gardiazabal regarding June 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/22/04 | WLR | Update fee application memorandum | 0.10 | 375.00 | $37.50 |
| 07/22/04 | WLR | Correspondence to Peg Broadwater regarding 13th | 0.20 | 375.00 | $75.00 |

**Invoice number   61973**        91100    00001                              **Page   4**

| | | | | | |
|---|---|---|---|---|---|
| | | Quarterly fee application | | | |
| /23/04 | WLR | Review correspondence from Liliana Gardiazabal regarding June 2004 fee application | 0.10 | 375.00 | $37.50 |
| 07/24/04 | WLR | Prepare June 2003 fee application | 0.40 | 375.00 | $150.00 |
| 07/24/04 | WLR | Draft June 2003 fee application | 0.30 | 375.00 | $112.50 |
| 07/27/04 | WLR | Update fee application status memorandum | 0.10 | 375.00 | $37.50 |
| 07/27/04 | WLR | Review and revise June 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/27/04 | WLR | Correspondence to Peg Broadwater regarding June 2004 fee application | 0.40 | 375.00 | $150.00 |
| 07/29/04 | LDJ | Review and finalize interim fee application (June 2004) | 0.30 | 595.00 | $178.50 |
| 07/30/04 | PEC | Prepare PSZYJ&W's June Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 07/30/04 | DWC | Review PSZYJ&W 's June fee application. | 0.20 | 320.00 | $64.00 |

|  |  |  |
|---|---|---|
| **Task Code Total** | **8.10** | **$2,681.50** |

**WRG-FEE APPLICATIONS, OTHERS**

| | | | | | |
|---|---|---|---|---|---|
| 07/01/04 | DWC | Review and execute Certificates of No Objection for Protiviti's February and Nelson Mullins' April fee application and Goodwin Procter's January, February and March fee applications. | 0.30 | 320.00 | $96.00 |
| 07/07/04 | DWC | Review and execute CNOs for Steptoe's January, February and March fee applications and Woodcock's February, March and April fee applications; Casner's April fee application and Carella's May fee appleiation. | 0.40 | 320.00 | $128.00 |
| 07/13/04 | DWC | Email to S. Blatnick regarding ordinary course professionals payments and quarterly report regarding same. | 0.30 | 320.00 | $96.00 |
| 07/13/04 | BDC | Review and prepare 32nd Casner & Edwards Fee Application (.3) address efiling and service of same (.5) | 0.80 | 140.00 | $112.00 |
| 07/13/04 | BDC | Review and prepare Nelson Mullins Riley & Scarborough, L.L.P. as Amended Application (.4) address efiling and service (.6) | 1.00 | 140.00 | $140.00 |
| 07/14/04 | DWC | Address ordinary course professional issues and emails regarding same. | 0.40 | 320.00 | $128.00 |
| 07/15/04 | DWC | Finalize OCP payment report and email S. Blatnick regarding same. | 0.40 | 320.00 | $128.00 |
| 07/19/04 | PEC | Prepare Carella Byrne Bain Gilfillan Cecchi Stewart & Olstein's May Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 07/19/04 | PEC | Prepare Woodcock Washburn's May Monthly Fee Application for filing and service (.4); File and serve (.4) | 0.80 | 140.00 | $112.00 |
| 07/23/04 | PEC | Draft Certification of No Objection Regarding Kirkland & Ellis LLP's May Monthly Fee Application and Certificate of Service (.4) Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 07/23/04 | PEC | Draft Certification of No Objection Regarding Pitney Hardin LLP's April Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 07/23/04 | PEC | Revise Certification of No Objection Regarding Bankruptcy Management Corporation's January Fee Application and Certificate of Service (.2); Prepare for filing and service (.4) | 0.60 | 140.00 | $84.00 |
| /23/04 | PEC | Revise Certification of No Objection Regarding Bankruptcy Management Corporation's February Fee Application and Certificate of Service (.2); Prepare for filing and service (.4) | 0.60 | 140.00 | $84.00 |
| 07/23/04 | PEC | Revise Certification of No Objection Regarding Bankruptcy Management Corporation's March Fee | 0.60 | 140.00 | $84.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Application and Certificate of Service (.2); Prepare for filing and service (.4) | | | |
| ../28/04 | PEC | Prepare Kirkland & Ellis' June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Kirkland & Ellis' June Fraudulent Conveyance Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Wallace King Marraro & Branson's June Monthly Fee Application for filing and service (.4); Draft Certificate of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Woodcock Washburn's June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | PEC | Prepare Goodwin Proctor's June Monthly Fee Application for filing and service (.4); Draft Affidavit of Service (.1). | 0.50 | 140.00 | $70.00 |
| 07/28/04 | DWC | Review and execute CNOs for BMC's January, February and March fee applications and Kirkland & Ellis' May fee application and Pitney Hardin's fee application. | 0.40 | 320.00 | $128.00 |
| 07/30/04 | PEC | Draft Protiviti Inc.'s May Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 07/30/04 | PEC | Draft Nelson Mullins Riley & Scarborough's May Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 07/30/04 | PEC | Revise Deloitte & Touche's October Certification of No Objection and draft Certificate of Service (.2); Prepare for filing and service (.4). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | PEC | Revise Deloitte & Touche's November Certification of No Objection and draft Certificate of Service (.2); Prepare for filing and service (.4). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | PEC | Revise Deloitte & Touche's December Certification of No Objection and draft Certificate of Service (.2); Prepare for filing and service (.4). | 0.60 | 140.00 | $84.00 |
| 07/30/04 | DWC | Review and execute CNOs for Deloitte's October, November and December fee applications; Protiniti's May fee application; and Nelson Mullins' May fee application. | 0.40 | 320.00 | $128.00 |
| 07/30/04 | DWC | Review and revise Kirkland & Ellis' motion regarding approval of payment of holdbacks and calls with Sam Blatnick re: same. | 0.70 | 320.00 | $224.00 |
| 07/30/04 | DWC | Review fee examiner report regarding fee applications with no issues and email L. Jones regarding same. | 0.20 | 320.00 | $64.00 |

