IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | In Proceedings for a |
| | § | Reorganization under |
| W.R. GRACE & CO., et al., | § | Chapter 11 |
| | § | |
| Debtors. | § | Case No. 01-01139-JFK |
| | § | |
| | § | Jointly Administered |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

Megan Kramer, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Kaeske Law Firm, 6301 Gaston Ave., Suite 735, Dallas, Texas 75214.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The Kaeske Law Firm has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has executed a Power of Attorney authorizing Kaeske Law Firm to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is c/o Kaeske Law Firm, 6301 Gaston Ave., Suite 735, Dallas, Texas 75214.

6. The Creditors hold claims in varying amounts for monetary damages due to their diagnosis of an asbestos-related malignancy or other disease resulting from their occupational

exposure to asbestos. Pursuant to the Revised Order, all of the relevant information identifying

the Creditors and the nature and amount of their claim is contained in exhibits which have not

been scanned, but available upon motion and order of the Court.

7. The Kaeske Law Firm does not hold any claims against or interest in the Debtor.

8. The Kaeske Law Firm will file an amended and supplemental statement setting forth

any material changes in the facts contained in this Verified Statement, should any such changes

occur.



HELENA L. GURTU
MY COMMISSION EXPIRES
November 16, 2008

Megan Kramer, For Kaeske Law Firm
Attorneys for Creditors

Sworn to before me this 4th day of January, 2004.

Notary Public in and for the State of Texas