IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. Grace & Co., *et al.*, | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objection Deadline: January 25, 2005 at 4:00 p.m. |
| | Hearing Date: Only if Objections are timely filed. |

**SUMMARY OF THE FORTY-THIRD MONTHLY APPLICATION OF
FERRY, JOSEPH & PEARCE, P.A. FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE
OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR
THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

Name of Applicant: <u>Ferry, Joseph & Pearce, P.A.</u>

Authorized to provide
professional services to: <u>Official Committee of Asbestos Property Damage
Claimants</u>

Date of retention: <u>April 18, 2001</u>

Period for which compensation and
reimbursement is sought: <u>November 1, 2004 through November 30, 2004</u>

Amount of compensation sought
as actual reasonable and necessary: <u>$6,819.00</u>

Amount of expense reimbursement
sought as actual reasonable and
necessary: <u>$779.92</u>

This is a: __X__ monthly _____ interim _____ final application

**Prior Monthly Applications:**

| | | Requested | | Authorized | |
|---|---|---|---|---|---|
| Date Filed/ Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/10/01 #577 | 4/18/01- 4/30/01 | $1,476.00 | $26.00 | $1,173.60 (80% of $1,476.00) | $26.00 |

| | | | | | |
|---|---|---|---|---|---|
| 7/10/01<br>#578 | 5/1/01-<br>5/31/01 | $6,276.50 | $2,708.31 | $5,021.20 (80% of<br>$6,276.50) | $2,708.31 |
| 7/30/01<br>#768 | 6/1/01-<br>6/30/01 | $11,251.00 | $1,643.75 | $9,000.80 (80% of<br>$11,251.00) | $1,643.75 |
| 09/05/01<br>#879 | 7/1/01-<br>07/31/01 | $11,833.00 | $2,538.98 | $9,466.40 (80% of<br>$11,833.00) | $2,538.98 |
| 10/01/01<br>#979 | 08/01/01-<br>08/31/01 | $6,068.00 | $1,391.31 | $4,854.40 (80% of<br>$6,068.00) | $1,391.31 |
| 10/30/01<br>#1039 | 09/01/01-<br>09/30/01 | $6,048.00 | $2,258.87 | $4,838.40 (80% of<br>$6,048.00) | $2,258.87 |
| 01/02/02<br>#1436 | 10/01/01-<br>11/30/01 | $16,325.00 | $4,495.30 | $13,060.00 (80% of<br>$16,325.00) | $4,495.30 |
| 01/21/02<br>#1533 | 12/01/01-<br>12/31/01 | $4,689.00 | $885.80 | $3,751.20 (80% of<br>$4,689.00) | $885.80 |
| 03/07/02<br>#1773 | 01/01/02-<br>01/31/02 | $6,980.00 | $1,280.38 | $5,584.00 (80% of<br>$6,980.00) | $1,280.38 |
| 05/01/02<br>#2000 | 02/01/02-<br>02/28/02 | $6,306.00 | $2,071.17 | $5,044.80 (80% of<br>$6,306.00) | $2,071.17 |
| 05/01/02<br>#2001 | 03/01/02-<br>03/31/02 | $9,438.00 | $6,070.08 | $7,550.40 (80% of<br>$9,438.00) | $6,070.08 |
| 06/28/02<br>#2295 | 04/01/02-<br>04/30/02 | $8,470.50 | $5,198.73 | $6,776.40 (80% of<br>$8,470.50) | $5,198.73 |
| 07/03/02<br>#2326 | 05/01/02-<br>05/31/02 | $11,446.00 | $1,098.56 | $9,156.80 (80% of<br>$11,446.00) | $1,098.56 |
| 09/12/02<br>#2678 | 06/01/02-<br>06/30/02 | $6,196.50 | $4,697.48 | $4,957.20 (80% of<br>$6,196.50) | $4,697.48 |
| 10/09/02<br>#2792 | 07/01/02-<br>07/31/02 | $4,837.50 | $1,939.53 | $3,870.00 (80% of<br>$4,837.50) | $1,939.53 |
| 11/04/02<br>#2923 | 08/01/02-<br>08/31/02 | $5,697.00 | $1,229.39 | $4,557.60 (80% of<br>$5,697.00) | $1,229.39 |
| 11/27/02<br>#3078 | 09/01/02-<br>09/30/02 | $10,017.00 | $4,957.00 | $8,013.60 (80% of<br>$10,017.00 ) | $4,957.00 |
| 1/10/03<br>#3229 | 10/01/02-<br>10/31/02 | $5,531.00 | $1,235.50 | $4,826.40 (80% of<br>$5,531.00) | $1,235.50 |
| 1/14/03<br>#3243 | 11/01/02-<br>11/30/02 | $6,033.00 | $929.00 | $4,826.40 (80% of<br>$6,033.00) | $929.00 |
| 2/10/03<br>#3361 | 12/01/02-<br>12/31/02 | $1,927.00 | $1,348.26 | $1,541.60 (80% of<br>$1,927.00) | $1,348.26 |
| 3/14/03<br>#3513 | 01/01/03 -<br>01/31/03 | $3,704.00 | $897.83 | $2,963.20 (80% of<br>$3,704.00) | $897.83 |

