FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555   Fax: 302.575.1714

WR Grace PD Committee                                November 1, 2004 – November 30, 2004

Invoice No.:   14633

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 10.60 | 2,361.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.50 | 337.50 |
| B18 | Fee Applications, Others - | 7.70 | 774.00 |
| B25 | Fee Applications, Applicant - | 3.15 | 376.50 |
| B32 | Litigation and Litigation Consulting - | 2.70 | 585.00 |
| B36 | Plan and Disclosure Statement - | 6.70 | 1,507.50 |
| B37 | Hearings - | 3.30 | 742.50 |
| B41 | Relief from Stay Litigation - | 0.60 | 135.00 |
| | **Total** | **36.25** | **$6,819.00** |
| | **Grand Total** | **36.25** | **$6,819.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 150.00 | 0.10 | 15.00 |
| Rick S. Miller | 215.00 | 0.30 | 64.50 |
| Steven G. Weiler | 150.00 | 0.50 | 75.00 |
| Theodore J. Tacconelli | 225.00 | 25.80 | 5,805.00 |
| Legal Assistant - AD | 90.00 | 9.55 | 859.50 |
| **Total** | | **36.25** | **$6,819.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 779.92 |
| **Total Disbursements** | **$779.92** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-04 | *Case Administration* - review pleading re: revised 2019 order | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick July, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: Richardson Patrick August, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Carella Byrne quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Steptoe and Johnson quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: certification of counsel re: proposed ADR order and review order | 0.20 | TJT |
| | *Case Administration* - review pleading re: opposition of PI committee to Insurance Co.'s motion to strike brief re: futures rep. appeal | 0.20 | TJT |
| | *Case Administration* - review pleading re: 3rd supplemental amended affidavit of R Frankel | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Nelson Mullins quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| Nov-05-04 | *Case Administration* - E-mail to legal assistant re: omnibus hearing dates | 0.10 | LLC |
| | *Case Administration* - review pleading re: K&E June, 2004 fee app | 0.20 | TJT |
| | *Case Administration* - review pleading re: D Austern's May, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: D Austern's June, 2004 fee app | 0.10 | TJT |
| Nov-06-04 | *Case Administration* - review pleading re: motion to modify orders with regards to certain quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - review pleading re: L Tersigni Sept., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' statement requesting clarification of Libby claimants' motion for reconsideration | 0.10 | TJT |
| Nov-08-04 | *Case Administration* - review pleading re: summary D&T quarterly fee app April-June, 2004 | 0.10 | TJT |
| Nov-09-04 | *Case Administration* - review reply of Certain Insurers to response by PI Committee to motion to strike brief | 0.10 | TJT |
| | *Case Administration* - review debtors motion for leave re: motion to pay legal fees and expenses of certain employees | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors motion to pay legal fees and expenses of certain employees with attachments | 0.50 | TJT |
| Nov-11-04 | *Case Administration* - review debtors monthly operating report re: Sept., 2004 | 0.20 | TJT |
| Nov-12-04 | *Case Administration* - review pleading re: Town of Action motion for leave to file reply to debtors' opposition to motion to lift stay | 0.30 | TJT |
| | *Case Administration* - review pleading re: application of equity committee to retain Lexecon | 0.20 | TJT |
| Nov-13-04 | *Case Administration* - review order approving ADR procedures and review final ADR procedures | 0.30 | TJT |
| | *Case Administration* - review pleading re: affidavit of T Lucas with attachments re: standing of Libby claimants to contest preliminary injunction | 0.20 | TJT |
| | *Case Administration* - download and review third circuit opinion re: vacating district court order entered in Chakarian adversary | 0.40 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - review letter from M Robinson to clerk of court re: pension plan | 0.10 | TJT |
| Nov-15-04 | *Case Administration* - confer with TJT re: results of today's hearing | 0.30 | RSM |
| | *Case Administration* - review pleading re: fee auditor's final report re: Capstone Corp. Recovery 13th interim period fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Carella Byrne 13th interim period fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: D&T 13th interim period fee app | 0.10 | TJT |
| | *Case Administration* - review order granting Town of Axton's motion for leave to file reply to debtors' opposition to motion for relief from stay | 0.10 | TJT |
| Nov-16-04 | *Case Administration* - review pleading re: W Smith and Assoc. Oct., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: notice of withdrawal of Scott's Co. motion to stay Gandy action | 0.10 | TJT |
| | *Case Administration* - review pleading re: entry of appearance of Foster and Sear and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - review pleading re: 2019 statement by Foster and Sear | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' amended notice of motion to establish solicitation procedures and schedule confirmation hearing | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' amended notice of estimation of asbestos claims motion | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' motion to appoint R Thieme as mediator re: ADR program | 0.20 | TJT |
