**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al,** | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

## **CERTIFICATE OF SERVICE**

I, Linda M. Carmichael, hereby certify that I am not less than 18 years of age and that I caused to be served on this 5th day of January, 2005 ***MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF GERALD F. ELLERSDORFER, ESQUIRE*** upon all parties listed on the attached list via First Class Mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.


Dated:   January 5, 2005              /s/ *Linda M. Carmichael*
                                                     Linda M. Carmichael