# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| W.R. GRACE & CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Adversary No. A-01-771 (JFK) |
| | ) | |
| MARGARET CHAKARIAN, | ) | |
| et al., and John Does 1-1000, | ) | |
| | ) | Related Dk Nos.: 322, 333, 334, 335, 336 |
| Defendants. | ) | |

## ORDER

WHEREAS, the Debtors and The Scotts Company filed a Motion For A Temporary Stay To Enjoin The Prosecution Of All Claims Against Scotts In The State Actions[1] [the ("Motion For Temporary Stay");

WHEREAS, the Motion For Temporary Stay was duly scheduled and noticed for December 20, 2004, and having reviewed all objections, and the Court after hearing argument of counsel;

---

[1] The State Actions includes the prosecution of all asbestos-related actions as to Scotts that are based, in whole or in part, on alleged exposure to vermiculate that was acquired from the Debtor and subsequently marketed and sold by The Scotts Company.

WM1A 48324v1 01/05/05                                                                 Page 1 of 2

NOW THEREFORE it is ORDERED, ADJUDGED and DECREED that Motion For Temporary Stay is DENIED for the reasons stated on the record.

_____
Bankruptcy Judge Judith K. Fitzgerald

DATE: