## CERTIFICATE OF SERVICE

It is hereby certified that a one (1) copy of the following:

**CERTIFICATION OF COUNSEL**

was served on this 5th day of January, 2005, addressed to the following individuals by

First Class Mail, postage prepaid:

Clerk of the Bankruptcy Court of the District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

Janet S. Baer
Samuel L. Blatnick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Marla R. Eskin
Mark Hurford
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Carl Pernicone
Peter J. Andrews, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639

Peter Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Suite 1100
Washington, DC 20005

Theodore J. Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Andrew Gratz
Gardere Wynne Sewell LLP
1000 Louisiana
Ste 3400
Houston, TX 77002

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

William M. Harstad
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza
New York, NY 10005-1875

Sam Blatnick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60611

Debbie L. Felder, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, N.W.
Suite 300
Washington, DC 20007-5116

William H. Sudell, Jr.
Daniel B. Butz, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Robert J. Sidman
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

>   /s/ Bernard G. Conaway
>   Bernard G. Conaway, Esquire