**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELEWARE**

_____  )
                                     )
IN RE:                               )
                                     )
W.R. GRACE & CO.,                    )  Case No. 01-1139-JKF
                                     )
        Debtor.                      )
_____  )

**VERIFIED STATEMENT IN CONNECTION**
**WITH THE REPRESENTATION OF CREDITORS**
**AS REQUIRED BY F.R.B.P. RULE 2019**

Peter T. Enslein, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with The Law Offices of Peter T. Enslein, P.C. located at 1738 Wisconsin Avenue, N.W., Washington, D.C. 20007.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. I have been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditor' names and addresses named is set forth in Exhibit B on the CD filed with the Clerk.

4. The order signed certifies that each creditor named in Exhibit B on the CD filed with the Clerk executed an Attorney's Fee Agreement or will also execute a Power of Attorney authorizing The

{D0033490:1 }

Law Offices of Peter T. Enslein, P.C. to represent the creditor in bankruptcy proceedings.

5. The address of each creditor for purposes hereof is c/o The Law Offices of Peter T. Enslein, P.C., 1738 Wisconsin Avenue, N.W., Washington, D.C. 20007.

6. The creditors hold claims in varying amounts for monetary damages due to personal injuries arising from asbestos exposure. Pursuant to the Revised Order, all of the relevant information identifying the creditors and the nature and amount of their claim is contained in exhibits which have not been scanned but are available upon motion and order of the Court.

7. The Law Offices of Peter T. Enslein, P.C. does not hold any claims against or interest in the Debtor.

8. The Law Offices of Peter T. Enslein, P.C. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

/s/ Peter T. Enslein
Peter T. Enslein

Sworn to before me this 20th day
of December 2004.

/s/ Kirk Hornbeck
Notary Public

My Commission Expires: October 31, 2009

{D0033490:1 } 2