UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al,** | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, Linda M. Carmichael, hereby certify that I am not less than 18 years of age and that I caused to be served on this 5th day of January, 2005 *MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF GERALD F. ELLERSDORFER, ESQUIRE* upon all parties listed on the attached list via First Class Mail, postage pre-paid.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:   January 5, 2005

_____
Linda M. Carmichael