# **Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 28, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1057370 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | October | Total Comp |
|---|---|---|---|---|
| Lund, Kenneth | Partner | $ 395.00 | 7.1 | $ 2,804.50 |
| Neitzel, Charlotte | Partner | $ 350.00 | 7.3 | $ 2,555.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 1.3 | $ 364.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 9.6 | $ 1,200.00 |
|  |  |  |  |  |
| Total |  |  | 25.30 | 6,923.50 |

### Matter 00300 - Libby, Montana Asbestos Litigation

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 6.90 |
| Facsimiles | $ 2.00 |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reproduction | $ - |
| Federal Express | $ 120.33 |
| Research Service | $ - |
| Tab Stock | |
| Other Expenses | $ 203.36 |
| Color Copies | $ - |
| **Total** | **$ 332.59** |

Holme Roberts & Owen LLP

November 16, 2004

| W.R. Grace | | |
|---|---|---|
| | Page | 6 |
| | Invoice No.: | 684728 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/04 | KJC | Telephone conference with M. Joy re Libby cleanup cost estimate (0.20). | 0.20 | $ 56.00 |
| 10/11/04 | CLN | Conference with Dori Kuchinsky re documents requested for Libby track; coordinate with KJCoggon re request from Dori Kuchinsky. | 1.00 | 350.00 |
| 10/11/04 | KJC | Conference with CLNeitzel re historical document searches in response to D. Kuchinsky request. | 0.40 | 112.00 |
| 10/14/04 | KJC | Telephone conference with C. Evans re Berget property (0.30); email re same (0.10). | 0.40 | 112.00 |
| 10/20/04 | CLN | Identify documents re high school tracks in response to request by Dori Kuchinsky. | 6.30 | 2,205.00 |
| 10/20/04 | MCL | Assist CLNeitzel in locating documents re tracks. | 3.30 | 412.50 |
| 10/21/04 | MCL | Assist CLNeitzel in locating information re documents. | 0.30 | 37.50 |
| 10/22/04 | MCL | Locate and provide documents for Richard Finke and Eric Moeller pursuant to request. | 3.50 | 437.50 |
| 10/26/04 | KJC | Review and respond to correspondence re Berget buildings. | 0.30 | 84.00 |
| 10/27/04 | MCL | Telephone conference with Matt Murphy of Casner & Edwards re locating documents for Richard Finke and Will Sparks; research Libby Historical database to locate same; draft letter transmitting same. | 2.50 | 312.50 |
| 10/29/04 | KWL | Telephone conference with Bill Corcoran re Libby investigation issues (.30 hours - no charge); review Access case pleadings (2.10). | 2.10 | 829.50 |

Holme Roberts & Owen LLP

November 16, 2004

| W.R. Grace | | |
|---|---|---|
| | Page | 7 |
| | Invoice No.: | 684728 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/04 | KWL | Review history of settlement negotiations with EPA (1.90); review Kootenai Development Corporation files re property transfer and environmental issues (3.10). | 5.00 | 1,975.00 |
| | | **Total Fees Through October 31, 2004:** | **25.30** | **$ 6,923.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 7.10 | $ 2,804.50 |
| CLN | Charlotte L. Neitzel | Partner | 350.00 | 7.30 | 2,555.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 1.30 | 364.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 9.60 | 1,200.00 |
| | | **Total Fees:** | | **25.30** | **$ 6,923.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-638-32923; DATE: 9/17/2004 - Courier, Acct. 0802-0410-8. 09-08; Robert Emmett Columbia, Md | $ 15.67 |
| 09/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-638-32923; DATE: 9/17/2004 - Courier, Acct. 0802-0410-8. 09-13; Dori Kuchinsky Columbia, Md | 25.30 |
| 09/24/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-638-93540; DATE: 9/24/2004 - Courier, Acct. 0802-0410-8. 09-15; Richard Senftleben Boca Raton, Fl | 23.44 |
| 09/25/04 | | Other Expense: IRON MOUNTAIN RECORDS Iron Mountain Invoice P120463 Document Storage August 2004 | 203.36 |

Holme Roberts & Owen LLP

November 16, 2004

| | | |
|---|---|---|
| W.R. Grace | Page | 8 |
| | Invoice No.: | 684728 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004 - Courier, Acct. 0802-0410-8. 09-28; Dori Anne Kuchinsky Leesburg, Va | 27.17 |
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004 - Courier, Acct. 0802-0410-8. 09-28; Bertram Price White Plains, NY | 28.75 |
| 10/26/04 | 2 | Facsimile | 2.00 |
| 10/27/04 | 46 | Photocopy | 6.90 |
| | | **Total Disbursements:** $ | **332.59** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 6.90 |
| Facsimile | | 2.00 |
| Federal Express | | 120.33 |
| Other Expense | | 203.36 |
| **Total Disbursements:** | $ | **332.59** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ *219.96* |

## Matter 00390 - Bankruptcy Matters

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 19.06 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 915.39 |
| **Total** | **$ 934.45** |

Holme Roberts & Owen LLP

November 16, 2004

| W.R. Grace | |
|---|---|
| | Page           12 |
| | Invoice No.:   684728 |
| | Client  No.:   04339 |
| | Matter  No.:   00390 |

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004 - Courier, Acct. 0802-0410-8. 09-27; William Weller Wilmington, De | $   9.53 |
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004 - Courier, Acct. 0802-0410-8. 09-28; William Weller Wilmington, De | 9.53 |
| 10/14/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 269160; DATE: 10/14/2004 - Professional Services and disbursements through 08/31/04 | 915.39 |
| | | **Total Disbursements:** | **$   934.45** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 915.39 |
| Federal Express | | 19.06 |
| **Total Disbursements:** | **$** | **934.45** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |