IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO.,<br><br>        Debtor. | Case No. 01-1139-JKF |

### VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019

BEFORE ME, the undersigned authority, on this day personally appeared D. Allen Hossley, known to me to the person whose name is subscribed hereto, who, being by me duly sworn upon his oath deposes and states as follows:

"My name is D. Allen Hossley. I am over eighteen (18) years of age, have personal knowledge of the facts set out in this Statement, and I am fully competent to make the statements set forth below.

"I am the attorney representing the creditors listed on the attached Exhibit which includes the following:

1. A true and correct blank, unredacted exemplar copy of each form of agreement whereby I have been empowered to act on behalf of the creditors listed on the attached Excel spreadsheet.

2. An Excel spreadsheet containing the names and addresses of each creditor whom I represent.

"I further state that the information contained in the attached Exhibit is within my personal knowledge and is true and correct."

                                                _/s/ D. Allen Hossley_
                                                D. ALLEN HOSSLEY
                                                Hossley ✯Embry, L.L.P.
                                                Amberton Tower, Suite 370
                                                4144 N. Central Expressway
                                                Dallas, Texas 75204
                                                (214) 265-1117

-2-

SUBSCRIBED AND SWORN TO BEFORE ME on this ___7___ day of ___December___, 2004, by D. Allen Hossley who has stated to me that the foregoing statements are true and correct and within his personal knowledge, to certify which, witness my hand and official seal of office.

*Thelma C Humphrey*
Notary Public, State of Texas
My Commission expires: _____

THELMA C. HUMPHREY
MY COMMISSION EXPIRES
September 6, 2008