# STACHYRA & PENN
ATTORNEYS AT LAW

FRANK E. STACHYRA
STEVEN R. PENN *
  * Also admitted in WI

927 Main Street, Racine, WI 53403

TELEPHONE 262-636-0036
FACSIMILE 262-636-0030
EMAIL spenn@dustlaw.com

December 28, 2004

United States Bankruptcy Court for
The District of Delaware
Attn: Clerk's Office
824 Market Street
Wilmington, DE 19801

    Re:    Change of address /Case No. 01-1139 through 01-1200 (JJF)

Dear Clerk:

Please note that the address has changed for **Stachyra & Penn**:

**OLD ADDRESS**
3319 W. Belden
Suite 1
Chicago, IL 60647

**NEW ADDRESS**
927 Main Street
Racine, WI 53403
Phone: 262-636-0036
Fax: 262-636-0030

Please update your files to reflect the new information. If you should have any questions or concerns, please feel free to give me a call. Thank you for your attention to this matter.

Best Regards,

Emily Klug
Paralegal