By-Request for Assistance And Consideration:

Date, 12-27-04

(Office of The Clerk)

Office of The Bankruptcy-Clerk
U.S. Bankruptcy-Court for the
District of Delaware (Sixth-Floor)
824 Market Street
Wilmington, Delaware (19801)

Ref.: W.R. Grace & Co. (et-al) Ch. 11/Ca. No. 01-01139 (JKF)
U.S.G. Corporation (et-al) Ch. 11/Ca. No. 01-2094 (JKF)
(Civil-Actions/Jointly-Administered)

Subj.: Affiant-Claimant/Burnell Johnson, No. 00241395-A, Mailing Return-Address, P.O. Box-4500/Michael-Unit, Tennessee-Colony, Texas (75886), I would Like To Ask The Hon., Court-Clerk & The Hon., Ms. Judith K. Fitzgerald for A Copy of The (Affidavit's) Mailed To Your Office, (12-23-04) for The Above And Aforementioned-: Debtors
(Concerned & Appreciated)

(Next Page)

P.-1.

<u>U.S. Perjury-Form</u>

I, <u>Burrell Johnson, Jr.</u>, <u>I.D.C.O.I.D.</u> <u>No. 00241395-A</u>, (U.S. Appeal) Further Hereby Declare Under-Penalty of Perjury Pursuant-To <u>Title-18 § 28</u>, U.S.C., Sec.,(s) <u>287, 1001 § 1746</u>, Provides A-Penalty of Not More-Than (A) <u>10,000</u> Fine or Not More-Than <u>5-Years</u> Imprisonment or Both, Under U.S. Code And Texas Rev., Civil Practice And Rem., Code-Sec.(s); <u>132.001, 2, § 3</u>, That The Statements And Questions-Made In This (Request) Are True And Correctly-Made By The Above (<u>U.S. War-Veteran</u>).

This <u>27th</u> Day - of <u>Dec., 04</u>, To The-Best of My-Knowledge, Belief, And Recollection.

<u>Respectfully-Submitted</u>,

By, "<u>U.S. Veteran</u>,
<u>Burrell Johnson, Jr.,/C.C./B.O.J.</u>

P.-2.