**Russell L. Cook, Jr. & Associates**
**Russell L. Cook, Jr.**
**1401 McKinney, Suite 1800**
**Houston, Texas 77010**
**(713) 751-0025**
**(713) 650-0521 (Fax)**
**Attorney for Certain Asbestos Claimants**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| **W.R. GRACE & CO. et al** § | | **Case No. 01-1139-JKF** |
| § | | |
| **Debtors** | | **Jointly Administered** |

## VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2019

I, Russell L. Cook, Jr. declare as follows:

1.  I am an attorney with the firm of Russell L. Cook, Jr. & Associates(hereinafter "Cook"), 1401 McKinney, Suite 1800, Houston, Texas 77010. I am a member in good standing with the bar of the State of Texas. I submit this Verified Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

2.  Exhibit A hereto list the asbestos claimants represented by Cook with claims or potential claims against W.R. Grace & Co. in this matter. It states as to each claimant (a) the case name; (b) the name and address of the claimant or personal representative of the claimant's estate (c) social security number; (d) form of Agreement; (e) the amount of damages; and (f) the date of acquisition of the creditor's claim; (g) the type of diseases giving rise to the claim where the information is currently available.

3. The claimants represented by Cook in this matter listed on Exhibit A have asserted claims against or could potentially assert claims against W.R. Grace & Co. for monetary damages because of personal injuries arising out of W.R. Grace & Co.'s manufacture, sale, distribution and/or use of asbestos-containing products and/or other conduct relating to asbestos products. Some of the clients of Cook involve cases where there has not yet been an identification of W.R. Grace & Co. and this document is filed to protect their interests should an identification be made. Additionally, it is unclear at this time whether some of the Plaintiffs were paid by the Defendant prior to bankruptcy. Cook is researching this issue and will amend Exhibit A to drop these claimants if it is determined they have previously settled and released their claim.

4. Each Claimant has retained Russell L. Cook, Jr. & Associates or a predecessor law firm or a firm that has referred the case for handling.

5. Each of the claimants listed on Exhibit A has executed a power of attorney (POA) authorizing Cook or other entity for which Cook is authorized to proceed to act on the claimant's behalf in securing compensation for damages relating to asbestos exposure. An example of the type of Power of Attorney signed is attached as Exhibit B.

6. The submission of this Verified Statement is not intended to waive and does not waive the rights of these claimants under any state or federal laws, including any rights under the bankruptcy laws or any rights, claims, actions, defenses, reclamations, setoffs or recoupments to which the claimants are or may

be entitled under any agreements, in law or in equity, all of which rights are expressly reserved.

7. Finally, the cases of Andreas, Hermez, Bogan, Kincade and Thomson were at one time handled by a predecessor Cook firm. It is believed that Lynn Bradshaw or the Kaeske Law Firm has included these cases in its own 2019. However, Cook has been unable to confirm this at this time. Therefore, those cases are listed on Exhibit A. Cook will amend Exhibit A appropriately upon further investigation.

**RUSSELL L. COOK, JR. & ASSOCIATES**

By:_____
**RUSSELL L. COOK, JR**.
State Bar No. 04756500
1401 McKinney, Suite 1800
Houston, Texas 77010
Phone: (713) 650-1221
Fax:   (713) 650-0521

**ATTORNEY FOR PLAINTIFFS**

Subscribed and sworn to before me this 21st day of December, 2004.

_____
Notary Public in and for the State of Texas