## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:  **W. R. Grace & Co., et al**
          Debtor

**Case No.  01-01139** Jointly Administered
**Reporting Period:  November 2004**

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (con't) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | | None filed |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*Robert M. Tarola*
_____
Signature of Authorized Individual*

*30 December 2004*
_____
Date

Robert M. Tarola
_____
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
_____
Title of Authorized Individual

Authorized individual must be an officer, director or shareholder if debtor is a corporation, a partner if debtor is a partnership, a manager or member if debtor is a limited liability company.

# W. R. Grace & Co.
## Monthly Financial Report
### November 30, 2004

## Table of Contents

Chart #

**Form MOR**

**Monthly Operating Report**

| | | |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | 1 | MOR-1 |
| Bank Reconciliations | 2 | MOR-1 |
| Combining Statement of Operations - Filing Entities Only | 3 | MOR-2 |
| Combining Balance Sheet - Filing Entities Only | 4 | MOR-3 |
| Status of Postpetition Taxes | 5 | MOR-4 |
| Accounts Receivable Reconciliation and Aging | 6 | MOR-5 |
| Debtor Questionnaire | 7 | MOR-5 |

**Combined Chapter 11 Filing Entity Statements**

| | |
|---|---|
| Combined Statement of Operations | 8 |
| Combined Functional Basis Statement of Cash Flows | 9 |
| Combined Balance Sheet | 10 |
| Notes to Combined Financial Statements | 11 |

**Bank Statements**

**Federal Income Tax Returns**  None

**Forward-Looking Information**

This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as an indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

**Statement of Confidentiality**

The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

# Monthly Operating Report

Chart 1

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | JP Morgan Chase Disbursement 9101011572 | Wachovia Lockbox 86190487*02 | First Union Deposit Acct 2199700021812 | First Union Payroll 2079900000815 | Merrill Lynch Investment 372070 | Merrill Lynch Investment 23431 75 | JP Morgan Chase Holding 323223141 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 96 514 | $ | 0 | 0 | $ 233 611 284 | 0 | $ 742 775 |
| RECEIPTS | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 1 664 778 | | 366 088 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 200 000 | | | 65 535 | 107 200 000 | | |
| MISCELLANEOUS | | | 24 586 | | | | |
| TOTAL RECEIPTS | 200 000 | - | 1 689 345 | 65 535 | 107 566 088 | - | |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 1 372 811 | | | |
| PAYROLL TAXES | | | | 537 869 | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 221 052 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | 1 106 811 | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | 64 200 000 | | |
| MISCELLANEOUS | | | | 59 751 | | | |
| TOTAL DISBURSEMENTS | 221 052 | - | 1 106 811 | 2 070 460 | 64 200 000 | - | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (21 052) | - | 582 534 | (2 004 925) | 43 366 088 | - | |
| CASH - END OF MONTH | 74 462 | - | 582 534 | (2 004 925) | 276 777 372 | 0 | 742 775 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn

Chart 1

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**November 2004**

| | JP Morgan Chase Concentration 16001237 | Bank of America Lockbox 8188203114 | First Union Concentration 2000002824171 | First Union Payroll 2079900054741 | First Union Petty Cash 2079900004600 | Civic Bank Payroll 1587201573s | First Union Libby Medical 2079900065006 |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ | $ | $ 0 | $ | | $ 0 | $ |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 48,967,887 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | 710,871 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 32,355,923 | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 45,727,035 | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 159,229,888 | | 97,300,000 | 1,359,047 | 5,436 | | 121,186 |
| MISCELLANEOUS | | | 3,741,239 | (216,358) | | | |
| TOTAL RECEIPTS | 237,312,843 | 49,508,755 | 101,041,239 | 1,142,705 | 5,436 | - | 121,186 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | 1,586,520 | | | |
| PAYROLL TAXES | | | | 1,074,312 | | | |
| TRADE PAYABLES - THIRD PARTIES | 494,997 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | 175,594 | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 5,009,466 | 1,810,843 | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | 12,441,835 | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 219,170,087 | 46,321,405 | 93,849,449 | | | | |
| MISCELLANEOUS | | | | | | 1,572 | 121,186 |
| TOTAL DISBURSEMENTS | 237,291,989 | 48,132,248 | 93,849,449 | 2,760,832 | 1,572 | - | 121,186 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 20,854 | 1,376,507 | 7,192,790 | 1,381,877 | 3,864 | - | - |
| CASH - END OF MONTH | 292,236 | 2,705,780 | 7,192,891 | 1,581,877 | 3,864 | 0 | |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

| | First Union Accts Payable 2079560 0UA751 | First Union Payroll 2079600067554 | Wachovia Lockbox 1866 082495 | First Union Accts payable 2079600065263 | First Union Accts Payable 2079960utnt231 | Allfirst Payroll *6298631 | SunTrust Payroll 0500041 1309 | PNC 4002641069 |
|---|---|---|---|---|---|---|---|---|
| **W. R. Grace & Co. - Conn** | | | | | | | | |
| **Schedule of Cash Receipts and Disbursements** | | | | | | | | |
| **MOR-1** | | | | | | | | |
| **November 2004** | | | | | | | | |
| CASH BEGINNING OF MONTH | $ - | $ - | $ 0 | $ 0 | $ 0 | $ 7,311 | $ 45,246 | $ 24,193 |
| **RECEIPTS** | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 38,580,757 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | 10,241,855 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | | |
| DIP BORROWINGS | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 42,109,953 | 414,627 | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | 2,874,713 | 32,701,627 | 852,217 | | |
| MISCELLANEOUS | | | | (902,484) | | | | |
| **TOTAL RECEIPTS** | 42,109,949 | 414,627 | 48,822,621 | 1,972,265 | 32,703,827 | 852,217 | | - |
| **DISBURSEMENTS** | | | | | | | | |
| PAYROLL | | 894,755 | | | | 543,072 | | |
| PAYROLL TAXES | | 492,434 | | | | 312,017 | | |
| TRADE PAYABLES - THIRD PARTIES | 41,525,721 | | | 2,858,455 | 37,028,375 | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 45,817,620 | | | | | |
| MISCELLANEOUS | 1,937,503 | 245,753 | 240,466 | | 245,540 | | | |
| **TOTAL DISBURSEMENTS** | 46,463,223 | 1,632,940 | 46,058,086 | 2,858,455 | 37,273,915 | 855,089 | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (4,353,286) | (1,118,313) | 2,764,536 | (886,240) | (4,570,088) | (2,872) | - | - |
| **CASH - END OF MONTH** | (4,353,286) | (1,118,313) | 2,764,537 | (886,240) | (4,570,088) | 10,438 | 45,246 | 24,496 |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | Hibernia Natl Disbursement 101391410 | Bank of America Pool 1 5000-0092-2132 | Allfirst Payroll 10,98667 | First Union Petty Cash 2046000-016500 | Banco de Credito Operating Acct 190-1115122658 | Banco de Credito Operating A 1901126361112 | Banco de Credito Time Deposit 391282J |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 10,000 | $ | $ 276,811 | $ 6,415 | $ 1,416 | 144,459 | $ |
| RECEIPTS | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 14,722 | 73,263 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | 102,954 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | | | | | |
| TOTAL RECEIPTS | | | - | - | 117,276 | 73,263 | - |
| DISBURSEMENTS | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | | 8,016 | | |
| PAYROLL TAXES | | | | | 15,894 | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 40,245 | 103,000 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | (2,299) | | 27,270 | 21,234 | |
| TOTAL DISBURSEMENTS | - | - | (2,299) | - | 91,415 | 124,234 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | 2,299 | - | 25,861 | (50,971) | - |
| CASH - END OF MONTH | 10,000 | - | 279,110 | 56,345 | 27,807 | 93,288 | - |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimus expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**

**Schedule of Cash Receipts and Disbursements**

**MOR-1**

**November 2004**

| | Bank of Boston Operating Acct 0154519 | Bank of Boston Operating Acct 0154474 | Cash in Transit | Cash on Hand | Other | CURRENT MONTH | |
|---|---|---|---|---|---|---|---|
| | | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ | $ | $ 1,797,440 | $ 11,925 | $ 920,617 | 239,976,532 | $ |
| RECEIPTS | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 88,469 | | | | 88,029,705 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | 10,782,726 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | - | |
| DIP BORROWINGS | | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | | 34,689,722 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | 88,251,598 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | 415,905,888 | |
| MISCELLANEOUS | | | | | | 2,653,008 | |
| TOTAL RECEIPTS | | 654,469 | - | | - | 640,312,648 | |
| DISBURSEMENTS | | | | | | | |
| PAYROLL | 417 | | | | | 11,505,621 | |
| PAYROLL TAXES | | | | | | 5,432,561 | |
| TRADE PAYABLES - THIRD PARTIES | | 779,203 | | | | 82,676,700 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | | | 175,594 | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | 7,184,596 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | 13,548,746 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 1,787,440 | | | 471,144,902 | |
| MISCELLANEOUS | 21 | 1,347 | | | 993,115 | 6,902,418 | |
| TOTAL DISBURSEMENTS | 438 | 780,550 | 1,787,440 | | 993,115 | 598,571,139 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (438) | 367,081 | (1,787,440) | - | (993,115) | 41,741,509 | |
| CASH - END OF MONTH | 88 | 196,307 | 0 | 43,925 | (72,502) | 281,718,041 | $ |

**Note #1**

Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn

**W.R. Grace & Co.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | JP Morgan Chase Pass Through xx3881951 | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | (0) | $ (0) | |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 743,693 | 743,693 | |
| TOTAL RECEIPTS | 743,693 | 743,693 | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 743,693 | 743,693 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 743,693 | 743,693 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | - | - |
| CASH - END OF MONTH | $ (0) | $ (0) | $ - |

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | JP Morgan Chase Disbursing Wire 323883842 | JP Morgan Chase Disbursement 601933198 | Othr | CURRENT MONTH | |
|---|---|---|---|---|---|
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ - | $ (704,515) | $ 24,84 | (536,941) | |
| RECEIPTS | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | 139 | 139 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 743,693 | | | 743,693 | |
| TOTAL RECEIPTS | - | 743,694 | 139 | 743,832 | |
| DISBURSEMENTS | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 291,375 | | 291,375 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | | - | |
| TOTAL DISBURSEMENTS | - | 291,375 | - | 291,375 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | 452,318 | 139 | 452,457 | |
| CASH - END OF MONTH | - | (82,196) | 2,287 | (84,484) | |

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | On bank Operating Acct 300173611 | Petty Cash | Other | Cash in-Transit | CURRENT MONTH | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $   3,977,631 | $   1,500 | $   (51,679) | | $   4,187,180 | |
| RECEIPTS | | | | | | |
| | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 570,172 | | | | 570,172 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| DIP BORROWINGS | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | 216,842 | 216,842 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 157,838 | | | 13,074,177 | 13,232,015 | |
| TOTAL RECEIPTS | 728,010 | | - | 13,291,019 | 14,019,029 | - |
| DISBURSEMENTS | | | | | | |
| | | | | | | |
| PAYROLL | 5,755 | | | | 5,755 | |
| PAYROLL TAXES | 2,368 | | | | 2,368 | |
| TRADE PAYABLES - THIRD PARTIES | 433,383 | | | | 433,383 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION   PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | 13,287,631 | 13,287,631 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 157,838 | | | | 157,838 | |
| MISCELLANEOUS | | | | | - | |
| TOTAL DISBURSEMENTS | 599,344 | - | - | 13,287,631 | 13,886,975 | - |
| NET CASH FLOW   (RECEIPTS LESS DISBURSEMENTS) | 128,666 | - | | 3,388 | 132,054 | |
| CASH - END OF MONTH | 4,106,019 | 1,500 | (51,679) | 3,388 | 4,319,234 | |

