IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: January 27, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-EIGHTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 3, 2005

Bill Number  76183
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through November 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/01/04 | RAM | Read memoranda re: grand jury and in-house counsel's request for documents; conference with MTM re: same. | 0.20 Hrs | $46.00 |
| 11/01/04 | MTM | Telephone call from in-house counsel re: target letter, press release and request for documents (.5); conference with RAM re: same (.1); email copies of all letters forwarding documents in August and September to Kirkland & Ellis to in-house counsel (.5); receipt and review of reply from in-house counsel re: documents (.2); review documents sent to Kirkland & Ellis for copies requested by in-house counsel (1.1); review materials at Winthrop Square re: same (1.2). | 3.60 Hrs | $720.00 |
| 11/02/04 | MTM | Review  materials for in-house counsel (2.1); review article re: corruption of medical literature for documents cited (1.2); email to in-house counsel re: documents sent to him on 8/19 (.2); review Libby Common Exhibits, depositions, etc. at Winthrop Square for documents for in-house counsel (3.1); review binders of exhibits at Winthrop Square re: same (1.5). | 8.10 Hrs | $1,620.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/03/04 | RAM | Telephone conference with in-house counsel seeking information re: Waltham Lime & Cement and a particular product (.1); conference with MTM re: same (.1); and re: grand jury (.1). | 0.30 Hrs | $69.00 |
| 11/03/04 | MTM | Letter to in-house counsel re: documents found to date (.8); draft list of documents cited in article (1.1); conference with RAM re: same (.1); email to in-house counsel re: documents requested (.7); conference with RAM re: resource binders for product per request from in-house counsel (.1); review binder re: conducting document searches. (1.2) | 4.00 Hrs | $800.00 |
| 11/04/04 | RAM | Conference with MTM re: identifying Grace personnel who communicated with NIOSH (.1); telephone conference with in-house counsel re: meeting to discuss grand jury; read emails re: same (.2); telephone conference with Grace employee and Attorney Kneipp's secretary re: changing time of deposition (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.50 Hrs | $115.00 |
| 11/04/04 | MTM | Review deposition transcripts and exhibits at Winthrop Square re: TOSCA, NIOSH, etc. (6.7); look for resource binder at Winthrop Square (1.0); receipt and review of emails from 2 in-house counsels re: meeting in DC (.2); telephone call from in-house counsel re: meeting, more information on target letter and request for information on database associated with administrative record cds (.3). | 8.20 Hrs | $1,640.00 |
| 11/05/04 | RAM | Read summaries of documents re: grand jury (.7); conference with MTM re: same (.1). Telephone conference with and telephone call to Grace employee re: his deposition (.1). | 0.90 Hrs | $207.00 |
| 11/05/04 | MTM | Review deposition transcripts for names of persons involved in 1980 NIOSH issues (2.9); locate privileged memos re: vermiculite/tremolite re: references in articles (2.8); email Holme Roberts & Owen counsel re: administrative record database (.2); receipt and review of response to same (.2); email to in-house counsel re: same (.2); conference with RAM re: his review of briefing book sections re: plaintiff's punitive damages case (.2); telephone call from Kirkland and Ellis counsel re: document issues (.1); telephone call to in-house paralegal re: document searches (.2); receipt and review of email from in-house counsel re: transcripts (.1); review deposition library for transcripts maintained by Casner & Edwards (.8); review and respond to emails from in-house counsel and Kirkland & Ellis counsel re: | 8.50 Hrs | $1,700.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | deposition transcripts for individuals (.8). | | |
