IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: January 26, 2004 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR WALLACE KING MARRARO
& BRANSON PLLC'S MONTHLY FEE APPLICATION FOR
THE PERIOD FROM NOVEMBER 1, 2004 THROUGH 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Wallace
King
&
Marraro
&
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

Phone 202.204.1000
Fax 202.204.1001

December 28, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

Invoice#    2337

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | | **Hours** |
|---|---|---|---|---|
| 11/01/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | | 0.20 |
| 11/02/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | | 0.50 |
| 11/03/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2). | | 0.50 |
| 11/04/2004 | WFH | Wrap up pending research projects and other matters (8.0); conferences with Mr. Marraro and paralegals re same (.5). | | 8.50 |
| 11/04/2004 | CHM | Conference with Daneker re Order from 3rd Circuit re withdrawal (0.5). | | 0.50 |
| 11/05/2004 | WFH | Conferences with Mr. Marraro and paralegals re research projects (.6). | | 0.60 |
| 11/10/2004 | CHM | Meeting in Newark New Jersey with Mr. Agnello re court hearing re Motion to Withdraw and similar issues. (4.5). | | 4.50 |
| 11/11/2004 | CHM | Review ICO Opposition to Motion to Dismiss and prepare response (2.0) | | 2.00 |

**Amount**

|  |  |  |
|---|---:|---:|
| Total fees | 17.30 | 6,915.00 |

Disbursements:

| | |
|---|---:|
| C. Marraro - Working Lunch on 11/11/04 (1 person) | 22.37 |
| C. Marraro - One Way Coach Air Fare from Newark to Washington, DC 10/20/04 | 327.60 |
| C. Marraro - R/T Coach Air Fare Washington, DC to Newark 11/9/04 | 538.70 |
| C. Marraro - Hotel in NY 10/19-20/04 (1 night) | 299.15 |
| C. Marraro - Auto Rental in Flushing, NY 10/19-20/04 (1 day) | 126.87 |
| C. Marraro - Auto Rental in NJ 11/10/04 (1 day) | 109.93 |
| C. Marraro - Parking at airport on 10/20/04 | 15.00 |
| C. Marraro - Taxi Service from DCA to Home after trip 9/30/04 | 86.25 |
| C. Marraro - Dinner with A. Nagy in DC 9/21/04 (2 people) | 117.47 |
| C. Marraro - Dinner with J. Agnello, M. Flax and R. Brown in NY on 9/29/04 (4 people) | 419.20 |
| C. Marraro - Lunch with J. Agnello in NJ 9/28/04 (2 people) | 22.08 |
| C. Marraro - Dinner with C. Millian in DC on 10/6/04 (2 people) | 61.70 |
| C. Marraro - Dinner with R. Brown in DC on 10/14/04 (2 people) | 261.72 |
| C. Marraro - R/T Coach Air Fare DC to NJ 9/28/04 | 607.69 |
| C. Marraro - Hotel in NY 9/28-30/04 (2 nights) | 642.74 |
| C. Marraro - Hotel in NJ 9/16-17/04 (2 nights) | 314.16 |
| C. Marraro - Auto Rental in NY on 9/30/04 (1 day) | 110.46 |
| C. Marraro - Parking at airport on 10/6/04 | 30.00 |
| C. Marraro - Parking at airport on 9/19/04 | 30.00 |
| C. Marraro - Dinner in NJ with J. Agnello and M. Flax on 8/19/04 (3 people) | 168.07 |
| C. Marraro - Dinner in NY with T. Milch on 8/20/04 (2 people) | 324.00 |
| C. Marraro - Dinner in DC with clients on 8/21/04 (3 people) | 96.85 |
| C. Marraro - Dinner in DC with M. Flax and C. Millan on 8/26/04 (3 people) | 118.45 |
| C. Marraro - Dinner in DC with J. Agnello on 9/7/04 (2 people) | 63.85 |
| C. Marraro - Dinner in NJ with J. Agnello and M. Flax on 9/10/04 (3 people) | 70.56 |
| C. Marraro - Parking at aiport on trip | 30.00 |
| C. Marrar0 - Coach Air from NY to Washington, DC 8/20/04 | 241.60 |
| C. Marraro - R/T Coach Air Fare Washington, DC to Newark, NJ 9/9/04 | 607.69 |
| C. Marraro - Hotel in Newark, NJ 9/18-19/04 (1 night) | 188.46 |
| C. Marraro - Hotel in NY 8/21-24/04 (2 nights) | 504.71 |
| C. Marraro - Auto Rental in NJ 7/28-30/04 (2 days) | 223.58 |
| C. Marraro - Auto Rental in Newark to Flushing 8/18-20/04 (2 days) | 197.71 |
| C. Marraro - Auto Rental in NY to Newark on 9/10/04 (1 day) | 84.54 |
| C. Marraro - Auto Rental in NJ on 9/9/04 (1 day) | 96.82 |
| C. Marraro - Parking at airport on 8/21/04 | 30.00 |

