IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy No.

W. R. Grace & Co.                                         01-1139-JKF

    Debtor(s)

## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 STATEMENT REPRESENTATION BY PRITCHARD LAW FIRM

I, Robert G. Taylor, III, an attorney with Robert A. Pritchard, Attorney at Law, declare as follows:

1. I am an attorney with the law firm of Robert A. Pritchard, Attorney at Law (hereinafter the "Firm"). I am a member in good standing of the bar of the State of Mississippi and Texas.

2. I am involved in the representation of personal injury claimants and, based upon that representation and the review of business records of the Firm, I have personal knowledge of the facts set forth herein. I make this statement (the "statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure and pursuant to the terms of Judge Fitzgerald's October 22, 2004 Order of Court.

3. The principle office of the Firm for the practice of law is located at 934 Jackson Avenue, Pascagoula, Mississippi 39567.

4. As of the date of this Statement, the Firm represents a number of personal injury claimants (the "Claimants" or, individually, "Claimant") who have been injured by asbestos or asbestos-containing products manufactured, marketed, distributed, sold, installed and/or produced by the above-referenced debtors and debtors-in-possession (the "Debtors") and others, and thus, hold claims against, inter alia, the Debtors. Attached as Exhibit "A" is a list of the Claimants represented by the Firm.

5. Each of these Claimants has employed the Firm under an employment contract with the Firm or with referring counsel. In the vast majority of instances these contracts include a power of attorney/fee agreement, and in those instances where that is not the case, nearly all Claimants have executed a separate power of attorney. In all cases, however, the Firm is authorized by law to act on the Claimant's behalf. For reference, and pursuant to Judge Fitzgerald's Order, a blank, but redacted, exemplar of each form of agreement or instrument, whereby Robert A. Pritchard, Attorney at Law is empowered to act on behalf of each claimant is attached hereto as Exhibit "1".

6. The name and address for each claimant represented By the Firm is found on Exhibit "2" attached hereto.

7. As previously set forth in paragraph 4 above, the nature of the claims held by each Claimant is a personal injury tort claim for damages resulting from and caused by asbestos and/or asbestos-containing products manufactured, marketed, distributed, sold, installed and/or produced by the Debtors and others.

8. Each Claimant is represented by the Firm under a fee agreement as referenced in paragraph 4 above. The Firm holds such instrument.

9. The filing of the Firm's statement does not waive any rights including (I) the claimants' rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) the Claimants' rights to trial by jury in any proceeding and any trial on their claims; (iii) the Claimants' rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention to the extent not previously directed; (iv) the Claimants' rights in not submitting themselves to the jurisdiction of the Bankruptcy Court; and/or (v) any other rights, claims, actions, defenses, reclamations, setoffs and recoupments the Firm's Claimants expressly reserve.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the 21 day of December, 2004.

Robert G. Taylor, III
**ROBERT A. PRITCHARD,**
**ATTORNEY AT LAW**
934 Jackson Avenue
Pascagoula, Mississippi, 39567
(228)762-8877
Facsimile (228) 762-6005
Attorneys for Asbestos Claimants

Sworn to before me this 21 day of December, 2004.

Carly Gaskin
Notary Public

My Commission Expires
October 29, 2006