IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Bankruptcy No. 01-1139-JKF |
| W.R. Grace & Co., | Chapter 11 |
| Debtor(s) | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Federal Rule of Bankruptcy Procedure 2019 Statement Representation by Pritchard Law Firm was served on December 23, 2004, upon the following:

**Via U.S. mail:**

David W. Carickhoff, Jr.
Pachulski Ziehl Stang Ziehl Young Jones
919 North Market Street, 16th Floor
Wilmington, DE  19899


Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801


Richard Allen Keuler, Jr.
Reed Smith, LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801


Rosalie L. Spelman
Janssen Keenan & Ciardi, PC
901 Market Street, Suire 460
Wilmington, DE  19801


William E. Chipman, Jr.
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Wilmington, DE  19801

{M:\Users\klc\frm H0286292:1}

Frank J. Perch, III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box #35
Wilmington, DE  19801


Dated:   January 6, 2005                       /s/ Kevin L. Colosimo
                                                                       Kevin L. Colosimo, Esquire
PA I.D. #80191
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA  15222
(412) 281-5060

{M:\Users\klc\frm H0286292:1}