# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: Docket No. 5527 and |
| | | 12/20/04 Agenda Item 8 |

### FIFTH CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1.      On May 5, 2004, the Debtors filed their Fifth Omnibus Objection[2] to

Claims (the "Fifth Omnibus Objection") [Docket No. 5527]. The deadline to respond to the

Fifth Omnibus Objection was June 4, 2004.

2.      On July 19, 2004, the Court entered the Order Granting the Relief Sought

in Debtors' Fifth Omnibus Objection to Claims [Docket No. 6007].

3.      On August 23, 2004, the Court entered the Continuation Order Granting

the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued

Objections [Docket No. 6264].

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]      Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

1

4.    On September 30, 2004, the Court entered the Second Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6506].

5.    On October 25, 2004, the Court entered the Third Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6739].

6.    On November 15, 2004, the Court entered the Fourth Continuation Order Granting the Relief Sought in the Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6960].

NOW, THEREFORE, upon consideration of the Fifth Omnibus Objection seeking an order disallowing certain claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each of the claims listed on Exhibit A to this Order is continued to the January 24, 2005 omnibus hearing; and it is further

ORDERED that the Objection to Claim No. 17, filed by AKZO Nobel Polymer Chemicals LLC and listed on Exhibit B to this Order, is sustained, and the claim is expunged and disallowed for all purposes; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

2

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

Dated: December 20, 2004

_Signature_

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3

Hearing Date: Monday, December 20, 2004

# In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L<br>129 WOOD DR<br>IOWA PARK, TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 2 | ARCHER, MICHELLE B<br>129 WOOD DR<br>IOWA PARK, TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 3 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 4 | BUREAU OF CUSTOMS AND BORDER PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 5 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 6 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 7 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 8 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 9 | DAP PRODUCTS INC DBA DAP INC<br>FINANCE DEPT<br>2400 BOSTON ST #200<br>BALTIMORE, MD 21224 | 01-01139<br>W.R. GRACE & CO. | 12890 | $429,798.91 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 10 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE, WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 3

12/15/2004 12:41:10 PM

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT A -- CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 11 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE, WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 12 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE, WA 98124 | 01-01140 W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 13 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE, WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 14 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON, MA, 02110 | 01-01140 W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 15 | MASSACHUSETTS BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON, MA, 02110 | 01-01140 W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 16 | NEW ENGLAND CONSTRUCTIN CO INC DUFFY & SWEENEY LTD ONE TURKS HEAD BLDG STE 1200 PROVIDENCE, RI 02903 | 01-01139 W.R. GRACE & CO. | 14395 | $127,327.42 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 17 | PEARSON SR, PETER P PO BOX 26301 TUCSON, AZ, 85726 | 01-01139 W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 18 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON, MA, 02111 | 01-01140 W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 19 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON, MA, 02111 | 01-01140 W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 2 of 3

12/15/2004 12:41:10 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 20 | WEATHERFORD INTERNATIONAL INC ATTN: BURT MARTIN 515 POST OAK BLVD STE 600 HOUSTON, TX 77027 | 01-01139 W.R. GRACE & CO. | 1694 | $351,758.00 | (A) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 21 | WEATHERFORD INTERNATIONAL INC ATTN: BURT MARTIN 515 POST OAK BLVD STE 600 HOUSTON, TX 77027 | 01-01185 HOMCO INTERNATIONAL, INC. | 1695 | $351,758.00 | (A) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 22 | WEATHERFORD INTERNATIONAL INC ATTN: BURT MARTIN 515 POST OAK BLVD STE 600 HOUSTON, TX 77027 | 01-01139 W.R. GRACE & CO. | 1719 | $351,758.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |
| 23 | WEATHERFORD INTERNATIONAL INC ATTN: BURT MARTIN 515 POST OAK BLVD STE 600 HOUSTON, TX 77027 | 01-01185 HOMCO INTERNATIONAL, INC. | 1720 | $351,758.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 1/24/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority      (S) - Secured (U) - Unsecured

Page 3 of 3

12/15/2004 12:41:10 PM

Hearing Date: Monday, December 20, 2004

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT B - SUSTAINED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1   AKZO NOBEL POLYMER CHEMICALS LLC<br>525 W VAN BUREN<br>CHICAGO IL 60607 | 01-01139<br>W.R. GRACE & CO. | 17 | $30,098.70 | (U) | OTHER (INDIVIDUAL CLAIM OBJECTION)<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

Page 1 of 1

**(A) - Administrative          (S) - Secured
(P) - Priority                   (U) - Unsecured

12/15/2004 12:47:27 PM