# EXHIBIT 2

# 6th Omni 4 Continuation Order
# for WR Grace

Total number of parties: 4
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 12036 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 12036 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 12036 | NSTAR GAS, 800 BOYLSTON ST, 17TH FLOOR, BOSTON, MA 02119 |
| 12036 | SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110 |

Subtotal for this group: 4