# EXHIBIT 2

# 3rd Omni 6 Continuation Order
# for WR Grace

**Total number of parties: 3**
**Preferred Mode of Service: US Mail (1st Class)**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 12038 | ASSIGNEE: LASON SYSTEMS INC, LONGACRE MASTER FUND LTD, ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 22, NEW YORK, NY 10019 |
| 12038 | BMC, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |
| 12038 | BMC, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245 |

**Subtotal for this group: 3**