REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1225902 |
| One Town Center Road | Invoice Date      12/31/04 |
| Boca Raton, FL   33486 | Client Number      172573 |

===========================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                                        7,636.00

                TOTAL BALANCE DUE UPON RECEIPT        $7,636.00
                                                                          =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number      1225902
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2004

| Date | Name | | Hours |
|---|---|---|---|
| 11/01/04 | Bentz | Review of materials from R. Finke regarding Canadian claims. | .30 |
| 11/01/04 | Butcher | Draft digest of depositions of expert witnesses' testimony in third party asbestos suit. | .30 |
| 11/01/04 | Cameron | Review materials from R. Finke regarding asbestos claims. | .90 |
| 11/01/04 | Lord | Continue to update 2002 service list. | .40 |
| 11/05/04 | Bentz | Review of agenda for Omnibus hearing. | .50 |
| 11/07/04 | Butcher | Draft deposition digest of expert witnesses' testimony in third party asbestos suit. | 1.20 |
| 11/08/04 | Bentz | Review of EPA statements regarding cleavage fragments. | .60 |
| 11/08/04 | Butcher | Draft deposition digest of expert witnesses' testimony in third paraty asbestos suit. | 1.40 |
| 11/10/04 | Bentz | Review of revised agenda for Omnibus hearing. | .40 |
| 11/10/04 | Butcher | Draft deposition digests of expert witnesses' testimony in third party asbestos suit. | 1.10 |

```
172573 W. R. Grace & Co.                        Invoice Number   1225902
60026  Litigation and Litigation Consulting      Page     2
       December 31, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 11/15/04 | Butcher | Draft deposition digests of expert witnesses' testimony in third party asbestos suit. | 4.90 |
| 11/17/04 | Butcher | Draft deposition digest of expert witnesses' testimony in third party asbestos suit. | 1.40 |
| 11/18/04 | Butcher | Draft deposition digest of expert witnesses' testimony in third party asbestos suit. | 2.80 |
| 11/22/04 | Cameron | Review Disclosure Statement regarding issues relating to asbestos property damage and ZAI litigation. | 1.80 |
| 11/22/04 | Restivo | Review property damage aspects of plan of reorganization, TDPs, etc. (1.0); meeting with P. Singer re: same (.5). | 1.50 |
| 11/23/04 | Bentz | Corresponding with counsel at Kirkland & Ellis regarding deposition transcript needed by bankruptcy counsel. | .30 |
| 11/24/04 | Butcher | Review documents produced by the EPA in response to FOIA requests. | 2.80 |
| 11/29/04 | Cameron | Review Plan and Disclosure Statement regarding treatment of asbestos claims (1.7); discuss same with J. Restivo (0.2). | 1.90 |
| 11/30/04 | Atkinson | Prepare file for deposition transcripts in other litigation. | .20 |
| 11/30/04 | Bentz | Review of additional materials regarding Canadian claims. | .40 |
| | | TOTAL HOURS | 25.10 |

```
172573  W. R. Grace & Co.                       Invoice Number   1225902
60026   Litigation and Litigation Consulting    Page    3
        December 31, 2004
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| James J. Restivo Jr. | 1.50 | at $ | 495.00 | = | 742.50 |
| Douglas E. Cameron | 4.60 | at $ | 465.00 | = | 2,139.00 |
| James W Bentz | 2.50 | at $ | 370.00 | = | 925.00 |
| Jayme L. Butcher | 15.90 | at $ | 235.00 | = | 3,736.50 |
| John B. Lord | 0.40 | at $ | 160.00 | = | 64.00 |
| Maureen L. Atkinson | 0.20 | at $ | 145.00 | = | 29.00 |

```
                CURRENT FEES                                7,636.00


                TOTAL BALANCE DUE UPON RECEIPT             $7,636.00
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number    1225903 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date      12/31/04 |
| Boca Raton, FL 33487 | Client Number     172573 |

===========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                     18,600.50

                   TOTAL BALANCE DUE UPON RECEIPT       $18,600.50
                                                                      =============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number        1225903
5400 Broken Sound Blvd., N.W.            Invoice Date         12/31/04
Boca Raton, FL 33487                     Client Number         172573
                                         Matter Number          60028
```

