REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1225906 |
| One Town Center Road | Invoice Date    12/31/04 |
| Boca Raton, FL   33486 | Client Number    172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

   Expenses                                1,499.46

           TOTAL BALANCE DUE UPON RECEIPT     $1,499.46
                                                   =============

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number       1225906
One Town Center Road                     Invoice Date        12/31/04
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026
```

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Courtlink                                    23.73
    Duplicating/Printing/Scanning                87.00
    Courier Service - Outside                    16.08
    Outside Duplicating                       1,372.65

              CURRENT EXPENSES                              1,499.46
                                                        -------------

              TOTAL BALANCE DUE UPON RECEIPT              $1,499.46
                                                        =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number   1225906<br>Invoice Date     12/31/04<br>Client Number     172573<br>Matter Number      60026 |

=========================================================================

Re: (60026)   Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/31/04 | PACER--Electronic docket document retrieval services. | 23.73 |
| 11/01/04 | ATTY # 0887: 44 COPIES | 6.60 |
| 11/02/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/10/04 | ATTY # 0718; 242 COPIES | 36.30 |
| 11/17/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/17/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/23/04 | ATTY # 0885; 18 COPIES | 2.70 |
| 11/23/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |

```
172573 W. R. Grace & Co.                              Invoice Number   1225906
60026  Litigation and Litigation Consulting           Page    2
       December 31, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 11/23/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/24/04 | ATTY # 0718; 12 COPIES | 1.80 |
| 11/29/04 | Outside Duplicating - - Copying for hardcopy service of monthly fee application materials. | 61.30 |
| 11/29/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 11/29/04 | ATTY # 0559: 6 COPIES | .90 |
| 11/29/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/29/04 | ATTY # 0718; 176 COPIES | 26.40 |
| 11/29/04 | ATTY # 0559; 12 COPIES | 1.80 |
| 11/30/04 | Outside Duplicating - -Copying for hardcopy service of quarterly fee application materials. | 250.40 |
| 11/30/04 | Outside Duplicating - -Copying for hardcopy service of quarterly fee application materials. | 1060.95 |

```
                         CURRENT EXPENSES                    1,499.46
                                                          ------------
           TOTAL BALANCE DUE UPON RECEIPT                   $1,499.46
                                                          ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1225907
5400 Broken Sound Blvd., N.W.            Invoice Date       12/31/04
Boca Raton, FL 33487                     Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Expenses                                         359.45

                          TOTAL BALANCE DUE UPON RECEIPT             $359.45
                                                                                   =============

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1225907
5400 Broken Sound Blvd., N.W.            Invoice Date       12/31/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                                3.00
    Telephone Expense                             1.65
    Duplicating/Printing/Scanning                70.50
    Postage Expense                               2.49
    Courier Service - Outside                    18.57
    Meal Expense                                263.24

                    CURRENT EXPENSES                            359.45
                                                             --------------

                    TOTAL BALANCE DUE UPON RECEIPT            $359.45
                                                             ==============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA 15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number       1225907
5400 Broken Sound Blvd., N.W.            Invoice Date        12/31/04
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number          60028
```

================================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/01/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/06/04 | Meal Expense - - VENDOR:MARK'S GRILLE & CATERING - (DOUG CAMERON)-Lunch for 12 people in Conference Room 9 A/B during lunch break in ZAI Science Trial (10/18/04) | 201.48 |
| 11/08/04 | 843-727-6513/CHARLESTON, SC/8 | .40 |
| 11/08/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | Meal Expense - - VENDOR:QUIZNO'S CLASSIC SUBS (DOUG CAMERON)--Lunch for 6 people for strategy meeting luncheon in preparation for ZAI Science Trial (10/14/04) | 61.76 |
| 11/09/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885: 2 COPIES | .30 |
| 11/17/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885; 23 COPIES | 3.45 |
| 11/17/04 | ATTY # 0856; 30 COPIES | 4.50 |
| 11/17/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/18/04 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | | Invoice Number 1225907 |
| 60028 ZAI Science Trial | | Page    2 |
| December 31, 2004 | | |

