IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case Nos.: 01-1139 through 01-1200 |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that U.S. Fire Insurance Company hereby appears by its counsel, Bifferato, Gentilotti & Biden and Steptoe & Johnson, LLP; such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy numbers:

Ian Connor Bifferato, Esquire[1]
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899
Telephone: (302) 429-1900
Telecopy: (302) 429-8600

George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-6226
Telecopy: (202) 429-3902

---

[1] Ian Connor Bifferato and Joseph K. Koury are already receiving pleadings in the W.R. Grace matter and are already on the mailing matrix. There is no need to add them again.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of U.S. Fire Insurance Company's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which U.S. Fire Insurance Company is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments U.S. Fire Insurance Company expressly reserves.

Dated: January 7, 2005
   Wilmington, Delaware

BIFFERATO, GENTILOTTI & BIDEN

_____
Ian Connor Bifferato (# 3273)
Joseph K. Koury (#4272)
1308 Delaware Avenue
Wilmington, Delaware 19806

-and-

George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036