## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2005, a copy of the foregoing *Notice of Appearance and Demand for Notices and Papers* was caused to be served by first class mail (unless otherwise indicated) upon the following:

**SEE ATTACHED SERVICE LIST**

By: _____
Ian Connor Bifferato (#3273)
Joseph K. Koury (#4167)
Bifferato, Gentilotti & Biden
1308 Delaware Ave
P.O. Box 2165
Wilmington, DE 19899-2165

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Paula Ann Galbraith, Esquire
Rachel Lowry Werkheiser, Esquire
Pachulscki, Stang, Zeihl, Young & Jones
919 Market Street, 16th Floor
Wilmington, DE 19899-8705

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1000 N. Market Street, Ste. 1200
Wilmington, DE 19801

Richard Allen Keuler, Jr., Esquire
Reed Smith LLP
1201 Market Street
Suite 1500
Wilmington, DE 19801

Rosalie L. Spelman, Esquire
Janssen Keenan & Ciardi P.C.
901 Market Street
Suite 460
Wilmington, DE 19801

Scotta Edelen McFarland, Esquire
Pachulski Stang Ziehl Young & Jones PC
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067

William E. Chipman Jr., Esquire
Greenberg Traurig, LLP
1000 West Street, Suite 1540
Suite 1540
Wilmington, DE 19801