## CERTIFICATE OF SERVICE

I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on January 7, 2005 upon:

Janet S. Baer, Esq.
Ryan B. Bennett, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
(Via Facsimile and US Regular Mail)

Bennett L. Spiegel, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
(Via Facsimile and US Regular Mail)

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, PC
919 North Market Street, Suite 1600
Wilmington, DE 19801
(Via Hand Delivery)

Official Committee of Unsecured Creditors
Lewis, Kruger, Stroock & Stroock & Lavin
180 Maiden Lane
New York, NY 10038-4982
(Via Facsimile and US Regular Mail)

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
(Via Hand Delivery)

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
(Via Facsimile and US Regular Mail)

Michael B. Joseph, Esq.
Ferry & Joseph, PA
824 Market Street, Suite 904
Wilmington, DE 19801
(Via Hand Delivery)

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
(Via Facsimile and US Regular Mail)

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(Via Hand Delivery)

Thomas M. Mayer, Esq.
Kramer, Levin, Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
(Via Facsimile and US Regular Mail)

Theresa K.D. Currier, Esq.
Klett, Rooney, Liber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
(Via Hand Delivery)

Richard H. Wryon, Esq.
Swidler, Berlin, Shereff & Friedman, LLP
3000 K. Street, NW, Suite 300
Washington, DC 20007
(Via Facsimile and US Regular Mail)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
(Via Hand Delivery)

Frank J. Perch, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
(Via Hand Delivery)

       Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: January 7, 2005        /Kristie L. Dalton

Document #: 39741