IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: January 27, 2005 at 4:00 p.m.** (prevailing eastern time) |

## SUMMARY APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND MONTHLY INTERIM PERIOD, FROM NOVEMBER 1, 2004, THROUGH NOVEMBER 30, 2004, FOR THE QUARTER OF OCTOBER – DECEMBER, 2004

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP ("K&E")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **November 1, 2004, through November 30, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$581,027.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$35,469.12** |

This is a **X** monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately **35 hours,** and the corresponding estimated compensation *that will be requested in a future application* is approximately **$10,000.00.**

This is the first monthly application for interim compensation of services for the October – December 2004 quarter that the Debtors have filed with the Bankruptcy Court in the Chapter 11 Cases. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 – 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 – 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 – 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April – June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1 – 7/31/01 | $476,582.50 | $25,312.13 | Interim approval[2] | Interim approval |
| September 28, 2001 | 8/1 – 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 – 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July – September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1 – 10/31/01 | $493,074.00 | $27,724.54 | Interim approval[2] | Interim approval |
| December 29, 2001 | 11/1 – 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 – 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1 – 1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1 – 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 – 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January – March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1 – 4/30/02 | $410,702.50 | $25,286.05 | Interim approval[4] | Interim approval |
| July 2, 2002 | 5/1 – 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 – 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April – June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |

---

[2]   The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]   The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]   The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 11, 2002 | 7/1 – 7/31/02 | $335,129.00 | $28,504.48 | Interim approval[5] | Interim approval |
| October 2, 2002 | 8/1 – 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 – 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July – September, 2002 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| December 6, 2002 | 10/1 – 10/31/02 | $207,778.00 | $7,769.74 | Interim approval[6] | Interim approval |
| January 13, 2003 | 11/1 – 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 – 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October – December, 2002 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |
| March 4, 2003 | 1/1 – 1/31/03 | $162,033.00 | $6,383.16 | Interim approval[7] | Interim approval |
| April 2, 2003 | 2/1 – 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 – 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January – March, 2003 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| June 3, 2003 | 4/1 – 4/30/03 | $135,130.00 | $2,786.42 | Interim approval[8] | Interim approval |
| July 11, 2003 | 5/1 – 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 – 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April – June, 2003 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| September 5, 2003 | 7/1 – 7/31/03 | $197,495.50 | $9,235.33 | Interim approval[9] | Interim approval |
| October 1, 2003 | 8/1 – 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 – 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July – September, 2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| November 26, 2003 | 10/1 – 10/31/03 | $251,093.50 | $7,115.96 | Interim approval[10] | Interim approval |
| December 29, 2003 | 11/1 – 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October – December, 2003 | $756,887.50 | $20,717.44 | $756,838.00 | $20,717.44 |
| March 5, 2004 | 1/1 – 1/31/04 | $524,446.00 | $32,428.07 | Interim approval[11] | Interim approval |
| April 2, 2004 | 2/1 – 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 – 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January – March, 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |

---

[5]   The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]   The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

[7]   The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]   The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]   The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]   The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]   The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| June 1, 2004 | 4/1 – 4/30/04 | $280,547.50 | $10,895.93 | $224,438.00 | $10,895.93 |
| July 1, 2004 | 5/1 – 5/31/04 | $213,906.00 | $9,502.49 | $171,124.80 | $9,502.49 |
| September 2, 2004 | 6/1 – 6/30/04 | $430,246.50 | $15,235.72 | $344,197.20 | $15,235.72 |
| October 6, 2004 | April – June, 2004 | $924,700.00 | $35,634.14 | Pending | Pending |
| September 17, 2004 | 7/1 – 7/31/04 | $599,563.50 | $27,869.76 | $479,650.80 | $27,869.76 |
| October 7, 2004 | 8/1 – 8/31/04 | $793,285.00 | $45,729.42 | $634,628.00 | $45,729.42 |
| November 3, 2004 | 9/1 – 9/30/04 | $913,771.00 | $32,811.19 | $731,016.80 | $32,811.19 |
| November 17, 2004 | July – September, 2004 | $2,306,619.50 | $106,410.37 | Pending | Pending |
| December 7, 2004 | 10/1 – 10/31/04 | $842,268.50 | $38,703.13 | Pending | Pending |

