EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE Verified Statement 2019
W.R. Grace                        Bankruptcy No. 01-1139 JKF

TO: LeBlanc & Waddell
5353 Essen Lane
Baton Rouge, LA 70170

### NOTICE OF 2019 STATEMENTS/EXHIBITS SUBMITTED IN CERTAIN ASBESTOS CASES THAT DO NOT COMPLY WITH THE ORDER, AS AMENDED, GOVERNING THE FILING THEREOF

The 2019 statements and/or exhibits that you submitted to the Clerk do not comply with the order, as amended, governing the filing thereof. Because they do not comply, they **HAVE NOT BEEN DOCKETED** and will be destroyed unless within two (2) weeks of the date of this Notice you make arrangements to retrieve them from the Clerk.

You are further notified that you must file, within two (2) weeks of the date of this notice, 2019 statements and exhibits that comply with the 2019 order, as amended.

DATE: 1/4/05

Betsy Magnuson
Deputy Clerk