## EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

IN RE Verified Statement 2019
W.R. Grace

Bankruptcy No. 01-1139 JKF

TO: Brayton Purcell
222 Rush Landing Rd
Novato CA 94948

### NOTICE OF 2019 STATEMENTS/EXHIBITS SUBMITTED IN CERTAIN ASBESTOS CASES THAT DO NOT COMPLY WITH THE ORDER, AS AMENDED, GOVERNING THE FILING THEREOF

The 2019 statements and/or exhibits that you submitted to the Clerk do not comply with the order, as amended, governing the filing thereof. Because they do not comply, they **HAVE NOT BEEN DOCKETED** and will be destroyed unless within two (2) weeks of the date of this Notice you make arrangements to retrieve them from the Clerk.

**You are further notified that you must file**, within two (2) weeks of the date of this notice, 2019 statements and exhibits that comply with the 2019 order, as amended.

DATE: 1/4/05

_____
Deputy Clerk