**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

IN RE *Verified Statement 2019*

*W.R. Grace*

·Bankruptcy No. *01-1139 JKF*

TO: *Gillenwater Nichol & Assoc*

*6401 Baum Drive*

*Knoxville TN 37919*

### NOTICE OF 2019 STATEMENTS/EXHIBITS SUBMITTED IN
### CERTAIN ASBESTOS CASES THAT DO NOT COMPLY WITH
### THE ORDER, AS AMENDED, GOVERNING THE FILING THEREOF

The 2019 statements and/or exhibits that you submitted to the Clerk do not comply with the order, as amended, governing the filing thereof. Because they do not comply, they **HAVE NOT BEEN DOCKETED** and will be destroyed unless within two (2) weeks of the date of this Notice you make arrangements to retrieve them from the Clerk.

**You are further notified that you must file**, within two (2) weeks of the date of this notice, 2019 statements and exhibits that comply with the 2019 order, as amended.

DATE: *1/4/05*

Deputy Clerk