**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

IN RE Verified Statement 2019
W.R. Grace                     Bankruptcy No. 01-1139 JKF

TO: McPherson Mark Heyer

3120 Central Mall Dr

Port Arthur TX

77642

**NOTICE OF 2019 STATEMENTS/EXHIBITS SUBMITTED IN
CERTAIN ASBESTOS CASES THAT DO NOT COMPLY WITH
THE ORDER, AS AMENDED, GOVERNING THE FILING THEREOF**

The 2019 statements and/or exhibits that you submitted to the Clerk do not comply with the order, as amended, governing the filing thereof. Because they do not comply, they **HAVE NOT BEEN DOCKETED** and will be destroyed unless within two (2) weeks of the date of this Notice you make arrangements to retrieve them from the Clerk.

You are further notified that you must file, within two (2) weeks of the date of this notice, 2019 statements and exhibits that comply with the 2019 order, as amended.

DATE: 1/4/05

_____
Deputy Clerk