IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re. Docket No. 7252 |

**JOINDER IN THE OFFICIAL ASBESTOS PROPERTY DAMAGE CLAIMANTS' MOTION TO STRIKE THE DEBTORS' NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION AND OPPORTUNITY TO SUPPLEMENT CLAIMSAND AFFIDAVIT OF JAMES HUGHES IN SUPPORT THEREOF**

The American Legion, the City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, First United Methodist, Fargo Housing Authority, Catholic Diocese of Little Rock, Al Foss, State of Washington, Port of Seattle, Church of St. Helena of Minneapolis, Church of St. Leo the Great, by and through their undersigned counsel, hereby join the *Official Asbestos Property Damage Claimants' Motion to Strike the Debtors' Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims* [Docket No. 7252] and submit the annexed affidavit of James M. Hughes in further support of such Joinder.

Dated: January 7, 2005                                    MOTLEY RICE LLC

/s/ James M. Hughes
James M. Hughes, Esq.
28 Bridgeside Blvd.
P.O. Box 1792
Mount Pleasant, SC 29465
(843) 216-9133 Telephone
(843) 216-9440 Facsimile

JASPAN SCHLESINGER
HOFFMAN LLP

By:   /s/ Frederick B. Rosner

Frederick B. Rosner (No. 3995)
913 N. Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010


-and-

John J. Preefer, Esq.
60 East 42nd Street, Suite 1201
New York, New York 10165
Telephone: (212) 490-9524
Facsimile: (212) 682-3053

**Counsel for Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port of Seattle**

2