

**FILED**
2005 JAN -3 AM 10: 57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**927 MAIN STREET**
Racine, Wisconsin 53403-1524
262-636-0036 Telephone
262-636-0030 Facsimile

**3319 WEST BELDEN AVE. SUITE 1**
CHICAGO, ILLINOIS 60647

▶ **STEVEN R. PENN***
E-MAIL: SPENN@DUSTLAW.COM
▶ **JILL A. RAKAUSKI***
E-MAIL: JRAKAUSKI@DUSTLAW.COM

* LICENSED IN BOTH WI AND IL

December 28, 2004

United States Bankruptcy Court for
The District of Delaware
Attn: Clerk's Office
824 Market Street
Wilmington, DE 19801

Re:   Change of address   /Case No. – 01-1139 through 01 – 1200 (JJF)

Dear Clerk:

Please note that the address has changed for **Penn Rakauski Law Firm**:

**OLD ADDRESS**
3319 W. Belden
Suite 1
Chicago, IL 60647

**NEW ADDRESS**
927 Main Street
Racine, WI 53403
Phone: 262-636-0036
Fax: 262-636-0030

Please update your files to reflect the new information. If you should have any questions or concerns, please feel free to give me a call. Thank you for your attention to this matter.

Best Regards,

Emily Klug
Paralegal

www.dustlaw.com
1-888-LUNG LAW