IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case Nos. 01-01139 (JKF) |
|                 Debtors | ) | (Jointly Administered) |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE SUBSTITUTE the undersigned as attorney for **The Burlington Northern and Santa Fe Railway Company**, in the above-captioned case and all of the adversary proceedings related thereto and withdraw the appearance of Theresa L. Wasser, Esquire as attorney for The Burlington Northern and Santa Fe Railway Company:

            RICHARD A. O'HALLORAN, ESQUIRE
            BURNS, WHITE & HICKTON, LLC
            531 Plymouth Road, Suite 500
            Plymouth Meeting, PA 19462

Date:   January 6, 2005

            BURNS, WHITE & HICKTON, LLC

            By: _/s/ Richard A. O'Halloran_
            Richard A. O'Halloran, Esquire
            PA I.D. #41460
            531 Plymouth Road, Suite 500
            Plymouth Meeting, PA 19462
            Tel:   610-832-1111
            Fax:  610-941-1060
            Email:  raohalloran@bwhllc.com

**Attorneys for The Burlington Northern and Santa Fe Railway Company**