IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

# NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 21, 2005 AT 9:00 A.M.

**The hearing on January 21, 2005 will be held at the United States Bankruptcy Court for the Western District of Pennsylvania, 5490 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**

## PLAN RELATED MATTERS

1. Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 11/13/04] (Docket No. 6896)

   Related Documents:

   (a) Exhibit Book [Filed: 11/13/04] (Docket No. 6897)

   (b) Notice of Filing of Verification of Publication of Notice of Hearing on Approval of Disclosure Statement [Filed: 11/24/04] (Docket No. 7030)

   Response Deadline: December 22, 2004 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

<u>Reply Deadline:</u>  January 7, 2005 at 2:00 p.m.

<u>Responses Received:</u>

(a)  Limited Objection of BMW Constructors, Inc. to Disclosure Statement for Debtors' Plan of Reorganization [Filed: 12/20/04] (Docket No. 7238)

(b)  Limited Objection of Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. to Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 12/20/04] (Docket No. 7247)

(c)  Town of Acton's Objection to the Adequacy of the Debtors' Disclosure Statement [Filed: 12/21/04] (Docket No. 7263)

(d)  Statement of the Official Committee of Unsecured Creditors with Respect to (1) the Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code and (2) Debtors' Motion for the Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule [Filed: 12/21/04] (Docket No. 7264)

(e)  Keri Evans' Objection to the Adequacy of the Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 12/21/04] (Docket No. 7277)

(f)  Objections of Sealed Air Corporation and Cryovac, Inc. to the Adequacy of the Disclosure Statement Accompanying Debtors' Proposed Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 12/21/04] (Docket No. 7286)

(g)  Limited Objection of Certain AIG Insurance Companies to Disclosure Statement for Debtors' Plan of Reorganization [Filed: 12/21/04] (Docket No. 7293)

(h)  Limited Objection of Everest Reinsurance Company and Mt. McKinley Insurance Company to the Disclosure Statement for Debtors' Plan of Reorganization [Filed: 12/21/04] (Docket No. 7303)

(i)  (FILED UNDER SEAL – Unredacted) Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Proposed Disclosure Statement [Filed: 12/21/04] (Docket No. 7313)

(j)  (Redacted) Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Proposed Disclosure Statement [Filed: 12/21/04] (Docket No. 7315)

(k)  Objection of Longacre Master Fund, Ltd. to Approval of the Disclosure Statement Filed by the Debtors [Filed: 12/22/04] (Docket No. 7323)

(l)  Objection of the Estate of Rosario Rapisardi to Approval of the Disclosure Statement Filed by the Debtors [Filed: 12/22/04] (Docket No. 7329)

91100-001\DOCS_DE:104185.4

(m) Objection of the State of Montana Department of Environmental Quality, Department of Public Health and Human Services and Risk Management and Tort Defense Division to Approval of the Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 12/22/04] (Docket No. 7330)

(n) Objection of Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. to Disclosure Statement [Filed: 12/22/04] (Docket No. 7331)

(o) Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings [Filed: 12/22/04] (Docket No. 7335)

(p) Future Claimants Representative's Consolidated Objection to Disclosures Statement and Plan Related Motions [Filed: 12/22/04] (Docket No. 7340)

(q) United States' Objection to Debtors' Disclosure Statement [Filed: 12/22/04] (Docket No. 7341)

(r) Objections of the United States Trustee to Approval of Debtors' Disclosure Statement [Filed: 12/22/04] (Docket No. 7342)

(s) Objection of the Official Committee of Asbestos Property Damage Claimants to (I) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (II) Debtors' Motion for a Case Management Order; (III) Debtors' Motion for Estimation of Asbestos Claims; and (IV) Debtors' Motion for Approval of Confirmation Procedures [Filed: 12/22/04] (Docket No. 7343)

Replies Received:

(a) Debtors' Response to Objections to Disclosure Statement [Filed: 1/7/05] (Docket No. 7486)

(b) Debtors' Brief Regarding Certain Confirmation Issues [Filed: 1/7/05] (Docket No. 7498]

Status: This matter will go forward.

2. Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief [Filed: 11/13/04] (Docket No. 6899)

Related Documents:

(a) Notice of Filing Proposed Order Regarding Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief [Filed: 12/6/04] (Docket No. 7098)

91100-001\DOCS_DE:104185.4

(b) Debtors' Supplement to Their Estimation Motion and Request for Related Relief [Filed: 12/20/04] (Docket No. 7250)

(c) Joinder of the Official Committee of Unsecured Creditors to Debtors' (1) Motion for Entry of an Order Seeking Estimation of Asbestos Claims and Certain Relief and (2) Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims following Plan Confirmation [Filed: 10/21/04] (Docket No. 7265)

Response Deadline: December 21, 2004 at 4:00 p.m.

Reply Deadline: January 7, 2005 at 2:00 p.m.

Responses Received:

(a) Certain Insurers at Lloyds, London and Certain London Market Companies' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 12/21/04] (Docket No. 7282)

(b) Joinder of Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. in Certain Insurers' at Lloyds, London and Certain London Market Companies' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and to Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 12/21/04] (Docket No. 7295)

(c) (FILED UNDER SEAL – Unredacted) Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief [Filed: 12/21/04] (Docket No. 7314)

(d) (Redacted) Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief [Filed: 12/21/04] (Docket No. 7317)

(e) Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings [Filed: 12/22/04] (Docket No. 7335)

(f) Future Claimants Representative's Consolidated Objection to Disclosures Statement and Plan Related Motions [Filed: 12/22/04] (Docket No. 7340)

(g) Objection of the Official Committee of Asbestos Property Damage Claimants to (I) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (II) Debtors' Motion for a Case Management Order; (III) Debtors' Motion for Estimation of Asbestos Claims; and (IV) Debtors' Motion for Approval of Confirmation Procedures [Filed: 12/22/04] (Docket No. 7343)

4

(h) Joinder in Certain Insurers' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and to Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 1/4/05] (Docket No. 7443)

(i) The Objection of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Supplement to Their Estimation Motion and Request for Related Relief [Filed: 1/7/05] (Docket No. 7506)

Replies Received:

(a) Debtors' Reply in Support of Their Estimation Motion [Filed: 1/7/05] (Docket No. 7502)

Status: This matter will go forward.


3. Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 11/13/04] (Docket No. 6898)

Related Documents:

(a) Notice of Filing of Proposed Order Regarding Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 12/6/04] (Docket No. 7097)

(b) Joinder of the Official Committee of Unsecured Creditors to Debtors' (1) Motion for Entry of an Order Seeking Estimation of Asbestos Claims and Certain Relief and (2) Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims following Plan Confirmation [Filed: 10/21/04] (Docket No. 7265)

Response Deadline: December 21, 2004 at 4:00 p.m.

Reply Deadline: January 7, 2005 at 2:00 p.m.

Responses Received:

(a) Certain Insurers at Lloyds, London and Certain London Market Companies' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 12/21/04] (Docket No. 7282)

(b) Joinder of Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. in Certain Insurers' at Lloyds, London and Certain London Market Companies' Limited Objection to Debtors' Motion

       for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and to Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 12/21/04] (Docket No. 7295)

(c)    Objection of Official Committee of Asbestos Personal Injury Claimants to Debtor's Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 12/21/04] (Docket No. 7305)

(d)    Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings [Filed: 12/22/04] (Docket No. 7335)

(e)    Future Claimants Representative's Consolidated Objection to Disclosures Statement and Plan Related Motions [Filed: 12/22/04] (Docket No. 7340)

(f)    Objection of the Official Committee of Asbestos Property Damage Claimants to (I) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (II) Debtors' Motion for a Case Management Order; (III) Debtors' Motion for Estimation of Asbestos Claims; and (IV) Debtors' Motion for Approval of Confirmation Procedures [Filed: 12/22/04] (Docket No. 7343)

(g)    Joinder in Certain Insurers' Limited Objection to Debtors' Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief and to Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation [Filed: 1/4/05] (Docket No. 7443)

<u>Replies Received:</u>

(a)    Debtors' Reply in Support of Their Motion for Entry of a Case Management Order [Filed 1/7/05] (Docket No. 7492)

<u>Status:</u> This matter will go forward.

91100-001\DOCS_DE:104185.4

<u>HOUSEKEEPING MATTERS</u>

4.   New Telephonic Hearing Procedures for Delaware Bankruptcy Cases.


Dated: January 10, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession