**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: January 31, 2005 |
| | : | Hearing Date: TBD |

**FEE DETAIL FOR PITNEY HARDIN LLP'S**
**FORTY-FIRST MONTHLY FEE APPLICATION FOR THE PERIOD**
**FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

1217230A01122304

**EXHIBIT A**

**FEES FOR THE FEE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 11/01/04 | Address appeal issues and schedule and coordinate same. | | |
| 15 | W. Hatfield | 0.9 | 270.00 |
| 11/01/04 | Draft memo to W. Hatfield regarding appellate briefing and confer with same regarding briefing. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 11/01/04 | Meeting with W. Hatfield regarding appellate briefing including schedule to prepare drafts and content of arguments on appeal. | | |
| 15 | M. Waller | 0.9 | 310.50 |
| 11/03/04 | Address remediation issues for site. | | |
| 4 | W. Hatfield | 0.4 | 120.00 |
| 11/03/04 | Attend to Weja/W. Teich issues on judgment. | | |
| 15 | W. Hatfield | 0.3 | 90.00 |
| 11/03/04 | Follow up regarding Grace to Honeywell proposal. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |
| 11/03/04 | Confer with W. Hatfield regarding deposition of W. Tiech in aid of judgment. | | |
| 15 | S. Muhlstock | 0.1 | 24.50 |
| 11/03/04 | Research new case law for appellate brief regarding improvements to property. | | |
| 15 | F. Stella | 2.0 | 480.00 |
| 11/04/04 | Draft notice of deposition in aid of judgment. | | |
| 15 | S. Muhlstock | 0.3 | 73.50 |
| 11/05/04 | Address appeal issues regarding documents and sub pro deposition notice. | | |
| 4 | W. Hatfield | 0.4 | 120.00 |
| 11/05/04 | Work with W. Hatfield regarding notice of deposition in aid of judgment. | | |
| 15 | S. Muhlstock | 0.2 | 49.00 |
| 11/06/04 | Draft letter to F. Beihl enclosing notice of deposition in aid of judgment. | | |
| 15 | S. Muhlstock | 0.2 | 49.00 |

| | | | |
|---|---|---|---|
| 11/08/04<br>15 | Review trial documents and record for appeal.<br>W. Hatfield | 3.9 | 1,170.00 |
| 11/08/04<br>15 | Finalize notice of deposition in aid of judgment and letter serving same.<br>S. Muhlstock | 0.1 | 24.50 |
| 11/08/04<br>15 | Review lease and briefs to identify various appealable issues.<br>F. Stella | 4.5 | 1,080.00 |
| 11/09/04<br>4 | Review appellate order, including follow up regarding appellate issues.<br>A. Marchetta | 0.2 | 95.00 |
| 11/09/04<br>15 | Conference with W. Hatfield regarding appellate issues.<br>J. Mandel | 0.3 | 73.50 |
| 11/10/04<br>15 | Review and attend to new scheduling order.<br>W. Hatfield | 0.2 | 60.00 |
| 11/10/04<br>15 | Address appeal issue on UST ownership.<br>W. Hatfield | 0.3 | 90.00 |
| 11/10/04<br>15 | Review letter from Counsel for Continental Insurance.<br>W. Hatfield | 0.2 | 60.00 |
| 11/10/04<br>15 | Meeting with F. Stella regarding points for appellate briefing regarding tank ownership, etc.<br>M. Waller | 0.5 | 172.50 |
| 11/10/04<br>15 | Reviewing district court opinions and motions for reconsideration in connection with appellate briefing.<br>M. Waller | 0.9 | 310.50 |
| 11/10/04<br>15 | Review/Analysis Title Report and Legal Description regarding preparation of documents for real property execution by Suffolk Co. Sheriff.<br>J. Borg | 0.4 | 108.00 |
| 11/10/04<br>4 | File review regarding trial exhibits.<br>B. Lawrence | 1.1 | 121.00 |
| 11/10/04<br>4 | Work with F. Stella regarding preparation of Appendix, including retrieval of trial documents.<br>B. Lawrence | 1.0 | 110.00 |
| 11/10/04<br>15 | Discuss appendix with B. Lawrence.<br>F. Stella | 0.3 | 72.00 |

| | | | |
|---|---|---|---|
| 11/10/04 | Research facts and law regarding interpretation and tank ownership issue. | | |
| 15 | F. Stella | 1.7 | 408.00 |
| 11/10/04 | Review court's decisions and formulate arguments for appeal with W. Hatfield and M. Waller. | | |
| 15 | F. Stella | 1.0 | 240.00 |
| 11/11/04 | Address sub pro deposition of W. Tiech. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 11/11/04 | Call to insurance counsel. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 11/11/04 | Prepare letter to clients with scheduling order. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 11/11/04 | Address execution in NYS on W. Tiech. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 11/11/04 | Analysis/Legal research regarding sale of interest in the entirety. | | |
| 15 | J. Borg | 0.4 | 108.00 |
| 11/11/04 | Review and respond to correspondence from W. Hatfield regarding real property execution. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| 11/11/04 | Revise/Finalize Aff. of J. Borg regarding same. | | |
| 15 | J. Borg | 0.4 | 108.00 |
| 11/11/04 | Revise/Finalize Legal Description of real property regarding same. | | |
| 15 | J. Borg | 0.4 | 108.00 |
| 11/11/04 | Revise/Finalize correspondence to Suffolk Co. Sheriff regarding same. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| 11/11/04 | Telephone conference with Suffolk Co. Sheriff regarding same. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| 11/12/04 | Review letter from F. Biehl regarding deposition and confer with W. Hatfield regarding deposition. | | |
| 15 | S. Muhlstock | 0.1 | 24.50 |
| 11/12/04 | Multiple telephone conferences with Suffolk County Sheriff regarding real property execution. | | |
| 15 | J. Borg | 0.4 | 108.00 |

| | | | |
|---|---|---|---|
| 11/15/04 | Address appeal issues. | | |
| 15 | W. Hatfield | 0.5 | 150.00 |
| 11/15/04 | Telephone call to F. Biehl regarding scheduling of deposition. | | |
| 15 | S. Muhlstock | 0.1 | 24.50 |
| 11/16/04 | Address appeal issues. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 11/16/04 | Research additional case law on improvidently granted motions for summary judgment and quantum of proof in environmental context. | | |
| 15 | J. Mandel | 1.8 | 441.00 |
| 11/16/04 | Multiple telephone conferences with Suffolk County Sheriff regarding real property execution. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| 11/16/04 | Revise/Finalize Real Property Execution. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| 11/16/04 | Preparation of correspondence to Suffolk County Sheriff regarding same. | | |
| 15 | J. Borg | 0.2 | 54.00 |
| 11/17/04 | Review appellate brief. | | |
| 15 | J. Mandel | 0.4 | 98.00 |
| 11/17/04 | Work with F. Stella regarding Trial exhibits and preparation of appendix, including file review. | | |
| 15 | B. Lawrence | 0.7 | 77.00 |
| 11/17/04 | Review trial exhibits for appellate brief with B. Lawrence. | | |
| 15 | F. Stella | 0.8 | 192.00 |
| 11/17/04 | Research for brief point. | | |
| 15 | F. Stella | 1.3 | 312.00 |
| 11/18/04 | Address Tiech deposition schedule. | | |
| 15 | W. Hatfield | 0.1 | 30.00 |
| 11/18/04 | Telephone call to F. Biehl regarding scheduling of deposition of W. Teich. | | |
| 15 | S. Muhlstock | 0.2 | 49.00 |
| 11/18/04 | Review case law on Spill Act liability. | | |
| 15 | J. Mandel | 0.4 | 98.00 |

