# EXHIBIT B

1217230A01122304

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

Engagement Costs – Weja, Inc.

| Date | Description | Amount |
|---|---|---:|
| 11/11/04 | Paid HCK#153665 to Suffolk County Sheriff for Sheriff's fees for execution against real property, #10501, S#6093[2] | 423.74 |
| 11/11/04 | Pd Fedex to Westhampton NY; JOB; Ck# 268211 | 13.49 |
| | Computer Assisted Research[3] | 352.05 |
| | Duplicating | 74.46 |
| | Postage | 1.29 |
| | Matter Total Engagement Cost | 865.03 |

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---:|
| 11/15/04 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207474 | 7.74 |
| 11/16/04 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207474 | 7.74 |
| | Duplicating | 17.78 |
| | Matter Total Engagement Cost | 33.26 |

Engagement Costs – NY Superfund Action

| Date | Description | Amount |
|---|---|---:|
| 02/19/04 | Paid Skyline Duplication #10501 S#6094[4] | 430.65 |
| 04/20/04 | Paid Skyline Duplication #10501 S#6094[5] | 223.08 |
| 05/18/04 | Paid Skyline Duplication #10501 S#6094[6] | 335.79 |
| 06/14/04 | Paid Skyline Duplication #10501 S#6094[7] | 5516.66 |
| 08/11/04 | Paid Skyline Duplication #10501 S#6094[8] | 887.88 |
| 10/18/04 | PD INTEGRITY EXPRESS TO NEW YORK NY; MEW; CK# 267881[9] | 124.35 |
| 11/30/04 | DOCUMENT ACCESS FACILITY--NOVEMBER 2004 | 2864.00 |
| | Matter Total Engagement Cost | 10,382.41 |

---

[2] *See* Page 3 of letter from Jonathan M. Borg, Esq. of Pitney Hardin LLP to Suffolk County Sheriff's Office, Civil Division dated November 11, 2004 and Pitney, Hardin, Kipp & Szuch LLP Check Requisition form dated 10/28/04 attached hereto as Exhibit 1.

[3] *See* Pitney Hardin LLP Engagement Cost Report for 11/1/2004 to 11/30/2004 attached hereto as Exhibit 2.

[4] *See* Skyline Duplication Invoice # N1338 dated 2/19/2004 attached hereto as Exhibit 3.

[5] *See* Skyline Duplication Invoice # N1749 dated 4/20/2004 attached hereto as Exhibit 4.

[6] *See* Skyline Duplication Invoice # N1957 dated 5/18/2004 attached hereto as Exhibit 5.

[7] *See* Skyline Duplication Invoice # V2033 dated 6/14/2004 attached hereto as Exhibit 6.

[8] *See* Skyline Duplication Invoice # N1890 dated 5/11/2004 attached hereto as Exhibit 7.

[9] *See* Integrity Express Inc. Invoice Number 13362 dated 10/31/2004 attached hereto as Exhibit 8.

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 11/05/04 | Pd expenses to Appealtech for 17 copies; BMB; CK# 268056[10] | 445.36 |
| 11/06/04 | Pd UPS to Columbia MD; BG; Inv# 18448W454 | 6.38 |
| 11/18/04 | PD UPS TO NEW YORK NY; BEM; INV# 81207474 | 7.74 |
| 11/20/04 | Pd UPS to Columbia MD; BG; INV# 18448W474 | 6.38 |
| 11/20/04 | Pd UPS to Columbia MD; BG; INV# 18448W474 | 6.38 |
| | Computer Assisted Research[11] | 133.51 |
| | Duplicating | 91.42 |
| | Matter Total Engagement Cost | 697.17 |

---

[10] *See* AppealTech Invoice Number 04-11010 dated November 5, 2004 attached hereto as Exhibit 9.
[11] *See* Pitney Hardin LLP Engagement Cost Report from 11/1/2004 to 12/31/2004 attached hereto as Exhibit 10.

20