# EXHIBIT 1

**PITNEY HARDIN LLP**
Suffolk County Sheriff's Office, Civil Division
November 11, 2004
Page 3

(e) ~~a check in the amount of $423.74~~ representing the estimated fees of $400.00, the $15.00 filing fee and the $8.74 mileage fee in connection with the Property Execution.

Following receipt of these documents, please begin processing the execution and advise me as to date of the auction at which the Premises will be sold.

Should you have any questions or comments, please do not hesitate to contact me.

Very truly yours,

Jonathan M. Borg

Enclosures

cc:   Akos L. Nagy (via first class mail, w/ Enclosures)
      William S. Hatfield, Esq. (via interoffice mail, w/ Enclosures)

