# EXHIBIT 2

1/5/2005  
1:17 PM  
Includes: Hard, Soft, Billed

Pitney Hardin LLP  
**Engagement Cost Report**  
Periods: 200411 To 200411  Dates: 11/1/2004 To 11/30/2004

(_PHDSB02JB)  
Req'd By: kandolab  
Currency: USD

Client: 082910  W.R. GRACE & CO.  
Matter: 065656  Weja, Inc.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|

**Client: 082910  W.R. GRACE & CO.**  
**Cost Code: CAR  Computer Assisted Research**

| 11/30/2004 | CAR | | 1797915 | 55 | 2068390 | 12/10/2004 | $352.05 | $352.05 | $352.05 |

Cost Code CAR Totals:         $352.05   $352.05   $352.05  
    **Matter 065656 Totals:**     $352.05   $352.05   $352.05  
    **Client 082910 Totals:**     $352.05   $352.05   $352.05  

**Report Totals**              $352.05   $352.05   $352.05

Page: 1