# EXHIBIT 3

1236688A01010505

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 2/19/2004 | N1338 |

**Bill To**

**Pitney Hardin**
**200 Campus Drive**
**Florham Park, NJ 07932**
**Attn: Sue Parker**

| Rep | Reference/Case | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.000009 | 2/13/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 5,417 | 8.5 x 11<br>25% Discount | 0.10<br>-135.43 | 541.70T<br>-135.43 |

082913.000009
1/1/04
ok to pay

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 267840
CHARGE 10501

| | Sales Tax (6.0%) | $24.38 |
|---|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone # 973-648-0090
Fax # 973-648-0004

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | $430.65 |

Tax ID 03-0385240