# EXHIBIT 4

1236688A01010505

# Skyline Duplication

**DMT, LLC**
**550 Broad Street**
**Newark, NJ 07102**

| Invoice Date | Invoice # |
|---|---|
| 4/20/2004 | F1749 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, NJ 07932
Attn: Sue Parker

| Rep | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 82913.000009 | 4/20/2004 | Parker, Sue |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 2,806 | 8.5 x 11 Copy | 0.10 | 280.60T |
| | 25% Discount | -70.15 | -70.15 |

082913.9
11/11/04
ok to pay

PAID
APPROVED
VENDOR NO. 05359
CHECK NO. 267840
CHARGE 1050/

| | | Sales Tax (6.0%) | $12.63 |
|---|---|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

Phone #   973-648-0090
Fax #     973-648-0004

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$223.08** |

**Tax ID 03-0385240**