# EXHIBIT 5

1236688A01010505

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 5/18/2004 | N1957 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932
Attn: Accounts Payable

| Req. by | Reference/Case # | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913-000007 | 5/18/2004 | Moffitt, Brian |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 3,249 | 8.5 X 11 Copy | 0.13 | 422.37T |
|  | 25% Discount | -105.59 | -105.59 |

082913.000009
11/11/04
ok to pay
Mark E Waller

PAID..........
APPROVED..........
VENDOR NO. 05359
CHECK NO. 267840
CHARGE 10501

| | Sales Tax (6.0%) | $19.01 |
|---|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ  07102

Phone # 973-648-0090
Fax # 973-648-0004

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | $335.79 |

Tax ID 03-0385240