# EXHIBIT 6

1236688A01010505

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 6/14/2004 | V2033 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932
Attn: Accounts Payable

| Rep | Reference/Case | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082913.000009 | 5/27/2004 | Moffitt, Brian |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 52,340 | 8.5 X 11 Copy | 0.13 | 6,804.20T |
| 90 | Oversize Print 24x36 (Per Sq. Ft.) | 1.50 | 135.00T |
|  | 25% Discount | -1,734.80 | -1,734.80 |

082913.000009
11/11/04
ok to pay
[signature]

PAID.........
APPROVED.....
VENDOR NO. 05359
CHECK NO. 107840
CHARGE..... 10501

| | |
|---|---|
| **Sales Tax (6.0%)** | $312.26 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,516.66 |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone # 973-648-0090
Fax # 973-648-0004

Tax ID 03-0385240