# EXHIBIT 7

1236688A01010505

# Skyline Duplication

DMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 5/11/2004 | N1890 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932
Attn: Accounts Payable

| Rep | Reference/Case # | Date Delivered | Ordered By |
|---|---|---|---|
| KK | 082913-000009 | 5/11/2004 | Moffitt, Brian |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 8,591 | 8.5 X 11 Copy | 0.13 | 1,116.83T |
|  | 25% Discount | -279.21 | -279.21 |

082913.000009
11/1/04

PAID..........
APPROVED..........
VENDOR NO. 05359
CHECK NO. 67840
CHARGE 10501

| | |
|---|---|
| Sales Tax (6.0%) | $50.26 |
| Payments/Credits | $0.00 |
| **Balance Due** | **$887.88** |

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #    973-648-0004

Tax ID 03-0385240