# EXHIBIT 8

1236688A01010505

# INTEGRITY EXPRESS INC.

**INVOICE**

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 631-1113

Your Courier Service
Your Job-Your Way

| INVOICE NUMBER: | PAGE |
|---|---|
| 13362 | 1 of 5 |
| CLIENT NUMBER | TERMS |
| 221 | NET DUE |
| INVOICE DATE | |
| 10/31/2004 | |
| INVOICE TOTAL | |
| $1,611.65 | |

Invoice Submitted To:

**PITNEY, HARDIN, LLP**
PO BOX 1945
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

ENTERED IN
COMPUTER BY: _____

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | Drop Off Address | Recieved By: / Received By Time - Date |
|---|---|---|---|
| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Quoted Rate | Expense | Other1 | Other2 | Total |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/2004 96095 RUSH 41+ 005000.058328-CROWLEY EVELYN CHIARELLO X74** $50.00 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 1 | | | 66 $39.00 | WILLIAM DANIELS 224 N OLD NASSAU RD JAMESBURG/MONROE TOWNSHIP 1 $1.00 | | | WILLIAM DANIELS 3:00 PM 10/18/2004 TOLL/GAS $7.95 | | $97.95 |
| 10/18/2004 96095RT RUSH 41+ 005000.058328-CROWLEY EVELYN CHIARELLO X74** $53.40 | WILLIAM DANIELS 224 N OLD NASSAU RD JAMESBURG/MONROE TOWNSHIP 1 | 16 $6.00 | | 66 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 1 $1.00 | | | MR KRAVITZ 4:18 PM 10/18/2004 TOLL/GAS $5.95 | | $66.35 |
| 10/18/2004 96100 RUSH 41+ 052137.105351-BUERROSSE SUZANNE STAHL X7408 $50.00 | ATLANTIC STATES CAST IRON CO 183 SITGREAVES ST PHILLIPSBURG NJ 08865 15 | 58 $24.00 | 660 $39.00 | 71 $46.50 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 1 $1.00 | | | MR WALKER 2:47 PM 10/18/2004 GAS SUR $7.00 | | $167.50 |
| 10/18/2004 96101 NY RATES 082913.00009-WALLER JESSICA TINER X7425 $55.00 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 1 | 98 $36.00 | | 35 | USDC-SOUTHERN DIST OF NY 500 PEARL ST NEW YORK NY 10007 $1.00 | | | STAMPED 2:33 PM 10/18/2004 TOLL/GAS $9.85 | PARKING $22.50 | $124.35 |
| 10/19/2004 96196 RUSH 026956.074132-HALASZ EVELYN CHIARELLO X74** $23.00 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 1 | 20 $6.00 | | 26 $16.00 | USDC-NEWARK 50 WALNUT ST NEWARK NJ 07102 1 $1.00 | | | DROP BOX 4:40 PM 10/19/2004 GAS SUR $3.00 | | $49.00 |
| 10/19/2004 96197 RUSH 026956.074132-HALASZ EVELYN CHIARELLO X74** $23.00 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK NJ 07932 1 | | | 19 $9.00 | WALDER HAYDEN & BROGAN 5 BECKER FARM RD ROSELAND NJ 07068 1 $1.00 | | | MS ANTON 4:14 PM 10/19/2004 GAS SUR $2.00 | | $35.00 |