# EXHIBIT 9

1236688A01010505

# APPEALTECH◑

SERVING LEGAL PROFESSIONALS
BLENDING TRADITION WITH TECHNOLOGY

PAID..................................
APPROVED..........................
VENDOR NO. ..0.5062-..
CHECK NO. ..2.0005.6..
CHARGE.....1050

*OK to pay*
*BmB*
*11/16/04* *08 2910/10 2292*

## INVOICE

Pitney Hardin, LLP
7 Times Square, 20th Floor
New York, New York 10036
Attn: Barry M. Benjamin, Esq.

Re: 1114 Trizechanhn-Swig, LLC v.
W.R. Grace & Co.-Conn.

Invoice Number: 04-11-010
Invoice Date: November 5, 2004
Job Number: 10026
Service & Filing Date: 11/03/2004

Fed. Tax I.D. # 22-3557789

## Description of Services:

### Brief for Defendant-Respondent

| | | | |
|---|---|---|---|
| ~~~~ (Typeset Covers, Printing and Perfect Binding Included) | 16 Pages | $ | 295.00 |
| Preparation of Affidavits and Proof of Delivery Disbursements, as incurred | | | 15.00 |
| Personal Service – 1 Document | 1st Party @ $ 35.00 | | 35.00 |
| Additional Personal Service – 1Document | 1 Party 30.00 | | 30.00 |
| Filing in the Appellate Division – 1st Dept. | | | 35.00 |
| Sub Total Taxable | | $ | 410.00 |
| Sales Taxes @ 8.625% | | | 35.36 |
| Total Due AppealTech | | $ | 445.36 |

**Terms: Net 30 Days**

Remittance

APPEALTECH, LLC · 205 LEXINGTON AVENUE · 10TH FLOOR · NEW YORK, NEW YORK 10016
TEL. 212-213-3222 · FAX 212-213-9702 · e-mail: mail@appealtech.com