# EXHIBIT 10

1236688A01010505

1/5/2005 (_PHDSB02JB)
1:23 PM
Includes: Hard, Soft, Billed

Pitney Hardin LLP
**Engagement Cost Report**
Periods: 200411 To 200412   Dates: 11/1/2004 To 12/31/2004

Req'd By: kandolab
Currency: USD

Client: 082910  W.R. GRACE & CO.
Matter: 102292  Tahari, Ltd.

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910 W.R. GRACE & CO. | | | | | | | | | |
| Cost Code: CAR  Computer Assisted Research | | | | | | | | | |
| 11/30/2004 | CAR | | 1797847 | 55 | 2068067 | 12/9/2004 | $133.51 | $133.51 | $133.51 |
| Cost Code CAR Totals: | | | | | | | $133.51 | $133.51 | $133.51 |
| **Matter 102292 Totals:** | | | | | | | $133.51 | $133.51 | $133.51 |
| **Client 082910 Totals:** | | | | | | | $133.51 | $133.51 | $133.51 |
| **Report Totals** | | | | | | | $133.51 | $133.51 | $133.51 |

Page: 1