# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **IN RE:** ) ) **W.R. GRACE & CO.** ) )     Debtor. ) | In Proceedings for a Reorganization under Chapter 11  Case No.  01-1139-JKF  DOCKET NO. _____ |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED.R.BANKR.P.2019

JOHN I. KITTEL, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with MAZUR & KITTEL, PLLC, with offices at 30665 Northwestern Hwy, Suite 175, Farmington Hills, MI  48334. The Mazur & Kittel firm has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors in the above referenced bankruptcy, (the "Creditors").

1.    A blank, but unredacted, exemplar copy of an Employment Contract and Power of Attorney authorizing The Mazur & Kittel Firm to act on behalf of the Creditors is referenced herein as Exhibit A, which has not been attached but may be accessed by parties who obtain Court order authorizing access.

2.    An Excel Spreadsheet outlining the name and personal address of each Creditor, form of agreement empowering The Mazur & Kittel Firm to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of The Mazur & Kittel Firm is referenced herein as Exhibit B, which has not been attached but may be access by parties who obtain court order authorizing access.

3. At time of employment, The Mazur & Kittel Firm retained a contingency fee interest in each creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditor signed his/her Employment Contract. Amounts paid to date vary per creditor and The Mazur & Kittel Firm has not sold or disposed of any creditor's claims.

4. The Mazur & Kittel Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

This Statement is filed solely to comply with the format required by the Amendatory Order Requiring Filing Statements Pursuant to Fed.R.Bankr.P.2019, which was entered on August 27, 2004. Exhibits "A" and "B", as defined in the Order have not been scanned and are available from the Clerk upon motion to and order of the Court.

Respectfully Submitted,

**MAZUR & KITTEL, PLLC**


BY:_____
JOHN I. KITTEL (P35530)
BRYAN M. FRINK (P54494)
Attorneys for Plaintiffs
30665 Northwestern Hwy.
Suite 175
Farmington Hills, MI  48334
Dated:  December 18, 2004          Phone:  248-432-8000

E-Mail:  Jkittel@mazur-kittel.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of MAZUR & KITTEL'S VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED.R.BANKR.P.2019 has been served on all parties of the official service list in this matter. Due to the voluminous nature of the service list, this office has not attached a copy of the service list hereto, however will make copies available to any party upon request. Said Service was completed by United States First Class Mail, postage prepaid, this 18th day of December, 2004.

Respectfully Submitted,

**MAZUR & KITTEL, PLLC**

BY:_____
JOHN I. KITTEL (P35530)
BRYAN M. FRINK (P54494)
Attorneys for Plaintiffs
30665 Northwestern Hwy.
Suite 175
Farmington Hills, MI 48334
Phone: 248-432-8000
jkittel@mazur-kittel.com