**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 10, 2005 at 4:00 p.m. |

**CERTIFICATE OF NO OBJECTION
REGARDING DOCKET NO. 7232**

The undersigned hereby certifies that, as of the date hereof, he has received no answer,

objection or other responsive pleading to the Fourteenth Quarterly Fee Application of Bilzin

Sumberg Baena Price & Axelrod LLP (the "Applicant") for Compensation for Services

Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos

Property Damage Claimants for the Period from July 1, 2004 through September 30, 2004 ("the

Application"). The undersigned further certifies that he has caused the Court's docket in this

case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon. Pursuant to the Amended Notice of Motion, objections to the Application were

to be filed and served no later than January 10, 2005 at 4:00 p.m.


Dated: January 11, 2005

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
BILZIN SUMBERG BAENA PRICE
  & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:    (305) 374-7580
Fax:    (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel:    (302) 575-1555
Fax:    (302) 575-1714

*Co-Counsel to the Official Committee of
Asbestos Property Damage Claimants*