IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | In Proceedings for a |
| W.R. Grace & Co., et al. | ) | Reorganization under |
| | ) | Chapter 11 |
| | ) | |
| Debrors. | ) | Case No. 01-1139 (JKF) |
| | ) | |

### AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 11th of January 2005, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

1. [signed] **Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P.2019**

2. [signed] **Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof**

_Linda M. Ellis_
Linda M. Ellis

Sworn to and subscribed before
me this 11th day of January 2005

_Timothy M. O'Brien_
Notary Public

My Commission Expires: 3-11-2006

TIMOTHY M. O'BRIEN
Notary Public - Delaware
My Comm. Expires Mar. 11, 2006

28587-001\DOCS_DE:68090.29
DOCS_DE:85961.1

W.R. Grace
Special Service List for Signed Rule 2019 Orders (1/11/05)
Case No. 01-1139 (JKF)
Doc. No. 85961.2
02 Hand Delivery
01 – First Class Mail


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(US Fire Insurance Company)
Ian Connor Bifferato
Joseph K. Koury
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
PO Box 2165
Wilmington, DE 19899

*First Class Mail*
(US Fire Insurance Company)
George R. Calhoun
March D. Coleman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DE 20036

*First Class Mail*
Stephen B. Murray
Julie A. Ardoin
The Murray Law Firm
909 Poydras St., Suite 2550
New Orleans, LA 70112