**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on January 11, 2005, service of the *Summary Of The Verified Application Of Lukins & Annis, P.S. For Compensation For Services And Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From August 1, 2004 Through August 31, 2004,* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

   January 11, 2005                                                   */s/ William D. Sullivan*
          Dated                                                      William D. Sullivan