IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 31, 2005 |
| | ) | Hearing Date: TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | September 1, 2004 through September 30, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 9,611.00 |
| Amount of Expenses Reimbursement: | $    25.79 |

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

685685                                    1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/11/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | Pending | Pending |

This is the twenty-third Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

685685   2

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | 17.3 | $6,747.00 |
| TOTALS | | | | | 17.3 | $6,747.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | 17.9 | $2,864.00 |
| TOTALS | | | | | 17.9 | $2,864.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 35.2 Hours | $9,611.00 |
| TOTALS | 35.2 Hours | $9,611.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 8.79 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | $ 17.00 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 25.79 |

685685                                                   3

Dated:  January 11, 2005
Wilmington, Delaware

                /s/ *William D. Sullivan*
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 31, 2005 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

# TIME REPORT
Lukins & Annis, P.S.
Time Period 09/01/2004 - 09/30/2004

**CATEGORY 22: ZAI SCIENCE TRIAL**

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 09/02/04 | DWS | Review pleadings regarding Special Counsel regarding fee issues (.1); followup factual research regarding ZAI Science Trial updates (.2). | 0.30 | $ 390.00 | $ 117.00 |
| 09/14/04 | DWS | Phone calls to co-counsel regarding case status. | 0.10 | $ 390.00 | $ 39.00 |
| 09/15/04 | KLB | Review of initial briefing on Zonolite proof of claim (.6); begin legal research regarding submission of one Class Proof of Claim for a pre-Bankruptcy certified class (.7). | 1.30 | $ 160.00 | $ 208.00 |
| 09/16/04 | DWS | Phone conference with co-counsel regarding status of science trial hearing (.1); preparations regarding same (.2). | 0.30 | $ 390.00 | $ 117.00 |
| 09/16/04 | KLB | Office conference with partner regarding preparation for Science Trial hearing (.4); research regarding standing of certified class in bankruptcy claim process (1.0); begin review of case law relating to consumer protection issues (.6) | 2.00 | $ 160.00 | $ 320.00 |
| 09/18/04 | KLB | Review Memoranda of Points and Authorities and prepare summary of key legal issues previously briefed and filed with the Court regarding class proofs of claim, consequences of certified class, future claims, notice program and choice of law (3.3); office conference with partner regarding same (.2); Shepardize certain cases regarding class proofs of claim in bankruptcy (.3). | 3.80 | $ 160.00 | $ 608.00 |
| 09/20/04 | DWS | Review pleadings and exhibits in preparation for summary judgment hearing. | 2.30 | $ 390.00 | $ 897.00 |
| 09/21/04 | KLB | Office conference regarding scanning of briefing in preparation for Science Trial (.6); team meeting regarding preparation for upcoming | 0.80 | $ 160.00 | $ 128.00 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| | | motions for summary judgment (1.4); outline necessary legal briefing for paralegal (1.0). | | | |
| 09/23/04 | DWS | Study expert witness reports in preparation for oral argument on motion for partial summary judgment (1.7); phone call to co-counsel regarding preparation for hearing (.3); meeting with paralegal regarding preparation of illustrative exhibit materials (.4). | 2.40 | $ 390.00 | $ 936.00 |
| 09/23/04 | KLB | Office conference with partner regarding research needed in preparation for science trial hearing (.3); Email to expert regarding hearing dates (.2); Additional legal research in preparation for hearing relating to property damages: stigma and public nuisance theories, including shepardizing of Washington landmark cases and review of case law citing same (5.3). | 5.80 | $ 160.00 | $ 928.00 |
| 09/25/04 | DWS | Preparation work regarding oral argument on motion to strike Kilpatrick testimony (1.3); review briefing (.8); review cited caselaw (.4). | 2.50 | $ 390.00 | $ 975.00 |
| 09/25/04 | KLB | Office conference with partner regarding additional legal research needed in preparation for hearing on science issues (.2); legal research regarding general causation standards under Daubert, burdens on persons raising Daubert challenge, and raising arguments in rebuttal briefing for the first time. (4.0) | 4.20 | $ 160.00 | $ 672.00 |
| 09/27/04 | DWS | Legal research regarding issues pertaining to Grace motion to strike Kilpatrick testimony (1.5); legal research "doubling risk" standards regarding Kilpatrick testimony (.8). | 2.30 | $ 390.00 | $ 897.00 |
| 09/28/04 | DWS | Legal research regarding Daubert standards regarding Kilpatrick testimony. | 1.10 | $ 390.00 | $ 429.00 |
| 09/29/04 | DWS | Meeting with litigation team regarding case assignment in preparation for ZAI Science Trial hearings. | 0.30 | $ 390.00 | $ 117.00 |
| 09/29/04 | DWS | Study reliance materials of Kilpatrick in preparation of both motions for summary judgment and motion to exclude Kilpatrick testimony. | 3.30 | $ 390.00 | $ 1,287.00 |
| | | **SUBTOTAL** | **35.20** | | **$ 9,611.00** |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|------------|-------------|-------|-------------|-------|
|      |            | **TIME TOTAL:** | **35.20** |         | **$ 9,611.00** |

# COST REPORT
Lukins & Annis, P.S.
Time Period 09/01/2004 - 09/30/2004

| DATE | DESCRIPTION | CHARGE |
|---|---|---:|
| 09/04/04 | Long Distance Charges | $0.21 |
| 09/11/04 | Long Distance Charges | $0.12 |
| 09/14/04 | Long Distance Charges | $0.27 |
| 09/14/04 | Long Distance Charges | $0.09 |
| 09/14/04 | Long Distance Charges | $6.54 |
| 09/16/04 | Long Distance Charges | $0.45 |
| 09/17/04 | Long Distance Charges | $0.09 |
| 09/18/04 | Long Distance Charges | $0.15 |
| 09/22/04 | Color Photocopies | $17.00 |
| 09/23/04 | Long Distance Charges | $0.30 |
| 09/29/04 | Long Distance Charges | $0.12 |
| 09/29/04 | Long Distance Charges | $0.45 |
| | **Total** | **$25.79** |