# CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on January 11, 2005, service of the *Summary Of The Verified Application Of Lukins & Annis, P.S. For Compensation For Services And Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From September 1, 2004 Through September 30, 2004,* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

   January 11, 2005                                      */s/ William D. Sullivan*
      Dated                                                 William D. Sullivan