IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 1, 2005 |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

Name of Applicant:                                  Buchanan Ingersoll, P.C.

Authorized to Provide Professional Services to:     Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                            November 1, 2004 through
                                                    November 30, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 5,765.00

Amount of Expenses Reimbursement:                   $ 2,317.07

This is a:  X monthly    _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll, P.C. ("BIPC")

1

This is the Second Application of Buchanan Ingersoll, P.C. ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 11 | Bankruptcy | $260.00 | 8.1 | $2,106.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 5.0 | $875.00 |
| TOTALS | | | | | 13.1 | $2,981.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael P. Young | Paralegal | 2 | Bankruptcy | $120.00 | 23.2 | $2,784.00 |
| TOTALS | | | | | 23.2 | $2,784.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 23.7 | $3,012.00 |
| 20-Travel–Non-working | | |
| 22-ZAI Science Trial | 12.6 | $2,753.00 |
| TOTALS | 36.3 | $5,765.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Overnight Postage  Duplicating (Outside)  Duplicating (Inside) ($0.15 per page)  Courier | $1,922.65  $368.47  $25.95 |
| Total | $2,317.07 |

2

Dated: January 12, 2004                    BUCHANAN INGERSOLL PC

                                           */s/ William D. Sullivan*
                                           William D. Sullivan (No. 2820)
                                           The Nemours Building
                                           1007 North Orange Street, Suite 1110
                                           Wilmington, DE 19801-1236
                                           Telephone: (302) 428-5500
                                           Facsimile: (302) 428-3996

                                           Delaware Counsel for the ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: February 1, 2005** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1. 2004 THROUGH NOVEMBER 30, 2004**

```
Buchanan Ingersoll, PC                                      One Oxford Centre
Attorneys                                                   301 Grant Street, 20th Floor
                                                            Pittsburgh, PA  15219-1410




ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN   December 2, 2004
ATTN: ED WESTBROOK, ESQ                         Invoice No. 9821235
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464




For Legal Services Rendered in Connection With:


W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001


11/01/04 W.D. Sullivan             0.70      182.00   Further revisions to
                                                      motion seeking to amend
                                                      interim fee orders
11/01/04 M. Young                  1.20      144.00   Draft notice of
                                                      quarterly filing (.4),
                                                      FINAL edit of Motion to
                                                      Modify and format exs
                                                      for filing (.8)
11/04/04 I. D. Lindley             0.20       35.00   Conference,
                                                      correspondence with W.
                                                      Sullivan re: potential
                                                      for pursuit of causes
                                                      of action in new venue.
11/04/04 W.D. Sullivan             0.50      130.00   Phone call with
                                                      co-counsel re: ability
                                                      to sue Grace
                                                      subsidiaries in Canada
                                                      (.3); e-mail re:
                                                      follow-up information
                                                      (.2)
11/04/04 M. Young                  1.90      228.00   Complete formatting and
                                                      filing of Motion to
                                                      Modify Orders (1.2),
                                                      update tracking chart
                                                      (.4), format exhibits
                                                      for filing (.4)
```

```
ZAI PLAINTIFFS                                         December 2, 2004
W.R. GRACE                                             Invoice No. 9821235
Ref. No. 51677-000001                                  Page   2

11/05/04  I. D. Lindley        4.80     840.00    Review correspondence
                                                   from W. Sullivan re:
                                                   non-bankruptcy forum;
                                                   case law research re:
                                                   effect of filing
                                                   separate action,
                                                   applicability of stay.
                                                   Conference with W.
                                                   Sullivan re: same,
                                                   conference with W.
                                                   Sullivan, co-counsel
                                                   re: filing separate
                                                   action against
                                                   subsidiaries. Memo to
                                                   W. Sullivan setting
                                                   forth case law and
                                                   legal issues, Court's
                                                   likely response to any
                                                   such filing.
11/05/04  W.D. Sullivan        0.20      52.00    E-mail co-counsel re:
                                                   fee applications and
                                                   transcripts
11/05/04  W.D. Sullivan        1.20     312.00    Review cases on action
                                                   against foreign
                                                   non-debtor entity;
                                                   phone call with
                                                   co-counsel re: summary
                                                   of cases
11/05/04  W.D. Sullivan        0.20      52.00    Follow-up e-mail to
                                                   co-counsel re: case
                                                   summary
11/05/04  W.D. Sullivan        0.20      52.00    Review order re:
                                                   schedules of further
                                                   hearings
11/05/04  M. Young             2.70     324.00    Continue with complete
                                                   update of Grace file
11/05/04  M. Young             1.50     180.00    Review documents
                                                   related to Rule 2019
                                                   Order entered in Grace
                                                   case, review transcript
                                                   and final order,
                                                   continue with draft of
                                                   2019 statement
11/08/04  W.D. Sullivan        0.20      52.00    E-mail from co-counsel
                                                   re: Grace subsidiaries
```

```
ZAI PLAINTIFFS                                          December 2, 2004
W.R. GRACE                                              Invoice No. 9821235
Ref. No. 51677-000001                                   Page    3
```

