**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on January 12, 2005, service of the *Summary Of The Verified Application Of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From December 1, 2004 Through December 31, 2004,* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
|   January 12, 2005   <br> Dated | */s/ William D. Sullivan* <br> William D. Sullivan |