**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objections Due: February 1, 2005** |
| | ) | **Hearing Date:  February 28, 2005** |
| | ) | **at 12:00 p.m** |

**SUMMARY OF THE FOURTEENTH INTERIM QUARTERLY APPLICATION
OF LUKINS & ANNIS, P.S.[1] FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM
<u>JULY 1, 2004 THROUGH SEPTEMBER 30, 2004</u>**

Name of Applicant:                          Lukins & Annis, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                        Appointment Order effective
                                            As of July 22, 2002

Period for which compensation and
Reimbursement is sought:                    July 1, 2004 through
                                            September 30, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                  $ 9,723.00

Amount of Expenses Reimbursement:           $    151.20

This is a:  _ monthly   <u>X</u> quarterly application

Prior Application filed:  Yes

---

[1] L&A became counsel in this matter over a year after it was filed.  To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, L&A is titling this the "Fourteenth" Interim Quarterly Application, (although it is actually L&A's ninth such application).

685686

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/01/04 – 08/31/04 | | $ 112.00 | $ 125.41 | Pending | Pending |
| 09/01/04 – 09/30/04 | | $ 9,611.00 | $ 25.79 | Pending | Pending |
| | | | | | |

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 14 | Litigation | $390 | 17.30 | $6,747.00 |
| TOTALS | | | | | 17.30 | $6,747.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 24 | Litigation | $160 | 18.60 | $2,976.00 |
| TOTALS | | | | | 18.60 | $2,976.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 35.90 Hours | $ 9,723.00 |
| TOTALS | 35.90 Hours | $ 9,723.00 |

ZAI Science Trial Expenses (Category 23)

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $    12.15 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | $   109.15 |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $    12.90 |
| Outside Duplicating / Printing (color photocopies) | $    17.00 |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain) | |
| (Deposition Transcripts) | |
| Total: | $   151.20 |

Dated:  January 12, 2005
Wilmington, Delaware

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
Buchanan Ingersoll PC
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS