**EXHIBIT "D"**

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on January 12, 2005, service of the *Fourteenth Interim Quarterly Application Of Lukins & Annis, P.S. For Compensation For Services And Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From July 1, 2004 Through September 30, 2004,* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
| January 12, 2005 | /s/ William D. Sullivan |
| Dated | William D. Sullivan |