**CERTIFICATE OF SERVICE**

I, William D. Sullivan, Esquire, hereby certify that on January 12, 2005, service of the foregoing *Notice of Filing of Fourteenth Interim Quarterly Fee Application of Lukins & Annis, P.S.,* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
|   January 12, 2005   |   /s/ William D. Sullivan   |
| Dated | William D. Sullivan |