UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 24, 2005 at 12:00 p.m.** |

**NOTICE OF WITHDRAWAL OF KERI EVANS'
RESPONSE TO DEBTORS' MOTION FOR AN ORDER
AUTHORIZING AND APPROVING REIMBURSEMENT OF
DEFENSE COSTS AND ADVANCEMENT OF FUNDS TO SETTLE
CERTAIN ACTIONS PURSUANT TO NATIONAL UNION'S EMPLOYEE
BENEFIT PLAN FIDUCIARY LIABILITY INSURANCE POLICY**

Keri Evans, a participant in the W.R. Grace & Co. Savings & Investment Plan, having filed a complaint entitled *Keri Evans, On Behalf of Herself And A Class Of All Others Similarly Situated v. John Akers et al.*, in the United States District Court for the District of Massachusetts, Civil Action No. 04-11380 (WGY), by and through her undersigned counsel, hereby withdraws her Response to Debtors' Motion For An Order Authorizing And Approving Reimbursement Of Defense Costs And Advancement Of Funds To Settle Certain Actions Pursuant To National Union's Employee Benefit Plan Fiduciary Liability Insurance Policy, provided that a revised form of Order is presented to the Court.

Document #: 39930

Dated: January 12, 2005

MONZACK & MONACO, P.A.

By: /s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (No. 2078)
1201 N. Orange Street, Suite 400
PO Box 2031
Wilmington, Delaware 19899-2031
(302) 656-8162 (Telephone)
(302) 656-2769 (Facsimile)

LOWENSTEIN SANDLER PC
Michael S. Etkin (ME-0570)
Ira M. Levee (IL-9958)
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Keri Evans*

-and-

GILMAN & PASTOR, LLP
David Pastor, Esq.
999 Broadway, Suite 500
Sagur, Massachusetts 01906
(791) 231-7850 (Telephone)
(781) 231-7840 (Facsimile)

SCHIFFRIN & BARROWAY LLP
Joseph H. Meltzer, Esq.
Katherine Bornstein, Esq.
Three Bala Plaza East, Suite 400
Bala Cynwyd, Pennsylvania 19004
(610) 667-7706 (Telephone)
(610) 667-7056 (Facsimile)

*Co-Counsel for Keri Evans*