## CERTIFICATE OF SERVICE

**I, Kristie L. Dalton, certify that I am not less than 18 years of age, and that I caused service of the foregoing document to be made on January 12, 2005 upon:**

Janet S. Baer, Esq.
Ryan B. Bennett, Esq.
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601
(Via Facsimile and US Regular Mail)

Bennett L. Spiegel, Esq.
Kirkland & Ellis, LLP
777 South Figueroa Street
Los Angeles, CA 90017
(Via Facsimile and US Regular Mail)

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young,
Jones & Weintraub, PC
919 North Market Street, Suite 1600
Wilmington, DE 19801
(Via Hand Delivery)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated:  January 12, 2005

Kristie L. Dalton

Document #: 39931