IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ARMSTRONG WORLD INDUSTRIES, | § | |
| Inc., *et al* | § | Jointly Administered |
| | § | Case No. 00-04471 (RJN) |
| | § | |
| Debtors. | § | Objection Deadline: |
| | § | February 1, 2005 |
| | § | |

## NOTICE OF MONTHLY FEE AND EXPENSE INVOICE

**To: The Notice Parties Listed on Exhibit A hereto**

| | |
|---|---|
| Name of Applicant: | Warren H. Smith & Associates, P.C. |
| Authorized to Provide Professional Services to: | The United States Bankruptcy Court |
| Date of Retention: | March 20, 2002, <u>nunc *pro* *tunc*</u> January 16, 2002 |
| Period for which compensation and/or reimbursement is sought: | December 1, 2004 through December 31, 2004 |

Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 04/11/2002 | February 1, 2002 – February 28, 2002 | $9,302.75 | -0- | $9,302.75 | -0- |
| 04/11/2002 | March 1, 2002 – March 31, 2002 | $10,274.50 | -0- | $10,274.50 | -0- |
| 05/08/2002 | April 1, 2002 – April 30, 2002 | $15,982.50 | $91.60 | $15,982.50 | $91.60 |
| 6/11/2002 | May 1, 2002 – May 31, 2002 | $18,470.50 | $7.75 | $18,470.50 | $7.75 |
| 7/9/2002 | June 1, 2002 – June 30, 2002 | $9,152.50 | $138.10 | $9,152.50 | $138.10 |
| 8/8/02 | July 1, 2002 – July 31, 2002 | $26,396.83 | $304.32 | $26,396.83 | $304.32 |
| 9/18/02 | August 1, 2002 – August 30, 2002 | $44,952.60 | $112.26 | $44,952.60 | $112.26 |
| 10/16/02 | September 1, 2002 – September 30, 2002 | $18,119.50 | $22.37 | $18,119.50 | $22.37 |
| 11/18/02 | October 1, 2002 – October 31, 2002 | $53,685.00 | $1,998.96 | $53,685.00 | $1,998.96 |
| 12/13/02 | November 1, 2002 – November 30, 2002 | $31,936.66 | $242.08 | $31,936.66 | $242.08 |
| 1/24/03 | December 1, 2002 – December 31, 2002 | $21,660.00 | $0.00 | $21,660.00 | $0 |
| 2/17/03 | January 1, 2003 – January 31, 2003 | $59,591.00 | $163.22 | $59,591.00 | $163.22 |
| 03/21/03 | February 1, 2003 – February 28, 2003 | $32,171.50 | $204.95 | $32,171.50 | $204.95 |
| 04/18/03 | March 1, 2003 – March 31, 2003 | $38,476.50 | $325.85 | $38,476.50 | $325.85 |
| 05/27/03 | April 1, 2003 - April 30, 2003 | $41,266.00 | $1,090.02 | $41,266.00 | $1,090.02 |
| 06/05/03 | May 1, 2003 – May 31, 2003 | $38,130.00 | $663.08 | $38,130.00 | $663.08 |
| 07/08/03 | June 1, 2003 – June 30, 2003 | $29,355.50 | $250.00 | $29,355.50 | $272.00 |
| 08/13/03 | July 1, 2003 – July 31, 2003 | $34,050.00 | $538.74 | $34,050.00 | $538.74 |
| 09/15/03 | August 1, 2003 – August 31, 2003 | $32,112.50 | $1,058.60 | $32,112.50 | $1,058.60 |
| 10/08/03 | September 1, 2003 – September 30, 2003 | $35,271.00 | $551.30 | $28,216.80 | $551.30 |
| 11/11/03 | October 1, 2003 – October 31, 2003 | $25,147.00 | $1,100.72 | $20,117.60 | $1,100.72 |

ArmstrongWHS12.04Invoice.rtf

| Date Filed | Period Covered | Requested Fees | Expenses | Paid Fees | Expenses |
|---|---|---|---|---|---|
| 01/07/04 | November 1, 2003- November 30, 2003 | $22,982.00 | $1,772.83 | $18,385.60 | $1,772.83 |
| 01/13/04 | December 1, 2003- December 31, 2003 | $17,350.00 | $469.06 | $13,880.00 | $469.06 |
| 02/12/04 | January 1, 2004- January 31, 2004 | $13,567.50 | $990.26 | $10,854.00 | $990.26 |
| 03/08/04 | February 1, 2004- February 29, 2004 | $11,156.50 | $187.74 | $8,925.20 | $187.74 |
| 04/08/04 | March 1, 2004- March 31, 2004 | $8,677.50 | $416.53 | $6,942.00 | $416.53 |
| 05/07/04 | April 1, 2004- April 30, 2004 | $11,768.50 | $62.35 | $9,414.80 | $62.35 |
| 06/07/04 | May 1, 2004- May 31, 2004 | $11,172.50 | $599.10 | $8,938.00 | $599.10 |
| 07/07/04 | June 1, 2004- June 30, 2004 | $5,428.00 | $326.40 | $4,342.40 | $326.40 |
| 08/09/04 | July 1, 2004- July 31, 2004 | $4,367.50 | $481.74 | $3,494.00 | $481.74 |
| 09/09/04 | August 1, 2004- August 31, 2004 | $8,979.50 | $218.65 | $7,183.60 | $218.65 |
| 10/07/04 | September 1, 2004- September 30, 2004 | $8,531.50 | $87.68 | $6,825.20 | $87.68 |
| 11/08/04 | October 1, 2004- October 31, 2004 | $9,187.50 | $469.52 | Pending | Pending |
| 12/09/04 | November 1, 2004- November 30, 2004 | $7,801.00 | $0.00 | Pending | Pending |
| **01/12/05** | **December 1, 2004- December 31, 2004** | **$1,627.00** | **$141.12** | **Pending** | **Pending** |

