**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201

*Invoice submitted to:*
Armstrong World Industries, Inc.
2500 Columbia Avenue, Bldg 701
Lancaster PA 17603

December 31, 2004

In Reference To:     Bankruptcy Fee Audit

Invoice #      10527

Professional Services

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 12/1/2004 | CO | Update database with 10.04 Monthly Invoice of Trafelet (.10); 10.04 Monthly Invoice of Kaye (.10); 10.04 Monthly Invoice of Feinberg (.10) | 0.30 | 12.00 |
| 12/3/2004 | CO | Update database with 10.04 and 09.04 Monthly Invoice of Cozen (.20); 09.04 Monthly Invoice of Richards (.10); 06.01.04 through 08.31.04 Interim Fee Application of Deloitte (.10) | 0.40 | 16.00 |
| | PGS | Preparation of October 2004 CNO for WHS | 0.10 | 8.00 |
| 12/5/2004 | DTW | Review Deloitte 10th interim application (.6); drafting initial report regarding same (1.3). | 1.90 | 275.50 |
| 12/6/2004 | PGS | Electronic filing with court of October 2004 CNO for WHS | 0.10 | 8.00 |
| 12/8/2004 | CO | Update database with 10.04 Monthly Invoice of Weil (.10); 08.04 Monthly Invoice of KPMG (.10); 06.01.04 through 08.31.04 Interim Fee Application of Dechert (.10); 06.01.04 through 08.31.04 Interim Fee Application and 08.04 amended Monthly Invoice of Reed (.10); 10.04 Monthly Invoice of Gibbons (.10); 10.04 Monthly Invoice of Caplin (.10); 10.04 Monthly Invoice of Tersigni (.10); 10.04 Monthly Invoice of Campbell (.10); 01.04 Monthly Invoice and 05.01.04 through 07.31.04 and 02.01.04 through 04.30.04 and 05.01.04 through 07.31.04 Interim Fee Applications of Navigant (.20) | 1.00 | 40.00 |
| | PGS | Preparation of the November 2004 Monthly Invoice for WHS | 0.60 | 48.00 |

Armstrong World Industries, Inc.     Page   2

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 12/8/2004 | DTW | Review of several new administrative order and examine proposed fee order for accuracy (.7). | 0.70 | 101.50 |
| 12/9/2004 | PGS | Electronic filing with court of November 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| 12/10/2004 | CO | Update database with 11.04 Monthly Invoice of Trafelet (.10); 10.04 Monthly Invoice of Womble (.10) | 0.20 | 8.00 |
| 12/13/2004 | CO | Update database with 11.04 Monthly Invoice of Kaye (.10); 11.04 Monthly Invoice of Cozen (.10); 10.04 Monthly Invoice of Richards (.10); 09.04 Monthly Invoice of Young (.10); 01.01.04 through 02.29.04 Monthly Invoice of Kasowitz (.10) | 0.50 | 20.00 |
| 12/14/2004 | DTW | Correspondence with B. Witters regarding November hearing transcript (.1); telephone call with W. Smith regarding Gibbons fee issue and research regarding same (.4); reviewing transcript of hearing (.5); review agenda for Monday hearing (.4); review draft order for accuracy (.5); memorandum to W. Smith regarding same (.3); Pacer research regarding Gibbons response to final report (.2). | 2.40 | 348.00 |
| | WHS | detailed review of KPMG 9th Int IR | 0.10 | 27.50 |
| | JBA | telephone conference with B. Witters re: Dial-in info for 12.20.04 hearing | 0.10 | 4.00 |
| 12/16/2004 | JBA | Update database with Weil 10.04 e-detail | 0.10 | 4.00 |
| | WHS | left detailed telephone voicemail for Dale Barney re Gibbons | 0.10 | 27.50 |
| | WHS | draft e-mail to Rebecca Booth re Gibbons | 0.10 | 27.50 |
| 12/20/2004 | CO | Update database with 11.04 Monthly Invoice of Feinberg (.10); 11.04 Monthly Invoice of Gilbert (.10) | 0.20 | 8.00 |
| | JBA | Update database with Gilbert 11.04 e-detail pdf, Morgan 10.04 e-detail pdf, Peterson 10.04 e-detail pdf, and Womble 11.04 e-detail pdf | 0.10 | 4.00 |
| 12/21/2004 | DTW | review e-mails received regarding responses and electronic versions of fee detail (.3). | 0.30 | 43.50 |

Armstrong World Industries, Inc.                                                                                           Page     3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 12/21/2004 | JBA | Update database with Weil 11.04 e-detail | 0.10 | 4.00 |
| 12/22/2004 | DTW | Extended call with W. Smith regarding fee order and researching numbers regarding Kaye Scholer (.5). | 0.50 | 72.50 |
| 12/23/2004 | JBA | Electronic filing with court of Final Report re: Kaye Scholer 9th Interim (.1), and Paul Weiss 9th Interim (.1) | 0.20 | 8.00 |
| 12/28/2004 | CO | Update database with 11.04 Monthly Invoice of Campbell (.10); 09.01.04 through 11.30.04 Interim Fee Application of Dechert (.10); 10.04 Monthly Invoice of Peterson (.10); 11.04 Monthly Invoice of Weil (.10); 10.04 Monthly Invoice of Morgan (.10); 11.04 Monthly Invoice of Womble (.10); 11.04 Monthly Invoice of Caplin (.10); 11.04 Monthly Invoice of Tersigni (.10); 11.04 Monthly Invoice of Covington (.10); 11.04 Monthly Invoice of Gibbons (.10) | 1.00 | 40.00 |
|  | JAW | detailed review of KPMG August, 2004, monthly invoice (3.0); draft summary of same (0.1) | 3.10 | 418.50 |
|  | JBA | Update database with Covington 11.04 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with 11.04 e-detail for: Campbell, Caplin, and Tersigni | 0.10 | 4.00 |
| 12/29/2004 | JBA | Update database with RLF 11.04 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Peterson 11.04 e-detail pdf | 0.10 | 4.00 |
| 12/30/2004 | DTW | Correspondence from and to B. Witters regarding status of 8th interim final reports (.2). | 0.20 | 29.00 |
|  |  | **For professional services rendered** | **14.90** | **$1,627.00** |

Additional Charges :

|  | Price |  |
|---|---|---|
| Third party copies & document prep/setup of October 2004 Monthly Invoice of WHS | 38.70 | 38.70 |

| Armstrong World Industries, Inc. | | Page 4 |
|---|---|---|
| | **Price** | **Amount** |
| Third party copies & document prep/setup of the Final Report of Covington for the period 03.01.04-05.31.04 | 40.01 | 40.01 |
| Third party copies & document prep/setup of the Final Report of Peterson for the period 09.01.03-11.31.03 | 27.87 | 27.87 |
| Third party copies & document prep/setup of the November 2004 Monthly Invoice of WHS | 34.54 | 34.54 |
| **Total costs** | | $141.12 |
| **Total amount of this bill** | | $1,768.12 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 3.60 | 40.00 | $144.00 |
| Doreen T Williams | 6.00 | 145.00 | $870.00 |
| James A Wehrmann | 3.10 | 135.00 | $418.50 |
| Jeff B. Allgood | 1.00 | 40.00 | $40.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Warren H Smith | 0.30 | 275.00 | $82.50 |