## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co. | ) | Case No. 01-1139-JKF |
| | ) | |
| Debtor, | ) | |
| | ) | |

**FILED 2004 DEC 20 AM 10:59**

### VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

David M. Layton, being first duly sworn, hereby deposes and states as follows:

1.  I, David M. Layton, am an attorney with the law firm of Ashcraft & Gerel, LLP. 10 E. Baltimore Street, Suite 1212, Baltimore, Maryland 21202.

2.  This Verified Statement is filed in accordance with Rule 2019 (a) of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P 2019 dated October 25, 2004 ( the "Revised Order").

3.  The law firm of Ashcraft & Gerel, LLP has been retained as counsel or co-counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is included on the compact disk ("CD") submitted to the Clerk herewith.

4.  The undersigned certifies that each creditor named on the attached list has executed a Power of Attorney authorizing Ashcraft & Gerel, LLP to represent the creditor in bankruptcy proceedings.

5.  The address of each creditor for purposes hereof is c/o Ashcraft & Gerel, LLP 10 E. Baltimore Street, Suite 1212, Baltimore, Maryland 21202.

6. Enclosed on the "CD" is a list of creditors, and incorporated by reference and intended as an exemplar is an actual copy of the Power of Attorney authorizing the undersigned counsel to act on behalf of each creditor identified herein.

7. The Creditors hold claims in varying amounts for monetary damages due to personal injury resulting from exposure to asbestos containing products manufactured by Owens Corning Corporation. Pursuant to the Revised Order, all of the relevant information indentifying the Creditors and the nature and amount of their claim is contained in the list of creditors in Excel Spreadsheet format, Exhibit A, which have not been scanned, but are available upon motion and order of the Court.

8. Ashcraft & Gerel, LLP will file an amended and supplemental statement setting forth any changes in the facts contained in this Verified Statement, should any such materials changes occur.

Dated: December 15, 2004

Respectfully Submitted,

David M. Layton
Ashcraft & Gerel, LLP
10 E. Baltimore Street, Suite 1212
Baltimore, Maryland 21202
410-539-1122
Fax: 410-547-1261

Federal Trial Bar #01499
(U.S. District Court for the
  District of Maryland)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Kaiser Aluminum Corporation, et.al. | ) | Case No. 02-10429-JKF |
| | ) | |
| Debtor, | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, David M. Layton, hereby certify that on _December 15, 2004_, I caused a true and correct copy of the Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 to be served on all parties on the attached service list by U.S. Mail as indicated on the attached Service List.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _December 15, 2004_

Respectfully Submitted,

David M. Layton
Ashcraft & Gerel, LLP
10 E. Baltimore Street, Suite 1212
Baltimore, Maryland 21202
410-539-1122
Fax: 410-547-1261

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Verified Statement in connection with the Representation of Creditors as Required by F.R.B.P 2019 by U.S. Mail this _15th_ day of _December 2004_ to:

Laura Davis Jones
Pachulski, Stang, Ziehl, Young & Jones
919 N. Market Street, 16th Floor
Wilmington, DE 19801
as Attorney for W.R. Grace & Co.

Kirkland & Ellis
David M. Bernick
200 East Randolph Drive
Chicago, IL 60661

Frank J. Perch
Office of the U.S. Trustee
601 Walnut Street
The Curtis Center, Suite 950 West
Philadelphia, PA 19106

_David M. Layton_
David M. Layton