IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | In Proceedings for a |
| W.R. Grace & Co., et al. | ) | Reorganization under |
| | ) | Chapter 11 |
| | ) | |
| Debrors. | ) | Case No. 01-1139 (JKF) |
| | ) | |

## AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 12th of January 2005, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

1. **[signed] Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P.2019 [Docket No. 6715]**

2. **[signed] Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof [Docket No. 7349]**

_____
Linda M. Ellis

Sworn to and subscribed before
me this 12th day of January 2005

_____
Notary Public

My Commission Expires: 02/11/06

28587-001\DOCS_DE:68090.29
73551-001\DOCS_DE:85961.3

W.R. Grace
Special Service List for Signed Rule 2019 Orders (1/11/05)
Case No. 01-1139 (JKF)
Doc. No. 85961.3
02 Hand Delivery
01 – First Class Mail


(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*First Class Mail*
John I. Kittel
Bryan M. Frink
Mazur & Kittel, PLLC
30665 Northwestern Hwy.
Suite 175
Farmington Hills, MI 48334