IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No.: 01-01139(JKF) |
| W.R. GRACE & CO., et al., | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION OF BMW CONSTRUCTORS, INC. TO DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION**

BMW Constructors, Inc. (hereinafter "BMW"), by and through its undersigned counsel, hereby withdraws its Limited Objection to the Disclosure Statement for Debtors' Plan of Reorganization (the Limited Objection"), originally filed with the Court on December 20, 2004, under Docket No. 7238.

FOX ROTHSCHILD LLP

/s/ *L. Jason Cornell, Esquire*
Neal J. Levitsky, Esquire (No. 2092)
L. Jason Cornell, Esquire (No. 3821)
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323
Tel: 302-654-7444

Dated: January 12, 2005

WM1A 49420v1 01/12/05

WM1A 49420v1 01/12/05