# CERTIFICATE OF SERVICE

    I, William D. Sullivan, Esquire, hereby certify that on January 12, 2005, service of the *Summary Of The Verified Application Of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From November 1, 2004 Through November 30, 2004,* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

    I certify the foregoing to be true and correct under the penalty of perjury.

    January 12, 2005                                   */s/ William D. Sullivan*
         Dated                                                 William D. Sullivan