# Exhibit A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 7: EXHIBIT A - AMENDED CLAIMS

| | Claim to Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 8770 | $952,979.56 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T CORPORATION<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 15451 | $903,636.85 | (U) |
| 2 | DICKINSON WRIGHT PLLC<br>C/O MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226 | 01-01139 | 2001 | $172,810.61 | (U) | DICKINSON WRIGHT PLLC<br>MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226 | 01-01139 | 15461 | $66,531.21 | (U) |
| 3 | SPARTANBURG COUNTY TAX COLLECTOR<br>ATTN: JEAN R JAMESON<br>PO BOX 3060<br>SPARTANBURG SC 29304 | 01-01139 | 787 | $5,758.92 | (P) | SPARTANBURG COUNTY TAX COLLECTOR<br>ATTN: JEAN R JAMESON<br>PO BOX 3060<br>SPARTANBURG SC 29304 | 01-01139 | 15438 | $5,074.88 | (S) |
| 4 | STATE OF INDIANA<br>DEPT OF REVENUE<br>INDIANA GOVERNMENT CTR N<br>100 N SENATE AVE ROOM N203<br>INDIANAPOLIS IN 46204-2253 | 01-01139 | 15362 | $945.00 | (A) | INDIANA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION ROOM N203<br>BANKRUPTCY SECTION<br>100 N SENATE AVE<br>INDIANAPOLIS IN 46204-2253 | 01-01140 | 15369 | $9,619.24 | (A) |
| 5 | SUKENIK, RICHARD N<br>PO BOX 33207<br>PALM BEACH GARDENS FL 33420-3207 | 01-01139 | 15449 | $22,615.64 | (A) | SUKENIK, RICHARD N<br>PO BOX 33207<br>PALM BEACH GARDENS FL 33420-3207 | 01-01139 | 15356 | $28,185.81 | (A) |
| 6 | TENNESSEE DEPT OF REVENUE<br>ATTN: WILBUR E HOOKS<br>4TH FL<br>ANDREW JACKSON STATE OFFICE BLDG<br>NASHVILLE TN 37242 | 01-01139 | 611 | $173,401.79 | (A) | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 15453 | $144,342.65 | (A) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# In re: W.R. GRACE & CO., et al
## OMNIBUS 7: EXHIBIT A - AMENDED CLAIMS

| | Claim To Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 7 | TENNESSEE DEPT OF REVENUE<br>ATTN: WILBUR E HOOKS<br>TAX ENFORCEMENT DIVISION<br>4TH FL ANDREW JACKSON BLDG<br>NASHVILLE TN 37242 | 01-01139 | 613 | $136,825.35<br>$5.00 | (P)<br>(U) | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 15452 | $2,066.55 | (P) |
| 8 | THE COMMONWEALTH OF MASSACHUSETT<br>C/O ANNE CHAN<br>TAX EXAMINER<br>BOX 55484<br>BOSTON MA 02205-5484 | 01-01140 | 15333 | $35,423,945.06 | (P) | THE COMMONWEALTH OF MASSACHUSETTS<br>C/O ANNE CHAN<br>LITIGATION BUREAU BANKRUPTCY UNIT<br>BOX 9564<br>BOSTON MA 02114-9564 | 01-01140 | 15370 | $34,805,361.23 | (P) |

Total Claims Expunged: 8    Total Dollars Expunged: $36,889,286.93

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The Inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# Exhibit B

# In re: W.R. GRACE & CO., et al
## OMNIBUS 7: EXHIBIT B - DUPLICATE CLAIMS

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T CORPORATION<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 15451 | $903,636.85 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP<br>ASSIGNEE OF AT&T<br>ATTN ALPA JIMENEZ<br>411 W PUTNAM AVE STE 225<br>GREENWICH CT 06830 | 01-01139 | 15444 | $903,636.85 | (U) |
| 2 | LANGAN ENGINEERING & ENVIRONMENTAL<br>C/O FOSTER AND MAZZIE<br>10 FURLER ST<br>PO BOX 209<br>TOTOWA NJ 07512 | 01-01139 | 15456 | $22,056.64 | (U) | LANGAN ENGINEERING & ENVIRONMENTAL S<br>C/O FOSTER AND MAZZIE<br>10 FURLER ST<br>PO BOX 209<br>TOTOWA NJ 07512 | 01-01139 | 2703 | $22,056.64 | (U) |

