# Exhibit A

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01139 | 9572 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 2 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01141 | 9574 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 3 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01142 | 9575 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 4 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01143 | 9576 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 5 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01144 | 9577 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative      (S) - Secured**
**(P) - Priority      (U) - Unsecured**

12/14/2004 12:44:00 PM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claims to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 6 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01145 | 9578 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 7 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01146 | 9579 | UNKNOWN | (U) | NOBLE, MICHAEL CALVIN<br>8797 FARM TO MARKET ROAD<br>LIBBY  MT  59923 | 01-01140 | 9573 | UNKNOWN | (U) |
| 8 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01147 | 9580 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 9 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01148 | 9581 | UNKNOWN | (T) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 10 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01149 | 9582 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA  PA  19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of
identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification
is correct or appropriate.

**\*\*(A) - Administrative     (S) - Secured**
**(P) - Priority                (U) - Unsecured**

12/14/2004 12:44:00 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS

| Claims To Be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 11 | | | | | | | | | |
| CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01150 | 9983 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 12 | | | | | | | | | |
| CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01151 | 9984 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 13 | | | | | | | | | |
| CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01152 | 9985 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 14 | | | | | | | | | |
| CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01153 | 9986 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 15 | | | | | | | | | |
| CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01154 | 9987 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the Debtors' best proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

12/14/2004 12:44:00 PM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claim to Be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** |
| 16 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01155 | 9588 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 17 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01156 | 9589 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 18 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01157 | 9590 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 19 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01158 | 9591 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 20 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01159 | 9592 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative**
**(P) - Priority**
**(S) - Secured**
**(U) - Unsecured**

12/14/2004 12:44:01 PM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Class** |
| 21 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01160 | 9593 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 22 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01161 | 9594 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 23 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01162 | 9595 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 24 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01163 | 9596 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 25 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01164 | 9597 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

12/14/2004 12:44:01 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* Claim Class** |
| 26 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01165 | 9598 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 27 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01166 | 9599 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 28 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01167 | 9600 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 29 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01168 | 9601 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 30 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01169 | 9602 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| | Claim to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 31 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01170 | 9603 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 32 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01171 | 9604 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 33 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01172 | 9605 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 34 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01173 | 9606 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 35 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01174 | 9607 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

12/14/2004 12:44:01 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars | Claim Class** |
| 36 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01175 | 9608 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 37 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01176 | 9609 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 38 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01177 | 9610 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 39 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01178 | 9611 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |
| 40 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01179 | 9612 | UNKNOWN (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| Claim to Be Expunged | | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| **41** CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01180 | 9613 | UNKNOWN | (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| **42** CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01181 | 9614 | UNKNOWN | (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| **43** CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01182 | 9615 | UNKNOWN | (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| **44** CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01183 | 9616 | UNKNOWN | (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| **45** CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01184 | 9617 | UNKNOWN | (U) | | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative**      **(S) - Secured**
**(P) - Priority**      **(U) - Unsecured**

12/14/2004 12:44:01 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS

| Claim To Be Expunged | | | | | Surviving Claim | | | | |
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|---|---|---|---|---|
| 46 CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01185 | 9618 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 47 CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01186 | 9619 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 48 CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01187 | 9620 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 49 CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01188 | 9621 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 50 CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01189 | 9622 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

12/14/2004 12:44:01 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 51 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01190 | 9823 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 52 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01191 | 9824 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 53 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01192 | 9825 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 54 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01193 | 9826 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 55 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01194 | 9827 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

12/14/2004 12:44:02 PM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS**

| Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 56 CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01195 | 9628 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 57 CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01196 | 9629 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 58 CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01197 | 9630 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 59 CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01198 | 9631 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 60 CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01199 | 9632 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**\*\*(A) - Administrative**
**(P) - Priority**

