IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. _____ and |
| | | 2/28/05 Agenda Item ___ |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Eighth Omnibus Objection to Claims (the "Eighth Omnibus Objection")[1] filed by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing certain Claims; and no previous application having been made; and upon consideration of the Eighth Omnibus Objection and all responses thereto; and due and proper notice of the Eighth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Eighth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[2] and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit A to this Order is sustained, and each of the claims is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit B to this Order is sustained, and each of the claims is expunged and disallowed for all purposes; and it is further

---

[1]    Capitalized terms used but not defined herein are as defined in the Eighth Omnibus Objection.

[2]    To the extent that any claim that is the subject of the Eighth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

ORDERED that the Objection to each Claim listed on <u>Exhibit C</u> to this Order is sustained, and each of the claims is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each Claim listed on <u>Exhibit D</u> to this Order is sustained, and each of the claims is reduced as indicated on <u>Exhibit D</u>; and it is further

ORDERED that the Objection to each Claim listed on <u>Exhibit E</u> to this Order is sustained, and each of the claims is reclassified and reduced as indicated on <u>Exhibit E</u>; and it is further

ORDERED that the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February ___, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2