## CERTIFICATE OF SERVICE

I, *Elio Battista, Jr.*, certify that I am not less than 18 years of age and that on January 13, 2005, I caused the attached *Request for Matrix Entry and Request for Service of Notice and Documents* to be served on the persons listed on the attached Service List in the manner indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Elio Battista, Jr.