### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et. al., | Case No. 01-1139 |
| Debtors. | |

### ORDER

AND NOW, this 13th day of January, 2005, upon consideration of Debtors' Motion Requesting the United States District Court for the District of Delaware to Refer Jurisdiction for Certain Matters to the Bankruptcy Court (Docket No. 7036) and Debtors' Certification of No Objection Regarding Docket No. 7036 (Docket No. 7512), IT IS HEREBY **ORDERED** THAT:

1. The Court refers the Seated Air Settlement Motion (Adv. Docket No. 597) and any related pleadings to the Honorable Judith K. Fitzgerald, Chief United States Bankruptcy Judge of the Western District of Pennsylvania, sitting by designation as Bankruptcy Judge in the Bankruptcy Court.

2. The Court refers the Debtors' Revised Motion as to All Asbestos Personal Injury Claims for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and of the Notice Programs (Docket No. 1664) and all related pleadings to Judge Fitzgerald.

3. The Court reserves its right to withdraw this reference in whole or in part.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.