# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| W.R. GRACE & CO., et. al., | : | Case No. 01-1139 |
| Debtors. | : | |

## ORDER

AND NOW, this 13th day of January, 2005, in light of the Court's Order granting Debtors' Motion Requesting the United States District Court for the District of Delaware to Refer Jurisdiction for Certain Matters to the Bankruptcy Court (the "Motion," Docket No. 7036) and being that there were no objections or responses to the Debtors' Motion, IT IS **ORDERED** that the **HEARING** scheduled for Tuesday, January 18, 2005 at 10:00 a.m. is **CANCELLED**.

BY THE COURT:

RONALD L. BUCKWALTER, J.