IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Frederick B. Rosner, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of John Preefer, Esq., 60 East 42nd Street, Suite 1201, New York, New York 10165 to represent American Legion, Foss Drug/Al Foss, Fargo Housing Authority, St. Helena Catholic Church, Holy Redeemer Catholic Church, St. Leo The Great Church, Church of St. Joseph and School, St. Luke's Parochial School, Cherry Hill Plaza, City of Barnesville/City Hall, Diocese of Little Rock, First United Methodist Church, State of Washington, and the Port of Seattle (collectively, the "PD Claimants") in these bankruptcy cases. The Admittee is admitted, practicing, and in good standing in the State of New York, the United States District Court for the Northern, Southern, Eastern and Western Districts of New York, and the Court of Appeals for the Second and Third Circuit.

      */s/ Frederick B. Rosner*
Frederick B. Rosner (No. 4297)
JASPAN SCHLESINGER HOFFMAN, LLP
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000

#8103.1

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdictions of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

/s/ John Preefer

John Preefer, Esquire
JOHN PREEFER
60 East 42nd Street, Suite 1201
New York, New York 10165
Telephone: (212) 490-9524

Motion granted.

BY THE COURT:

Dated: January ___, 2005

_____
United States Bankruptcy Judge

#8103.1                                  2