UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a Reorganization under Chapter 11 |
| | : | |
| W.R. GRACE & CO., et. al. | : | Case No. 01-1139-JKF |
| | : | |
| Debtor. | : | |

**PLAINTIFFS' 2019 STATEMENT REGARDING W.R. GRACE & CO., et. al.**

Comes now before this Honorable Court, Plaintiffs in the causes of action and original cases designated in Exhibit 2 herein, with this, their Rule 2019 statement as required by the Court pursuant to order dated October 22, 2004 in the above styled bankruptcy matter.

All Plaintiffs in the actions identified in Exhibit 2 have been exposed to asbestos poisoning. This statement, as required by the Court, along with the required exhibits includes:

1. A blank but unredacted exemplar or actual copy of the Power of Attorney giving The Parron Firm the power to act on behalf of these creditors;

2. An Excel spreadsheet containing the data in substantially the same form as required in this Courts order dated October 22, 2004 in this cause;

3. Not applicable;

4. The affidavit of David Parron.

SIGNED THIS 13th DAY OF JANUARY, 2005

RESPECTFULLY SUBMITTED

DAVID D. PARRON
TEXAS STATE BAR # 15540400
The Parron Firm
404 East First Street
Arlington, Texas 76010
(817) 459-4459
fax: (817) 459-0067
*Attorneys For Plaintiffs*