**EXHIBIT 2**

# Plan and Disclosure Statement
# for WR Grace

Total number of parties: 2
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 12137 | GRAU MEMBERS,GRAU & SONS, INC., BANKEMPER & JACOBS, EDWARD L JACOBS, ESQ, PO BOX 70, FORT THOMAS, KY 41075-0070 |
| 12137 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, OFFICE OF THE ATTORNEY GENERAL, MARK BROWNING ESQ ASST ATTY GENERAL, BANKRUPTCY & COLLECTIONS DIVISION, PO BOX 12548, AUSTIN, TX 78711-2548 |

Subtotal for this group: 2