IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Susan Monagle, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 13th day of January, 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1. **AMENDED DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE**

Dated: January 13, 2005

*Susan Monagle*
Susan Monagle

Sworn to and subscribed before me this 13th, day of January, 2005

*Maria E. Ken—*
Notary Public
My Commission Expires: 4-26-06

**MARIA E. KENION**
**NOTARY PUBLIC**
**STATE OF DELAWARE**
My Commission Expires April 26, 2006

W. R. Grace Overnight
Disclosure Statement Service List
Case No. 01-1139 (JKF)
Document Number: 104618
18 – Hand Delivery
26 – Overnight Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(U.S. Attorney)
Ellen Slights, Esquire
Office of the United States Attorney
1201 Market Street, Suite 1100
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
(Counsel for Fresenius Medial Care Holdings, Inc. and National Medical Care, Inc.)
William H. Sudell, Jr., Esquire
Daniel B. Butz, Esquire
1201 North Market Street
Wilmington, DE 19899-1347

*Hand Delivery*
(Counsel for BMW Constructors, Inc.)
Neal J. Levitsky, Esquire
L. Jason Cornell, Esquire
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

*Hand Delivery*
(Counsel for Town of Acton, Mass. and Libby Claimants)
Adam G. Landis, Esquire
Megan N. Harper, Esquire
919 Market Street, Suite 600
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Keri Evans and State of Montana Dept. of Environmental Quality)
Francis A. Monaco, Esquire
1201 North Orange Street, Suite 400
Wilmington, DE 19899-2031

*Hand Delivery*
(Counsel for Sealed Air and Cryovac, Inc.)
Mark S. Chehi, Esquire
One Rodney Square
Wilmington, DE 19899-0636

*Hand Delivery*
(Counsel for AIG Insurers)
William P. Bowden, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Everest Reinsurance Company and Mt. McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Overnight Delivery*
(Executor for the Estate of Rosario Rapisardi)
James P. Rapisardi, Executor
2251 Township Line Road
Logan Twp. N.J. 08085

*Overnight Delivery*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

***Overnight Delivery***
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***Overnight Delivery***
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

***Overnight Delivery***
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

***Overnight Delivery***
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

***Overnight Delivery***
(Equity Committee Counsel)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

***Overnight Delivery***
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

***Overnight Delivery***
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

***Overnight Delivery***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

***Overnight Delivery***
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC 20007

***Overnight Delivery***
(Counsel for Fresenius Medial Care Holdings, Inc. and National Medical Care, Inc.)
David S. Rosenbloom, Esquire
David C. Christian, II, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*Overnight Delivery*
(Counsel for Fresenius Medial Care Holdings, Inc. and National Medical Care, Inc.)
Milton. B. Hyman, Esquire
Elliot G. Freier, Esquire
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angelos, CA 90067

*Overnight Delivery*
(Counsel to Town of Acton, Mass.)
Thomas O. Bean, Esquire
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, Mass 02210-2604

*Overnight Delivery*
(Counsel for Keri Evans)
David Pastor, Esquire
Gilman & Pastor, LLP
999 Broadway, Suite 500
Sangus, MA 01906

*Overnight Delivery*
(Counsel for Keri Evans)
Joseph H. Meltzer, Esquire
Katherine Bornstein, Esquire
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

*Overnight Delivery*
(U.S. Dept. of Justice)
James D. Freeman, Esquire
Thomas L. Sansonetti, Esquire
999 18th Street
Suite 945-North Tower
Denver, Colorado 80202

*Overnight Delivery*
(Securities and Exchange Commission)
Michael A. Berman, Esquire
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C. 20549

*Overnight Delivery*
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*Overnight Delivery*
(Counsel for Keri Evans)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068

*Overnight Delivery*
(Counsel for Sealed Air and Cryovac, Inc.)
Sheila L. Birnbaum
Henry P. Wasserstein, Esquire
Bert L. Wolffe
Four Times Square
New York, New York 10036-6522

*Overnight Delivery*
(Counsel for AIG Insurers)
Michael S. Davis, Esquire
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, New York 10022

*Overnight Delivery*
(Counsel to Everest Reinsurance Company and Mt. McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595

***Overnight Delivery***
(Counsel for Longacre Master Fund, LTD)
Steven D. Pohl, Esquire
Sunni P. Beville, Esquire
Brown Rudnick Berlack Israels, LLP
One Financial Center
Boston, Mass. 02111

***Overnight Delivery***
(Counsel for State of Montana Dept. of
Environmental Quality, Dept. of Public
Health and Human Services and Risk
Management and Tort Defense Division)
James J. Screnar, Asst. Attorney General
State of Montana Dept. of Justice
1712 Ninth Avenue
Helena, MT 59620-1449

***Overnight Delivery***
(Counsel for Libby Claimants)
Daniel C. Cohn, Esquire
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110