# TAB 6

### 4.8.5    Injunctions and Releases Related to the Sealed Air Indemnified Parties and the Fresenius Indemnified Parties

As required by the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement and the Fresenius Settlement Order, the injunctions and releases outlined in the Plan herein, including the Asbestos Channeling Injunction and the Released Matters Injunction, and provided under Bankruptcy Code §§ 105(a) and 524(g), shall absolutely and unequivocally extend to and protect the Sealed Air Indemnified Parties and the Fresenius Indemnified Parties.

### 4.8.7.6 Effect of the Fresenius Settlement Agreement, the Fresenius Settlement Order, and the Sealed Air Settlement Agreement

Notwithstanding anything to the contrary in the Plan, any of the Plan Documents, or the Confirmation Order, nothing in the Plan, any of the Plan Documents or the Confirmation Order (including any other provisions that purports to be preemptory or supervening) shall in any way operate to, or have the effect of, impairing or limiting the legal, equitable or contractual rights or obligations of the Sealed Air Indemnified Parties, the Fresenius Indemnified Parties or the Debtors, the Reorganized Debtors and the Non-Debtor Affiliates, respectively, pursuant to the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement or the Fresenius Settlement Order, as applicable, each of which is expressly made a part of the Plan and incorporated in the Plan by reference.

The Sealed Air Settlement Agreement, the Fresenius Settlement Agreement and the Fresenius Settlement Order set forth certain preconditions to the making of the Sealed Air Payment and/or the Fresenius Payment and the Debtors intend by the Plan to fulfill each and every such precondition whether expressly or impliedly outlined herein. Those preconditions include but are not necessarily limited to the following:

- Releases by the Reorganized Debtors and the Non-Debtor Affiliates;

- Releases by the Holders of certain Claims, including but not limited to asbestos related Claims;

- Issuance of a permanent injunction under Bankruptcy Code § 105(a) and a channeling injunction under Bankruptcy Code § 524(g);

- Indemnification of the Fresenius Indemnified Parties and Sealed Air Indemnified Parties by the Reorganized Debtors and the Non-Debtor Affiliates;

- Dismissal of certain actions, including but not limited to the Fraudulent Conveyance Adversary Proceeding, as outlined in the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement and the Fresenius Settlement Order; and

- A Confirmation Order containing a determination that, as of the Effective Date, the Reorganized Debtors have the ability to pay and satisfy in the ordinary course of business their respective obligations under the Sealed Air Settlement Agreement and the Fresenius Settlement Agreement.

**8.5 INJUNCTIONS AND RELEASES RELATED TO THE SEALED AIR INDEMNIFIED PARTIES AND FRESENIUS INDEMNIFIED PARTIES**

As required by the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement, and the Fresenius Settlement Order, the injunctions and releases outlined in this Plan, including the Asbestos Channeling Injunction and the Released Matters Injunction and provided under Bankruptcy Code §§ 105(a) and 524(g), shall absolutely and unequivocally extend to and protect the Sealed Air Indemnified Parties and the Fresenius Indemnified Parties.

# TAB 7

**4.8.7.5** ~~Plan § 8.6.5~~ **Approval of Sealed Air Settlement Agreement**

The Confirmation Order shall constitute an order approving, as a compromise and settlement pursuant to Bankruptcy Code § 1123(b)(3)(A), the release of Sealed Air, the respective releases of each of the Reorganized Debtors and the Asbestos Trust contained in the Sealed Air Settlement Agreement, and the execution and delivery of the Sealed Air Settlement Agreement which contains the foregoing releases. **The Confirmation Order shall also constitute an order assuming the 1998 Tax Sharing Agreement as defined in the Sealed Air Settlement Agreement.**

### **8.7.5** ~~8.6.5~~ **Approval of Sealed Air Settlement Agreement**

The Confirmation Order shall constitute an order approving, as a compromise and settlement pursuant to Bankruptcy Code § 1123(b)(3)(A), the release of Sealed Air, the respective releases of each of the Reorganized Debtors and the Asbestos Trust contained in the Sealed Air Settlement Agreement, and the execution and delivery of the Sealed Air Settlement Agreement which contains the foregoing releases. **The Confirmation Order shall also constitute an order assuming the 1998 Tax Sharing Agreement as defined in the Sealed Air Settlement Agreement.**

### 9.1 ASSUMPTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Except for (i) executory contracts and unexpired leases that the Debtors reject prior to the Effective Date or designate (on a list to be included in the Plan Supplement) as being subject to rejection in connection with the Effective Date and (ii) agreements, to the extent executory, providing for indemnification of third parties for Asbestos Claims, all executory contracts and unexpired leases, including all Asbestos Insurance Policies and the 1998 Tax Sharing Agreement (as defined in the Sealed Air Settlement Agreement), not previously assumed by the Debtors pursuant to Bankruptcy Code § 365 shall be deemed to have been assumed by the Reorganized Debtors on the Effective Date, and this Plan shall constitute a motion to assume such executory contracts and unexpired leases as of the Effective Date.

The Debtors reserve the right for 30 days after the Confirmation Date to modify the list of rejected contracts to be included in the Plan Supplement to add executory contracts or leases **(but not the 1998 Tax Sharing Agreement)** or remove executory contracts or leases, provided that the Debtors shall file a notice with the Bankruptcy Court and serve each affected party with such notice. Notwithstanding the foregoing, such affected parties shall not be entitled to any Administrative Expense Claim for any executory contracts or leases added to the list of rejected contracts and will only be entitled to a Claim for rejection damages.

Pursuant to the terms of the March 2003 Bar Date Order and Bankruptcy Rule 3002(c)(4), and except as otherwise ordered by the Bankruptcy Court, a proof of Claim for each Claim arising from the rejection of an executory contract or unexpired lease pursuant to this Plan or otherwise shall be Filed with the Bankruptcy Court within thirty (30) days of the later of: (i) the date of the entry of an order, prior to the Confirmation Date, approving such rejection, (ii) the Confirmation Date, or (iii) service of notice of rejection if such party is an affected party as described in the paragraph immediately above. Any Claims not Filed within such applicable time period shall be forever barred from assertion. All Allowed Claims for damages arising from the rejection of an executory contract or unexpired lease shall be included in Class 9 and shall be treated in accordance with Article 3 herein.

Subject to the occurrence of the Effective Date, entry of the Confirmation Order shall constitute approval of such assumptions pursuant to Bankruptcy Code § 365(a) and a finding by the Court that each such assumption is in the best interests of the Debtors, their estates, and all parties in interest in the Chapter 11 Cases.

With respect to each such executory contract or unexpired lease assumed by the Reorganized Debtors, unless otherwise determined by the Court pursuant to a Final Order or agreed to by the parties thereto prior to the Effective Date, any defaults of the Debtors with respect to such assumed executory contracts or leases existing as of the Effective Date shall be cured in the ordinary course of the Reorganized Debtors' business promptly after any such default becomes known to the Debtors and, if the cure amount is disputed, such cure amount shall be established pursuant to applicable law, and the assumed executory contracts or leases shall be binding upon and enforceable upon the parties thereto, subject to any rights and defenses existing thereunder. Subject to the occurrence of the Effective Date, upon payment of such cure amount, all defaults of the Debtors existing as of the Confirmation Date with respect to such executory contract or unexpired lease shall be deemed cured.

To the extent executory, all agreements providing for indemnification of third parties for Asbestos Claims shall be deemed rejected by operation of entry of the Confirmation Order unless expressly identified and assumed pursuant to an order of the Bankruptcy Court.

Executory Contracts and unexpired leases previously assumed by the Debtors during the case pursuant to Bankruptcy Code § 365 shall be governed by and subject to the provisions of the order of the Court authorizing the assumption thereof.

# TAB 8

### 2.5.2    Fraudulent Transfer Litigation

In September 2000, Grace was named in a class action suit that was filed in California state court. The suit alleged that Grace's (1) 1996 reorganization transaction with Fresenius and (2) 1998 reorganization transaction with Sealed Air involved fraudulent transfers. Two similar class actions were also filed prior to the Petition Date.

On June 14, 2001, the PD Committee and the PI Committee filed their Joint Motion for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 527), seeking authority to prosecute certain fraudulent transfer and successor liability claims against Sealed Air and Fresenius. Thereafter, the District Court directed the PD Committee and the PI Committee to investigate and ultimately prosecute the claims. On March 18, 2002 the PD Committee and the PI Committee filed the Fraudulent Conveyance Adversary Proceedings on behalf of the Debtors' estate.

In November 2002, Fresenius and Sealed Air announced that they had reached agreements in principle to settle ~~asbestos and fraudulent conveyance claims related to the respective transactions~~the Fraudulent Conveyance Adversary Proceedings.

In July 2003, the Fresenius Settlement Agreement was approved by the ~~Bankruptcy~~District Court. Subject to certain conditions, Fresenius will pay $115.0 million to the Debtors' estates as directed by the ~~Bankruptcy~~District Court upon confirmation of the Plan.

Under the terms of the ~~proposed~~ Sealed Air Settlement Agreement, and subject to certain conditions, ~~Sealed Air will make the Sealed Air Payment as directed by the Bankruptcy Court upon~~Cryovac, Inc. will transfer $512.5 million in cash (plus interest thereon from December 21, 2002 until the Effective Date compounded annually) and 9 million shares of Sealed Air Common Stock to the Asbestos Trust. This payment constitutes the initial and primary funding under the Plan for the Asbestos Trust. This payment is critically important in order to achieve confirmation of the Plan. ~~The Debtors find certain provisions of the Sealed Air Settlement Agreement objectionable, including the issues outlined below:~~

~~The Sealed Air Settlement Agreement, as proposed, would restrict the ability of the Debtors' management to fulfill their legal obligations to file accurate and complete tax returns and financial statements as required by the IRS and the SEC, respectively, thereby exposing the Debtors to potentially significant penalties and the Debtors' management to potential personal and criminal liability;~~

On November 26, 2003, Sealed Air, the PI Committee and the PD Committee filed a motion seeking approval of the Sealed Air Settlement Agreement (the "Settlement Motion"). Due to a stay imposed in connection with the proceedings to have Judge Wolin removed from the Debtors' cases, among other cases, no objection deadline or hearing date has ever been set on the Settlement Motion and it remains pending with the District Court. On November 24, 2004, the Debtors filed a Motion with District Judge Buckwalter seeking referral of the Settlement Motion to the Bankruptcy Court (the "Referral Motion") (Docket No. 7036). The Referral Motion is scheduled to be heard before the District Court

on January 18, 2005. Sealed Air has indicated it does not object to the Referral Motion (Obj. of Sealed Air, at p.3, n.1).

The Debtors are not parties to the Sealed Air Settlement Agreement. The Debtors, Sealed Air, the PI Committee and the PD Committee negotiated for some six months to reach an agreement on an acceptable settlement structure. The great majority of the significant issues were resolved. However, there were certain issues, set forth below, that resulted in the Debtors not becoming a party the Settlement Agreement.

The Plan and Disclosure Statement are intended to be and the Debtors believe are in fact, consistent with the Sealed Air Settlement Agreement. In an effort to accelerate the process of obtaining confirmation of the Plan, the Debtors do not plan to object to, and are prepared to go forward with, the Sealed Air Settlement Agreement. The Debtors have clarified this position in this Disclosure Statement and the Plan. The Unsecured Creditors' Committee reserves its right to file an objection or other appropriate pleading with respect to the Sealed Air Settlement Agreement.

However, the Sealed Air Settlement Agreement raises the following issues that the Debtors believe they are required to disclose as part of the Plan confirmation process:

- The Sealed Air Settlement Agreement would impose on the Debtors a requirement to take positions on their financial statements and tax returns that would not be inconsistent with Sealed Air achieving favorable tax treatment for the Sealed Air Payment. While the Debtors generally believe that they can comply with such requirements, the Debtors and their executives are concerned that a conflict could arise between the Debtors' obligations under the Sealed Air Settlement Agreement and their fiduciary duties and legal obligations to governmental authorities, including those imposed by the Sarbanes-Oxley Act of 2002.

- The IRS may assert that the Sealed Air Payment gives rise to taxable income to the Debtors without any offsetting deduction. Grace firmly believes that this characterization would be incorrect under current law. Nonetheless, if the IRS were to successfully raise this issue, the dollar cost would be substantial and would materially adversely affect the Reorganized Debtors. Under the terms of the Sealed Air Settlement Agreement, Grace's rights to defend itself in a tax audit from this IRS assertion may be constrained.

- The Sealed Air Settlement Agreement, as proposed, would provide for the transfer of $512.5 million plus accrued interest in Cash and 9 million shares of Sealed Air Common Stock for the benefit of Holders of Asbestos Claims, while potentially exposing the Debtors and non-asbestos Claimants to both (1) liability for associated taxes, interest and penalties thereon and (2) the obligation to pay Sealed Air approximately $146 million for tax benefits prior to their realization; and requires the Debtors, in a number of circumstances, to use their "best efforts" to take certain actions or refrain from taking certain actions in support of Sealed Air's tax position. The

Debtors are concerned that "best efforts" is not adequately defined and could lead to disputes between the parties.

- The ~~Sealed Air Settlement Agreement, as proposed, fails to define the meaning of "best efforts" with sufficient clarity to enable the Debtors to effectively manage federal, state and local income tax audits.~~Debtors are concerned that, in a case where Grace derives tax benefits from the Sealed Air Payment, which Grace would be required to share with Sealed Air under the Sealed Air Settlement Agreement, Grace may be required to pay Sealed Air for tax benefits prior to their actual realization.  Sealed Air has indicated that Grace does not have to make payment for a tax benefit unless the Debtors have received an actual reduction in  the amount of taxes currently payable by them as a result of the tax benefit. If this is Sealed Air's position, Grace is in agreement.  However, this result is not stated clearly in the Sealed Air Settlement Agreement.

