UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., ET AL., | Case No. 01-1139-JFK |
| Debtor | Judge: Judith K. Fitzgerald |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENATION OF CREDITORS AS RQUIRED BY FEDERAL RULE OF BANKRUPTCY 2019

Russell B. Winburn, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the Law Offices of Odom & Elliott, P.A., One East Mountain, Fayetteville, Arkansas 72701.

2. This Verified Statement is filed in accordance with rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. This 2019 Statement is a verified statement identifying the name and address of the entity filing such statement and that includes the following exhibits:

   A. A blank, but unredacted, exemplar or an actual copy, of each form of agreement in instrument, if any, whereby such entity is empowered to act on behalf of creditors or equity security holders in this case;

   B. An Excel spreadsheet in electronic format in substantially the form attached hereto as Exhibit A containing the following data:

      i. Name of each creditor or equity security holder represented by the entity filing the 2019 Statement;

ii. The personal address of each such creditor or equity security holder;

iii. Reserved space for the social security number or other identifier as may be required by a further order of the Court;

iv. Identification of the form of exemplar referenced in item #1 above executed by the creditor or equity security holder, and the date such agreement was executed;

v. The amount of the claim of any creditor if liquidated, and for unliquidated claims, an indication that such claims are unliquidated;

vi. The date of acquisition of the creditor's claim unless such claim was acquired beyond one year prior to the filing of the Debtor's petition for relief;

vii. For personal injury claimants, the type of disease giving rise to the claim; and for all other claimants, the nature of the claim or interest; and

viii. A recital of the pertinent facts and circumstances in connection with the employment of the entity or indenture trustee, and, in the case of a committee, the name or names of the entity or entities at whose instance directly or indirectly the employment was arranged or the committee was organized or agreed to act;

C. With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case of any indenture trustee, a statement of:

i. The amounts of claims or interests owned by the entity, the committee members or the indenture trustee;

ii. The times when acquired;

        iii.     The amounts paid therefore; and

        iv.     Any sales or other dispositions thereof.

4.    Odom & Elliott, P.A. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:     December 20, 2004

Respectfully Submitted:

_____
Russell B. Winburn, Esquire
Odom & Elliott, P.A.
One East Mountain
P.O. Drawer 1868
Fayetteville, Arkansas 72702