**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Hearing Date: February 28, 2005 at 12:00 p.m. ET** |
| | ) **Objections due: February 11, 2005 at 4:00 p.m. ET** |

**NOTICE OF MOTION**

TO:   All parties required to receive notice pursuant to Del. L.R. 2002-1.

PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Plan (collectively, the "Movants") have filed the attached **PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim** pursuant to 11 U.S.C. § 105(a) and Rule 9006(b)(1) of the Federal Rules of Bankruptcy Procedure (the "Motion").

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 11, 2005 at 4:00 p.m. (ET)**.

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be **received no later than 4:00 p.m. (ET) on February 11, 2005.**

A HEARING, IF NECESSARY, ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801, ON **FEBRUARY 28, 2005 AT 12:00 P.M. (ET).**

     IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 14, 2005

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (#3157)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400

Attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

-and-

LEBOEUF, LAMB, GREENE & MACRAE
Steven J. McCardell (#2144)
Jared L. Inouye (#9776)
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101-1685
(801) 320-6700

Attorneys for PacifiCorp

-and-

VANCOTT, BAGLEY, CORNWALL & MCCARTHY
J. Robert Nelson (#4519)
50 South Main Street
Salt Lake City, UT 84144-0450
(801) 237-0270

Attorneys for the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan

487.001-6581.DOC