**EXHIBIT D**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 </br> ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) </br> ) (Jointly Administered) |
| Debtors. | ) </br> ) |

### AFFIDAVIT OF DALE RASMUSSEN

STATE OF _Oregon_ )
                  ) ss:
_Multnomah_ COUNTY )

Dale Rasmussen, being duly sworn, testifies as follows:

1. I am an Associate General Counsel at PacifiCorp. I am generally familiar with the facts of PacifiCorp's Motion and have personal knowledge of the facts herein. I submit this Affidavit in support of PacifiCorp's Motion For Leave to File A Late Proof of Claim against the Debtors.

2. PacifiCorp's policy for receipt of legal notices and service of process requires that legal notices and services of process be sent to PacifiCorp's registered agent, CT. CT then sends the documents to PaficiCorp's Office of General Counsel where a legal assistant logs the notices and forwards them to the appropriate division of PacifiCorp.

3. PacifiCorp has conducted a search in departments, including the Office of General Counsel and the Customer Service Division, where the Bar Date notice likely would have been sent or received. However, PacifiCorp has not found a record showing that PacifiCorp had notice or knowledge of the Bar Date Notice.

1

4. PacifiCorp has regularly retained documents pertaining to the property on which the Vermiculite Intermountain Facility operated. PacifiCorp has searched, but has not found a record indicating that the PacifiCorp employees who were involved in the discovery and removal of asbestos at the Vermiculite Intermountain Site had notice or knowledge of the Bar Date until after it expired.

5. PacifiCorp's Motion is brought in good faith.

_____
Dale Rasmussen

Sworn to before me this
6th day of January, 2005

_____
Notary Public

OFFICIAL SEAL
DEBORAH B PARKER
NOTARY PUBLIC-OREGON
COMMISSION NO. 386739
MY COMMISSION EXPIRES JAN. 9, 2009