# EXHIBIT E

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

**AFFIDAVIT OF STACEY DAVIS**

STATE OF UTAH          )
                                       )  ss:
SALT LAKE COUNTY    )

Stacey Davis, being duly sworn, testifies as follows:

1.     I have personal knowledge of the facts set forth herein.  I submit this Affidavit in support of PacifiCorp's Motion For Leave to File A Late Proof of Claim against the Debtors.

2.     I am a Team Manager in PacifiCorp's Customer Service Division.  I have worked for PacifiCorp for eight years.  My primary responsibilities include managing PacifiCorp's Customer Service Division's bankruptcy processing group.  Upon receiving a bankruptcy notice, it is the Customer Service Division's policy to search its database for electrical service accounts. If a bankruptcy notice pertains to a party that has an electrical service account with PacifiCorp, the Customer Service Division automatically files a proof of claim.

3.     In May, 2001, I was a Customer Service Professional in PacifiCorp's Customer Service Division.  As a Customer Service Professional, my primary responsibilities included receiving and reviewing bankruptcy notices.  In 2001, the Customer Service Division received approximately 519 various bankruptcy notices per month and filed approximately 100 to 150 proofs of claim per month.

1

4.    On or around May 3, 2001, the Customer Service Division received a Notice of Commencement of Chapter 11 Bankruptcy Cases, Meeting of Creditors and Fixing of Certain Dates for the Grace bankruptcy case.

5.    On or around May 16, 2001, I prepared and filed a Proof of Claim for electrical services in the Grace bankruptcy case. In doing so, I handled PacifiCorp's claim for electrical services in the same manner in which the Customer Service Division handles all other bankruptcy claims. I searched the Customer Service Division's database for electrical accounts. When I discovered that Grace had an electrical account with PacifiCorp with a balance of approximately $1,375.00, I drafted and filed a proof of claim for that amount.

6.    When I prepared and filed PacifiCorp's proof of claim, neither I nor the Customer Service Division had any knowledge of asbestos contamination at the Vermiculite Intermountain Site, or of any PacifCorp asbestos claim against Grace. It was not until late December, 2004 or January, 2005 that I learned of asbestos contamination at the Vermiculite Intermountain Site.

7.    The Customer Service Division has diligently searched, but cannot find any record of ever having received the Bar Date Notice Package.

_Stacey Davis_
Stacey Davis

Sworn to before me this

_10_ day of January, 2005

_Winona Jones_
Notary Public

NOTARY PUBLIC
WINONA JONES
6504 So. Purple Sage Dr.
West Jordan, Utah 84084
Commission Expires
April 15, 2007
STATE OF UTAH

SL 96778.2 01515 00001 1/6/2005 04:03pm

2