# EXHIBIT F

FORM B10 (Official Form 10)(4/98)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Delaware | | |
|---|---|---|
| Name of Debtor<br>W.R. Grace & Co. | Case Number<br>01-1139 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>UTAH POWER LIGHT<br>Name and Address where notices should be sent:<br><br>UTAH POWER LIGHT<br>PO BOX 25308<br>SALT LAKE CITY UT 84125-0308<br><br>Telephone Number: 1-888-221-7070 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Account or other number by which creditor identifies debtor:<br>5130573460001 | Check here if ☐ replaces<br>this claim ☐ amends a previously filed claim, dated _____ | |

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other Utilities

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #: ___ ___ ___
   Unpaid compensation for services performed
   from _____ to _____
   (date)    (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. Total Amount of Claim at Time Case Filed:   $ 1375.58
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>Brief Description of Collateral:<br>☐ Real Estate  ☐ Motor Vehicle<br>☐ Other_____<br><br>Value of Collateral: $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $_____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).<br>☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

7. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY
Please mail this claim form to:
U.S. Bankruptcy Court
[address]
Salt Lake City, Utah 84111

| Date<br>5/16/01 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Wisdor Service<br>Stacey Davis | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

WR Grace    BF.1.2.98
00000098

**Agrmt # 51305346 001 001 W R GRACE & CO CONN**

---------- Agreement Details ----------

**Agrmt Type** Service Agreement     **Stat Cod** WAT **Rev Cls** COM **Connect** 01-10-1994
**Rate Sched** 08GNSV0006.004 GENERAL SERVICE, 3 PHASE, SECON **Disconnect** 04-02-2001
**Site Addr** FREEPORT BLDG # J5-N FREEPORT CENTER UT 84016
**Svc Descr**          **Agr Dsc** UTAH GENERAL SERVICE, DISTRIB

---------- Billing/Payment Transactions ----------

| Tranx Date | Rev Mo | Typ | Adj | Transaction Details | Tranx Amt | Agrmt Bal |
|---|---|---|---|---|---|---|
| 05-16-2001 | 05 01 | RBL | | Usage up to 4-2-01 | 600.90 | 1348.64 |
| 03-10-2001 | 03 01 | RPY | | CSH# 000000390176332 | -756.45 | 774.68 |
| 03-09-2001 | 03 01 | RBL | | RSCH 08LPAY0300.001 | 7.56 | 1531.13 |
| 03-09-2001 | 03 01 | RBL | | RSCH 08GNSV0006.004 | 767.12 | 1523.57 |
| 02-07-2001 | 02 01 | RBL | | RSCH 08LPAY0300.001 | 0.14 | 756.45 |
| 02-07-2001 | 02 01 | RBL | | RSCH 08GNSV0006.004 | 742.61 | 756.31 |
| 02-01-2001 | 02 01 | RPY | | CSH# 000000729103582 | -713.55 | 13.70 |
| 02-01-2001 | 02 01 | RPY | | CSH# 000000729103582 | -6.14 | 727.25 |
| 01-10-2001 | 01 01 | RPY | | CSH# 000000358493496 | -749.89 | 733.39 |
| 01-09-2001 | 01 01 | RBL | | RSCH 08LPAY0300.001 | 7.56 | 1483.28 |
| 01-09-2001 | 01 01 | RBL | | RSCH 08GNSV0006.004 | 719.69 | 1475.72 |
| 12-07-2000 | 12 00 | RPY | | CSH# 000000273340667 | -614.37 | 756.03 |
| 12-07-2000 | 12 00 | RBL | | RSCH 08LPAY0300.001 | 6.14 | 1370.40 |
| 12-07-2000 | 12 00 | RBL | | RSCH 08GNSV0006.004 | 749.89 | 1364.26 |
| 11-04-2000 | 11 00 | RBL | | RSCH 08GNSV0006.004 | 614.37 | 614.37 |
| 10-30-2000 | 10 00 | RPY | | CSH# 000000921381373 | -711.39 | 0.00 |
| 10-05-2000 | 10 00 | RBL | | RSCH 08GNSV0006.004 | 711.39 | 711.39 |
| 10-02-2000 | 10 00 | RPY | | CSH# 000000094476054 | -729.72 | 0.00 |
| 10-02-2000 | 10 00 | RPY | | CSH# 000000094476054 | -717.17 | 729.72 |