**EXHIBIT G**

In re: W.R. GRACE & CO.-CONN., Case No. 01-01140

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1619391 - 10071297<br>INTER-STATE OIL CO | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1100875 - 10319452<br>INTERCON CARTAGE<br>P.O. BOX 24<br>BEDFORD PARK   IL   60499-0024 | TRADE PAYABLE<br>PRE-PETITION INVOICE PAID UNDER FIRST DAY MOTIONS | Disputed | $513.60 |
| 1619853 - 10071759<br>INTERCONTINENTAL BULKTANK CORP (OVE | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621169 - 10073075<br>INTERFAITH<br>CAROLYN SMITH PRAVLICK  DANIELL C F<br>1121 TWELFTH ST NW<br>WASHINGTON   DC   20005 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621170 - 10073076<br>INTERFAITH<br>EDWARD LLOYD<br>15 WASHINGTON ST<br>ROOM 334<br>NEWARK   NJ   07102 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621171 - 10073077<br>INTERFAITH COMMUNITY ORGANIZATION<br>83 WAYNE ST<br>JERSEY CITY   NJ   07302 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621172 - 10073078<br>INTERFAITH COMMUNITY ORGANIZATION<br>CAROLYN SMITH PRAVLICK  DANIELLE C<br>1121 TWELFTH ST NW<br>WASHINGTON   D   20005 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1621124 - 10073030<br>INTERGRAPH CORP | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1619016 - 10070922<br>INTERMOUNTAIN INSULATION CO<br>333 W FIRST ST<br>SALT LAKE CITY   UT | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1069549 - 10069794<br>INTERNAL MEDICINE & CARDIOLOGY<br>P O BOX 1000<br>MEMPHIS   TN   38148-0423 | ENVIRONMENTAL CLAIM | Contingent, Disputed, Unliquidated | Unknown |
| 1683633 - 10068199<br>INTERNAL REVENUE SERVICE<br>Attn JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION   FL   33324 | TAXES, INTEREST AND PENALTIES<br>1993 - 1996 AUDIT | Contingent, Disputed, Unliquidated | Unknown |
| 1683634 - 10068200<br>INTERNAL REVENUE SERVICE<br>Attn JAMES FIERLE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION   FL   33324 | TAXES, INTEREST AND PENALTIES<br>1997 - 2000 OPEN TAX YEARS | Contingent, Disputed, Unliquidated | Unknown |