**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 12, 2005 at 4:00 p.m. |

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 7353

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fortieth Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from October 1, 2004 through October 31, 2004 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than January 12, 2005 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $56,622.80 which represents 80% of the fees ($70,778.50) and $11,174.74 which represents 100% of the expenses requested in the Application for the period October 1, 2004 through October 31, 2004 upon the filing of this certification and without

the need for entry of a Court order approving the Application.

Dated: January 14, 2005

    Scott L. Baena, Esquire
    Jay M. Sakalo, Esquire
    Allyn S. Danziesen, Esquire
    BILZIN, SUMBERG, BAENA, PRICE
     & AXELROD, LLP
    2500 Wachovia Financial Center
    200 South Biscayne Boulevard
    Miami, FL 33131-2336
    Tel:   (305) 374-7580
    Fax:  (305) 374-7593

    -and-

    FERRY, JOSEPH & PEARCE, P.A.

    /s/ Theodore J. Tacconelli
    Michael B. Joseph (No. 392)
    Theodore J. Tacconelli (No. 2678)
    824 Market Street, Suite 904
    P.O. Box 1351
    Wilmington, DE. 19899
    Tel:   (302) 575-1555
    Fax:  (302) 575-1714

    Co-Counsel to the Official Committee of Asbestos
    Property Damage Claimants