**Attachment B To Fee Application**
**Summary of PwC's Fees By Professional**
**November 2004**

**Professional Profiles**
**WR Grace Time Tracking – Audit**
**For the Month Ended November 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 10.0 | $ 8,020.00 |
| Peter Woolf | Tax Partner | 20+ | 802 | 10.0 | $ 8,020.00 |
| Su-Hua Chao | Audit Associate | 5+ | 292 | 1.0 | $ 292.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 19.0 | $ 11,685.00 |
| Tom Kalinosky | Audit Specialist | 20+ | 782 | 7.5 | $ 5,865.00 |
| William Choi | Audit Manager | 6 | 526 | 8.2 | $ 4,313.20 |
| Daniel Shields | Audit Manager | 7 | 550 | 9.5 | $ 5,225.00 |
| Sandra David | Audit Manager | 7 | 526 | 28.6 | $ 15,043.60 |
| Ryan Grady | Audit Senior Associate | 3 | 369 | 98.4 | $ 36,309.60 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 119.7 | $ 39,740.40 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 50.8 | $ 16,865.60 |
| Michael McDonnell | Audit Associate | 2 | 251 | 27.0 | $ 6,777.00 |
| Amanda Williams | Audit Associate | <1 | 213 | 7.0 | $ 1,491.00 |
| Bianca Rodriguez | Audit Associate | <1 | 213 | 1.5 | $ 319.50 |
| Dipesh Parmar | Audit Associate | 1 | 251 | 7.5 | $ 1,882.50 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 137.0 | $ 34,387.00 |
| Jennifer Rowden | Audit Associate | <1 | 213 | 9.0 | $ 1,917.00 |
| Lauren Misler | Audit Associate | <1 | 213 | 137.0 | $ 29,181.00 |
| Erica Margolius | Audit Associate | <1 | 213 | 147.6 | $ 31,438.80 |
| | | TOTAL | | 836.3 | $ 258,773.20 |

| | |
|---|---|
| Total at Standard Rate | $ 258,773.20 |
| 55% Accrual Rate Adjustmest | $ (142,325.26) |
| Total at 45% Accrual Rate | $ 116,447.94 |
| Total Hours | 836.3 |

**Professional Profiles**
**WR Grace Time Tracking - Sarbanes Oxley**
**For the Month Ended November 30, 2004**

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Peter Woolf | Tax Partner | 20+ | 802 | 13.0 | $ 10,426.00 |
| Giovanni D'arpino | Tax Senior Manager | 7+ | 656 | 1.0 | $ 656.00 |
| Maria Lopez | Tax Manager | 5+ | 526 | 35.5 | $ 18,673.00 |
| Leisa Mitchell | Tax Associate | 1 | 251 | 40.5 | $ 10,165.50 |
| John Newstead | Audit Senior Manager | 10+ | 689 | 56.5 | $ 38,928.50 |
| Tom Kalinosky | Audit Specialist/Director | 20+ | 782 | 9.0 | $ 7,038.00 |
| Mauren Driscoll | Audit Manager | 5 | 548 | 34.2 | $ 18,741.60 |
| Herman Schutte | Audit Manager | 4 | 526 | 141.4 | $ 74,376.40 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 31.0 | $ 11,439.00 |
| Martin Pretorius | SPA Senior Associate | 5 | 449 | 2.5 | $ 1,122.50 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 86.0 | $ 31,734.00 |
| Kinnari Kateja | Audit Senior Associate | 3 | 332 | 118.0 | $ 39,176.00 |
| Douglas Wright | Audit Associate | 1 | 251 | 116.4 | $ 29,216.40 |
| Kevin Sacco | SPA Associate | >1 | 241 | 4.5 | $ 1,084.50 |
| Joseph Daniel Meenan | Audit Associate | 1 | 301 | 20.0 | $ 6,020.00 |
| | | | TOTAL | 619.5 | $ 258,876.90 |

| | |
|---|---|
| Total at Standard Rate | $ 258,876.90 |
| 35% Accrual Rate Adjustmest | $ (90,606.92) |
| Total at 65% Accrual Rate | $ 168,269.99 |
| Total Hours | 619.5 |

**Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Total Cost of Time Tracking**

| | |
|---|---|
| | $ 10,691.20 |
| Less 55% rate reduction | $ (5,880.16) |
| Total Cost of Tracking Time Billed to Grace | $ 4,811.04 |
| Total Hours Spent Tracking Time | 32.7 |

**Summary of PwC's Fees By Project Category:**
**November 2004**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 32.7 | $4,811.04 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,455.8 | $ 284,717.93 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| **TOTAL:** | **1,488.5** | **$289,528.97** |

**Expense Summary**
**November 2004**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | **$3,973.96** |
| **Lodging** | N/A | **$1,370.67** |
| **Sundry** | N/A | **$62.61** |
| **Business Meals** | N/A | **$780.99** |
| **TOTAL:** | | **$6,188.23** |