**EXHIBIT B**

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended November 30, 2004**

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Lauren Misler** | Audit | 11/1/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/2/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/3/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/4/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/8/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/11/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/12/04 | $ 24.38 | | | | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | Audit | 11/15/04 | $ 18.75 | | | | Mileage from Owings Mills MD to Columbia MD of (50miles) *.375 = $18.75 |
| | Audit | 11/16/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | Audit | 11/17/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | Audit | 11/18/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | Audit | 11/19/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | Audit | 11/22/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | Audit | 11/29/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | Audit | 11/30/04 | $ 9.38 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| **Nicholas Stromann** | Audit | 11/1/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/2/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/3/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/4/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/5/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/8/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/9/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/10/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/11/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/12/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/15/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/16/2004 | $ 423.86 | | | | Airfare from BWI to Lake Charles for Inventory Observation |
| | Audit | 11/16/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/17/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/18/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/18/2004 | | | $ 14.80 | | Postage to mail accounts receivable confirmations for ART and Davison |
| | Audit | 11/19/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/22/2004 | $ 7.50 | | | | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | Audit | 11/23/2004 | $ 3.75 | | | | Mileage to Columbia in excess of normal commute (24-14 miles) * $0.375/mile |
| | Audit | 11/29/2004 | $ 5.25 | | | | Mileage from Columbia to BWI Airport (14 miles * $0.375/mile) |
| | Audit | 11/30/2004 | $ 5.25 | | | | Mileage from BWI Airport (14 miles * $0.375/mile) |
| **Pamela Reinhardt** | Audit | 11/1/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/2/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/3/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/4/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/5/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/8/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/9/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/10/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/12/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/15/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/16/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/17/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/18/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/19/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/22/2004 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = 9 |
| | Audit | 11/27/2004 | | | $ 30.81 | | Steel Toe Boots for Physical Inventory at Curits Bay |
| | Audit | 11/29/2004 | $ 25.50 | | | | Excess mileage to the client site (68 miles * .375 = $25.50) |
| | Audit | 11/30/2004 | $ 25.50 | | | | Excess mileage to the client site (68 miles * .375 = $25.50) |
| **Michael McDonnell** | Audit | 11/2/04 | $ 7.50 | | | | Mileage to the client |
| | Audit | 11/2/04 | $ 7.00 | | | | Mileage to client for picking up files for meeting in the office |
| | Audit | 11/21/04 | $ 44.00 | | | | Parking at Logan Airport to do an Inventory Observation at the Chicago 51st Street Location on 11/22/2004 |
| | Audit | 11/21/04 | | | | $ 57.29 | Lunch and Dinner Sunday in Chicago |
| | Audit | 11/22/04 | $ 185.20 | | | | Airfare for flight from Boston to Chicago for inventory observation |
| | Audit | 11/22/04 | | $ 121.30 | | | Hilton Hotel Chicago one night stay for Chicago inventory observation |
| | Audit | 11/22/04 | $ 140.93 | | | | Rental car two days for inventory observation on 11/22/2004 |
| | Audit | 11/22/04 | $ 6.92 | | | | Gas for rental car |
| | Audit | 11/22/04 | | | | $ 6.50 | Breakfast on 11/22/04 for Chicago inventory observation |
| | Audit | 11/22/04 | | | | $ 24.36 | Dinner on 11/22/04 for Chicago inventory observation |
| | Audit | 11/23/04 | $ 30.00 | | | | Mileage in excess of normal commute for returning files to the office |
