# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this **14th** day of **January, 2005** a copy of the *Twenty-sixth Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for November 2004* was served on the following parties in the manner indicated:

| | |
|---|---|
| W.R. Grace & Co.<br>7500 Grace Drive<br>Columbia, MD 21044<br>Attn: David B. Siegel, Senior Vice President and General Counsel<br>**VIA U.S. MAIL AND VIA E-MAIL IN PDF FORMAT TO william.sparks@grace.com** | James H.M. Sprayregen, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>**VIA E-MAIL IN PDF FORMAT TO james.kapp@chicago.kirkland.com** |
| Laura Davis Jones, Esq.<br>Pachulski, Stang, Ziehl, Young & Jones, P.C.<br>919 North Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>**TO dcarickhoff@pszyj.com** | J. Douglas Bacon, Esq.<br>Latham & Watkins<br>Sears Tower<br>Suite 5800<br>Chicago, IL 60606<br>**VIA E-MAIL IN PDF FORMAT**<br>**VIA E-MAIL IN PDF FORMAT TO david.heller@lw.com and carol.hennessey@lw.com** |
| Steven M. Yoder, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>**VIA E-MAIL IN PDF FORMAT TO syoder@bayardfirm.com** | Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982<br>**VIA E-MAIL IN PDF FORMAT TO rserrette@stroock.com** |
| Michael R. Latowski, Esq.<br>Duane, Morris & Heckscher, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>Counsel for the Official Committee of Unsecured Creditors<br>**VIA E-MAIL IN PDF FORMAT TO mlastowski@duanemorris.com** | Scott L. Baena, Esq.<br>Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, LLP<br>First Union Financial Center<br>200 South Biscayne Blvd, Suite 2500<br>Miami, FL 33131<br>Counsel to the Official Committee of Asbestos Property Damage Claimant<br>**VIA E-MAIL IN PDF FORMAT TO jsakalo@bilzin.com** |

{MCM0120.DOC}

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Counsel to the Official Committee of
Asbestos Property Damage Claimants
**VIA E-MAIL IN PDF FORMAT
TO ttacconelli@ferryjoseph.com**

Mark Hurford, Esq.
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801
Counsel to the Official Committee
of Personal Injury Claimants
**VIA E-MAIL IN PDF FORMAT
TO mhurford@camlev.com**

Teresa K.D. Currier, Esq.
Kleett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801
Counsel to the Official Committee
of Equity Holders
**VIA E-MAIL IN PDF FORMAT
TO currier@klettrooney.com**

Frank J. Perch, Esq.
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801
**VIA U.S. MAIL**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Counsel to the Official Committee
of Personal Injury Claimants
**VIA E-MAIL IN PDF FORMAT
TO pvnl@capdale.com**

Philip Bentley, Esq.
Kramer, Levin, Naftalis &
Frankel, LLP
919 Third Avenue
New York, NY 10022
Counsel to the Official Committee
of Equity Holders
**VIA E-MAIL IN PDF FORMAT
TO pbentley@kramerlevin.com**

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75202
Fee Auditor
**VIA U.S. MAIL AND VIA E-MAIL IN AN ELECTRONIC FORMAT
TO whsmith@whsmithlaw.com**

/s/ Kathleen M. Miller
Kathleen M. Miller