IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:   W.R GRACE & CO., et al   ,   In Proceedings for a
Reorganization under
Chapter 11

Case No. 01-1139-JKF

Debtors

VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION
OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

I, J. Stuart Kirwan III, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney with the law firm of F. Gerald Maples, P. A.; 902 Julia Street; New Orleans, LA 70113.

2. This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated October 22, 2004 (the "Revised Order").

3. The law firm of F. Gerald Maples, P. A. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto as exhibit "A".

4. The order signed certifies that each creditor named on the attached list has executed either a Power of Attorney or Retainer Agreement authorizing F. Gerald Maples, P. A. to represent the creditor in bankruptcy proceedings.

5. The Creditors hold claims in varying amounts for monetary damages due to asbestos exposure. Pursuant to the Revised Order, all of the relevant information identifying the

{P0053960 ; }

Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

6. The Law Offices of F. Gerald Maples, P. A. does not hold any claims against or interest in the Debtor.

7. The Law Offices of F. Gerald Maples, P. A. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

_____
J. Stuart Kirwan III
Attorney for Creditors

Sworn to before me this 14th day of Dec., 2004.

_____
Notary Public

{P0053960.1}