UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings for a |
| | ) | Reorganization under |
| W.R. Grace & Co., et al | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 01-1139-JKF |
| _____ | ) | |

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 2019 BY WALLACE & GRAHAM, P.A.**

COMES NOW WILLIAM M. GRAHAM an attorney acting for and on behalf of Wallace & Graham, P.A., and makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Wallace & Graham is a professional association organized and existing under the laws of the State of North Carolina, whose address is 525 North Main Street, Salisbury, North Carolina 28144, and represents approximately 4,856 individuals holding unliquidated asbestos related personal injury and/or wrongful death claims against W.R. Grace & Co., (Debtor).

2. The names and address of the Wallace & Graham, P.A. client's ("claimants") with pending actions against debtor are listed on Exhibit "A". The date each claimant's cause of action arouse is evidenced by the date of diagnosis listed on Exhibit "A". Each claimant has a cause of action for money damages against the debtor due to personal injury or death suffered by the claimant, or by someone for whose injury or death Claimant is entitled to recover, as a result of exposure to asbestos containing products produced and/or manufactured and/or sold and/or distributed and/or installed, and/or specified by the debtor.

3.      The clients listed on Exhibit "A" have been represented by Wallace & Graham, P.A. for varying lengths of time depending upon the date of diagnosis of their asbestos related disease.  Each client retained Wallace & Graham, P.A. directly and individually to represent them in asbestos related claims, and has given Wallace & Graham, P.A. authorization to represent him/her in this proceeding, in the form of an executed bankruptcy specific power of attorney authorizing Wallace & Graham, P.A. to act on behalf of the client on any question that may be lawfully submitted to creditors in this bankruptcy proceeding.  Attached as Exhibit "B" is an actual copy of an executed bankruptcy specific power of attorney executed in connection with this bankruptcy case. With reference to the employment of Wallace & Graham P.A. on behalf of our clients, no amounts were paid for the employment and no sales or other disposition has occurred.

4.      Wallace & Graham, P.A. will file an amended and supplemental statement setting forth any material changes to the facts contained in this Verified Statement, should any such changes occur.

        I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 17th 2005.

Respectfully Submitted,

_____
WILLIAM M. GRAHAM
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Telephone: (704) 633-5244
Fax: (704) 633-9434

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of January 2005, a true and correct copy of the foregoing pleading was served on all parties in this matter pursuant to this Courts Order of October 22nd, 2004 by first class mail, postage prepaid.

By: _____
WILLIAM M. GRAHAM
Attorney for Plaintiffs

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings for a |
| | ) | Reorganization under |
| W.R. Grace & Co., et al | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 01-1139-JKF |
| _____ | ) | |

**NOTICE OF FILING OF VERIFIED STATEMENT PURSUANT TO FEDERAL
RULE OF BANKRUPTCY PROCEDURE 2019**

      PURSUANT TO the above entitled Court's order dated October 22, 2004, please take notice that WILLIAM M. GRAHAM an attorney acting for and on behalf of Wallace & Graham, P.A. has filed its Federal Rules of Bankruptcy Procedure 2019 statement with the Court identifying clients represented by this office.

      Respectfully Submitted

      _____
      WILLIAM M. GRAHAM
      Wallace & Graham, P.A.
      525 North Main Street
      Salisbury, North Carolina 28144
      Telephone: (704) 633-5244
      Fax: (704) 633-9434

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 17th day of January, 2005, a true and correct copy of the foregoing pleading was served on the parties of the official service list in this matter by first class mail, postage prepaid. Due to the voluminous nature of the service list, this office has not attached a copy of the service list hereto, however, will make copies available to any party upon request.

      WALLACE & GRAHAM P.A.

      BY: _____
      WILLIAM M. GRAHAM
      Attorney for Plaintiffs