**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re:

    W. R. Grace & Co., et al

                         Reorganization under Chapter 11 Case 01-1139-JKF

    Debtor in Possession      Chapter 11

**<u>AMENDED VERIFIED STATEMENT IN CONNECTION
WITH THE REPRESENTATION OF CREDITORS
AS REQUIRED BY F.R.B.P. RULE 2019</u>**

H. DOUGLAS NICHOL, being first duly sworn, hereby depose and state as follows:

1. I am an attorney with the law firm of Gillenwater, Nichol & Associates, 6401 Baum Drive, Knoxville, Tennessee 37919.

2. This Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

3. The law firm of Gillenwater, Nichol & Associates has been retained as counsel for various asbestos health claimants as listed on the 2019 filed simultaneously herewith. (hereinafter "Creditors").

4. The address of each Creditor for purposes herein is c/o Gillenwater, Nichol & Associates, 6401 Baum Drive, Knoxville, Tennessee 37919.

5. The Creditors hold claims in varying amounts for monetary damages to person injury and/or wrongful death which resulted when the Debtor sold, distributed, installed and/or removed asbestos or asbestos-containing products.

6. Gillenwater, Nichol & Associates does not hold any claims against or interest in the Debtor.

7. Gillenwater, Nichol & Associates will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should such changes occur.

Dated: January ____, 2005.

**GILLENWATER, NICHOL & ASSOCIATES**

By:_____
    H. DOUGLAS NICHOL
    Gillenwater, Nichol & Associates
    6401 Baum Drive
    Knoxville, TN 37919
    Phone: (865) 588-7465
    Facsimile: (865) 588-2883

State of Tennessee )
County of Knox       )

Subscribed and sworn to before me this the _____ day of January, 2005.

_____
Notary Public

My Commission Expires: _____