IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:
    W. R. Grace & Co., et al

        Reorganization under Chapter 11 Case 01-1139-JKF

    Debtor in Possession    Chapter 11

## AMENDED NOTICE OF FILING VERIFIED 2019 STATEMENT

Comes now H. Douglas Nichol of Gillenwater, Nichol & Associates and hereby gives notice of the filing of Verified Statement in connection with the representation of creditors as required by F.R.B.P. Rule 2019.

Dated: January ___, 2005

**GILLENWATER, NICHOL & ASSOCIATES**

By:_____
    H. DOUGLAS NICHOL
    Gillenwater, Nichol & Associates
    6401 Baum Drive
    Knoxville, TN 37919
    Phone: (865) 588-7465
    Facsimile: (865) 588-2883

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing has been served via regular U.S. Mail with sufficient postage thereon to each of the following:

Laura Davis Jones and David Carickoff Pachulski, Stang, Ziehl, Young & Jones 919 N

Market Street 16th Floor Wilmington, DE 19899-8705
David B. Siegel, Senior VP & General Counsel WR Grace & Company 7500 Grace Drive Columbia, MD 21044
Lewis Kruger, Esquire Stroock & Stroock & Lavan LLP 180 Maiden Lane, NY NY 10038-4982
Michael B. Joseph, Esquire Ferry, Joseph & Pearce 824 Market Street #905, Wilmington, DE 19899
Phillip Bentley, Esquire, Kramer, Levin, Naftalis & Frankel LLP 919 Third Avenue, NY, NY 10022
J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower #5800, Chicago, IL 60606
Michael R. Lastowski, Esquire Duane Morris, LLP 1100 N Market Street #1200 P.O. Box 195 Wilmington, DE 19801
Elihu Inselbuch, Esquire, Caplin & Drysdale Chartered 399 Park Avenue 27th Floor, NY, NY 10022
Peter Van N. Lockwood, Esquire Caplin & Drysdale, Chartered 1 Thomas Circle NW Washington, DC 200005
Teresa K. D. Currier, Esquire, Klett Rooney Liever & Schorling The Brandywine Building 1000 West Street #1410, Wilmington, DE 19801
James H. M. Sprayregan, Equire Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL 60601
Steven M. Yoder, Esquire The Bayard Firm 222 Delaware Avenue #900, Wilmington, DE 19899
Scott L. Baena, Esquire Bilzin Sumberg Dunn Bacna Price & Axelrod 2500 First Union Fin. Center, 200 South Biscayne Blvd, Miami, FL 33131-2336
Warren H. Smith, Esquire Warren H. Smith & Associates PC Republic Center 325 N St. Paul Suite 1275, Dallax TX 75201
Frank J. Perch, III, Esquire Office of the United States Trustee, 844 King Street Room 2311, Wilmington, DE 19801

_____
H. Douglas Nichol, Esquire