## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

IN RE:

  W.R. GRACE & CO., et al   )   **In Proceedings for a**
             )   **Reorganization under**
    Debtor.      )   **Chapter 11**
             )
             )   **Case No. 01-1139-JKF**
_____)

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED.R.BANKR.P. 2019

KELLEY M. BERRY, hereby makes the following verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with The Shannon Law Firm, PLLC, with offices at 100 W. Gallatin Street, Hazlehurst, Mississippi 39083. The Shannon law Firm has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors in the above-referenced bankruptcy, (the "Creditors'

  A blank, but unredacted, exemplar copy of a General Contract of Employment and General Power of Attorney authorizing The Shannon Law Firm to act on behalf of the Creditors is referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

2.  An Excel spreadsheet outlining the name and personal addresss of each Creditor, form of agreement empowering The Shannon Law Firm to act on behalf of each Creditor, amount of each Creditor's claim, date of acquisition of each Creditor's claim, type of each Creditor's disease, and the pertinent facts regarding the employment of The Shannon Law Firm is referenced herein as Exhibit "B",

which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3.   At the time of employment, The Shannon Law Firm retained a contingency fee interest in each creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditor signed his/her Employment Contract. Amounts paid to date vary per creditor and The Shannon Law Firm has not sold or disposed of any creditor's claims.

4.   The Shannon Law Firm will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any such changes occur

This Statement is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P.2019, which was entered on October 22, 2004. Exhibits "A" and "B" as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Respectfully submitted,

Dated: December 20, 2004.

                    SHANNON LAW FIRM, PLLC

            By: _____
                    KELLEY M. BERRY (MSB#99116)
                    SHANNON LAW FIRM, PLLC
                    100 W. GALLATIN STREET
                    HAZLEHURST, MS 39083
                    Tel: (601) 894-2202
                    Fax: (601) 894-5033

            DECLARATION OF KELLEY M. BERRY
            OF THE SHANNON LAW FIRM, PLLC

I, Kelley M. Berry, an attorney for The Shannon Law Firm, PLLD, hereby declare, under penalty of perjury, that the representations in the foregoing Verified Statement in Connection with the Representations of Creditors as Require by Fed.R.Bankr.P. 2019, are true and correct to the best of my knowledge, information, and belief.

Dated: December 20, 2004.

The Shannon Law Firm, PLLC

Kelley M. Berry, Esq.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 20th day of December, 2004, I caused a true and correct copy of the foregoing Verified Statement in Connection with the Representations of Creditors as Required by Fed.R.Bankr.P.2019 to be served via U.S. Mail, postage prepaid on the parties designated on the attached service list.

Kelley M. Berry