## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 7, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Fifth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from December 1, 2004 through December 31, 2004,

---

[1]      The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

seeking compensation in the amount of $40,701.00 and reimbursement for actual and necessary expenses in the amount of $563.95 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **February 7, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
       January 18, 2005

                Respectfully submitted,

                Michael R. Lastowski (DE I.D. No. 3892)
                DUANE MORRIS LLP
                1100 North Market Street, Suite 1200
                Wilmington, DE 19801
                Telephone:     (302) 657-4900
                Facsimile:     (302) 657-4901
                E-mail:        mlastowski@duanemorris.com

                - and –

                William S. Katchen (Admitted in NJ Only)
                DUANE MORRIS LLP
                One Riverfront Plaza
                Newark, New Jersey 07102
                Telephone:     (973) 424-2000
                Facsimile:     (973) 424-2001
                E-mail:        wskatchen@duanemorris.com

                -and -

                Lewis Kruger
                STROOCK & STROOCK & LAVAN LLP
                180 Maiden Lane
                New York, New York 10038-4982
                Telephone:     (212) 806-5400
                Facsimile:     (212) 806-6006
                e-mail:        lkruger@stroock.com

                *Co-Counsel for the Official Committee of Unsecured Creditors of*
                *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. Grace & Co., et al.

Debtors.

Chapter 11

Case No. 01-01139 (JKF)

Jointly Administered

**Objection Date: February 7, 2005 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

## THIRTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **December 1, 2004 – December 31, 2004** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$40,701.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$563.95** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.50 hours and the corresponding compensation requested is approximately $255.00[2]

This is the thirty-fifth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-fifth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| Date Filed | Period Covered | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application ) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

WLM\204432 1

| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
|---|---|---|---|---|---|
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |

## Quarterly Fee Applications

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | | |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

January 14, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1066129                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 12/31/2004 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 22.80 | hrs. at | $495.00 | /hr. = | $11,286.00 |
| RW RILEY | PARTNER | 1.20 | hrs. at | $385.00 | /hr. = | $462.00 |
| WS KATCHEN | PARTNER | 42.70 | hrs. at | $545.00 | /hr. = | $23,271.50 |
| JH LEMKIN | ASSOCIATE | 5.70 | hrs. at | $295.00 | /hr. = | $1,681.50 |
| MF HAHN | ASSOCIATE | 2.10 | hrs. at | $265.00 | /hr. = | $556.50 |
| DM SPEERS | PARALEGAL | 2.50 | hrs. at | $190.00 | /hr. = | $475.00 |
| BA GRUPPO | PARALEGAL | 0.10 | hrs. at | $185.00 | /hr. = | $18.50 |
| DM SOSNOSKI | PARALEGAL | 1.00 | hrs. at | $145.00 | /hr. = | $145.00 |
| VL AKIN | PARALEGAL | 15.70 | hrs. at | $170.00 | /hr. = | $2,669.00 |
| V MARCHELLO | LEGAL ASSISTAN | 1.70 | hrs. at | $80.00 | /hr. = | $136.00 |

$40,701.00

| | |
|---|---|
| DISBURSEMENTS | |
| LEXIS LEGAL RESEARCH | 294.75 |
| MEETING EXPENSE | 41.84 |
| OVERNIGHT MAIL | 6.89 |
| OVERTIME RELATED COSTS | 4.26 |
| PRINTING & DUPLICATING | 37.95 |
| TELEPHONE | 4.07 |
| TRAVEL - LOCAL | 30.85 |
| WESTLAW LEGAL RESEARCH | 143.34 |
| TOTAL DISBURSEMENTS | $563.95 |

BALANCE DUE THIS INVOICE                          $41,264.95

PREVIOUS BALANCE                                  $92,780.75

DUANE MORRIS LLP

Duane Morris
January 14, 2005
Page 2

TOTAL BALANCE DUE                                        $134,045.70

Duane Morris
January 14, 2005
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1066129

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 12/1/2004 | 003 | MR LASTOWSKI | LETTER FROM DEBTOR TO JUDGE FITZGERALD RE: FINANCIAL UPDATES | 0.10 | $49.50 |
| 12/6/2004 | 003 | MR LASTOWSKI | REVIEW MONTHLY OPERATING REPORTS | 0.60 | $297.00 |
| | | | Code Total | 0.70 | $346.50 |

Duane Morris
January 14, 2005
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1066129

