IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## SECOND SUPPLEMENTAL STATEMENT OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, IN ACCORDANCE WITH FED. R. BANKR. P. 2014(a) AND 5002

I, DAVID T. AUSTERN, state:

1. By Order of this Court entered May 24, 2004, I was appointed to serve as the legal representative for the purposes of protecting the rights of persons who might in the future assert claims or demands with respect to asbestos-containing or asbestos-related products or services (the "Future Claimants' Representative"), arising out of the activities of W.R. Grace & Co. and its affiliated debtors (collectively, the "Debtors"), as contemplated by Section 524(g)(4)(B)(i) of title 11 of the United States Code (the "Bankruptcy Code").

2. I filed a Statement with the Court on June 14, 2004, to provide the same disclosures as those required under Rules 2014(a) and 5002 of the Federal Rules of Bankruptcy Procedure from professionals employed under Sections 327, 1003 or 1114 of the Bankruptcy Code and from a trustee or examiner appointed pursuant to Section 1104 of the Bankruptcy Code. On June 18, 2004, I filed a Supplemental Statement providing additional disclosures relating to CIBC World Markets, Inc.

3. The Debtors recently filed an application seeking authority to employ the law firm of Arent Fox PLLC ("Arent Fox") as special counsel to represent them and other defendants in connection with the lawsuits entitled *Evans v. Akers, Case No. 041-11380 (WGY,)* filed in the

United States District Court for the District of Massachusetts, and *Bunch v. W.R. Grace & Co., Case No. 04-218(DLB,)* filed in the United States District Court for the Eastern District of Kentucky (defined in the Debtors' application as the "ERISA Actions").

4. This Second Supplemental Statement provides additional disclosures concerning Arent Fox, as follows:

a. My brother-in-law is Earl M. Colson. Mr. Colson is a senior lawyer who was a partner in Arent Fox for many years, and now serves as counsel.

b. Arent Fox represents Claims Resolution Management Corporation ("CRMC") on certain intellectual property matters. I am the President of, and am employed by, CRMC, which is a wholly-owned subsidiary of the Manville Trust.

c. Arent Fox has represented that neither Mr. Colson nor any of the Arent Fox intellectual property lawyers who represent CRMC will be involved in representing the Debtors or any other parties in the ERISA Actions in any respect.

\* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

David T. Austern

Executed on January 18, 2005

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-1139 (JKF) |
| Debtors. ) | Jointly Administered |
| ) | |

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on January 18, 2005, I caused the Second Supplemental Statement of David T. Austern, Future Claimants' Representative, In Accordance with Fed.R.Bankr.P. 2014(a) and 5002, to be served upon those persons registered to receive ECF notices and by first class mail, postage prepaid, upon those persons listed below:

Under penalty of perjury, I certify the foregoing to be true and correct.

James H.M. Sprayregen, P.C.
Kirkland & Ellis LLP
220 East Randolph Drive
Chicago, IL 60601
Facsimile: 312-861-2200
*Attorney for Debtors*

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub P.C.
919 North Market Street
Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Facsimile: 302-652-4400
*Attorney for Debtors*

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Facsimile: 212-806-6006
*Attorney for the Official Committee of Unsecured Creditors*

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher, LLP
1100 N. Market Street
Suite 1200
Wilmington, DE 19801-1246
Facsimile: 302-657-4901
*Attorney for the Official Committee of Unsecured Creditors*

Scott L. Baena, Esquire
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
Facsimile: 305-374-7593
*Attorney for the Official Committee of Property Damage Claimants*

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Facsimile: 302-575-1714
*Attorney for Official Committee of Property Damage Claimants*

Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Facsimile: 212-644-6755
*Attorney for Official Committee of Personal Injury Claimants*

Marla Eskin, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre
15th Floor
1201 Market Street
Suite 1500
Wilmington, DE 19801
Facsimile: 302-426-9947
*Attorney for Official Committee of Personal Injury Claimants*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower
Suite 5800
Chicago, IL 60606
Facsimile: 312-993-9767
*Attorney for DIP Lenders*

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
Facsimile: 302-658-6395
*Attorney for DIP Lenders*

Frank J. Perch, Esquire
Assistant U.S. Trustee
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801
Facsimile: 302-573-6497

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
Facsimile: 212-715-8000
*Attorney for Official Committee of Equity Holders*

Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397
Facsimile: 302-552-4295
*Counsel to Official Committee of Equity Holders*

_____
Deborah O. Fullem
Swidler Berlin LLP

2

9194479v1