IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 24, 2005 AT 12:00 P.M.

*THE LOCATION OF THE HEARING ON JANUARY 24, 2005 HAS CHANGED. It will be held at the United States Bankruptcy Court for the Western District of Pennsylvania, 5490 US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Parties traveling for the January 24, 2005 hearing are advised to travel to Pittsburgh, PA, as opposed to Wilmington, DE. A video conference system at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, DE 19801, will be used to allow Delaware counsel to participate by video conference. Further, Debtors' counsel has also established a dial-in number for the hearing to allow parties to participate telephonically. The dial-in number can be obtained from the undersigned counsel.*

PLAN RELATED MATTERS

1.  Debtors' Motion for the Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule [Filed: 11/13/04] (Docket No. 6900)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] *The only amendment is the change in location of the live hearing.*

91100-001\DOCS_DE:103941.5

Response Deadline: December 21, 2004 at 4:00 p.m.

Reply Deadline: January 7, 2005 at 2:00 p.m.

Responses Received:

(a) Statement of the Official Committee of Unsecured Creditors with Respect to (1) the Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code and (2) Debtors' Motion for the Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule [Filed: 12/21/04] (Docket No. 7264)

(b) Objection of the Official Committee of Asbestos Personal Injury Claimants to Debtors' Motion for Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule [Filed: 12/21/04] (Docket No. 7306)

(c) Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings [Filed: 12/22/04] (Docket No. 7335)

(d) Future Claimants Representative's Consolidated Objection to Disclosures Statement and Plan Related Motions [Filed: 12/22/04] (Docket No. 7340)

(e) Objection of the Official Committee of Asbestos Property Damage Claimants to (I) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (II) Debtors' Motion for a Case Management Order; (III) Debtors' Motion for Estimation of Asbestos Claims; and (IV) Debtors' Motion for Approval of Confirmation Procedures [Filed: 12/22/04] (Docket No. 7343)

Replies Received:

(a) Debtors' Omnibus Reply to Objection and Brief in Support of Motion for Entry of an Order Approving Solicitation and Confirmation Procedures and Schedule [Filed: 1/7/05] (Docket No. 7483)

Status: This matter will go forward.

2. Debtors' Seventh Motion for an Order Pursuant to 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes Thereon [Filed: 11/23/04] (Docket No. 7017)

Response Deadline: January 7, 2005 at 4:00 p.m.

Responses Received:

(a) Response of the Official Committee of Equity Security Holders in Support of the Debtors' Seventh Motion Pursuant to 11 U.S.C. §1121(D) for an Order Maintaining and Further Extending Exclusive Periods During Which Only the Debtors May File a Plan of Reorganization and Solicit Votes Thereof [Filed:

2

1/6/05] (Docket No. 7468)

(b) Future Claimants Representative's Objection to Debtors' Seventh Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon [Filed: 1/7/05] (Docket No. 7503)

Status: This matter will go forward.

OTHER MATTERS

3. Debtors' Emergency Motion for Entry of an Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/20/04] (Docket No. 6681)

Related Documents:

(a) [Signed] Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 10/26/04] (Docket No. 6741)

(b) [Signed] Interim Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures [Filed: 11/17/04] (Docket No. 6962)

(c) Certification of Counsel re: Docket No. 6681 [Filed: 1/7/05] (Docket No. 7514)

Response Deadline: January 6, 2005 at 4:00 p.m.

Responses Received: None as of the date of this agenda.

Status: The Debtors have filed a Certification of Counsel indicating that no parties have objected to the motion and that the proposed order attached to the Certification of Counsel includes comments from the Equity Committee and a substantial equity holder. Accordingly, the Debtors respectfully request that the Court enter the proposed order attached to the Certification of Counsel.

4. Debtors' Motion for an Order Authorizing and Approving Reimbursement of Defense Costs and Advancement of Funds to Settle Certain Actions Pursuant to National Union's Employee Benefit Plan and Fiduciary Liability Policy [Filed: 12/20/04] (Docket No. 7249)

Related Documents:

(a) Certification of Counsel Regarding Docket No. 7249 [Filed: 1/12/05] (Docket No. 7543)

Response Deadline: January 7, 2005 at 4:00 p.m.

