

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

In Re:

W.R. Grace & Co.  
Debtor

Bankruptcy No. 01-1139-JKF  
Chapter 11

## NOTICE OF FILING OF VERIFIED STATEMENT
## PURSUANT TO FED.R.BANKR.P. 2019

Pursuant to the above-entitled court's order dated October 22, 2004, please TAKE NOTICE that MORRIS, SAKALARIOS & BLACKWELL, PLLC has filed its Fed.R.Bankr.P. 2019 statement with the Court identifying claimants represented by this office.

DATED: _12/19/2004_    MORRIS, SAKALARIOS & BLACKWELL

By: _____  
Anthony Sakalarios  
Attorney for Creditors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

In Re:

W.R. Grace & Co.  
Debtor

Bankruptcy No. 01-1139-JKF  
Chapter 11

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of MORRIS, SAKALARIOS & BLACKWELL's Notice of Filing 2019 Statement has been served on all parties of the official service list in this matter. Due to the voluminous nature of the service list, this office has not attached a copy of the service list hereto, however, will make copies available to any party upon request. Said service was completed by United States First Class Mail, postage prepaid, this ___ day of December, 2004.

MORRIS, SAKALARIOS & BLACKWELL

By: _____  
Anthony Sakalarios  
Attorney for Creditors

ANTHONY SAKALARIOS, ESQ.  
Morris, Sakalarios & Blackwell, PLLC  
1817 Hardy Street  
Hattiesburg, MS 39401  
(601) 544-3343  
Attorneys for Certain Asbestos Claimants

2