IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

FILED
2005 JAN 19 AM 11: 19
US BANKRUPTCY CLERK
DISTRICT OF DELAWARE

FILE: 95467-J

IN RE:                                ) Chapter 11
                                      )
W.R. GRACE & CO., et al               ) Case No: 01-01139 (JFK)
                                      )   Jointly Administered
            Debtors,                  )
                                      )

## RESPONSE

NOW comes the Plaintiff and states as follows:

1. That this office represents Frederick Brothers Corporation.

2. That Frederick Brothers Corp. is listed under Exhibit B, Claim No. 117.

3. That we await confirmation of one (1) payment of $470.00 from our client and we have requested copies of the other invoices to substantiate same.

4. That our client requests additional time to obtain said information.

**WHEREFORE**, Frederick Brothers Corporation requests that the claim remain open pending further investigation.

FEINGOLD & LEVY

BY: _____
    JAY K. LEVY

FEINGOLD & LEVY
10 South La Salle Street, Suite 900
Chicago, Illinois 60603
(312) 782-9676
Atty. No. 31495