IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: February 28, 2005 at 12:00 p.m. |
| | ) | Objection Deadline: February 11, 2005 at 4:00 p.m. |

## NOTICE OF APPLICATION

TO:   PARTIES ON THE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on January 20, 2005 the Official Committee of Asbestos Property Damage Claimants filed its **Application for an Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code, and Fed.R. Bankr.P. 2014 and 2016, Authorizing the Retention and Employment of GMA Research Corporation as Special Consultant to the Official Committee of Asbestos Property Damage Claimants** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **February 11, 2005 at 4:00 p.m. (Eastern Time)** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD ON **February 28, 2005 at 12:00 p.m. (Eastern Time).**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 20, 2005        FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

-and-

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Nathan G. Mancuso, Esquire
2500 Wachovia Financial Center
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants