UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Bankruptcy Case No. |
| | § | |
| W.R. GRACE & Co., et al., | § | 01-1139-JKF |
| | § | |
| Debtor. | § | Chapter 11 |
| | § | |

**AMENDED VERIFIED STATEMENT PURSUANT TO
Fed.R.Bankr.P 2019 FILED BY BRAYTON❖PURCELL.
Exhibits have not been scanned but may be accessed
by parties who obtain Court order authorizing access.**

CRYSTAL G. HOWARD, hereby makes the following amended verified statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

I am an attorney with the law firm of Brayton❖Purcell with offices at 222 Rush Landing Road, Novato, California, 94948. I am a member in good standing of the bar of the State of California. The law firm of Brayton❖Purcell has been retained as counsel for numerous asbestos personal injury and/or wrongful death creditors (the "Creditors") in the above-referenced bankruptcy.

1. A blank, but unredacted, exemplar copy of a Firm Client Agreement authorizing Brayton❖Purcell, to act on behalf of the Creditors is referenced herein as Exhibit "A", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

Amended Verified Statement Pursuant to Fed.R.Bank.P.2019 filed by Brayton❖Purcell.

1

2. An Excel spreadsheet outlining: the name and personal address of each creditor; the form of agreement authorizing Brayton❖Purcell to act on behalf of each Creditor; the amount of each Creditor's claim if liquidated, and for unliquidated claims an indication that such claims are unliquidated; the date of acquisition of each Creditor's claim; the type of disease giving rise to each Creditor's claim, and the pertinent facts and circumstances regarding the employment of Brayton❖Purcell is referenced herein as Exhibit "B", which has not been attached but may be accessed by parties who obtain Court order authorizing access.

3. At time of employment, Brayton❖Purcell retained a contingency fee interest in each Creditor's claim. The times when such interest was acquired in each claim depends upon the date each creditors signed his/her Firm Client Agreement. Brayton❖Purcell does not hold any claims against or interests in the Debtor.

4. Brayton❖Purcell will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement should any changes occur.

///

///

///

This Statement is filed solely to comply with the format required by the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bank.P.2019 which was entered on October 22, 2004. Exhibits "A" and "B", as defined in the Order, have not been scanned and are available from the Clerk upon motion to and order of the Court.

Dated: 1/19/05

Brayton❖Purcell

Crystal G. Howard, Esq.
CA State Bar No. 224627
Brayton❖Purcell
222 Rush Landing Road
Novato, CA 94948
PH:   (415) 898-1555
FAX:  (415) 898-1247

**DECLARATION OF
CRYSTAL G. HOWARD
OF BRAYTON❖PURCELL**

I, Crystal G. Howard, lead counsel for Brayton❖Purcell, hereby declare, under penalty of perjury, that the representations in the foregoing Amended Verified Statement Pursuant to Fed.R.Bank.P.2019 filed by Brayton❖Purcell, are true and correct to the best of my knowledge, information and belief.

Dated: 1/19/05

Brayton❖Purcell,

Crystal G. Howard, Esq.