IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 6897 and 7561 |

## EXHIBIT TAB 11 TO EXHIBIT BOOK – "RETAINED CAUSES OF ACTION"

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Jonathan P. Friedland
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

and

Bennett L. Spiegel
Lori Sinanyan
777 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 680-8400

- Co-Counsel for the Debtors and Debtors in Possession -

Dated: January 20, 2005

2

# Exhibit Tab 11

## Retained Causes of Action

**EXHIBIT TAB 11**

# W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
### INDEX

A.  Claims Against Accounts Receivable
B.  Claims Against Customers
C.  Claims Against Vendors
D.  Claims Against Federal or State Securities Laws
E.  Claims for Breach of Contract
F.  Claims Against Real Estate
G.  Claims Against Insurance
H.  Claims Against Assets From Debtors
I.  Tax Claims
J.  Claims Relating to Deposits
K.  Environmental/Product Liabilities
L.  Intellectual Property Rights
M.  Pending Litigation
N.  Debtors/Former Professionals
O.  Miscellaneous Contract and Tort Claims
P.  All Other Actions or Potential Actions or Claims

**EXHIBIT 11 (A)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## <u>ACCOUNTS RECEIVABLE</u>

Unicoat Technology International, Inc.
804 Winkler
South Houston, TX 77587

Landmark Window Systems, Inc.
806-808 Windsor Street
Hartford, CT 06120

Liberty Miron
282 Rt. 52 East
Liberty, NY 12754

RM Engineered Products
4854 O'Hear Avenue
North Charleston, SC 29405

Charles Redi Mix
P. O. Box 644
Wingate Road
Murphy, NC 28906

Thacker Smyrna
4755 North Church Lane SE
Smyrna, GA 30080

George Nutrients
P. O. Box 247
Canton, GA 30114

Plibrico
1800 N. Kingsbury Street
Chicago, IL 60614

U.S. Aggregates
Western Aggregates
c/o Mohave Concrete
147 West Election Road
Suite 110
Draper, UT 84020

#104806 v1 - WR - Exhibit Tab 11 to          5
Exhibit Book

U.S. Aggregates
Western Rock Product Corp.
147 West Election Road
Suite 110
Draper, UT 84020

U.S. Aggregates
Cox Rock Products Co.
P. O. Box 220289
Centerfield, UT 84622

U.S. Aggregates
A Block Co.
147 West Election Road
Suite 110
Draper, UT 84020

Image Concrete
P. O. Box 1693
Roanoke, TX 76262

Peerless Tube Company
58-76 Locust Avenue
Bloomfield, NJ 07003

Norris Rader, Inc.
P. O. Drawer 10410
New Iberia, LA 70562

Containment Solutions/Hoover Group
6740 Bay Meadow Drive
Glen Burnie, MD 21060

Warren Electric
2202 S. Battleground Road
P. O. Box 520
La Porte, TX 77571

Skagit Pacific
Building A1
500 Metcalf Street
Sedro Woolley, WA 98284

Irvin H. Whitehouse
P. O. Box 32670
Louisville, KY 40232

91100-001\DOCS_DE:104806.1

Rockland Materials
3636 South 43rd Avenue
Phoenix, AZ 85009

United Concrete Products
P. O. Box 676
Frederick, MD 21705

Hanover Materials
P. O. Box 896
Ashland, VA 23005

Kenny Manta
414 North Orleans Avenue
Suite 801
Chicago, IL 60610

AAA Ready Mix
P. O. Box 729
Reddick, FL 32686

IDC Corporation
11-40 Borden Avenue
Long Island City, NY 11101

Dolle's Hydraulics & Tools
128 S. Miami Avenue
Miamisburg, OH 45342

North American Wire Products
30000 Solon Road
Solon, OH 44139

Abilez Development
21205 S. E. 59th Street
Newalla, OK 74857-8338

Sheldon Concrete (Saboyd Ents)
P. O. Box 4787
Bryan, TX 77805

Oklahoma Mobil Mix
P. O. Box 245
Spencer, OK 73084

Norat Environmental
Road 862
KM 1.5 #122
Bayamon, PR 00959

Site Mix Ready Mix
P. O. Box 60178
Colorado Springs, CO 80960-0178

Bahl, Inc.
50 8th Street North
Sauk Rapids, MN 56379

Isla Nia Paving
Apartado 1552
Vieques, PR 00765

Dawson Ready Mix
5674 Highway 53 East
Dawsonville, GA 30534

Jackson Stone
P. O. Box 5398
Jackson, MS 39216

Concretera Del Este
HC-01 Box 16999
Humacao, PR 00791

Quick-Wright Associated
150 Cooper Road C-7
West Berlin, NJ 08091

D & G Brice Contractors, Inc.
P. O. Box 31846
Baltimore, MD 21207

North Shore Concrete LLC
45 Jefferson Avenue
Salem, MA 01970

MPI Ready Mix
P. O. Box 641
Overton, NV 89040

Advanced Concrete Innovations
15870 Johnson Memorial Drive
Jordan, MN 55352

8

Allied Ready Mix
106 Industrial Park Loop NE
Rio Rancho, NM 87124

DAC Art Louisiana LLC
6709 Perkins Road
Baton Rouge, LA 70808

Delta Concrete
P. O. Box 1092
Forrest City, AR 72336-109

Lee's Concrete
4315 N. Foster Drive
Baton Rouge, LA 70805

Rainbow Materials
P. O. Box 18838
Austin, TX 78760

Regional Concrete
Rt. 5, Box 5640
Palestine, TX 75801

Concretera Del Este
HC-01 Box 16999
Humcao, PR 00791

Royal Cement
State Road 169
Logandale, NV 89021

Dinaso & Sons Building Supply
820 Mount Ephraim Avenue
Camden, NJ 08108

Lassiter Plastering
6939 Amaryllis Court
Elyria, OH 44035

Pro Tec Fireproofing, Inc.
1100 NE 249th Street
Ridgefield, WA 98642

Twisted Pair Communications
2511 Pan Am Blvd.
Elk Grove, IL 60007

9

P T Hutchins Co, Ltd.
P. O. Box 910916
Los Angeles, CA 90091

Thompson Hancock Technologies, Inc.
P. O. Box 1963
Burlington, NC 27216

Vines Precast Services
233 Gatewood Circle West
Burleson, TX 76028

91100-001\DOCS_DE:104806.1

**EXHIBIT 11(B)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## CLAIMS AGAINST CUSTOMERS

K.K. Saito Kichihei Shouten
1-5-11 Azabu Jyuban
Minato-Ku
Tokyo 106-0045, Japan

Johnson Matthey Catalysts
Formerly ICI/Synetix
Accounts Payable
Two Transam Plaza Dr.
Suite 230
Oakbrook Terrace, IL 60181

Kellogg Brown & Root, Inc.
601 Jefferson Avenue
Houston, TX 77001

ConocoPhillips
600 North Dairy Ashford
Houston, TX 77210

**EXHIBIT 11 (C)**

### W. R. GRACE & CO., ET AL.
### RETAINED CAUSES OF ACTION
### CLAIMS AGAINST VENDORS

Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399

Kansas City Southern/Kansas City Southern Railway
427 W. 12th Street
Kansas City, MO 64105

Norfolk Southern Corporation
Three Commercial Place
Norfolk, VA 23510

APS Connections CC
Burman Road, FCU Building
Deal Party, Port Elizabeth
        and
P.O. Box 2157
North End, Port Elizabeth 6056

Phil Smith
Burman Road, FCU Building
Deal Party, Port Elizabeth
        and
P.O. Box 2157
North End, Port Elizabeth 6056

Antonia Mincheva
Burman Road, FCU Building
Deal Party, Port Elizabeth
        and
P.O. Box 2157
North End, Port Elizabeth 6056

McAllister Towing of Philadelphia, Inc.
PNVC, Commandment Building
4900 South Broad Street
Building 6
Philadelphia, PA 19112

Honeywell Burdick & Jackson
  Honeywell International, Inc.
101 Columbia Road
Morristown, NJ 07962

Ennis Knupp
10 South Riverside Plaza
Suite 700
Chicago, IL 60606

Fidelity Investments
82 Devonshire Street V5A
Boston, MA 02109

Capital Guardian Trust Company
1230 Peachtree Street
Suite 2550
Atlanta, GA 30309

Dwight Asset Management Company
100 Bank Street
Suite 800
Burlington, VT 050401

Northern Trust
50 South LaSalle Street
Chicago, IL 60675

Fidelity Management Trust Company
82 Devonshire Street
Boston, MA 02109

Wachovia Bank, NA
1 West 4th Street
Winston-Salem, NC 27101

JP Morgan Fleming Asset Management
522 Fifth Avenue, Floor 11
New York, NY 10036

Barclays Global Investor Services
45 Fremont Street
San Francisco, CA 94105

Standish Mellon Asset Management
One Financial Center
Boston, MA 02111

T. Rowe Price
100 East Pratt Street
Baltimore, MD 21202

Penn Bottle & Supply Co.
710 E. Third Street
Essington, PA 19029

Ernst & Young
Metro Park
99 Wood Avenue South
Iselin, NJ 08830

Fragomen, DelRey
One Alhambra Plaza
Suite 600
Coral Gables, FL 33134

Prudential Relocation
225 Crooked Creek Trail
Canton, GA 30115

Runzheimer International
Runzheimer Park
Rochester, WI 53167

Todd Organization
30 Oak Street, 4th Floor
Stamford, CT 06905

Wachovia Bank, NA
123 Broad Street
Philadelphia, PA 19109

ORREX
Odessa, TX

Greif Brothers
(Address Unknown)

APS Connections
Burman Road
FCU Building
Deal Party
Prot Elizabeth, South Africa

Wachovia Bank, NA
1021 East Carey Street
6th Floor
Richmond, VA 23219

Wells Fargo
2701 Wells Fargo Way
6th Floor
Minneapolis, MN 55408

AON Consulting
1001 Brickell Bay Drive
Miami, FL 33131

AON Pension Service Center
1701 Golf Road
Tower 2, Suite 200
Rolling Meadows, IL 60008

Fidelity Institutional Retirement Services Co.
300 Puritan Way
Marlborough, MA 01752

SystemMed, LLC
100 Parsons Pond Drive
Franklin Lakes, NJ 07417

Aetna
1302 Concourse Drive, #402
Linthicum, MD 21090

MetLife
501 US Highway 22
P.O. Box 6891
Bridgewater, NJ 08807

Tufts Member Services
333 Wyman Street
P.O. Box 9112
Waltham, MA 02454

Palisades Communications, Inc.
800 Palisade Avenue, Suite 201
Ft. Lee, NJ 07024

HMO Illinois
300 East Randolph Street
Chicago, IL 60601

91100-001\DOCS_DE:104806.1

Kaiser of Mid-Atlantic States
2101 East Jefferson Street
Rockville, MD 20852

Kaiser of Northern California Region
1950 Franklin Street
Oakland, CA 94612

Kaiser of Southern California
1950 Franklin Street
Oakland, CA 94612

Uniprise
450 Columbus Blvd., 11-NA
Hartford, CT 06103

EAP Systems
500 West Cummings Park
Woburn, MA 01801

Marsh USA, Inc.
1166 Avenue of the Americas
New York, NY 10036

Spectera
2811 Lord Baltimore Drive
Baltimore, MD 21244

EBenX, Inc.
5045 Ten Mills Road
Columbia, MD 21044

Chapman Kelly
100 W. Court Avenue
Suite 200
Jeffersonville, IN 47130

CIGNA HealthCare
1111 Market Street
Chattanooga, TN 37402

Metasa Group - PSMI
164 Lott Court
W. Columbia, SC 29169

MAMSI Health Plans
20 West Rolling Crossroads
Suite 11
Baltimore, MD 21228

Triple S, Inc.
Avenida Roosevelt 1441
San Juan, PR 00920

Health Network America
187 Monmouth Parkway
West Long Branch, NJ 07764

Ceridian
6731 Columbia Gateway Dr.
First Floor
Columbia, MD 21046

Kronos
8850 Stanford Blvd.
Suite 2000
Columbia, MD 21045

TALX
8600 LaSalle Road
Suite 200
Towson, MD 21286

National Bond and Trust
1725 Eye Street, NW
Suite 300
Washington, DC 20006

Chase Mellon
85 Challenger Road
Ridgefield Park, NJ 07660

Fidelity Investments
300 Puritan Way, MM1L
Marlborough, MA 01752

**EXHIBIT 11 (D)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## CLAIMS UNDER FEDERAL OR STATE SECURITIES LAWS

Protein Genetics, Inc.
1825 Infinity Drive
DeForest, WI 53532

Avantium Holding BV
Zekeringstraat 29
1014 BV
Amsterdam, The Netherlands

**EXHIBIT 11 (E)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## <u>REAL ESTATE CLAIMS</u>

Tahari Ltd.
1114 Avenue of the Americas
New York, NY 10036

Cummings Properties
200 West Cummings Park
Woburn, MA 01801

Burlington Court Factory Warehouse Corporation
Route 130
Burlington, NJ 08016

Syms Corp.
Syms Way
Secaucus, NJ 07049

Remington & Vernick Engineers, Inc.
232 Kings Highway East
Haddonfield, NJ 08033

Woolwich Township Planning Board
121 Woodstown Road
Woolwich Township, NJ 08085

Gloucester County Construction Board of Appeals
1 North Broadway
Woodbury, NJ 08097

**EXHIBIT 11 (F)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## INSURANCE CLAIMS

Acc & Casualty Ins. Of Winterthur
750 7th Avenue, 22nd Floor
New York, NY  10019

Admiral Insurance
1255 Caldwell Road
P.O. Box 5725
Cherry Hill, NJ  08034

Aetna
1302 Concourse Drive
Linthicum, MD 21090

Aetna Casualty & Surety
c/o Travelers Insurance Co.
1 Tower Square, 2FG
Hartford, CT  06181

AG Belge de 1830
Blvd Emile Jacqmain, 53
Brussels, 98 B-1000

Allianz Underwriters Ins
3400 Riverside Drive, Suite 300
Burbank, CA  91505

American Centennial
3501 Silverside Rd.
203 Naamans Bldg
Wilmington, DE  19810

American Employers
2 Central Square
Cambridge, MA  02139-3311

American Home Assurance
750 7th Avenue, 22nd Floor
New York, NY  10019

American Int'l Underwriter
Excess Casualty Clms Div

#104806 v1 - WR - Exhibit Tab 11 to       20
Exhibit Book

175 Water St.-22nd Fl.
New York, NY  10038

American Manufacturers Mutual
Central Claims Tube Station J-1
Long Grove, IL  60049

American Reinsurance Co
American Re Plaza
555 College Rd. East
Princeton, NJ  08543-5241

Ancon Ins. Co. (U.K.)
750 7th Avenue, 22nd Floor
New York, NY  10019

Andrew Weir Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Argonaut Northwest Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY  10019

Assicurazioni Generali S.p.A.
750 7th Avenue, 22nd Floor
New York, NY  10019

Associated International
21860 Burbank Blvd. Suite 380
Woodland Hills, CA  91367

Axis Reinsurance Company
Connell Corporate Park
3 Connell Drive
Berkeley Heights, NJ 07922

Bermuda Fire & Marine Ins. Co. Ltd.
8 Wesley Street Craig Appin House
Hamilton, BM HM JX

Birmingham Fire Ins Co
Excess Casualty Clms Div
175 Water St.-22nd Fl.
New York, NY  10038

21

Bishopsgate Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Boston Old Colony Ins Co
1100 Cornwall Road
Monmouth, NJ 08852-0906

British National Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

British Northwestern
60 St. Mary Axe

Bryanston Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

Buffalo Reinsurance
c/o Continental Ins. 40 Wall St.
New York, NY 10005

C.A.M.A.T.
750 7th Avenue, 22nd Floor
New York, NY 10019

California Union Ins Co
1601 Chestnut Street TLP-19-Long Term Expos.
Philadelphia, PA 19192-2181

Centennial Ins Co
3 Giralda Farm Three Geralda Farms
Madison, NJ 07940

Central National Ins Co
1601 Chestnut Street TLP-19-Long Term Expos.
Philadelphia, PA 19192-2181

Century Indemnity Co
1601 Chestnut Street TLP-19-Long Term Expos.
Philadelphia, PA 19192-2181

Chubb & Son, division of Federal Insurance Company
82 Hopmeadow Street
Simsbury, CT 06070

Cie Europeene D'Ass. Industrielles
750 7th Avenue, 22nd Floor
New York, NY  10019

CAN Reinsurance of London Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Continental Casualty Co.
333 S. Wabash, 19 South
Chicago, IL  60685

Continental Casualty Company
333 S. Wabash, 19 South
Chicago, IL  60685

Continental Ins Co
1100 Cornwall Road
Monmouth, NJ  08852-0906

Dairyland Insurance Co
750 7th Avenue, 22nd Floor
New York, NY  10019

Dominion Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Eisen Und Stahl
Karl Wiechert Allee
50 Postfach 610369
Hanover, GR D-30603

El Paso Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Employers Comm'l Union
2 Central Square
Cambridge, MA  02139-3311

Employers Mutual Cas Co
c/o Mutual Marine 919 Third Ave.-10th Fl.
New York, NY  10022

English & American Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

23

European General
Anchorage House 2 Clove Crescent
Leamouth, London, EG E 14 2BE

Federal Insurance Co
2201 Bryan Street, Suite 3400
Dallas, TX 75201-3068

Fireman's Fund
Asbestos Claim Unit 777 San Marin Drive
Novato, CA 94998

First State Ins Co
150 Federal Street
Boston, MA 02110-1753

Folksam International Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY 10019

GEICO
GEICO Plaza
Washington, DC 20076-0001

General Insurance Company of America
GEICO Plaza
Washington, DC 20076-0001

Gerling Konzern Ins
Anchorage House 2 Clove Crescent
Leamouth, London, EG E 14 2BE

Gibraltar Cas. Co.
477 Martinsville Rd, PO Box 830
Liberty Corner, NJ 07938

Granite State Ins
Excess Casualty Clms
175 Water St.-22nd Floor
New York, NY 10038

Guarantee Insurance Co
650 Naamamf Road, Suite 301
Claymont, DE 19703

Haftpflichtverband
Anchorage House

24

2 Clove Crescent
Leamouth, London, EG E 14 2BE

Harbor Insurance Co
333 South Wabash, 19 South
Chicago, IL  60685

Hartford Insurance
Hartford Plaza
Hartford, CT  06115

The Hartford
Hartford Plaza C-2-45
Hartford, CT 06115

Highlands Ins. Co.
275 Phillips Blvd.
Trenton, NJ  08618

Home Insurance Co
c/o REM  59 Maiden Lane 5th Fl.
New York, NY  10038

Ideal Mutual
123 Williams Street, 7th Floor
New York, NY  10038

Illinois National
Excess Casualty Clms Div
175 Water St.-22nd Floor
New York, NY  10038

INA
1601 Chestnut Street TLP-19-Long Term Expos.
Philadelphia, PA  19192-2181

Insurance Co State of PA
Excess Casualty Clms Div 175 Water St.-22nd Fl.
New York, NY  10038

Integrity Insurance Co
Company in Liquidation 49 East Midland Ave
Paramus, NJ  07652-2920

Kraft Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

25

Lexington Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY  10019

Lloyds Underwriters
750 7th Avenue, 22nd Floor
New York, NY  10019

London & Edinburgh General Ins. Co.
750 7th Avenue, 22nd Floor
New York, NY  10019

London & Overseas Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

London Guarantee & Acc
1100 Cornwall Road
Monmouth, NJ  08852-0906

Louisville Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Ludgate Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Marsh Private Client Services
44 Whippany Road
Morristown, NJ 07962

Maryland Casualty Co.
Claims Division 3910 Keswick Road
Baltimore, MD  21211

Maryland Casualty Company
Claims Division 3910 Keswick Road
Baltimore, MD  21211

Mentor Ins. Co. (U.K.) Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Midland Insurance Co.
123 Williams Street 7th Floor
New York, NY  10038

91100-001\DOCS_DE:104806.1

Minster Ins. Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

Mission Insurance Co.
Dept of Conser&Liqtn
P.O. Box 26894
San Francisco, CA  94126-0894

Mutual Reinsurance Co. Ltd.
750 7th Avenue, 22nd Floor
New York, NY  10019

National Casualty Co. of America
c/o Scottsdale Insurance
8877 N. Gainey Ctr. Dr.
Scottsdale, AZ  85258

National Union Fire Insurance Company
   of Pittsburgh
AIG
175 Water Street
New York, NY 10038

Natl Union Fire Pttsbrgh
Excess Casualty Clms Div
175 Water St.-22nd Fl.
New York, NY  10038

New Hampshire Insurance
Excess Casualty Clms
175 Water St.-22nd Fl.
New York, NY  10038

North Atlantic Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY  10019

North Star Reinsurance
695 E./ Main Street
Stamford, CT  06904-2354

Northbrook Ins. Co
3 Allstate Comm'l Plaza
51 W. Higgins Rd.-T2B
So Barrington, IL  60010

27

Orion Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY  10019

Pacific Employers Ins Co
1601 Chestnut Street TLP-19-Long Term Expos.
Philadelphia, PA  19192-2181

Protective Nat'l Ins Co
11128 John Galt Blvd. Suite 200
Omaha, NE  68137-6312

Prudential Reinsurance
f/k/a Prudential Reinsurance
477 Martinsville Road
Liberty Corner, NJ  07938-0830

Republic Insurance Co
2727 Turtle Creek Blvd.
Dallas, TX  75219

Reunion-Adriatica
c/o Chilington Int'L
100 Commons Way Ste. 210
Holmdel, NJ  07737

Royal Indemnity Company
750 7th Avenue 22nd Floor
New York, NY  10019

Royal Insurance Co
9140 Arrowpoint Boulevard, Suite 440
Charlotte, NC  28273

Royale Belge S.A.
Anchorage House 2 Clove Crescent
Leamouth, London,EG E 14 2BE

Sphere Drake Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY  10019

St. Helens Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY  10019

St. Katherine Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY 10019

Stronghold Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY 10019

Swiss Reinsurance
Myuthenquai 50/60 CH 8022 Zurich

Swiss Union Gen. Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY 10019

Terra Nova Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY 10019

Transamerica Ins Co.
250 Commercial St. Suite 5000
Manchester, NH 03101

Transit Casualty
CNA Plaza 37 South
Chicago, IL 60685

Turegum Ins. Co.
750 7th Avenue 22nd Floor
New York, NY 10019

Twin City Fire Ins Co.
Hartford Plaza
Hartford, CT 06115

Unigard Security
2 Central Square 2nd Floor
Cambridge, MA 02139

US Fire Insurance Co
305 Madison Avenue
P.O. Box 1973
Morristown, NJ 07960

Walbrook Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY 10019

Wausau Insurance Co
400 Westwood Drive
P.O. Box 8020
Wausau, WI  54402-8020

Winterthur Swiss Ins. Co.
750 7th Avenue 22nd Floor
New York, NY  10019

World Auxiliary Ins. Cop. Ltd.
750 7th Avenue 22nd Floor
New York, NY  10019

Yasuda Fire & Marine Ins. Co. Ltd.
750 7th Avenue 22nd Floor
New York, NY  10019

Zurich Insurance Co
Anchorage House 2 Clove Crescent
Leamouth, LondonEG E 14 2BE

91100-001\DOCS_DE:104806.1

**EXHIBIT 11 (H)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## CLAIMS AGAINST PURCHASERS OF ASSETS
## FROM THE DEBTORS

Fresenius Medical Care Holdings, Inc.
Two Ledgemont Center
95 Hayden Avenue
Lexington, MA 02493

Sealed Air Corporation
Park 80 East
Saddlebrook, NJ 07663

**EXHIBIT 11 (I)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## <u>CLAIMS AGAINST TAXING AUTHORITIES</u>

U.S. Customs and Border Protection
Thomas A. Smith, Director
National Finance Center
Internal Revenue Service
409 Silverside Road
Wilmington, DE 19809

Internal Revenue Service
7850 SW 6th Court, Room 285
Plantation, FL 33324

Internal Revenue Service
Summit Building, Stop 202-D
Room 1520
401 W. Peachtree Street, N.W.
Atlanta, GA 30365

Internal Revenue Service
Atlanta Service Center
P. O. Box 47-421
Doraville, GA 30362
Attention:  Stop 35-Beverly Steed
Do Not Open In Mail Room

Commissioner
Department of Revenue
4112 Gordon Persons Building
50 N. Ripley Street
Montgomery, AL 36132

Commissioner
Department of Revenue
P.O. Box 110400
Juneau, AK 99811-0400

Director
Department of Revenue
1600 W. Monroe Street
Phoenix, AZ 85007

#104806 v1 - WR - Exhibit Tab 11 to          32
Exhibit Book

Commissioner
Dept. of Finance and Administration
1509 W. 7th
Little Rock, AR 72201

State Controller and FTB Chair
Franchise Tax Board
P.O. Box 942840
Sacramento, CA 94240-0040

Executive Director
Department of Revenue
State Capitol Annex
1375 Sherman Street
Denver, CO 80261

Commissioner
Department of Revenue Services
25 Sigourney Street
Hartford, CT 06106

Director
Division of Revenue
Carvel State Building
820 N. French Street
Wilmington, DE 19801

Chief Financial Officer
Office of Tax and Revenue
941 North Capitol Street, N.E.
Washington, DC 20002

Executive Director
Department of Revenue
104 Carlton Building
Tallahassee, FL 32399-0100

Commissioner
Department of Revenue
Trinity-Washington Building
270 Washington Street, SW
Atlanta, GA 30334

Director
Department of Taxation
P. O. Box 259
Honolulu, HI 96809-0259

33

Chairman
State Tax Commission
P. O. Box 36
800 Park Boulevard
Plaza IV
Boise, ID 83722-0036

Director
Department of Revenue
101 West Jefferson Street
Springfield, IL 62702

Commissioner
Department of Revenue
100 North Senate Avenue
Indiana Government Center North
Indianapolis, IN 46204-2253

Director
Department of Revenue and Finance
Hoover State Office Building
East 13th and Walnut
Des Moines, IA 50319

Secretary
Department of Revenue
Robert B. Docking State Office Building
915 S. W. Harrison Street
Topeka, KS 66612-1588

Secretary
Revenue Cabinet
200 Fair Oaks Lane
Frankfort, KY 40620

Secretary
Department of Revenue
Box 3863
330 N. Ardenwood Drive
Baton Rouge, LA 70806

Executive Director
Revenue Services
24 State House Station
Augusta, ME 04333-0024

Comptroller
Goldstein Treasury Building
80 Calvert Street
Annapolis, MD 21404

Commissioner of Revenue
Department of Revenue
51 Sleeper Street, 8th Floor
Boston, MA 02114

State Treasurer
Department of Treasury
Treasury Building
430 W. Allegan Street
Lansing, MI 48922

Commissioner
Department of Revenue
600 North Robert Street
St. Paul, MN 55146

Chairman and
Commissioner of Revenue
State Tax Commission
1577 Springridge Road
Raymond, MS 39154-9602

Director
Department of Revenue
301 West High Street
Jefferson City, MO 65105-0311

Director
Department of Revenue
455 Sam W. Mitchell Building
125 N. Roberts
P.O. Box 5805
Helena, MT 59604-5805

Tax Commissioner
Department of Revenue
301 Centennial Mall South
P.O. Box 94818
Lincoln, NE 68509-4818

35

Executive Director
Department of Taxation
1550 E. College Parkway
Carson City, NV 89706

Commissioner
Dept. of Revenue Administration
45 Chennell Drive
P.O. Box 457
Concord, NH 03301

Director
Division of Taxation
50 Barrack Street
P.O. Box 240
Trenton, NJ 08646-0240

Secretary
Taxation and Revenue Department
P. O. Box 630
1100 S. St. Francis Drive
Santa Fe, NM 87504-0630

Commissioner
Department of Taxation and Finance
W.A. Harriman Campus
Building #9
Albany, NY 12227-0125

Commissioner of Finance
25 Elm Place
Brooklyn, NY 11201

Secretary
Department of Revenue
501 N. Wilmington Street
P.O. Box 25000
Raleigh, NC 27640-0640

Tax Commissioner
Tax Department
8th Floor
Capitol Building
600 E. Boulevard Avenue
Bismarck, ND 58505-0599

Commissioner
Department of Taxation
30 East Broad Street
P.O. Box 530
Columbus, OH 43216-0530

Chairman
State Tax Commission
2501 Lincoln Boulevard
Oklahoma City, OK 73194-0001

Director
Department of Revenue
Revenue Building
955 Center Street, N.E.
Salem, OR 97310

Acting Secretary
Department of Revenue
1133 Strawberry Square
Harrisburg, PA 17128-1100

Tax Administrator
Division of Taxation
One Capitol Hill
Providence, RI 02908-5800

Director
Department of Revenue
301 Gervais Street
Columbia, SC 29214

Secretary
Department of Revenue
Anderson Building
445 East Capital Avenue
Pierre, SD 57501-3185

Commissioner
Department of Revenue
Andrew Jackson State Office Building
500 Deaderick Street
Nashville, TN 37242

Comptroller of Public Accounts
LBJ State Office Building
111 E. 17th Street
Austin, TX 78774

37

Executive Director, Chairman
State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134

Commissioner
Department of Taxes
Pavilion Office Building
109 State Street
Montpelier, VT 05609

State Tax Commissioner
Department of Taxation
2220 W. Broad Street
Richmond, VA 23220-2008

Director
Department of Revenue
415 General Administration Building
Washington Street East
Olympia, WA 98504-0090

Secretary
Department of Tax and Revenue
Building 1
State Capitol Building
Charleston, WV 25305

Secretary
Department of Revenue
P.O. Box 8933
125 South Webster Street
Madison, WI 53708

Director
Department of Revenue
Herschler Building
122 W. 25th Street
Cheyenne, WY 82002-0110

Calcasieu Parish Sales and
   Use Tax Department
P.O. Box 2050
Lake Charles, LA 70602

**EXHIBIT 11 (J)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## CLAIMS RELATING TO DEPOSITS

Amerada Hess
P.O. Box 11510
Newark, NJ 07101-4510

Baltimore Gas & Electric Co.
P.O. Box 1431
Baltimore, MD 21203-1431

City of Anaheim
P.O. Box 3069
Anaheim, CA 92803-3069

City of E. Chicago
Dept. of Water Works
P.O. Box 423
East Chicago, IN 46312

Electric Power Bd. Of Chattanooga
P.O. Box 182255
Chattanooga, TN 37422-7255

Reliant Energy/Entex
P.O. Box 2628
Houston, TX 77252

South Carolina Electric & Gas
1426 Main Street
Columbia, SC 29201

**EXHIBIT 11 (K)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## ENVIRONMENTAL AND PRODUCT LIABILITY CLAIMS

Thomas E. Mesevage                                    Acton and Concord, MA
Safety, Health and Environmental Counsel
Cytec Industries, Inc.
5 Garret Mountain Plaza
West Paterson, NJ 07424

Lawrence V. Stein, Esq.                               Acton and Concord, MA
Senior Vice President and General counsel
Wyeth
5 Giralda Farms
Madison, NJ 07940

**EXHIBIT 11 (L)**

## W. R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## INTELLECTUAL PROPERTY RIGHTS CLAIMS

BP America, Inc.
4101 Winfield Road
Warrenville, IL 60555

Colormatrix
3005 Chester Avenue
Cleveland, OH 44005
Att: President

Amcor Whitecap Deutschland GmbH Limited
Hansastrasse 4, D-30419
Hannover, Germany
Att: General Manager

Fosroc International
Coleshill Road
Tamworth
Staffordshire B78 3TL, England
Att: Mr. Robert Viles

Sika Technology AG
Branch Zurich
Tuffenweis 16 P.O. Box
CH-8048 Zurich
Switzerland
Att: Jorge Isler

The Dow Chemical Company
P. O. Box 1967
Midland, MI 48641-1967
Att: Paul Hayhurst-Patent Counsel

Euco Fosroc
Gasteiz Bidea, 11
Spain
Att: Mr. Ignasi Jarauta

S.A. Tapon France
3 route de Rouen
27950 Saint Marcel
France
Galinato & Tierra

Manuel E. Ramos, Individual
MKS International Corp.
ADI Spechem Corp.
Att:  Sebastian Liganor
Unit 1409 Phillipine Stock Exchange Center (East Tower)
Exchange Road, Ortigas Center
Phillipines

EXHIBIT 11 (M)

## W.R. GRACE & CO., ET AL.
## RETAINED CAUSES OF ACTION
## PENDING AND POTENTIAL LITIGATION

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Tax | Court of First Instance, Bruges, Belgium | Pending | Belgium, Minister of Finance Mr. J. Vander Perre West Kerksestraat 9 8460 Ovdenburg |
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Fraud, Breach of Contract | Court of First Instance, Bruges, Belgium | Pending | AXA Bank Belgium Grotesteenweg 214 2600 Berchem (Antwerp) |
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Fraud, Breach of Contract | Court of First Instance, Bruges, Belgium | Pending | Banque Ippa et Associes 32, Avenue de la Liberte L-1930 Luxembourg Grand-duche de Luxembourg |
| Grace-Conn. | A.R.01/975/A | Bekaert Textiles N.V. | Fraud, Breach of Contract | Court of First Instance, Bruges, Belgium | Pending | Contere |
| CCHP | 99-158T | CCHP v. U.S. | Tax | U.S. Ct. of Federal Claims, Washington, DC | Pending | G. Robson Stewart U.S. Dept. of Justice Tax Division, Room 8118 555 Fourth St., N.W. Washington, D.C. 20001 |
| Grace Energy | 979-05135 | Grace Energy v. Kaneb Pipe Line | Contract | Dallas County, Texas | On Appeal | Joy M. Soloway Fulbright & Jaworski 1301 McKinney, Suite 5100 Houston, TX 77010 |
| W.R. Grace Grace Energy | BC222456 | Petro Resources v. N. Y. Hillside | Environmental | Superior Court, Los Angeles County, CA | Pending | Samson Hydrocarbons Samson Plaza Two West Second St. Tulsa, OK 74103 |
| W.R. Grace-Conn. | 01-769 | Samson Investment | Indemnification | Dallas County, TX | Pending | Michael V. Powell 2200 Ross Avenue Suite 2200 Dallas, TX 75201 |
| W.R. Grace-Conn. | 97CIV8941 | Uniguard Security Ins. V. W.R. Grace & Co.-Conn. | Insurance | U.S. District Court, S.D.N.Y. | Pending | Newman & Company, P.C. 830 Third Avenue New York, New York 10022 |

91100-001\DOCS_DE:104806.1

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| W.R. Grace-Conn. | 98-CV-0838s(F) | W.R. Grace & Co. v. Zotos International, Inc. | Environmental | U.S. District Court, Buffalo, NY | Trial Complete | Thomas R. Smith, Esq. One Lincoln Center Syracuse, NY 13202 |
| W.R. Grace-Conn. | L-7908-95 | W.R. Grace & Co. and Ecarg, Inc. v. Weja, Inc., et al. | Environmental | Superior Court of New Jersey Hudson County, NJ | On Appeal | Frederick C. Biehl, III, Esq. Soriano, Henkel, Salerno, Biehl & Matthews, P.C. 75 Eisenhower Parkway Roseland, NJ 07068-1693 |
| W.R. Grace-Conn. | 730152 | Del Taco, Inc. v. Wm. C. Baker, et al. | Contract | Superior Court, Orange County, CA | Pending | Rickard Esterkin, Esq. Morgan Lewis & Bockius 300 South Grand Avenue Suite 2200 Los Angeles, CA 90071 |
| W.R. Grace-Conn. | 758512 | William C. Baker, et al. v. WR. Grace & Co.-Conn., Creative Food 'N Fun; Del Taco, Inc., et al. | Contract | Superior Court, Orange County, CA | Pending | Rickard Esterkin, Esq. Morgan Lewis & Bockius 300 South Grand Avenue Suite 2200 Los Angeles, CA 90071 |
| W.R. Grace-Conn. | 02CV495 | Estate of Jeffrey B. Chwala, et al. v. | Wrongful Death | Circuit Court, Eau Claire County, WI | Pending | Rebecca H. Simoni, Esq. Von Briesen & Roper,SSC 411 E. Wisconsin Avenue Suite 700 Milwaukee, WI 53202 |
| W.R. Grace-Conn. | 88CIV4337 | Maryland Casualty Co. v. W.R. Grace & Co. and Continental Casualty Company | Insurance | U.S. District Court, Southern District of New York | Settled | Elizabeth M. DeCristofaro, Esq. Ford Marrin Esposito Witmeyer & Gleser, LLP Wall Street Plaza 88 Pine Street, 23rd Floor New York, New York 10005-1875 |
| W.R. Grace-Conn. | | Grace GmbH, et al. v. The Flemish Region | Contract | | On Appeal | Josef Lievens 8500 Kortrijk President Kennedypark 37 Burssels, Belgium |

44

| Entity | Case Number | Plaintiff/Case Name | Nature of Proceeding | Court or Agency and Location | Status or Disposition | Service Address |
|---|---|---|---|---|---|---|
| | | | | | | The Flemish Government Ministe-presidsent Martelaarsplein 19 1000 Brussels, Belgium |
| W.R. Grace-Conn. | 110174/03 | 1114 Trizechahn-Swig, LLC v. W.R. Grace & Co.-Conn. And Tahari, Ltd. | Contract | Supreme Court of the State of New York County of New York | Pending | David Rozenholc & Assoc. David Rozenholc, Esq. 9 East 84th Street New York, NY 10028 |

**EXHIBIT 11 (N)**

### W. R. GRACE & CO., ET AL.
### RETAINED CAUSES OF ACTION
### CLAIMS AGAINST FORMER PROFESSIONALS

Henk Vanhulle
Linklaters De Bandt
Brederodestraat 13
Rue Brederode B-1000
Brussels, Belgium

Jose R. Alvarez
337 Gatewater Court, Apt. 202
Glen Burnie, MD 21060

Beverly J. Artale
3826 Sunflower Circle
Mitchelleville, MD 20721

Lewis R. Barber
200 Riverside Avenue
Chattanooga, TN 37405

Robert H. Beber
7228 Queenferry Circle
Boca Raton, FL 33496

Francis T. Bennett
2 Montrose Avenue
Arlington, MA 02174

Jorge Bonilla
7500 Grace Drive
Columbia, MD 21044

Christopher Bull
5525 Charles Street
Bethesda, MD 20814

Richard W. Collins
7733 Cove Ridge Drive
Hixson, TN 37343

Edward F. Connelly
12 Oceanwood Drive
Scarborough, ME 04074

#104806 v1 - WR - Exhibit Tab 11 to          46
Exhibit Book

Timothy M. Cremin
3140 St. James Drive
Boca Raton, FL 33434

Leonard E. Dolhert
13324 Elliott Drive
Clarksville, MD 21029

Marie C. Dunbar
4128 Lonicera Loop
Jacksonville, FL 32259

John E. Feery
863 Sun Disk Place
Boynton Beach, FL 33436

Michael Freedman
5266 Fairway Woods Drive
Apt. 4011
Delray Beach, FL 33484

Walter Gregory, Jr.
1583 Braeburn Drive
Atlanta, GA 30316

Annette P. Kassa
494 Erin Garth
Severna Park, MD 21146

Apparao T. Lengade
3342 N. Chatham Road
Apt. L
Ellicott City, MD 21042

Roy D. Lyda
P.O. Box 104
Cross Anchor, SC 29331

Gretchen M. Mavrovouniotis
14 Sunriver
Irvine, CA 92614

Mary R. McGrath
25 Lawrence Lane
Arlington, MA 02474

47

Thomas E. Murray
16 Horseshoe Road
Chelmsford, MA 01824

Thomas J. Murray
77 Tanya Drive
Mansfield, MA 02048

Jeffrey M. Posner
8730 N.W. 54th Street
Coral Springs, FL 33067

Charles D. Rabensburg
2920 Ozark Road
Chattanooga, TN 37415

Richard G. Remmes
115 Woolford Road
Wrentham, MA 02093

Anthony G. Riddlesperger
51 Elm Street, Suite 395
Dallas, TX 75202

Ronald E. Ritter
55 Laguna Road
Lake Monticello, VA 22963

Jean M. Rivenbark
8405 Fazio Drive
Wilmington, NC 28411

Steven M. Rotheim
800 Palisade Avenue, #201
Ft. Lee, NJ 07024

Nile R. Strohman
11504 Long Meadow Drive
Glen Allen, VA 23059

Dorothy T. Toohey
19 Cherokee Road
Arlington, MA 02474

Howard J. Troffkin
7808 Ivymount Terrace
Potomac, MD 20854

48

Robert Turner
30 Heritage Road
Acton, MA 01720

Diane M. Vaughan
50 Knowles Road
Watertown, MA 02472

Henry P. Zerhusen
5055 Dry Well Court
Columbia, MD 21045

49

**EXHIBIT 11(O)**

**W. R. GRACE & CO., ET AL.**
**RETAINED CAUSES OF ACTION**
**MISCELLANEOUS CONTRACT AND TORT CLAIMS**

Richard A. Dolan
1716 Tangiers
Henderson, NV 89102

Dr. Yehuda Shalon
1566 Hamilton Avenue
Palo Alto, CA

Dr. Tidhar Dari Shalon
Pinkas 54, Apt. 63
Tel Aviv 62261, Israel

Indopco, Inc.
10 Finderne Avenue
Bridgewater, NJ 08807

Kennecott Colorado Co.
James Belcher
Holland & Hart LLP
2515 Warren Avenue
Suite 450
Cheyenne, WY 82001

Nestor Healthcare Group, PLC
Emma Thomas
The Collonades, Beaconfield Close
Hatfield
Hertfordshire AL 10 BYD
England

Fidelity Management Trust Company
82 Devonshire Street
Boston, MA 02109

State Street Global Advisors
Fiduciary Services
Two International Place
Boston, MA 02110

#104806 v1 - WR - Exhibit Tab 11 to        50
Exhibit Book

Gamma Holding, N.V.
c/o Mr. Meint Veninga
Hoogeindsestraat 47
5705 AL Helmond
The Netherlands

Bekaert Textiles, N.V.
Deerlijkseweg 22
8790 Waregem
Belgium

Pricewaterhouse Coopers LLP
200 South Biscayne Blvd.
Suite 1900
Miami, FL 33131

Pricewaterhouse Coopers LLP
1301 K Street N.W. 800W
Washington, DC 20005-3333

Lab Vantage
245 Highway 22 West
Bridgewater, NJ 08807

Kvaerner Process Systems US
7909 Parkwood Circle, 6th Floor
Houston, TX 77036

Rohm & Haas
100 Independence Mall West
Philadelphia, PA 19106-2399

Flexia Corporation
369 Elgin Street
Brantford, Ontario N3S 7P5
Attention: Mr. Edward Bowles
President and CE

Phenomenex
411 Madrid Avenue
Torrence, CA 90501-1430

Promega
2800 Woods Hollow Road
Madison, WI 53711

51

**EXHIBIT 11(P)**

## W. R. GRACE & CO., ET AL.
### RETAINED CAUSES OF ACTION
### ALL OTHER ACTIONS OR POTENTIAL ACTIONS OR CLAIMS

DUE TO THE VOLUMINOUS NATURE OF THIS EXHIBIT 11(P), THE DEBTORS HAVE MADE COPIES OF EXHIBIT 11(P) AVAILABLE FOR VIEWING OR DOWNLOADING FROM WEBSITE OF THE DEBTORS' NOTICE AND VOTING AGENT AT WWW.BMCCORP.NET/WRGRACE

YOU MAY ALSO REQUEST A CD-ROM COPY OF EXHIBIT 11(P), TO BE PROVIDED TO YOU AT THE DEBTORS' EXPENSE, BY CONTACTING BMC, ATTN: W. R. GRACE VOTING AGENT, P.O. BOX 913, EL SEGUNDO, CA 90245-0913.

91100-001\DOCS_DE:104806.1