IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | In Proceedings for a |
| W.R. Grace & Co., et al. | ) | Reorganization under |
| | ) | Chapter 11 |
| | ) | |
| Debrors. | ) | Case No. 01-1139 (JKF) |
| | ) | |

## AFFIDAVIT OF SERVICE

Linda M. Ellis being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. and that on the 19th day of January 2005, she caused a copy of the following documents to be served upon the following service list(s) in the manner indicated:

1. [signed] Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P.2019 [Docket No. 6715]

2. [signed] Administrative Order with Respect to 2019 Statements and/or Exhibits Submitted in Certain Asbestos Cases that do not Comply with the Order, as Amended, Governing the Filing Thereof [Docket No. 7349]

_____
Linda M. Ellis

Sworn to and subscribed before
me this 21st day of January 2005

_____
Notary Public

My Commission Expires: 4·26·06

MARIA E. KENION
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 26, 2006

28587-001\DOCS_DE:68090.29
73551-001\DOCS_DE:85961.5

W.R. Grace
Special Service List for Signed Rule 2019 Orders (1/13/05)
Case No. 01-1139 (JKF)
Doc. No. 85961.3
01 Hand Delivery
02 – First Class Mail


***First Class Mail***
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19013