IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: February 14, 2005 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**SIXTH MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | November 1, 2004 – November 30, 2004 |
| 80% of Compensation sought as actual, reasonable and necessary: | $120,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,618.68 |

This is a __x__ monthly    ___ interim    ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses CIBC's total fee for this period is $150,000.00

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### NOVEMBER 2004

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 13.00 | NA |
| Case Administration Related | 1.50 | NA |
| Financial Analysis Related | 89.75 | NA |
| Plan & Disclosure Statement Related | 131.50 | NA |
| Settlement Analysis | 32.25 | NA |
| TOTAL | 268.00 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### NOVEMBER 2004

| Expense Category | Total |
|---|---|
| Transportation | $37.00 |
| Meals | 162.08 |
| Research | 136.27 |
| Printing & Desktop Publishing | 1,283.33 |
| TOTAL | $1,618.68 |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
425 Lexington Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: January 18, 2005

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable