# EXHIBIT A

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 11/1/2004 | 2.0 | Settlement Discussions / Analysis | CIBC internal discussions / Analysis of Potential Settlement Alternatives |
| Joseph Radecki | 11/2/2004 | 2.8 | Settlement Analysis | Discussions and analysis regarding various settlement issues |
| Joseph Radecki | 11/4/2004 | 1.3 | Business Operations | Review of Case Filings |
| Joseph Radecki | 11/5/2004 | 2.5 | Financial Analysis | Review of quarterly financial results |
| Joseph Radecki | 11/8/2004 | 1.0 | Financial Analysis | Conference call (case professionals & management) re: quarterly results |
| Joseph Radecki | 11/9/2004 | 1.8 | Business Operations | Review of Case Filings |
| Joseph Radecki | 11/10/2004 | 2.5 | Business Operations | Review of Case Filings |
| Joseph Radecki | 11/12/2004 | 1.0 | Business Operations | Review of Case Filings |
| Joseph Radecki | 11/15/2004 | 4.0 | Plan and Disclosure Statement | Review of Debtors' Plan of Reorg/Disclosure Statement |
| Joseph Radecki | 11/16/2004 | 2.5 | Business Operations | Review of various Case Filings |
| Joseph Radecki | 11/17/2004 | 3.8 | Plan and Disclosure Statement | Review of Debtors' Plan of Reorg/Disclosure Statement |
| Joseph Radecki | 11/19/2004 | 3.0 | Plan and Disclosure Statement | Draft presentation report to FCR |
| Joseph Radecki | 11/22/2004 | 3.5 | Plan and Disclosure Statement | Review update of presentation report to FCR |
| Joseph Radecki | 11/23/2004 | 2.0 | Plan and Disclosure Statement | Review update of presentation report to FCR |
| Joseph Radecki | 11/24/2004 | 2.0 | Plan and Disclosure Statement | Draft presentation report to FCR |
| Joseph Radecki | 11/30/2004 | 4.0 | Financial Analysis | Review financial analysis |
| Jonathan Brownstein | 11/1/2004 | 1.8 | Settlement Discussions / Analysis | Discussions / Analysis of Potential Settlement Alternatives |
| Jonathan | 11/2/2004 | 7.8 | Settlement Analysis | Analysis of Various Alternative Settlements |
| Jonathan | 11/4/2004 | 5.0 | Financial Analysis | Review of Q3 Financial Statements / Monthly Operating and Financial Reports |
| Jonathan | 11/5/2004 | 0.5 | Business Operations | Review of Case Filings |
| Jonathan | 11/5/2004 | 1.5 | Case Administration | Preparation / Review of Fee Applications |
| Jonathan | 11/5/2004 | 2.3 | Financial Analysis | Review of Q3 Financial Results / Prepare for Q3 Call with Management |
| Jonathan | 11/5/2004 | 2.5 | Settlement Analysis | Analysis of Various Alternative Settlements |
| Jonathan | 11/8/2004 | 1.0 | Financial Analysis | Q3 Updated Conference Call with Management / Other Professionals |
| Jonathan | 11/12/2004 | 0.5 | Business Operations | Review of Case Filings |
| Jonathan | 11/15/2004 | 8.8 | Plan and Disclosure Statement | Review of Debtors' Disclosure Statement and Plan of Reorganization |
| Jonathan | 11/16/2004 | 4.8 | Plan and Disclosure Statement | Review of Debtors' Disclosure Statement and Plan of Reorganization |
| Jonathan | 11/18/2004 | 6.3 | Plan and Disclosure Statement | Review of Debtors' Disclosure Statement and Plan of Reorganization |
| Jonathan | 11/19/2004 | 0.5 | Business Operations | Review of Case Filings |
| Jonathan | 11/19/2004 | 7.5 | Plan and Disclosure Statement | Preparation of Report to FCR |
| Jonathan | 11/22/2004 | 6.0 | Plan and Disclosure Statement | Preparation of Report to FCR |
| Jonathan | 11/24/2004 | 2.0 | Plan and Disclosure Statement | Preparation of Report to FCR |
| Ritwik Chatterjee | 11/1/2004 | 3.3 | Settlement Discussions / Analysis | CIBC Team meetings; Analysis of Potential Settlement Alternatives |
| Ritwik Chatterjee | 11/2/2004 | 4.0 | Settlement Analysis | Review and analysis of settlement alternatives |
| Ritwik Chatterjee | 11/3/2004 | 4.3 | Settlement Analysis | Review and analysis of settlement alternatives |
| Ritwik Chatterjee | 11/4/2004 | 6.3 | Financial Analysis | Review of quarterly results and related analysis |
| Ritwik Chatterjee | 11/5/2004 | 3.5 | Financial Analysis | Quarterly financial results and related analysis review |
| Ritwik Chatterjee | 11/5/2004 | 2.5 | Settlement Analysis | Analysis of Various Alternative Settlements; review case docket |
| Ritwik Chatterjee | 11/8/2004 | 1.0 | Financial Analysis | Call re: Quarterly financial results and related analysis; Quarterly financial results and related analysis |
| Ritwik Chatterjee | 11/9/2004 | 1.3 | Business Operations | Internal CIBC meetings re: various case issues |
| Ritwik Chatterjee | 11/12/2004 | 1.0 | Financial Analysis | Various financial analysis on Company |
| Ritwik Chatterjee | 11/15/2004 | 4.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Ritwik Chatterjee | 11/16/2004 | 3.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Ritwik Chatterjee | 11/17/2004 | 7.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Ritwik Chatterjee | 11/18/2004 | 6.5 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits; Update of report to |
| Ritwik Chatterjee | 11/19/2004 | 4.5 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits; Update of report to |
| Ritwik Chatterjee | 11/22/2004 | 7.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits; Update of report to |
| Ritwik Chatterjee | 11/24/2004 | 4.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Ritwik Chatterjee | 11/29/2004 | 6.8 | Plan and Disclosure Statement | Update of report to FCR; various related financial analysis |
| Ritwik Chatterjee | 11/30/2004 | 7.5 | Plan and Disclosure Statement | Update of report to FCR; various related financial analysis |
| Joanna Wa | 11/1/2004 | 1.5 | Settlement Discussions / Analysis | CIBC Team meetings |
| Joanna Wa | 11/4/2004 | 7.3 | Financial Analysis | Financial analysis / Review of Q financials |
| Joanna Wa | 11/8/2004 | 4.5 | Financial Analysis | Call re: Q financial results; Financial analysis re: same |
| Joanna Wa | 11/9/2004 | 1.3 | Business Operations | Internal CIBC meetings re: various case issues |
| Joanna Wa | 11/10/2004 | 3.0 | Financial Analysis | Financial and valuation analysis |
| Joanna Wa | 11/11/2004 | 6.0 | Financial Analysis | Financial and valuation analysis |
| Joanna Wa | 11/15/2004 | 4.0 | Plan and Disclosure Statement | Review POR/DS fomcourt docket |
| Joanna Wa | 11/16/2004 | 11.0 | Financial Analysis | Valuation analysis (comparable public companies) |
| Joanna Wa | 11/17/2004 | 8.3 | Financial Analysis | Valuation analysis (comparable public companies) |
| Joanna Wa | 11/18/2004 | 7.0 | Plan and Disclosure Statement | Update FCR valuation analysis from POR/DS information; financial |
| Joanna Wa | 11/19/2004 | 8.3 | Plan and Disclosure Statement | Update FCR valuation analysis from POR/DS information; financial |
| Joanna Wa | 11/22/2004 | 6.0 | Plan and Disclosure Statement | Update FCR valuation analysis from POR/DS information; financial |
| Joanna Wa | 11/23/2004 | 9.3 | Financial Analysis | Financial and valuation analysis |
| Joanna Wa | 11/24/2004 | 2.5 | Plan and Disclosure Statement | Review POR/DS fomcourt docket |
| Joanna Wa | 11/29/2004 | 7.5 | Financial Analysis | Update FCR analysis |
| Joanna Wa | 11/30/2004 | 5.5 | Financial Analysis | Update FCR analysis |