# EXHIBIT B

## W.R. Grace & Co.
### CIBC Expense Detail Report (November 1, 2004 – November 30, 2004)*

**Transportation**

| | | |
|---|---|---|
| Joanna Wa | 10/30/04 | 9.00 |
| Joanna Wa | 10/30/04 | 11.00 |
| Joanna Wa | 11/02/04 | 7.00 |
| Joanna Wa | 11/05/04 | 10.00 |
| **Subtotal Transportation:** | | **$ 37.00** |

**Meals**

| | | |
|---|---|---|
| Joe Radecki | 11/03/04 | 64.00 |
| Joanna Wa | 10/24/04 | 16.00 |
| Joanna Wa | 11/01/04 | 9.00 |
| Joanna Wa | 11/03/04 | 21.28 |
| Joanna Wa | 11/04/04 | 6.79 |
| Joanna Wa | 11/08/04 | 10.32 |
| Joanna Wa | 11/11/04 | 5.74 |
| Joanna Wa | 11/12/04 | 22.00 |
| Joanna Wa | 11/14/04 | 6.95 |
| **Subtotal Meals:** | | **$ 162.08** |

**Research**

| | | |
|---|---|---|
| Dow Jones Reuters | 11/01/04 | 2.54 |
| Thomson Financial | 11/01/04 | 35.73 |
| Headway Corp. Staffing Services | 11/17/04 | 98.00 |
| **Subtotal Research:** | | **$ 136.27** |

**Printing**

| | | |
|---|---|---|
| Printing & Desktop Publishing | various | 1,283.33 |
| **Subtotal Printing:** | | **$1,283.33** |

**TOTAL EXPENSES:**  $1,618.68

* Certain expenses incurred in the month of October were not posted to CIBC's expense tracking system until November. Accordingly, these expenses have been included herein.