IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) Objection Deadline: February 11, 2005 |
| | ) Hearing Date: February 28, 2005 at 12pm |

### NOTICE OF SUPPLEMENTAL APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EXTEND TERMS OF EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR

David T. Austern, the Court-appointed legal representative for future asbestos claimants against the above-captioned Debtors (the "Future Claimants' Representative" or "FCR"), by counsel, has submitted a supplemental application for authorization to extend the terms of employment of CIBC World Markets Corp. as his financial advisor pursuant to Section 1103(a) of the Bankruptcy Code (the "Supplemental Application").

Objections and other responses to the relief requested in the Supplemental Application, if any, must be in writing and be filed with the Bankruptcy Court on or before February 11, 2005. At the same time, you must also serve a copy of the objections or responses, if any, upon the following:

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
*Counsel to David T. Austern, Future Claimants' Representative*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel to David T. Austern, Future Claimants' Representative*

David M. Bernick, P.C.
Janet S. Baer, Esquire
James W. Kapp, III, Esquire
Samuel L. Blatnick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to the Debtors*

Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor, P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors*

Frank J. Perch, III, Esquire
Assistant U.S. Trustee
844 King Street, Suite 2207, Lock Box 35
Wilmington, DE 19801
*United States Trustee*

    IN THE EVENT THAT ANY WRITTEN OBJECTION IS FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, A HEARING ON THE SUPPLEMENTAL APPLICATION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD ON FEBRUARY 28, 2005 AT 12:00 P.M.

    IF NO OBJECTIONS ARE TIMELY FILED AND SERVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SUPPLEMENTAL APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 24, 2005                    Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
John C. Phillips, Jr., Esquire (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin LLP
3000 K Street, N.W., Suite 300
Washington, D.C. 20007
Telephone: (202) 424-7500
Facsimile: (202) 424-7643

Counsel for David T. Austern,
Future Claimants' Representative