IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: February 14, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR THE BLACKSTONE
## GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE
## PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The **Blackstone** Group®

January 24, 2005

Mr. Paul J. Norris
Chairman, President & CEO
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of November 1, 2004 through November 30, 2004: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through November 30, 2004:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 1,867.51 | |
| Communications | | 155.12 | |
| Legal | | 598.00 | |
| Meals & Lodging | | 918.15 | |
| Photocopying | | 11.55 | |
| Research | | 819.14 | 4,369.47 |
| **Total Due** | | $ | **144,369.47** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 6820

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Expense Summary**
**Processed through**
**November 30, 2004**
**6820**

| | GL Detail November-04 | Total |
|---|---|---|
| Ground Transportation - Car Service - Concord | 324.87 | 324.87 |
| Ground Transportation - Car Service - Elite | 120.94 | 120.94 |
| Ground Transportation - Local Travel | 281.70 | 281.70 |
| Ground Transportation - Railroad | 1,140.00 | 1,140.00 |
| Communications - Teleconferencing | 83.12 | 83.12 |
| Communications - Facsimile | 72.00 | 72.00 |
| Legal - Simpson Thacher | 598.00 | 598.00 |
| Employee Meals | 700.39 | 700.39 |
| Lodging | 217.76 | 217.76 |
| Internal Photocopying | 11.55 | 11.55 |
| External Research - Multex | 254.31 | 254.31 |
| External Research - Disclosure | 97.54 | 97.54 |
| External Research - Factset | 66.01 | 66.01 |
| External Research - Securities Data | 401.28 | 401.28 |
| **Total Expenses** | $     4,369.47 | $     4,369.47 |

| | |
|---|---|
| **Ground Transportation** | 1,867.51 |
| **Communications** | 155.12 |
| **Legal Expenses** | 598.00 |
| **Meals & Lodging** | 918.15 |
| **Photocopying** | 11.55 |
| **Research** | 819.14 |
| **Total Expenses** | $     4,369.47 |

W.R. Grace & Co.
Expense Detail
Processed through
November 30, 2004
6820

## Ground Transportation

### Car Service - Concord

| | | |
|---|---|---|
| Blechman, David (car service to LaGuardia Airport in Queens, NY from home) | 08/25/04 | 140.76 |
| Blechman, David (car service home from White Plains Airport in White Plains, NY) | 08/25/04 | 163.71 |
| Feinsold, Mark (car service home from Blackstone) | 10/12/04 | 20.40 |
| | Subtotal - Car Service - Concord | 324.87 |

### Car Service - Elite

| | | |
|---|---|---|
| Zilly, Pamela (credit for waiting time) | 09/15/04 | (6.00) |
| Zilly, Pamela (car service to LaGuarda Airport in Queens, NY from Blackstone) | 10/21/04 | 41.97 |
| Zilly, Pamela (car service home from Newark Airport in Newark, NJ) | 10/21/04 | 84.97 |
| | Subtotal - Car Service - Elite | 120.94 |

### Local Travel

| | | |
|---|---|---|
| O'Connell, John (taxi home from Blackstone) | 10/01/04 | 18.00 |
| O'Connell, John (taxi to airport in Queens, NY from Blackstone) | 10/04/04 | 18.00 |
| O'Connell, John (taxi home from Blackstone) | 10/05/04 | 16.00 |
| O'Connell, John (taxi home from Blackstone) | 10/06/04 | 16.00 |
| O'Connell, John (taxi home from Blackstone) | 10/07/04 | 15.00 |
| O'Connell, John (taxi home from Blackstone) | 10/19/04 | 16.00 |
| O'Connell, John (taxi home from Blackstone) | 10/26/04 | 16.00 |
| O'Connell, John (taxi home from Blackstone) | 10/27/04 | 16.00 |
| O'Connell, John (taxi home from Blackstone) | 10/28/04 | 17.00 |
| O'Connell, John (taxi home from Blackstone) | 10/30/04 | 17.00 |
| O'Connell, John (taxi home from Blackstone) | 10/30/04 | 18.00 |
| Zilly, Pamela (taxi to client's offices in Columbia, MD from BWI Railroad Station) | 09/21/04 | 40.00 |
| Zilly, Pamela (taxi to client's offices in Columbia, MD from BWI Railroad Station) | 11/17/04 | 23.70 |
| Zilly, Pamela (taxi to BWI Railroad Station from client's offices in Columbia, MD) | 11/17/04 | 35.00 |
| | Subtotal - Local Travel | 281.70 |

### Railroad

| | | |
|---|---|---|
| Blechman, David (one-way trip to Baltimore, MD from New York, NY) | 09/20/04 | 150.00 |
| Blechman, David (round trip train service to/from Wilmington, DE from/to Stamford, CT) | 09/23/04 | 234.00 |
| O'Connell, John (round trip train service to/from Baltimore, MD from/to New York, NY) | 09/20/04 | 302.00 |
| Zilly, Pamela (round trip train service to/from Baltimore, MD from/to New York, NY) | 08/23/04 | 314.00 |
| Zilly, Pamela (one-way trip to Baltimore, MD from New York, NY) | 09/21/04 | 140.00 |
| | Subtotal - Railroad | 1,140.00 |
| | Subtotal - Ground Transportation | 1,867.51 |

## Communications

### Communications - Teleconferencing

| | | |
|---|---|---|
| Blechman, David | 09/28/04 | 0.46 |
| Blechman, David | 10/01/04 | 19.57 |
| Blechman, David | 10/03/04 | 10.30 |
| Blechman, David | 10/07/04 | 36.35 |
| Blechman, David | 10/07/04 | 16.44 |
| | Subtotal - Communications - Teleconferencing | 83.12 |

### Communications - Facsimiles

| | | |
|---|---|---|
| Bolger, Geraldine | 10/01/04 - 10/31/04 | 72.00 |
| | Subtotal - Communications - Facsimiles | 72.00 |
| | Subtotal - Communications | 155.12 |

W.R. Grace & Co.
Expense Detail
Processed through
November 30, 2004
6820

## Legal

**Legal - Simpson Thacher**

| | | |
|---|---|---|
| Simpson Thacher & Bartlett (re: W. Grace Disclosure Statement) | 10/05/04 | 598.00 |
| | **Subtotal - Legal - Simpson Thacher** | **598.00** |
| | **Subtotal - Legal** | **598.00** |

## Meals & Lodging

**Employee Meals**

| | | |
|---|---|---|
| Blechman, David (working dinner meal @ Blackstone) | 09/20/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 09/21/04 | 14.98 |
| Blechman, David (working dinner meal @ Blackstone) | 09/28/04 | 9.06 |
| Blechman, David (working dinner meal @ Blackstone) | 09/29/04 | 25.00 |
| Blechman, David (catered breakfast meal for 6 people during client meeting held @ Blacsktone) | 10/04/04 | 68.66 |
| Blechman, David (working dinner meal @ Blackstone) | 10/04/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 10/05/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 10/06/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 10/07/04 | 15.22 |
| Blechman, David (working dinner meal @ Blackstone) | 10/11/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 10/12/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 10/13/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 10/14/04 | 25.00 |
| Blechman, David (catered lunch meal for 6 people during client meeting held @ Blacsktone) | 10/28/04 | 118.35 |
| Drake, Hadley (working dinner meal @ Blackstone) | 11/05/04 | 25.00 |
| Munfa, John-Paul (working dinner meal @ Blackstone) | 10/03/04 | 25.00 |
| Munfa, John-Paul (working dinner meal @ Blackstone) | 10/07/04 | 25.00 |
| Munfa, John-Paul (working dinner meal @ Blackstone) | 10/14/04 | 25.00 |
| O'Connell, John (working dinner meal @ Blackstone) | 09/15/04 | 21.15 |
| O'Connell, John (working dinner meal @ Blackstone) | 09/20/04 | 25.00 |
| O'Connell, John (working dinner meal @ Blackstone) | 09/21/04 | 14.97 |
| O'Connell, John (working dinner meal @ Blackstone) | 09/22/04 | 25.00 |
| O'Connell, John (working dinner meal @ Blackstone) | 10/06/04 | 25.00 |
| O'Connell, John (working dinner meal @ Blackstone) | 10/07/04 | 8.69 |
| O'Connell, John (working dinner meal @ Blackstone) | 10/25/04 | 8.69 |
| O'Connell, John (working dinner meal @ Blackstone) | 10/30/04 | 9.74 |
| Zilly, Pamela (working meal @ Blackstone) | 10/04/04 | 4.75 |
| Zilly, Pamela (working meal @ Blackstone) | 10/14/04 | 6.13 |
| | **Subtotal - Employee Meals** | **700.39** |

**Lodging**

| | | |
|---|---|---|
| Zilly, Pamela (1 day hotel stay in Chicago, IL) | 08/16/04 - 08/17/04 | 217.76 |
| | **Subtotal - Lodging** | **217.76** |
| | **Subtotal - Meals & Lodging** | **918.15** |

## Photocopying

**Internal Photocopying**

| | | |
|---|---|---|
| Blechman, David | 11/15/04 - 11/21/04 | 11.55 |
| | **Subtotal - Internal Photocopying** | **11.55** |
| | **Subtotal - Photocopying** | **11.55** |

## Research

**External Research - Multex**

| | | |
|---|---|---|
| Munfa, John-Paul (general research) | 11/05/04 | 52.81 |
| Munfa, John-Paul (comps research) | 11/08/04 - 11/09/04 | 201.50 |
| | **Subtotal - External Research - Multex** | **254.31** |

**W.R. Grace & Co.**
**Expense Detail**
**Processed through**
**November 30, 2004**
**6820**

**External Research - Disclosure**

| | | |
|---|---|---|
| Munfa, John-Paul (comps research) | 11/05/04 | 54.69 |
| Munfa, John-Paul (comps research) | 11/09/04 | 42.85 |
| **Subtotal - External Research - Disclosure** | | **97.54** |

**External Research - Factset**

| | | |
|---|---|---|
| Munfa, John-Paul (general research) | 11/05/04 | 66.01 |
| **Subtotal - External Research - Factset** | | **66.01** |

**External Research - Securities Data**

| | | |
|---|---|---|
| Munfa, John-Paul (general research) | 08/13/04 | 223.74 |
| O'Connell, John (general research) | 08/12/04 | 23.43 |
| O'Connell, John (general research) | 08/12/04 | 27.45 |
| O'Connell, John (general research) | 08/12/04 | 23.43 |
| O'Connell, John (general research) | 08/12/04 | 40.49 |
| O'Connell, John (general research) | 08/12/04 | 15.88 |
| O'Connell, John (general research) | 08/12/04 | 23.43 |
| O'Connell, John (general research) | 08/12/04 | 23.43 |
| **Subtotal - External Research - Securities Data** | | **401.28** |
| **Subtotal - Research** | | **819.14** |
| **Total Expenses** | | **4,369.47** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 98.4 |
| David Blechman | Vice President | 83.0 |
| James O'Connell | Associate | 49.0 |
| James Paul Munfa | Analyst | 27.5 |
| | | **257.9** |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2004 - NOVEMBER 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/05/04 | 1.5 | Business Analysis | Review Q3 briefing packet |
| Pamela Zilly | 11/17/04 | 6.5 | Business Analysis | Attend Catalyst business review meeting |
| David Blechman | 11/19/04 | 4.0 | Business Analysis | Review operating plan materials |
| Pamela Zilly | 11/30/04 | 1.0 | Business Analysis | Read Monthly Operating Reports |
| | | 13.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**NOVEMBER 1, 2004 - NOVEMBER 30, 2004**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/01/04 | 0.8 | Case Administration | Call with management and counsel re: trading restrictions |
| Pamela Zilly | 11/01/04 | 1.0 | Case Administration | Review and respond to correspondence re: shareholdings and trading restrictions |
| Pamela Zilly | 11/01/04 | 1.0 | Case Administration | Read Court Motions |
| Pamela Zilly | 11/10/04 | 1.0 | Case Administration | Read Court Motions |
| Pamela Zilly | 11/30/04 | 1.0 | Case Administration | Read Court Motions |
| | | 4.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/01/04 | 0.4 | Committee | Call with J. Radecki re: status of proposal |
| David Blechman | 11/05/04 | 1.0 | Committee | Call with Capstone regarding POR |
| David Blechman | 11/08/04 | 1.0 | Committee | Participate in earnings call with R. Tarola and Committees' financial advisors |
| Pamela Zilly | 11/08/04 | 0.8 | Committee | Review financial briefing shared with Committees' financial advisors |
| Pamela Zilly | 11/09/04 | 1.0 | Committee | Call with P. Norris re: Capstone |
| Pamela Zilly | 11/09/04 | 1.0 | Committee | Calls with Capstone re: proposal |
| Pamela Zilly | 11/10/04 | 1.0 | Committee | Calls with Capstone re: FCR proposal |
| David Blechman | 11/17/04 | 1.0 | Committee | Respond to due diligence requests from creditor advisors |
| | | 7.2 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 11/13/04 | 1.5 | Fee Applications | Work on fee application |
| David Blechman | 11/15/04 | 1.0 | Fee Applications | Work on fee application |
| David Blechman | 11/19/04 | 0.3 | Fee Applications | Prepare fee application |
| Pamela Zilly | 11/22/04 | 2.0 | Fee Applications | Prepare fee application |
| David Blechman | 11/24/04 | 0.8 | Fee Applications | Work on fee application |
| | | 5.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/15/04 | 2.0 | Hearings | Attend Court hearing by phone |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/17/04 | 3.0 | Non-Working Travel Time | Travel to Columbia, Maryland |
| Pamela Zilly | 11/17/04 | 2.5 | Non-Working Travel Time | Travel to New York |
| | | 5.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| David Blechman | 11/01/04 | 1.0 | Plan and Disclosure Statement | Call with D. Siegel, ACC representatives, FCR re: proposal |
| David Blechman | 11/01/04 | 2.5 | Plan and Disclosure Statement | Follow-up analysis re: same |
| JP Munfa | 11/01/04 | 6.5 | Plan and Disclosure Statement | Warrants Pricing Research |
| Pamela Zilly | 11/01/04 | 1.0 | Plan and Disclosure Statement | Call with financial advisors and principals re: proposal |
| David Blechman | 11/02/04 | 2.0 | Plan and Disclosure Statement | Weekly status calls, follow-up with P. Zilly and J. O'Connell |
| David Blechman | 11/02/04 | 1.0 | Plan and Disclosure Statement | Calls with R. Tarola, J. O'Connell regarding model |
| Jamie O'Connell | 11/02/04 | 1.0 | Plan and Disclosure Statement | Plan of reorganization conference call |
| Jamie O'Connell | 11/02/04 | 1.0 | Plan and Disclosure Statement | Valuation analysis of securities potentially issued in reorganization |
| Jamie O'Connell | 11/02/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola and D. Blechman regarding model updates |
| Jamie O'Connell | 11/02/04 | 5.0 | Plan and Disclosure Statement | Financial modeling |
| Pamela Zilly | 11/02/04 | 1.0 | Plan and Disclosure Statement | POR review call with management and counsel |
| Pamela Zilly | 11/02/04 | 0.5 | Plan and Disclosure Statement | Review Filon's comments on Warrant term sheet |
| Pamela Zilly | 11/02/04 | 1.5 | Plan and Disclosure Statement | Revised updated POR Model |
| Jamie O'Connell | 11/03/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola regarding model updates |
| Jamie O'Connell | 11/03/04 | 3.5 | Plan and Disclosure Statement | Revise POR model |
| Pamela Zilly | 11/03/04 | 0.5 | Plan and Disclosure Statement | Call with J. Sinclair re: ACC's POR proposal |
| Pamela Zilly | 11/03/04 | 1.5 | Plan and Disclosure Statement | Draft description of Tersigni proposal |
| Pamela Zilly | 11/03/04 | 1.0 | Plan and Disclosure Statement | Review revised POR Model |
| David Blechman | 11/04/04 | 0.8 | Plan and Disclosure Statement | Status call with P. Zilly re: ACC |
| David Blechman | 11/04/04 | 3.0 | Plan and Disclosure Statement | Work on revising POR model with J. O'Connell |
| Jamie O'Connell | 11/04/04 | 3.0 | Plan and Disclosure Statement | Financial modeling with D. Blechman |
| Jamie O'Connell | 11/04/04 | 2.0 | Plan and Disclosure Statement | Financial modeling |
| Pamela Zilly | 11/04/04 | 0.8 | Plan and Disclosure Statement | Review correspondence re: Austern status and call with D. Siegel re: same |
| Pamela Zilly | 11/04/04 | 1.0 | Plan and Disclosure Statement | Review revised POR Model |
| Pamela Zilly | 11/04/04 | 0.8 | Plan and Disclosure Statement | Call with D. Blechman to update on FCR, ACC discussions |
| David Blechman | 11/05/04 | 1.5 | Plan and Disclosure Statement | Status call with company re: ACC, FCR |
| David Blechman | 11/05/04 | 4.0 | Plan and Disclosure Statement | Work on revising model with J. O'Connell |
| Jamie O'Connell | 11/05/04 | 1.5 | Plan and Disclosure Statement | Call with senior management re: ACC, FCR |
| Jamie O'Connell | 11/05/04 | 4.0 | Plan and Disclosure Statement | Financial modeling with D. Blechman |
| JP Munfa | 11/05/04 | 1.5 | Plan and Disclosure Statement | Warrants Pricing Research |
| Pamela Zilly | 11/05/04 | 0.5 | Plan and Disclosure Statement | Review revised POR Model |
| Pamela Zilly | 11/05/04 | 1.5 | Plan and Disclosure Statement | Call with management re: status of ACC |
| David Blechman | 11/08/04 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| David Blechman | 11/08/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola regarding projections |
| David Blechman | 11/08/04 | 3.0 | Plan and Disclosure Statement | Revise projections and valuation |
| Jamie O'Connell | 11/08/04 | 1.0 | Plan and Disclosure Statement | Quarterly earnings conference call |
| Jamie O'Connell | 11/08/04 | 0.5 | Plan and Disclosure Statement | Call with management regarding financial projections |
| Jamie O'Connell | 11/08/04 | 0.5 | Plan and Disclosure Statement | Status meeting with D. Blechman |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/08/04 | 3.0 | Plan and Disclosure Statement | Revise financial model for projections |
| Pamela Zilly | 11/08/04 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola re: financial statements |
| David Blechman | 11/09/04 | 4.0 | Plan and Disclosure Statement | Review/revise plan documents |
| Jamie O'Connell | 11/09/04 | 1.0 | Plan and Disclosure Statement | Revise financial model |
| Jamie O'Connell | 11/09/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola regarding financial model |
| Jamie O'Connell | 11/09/04 | 0.5 | Plan and Disclosure Statement | Review of valuation section of disclosure statement |
| Pamela Zilly | 11/09/04 | 3.0 | Plan and Disclosure Statement | Review revised POR model, Best Interest Test and other POR documents |
| David Blechman | 11/10/04 | 2.0 | Plan and Disclosure Statement | Status meetings with P. Zilly |
| David Blechman | 11/10/04 | 2.5 | Plan and Disclosure Statement | Review plan documents |
| David Blechman | 11/10/04 | 1.5 | Plan and Disclosure Statement | POR status call with management and counsel |
| David Blechman | 11/10/04 | 2.3 | Plan and Disclosure Statement | Review projections |
| David Blechman | 11/10/04 | 3.0 | Plan and Disclosure Statement | Review and provide comments on plan documents |
| Jamie O'Connell | 11/10/04 | 1.0 | Plan and Disclosure Statement | Disclosure statement conference call with management and counsel |
| Jamie O'Connell | 11/10/04 | 3.0 | Plan and Disclosure Statement | Financial modeling |
| Pamela Zilly | 11/10/04 | 1.0 | Plan and Disclosure Statement | Review revised POR model |
| Pamela Zilly | 11/10/04 | 1.5 | Plan and Disclosure Statement | Call with management, counsel re: FCR proposal |
| Pamela Zilly | 11/10/04 | 2.5 | Plan and Disclosure Statement | Read draft Disclosure Statement |
| Pamela Zilly | 11/10/04 | 1.5 | Plan and Disclosure Statement | Calls with management re: response to FCR proposal |
| Pamela Zilly | 11/10/04 | 2.0 | Plan and Disclosure Statement | Meetings with D. Blechman to review claims treatment, Best Interests Test |
| Pamela Zilly | 11/10/04 | 2.5 | Plan and Disclosure Statement | Review, provide comments re: revised POR documents |
| David Blechman | 11/11/04 | 2.0 | Plan and Disclosure Statement | Review and mark up plan documents and financial exhibits |
| David Blechman | 11/11/04 | 1.5 | Plan and Disclosure Statement | Calls with K. Blood regarding financial exhibit, follow up |
| David Blechman | 11/11/04 | 3.0 | Plan and Disclosure Statement | All hands call regarding documents |
| David Blechman | 11/11/04 | 3.0 | Plan and Disclosure Statement | Review/revise documents, meetings with P. Zilly regarding same |
| David Blechman | 11/11/04 | 1.0 | Plan and Disclosure Statement | Status call with committee |
| Pamela Zilly | 11/11/04 | 1.0 | Plan and Disclosure Statement | Prepare for document review call |
| Pamela Zilly | 11/11/04 | 1.5 | Plan and Disclosure Statement | Prepare claims reconciliation - books/POR treatment |
| Pamela Zilly | 11/11/04 | 2.5 | Plan and Disclosure Statement | Document review call with Norris, Shelnitz, Siegel, Tarola,  Baer,  Spiegel, Sinanyan |
| Pamela Zilly | 11/11/04 | 3.0 | Plan and Disclosure Statement | Review disclosure statement, best interest analysis, claims reconciliation |
| Pamela Zilly | 11/11/04 | 1.0 | Plan and Disclosure Statement | Call with management re: status of Unsecured Creditors Committee |
| Pamela Zilly | 11/11/04 | 1.5 | Plan and Disclosure Statement | Various calls with P. Norris re: Unsecured Creditors, Equity  Committee position |
| Pamela Zilly | 11/11/04 | 1.0 | Plan and Disclosure Statement | Meetings with D. Blechman re: documents, analysis |
| David Blechman | 11/12/04 | 2.0 | Plan and Disclosure Statement | Review and mark up disclosure statement sections and financial exhibits |
| David Blechman | 11/12/04 | 1.8 | Plan and Disclosure Statement | Status calls w/management |
| David Blechman | 11/12/04 | 0.8 | Plan and Disclosure Statement | Prepare for call w/Capstone |
| David Blechman | 11/12/04 | 0.8 | Plan and Disclosure Statement | Calls w/Capstone re: treatment of unsecured claims |
| David Blechman | 11/12/04 | 3.0 | Plan and Disclosure Statement | Analysis of accrued interest, revise POR model |
| Jamie O'Connell | 11/12/04 | 4.0 | Plan and Disclosure Statement | Revise POR model |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/12/04 | 2.0 | Plan and Disclosure Statement | Document review call |
| Pamela Zilly | 11/12/04 | 2.0 | Plan and Disclosure Statement | Various calls with P. Norris re: Unsecured Committee position |
| Pamela Zilly | 11/12/04 | 2.0 | Plan and Disclosure Statement | Read and provide comments on POR documents |
| Pamela Zilly | 11/12/04 | 1.0 | Plan and Disclosure Statement | Call with P. Norris, M. Shelnitz, R. Tarola re:accrued interest |
| Pamela Zilly | 11/12/04 | 0.5 | Plan and Disclosure Statement | Call with B. Spiegel re: claims |
| Pamela Zilly | 11/12/04 | 0.5 | Plan and Disclosure Statement | Call with B. Spiegel, A. Krieger re: accrued interest |
| Pamela Zilly | 11/12/04 | 0.5 | Plan and Disclosure Statement | Call with D. Blechman, J. O'Connell, R. Tarola re; revise model for accrued interest |
| Pamela Zilly | 11/12/04 | 2.0 | Plan and Disclosure Statement | Check revised POR model |
| David Blechman | 11/13/04 | 4.5 | Plan and Disclosure Statement | Calls with P. Zilly, R. Tarola, B. Spiegel, L. Sinanyan regarding POR and related docs |
| David Blechman | 11/13/04 | 1.0 | Plan and Disclosure Statement | Calls with P. Zilly re: latest analysis |
| Jamie O'Connell | 11/13/04 | 3.0 | Plan and Disclosure Statement | Finalize POR model, valuation, NOLs |
| Jamie O'Connell | 11/13/04 | 1.0 | Plan and Disclosure Statement | Conference call regarding plan of reorganization |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Calls with D. Blechman re: revised POR model |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Check revised POR model re: Best Interests Test |
| Pamela Zilly | 11/13/04 | 0.5 | Plan and Disclosure Statement | Call with B. Spiegel, L. Sinanyan, R. Tarola re: accrued interest definition |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Prepare claims reconciliation |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Review POR documents |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Review valuation write-up |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Call with B. Spiegel, L. Sinanyan, M. Shelnitz, D. Siegel, P. Norris, R. Tarola re: accrued interest |
| Pamela Zilly | 11/13/04 | 1.0 | Plan and Disclosure Statement | Review best interests write-up |
| Pamela Zilly | 11/14/04 | 2.0 | Plan and Disclosure Statement | Read filed Plan documents |
| Pamela Zilly | 11/15/04 | 2.0 | Plan and Disclosure Statement | Prepare final claims/best Interest test schedule |
| Pamela Zilly | 11/15/04 | 2.0 | Plan and Disclosure Statement | Read filed Plan documents |
| Pamela Zilly | 11/15/04 | 2.0 | Plan and Disclosure Statement | Read filed Plan documents |
| David Blechman | 11/18/04 | 0.8 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| David Blechman | 11/18/04 | 1.0 | Plan and Disclosure Statement | Call with M. Berkin re: POR and Disclosure Statement |
| Pamela Zilly | 11/18/04 | 1.0 | Plan and Disclosure Statement | Status meeting with D. Blechman re: Unsecured Creditors |
| David Blechman | 11/19/04 | 1.3 | Plan and Disclosure Statement | Calls with Committees advisors regarding POR |
| David Blechman | 11/23/04 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Pamela Zilly | 11/23/04 | 1.0 | Plan and Disclosure Statement | Status meeting with D. Blechman re: accrued interest discussions |
| David Blechman | 11/24/04 | 0.8 | Plan and Disclosure Statement | Calls with T. Delbrugge and M. Brown re:claims/interest, call with R. Tarola re: same |
| David Blechman | 11/24/04 | 1.5 | Plan and Disclosure Statement | Review claims sheet |
| Pamela Zilly | 11/24/04 | 1.0 | Plan and Disclosure Statement | Review schedule of accrued interest on unsecured claims |
| Pamela Zilly | 11/29/04 | 2.0 | Plan and Disclosure Statement | Review claims/interest schedule/ POR model |
| David Blechman | 11/30/04 | 1.5 | Plan and Disclosure Statement | Status call with management inc. discussion of accrued interest |
| David Blechman | 11/30/04 | 3.0 | Plan and Disclosure Statement | Review/analyze accrued interest calculation |
| David Blechman | 11/30/04 | 1.0 | Plan and Disclosure Statement | Calls with T. Delbrugge re: accrued interest |
| Jamie O'Connell | 11/30/04 | 1.5 | Plan and Disclosure Statement | Conference call regarding general unsecured claims |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 11/30/04 | 1.0 | Plan and Disclosure Statement | Call with R. Tarola re: interest rate schedules |
| | | 192.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 11/11/04 | 3.0 | Tax Issues | Revise POR model for tax claim treatment |
| Pamela Zilly | 11/11/04 | 1.0 | Tax Issues | Review tax claims and POR treatment |
| Pamela Zilly | 11/11/04 | 2.0 | Tax Issues | Review revised POR model for tax treatment |
| | | 6.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
NOVEMBER 1, 2004 - NOVEMBER 30, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| JP Munfa | 11/05/04 | 4.0 | Valuation | Comparable company research for lates issued financials |
| JP Munfa | 11/05/04 | 5.0 | Valuation | Comparable company analysis |
| JP Munfa | 11/08/04 | 5.0 | Valuation | Comparable company analysis |
| Jamie O'Connell | 11/09/04 | 2.0 | Valuation | Valuation analysis |
| JP Munfa | 11/09/04 | 5.5 | Valuation | Comparable company analysis |
| | | 21.5 | | |