THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: February 14, 2005 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**TWENTY-FIFTH APPLICATION OF THE BLACKSTONE GROUP L.P.,
AS FINANCIAL ADVISOR TO W.R. GRACE & CO. AND AFFILIATES
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF DECEMBER 1, 2004 – DECEMBER 31, 2004**

| | |
|---|---|
| Name of Applicant: | The Blackstone Group L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2004 – December 31, 2004 |

| | Total | Holdback (@ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $175,000.00 | $35,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,129.94 | |

This is a  _x_  monthly  __ interim     ___ final application

Summary of Monthly Applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| July 31, 2001 | April 2, 2001 - June 30, 2001 | $519,166.66 | $7,663.95 | $519,166.66 | $7,261.45 |
| August 24, 2001 | July 2001 | $175,000.00 | $3,504.53 | $175,000.00 | $3,504.53 |
| October 15, 2001 | August 2001 | $175,000.00 | $16,124.84 | $175,000.00 | $5,795.17 |
| November 20, 2001 | September 2001 | $175,000.00 | $11,846.09 | $175,000.00 | $9,226.93 |
| November 29, 2001 | October 2001 | $175,000.00 | $5,042.39 | $175,000.00 | $4,084.55 |
| January 30, 2002 | November 2001 | $175,000.00 | $7,477.10 | $175,000.00 | $6,691.93 |
| January 30, 2002 | December 2001 | $175,000.00 | $2,133.92 | $175,000.00 | $2,112.92 |
| March 15, 2002 | January 2002 | $175,000.00 | $5,140.26 | $175,000.00 | $3,940.26 |
| April 5, 2002 | February 2002 | $175,000.00 | $1,719.69 | $175,000.00 | $1,414.02 |
| May 2, 2002 | March 2002 | $175,000.00 | $631.92 | $175,000.00 | $389.25 |
| July 24, 2002 | April 2002 | $175,000.00 | $2,736.03 | $175,000.00 | $2,703.36 |
| August 15, 2002 | May 2002 | $175,000.00 | $516.61 | $175,000.00 | $516.61 |
| August 15, 2002 | June 2002 | $175,000.00 | $733.20 | $175,000.00 | $733.20 |
| November 13, 2002 | July 2002 | $175,000.00 | $2,603.74 | $175,000.00 | $2,603.74 |
| November 13, 2002 | August 2002 | $175,000.00 | $3,547.21 | $175,000.00 | $3,547.21 |
| November 13, 2002 | September 2002 | $175,000.00 | $1,611.87 | $175,000.00 | $1,467.54 |
| February 14, 2003 | October 2002 | $175,000.00 | $1,848.24 | $175,000.00 | $1,848.24 |
| February 14, 2003 | November 2002 | $175,000.00 | $2,109.76 | $175,000.00 | $2,109.76 |
| February 14, 2003 | December 2002 | $175,000.00 | $1,570.49 | $175,000.00 | $1,579.49 |
| March 17, 2004 | January 1, 2003 – December 31, 2003 | $525,000.00 | $10,063.83 | $525,000.00 | 10,026.06 |
| August 17, 2004 | January 1, 2004 – June 30, 2004 | $525,000.00 | $2,833.02 | -- | -- |
| November 15, 2004 | July 1, 2004 – September 30, 2004 | $525,000.00 | $22,158.70 | -- | -- |

2544139

|  |  | Requested | | Approved | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| November 24, 2004 | October 2004 | 175,000.00 | 3,635.27 | -- | -- |
| January 24, 2005 | November 2004 | 175,000.00 | 4,369.47 | -- | -- |
| January 24, 2005 | December 2004 | 175,000.00 | 1,129.94 | -- | -- |

2544139