IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: February 14, 2005 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

January 24, 2005

Mr. Paul J. Norris
Chairman, President & CEO
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---|
| Monthly advisory fee for the period of December 1, 2004 through December 31, 2004: | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |
| Out-of-pocket expenses processed for the period through December 31, 2004:[1] | | | |
| Ground Transportation | $  253.63 | | |
| Communications | 276.58 | | |
| Meals | 163.52 | | |
| Research | 436.21 | | 1,129.94 |
| **Total Due** | | **$** | **141,129.94** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 6950

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

The Blackstone Group® L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

W.R. Grace & Co.
Expense Summary
Processed through
December 31, 2004
6950

|  | GL Detail December-04 | Total |
|---|---:|---:|
| Ground Transportation - Car Service - Concord | 162.18 | 162.18 |
| Ground Transportation - Car Service - Elite | 20.45 | 20.45 |
| Ground Transportation - Local Travel | 71.00 | 71.00 |
| Communications - Teleconferencing | 276.58 | 276.58 |
| Employee Meals | 163.52 | 163.52 |
| External Research - Multex | 2.70 | 2.70 |
| External Research - Securities Data | 39.20 | 39.20 |
| External Research - Online Database | 394.31 | 394.31 |
| **Total Expenses** | **$ 1,129.94** | **$ 1,129.94** |

|  |  |
|---|---:|
| **Ground Transportation** | 253.63 |
| **Communications** | 276.58 |
| **Meals** | 163.52 |
| **Research** | 436.21 |
| **Total Expenses** | **$ 1,129.94** |

W.R. Grace
Expense Detail
Processed through
December 31, 2004
6950

**Ground Transportation**

<u>Car Service - Concord</u>

| | | |
|---|---|---|
| Blechman, David (car service home from Blackstone) | 10/06/04 | 162.18 |
| Subtotal - Car Service - Concord | | 162.18 |

<u>Car Service - Elite</u>

| | | |
|---|---|---|
| Munfa, John-Paul (car service home from Blackstone) | 11/10/04 | 20.45 |
| Subtotal - Car Service - Elite | | 20.45 |

<u>Local Travel</u>

| | | |
|---|---|---|
| O'Connell, John (taxi home from Blackstone) | 11/09/04 | 17.00 |
| O'Connell, John (taxi home from Blackstone) | 11/11/04 | 18.00 |
| O'Connell, John (weekend taxi to Blackstone from home) | 11/13/04 | 18.00 |
| O'Connell, John (weekend taxi home from Blackstone) | 11/13/04 | 18.00 |
| Subtotal - Local Travel | | 71.00 |
| Subtotal - Ground Transportation | | 253.63 |

**Communications**

<u>Communications - Teleconferencing</u>

| | | |
|---|---|---|
| Blechman, David | 07/13/04 | 69.70 |
| Blechman, David | 07/19/04 | 14.51 |
| Blechman, David | 07/21/04 | 7.28 |
| Blechman, David | 10/25/04 | 11.75 |
| Blechman, David | 11/05/04 | 14.09 |
| Blechman, David | 11/08/04 | 45.30 |
| Blechman, David | 11/13/04 | 4.48 |
| Blechman, David | 11/13/04 | 24.84 |
| Zilly, Pamela | 11/13/04 | 84.63 |
| Subtotal - Communications - Teleconferencing | | 276.58 |
| Subtotal - Communications | | 276.58 |

**Meals**

<u>Employee Meals</u>

| | | |
|---|---|---|
| Blechman, David (working dinner meal @ Blackstone) | 10/26/04 | 7.06 |
| Blechman, David (working dinner meal @ Blackstone) | 10/28/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 11/10/04 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 11/11/94 | 25.00 |
| Blechman, David (working dinner meal @ Blackstone) | 11/15/04 | 25.00 |
| Munfa, John-Paul (working dinner meal @ Blackstone) | 11/09/04 | 25.00 |
| O'Connell, John (working dinner meal @ Blackstone) | 10/20/04 | 25.00 |
| O'Connell, John (weekend working meal @ Blackstone) | 11/13/04 | 6.46 |
| Subtotal - Employee Meals | | 163.52 |
| Subtotal - Meals | | 163.52 |

**Research**

<u>External Research - Multex</u>

| | | |
|---|---|---|
| Munfa, John-Paul (general research) | 12/12/04 - 12/18/04 | 2.70 |
| Subtotal - External Research - Multex | | 2.70 |

<u>External Research - Securities Data</u>

| | | |
|---|---|---|
| Munfa, John-Paul (general research) | 10/01/04 | 35.07 |
| Munfa, John-Paul (general research) | 10/01/04 | 4.13 |
| Subtotal - External Research - Securities Data | | 39.20 |

<div style="text-align:center">

**W.R. Grace**
**Expense Detail**
**Processed through**
**December 31, 2004**
**6950**

</div>

**External Research - Online Database**

| | | |
|---|---|---:|
| Fields, Christopher (retrieved Court documents from P.A.C.E.R. website) | 11/15/04 | 394.31 |
| | Subtotal - External Research - Online Database | 394.31 |
| | Subtotal - Research | 436.21 |
| | **Total Expenses** | **1,129.94** |

THE BLACKSTONE GROUP L.P.
SUMMARY OF HOURS
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 74.0 |
| David Blechman | Vice President | 57.1 |
| James O'Connell | Associate | 30.3 |
| | | **161.4** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/03/04 | 0.5 | Business Analysis | Send 5 year projections to Capstone, call with C. Troyer re: same |
| Pamela Zilly | 12/03/04 | 1.0 | Business Analysis | Review 5 year analyses |
| Jamie O'Connell | 12/17/04 | 1.5 | Business Analysis | Analysis of market prices of Grace debt |
| Pamela Zilly | 12/17/04 | 1.0 | Business Analysis | Review research on debt trading levels |
| Pamela Zilly | 12/23/04 | 1.0 | Business Analysis | Read Monthly Operating report |
| | | **5.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/14/04 | 0.5 | Case Administration | Read Court Motions |
| Pamela Zilly | 12/18/04 | 0.5 | Case Administration | Read Court Motions |
| | | 1.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/20/04 | 0.5 | Fee Applications | Work on fee application |
| | | 0.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 12/01/04 | 1.0 | Plan and Disclosure Statement | Review memo by Unsecured Creditors Committee ("USC") |
| Pamela Zilly | 12/01/04 | 1.0 | Plan and Disclosure Statement | Review Strook memo on Unsecured Creditors Committee ("USC") Plan comments |
| Pamela Zilly | 12/01/04 | 0.5 | Plan and Disclosure Statement | Read Dow Corning opinion re: interest rates |
| Pamela Zilly | 12/01/04 | 1.0 | Plan and Disclosure Statement | Review and provide comments on accrued interest schedules |
| Pamela Zilly | 12/01/04 | 2.0 | Plan and Disclosure Statement | Prepare reconciliation analysis of claims treatment in POR vs. records |
| David Blechman | 12/02/04 | 0.8 | Plan and Disclosure Statement | Status meeting with P. Zilly re: USC memo |
| David Blechman | 12/02/04 | 1.0 | Plan and Disclosure Statement | Call with C. Troyer regarding USC memo |
| David Blechman | 12/02/04 | 1.5 | Plan and Disclosure Statement | Meeting with B. Tarola, call with P. Norris regarding same |
| Jamie O'Connell | 12/02/04 | 1.0 | Plan and Disclosure Statement | Conference call with management, counsel re: unsecured creditors comments to disclosure statement |
| Pamela Zilly | 12/02/04 | 1.5 | Plan and Disclosure Statement | Call with management, counsel to review Strook memo |
| Pamela Zilly | 12/02/04 | 0.8 | Plan and Disclosure Statement | Status meeting with D. Blechman re: Unsecured Creditors comments |
| Pamela Zilly | 12/02/04 | 1.0 | Plan and Disclosure Statement | Review accrued interest rate schedules |
| David Blechman | 12/03/04 | 1.5 | Plan and Disclosure Statement | Call with USC financial and legal advisors re: comments to Plan and Disclosure Statement |
| David Blechman | 12/03/04 | 1.0 | Plan and Disclosure Statement | Follow-up call with management |
| Jamie O'Connell | 12/03/04 | 1.8 | Plan and Disclosure Statement | Conference call with advisors to general unsecured creditor committee |
| Pamela Zilly | 12/03/04 | 1.5 | Plan and Disclosure Statement | Call with Strook, J. Baer, D.Siegel, M. Shelnitz, R.Tarola, C. Troyer re: Strook memo |
| Pamela Zilly | 12/03/04 | 1.0 | Plan and Disclosure Statement | Follow-up call with management an counsel re: USC call |
| David Blechman | 12/06/04 | 4.0 | Plan and Disclosure Statement | Mark up Plan documents for USC comments; meet with J. O'Connell |
| David Blechman | 12/06/04 | 0.8 | Plan and Disclosure Statement | Review Plan documents with P. Zilly |
| Jamie O'Connell | 12/06/04 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: plan documents |
| Pamela Zilly | 12/06/04 | 0.8 | Plan and Disclosure Statement | Review changes to POR documents with D. Blechman |
| David Blechman | 12/07/04 | 3.0 | Plan and Disclosure Statement | Review/revise Plan documents, prepare for creditor advisor meeting 12/8/04 |
| David Blechman | 12/07/04 | 2.0 | Plan and Disclosure Statement | Dinner meeting B. Tarola, K&E |
| Pamela Zilly | 12/07/04 | 1.0 | Plan and Disclosure Statement | Review interest rate schedules |
| Pamela Zilly | 12/07/04 | 2.0 | Plan and Disclosure Statement | Prepare reconciliation analysis of claims treatment in POR vs. records |
| Pamela Zilly | 12/07/04 | 1.5 | Plan and Disclosure Statement | Review markup of documents |
| Pamela Zilly | 12/07/04 | 0.5 | Plan and Disclosure Statement | Review warrant term sheet |
| Pamela Zilly | 12/07/04 | 2.0 | Plan and Disclosure Statement | Dinner meeting with R. Tarola, J. Baer, L. Sinanyan, R. Speigel |
| David Blechman | 12/08/04 | 3.5 | Plan and Disclosure Statement | Meeting with Stroock and Capstone, K&E re: POR |
| David Blechman | 12/08/04 | 0.8 | Plan and Disclosure Statement | Meeting update with P. Zilly |
| Pamela Zilly | 12/08/04 | 3.5 | Plan and Disclosure Statement | Meeting with S. Cunningham, C. Troyer, A. Kreiger, L. Kruger, R. Tarola, J. Baer, B. Spiegel re: USC comments |
| Pamela Zilly | 12/08/04 | 0.8 | Plan and Disclosure Statement | Status meeting with D.Blechman re: convenience class |
| David Blechman | 12/09/04 | 0.5 | Plan and Disclosure Statement | Status updates with B. Spiegel |
| David Blechman | 12/09/04 | 1.0 | Plan and Disclosure Statement | Draft warrant term sheet |
| David Blechman | 12/09/04 | 0.8 | Plan and Disclosure Statement | Call with L. Sinanyan regarding markup |
| David Blechman | 12/09/04 | 2.5 | Plan and Disclosure Statement | Follow-up regarding revisions to Plan documents |
| Pamela Zilly | 12/09/04 | 1.0 | Plan and Disclosure Statement | Review markup of documents |
| David Blechman | 12/10/04 | 2.0 | Plan and Disclosure Statement | Work on markup of documents for Capstone |
| David Blechman | 12/10/04 | 1.5 | Plan and Disclosure Statement | Call with J. Baer, T. Delbrugge regarding claims, follow up with B. Tarola |
| David Blechman | 12/10/04 | 0.8 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Jamie O'Connell | 12/10/04 | 0.8 | Plan and Disclosure Statement | Satus meeting with D. Blechman and P. Zilly |
| Pamela Zilly | 12/10/04 | 1.5 | Plan and Disclosure Statement | Analysis of pass-through claims, proper Plan classification |
| Pamela Zilly | 12/10/04 | 2.0 | Plan and Disclosure Statement | Review markup of Exhibits and Disclosure Statement |
| Pamela Zilly | 12/10/04 | 0.8 | Plan and Disclosure Statement | Discussion with D. Blechman re: classification of claims |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/10/04 | 1.0 | Plan and Disclosure Statement | Calls with management re: accrued interest |
| Jamie O'Connell | 12/13/04 | 1.0 | Plan and Disclosure Statement | Valuation analysis in response to SEC comments on Disclosure Statement |
| Pamela Zilly | 12/13/04 | 0.5 | Plan and Disclosure Statement | Read SEC response to Plan |
| Pamela Zilly | 12/13/04 | 0.5 | Plan and Disclosure Statement | Call with C. Troyer re: comments to Disclosure statement |
| Pamela Zilly | 12/13/04 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: SEC comments |
| Pamela Zilly | 12/13/04 | 1.0 | Plan and Disclosure Statement | Correspondence with C. Troyer, R. Tarola re: POR questions |
| Jamie O'Connell | 12/14/04 | 1.0 | Plan and Disclosure Statement | Valuation analysis in response to SEC comments on Disclosure Statement |
| Pamela Zilly | 12/14/04 | 0.5 | Plan and Disclosure Statement | Read PBGC objections |
| Pamela Zilly | 12/14/04 | 3.0 | Plan and Disclosure Statement | Revise, prepare chart in response to SEC comment |
| Pamela Zilly | 12/15/04 | 0.5 | Plan and Disclosure Statement | Provide comments on Disclosure Statement to L. Sinanyan |
| Pamela Zilly | 12/15/04 | 3.0 | Plan and Disclosure Statement | Draft terms of management incentive plan |
| Pamela Zilly | 12/15/04 | 2.0 | Plan and Disclosure Statement | Review and provide comments on Plan and Disclosure Statement documents |
| Pamela Zilly | 12/15/04 | 1.0 | Plan and Disclosure Statement | Review environmental claims presentation |
| Pamela Zilly | 12/15/04 | 2.0 | Plan and Disclosure Statement | Various calls, correspondence with R. Tarola, L. Sinanyan re: payment of unsecured claims after Effective Date |
| Pamela Zilly | 12/15/04 | 2.0 | Plan and Disclosure Statement | Make changes to SEC chart and management incentive term sheet |
| Jamie O'Connell | 12/16/04 | 1.5 | Plan and Disclosure Statement | Environmental claims meeting with management and advisors to the USC |
| Pamela Zilly | 12/16/04 | 4.0 | Plan and Disclosure Statement | Meeting with W. Corcoran, J. Baer, Capstone, Strook re: environmental claims |
| Pamela Zilly | 12/16/04 | 0.5 | Plan and Disclosure Statement | Calls with P. Norris re: accrued interest |
| Pamela Zilly | 12/16/04 | 3.0 | Plan and Disclosure Statement | Review markup of POR documents, provide comments, check analysis in financial exhibits |
| Pamela Zilly | 12/17/04 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola re: debt trading levels and unfunded LCs |
| David Blechman | 12/20/04 | 0.5 | Plan and Disclosure Statement | Status call with P. Zilly and J. O'Connell |
| Jamie O'Connell | 12/20/04 | 0.5 | Plan and Disclosure Statement | Status call with P. Zilly and D. Blechman |
| Pamela Zilly | 12/20/04 | 0.5 | Plan and Disclosure Statement | Status call with D. Blechman, J. O'Connell |
| Jamie O'Connell | 12/21/04 | 1.0 | Plan and Disclosure Statement | Conference call with management and counsel re: plan of reorganization |
| Jamie O'Connell | 12/21/04 | 2.0 | Plan and Disclosure Statement | Update financial model to include revised interest amounts |
| Pamela Zilly | 12/21/04 | 1.0 | Plan and Disclosure Statement | Review revise POR model |
| Pamela Zilly | 12/21/04 | 1.5 | Plan and Disclosure Statement | Call with P. Norris, E. Filon, R. Tarola, D. Siegel, M. Shelnitz re: COLI settlement |
| David Blechman | 12/22/04 | 2.0 | Plan and Disclosure Statement | Review and revise POR model/calls w/J. O'Connell |
| David Blechman | 12/22/04 | 2.3 | Plan and Disclosure Statement | Review POR model |
| David Blechman | 12/22/04 | 0.5 | Plan and Disclosure Statement | Call w/B. Tarola re POR model |
| Jamie O'Connell | 12/22/04 | 2.0 | Plan and Disclosure Statement | Calls with D. Blechman regarding financial model |
| Jamie O'Connell | 12/22/04 | 1.0 | Plan and Disclosure Statement | Review of interest calculations relating to unsecured claims. |
| Jamie O'Connell | 12/22/04 | 2.0 | Plan and Disclosure Statement | Revise financial model and NOL analysis |
| Pamela Zilly | 12/22/04 | 1.5 | Plan and Disclosure Statement | Review updated POR model |
| Pamela Zilly | 12/22/04 | 0.5 | Plan and Disclosure Statement | Review interest schedules/revised |
| David Blechman | 12/23/04 | 1.8 | Plan and Disclosure Statement | Calls with R. Laparido regarding interest expense |
| David Blechman | 12/23/04 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly, J. O'Connell |
| David Blechman | 12/23/04 | 2.5 | Plan and Disclosure Statement | Review, revise Disclosure Statement exhibits |
| Jamie O'Connell | 12/23/04 | 1.0 | Plan and Disclosure Statement | Review of interest calculations relating to unsecured claims |
| Jamie O'Connell | 12/23/04 | 0.5 | Plan and Disclosure Statement | Status meeting with P. Zilly and D. Blechman |
| Pamela Zilly | 12/23/04 | 2.5 | Plan and Disclosure Statement | Read objections to Plan and Disclosure Statement/ note changes |
| Pamela Zilly | 12/23/04 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell re: status of documents, analysis |
| David Blechman | 12/27/04 | 4.5 | Plan and Disclosure Statement | Update plan documents for accrued interest, calls with management and Capstone regarding same |
| David Blechman | 12/27/04 | 4.0 | Plan and Disclosure Statement | Read objections to Disclosure Statement |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/27/04 | 1.0 | Plan and Disclosure Statement | Review of interest calculations |
| Jamie O'Connell | 12/27/04 | 1.0 | Plan and Disclosure Statement | Updating financial model to include revised interest amounts |
| David Blechman | 12/28/04 | 3.0 | Plan and Disclosure Statement | Update plan documents, meeting with J. O'Connell regarding same |
| Jamie O'Connell | 12/28/04 | 0.8 | Plan and Disclosure Statement | Conference call with management and counsel regarding plan of reorganization |
| Jamie O'Connell | 12/28/04 | 3.5 | Plan and Disclosure Statement | Financial model analysis (including meeting with D. Blechman) |
| Pamela Zilly | 12/28/04 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR status |
| David Blechman | 12/29/04 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly re: comments to POR |
| David Blechman | 12/29/04 | 0.5 | Plan and Disclosure Statement | Call with T. Delbrugge regarding claims |
| David Blechman | 12/29/04 | 2.0 | Plan and Disclosure Statement | Review/revise Plan documents |
| David Blechman | 12/29/04 | 0.5 | Plan and Disclosure Statement | Call with L. Sinanyan regarding same |
| Pamela Zilly | 12/29/04 | 0.5 | Plan and Disclosure Statement | Call with D. Blechman re: review of Strook/Capstone comments to Plan |
| Pamela Zilly | 12/29/04 | 0.5 | Plan and Disclosure Statement | Review interest rate schedules |
| Pamela Zilly | 12/29/04 | 1.0 | Plan and Disclosure Statement | Review revised markup to financial exhibits and Disclosure Statement |
| Pamela Zilly | 12/30/04 | 1.5 | Plan and Disclosure Statement | Review revised POR model |
| Pamela Zilly | 12/30/04 | 0.5 | Plan and Disclosure Statement | Review Capstone changes/questions |
| Jamie O'Connell | 12/31/04 | 2.5 | Plan and Disclosure Statement | Review of revised disclosure statement |
| | | 147.6 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 12/13/04 | 0.5 | Tax Issues | Review NOL and tax information sent to C. Troyer |
| Pamela Zilly | 12/17/04 | 1.5 | Tax Issues | Read material re: COLI /tax issues |
| Pamela Zilly | 12/20/04 | 0.5 | Tax Issues | Review memo re: COLI/tax issues |
| Jamie O'Connell | 12/21/04 | 1.0 | Tax Issues | Conference call with management re: COLI |
| Pamela Zilly | 12/22/04 | 0.5 | Tax Issues | Correspondence re: COLI/ tax issues |
| David Blechman | 12/23/04 | 0.8 | Tax Issues | Calls with E. Filon regarding tax |
| Jamie O'Connell | 12/23/04 | 0.5 | Tax Issues | Call with E. Filon regarding tax issues |
| Pamela Zilly | 12/23/04 | 0.5 | Tax Issues | Correspondence re: COLI and tax issues |
| David Blechman | 12/29/04 | 0.5 | Tax Issues | Tax discussion with E. Filon |
| Pamela Zilly | 12/31/04 | 0.5 | Tax Issues | Correspondence re: NOLs with E. Filon |
|  |  | **6.8** |  |  |

Page 8 of 9

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
DECEMBER 1, 2004 - DECEMBER 31, 2004

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 12/28/04 | 0.5 | Valuation | Updating valuation analysis for disclosure statement |
| | | 0.5 | | |