# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly-Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPLICATION (RE: DOCKET NO. 7597)

PLEASE TAKE NOTICE that on January 20, 2005, the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through its undersigned counsel filed the Application for an Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code, and Fed.R. Bankr.P. 2014 and 2016, Authorizing the Retention and Employment of GMA Research Corporation as Special Consultant to the Official Committee of Asbestos Property Damage Claimants (the "Application") [Docket No. 7597].

PLEASE TAKE FURTHER NOTICE that the PD Committee hereby withdraws the Application without prejudice.

Dated: January 24, 2005                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No.2678)
Rick S. Miller (No. 3418)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Local Counsel for the Official Committee
of Asbestos Property Damage Claimants

-and-

BILZIN, SUMBERG, BAENA, PRICE
& AXELROD, LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Nathan G. Mancuso, Esquire
2500 Wachovia Financial Center
Miami, FL 33131-2336
(305) 374-7580

Counsel for the Official Committee
of Asbestos Property Damage Claimants