# Exhibit A

91100-001\DOCS_DE:103529.1

W.R. Grace - 13th Interim (April - June, 2004)
Fees and Expenses with Fee Auditor Recommendations
Exhibit A

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6844 | $198,219.50 | $9,886.76 | $198,219.50 | $9,886.76 |
| Total: | $198,219.50 | $9,886.76 | $198,219.50 | $9,886.76 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6268 | $75,370.00 | $3,375.24 | $75,370.00 | $3,375.24 |
| Total: | $75,370.00 | $3,375.24 | $75,370.00 | $3,375.24 |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6214 | $525,000.00 | $2,833.02 | $525,000.00 | $2,713.02 |
| Total: | $525,000.00 | $2,833.02 | $525,000.00 | $2,713.02 |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6176 | $49,657.00 | $2,608.86 | $49,657.00 | $2,608.86 |
| Total: | $49,657.00 | $2,608.86 | $49,657.00 | $2,608.86 |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6179 | $61,555.50 | $1,181.06 | $61,555.50 | $1,181.06 |
| Total: | $61,555.50 | $1,181.06 | $61,555.50 | $1,181.06 |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6132 | $201,060.50 | $2,275.11 | $201,060.50 | $1,959.97 |
| Total: | $201,060.50 | $2,275.11 | $201,060.50 | $1,959.97 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6200 | $301,607.00 | $11,541.85 | $301,607.00 | $10,974.38 |
| Total: | $301,607.00 | $11,541.85 | $301,607.00 | $10,974.38 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6216 | $33,250.50 | $49,074.05 | $33,250.50 | $49,074.05 |
| Total: | $33,250.50 | $49,074.05 | $33,250.50 | $49,074.05 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6699 | $135,000.00 | $391.00 | $135,000.00 | $391.00 |
| Total: | $135,000.00 | $391.00 | $135,000.00 | $391.00 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6859 | $150,000.00 | $222.33 | $150,000.00 | $222.33 |
| Total: | $150,000.00 | $222.33 | $150,000.00 | $222.33 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6698 | $8,950.00 | $28.00 | $8,950.00 | $28.00 |
| Total: | $8,950.00 | $28.00 | $8,950.00 | $28.00 |

| DELOITTE & TOUCHE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6832 | $543,118.04 | $1,760.00 | $543,118.04 | $1,705.00 |
| Total: | $543,118.04 | $1,760.00 | $543,118.04 | $1,705.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6103 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| Total: | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6432 | $4,690.50 | $2,066.84 | $4,690.50 | $2,066.84 |
| Total: | $4,690.50 | $2,066.84 | $4,690.50 | $2,066.84 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6318 | $21,139.00 | $4,809.32 | $21,139.00 | $4,809.32 |
| Total: | $21,139.00 | $4,809.32 | $21,139.00 | $4,809.32 |

| FTI POLICANO & MANZO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6182 | $33,876.25 | $1,703.45 | $33,876.25 | $1,394.29 |
| Total: | $33,876.25 | $1,703.45 | $33,876.25 | $1,394.29 |

| GOODWIN PROCTER LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6457 | $38,754.00 | $732.15 | $38,754.00 | $732.15 |
| Total: | $38,754.00 | $732.15 | $38,754.00 | $732.15 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6267 | $11,640.00 | $0.00 | $11,640.00 | $0.00 |
| Total: | $11,640.00 | $0.00 | $11,640.00 | $0.00 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6534 | $35,685.00 | $2,548.25 | $35,685.00 | $2,548.25 |
| Total: | $35,685.00 | $2,548.25 | $35,685.00 | $2,548.25 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6551 | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |
| Total: | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |

| KLETT ROONEY LIEBER AND SCHORLING |
|---|

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 6172 | $56,050.00 | $1,971.04 | $56,050.00 | $1,971.04 |
| Total: | $56,050.00 | $1,971.04 | $56,050.00 | $1,971.04 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6798 | $48,415.50 | $1,840.66 | $48,415.50 | $1,840.66 |
| Total: | $48,415.50 | $1,840.66 | $48,415.50 | $1,840.66 |

| LATHAM & WATKINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6194 | $211,719.00 | $6,927.50 | $211,719.00 | $6,892.25 |
| Total: | $211,719.00 | $6,927.50 | $211,719.00 | $6,892.25 |

| LEGAL ANALYSIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6178 | $17,977.50 | $0.00 | $17,977.50 | $0.00 |
| Total: | $17,977.50 | $0.00 | $17,977.50 | $0.00 |

| LUKINS & ANINS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6750 | $3,631.00 | $145.75 | $3,631.00 | $145.75 |
| Total: | $3,631.00 | $145.75 | $3,631.00 | $145.75 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6196 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| Total: | $31,217.00 | $461.65 | $31,217.00 | $461.65 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6234 | $68,840.50 | $69,951.58 | $68,840.50 | $69,951.58 |
| Total: | $68,840.50 | $69,951.58 | $68,840.50 | $69,951.58 |

| PHILLIPS GOLDMAN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6752 | $5,034.50 | $0.00 | $5,034.50 | $0.00 |
| Total: | $5,034.50 | $0.00 | $5,034.50 | $0.00 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6302 | $629,101.50 | $78,003.35 | $629,101.50 | $78,003.35 |
| Total: | $629,101.50 | $78,003.35 | $629,101.50 | $78,003.35 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6071 | $316,627.89 | $5,819.86 | $315,627.89 | $5,799.86 |
| Total: | $316,627.89 | $5,819.86 | $315,627.89 | $5,799.86 |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6544 | $824,025.00 | $114,439.40 | $823,456.25 | $113,527.62 |
| Total: | $824,025.00 | $114,439.40 | $823,456.25 | $113,527.62 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6130 | $86,273.00 | $3,153.01 | $86,273.00 | $3,153.01 |
| Total: | $86,273.00 | $3,153.01 | $86,273.00 | $3,153.01 |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6362 | $29,557.50 | $0.00 | $29,557.50 | $0.00 |
| Total: | $29,557.50 | $0.00 | $29,557.50 | $0.00 |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6168 | $49,220.00 | $1,550.40 | $49,220.00 | $1,550.40 |
| Total: | $49,220.00 | $1,550.40 | $49,220.00 | $1,550.40 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6776 | $43,107.50 | $2,614.44 | $43,107.50 | $2,614.44 |
| Total: | $43,107.50 | $2,614.44 | $43,107.50 | $2,614.44 |

| STROOCK & STROOCK & LAVAN LLP[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6269 | $353,629.50 | $280,234.58 | $353,629.50 | $280,234.58 |
| Total: | $353,629.50 | $280,234.58 | $353,629.50 | $280,234.58 |

| SWIDLER BERLIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6702 | $120,681.00 | $15,846.02 | $116,538.50 | $15,846.02 |
| Total: | $120,681.00 | $15,846.02 | $116,538.50 | $15,846.02 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6177 | $203,594.50 | $1,151.62 | $203,594.50 | $1,151.62 |
| Total: | $203,594.50 | $1,151.62 | $203,594.50 | $1,151.62 |

| WALLACE KING MARRARO & BRANSON PLLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6306 | $369,355.70 | $67,513.38 | $369,355.70 | $67,356.74 |
| Total: | $369,355.70 | $67,513.38 | $369,355.70 | $67,356.74 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6304 | $333,044.00 | $37,738.99 | $333,044.00 | $37,738.99 |
| Total: | $333,044.00 | $37,738.99 | $333,044.00 | $37,738.99 |

---

[1] Stroock expense total includes $272,474.16 for fees and costs of Navigant Consulting.