IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

**SUPPLEMENTAL VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019**

Richard S. Cobb, on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan, makes the following supplemental statement:

1. This Supplemental Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715] (the "2019 Order").

2. Cohn & Whitesell LLP and LRC are counsel for the Libby Claimants in the above-captioned cases, as reflected in the previously filed Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 (the "2019 Statement").

3. LRC also is Delaware counsel to the Town of Acton, Massachusetts (the "Town"), which likewise is reflected in the 2019 Statement.

4. LRC now has been engaged by PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan[1] to represent their interests in obtaining an

---

[1] The Libby Claimants, the Town, PacifiCorp and VanCott are collectively referred to herein as the "Clients."
487.001-6578.doc

2

order permitting them to file late claims relating to a parcel of real property located in Salt Lake City, Utah.

5. LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

6. LRC does not possess any claims against or interests in the Debtors.

Dated: January 26, 2005

LANDIS RATH & COBB LLP

_____
Richard S. Cobb (No. 3157)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
(302) 467-4400

Counsel to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan

2

487.001-6578.doc