## **VERIFICATION**

Richard S. Cobb, a partner of LRC, hereby verifies that he has read the foregoing Supplemental Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Richard S. Cobb