FILED
2005 JAN 25 PH 1:30
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

The United States Bankruptcy Court for
The District of Delaware

W.R. Grace & Company, et al, Debtors

Case No: #01-01139 (JKF)

Debtors' Eighth Omnibus Objection to Claims (Substantive)


Mrs. Marcella M. Paulette, Claimant

Claim No: #2360

Amount of Claim: $60,337.72

Basis for Claim: Extensive Property Damages and Losses

Mr. Mark A. Paulette (son) for
Mrs. Marcella M. Paulette
287 Township Highway #267
Amsterdam, Ohio 43903-7909
740/543-3382


Dated: January 17, 2005

I, Marcella M. Paulette, oppose the Debtor's Eighth Omnibus Objection to Claims (Substantive), submitted to The United States Bankruptcy Court for the District of Delaware, by W.R. Grace and Company, for the following reasons:

The factual basis and supporting legal arguement is, that my property, which is located at 287 Township Highway 267 Amsterdam, (Jefferson County), Ohio, has been severly damaged by W.R. Grace and Company products, that were used in the construction of the building (residence). W.R. Grace & Company are liable for all of these damages, since their products were used. W.R. Grace & Company need to compensate me and other claimant's because of these products.

I have also suffered economic losses as well, because of the diminution of my property value and the fact, that I cannot sell my property, until all of the damages are repaired.

I am requesting compensation in the amount of $60,337.72 or a reduced settlement by W.R. Grace & Company, to pay for the removal and replacement of plasters and asbestos related W.R. Grace and Company products in my residence.

Respectfully submitted,

*Marcella M. Paulette* (signature)

Marcella M. Paulette

Dated:   January 17, 2005