IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: 2/15/05 @ 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:  Lexecon

Authorized to Provide
Professional Services to:  Official Committee of Equity Holders

Date of Retention:  November 1, 2004

Period for which compensation and
reimbursement is sought:  November 1, 2004 through November 30, 2004

Amount of Compensation sought as
actual, reasonable and necessary:  $31,294.67

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $3,056.06

This is a(n):   X monthly          _ interim application


Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Dated Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | November 1, 2004 - November 30, 2004 | $31,294.67 | $3,056.06 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 11/1/04 through 11/30/04 | Total Fees for the Period 11/1/04 through 11/30/04 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 61.30 | $31,294.67 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **61.30** | **$31,294.67** |

LEXECON

_[signature]_

332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 1/18/05

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## November 2004

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Gustavo Bamberger | Economist | 525.00 | 21.50 | $11,287.50 |
| Lynette Neumann | Economist | 450.00 | 21.50 | $9,675.00 |
| Daniel Stone | Economist | 340.00 | 18.30 | $6,222.00 |
| Use of Computer Capability Charge | | | | $4,110.17 |
| Total | | | 61.30 | $31,294.67 |

Summary of Professional Services
In The Equity/ WR Grace Matter
November 2004

**CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)**

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Gustavo Bamberger | Economist | 525.00 | 18.80 | $9,870.00 |
| Lynette Neumann | Economist | 450.00 | 18.50 | $8,325.00 |
| Daniel Stone | Economist | 340.00 | 18.30 | $6,222.00 |
| | | Subtotal | | $24,417.00 |

**TRAVEL/NON-WORKING**

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Gustavo Bamberger | Economist | 262.50 | 5.40 | $1,417.50 |
| Lynette Neumann | Economist | 225.00 | 6.00 | $1,350.00 |
| | | Subtotal | | $2,767.50 |
| | | Total | | $27,184.50 |

Daily Tasks in June 2004
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
| --- | --- | --- | --- |
| Gustavo Bamberger | 10/29/2004 | 0.20 | Spoke with Nadler regarding potential asbestos liability. |
| | 11/02/2004 | 0.20 | Spoke with Nadler regarding potential asbestos liability. |
| | 11/03/2004 | 0.20 | Reviewed prior bankruptcy filings. |
| | 11/04/2004 | 0.50 | Spoke with Nadler regarding potential asbestos liability. |
| | 11/04/2004 | 0.20 | Reviewed prior bankruptcy filings. |
| | 11/05/2004 | 1.50 | Spoke with Koevary regarding potential asbestos liability; revised declaration. |
| | 11/05/2004 | 0.50 | Revised declaration. |
| | 11/09/2004 | 0.20 | Spoke with Nadler regarding potential asbestos liability. |
| | 11/10/2004 | 1.00 | Reviewed prior bankruptcy filings. |
| | 11/11/2004 | 1.20 | Reviewed prior bankruptcy filings. |
| | 11/13/2004 | 1.00 | Reviewed prior bankruptcy filings. |
| | 11/14/2004 | 1.20 | Reviewed prior bankruptcy filings. |
| | 11/15/2004 | 2.50 | Reviewed prior bankruptcy filings. |
| | 11/16/2004 | 10.70 | Met with Nadler in New York regarding potential asbestos liability. |
| | 11/17/2004 | 0.20 | Reviewed Dunbar rebuttal. |
| | 11/19/2004 | 0.20 | Met with Neumann regarding claims analysis. |
| | Total Hours | 21.50 | |
| Lynette Neumann | 11/15/2004 | 1.50 | Reviewed prior bankruptcy filings. |
| | 11/16/2004 | 11.00 | Met with Nadler in New York regarding potential claims liability. |
| | 11/17/2004 | 1.50 | Met with Lexecon personnel regarding liability estimation. |
| | 11/18/2004 | 3.00 | Analyzed claims data |
| | 11/18/2004 | 3.00 | Reviewed prior bankruptcy filings. |
| | 11/19/2004 | 1.30 | Reviewed prior bankruptcy filings. |

## Daily Tasks In June 2004 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| | 11/19/2004 | 0.20 | Met with Bamberger regarding claims analysis. |
| | Total Hours | 21.50 | |
| Daniel Stone | 11/08/2004 | 2.70 | Analyzed claims data. |
| | 11/10/2004 | 2.50 | Analyzed claims data. |
| | 11/15/2004 | 0.70 | Analyzed claims data. |
| | 11/16/2004 | 1.20 | Analyzed claims data. |
| | 11/17/2004 | 3.70 | Analyzed claims data. |
| | 11/18/2004 | 7.50 | Analyzed claims data. |
| | Total Hours | 18.30 | |
| **Total Hours** | | 61.30 | |

## Expense Summary
## November 2004

| Expense Category | Total Expenses |
| --- | --- |
| Travel | $1,031.56 |
| Postage/Delivery | $12.85 |
| Telephone | |
| Data | |
| Printing/Photocopying | $2,011.65 |
| Outside Experts | |
| Working Meals | |
| Transportation | |
| **Total** | $3,056.06 |

## Voluntary Reductions
## November 2004

| Expense Category | Total Expenses |
| --- | --- |
| Printing/Photocopying | $607.55 |
| **Total** | $607.55 |