**CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on January 27, 2005 upon:**

**SEE ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.

__1/27/2005____________ _____/s/ Heidi E. Sasso_____________
Date Heidi E. Sasso