|  |  |  |  |
|---|---|---|---|
| **Task Code Total** | | **16.20** | **$2,898.00** |

### LITIGATION (NON-BANKRUPTCY]

| | | | | | |
|---|---|---|---|---|---|
| 05/21/04 | CAH | Telephone call to Janet Baer regarding filing and service of status report. | 0.20 | 320.00 | $64.00 |
| 05/21/04 | CAH | Edit status report. | 0.30 | 320.00 | $96.00 |
| 05/21/04 | CAH | Follow-up on scheduling issue regarding May 24, 2004 hearing (0.2) and draft correspondence to debtors litigation team regarding service. | 0.40 | 320.00 | $128.00 |
| 07/01/04 | DWC | Review and revise draft agenda for July 19, 2004 hearing. | 0.30 | 320.00 | $96.00 |
| 07/02/04 | LDJ | Correspondence to Jan Baer regarding ADR procedures motion | 0.20 | 595.00 | $119.00 |
| 7/06/04 | DWC | Prepare for and attend telephonic hearing regarding Scotts Company motion for TRO. | 1.40 | 320.00 | $448.00 |
| 07/07/04 | DWC | Review draft order denying Scotts Motion and email Sam Blaterick regarding same. | 0.30 | 320.00 | $96.00 |
| 07/09/04 | DWC | Review and respond to Bernie Conaway call regarding order denying Scotts Company Motion. | 0.20 | 320.00 | $64.00 |

**Invoice number  61973**      91100   00001                                      **Page  6**

| Date | | Description | | | |
|---|---|---|---|---|---|
| 07/12/04 | DWC | Finalize agenda for July 19, 2004 hearing and emails re: same. | 0.50 | 320.00 | $160.00 |
| 07/12/04 | DWC | Review and respond to emails regarding order denying Scotts Company motion. | 0.30 | 320.00 | $96.00 |
| 07/13/04 | DWC | Emails and calls regarding July 19, 2004 omnibus hearing with J. Baer and S. Blatnick. | 0.80 | 320.00 | $256.00 |
| 07/13/04 | DWC | Review and respond to Anne Boutin letter regarding July 19, 2004 hearing. | 0.20 | 320.00 | $64.00 |
| 07/13/04 | BDC | Telephone conferences with USBC Clerk regarding Designation of Record on Appeal (.2) find requested information on docket and print out same (.4) sent all to Clerk (.2) | 0.80 | 140.00 | $112.00 |
| 07/14/04 | DWC | Review and revise motion and order to further extend time to remove actions. | 1.20 | 320.00 | $384.00 |
| 07/14/04 | DWC | Prepare amended agenda notice. | 0.40 | 320.00 | $128.00 |
| 07/14/04 | BDC | Draft Amended Notice of Agenda of Matters Scheduled for Hearing on July 19, 2004 (.6) address efiling and service (.6) | 1.20 | 140.00 | $168.00 |
| 07/14/04 | BDC | Emails from/to David W. Carickhoff regarding W.R. Grace Amended Agenda and status charts (.2) make edits to status charts and Amended Agenda (.5) | 0.70 | 140.00 | $98.00 |
| 07/15/04 | DWC | Call with K. Mangan re: City of Cambridge regarding ADR issues; email regarding same to J. Baer. | 0.40 | 320.00 | $128.00 |
| 07/16/04 | DWC | Prepare for July 19, 2004 hearing. | 2.10 | 320.00 | $672.00 |
| 07/16/04 | DWC | Draft certification of counsel regarding Scotts Company Motion and finalize order denying same. | 0.60 | 320.00 | $192.00 |
| 07/16/04 | DWC | Emails and calls regarding July 19, 2004 hearing. | 0.40 | 320.00 | $128.00 |
| 07/19/04 | DWC | Prepare for and attend hearing. | 5.00 | 320.00 | $1,600.00 |
| 07/19/04 | DWC | Review and respond to Rick Wyron emails and Rachel Schulman email regarding hearing. | 0.30 | 320.00 | $96.00 |
| 07/20/04 | DWC | Emails with S. Blatnick and P. Cuniff regarding order denying Scotts Company Motion. | 0.30 | 320.00 | $96.00 |
| 07/21/04 | DWC | Address Brian Conaway voice message regarding order Denying Scotts Company Motion. | 0.20 | 320.00 | $64.00 |
| 07/21/04 | DWC | Emails with co-counsel regarding orders entered from July 19, 2004 hearing. | 0.50 | 320.00 | $160.00 |
| 07/23/04 | SEM | Email to David W. Carickhoff regarding 3rd Cir. Order (.10). | 0.10 | 425.00 | $42.50 |
| 07/28/04 | PEC | Prepare Debtor's Twelfth Quarterly Report of Settlements for filing and service (.5); Draft Certificate of Service (.1). | 0.60 | 140.00 | $84.00 |

| | | |
|---|---|---|
| **Task Code Total** | **19.90** | **$5,839.50** |
| **Total professional services:** | **80.10** | **$18,385.50** |

**Costs Advanced:**

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/18/2004 | RE | Reproduction Expense. [E101] | $2.25 |
| 05/24/2004 | CC | Conference Call---Genesys Conference Call Services. [E105] | $1,247.12 |
| 06/23/2004 | FX | Fax Transmittal. [E104] | $10.00 |
| 06/23/2004 | RE | Reproduction Expense. [E101] | $2.25 |
| 06/26/2004 | RE | Reproduction Expense. [E101] | $0.90 |
| 06/29/2004 | DH | DHL | $9.80 |
| 06/29/2004 | DH | DHL | $8.21 |
| 06/29/2004 | DH | DHL | $12.02 |
| 06/29/2004 | DH | DHL | $13.26 |
| 06/30/2004 | DC | TriState | $360.00 |
| 06/30/2004 | DC | TriState | $23.85 |
| 06/30/2004 | DC | TriState | $23.85 |
| 06/30/2004 | DC | TriState | $15.00 |
| 06/30/2004 | DH | DHL | $9.65 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/30/2004 | DH | DHL | $16.95 |
| 5/30/2004 | DH | DHL | $9.65 |
| 07/01/2004 | DC | TriState | $15.00 |
| 07/01/2004 | DC | TriState | $21.20 |
| 07/01/2004 | DC | TriState | $369.00 |
| 07/01/2004 | DC | TriState | $23.85 |
| 07/01/2004 | DC | TriState | $23.85 |
| 07/01/2004 | DC | Parcels | $24.90 |
| 07/01/2004 | DH | DHL | $20.64 |
| 07/01/2004 | DH | DHL | $10.17 |
| 07/01/2004 | DH | DHL | $10.17 |
| 07/01/2004 | PO | Postage | $12.16 |
| 07/01/2004 | PO | Postage | $125.40 |
| 07/01/2004 | RE | (G7 CORR 12 @0.15 PER PG) | $1.80 |
| 07/01/2004 | RE | (F5 CORR 351 @0.15 PER PG) | $52.65 |
| 07/01/2004 | RE | (F5 CORR 226 @0.15 PER PG) | $33.90 |
| 07/01/2004 | RE | (F6 AGR 201 @0.15 PER PG) | $30.15 |
| 07/01/2004 | RE | (F7 DOC 76 @0.15 PER PG) | $11.40 |
| 07/01/2004 | RE | (F8 CORR 60 @0.15 PER PG) | $9.00 |
| 07/01/2004 | RE | (F4 AGR 697 @0.15 PER PG) | $104.55 |
| 07/01/2004 | RE | (F7 DOC 126 @0.15 PER PG) | $18.90 |
| 07/01/2004 | RE | (F4 AGR 1182 @0.15 PER PG) | $177.30 |
| 07/01/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/01/2004 | RE | (F7 DOC 4 @0.15 PER PG) | $0.60 |
| 07/01/2004 | RE | (F7 DOC 4 @0.15 PER PG) | $0.60 |
| 07/01/2004 | RE | (F0 AGR 579 @0.15 PER PG) | $86.85 |
| 07/01/2004 | RE | (F3 EQU 420 @0.15 PER PG) | $63.00 |
| 07/01/2004 | RE | (F4 CORR 982 @0.15 PER PG) | $147.30 |
| 07/01/2004 | SO | Secretarial Overtime---(C.Neuberger) | $27.59 |
| 07/02/2004 | DC | TriState | $21.20 |
| 07/02/2004 | DH | DHL | $22.90 |
| 07/02/2004 | DH | DHL | $10.82 |
| 07/02/2004 | DH | DHL | $10.82 |
| 07/02/2004 | FX | (B1 AGR 5 @1.00 PER PG) | $5.00 |
| 07/02/2004 | PO | Postage | $1.20 |
| 07/02/2004 | RE | (F5 CORR 27 @0.15 PER PG) | $4.05 |
| 07/02/2004 | RE | (F5 CORR 15 @0.15 PER PG) | $2.25 |
| 07/02/2004 | RE | (F7 DOC 5 @0.15 PER PG) | $0.75 |
| 07/02/2004 | RE | (F3 EQU 787 @0.15 PER PG) | $118.05 |
| 07/02/2004 | RE | (F4 AGR 1532 @0.15 PER PG) | $229.80 |
| 07/02/2004 | RE | Reproduction Expense. [E101] | $4.95 |
| 07/06/2004 | DC | TriState | $32.50 |
| 07/06/2004 | DC | TriState | $15.00 |
| 07/06/2004 | DC | TriState | $108.00 |
| 07/06/2004 | DC | Parcels | $32.50 |
| 07/06/2004 | DC | Parcels | $7.50 |
| 07/06/2004 | DH | DHL | $10.97 |
| 07/06/2004 | DH | DHL | $10.97 |
| 07/06/2004 | DH | DHL | $21.98 |
| 07/06/2004 | FE | Federal Express [E108] | $39.70 |
| 07/06/2004 | PO | Postage | $4.75 |
| 07/06/2004 | PO | Postage | $6.85 |
| 07/06/2004 | PO | Postage | $0.60 |
| 07/06/2004 | PO | Postage | $23.20 |
| 07/06/2004 | PO | Postage | $4.80 |
| 07/06/2004 | RE | (F8 AGR 2 @0.15 PER PG) | $0.30 |
| 07/06/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 07/06/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 07/06/2004 | RE | (F6 AGR 102 @0.15 PER PG) | $15.30 |
| 07/06/2004 | RE | (F0 AGR 34 @0.15 PER PG) | $5.10 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 07/09/2004 | RE | (F0 AGR 4458 @0.15 PER PG) | $668.70 |
| 7/12/2004 | DC | Parcels | $7.50 |
| 07/12/2004 | DC | TriState | $21.20 |
| 07/12/2004 | DC | TriState | $288.00 |
| 07/12/2004 | DC | TriState | $15.00 |
| 07/12/2004 | DC | TriState | $79.50 |
| 07/12/2004 | DC | TriState | $23.85 |
| 07/12/2004 | DC | Parcels | $18.00 |
| 07/12/2004 | DH | DHL | $7.30 |
| 07/12/2004 | DH | DHL | $8.16 |
| 07/12/2004 | DH | DHL | $7.30 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 16 @1.00 PER PG) | $16.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/12/2004 | PO | Postage | $0.85 |
| 07/12/2004 | PO | Postage | $138.00 |
| 07/12/2004 | RE | (G7 CORR 189 @0.15 PER PG) | $28.35 |
| 07/12/2004 | RE | (G7 CORR 39 @0.15 PER PG) | $5.85 |
| 07/12/2004 | RE | (F8 AGR 8 @0.15 PER PG) | $1.20 |
| 07/12/2004 | RE | (F8 AGR 30 @0.15 PER PG) | $4.50 |
| 07/12/2004 | RE | (F7 AGR 980 @0.15 PER PG) | $147.00 |
| 97/12/2004 | RE | (F7 CORR 15 @0.15 PER PG) | $2.25 |
| 7/12/2004 | RE | (F6 NOTC 66 @0.15 PER PG) | $9.90 |
| 07/12/2004 | RE | (F6 DOC 13 @0.15 PER PG) | $1.95 |
| 07/12/2004 | RE | (F5 DOC 42 @0.15 PER PG) | $6.30 |
| 07/13/2004 | DC | TriState | $15.00 |
| 07/13/2004 | DC | TriState | $342.00 |

| 07/13/2004 | DC | TriState | $23.85 |
| 7/13/2004 | DC | TriState | $23.85 |
| 07/13/2004 | DC | TriState | $21.20 |
| 07/13/2004 | DH | DHL | $7.30 |
| 07/13/2004 | DH | DHL | $12.19 |
| 07/13/2004 | DH | DHL | $7.30 |
| 07/13/2004 | PO | Postage | $4.80 |
| 07/13/2004 | PO | Postage | $1.35 |
| 07/13/2004 | PO | Postage | $207.76 |
| 07/13/2004 | PO | Postage | $5.30 |
| 07/13/2004 | PO | Postage | $10.60 |
| 07/13/2004 | RE | (F7 PLDG 88 @0.15 PER PG) | $13.20 |
| 07/13/2004 | RE | (F6 MOT 17 @0.15 PER PG) | $2.55 |
| 07/13/2004 | RE | (F0 AGR 39 @0.15 PER PG) | $5.85 |
| 07/13/2004 | RE | (F4 CORR 123 @0.15 PER PG) | $18.45 |
| 07/13/2004 | RE | (F4 AGR 28 @0.15 PER PG) | $4.20 |
| 07/13/2004 | RE | (F0 CORR 2573 @0.15 PER PG) | $385.95 |
| 07/13/2004 | RE | (F4 CORR 2125 @0.15 PER PG) | $318.75 |
| 07/14/2004 | DC | TriState | $21.20 |
| 07/14/2004 | DC | Parcels | $7.50 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G2 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 6 @1.00 PER PG) | $6.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G3 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |

| | | | |
|---|---|---|---:|
| 07/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 7/14/2004 | FX | (G4 AGR 20 @1.00 PER PG) | $20.00 |
| 07/14/2004 | RE | (G7 CORR 783 @0.15 PER PG) | $117.45 |
| 07/14/2004 | RE | (F4 AGR 46 @0.15 PER PG) | $6.90 |
| 07/14/2004 | RE | (F6 NOTC 42 @0.15 PER PG) | $6.30 |
| 07/14/2004 | RE | (F7 NOTC 42 @0.15 PER PG) | $6.30 |
| 07/15/2004 | DC | TriState | $306.00 |
| 07/15/2004 | DC | TriState | $15.00 |
| 07/15/2004 | PO | Postage | $1.60 |
| 07/15/2004 | PO | Postage | $278.64 |
| 07/15/2004 | RE | (F5 DOC 151 @0.15 PER PG) | $22.65 |
| 07/15/2004 | RE | (F3 EQU 1263 @0.15 PER PG) | $189.45 |
| 07/15/2004 | RE | (F3 EQU 1715 @0.15 PER PG) | $257.25 |
| 07/15/2004 | RE | (F2 AGR 4191 @0.15 PER PG) | $628.65 |
| 07/16/2004 | DC | TriState | $31.80 |
| 07/16/2004 | DH | DHL | $10.31 |
| 07/16/2004 | DH | DHL | $15.94 |
| 07/16/2004 | DH | DHL | $20.93 |
| 07/16/2004 | DH | DHL | $13.45 |
| 07/16/2004 | RE | (F7 DOC 36 @0.15 PER PG) | $5.40 |
| 07/16/2004 | RE | (F5 DOC 5 @0.15 PER PG) | $0.75 |
| 07/16/2004 | RE | (F6 DOC 1 @0.15 PER PG) | $0.15 |
| 07/16/2004 | RE | (F0 AGR 105 @0.15 PER PG) | $15.75 |
| 07/19/2004 | DC | TriState | $306.00 |
| 07/19/2004 | DC | TriState | $23.85 |
| 07/19/2004 | DC | TriState | $23.85 |
| 07/19/2004 | DC | TriState | $15.00 |
| 07/19/2004 | DH | DHL | $9.91 |
| 7/19/2004 | PO | Postage | $1.60 |
| 07/19/2004 | PO | Postage | $274.77 |
| 07/19/2004 | RE | (G7 CORR 17 @0.15 PER PG) | $2.55 |
| 07/19/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 07/19/2004 | RE | (F6 AGR 38 @0.15 PER PG) | $5.70 |
| 07/19/2004 | RE | (F8 AGR 53 @0.15 PER PG) | $7.95 |
| 07/19/2004 | RE | (F7 AGR 78 @0.15 PER PG) | $11.70 |
| 07/19/2004 | RE | (F7 DOC 70 @0.15 PER PG) | $10.50 |
| 07/19/2004 | RE | (G8 CORR 829 @0.15 PER PG) | $124.35 |
| 07/19/2004 | RE | (G7 CORR 4368 @0.15 PER PG) | $655.20 |
| 07/19/2004 | RE | (F4 AGR 860 @0.15 PER PG) | $129.00 |
| 07/19/2004 | RE | (F4 AGR 602 @0.15 PER PG) | $90.30 |
| 07/19/2004 | RE | (F0 AGR 206 @0.15 PER PG) | $30.90 |
| 07/19/2004 | RE | Reproduction Expense. [E101] | $1.95 |
| 07/20/2004 | DC | TriState | $21.20 |
| 07/20/2004 | DC | TriState | $15.00 |
| 07/20/2004 | DH | DHL | $18.44 |
| 07/20/2004 | DH | DHL | $9.78 |
| 07/20/2004 | DH | DHL | $9.78 |
| 07/20/2004 | RE | (F5 AGR 78 @0.15 PER PG) | $11.70 |
| 07/20/2004 | RE | (F5 DOC 27 @0.15 PER PG) | $4.05 |
| 07/20/2004 | RE | (F0 AGR 692 @0.15 PER PG) | $103.80 |
| 07/20/2004 | RE | (G7 CORR 89 @0.15 PER PG) | $13.35 |
| 07/20/2004 | RE | (F0 AGR 392 @0.15 PER PG) | $58.80 |
| 07/20/2004 | SO | Secretarial Overtime---(C.Newberger) | $18.39 |
| 07/21/2004 | DH | DHL | $9.78 |
| 07/21/2004 | DH | DHL | $9.78 |
| 07/21/2004 | DH | DHL | $18.44 |
| 07/21/2004 | RE | (G7 CORR 537 @0.15 PER PG) | $80.55 |
| 07/21/2004 | RE | (F5 DOC 36 @0.15 PER PG) | $5.40 |
| 07/21/2004 | RE | (F0 AGR 432 @0.15 PER PG) | $64.80 |
| 07/22/2004 | DH | DHL | $13.94 |

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 07/22/2004 | FX | Fax Transmittal. [E104] | $12.00 |
| '/22/2004 | RE | Reproduction Expense. [E101] | $2.70 |
| ∪/22/2004 | RE | Reproduction Expense. [E101] | $0.15 |
| 07/22/2004 | RE | (F3 EQU 32 @0.15 PER PG) | $4.80 |
| 07/22/2004 | RE | (F0 CORR 219 @0.15 PER PG) | $32.85 |
| 07/22/2004 | RE | (F3 EQU 93 @0.15 PER PG) | $13.95 |
| 07/23/2004 | RE | Reproduction Expense. [E101] | $2.70 |
| 07/26/2004 | DC | TriState | $15.00 |
| 07/26/2004 | DC | TriState | $315.00 |
| 07/26/2004 | PO | Postage | $337.75 |
| 07/26/2004 | PO | Postage | $2.10 |
| 07/26/2004 | PO | Postage | $31.50 |
| 07/26/2004 | PO | Postage | $1.75 |
| 07/26/2004 | RE | (G7 CORR 257 @0.15 PER PG) | $38.55 |
| 07/26/2004 | RE | (F7 DOC 96 @0.15 PER PG) | $14.40 |
| 07/26/2004 | RE | (F0 AGR 106 @0.15 PER PG) | $15.90 |
| 07/26/2004 | RE | (F0 AGR 2599 @0.15 PER PG) | $389.85 |
| 07/26/2004 | RE | (F4 AGR 4495 @0.15 PER PG) | $674.25 |
| 07/26/2004 | RE | (F2 AGR 2014 @0.15 PER PG) | $302.10 |
| 07/27/2004 | DC | TriState | $21.20 |
| 07/27/2004 | DH | DHL | $12.17 |
| 07/27/2004 | DH | DHL | $12.17 |
| 07/27/2004 | DH | DHL | $29.96 |
| 07/27/2004 | RE | (F0 AGR 42 @0.15 PER PG) | $6.30 |
| 07/27/2004 | RE | (F3 EQU 63 @0.15 PER PG) | $9.45 |
| 07/27/2004 | RE | (F6 DOC 45 @0.15 PER PG) | $6.75 |
| 07/27/2004 | RE | (F2 AGR 872 @0.15 PER PG) | $130.80 |
| ⁰7/27/2004 | RE | (F3 EQU 359 @0.15 PER PG) | $53.85 |
| )/27/2004 | RE | (F2 AGR 2156 @0.15 PER PG) | $323.40 |
| 07/27/2004 | RE | (F4 CORR 21 @0.15 PER PG) | $3.15 |
| 07/27/2004 | RE | (F4 CORR 44 @0.15 PER PG) | $6.60 |
| 07/27/2004 | RE | (F4 CORR 737 @0.15 PER PG) | $110.55 |
| 07/27/2004 | RE | Reproduction Expense. [E101] | $1.05 |
| 07/27/2004 | RE | Reproduction Expense. [E101] | $1.05 |
| 07/28/2004 | DC | TriState | $13.00 |
| 07/28/2004 | DC | TriState | $315.00 |
| 07/28/2004 | DC | TriState | $23.85 |
| 07/28/2004 | DC | TriState | $23.85 |
| 07/28/2004 | DC | TriState | $15.00 |
| 07/28/2004 | DC | TriState | $54.00 |
| 07/28/2004 | DC | TriState | $54.00 |
| 07/28/2004 | PO | Postage | $1.20 |
| 07/28/2004 | PO | Postage | $6.60 |
| 07/28/2004 | PO | Postage | $800.80 |
| 07/28/2004 | PO | Postage | $3.75 |
| 07/28/2004 | PO | Postage | $6.64 |
| 07/28/2004 | RE | (F6 AGR 2 @0.15 PER PG) | $0.30 |
| 07/28/2004 | RE | (F6 AGR 1 @0.15 PER PG) | $0.15 |
| 07/28/2004 | RE | (F8 AGR 240 @0.15 PER PG) | $36.00 |
| 07/28/2004 | RE | (F5 DOC 126 @0.15 PER PG) | $18.90 |
| 07/28/2004 | RE | (F8 AGR 57 @0.15 PER PG) | $8.55 |
| 07/28/2004 | RE | (F6 DOC 1 @0.15 PER PG) | $0.15 |
| 07/28/2004 | RE | (F0 AGR 129 @0.15 PER PG) | $19.35 |
| 07/28/2004 | RE | (F6 AGR 243 @0.15 PER PG) | $36.45 |
| ⁰7/28/2004 | RE | (F4 AGR 677 @0.15 PER PG) | $101.55 |
| )7/28/2004 | RE | (F7 DOC 159 @0.15 PER PG) | $23.85 |
| 07/28/2004 | RE | (F7 DOC 39 @0.15 PER PG) | $5.85 |
| 07/28/2004 | RE | (G7 CORR 773 @0.15 PER PG) | $115.95 |
| 07/28/2004 | RE | (F4 AGR 14 @0.15 PER PG) | $2.10 |
| 07/28/2004 | RE | (F0 AGR 6782 @0.15 PER PG) | $1,017.30 |

**Invoice number   61973**          91100   00001                                    **Page   13**

| | | | |
|---|---|---|---:|
| 07/28/2004 | RE | (F2 AGR 6723 @0.15 PER PG) | $1,008.45 |
| 7/28/2004 | RE | (F3 EQU 7985 @0.15 PER PG) | $1,197.75 |
| 07/28/2004 | RE | (F2 AGR 142 @0.15 PER PG) | $21.30 |
| 07/28/2004 | RE | (F2 AGR 2 @0.15 PER PG) | $0.30 |
| 07/29/2004 | DC | TriState | $21.20 |
| 07/29/2004 | DC | Parcels | $22.50 |
| 07/29/2004 | DH | DHL | $23.22 |
| 07/29/2004 | DH | DHL | $12.59 |
| 07/29/2004 | DH | DHL | $12.59 |
| 07/29/2004 | DH | DHL | $23.22 |
| 07/29/2004 | DH | DHL | $14.69 |
| 07/29/2004 | FE | Federal Express [E108] | $15.85 |
| 07/29/2004 | RE | (F6 DOC 59 @0.15 PER PG) | $8.85 |
| 07/29/2004 | RE | (F0 AGR 51 @0.15 PER PG) | $7.65 |
| 07/29/2004 | RE | (F4 AGR 1327 @0.15 PER PG) | $199.05 |
| 07/29/2004 | RE | (F3 EQU 822 @0.15 PER PG) | $123.30 |
| 07/29/2004 | RE | (F4 AGR 887 @0.15 PER PG) | $133.05 |
| 07/29/2004 | RE | (F6 DOC 5 @0.15 PER PG) | $0.75 |
| 07/29/2004 | RE | (F7 DOC 58 @0.15 PER PG) | $8.70 |
| 07/29/2004 | RE | (F7 AGR 186 @0.15 PER PG) | $27.90 |
| 07/29/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/30/2004 | DC | Parcels | $37.00 |
| 07/30/2004 | DC | Parcels | $69.40 |
| 07/30/2004 | DC | TriState | $15.00 |
| 07/30/2004 | DC | TriState | $117.00 |
| 07/30/2004 | DH | DHL | $9.91 |
| 07/30/2004 | DH | DHL | $9.78 |
| 07/30/2004 | DH | DHL | $9.78 |
| 7/30/2004 | DH | DHL | $18.44 |
| 07/30/2004 | PO | Postage | $7.47 |
| 07/30/2004 | PO | Postage | $9.13 |
| 07/30/2004 | RE | (G7 CORR 27 @0.15 PER PG) | $4.05 |
| 07/30/2004 | RE | (G7 CORR 112 @0.15 PER PG) | $16.80 |
| 07/30/2004 | RE | (F4 AGR 93 @0.15 PER PG) | $13.95 |
| 07/30/2004 | RE | (F4 AGR 1097 @0.15 PER PG) | $164.55 |
| 07/30/2004 | RE | (F6 DOC 27 @0.15 PER PG) | $4.05 |
| 07/30/2004 | RE | (F5 DOC 100 @0.15 PER PG) | $15.00 |
| 07/30/2004 | RE | (F7 DOC 50 @0.15 PER PG) | $7.50 |
| 07/30/2004 | RE | (F7 DOC 31 @0.15 PER PG) | $4.65 |
| 07/30/2004 | RE | (F5 DOC 97 @0.15 PER PG) | $14.55 |
| 07/30/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/30/2004 | RE | (F7 DOC 1 @0.15 PER PG) | $0.15 |
| 07/30/2004 | RE | (F4 AGR 80 @0.15 PER PG) | $12.00 |
| 07/30/2004 | RE | (F3 EQU 168 @0.15 PER PG) | $25.20 |
| 07/30/2004 | RE | (F4 MOT 200 @0.15 PER PG) | $30.00 |
| 07/30/2004 | RE | (F7 DOC 2 @0.15 PER PG) | $0.30 |

**Total Expenses:**                                              **$24,458.32**


**Summary:**

| | |
|---|---:|
| Total professional services | $18,385.50 |
| Total expenses | $24,458.32 |
| | |
| Net current charges | $42,843.82 |

Net balance forward                                $151,283.77

**Total balance now due**                          $194,127.59
Remaining Trust Account Balance

---

## Billing Summary

| | | | | |
|---|---|---:|---:|---:|
| ARP | Paul, Andrea R. | 2.00 | $60.00 | $120.00 |
| BDC | Campbell, Bruce Dean | 4.50 | $140.00 | $630.00 |
| CAH | Hehn, Curtis A. | 1.10 | $320.00 | $352.00 |
| CMS | Shaeffer, Christina M. | 2.10 | $60.00 | $126.00 |
| DNM | Morton, Donna N. | 1.00 | $55.00 | $55.00 |
| DWC | Carickhoff, David W | 32.50 | $320.00 | $10,400.00 |
| LAG | Gilbert, Laurie A. | 0.50 | $145.00 | $72.50 |
| LDJ | Jones, Laura Davis | 0.70 | $595.00 | $416.50 |
| PEC | Cuniff, Patricia E. | 29.40 | $140.00 | $4,116.00 |
| RMO | Olivere, Rita M. | 0.90 | $75.00 | $67.50 |
| SEM | McFarland, Scotta E. | 0.10 | $425.00 | $42.50 |
| WLR | Ramseyer, William L. | 5.30 | $375.00 | $1,987.50 |
| | | 80.10 | | $18,385.50 |

---

## Task Code Summary

| | | Hours | Amount |
|---|---|---:|---:|
| AD | ASSET DISPOSITION [B130] | 3.90 | $1,140.00 |
| CA | CASE ADMINISTRATION [B110] | 21.60 | $2,552.50 |
| CR01 | WRG-CLAIM ANALYSIS (ASBESTOS) | 0.20 | $64.00 |
| CR02 | WRG CLAIM ANALYSIS NONASBESTOS | 4.50 | $1,386.00 |
| EA01 | WRG- EMPLOY. APP. , OTHERS | 3.50 | $1,120.00 |
| EB | EMPLOYEE BENEFIT/PENSION- B220 | 2.20 | $704.00 |
| FA | WRG-FEE APPS., APPLICANT | 8.10 | $2,681.50 |
| FA01 | WRG-FEE APPLICATIONS, OTHERS | 16.20 | $2,898.00 |
| LN | LITIGATION (NON-BANKRUPTCY] | 19.90 | $5,839.50 |
| | | 80.10 | $18,385.50 |

---

## Expense Code Summary

| | |
|---|---:|
| Conference Call [E105] | $1,247.12 |
| Delivery/Courier Service | $4,609.55 |
| DHL- Worldwide Express | $724.38 |
| Federal Express [E108] | $55.55 |
| Fax Transmittal. [E104] | $1,574.00 |
| Postage [E108] | $2,578.14 |
| Reproduction Expense. [E101] | $13,623.60 |
| Overtime | $45.98 |

$24,458.32