| 4/9/03 #3644 | 02/01/03-02/28/03 | $3,347.00 | $213.57 | $2,677.60 (80% of $3,347.00) | $213.57 |
|---|---|---|---|---|---|
| 5/14/03 #3786 | 03/01/03-03/31/03 | $4,519.00 | $1,599.16 | $3,615.20 (80% of $4,519.00) | $1,599.16 |
| 5/28/03 #3832 | 04/01/03 -04/30/03 | $4,786.00 | $2,747.92 | $3,828.80 (80% of $4,786.00) | $2,747.92 |
| 8/5/03 #4149 | 05/01/03-05/31/03 | $3,809.00 | $558.74 | $3,047.20 (80% of $3,809.00) | $558.74 |
| 8/5/03 #4150 | 06/01/03-06/30/03 | $3,665.00 | $1,172.19 | 2,932.00 (80% of $3,665.00) | $1,172.19 |
| 9/18/03 #4446 | 07/01/03-07/31/03 | $4,556.00 | $3,859.58 | $3,644.80 (80% of $4,556.00) | $3,859.58 |
| 10/3/03 #4528 | 8/01/03-8/31/03 | $6,485.00 | $714.28 | $5,188.00 (80% of $6,485.00) | $714.28 |
| 12/8/03 #4793 | 9/01/03-9/30/03 | $4,445.00 | $761.99 | $3,556.00 (80% of $4,445.00) | $761.99 |
| 12/22/03 #4849 | 10/1/03-10/31/03 | $7,215.00 | $811.81 | $5,772.00 (80% of $7,215.00) | $811.81 |
| 1/15/04 #4934 | 11/1/03-11/30/03 | $5,551.00 | $1,218.41 | $4,440.80 (80% of $5,551.00) | $1,218.41 |
| 2/4/04 #5055 | 12/1/03-12/31/03 | $7,317.00 | $4,517.78 | $5,853.60 (80% of $7,317.00) | $4,517.78 |
| 3/2/04 #5209 | 1/1/04-1/31/04 | $15,038.00 | $5,239.99 | $12,030.40 (80% of $15,038.00) | $5,239.99 |
| 3/24/04 #5339 | 2/1/04-2/29/04 | $5,030.00 | $1,006.06 | $4,024.00 (80% of $15,038.00) | $1,006.06 |
| 4/30/04 #5513 | 3/1/04-3/31/04 | $6,195.00 | $999.29 | $4,956.00 (80% of $6,195.00) | $999.29 |
| 5/12/04 #5558 | 4/1/04-4/30/04 | $4,533.50 | $1,106.67 | $3,626.80 (80% of $4,533.50) | $1,106.67 |
| 6/24 /04 #5882 | 5/1/04-5/31/04 | $7,579.50 | $1,074.62 | $6,063.60 (80% of $7,579.50) | $1,074.62 |
| 8/3/04 #6113 | 6/1/04-6/30/04 | $9,026.00 | $2,628.03 | $7,220.80 (80% of $9,026.00) | $2,628.03 |
| 8/18/04 #6205 | 7/1/04-7/31/04 | $8,736.00 | $1,256.09 | $6,988.80 (80% of $8,736.00) | $1,256.09 |
| 10/12/04 #6596 | 8/1/04-8/31/04 | $5,926.50 | $322.61 | N/A | N/A |
| 11/11/04 #6885 | 9/1/04-9/30/04 | $7,021.00 | $916.09 | N/A | N/A |

| 12/10/04 #7141 | 10/1/04- 10/31/04 | $5,974.00 | $30.21 | N/A | N/A |
|---|---|---|---|---|---|
| 1/5/04 #TBD | 11/1/04- 11/30/04 | $6,819.00 | $779.92 | N/A | N/A |