| | *Case Administration* - review pleading re: summary of Blackstone Group quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review order approving debtors' assumption and assignment of lease | 0.10 | TJT |
| Nov-17-04 | *Case Administration* - review letter from S.U. Hamdel to court | 0.10 | TJT |
| Nov-20-04 | *Case Administration* - review email from J Sakalo re: confidential announcement by debtors | 0.10 | TJT |
| | *Case Administration* - review confidential announcement by debtors | 0.10 | TJT |
| Nov-22-04 | *Case Administration* - review order re: 4th continuation order regarding continued objections to 5th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - update 2002 service list and labels re: return to sender | 0.10 | AD |
| Nov-23-04 | *Case Administration* - review pleading re: motion of debtor's in Scott Co. to stay all state court cases against Scott Co. with attachments | 0.60 | TJT |
| | *Case Administration* - review pleading re: Legal Analysis Systems July-Sept., 2004 fee app | 0.10 | TJT |
| Nov-28-04 | *Case Administration* - review pleading re: certification of counsel re: agreed order to expand preliminary injunction to include claims against Montana Vermiculite Co. | 0.10 | TJT |
| Nov-29-04 | *Case Administration* - review stipulation order resolving objection to claim number 896 filed by Exxon Mobile Chemical Co. | 0.10 | TJT |
| | *Case Administration* - review order re: 5th continuation order for 4th | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | omnibus objection to claims for continued objections | | |
| | *Case Administration* - review order re: 6th continuation order for 3rd omnibus objection to claims for continued objections | 0.10 | TJT |
| | *Case Administration* - review order re: 2nd continuation order for 6th omnibus objection to claims for continued objections | 0.10 | TJT |
| | *Case Administration* - review order limiting certain transfers of Equity Interest | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Goodwin Procter quarterly fee app April-June, 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Woodcock and Washburn quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of K&E quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Casner Edwards quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Pitney Harden quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review exhibit a to quarterly fee app of Blackstone Group July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: debtors' 7th motion to extend exclusive periods | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Wallace King quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Reed Smith quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Campbell Levine quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of L Tersigni quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| | *Case Administration* - review pleading re: summary of Caplan Drysdale quarterly fee app July-Sept., 2004 | 0.10 | TJT |
| Nov-30-04 | *Case Administration* - review pleading re: fee auditor's combined final report for 13th interim period quarterly fee apps re: no objections | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's amended combined final report for 13th interim quarterly fee apps with no objections | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Wallace King's 13th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Protiviti's 13th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Lukin Annis' 13th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Steptoe and Johnson's 13th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: K&E's 13th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report re: Elzufon Austin's 13th interim period quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review pleading re: fee auditor's final report | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | re:CDG's 13th interim period quarterly fee app |  |  |
|  | *Case Administration* - review pleading re: fee auditor's final report re: FTI Polciano's 13th interim period quarterly fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: fee auditor's final report re: PWC's 13th interim period quarterly fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: fee auditor's final report re: Latham Watkins' 13th interim period quarterly fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: fee auditor's final report re: Blackstone Group's 13th interim period quarterly fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: fee auditor's final report re: Richardson Patrick's 13th interim period quarterly fee app | 0.10 | TJT |
|  | *Case Administration* - review pleading re: fee auditor's final report re: Swidler Berlin's 13th interim period quarterly fee app | 0.10 | TJT |
| Nov-02-04 | *Committee, Creditors', Noteholders' or* -review email from S Baena re: committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review memorandum re: committee matters | 0.30 | TJT |
| Nov-04-04 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
| Nov-11-04 | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Nov-18-04 | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.20 | TJT |
| Nov-24-04 | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Nov-01-04 | *Fee Applications, Others* - review FedEx from S Jones and prepare email to S Jones re: need electronic versions of 13th monthly fee app | 0.10 | AD |
| Nov-07-04 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg Sept., 2004 fee app | 0.10 | TJT |
| Nov-08-04 | *Fee Applications, Others* - review docket re: Bilzin Certificate of No Objection for 9-04 fee app (.1) prepare for filing (.1) e-file and serve same (.3) | 0.50 | AD |
|  | *Fee Applications, Others* - review and revise documents sent by CDG re: CDG 13th quarterly | 0.40 | AD |
|  | *Fee Applications, Others* - draft notice (.2) and Certificate of Service (.1) re: CDG 13th quarterly | 0.30 | AD |
|  | *Fee Applications, Others* - prepare email to S Jones re: need CDG 13th monthly before filing of 13th quarterly | 0.10 | AD |
|  | *Fee Applications, Others* - review email from S Jones with 13th monthly fee app attached and review documents | 0.20 | AD |
|  | *Fee Applications, Others* - draft notice (.2) and Certificate of Service (.1) re: CDG 13th monthly fee app | 0.30 | AD |
|  | *Fee Applications, Others* - finalize CDG 13th monthly fee app | 0.20 | AD |
|  | *Fee Applications, Others* - finalize CDG 13th quarterly fee app | 0.20 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Nov-09-04 | *Fee Applications, Others* - review CDG April-June, 2004 monthly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review CDG April-June, 2004 quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - prepare documents for filing (.1) e-file and serve CDG 13th monthly fee app (.4) | 0.50 | AD |
| | *Fee Applications, Others* - prepare documents for filing (.1) e-file and serve CDG 13th quarterly fee app (.5) | 0.60 | AD |
| Nov-11-04 | *Fee Applications, Others* - review email from S Jones re: CDG monthly and quarterly and prepare return email | 0.10 | AD |
| Nov-17-04 | *Fee Applications, Others* - review emails from S Jones re: CDG 14th monthly and 14th quarterly fee apps and prepare return email to S Jones re: same | 0.20 | AD |
| | *Fee Applications, Others* - trade emails with S Jones re: 14th monthly and 14th quarterly | 0.20 | AD |
| | *Fee Applications, Others* - review and revise CDG 14th monthly (.2) draft notice re: same (.2) draft Certificate of Service re: same (.1) | 0.50 | AD |
| | *Fee Applications, Others* - review and revise CDG 14th quarterly (.3) draft notice re: same (.2) draft Certificate of Service re: same (.1) | 0.60 | AD |
| Nov-18-04 | *Fee Applications, Others* - review CDG July-Sept., 2004 monthly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review CDG July-Sept., 2004 quarterly fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - trade emails with S Jones re: 14th monthly and 14th quarterly (x2) | 0.20 | AD |
| | *Fee Applications, Others* - prepare CDG 14th monthly fee app for filing (.1) e-file and serve 14th monthly fee app (.4) | 0.50 | AD |
| | *Fee Applications, Others* - prepare CDG 14th quarterly fee app for filing (.1) e-file and serve 14th quarterly fee app (.5) | 0.60 | AD |
| | *Fee Applications, Others* - draft HRA Certificate of No Objection re: Sept., 2004 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Nov-19-04 | *Fee Applications, Others* - review Certificate of No Objection re: HRA Sept., 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve Certificate of No Objection re: HRA Sept., 2004 fee app (.3) | 0.50 | AD |
| Nov-09-04 | *Litigation and Litigation Consulting* - retrieve voice mail message from A Danzeisen re: objection to debtors' motion to pay legal fees and expenses for certain employees | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with A Danzeisen re: objection to debtors' motion to pay fees and expenses of certain employees (x2) | 0.20 | TJT |
| Nov-10-04 | *Litigation and Litigation Consulting* - Revise, scan and file objection to Debtor's Motion to Advance Legal Fees (.2); prepare Certificate of Service with service list re: same (.1) | 0.30 | SGW |
| | *Litigation and Litigation Consulting* - review email from J Sakalo re: objection to motion to pay fees and expenses | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review objection to motion to pay | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | fees and expenses for certain employees | | |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: objection to motion to pay fees and expenses of certain employees | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler re: filing and service of objection to debtors' motion to pay fees and expenses of certain employees | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from S Weiler re: objection to debtors motion to pay certain fees and expense has been filed and served | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to J Sakalo re: objection to debtors motion to pay certain fees and expense has been filed and served | 0.10 | TJT |
| Nov-11-04 | *Litigation and Litigation Consulting* - review debtors submission in support of motion to pay fees and expenses with certain employees | 0.50 | TJT |
| Nov-13-04 | *Litigation and Litigation Consulting* - review pleading re: joinder by PI committee in PD committee's motion to pay certain fees and expenses | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: joinder by PI committee in PD committee's motion to pay certain fees and expenses (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to D Carickhoff re: 11/15/04 hearing | 0.10 | TJT |
| Nov-15-04 | *Litigation and Litigation Consulting* - confer with J Sakalo prior to hearing re: debtors' motion to pay fees and expenses of certain employees | 0.40 | TJT |
| Nov-05-04 | *Hearings* - review agenda for 11/15/04 hearing | 0.10 | TJT |
| Nov-11-04 | *Hearings* - review amended agenda for 11/15/04 hearing | 0.10 | TJT |
| | *Hearings* - review order scheduling *Hearings* in 2005 and filing objection deadlines in calendar re: same | 0.30 | TJT |
| Nov-13-04 | *Hearings* - trade emails with J Sakalo re: 11/15/04 hearing coverage | 0.20 | TJT |
| Nov-14-04 | *Hearings* - review email from D Carickhoff re: 11/15/04 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 11/15/04 hearing coverage | 0.10 | TJT |
| Nov-15-04 | *Hearings* - prepare for hearing | 0.30 | TJT |
| | *Hearings* - teleconference with J Sakalo re: 11/15/04 hearing coverage | 0.10 | TJT |
| | *Hearings* - attend bankruptcy court | 2.00 | TJT |
| Nov-14-04 | *Plan and Disclosure Statement* - review proposed disclosure statement | 1.80 | TJT |
| | *Plan and Disclosure Statement* - prepare email to J Sakalo re: proposed disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - prepare email to J Sakalo re: debtors' case management order to litigate asbestos claims | 0.20 | TJT |
| | *Plan and Disclosure Statement* - prepare email to J Sakalo re: debtors' motion to estimate asbestos claims | 0.20 | TJT |
| | *Plan and Disclosure Statement* - prepare email to J Sakalo re: debtors' motion for approval of disclosure statement and to schedule confirmation | 0.20 | TJT |
| Nov-15-04 | *Plan and Disclosure Statement* - trade emails with J Sakalo re: exhibits to disclosure statement (x2) | 0.20 | TJT |
| Nov-16-04 | *Plan and Disclosure Statement* - review email from A Danzeisen re: debtors' motion to approve solicitation procedures and schedule confirmation hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from A Danzeisen re: | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | debtors' motion to estimate asbestos claims | | |
| | *Plan and Disclosure Statement* - review email from A Danzeisen re: debtors' motion to establish case management order for litigation of asbestos claims | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review pleading re: debtors' motion to estimate asbestos claims with attachments | 1.30 | TJT |
| | *Plan and Disclosure Statement* - review pleading re: debtors' motion for entry of a case management order regarding litigation of asbestos claims | 1.20 | TJT |
| | *Plan and Disclosure Statement* - review pleading re: debtors' motion to establish solicitation procedures and schedule confirmation hearing with attachments | 0.80 | TJT |
| Nov-26-04 | *Plan and Disclosure Statement* - review notice filed in Wall Street Journal 11/22/04 edition | 0.10 | TJT |
| Nov-30-04 | *Plan and Disclosure Statement* - retrieve voice mail message from C Stingler re: treatment of PD claims under plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconference with P Stingler re: treatment of PD claims under plan | 0.10 | TJT |
| Nov-01-04 | *Relief from Stay Litigation* - review pleading re: certification of counsel re: proposed order denying Slaughter's motion for relief from stay | 0.10 | TJT |
| Nov-08-04 | *Relief from Stay Litigation* - review pleading re: debtors' response in opposition to Town of Action's motion for relief from stay with attachments | 0.50 | TJT |
| Nov-01-04 | *Fee Applications, Applicant* - determine relevant fee apps for check number 00426237 and Call to J Porte re: same | 0.30 | AD |
| Nov-02-04 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's August, 2004 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket (.1) prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's Aug., 2004 Certificate of No Objection (.3) | 0.50 | AD |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Sept., 2004 bill for filing | 0.25 | AD |
| | *Fee Applications, Applicant* - draft additional language regarding credit and manipulate bill to reflect credit | 0.30 | AD |
| Nov-08-04 | *Fee Applications, Applicant* - Teleconference with J. Port at WR Grace re: expenses for 12th interim application (.1); follow-up discussion with T. Corrigan re: same (.1) | 0.20 | SGW |
| | *Fee Applications, Applicant* - review email from L Coggins re: 2005 omnibus hearing dates | 0.10 | AD |
| Nov-10-04 | *Fee Applications, Applicant* - draft notice, summary and Certificate of Service re: Ferry, Joseph & Pearce's Sept., 2004 fee app | 0.40 | AD |
| Nov-11-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's Sept., 2004 fee app prior to filing | 0.20 | TJT |
| | *Fee Applications, Applicant* - prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's 9/04 fee app | 0.50 | AD |
| Nov-20-04 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's Oct., 2004 pre-bill | 0.30 | TJT |

*Totals*                                                                                                         *36.25*

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Nov-05-04 | *Expense* - Blue Marble Logistics | 147.75 |
|  | *Expense* - Blue Marble Logistics | 241.84 |
| Nov-09-04 | *Expense* - copying cost | 88.20 |
|  | *Expense* - postage | 15.84 |
| Nov-10-04 | *Expense* - fax | 72.00 |
| Nov-11-04 | *Expense* - PACER Service Center - Period of 7/1/04 - 9/30/04 | 17.29 |
|  | *Expense* - copying cost | 8.10 |
|  | *Expense* - postage | 2.12 |
| Nov-14-04 | *Expense* - copying cost | 24.60 |
|  | *Expense* - copying cost | 24.60 |
| Nov-15-04 | *Expense* - copying cost | 53.10 |
| Nov-18-04 | *Expense* - copying cost | 71.40 |
|  | *Expense* - postage | 13.08 |
|  | *Totals* | *$779.92* |

**Total Fees & Disbursements**  $7,598.92

**Balance Due Now**

$7,598.92