*Chart 1*

| CC Partners | | | |
|---|---|---|---|
| **Schedule of Cash Receipts and Disbursements** | | | |
| **MOR-1** | | | |
| **November 2004** | | | |

| | First Union Deposit Acct 2*99500/\0180? | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ | $ - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | |
| DIP BORROWINGS | | | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|     TOTAL RECEIPTS | - | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION | | | |
|     PAYMENTS AS SERVICER FOR GRPI | | | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|     TOTAL DISBURSEMENTS | | - | - |
| NET CASH FLOW | | | |
| (RECEIPTS LESS DISBURSEMENTS) | | - | - |
|     CASH - END OF MONTH | $ - | $ - | $ - |

**Kootenal Development Company**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | First National Bank of Montana 1046097 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $    17,363 | $    17,363 | |
| RECEIPTS | | | |
| | No. Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $    17,363 | $    17,363 | $    - |

Grace Europe, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
November 2004

| | Barclays Bank PLC | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ (662) | $ (662) | |
| RECEIPTS | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | (662) | (662) | |
| TOTAL DISBURSEMENTS | (662) | (662) | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 662 | 662 | - |
| CASH - END OF MONTH | $ (0) | $ (0) | $ - |

**Gloucester New Communities Company, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | Cash<br>projected | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | 500 | $    500 | |
| RECEIPTS | | | |
| | No Available | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION<br>  PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | | - | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | | - | - |
| CASH - END OF MONTH | $    500 | $    500 | $    - |

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**November 2004**

| | | CURRENT MONTH | |
|---|---|---|---|
| | Year to Date | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ | $ - | |
| RECEIPTS | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | | - | - |
| DISBURSEMENTS | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | - | - |
| CASH - END OF MONTH | $ - | $ - | $ - |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | JP Morgan Chase Disbursement 910101?572 | | Wachovia Lockbox 8519799102 | | First Union Deposit Acct ?155.00?1?1312 | | First Union Payroll 2075600003615 | | Merrill Lynch Investment ?0?3?55 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 95,511 | $ | | $ | | $ | | $ | 211,611,284 |
| | | | | | | | | | | |
| Bank Balance | $ | 95,511 | $ | | $ | 24,?3- | $ | - | $ | 211,611,281 |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | | | | | | | (120,889) | | |
| Other | | | | | | (21?,95) | | 120,889 | | |
| Adjusted bank balance | $ | 95,511 | $ | | $ | | $ | (0) | $ | 211,611,284 |
| | | | | | | | | | | |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | | | | ? Dtl Available | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | 29,174 | | |
| Unreconciled bank activity | | | | | | | | 26,516 | | |
| Unreconciled ledger activity | | | | | | | | 5,418 | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | (24,535) | | 59,731 | | |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | JP Morgan Chase Holding 009-23141 | | JP Morgan Chase Concentration 16001257 | | Bank of America ركات 3786001111 | | First Union Concentration 2000000292142 | | First Union Payroll 2079000167-41 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 142,775 | $ | 271,982 | $ | | $ | | $ | |
| | | | | | | | | | | |
| Bank Balance | $ | 741,732 | $ | 271,982 | $ | | $ | 3,776,240 | $ | - |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | | | | | | | | | (207,906) |
| Other | | (957) | | - | | | | (3,776,240) | | 207,906 |
| Adjusted bank balance | $ | 742,775 | $ | 271,982 | $ | | $ | - | $ | - |
| | | | | | | | | | | |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | | | | | | Detail Available | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | (957) | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | (17,548) | | |
| Unreconciled ledger activity | | | | | | | | | (17,548) | | (691) |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | (3,741,144) | | 208,597 |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | First Union Petty Cash 20?9x00005270 | | Civic Bank Payroll 1?502315716 | | First Union Publ x Med .x 20 ?599 u0? 21 6 | | First Union Accts Payable 20?5920095?s1 | | First Union Payroll 20?990006?5o4 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | | $ - | | $ | | $ | | $ - | |
| | | | | | | | | | | |
| Bank Balance | $ | | | | ` | | $ - | | $ | |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | 15 189 | | | | | | 13 394 830 | | (197 272) |
| Other | | 3 169 | | | | | | 3 394 830 | | 197 2?2 |
| Adjusted bank balance | | $ | | $ | | ` | | $ | | $ - |
| | | | | | | | | | | |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | 17 586 | 115 | | | | | Detail Available | | Detail Available | |
| | 47009 | 188 | | | | | | | | |
| | 37088 | (1 000) | | | | | | | | |
| | 37089 | 124 | | | | | | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | 4 618 | | | | | | 1 961 | | (138 161) |
| Unreconciled ledger activity | | | | | | | | 11 544 539 | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | (302) | | | | | | 4 947 408 | | 245 714 |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | Wachovia Lockbox 1866-082555 | | First Union Accts payable 2079900005690 | | First Union Accts Payable 9xx 9300005291 | | M & T Bank Payroll 16296871 | | SunTrust Payroll 00000141309 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | | $ | - | $ | - | $ | 53,411 | $ | 45,246 |
| | | | | | | | | | | |
| Bank Balance | $ | 1,057,769 | $ | - | $ | - | $ | 205,944 | $ | 45,246 |
| (+) Deposits in transit | | 245,455 | | | | | | | | |
| (-) Outstanding checks | | | | (902,498) | | | | (156,622) | | |
| Other | | (1,271,214) | | 902,498 | | | | 4,089 | | |
| Adjusted bank balance | $ | - | $ | - | $ | - | $ | 53,411 | $ | 45,246 |
| | | | | | | | | | | |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | 10/29/04 | 45,128 | | | | | | | | |
| | 10/29/04 | 199,327 | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | | | | Detail Available | | | | Detail Available | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | (1,277,905) | | 902,498 | | | | | | |
| Accounting error | | 4,092 | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | 575 | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | (1) | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | 649 | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | 1,167 | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | PNC 4009641950 | | Hibernia Natl Disbursement 1u1xd1_10 | | Bank of America Payroll 0000 0002 2134 | | M & T Bank Payroll 16298657 | | First Union Petty Cash 2040000016900 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 5 196 | $ | 10 000 | $ | | $ | 275 817 | $ | 56 346 |
| | | | | | | | | | | |
| Bank Balance | $ | 244 7 | $ | 10 000 | $ | | $ | 198 111 | $ | 41 96 |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | | | | | | | 29 111 | | |
| Other | | 24 | | | | | | 2 299 | | 14 388 |
| Adjusted bank balance | $ | 21 196 | $ | 10 000 | $ | | $ | 270 811 | $ | 56 345 |
| | | | | | | | | | | |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # Detail Available | Amount | Ck # | Amount |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | 2 299 | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | 24 | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | (1 612) |
| Petty cash funds | | | | | | | | | | 16 000 |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | Banco de Credito Operating Acct 19-1111512205-9 | | Banco de Credito Operating Acct 19-1112596-1-72 | | Banco de Credito Time deposit 3019820 | | Bank of Boston Operating Acct 0154519 | | Bank of Boston Operating Acct 01-14241 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance per books | Soles | 6,498 | $ | 122,259 | | | Soles | 1,746 | $ | 581,489 |
| | | | | | | | | | | |
| Bank Balance | | 9,100 | $ | 117,832 | | | | 1,711 | $ | 581,427 |
| (+) Deposits in transit | | | | 4,466 | | | | | | |
| (-) Outstanding checks | | (2,642) | | (59) | | | | | | (574) |
| Other | | | | | | | | 35 | | 36 |
| Adjusted bank balance | | 6,463 | $ | 122,239 | $ | - | | 1,746 | $ | 581,489 |
| | | | | | | | | | | |
| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | 10-30-04 | 4,466 | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
| | various | 25 | 8711323 | 54 | | | | | | 574 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | 35 | | 36 |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

**W. R. Grace & Co.**
**Bank Reconciliations**
**October 2004**
**MOR-1**

|  | JP Morgan Chase Pass Through 203881063 | |
|---|---|---|
| Balance per books |  | $          - |
|  |  |  |
| Bank Balance |  | $          - |
| (+) Deposits in transit |  | - |
| ( -) Outstanding checks |  | - |
| Other |  | - |
| Adjusted bank balance |  | $ |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  |  |  |
|  |  |  |

| Outstanding Checks | Ck # | Amt |
|---|---|---|
|  |  |  |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  |  |
| Interest not recorded on books |  |  |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  |  |
| Unreconciled bank activity |  |  |
| Unreconciled ledger activity |  |  |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |

*Chart 2*

**Remedium Group, Inc.**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | JP Morgan Chase Payroll Primary JP0880842 | | JP Morgan Chase Disbursement 601831986 | |
|---|---|---|---|---|
| Balance per books | $ | | $ | (534,51-) |
| | | | | |
| Bank Balance | $ | | $ | - |
| ( + ) Deposits in transit | | | | |
| ( - ) Outstanding checks | | | | (534,5c>) |
| Other | | | | 4n |
| Adjusted bank balance | $ | | $ | (534,513) |

| Deposits in Transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|
| | | | 5115 | 200 |
| | | | 5196 | 2c0 |
| | | | 5411 | 4 200 |
| | | | 5850 | 96 |
| | | | 5656 | 155 |
| | | | 5885 | 193 250 |
| | | | 5890 | 21 |
| | | | 5892 | 84 |
| | | | 5893 | 103 |
| | | | 5895 | 10 |
| | | | 5896 | 1 182 |
| | | | 5897 | 29 |
| | | | 5898 | 438 |
| | | | 5899 | 2 773 |
| | | | 5c00 | 1,200 |
| | | | 5801 | 2 |
| | | | 5802 | 273 |
| | | | 5803 | 147,675 |
| | | | 5804 | 1 393 |
| | | | 5805 | 438 |
| | | | 5806 | 9 480 |
| | | | 5807 | 70 |
| | | | 5809 | 41 |
| | | | 5810 | 160 903 |
| | | | 5811 | 80 |
| | | | 5812 | 10,228 |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | 40 |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | |
| Petty cash funds | | | | |

Chart 2

**CC Partners**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | First Union Carry out Acct 2133C0003180 |
|---|---|
| Balance per books | $ |
| | |
| Bank Balance | $ |
| (+) Deposits in transit | |
| ( -) Outstanding checks | |
| Other | |
| Adjusted bank balance | $ |
| | |
| Deposits in Transit | |
| | |
| | |
| | |
| Outstanding Checks | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Other | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

Chart 2

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**October 2004**
**MOR-1**

|  | Citibank Operating Acct 30015-1011 |
|---|---|
| Balance per books | $    4,237,353 |
|  |  |
| Bank Balance | $    4,231,337 |
| (+) Deposits in transit | 1,114 |
| (-) Outstanding checks | (195,112) |
| Other |  |
| Adjusted bank balance | $    4,237,353 |

| Deposits in Transit | Date | Amt |
|---|---|---|
|  | 10.29.04 | 1,114 |

| Outstanding Checks | Ck # | Amt |
|---|---|---|
|  | 15481 | (27) |
|  | 15904 | (728) |
|  | 16971 | (920) |
|  | 17225 | (6,111) |
|  | 17238 | (68) |
|  | 17240 | (45) |
|  | 17251 | (5,726) |
|  | 17252 | (5,062) |
|  | 17253 | (7,375) |
|  | 17254 | (729) |
|  | 17255 | (2,924) |
|  | 17256 | (972) |
|  | 17258 | (114) |
|  | 17259 | (3,181) |
|  | 17267 | (4,748) |
|  | 17260 | (460) |
|  | 17261 | (6,651) |
|  | 17263 | (217) |
|  | 17264 | (600) |
|  | 17269 | (2,166) |
|  | 17270 | (3,379) |
|  | 17271 | (499) |
|  | 17272 | (424) |
|  | 17273 | (126) |
|  | 17274 | (1,167) |
|  | 17275 | (225) |
|  | 17276 | (3,000) |
|  | 17277 | (195) |
|  | 17278 | (52) |
|  | 17279 | (600) |
|  | 17280 | (100) |
|  | 17281 | (235) |
|  | 17282 | (660) |
|  | 17283 | (11) |
|  | 17284 | (65) |
|  | 17285 | (241) |
|  | various | (5,086) |

| Other |  |  |
|---|---|---|
| Transfers between bank accounts |  |  |
| Accounting error |  |  |
| Interest not recorded on books |  |  |
| Bank fees not recorded on books |  |  |
| Payroll tax payments not recorded |  |  |
| Unreconciled bank activity |  |  |
| Unreconciled ledger activity |  |  |
| Returned item adjustment |  |  |
| Payroll activity in transit |  |  |
| Petty cash funds |  |  |

*Chart 2*

**Grace Europe, Inc.**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | Barclays Bank PLC | |
|---|---|---|
| Balance per books | $ | ,662. |
| | | |
| Bank Balance | $ | . |
| (+) Deposits in transit | | . |
| ( -) Outstanding checks | | . |
| Other | | ,662. |
| Adjusted bank balance | $ | (662. |

| Deposits in Transit | Date | Amt |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck  # | Amt |
|---|---|---|
| | | |
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | (662, |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**Kootenai Development Company**
**Bank Reconciliations**
**October 2004**
**MOR-1**

| | First National Bank of Montana Checking 1040097 |
|---|---|
| Balance per books | $ 17 363 |
| | |
| Bank Balance | $ 17 363 |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ 17 363 |
| | |
| Deposits in Transit | |
| | |
| | |
| | |
| Outstanding Checks | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Other | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | W.R. Grace & Co Conn | W.R. Grace & Co. | Remedium Group, Inc | CCHP, Inc | CC Partners | Grace Washington, Inc | Litigation Management Inc. | Grace Europe Inc | L B Realty Inc |
|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ 70,575,595 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 27,906,956 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 270,961 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 4,545,350 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (6,472,001) | 4,125,717 | 721,468 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| | 96,826,860 | 4,125,717 | 721,468 | 19,173 | 845,233 | - | 2,602,915 | - | - |
| Cost of goods sold to third parties | 47,036,547 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 19,720,857 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 250,045 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 502,859,959 | - | 6,016 | - | - | 7,380 | - | - | - |
| Research and development expenses | 2,844,993 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,588,228 | - | 2,317 | - | - | - | - | - | - |
| Interest expense | 57,712,537 | - | - | - | - | - | - | 369 | - |
| Other (income) expense | (1,811,851) | - | - | - | - | - | - | - | - |
| | 633,201,313 | - | 8,333 | - | - | 7,380 | - | 369 | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (536,374,453) | 4,125,717 | 713,135 | 19,173 | 845,233 | (7,380) | 2,602,915 | (369) | - |
| Chapter 11 reorganization expenses, net | (2,556,947) | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 60,543,772 | (1,444,001) | (249,638) | (6,710) | (295,831) | 430 | (911,020) | 29 | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | $ (478,387,627) | $ 2,681,716 | $ 463,497 | $ 12,463 | $ 549,402 | $ (6,950) | $ 1,691,895 | $ (340) | $ - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | Grace International Holdings, Inc | Darex Puerto Rico Inc. | Alewife Land Corporation | Alewife Boston Ltd. | Five Alewife Boston Ltd | GN H dings, Inc | MRA Holdings Corp | MRA Intermedco Inc. | MRA Staffing Systems Inc | Kootenai Development Company |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $          - | $  485,606 | $          - | $      - | $      - | $      - | $      - | $      - | $      - | $      - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,484,969 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (1,842,504) | - | - | - | - | - | - | - | - | - |
| | (357,535) | 485,606 | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 294,728 | 6,892 | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 38,602 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 91,516 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 7,942 | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| Other (income) expense | (75,157) | (216,842) | - | - | - | - | - | - | - | - |
| | (75,157) | 215,946 | 6,892 | - | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (282,377) | 269,660 | (6,892) | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | (3,911,210) | (718,543) | 2,413 | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | $(4,193,588) | $(448,883) | $(4,479) | $      - | $      - | $      - | $      - | $      - | $      - | $      - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | CB Biomedical, Inc | Amicon, Inc | Grace Environmental Inc | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc | Guanica-Caribe Land Development Corporation | Dewey & Almy LLC | A-1 Bit & Tool Co Inc | Grace Tarpon Investors Inc | GEC Limited Partners I Inc |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| Other (income) expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net income (loss) | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | Monolith Enterprises, Incorporated | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. | W.R. Grace Land Corporation | G C Management Inc. | Water Street Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | | - | - | | - | - | - |
| Net sales to filing entities | - | - | - | | - | - | | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | | - | - | | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | | - | - | | - | - | - |
| | - | | - | | - | - | | - | | - |
| Cost of goods sold to third parties | - | - | - | | - | - | | - | | - |
| Cost of goods sold to non-filing entities | - | - | - | | - | - | | - | | - |
| Cost of goods sold to filing entities | - | - | - | | - | - | | - | | - |
| Selling, general and administrative expenses | - | - | - | | - | - | | - | | - |
| Research and development expenses | - | - | - | | - | - | | - | | - |
| Depreciation and amortization | - | - | - | | - | - | | - | | - |
| Interest expense | - | - | - | | - | - | | - | | - |
| Other (income) expense | - | - | - | | - | - | | - | | - |
| | - | | - | | - | - | | - | | - |
| (Loss) income before Chapter 11 reorganization | | | | | | | | | | |
| expenses, income taxes, minority interest | | | | | | | | | | |
| and equity in net income of non-filing entities | - | - | - | | - | - | | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | | - | - | | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | | - | - | | - | - | - |
| Minority interest in income of subsidiary | - | - | - | | - | - | | - | - | - |
| Equity in net income of non-filing entities | - | - | - | | - | - | | - | - | - |
| **Net income (loss)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

Note #2
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | Del Taco Restaurants Inc | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc | Creative Food N Fun Company | Grace PAR Corporation | Grace A-B Inc | H-G Co International Inc | GPC Thomasville Corp | Grace Ventures Corp | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| Other (income) expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |

**Note #2**
Certain de minimis expenditures including state registration fees, business license fees and certain taxes of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

5 of 7

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc | Grace A-B II Inc | Grace H-G II Inc | Coalgrace II Inc | Grace-H-G Inc | Gracoal, Inc | Grace Drilling Company | Grace Petroleum Libya Incorporated |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | S - | S - | S - | S - | S - | S - | S - | | S - | - |
| Net sales to non-filing entities | - | - | | - | - | - | - | | - | - |
| Net sales to filing entities | - | - | | - | - | - | - | | - | - |
| Interest and royalties from non-filing entities, net | - | | - | - | - | - | | | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | | | | - | - |
| | - | | - | | - | | - | | | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | | - | - |
| Research and development expenses | - | - | - | - | - | - | - | | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | | - | - |
| Interest expense | - | - | - | - | - | - | - | | - | - |
| Other (income) expense | - | - | - | - | - | - | - | | - | - |
| | - | | - | | | - | - | | | - |
| (Loss) income before Chapter 11 reorganization | | | | | | | | | | |
| expenses, income taxes, minority interest | | | | | | | | | | |
| and equity in net income of non-filing entities | - | - | | - | | - | - | | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | | - | - |
| **Net income (loss)** | S - | S - | S - | S - | S - | S - | S - | | S - | S - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended November 30, 2004**

| | Axial Basin Ranch Company | Hayden Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | COMBINED FILING ENTITIES |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 71,061,201 |
| Net sales to non-filing entities | - | - | - | | - | 27,906,956 |
| Net sales to filing entities | - | - | - | (270,961) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 6,030,320 |
| Interest and royalties from filing entities, net | - | - | - | - | - | - |
| | - | - | - | (270,961) | | 104,998,476 |
| Cost of goods sold to third parties | - | - | - | - | | 47,338,166 |
| Cost of goods sold to non-filing entities | - | - | - | - | | 19,720,857 |
| Cost of goods sold to filing entities | - | - | - | (288,646) | | - |
| Selling, general and administrative expenses | - | - | - | - | | 502,964,872 |
| Research and development expenses | - | - | - | - | | 2,844,993 |
| Depreciation and amortization | - | - | - | - | | 4,598,487 |
| Interest expense | - | - | - | - | | 57,712,906 |
| Other (income) expense | - | - | - | - | | (2,103,850) |
| | - | - | - | (288,646) | - | 633,076,430 |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | 17,685 | - | (528,077,954) |
| Chapter 11 reorganization expenses, net | - | - | - | - | | (2,556,947) |
| (Provision for) benefit from income taxes | - | - | - | - | | 53,009,691 |
| Minority interest in income of subsidiary | - | - | - | - | | - |
| Equity in net income of non-filing entities | - | - | - | - | 2,163,435 | 2,163,435 |
| **Net income (loss)** | $ - | $ - | $ - | $ 17,685 | $ 2,163,435 | $ (475,461,775) |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | W.R. Grace & Co - Conn | W.R. Grace & Co | Remedium Group Inc | CCHP, Inc. | CC Partners | Grace Washington Inc. |
|---|---:|---:|---:|---:|---:|---:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 281,718,041 | $ - | $ (84,484) | $ - | $ - | $ - |
| Accounts and other receivables, net | 111,448,303 | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 314,940,891 | (415,786,563) | (12,606,627) | 12,885,005 | (37,765,964) | (9,859,115) |
| Inventories | 75,396,598 | | | | | |
| Deferred income taxes | 19,661,893 | - | 10,540,580 | | | |
| Other current assets | 22,647,934 | | | | | |
| Total Current Assets | 825,813,661 | (415,786,563) | (2,110,531) | 12,885,005 | (37,765,964) | (9,859,115) |
| | | | | | | |
| Properties and equipment, net | 353,662,159 | | 432,154 | | | |
| Goodwill | 14,499,090 | | - | | | |
| Cash value of company owned life insurance, net of policy loans | 95,200,646 | | - | | | |
| Deferred income taxes | 892,782,727 | | 29,268,534 | | | |
| Asbestos-related insurance receivable | 500,000,000 | | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,375,093,141) | 894,799,607 | 131,567,945 | 5,032,422 | 217,660,913 | |
| Investment in filing and non-filing entities | 822,797,939 | 241,512,111 | | | | |
| Other assets | 78,842,802 | | | | | |
| **Total Assets** | $ 2,208,505,883 | $ 720,525,155 | $ 159,158,101 | $ 17,917,426 | $ 179,894,948 | $ (9,859,115) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 41,689,352 | | 12,355 | | | |
| Income taxes payable | 268 | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | | | | | | |
| Other current liabilities | 160,260,126 | | 294,193 | | | 4,825 |
| Total Current Liabilities | 201,949,746 | - | 306,548 | - | | 4,825 |
| | | | | | | |
| Debt payable after one year | (0) | | - | | | |
| Deferred income taxes | 222,691,453 | | - | | | |
| Asbestos-related liability expected to be disbursed after one year | - | | - | | | |
| Other liabilities | 259,689,187 | 188,091 | - | | 0 | |
| Total Liabilities Not Subject to Compromise | 684,330,386 | 188,091 | 306,548 | - | 0 | 4,825 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 616,395,429 | | - | | | |
| Accounts payable | 30,579,808 | | 665,607 | | | |
| Income taxes payable | 130,579,683 | 32,741,654 | (1,008,622) | 145,862 | 6,801,027 | (12,753) |
| Asbestos-related liability | 1,700,000,000 | | - | | | |
| Other liabilities | 506,256,050 | | 113,307,855 | | 32,067,440 | |
| Total Liabilities Subject to Compromise | 2,983,810,970 | 32,741,654 | 112,964,840 | 145,862 | 38,868,467 | (12,753) |
| **Total Liabilities** | 3,668,141,356 | 32,929,745 | 113,271,388 | 145,862 | 38,868,467 | (7,928) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | | |
| Common Stock | 83,968,960 | 777,198 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 423,142,165 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (1,326,385,474) | 390,299,201 | 36,150,041 | (16,281,902) | 85,014,904 | (9,852,187) |
| Treasury stock, at cost | | (126,623,254) | | | | |
| Accumulated other comprehensive loss | (360,028,836) | 100 | - | | | |
| Total Shareholders' Equity (Deficit) | (1,459,635,473) | 687,595,410 | 45,886,713 | 17,771,565 | 141,026,481 | (9,851,187) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,208,505,883 | $ 720,525,155 | $ 159,158,101 | $ 17,917,426 | $ 179,894,948 | $ (9,859,115) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Litigation Management, Inc. | Grace Europe, Inc. | G B Realty, Inc. | Grace International Holdings, Inc. | Grace Puerto Rico Inc | Alewife Land Corporation |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $  - | $  - | $  - | $  - | $ 4,319,234 | $  - |
| Accounts and other receivables, net | | 94,592 | | | 2,271,530 | |
| Receivables from/(payables to) filing and non-filing entities, net | (386,938,460) | 5,741,937 | 140,524,854 | (74,116,002) | (1,324,427) | (4,294,763) |
| Inventories | | (0) | | | 289,116 | |
| Deferred income taxes | | 92,006 | | | (5,688) | |
| Other current assets | | | | | | |
| **Total Current Assets** | (386,938,460) | 5,928,534 | 140,524,854 | (74,116,002) | 5,549,765 | (4,294,763) |
| | | | | | | |
| Properties and equipment, net | | | | | 650,892 | |
| Goodwill | | | | | | |
| Cash value of company owned life insurance, net of policy loans | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance receivable | | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 494,970,561 | (3,282,753) | | 95,063,980 | | |
| Investment in filing and non-filing entities | | | | 58,669,464 | | |
| Other assets | | 54,000 | | | 13,525,544 | |
| **Total Assets** | $ 108,032,102 | $ 2,699,781 | $ 140,524,854 | $ 79,617,443 | $ 19,726,200 | $ (4,294,763) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $  - | $  - | $  - | $  - | $  - | $  - |
| Accounts payable | | 25,429 | | 23,688 | 907,772 | |
| Income taxes payable | | | | | | |
| Asbestos-related liability expected to be disbursed within one year | | | | | | |
| Other current liabilities | | 355,905 | | | 108,969 | |
| **Total Current Liabilities** | - | 381,334 | - | 23,688 | 1,016,741 | - |
| | | | | | | |
| Debt payable after one year | | | | | | |
| Deferred income taxes | | 0 | | | | |
| Asbestos-related liability expected to be disbursed after one year | | | | | | |
| Other liabilities | | | | 27,132,683 | | |
| **Total Liabilities Not Subject to Compromise** | - | 381,334 | - | 27,156,371 | 1,016,741 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | | | | | | |
| Accounts payable | | | | | 133,907 | |
| Income taxes payable | 20,953,103 | (986,420) | (150) | (3,034,186) | 2,405,294 | (96,794) |
| Asbestos-related liability | | | | | | |
| Other liabilities | | 262,873 | | | | |
| **Total Liabilities Subject to Compromise** | 20,953,103 | (723,547) | (150) | (3,034,186) | 2,539,201 | (96,794) |
| **Total Liabilities** | 20,953,103 | (342,212) | (150) | 24,122,185 | 3,555,943 | (96,794) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | | | | | |
| Common Stock | 1,000 | 1,000 | | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | | 25,358,993 | 61,845,489 | 13,074,177 | 274,606 |
| (Accumulated deficit)/Retained earnings | 116,345,296 | (486,221) | 115,166,011 | (50,628,966) | 3,095,080 | (4,472,774) |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive loss | | 3,527,215 | | 44,277,735 | | |
| **Total Shareholders' Equity (Deficit)** | 87,078,999 | 3,041,994 | 140,525,004 | 55,495,257 | 16,170,257 | (4,197,969) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,032,102 | $ 2,699,781 | $ 140,524,854 | $ 79,617,443 | $ 19,726,200 | $ (4,294,763) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | | (57,817,172) | (110) | (330) | (16,653) |
| Inventories | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Other current assets | - | | - | | | |
| **Total Current Assets** | (2,143,580) | | (57,817,172) | (110) | (330) | (16,653) |
| | | | | | | |
| Properties and equipment, net | - | | - | | | |
| Goodwill | - | | - | | | |
| Cash value of company owned life insurance, net of policy loans | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related insurance receivable | - | | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | | | |
| Investment in filing and non-filing entities | - | | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | | - | | | |
| **Total Assets** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,994,924 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | - | | | |
| Income taxes payable | - | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | | |
| Other current liabilities | - | | - | | | |
| **Total Current Liabilities** | - | | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | | - | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related liability expected to be disbursed after one year | - | | - | | | |
| Other liabilities | - | | - | | | |
| **Total Liabilities Not Subject to Compromise** | - | | - | | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | | |
| Accounts payable | - | | - | | | |
| Income taxes payable | (210) | | - | (110) | (330) | (4,062) |
| Asbestos-related liability | - | | - | | | |
| Other liabilities | - | | - | | | |
| **Total Liabilities Subject to Compromise** | (210) | | - | (110) | (330) | (4,062) |
| **Total Liabilities** | (210) | | - | (110) | (330) | (4,062) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | - | | | |
| Common Stock | - | | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | | (34,103,706) | | | 1,498,986 |
| Treasury stock, at cost | - | | - | | | |
| Accumulated other comprehensive loss | - | | - | | | |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | | (23,763,706) | 54,500,000 | 54,500,000 | 55,998,986 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,994,924 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Kootenai Development Company | CB Biomedical Inc | Amicon, Inc | Grace Environmental Inc | Grace Chemical Company of Cuba | Southern Oil Resin & Fiberglass Inc |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 17,363 | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (10,483) | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | 6,437 | - | - | - | - | - |
| **Total Current Assets** | 13,317 | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | 1,630,940 | - | - | - | - | - |
| **Total Assets** | $ 1,644,257 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 551,649 | 5,000 | - | - | - | - |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (4,254) | (195) | 10,346,794 | (230) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (4,254) | (195) | 10,346,794 | (230) | - | - |
| **Total Liabilities** | 547,395 | 4,805 | 10,346,794 | (230) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | - | 5,150 | - | - |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | - | - |
| (Accumulated deficit)/Retained earnings | (8,092) | (27,478,060) | 43,427,950 | (12,433,596) | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | (99,212) | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 1,096,862 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,644,257 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Guanica Caribe Land Development Corporation | Dewey & Almy, LLC | Axial Basic & Fuel Co Inc | Grace Tarpon Investors Inc | GC Limited Partners I, Inc | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,284 | $ (8,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (110) | - | (110) | (560) | (560) | (450) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (110) | - | (110) | (560) | (560) | (450) |
| **Total Liabilities** | (110) | - | (110) | (557) | (560) | (450) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (10,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (8,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,284 | $ (8,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R Grace & Co - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Grace Culinary Systems Inc. | Grace Hotel Services Corporation | Monroe Street Inc. | Grace H-G Inc. | Hanover Square Corporation | Ee erg Inc |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Other current assets | - | - | - | - | | - |
| **Total Current Assets** | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (1,230,613) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | | - |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (818) | (110) | (210) | (110) | (30) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (818) | (110) | (210) | (110) | (30) |
| **Total Liabilities** | - | (818) | (110) | (210) | (110) | (30) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (1,230,683) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (1,230,583) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (1,230,613) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | W.R. Grace Land Corporation | G-C Management Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W.R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,324 | - | (73,061) | (12,559,518) | (264,688) | (19,457,226) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,324 | - | (73,061) | (12,559,518) | (264,688) | (19,456,726) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,452,659) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | 14,667 |
| **Total Current Liabilities** | - | - | - | - | 199 | 18,733 |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | (7,650) |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 199 | 11,083 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (812) | - | (110) | (265) | (759) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (812) | - | (110) | (265) | (759) | - |
| **Total Liabilities** | (812) | - | (110) | (265) | (560) | 11,083 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | - | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | - | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,452,659) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Creative Food 'N Fun Company | Grace PAR Corporation | Grace A-B Inc | Homco International, Inc | GPC Thomasville Corp | Grace Ventures Corp |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 23,478,912 | 6,345,361 | 810,265 | (59,581,637) | (183) | (86,721) |
| Inventories | - | - | - | - | | |
| Deferred income taxes | - | - | | | | |
| Other current assets | - | - | | | | |
| **Total Current Assets** | 23,478,912 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | - | | | | |
| Goodwill | - | - | | | | |
| Cash value of company owned life insurance, net of policy loans | - | - | | | | |
| Deferred income taxes | - | - | | | | |
| Asbestos-related insurance receivable | - | - | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | | | | |
| Investment in filing and non-filing entities | - | - | | | | |
| Other assets | - | - | | | | |
| **Total Assets** | $ 23,478,912 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | | | | |
| Income taxes payable | - | - | | | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | | | | |
| Other current liabilities | - | - | | | | |
| **Total Current Liabilities** | - | - | - | - | | |
| | | | | | | |
| Debt payable after one year | - | - | | | | |
| Deferred income taxes | - | - | | | | |
| Asbestos-related liability expected to be disbursed after one year | - | - | | | | |
| Other liabilities | - | - | | | | |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | | | | |
| Accounts payable | - | - | | | | |
| Income taxes payable | (1,237) | (300) | (335) | (405) | (185) | (110) |
| Asbestos-related liability | - | - | | | | |
| Other liabilities | - | - | | | | |
| **Total Liabilities Subject to Compromise** | (1,237) | (300) | (335) | (405) | (185) | (110) |
| **Total Liabilities** | (1,237) | (300) | (335) | (405) | (185) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | | |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | | (1,986,611) |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive loss | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,478,912 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc | Grace H-G II Inc |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables) to filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,839 | 875,359 | (5,314) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,839 | 875,359 | (5,314) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,839 | $ 875,359 | $ (5,314) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (119) | (110) | - | (360) | (310) | (260) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (119) | (110) | - | (360) | (310) | (260) |
| **Total Liabilities** | (119) | (110) | - | (360) | (310) | (260) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,839 | $ 875,359 | $ (5,314) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R Grace & Co - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

Chart 4

**W.R. Grace & Co. - Chapter 11 Filing Entitles**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Congrace II, Inc | Grace all II Inc | Grace al Inc | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables  net | - | - | - | - | - | |
| Receivables from/(payables to) filing and non-filing entities  net | 108,080 | 130,215,533 | 145,239,206 | (81,115,113) | 47,407,796 | |
| Inventories | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Other current assets | - | - | - | - | - | |
|   Total Current Assets | 108,080 | 130,215,533 | 145,239,206 | (81,115,113) | 47,407,796 | |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill | - | - | - | - | - | |
| Cash value of company owned life insurance  net of policy loans | - | - | - | - | - | |
| Deferred income  axes | - | - | - | - | - | |
| Asbestos-related insurance receivable | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ 108,080 | $ 130,215,533 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | - | - | - | - | - | |
|   Total Current Liabilities | - | - | - | - | - | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | |
| Deferred income taxes | - | 27,277,846 | 27,277,846 | - | - | |
| Asbestos-related  iability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
|   Total Liabilities Not Subject to Compromise | - | 27,277,846 | 27,277,846 | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (360) | 1,749,615 | 1,749,790 | (480) | (110) | |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
|   Total Liabilities Subject to Compromise | (360) | 1,749,615 | 1,749,790 | (480) | (110) | |
|   **Total Liabilities** | (360) | 29,027,461 | 29,027,636 | (480) | (110) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | |
| Treasury stock, at cost | - | - | - | - | - | |
| Accumulated other comprehensive loss | - | - | - | - | - | |
|   Total Shareholders' Equity (Deficit) | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,080 | $ 130,215,533 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W  R Grace & Co - Conn as it is not practical
to determine which  Debtor bears the ultimate obligation

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | Hay per-Gulch West Coal Company | Hea Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | | - | - | 6,100,000 |
| Inventories | - | | | - | - |
| Deferred income taxes | - | | - | - | (25,278,920) |
| Other current assets | - | | - | - | - |
|   Total Current Assets | - | | - | - | (19,178,920) |
| | | | | | |
| Properties and equipment, net | - | | | | - |
| Goodwill | - | | | | - |
| Cash value of company owned life insurance, net of policy loans | | | - | | - |
| Deferred income taxes | - | | | - | (277,247,145) |
| Asbestos-related insurance receivable | | | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | | - |
| Investment in filing and non-filing entities | | | (1,326,102,717) | 254,490,977 | (4,100,000) |
| Other assets | | | (1,101,282) | | - |
| **Total Assets** | $ - | $ - | $ (1,327,203,999) | $ 254,490,977 | $ (300,526,065) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | - | | - |
| Income taxes payable | - | | - | | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | - |
| Other current liabilities | - | | - | | (35,978,920) |
|   Total Current Liabilities | - | | - | | (30,978,920) |
| | | | | | |
| Debt payable after one year | - | | - | | - |
| Deferred income taxes | - | | - | | (277,247,145) |
| Asbestos-related liability expected to be disbursed after one year | - | | - | | - |
| Other liabilities | - | | (100,000) | | - |
|   Total Liabilities Not Subject to Compromise | - | - | (100,000) | - | (308,226,065) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | - |
| Accounts payable | - | | - | | - |
| Income taxes payable | - | | - | | - |
| Asbestos-related liability | - | | - | | - |
| Other liabilities | - | | - | | - |
|   Total Liabilities Subject to Compromise | - | - | - | | - |
| **Total Liabilities** | - | - | (100,000) | - | (308,226,065) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred Stock | | | | | |
| Common Stock | - | | (86,493,960) | - | - |
| Paid in capital | - | | (1,209,470,000) | - | - |
| (Accumulated deficit)/Retained earnings | - | | (30,140,039) | 257,035,319 | 2,000,000 |
| Treasury stock, at cost | - | | - | - | - |
| Accumulated other comprehensive loss | - | | (1,000,000) | (2,544,343) | 5,700,000 |
|   Total Shareholders' Equity (Deficit) | - | - | (1,327,103,999) | 254,490,977 | 7,700,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,327,203,999) | $ 254,490,977 | $ (300,526,065) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2004**

| | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 285,970,654 |
| Accounts and other receivables, net | 113,814,424 |
| Receivables from/(payables to) filing and non-filing entities  net | 39,588,930 |
| Inventories | 75,685,714 |
| Deferred income taxes | 5,049,871 |
| Other current assets | 22,654,371 |
| **Total Current Assets** | 542,763,965 |
| | |
| Properties and equipment, net | 355,183,649 |
| Goodwill | 14,499,090 |
| Cash value of company owned life insurance, net of policy loans | 95,200,846 |
| Deferred income taxes | 644,804,115 |
| Asbestos-related insurance receivable | 500,000,000 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 410,680,685 |
| Investment in filing and non-filing entities | 439,983,855 |
| Other assets | 92,956,070 |
| **Total Assets** | **$ 3,096,072,076** |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Debt payable within one year | $ 0 |
| Accounts payable | 42,662,664 |
| Income taxes payable | 5,000,268 |
| Asbestos-related liability expected to be disbursed within one year | - |
| Other current liabilities | 125,616,614 |
| **Total Current Liabilities** | 173,279,546 |
| | |
| Debt payable after one year | (0) |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | - |
| Other liabilities | 286,902,312 |
| **Total Liabilities Not Subject to Compromise** | 460,181,857 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt  pre-petition plus accrued interest | 616,395,429 |
| Accounts payable | 31,379,322 |
| Income taxes payable | 202,254,812 |
| Asbestos related liability | 1,700,000,000 |
| Other liabilities | 651,954,218 |
| **Total Liabilities Subject to Compromise** | 3,201,983,782 |
| **Total Liabilities** | 3,662,165,639 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 779,874 |
| Paid in capital | 439,910,159 |
| (Accumulated deficit)/Retained earnings | (569,993,114) |
| Treasury stock, at cost | (126,623,254) |
| Accumulated other comprehensive loss | (310,167,341) |
| **Total Shareholders' Equity (Deficit)** | (566,093,563) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 3,096,072,076** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R Grace & Co  - Conn as it is not practical
to determine which Debtor bears the ultimate obligation

*Chart 5*

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>November 30, 2004 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $          12,423 | $      2,091,461 | $     (2,091,461) | $          12,423 |
| FICA · Employee | 4,746 | 970,576 | (970,333) | 4,989 |
| FICA and payroll- Employer | 725,364 | 970,522 | (935,036) | 760,850 |
| Unemployment | - | 2,017 | (2,017) | |
| Other | - | 3,084 | (3,084) | - |
| **Total Federal Taxes** | $         742,533 | $      4,037,660 | $     (4,001,931) | $         778,262 |
| **State and Local** | | | | |
| Withholding | $                 - | $         730,296 | $        (730,296) | $                 - |
| Sales & Use | 470,751 | 349,587 | (363,981) | 456,357 |
| Property Taxes | 3,419,625 | 282,972 | (925,614) | 2,776,983 |
| Other | - | - | - | - |
| **Total State and Local** | $      3,890,376 | $      1,362,855 | $     (2,019,891) | $      3,233,340 |
| **Total Taxes** | $      4,632,909 | $      5,400,515 | $     (6,021,822) | $      4,011,602 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Remedium Group, Inc.** **Status of Postpetition Taxes** **MOR-4** **November 30, 2004** | | | | |
| **Federal** | | | | |
| Withholding | $          - | $          14,859 | $          (14,859) | $          - |
| FICA - Employee | - | 1,424 | (1,424) | - |
| FICA and payroll- Employer | - | 1,424 | (1,424) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $          - | $          17,707 | $          (17,707) | $          - |
| **State and Local** | | | | |
| Withholding | $          - | $          633 | $          (633) | $          - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $          - | $          633 | $          (633) | $          - |
| Total Taxes | $          - | $          18,340 | $          (18,340) | $          - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Grace Washington, Inc. Status of Postpetition Taxes MOR-4 November 30, 2004 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| Federal | | | | |
| Withholding | $ - | $ 4,466 | $ (4,466) | $ - |
| FICA - Employee | - | 239 | (239) | - |
| FICA and payroll- Employer | - | 239 | (239) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ - | $ 4,944 | $ (4,944) | $ - |
| State and Local | | | | |
| Withholding | $ - | $ 916 | $ (916) | $ - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ - | $ 916 | $ (916) | $ - |
| Total Taxes | $ - | $ 5,860 | $ (5,860) | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 30, 2004 | | | | |
|---|---|---|---|---|
| | Beginning<br>Tax<br>Liability | Amount<br>Withheld or<br>Accrued | Amount<br>Paid | Ending<br>Tax<br>Liability |
| Federal | | | | |
| Withholding | $          - | $          - | $          - | $          - |
| FICA - Employee | - | - | - | |
| FICA and payroll- Employer | - | - | - | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $          - | $          - | $          - | $          - |
| State and Local | | | | |
| Withholding | $          - | $          - | $          - | $          - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $          - | $          - | $          - | $          - |
| Total Taxes | $          - | $          - | $          - | $          - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable   See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations

Chart 5

| Darex Puerto Rico, Inc. Status of Postpetition Taxes MOR-4 November 30, 2004 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| Federal | | | | |
| Withholding | $            - | $            - | $            - | $            - |
| FICA - Employee | (1,577) | 607 | (680) | (1,650) |
| FICA and payroll- Employer | 4,052 | 607 | (286) | 4,373 |
| Unemployment | - | 118 | (118) | - |
| Other | - | | | - |
| Total Federal Taxes | $      2,475 | $      1,332 | $     (1,084) | $      2,723 |
| State and Local | | | | |
| Withholding | $      1,291 | $      1,036 | $       (963) | $      1,364 |
| Sales & Use | - | | | - |
| Property Taxes | 328,346 | 4,064 | - | 332,410 |
| Other | - | | | - |
| Total State and Local | $  329,637 | $      5,100 | $       (963) | $  333,774 |
| Total Taxes | $  332,112 | $      6,432 | $     (2,047) | $  336,497 |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 6

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2004

| Trade Accounts Receivable Reconciliation | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 117,358,344 |
| Amounts billed during the period | 70,575,595 |
| Amounts collected during the period | (88,029,705) |
| Other | 6,806,082 |
| Trade accounts receivable at the end of month, gross | $ 106,710,316 |
| **Trade Accounts Receivable Aging** | |
| Current | $ 78,026,477 |
| 1-30 days past due | 21,032,388 |
| 31-60 days past due | 5,554,688 |
| +61 days past due | 2,096,763 |
| Trade accounts receivable, gross | 106,710,316 |
| Allowance for doubtful accounts | (1,051,719) |
| Trade accounts receivable, net | $ 105,658,597 |

| Notes and Accounts Receivable Reconciliation | |
|---|---:|
| Trade accounts receivable, net | $ 105,658,597 |
| Customer notes and drafts receivable | 547,161 |
| Pending customer credit notes | (55,951) |
| Advances and deposits | 4,393,156 |
| Nontrade receivables, net | 905,340 |
| Total notes and accounts receivable, net | $ 111,448,303 |

*Chart 6*

| Remedium Group, Inc. |
| :---: |
| **Accounts Receivable Reconciliation and Aging** |
| **MOR-5** |
| **November 2004** |

**Trade Accounts Receivable Reconciliation**

| | | |
| :--- | :--- | ---: |
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| | | |
| Trade accounts receivable at the end of month, gross | $ | - |

| **Trade Accounts Receivable Aging** | | |
| :--- | :--- | ---: |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| **Notes and Accounts Receivable Reconciliation** | | |
| :--- | :--- | ---: |
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | - |

Chart 6

| **Darex Puerto Rico, Inc.**<br>**Accounts Receivable Reconciliation and Aging**<br>**MOR-5**<br>**November 2004** | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | 2,372,974 |
| Amounts billed during the period | | 485,606 |
| Amounts collected during the period | | (570,172) |
| Other | | (27,497) |
| Trade accounts receivable at the end of month, gross | $ | 2,260,911 |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | 1,548,988 |
| 1-30 days past due | | 478,607 |
| 31-60 days past due | | 220,645 |
| +61 days past due | | 12,671 |
| Trade accounts receivable, gross | | 2,260,911 |
| Allowance for doubtful accounts | | 16,251 |
| Trade accounts receivable, net | $ | 2,277,162 |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | 2,277,162 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | (5,632) |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | 2,271,530 |

Chart 6

## Grace Europe, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2004

**Trade Accounts Receivable Reconciliation**

| | | |
|---|---|---|
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| | | |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | 94,592 |
| Total notes and accounts receivable, net | $ | 94,592 |

*Chart 7*

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>November 2004 | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period? If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect? If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation | X<br>(unless disputed in normal course of business) | |

**Note #5**

As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included. The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

*Chart 8*

| | Month Ended November 30, | | Eleven Months Ended November 30, | |
|---|---|---|---|---|
| | **W. R. Grace & Co. - Chapter 11 Filing Entities** | | | |
| | **Combined Statement of Operations** | | | |
| *In millions* | **2004** | **2003** | **2004** | **2003** |
| | | | | |
| Net sales to third parties | $ 71.0 | $ 62.5 | $ 805.5 | $ 768.7 |
| Net sales to non-filing entities | 28.0 | 20.4 | 261.0 | 177.6 |
| Interest and royalties from non-filing entities | 6.1 | 2.9 | 46.3 | 42.6 |
| | 105.1 | 85.8 | 1,112.8 | 988.9 |
| | | | | |
| Cost of goods sold to third parties | 47.3 | 41.7 | 511.3 | 513.7 |
| Cost of goods sold to non-filing entities | 19.7 | 17.2 | 208.2 | 138.5 |
| Selling, general and administrative expenses | 22.7 | 19.3 | 236.6 | 204.0 |
| Depreciation and amortization | 4.6 | 4.8 | 51.6 | 55.8 |
| Research and development expenses | 2.9 | 2.6 | 31.7 | 34.7 |
| Net pension expense | 3.6 | 3.9 | 44.0 | 43.6 |
| Interest expense | 57.8 | 1.5 | 71.3 | 15.0 |
| Other (income) expense | (2.1) | 0.3 | (46.5) | (9.1) |
| Provision for asbestos-related litigation, net of estimated insurance recovery | 476.6 | - | 476.6 | - |
| Provision for environmental remediation | - | - | 20.0 | 52.5 |
| | 633.1 | 91.3 | 1,604.8 | 1,048.7 |
| (Loss) income before Chapter 11 expenses, income taxes and equity in net income of non-filing entities | (528.0) | (5.5) | (492.0) | (59.8) |
| Chapter 11 expenses, net | (2.6) | (0.6) | (17.4) | (13.9) |
| Benefit from (provision for) income taxes | 53.0 | 1.9 | 28.9 | 6.9 |
| (Loss) income before equity in net income of non-filing entities | (477.6) | (4.2) | (480.5) | (66.8) |
| Equity in net income of non-filing entities | 2.2 | 4.4 | 94.5 | 74.9 |
| **Net (loss) income** | $ (475.4) | $ 0.2 | $ (386.0) | $ 8.1 |

The Notes to Combined Financial Statements are an integral part of these statements.

*Chart 9*

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| **Combined Functional Basis Statement of Cash Flows** | | |
| *In millions* | **Month Ended November 30, 2004** | **Eleven Months Ended November 30, 2004** |
| *Core operations cash flow* | | |
| Pre-tax income from core operations | $ 7.8 | $ 41.3 |
| Depreciation and amortization | 4 6 | 51.6 |
| | 12.4 | 92.9 |
| Payments to fund defined benefit pension arrangements | (0.3) | (23 8) |
| Change in Non-Filing entity operating loans and Investment | (11 1) | 60.1 |
| Changes in all core assets/liabilities and other | 43 9 | 75.3 |
| Net increase in accounts receivable from Non-Filing entities due to transfer price adjustments | - | (31.6) |
| **Core Pre-tax Operating Cash Flow** | **44.9** | **172.9** |
| Capital expenditures | (3.5) | (31.9) |
| **Core Pre-tax Operating Free Cash Flow** | **41.4** | **141.0** |
| *Charges against core reserves* | | |
| Restructuring costs | - | (0.1) |
| Pension liabilities | - | - |
| Deferred compensation | - | (0.7) |
| Self insurance | - | (0.1) |
| **Total Spending Against Core Reserves** | **-** | **(0.9)** |
| **Net Core Cash Flow** | **41.4** | **140.1** |
| *Noncore cash flow* | | |
| Proceeds from asset sales | - | 1.7 |
| Benefit proceeds under life insurance policies | 1.3 | 14.7 |
| Cash received from litigation settlement | - | 62.5 |
| Other noncore pretax cash flow | (0.1) | (4.0) |
| **Noncore Pre-tax Cash Flow** | **1.2** | **74.9** |
| *Charges against noncore reserves* | | |
| Asbestos | | |
| Asbestos claims processing | (0 8) | (7.0) |
| Less - insurance recovery | 1.0 | 7 6 |
| Net asbestos payments | 0.2 | 0.6 |
| Environmental remediation | (0.6) | (7 9) |
| Retained obligations and other | 0.3 | (1 0) |
| Postretirement benefits | (1.1) | (11.3) |
| **Total Spending Against Noncore Reserves** | **(1.2)** | **(19.6)** |
| **Noncore Cash Flow** | **-** | **55.3** |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | **41.4** | **195.4** |
| Cash paid for taxes, net of refunds | - | (2.1) |
| Cash paid for interest, net | (0.2) | (1.5) |
| Chapter 11 expenses paid | (1.0) | (10.6) |
| **Cash Flow before Strategic Investments** | **40.2** | **181.2** |
| *Strategic Investments* | | |
| Cash paid for businesses acquired | - | - |
| Proceeds from exercise of stock options | 2.6 | 3 8 |
| **Cash used for Strategic Investments** | **2.6** | **3.8** |
| **Cash Flow after Strategic Investments** | **42.8** | **185.0** |
| Borrowings under the debtor-in-possession facility, net of fees | (0.2) | (2.0) |
| Net (investing)/financing activities under life insurance policies | (0 2) | (17 5) |
| **Net Cash Flow** | **$ 42.4** | **$ 165.5** |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| | W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|---|
| | **Combined Balance Sheet** | | |
| *In millions* | November 30, 2004 | December 31, 2003 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 286 0 | $ 120 5 | $ 8.6 |
| Trade accounts receivable, less allowance of $1.0 (2003 - $0 9, Filing Date - $0.7) | 108.4 | 99.6 | 32.3 |
| Receivables from non-filing entities, net | 39 6 | 46 2 | 51 2 |
| Inventories | 75 7 | 81.2 | 80.6 |
| Deferred income taxes | 5 0 | 26 0 | 80 9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 28 1 | 27.9 | 33.4 |
| **Total Current Assets** | 542 8 | 401 4 | 304.0 |
| | | | |
| Properties and equipment, net | 355 2 | 383.9 | 400.4 |
| Goodwill | 14 5 | 14.5 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 95 2 | 90 8 | 64.1 |
| Deferred income taxes | 644 8 | 587 9 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 500.0 | 269.4 | 323.4 |
| Loans receivable from non-filing entities, net | 410 7 | 448 0 | 387.5 |
| Investment in non-filing entities | 440 0 | 303.6 | 121.0 |
| Other assets | 93.0 | 78 2 | 308.5 |
| **Total Assets** | $ 3,096.2 | $ 2,577.7 | $ 2,323.5 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ - | $ - | $ - |
| Accounts payable | 42 6 | 38 3 | - |
| Income taxes payable | 5 0 | 5.0 | - |
| Other current liabilities | 125 7 | 54.7 | - |
| **Total Current Liabilities** | 173 3 | 98.0 | - |
| | | | |
| Debt payable after one year | - | - | - |
| Other liabilities | 287 0 | 191.2 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 460 3 | 289 2 | 31 8 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 616 4 | 565.2 | 511.5 |
| Accounts payable | 31.4 | 31.9 | 43.0 |
| Income taxes payable | 202.3 | 217 9 | 210 1 |
| Asbestos-related liability | 1,700.0 | 992 3 | 1,002.8 |
| Other liabilities | 651 9 | 645 0 | 598 6 |
| **Total Liabilities Subject to Compromise** | 3,202 0 | 2,452 3 | 2,366 0 |
| **Total Liabilities** | 3,662 3 | 2,741.5 | 2,397 8 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0 8 | 0.8 | 0.8 |
| Paid in capital | 439 9 | 432.1 | 432.6 |
| Accumulated deficit | (570 0) | (170 9) | (201 8) |
| Treasury stock, at cost | (126 6) | (135.9) | (136 4) |
| Accumulated other comprehensive loss | (310 2) | (289.9) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (566 1) | (163.8) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 3,096.2 | $ 2,577.7 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

**W. R. Grace & Co.**
**Notes to Combined Financial Statements**
**November 30, 2004**

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis through two business segments: "Davison Chemicals," which includes two product groups - refining technologies and specialty materials; and "Performance Chemicals," which includes three product groups – specialty construction chemicals, building materials and sealants and coatings.

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co. on a consolidated basis, either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

**VOLUNTARY BANKRUPTCY FILING**

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits alleging damages from a former attic insulation product. After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 process provided the best forum available to achieve fairness in the claims resolution process. Under Chapter 11, the Debtors have continued to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them. Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.

*Plan of Reorganization* – On November 13, 2004, the Debtors filed a Plan of Reorganization, as well as several associated documents, including a Disclosure Statement (the "Plan"), with the U.S. Bankruptcy Court in Delaware in connection with its Chapter 11 reorganization proceeding. The Plan describes the way Grace proposes to satisfy its asbestos and other Chapter 11-related claims.

The Plan will become effective only after a vote of eligible creditors and with the approval of the Bankruptcy Court. Grace has been granted a hearing on the Disclosure Statement for January 21, 2005. Votes on the Plan may not be solicited until the Bankruptcy Court approves the Disclosure Statement.

Under the terms of the Plan, Grace would satisfy claims under the Chapter 11 cases as follows:

Asbestos-Related Claims and Costs
A trust would be established under Section 524(g) of the Bankruptcy Code through which all pending and future asbestos-related claims would be channeled for resolution. The trust would utilize specified trust distribution procedures to satisfy the following asbestos-related claims and costs:

1. *Personal injury claims that meet specified exposure and medical criteria (Personal Injury-Symptomatic Eligible or "PI-SE" Claims).* - PI-SE claimants would have to prove that their health is impaired from exposure to Grace's asbestos-containing products.

2. *Personal injury claims that do not meet the exposure and medical criteria necessary to qualify as PI-SE Claims (Personal Injury-Asymptomatic and Other or "PI-AO" Claims).* - This class would contain all other asbestos-related personal injury claims against Grace.

3. *Property damage claims, including claims related to Grace's former Zonolite attic insulation ("ZAI") product ("PD Claims").* - These claimants would have to prove Grace liability for loss of property value or remediation costs related to Grace's asbestos-containing products.

4. *Trust administration costs and legal expenses.*

Grace has requested that the Bankruptcy Court conduct an estimation hearing to determine the amounts that would need to be paid into the trust on the effective date of the Plan to satisfy the estimated liability for each class of asbestos claimants and trust administration costs and expenses over time. The amounts to fund PI-SE Claims, PD Claims and trust administration would be capped at the amount determined through the estimation hearing. Amounts required to fund PI-AO Claims would not be capped.

Asbestos personal injury claimants would have the option to litigate their claims against the trust or, if they meet specified eligibility criteria, accept a settlement amount based on the severity of their disease. Asbestos property damage claimants would be required to litigate their claims through the trust. The Plan provides that, as a condition precedent to confirmation, the maximum aggregate payment for all asbestos-related liabilities (PI-SE, PI-AO and PD including ZAI) and trust administrative costs and expenses cannot exceed $1,613 million, which Grace believes would fund over $2 billion in claims, costs and expenses over time.

The PI-SE Claims, the PD Claims and the related trust administration costs and expenses would be funded with (1) $512.5 million in cash (plus interest accrued at 5.5% from December 21, 2002) and nine million shares of common stock of Sealed Air Corporation pursuant to the terms of the settlement agreement resolving asbestos-related and fraudulent transfer claims against Sealed Air, provided the Bankruptcy Court approves the settlement agreement on terms acceptable to Grace, and (2) Grace common stock. The amount of Grace common stock required to satisfy these claims will vary depending on the liability measures approved by the Bankruptcy Court and the value of the Sealed Air settlement, which varies daily with the accrual of interest and the trading value of Sealed Air stock.

The PI-AO Claims would be funded with warrants exercisable for such number of shares of Grace common stock that, when added to the shares issued directly to the trust on the effective date, would represent 50.1% of the voting securities of Grace. If the common stock issuable upon exercise of the warrants is insufficient to pay all PI-AO Claims, then Grace would be obligated to pay any additional liabilities in cash.

Other Creditors

The Plan provides that all allowed claims other than those covered under the asbestos trust would be paid totally in cash (if such claims qualify as administrative or priority) or 85% in cash and 15% in Grace common stock (if such claims qualify as general unsecured). Grace estimates that approximately $1,208 million of claims, including currently accrued interest, would be satisfied in this manner at the effective date of the Plan, including bank debt, environmental liabilities, non-qualified pension claims, trade payables, litigation, and tax liabilities. Grace would finance these payments with $150 million of cash on hand, $115 million from Fresenius Medical Care Holdings, Inc. paid in settlement of asbestos and other Grace-related claims, $800 million in new debt and $143 million in value of Grace common stock. Grace would satisfy other non-asbestos related liabilities, estimated to be approximately $508 million, (primarily environmental, tax, pension and retirement medical obligations,) as they become due and payable over time. Proceeds from available product liability insurance would supplement operating cash flow to service new debt and liabilities not paid on the effective date of the Plan.

Effect on Grace Common Stock

The Plan provides that Grace common stock will remain outstanding, but that the interests of existing shareholders would be subject to dilution for additional shares of common stock issued under the

Plan. In addition, in order to preserve significant tax benefits from net operating loss carryforwards ("NOLs"), which are subject to elimination or limitation in the event of a change in control (as defined by the Internal Revenue Code), the Plan places restrictions on the purchases of Grace common stock. The restrictions would prohibit, for a period of three years, a person or entity from acquiring more than 4.75% of the outstanding common stock or, for those persons already holding more than 4.75%, prohibit them from increasing their holdings.

Grace also has filed a motion with the Bankruptcy Court that would impose the trading restrictions described above from the date of approval of the motion to the effective date of the Plan. The Bankruptcy Court has issued an interim order imposing such restrictions pending a hearing on the motion scheduled for January 24, 2005.

Grace intends to address all pending and future asbestos-related claims and all other pre-petition claims as outlined in the Plan. However, Grace may not be successful in convincing the Bankruptcy Court and other interested parties to approve its Plan as proposed. In fact, a materially different plan of reorganization may ultimately be approved and under the ultimate plan of reorganization, the interests of the Company's shareholders could be substantially diluted or cancelled. The value of Grace common stock following a plan of reorganization, and the extent of any recovery by non-asbestos-related creditors, will depend principally on the ultimate value assigned to Grace's asbestos-related claims.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received extensions of their exclusivity period through November 24, 2004, and extensions of the Debtors' exclusive right to solicit acceptances of a plan of reorganization through January 24, 2005. The Debtors have filed a motion with the Bankruptcy Court to further extend the exclusivity period through May 24, 2005 and the exclusive right to solicit acceptances of a plan of reorganization through July 24, 2005.

*Official Parties to Grace's Chapter 11 Proceedings* – Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees, and a legal representative of future asbestos claimants, have the right to be heard on all matters that come before the Bankruptcy Court and are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain costs and expenses of the committees and of the future asbestos claimants' representative, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases had been assigned to Judge Alfred M. Wolin, a senior U.S. District Court Judge who sat in Newark, New Jersey. Judge Wolin was presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware. On May 17, 2004, a federal appeals court recused Judge Wolin and on May 27, 2004, Judge Ronald L. Buckwalter, a U.S. District Court Judge from the Eastern District of Pennsylvania, was assigned to the Chapter 11 Cases.

*Claims Filings* – The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite attic insulation, which will be dealt with separately.

Approximately 14,900 proofs of claim were filed by the bar date. Of these claims, approximately 9,400 were non-asbestos related, approximately 4,300 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. In addition, approximately 500 proofs of claim were filed after the bar date.

Approximately 7,000 of the non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views most of these claims as contingent and has proposed

3

a plan of reorganization that would retain such benefits. The other non-asbestos related claims include claims for payment of goods and services; taxes; product warranties; principal plus interest under pre-petition credit facilities; amounts due under leases; executory contracts rejected in the Bankruptcy Court; environmental remediation; indemnification or contribution from actual or potential co-defendants in asbestos-related and other litigation; pending non-asbestos-related litigation; and non-asbestos-related personal injury.

The Debtors' analysis indicates that many claims are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation.    As of November 30, 2004, the Debtors had filed with the Bankruptcy Court objections to approximately 1,400 claims, most objections of which were non-substantive (duplicates, no supporting documentation, late filed claims, etc.).  Of such claims, 1,025 have been expunged, 31 have been withdrawn, and the remainder are being addressed through dispute resolution procedures approved by the Bankruptcy Court.  The Debtors expect to file objections to a substantial number of additional claims and revise their Filing Date liabilities each quarter to reflect their analysis and evaluation of the claims.

The medical monitoring claims were made by individuals who allege exposure to asbestos through Grace's products or operations.  These claims, if sustained, would require Grace to fund ongoing health monitoring costs for qualified claimants.  However, based on the number and expected cost of such claims, Grace does not believe such claims will have a material effect on its Consolidated Financial Statements.

Grace believes that its recorded liabilities for claims subject to the bar date represent a reasonable estimate of the ultimate allowable amount for claims that are not in dispute or have been submitted with sufficient information to both evaluate merit and estimate the value of the claim.  The asbestos-related claims are considered as part of Grace's overall asbestos reserve and are subject to the conditions precedent under the Plan.  As claims are resolved, or where better information becomes available and is evaluated, Grace will make adjustments to the

liabilities recorded on its financial statements as appropriate.    Any such adjustments could be material to its consolidated financial position and results of operations.

*Litigation Proceedings in Bankruptcy Court* – In July 2002, the Bankruptcy Court approved special counsel to represent, at the Debtors' expense, the ZAI claimants in a proceeding to determine certain threshold scientific issues regarding ZAI.    On October 18, 2004, the Bankruptcy Court heard oral arguments from the Debtors and the counsel representing the ZAI claimants.  The Court indicated that it may require additional proceedings before a decision is issued

Under the Plan, Grace is proposing an estimation and litigation protocol to measure its asbestos-related liability and to determine the amount of assets required to be contributed at the effective date of the Plan to fund such liability over time.  The outcome of this approach may take considerable time, may require protracted litigation and may result in a measurement of allowed asbestos-related claims that differs materially from the $1,613 million that is set forth in the Plan as the maximum amount of such claims, as determined by the Bankruptcy Court, that would satisfy a condition precedent to confirmation of the Plan.

In September 2000, Grace was named in a purported class action lawsuit filed in California Superior Court for the County of San Francisco, alleging that the 1996 reorganization involving a predecessor of Grace and Fresenius Medical Care Holdings, Inc. ("Fresenius") and the 1998 reorganization involving a predecessor of Grace and Sealed Air Corporation ("Sealed Air") were fraudulent transfers.  The Bankruptcy Court authorized the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to proceed with claims against Fresenius and Sealed Air on behalf of the Debtors' estates.

On November 29, 2002, Sealed Air and Fresenius each announced that they had reached agreements in principle with such Committees to settle asbestos and fraudulent conveyance claims related to such transactions.    Under the terms of the Fresenius settlement, as subsequently revised, Fresenius would contribute $115.0 million to the Debtors' estate as

directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization, subject to the fulfillment of specified conditions. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5% compounded annually, commencing on December 21, 2002) and nine million shares of Sealed Air common stock (valued at $462.7 million as of November 30, 2004), as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization. The Sealed Air settlement has not been agreed to by the Debtors and remains subject to the approval of the Bankruptcy Court and the fulfillment of specified conditions.

*Impact on Debt Capital* − All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility expires on April 1, 2006.

*Accounting Impact* − The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain of Debtors' assets and the liquidation of certain of Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, the ultimate plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of November 30, 2004, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheets based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

Grace's Consolidated Financial Statements for the one-month and eleven-month periods ended as of November 30, 2004 reflect adjustments to conform to the Plan filed with the Bankruptcy Court in November 2004 as follows:

• *An accrual and charge of $714.8 million to increase Grace's recorded asbestos-related liability to that which is reflected as the maximum amount allowed under the conditions precedent to the Plan* - Under the Plan, Grace is requesting that the Bankruptcy Court determine the aggregate dollar amount, on a net present value basis, that must be funded (the "Funding Amount") into an asbestos trust (established under Section 524(g) of the Bankruptcy Code) to pay all allowed pending and future asbestos-related bodily injury and property damage claims and related trust administration costs and expenses on the effective date of the Plan. It is a condition to confirmation that the Bankruptcy Court shall conclude that the Funding Amount is not greater than $1,613 million. This amount, which should be sufficient to fund over $2 billion in pending and future claims, is based on Grace's evaluation of existing bodily injury and property damage claims, actuarially-based estimates of future bodily injury claims, and proposed claim payments that reflect past experience and current trends in asbestos litigation. This amount may not be consistent with what the Bankruptcy Court may conclude would be a sufficient Funding Amount. Grace

has filed an estimation motion with the Bankruptcy Court to implement a process for determining the Funding Amount, which will be primarily a function of the number of allowed claims and the amount payable per claim. Using this process, Grace will seek to demonstrate, through the use of detailed claim forms and expert testimony, that the vast majority of claims should not be allowed because they fail to establish any material property damage, health impairment or significant occupational exposure to asbestos from Grace's operations or products. Grace also will seek Bankruptcy Court approval of Grace's proposed payouts for allowed bodily injury claims, which will vary depending upon the type of claim and/or a claimant's disease category. If the Bankruptcy Court grants the estimation motion and agrees with Grace's position on the number of, and the amounts to be paid in respect of, allowed bodily injury and property damage claims, then Grace believes that the Funding Amount could be less than $1,613 million. However, this outcome is highly uncertain and will depend on a number of Bankruptcy Court rulings. Conversely, the asbestos creditors committees have objected to the estimation process and will continue to assert that Grace's asbestos-related liabilities are substantially higher than $1,613 million, and are in excess of Grace's business value. If the Court accepts the position of the asbestos committees, then any plan of reorganization likely would result in the loss of all or substantially all equity value by current shareholders. Therefore, due to the significant uncertainties of this process and asbestos litigation generally, Grace is not able to estimate a probable Funding Amount that would be accepted by the Bankruptcy Court. However, as Grace is willing to proceed with confirmation of a Plan with a Funding Amount of up to $1,613 million (assuming that other conditions precedent to confirmation of the Plan are satisfied, including the availability of funds from Sealed Air under the settlement agreement described above), Grace is accruing and taking a charge of $714.8 million to increase its recorded asbestos-related liability to reflect the $1,613 million maximum amount allowed as a condition precedent under the Plan plus $87.0 million for pre-Chapter 11 contractual settlements and judgments and continuing administration.

Accordingly, the total asbestos-related reserve as of November 30, 2004 is $1,700 million. Any differences between the Plan as filed and as approved for confirmation could fundamentally change the accounting measurement of Grace's asbestos-related liability and that change could be material.

- *An asset and credit of $238.2 million to increase Grace's estimate of insurance proceeds to which it would be entitled to an aggregate of $500.0 million* - Under Grace's available insurance coverage, the payment of asbestos-related claims and costs will entitle Grace to partial insurance recovery based on the level of asbestos-related liability noted above. The amounts will vary with the type of expenditure and the relevant time period of the covered loss. Grace estimates that, at an ultimate payout of asbestos-related claims of $1,700 million, it should be entitled to approximately $500.0 million, on a net present value basis, of insurance recovery. Such recovery however would occur only as claims are paid by the asbestos trust, absent an alternative payment arrangement with Grace's insurers.

- *An accrual and charge of $56.1 million to increase Grace's estimate of interest to which general unsecured creditors would be entitled under the Plan* - The Plan states that each holder of an allowed general unsecured claim shall be entitled to post-petition interest if, but for the Filing, the claim would be entitled to accrue or be paid interest in a non-default (or non-overdue payment) situation under applicable non-bankruptcy law. For accounting purposes, Grace is using the following interest rates for the respective estimates of allowed claims: Bank debt – Alternative Base Rate (prime rate) floating, compounded quarterly; all other eligible claims – Federal judgment rate (floating) compounded annually or, if applicable, a contractual rate or court imposed rate.

- *An asset and credit of $56.5 million for net income tax benefits related to the items described above* - The net pre-tax effect of the above items on Grace's 2004 Consolidated Statement of Operations was a $532.8 million charge to reflect the net liability aspects of the

Plan. The deferred tax benefit on this net liability is $186.5 million at a statutory rate of 35%. Of this amount, $130.0 million exceeds Grace's analysis of the tax assets that can be realized under reasonable scenarios of future taxable income (exclusive of the tax effects under the litigation settlements with Sealed Air and Fresenius). Accordingly, a valuation allowance of $130.0 million has been recorded against the total of Grace's deferred tax assets.

No accounting has been made for the assets available to fund Grace's asbestos-relate0d and other liabilities under the litigation settlements with Sealed Air Corporation and Fresenius Medical Care, as such agreements are subject to conditions which, although expected to be met, have not been satisfied and approved by the Bankruptcy Court. The value available under these litigation settlement agreements, as measured at November 30, 2004, was $1,146.4 million comprised of $115.0 million in cash from Fresenius and $1,031.4 million in cash and stock from Sealed Air.

## Basis of Presentation

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in W. R. Grace & Co.'s 2003 Form 10-K/A and when filed, its 2004 Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed. Certain amounts in prior years' Combined Financial Statements have been reclassified to conform to the 2004 presentation.

## Use of Estimates

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes, and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as net deferred tax assets, trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheets separately identify the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect: 1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt and pre-petition liabilities as discussed in Note 1; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through November 30, 2004.

| (In millions) | Current Month | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period ........ | $ 2,434.1 | $ 2,366 0 |
| Cash disbursements and/or reclassifications under Bankruptcy Court orders | | |
| Freight and distribution order . | -- | (5.7) |
| Trade accounts payable order .... | -- | (9 1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs .....    ....    .......... . | (4.5) | (227 2) |
| Expense/(income) items: | | |
| Interest on pre-petition debt ...... | 42.4 | 99 0 |
| Interest on pre-petition liabilities | 14.9 | 14 9 |
| Employee-related accruals ........ | 0.3 | 13 7 |
| Change in estimate of asbestos-related contingencies .... ........ | 714.8 | 744.8 |
| Change in estimate of environmental contingencies . | -- | 239 0 |
| Change in estimate of income tax contingencies  .    .. ........ | -- | (7 7) |
| Balance sheet reclassifications ...... | -- | (25 7) |
| Balance, end of period ................... | $ 3,202.0 | $ 3,202 0 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (In millions) | November 30, 2004 | Filing Date |
|---|---|---|
| **Inventories** | | |
| Raw materials ........ ................. | $ 19.1 | $ 20 3 |
| In process    .......    ................. . | 20.9 | 16 2 |
| Finished products  ................. | 59.5 | 63 8 |
| General merchandise   . .......... | 11.8 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis . ... | (35.6) | (29 3) |
| | $ 75.7 | $ 80 6 |
| **Other Assets** | | |
| Deferred pension costs............... | $ 2.7 | $ 227 9 |
| Deferred charges    ................. | 35.3 | 40 4 |
| Long-term receivables ... .......... | 8.3 | 1.9 |
| Long-term investments . . | -- | 2 1 |
| Patents, licenses and other intangible assets . ....  .    ....... | 26.0 | 25.2 |
| Pension – unamortized prior service cost .    . ................. | 20.7 | 8.1 |
| Other assets     ...... ...  ......... | -- | 2 9 |
| | $ 93.0 | $ 308 5 |
| **Other Current Liabilities** | | |
| Accrued compensation   . | $ 59.5 | $ -- |
| Accrued commissions ....... .. ... | 6.0 | -- |
| Customer programs  ................. | 17.7 | -- |
| Accrued utilities  ..................... | 0.1 | -- |
| Accrued freight  ........    . .... | 3.3 | -- |
| Accrued reorganization fees ..... | 13.7 | -- |
| Other accrued liabilities ............ | 25.4 | -- |
| | $ 125.7 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income – non-filing entities ................... | -- | 31 8 |
| Pension – underfunded plans .... | 249.2 | -- |
| Other accrued liabilities ..  .. . | 37.8 | -- |
| | $ 287.0 | $ 31 8 |
| **Other Liabilities Subject to Compromise** | | |
| Other postretirement benefits ... | $ 120.4 | $ 185 4 |
| Environmental remediation ...... | 344.6 | 164 8 |
| Retained obligations of divested businesses    . .............. | 55.9 | 75 5 |
| Special pension arrangements ... | 71.2 | 70 8 |
| Deferred compensation  . | 4.6 | 8 2 |
| Self insurance reserve .    . .... | 20.6 | 11 8 |
| Accrued interest on pre-petition liabilities  . ....... ............... | 14.9 | -- |
| Other accrued liabilities ............ | 19.7 | 82 1 |
| | $ 651.9 | $ 598 6 |

## 4.  Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $95.2 million at November 30, 2004. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at November 30, 2004 and Filing Date:

| Components of Net Cash Value (In millions) | November 30, 2004 | Filing Date |
|---|---|---|
| Gross cash value ... ....... | $   481.2 | $   453.7 |
| Principal – policy loans.. | (368.2) | (390 3) |
| Accrued interest – policy loans. .. | (17.8) | 0.7 |
| Net cash value   ......... . .. ...... | $    95.2 | $    64 1 |
| Insurance benefits in force. . | $ 2,189.1 | $2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

Grace has reached an agreement with the Internal Revenue Service (the "IRS") to settle tax contingencies with respect to certain of these life insurance policies and, as part of that agreement, to terminate such policies in early 2005. If termination had occurred as of November 30, 2004, Grace would have received approximately $18 million in net cash value (gross cash value would have been reduced by approximately $380 million and policy loans of approximately $362 million would have been satisfied). In addition, Grace's insurance benefits in force would have been reduced by approximately $2 billion to approximately $189 million.

## 5.  Debt

On November 30, 2004, and Filing Date, Grace's debt was as follows:

| Components of Debt (In millions) | November 30, 2004 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility        ....   . ........ | $     -- | $     -- |
| Other short-term borrowings ...... | -- | -- |
| | $     -- | $     -- |
| **Debt payable after one year** | | |
| DIP facility        . .... .. ............. | $     -- | $     -- |
| Other long-term borrowings ........ | -- | -- |
| | $     -- | $     -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings ...... . .  ........... | $   500.0 | $   500 0 |
| 8.0% Notes Due 2004 ................. | -- | 5 7 |
| 7 75% Notes Due 2002 ........... .. | -- | 2 0 |
| Other borrowings .....       .  ....... | 15.1 | 1 2 |
| Accrued interest .....        ....... | 101.3 | 2 6 |
| | $   616.4 | $   511 5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on LIBOR. The Debtors' have extended the term of the DIP facility through April 1, 2006. Grace had no outstanding borrowings under the DIP facility as of November 30, 2004; however, $28.0 million of standby letters of credit were issued and outstanding under the facility. The letters of credit, which reduce available funds under the facility, were issued mainly for trade-related matters such as performance bonds and certain insurance and environmental matters.

In November 2004, an adjustment to accrued interest of $56.1 million was recorded to conform to the Plan of Reorganization filed with the Bankruptcy Court in November 2004; see Note 1 for further information.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of November 30, 2004.

**Bank Statements**

TS

BI
W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 OCT 2004
Statement End Date: 29 OCT 2004
Statement Code: 000-USA-21
Statement No: 010
Page 1 of 4

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 200,000.00 |
| Total Debits (incl checks) | 20 | 203,219.29 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (01 OCT 2004) | | Closing (29 OCT 2004) | |
|---|---|---|---|
| Ledger | 98,733.34 | Ledger | 95,514.05 |
| Collected | 98,733.34 | Collected | 95,514.05 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 12OCT | | 12OCT | USD | YOUR: CAP OF 04/10/12  OUR: 30974002863J | 100,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- REF: CHASE MEDICAL ACCT FUNDING |
| 25OCT | | 25OCT | USD | YOUR: CAP OF 04/10/25  OUR: 24233002990J | 100,000.00 | BOOK TRANSFER CREDIT B/O: W.R. GRACE AND COMPANY CAMBRIDGE MA 02140- REF: CHASE MEDICAL ACCT FUNDING |
| **DEBITS** | | | | | | |
| 01OCT 30SEP | | 30SEP | USD | OUR: 0427500093WA | 9,105.86 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41658 FOR WORK OF 09/30/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 04OCT 01OCT | | 01OCT | USD | OUR: 0427800092WA | 6,714.25 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41658 FOR WORK OF 10/01/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 05OCT 04OCT | | 04OCT | USD | OUR: 0427900092WA | 8,760.67 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-41658 FOR WORK OF 10/04/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |

### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01OCT | 89,627.48 |
| 04OCT | 82,913.23 |
| 05OCT | 74,152.56 |
| 06OCT | 66,072.08 |
| 07OCT | 52,554.09 |
| 07OCT | 46,160.17 |
| 09OCT | 138,211.76 |
| 12OCT | 125,943.89 |
| 13OCT | 116,411.21 |
| 14OCT | 100,481.32 |
| 15OCT | 92,138.29 |
| 18OCT | 75,671.92 |
| 19OCT | 67,914.70 |
| 20OCT | 57,905.71 |
| 21OCT | 42,390.43 |
| 22OCT | 136,400.11 |
| 25OCT | 126,022.15 |
| 26OCT | 113,845.73 |
| 27OCT | 103,245.21 |
| 28OCT | 95,514.05 |
| 29OCT | |
| **COLLECTED BALANCES** | |
| 01OCT | 89,627.48 |
| 04OCT | 82,913.23 |
| 05OCT | 74,152.56 |
| 06OCT | 66,072.08 |
| 07OCT | 52,554.09 |
| 08OCT | 46,160.17 |

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THIS ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

B1
W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

TS

Account No: 910-1-013572
Statement Start Date: 01 OCT 2004
Statement End Date: 29 OCT 2004
Statement Code: 000-USA-21
Statement No: 010

Page 2 of 4

**Closing Balances**

| Date | Amount |
| --- | --- |
| 12OCT | 138,211.76 |
| 13OCT | 125,943.89 |
| 14OCT | 116,411.21 |
| 15OCT | 100,481.32 |
| 18OCT | 92,138.29 |
| 19OCT | 75,671.92 |
| 20OCT | 67,914.70 |
| 21OCT | 57,905.71 |
| 22OCT | 42,390.43 |
| 25OCT | 135,400.11 |
| 26OCT | 126,022.15 |
| 27OCT | 113,845.73 |
| 28OCT | 103,245.21 |
| 29OCT | 95,514.05 |

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
| --- | --- | --- | --- | --- | --- | --- |
| 06OCT | 05OCT | 05OCT | USD | OUR: 0428000091WA | 8,080.48 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/05/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |
| 07OCT | 06OCT | 06OCT | USD | OUR: 0428100093WA | 13,517.99 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/06/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |
| 08OCT | 07OCT | 07OCT | USD | OUR: 0428200093WA | 6,393.92 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/07/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |
| 12OCT | 08OCT | 08OCT | USD | OUR: 0428600090WA | 7,948.41 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/08/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |
| 13OCT | 12OCT | 12OCT | USD | OUR: 0428700091WA | 12,267.87 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/12/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |
| 14OCT | 13OCT | 13OCT | USD | OUR: 0428800091WA | 9,532.68 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/13/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |
| 15OCT | 14OCT | 14OCT | USD | OUR: 0428900092WA | 15,929.89 | COLUMBIA MD 21044-4098 / GOVERNMENT ALLOTMENT DEBIT / COVERING DRAFTS TO A/C NO. / 002-2-416598 FOR WORK OF 10/14/04 / W R GRACE & CO C/O CORPORATE / ACCOUNTING 7500 GRACE DRIVE / COLUMBIA MD 21044-4098 |