| 11/08/04 | RAM | Read fax from Attorney Kneipp; telephone conferences with Grace employee and Mr. Kneipp's secretary re: same (.2); telephone conference with clerk at probate court re: procedure for taking deposition to be used out of state; telephone conferences with Mr. Kneipp's secretary and Grace employee re: same (.3). Conference with MTM to prepare for next week's meeting re: grand jury (.3); telephone conference with in-house counsel re: same (.1). Search for and obtain documents responsive to subpoena (.4); prepare for meeting (.1). Read selected documents filed in bankruptcy court (.1). | 1.50 Hrs | $345.00 |
| 11/08/04 | MTM | Gather transcripts for Kirkland & Ellis (2.3); review Libby Common Exhibit binder index for references to high school track, shower/uniform issues and 1994 consent decree (1.1); conference with RAM re: Kirkland & Ellis and location of additional useful documents (.5); receipt and review of email from Holme Roberts paralegal re: administrative record database (.2); telephone call to Holme Roberts paralegal re: same (.3); email to in-house counsel re: same (.2); letter to Kirkland & Ellis counsel re: deposition transcripts (.7); telephone call to former local counsel in Texas re: copy of transcript in Millican case (.3); continue review of other transcripts for helpful references/documents (1.9); review subject matter re: possible document searches (.9). | 8.40 Hrs | $1,680.00 |
| 11/09/04 | RAM | Telephone conference with and read email from in-house counsel re: next week's meeting (.1). Conference with MTM re: Spokane news articles re: Libby (.1). | 0.20 Hrs | $46.00 |
| 11/09/04 | MTM | Telephone call from former local counsel in Texas re: Millican transcript (.2); email from him re: same (.2); telephone call to Kirkland & Ellis counsel re: document search, interview notes and factual basis summaries from government (.7). | 1.10 Hrs | $220.00 |
| 11/10/04 | RAM | Prepare for and meet with Grace employee re: his deposition (1.2); defend Grace employee's deposition (1.2). Obtain bankruptcy documents requested by in-house counsel (.6). | 3.00 Hrs | $690.00 |
| 11/10/04 | MTM | Receipt and review of cds and written indices to EPA's administrative record documents (3.3); email to Kirkland & Ellis counsel re: same (.2); telephone call to Holme Roberts paralegal re: same (.3); conference with Grace in-house counsel and RAM re: meeting on Monday and issues and documents to focus on (.3); telephone call to in-house counsel re: same (.2); telephone call to Kirkland | 8.10 Hrs | $1,620.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | & Ellis re: Libby Common exhibits (.2); review Libby Common Exhibits and prepare them for copying and shipment to Kirkland & Ellis (2.9); email to Holme Roberts paralegal re: administrative record (.3); letter to Kirkland & Ellis counsel re: Libby Common Exhibits (.4) | | |
| 11/11/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). Prepare for meeting re: grand jury (.2); conference wiht MTM re: same (.1). | 0.50 Hrs | $115.00 |
| 11/12/04 | RAM | Telephone conferences with Grace employee re: his deposition and re: 2 documents he wants (.2); conference with MTM re: locating the documents (.1). Read selected documents filed in bankruptcy court (.6). | 0.90 Hrs | $207.00 |
| 11/12/04 | MTM | Conference with RAM re: two documents requested by in-house counsel (.1); review EPA paper index re: same (.4); telephone call to Holme Roberts paralegal re: same (.1). | 0.60 Hrs | $120.00 |
| 11/14/04 | RAM | Read several of Libby Common Exhibits to prepare for meeting to discuss grand jury. | 0.60 Hrs | $138.00 |
| 11/15/04 | RAM | Read discussion points memorandum to prepare for tomorrow's meeting and look for responsive documents (.8). Travel to Washington D.C. for meeting (1/2 time) (1.4). | 2.20 Hrs | $506.00 |
| 11/15/04 | DBM | Search for documents in preparation for MTM and RAM meeting in D.C. | 2.60 Hrs | $546.00 |
| 11/15/04 | MTM | Complete review of EPA administrative record index (4.0); conference with DBM re: document searches (.2); telephone call from in-house counsel re: ZAI sales re: class actions (.2); locate files re: same (.2); telephone call from Kirkland & Ellis counsel re:  transcript and 1985 risk assessment documents (.2); receipt and review of discussion issues for meeting tomorrow (.5); telephone call and letter to in-house counsel re: ZAI sales (.3); travel to meeting in DC (1/2 time) (1.4). | 7.00 Hrs | $1,400.00 |
| 11/16/04 | RAM | Attend meeting to discuss grand jury subpoenas and responses (8.1). Travel from Washington, D.C. to home (1/2 time) (1.9). | 10.00 Hrs | $2,300.00 |
| 11/16/04 | MTM | Attend joint defense counsel meeting in DC (8.0); travel to home (1/2 time) (1.5). | 9.50 Hrs | $1,900.00 |
| 11/17/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Telephone conference with in-house counsel re: yesterday's meeting re: grand jury (.1). | 0.30 Hrs | $69.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/17/04 | MTM | Receipt and review of email copy of transcript in Texas case (.2); telephone call from in-house counsel with request for Libby Union meeting records and searches for issues regarding lobbying (.3); receipt and review of email from Holme Roberts counsel re: search for documents re: waste to Libby issue (.3); obtain and review first amendment privilege list, per request from in-house counsel (1.8); review and notate documents and outline provided by Kirkland & Ellis counsel at meeting yesterday (4.2); review 1980's memos re: document retention in Canadian plants (.3); email to in-house counsel re: same (.1). | 7.20 Hrs | $1,440.00 |
| 11/18/04 | RAM | Conference with MTM re: grand jury issues (.1). Telephone call to/from Boston attorney who wants certain documents (.1); search for and obtain documents (.2); draft letter to attorney (.1). Telephone conference with in-house counsel who requests documents re: Waltham Lime & Cement Co.; have DBM search for same (.1); review documents and telephone conference with in-house counsel re: same (.2). | 0.80 Hrs | $184.00 |
| 11/18/04 | DBM | Search for documents re: Montana legislators (1.4); search for documents re: Waltham Lime and Cement (.6). | 2.00 Hrs | $420.00 |
| 11/18/04 | MTM | Telephone call from Holme Roberts paralegal re: Libby Union records (.2); telephone call to in-house counsel re: same (.1); review Winthrop Square inventory lists re: same (.9); telephone call from in-house counsel re: documents and microfilm machine (.2); telephone call to in-house counsel re: Libby Union records (.1); telephone call from Holme Roberts paralegal again re: same (.1); review partial collection of Libby Union records from RAM box (.3); work on document searches re: Montana Congressional Delegation (.6); conference with DBM re: same (.1); locate first amendment privilege list (.2); review document re: Montana Congressional Delegation (.4); review MTM boxes on storage list re: Cullen Center privilege document issue and first amendment privilege list (.8); search for Consumer Products Safety Commission documents (.4); review memo re: meeting re: grand jury (.4). | 4.80 Hrs | $960.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/19/04 | RAM | Read memo re: what documents exist re: communications with MT delegation (.1). Finalize letter to Boston attorney and send documents to him (.1). | 0.20 Hrs | $46.00 |
| 11/19/04 | DBM | Search for TSCA and Plummer School documents. | 1.70 Hrs | $357.00 |
| 11/19/04 | MTM | Search for and obtain documents at Winthrop Square re: Montana Congressional Delegation and Consumer Product Safety Commission (5.3); email to in-house counsel re: same (.3); telephone call from in-house counsel with request for 1986 filing re: McDonald study (.2); conference with DBM re: search for same plus documents mentioning Plummer School in Libby (.1); review documents for same (.9). | 6.80 Hrs | $1,360.00 |
| 11/22/04 | RAM | Conference with MTM re: various aspects of work to be done re: grand jury (.2). Read summary of meeting of K&E attorneys with US Attorney's office (.1). Read MTM memo re: collecting and organizing documents for individuals (.1). | 0.40 Hrs | $92.00 |
| 11/22/04 | DBM | Search for documents re: individuals, per MTM's request. | 0.80 Hrs | $168.00 |
| 11/22/04 | MTM | Letter to in-house counsel re: first amendment privilege list (.4); receipt and review of file from storage re: 1994 consent decree matters in Libby (1.0); receipt and review of Libby Union records from Holme Roberts (1.1); email to Holme Roberts paralegal re: same (.2); search for and obtain documents at Winthrop Square (3.8); telephone call from in-house counsel re: developments (.1); telephone call from in-house counsel re: status and request for two Libby personnel files (.2); review inventories re: Libby personnel files (.2); letter to in-house counsel re: personnel file (.1); email to in-house counsel re: document searches for particular individuals (.4); letter to Kirkland Ellis counsel re: same (.5). | 8.00 Hrs | $1,600.00 |
| 11/23/04 | DBM | Search for missing page of report and search for documents per MTM. | 2.80 Hrs | $588.00 |
| 11/23/04 | MTM | Receipt and review of email from Kirkland Ellis counsel with request for context of document and whether previously produced (.6); receipt and review of tolling agreement letter from AUSA (.1); letter to Kirkland Ellis counsel re: Libby Union documents (.2); review original documents at Winthrop Square (3.1); conference with DBM re: search for document from Kirkland Ellis counsel (.1); email to him re: same (.2); email to Kirkland Ellis counsel re: documents mentioning individuals (.2); receipt and review of memo from Kirkland Ellis counsel re: meeting with AUSA last week (1.2); conference with DBM re: search for documents mentioning individuals | 5.90 Hrs | $1,180.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | (.2). | | |
| 11/24/04 | MTM | Work on search for all documents mentioning individuals for Kirkland Ellis counsel. | 6.40 Hrs | $1,280.00 |
| 11/29/04 | RAM | Telephone call from/to MTM re: what transcripts exist of personal injury trials. | 0.10 Hrs | $23.00 |
| 11/29/04 | MTM | Work on search for documents mentioning former employee (.9); email to Kirkland Ellis attorney re: same (.2); receipt and review of email from in-house counsel re: defense strategy (.2); email reply (.6); email from Kirkland Ellis attorney re: request for certain Libby Common Exhibits (.2); review Libby Common Exhibit binders at Winthrop Square (1.0); search for specific version of Libby Facility Audit Report re: same (1.1); email to DBM re: search re: same (.1); telephone call from in-house paralegal with request for list of P.I. cases for which we have trial transcripts (.2); review Libby Facility Audit Reports for reference to master reclamation plan re: request from Kirkland Ellis attorney (1.0); receipt and review of email from in-house counsel re: two Libby personnel files (.1); obtain files from Winthrop Square (.5); review documents requested by Kirkland Ellis counsel (.3); search for and obtain copies at Winthrop Square (.9). | 7.30 Hrs | $1,460.00 |
| 11/30/04 | MTM | Conference with SES re: reviewing binders of Grace deposition testimony for trial transcripts (.3); email from in-house counsel and Kirkland Ellis counsel re: defense project (.2); email from Kirkland Ellis counsel re: missing sections of study (.1); locate missing sections of study (.2); email to Kirkland Ellis counsel re: same and document requested yesterday (.3); email to in-house counsel re: microfilm machine (.1); telephone call to former NY local counsel re: trial transcripts (.4); telephone call to in-house counsel re: trial transcripts and request for Libby personnel file (.1); letter to in-house counsel re: personnel files (.1); conference with DBM re: plaintiffs' exhibit lists (.2); review Ness Motley and Baron & Budd exhibit lists re: same (1.7). | 3.70 Hrs | $740.00 |
| 11/30/04 | SES | Review binders of Grace employee testimony to create list of those that are trial testimony. | 3.90 Hrs | $351.00 |

David B. Siegel

TOTAL LEGAL SERVICES $31,068.00

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 22.60 Hrs | 230/hr | $5,198.00 |
| DONNA B. MACKENNA | 9.90 Hrs | 210/hr | $2,079.00 |
| MATTHEW T. MURPHY | 117.20 Hrs | 200/hr | $23,440.00 |
| SARA E. STREETER | 3.90 Hrs | 90/hr | $351.00 |
| | 153.60 Hrs | | $31,068.00 |

TOTAL THIS BILL $31,068.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 3, 2005

Bill Number  76184
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through November 30, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 11/08/04 | RAM | Work on September fee application. | 0.50 Hrs | $115.00 |
| 11/09/04 | RAM | Work on September fee application (.1); send it to in-house counsels for review (.1). | 0.20 Hrs | $46.00 |
| 11/11/04 | RAM | Telephone calls from and to in-house counsels re: September fee application (.1). Finalize Sept. fee application (.3). Work on quarterly fee application (.2). | 0.60 Hrs | $138.00 |
| 11/12/04 | RAM | Send September fee application to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| 11/18/04 | RAM | Draft letter to Delaware counsel requesting she file Certificate of No Objection re: May fee application. | 0.10 Hrs | No charge |
| 11/22/04 | RAM | Read fee auditor's combined final report for 13th Interim Period (.1). Work on October fee application (.2). | 0.30 Hrs | $69.00 |
| | | TOTAL LEGAL SERVICES | | $391.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.70 Hrs | 230/hr | $391.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 230/hr | No charge |
| | 1.80 Hrs | | $391.00 |

TOTAL THIS BILL     $391.00

**<u>EXHIBIT B</u>**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 3, 2005

Bill Number  76185
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2004

EXCESS POSTAGE                                                    $10.31

FEDERAL EXPRESS

| | | |
|---|---|---:|
| 11/15/04 | To Kirkland Ellis Attorney from MTM - 8/25/04 | 27.53 |
| 11/15/04 | To in-house counsel from MTM - 8/25/04. | 14.87 |
| 11/15/04 | To in-house counsel from MTM - 8/25/04 | 32.20 |
| 11/15/04 | To Kirkland Ellis Attorney from MTM - 8/26/04 | 13.31 |
| 11/15/04 | To in-house counsel from MTM - 8/26/04 | 14.52 |
| 11/15/04 | To Kirkland Ellis Attorney from MTM - 8/25/04 | 22.64 |
| 11/15/04 | To in-house counsel from RAM - 8/23/04 | 22.43 |
| 11/28/04 | To in-house counsel from RAM on 11/11/04 | 11.88 |
| 11/28/04 | To Kirkland Ellis Attorney from MTM on 11/10/04 | 183.79 |
| 11/28/04 | To Kirkland Ellis Attorney from MTM on 11/8/04 | 37.31 |
| 11/28/04 | To in-house counsel from MTM on 11/3/04 | 28.56 |
| 11/30/04 | To Kirkland Ellis Attorney from MTM - 9/17/04 | 22.96 |
| 11/30/04 | To in-house counsel from MTM - 9/17/04. | 27.02 |
| 11/30/04 | To Kirkland Ellis Attorney from MTM - 9/13/04. | 22.96 |
| 11/30/04 | To in-house counsel from MTM - 9/13/04. | 27.02 |

$509.00

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2004

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 11/30/04 | on 9/22/04 | 0.42 | |
| 11/30/04 | on 7/1, 7/9, 7/20, 7/21 & 8/3/04 | 14.21 | |
| 11/30/04 | on 8/4/04 | 5.74 | |
| 11/30/04 | on 8/17, 8/18 8/30, 9/13, 9/22 & 9/29/04 | 40.95 | |
| | | | $61.32 |

TRAVEL

| | | | |
|---|---|---|---|
| 11/18/04 | MATTHEW T. MURPHY - Travel to Washington D.C. for meeting at Kirkland & Ellis with defense counsel re: Grand Jury matter: Hotel $367.01, cabs $44.00, dinner (for 2) $73.03 (incl RAM) | 484.94 | |
| | | | $484.94 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/18/04 | MERRILL COMMUNICATIONS - Copies of depo transcripts requested by Kirkland & Ellis re: Grand Jury | 315.93 | |
| 11/18/04 | MERRILL COMMUNICATIONS - Copies of Libby Common Exhibit binders for Kirkland & Ellis re: Grand Jury | 1,096.86 | |
| | | | $1,412.79 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/02/04 | 21 copies - .12 per copy | 2.52 |
| 11/02/04 | 849 copies - .12 per copy | 101.88 |
| 11/03/04 | 612 copies - .12 per copy | 73.44 |
| 11/05/04 | 68 copies - .12 per copy | 8.16 |
| 11/05/04 | 22 copies - .12 per copy | 2.64 |
| 11/05/04 | 5 copies - .12 per copy | 0.60 |
| 11/05/04 | 98 copies - .12 per copy | 11.76 |
| 11/08/04 | 87 copies - .12 per copy | 10.44 |
| 11/08/04 | 5 copies - .12 per copy | 0.60 |
| 11/11/04 | 17 copies - .12 per copy | 2.04 |
| 11/15/04 | 6 copies - .12 per copy | 0.72 |
| 11/15/04 | 14 copies - .12 per copy | 1.68 |
| 11/15/04 | 41 copies - .12 per copy | 4.92 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through November 30, 2004

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 11/15/04 | 58 copies - .12 per copy | 6.96 | |
| 11/17/04 | 3 copies - .12 per copy | 0.36 | |
| 11/17/04 | 4 copies - .12 per copy | 0.48 | |
| 11/19/04 | 85 copies - .12 per copy | 10.20 | |
| 11/22/04 | 75 copies - .12 per copy | 9.00 | |
| 11/22/04 | 38 copies - .12 per copy | 4.56 | |
| 11/22/04 | 63 copies - .12 per copy | 7.56 | |
| 11/29/04 | 52 copies - .12 per copy | 6.24 | |
| 11/30/04 | 158 copies - .12 per copy | 18.96 | |
| 11/30/04 | 122 copies - .12 per copy | 14.64 | |
| | | | $300.36 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 11/04/04 | 329 | 3038660408 | 0.44 | |
| 11/05/04 | 329 | 2028795177 | 1.21 | |
| 11/08/04 | 329 | 7132257119 | 0.66 | |
| 11/08/04 | 329 | 3038660478 | 0.88 | |
| 11/09/04 | 308 | 5613621551 | 1.43 | |
| 11/10/04 | 329 | 4105314000 | 0.44 | |
| 11/15/04 | 329 | 5613621533 | 1.65 | |
| 11/15/04 | 329 | 2028795177 | 0.99 | |
| 11/18/04 | 329 | 3038660691 | 0.55 | |
| 11/22/04 | 329 | 5613621551 | 1.21 | |
| 11/30/04 | 357 | 2028795200 | 4.40 | |
| | | | | $13.86 |

TOTAL DISBURSEMENTS          $2,792.58

TOTAL THIS BILL          $2,792.58

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 3, 2005

Bill Number  76186
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through November 30, 2004

FEDERAL EXPRESS

| | | |
|---|---|---|
| 11/02/04 | To Scotta McFarland from RAM on 10-14-04 | 12.99 |
| 11/30/04 | To Scotta McFarland, Esq. from RAM - 9/14/04. | 12.87 |
| | | $25.86 |

PHOTOCOPYING

| | | |
|---|---|---|
| 11/12/04 | 82 copies - .12 per copy | 9.84 |
| 11/12/04 | 74 copies - .12 per copy | 8.88 |
| | | $18.72 |

TELEPHONE

| | | | |
|---|---|---|---|
| 11/09/04 | Facsimile. | | 1.10 |
| 11/30/04 | 357 | 3026524400 | 1.10 |
| | | | $2.20 |

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $46.78 |
| TOTAL THIS BILL | $46.78 |