| Description | Amount |
|---|---|
| C. Marraro - Lunch in NY with J. Agnello and R. Senftleben on 9/16/04 (3 people) | 42.00 |
| C. Marraro - Dinner in NJ with J. Agnello and R. Senftleben on 9/16/04 (3 people) | 82.48 |
| C. Marraro - R/T Coach Air Fare Washington, DC to Newark, NJ 9/16/04 | 607.69 |
| C. Marraro - Hotel in NY for 9/14-16/04 (3 nights) | 771.74 |
| C. Marraro - Hotel in NY for K. Brown 9/14-16/04 | 469.69 |
| C. Marraro - Hotel in Flushing, NY 9/15/04 (1 night) | 322.38 |
| C. Marraro - Auto Rental in Newark to Flushing, NY 9/13-15/04 (3 days) | 106.24 |
| C. Marraro - Parking at aiport on trip | 60.00 |
| Copying | 364.50 |
| Facsimile | 1.50 |
| Telephone | 473.99 |
| Online research | 1,579.75 |
| Delivery services/messengers | 23.79 |
| Federal Express | 183.86 |
| Total disbursements | $12,279.59 |
| Total Amount of This Bill | $19,194.59 |
| Less Deduction of 40% of Fees Per Agreement | $2,766.00 |
| Balance Due | $16,428.59 |

### Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 7.00 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 1.20 | $110.00 |
| Hughes, William F. | Counsel | 9.10 | $380.00 |

**Wallace King & Marraro Branson**

WALLACE KING MARRARO & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

December 28, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2336

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

|  | **Amount** |
|---|---:|
| Disbursements: | |
| C. Marraro - Working lunch on 9/21/04 (1 person) | 13.99 |
| C. Marraro - Working lunch on 9/28/04 (1 person) | 15.09 |
| C. Marraro - Dinner in Buffalo with clients on 8/23/04 (4 persons) | 139.85 |
| C. Marraro - Dinner with D. Williams in NY on 8/24/04 (2 people) | 42.00 |
| C. Marraro - Working meal on 9/10/04 (1 person) | 15.37 |
| C. Marraro - Hotel in Buffalo, NY 8/23-24/04 (1 night) | 169.88 |
| C. Marraro - Parking at airport 8/24/04 | 30.00 |
| Federal Express | 16.64 |
| Total disbursements | $442.82 |
| Total Amount of This Bill | $442.82 |
| Balance Due | $442.82 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

December 28, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    2338

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  |  | **Hours** |
|---|---|---|---|---|
| 11/11/2004 | RMM | Update case files (1.1). |  | 1.10 |
|  |  |  |  | **Amount** |
|  | Total fees |  | 1.10 | 143.00 |

Disbursements:

| | |
|---|---|
| C. Marraro - Working lunch 10/25/04 (1 person) | 15.87 |
| C. Marraro - Working lunch on 10/29/04 (1 person) | 44.55 |
| C. Marraro - Dinner with L. Duff, M Obradovic and E. Meeks in MA on 8/31/04 (4 people) | 246.85 |
| C. Marraro - R/T Coach Air Fare from Washington to Boston on 8/31/04 | 257.10 |
| C. Marraro - R/T Coach Air Fare DC to Buffalo, NY 8/19/04 | 616.70 |
| C. Marraro - One Way Coach Air Fare DC to Boston | 208.10 |
| C. Marraro - Hotel in Cambridge, MA on 8/31-9/1/04 (1 night) | 232.91 |
| C. Marraro - Taxi Service from airport 9/3/04 | 65.38 |
| C. Marraro - Taxi Service to airport 9/3/04 | 75.51 |
| Telephone | 56.85 |
| Total disbursements | $1,819.82 |
| Total Amount of This Bill | $1,962.82 |
| Balance Due | $1,962.82 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Mitchell, Rebecca M. | Paralegal | 1.10 | $130.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1. I am a member in good standing of the bars of the State of New Jersey and District of Columbia.

2. I have personally performed certain of, and overseen the legal services rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.  The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Christopher H. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 29th day of December 2004.

_____
Notary Public

My Commission Expires:

> BRENDA SELF
> Notary Public
> District of Columbia
> My Comm. Expires January 1, 2008