===========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/01/04 | Restivo | Receipt and review of new pleadings and emails re: ZAI Science Trial. | .70 |
| 11/04/04 | Restivo | Telephone call to Westbrook re: Science Trial hearing issues. | .40 |
| 11/05/04 | Cameron | Telephone call with R. Finke regarding ZAI matters (0.4); review materials from R. Finke regarding ZAI case (0.9). | 1.30 |
| 11/07/04 | Cameron | Review Canadian ZAI-related materials from R. Finke (0.9) and e-mails to J. Restivo regarding same (0.4). | 1.30 |
| 11/08/04 | Cameron | Meet with J. Restivo to follow-up on issues regarding ZAI Science Trial record (0.4); telephone call with E. Westbrook regarding same (0.3); review files for videotapes (0.8). | 1.50 |
| 11/08/04 | Restivo | Review status of hearing and telephone conversation with Westbrook. | .50 |
| 11/09/04 | Cameron | Continued review of materials from R. Finke regarding Canadian ZAI-related actions (0.9); review videotapes for supplementation of record (1.8). | 2.70 |

```
172573  W. R. Grace & Co.                          Invoice Number   1225903
60028   ZAI Science Trial                          Page    2
        December 31, 2004
```

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/09/04 | Restivo | Consider additional record submissions re: ZAI Science Trial. | 1.00 |
| 11/10/04 | Cameron | Review of videotapes for purposes of supplementing the record. | 1.40 |
| 11/11/04 | Cameron | Prepare for and participate in telephone call with R. Finke regarding Canadian ZAI-related claims (0.4); further review of videotapes regarding record supplementation (1.4). | 1.80 |
| 11/12/04 | Cameron | Review video tapes for supplementation of record. | .80 |
| 11/15/04 | Cameron | Review tapes regarding supplementation of the record. | 1.10 |
| 11/15/04 | Restivo | Review new pleadings and correspondence relating to ZAI Science Trial. | .50 |
| 11/16/04 | Cameron | Review videotapes and materials to supplement the record. | 1.20 |
| 11/17/04 | Atkinson | Review ZAI Science Trial files for Deposition transcripts. | .40 |
| 11/17/04 | Bentz | Responding to Kirkland & Ellis request for information from ZAI Science Trial. | .40 |
| 11/17/04 | Cameron | Review materials from E. Westbrook regarding record supplementation. | .90 |
| 11/18/04 | Cameron | Prepare for and participate in telephone call with R. Finke, D. Siegel and J. Restivo regarding status of ZAI matter and strategy issues (0.9); meet with J. Restivo regarding same (0.4); finalize review of videotapes and materials to supplement the summary judgment record (2.6); e-mails, telephone call and draft letter regarding same (0.9). | 4.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  1225903
60028  ZAI Science Trial                        Page     3
       December 31, 2004

   Date    Name                                                   Hours
--------  -----------                                             -----
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/18/04 | Restivo | Preparation for (0.6) and telephone conference (0.9) with D. Siegel, R. Finke and D. Cameron re: ZAI Science Trial issues. | 1.50 |
| 11/19/04 | Cameron | Prepare and revise letter to Judge Fitzgerald re: supplementation of the record (0.8); multiple e-mails with ZAI claimants' counsel re: same (0.6); telephone call with J. Restivo re: same (.2). | 1.60 |
| 11/20/04 | Cameron | Review materials relating to ZAI claims and Disclosure Statement regarding same. | 1.60 |
| 11/21/04 | Cameron | Prepare and review draft stipulation regarding record supplementation. | .90 |
| 11/22/04 | Cameron | Review and revise draft stipulation re: supplementation of the record (0.8); e-mails regarding same (0.4); meet with J. Restivo regarding ZAI Science Trial status and strategy issues (0.5). | 1.70 |
| 11/23/04 | Cameron | E-mails regarding stipulation. | .60 |
| 11/23/04 | Restivo | Telephone calls with Muha (0.1), Westbrook (0.2) and Finke (0.2). | .50 |
| 11/24/04 | Cameron | Finalize and prepare stipulation for filing (0.8); telephone call to R. Finke regarding ZAI issues (0.3); review disclosure statement regarding same (0.9). | 2.00 |
| 11/26/04 | Cameron | Review materials relating to Canadian ZAI claims. | .90 |
| 11/28/04 | Cameron | Review of Canadian ZAI claims. | .90 |
| 11/29/04 | Cameron | Review of memorandum regarding ZAI claims in Canada. | .90 |
| 11/29/04 | Restivo | Telephone call with R. Finke (0.4); review status of record in ZAI Science Trial (0.6). | 1.00 |

```
172573  W. R. Grace & Co.                              Invoice Number   1225903
60028   ZAI Science Trial                              Page    4
        December 31, 2004


   Date    Name                                                          Hours
   ----    ----                                                          -----

11/30/04  Cameron       Meet with J. Restivo regarding                    2.10
                        calls with ZAI counsel and Grace
                        in-house counsel (0.3); review
                        materials received from Grace
                        regarding ZAI Canadian class
                        actions (1.8).

11/30/04  Restivo       Telephone calls and meetings with                 1.00
                        Finke (0.3), Westbrook (0.4) and
                        Cameron (0.3).
                                                                         ------
                                                     TOTAL HOURS          39.90


TIME SUMMARY                   Hours          Rate           Value
------------                   -----          ----           -----
James J. Restivo Jr.            7.10   at  $  495.00   =    3,514.50
Douglas E. Cameron             32.00   at  $  465.00   =   14,880.00
James W Bentz                   0.40   at  $  370.00   =      148.00
Maureen L. Atkinson             0.40   at  $  145.00   =       58.00

                       CURRENT FEES                                   18,600.50

                                                                      ----------
                       TOTAL BALANCE DUE UPON RECEIPT                $18,600.50
                                                                     ==========
```

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

W. R. Grace                               Invoice Number      1225904
5400 Broken Sound Blvd., N.W.             Invoice Date       12/31/04
Boca Raton, FL 33487                      Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

    Fees                                    2,971.00

                       TOTAL BALANCE DUE UPON RECEIPT        $2,971.00
                                                                                        =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W. R. Grace                                Invoice Number      1225904
5400 Broken Sound Blvd., N.W.              Invoice Date       12/31/04
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60029
```

==============================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/04 | Falini | Reviewed CNO for Reed Smith's 38th monthly fee application. | .20 |
| 11/02/04 | Lord | Revise, e-file and perfect service for CNO for 38th monthly application (.4); draft correspondence to Grace re: same (.2). | .60 |
| 11/04/04 | Muha | Detailed revisions to October 2004 fee and expense detail to comply with fee auditor's guidelines. | 1.50 |
| 11/05/04 | Muha | Revisions to October 2004 monthly fee application. | 1.20 |
| 11/08/04 | Lord | Research docket for hearing date for interim fee application (.2); review, revise and prepare 14th interim fee application for e-filing and service (.9). | 1.10 |
| 11/09/04 | Falini | Reviewed Reed Smith's 14th quarterly fee application (0.3). | .30 |
| 11/10/04 | Lord | Revise and e-file RS 14th quarterly fee application (.8); revise and perfect service for same (.6). | 1.40 |
| 11/10/04 | Muha | Additional revisions to October 2004 fee and expense details for monthly fee application. | .70 |

```
172573 W. R. Grace & Co.                          Invoice Number   1225904
 60029 Fee Applications-Applicant                 Page      2
       December 31, 2004
```

| Date | Name | | Hours |
|---|---|---|---|
| 11/16/04 | Muha | Attend to various fee application issues re: pending fee applications and October 2004 application. | .80 |
| 11/19/04 | Lord | Discussion with K. Gwynne re: response to call from Trustee regarding 39th monthly fee application (.1); respond to Trustee re: same (.2). | .30 |
| 11/22/04 | Muha | Draft summary form for October 2004 fee application. | 1.30 |
| 11/23/04 | Falini | Reviewed CNO for Reed Smith's 39th monthly fee application (0.2); reviewed Reed Smith's 40th monthly fee application (0.5). | .70 |
| 11/23/04 | Lord | Research docket and draft CNO/service for 39th monthly fee application (.4); e-mails with A. Muha re: same (.1); review, revise and prepare 40th monthly fee application for e-filing and service (1.0). | 1.50 |
| 11/23/04 | Muha | Continue drafting and revising summary form for October 2004 fee application (1.3); final review and correspondence with J. Lord re: filing (0.3). | 1.60 |
| 11/24/04 | Lord | E-file and perfect service of CNO for 39th monthly application (.4); prepare correspondence to R. Finke re: same (.1). | .50 |
| 11/24/04 | Muha | Correspondence re: filing of monthly fee application and review information re: CNO for September 2004 application. | .30 |
| 11/29/04 | Lord | E-file and perfect hard/electronic service for 40th monthly fee application. | .80 |
| | | TOTAL HOURS | 14.80 |

```
172573  W. R. Grace & Co.                         Invoice Number   1225904
 60029  Fee Applications-Applicant                Page     3
        December 31, 2004
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Andrew J. Muha | 7.40 at | $ 235.00 = | 1,739.00 |
| Janice E. Falini | 1.20 at | $ 200.00 = | 240.00 |
| John B. Lord | 6.20 at | $ 160.00 = | 992.00 |
| | CURRENT FEES | | 2,971.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $2,971.00 |