| | | |
|---|---|---:|
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 3 COPIES | .45 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 4 COPIES | .60 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 11/19/04 | ATTY # 0559; 13 COPIES | 1.95 |
| 11/19/04 | ATTY # 0559; 1 COPIES | .15 |
| 11/19/04 | Postage Expense | .83 |
| 11/19/04 | Postage Expense | 1.06 |
| 11/22/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 3 COPIES | .45 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | Binding Charge | 3.00 |
| 11/22/04 | 301-315-0200/ROCKVILLE, MD/2 | .10 |
| 11/23/04 | 561-362-1533/BOCA RATON, FL/10 | .50 |
| 11/23/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/23/04 | ATTY # 0885: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                              Invoice Number   1225907
60028   ZAI Science Trial                              Page   3
        December 31, 2004
```

| Date | Description | Amount |
|---|---|---|
| 11/23/04 | Postage Expense | .60 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 6 COPIES | .90 |
| 11/24/04 | ATTY # 0701: 3 COPIES | .45 |
| 11/24/04 | ATTY # 0856; 57 COPIES | 8.55 |
| 11/24/04 | ATTY # 0701; 89 COPIES | 13.35 |
| 11/24/04 | ATTY # 0701; 2 COPIES | .30 |
| 11/24/04 | ATTY # 0559; 36 COPIES | 5.40 |
| 11/24/04 | Courier Service - 00843 UPS - Shipped from Jayme Butcher, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace & Co. (BOCA RATON FL 33487). | 18.57 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/30/04 | 843-727-6513/CHARLESTON, SC/11 | .55 |
| 11/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559; 33 COPIES | 4.95 |

```
                          CURRENT EXPENSES                      359.45
                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $359.45
                                                            ============
```

# jblord

# jblord

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number      1225906
One Town Center Road                    Invoice Date       12/31/04
Boca Raton, FL   33486                  Client Number       172573
```

======================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

  Expenses                          1,499.46

      TOTAL BALANCE DUE UPON RECEIPT          $1,499.46
                               =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60026
```

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Courtlink                                     23.73
    Duplicating/Printing/Scanning                 87.00
    Courier Service - Outside                     16.08
    Outside Duplicating                        1,372.65

              CURRENT EXPENSES                                 1,499.46
                                                            -------------

              TOTAL BALANCE DUE UPON RECEIPT                  $1,499.46
                                                            =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/31/04 | PACER--Electronic docket document retrieval services. | 23.73 |
| 11/01/04 | ATTY # 0887: 44 COPIES | 6.60 |
| 11/02/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/10/04 | ATTY # 0718; 242 COPIES | 36.30 |
| 11/17/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/17/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/23/04 | ATTY # 0885; 18 COPIES | 2.70 |
| 11/23/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |

| | | |
|---|---|---:|
| 172573 W. R. Grace & Co. | | Invoice Number 1225906 |
| 60026 Litigation and Litigation Consulting | | Page 2 |
| December 31, 2004 | | |

| | | |
|---|---|---:|
| 11/23/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/24/04 | ATTY # 0718; 12 COPIES | 1.80 |
| 11/29/04 | Outside Duplicating - - Copying for hardcopy service of monthly fee application materials. | 61.30 |
| 11/29/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 11/29/04 | ATTY # 0559: 6 COPIES | .90 |
| 11/29/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/29/04 | ATTY # 0718; 176 COPIES | 26.40 |
| 11/29/04 | ATTY # 0559; 12 COPIES | 1.80 |
| 11/30/04 | Outside Duplicating - -Copying for hardcopy service of quarterly fee application materials. | 250.40 |
| 11/30/04 | Outside Duplicating - -Copying for hardcopy service of quarterly fee application materials. | 1060.95 |
| | CURRENT EXPENSES | 1,499.46 |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,499.46 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1225907
5400 Broken Sound Blvd., N.W.            Invoice Date       12/31/04
Boca Raton, FL 33487                     Client Number       172573
```

===============================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

    Expenses                                    359.45

                      TOTAL BALANCE DUE UPON RECEIPT          $359.45
                                                                             ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                              Invoice Number         1225907
5400 Broken Sound Blvd., N.W.                            Invoice Date          12/31/04
Boca Raton, FL 33487                                     Client Number          172573
                                                         Matter Number           60028

================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                                   3.00
    Telephone Expense                                1.65
    Duplicating/Printing/Scanning                   70.50
    Postage Expense                                  2.49
    Courier Service - Outside                       18.57
    Meal Expense                                   263.24

                    CURRENT EXPENSES                                           359.45
                                                                        --------------

                    TOTAL BALANCE DUE UPON RECEIPT                            $359.45
                                                                        ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                                Invoice Number      1225907
5400 Broken Sound Blvd., N.W.              Invoice Date       12/31/04
Boca Raton, FL 33487                       Client Number       172573
                                           Matter Number        60028
```

================================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/01/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/06/04 | Meal Expense - - VENDOR:MARK'S GRILLE & CATERING - (DOUG CAMERON)-Lunch for 12 people in Conference Room 9 A/B during lunch break in ZAI Science Trial (10/18/04) | 201.48 |
| 11/08/04 | 843-727-6513/CHARLESTON, SC/8 | .40 |
| 11/08/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | Meal Expense - - VENDOR:QUIZNO'S CLASSIC SUBS (DOUG CAMERON)--Lunch for 6 people for strategy meeting luncheon in preparation for ZAI Science Trial (10/14/04) | 61.76 |
| 11/09/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885: 2 COPIES | .30 |
| 11/17/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885; 23 COPIES | 3.45 |
| 11/17/04 | ATTY # 0856; 30 COPIES | 4.50 |
| 11/17/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/18/04 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |

| | | |
|---|---|---:|
| 172573 W. R. Grace & Co. | | Invoice Number 1225907 |
| 60028   ZAI Science Trial | | Page    2 |
| December 31, 2004 | | |

| | | |
|---|---|---:|
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 3 COPIES | .45 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 4 COPIES | .60 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 11/19/04 | ATTY # 0559; 13 COPIES | 1.95 |
| 11/19/04 | ATTY # 0559; 1 COPIES | .15 |
| 11/19/04 | Postage Expense | .83 |
| 11/19/04 | Postage Expense | 1.06 |
| 11/22/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 3 COPIES | .45 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | Binding Charge | 3.00 |
| 11/22/04 | 301-315-0200/ROCKVILLE, MD/2 | .10 |
| 11/23/04 | 561-362-1533/BOCA RATON, FL/10 | .50 |
| 11/23/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/23/04 | ATTY # 0885: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                          Invoice Number  1225907
60028   ZAI Science Trial                          Page    3
        December 31, 2004
```

| Date | Description | Amount |
|---|---|---:|
| 11/23/04 | Postage Expense | .60 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 6 COPIES | .90 |
| 11/24/04 | ATTY # 0701: 3 COPIES | .45 |
| 11/24/04 | ATTY # 0856; 57 COPIES | 8.55 |
| 11/24/04 | ATTY # 0701; 89 COPIES | 13.35 |
| 11/24/04 | ATTY # 0701; 2 COPIES | .30 |
| 11/24/04 | ATTY # 0559; 36 COPIES | 5.40 |
| 11/24/04 | Courier Service - 00843 UPS - Shipped from Jayme Butcher, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace & Co. (BOCA RATON FL 33487). | 18.57 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/30/04 | 843-727-6513/CHARLESTON, SC/11 | .55 |
| 11/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559; 33 COPIES | 4.95 |

```
                            CURRENT EXPENSES                    359.45
                                                            -------------
                            TOTAL BALANCE DUE UPON RECEIPT    $359.45
                                                            =============
```