K&E has filed certificates of no objection with respect to the interim Monthly Applications for April 2001 through September 2004, respectively, because no objections were filed within the respective objection periods. The Quarterly Applications for the interim periods from (i) April 2, 2001, through June 31, 2001, (ii) July 1, 2001, through September 30, 2001, (iii) October 1, 2001, through December 31, 2001, and (iv) April 1, 2002, through June 30, 2002, were heard on November 25, 2002, and orders were entered November 29, 2002, granting interim compensation and reimbursement of expenses requested in the first-third and fifth Quarterly Applications. The Quarterly Application for the interim period from January 1, 2002, through March 31, 2002, was heard on August 26, 2002, and an order was entered on October 9, 2002, granting interim compensation and reimbursement of expenses requested in the fourth Quarterly Application. An order was entered on March 14, 2003, granting interim compensation and reimbursement of expenses requested in the sixth Quarterly Application for the interim period July 1, 2002, through September 30, 2002. The Quarterly Application for the interim period from October 1, 2002, through December 31, 2002, was heard on June 17, 2003, and an order was entered on July 28, 2003, granting interim compensation and reimbursement of expenses requested in the seventh Quarterly Application. The Quarterly Application for the interim period from January 1, 2003, through March 31, 2003, was heard on September 22, 2003 and an order was entered on September 22, 2003 granting interim compensation and reimbursement of expenses requested in the eighth Quarterly Application. The Quarterly

4

Application for the interim period from April 1, 2003, through June 30, 2003, was heard on December 15, 2003 and an order was entered on December 15, 2003[12] granting interim compensation and reimbursement of expenses requested in the ninth Quarterly Application. The Quarterly Application for the interim period from July 1, 2003 through September 30, 2003, was heard on March 22, 2004 and an order was entered on April 26, 2004 granting interim compensation and reimbursement of expenses requested in the tenth Quarterly Application. An order was entered on June 16, 2004, granting interim compensation and reimbursement of expenses requested in the eleventh Quarterly Application for the interim period October 1, 2003, through December 31, 2003. The Quarterly Application for the interim period January 1, 2004, through March 31, 2004, was heard on September 27, 2004 and an order was entered on September 27, 2004 granting interim compensation and reimbursement of expenses requested in the twelfth Quarterly Application. The Quarterly Application for the interim period April 1, 2004, through June 30, 2004, was heard on December 20, 2004. The hearing for the Quarterly Application for the interim period July 1, 2004, through September 30, 2004, has been scheduled for March 21, 2005.

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S Baer | Partner | 1982 | Bankruptcy | $655.00 | 137.80 | $90,259.00 |
| Ryan B Bennett | Associate | 2000 | Bankruptcy | $405.00 | 62.30 | $25,231.50 |
| David M Bernick, P.C. | Partner | 1978 | Litigation | $750.00 | 1.80 | $1,350.00 |
| Samuel Blatnick | Associate | 2002 | Bankruptcy | $360.00 | 202.10 | $72,756.00 |
| Michelle H Browdy | Partner | 1990 | Litigation | $480.00 | 11.00 | $5,280.00 |
| Christopher C Chiou | Associate | 2004 | Litigation | $235.00 | 92.30 | $21,690.50 |
| Carter W Emerson, P.C. | Partner | 1972 | Corporate | $710.00 | 4.10 | $2,911.00 |
| Theodore L Freedman | Partner | 1972 | Bankruptcy | $695.00 | 22.00 | $15,290.00 |

---

[12] An amended order correcting certain information on the Exhibit was entered on December 19, 2003.

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jonathan Friedland | Partner | 1994 | Bankruptcy | $530.00 | 69.60 | $36,888.00 |
| Gregory W Gallagher | Partner | 1997 | Taxation | $490.00 | 11.60 | $5,684.00 |
| Mark E Grummer | Partner | 1976 | Environmental | $495.00 | 16.20 | $8,019.00 |
| Vicki V Hood | Partner | 1991 | Employee Benefits | $645.00 | 5.50 | $3,547.50 |
| Andrea L Johnson | Associate | 2004 | Bankruptcy | $270.00 | 72.70 | $19,629.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $460.00 | 22.00 | $10,120.00 |
| Tyler D Mace | Associate | 2003 | Litigation | $285.00 | 35.40 | $10,089.00 |
| Todd F Maynes, P.C. | Partner | 1987 | Taxation | $665.00 | 38.70 | $25,735.50 |
| Joseph Nacca | Associate | 2003 | Bankruptcy | $270.00 | 30.90 | $8,343.00 |
| Gerald T Nowak | Partner | 1993 | Corporate | $520.00 | 1.60 | $832.00 |
| Andrew R Running | Partner | 1982 | Litigation | $525.00 | 2.60 | $1,365.00 |
| Rachel Schulman | Of Counsel | 1989 | Bankruptcy | $485.00 | 37.00 | $17,945.00 |
| Pratibha J Shenoy | Associate | 2001 | Taxation | $385.00 | 20.60 | $7,931.00 |
| Lori Sinanyan | Associate | 2000 | Bankruptcy | $440.00 | 105.80 | $46,552.00 |
| Bennett L Spiegel | Partner | 1984 | Bankruptcy | $685.00 | 69.30 | $47,470.50 |
| Laurence A Urgenson | Partner | 1975 | Litigation | $600.00 | 75.80 | $45,480.00 |
| | | | Total for Attorneys | | 1,148.70 | $530,398.50 |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Amy M Balkema | Legal Assistant | 2 Years | Litigation | $145.00 | 11.00 | $1,595.00 |
| Rhonda Lopera | Legal Assistant | 13 Years | Bankruptcy | $210.00 | 46.50 | $9,765.00 |
| Shirley A Pope | Legal Assistant | 19 Years | Litigation | $210.00 | 6.80 | $1,428.00 |
| Terrell D Stansbury | Legal Assistant | 3 Years | Litigation | $175.00 | 67.30 | $11,777.50 |
| Toni L Wallace | Legal Assistant | 4 Years | Bankruptcy | $190.00 | 18.60 | $3,534.00 |
| Sorah Kim | Project Assistant | 1 Year | Litigation | $130.00 | 19.00 | $2,470.00 |
| Tracy J McCollom | Project Assistant | 1 Year | Bankruptcy | $130.00 | 37.30 | $4,849.00 |
| Tiffany J Wood | Project Assistant | 1 Year | Bankruptcy | $130.00 | 117.00 | $15,210.00 |
| | | | Total for Paraprofessionals | | 323.50 | $50,628.50 |

Grand Total for Fees: **$581,027.00**
Blended Rate: **$394.67**

## Compensation by Matter

| Matter Number | Matter Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| 17 | Relief from Stay | 11.20 | $6,392.00 |
| 19 | Claims Analysis Objection & Resolution (Non-Asbestos) | 83.50 | $34,708.50 |
| 20 | Case Administration | 213.50 | $33,254.50 |
| 21 | Claims Analysis Objection & Resolution (Asbestos) | 80.90 | $37,387.50 |
| 23 | Business Operations | 6.70 | $4,471.00 |
| 28 | Litigation and Litigation Consulting | 108.10 | $49,564.00 |
| 30 | Hearings | 11.60 | $7,049.00 |
| 31 | Asset Disposition | 3.30 | $1,276.50 |
| 32 | Fee Applications, Applicant | 32.50 | $9,836.00 |
| 37 | Plan and Disclosure Statement | 498.40 | $231,753.50 |
| 38 | Employment Applications, Others | 5.20 | $2,314.50 |
| 41 | Tax Issues | 60.50 | $35,024.50 |
| 42 | Travel non-working | 8.50 | $4,690.00 |
| 46 | Tax Litigation | 25.60 | $11,256.00 |
| 57 | Montana Grand Jury Investigation | 322.70 | $112,049.50 |
|  | **Total** | **1,472.20** | **$581,027.00** |

**Expense Summary**

| Description | Amount |
| --- | --- |
| Telephone | $2,456.95 |
| Fax Charge | $2.25 |
| Standard Copies | $8,002.05 |
| Binding | $19.25 |
| Tabs/Indexes/Dividers | $18.70 |
| Color Copies | $1,152.75 |
| Bates Labels/Print & Affix | $0.60 |
| Scanned Images | $432.60 |
| Postage | $4.22 |
| Overnight Delivery | $911.04 |
| Outside Messenger Services | $494.41 |
| Local Transportation | $278.29 |
| Travel Expense | $814.51 |
| Airfare | $5,348.37 |
| Transportation to/from airport | $590.80 |
| Travel Meals | $99.82 |
| Other Travel Expenses | $118.00 |
| Court Reporter Fee/Deposition | $445.64 |
| Outside Computer Services | $253.80 |
| Outside Video Services | $185.06 |
| Outside Copy/Binding Services | $4,834.16 |
| Working Meals/K&E Only | $56.59 |
| Working Meals/K&E and Others | $1,870.58 |
| Information Broker Doc/Svcs | $194.00 |
| Library Document Procurement | $25.00 |
| Computer Database Research | $1,898.45 |
| Overtime Transportation | $932.36 |
| Overtime Meals | $156.00 |
| Overtime Meals - Attorney | $837.20 |
| Secretarial Overtime | $1,146.51 |
| Word Processing Overtime | $1,785.31 |
| Miscellaneous Office Expenses | $103.85 |
| **Total** | **$35,469.12** |

**WHEREFORE**, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of **$581,027.00** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **($464,821.60)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($35,469.12)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: December 29, 2004

Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ Janet S. Baer

James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000