| | | | |
|---|---|---|---|
| 11/19/04 | Address appeal issues. | | |
| 15 | W. Hatfield | 0.2 | 60.00 |
| 11/19/04 | Work with F. Stella regarding appeal arguments regarding tank ownership. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/19/04 | Reviewing district court opinions and motions for reconsideration for appellate briefing. | | |
| 15 | M. Waller | 0.9 | 310.50 |
| 11/19/04 | Telephone conference with L. Pinkus and with members of the clerk's office regarding issue of reconstructing the record of the summary judgment motion. | | |
| 15 | J. Mandel | 0.3 | 73.50 |
| 11/19/04 | Conference with W. Hatfield regarding issue of recreating the record. | | |
| 15 | J. Mandel | 0.1 | 24.50 |
| 11/19/04 | Preparation of correspondence to Sheriff regarding real property execution | | |
| 15 | J. Borg | 0.3 | 81.00 |
| 11/19/04 | File review regarding Original Trial exhibits from archived files. | | |
| 15 | B. Lawrence | 1.4 | 154.00 |
| 11/19/04 | Revised outline of brief point. | | |
| 15 | F. Stella | 1.9 | 456.00 |
| 11/19/04 | Discuss Grace ownership issues with P. Herzberg. | | |
| 15 | F. Stella | 0.1 | 24.00 |
| 11/19/04 | Update M. Waller on brief points. | | |
| 15 | F. Stella | 0.3 | 72.00 |
| 11/19/04 | Get up date from B. Lawrence regarding trial exhibits. | | |
| 15 | F. Stella | 0.2 | 48.00 |
| 11/22/04 | Address litigation and appeal issues. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |
| 11/22/04 | Several telephone conferences with the clerk's office and counsel regarding recreation of record of summary judgment motion. | | |
| 15 | J. Mandel | 0.4 | 98.00 |
| 11/22/04 | Address brief point with B. Hatfield. | | |
| 15 | F. Stella | 0.2 | 48.00 |

| | | | |
|---|---|---|---|
| 11/22/04 | Review indices to select exhibits for appellate brief with B. Lawrence. | | |
| 15 | F. Stella | 0.4 | 96.00 |
| 11/24/04 | Address appeal brief. | | |
| 15 | W. Hatfield | 3.1 | 930.00 |
| 11/24/04 | Address appeal brief with W. Hatfield and begin review of initial draft. | | |
| 15 | R. Rose | 4.2 | 1,659.00 |
| 11/24/04 | Reviewing district court opinions and motions for reconsideration for appellate briefing. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 11/26/04 | Continue review and edit of appeal brief. | | |
| 4 | R. Rose | 4.5 | 1,777.50 |
| 11/27/04 | Continue review and edit of appeal brief. | | |
| 15 | R. Rose | 3.0 | 1,185.00 |
| 11/28/04 | Review statement of facts in final template appellate brief. | | |
| 15 | J. Mandel | 1.0 | 245.00 |
| 11/29/04 | Address appeal brief issues - AEIC section. | | |
| 15 | W. Hatfield | 1.3 | 390.00 |
| 11/29/04 | Continue edit appeal brief. | | |
| 4 | R. Rose | 1.1 | 434.50 |
| 11/30/04 | Address appeal issues. | | |
| 15 | W. Hatfield | 0.4 | 120.00 |
| 11/30/04 | Begin re-write of draft appeal brief. | | |
| 15 | R. Rose | 2.8 | 1,106.00 |

Attorney Summary

| Timekeeper | Hours | Rate | Dollars |
|---|---|---|---|
| W. Hatfield | 13.60 | 300.00 | 4,080.00 |
| A. Marchetta | 0.40 | 475.00 | 190.00 |
| R. Rose | 15.60 | 395.00 | 6,162.00 |
| M. Waller | 4.50 | 345.00 | 1,552.50 |
| J. Borg | 3.50 | 270.00 | 945.00 |
| J. Mandel | 4.70 | 245.00 | 1,151.50 |
| S. Muhlstock | 1.30 | 245.00 | 318.50 |
| B. Lawrence | 4.20 | 110.00 | 462.00 |

| | | | |
|---|---|---|---|
| F. Stella | 14.70 | 240.00 | 3,528.00 |
| TOTALS | 62.50 | | 18,389.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 15 | 15.6 | 395.00 | 6,162.00 |
| A. Marchetta | 4 | 0.4 | 475.00 | 190.00 |
| M. Waller | 15 | 4.5 | 345.00 | 1,552.50 |
| W. Hatfield | 4 | 0.8 | 300.00 | 240.00 |
| | 15 | 12.8 | 300.00 | 3,840.00 |
| J. Borg | 15 | 3.5 | 270.00 | 945.00 |
| S. Muhlstock | 15 | 1.3 | 245.00 | 318.50 |
| F. Stella | 15 | 14.7 | 240.00 | 3,528.00 |
| J. Mandel | 15 | 4.7 | 245.00 | 1,151.50 |
| B. Lawrence | 4 | 2.1 | 110.00 | 231.00 |
| | 15 | 2.1 | 110.00 | 231.00 |
| TOTAL | | 62.5 | | 18,389.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| | | | |
|---|---|---|---|
| 11/05/04 | Attention to drafting fee application for September 2004. | | |
| 11 | K. Jasket | 2.5 | 500.00 |
| 11/08/04 | Review and revise Pitney Hardin's September, 2004 Fee Application. | | |
| 11 | S. Zuber | 0.3 | 105.00 |
| 11/15/04 | Review and revise Pitney Hardin' fee application for July 1, 2004 through September 30, 2004. | | |
| 11 | S. Zuber | 0.3 | 105.00 |
| 11/15/04 | Drafted Quarterly fee application for the 14th Interim Period. | | |
| 11 | K. Jasket | 2.1 | 420.00 |
| 11/15/04 | Revised September 2004 monthly fee application and attention to sending same to S. McFarland for filing and service. | | |
| 11 | K. Jasket | 0.6 | 120.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 0.60 | 350.00 | 210.00 |
| K. Jasket | | 5.20 | 200.00 | 1,040.00 |
| | TOTALS | 5.80 | | 1,250.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| S. Zuber | | 11 | 0.6 | 350.00 | 210.00 |
| K. Jasket | | 11 | 5.2 | 200.00 | 1,040.00 |
| | TOTAL | | 5.8 | | 1,250.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 090506 Coudert Brothers

| | | | |
|---|---|---|---|
| 11/05/04 | Telephone conference with R. DePalma, counsel for Coudert, regarding resolving electricity charges claim. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/05/04 | Draft correspondence to R. DePalma, counsel for Coudert, regarding resolving electricity charges claim. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/08/04 | Follow up regarding finalized settlement. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |
| 11/08/04 | Review/revise Release with Coudert regarding settlement of electricity charges claim, | | |
| 15 | B. Benjamin | 0.3 | 108.00 |
| 11/08/04 | Draft correspondence to V. Finkelstein regarding review and execution of Release regarding Coudert electricity charges claim. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 11/08/04 | Draft correspondence to R. DePalma regarding finalizing Releases regarding electricity charges. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 11/09/04 | Review revised Release and draft correspondence to R. De Palma regarding revisions to Releases. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

| | | | |
|---|---|---|---|
| 11/10/04 | Draft correspondence to R. De Palma regarding execution of releases, holding signed release in escrow pending receipt of payment. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 11/16/04 | Review/analysis of Coudert executed Release and settlement check. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/16/04 | Draft correspondence to V. Finkelstein regarding settlement check and limited release from Coudert. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 11/16/04 | Telephone conference with R. DePalma regarding tender of payment and original Release. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/16/04 | Draft correspondence to R. DePalma regarding original release and receipt of settlement payment. | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.20 | 475.00 | 95.00 |
| B. Benjamin | | 1.90 | 360.00 | 684.00 |
| | TOTALS | 2.10 | | 779.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| A. Marchetta | | 4 | 0.2 | 475.00 | 95.00 |
| B. Benjamin | | 15 | 1.9 | 360.00 | 684.00 |
| | TOTAL | | 2.1 | | 779.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| | | | |
|---|---|---|---|
| 11/10/04 | Telephone conversation with D. Posner regarding W.R. Grace to file a motion if Warrant not executed and delivered by Nov. 19, 2004. | | |
| 4 | S. Zuber | 0.2 | 70.00 |

| | | | |
|---|---|---|---|
| 11/10/04 | Various correspondence to and from D. Posner regarding W.R. Grace to file a motion if Warrant not executed and delivered by Nov. 19, 2004. | | |
| 4 | S. Zuber | 0.4 | 140.00 |
| 11/15/04 | Telephone conversation with I. Greene regarding stock Warrant and distributions to W.R. Grace under confirmed Plan (and alleged reduction of claim based upon payments received by Grace from Conoco). | | |
| 4 | S. Zuber | 0.3 | 105.00 |
| 11/19/04 | Telephone conversation with I. Greene regarding Warrant to purchase shares of common stock. | | |
| 4 | S. Zuber | 0.2 | 70.00 |
| 11/19/04 | Various correspondence to and from N. Alt regarding status of Warrant and whether Grace is willing to extend time within which Intercat may execute and deliver Warrant. | | |
| 4 | S. Zuber | 0.3 | 105.00 |
| 11/19/04 | Correspondence to and from I. Greene regarding extension of time to procure Warrant. | | |
| 4 | S. Zuber | 0.3 | 105.00 |
| 11/19/04 | Prepare correspondence to I. Greene regarding status of Intercat's execution of Warrant, and W.R. Grace to file motion. | | |
| 4 | S. Zuber | 0.3 | 105.00 |
| 11/24/04 | Call with I. Greene regarding execution and delivery by Intercat of Warrant. | | |
| 14 | S. Zuber | 0.2 | 70.00 |
| 11/29/04 | Telephone conversation with I. Greene regarding status of Intercat's execution of Warrant. | | |
| 4 | S. Zuber | 0.2 | 70.00 |
| 11/30/04 | Telephone conversation with I. Greene regarding Warrant. | | |
| 4 | S. Zuber | 0.2 | 70.00 |

<u>Attorney Summary</u>

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| S. Zuber | | 2.60 | 350.00 | 910.00 |
| | TOTALS | 2.60 | | 910.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 4 | 2.6 | 350.00 | 910.00 |
| TOTAL | | 2.6 | | 910.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | |
|---|---|---|---|
| 11/01/04 | Drafting letter to CNA counsel regarding clarification of settlement agreement and draft e-mail to J. Posner and F. Zaremby regarding same. | | |
| 15 | M. Waller | 0.8 | 276.00 |
| 11/01/04 | Confer with A. Marchetta regarding status of comments to draft settlement agreement and call with J. Posner. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/01/04 | Work with M. Waller regarding dismissal Order extension and status of negotiation of settlement agreement. | | |
| 15 | B. Moffitt | 0.2 | 58.00 |
| 11/02/04 | Finalize letter to CNA regarding revised wording and no intent by Grace to re-open any issues, per call with J. Posner. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/02/04 | Receive e-mail from J. Posner regarding letter to CNA regarding finalizing settlement and finalize and forward letter. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/03/04 | Follow up with A. Marchetta regarding status of settlement agreement and follow up with CNA counsel. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/04/04 | Telephone conference with E. DeCristofaro regarding comments to revised settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/04/04 | Draft e-mail memorandum to J. Posner and F. Zaremby regarding telephone conference with E. DeCristofaro regarding comments to revised settlement agreement. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 11/11/04 | Telephone call to E. DeCristofaro regarding status of comments to latest draft of settlement agreement and memo to A. Marchetta regarding same. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 103.50 |
| 11/11/04 | Telephone conference with E. DeCristofaro regarding CNA comments to settlement agreement. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 11/11/04 | Drafting comments and suggested revisions to settlement agreement and draft memorandum to J. Posner to discuss same. | | |
| 15 | M. Waller | 0.9 | 310.50 |
| 11/11/04 | Working with S. Parker regarding insurance provisions and copies of pleadings to respond to comments by CNA to settlement agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/11/04 | Worked with M. Waller regarding materials needed to finalize settlement agreement. | | |
| 4 | S. Parker | 0.4 | 46.00 |
| 11/11/04 | Conducted database searches, reviewed file documents and compiled documents needed by M. Waller to finalize settlement agreement. | | |
| 4 | S. Parker | 0.5 | 57.50 |
| 11/12/04 | Follow up e-mail memorandum to CNA counsel regarding revisions settlement agreement. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 11/12/04 | Reviewing pleadings and lists of sites at issue regarding personal injury claims and revising agreement, including definitions of Personal Injury Pollution Claims and Property Damage Pollution Claims. | | |
| 15 | M. Waller | 2.9 | 1,000.50 |
| 11/12/04 | Review notes from call with DeCristofaro and telephone conference with J. Posner regarding telephone call with E. DeCristofaro on November 12 and ways to revise agreement to address CNA's issues. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/12/04 | Follow up with S. Parker regarding documents from file for review in connection with revising settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/12/04 | Worked with M. Waller regarding materials needed to finalize settlement agreement. | | |
| 4 | S. Parker | 0.2 | 23.00 |
| 11/12/04 | Conducted database searches, reviewed file documents and compiled documents needed by M. Waller to finalize settlement agreement. | | |

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 34.50 |
| 11/16/04 | Draft memorandum to J. Posner regarding revisions to settlement agreement following call with E. DeCristofaro. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 11/16/04 | Drafting additions and revisions to settlement agreement in accord with telephone conference with E. DeCristofaro. | | |
| 15 | M. Waller | 1.9 | 655.50 |
| 11/16/04 | Drafting detailed e-mail to J. Posner regarding additions and revisions to settlement agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/16/04 | Telephone conference with J. Posner regarding additions and revisions to settlement agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/16/04 | Finalize revisions to settlement agreement per conference with J. Posner and draft detailed memorandum to E. DeCristofaro regarding same and preparation of redlined version of documents. | | |
| 15 | M. Waller | 1.5 | 517.50 |
| 11/16/04 | Work with M. Waller regarding revisions to settlement agreement. | | |
| 15 | B. Moffitt | 0.9 | 261.00 |
| 11/17/04 | Review comments on revisions to agreement and follow-up. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |
| 11/17/04 | Drafting letter to Judge Kaplan summarizing current status of settlement agreement and requesting additional time to complete settlement. | | |
| 15 | M. Waller | 1.5 | 517.50 |
| 11/17/04 | Review response from E. DeCristofaro to revised Settlement Agreement and memo regarding same and draft response. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 11/18/04 | Review letter from CNA to Judge Kaplan regarding status of finalizing settlement agreement and leave detailed voice mail message regarding same and resolution of remaining issues. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 11/18/04 | Draft memo and forward letter from CNA to A. Marchetta and client. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/18/04 | Draft letter to Judge Kaplan responding to letter from CNA counsel and | | |

| | | | |
|---|---|---|---|
| | work with B. Moffitt to finalize same. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 11/18/04 | Telephone conference with E. DeCristofaro regarding revisions to settlement agreement definitions of claims being released. | | |
| 15 | M. Waller | 0.6 | 207.00 |
| 11/18/04 | Draft memorandum summarizing conference with CNA counsel regarding the settlement agreement. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 11/18/04 | Confer with A. Marchetta regarding conference with CNA counsel regarding the settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/18/04 | Telephone calls regarding letter to court on settlement. | | |
| 4 | A. Marchetta | 0.1 | 47.50 |
| 11/18/04 | Work with M. Waller regarding settlement negotiations and regarding parties respective letters to Judge Kaplan. | | |
| 15 | B. Moffitt | 0.4 | 116.00 |
| 11/19/04 | Receive telephone call from E. DeCristofaro regarding her preparation of alternate language for discussion, payment of settlement funds, and schedule to finalize settlement agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/19/04 | Confer with S. Parker regarding review of SDNY Internet web site and review memo endorsed letter by Judge Kaplan extending date to finalize settlement and limitations on additional orders, including draft memo to A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.3 | 103.50 |
| 11/19/04 | Review Judge Kaplan's Order extending period within which matter may be reopened and M. Waller e-mail analyzing same. | | |
| 15 | B. Moffitt | 0.1 | 29.00 |
| 11/19/04 | Worked with M. Waller regarding Judge Kaplan's order extending the time to consummate settlement | | |
| 4 | S. Parker | 0.2 | 23.00 |
| 11/23/04 | Review e-mail memorandum from CNA counsel summarizing revisions to draft settlement agreement and review CNA proposed changes to settlement agreement. | | |
| 15 | M. Waller | 0.9 | 310.50 |

| | | | |
|---|---|---|---|
| 11/23/04 | Draft memorandum regarding call from E. DeCristofaro regarding status of revisions to settlement agreement. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/23/04 | Follow up with A. Marchetta regarding call from E. DeCristofaro regarding status of revisions to settlement agreement, status of agreement and contacting Court if necessary. | | |
| 15 | M. Waller | 0.2 | 69.00 |
| 11/24/04 | Review changes to settlement agreement proposed by J. Posner. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/24/04 | Receive response from E. DeCristofaro regarding status of review of Settlement Agreement. | | |
| 15 | M. Waller | 0.1 | 34.50 |
| 11/24/04 | Telephone conference with J. Posner regarding revisions to Settlement Agreement. | | |
| 15 | M. Waller | 0.4 | 138.00 |
| 11/24/04 | Considering changes and concerns by J. Posner and draft additions and revisions to agreement. | | |
| 15 | M. Waller | 0.7 | 241.50 |
| 11/24/04 | Review M. Waller e-mail regarding negotiations with CNA regarding settlement agreement, including review revised settlement agreement. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |
| 11/29/04 | Follow up on finalization of agreement. | | |
| 4 | A. Marchetta | 0.2 | 95.00 |
| 11/29/04 | Finalize agreement, prepare redlined version of same and draft memorandum to CNA counsel explaining revisions to agreement. | | |
| 15 | M. Waller | 0.8 | 276.00 |
| 11/29/04 | Revising personal injury definition of settlement agreement per telephone discussion with J. Posner and draft e-mail explaining same and forwarding revised agreement to J. Posner and F. Zaremby. | | |
| 15 | M. Waller | 1.1 | 379.50 |
| 11/29/04 | Work with M. Waller regarding continued preparation of settlement agreement. | | |
| 15 | B. Moffitt | 0.3 | 87.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.50 | 475.00 | 237.50 |
| M. Waller | | 21.90 | 345.00 | 7,555.50 |
| B. Moffitt | | 2.20 | 290.00 | 638.00 |
| S. Parker | | 1.60 | 115.00 | 184.00 |
| | TOTALS | 26.20 | | 8,615.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 475.00 | 237.50 |
| M. Waller | 15 | 21.9 | 345.00 | 7,555.50 |
| B. Moffitt | 15 | 2.2 | 290.00 | 638.00 |
| S. Parker | 4 | 1.6 | 115.00 | 184.00 |
| TOTAL | | 26.2 | | 8,615.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 11/01/04 | Review/analysis V. Finkelstein revisions to Brief on Appeal and revise Brief regarding same. | | |
| 15 | B. Benjamin | 0.3 | 108.00 |
| 11/01/04 | Review/analysis of A. Nagy revisions to Brief on Appeal and revise Brief regarding same. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/01/04 | Draft correspondence to V. Finkelstein regarding revisions to Brief and Draft correspondence to A. Nagy regarding revisions to Brief. | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/02/04 | Work on brief and conference with B. Benjamin regarding same. | | |
| 15 | A. Marchetta | 0.5 | 237.50 |
| 11/02/04 | Revise/finalize Brief on Appeal, confirm all case citations, citations to Record on Appeal, Shepardize case citations | | |
| 15 | B. Benjamin | 1.2 | 432.00 |
| 11/02/04 | Telephone conference with L. Bobo of Appeal Tech, appellate printer, re procedural requirements for filing and serving Brief on Appeal | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

| | | | |
|---|---|---|---|
| 11/02/04 | Draft correspondence to L. Bobo re printing, filing and serving Brief on Appeal | | |
| 15 | B. Benjamin | 0.2 | 72.00 |
| 11/03/04 | Review/analysis of Landlord's Brief in Opposition to Appeal | | |
| 15 | B. Benjamin | 0.3 | 108.00 |
| 11/12/04 | Review/analysis Tahari's Reply Brief | | |
| 15 | B. Benjamin | 0.3 | 108.00 |
| 11/12/04 | Draft correspondence to V. Finkelstein and A. Nagy re Tahari's Reply Brief | | |
| 15 | B. Benjamin | 0.1 | 36.00 |
| 11/15/04 | Draft correspondence to V. Finkelstein and A. Nagy re setting of oral argument on Tahari appeal by Appellate Division | | |
| 15 | B. Benjamin | 0.2 | 72.00 |

Attorney Summary

| Timekeeper | | Hours | Rate | Dollars |
|---|---|---|---|---|
| A. Marchetta | | 0.50 | 475.00 | 237.50 |
| B. Benjamin | | 3.00 | 360.00 | 1,080.00 |
| | TOTALS | 3.50 | | 1,317.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|---|
| A. Marchetta | | 15 | 0.5 | 475.00 | 237.50 |
| B. Benjamin | | 15 | 3.0 | 360.00 | 1,080.00 |
| | TOTAL | | 3.5 | | 1,317.50 |