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 11/08/04 | W.D. Sullivan | 0.20 | 52.00 | Review transcript from hearing, forward to co-counsel |
| 11/08/04 | M. Young | 2.90 | 348.00 | Continue first draft of 2019 Statement (.7), continue with file update (.7), ensure proper filing of Exhibits regarding Motion to Modify Orders (.2), Review schedules and statement of financial affairs re: filing entities (1.3) |
| 11/09/04 | M. Young | 2.10 | 252.00 | Continue with organization of Grace file, review docket re: upcoming hearing, gather info needed for hearing |
| 11/12/04 | W.D. Sullivan | 0.20 | 52.00 | Review agenda; Debtors to provide status report on Plan |
| 11/12/04 | W.D. Sullivan | 0.30 | 78.00 | Review Grace Plan summary |
| 11/12/04 | M. Young | 0.30 | 36.00 | Brief hearing prep for Monday hearing |
| 11/12/04 | M. Young | 0.30 | 36.00 | Review agenda for Monday hearing, forward call-in information to Co-counsel |
| 11/15/04 | W.D. Sullivan | 0.20 | 52.00 | Phone call with co-counsel re: preparation for hearing |
| 11/15/04 | W.D. Sullivan | 2.40 | 624.00 | Attend hearing; plan issues and scheduling for hearing reviewed |
| 11/15/04 | W.D. Sullivan | 0.20 | 52.00 | Phone call with co-counsel re: exhibits for Court |
| 11/15/04 | M. Young | 0.20 | 24.00 | Review docket regarding potential objections to fee applications |

```
ZAI PLAINTIFFS                                              December 2, 2004
W.R. GRACE                                                  Invoice No. 9821235
Ref. No. 51677-000001                                       Page   4
```

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 11/16/04 | W.D. Sullivan | 0.30 | 78.00 | Draft summary memorandum of Disclosure Statement and Plan procedure dates |
| 11/16/04 | M. Young | 1.80 | 216.00 | Review docket (.1), draft CNO's regarding July and August Fee Applications of RPWB (1.2), format, file and serve each (.5) |
| 11/19/04 | M. Young | 1.20 | 144.00 | Receive fee applications from RPWB, review and begin prep for filing |
| 11/22/04 | W.D. Sullivan | 0.30 | 78.00 | Review, revise and approve RPWB September and October fee applications |
| 11/22/04 | M. Young | 1.20 | 144.00 | Final edit/prep and formatting of RPWB September and October Fee Applications, review fee auditor reports re recent quarterly fee applications |
| 11/22/04 | M. Young | 1.40 | 168.00 | Begin draft of Buchanan Ingersoll Fee Application for October 2004 |
| 11/23/04 | W.D. Sullivan | 0.30 | 78.00 | Phone call with co-counsel re: preparation of 2019 Statement and use of hearing transcript |
| 11/23/04 | M. Young | 0.80 | 96.00 | Final preparation of Sept and Oct Fee app of RPWB, arrange for filing |
| 11/24/04 | M. Young | 3.70 | 444.00 | Complete draft of October fee app of Buchanan Ingersoll (.8), Review incoming docs and file, gather necessary documents for |

```
ZAI PLAINTIFFS                                      December 2, 2004
W.R. GRACE                                          Invoice No. 9821235
Ref. No. 51677-000001                               Page    5

                                                    RPWB 14th Quarterly,
                                                    edit and prepare for
                                                    filing (2.9)
11/29/04  W.D. Sullivan            0.30      78.00  Review and revise BI
                                                    October Fee Application
11/29/04  W.D. Sullivan            0.20      52.00  Review and approve RPWB
                                                    Quarterly Fee
                                                    Application (14th)


                    Total Hours          36.30

                    Total Legal Services        $5,765.00


Disbursements

10/19/04  Ditto Document Services, Inc.- Color         1.00    1,251.90
          exhibit boards
10/19/04  Ditto Document Services, Inc.- Color         1.00      417.30
          exhibit boards
10/22/04  On-Line Search Service                       1.00        9.17
10/25/04  Reliable Copy Services Inc. - Copying,       1.00       95.76
          hand deliveries, postage
10/27/04  Reliable Copy Service, Inc. - Delaware       1.00      113.22
          - Copying, hand deliveries, postage
10/29/04  On-Line Search Service                       1.00        6.37
11/01/04  Messenger/Delivery Service Parcels, Inc.     1.00       16.50
11/01/04  Messenger/Delivery Service Parcels, Inc.     1.00       33.00
11/01/04  Messenger/Delivery Service Parcels, Inc.     1.00       33.00
11/04/04  Messenger/Delivery Service Parcels, Inc.     1.00      186.93
11/04/04  Photocopies M. Young                         4.00        0.60
11/05/04  Photocopies M. Young                        49.00        7.35
11/05/04  On-Line Search Service I. Lindley            1.00       28.93
11/09/04  Photocopies M. Young                        63.00        9.45
11/09/04  Messenger/Delivery Service Parcels, Inc.     1.00       52.50
11/16/04  Messenger/Delivery Service Parcels, Inc.     1.00       46.54
11/17/04  Photocopies M. Young                         6.00        0.90
11/18/04  Photocopies M. Young                        21.00        3.15
11/22/04  Photocopies M. Young                        24.00        3.60
11/23/04  Photocopies M. Young                         6.00        0.90

                    Disbursements              $2,317.07
  Copies charged at .15 per page

                    Total Due this Invoice     $8,082.07
```

```
ZAI PLAINTIFFS                                          December 2, 2004
W.R. GRACE                                              Invoice No. 9821235
Ref. No. 51677-000001                                   Page    6


                  * * * * *  ATTORNEY SUMMARY  * * * * *

                                  Hours     Billed        Bill
                                  Worked    Per Hour      Amount
_____  _____  _____  _____

William D. Sullivan                 8.10      260.00        2,106.00
I. D. Lindley                       5.00      175.00          875.00
Michael Young                      23.20      120.00        2,784.00
============================    ========                ==============
Total All Attorneys                36.30                    5,765.00
```