PLEASE TAKE NOTICE that Warren H. Smith and Associates, P. C. (the "Applicant") has today filed this Notice of Monthly Fee and Expense Invoice for December 1, 2004 through December 31, 2004 this "Monthly Fee Statement") pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications (the "Fee Auditor Order).

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before February 1, 2005 at 4:00 (prevailing Eastern Time)

(The "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the Debtors and Counsel to the Debtors that no objection, or an objection, has been filed with the Court relative to his Notice, whichever is applicable, after which the Debtors shall pay to the Professional an amount equal to the lesser of (i) 80 per cent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 per cent of the fees and 100 percent of the expenses not subject to an objection.  All fees and expenses in this Monthly Fee Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

Dated:  January 12, 2005

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P. C.**

By:_____
    Warren H. Smith
    State Bar No. 18757050

325 N. Saint Paul
Suite 1275
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)
**FEE AUDITOR**

5

## CERTIFICATE OF SERVICE

I, Warren H. Smith, certify that I am not less than 18 years if age, and that service of a copy of the attached *Notice of Monthly Fee and Expense Invoice* (for Warren H. Smith & Associates, P. C. for December, 2004) was made January 12, 2005, upon the Notice Parties identified as Exhibit A" in the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (as modified) via email, or by hand delivery to those Parties located in Wilmington, Delaware.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Warren H. Smith

# Exhibit A

## *Notice Parties*

**The Debtors**
Walter T. Gang1
Kenneth L. Jacobs
Mary J. Huwaldt
Donita J. Swayne
Armstrong World Industries, Inc.
2500 Columbia Avenue, Building 701
Lancaster, PA 17603
Walter-t_gangl@armstrong.com
kenneth_ljacobs@armstrong.com
maryj-huwaldt@armstrong.com
donitaj-swayne@armstrong.com

**Counsel to the Debtors**
Mark D. Collins
Rebecca L. Booth
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
collins@rlf.com

Stephen Karotkin
Debra A. Dandeneau
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
stephen.karotkin@weil.com
debra.dandeneau@weil.com.

**Counsel to the Official Committee of Unsecured Creditors**
Mark E. Felger
Cozen & O'Connor, PC
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 1980 1
mfelger@cozen.com

Robert D. Drain
Paul, Weiss, Riflcind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
rdrain@paulweiss.com

**Counsel to the Official Committee of Asbestos Property Damage Claimants**
Joanne B. Wills
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 1980 1
jwills@klehr.com

**Counsel to the Official Committee of Asbestos Personal Injury Claimants**
Matthew G. Zaleski, III, Esq.
Campbell & Levine, LLC
8oo N. King St #301
Wilmington, DE 19801
mgz@del.camlev.com

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
399 Park Avenue
New York, NY 10022-4614
ei@capdale.com

Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005-5802
pvnl@capdale.com.

**Counsel to the Legal Representative for Future Claimants**
James L. Patton, Jr., Esq.
Young, Conaway, Stargatt & Taylor, LLP
1000 West Street, 17" Floor
P.O. Box 391
Wilmington, Delaware 19899
jpatton@ycst.com

Michael J. Crames, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022-3598
mcrames@kayscholer.com

**Counsel to Chase Manhattan Bank**
Terry Currier
Eric L. Schnabel
Klett Rooney Lieber & Schorling PC
The Brandywine Building, 1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19899-1397
currier@klettrooney.com

Michael R. Lastowski
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Robert Scheibe
Richard S. Toder
Scott Talmadge
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10 1780060
rscheibe@morganJewis.com
rtoder@morganlewis.com
stalmadge@morganlewis.com.

Denise Wildes
Lewis Kruger
Stroock, Stroock & Lavin LLP
180 Maiden Lane
New York, NY 10038-4982
dwildes@strook.com
lkruger@strook.com

**Office of the United States Trustee**
Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 23 11
Wilmington, DE 19801
Facsimile No.: 302-573-6497
frank.j.perch@usdoj.com

ArmstrongWHS12.04Invoice.rtf