Total Claims Expunged: 2    Total Dollars Expunged: $925,693.49

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

# Exhibit C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 7: EXHIBIT C - LATE FILED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Docketed Claim Date | Total Claim Dollars | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | CHEVRON TEXACO SERVICES CO<br>PO BOX 9034<br>ROOM 34320D<br>CONCORD CA 94524-1934 | 01-01139<br>W.R. GRACE & CO. | 15454 | 5/11/2004 | $22,680.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 2 | HEPACO INC<br>2711 BURCH DR<br>CHARLOTTE NC 28269 | 01-01139<br>W.R. GRACE & CO. | 15458 | 8/5/2004 | $13,578.00 | CLAIM FILED AFTER 3/31/03 BAR DATE. |
| 3 | LANGAN ENGINEERING & ENVIRONMENTAL SERV<br>C/O FOSTER AND MAZZIE<br>10 FURLER ST<br>PO BOX 209<br>TOTOWA NJ 07512 | 01-01139<br>W.R. GRACE & CO. | 15456 | 6/3/2004 | $22,056.64 | CLAIM FILED AFTER 3/31/03 BAR DATE. |

totals: $58,314.64 (U)

# Exhibit D

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) |
| | ) Case No. 01-01139 (JKF) |
| Debtors. | ) |
| | ) (Jointly Administered) |

02109820514348

ALEXANDER, JOHN
C/O RONALD M APPLEBAUM ESQ
WEINER & COX PLC
3000 TOWN CENTER STE 1800
SOUTHFIELD, MI 48075

Hearing Date: February 28, 2005 at 12:00 p.m.
Responses Due: February 11, 2005 at 4:00 p.m.

Basis For Objection:
NO SUPPORTING DOCUMENTATION

Reason for Proposed Disallowance:
NO SUPPORTING DOCUMENTATION

**Claim Data**

| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 01-01140 | 3194 | 4/03/03 | $0.00 | (U) |

## OMNIBUS 7: EXHIBIT D - SAMPLE CUSTOM NOTICE

### NOTICE OF FILING
### DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

**PLEASE TAKE NOTICE** that on or about January 12, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) (the "Seventh Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

---

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                  (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Seventh Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Seventh Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Seventh Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Seventh Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Seventh Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **February 28, 2005 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Seventh Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **February 11, 2005 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by February 11, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Seventh Omnibus Objection.

4. Any response should contain the following:
   (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;
   (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;
   (iii) the claim number(s) of the claim objection(s) to which the response is directed;
   (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Seventh Omnibus Objection; and
   (v) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Seventh Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Seventh Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Seventh Omnibus Objection. If you do not timely file and serve a response to the Seventh Omnibus Objection, the relief requested in the Seventh Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Seventh Omnibus Objection shall be deemed (i) waiver of your right to respond to the Seventh Omnibus Objection and (ii) your consent to the relief requested in the Seventh Omnibus Objection respecting your Claim.

7. The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Seventh Omnibus Objection, please call Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware
Dated: January 12, 2005   Respectfully submitted,

| | | |
|---|---|---|
| KIRKLAND & ELLIS LLP | and | PACHULSKI, STANG, ZIEHL, YOUNG, |
| James H.M. Sprayregen, P.C. | | JONES & WEINTRAUB P.C. |
| James W. Kapp III | | /s/ |
| Janet S. Baer | | Laura Davis Jones (Bar No. 2436) |
| 200 East Randolph Drive | | David W. Carickhoff, Jr. (Bar No. 3715) |
| Chicago, IL 60601-6636 | | 919 N. Market Street, 16th Floor |
| (312) 861-2000 (telephone) | | P.O. Box 8705 |
| (312) 861-2200 (facsimile) | | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | | (302) 652-4100 (telephone) |
| | | (302) 652-4400 (facsimile) |

Co-Counsel for the Debtors and Debtors in Possession