**(S) - Secured**
**(U) - Unsecured**

12/14/2004 12:44:02 PM

# In re: W.R. GRACE & CO., et al

## OMNIBUS 8: EXHIBIT A - CROSS-DEBTOR DUPLICATE CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 61 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01200 | 9633 | UNKNOWN | (U) | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01140 | 9573 | UNKNOWN | (U) |
| 62 | NATIONAL UNION FIRE INSURANCE COMPA<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01139 | 9553 | $46,971,746.00 | (S) | NATIONAL UNION FIRE INSURANCE COMPAN<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01140 | 9554 | $46,971,746.00 | (S) |
| 63 | TOWN OF ACTON MASSACHUSETTS<br>C/O THOMAS O BEAN ESQ<br>155 SEAPORT BLVD WORLD TRADE<br>CENTER W<br>BOSTON MA 02210 | 01-01139 | 4385 | UNKNOWN | (S) | TOWN OF ACTON MASSACHUSETTS<br>C/O THOMAS O BEAN ESQ<br>NUTTER MCCLENNEN & FISH LLP<br>155 SEAPORT BLVD WORLD TRADE CENTER<br>W<br>BOSTON MA 02210 | 01-01140 | 4384 | UNKNOWN | (S) |

Total Claims Expunged: 63    Total Dollars Expunged: $46,971,746.00

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

12/14/2004 12:44:02 PM

# Exhibit B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT B - INVALID TRANSFER CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | TYLER, W S<br>SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE  CA  92614 | 01-01139<br>W.R. GRACE & CO. | 886 | $3,308.00 | (U) | NO TRANSFER SUBMITTED |

|  | totals: | $3,308.00 | (U) |
|---|---|---|---|

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative        (S) - Secured
(P) - Priority        (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 1 of 1                                                                                                            12/14/2004 8:20:00 AM

# Exhibit C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | ALAMEDA COUNTY TAX COLLECTOR ATTN: JOHN LAC 1221 OAK STREET OAKLAND CA 94612 | 01-01140 W.R. GRACE & CO.- CONN. | 152 | $2,999.76 | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 2 | B&N&K RESTORATION CO INC 223 RANDOLPH AVE CLIFTON NJ 07011 | 01-01140 W.R. GRACE & CO.- CONN. | 1881 | | | NOT A WR GRACE CLAIM. |
| 3 | CHINA PATENT AGENT HK LTD 22/F GREAT EAGLE CENTRE 23 HARBOUR RD WANCHAI HONG KONG | 01-01139 W.R. GRACE & CO. | 1381 | $6,219.90 | (U) | INVOICES ARE NOT OPEN IN OUR BOOKS AND RECORDS AND DATE FROM 1989 TO 1995. THIS VENDOR IS USED BY GRACE ON A CONTINUOS BASIS AND THE HAVE NEVER INDICATED TO GRACE THAT THERE WERE OPEN UNPAID INVOICES. |
| 4 | CITY OF PHILADELPHIA C/O MORTON R BRANZBURG ESQ KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP 260 S BROAD ST PHILADELPHIA PA 19102 | 01-01139 W.R. GRACE & CO. | 157 | $948.39 | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 5 | CITY OF PHILADELPHIA C/O MORTON R BRANZBURG ESQ KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP 260 S BROAD ST PHILADELPHIA PA 19102 | 01-01139 W.R. GRACE & CO. | 158 | UNKNOWN | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 6 | DEPARTMENT OF REVENUE STATE OF MISSOURI BOX 475 JEFFERSON CITY MO 65105 | 01-01139 W.R. GRACE & CO. | 3816 | $180.05 $3,896.41 | (P) (U) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 7 | DEPARTMENT OF THE TREASURY INTERNAL 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01139 W.R. GRACE & CO. | 15445 | $10,177.92 | (P) | NOT A WR GRACE CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

In re: W.R. GRACE & CO., et al
OMNIBUS 8: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | GOVERNMENT OF THE DISTRICT OF COLUMBIA OFFICE OF TAX & REVENUE COLLECTION DIV SPECIAL INVESTIGATION UNIT 941 NORTH CAPITOL ST NE WASHINGTON DC 20002 | 01-01140 W.R. GRACE & CO.- CONN. | 139 | $61,228.25 | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 9 | LINKAGE INC ONE FORBES RD LEXINGTON MA 02421 | 01-01140 W.R. GRACE & CO.- CONN. | 1170 | $4,495.00 | (U) | GRACE ONLY HAD A MINORITY INTEREST IN PROTOCARE AND NEVER CONTROLLED IT. |
| 10 | NORTHERN TOOL & EQUIP CO PO BOX 1219 BURNSVILLE MN 55337 | 01-01140 W.R. GRACE & CO.- CONN. | 2075 | $372.57 | (U) | INVOICE DOES NOT BELONG TO GRACE. |
| 11 | NY STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01146 CCHP, INC. | 15316 | $7,509.78 $4,127.62 | (P) (U) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 12 | NYC DEPT OF FINANCE BANKRUPTCY & ASSIGNMENT UNIT 345 ADAMS ST 10TH FL BROOKLYN NY 11201 | 01-01139 W.R. GRACE & CO. | 110 | $2,710,570.00 | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 13 | PA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE DEPT 280946 HARRISBURG PA 17128-0946 | 01-01140 W.R. GRACE & CO.- CONN. | 15450 | $3,510.00 | (A) | CLAIM WAS NOT FILED AGAINST A GRACE ENTITY. |
| 14 | PAULETTE, MARCELLA M 287 TOWNSHIP RD 267 AMSTERDAM OH 43903-7909 | 01-01139 W.R. GRACE & CO. | 2360 | UNKNOWN | (S) | NOT A GRACE LIABILITY. |
| 15 | PRINCE GEORGES COUNTY MARYLAND C/O MEYERS RODBELL & ROSENBAUM P.A. 6801 KENILWORTH AVE STE 400 RIVERDALE MD 20737 | 01-01188 LITIGATION MANAGEMENT, INC | 845 | $1,779.29 | (P) | THE PERSONAL PROPERTY TAX IS FOR YEARS 2000 AND 2001. GRACE RENTED THE PROPERTY UNTIL MAY 1999. THE NAME "ASBESTOS CONTROL MANAGEMENT" IS NOT A GRACE COMPANY. |
| 16 | R I DIVISION OF TAXES ONE CAPITOL HILL PROVIDENCE RI 02908 | 01-01139 W.R. GRACE & CO. | 295 | $3,766.00 | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority                  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 17 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01146 CCHP, INC. | 3862 | UNKNOWN | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 18 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01140 W.R. GRACE & CO.- CONN. | 3863 | UNKNOWN | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 19 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01193 MRA STAFFING SYSTEMS, INC. | 3864 | UNKNOWN | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 20 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01198 CC PARTNERS | 3865 | UNKNOWN | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 21 | STATE OF FLORIDA DEPT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE FL 32314-6668 | 01-01191 MRA HOLDINGS CORP. | 80 | $174.07 $200.00 | (P) (U) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 22 | STATE OF NEW JERSEY DEPARTMENT OF TREASU DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.- CONN. | 15324 | $258,629.24 | (A) | CLAIM AMOUNT BASEDON ESTIMATE. |
| 23 | STATE OF NEW MEXICO TAXATION & REVENUE TAXATION & REVENUE DEPT PO BOX 22690 SANTA FE NM 87502-2690 | 01-01140 W.R. GRACE & CO.- CONN. | 352 | $77,000.00 | (P) | CLAIM TYPE BASED ON ESTIMATE. |
| 24 | TENNESSEE DEPT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE TN 37202-0207 | 01-01139 W.R. GRACE & CO. | 15452 | $2,066.55 | (P) | CLAIM AMOUNT BASED ON ESTIMATE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                (P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT C - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 25 | TEXAS COMPTROLLER OF PUBLIC ACCTS OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 01-01165 GRACE DRILLING COMPANY | 311 | $11,227.67 | (S) | CLAIM AMOUNT BASED ON ESTIMATE. |
| 26 | TOWN OF CORNELIUS PO BOX 399 CORNELIUS NC 28031 | 01-01139 W.R. GRACE & CO. | 1245 | $719.46 | (U) | CLAIM AMOUNT BASED ON ESTIMATE. |

| | | |
|---|---|---|
| totals: | $11,227.67 | (S) |
| | $262,139.24 | (A) |
| | $2,878,400.06 | (P) |
| | $20,030.96 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                    (P) - Priority              (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# Exhibit D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | BIG RIVER RUBBER & GASKET C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 645 | $8,462.46 | (U) | $6,235.96 | (U) | SUPPORTING DOCUMENTS TOTAL $6,235.96. VENDOR WAS NOT ABLE TO EXPLAIN DIFFERENCE BETWEEN CLAIM AND SUPPORTING DOCUMENTS. |
| 2 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF LA CHEMICALS LTD ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 9182 | $32,289.15 | (U) | $26,161.15 | (U) | REDUCED FOR INVOICE 13749 DATED 2/5/01 FOR $6,128.00. INVOICE 13785 APPEARS TO BE A REPLACEMENT INVOICE AND 13785 WAS PAID ON 3/21/01 VIA EDI. |
| 3 | DURRETT SHEPPARD STEEL CO INC 6800 E BALTIMORE ST BALTIMORE MD 21224 | 956 | $3,875.12 | (U) | $3,837.22 | (U) | REDUCED BY $37.90 FOR TAX CHARGED ON NON TAXABLE ITEM ( INVOICE 136098 DATED 3/27/01). |
| 4 | HANDEX OF NEW ENGLAND INC ATTN: WILLIAM E TABOR 30941 SUNEAGLE DR MOUNT DORA FL 32757 | 2438 | $14,958.89 | (U) | $6,742.13 | (U) | REDUCED BY $8,216.76 FOR A REDUCTION TAKEN ON INVOICE 2842497 DATED 3/31/01. |
| 5 | IBM CORPORATION ATTN: BH SHIDELER 2707 BUTTERFIELD ROAD OAKBROOK IL 60523 | 149 | $74,337.14 | (U) | $60,191.54 | (U) | SEE INVOICE DETAILS FOR MORE INFORMATION. MANY CLAIMED INVOICES BELONG TO CRYOVAC WHICH WAS SOLD TO SEALED AIR PRIOR TO THE INVOICE DATES. |
| 6 | LANDAUER INC C/O D&B/RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM MD 21094 | 696 | $753.20 | (U) | $663.65 | (U) | REDUCED FOR FINANCE CHARGES ACCRUED AFTER THE PETITION DATE. |
| 7 | NEW YORK STATE DEPT OF TAXATION & FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 15165 | $267,817.79 | (U) | $106,368.00 | (U) | AGREED TO ASSESSMENT OF $106,368. |
| 8 | ROADWAY EXPRESS INC 1077 GORGE BLVD PO BOX 3552 AKRON OH 44309-3552 | 783 | $2,004.34 | (U) | $1,084.33 | (U) | REDUCED BY $920.01 BECAUSE (A) THREE INVOICES TOTALING $368.31 DO NOT BELONG TO GRACE AND (B) TWO INVOICES TOTALING $551.70 ARE VERY OLD (DATED IN 2000) AND GRACE HAS NO RECORD OF THEM. |
| 9 | SIGMA-ALDRICH INC ATTN: TONI TURNER 3050 SPRUCE ST ST LOUIS MO 63103 | 610 | $43,009.86 | (U) | $39,857.62 | (U) | SEE CLAIMED INVOICES DETAILS FOR EXPLANATION. SEVERAL INVOICES ARE SO OLD THAT GRACE REQUIRES PROOF OF DELIVERY IN ORDER TO VALIDATE. |
| 10 | STATE OF NEW JERSEY DEPT OF TREASURY DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 871 | $149,730.68 | (P) | $27,491.00 | (P) | ASSESSMENT RECEIVED FOR $27,491. THE BALANCE IS BASED ON AN ESTIMATE. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

12/27/2004 11:22:33 AM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT D - REDUCE AND ALLOW CLAIMS

| Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| | totals: | $149,730.68 | (P) | $27,491.00 | (P) | |
| | | $447,507.95 | (U) | $251,141.60 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 2 of 2                                                         12/27/2004 11:22:41 AM

# Exhibit E

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8: EXHIBIT E - RECLASSIFY, REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|---|
| 1 | BROWNING FERRIS IND<br>ATTN ROBERT H DAVIS<br>5757A OATES RD<br>HOUSTON TX 77078 | 8564 | $2,252.33 | (P) | $436.25 | (U) | | NO BASIS FOR PRIORITY CLAIM. REDUCTION DUE TO CONTRACT RATE DISPUTE AND TWO INVOICES PAID 1/21/99, CHECK 319475 AND 10/14/03, CHECK #66354. |
| 2 | J B INDUSTRIES INC<br>C/O ALEX L DIXON<br>304 CHURCH ST<br>PO BOX 1027<br>LAGRANGE GA 30241 | 398 | $2,811.36 | (S) | $1,979.93 | (U) | | NO BASIS FOR SECURED CLAIM. CLAIM INCLUDES POST -PETITION INVOICE PAID 7/25/01, CHECK #311896. |
| 3 | OVERDALE CORP<br>C/O L C MERTZ<br>6147 W 65 ST<br>CHICAGO IL 60638 | 2684 | $135,057.23 | (P) | $62,990.86 | (U) | | NO BASIS FOR PRIORITY CLAIM. CLAIM REDUCED BECAUSE NUMEROUS CLAIMED INVOICES WERE PAID. |
| 4 | PREFERRED UTILITIES MFG CORP<br>31 35 SOUTH ST<br>DANBURY CT 06810 | 20 | $1,400.50 | (P) | $622.50 | (U) | | NO BASIS FOR PRIORITY CLAIM. INVOICE 11670 PAID 4/10/01, CHECK# 4437. |
| 5 | UNITED STATES CONTAINER CORPORATION<br>ATTN: MARY FREEMAN<br>4950 S SANTA FE AVE<br>VERNON CA 90058 | 1081 | $3,015.02 | (P) | $723.18 | (U) | | NO BASIS FOR PRIORITY CLAIM. CLAIM INCLUDES POST-PETITION INVOICES PAID 8/23/01 AND 10/25/01 VIA EDI. |

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| totals: | $2,811.36 | (S) | $66,752.72 | (U) | | | |
| | $141,725.08 | (P) | | | | | |

# Exhibit F

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W. R. GRACE & CO., et al.,**[1] | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
| **Debtors.** | ) | |
| | ) | **(Jointly Administered)** |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

02109820514348

ALEXANDER, JOHN
C/O RONALD M APPLEBAUM ESQ
WEINER & COX PLC
3000 TOWN CENTER STE 1800
SOUTHFIELD, MI 48075

**Hearing Date: February 28, 2005 at 12:00 p.m.**
**Responses Due: February 11, 2005 at 4:00 p.m.**

**Basis For Objection:**
NO LIABILITY

**Reason for Proposed Disallowance:**
CLAIM DISMISSED BY MICHIGAN COURT.

| | Claim Data | | | |
|---|---|---|---|---|
| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
| 01-01140 | 3194 | 3/10/2003 | $0.00 | (U) |

# OMNIBUS 8: EXHIBIT F - SAMPLE CUSTOM NOTICE

## NOTICE OF FILING
## DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

　　　　**PLEASE TAKE NOTICE** that on or about January 12, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Eighth Omnibus Objection to Claims (Substantive) (the "Eighth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1]　　The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

---

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.　　**(A) - Administrative　　(S) - Secured
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(P) - Priority　　　　(U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Eighth Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Eighth Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Eighth Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Eighth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1.      A hearing on the Eighth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **February 28, 2005 at 12:00 p.m.** (the "Claims Hearing").

2.      Any party wishing to oppose the relief requested in the Eighth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **February 11, 2005 at 4:00 p.m. (Eastern Time).** Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3.      If no response is filed, served and received by February 11, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Eighth Omnibus Objection.

4.      Any response should contain the following:
   (i)     a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;
   (ii)    the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;
   (iii)   the claim number(s) of the claim objection(s) to which the response is directed;
   (iv)    the specific factual basis and supporting legal argument upon which the party will rely in opposing the Eighth Omnibus Objection; and

   (v)     any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5.      If you file a response to the Eighth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6.      You need not respond to the Eighth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Eighth Omnibus Objection. If you do not timely file and serve a response to the Eighth Omnibus Objection, the relief requested in the Eighth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Eighth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Eighth Omnibus Objection and (ii) your consent to the relief requested in the Eighth Omnibus Objection respecting your Claim.

7.      The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Eighth Omnibus Objection, please call Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware
Dated: January 12, 2005        Respectfully submitted,

KIRKLAND & ELLIS LLP           and     PACHULSKI, STANG, ZIEHL, YOUNG,
James H.M. Sprayregen, P.C.            JONES & WEINTRAUB P.C.
James W. Kapp III                               /s/
Janet S. Baer                          _____
200 East Randolph Drive                Laura Davis Jones (Bar No. 2436)
Chicago, IL 60601-6636                 David W. Carickhoff, Jr. (Bar No. 3715)
(312) 861-2000 (telephone)             919 N. Market Street, 16th Floor
(312) 861-2200 (facsimile)             P.O. Box 8705
                                       Wilmington, Delaware 19899-8705 (Courier 19801)
                                       (302) 652-4100 (telephone)
                                       (302) 652-4400 (facsimile)

Co-Counsel for the Debtors and Debtors in Possession