~~The Plan assumes that these objections will be addressed by the Bankruptcy Court in an acceptable manner and that the Sealed Air Settlement Agreement, as modified to address the Debtors' objections, will be approved.  See Plan §7.7(e).  The Plan provides that Sealed Air will pay the settlement proceeds to the Asbestos Trust to fund payments to Asbestos PI-SE Claimants and Asbestos PD Claimants.~~

### 4.8.7.6 Effect of the Fresenius Settlement Agreement, the Fresenius Settlement Order, and the Sealed Air Settlement Agreement

Notwithstanding anything to the contrary in the Plan, any of the Plan Documents, or the Confirmation Order, nothing in the Plan, any of the Plan Documents or the Confirmation Order (including any other provisions that purports to be preemptory or supervening) shall in any way operate to, or have the effect of, impairing or limiting the legal, equitable or contractual rights or obligations of the Sealed Air Indemnified Parties, the Fresenius Indemnified Parties or the Debtors, the Reorganized Debtors and the Non-Debtor Affiliates, respectively, pursuant to the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement or the Fresenius Settlement Order, as applicable, each of which is expressly made a part of the Plan and incorporated in the Plan by reference.

The Sealed Air Settlement Agreement, the Fresenius Settlement Agreement and the Fresenius Settlement Order set forth certain preconditions to the making of the Sealed Air Payment and/or the Fresenius Payment and the Debtors intend by the Plan to fulfill each and every such precondition whether expressly or impliedly outlined herein. Those preconditions include but are not necessarily limited to the following:

- Releases by the Reorganized Debtors and the Non-Debtor Affiliates;

- Releases by the Holders of certain Claims, including but not limited to asbestos related Claims;

- Issuance of a permanent injunction under Bankruptcy Code § 105(a) and a channeling injunction under Bankruptcy Code § 524(g);

- Indemnification of the Fresenius Indemnified Parties and Sealed Air Indemnified Parties by the Reorganized Debtors and the Non-Debtor Affiliates;

- Dismissal of certain actions, including but not limited to the Fraudulent Conveyance Adversary Proceeding, as outlined in the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement and the Fresenius Settlement Order; and

- A Confirmation Order containing a determination that, as of the Effective Date, the Reorganized Debtors have the ability to pay and satisfy in the ordinary course of business their respective obligations under the Sealed Air Settlement Agreement and the Fresenius Settlement Agreement.

**8.7.6    Effect of the Fresenius Settlement Agreement, the Fresenius Settlement Order, and the Sealed Air Settlement Agreement.**

Notwithstanding anything to the contrary in this Plan, any of the Plan Documents, or the Confirmation Order, nothing in this Plan, any of the Plan Documents or the Confirmation Order (including any other provisions that purports to be preemptory or supervening) shall in any way operate to, or have the effect of, impairing or limiting the legal, equitable or contractual rights or obligations of the Sealed Air Indemnified Parties, the Fresenius Indemnified Parties or the Debtors, the Reorganized Debtors and the Non-Debtor Affiliates, respectively, pursuant to the Sealed Air Settlement Agreement, the Fresenius Settlement Agreement or the Fresenius Settlement Order, as applicable, each of which is expressly made a part of this Plan and incorporated in this Plan by reference.

The Sealed Air Settlement Agreement, the Fresenius Settlement Agreement, and the Fresenius Settlement Order set forth certain preconditions to the making of the Sealed Air Payment and/or the Fresenius Payment and the Debtors intend by this Plan to fulfill each and every such precondition whether expressly or impliedly outlined in the Plan Documents.

**11.6    PURPOSE OF THE SEALED AIR PAYMENT AND CONSISTENCY OF TREATMENT**

The Debtors, the Reorganized Debtors and the Asbestos Trust shall treat for all tax purposes any and all payments by the Sealed Air Indemnified Parties directly to the Asbestos Trust as a direct payment by the Sealed Air Indemnified Parties to the Asbestos Trust for Asbestos Claims that constitutes an ordinary and necessary expense of the Sealed Air Indemnified Parties, and the Debtors, the Reorganized Debtors, the Asbestos PI Committee, the Asbestos PD Committee and the Asbestos Trust (i) shall be prohibited from taking any Defined Action, as that term is defined in the Sealed Air Settlement Agreement, that is inconsistent with the provisions of the Sealed Air Settlement Agreement and (ii) shall take all Defined Actions, as that term is defined in the Sealed Air Settlement Agreement, that are reasonably requested by Sealed Air and consistent with the provisions of the Sealed Air Settlement Agreement unless otherwise permitted under the Sealed Air Settlement Agreement and the procedures outlined therein. The Debtors, the Reorganized Debtors and the Asbestos Trust shall file all Tax Returns, as that term is defined in the Sealed Air Settlement Agreement, required to be filed by such person, if any, consistent with the provisions of the Sealed Air Settlement Agreement. Each of the Debtors shall use its best efforts to: (i) cause the Asbestos Trust to qualify, and to maintain its status, as a Qualified Settlement Fund, as that term is defined in the Sealed Air Settlement Agreement, and (ii) structure the transactions contemplated by the Sealed Air Settlement Agreement to achieve favorable tax treatment to the Sealed Air Indemnified Parties as set forth in the Sealed Air Settlement Agreement, provided that nothing in the Sealed Air Settlement Agreement shall in any way be construed as a representation, warranty, or covenant concerning the treatment for federal income tax purposes of any transfer by the Sealed Air Indemnified Parties pursuant to the Sealed Air Settlement Agreement.

The Debtors, the Reorganized Debtors and the Asbestos Trust shall promptly notify Sealed Air upon receipt by any such party of any notice of any pending or threatened audit or assessment, suit, litigation, proposed adjustment, deficiency, dispute, administrative or judicial proceeding or other similar claim involving the Asbestos Trust, any Debtor, Reorganized Debtor or Non-Debtor Affiliate from any tax authority or any other person challenging the qualification of the Asbestos Trust as a Qualified Settlement Fund, as that term is defined in the Sealed Air Settlement Agreement, or the Sealed Air Payment as a direct payment to the Asbestos Trust that constitutes an ordinary and necessary expense of the Sealed Air Indemnified Parties and the Sealed Air Indemnified Parties shall be entitled to participate in such matters as outlined in the Sealed Air Settlement Agreement.

The Debtors and the Reorganized Debtors acknowledge and agree that the Debtors will account in their books and records for the liabilities satisfied by the Sealed Air Payment and the transfer of the Sealed Air Payment to the Asbestos Trust consistent with provisions of the Sealed Air Settlement Agreement.

*Notwithstanding the foregoing, the Debtors and the Reorganized Debtors shall not be required to take any action or refrain from taking any action in connection with the Sealed Air Settlement Agreement if the Debtors or the Reorganized Debtors reasonably believe in their professional judgment, that the taking of such action or the failure to take an action would expose the Debtors or the Reorganized Debtors or any Representative of the Debtors or the Reorganized Debtors, to potential civil or criminal liability.*

# TAB 9

### 2.5.2   Fraudulent Transfer Litigation

In September 2000, Grace was named in a class action suit that was filed in California state court. The suit alleged that Grace's (1) 1996 reorganization transaction with Fresenius and (2) 1998 reorganization transaction with Sealed Air involved fraudulent transfers. Two similar class actions were also filed prior to the Petition Date.

On June 14, 2001, the PD Committee and the PI Committee filed their Joint Motion for Authority to Prosecute Fraudulent Transfer Claims (Docket No. 527), seeking authority to prosecute certain fraudulent transfer and successor liability claims against Sealed Air and Fresenius. Thereafter, the District Court directed the PD Committee and the PI Committee to investigate and ultimately prosecute the claims. On March 18, 2002 the PD Committee and the PI Committee filed the Fraudulent Conveyance Adversary Proceedings on behalf of the Debtors' estate.

In November 2002, Fresenius and Sealed Air announced that they had reached agreements in principle to settle ~~asbestos and fraudulent conveyance claims related to the respective transactions~~the Fraudulent Conveyance Adversary Proceedings.

In July 2003, the Fresenius Settlement Agreement was approved by the ~~Bankruptcy~~District Court. Subject to certain conditions, Fresenius will pay $115.0 million to the Debtors' estates as directed by the ~~Bankruptcy~~District Court upon confirmation of the Plan.

Under the terms of the ~~proposed~~ Sealed Air Settlement Agreement, and subject to certain conditions, ~~Sealed Air will make the Sealed Air Payment as directed by the Bankruptcy Court upon~~Cryovac, Inc. will transfer $512.5 million in cash (plus interest thereon from December 21, 2002 until the Effective Date compounded annually) and 9 million shares of Sealed Air Common Stock to the Asbestos Trust. This payment constitutes the initial and primary funding under the Plan for the Asbestos Trust. This payment is critically important in order to achieve confirmation of the Plan. ~~The Debtors find certain provisions of the Sealed Air Settlement Agreement objectionable, including the issues outlined below:~~

~~The Sealed Air Settlement Agreement, as proposed, would restrict the ability of the Debtors' management to fulfill their legal obligations to file accurate and complete tax returns and financial statements as required by the IRS and the SEC, respectively, thereby exposing the Debtors to potentially significant penalties and the Debtors' management to potential personal and criminal liability;~~

On November 26, 2003, Sealed Air, the PI Committee and the PD Committee filed a motion seeking approval of the Sealed Air Settlement Agreement (the "Settlement Motion"). Due to a stay imposed in connection with the proceedings to have Judge Wolin removed from the Debtors' cases, among other cases, no objection deadline or hearing date has ever been set on the Settlement Motion and it remains pending with the District Court. On November 24, 2004, the Debtors filed a Motion with District Judge Buckwalter seeking referral of the Settlement Motion to the Bankruptcy Court (the "Referral Motion") (Docket No. 7036). The Referral Motion is scheduled to be heard before the District Court

on January 18, 2005. Sealed Air has indicated it does not object to the Referral Motion (Obj. of Sealed Air, at p.3, n.1).

The Debtors are not parties to the Sealed Air Settlement Agreement. The Debtors, Sealed Air, the PI Committee and the PD Committee negotiated for some six months to reach an agreement on an acceptable settlement structure. The great majority of the significant issues were resolved. However, there were certain issues, set forth below, that resulted in the Debtors not becoming a party the Settlement Agreement.

The Plan and Disclosure Statement are intended to be and the Debtors believe are in fact, consistent with the Sealed Air Settlement Agreement. In an effort to accelerate the process of obtaining confirmation of the Plan, the Debtors do not plan to object to, and are prepared to go forward with, the Sealed Air Settlement Agreement. The Debtors have clarified this position in this Disclosure Statement and the Plan. The Unsecured Creditors' Committee reserves its right to file an objection or other appropriate pleading with respect to the Sealed Air Settlement Agreement.

However, the Sealed Air Settlement Agreement raises the following issues that the Debtors believe they are required to disclose as part of the Plan confirmation process:

- The Sealed Air Settlement Agreement would impose on the Debtors a requirement to take positions on their financial statements and tax returns that would not be inconsistent with Sealed Air achieving favorable tax treatment for the Sealed Air Payment. While the Debtors generally believe that they can comply with such requirements, the Debtors and their executives are concerned that a conflict could arise between the Debtors' obligations under the Sealed Air Settlement Agreement and their fiduciary duties and legal obligations to governmental authorities, including those imposed by the Sarbanes-Oxley Act of 2002.

- The IRS may assert that the Sealed Air Payment gives rise to taxable income to the Debtors without any offsetting deduction. Grace firmly believes that this characterization would be incorrect under current law. Nonetheless, if the IRS were to successfully raise this issue, the dollar cost would be substantial and would materially adversely affect the Reorganized Debtors. Under the terms of the Sealed Air Settlement Agreement, Grace's rights to defend itself in a tax audit from this IRS assertion may be constrained.

- The Sealed Air Settlement Agreement, as proposed, would provide for the transfer of $512.5 million plus accrued interest in Cash and 9 million shares of Sealed Air Common Stock for the benefit of Holders of Asbestos Claims, while potentially exposing the Debtors and non-asbestos Claimants to both (1) liability for associated taxes, interest and penalties thereon and (2) the obligation to pay Sealed Air approximately $146 million for tax benefits prior to their realization; and requires the Debtors, in a number of circumstances, to use their "best efforts" to take certain actions or refrain from taking certain actions in support of Sealed Air's tax position. The

**Debtors are concerned that "best efforts" is not adequately defined and could lead to disputes between the parties.**

- The ~~Sealed Air Settlement Agreement, as proposed, fails to define the meaning of "best efforts" with sufficient clarity to enable the Debtors to effectively manage federal, state and local income tax audits.~~Debtors are concerned that, in a case where Grace derives tax benefits from the Sealed Air Payment, which Grace would be required to share with Sealed Air under the Sealed Air Settlement Agreement, Grace may be required to pay Sealed Air for tax benefits prior to their actual realization. Sealed Air has indicated that Grace does not have to make payment for a tax benefit unless the Debtors have received an actual reduction in the amount of taxes currently payable by them as a result of the tax benefit. If this is Sealed Air's position, Grace is in agreement. However, this result is not stated clearly in the Sealed Air Settlement Agreement.

~~The Plan assumes that these objections will be addressed by the Bankruptcy Court in an acceptable manner and that the Sealed Air Settlement Agreement, as modified to address the Debtors' objections, will be approved. See Plan §7.7(e). The Plan provides that Sealed Air will pay the settlement proceeds to the Asbestos Trust to fund payments to Asbestos PI-SE Claimants and Asbestos PD Claimants.~~

# TAB 10

### 2.7.2.3 Excess Insurance Coverage

Grace's excess coverage is for levels of loss above certain levels. The levels vary from policy to policy, creating "layers" of excess coverage, some of which are triggered before others. As of May 31, 2004, after subtracting previous reimbursements by insurers and allowing for discounts pursuant to certain settlement agreements, there remains $978 million of excess coverage from more than 30 presently solvent insurers.

Grace has entered into settlement agreements with various excess insurance carriers. These settlements involve amounts paid and to be paid to Grace. One such settlement agreement provides for reimbursement of a specified percentage of each dollar spent by Grace or the Non-Debtor Affiliates to settle or defend asbestos-related Claims. ~~Under~~**It is the Debtors' position that, under** this agreement, a group of carriers has agreed to reimburse Grace for 20% of each dollar spent to settle or defend personal injury or property damage Claims, up to a remaining maximum reimbursement of approximately $78 million. The other settlement agreements would be available to pay asbestos-related personal injury Claims. The remaining maximum aggregate amount available under these other settlement agreements is approximately $417 million. With respect to asbestos-related personal injury Claims, the settlement agreements generally require that the Claims be spread over the Claimant's exposure period and that each insurer pay a pro rata portion of each Claim based on the amount of coverage provided during each year of the total exposure period. **Nothing in Section 2.7.2.3 of this Disclosure Statement is intended to affect or vary the above-reference settled agreements.**

Presently, Grace has no agreements in place with insurers with respect to approximately $483 million of excess coverage, which is at layers of coverage that have not yet been triggered by the value of claims submitted by Grace.

Grace believes that the ZAI Claims also are covered under the settlement agreements and unsettled policies discussed above to the extent they relate to installations of ZAI occurring after July 1, 1973.

Grace has **approximately** $355 million of excess coverage with insolvent or non-paying insurance carriers. (Non-paying carriers are those that, although technically not insolvent, are not currently meeting their obligations to pay claims.) Grace has filed and continues to file claims in the insolvency proceedings of insolvent carriers. Grace is currently receiving distributions from some of these insolvent carriers and expects to receive distributions in the future.

# TAB 11

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/74 | 06/30/75 | Acc. & Casualty Ins. of Winterthur | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Acc. & Casualty Ins. of Winterthur | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Acc. & Casualty Ins. of Winterthur | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | Acc. & Casualty Ins. of Winterthur | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Acc. & Casualty Ins. of Winterthur | 74DD663C | 8 | Settled |
| 06/30/75 | 06/30/76 | Admiral Insurance | 75DD1064C | 2 | Resolved |
| 06/30/77 | 06/30/78 | Aetna Casualty & Surety | 01XN1400WCA | 7 | Settled |
| 06/30/77 | 06/30/78 | Aetna Casualty & Surety | 01XN1422WCA | 8 | Settled |
| 06/30/71 | 06/30/72 | Aetna Casualty & Surety | 01XN150WCA | 4 | Settled |
| 06/30/72 | 06/30/73 | Aetna Casualty & Surety | 01XN150WCA | 4 | Settled |
| 06/30/73 | 06/30/74 | Aetna Casualty & Surety | 01XN150WCA | 4 | Settled |
| 06/30/78 | 06/30/79 | Aetna Casualty & Surety | 01XN1846WCA | 6 | Settled |
| 06/30/78 | 06/30/79 | Aetna Casualty & Surety | 01XN1847WCA | 7 | Settled |
| 06/30/79 | 06/30/80 | Aetna Casualty & Surety | 01XN2306WCA | 7 | Settled |
| 06/30/80 | 06/30/81 | Aetna Casualty & Surety | 01XN2669WCA | 7 | Settled |
| 07/17/74 | 06/30/75 | Aetna Casualty & Surety | 01XN607WCA | 5 | Settled |
| 06/30/75 | 06/30/76 | Aetna Casualty & Surety | 01XN607WCA | 7 | Settled |
| 06/30/76 | 06/30/77 | Aetna Casualty & Surety | 01XN607WCA | 6 | Settled |
| 07/17/74 | 06/01/75 | Aetna Casualty & Surety | 01XN608WCA | 6 | Settled |
| 06/01/75 | 06/30/75 | Aetna Casualty & Surety | 01XN608WCA. | 6 | Settled |
| 06/30/75 | 06/30/76 | Aetna Casualty & Surety | 01XN608WCA. | 8 | Settled |
| 06/30/76 | 06/30/77 | Aetna Casualty & Surety | 01XN608WCA. | 7 | Settled |
| Various | Pre-1971 | Aetna Casualty and Surety Company | Various | Primary | Resolved |
| 06/30/77 | 06/30/78 | AG Belge de 1830 | AVB102 | 8 | Non-Settled |
| 06/30/78 | 06/30/79 | AG Belge de 1830 | AVB124 | 7 | Non-Settled |
| 06/30/82 | 06/30/83 | Allianz Underwriters Ins | C7300025 | 4 | Non-Settled |
| 06/30/83 | 06/30/84 | Allianz Underwriters Ins | C7300025 | 4 | Non-Settled |
| 06/30/84 | 06/30/85 | Allianz Underwriters Ins | C7300025 | 4 | Non-Settled |
| 06/30/77 | 06/30/78 | Allianz Underwriters Ins | H00011428 | 8 | Non-Settled |
| 06/30/78 | 06/30/79 | Allianz Underwriters Ins | H0001428 | 7 | Non-Settled |
| 06/30/79 | 06/30/80 | Allianz Underwriters Ins | H0001428 | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | Allianz Underwriters Ins | H0001428 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Allianz Underwriters Ins | H0001428 | 6 | Non-Settled |
| 06/30/78 | 06/30/79 | American Centennial | CC000304 | 5 | Resolved |
| 06/30/78 | 06/30/79 | American Centennial | CC000305 | 7 | Resolved |
| 06/30/78 | 06/30/79 | American Centennial | CC000306 | 6 | Resolved |
| 06/30/81 | 06/30/82 | American Centennial | CC002418 | 5 | Resolved |
| 06/30/81 | 06/30/82 | American Centennial | CC002419 | 6 | Resolved |
| 06/30/82 | 06/30/83 | American Centennial | CC005317 | 4 | Resolved |
| 06/30/83 | 06/30/84 | American Centennial | CC015780 | 4 | Resolved |
| 10/20/62 | 10/20/63 | American Employers | A-15-2127-51 | 1 | Resolved |
| 10/20/63 | 10/20/64 | American Employers | A-15-2127-51 | 1 | Resolved |
| 10/20/64 | 10/20/65 | American Employers | A-15-2127-51 | 1 | Resolved |
| 01/27/65 | 10/20/65 | American Employers | A-15-8138-001 | 3 | Resolved |
| 10/20/65 | 10/20/66 | American Employers | A-16-8220-001 | 1 | Resolved |
| 10/20/66 | 10/20/67 | American Employers | A-16-8220-001 | 1 | Resolved |
| 10/20/67 | 10/20/68 | American Employers | A-16-8220-001 | 1 | Resolved |
| 10/20/65 | 10/20/66 | American Employers | A-16-8220-002 | 4 | Resolved |
| 10/20/66 | 10/20/67 | American Employers | A-16-8220-002 | 4 | Resolved |
| 10/20/67 | 10/20/68 | American Employers | A-16-8220-002 | 4 | Resolved |
| 10/20/68 | 10/20/69 | American Employers | A-16-8220-003 | 1 | Resolved |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 10/20/69 | 10/20/70 | American Employers | A-16-8220-003 | 1 | Resolved |
| 10/20/70 | 06/30/71 | American Employers | A-16-8220-003 | 1 | Resolved |
| 10/20/68 | 10/20/69 | American Employers | A-16-8220-004 | 4 | Resolved |
| 10/20/69 | 10/20/70 | American Employers | A-16-8220-004 | 4 | Resolved |
| 10/20/70 | 06/30/71 | American Employers | A-16-8220-004 | 4 | Resolved |
| 06/30/74 | 06/30/75 | American Home Assurance | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | American Home Assurance | 74DD662C | 5 | Settled |
| 07/17/74 | 06/30/75 | American Home Assurance | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | American Home Assurance | 74DD663C | 8 | Settled |
| 06/30/71 | 06/30/72 | American Home Assurance | CE2691919 | 4 | Settled |
| 06/30/72 | 06/30/73 | American Home Assurance | CE2691919 | 4 | Settled |
| 06/30/73 | 06/30/74 | American Home Assurance | CE2691919 | 4 | Settled |
| 07/17/74 | 06/30/75 | American Home Assurance | CE3436358 | 6 | Settled |
| 06/30/75 | 06/30/76 | American Home Assurance | CE3436358 | 8 | Settled |
| 06/30/76 | 06/30/77 | American Home Assurance | CE3436358 | 7 | Settled |
| 10/20/65 | 10/20/66 | American Home Assurance | CE351082 | 5 | Settled |
| 10/20/66 | 10/20/67 | American Home Assurance | CE351082 | 5 | Settled |
| 10/20/67 | 10/20/68 | American Home Assurance | CE351082 | 5 | Settled |
| 10/20/68 | 10/20/69 | American Home Assurance | WRG-1 | 4 | Settled |
| 10/20/69 | 10/20/70 | American Home Assurance | WRG-1 | 4 | Settled |
| 10/20/70 | 06/30/71 | American Home Assurance | WRG-1 | 4 | Settled |
| 06/30/78 | 06/30/79 | American Int'l Underwriter | 75100695 | 7 | Settled |
| 06/30/78 | 06/30/79 | American Int'l Underwriter | 75100696 | 4 | Settled |
| 06/30/79 | 06/30/80 | American Int'l Underwriter | 75101107 | 3 | Settled |
| 06/30/79 | 06/30/80 | American Int'l Underwriter | 75101108 | 4 | Settled |
| 06/30/79 | 06/30/80 | American Int'l Underwriter | 75101109 | 6 | Settled |
| 06/30/82 | 06/30/83 | American Int'l Underwriter | 75102158 | 3 | Settled |
| 06/30/82 | 06/30/83 | American Int'l Underwriter | 75102159 | 5 | Settled |
| 06/30/80 | 06/30/81 | American Int'l Underwriter | 75102422 | 4 | Settled |
| 06/30/80 | 06/30/81 | American Int'l Underwriter | 75102423 | 6 | Settled |
| 06/30/80 | 06/30/81 | American Int'l Underwriter | 75102424 | 3 | Settled |
| 06/30/81 | 06/30/82 | American Int'l Underwriter | 75-102641 | 3 | Settled |
| 06/30/81 | 06/30/82 | American Int'l Underwriter | 75-102642 | 4 | Settled |
| 06/30/81 | 06/30/82 | American Int'l Underwriter | 75-102643 | 8 | Settled |
| 06/30/83 | 06/30/84 | American Int'l Underwriter | 75103044 | 3 | Settled |
| 06/30/83 | 06/30/84 | American Int'l Underwriter | 75103045 | 5 | Settled |
| 06/30/84 | 06/30/85 | American Int'l Underwriter | 75103845 | 3 | Settled |
| 06/30/84 | 06/30/85 | American Int'l Underwriter | 75103864 | 4 | Settled |
| 07/17/74 | 06/30/75 | American Manufacturers Mutual | 4SG-010001 | 6 | Non-Settled |
| 06/30/75 | 06/30/76 | American Manufacturers Mutual | 4SG-010001 | 8 | Non-Settled |
| 06/30/76 | 06/30/77 | American Manufacturers Mutual | 4SG-010001 | 7 | Non-Settled |
| 10/20/68 | 10/20/69 | American Reinsurance Co | M0085374 | 4 | Settled |
| 10/20/69 | 10/20/70 | American Reinsurance Co | M0085374 | 4 | Settled |
| 10/20/70 | 06/30/71 | American Reinsurance Co | M0085374 | 4 | Settled |
| 06/30/71 | 06/30/72 | American Reinsurance Co | M0085374 | 4 | Settled |
| 06/30/72 | 06/30/73 | American Reinsurance Co | M0085374 | 4 | Settled |
| 06/30/73 | 06/30/74 | American Reinsurance Co | M0085374 | 4 | Settled |
| 06/30/74 | 06/30/75 | American Reinsurance Co | M1025776 | 3 | Settled |
| 06/30/75 | 06/30/76 | American Reinsurance Co | M1025776 | 5 | Settled |
| 06/30/76 | 06/30/77 | American Reinsurance Co | M1025776 | 4 | Settled |
| 01/27/65 | 10/20/65 | American Reinsurance Co | M-6672-0001 | 5 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year | | | | | |
|---|---|---|---|---|---|
| **Begin** | **End** | **Insurer** | **Policy Number** | **Layer** | **Category** |
| 05/17/66 | 10/20/66 | American Reinsurance Co | M-6672-0002 | 6 | Settled |
| 10/20/66 | 10/20/67 | American Reinsurance Co | M-6672-0002 | 6 | Settled |
| 10/20/67 | 10/20/68 | American Reinsurance Co | M-6672-0002 | 6 | Settled |
| 06/30/84 | 06/30/85 | Ancon Ins. Co. (U.K.) | KY048183 | 3 | Resolved |
| 05/17/66 | 10/20/66 | Andrew Weir Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/66 | 10/20/67 | Andrew Weir Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/67 | 10/20/68 | Andrew Weir Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 06/30/74 | 06/30/75 | Argonaut Northwest Ins. Co. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Argonaut Northwest Ins. Co. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Argonaut Northwest Ins. Co. | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | Argonaut Northwest Ins. Co. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Argonaut Northwest Ins. Co. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | Assicurazioni Generali S.p.A. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Assicurazioni Generali S.p.A. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Assicurazioni Generali S.p.A. | 76DD1595C | 2 | Settled |
| 06/30/79 | 06/30/80 | Associated International | AEL00208C | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | Associated International | AEL00208C | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Associated International | AEL00208C | 6 | Non-Settled |
| 06/30/76 | 06/30/77 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/76 | 06/30/77 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Bermuda Fire & Marine Ins. Co. Ltd. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Bermuda Fire & Marine Ins. Co. Ltd. | 78DD1418C | 4 | Settled |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | 79DD1636C | 4 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | 80DD1645C | 4 | Settled |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | DM025 A/B | 6 | Settled |
| 06/30/79 | 06/30/80 | Bermuda Fire & Marine Ins. Co. Ltd. | DM025. A/B | 7 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10029 | 7 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10029. | 3 | Settled |
| 06/30/80 | 06/30/81 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10029.. | 6 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10040 | 6 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10040. | 3 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | KJ10040.. | 7 | Settled |
| 06/30/82 | 06/30/83 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017782 | 2 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/84 | 06/30/85 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Bermuda Fire & Marine Ins. Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Bermuda Fire & Marine Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Bermuda Fire & Marine Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Bermuda Fire & Marine Ins. Co. Ltd. | PY030281 | 4 | Settled |
| 06/30/78 | 06/30/79 | Birmingham Fire Ins Co | SE6073371 | 7 | Settled |
| 06/30/79 | 06/30/80 | Birmingham Fire Ins Co | SE6073508 | 6 | Settled |
| 06/30/80 | 06/30/81 | Birmingham Fire Ins Co | SE6073646 | 6 | Settled |
| 06/30/81 | 06/30/82 | Birmingham Fire Ins Co | SE6073657 | 6 | Settled |
| 06/30/82 | 06/30/83 | Birmingham Fire Ins Co | SE6073957 | 4 | Settled |
| 06/30/83 | 06/30/84 | Birmingham Fire Ins Co | SE6074116 | 4 | Settled |
| 06/30/83 | 06/30/84 | Birmingham Fire Ins Co | SE6074145 | 3 | Settled |
| 06/30/83 | 06/30/84 | Birmingham Fire Ins Co | SE6074146 | 4 | Settled |
| 06/30/84 | 06/30/85 | Birmingham Fire Ins Co | SE6074318 | 4 | Settled |
| 06/30/74 | 06/30/75 | Bishopsgate Ins. Co. Ltd. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Bishopsgate Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Bishopsgate Ins. Co. Ltd. | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | Bishopsgate Ins. Co. Ltd. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Bishopsgate Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 07/17/74 | 06/30/75 | Boston Old Colony Ins Co | LX2666569 | 5 | Non-Settled |
| 06/30/75 | 06/30/76 | Boston Old Colony Ins Co | LX2666569 | 7 | Non-Settled |
| 06/30/76 | 06/30/77 | Boston Old Colony Ins Co | LX2666569 | 6 | Non-Settled |
| 05/17/66 | 10/20/66 | British National Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | British National Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | British National Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 06/30/83 | 06/30/84 | British National Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | British National Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/83 | 06/30/84 | British National Ins. Co. Ltd. | KY048283 | 4 | Settled |
| 10/20/68 | 10/20/69 | British Northwestern | 411-4307 | 4 | Settled |
| 10/20/69 | 11/14/69 | British Northwestern | 411-4307 | 4 | Settled |
| 11/14/69 | 10/20/70 | British Northwestern | 411-4307. | 4 | Settled |
| 10/20/70 | 06/30/71 | British Northwestern | 411-4307. | 4 | Settled |
| 06/30/80 | 06/30/81 | Bryanston Ins. Co. Ltd. | 80DD1643C | 2 | Non-Settled |
| 06/30/81 | 06/30/82 | Bryanston Ins. Co. Ltd. | 80DD1643C | 2 | Non-Settled |
| 06/30/80 | 06/30/81 | Bryanston Ins. Co. Ltd. | 80DD1644C | 3 | Non-Settled |
| 06/30/80 | 06/30/81 | Bryanston Ins. Co. Ltd. | 80DD1645C | 4 | Non-Settled |
| 06/30/81 | 06/30/82 | Bryanston Ins. Co. Ltd. | PY030181 | 3 | Non-Settled |
| 06/30/81 | 06/30/82 | Bryanston Ins. Co. Ltd. | PY030281 | 4 | Non-Settled |
| 06/30/81 | 06/30/82 | Buffalo Reinsurance | BR507551 | 7 | Non-Settled |
| 06/30/82 | 06/30/83 | Buffalo Reinsurance | BR508040 | 5 | Non-Settled |
| 06/30/79 | 06/30/80 | C.A.M.A.T. | 79DD1638C | 7 | Settled |
| 06/30/75 | 06/30/76 | California Union Ins Co | ZCX001391/75DD1065C | 3 | Settled |
| 07/17/74 | 06/30/75 | Centennial Ins Co | 462013040 | 6 | Non-Settled |
| 06/30/75 | 06/30/76 | Centennial Ins Co | 462013040 | 8 | Non-Settled |
| 06/30/76 | 06/30/77 | Centennial Ins Co | 462013040 | 7 | Non-Settled |
| 06/30/77 | 06/30/78 | Centennial Ins Co | 462-01-68-10 | 8 | Non-Settled |
| 06/30/78 | 06/30/79 | Centennial Ins Co | 462017826 | 7 | Non-Settled |
| 06/30/79 | 06/30/80 | Centennial Ins Co | 462019494 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Centennial Ins Co | 462021419 | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | Centennial Ins Co | 462023810 | 6 | Non-Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | Centennial Ins Co | 462023979 | 4 | Non-Settled |
| 06/30/75 | 06/30/76 | Central National Ins Co | CNU123383 | 2 | Settled |
| 06/30/83 | 06/30/84 | Century Indemnity Co | CIZ426249 | 4 | Settled |
| 06/30/80 | 06/30/81 | Cie Europeene D'Ass. Industrielles | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Cie Europeene D'Ass. Industrielles | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Cie Europeene D'Ass. Industrielles | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Cie Europeene D'Ass. Industrielles | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | Cie Europeene D'Ass. Industrielles | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Cie Europeene D'Ass. Industrielles | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Cie Europeene D'Ass. Industrielles | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Cie Europeene D'Ass. Industrielles | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Cie Europeene D'Ass. Industrielles | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Cie Europeene D'Ass. Industrielles | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Cie Europeene D'Ass. Industrielles | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Cie Europeene D'Ass. Industrielles | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Cie Europeene D'Ass. Industrielles | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Cie Europeene D'Ass. Industrielles | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Cie Europeene D'Ass. Industrielles | PY030281 | 4 | Settled |
| 06/30/77 | 06/30/78 | CNA Reinsurance of London Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | CNA Reinsurance of London Ltd. | 76DD1595C | 2 | Settled |
| 11/01/81 | 06/30/82 | CNA Reinsurance of London Ltd. | KY003382 | 5 | Settled |
| 06/30/79 | 06/30/80 | Continental Casualty Co. | RDX1784282 | 7 | Non-Settled |
| 06/30/84 | 06/30/85 | Continental Casualty Co. | RDX1784529 | 2 | Settled |
| 06/30/84 | 06/30/85 | Continental Casualty Co. | RDX1784530 | 5 | Non-Settled |
| 06/30/80 | 06/30/81 | Continental Casualty Co. | RDX1784981 | 7 | Non-Settled |
| 06/30/81 | 06/30/82 | Continental Casualty Co. | RDX1784981 | 7 | Non-Settled |
| 06/30/82 | 06/30/83 | Continental Casualty Co. | RDX1785056 | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | Continental Casualty Co. | RDX1785096 | 5 | Non-Settled |
| 06/30/77 | 06/30/78 | Continental Casualty Co. | RDX1788117 | 7 | Non-Settled |
| 06/30/77 | 06/30/78 | Continental Casualty Co. | RDX1788118 | 8 | Non-Settled |
| 08/09/73 | 06/30/74 | Continental Casualty Co. | RDX8936833 | 3 | Settled |
| 06/30/74 | 06/30/75 | Continental Casualty Co. | RDX9156645 | 2 | Settled |
| 06/30/75 | 06/30/76 | Continental Casualty Co. | RDX9156645 | 4 | Settled |
| 06/30/76 | 06/30/77 | Continental Casualty Co. | RDX9156645 | 3 | Settled |
| 06/30/76 | 06/30/83 | Continental Casualty Company | CCP2483440 | Primary | Settled |
| 06/30/83 | 06/30/85 | Continental Casualty Company | CCP2483440 | Primary | Settled |
| 06/30/73 | 06/30/76 | Continental Casualty Company | CCP9023670 | Primary | Settled |
| 06/30/82 | 06/30/83 | Continental Ins Co | SRX1591702 | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | Continental Ins Co | SRX1591976 | 5 | Non-Settled |
| 06/30/81 | 06/30/82 | Continental Ins Co | SRX3193093 | 8 | Non-Settled |
| 06/30/83 | 06/30/84 | Dairyland Insurance Co | XL17275 | 4 | Non-Settled |
| 05/17/66 | 10/20/66 | Dominion Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | Dominion Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | Dominion Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 06/30/79 | 06/30/80 | Dominion Ins. Co. Ltd. | 79DD1638C | 7 | Settled |
| 06/30/80 | 06/30/81 | Dominion Ins. Co. Ltd. | 80DD1647C | 7 | Settled |
| 06/30/77 | 06/30/78 | Eisen Und Stahl | 6-1-31-181-001 | 8 | Non-Settled |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1634C | 2 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

Policy Year

| Begin | End | Insurer | Policy Number | Layer | Category |
|-------|-----|---------|---------------|-------|----------|
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | El Paso Ins. Co. Ltd. | 79DD1636C | 4 | Settled |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | El Paso Ins. Co. Ltd. | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | El Paso Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | El Paso Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | El Paso Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | El Paso Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | El Paso Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | El Paso Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | El Paso Ins. Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | El Paso Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | El Paso Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | El Paso Ins. Co. Ltd. | PY030281 | 4 | Settled |
| 06/30/71 | 06/30/72 | Employers Comm'l Union | EY8220005 | 1 | Resolved |
| 06/30/72 | 06/30/73 | Employers Comm'l Union | EY8220005 | 1 | Resolved |
| 06/30/73 | 06/30/74 | Employers Comm'l Union | EY8220005 | 1 | Resolved |
| 06/30/71 | 06/30/72 | Employers Comm'l Union | EY8220006 | 4 | Resolved |
| 06/30/72 | 06/30/73 | Employers Comm'l Union | EY8220006 | 4 | Resolved |
| 06/30/73 | 06/30/74 | Employers Comm'l Union | EY8220006 | 4 | Resolved |
| 06/30/78 | 06/30/79 | Employers Mutual Cas Co | MM0-70348 | 6 | Settled |
| 06/30/78 | 06/30/79 | Employers Mutual Cas Co | MM0-70349 | 7 | Settled |
| 06/30/78 | 06/30/79 | Employers Mutual Cas Co | MMO-70347 | 5 | Settled |
| 05/17/66 | 10/20/66 | English & American Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | English & American Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | English & American Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 06/30/77 | 06/30/78 | English & American Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | English & American Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | English & American Ins. Co. Ltd. | 77DD1826 | 8 | Settled |
| 06/30/80 | 06/30/81 | English & American Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | English & American Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/82 | 06/30/83 | English & American Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | English & American Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | English & American Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/79 | 06/30/80 | European General | FU78819413178 | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | European General | FU78819413180 | 6 | Non-Settled |
| 06/30/79 | 06/30/80 | European General | FU78819413679 | 7 | Non-Settled |
| 06/30/80 | 06/30/81 | European General | FU78819413680 | 7 | Non-Settled |
| 06/30/77 | 06/30/78 | Federal Insurance Co | (78) 79221530 | 8 | Non-Settled |
| 06/30/78 | 06/30/79 | Federal Insurance Co | (79) 79227260 | 7 | Non-Settled |
| 06/30/79 | 06/30/80 | Federal Insurance Co | (80) 79227260 | 6 | Non-Settled |
| 06/30/79 | 06/30/80 | Federal Insurance Co | (80) 79227298 | 7 | Non-Settled |
| 06/30/80 | 06/30/81 | Federal Insurance Co | (81) 7922-7260 | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | Federal Insurance Co | (81) 7922-7298 | 7 | Non-Settled |
| 06/30/81 | 06/30/82 | Federal Insurance Co | (82) 7922-7260 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Federal Insurance Co | (82) 7922-7298 | 7 | Non-Settled |
| 07/17/74 | 06/30/75 | Federal Insurance Co | 79221530 | 6 | Non-Settled |
| 06/30/75 | 06/30/76 | Federal Insurance Co | 79221530 | 8 | Non-Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Begin | End | Insurer | Policy Number | Layer | Category |
|-------|-----|---------|---------------|-------|----------|
| 06/30/76 | 06/30/77 | Federal Insurance Co | 79221530 | 7 | Non-Settled |
| 06/30/84 | 06/30/85 | Federal Insurance Co | 7928-26-20 | 3 | Resolved |
| 06/30/84 | 06/30/85 | Federal Insurance Co | 7928-26-20. | 5 | Non-Settled |
| 01/27/65 | 10/20/65 | Fireman's Fund | XL76937 | 4 | Resolved |
| 05/17/66 | 10/20/66 | Fireman's Fund | XL91085 | 7 | Resolved |
| 10/20/66 | 10/20/67 | Fireman's Fund | XL91085 | 7 | Resolved |
| 10/20/67 | 10/20/68 | Fireman's Fund | XL91085 | 7 | Resolved |
| 10/20/68 | 10/20/69 | Fireman's Fund | XLX1026877 | 4 | Resolved |
| 10/20/69 | 10/20/70 | Fireman's Fund | XLX1026877 | 4 | Resolved |
| 10/20/70 | 06/30/71 | Fireman's Fund | XLX1026877 | 4 | Resolved |
| 06/30/76 | 06/30/77 | Fireman's Fund | XLX1202930 | 6 | Non-Settled |
| 06/30/77 | 06/30/78 | Fireman's Fund | XLX1299553 | 7 | Non-Settled |
| 06/30/78 | 06/30/79 | Fireman's Fund | XLX1362955 | 6 | Non-Settled |
| 06/30/79 | 06/30/80 | Fireman's Fund | XLX1370426 | 6 | Non-Settled |
| 06/30/79 | 06/30/80 | Fireman's Fund | XLX1370427 | 7 | Non-Settled |
| 06/30/80 | 06/30/81 | Fireman's Fund | XLX1437060 | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | Fireman's Fund | XLX1437061 | 7 | Non-Settled |
| 06/30/81 | 06/30/82 | Fireman's Fund | XLX1481490 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Fireman's Fund | XLX1481491 | 7 | Non-Settled |
| 06/30/81 | 06/30/82 | Fireman's Fund | XLX1481492 | 8 | Non-Settled |
| 06/30/83 | 06/30/84 | Fireman's Fund | XLX1532227 | 4 | Non-Settled |
| 06/30/83 | 06/30/84 | Fireman's Fund | XLX1532228 | 5 | Non-Settled |
| 06/30/82 | 06/30/83 | Fireman's Fund | XLX1532474 | 4 | Non-Settled |
| 06/30/82 | 06/30/83 | Fireman's Fund | XLX1532475 | 5 | Non-Settled |
| 06/30/75 | 06/30/76 | First State Ins Co | 922099 | 3 | Settled |
| 06/30/76 | 06/30/77 | First State Ins Co | 923099 | 4 | Settled |
| 06/30/76 | 06/30/77 | First State Ins Co | 923100 | 6 | Settled |
| 06/30/84 | 06/30/85 | Folksam International Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | GEICO | GXU30031 | 8 | Non-Settled |
| 06/30/82 | 06/30/83 | GEICO | GXU30152 | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | GEICO | GXU30267 | 5 | Non-Settled |
| 06/01/61 | 06/01/62 | General Insurance Company of America | BLP186027 | Primary | Resolved |
| 06/01/62 | 06/01/63 | General Insurance Company of America | BLP205359 | Primary | Resolved |
| 06/01/63 | 06/01/64 | General Insurance Company of America | BLP221289 | Primary | Resolved |
| 06/01/64 | 06/01/65 | General Insurance Company of America | BLP245115 | Primary | Resolved |
| 06/01/65 | 06/01/66 | General Insurance Company of America | BLP260071 | Primary | Resolved |
| 06/01/66 | 06/01/67 | General Insurance Company of America | BLP270815 | Primary | Resolved |
| 06/30/78 | 06/30/79 | Gerling Konzern Ins | 01/49/99/6282 | 3 | Settled |
| 06/30/81 | 06/30/82 | Gerling Konzern Ins | 49/6409/01 | 3 | Settled |
| 06/30/82 | 06/30/83 | Gerling Konzern Ins | 49/6409/01. | 3 | Settled |
| 06/30/83 | 06/30/84 | Gerling Konzern Ins | 49/6409/01. | 3 | Settled |
| 06/30/77 | 06/30/78 | Gerling Konzern Ins | 49/99/6212/01 | 5 | Settled |
| 06/30/79 | 06/30/80 | Gerling Konzern Ins | 49/99/6340/01 | 3 | Settled |
| 06/30/80 | 06/30/81 | Gerling Konzern Ins | 49/99/6409/01 | 3 | Settled |
| 06/30/80 | 06/30/81 | Gibraltar Cas. Co. | GMX00656 | 5 | Resolved |
| 06/30/81 | 11/01/81 | Gibraltar Cas. Co. | GMX01275 | 5 | Resolved |
| 11/01/81 | 06/30/82 | Gibraltar Cas. Co. | GMX01407 | | Resolved |
| 06/30/82 | 06/30/83 | Gibraltar Cas. Co. | GMX01784 | | Resolved |
| 06/30/83 | 06/30/84 | Gibraltar Cas. Co. | GMX02269 | | Resolved |
| 06/30/84 | 06/30/85 | Gibraltar Cas. Co. | GMX02683 | | Resolved |
| 06/30/78 | 06/30/79 | Granite State Ins | 61780491 | 3 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/78 | 06/30/79 | Granite State Ins | 61780492 | 4 | Settled |
| 06/30/78 | 06/30/79 | Granite State Ins | 6178-0493 | 6 | Settled |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791383 | 2 | Settled |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791384 | 3 | Settled |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791385 | 4 | Settled |
| 06/30/79 | 06/30/80 | Granite State Ins | 61791386 | 5 | Settled |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5013 | 2 | Settled |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5014 | 3 | Settled |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5015 | 4 | Settled |
| 06/30/80 | 06/30/81 | Granite State Ins | 6480-5016 | 5 | Settled |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5220 | 2 | Settled |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5221 | 3 | Settled |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5222 | 4 | Settled |
| 06/30/81 | 06/30/82 | Granite State Ins | 6481-5223 | 5 | Settled |
| 06/30/82 | 06/30/83 | Granite State Ins | 6482-5442 | 2 | Settled |
| 06/30/82 | 06/30/83 | Granite State Ins | 6482-5443 | 3 | Settled |
| 06/30/82 | 06/30/83 | Granite State Ins | 6482-5444 | 4 | Settled |
| 06/30/83 | 06/30/84 | Granite State Ins | 6483-5666 | 2 | Settled |
| 06/30/83 | 06/30/84 | Granite State Ins | 6483-5667 | 3 | Settled |
| 06/30/83 | 06/30/84 | Granite State Ins | 6483-5668 | 4 | Settled |
| 06/30/84 | 06/30/85 | Granite State Ins | 6484-5866 | 3 | Settled |
| 06/30/84 | 06/30/85 | Granite State Ins | 6484-5867 | 2 | Settled |
| 06/30/84 | 06/30/85 | Granite State Ins | 6484-5890 | 4 | Settled |
| 06/30/77 | 06/30/78 | Granite State Ins | SCLD8093266 | 5 | Settled |
| 06/30/77 | 06/30/78 | Granite State Ins | SCLD80-93292 | 8 | Settled |
| 06/30/76 | 06/30/77 | Granite State Ins | SCLD80-93954 | 4 | Settled |
| 06/30/82 | 06/30/83 | Guarantee Insurance Co | SL0950030 | 3 | Resolved |
| 06/30/82 | 06/30/83 | Guarantee Insurance Co | SL0950031 | 4 | Resolved |
| 06/30/79 | 06/30/80 | Haftpflichtverband | EWI1016 | 7 | Non-Settled |
| 06/30/80 | 06/30/81 | Haftpflichtverband | EWI-1030 | 7 | Non-Settled |
| 06/30/84 | 06/30/85 | Haftpflichtverband | EWI1067 | 4 | Non-Settled |
| 07/17/74 | 06/30/75 | Harbor Insurance Co | 120346 | 6 | Non-Settled |
| 06/30/75 | 06/30/76 | Harbor Insurance Co | 120346 | 8 | Non-Settled |
| 06/30/76 | 06/30/77 | Harbor Insurance Co | 120346 | 7 | Non-Settled |
| 06/30/76 | 06/30/77 | Hartford Insurance | 10XS100043 | 4 | Settled |
| 06/30/76 | 06/30/77 | Hartford Insurance | 10XS100044 | 5 | Settled |
| 06/30/77 | 06/30/78 | Hartford Insurance | 10XS100176 | 5 | Settled |
| 06/30/77 | 06/30/78 | Hartford Insurance | 10XS100181 | 8 | Settled |
| 06/30/78 | 06/30/79 | Hartford Insurance | 10XS100665 | 7 | Settled |
| 06/30/78 | 06/30/79 | Hartford Insurance | 10XS100666 | 4 | Settled |
| 06/30/79 | 06/30/80 | Hartford Insurance | 10XS100841 | 5 | Settled |
| 06/30/79 | 06/30/80 | Hartford Insurance | 10XS100842 | 3 | Settled |
| 06/30/79 | 06/30/80 | Hartford Insurance | 10XS100843 | 6 | Settled |
| 06/30/80 | 06/30/81 | Hartford Insurance | 10XS100988 | 5 | Settled |
| 06/30/80 | 06/30/81 | Hartford Insurance | 10XS100989 | 6 | Settled |
| 06/30/80 | 06/30/81 | Hartford Insurance | 10XS100990 | 3 | Settled |
| 06/30/81 | 06/30/82 | Hartford Insurance | 10XS102369 | 3 | Settled |
| 06/30/82 | 06/30/83 | Hartford Insurance | 10XS102369. | 3 | Settled |
| 06/30/83 | 06/30/84 | Hartford Insurance | 10XS102369. | 3 | Settled |
| 06/30/81 | 06/30/82 | Hartford Insurance | 10XS102370 | 5 | Settled |
| 06/30/82 | 06/30/83 | Hartford Insurance | 10XS102370. | 4 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year | | | | | |
|---|---|---|---|---|---|
| **Begin** | **End** | **Insurer** | **Policy Number** | **Layer** | **Category** |
| 06/30/83 | 06/30/84 | Hartford Insurance | 10XS102370. | 4 | Settled |
| 06/30/81 | 06/30/82 | Hartford Insurance | 10XS102371 | 6 | Settled |
| 06/30/74 | 06/30/75 | Highlands Ins. Co. | 74DD662C | 3 | Settled |
| 06/30/74 | 06/30/75 | Highlands Ins. Co. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD662C | 5 | Settled |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD662C | 5 | Settled |
| 07/17/74 | 06/30/75 | Highlands Ins. Co. | 74DD663C | 6 | Settled |
| 07/17/74 | 06/30/75 | Highlands Ins. Co. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD663C | 8 | Settled |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | 74DD663C | 8 | Settled |
| 06/30/74 | 06/30/75 | Highlands Ins. Co. | SR10579 | 3 | Settled |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | SR10579 | 5 | Settled |
| 07/17/74 | 06/30/75 | Highlands Ins. Co. | SR10580 | 5 | Settled |
| 06/30/75 | 06/30/76 | Highlands Ins. Co. | SR10580 | 7 | Settled |
| 06/30/81 | 06/30/82 | Home Insurance Co | HEC1198525 (CITY) | 8 | Non-Settled |
| 06/30/81 | 06/30/82 | Home Insurance Co | HEC1198526 (CITY) | 7 | Non-Settled |
| 06/30/82 | 06/30/83 | Home Insurance Co | HEC1199602 | 5 | Non-Settled |
| 02/27/73 | 06/30/73 | Home Insurance Co | HEC4356740 | 5 | Settled |
| 06/30/73 | 06/30/74 | Home Insurance Co | HEC4356740 | 5 | Non-Settled |
| 06/30/74 | 06/30/75 | Home Insurance Co | HEC4356740 | 4 | Non-Settled |
| 06/30/75 | 06/30/76 | Home Insurance Co | HEC4356740 | 6 | Non-Settled |
| 06/30/76 | 06/30/77 | Home Insurance Co | HEC4356740 | 5 | Non-Settled |
| 06/30/77 | 06/30/78 | Home Insurance Co | HEC4356740 | 6 | Non-Settled |
| 07/17/74 | 06/30/75 | Home Insurance Co | HEC4495872 | 5 | Non-Settled |
| 06/30/75 | 06/30/76 | Home Insurance Co | HEC4495872 | 7 | Non-Settled |
| 06/30/76 | 06/30/77 | Home Insurance Co | HEC4495872 | 6 | Non-Settled |
| 06/30/77 | 06/30/78 | Home Insurance Co | HEC4495872 | 7 | Non-Settled |
| 10/20/68 | 10/20/69 | Home Insurance Co | HEC9304605 | 2 | Settled |
| 10/20/69 | 10/20/70 | Home Insurance Co | HEC9304605 | 2 | Settled |
| 10/20/70 | 06/30/71 | Home Insurance Co | HEC9304605 | 2 | Settled |
| 06/30/77 | 06/30/78 | Home Insurance Co | HEC9531436 | 8 | Non-Settled |
| 10/20/62 | 10/20/63 | Home Insurance Co | HEC9543206 | 2 | Settled |
| 10/20/63 | 10/20/64 | Home Insurance Co | HEC9543206 | 2 | Settled |
| 10/20/64 | 10/20/65 | Home Insurance Co | HEC9543206 | 2 | Settled |
| 10/20/65 | 10/20/66 | Home Insurance Co | HEC9544498 | 2 | Settled |
| 10/20/66 | 10/20/67 | Home Insurance Co | HEC9544498 | 2 | Settled |
| 10/20/67 | 10/20/68 | Home Insurance Co | HEC9544498 | 2 | Settled |
| 06/30/78 | 06/30/79 | Home Insurance Co | HEC9694108 (CITY) | 6 | Non-Settled |
| 06/30/78 | 06/30/79 | Home Insurance Co | HEC9694109 | 5 | Non-Settled |
| 06/30/78 | 06/30/79 | Home Insurance Co | HEC9694110 (CITY) | 7 | Non-Settled |
| 06/30/79 | 06/30/80 | Home Insurance Co | HEC9826188 (CITY) | 5 | Non-Settled |
| 06/30/79 | 06/30/80 | Home Insurance Co | HEC9826189 (CITY) | 6 | Non-Settled |
| 06/30/80 | 06/30/81 | Home Insurance Co | HEC9826575 (CITY) | 6 | Non-Settled |
| 06/30/71 | 06/30/72 | Home Insurance Co | HEC9919945 | 2 | Settled |
| 06/30/72 | 06/30/73 | Home Insurance Co | HEC9919945 | 2 | Settled |
| 06/30/73 | 06/30/74 | Home Insurance Co | HEC9919945 | 2 | Settled |
| 06/30/80 | 06/30/81 | Ideal Mutual | 0052 | 5 | Non-Settled |
| 06/30/81 | 06/30/82 | Ideal Mutual | 0076 | 5 | Non-Settled |
| 06/30/82 | 06/30/83 | Ideal Mutual | 0109 | 4 | Non-Settled |
| 06/30/83 | 06/30/84 | Illinois National | 886-7134 | 5 | Settled |
| 10/20/65 | 10/20/66 | INA | XBC1834 | 3 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Begin | End | Insurer | Policy Number | Layer | Category |
|-------|-----|---------|---------------|-------|----------|
| 10/20/66 | 10/20/67 | INA | XBC1834 | 3 | Settled |
| 10/20/67 | 10/20/68 | INA | XBC1834 | 3 | Settled |
| 10/20/68 | 10/20/69 | INA | XBC1834 | 3 | Settled |
| 10/20/69 | 10/20/70 | INA | XBC1834 | 3 | Settled |
| 10/20/70 | 06/30/71 | INA | XBC1834 | 3 | Settled |
| 06/30/77 | 06/30/78 | INA | XCP12378 | 8 | Settled |
| 06/30/78 | 06/30/79 | INA | XCP14341 | 7 | Settled |
| 06/30/83 | 06/30/84 | INA | XCP145667 | 5 | Settled |
| 06/30/71 | 06/30/72 | INA | XCP3745 | 3 | Settled |
| 06/30/72 | 06/30/73 | INA | XCP3745 | 3 | Settled |
| 06/30/73 | 08/09/73 | INA | XCP3745 | 3 | Settled |
| 06/30/76 | 06/30/77 | Insurance Co State of PA | 4176-7052 | 4 | Settled |
| 06/30/77 | 06/30/78 | Insurance Co State of PA | 4177-7981 | 5 | Settled |
| 06/30/77 | 06/30/78 | Insurance Co State of PA | 4177-7982 | 7 | Settled |
| 06/30/77 | 06/30/78 | Insurance Co State of PA | SEP 396-3996 | 8 | Settled |
| 06/30/78 | 06/30/79 | Integrity Insurance Co | XL200420 | 5 | Non-Settled |
| 06/30/79 | 06/30/80 | Integrity Insurance Co | XL200699 | 4 | Non-Settled |
| 06/30/80 | 06/30/81 | Integrity Insurance Co | XL201688 | 4 | Non-Settled |
| 06/30/81 | 06/30/82 | Integrity Insurance Co | XL203279 | 4 | Non-Settled |
| 06/30/81 | 06/30/82 | Integrity Insurance Co | XL203280 | 8 | Non-Settled |
| 06/30/82 | 06/30/83 | Integrity Insurance Co | XL204091 | 3 | Non-Settled |
| 06/30/82 | 06/30/83 | Integrity Insurance Co | XL204091. | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | Integrity Insurance Co | XL207784 | 3 | Non-Settled |
| 06/30/84 | 06/30/85 | Integrity Insurance Co | XL208627 | 3 | Non-Settled |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Kraft Ins. Co. Ltd. | 79DD1636C | 4 | Settled |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Kraft Ins. Co. Ltd. | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | Kraft Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Kraft Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Kraft Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Kraft Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Kraft Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Kraft Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Kraft Ins. Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Kraft Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Kraft Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Kraft Ins. Co. Ltd. | PY030281 | 4 | Settled |
| 06/30/74 | 06/30/75 | Lexington Ins. Co. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Lexington Ins. Co. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Lexington Ins. Co. | 74DD662C | 4 | Settled |
| 06/30/76 | 06/30/77 | Lexington Ins. Co. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Lexington Ins. Co. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Lexington Ins. Co. | 76DD1595C | 2 | Settled |

## EXHIBIT 10
### PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE
### TO ASBESTOS RELATED CLAIMS (sorted alphabetically)

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/77 | 06/30/78 | Lexington Ins. Co. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Lexington Ins. Co. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | Lexington Ins. Co. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Lexington Ins. Co. | 78DD1418C | 4 | Settled |
| 06/30/79 | 06/30/80 | Lexington Ins. Co. | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | Lexington Ins. Co. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Lexington Ins. Co. | 79DD1638C | 7 | Settled |
| 06/30/80 | 06/30/81 | Lexington Ins. Co. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Lexington Ins. Co. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Lexington Ins. Co. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Lexington Ins. Co. | 80DD1647C | 7 | Settled |
| 11/01/81 | 06/30/82 | Lexington Ins. Co. | KY003382 | 5 | Settled |
| 06/30/82 | 06/30/83 | Lexington Ins. Co. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Lexington Ins. Co. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Lexington Ins. Co. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Lexington Ins. Co. | KY017882 | 3 | Settled |
| 06/30/82 | 06/30/83 | Lexington Ins. Co. | KY017982 | 4 | Settled |
| 06/30/83 | 06/30/84 | Lexington Ins. Co. | KY048183 | 3 | Settled |
| 06/30/83 | 06/30/84 | Lexington Ins. Co. | KY048283 | 4 | Settled |
| 06/30/81 | 06/30/82 | Lexington Ins. Co. | PY030181 | 3 | Settled |
| 05/17/66 | 10/20/66 | Lloyds Underwriters | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | Lloyds Underwriters | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | Lloyds Underwriters | 66/180390 | 8 | Settled |
| 06/30/74 | 06/30/75 | Lloyds Underwriters | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Lloyds Underwriters | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Lloyds Underwriters | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | Lloyds Underwriters | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Lloyds Underwriters | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | Lloyds Underwriters | 74DD663C | 7 | Settled |
| 06/30/76 | 06/30/77 | Lloyds Underwriters | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 77DD1632C | 5 | Settled |
| 06/30/77 | 06/30/78 | Lloyds Underwriters | 77DD1826 | 8 | Settled |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1418C | 4 | Settled |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1419C | 5 | Settled |
| 06/30/78 | 06/30/79 | Lloyds Underwriters | 78DD1420C | 7 | Settled |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1636C | 4 | Settled |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1637C | 6 | Settled |
| 06/30/79 | 06/30/80 | Lloyds Underwriters | 79DD1638C | 7 | Settled |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1645C | 4 | Settled |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1646C | 6 | Settled |
| 06/30/80 | 06/30/81 | Lloyds Underwriters | 80DD1647C | 7 | Settled |
| 11/14/69 | 10/20/70 | Lloyds Underwriters | 914/1/4116 | 4 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year | | | | | |
|---|---|---|---|---|---|
| **Begin** | **End** | **Insurer** | **Policy Number** | **Layer** | **Category** |
| 10/20/70 | 06/30/71 | Lloyds Underwriters | 914/1/4116 | 4 | Settled |
| 10/20/68 | 10/20/69 | Lloyds Underwriters | 914-102502 | 4 | Settled |
| 10/20/69 | 10/20/70 | Lloyds Underwriters | 914-102502 | 4 | Settled |
| 10/20/70 | 06/30/71 | Lloyds Underwriters | 914-102502 | 4 | Settled |
| 06/30/71 | 06/30/72 | Lloyds Underwriters | 914105953 | 4 | Settled |
| 06/30/72 | 06/30/73 | Lloyds Underwriters | 914105953 | 4 | Settled |
| 06/30/73 | 06/30/74 | Lloyds Underwriters | 914105953 | 4 | Settled |
| 06/30/82 | 06/30/83 | Lloyds Underwriters | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Lloyds Underwriters | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Lloyds Underwriters | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Lloyds Underwriters | KY017882 | 3 | Settled |
| 06/30/82 | 06/30/83 | Lloyds Underwriters | KY017982 | 4 | Settled |
| 06/30/83 | 06/30/84 | Lloyds Underwriters | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Lloyds Underwriters | KY048183 | 3 | Settled |
| 06/30/83 | 06/30/84 | Lloyds Underwriters | KY048283 | 4 | Settled |
| 06/30/84 | 06/30/85 | Lloyds Underwriters | KY048283 | 4 | Settled |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | PY030281 | 4 | Settled |
| 06/30/81 | 06/30/82 | Lloyds Underwriters | PY030381 | 6 | Settled |
| 06/30/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD662C | 3 | Settled |
| 06/30/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD662C | 5 | Settled |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | London & Edinburgh General Ins. Co. | 74DD662C | 4 | Settled |
| 06/30/76 | 06/30/77 | London & Edinburgh General Ins. Co. | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD663C | 6 | Settled |
| 07/17/74 | 06/30/75 | London & Edinburgh General Ins. Co. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD663C | 8 | Settled |
| 06/30/75 | 06/30/76 | London & Edinburgh General Ins. Co. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | London & Edinburgh General Ins. Co. | 74DD663C | 7 | Settled |
| 05/17/66 | 10/20/66 | London & Overseas Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/66 | 10/20/67 | London & Overseas Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/67 | 10/20/68 | London & Overseas Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 06/30/83 | 06/30/84 | London Guarantee & Acc | LX1898010 | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | London Guarantee & Acc | LX2107836 | 5 | Non-Settled |
| 06/30/81 | 06/30/82 | London Guarantee & Acc | LX3193640 | 8 | Non-Settled |
| 06/30/80 | 06/30/81 | Louisville Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Louisville Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Louisville Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Louisville Ins. Co. Ltd. | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | Louisville Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Louisville Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Louisville Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Louisville Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Louisville Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Louisville Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Louisville Ins. Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Louisville Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Louisville Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Louisville Ins. Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Louisville Ins. Co. Ltd. | PY030281 | 4 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|------|------|------|------|------|------|
| 06/30/83 | 06/30/84 | Ludgate Ins. Co. Ltd. | KY048183 | 3 | Resolved |
| 06/30/84 | 06/30/85 | Ludgate Ins. Co. Ltd. | KY048183 | 3 | Resolved |
| 10/20/68 | 10/20/69 | Maryland Casualty Co. | WRG-1. | 4 | Resolved |
| 10/20/69 | 10/20/70 | Maryland Casualty Co. | WRG-1. | 4 | Resolved |
| 10/20/70 | 06/30/71 | Maryland Casualty Co. | WRG-1. | 4 | Resolved |
| 06/30/71 | 06/30/72 | Maryland Casualty Co. | WRG-2 | 4 | Resolved |
| 06/30/72 | 06/30/73 | Maryland Casualty Co. | WRG-2 | 4 | Resolved |
| 06/30/73 | 06/30/74 | Maryland Casualty Co. | WRG-2 | 4 | Resolved |
| 06/30/74 | 06/30/68 | Maryland Casualty Company | 31-278301 | Primary | Resolved |
| 06/30/68 | 06/30/69 | Maryland Casualty Company | 31-278301 | Primary | Resolved |
| 06/30/69 | 06/30/70 | Maryland Casualty Company | 31-278301 | Primary | Resolved |
| 06/30/70 | 06/30/71 | Maryland Casualty Company | 31-R-911051 | Primary | Resolved |
| 06/30/71 | 06/30/72 | Maryland Casualty Company | 31-R-911051 | Primary | Resolved |
| 06/30/72 | 06/30/73 | Maryland Casualty Company | 31-R-911051 | Primary | Resolved |
| 06/30/62 | 06/30/63 | Maryland Casualty Company | 96-205800 | Primary | Resolved |
| 06/30/63 | 06/30/64 | Maryland Casualty Company | 96-224900 | Primary | Resolved |
| 06/30/64 | 06/30/65 | Maryland Casualty Company | 96-243400 | Primary | Resolved |
| 06/30/65 | 06/30/66 | Maryland Casualty Company | 96-257400 | Primary | Resolved |
| 06/30/66 | 06/30/67 | Maryland Casualty Company | 96-269500 | Primary | Resolved |
| 06/30/75 | 06/30/76 | Mentor Ins. Co. (U.K.) Ltd. | 74DD662C | 5 | Non-Settled |
| 06/30/76 | 06/30/77 | Mentor Ins. Co. (U.K.) Ltd. | 76DD1595C | 2 | Non-Settled |
| 06/30/77 | 06/30/78 | Mentor Ins. Co. (U.K.) Ltd. | 76DD1595C | 2 | Non-Settled |
| 06/30/78 | 06/30/79 | Mentor Ins. Co. (U.K.) Ltd. | 76DD1595C | 2 | Non-Settled |
| 06/30/79 | 06/30/80 | Mentor Ins. Co. (U.K.) Ltd. | 79DD1635C | 3 | Non-Settled |
| 06/30/74 | 06/30/75 | Midland Insurance Co | 111017056574-7 | 3 | Non-Settled |
| 06/30/75 | 06/30/76 | Midland Insurance Co | 111017056574-7 | 5 | Non-Settled |
| 06/30/76 | 06/30/77 | Midland Insurance Co | 111017056574-7 | 4 | Non-Settled |
| 07/17/74 | 06/30/75 | Midland Insurance Co | 1110171611748 | 5 | Non-Settled |
| 06/30/75 | 06/30/76 | Midland Insurance Co | 1110171611748 | 7 | Non-Settled |
| 06/30/76 | 06/30/77 | Midland Insurance Co | 1110171611748 | 6 | Non-Settled |
| 06/30/78 | 06/30/79 | Midland Insurance Co | XL147450 | 7 | Non-Settled |
| 06/30/79 | 06/30/80 | Midland Insurance Co | XL147540 | 6 | Non-Settled |
| 06/30/77 | 06/30/78 | Midland Insurance Co | XL152467 | 8 | Non-Settled |
| 06/30/71 | 06/30/72 | Midland Insurance Co | XL1611 (WRG-2) | 4 | Non-Settled |
| 06/30/72 | 06/30/73 | Midland Insurance Co | XL1611 (WRG-2) | 4 | Non-Settled |
| 06/30/73 | 06/30/74 | Midland Insurance Co | XL1611 (WRG-2) | 4 | Non-Settled |
| 06/30/80 | 06/30/81 | Midland Insurance Co | XL706665 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Midland Insurance Co | XL724449 | 6 | Non-Settled |
| 06/30/82 | 06/30/83 | Midland Insurance Co | XL739548 | 4 | Non-Settled |
| 06/30/83 | 06/30/84 | Midland Insurance Co | XL748917 | 4 | Non-Settled |
| 06/30/83 | 06/30/84 | Midland Insurance Co | XL748919 | 5 | Non-Settled |
| 05/17/66 | 10/20/66 | Minster Ins. Co. Ltd. | 66/180390 | 8 | Resolved |
| 10/20/66 | 10/20/67 | Minster Ins. Co. Ltd. | 66/180390 | 8 | Resolved |
| 10/20/67 | 10/20/68 | Minster Ins. Co. Ltd. | 66/180390 | 8 | Resolved |
| 06/30/74 | 06/30/75 | Mission Insurance Co | M81721 | 3 | Non-Settled |
| 06/30/75 | 06/30/76 | Mission Insurance Co | M81721 | 5 | Non-Settled |
| 06/30/76 | 06/30/77 | Mission Insurance Co | M81721. | 4 | Non-Settled |
| 07/17/74 | 06/30/75 | Mission Insurance Co | M81722 | 5 | Non-Settled |
| 06/30/75 | 06/30/76 | Mission Insurance Co | M81722 | 7 | Non-Settled |
| 06/30/76 | 06/30/77 | Mission Insurance Co | M81722 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Mission Insurance Co | M877286 | 8 | Non-Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/82 | 06/30/83 | Mission Insurance Co | M885801 | 5 | Non-Settled |
| 06/30/76 | 06/30/77 | Mutual Reinsurance Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/76 | 06/30/77 | Mutual Reinsurance Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Mutual Reinsurance Co. Ltd. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Mutual Reinsurance Co. Ltd. | 78DD1418C | 4 | Settled |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Mutual Reinsurance Co. Ltd. | 79DD1636C | 4 | Settled |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Mutual Reinsurance Co. Ltd. | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | Mutual Reinsurance Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Mutual Reinsurance Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Mutual Reinsurance Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Mutual Reinsurance Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Mutual Reinsurance Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Mutual Reinsurance Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Mutual Reinsurance Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Mutual Reinsurance Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Mutual Reinsurance Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Mutual Reinsurance Co. Ltd. | PY030281 | 4 | Settled |
| 06/30/74 | 06/30/75 | National Casualty Co. of America | 74DD662C | 3 | Settled |
| 06/30/74 | 06/30/75 | National Casualty Co. of America | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD662C | 5 | Settled |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | National Casualty Co. of America | 74DD662C | 4 | Settled |
| 06/30/76 | 06/30/77 | National Casualty Co. of America | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | National Casualty Co. of America | 74DD663C | 6 | Settled |
| 07/17/74 | 06/30/75 | National Casualty Co. of America | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD663C | 8 | Settled |
| 06/30/75 | 06/30/76 | National Casualty Co. of America | 74DD663C | 8 | Settled |
| 06/30/83 | 06/30/84 | National Casualty Co. of America | XU000042 | 5 | Non-Settled |
| 06/30/77 | 06/30/78 | Natl Union Fire Pttsbrgh | 1228593 | 6 | Settled |
| 06/30/77 | 06/30/78 | Natl Union Fire Pttsbrgh | 1228593. | 7 | Settled |
| 06/30/77 | 06/30/78 | Natl Union Fire Pttsbrgh | 1228593.. | 8 | Settled |
| 06/30/78 | 06/30/79 | Natl Union Fire Pttsbrgh | 1231895 | 5 | Settled |
| 06/30/78 | 06/30/79 | Natl Union Fire Pttsbrgh | 1231895. | 6 | Settled |
| 06/30/78 | 06/30/79 | Natl Union Fire Pttsbrgh | 1231895.. | 7 | Settled |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931 | 4 | Settled |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931. | 5 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931.. | 6 | Settled |
| 06/30/81 | 06/30/82 | Natl Union Fire Pttsbrgh | 9602931... | 7 | Settled |
| 06/30/82 | 06/30/83 | Natl Union Fire Pttsbrgh | 9603133 | 3 | Settled |
| 06/30/82 | 06/30/83 | Natl Union Fire Pttsbrgh | 9603133. | 4 | Settled |
| 06/30/82 | 06/30/83 | Natl Union Fire Pttsbrgh | 9603133.. | 5 | Settled |
| 06/30/83 | 06/30/84 | Natl Union Fire Pttsbrgh | 9607141 | 3 | Settled |
| 06/30/83 | 06/30/84 | Natl Union Fire Pttsbrgh | 9607141. | 4 | Settled |
| 06/30/83 | 06/30/84 | Natl Union Fire Pttsbrgh | 9607141.. | 5 | Settled |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319 | 4 | Settled |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319. | 5 | Settled |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319.. | 6 | Settled |
| 06/30/79 | 06/30/80 | Natl Union Fire Pttsbrgh | 9782319... | 7 | Settled |
| 06/30/80 | 06/30/81 | Natl Union Fire Pttsbrgh | 9910362 | 4 | Settled |
| 06/30/80 | 06/30/81 | Natl Union Fire Pttsbrgh | 9910362. | 5 | Settled |
| 06/30/80 | 06/30/81 | Natl Union Fire Pttsbrgh | 9910362.. | 6 | Settled |
| 06/30/80 | 06/30/81 | Natl Union Fire Pttsbrgh | 9910362... | 7 | Settled |
| 06/30/75 | 06/30/76 | New Hampshire Insurance | 51750444 | 2 | Settled |
| 06/30/75 | 06/30/76 | New Hampshire Insurance | 51750445 | 3 | Settled |
| 07/17/74 | 06/30/75 | North Atlantic Ins. Co. Ltd. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | North Atlantic Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | North Atlantic Ins. Co. Ltd. | 74DD663C | 7 | Settled |
| 06/30/77 | 06/30/78 | North Atlantic Ins. Co. Ltd. | 77DD1826 | 8 | Settled |
| 06/30/78 | 06/30/79 | North Atlantic Ins. Co. Ltd. | 78DD1418C | 4 | Settled |
| 06/30/78 | 06/30/79 | North Atlantic Ins. Co. Ltd. | 78DD1420C | 7 | Settled |
| 06/30/79 | 06/30/80 | North Atlantic Ins. Co. Ltd. | 79DD1638C | 7 | Settled |
| 06/30/80 | 06/30/81 | North Atlantic Ins. Co. Ltd. | 80DD1647C | 7 | Settled |
| 07/17/74 | 06/01/75 | North Star Reinsurance | NXS12398 | 6 | Settled |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001170 | 1 | Settled |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001171 | 2 | Settled |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001172 | 3 | Settled |
| 06/30/75 | 06/30/76 | Northbrook Ins Co | 63001173 | 6 | Settled |
| 06/30/76 | 06/30/77 | Northbrook Ins Co | 63002048 | 1 | Settled |
| 06/30/77 | 06/30/78 | Northbrook Ins Co | 63002048 | 1 | Settled |
| 06/30/78 | 06/30/79 | Northbrook Ins Co | 63002048 | 1 | Settled |
| 06/30/76 | 06/30/77 | Northbrook Ins Co | 63002049 | 5 | Settled |
| 06/30/77 | 06/30/78 | Northbrook Ins Co | 63003296 | 6 | Settled |
| 06/30/78 | 06/30/79 | Northbrook Ins Co | 63004784 | 5 | Settled |
| 06/30/79 | 06/30/80 | Northbrook Ins Co | 63005793 | 1 | Settled |
| 06/30/80 | 06/30/81 | Northbrook Ins Co | 63005793 | 1 | Settled |
| 06/30/81 | 06/30/82 | Northbrook Ins Co | 63005793 | 1 | Settled |
| 06/30/79 | 06/30/80 | Northbrook Ins Co | 63005794 | 2 | Settled |
| 06/30/79 | 06/30/80 | Northbrook Ins Co | 63005795 | 4 | Settled |
| 06/30/80 | 06/30/81 | Northbrook Ins Co | 63006854 | 2 | Settled |
| 06/30/80 | 06/30/81 | Northbrook Ins Co | 63006855 | 4 | Settled |
| 06/30/81 | 06/30/82 | Northbrook Ins Co | 63008153 | 2 | Settled |
| 06/30/81 | 06/30/82 | Northbrook Ins Co | 63008154 | 4 | Settled |
| 05/17/66 | 10/20/66 | Orion Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/66 | 10/20/67 | Orion Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/67 | 10/20/68 | Orion Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 06/30/84 | 06/30/85 | Pacific Employers Ins Co | XCC012283 | 2 | Settled |
| 06/30/84 | 06/30/85 | Pacific Employers Ins Co | XM0017204 | 1 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 06/30/81 | 06/30/82 | Protective Nat'l Ins Co | XUB1806925 | 7 | Non-Settled |
| 06/30/82 | 06/30/83 | Protective Nat'l Ins Co | XUB1807108 | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | Protective Nat'l Ins Co | XUB1807216 | 5 | Non-Settled |
| 06/30/76 | 06/30/77 | Prudential Reinsurance | DXC901145 | 2 | Resolved |
| 06/30/76 | 06/30/77 | Prudential Reinsurance | DXC901146 | 5 | Resolved |
| 06/30/76 | 06/30/77 | Prudential Reinsurance | DXC901147 | 6 | Resolved |
| 06/30/77 | 06/30/78 | Prudential Reinsurance | DXCDX0250 | 3 | Resolved |
| 06/30/77 | 06/30/78 | Prudential Reinsurance | DXCDX0251 | 4 | Resolved |
| 06/30/77 | 06/30/78 | Prudential Reinsurance | DXCDX0252 | 5 | Resolved |
| 06/30/83 | 06/30/84 | Republic Insurance Co | CDE0749 | 4 | Non-Settled |
| 06/30/83 | 06/30/84 | Republic Insurance Co | CDE0750 | 5 | Non-Settled |
| 06/30/77 | 06/30/78 | Reunion-Adriatica | EL2046 | 7 | Non-Settled |
| 06/30/78 | 06/30/79 | Reunion-Adriatica | EL2787 | 6 | Non-Settled |
| 06/30/79 | 06/30/80 | Reunion-Adriatica | EL794120 | 5 | Non-Settled |
| 06/30/80 | 06/30/81 | Reunion-Adriatica | EL794416 | 5 | Non-Settled |
| 04/01/60 | 04/01/61 | Royal Indemnity Company | RLG021620 | Primary | Resolved |
| 04/01/61 | 04/01/62 | Royal Indemnity Company | RLG021621 | Primary | Resolved |
| 04/01/62 | 04/01/63 | Royal Indemnity Company | RLG021622 | Primary | Resolved |
| 04/01/59 | 04/01/60 | Royal Indemnity Company | RLG021629 | Primary | Resolved |
| 04/01/55 | 04/01/56 | Royal Indemnity Company | RLG035805 | Primary | Resolved |
| 04/01/56 | 04/01/57 | Royal Indemnity Company | RLG045762 | Primary | Resolved |
| 04/01/57 | 04/01/58 | Royal Indemnity Company | RLG045836 | Primary | Resolved |
| 04/01/58 | 04/01/59 | Royal Indemnity Company | RLG053959 | Primary | Resolved |
| 03/31/53 | 03/31/54 | Royal Indemnity Company | RLG27635 | Primary | Resolved |
| 03/31/54 | 04/01/55 | Royal Indemnity Company | RLG31840 | Primary | Resolved |
| 06/30/83 | 06/30/84 | Royal Insurance Co | ED102071 | 5 | Non-Settled |
| 06/30/83 | 06/30/84 | Royal Insurance Co | ED102071. | 4 | Non-Settled |
| 06/30/84 | 06/30/85 | Royale Belge S.A. | 1251427 | 4 | Non-Settled |
| 06/30/77 | 06/30/78 | Royale Belge S.A. | AVB102. | 8 | Non-Settled |
| 06/30/78 | 06/30/79 | Royale Belge S.A. | AVB124. | 7 | Non-Settled |
| 05/17/66 | 10/20/66 | Sphere Drake Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | Sphere Drake Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | Sphere Drake Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 05/17/66 | 10/20/66 | St. Helens Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/66 | 10/20/67 | St. Helens Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 10/20/67 | 10/20/68 | St. Helens Ins. Co. Ltd. | 66/180390 | 8 | Non-Settled |
| 06/30/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD662C | 3 | Settled |
| 06/30/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 74DD662C | 4 | Settled |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD663C | 6 | Settled |
| 07/17/74 | 06/30/75 | St. Katherine Ins. Co. Ltd. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 06/30/75 | 06/30/76 | St. Katherine Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year | | | | | |
|---|---|---|---|---|---|
| **Begin** | **End** | **Insurer** | **Policy Number** | **Layer** | **Category** |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/76 | 06/30/77 | St. Katherine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1632C | 5 | Settled |
| 06/30/77 | 06/30/78 | St. Katherine Ins. Co. Ltd. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | St. Katherine Ins. Co. Ltd. | 78DD1418C | 4 | Settled |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/81 | 06/30/82 | St. Katherine Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | St. Katherine Ins. Co. Ltd. | 79DD1636C | 4 | Settled |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | St. Katherine Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | St. Katherine Ins. Co. Ltd. | 80DD1645C | 4 | Settled |
| 05/17/66 | 10/20/66 | Stronghold Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | Stronghold Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | Stronghold Ins. Co. Ltd. | 66/180390 | 8 | Settled |
| 06/30/74 | 06/30/75 | Stronghold Ins. Co. Ltd. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Stronghold Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Stronghold Ins. Co. Ltd. | 74DD662C | 4 | Settled |
| 07/17/74 | 06/30/75 | Stronghold Ins. Co. Ltd. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Stronghold Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | Stronghold Ins. Co. Ltd. | 74DD663C | 7 | Settled |
| 06/30/76 | 06/30/77 | Stronghold Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 77DD1632C | 5 | Settled |
| 06/30/77 | 06/30/78 | Stronghold Ins. Co. Ltd. | 77DD1826 | 8 | Settled |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 78DD1418C | 4 | Settled |
| 06/30/78 | 06/30/79 | Stronghold Ins. Co. Ltd. | 78DD1420C | 7 | Settled |
| 06/30/79 | 06/30/80 | Stronghold Ins. Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Stronghold Ins. Co. Ltd. | 79DD1638C | 7 | Settled |
| 06/30/80 | 06/30/81 | Stronghold Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Stronghold Ins. Co. Ltd. | 80DD1647C | 7 | Settled |
| 06/30/82 | 06/30/83 | Stronghold Ins. Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Stronghold Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Stronghold Ins. Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Stronghold Ins. Co. Ltd. | PY030281 | 4 | Settled |
| 06/30/77 | 06/30/78 | Swiss Reinsurance | ZH/R4020/0601 | 8 | Non-Settled |
| 06/30/78 | 06/30/79 | Swiss Reinsurance | ZH/R4020/0601 | 7 | Non-Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year | | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| **Begin** | **End** | | | | |
| 05/17/66 | 10/20/66 | Swiss Union Gen. Ins. Co. Ltd. | 66/180390 | 8 | Resolved |
| 10/20/66 | 10/20/67 | Swiss Union Gen. Ins. Co. Ltd. | 66/180390 | 8 | Resolved |
| 10/20/67 | 10/20/68 | Swiss Union Gen. Ins. Co. Ltd. | 66/180390 | 8 | Resolved |
| 06/30/74 | 06/30/75 | Terra Nova Ins. Co. Ltd. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Terra Nova Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Terra Nova Ins. Co. Ltd. | 74DD662C | 4 | Settled |
| 06/30/84 | 06/30/85 | Transamerica Ins Co | USE13397786 | 3 | Settled |
| 06/30/79 | 06/30/80 | Transit Casualty | SCU955191 | 3 | Settled |
| 06/30/79 | 06/30/80 | Transit Casualty | SCU955192 | 4 | Settled |
| 06/30/79 | 06/30/80 | Transit Casualty | SCU955193 | 5 | Settled |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955565 | 2 | Settled |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955566 | 3 | Settled |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955567 | 4 | Settled |
| 06/30/80 | 06/30/81 | Transit Casualty | SCU955568 | 5 | Settled |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955978 | 2 | Settled |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955979 | 3 | Settled |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955980 | 4 | Settled |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955981 | 5 | Settled |
| 06/30/81 | 06/30/82 | Transit Casualty | SCU955982 | 6 | Settled |
| 06/30/82 | 06/30/83 | Transit Casualty | SCU956259 | 2 | Settled |
| 06/30/82 | 06/30/83 | Transit Casualty | SCU956260 | 3 | Settled |
| 06/30/82 | 06/30/83 | Transit Casualty | SCU956261 | 4 | Settled |
| 06/30/83 | 06/30/84 | Transit Casualty | SCU956535 | 2 | Settled |
| 06/30/83 | 06/30/84 | Transit Casualty | SCU956536 | 3 | Settled |
| 06/30/83 | 06/30/84 | Transit Casualty | SCU956537 | 4 | Settled |
| 06/30/84 | 06/30/85 | Transit Casualty | SCU956881 | 2 | Settled |
| 06/30/84 | 06/30/85 | Transit Casualty | SCU956882 | 4 | Settled |
| 06/30/82 | 06/30/83 | Transit Casualty | UMB950239 | 1 | Settled |
| 06/30/83 | 06/30/84 | Transit Casualty | UMB950239 | 1 | Settled |
| 06/30/84 | 06/30/85 | Transit Casualty | UMB950239. | 1 | Settled |
| 07/17/74 | 06/30/75 | Turegum Ins. Co. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Turegum Ins. Co. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | Turegum Ins. Co. | 74DD663C | 7 | Settled |
| 06/30/76 | 06/30/77 | Turegum Ins. Co. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Turegum Ins. Co. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Turegum Ins. Co. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Turegum Ins. Co. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Turegum Ins. Co. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | Turegum Ins. Co. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Turegum Ins. Co. | 78DD1418C | 4 | Settled |
| 06/30/83 | 06/30/84 | Twin City Fire Ins Co | 97CXS100005 | 5 | Settled |
| 02/27/73 | 06/30/73 | Unigard Security | 1-0589 | 5 | Resolved |
| 06/30/73 | 06/30/74 | Unigard Security | 1-0589 | 5 | Resolved |
| 06/30/74 | 06/30/75 | Unigard Security | 1-0589 | 4 | Resolved |
| 06/30/74 | 06/30/75 | Unigard Security | 1-2517 | 1 | Settled |
| 10/20/68 | 10/20/69 | US Fire Insurance Co | XS2108 | 4 | Settled |
| 10/20/69 | 10/20/70 | US Fire Insurance Co | XS2108 | 4 | Settled |
| 10/20/70 | 06/30/71 | US Fire Insurance Co | XS2108 | 4 | Settled |
| 06/30/74 | 06/30/75 | Walbrook Ins. Co. Ltd. | 74DD662C | 3 | Settled |
| 06/30/75 | 06/30/76 | Walbrook Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Walbrook Ins. Co. Ltd. | 74DD662C | 4 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year Begin | End | Insurer | Policy Number | Layer | Category |
|---|---|---|---|---|---|
| 07/17/74 | 06/30/75 | Walbrook Ins. Co. Ltd. | 74DD663C | 6 | Settled |
| 06/30/75 | 06/30/76 | Walbrook Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | Walbrook Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 76DD1594C | 1 | Settled |
| 06/30/76 | 06/30/77 | Walbrook Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 76DD1595C | 2 | Settled |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Walbrook Ins. Co. Ltd. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Walbrook Ins. Co. Ltd. | 78DD1418C | 4 | Settled |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | 79DD1633C | 1 | Settled |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1634C | 2 | Settled |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1635C | 3 | Settled |
| 06/30/79 | 06/30/80 | Walbrook Ins. Co. Ltd. | 79DD1636C | 4 | Settled |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Walbrook Ins. Co. Ltd. | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | Walbrook Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Walbrook Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Walbrook Ins. Co. Ltd. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Walbrook Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Walbrook Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Walbrook Ins. Co. Ltd. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Walbrook Ins. Co. Ltd. | KY017882 | 3 | Settled |
| 06/30/83 | 06/30/84 | Walbrook Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Walbrook Ins. Co. Ltd. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Walbrook Ins. Co. Ltd. | PY030281 | 4 | Settled |
| 07/17/74 | 06/30/75 | Wausau Insurance Co | 053700086732 | 6 | Non-Settled |
| 06/30/75 | 06/30/76 | Wausau Insurance Co | 053700086732 | 8 | Non-Settled |
| 06/30/76 | 06/30/77 | Wausau Insurance Co | 053700086732 | 7 | Non-Settled |
| 06/30/77 | 06/30/78 | Winterthur Swiss Ins. Co. | 77DD1631C | 4 | Settled |
| 06/30/77 | 06/30/78 | Winterthur Swiss Ins. Co. | 77DD1632C | 5 | Settled |
| 06/30/78 | 06/30/79 | Winterthur Swiss Ins. Co. | 78DD1417C | 3 | Settled |
| 06/30/78 | 06/30/79 | Winterthur Swiss Ins. Co. | 78DD1418C | 4 | Settled |
| 06/30/80 | 06/30/81 | Winterthur Swiss Ins. Co. | 80DD1643C | 2 | Settled |
| 06/30/81 | 06/30/82 | Winterthur Swiss Ins. Co. | 80DD1643C | 2 | Settled |
| 06/30/80 | 06/30/81 | Winterthur Swiss Ins. Co. | 80DD1644C | 3 | Settled |
| 06/30/80 | 06/30/81 | Winterthur Swiss Ins. Co. | 80DD1645C | 4 | Settled |
| 06/30/82 | 06/30/83 | Winterthur Swiss Ins. Co. | KY017582 | 1 | Settled |
| 06/30/83 | 06/30/84 | Winterthur Swiss Ins. Co. | KY017582 | 1 | Settled |
| 06/30/84 | 06/30/85 | Winterthur Swiss Ins. Co. | KY017582 | 1 | Settled |
| 06/30/82 | 06/30/83 | Winterthur Swiss Ins. Co. | KY017782 | 2 | Settled |
| 06/30/83 | 06/30/84 | Winterthur Swiss Ins. Co. | KY017782 | 2 | Settled |
| 06/30/84 | 06/30/85 | Winterthur Swiss Ins. Co. | KY017782 | 2 | Settled |
| 06/30/82 | 06/30/83 | Winterthur Swiss Ins. Co. | KY017882 | 3 | Settled |

**EXHIBIT 10**
**PRIMARY & EXCESS INSURANCE POLICIES THAT WERE OR ARE APPLICABLE**
**TO ASBESTOS RELATED CLAIMS (sorted alphabetically)**

| Policy Year | | | | | |
|---|---|---|---|---|---|
| **Begin** | **End** | **Insurer** | **Policy Number** | **Layer** | **Category** |
| 06/30/83 | 06/30/84 | Winterthur Swiss Ins. Co. | KY048183 | 3 | Settled |
| 06/30/84 | 06/30/85 | Winterthur Swiss Ins. Co. | KY048183 | 3 | Settled |
| 06/30/81 | 06/30/82 | Winterthur Swiss Ins. Co. | PY030181 | 3 | Settled |
| 06/30/81 | 06/30/82 | Winterthur Swiss Ins. Co. | PY030281 | 4 | Settled |
| 05/17/66 | 10/20/66 | World Auxiliary Ins. Corp. Ltd. | 66/180390 | 8 | Settled |
| 10/20/66 | 10/20/67 | World Auxiliary Ins. Corp. Ltd. | 66/180390 | 8 | Settled |
| 10/20/67 | 10/20/68 | World Auxiliary Ins. Corp. Ltd. | 66/180390 | 8 | Settled |
| 06/30/75 | 06/30/76 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD662C | 5 | Settled |
| 06/30/76 | 06/30/77 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD662C | 4 | Settled |
| 06/30/75 | 06/30/76 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD663C | 8 | Settled |
| 06/30/76 | 06/30/77 | Yasuda Fire & Marine Ins. Co. Ltd. | 74DD663C | 7 | Settled |
| 06/30/76 | 06/30/77 | Zurich Insurance Co | IRDSR4010 | 7 | Non-Settled |
| 06/30/77 | 06/30/78 | Zurich Insurance Co | IRDSR401072 | 7 | Non-Settled |
| 06/30/78 | 06/30/79 | Zurich Insurance Co | Z17052/3 | 6 | Non-Settled |
| 06/30/79 | 06/30/80 | Zurich Insurance Co | Z17052/4 | 6 | Non-Settled |
| 06/30/83 | 06/30/84 | Zurich Insurance Co | ZIB-70-631-83-C | 4 | Non-Settled |
| 06/30/84 | 06/30/85 | Zurich Insurance Co | ZIB70631-84-C | 4 | Non-Settled |
| 06/30/84 | 06/30/85 | Zurich Insurance Co | ZIB70964-84-C | 3 | Settled |
| 06/30/80 | 06/30/81 | Zurich Insurance Co | ZIB7434/5 | 6 | Non-Settled |
| 06/30/81 | 06/30/82 | Zurich Insurance Co | ZIB7631-81-C | 6 | Non-Settled |
| 06/30/82 | 06/30/83 | Zurich Insurance Co | ZIB7631-82-C | 4 | Non-Settled |
| 06/30/81 | 06/30/82 | Zurich Insurance Co | ZIB7632-81-C | 7 | Non-Settled |

# TAB 12

12.     **"Asbestos Insurance Policy"** shall mean any insurance policy, whether known or unknown, including the policies listed on the schedule attached as Exhibit 10 in the Exhibit Book, that actually or potentially provides insurance coverage for any Asbestos Claim; provided that an Asbestos Insurance Policy shall not include any rights or obligations under any insurance policy ~~or settlement agreement~~ to which any of the Debtors are a party insofar as the insurance policy ~~or settlement agreement~~ relates to Workers' Compensation Claims.

**210.**    ~~199.~~ **"Workers' Compensation Claims"** shall mean any Claim: (i) for benefits under a state-mandated workers' compensation system, which a past, present, or future employee of the Debtors or their predecessors is receiving, or may in the future have a right to receive and/or (ii) for reimbursement brought by any insurance company or state agency as a result of payments made to or for the benefit of such employees under such a system and fees and expenses incurred under any insurance policies or laws or regulations covering such employee claims.