| **Erica Margolius** | Audit | 11/2/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/3/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/4/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/5/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/8/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/9/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/10/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/11/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/milk |
| | Audit | 11/12/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/15/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/16/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/17/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/18/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/19/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/22/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/23/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/24/2004 | $ 11.63 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | Audit | 11/30/2004 | | | | $ 8.64 | Dinner in lieu of travel on 11/30/04 in Houston Airport |
| | Audit | 11/30/2004 | $ 423.86 | | | | Airfare from Baltimore Washington International Airport to Lake Charles, LA through Houston (leave 11/29 and retu 11/30) |
| | Audit | 11/30/2004 | | $ 74.87 | | | One night stay at hotel in the Comfort Suites in Lake Charles, LA on 11/29 for inventory observation |
| **Maria J. Afuang** | Audit | 11/8/2004 | $ 9.00 | | | | Mileage in excess of normal commute (24 * .375) |
| | Audit | 11/9/2004 | $ 9.00 | | | | Mileage in excess of normal commute (24 * .375) |
| | Audit | 11/10/2004 | $ 9.38 | | | | Mileage in excess of normal commute (25 * .375) |
| | Audit | 11/12/2004 | $ 9.38 | | | | Mileage in excess of normal commute (25 * .375) |
| | Audit | 11/15/2004 | $ 9.38 | | | | Mileage in excess of normal commute (25 * .375) |
| | Audit | 11/16/2004 | $ 9.38 | | | | Mileage in excess of normal commute (25 * .375) |
| | Audit | 11/17/2004 | $ 9.38 | | | | Mileage in excess of normal commute (25 * .375) |
| | Audit | 11/18/2004 | $ 9.38 | | | | Mileage in excess of normal commute (25 * .375) |
| **William Choi** | Audit | 11/2/2004 | $ 27.75 | | | | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to clier |
| | Audit | 11/5/2004 | $ 27.75 | | | | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to clier |
| | Audit | 11/8/2004 | $ 27.75 | | | | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to clier |
| | Audit | 11/10/2004 | $ 27.75 | | | | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to clier |
| | Audit | 11/11/2004 | $ 27.75 | | | | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to clier |
| **Bill Bishop** | Audit | 11/4/2004 | | | $ 15.00 | | Parking for audit committee meeting |
| | Audit | 11/8/2004 | | | | $ 500.01 | Dinner at That's Amore for audit team after planning meeting - B Bishop, T Hutcherson, W Choi, P Reinhardt, E Margoliu L Misler, H Ahmad, N Stromman, D Wright, H Schutte, K Kateja, and J Afuang (PwC) |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **Hermann Schutte** | Sarbanes | 11/2/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/3/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/8/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/9/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/12/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/15/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/16/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/17/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/18/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/19/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/22/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/23/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/29/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/30/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| **Maureen Driscoll** | Sarbanes | 11/18/2004 | $ 11.50 | | | | Tolls, Philadelphia - Columbia (round trip) |
| | Sarbanes | 11/18/2004 | $ 99.00 | | | | Mileage, home - Columbia (round trip) |
| **Hazim Ahmad** | Sarbanes | 11/2/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/3/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/4/2004 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/5/2005 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 11/8/2004 | $ 28.50 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile)+4 miles*.375 "to office to meet Kinnari" |
| | Sarbanes | 11/9/2004 | $ 28.50 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile)+4 miles*.375 "to office to meet Kinnari" |
| | Sarbanes | 11/12/2004 | $ 28.50 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile)+4 miles*.375 "to office to meet Kinnari" |
| **Kinnari Kateja** | Sarbanes | 11/15/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/16/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/17/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/18/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/19/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/22/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/23/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | Sarbanes | 11/24/2004 | $ 29.88 | | | | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| **Peter Woolf** | Sarbanes | 11/4/2004 | $ 23.00 | | | | Mileage in excess of normal commute |
| **Maged Zeiden** | Sarbanes | 10/24/2004 | | | | $ 25.00 | Dinner in lieu of travel (out-of-town, Chicago) |
| | Sarbanes | 10/24/2004 | $ 178.10 | | | | Airfare from Washington DC - Chicago on 10/24/2004 for 404 testing on Chicago site |
| | Sarbanes | 10/25/2004 | | | | $ 25.25 | Dinner (out-of-town, Chicago) |
| | Sarbanes | 10/26/2004 | | | | $ 28.86 | Dinner (out-of-town, Chicago) |
| | Sarbanes | 10/27/2004 | | | | $ 16.98 | Dinner (out-of-town, Chicago) |
| | Sarbanes | 10/28/2004 | $ 28.00 | | | | Fuel (Chicago) |
| | Sarbanes | 10/28/2004 | | | | $ 19.10 | Dinner (out-of-town, Chicago) |
| | Sarbanes | 10/28/2004 | | $ 783.35 | | | Hotel (Chicago) |
| | Sarbanes | 10/30/2004 | | $ 50.00 | | | Weekend Lodging (stayed in Chicago instead of traveling back to Washington DC) |
| | Sarbanes | 10/30/2004 | | | $ 2.00 | | Laundry in Chicago |
| | Sarbanes | 11/1/2004 | | $ 16.00 | | | Parking |
| | Sarbanes | 11/1/2004 | | | | $ 34.00 | Dinner in Chicago |
| | Sarbanes | 11/1/2004 | $ 22.00 | | | | Fuel for rental car (Chicago) |
| | Sarbanes | 11/2/2004 | $ 492.17 | | | | Airfare from Chicago to Washington DC returning from 404 testing at Chicago site |
| | Sarbanes | 11/2/2004 | | $ 147.05 | | | One night hotel stay (Chicago) |
| | Sarbanes | 11/2/2004 | | | | $ 35.00 | Dinner in lieu of travel coming back from Chicago |
| | Sarbanes | 11/2/2004 | | $ 178.10 | | | One night hotel stay (Chicago) |
| | Sarbanes | 11/3/2004 | $ 27.25 | | | | Mileage in excess of normal commute to Columbia, MD (72.7 miles * .375 = 27.25) |
| | Sarbanes | 11/30/2004 | $ 27.25 | | | | Mileage in excess of normal commute to Columbia, MD (72.7 miles * .375 = 27.25) |
| **Summary** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 6,188.23 | $ 3,973.96 | $ 1,370.67 | $ 62.61 | $ 780.99 | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended November 30, 2004**

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **Hermann Schutte** | 11/2/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/3/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/8/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/9/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/12/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/15/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/16/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/17/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/18/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/19/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/22/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/23/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/29/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/30/04 | Audit Manager | $ 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | | | $ 378.00 | |
| **Nicholas Stromann** | 11/1/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/2/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/3/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/4/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/5/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/8/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/9/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/10/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/11/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/12/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/15/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/16/04 | Audit Associate | $ 423.86 | Airfare from BWI to Lake Charles for Inventory Observation |
| | 11/16/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/17/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/18/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/18/04 | Audit Associate | $ 14.80 | Postage to mail accounts receivable confirmations for ART and Davison |
| | 11/19/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/22/04 | Audit Associate | $ 7.50 | Roundtrip mileage in excess of normal commute (48-28 miles) * $0.375/mile |
| | 11/23/04 | Audit Associate | $ 3.75 | Mileage to Columbia in excess of normal commute (24-14 miles) * $0.375/mile |
| | 11/29/04 | Audit Associate | $ 5.25 | Mileage from Columbia to BWI Airport (14 miles * $0.375/mile) |
| | 11/30/04 | Audit Associate | $ 5.25 | Mileage from BWI Airport (14 miles * $0.375/mile) |
| | | | $ 572.91 | |
| **Pamela Reinhardt** | 11/1/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/2/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/3/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/4/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/5/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/8/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/9/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/10/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/12/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/15/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/16/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/17/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/18/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/19/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/22/04 | Audit Senior Associate | $ 9.00 | Excess mileage to the client site (24 miles * .375 = 9) |
| | 11/27/04 | Audit Senior Associate | $ 30.81 | Steel Toe Boots for Physical Inventory at Curits Bay |
| | 11/29/04 | Audit Senior Associate | $ 25.50 | Excess mileage to the client site (68 miles * .375 = $25.50) |
| | 11/30/04 | Audit Senior Associate | $ 25.50 | Excess mileage to the client site (68 miles * .375 = $25.50) |
| | | | $ 216.81 | |
| **Michael McDonnell** | 11/2/04 | Audit Associate | $ 7.50 | Mileage in excess of normal commute (20 miles * .375 = $7.50) |
| | 11/2/04 | Audit Associate | $ 7.00 | Mileage in excess of normal commute picking up files for meeting in the office (18.67 *.375 = $7.00) |
| | 11/21/04 | Audit Associate | $ 44.00 | Parking at Logan Airport |
| | 11/21/04 | Audit Associate | $ 57.29 | Lunch and Dinner Sunday in Chicago |
| | 11/22/04 | Audit Associate | $ 185.20 | Airfare |
| | 11/22/04 | Audit Associate | $ 121.30 | Hilton Hotel Chicago |
| | 11/22/04 | Audit Associate | $ 140.93 | Rental car for two days (11/21 and 11/22) while in Chicago |
| | 11/22/04 | Audit Associate | $ 6.92 | Gas for rental car in Chicago |
| | 11/22/04 | Audit Associate | $ 6.50 | Breakfast on 11/22/04 (in lieu of travel) |
| | 11/22/04 | Audit Associate | $ 24.36 | Dinner on 11/22/04 (in lieu of travel) |
| | 11/23/04 | Audit Associate | $ 30.00 | Mileage in excess of normal commute returning files to the office (80 miles * .375 = $30.00) |
| | | | $ 631.00 | |
| **Maureen Driscoll** | 11/18/04 | Audit Manager | $ 11.50 | Tolls, Philadelphia - Columbia (round trip) |
| | 11/18/04 | Audit Manager | $ 99.00 | Mileage, home - Columbia (round trip) |
| | | | $ 110.50 | |
| **Erica Margolius** | 11/2/2004 | Audit Manager | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/3/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/4/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/5/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/8/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/9/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/10/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/11/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/12/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/15/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/16/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/17/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/18/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/19/2004 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |

| | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| | 11/22/2004 | Audit Associate | $ | 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/23/2004 | Audit Associate | $ | 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/24/2004 | Audit Associate | $ | 11.63 | Mileage in excess of normal commute (60.2-29.2 miles * $.375/mile) |
| | 11/30/2004 | Audit Associate | $ | 8.64 | Dinner in lieu of travel on 11/30/04 in Houston Airport |
| | 11/30/2004 | Audit Associate | $ | 423.86 | Airfare from Baltimore Washington International Airport to Lake Charles, LA through Houston (leave 11/29 and return 11/30) |
| | 11/30/2004 | Audit Associate | $ | 74.87 | One night stay at hotel in the Comfort Suites in Lake Charles, LA on 11/29 for inventory observation |
| | | | | 705.00 | |
| **Maria J. Afuang** | 11/8/2004 | Audit Senior Associate | $ | 9.00 | Mileage in excess of normal commute (24 * .375) |
| | 11/9/2004 | Audit Senior Associate | $ | 9.00 | Mileage in excess of normal commute (24 * .375) |
| | 11/10/2004 | Audit Senior Associate | $ | 9.38 | Mileage in excess of normal commute (25 * .375) |
| | 11/11/2004 | Audit Senior Associate | $ | 9.38 | Mileage in excess of normal commute (25 * .375) |
| | 11/12/2004 | Audit Senior Associate | $ | 9.38 | Mileage in excess of normal commute (25 * .375) |
| | 11/13/2004 | Audit Senior Associate | $ | 9.38 | Mileage in excess of normal commute (25 * .375) |
| | 11/14/2004 | Audit Senior Associate | $ | 9.38 | Mileage in excess of normal commute (25 * .375) |
| | 11/15/2004 | Audit Senior Associate | $ | 9.38 | Mileage in excess of normal commute (25 * .375) |
| | | | $ | 74.26 | |
| **Hazim Ahmad** | 11/2/2004 | Audit Senior Associate | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/3/2004 | Audit Senior Associate | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/4/2004 | Audit Senior Associate | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/5/2004 | Audit Senior Associate | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 11/8/2004 | Audit Senior Associate | $ | 28.50 | Mileage in excess of normal commute (76-4 miles * $0.375/mile)+4 miles*.375 "to office to meet Kinnari" |
| | 11/9/2004 | Audit Senior Associate | $ | 28.50 | Mileage in excess of normal commute (76-4 miles * $0.375/mile)+4 miles*.375 "to office to meet Kinnari" |
| | 11/12/2004 | Audit Senior Associate | $ | 28.50 | Mileage in excess of normal commute (76-4 miles * $0.375/mile)+4 miles*.375 "to office to meet Kinnari" |
| | | | $ | 193.50 | |
| **William Choi** | 11/2/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 11/5/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 11/8/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 11/10/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | 11/11/2004 | Audit Manager | | 27.75 | Personal Car Mileage - 74 miles over ( normal) x 37.5 office to client |
| | | | | 138.75 | |
| **Bill Bishop** | 11/4/04 | Audit Partner | $ | 15.00 | Parking for audit committee meeting |
| | 11/8/04 | Audit Partner | $ | 500.01 | Dinner at That's Amore for audit team after planning meeting - B Bishop, T Hutcherson, W Choi, P Reinhardt, E Margolius, L Misler, H Ahmad, N Stromman, D Wright, H Schutte, K Kateja, and J Afuang (PwC) |
| | | | $ | 515.01 | |
| **Kinnari Kateja** | 11/15/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/16/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/17/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/18/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/19/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/22/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/23/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | 11/24/2004 | Audit Senior Associate | $ | 29.88 | Mileage in excess of normal commute (81-1.25 miles * $0.375/mile) |
| | | | $ | 239.00 | |
| **Peter Woolf** | 11/4/2004 | Tax Partner | $ | 23.00 | Mileage in excess of normal commute |
| | | | $ | 23.00 | |
| **Maged Zeiden** | 10/24/2004 | Audit Senior Associate | $ | 25.00 | Dinner in lieu of travel (out-of-town, Chicago) |
| | 10/24/2004 | Audit Senior Associate | $ | 178.10 | Airfare from Washington DC - Chicago on 10/24/2004 for 404 testing on Chicago site |
| | 10/25/2004 | Audit Senior Associate | $ | 25.25 | Dinner (out-of-town, Chicago) |
| | 10/26/2004 | Audit Senior Associate | $ | 28.86 | Dinner (out-of-town, Chicago) |
| | 10/27/2004 | Audit Senior Associate | $ | 16.98 | Dinner (out-of-town, Chicago) |
| | 10/28/2004 | Audit Senior Associate | $ | 28.00 | Fuel (Chicago) |
| | 10/28/2004 | Audit Senior Associate | $ | 19.10 | Dinner (out-of-town, Chicago) |
| | 10/28/2004 | Audit Senior Associate | $ | 783.35 | Hotel (Chicago) |
| | 10/30/2004 | Audit Senior Associate | $ | 50.00 | Weekend Lodging (stayed in Chicago instead of traveling back to Washington DC) |
| | 10/30/2004 | Audit Senior Associate | $ | 2.00 | Laundry in Chicago |
| | 11/1/2004 | Audit Senior Associate | $ | 16.00 | Parking |
| | 11/1/2004 | Audit Senior Associate | $ | 34.00 | Dinner in Chicago |
| | 11/1/2004 | Audit Senior Associate | $ | 22.00 | Fuel for rental car (Chicago) |
| | 11/2/2004 | Audit Senior Associate | $ | 492.17 | Airfare from Chicago to Washington DC returning from 404 testing at Chicago site |
| | 11/2/2004 | Audit Senior Associate | $ | 147.05 | One night hotel stay (Chicago) |
| | 11/2/2004 | Audit Senior Associate | $ | 35.00 | Dinner in lieu of travel coming back from Chicago |
| | 11/2/2004 | Audit Senior Associate | $ | 178.10 | One night hotel stay (Chicago) |
| | 11/3/2004 | Audit Senior Associate | $ | 27.25 | Mileage in excess of normal commute to Columbia, MD (72.7 miles * .375 = 27.25) |
| | 11/30/2004 | Audit Senior Associate | $ | 27.25 | Mileage in excess of normal commute to Columbia, MD (72.7 miles * .375 = 27.25) |
| | | | $ | 2,135.46 | |
| **Lauren Misler** | 11/1/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/2/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/3/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/4/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/8/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/11/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/12/04 | Audit Associate | $ | 24.38 | Roundtrip mileage from Arlington VA to Columbia MD of (90miles - 25miles(office)) *.375 = $24.375 |
| | 11/15/04 | Audit Associate | | 18.75 | Mileage from Owings Mills MD to Columbia MD of (50miles) *.375 = $18.75 |
| | 11/16/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | 11/17/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | 11/18/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | 11/19/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | 11/22/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | 11/29/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | 11/30/04 | Audit Associate | $ | 9.38 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.375 = $9.375 |
| | | | $ | 255.04 | |
| | | **Total expenses for month** | $ | **6,188.23** | |