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 12/1/2004 004 | DM SPEERS | REVIEWING 12/1/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 12/1/2004 004 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION REQUESTING THAT THE DISTRICT COURT REFER CERTAIN MATTERS TO THE BANKRUPTCY COURT | 1.20 | $594.00 |
| 12/3/2004 004 | DM SPEERS | REVIEWING 12/3/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 12/3/2004 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE FROM PACER THE MOST RECENTLY FILED PLEADINGS AND TRANSCRIPTS PER BILL KATCHEN'S REQUEST. | 0.20 | $16.00 |
| 12/6/2004 004 | DM SPEERS | REVIEWING 12/6/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 12/7/2004 004 | DM SPEERS | REVIEWING 12/7/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 12/8/2004 004 | DM SPEERS | REVIEWING 12/8/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 12/8/2004 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE FROM PACER THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.20 | $16.00 |
| 12/8/2004 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $34.00 |
| 12/9/2004 004 | DM SPEERS | REVIEWING 12/9/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $57.00 |
| 12/9/2004 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/13/2004 004 | DM SPEERS | REVIEWING 12/13/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 12/13/2004 004 | MF HAHN | REVIEW COMBUSTION ENGINEERING DECISION | 0.80 | $212.00 |
| 12/13/2004 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER. | 0.10 | $54.50 |
| 12/14/2004 004 | DM SPEERS | REVIEWING 12/14/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |

Duane Morris
January 14, 2005
Page 5

File # K0248-00001                                          INVOICE #  1066129
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/14/2004 004 | VL AKIN | REVIEW FILE AND DOCKET REGARDING PREPARATION OF 2019 STATEMENT | 0.70 | $119.00 |
| 12/15/2004 004 | DM SPEERS | REVIEWING 12/15/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 12/15/2004 004 | MR LASTOWSKI | REVIEW AMENDED 2019 ORDER | 0.20 | $99.00 |
| 12/16/2004 004 | DM SPEERS | REVIEWING 12/16/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 12/16/2004 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.50 | $85.00 |
| 12/17/2004 004 | DM SPEERS | REVIEWING 12/17/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 12/17/2004 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/17/2004 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER. | 0.10 | $54.50 |
| 12/20/2004 004 | DM SPEERS | REVIEWING 12/20/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $19.00 |
| 12/20/2004 004 | VL AKIN | ORGANIZE FEE APPLICATION FILES | 0.40 | $68.00 |
| 12/21/2004 004 | DM SPEERS | REVIEWING 12/21/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 12/21/2004 004 | MR LASTOWSKI | REVIEW AND SIGN JOINDER OF COMMITTEE IN DEBTOR'S MOTION FOR A CASE MANAGEMENT ORDER | 0.10 | $49.50 |
| 12/21/2004 004 | VL AKIN | UPDATE 2002 SERVICE LIST AND LABELS | 0.20 | $34.00 |
| 12/22/2004 004 | DM SPEERS | REVIEWING 12/22/04 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $38.00 |
| 12/22/2004 004 | VL AKIN | UPDATE SERVICE LIST | 0.20 | $34.00 |
| 12/23/2004 004 | RW RILEY | REVIEWING ASBESTOS PERSONAL INJURY COMMITTEE OBJECTION TO DISCLOSURE STATEMENT AND COMMUNICATIONS WITH W. KATCHEN RE: SAME. | 1.20 | $462.00 |
| 12/23/2004 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $34.00 |
| 12/27/2004 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W KATCHEN AND M.F. HAHN | 0.10 | $18.50 |

Duane Morris
January 14, 2005
Page 6

File # K0248-00001                                      INVOICE # 1066129
        W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 151 F.3D 297 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM PACER MOST RECENTLY FILED PLEADINGS AND PRINT PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 247 B.R. 877 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 995 F 2D 940 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 315 B.R. 321 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 60 B.R. 556 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 260 B.R. 10 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/27/2004 | 004 | V MARCHELLO | RETRIEVE FROM LEXIS 300 F.3D 340 PER BILL KATCHEN'S REQUEST | 0.10 | $8.00 |
| 12/27/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $17.00 |
| 12/27/2004 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.30 | $51.00 |
| 12/28/2004 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $17.00 |
| 12/30/2004 | 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE FROM PACER THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/30/2004 | 004 | WS KATCHEN | REVIEW DEBTOR'S SUGGESTION TO COURT OF PROTOCOL FOR PROCEEDINGS AND CORRESPONDENCE TO DISTRICT AND BANKRUPTCY COURTS. | 0.30 | $163.50 |
| | | | Code Total | 11.00 | $2,795.50 |

File # K0248-00001                                                    INVOICE # 1066129
  W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/1/2004 005 | WS KATCHEN | REVIEW COMMITTEE MEMO PENDING MOTION. | 0.20 | $109.00 |
| 12/6/2004 005 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S MOTION FOR AN ORDER AUTHORIZING THE RETENTION OF LEXECON LLC AS AN ASBESTOS CLAIMS CONSULTANT AND OBJECTIONS THERETO | 0.60 | $297.00 |
| 12/6/2004 005 | WS KATCHEN | E-MAILS TO LEWIS KRUGER AND KEN PASQUALE ON LITIGATION ISSUES. | 0.60 | $327.00 |
| 12/7/2004 005 | WS KATCHEN | REVIEW STATUS LEGISLATION. | 0.10 | $54.50 |
| 12/8/2004 005 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF INTENT TO OBJECT TO CERTAIN CLAIMS DUE TO LACK OF SPECIFIC DOCUMENTATION | 0.20 | $99.00 |
| 12/8/2004 005 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF FILING OF PROPOSED ORDER RE: ESTIMATION OF ASBESTOS CLAIMS | 0.20 | $99.00 |
| 12/8/2004 005 | WS KATCHEN | REVIEW SECOND MEMO TO COMMITTEE. | 0.10 | $54.50 |
| 12/13/2004 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO ENJOIN STATE COURT ACTIONS. | 0.20 | $109.00 |
| 12/13/2004 005 | WS KATCHEN | REVIEW MOTION BY SCOTT'S CO. | 0.20 | $109.00 |
| 12/15/2004 005 | WS KATCHEN | SCHEDULING COMMITTEE CONFERENCE CALL. | 0.10 | $54.50 |
| 12/16/2004 005 | WS KATCHEN | REVIEW ORDER PERMITTING DEBTOR TO ADVANCE DEFENSE COSTS TO CURRENT AND FORMER OFFICERS, DIRECTORS, EMPLOYEES - SUBJECT TO CONDITIONS IN ORDER. | 0.10 | $54.50 |
| 12/17/2004 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.20 | $109.00 |
| 12/17/2004 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL | 0.80 | $436.00 |
| 12/21/2004 005 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN ARENT FOX AS SPECIAL COUNSEL | 0.20 | $99.00 |
| 12/21/2004 005 | WS KATCHEN | | 3.60 | $1,962.00 |
| 12/22/2004 005 | WS KATCHEN | REVIEW CAPSTONE'S ANALYSIS OF 3Q '04 RESULTS. | 0.20 | $109.00 |
| 12/22/2004 005 | WS KATCHEN | REVIEW CITICORP MOTION. | 0.10 | $54.50 |
| 12/22/2004 005 | WS KATCHEN | REVIEW PD COMMITTEE OBJECTION. | 1.10 | $599.50 |
| 12/22/2004 005 | WS KATCHEN | REVIEW LIBBY CLAIMANT'S OBJECTION. | 0.20 | $109.00 |
| 12/22/2004 005 | WS KATCHEN | REVIEW OBJECTION OF THE UNITED STATES EPA. | 0.40 | $218.00 |
| 12/22/2004 005 | WS KATCHEN | REVIEW MOTION BY ACC TO FILE PLEADINGS UNDER SEAL. | 0.20 | $109.00 |

Duane Morris
January 14, 2005
Page 8

File # K0248-00001                                      INVOICE # 1066129
      W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 12/22/2004 | 005 | WS KATCHEN | ADDITIONAL RESEARCH OF CASES AND AUTHORITIES CITED BY ASBESTOS COMMITTEE ON ESTIMATION/VALUATION OF EXPERT TESTIMONY. | 3.60 | $1,962.00 |
| 12/23/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.10 | $54.50 |
| 12/23/2004 | 005 | WS KATCHEN | E-MAIL TO TOM MAHER. | 0.20 | $109.00 |
| 12/23/2004 | 005 | WS KATCHEN | REVIEW COMMITTEE E-MAIL FROM ARLENE KRIEGER. | 0.10 | $54.50 |
| 12/23/2004 | 005 | WS KATCHEN | ADDITIONAL RESEARCH ON CASE AUTHORITIES CITED IN ASBESTOS P. I. COMMITTEE OBJECTION. | 1.30 | $708.50 |
| 12/23/2004 | 005 | WS KATCHEN | REVIEW MOTION FOR ORDER AUTHORIZING REIMBURSEMENT BY NATIONAL UNION. | 0.10 | $54.50 |
| 12/23/2004 | 005 | WS KATCHEN | REVIEW DEBTOR'S SUPPLEMENT - ESTIMATION OF ZAI. | 0.30 | $163.50 |
| 12/23/2004 | 005 | WS KATCHEN | REVIEW RETENTION OF ARENT FOX. | 0.10 | $54.50 |
| 12/27/2004 | 005 | MR LASTOWSKI | REVIEW MOTION OF CITOCROP DEL-LEASE TO COMPEL ASSUMPTION/REJECTION OF EQUIPMENT LEASES | 0.40 | $198.00 |
| 12/27/2004 | 005 | WS KATCHEN | REVIEW LIMITED OBJECTION BY EVERENT RE. | 0.10 | $54.50 |
| 12/27/2004 | 005 | WS KATCHEN | REVIEW PD COMMITTEE MOTION TO STRIKE DEBTOR'S NOTICE OF INTENT TO OBJECT TO CLAIMS. | 0.10 | $54.50 |
| 12/27/2004 | 005 | WS KATCHEN | REVIEW JOINDER UCC TO DEBTOR'S MOTION SEEKING ESTIMATION AND CMO. | 0.10 | $54.50 |
| 12/27/2004 | 005 | WS KATCHEN | ANALYSIS OF CASE AUTHORITIES CITED IN OBJECTIONS BY ACC AND FUTURES. | 1.20 | $654.00 |
| 12/27/2004 | 005 | WS KATCHEN | E-MAIL KEN PASQUALE RE: §1124. | 0.20 | $109.00 |
| 12/28/2004 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH JOE LEMKIN RE: RESEARCH ISSUES. | 0.20 | $109.00 |
| 12/28/2004 | 005 | WS KATCHEN | RESEARCH FOR IMPAIRMENT ANALYSIS AND MEMO TO STROOCK. | 3.50 | $1,907.50 |
| 12/28/2004 | 005 | WS KATCHEN | REVIEW E-MAILS. | 0.20 | $109.00 |
| 12/29/2004 | 005 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/29/2004 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS 310 F.3D 118 PER BILL KATCHEN'S REQUEST. | 0.10 | $8.00 |
| 12/29/2004 | 005 | WS KATCHEN | E-MAIL MEMO TO ARLENE KRIEGER ON RESEARCH ISSUE. | 0.30 | $163.50 |
| 12/29/2004 | 005 | WS KATCHEN | REVIEW RESEARCH AND SUPPLEMENTAL RESEARCH. | 2.80 | $1,526.00 |
| | | | Code Total | 24.70 | $13,288.50 |

Duane Morris
January 14, 2005
Page 9

File # K0248-00001                                    INVOICE #  1066129
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/2/2004 006 | MR LASTOWSKI | REVIEW CLAIM SETTLEMENT NOTICE | 0.20 | $99.00 |
| 12/6/2004 006 | MR LASTOWSKI | REVIEW DEBTOR'S AMENDED NOTICE OF MOTION FOR CASE MANAGEMENT ORDER | 0.20 | $99.00 |
| | | Code Total | 0.40 | $198.00 |

Duane Morris
January 14, 2005
Page 10

File # K0248-00001                                    INVOICE # 1066129
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/6/2004 007 | MR LASTOWSKI | TELEPHONE CALL FROM K. BUTLER (CREDITOR RE: STATUS | 0.30 | $148.50 |
| 12/6/2004 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.10 | $49.50 |
| 12/14/2004 007 | MR LASTOWSKI | E-MAIL TO AND FROM D. WILDES RE: 2019 STATEMENTS | 0.10 | $49.50 |
| 12/27/2004 007 | MR LASTOWSKI | REVIEW ORDER RE: 2019 STATEMENTS | 0.10 | $49.50 |
| | | Code Total | 0.60 | $297.00 |

Duane Morris
January 14, 2005
Page 11

File # K0248-00001                                    INVOICE #  1066129
      W.R. GRACE & CO.

| 12/21/2004 010 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO RETAIN ARENT FOX AS SPECIAL COUNSEL | 0.20 | $99.00 |
|---|---|---|---|---|
| | | Code Total | 0.20 | $99.00 |

Duane Morris
January 14, 2005
Page 12

File # K0248-00001                                              INVOICE # 1066129
    W.R. GRACE & CO.

| 12/6/2004 012 | MR LASTOWSKI | REVIEW PROPOSED ORDER RE: 13TH INTERIM FEE APPLICATION | 0.20 | $99.00 |
| 12/6/2004 012 | VL AKIN | REVIEW FEE AUDITOR CHARTS FOR THE THIRTEENTH INTERIM PERIOD | 0.40 | $68.00 |
| 12/6/2004 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE 14TH QUARTERLY FEE APPLICATION OF DUANE | 0.30 | $51.00 |
| 12/6/2004 012 | VL AKIN | BILLING MATTERS REGARDING NOVEMBER 2004 BILL | 0.20 | $34.00 |
| 12/6/2004 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 14TH QUARTERLY FEE APPLICATION OF DUANE MORRIS. FILE REVIEW | 0.40 | $68.00 |
| 12/7/2004 012 | VL AKIN | BILLING MATTERS REGARDING NOVEMBER 2004 BILL | 0.20 | $34.00 |
| 12/10/2004 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING OCTOBER 2004 FEE APPLICATION OF DUANE MORRIS | 0.30 | $51.00 |
| 12/10/2004 012 | VL AKIN | REVIEW AND EDIT OCTOBER 2004 DRAFT BILL | 0.50 | $85.00 |
| 12/10/2004 012 | VL AKIN | REVIEW AND EDIT OCTOBER 2004 DRAFT BILL | 0.50 | $85.00 |
| 12/10/2004 012 | VL AKIN | PREPARE NOVEMBER 2004 FEE APPLICATION OF DUANE MORRIS | 0.90 | $153.00 |
| 12/13/2004 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE OCTOBER 2004 FEE APPLICATION OF DUANE | 0.40 | $68.00 |
| 12/16/2004 012 | VL AKIN | PREPARE CERTIFICATE OF SERVICE FOR 34TH FEE APPLICATION OF DUANE MORRIS | 0.10 | $17.00 |
| 12/16/2004 012 | VL AKIN | UPDATE QUARTERLY FEE CHART | 0.70 | $119.00 |
| 12/17/2004 012 | MR LASTOWSKI | REVIEW AN APPROVE DUANE MORRIS FEE APPLICATION FOR NOVEMBER 2004 | 0.20 | $99.00 |
| 12/17/2004 012 | VL AKIN | FILE AND SERVE NOVEMBER 2004 FEE APPLICATION OF DUANE MORIS | 0.70 | $119.00 |
| 12/21/2004 012 | VL AKIN | UPDATE FEE CHART | 0.80 | $136.00 |
| | | Code Total | 6.80 | $1,286.00 |

File # K0248-00001                                        INVOICE # 1066129
    W.R. GRACE & CO.

| 12/1/2004 013 | MR LASTOWSKI | REVIEW FEE AUDITOS' NOTICE RE: APPLICATIONS FOR THE THIRTEENTH INTERIM PERIOD | 0.20 | $99.00 |
|---|---|---|---|---|
| 12/1/2004 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE EIGHTH FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 12/1/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 8TH FEE APPLICATION OF CAPSTONE | 0.20 | $34.00 |
| 12/3/2004 013 | VL AKIN | FILE OCTOBER 2004 FEE APPLICATION OF STROOCK | 0.30 | $51.00 |
| 12/6/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR CAPSTONE THIRD QUARTERLY INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 12/6/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK THIRTEENTH QUARTERLY INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 12/6/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR STROOCK FOURTEENTH QUARTERLY INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 12/6/2004 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR DUANE MORRIS FOURTEENTH QUARTERLY INTERIM FEE APPLICATION | 0.10 | $49.50 |
| 12/6/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING THIRTEENTH AND FOURTEENTH QUARTERLY FEE APPLICATION OF STROOCK. FILE REVIEW | 0.50 | $85.00 |
| 12/6/2004 013 | VL AKIN | PREPARE 3RD QUARTERLY FEE APPLICATION OF CAPSTONE. FILE REVIEW | 0.40 | $68.00 |
| 12/6/2004 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES CERTIFICATION OF NO OBJECTION REGARDING 13TH QUARTERLY FEE APP OF STROOCK | 0.30 | $51.00 |
| 12/6/2004 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES CERTIFICATION OF NO OBJECTION REGARDING 14TH QUARTERLY FEE APP OF STROOCK | 0.30 | $51.00 |
| 12/6/2004 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES CERTIFICATION OF NO OBJECTION REGARDING 3RD QUARTERLY FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| 12/8/2004 013 | VL AKIN | FILE 9TH INTERIM FEE APPLICATION OF CAPSTONE CORPORATE RECOVERY | 0.40 | $68.00 |
| 12/27/2004 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING OCTOBER 2004 FEE APPLICATION OF STROOCK | 0.30 | $51.00 |

Duane Morris
January 14, 2005
Page 14

File # K0248-00001                                                    INVOICE # 1066129
     W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 12/27/2004 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING 43RD FEE APPLICATION OF STROOCK. | 0.30 | $51.00 |
| 12/28/2004 | 013 | VL AKIN | FILE NOVEMBER 2004 FEE APPLICATION OF CAPSTONE | 0.50 | $85.00 |
| 12/29/2004 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING 9TH FEE APPLICATION OF CAPSTONE | 0.30 | $51.00 |
| | | | Code Total | 5.00 | $1,045.00 |

Duane Morris
January 14, 2005
Page 15

File # K0248-00001                                        INVOICE # 1066129
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/13/2004 015 | MR LASTOWSKI | REVIEW 12/20/04 AGENDA AND E-MAIL TO STROOCK RE: SAME | 0.10 | $49.50 |
| 12/14/2004 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 12/13/04 | 0.20 | $99.00 |
| 12/16/2004 015 | MR LASTOWSKI | REVIEW DEBTOR'S SUGGESTED PROTOCOL FOR JANUARY 21 AND JANUARY 24 HEARINGS | 0.30 | $148.50 |
| 12/16/2004 015 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF CLAIMS PREVIOUSLY SATISFIED | 0.20 | $99.00 |
| 12/17/2004 015 | MR LASTOWSKI | E-MAILS TO AND FROM A. KRIEGER RE 12/290 HEARING | 0.20 | $99.00 |
| 12/17/2004 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DECEMBER OMNIBUS HEARING | 0.10 | $49.50 |
| 12/17/2004 015 | VL AKIN | SET UP TELEPHONIC CONFERENCES FOR M.LASTOWSKI AND L. KRUGER. EMAIL K. YEE REGARDING SAME. | 0.40 | $68.00 |
| 12/20/2004 015 | MR LASTOWSKI | ATTENDANCE AT 12/20/04 OMNIBUS HEARING | 3.30 | $1,633.50 |
| 12/23/2004 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 12/20/04 | 0.20 | $99.00 |
| | | Code Total | 5.00 | $2,345.00 |

Duane Morris
January 14, 2005
Page 16

File # K0248-00001                                               INVOICE # 1066129
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/1/2004 | 016 | MR LASTOWSKI | REVIEW ZAI MOTIONS FOR SUMMARY JUDGMENT AND RELATED STIPULATION TO SUPPLEMENT THE RECORD | 1.20 | $594.00 |
| 12/21/2004 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AUTHORITY TO SETTLE CERTAIN EMPLOYEE BENEFIT PLAN FIDUCIARY LIABILITY INSURANCE POLICY | 0.40 | $198.00 |
| 12/21/2004 | 016 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY DAMAGE COMMITTEE'S MOTION TO STRIKE DEBTOR'S NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION | 0.40 | $198.00 |
| 12/30/2004 | 016 | WS KATCHEN | REVIEW STROOCK MEMO ON SETTLEMENT. | 0.10 | $54.50 |
| | | | Code Total | 2.10 | $1,044.50 |

Duane Morris
January 14, 2005
Page 17

File # K0248-00001                                                    INVOICE #  1066129
  W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/1/2004 | 017 | MR LASTOWSKI | REVIEW NOTICE OF PUBLICATION OF DISCLOSURE STATEMENT NOTICE | 0.20 | $99.00 |
| 12/1/2004 | 017 | WS KATCHEN | PLAN ISSUES. | 0.80 | $436.00 |
| 12/2/2004 | 017 | JH LEMKIN | CONFER WITH W. KATCHEN AND REVIEW DOCKET FOR PLAN RELATED PLEADINGS AND DISTRIBUTE. | 0.50 | $147.50 |
| 12/2/2004 | 017 | MR LASTOWSKI | REVIEW THIRD CIRCUIT DECISION IN COMBUSION ENGINEERING RE: CONFIRMATION ISSUES AND COMPARE TO PLAN ISSUES IN W.R. GRACE | 2.20 | $1,089.00 |
| 12/2/2004 | 017 | MR LASTOWSKI | E-MAIL TO A; KRIEGER RE: COMBUSTION ENGINEERING DECISION | 0.10 | $49.50 |
| 12/2/2004 | 017 | WS KATCHEN | REVIEW COMMITTEE'S MEMO ON PLAN. | 0.30 | $163.50 |
| 12/2/2004 | 017 | WS KATCHEN | E-MAIL TO ARLENE KRIEGER RE: ADDITIONAL ISSUES. | 0.10 | $54.50 |
| 12/2/2004 | 017 | WS KATCHEN | REVIEW PLAN ISSUE ON PAYMENT DATES. | 0.30 | $163.50 |
| 12/3/2004 | 017 | MR LASTOWSKI | E-MAILS FROM K. PASQUALE RE: COMBUSTION ENGINEERING OPINION | 0.10 | $49.50 |
| 12/3/2004 | 017 | MR LASTOWSKI | E-MAILS FROM A. KRIEGER RE: COMBUSTION ENGINEERING OPINION | 0.10 | $49.50 |
| 12/7/2004 | 017 | WS KATCHEN | CONFERENCE WITH KEVIN KELLEY RE:  STATUS OF REORG. | 0.30 | $163.50 |
| 12/8/2004 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.60 | $297.00 |
| 12/8/2004 | 017 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: PLAN. | 0.20 | $109.00 |
| 12/9/2004 | 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.30 | $148.50 |
| 12/16/2004 | 017 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON DECEMBER 17, 2004 AND REVIEW REVISIONS TO PLAN DOCUMENTS. | 1.40 | $763.00 |
| 12/17/2004 | 017 | WS KATCHEN | REVIEW COMMITTEE MEMO ON PLAN ISSUES. | 0.20 | $109.00 |
| 12/17/2004 | 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: COMMITTEE PLAN ISSUES. | 0.20 | $109.00 |
| 12/21/2004 | 017 | MR LASTOWSKI | REVIEW AND SIGN COMMITTEES STATEMENT IN CONNECTION WITH DISCLOSURE STATEMENT | 0.10 | $49.50 |
| 12/21/2004 | 017 | VL AKIN | EDIT JOINDER AND STATEMENT REGARDING DISCLOSURE STATEMENT AND PLAN RELATED MOTIONS. | 0.80 | $136.00 |
| 12/21/2004 | 017 | VL AKIN | FILE, SERVE AND FORWARD TO R. BELLO AND CHAMBERS THE JOINDER AND STATEMENT REGARDING THE DISCLOSURE STATEMENT AND RELATED DOCUMENTS | 0.80 | $136.00 |
| 12/22/2004 | 017 | MR LASTOWSKI | REVIEW TOWN OF ACTON'S OBJECTION TO DISCLOSURE STATEMENT | 0.10 | $49.50 |

Duane Morris
January 14, 2005
Page 18

File # K0248-00001                                          INVOICE # 1066129
        W.R. GRACE & CO.

| 12/22/2004 017 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO DISCLOSURE STATEMENT | 1.10 | $544.50 |
| 12/22/2004 017 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO DEBTOR'S PROPOSED CLAIMS ESTIMATION PROCEDURES | 0.60 | $297.00 |
| 12/22/2004 017 | MR LASTOWSKI | REVIEW ASBESTOS PERSONAL INJURY COMMITTEE'S OBJECTION TO DEBTOR'S PROPOSED CONFIRMATION PROCEDURES | 0.10 | $49.50 |
| 12/22/2004 017 | MR LASTOWSKI | REVIEW SEALED AIR'S OBJECTION TO DEBTOR'S PROPOSED CONFIRMATION PROCEDURES | 0.90 | $445.50 |
| 12/22/2004 017 | MR LASTOWSKI | REVIEW UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S DISCLOSURE STATEMENT | 0.20 | $99.00 |
| 12/22/2004 017 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY COMMITTEE'S OBJECTION TO DISCLOSURE STATEMENT | 1.10 | $544.50 |
| 12/22/2004 017 | WS KATCHEN | REVIEW UNITED STATES TRUSTEE'S OBJECTION TO DISCLOSURE STATEMENT. | 0.10 | $54.50 |
| 12/23/2004 017 | MR LASTOWSKI | REVIEW LIBBY CLAIMANT'S OBJECTION TO DISCLOSURE STATEMENT | 0.20 | $99.00 |
| 12/23/2004 017 | MR LASTOWSKI | REVIEW KERI EVAN'S OBJECTION TO DISCLOSURE STATEMENT | 0.10 | $49.50 |
| 12/23/2004 017 | MR LASTOWSKI | REVIEW FRESENIUS MEDICAL'S OBJECTION TO DISCLOSURE STATEMENT | 0.20 | $99.00 |
| 12/23/2004 017 | MR LASTOWSKI | REVIEW AIG'S OBJECTION TO DISCLOSURE STATEMENT | 0.10 | $49.50 |
| 12/23/2004 017 | WS KATCHEN | REVIEW SEALED AIR OBJECTION TO DEBTOR'S DISCLOSURE STATEMENT. | 0.50 | $272.50 |
| 12/23/2004 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH RICHARD RILEY RE: ACC BRIEFS OBJECTING TO DEBTOR'S PLAN. | 0.20 | $109.00 |
| 12/23/2004 017 | WS KATCHEN | REVIEW ACC OBJECTIONS TO DISCLOSURE STATEMENT/PLAN RE: IMPAIRMENT ISSUE. | 1.20 | $654.00 |
| 12/23/2004 017 | WS KATCHEN | REVIEW STATE OF MONTANA OBJECTION AND E-MAIL ARLENE KRIEGER RE: §502(E)(1)(B). | 0.30 | $163.50 |
| 12/23/2004 017 | WS KATCHEN | REVIEW MARYLAND CASUALTY OBJECTION. | 0.10 | $54.50 |
| 12/27/2004 017 | MR LASTOWSKI | REVIEW FUTURE CLAIM REPRESENTATIVE'S OBJECTION TO DISCLOSURE STATEMENT | 0.40 | $198.00 |

File # K0248-00001                                    INVOICE #  1066129
    W.R. GRACE & CO.

| Date | | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/27/2004 | 017 | WS KATCHEN | ANALYSIS OF UNREDACTED OBJECTION OF ASBESTOS COMMITTEE P.I. CLAIMS - FOR MEMO TO STROOCK RE: §1126(F) V. §524(G) ISSUE; RESEARCH §1124 ISSUE FOR VOTING CONFIRMATION ISSUES OF §1129(B)(2)(B)(1) AND §1141(A). | 2.80 | $1,526.00 |
| 12/27/2004 | 017 | WS KATCHEN | ANALYSIS OF ACC OBJECTION TO DISCLOSURE STATEMENT IMPAIRMENT ISSUE. | 1.40 | $763.00 |
| 12/27/2004 | 017 | WS KATCHEN | REVIEW FUTURES' OBJECTION TO DISCLOSURE STATEMENT. | 0.30 | $163.50 |
| 12/27/2004 | 017 | WS KATCHEN | REVIEW PD COMMITTEE AND OBJECTION TO DISCLOSURE STATEMENT/ESTIMATION MOTION AND EXHIBITS. | 1.40 | $763.00 |
| 12/28/2004 | 017 | MR LASTOWSKI | REVIEW BMW CONSTRUCTOR'S DISCLOSURE STATEMENT OBJECTION | 0.20 | $99.00 |
| 12/29/2004 | 017 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON PLAN. | 3.60 | $1,962.00 |
| 12/30/2004 | 017 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON PLAN ISSUES; ADDITIONAL RESEARCH §1124, §1126, §524(G) TO SUPPORT RECOMMENDATIONS. | 2.20 | $1,199.00 |
| 12/30/2004 | 017 | WS KATCHEN | ADDITIONAL RESEARCH FOR RECOMMENDATION ON PLAN TO COMMITTEE. | 1.00 | $545.00 |
| | | | Code Total | 30.00 | $15,175.00 |

Duane Morris
January 14, 2005
Page 20

File # K0248-00001
    W.R. GRACE & CO.                                                  INVOICE #  1066129

| 12/1/2004 018 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION TO EXTENT THE STAY TO PROCEEDINGS AGAINST THE SCOTT'S COMPANY | 0.20 | $99.00 |
|---|---|---|---|---|
| 12/6/2004 018 | MR LASTOWSKI | REVIEW OBJECTION OF THE ASBESTOS PERSONAL INJURY TO DEBTOR AND SCOTTS COMPANY'S MOTION TO ENJOIN PROSECUTION OF CLAIMS AGAINST THE SCOTTS COMPANY IN STATE COURT. | 0.60 | $297.00 |
| 12/6/2004 018 | MR LASTOWSKI | REVIEW OBJECTIONS TO NEW ENGLAND CONSTRUCTION COMPANY CLAIMS | 0.30 | $148.50 |
| 12/6/2004 018 | MR LASTOWSKI | REVIEW KIRKLAND AND ELLIS SUPPLEMENTAL DISCLOSURE AFFIDAVIT | 0.10 | $49.50 |
| | | Code Total | 1.20 | $594.00 |

Duane Morris
January 14, 2005
Page 21

File # K0248-00001                                            INVOICE #  1066129
       W.R. GRACE & CO.

| 12/23/2004 019 | WS KATCHEN | REVIEW F. MEDICAL'S OBJECTION - TAX ISSUES ET AL, FEASIBILITY, ET AL. | 0.30 | $163.50 |
| | | Code Total | 0.30 | $163.50 |

File # K0248-00001                                              INVOICE #  1066129
    W.R. GRACE & CO.

| 12/28/2004 024 | JH LEMKIN | LEGAL RESEARCH: ISSUES CONCERNING IMPAIRMENT OF TORT CLAIMANTS. | 2.90 | $855.50 |
| | | Code Total | 2.90 | $855.50 |

File # K0248-00001                                          INVOICE #  1066129
     W.R. GRACE & CO.

| 12/1/2004 025 | MF HAHN | REVIEW MOTION TO REFER MATTERS TO BANKRUPTCY COURT AND SUPPORTING DOCUMENTATION | 1.30 | $344.50 |
| 12/23/2004 025 | DM SOSNOSKI | LEGAL RESEARCH | 1.00 | $145.00 |
| 12/28/2004 025 | JH LEMKIN | ADDITIONAL LEGAL RESEARCH; PHONE CALLS FROM W. KATCHEN RE: THIRD CIRCUIT OPINIONS CITING DOW; REVIEW AND FORWARD 3D CIR. OPINIONS. | 0.70 | $206.50 |
| 12/29/2004 025 | JH LEMKIN | ADDITIONAL RESEARCH PER REQUEST OF WSK RE: IMPAIRMENT OF TORT CLAIMS | 1.60 | $472.00 |
| | | Code Total | 4.60 | $1,168.00 |

Duane Morris
January 14, 2005
Page 24

File # K0248-00001                                    INVOICE #  1066129
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 95.50 | $40,701.00 |
|---|---|---|---|

File # K0248-00001                                    INVOICE #  1066129
     W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 12/31/2004 | TELEPHONE | | 4.07 |
| | | Total: | $4.07 |
| 12/31/2004 | TRAVEL - LOCAL | | 30.85 |
| | | Total: | $30.85 |
| 12/31/2004 | MEETING EXPENSE | | 41.84 |
| | | Total: | $41.84 |
| 12/27/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 7.35 |
| 12/27/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 21.00 |
| 12/27/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 48.00 |
| 12/28/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 5.25 |
| 12/28/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 5.10 |
| 12/28/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 15.00 |
| 12/28/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 144.00 |
| 12/29/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 36.00 |
| 12/29/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.05 |
| 12/29/2004 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 12.00 |
| | | Total: | $294.75 |
| 12/17/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791421777470) | | 6.89 |
| | | Total: | $6.89 |
| 12/23/2004 | WESTLAW LEGAL RESEARCH KATCHEN, WILLIAM | | 143.34 |
| | | Total: | $143.34 |
| 12/31/2004 | OVERTIME RELATED COSTS | | 4.26 |
| | | Total: | $4.26 |
| 12/31/2004 | PRINTING & DUPLICATING | | 37.95 |
| | | Total: | $37.95 |
| | TOTAL DISBURSEMENTS | | $563.95 |