Responses Received:

(a) Keri Evans' Response to Debtors' Motion for an Order Authorizing and Approving Reimbursement of Defense Costs and Advancement of Funds to Settle Certain Actions Pursuant to National Union's Employee Benefit Plan Fiduciary Liability Insurance Policy [Filed: 1/7/05] (Docket No. 7479)

  (i) Notice of Withdrawal of Keri Evans' Response to Debtors' Motion for an Order Authorizing an Approving Reimbursement of Defense Costs and Advancement of Funds to Settle Certain Actions Pursuant to National Union's Employee Benefit Plan Fiduciary Liability Insurance Policy [Filed: 7534] (Docket No. 7534)

Status: The Debtors' filed a Certification of Counsel with an attached consensual order addressing the concerns of Kerri Evens. As a result, Kerri Evans has withdrawn her response. Accordingly, the Debtors respectfully request that the Court enter the consensual order attached to the Certification of Counsel.

5. Application for Entry of an Order Authorizing the Retention and Employment of Arent Fox PLLC as a Professional Employed by the Estates of the Debtors [Filed: 12/20/04] (Docket No. 7251)

   Related Documents:

   (a) Certification of No Objection Regarding Docket No. 7251 [Filed: 1/12/05] (Docket No. 7540)

   Response Deadline: January 7, 2005 at 4:00 p.m.

   Responses Received: None as of the date of this agenda.

   Status: No parties have objected to the relief requested in the application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the application.

CLAIMS OBJECTIONS

6. Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received: There are no unresolved responses going forward.

   Status: This matter will go forward with respect to any claims where the relief sought is

4

unopposed. However, where a claimant has filed a response, such matter will be continued to February 24, 2005 at 12:00 p.m.

7. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5527)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received:

   (a) New England Construction Company, Inc.'s Response to Debtors' Fifth Omnibus Claim Objection [Filed: 6/4/04] (Docket No. 5716)

   Related Pleadings:

   (a) Debtors' Motion for Leave to File Debtors' Reply to Response filed by New England Construction Company, Inc. to the Fifth Omnibus Objection to Claims [Filed: 12/3/04] (Docket No. 7089)

      i. Debtors' Reply to Response filed by New England Construction Company, Inc. to the Fifth Omnibus Objection to Claims [Filed: 12/3/04] (Docket No. 7089)

   Status: This matter as it relates to the claim of New England Construction Company, Inc. will go forward. All other unresolved objections where a claimant has filed a response will be continued to February 24, 2005 at 12:00 p.m.

8. Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271)

   Response Deadline: October 8, 2004 at 4:00 p.m. Extended to October 26, 2004.

   Responses Received:

   (a) Massachusetts Department of Environmental Protection's Opposition to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

   (b) United States' Objections to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6748)

   Status: A status conference on this matter will go forward.

9. The Official Committee of Asbestos Property Damage Claimants' Motion to Strike the Debtors' Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims [Filed: 12/20/04] (Docket No. 7252)

   Related Documents:

   (a) Debtors' Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims [Filed: 12/20/04] (Docket No. 7104)

   (b) Joinder in the Official Asbestos Property Damage Claimants' Motion to Strike the Debtors' Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims and Affidavit of James Hughes in Support Thereof [Filed: 1/7/05] (Docket No. 7507)

   Response Deadline: January 7, 2005 at 4:00 p.m.

   Responses Received:

   (a) Debtors' Response to Motion to Strike Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information [Filed: 1/7/05] (Docket No. 7513)

   (b) Debtors' Response to Motion to Strike Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information [Filed: 1/10/05] (Docket No. 7519)

   Status: This matter will go forward.

## ADVERSARY MATTERS

10. Complaint for Declaratory and Other Relief [Filed: 9/2/04] (Docket No. 1)
    *The Scotts Company v. American Employers et al. and W. R. Grace & Co., et al.*
    *[Adv. Pro. No. 04-55083].*

    Related Documents:

    (a) Amended Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 10/4/04] (Docket No. 6)

    (b) [Signed] Stipulation to Extend Time to Respond for Defendant, Maryland Casualty Company [Filed: 10/4/04] (Docket No. 5)

    Response Deadline: November 3, 2004. Extended to 30-days after Court rules on Item No. 14 below.

    Responses Received: None as of the date of this agenda.

    Status: This matter will go forward.

11. Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received: None as of the date of this agenda.

Status: This matter will go forward.

HOUSEKEEPING MATTERS

12. New Telephonic Hearing Procedures for Delaware Bankruptcy Cases.

Dated: January 18, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession