## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: February 16, 2005 @ 4:00 p.m.**
**Hearing Date: March 21, 2005 @ 12:00 p.m.**

## QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

Name of Applicant:     *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:     *Official Committee of Equity Holders*

Date of Retention:     *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:     *July 1, 2004 through and including September 30, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$47,550.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$995.20*

This is a(n):     _    monthly          **X**    interim application

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 10/1/04 6520 | $13,523.50 | $33.62 | 10/28/04 6781 | $10,818.40 | $33.62 | $13,557.12 |
| 10/29/04 6788 | $9,543.50 | $125.25 | 11/19/04 7002 | $7,634.80 | $125.25 | $9,668.75 |
| 8/23/04 6239 | $24,483.00 | $836.33 | 11/24/04 7029 | $19,586.40 | $836.33 | $25,319.33 |
| **Total** | **$47,550.00** | **$995.20** | | **$38,039.60** | **$995.20** | **$48,545.20** |

Currently Unpaid:    Fees     $  9,510.40
                     Expenses   $     0.00

               **TOTAL**   **$  9,510.40**

KL2:2369674.1

## SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL - APRIL, 1 2002 - JUNE 30, 2004

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $87,266.50 $10,070.69 | $86,576.50 $9,737.19 | $86,576.50 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $34,092.00 $497.86 | $34,092.00 $497.86 | $34,092.00 $497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $-0- |
| January 1, 2004 - March 31, 2004 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 | $-0- |
| April 1, 2004 - June 30, 2004 | $48,415.50 $1,840.66 | $48,415.50 $1,840.66 | $27,233.60 $1,451.36 | $21,181.90 $389.30 |
| | | | | |
| **TOTAL** | **$469,512.00 $27,964.90** | **$468,822.00 $27,964.90** | **$447,640.10 $27,964.90** | **$21,181.90 $389.90** |

Currently Unpaid:   Fees:        $  21,181.90
                    Expenses     $       389.90

                    TOTAL    $  21,571.80

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 565.00 | 19.90 | $9,548.50 |
| Mayer, Thomas Moers | 690.00 | 0.30 | $207.00 |
| Becker, Gary | 495.00 | 46.40 | $22,968.00 |
| Klein, David | 390.00 | 5.70 | $2,223.00 |

[1] July 1-September 30, 2002 Fees and Expenses Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 2003 Order Granted on June 16, 2004 (Docket 5822); January 1-March 2004 Order Granted on September 27, 2004 (Docket 6465).

KL2:2369674.1

| | | | |
|---|---|---|---|
| Klein, David | 425.00 | 2.60 | $1,105.00 |
| Dimos, Bill | 250.00 | 29.20 | $7,300.00 |
| Mangual, Kathleen | 195.00 | 19.60 | $3,822.00 |
| Torres, Anthony | 85.00 | 0.30 | $25.50 |
| Cotto, Lisa | 195.00 | 1.00 | $195.00 |
| Shea, James | 195.00 | 0.80 | $156.00 |
| **Total** | | **122.80** | **$47,550.00** |

KL2:2369674.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 07/1/04 through 09/30/04 | Total Fees for the Period 07/1/04 through 09/30/04 |
|---|---|---|
| Bankruptcy Motions | 4.30 | $2,128.50 |
| Case Administration | 23.30 | $6,640.00 |
| Claims Analysis Objection | 6.20 | $3,405.00 |
| Creditor Committee | 52.30 | $19,241.00 |
| Fee Applications, Applicant | 9.90 | $2,470.50 |
| Hearings | 8.00 | $3,960.00 |
| Plan and Disclosure Statement | 12.50 | $6,565.50 |
| Reorganization Plan | 0.30 | $169.50 |
| Travel/Non-Working | 6.00 | $2,970.00 |
| **Total** | **122.80** | **$47,550.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 07/1/04 through 09/30/04 |
|---|---|
| Photocopying | $268.59 |
| Long-Distance Tel. | $3.25 |
| Tel Credit Card | $28.00 |
| Westlaw On-Line Research | $550.99 |
| Lexis / Nexis On-Line Research | $56.41 |
| Messenger/ Courier | $27.36 |
| Cab Fares | $14.00 |
| Meals/In-House | $14.12 |
| Out-of-town Travel | $14.00 |
| Document Retrieval Fees | $18.48 |
| **Total** | **$995.20** |

KL2:2369674.1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period July 1, 2004 through September 30, 2004, it be allowed the total amount of fees of $47,550.00 and disbursements $995.20, and that the Debtor be directed to pay all outstanding unpaid amounts.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated:  January 26, 2005

- 6 -

**SCHEDULE OF TIME CHARGES AND RATES**
**FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004**

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.40 | 495.00 | 693.00 |
| KLEIN, DAVID | CRED | 5.70 | 390.00 | 2,223.00 |
| KLEIN, DAVID | CRED | 2.60 | 425.00 | 1,105.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 13.30 | 195.00 | 2,593.50 |
| TORRES, ANTHONY | Lega | 0.30 | 85.00 | 25.50 |
| | Subtotal | 23.30 | $ | 6,640.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 6.40 | 565.00 | 3,616.00 |
| MAYER, THOMAS MOERS | CRED | 0.30 | 690.00 | 207.00 |
| BECKER, GARY M. | CRED | 16.40 | 495.00 | 8,118.00 |
| DIMOS, BILL | CRED | 29.20 | 250.00 | 7,300.00 |
| | Subtotal | 52.30 | $ | 19,241.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.30 | 495.00 | 2,128.50 |
| | Subtotal | 4.30 | $ | 2,128.50 |

### REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.30 | 565.00 | 169.50 |
| | Subtotal | 0.30 | $ | 169.50 |

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.80 | 495.00 | 891.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 6.30 | 195.00 | 1,228.50 |
| COTTO, LISA | CRED | 1.00 | 195.00 | 195.00 |
| SHEA, JAMES | CRED | 0.80 | 195.00 | 156.00 |
| | Subtotal | 9.90 | $ | 2,470.50 |

*CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 4.80 | 565.00 | 2,712.00 |
| BECKER, GARY M. | CRED | 1.40 | 495.00 | 693.00 |
| | Subtotal | 6.20 | $ | 3,405.00 |

*PLAN AND DISCLOSURE STATEMENT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.40 | 565.00 | 3,051.00 |
| BECKER, GARY M. | CRED | 7.10 | 495.00 | 3,514.50 |
| | Subtotal | 12.50 | $ | 6,565.50 |

*HEARINGS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 8.00 | 495.00 | 3,960.00 |
| | Subtotal | 8.00 | $ | 3,960.00 |

*TRAVEL\NON-WORKING*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 6.00 | 247.50 | 2,970.00 |
| | Subtotal | 6.00 | $ | 2,970.00 |
| | Total | 122.80 | $ | 47,550.00 |

KL4:2115653.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|----------|-------|-------|-------------|--------|
| BENTLEY, PHILIP | PARTNER | 16.90 | 565.00 | 9,548.50 |
| MAYER, THOMAS MOERS | PARTNER | 0.30 | 690.00 | 207.00 |
| BECKER, GARY M. | SPEC COUNS | 46.40 | 495.00 | 22,968.00 |
| KLEIN, DAVID | ASSOCIATE | 5.70 | 390.00 | 2,223.00 |
| KLEIN, DAVID | ASSOCIATE | 2.60 | 425.00 | 1,105.00 |
| DIMOS, BILL | ASSOCIATE | 29.20 | 250.00 | 7,300.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 19.60 | 195.00 | 3,822.00 |
| TORRES, ANTHONY | OTHER TKPR | 0.30 | 85.00 | 25.50 |
| COTTO, LISA | PARALEGAL | 1.00 | 195.00 | 195.00 |
| SHEA, JAMES | PARALEGAL | 0.80 | 195.00 | 156.00 |
| | Total | 122.80 | | $47,550.00 |

KL4:2115653.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 268.59 |
| LONG-DISTANCE TEL. | 3.25 |
| TEL CREDIT CARD | 28.00 |
| WESTLAW ON - LINE RESEARCH | 550.99 |
| LEXIS / NEXIS  ON -LINE RESEAR | 56.41 |
| MESSENGER/COURIER | 27.36 |
| CAB FARES | 14.00 |
| MEALS/IN-HOUSE | 14.12 |
| OUT-OF-TOWN TRAVEL | 14.00 |
| DOCUMENT RETRIEVAL FEES | 18.48 |
| Subtotal | $995.20 |

KL4:2115653.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 31, 2004

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 10.40 |
| Subtotal | $10.40 |

alp_133c: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:24

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services.

## PRE-BILLING SUMMARY REPORT

| | | | | | |
|---|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 12/31/2004 | | |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 12/31/2004 | | |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 47,550.00 | 995.20 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | 12/31/2004 |
| CLOSE MATTER/FINAL BILLING?    YES    OR    NO | | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

## ACCOUNTS RECEIVABLE TOTALS

| | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 373,720.20 | |
| DISBURSEMENTS: | 8,867.78 | |
| FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 398,190.16 | |

| | | UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|---|---|
| | | PAID FEE RETAINER: | 0.00 |
| | | PAID DISB RETAINER: | 0.00 |
| | | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

## BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 01/25/05 | LAST PAYMENT DATE:    01/03/05 |
| LAST BILL NUMBER: | 403953 | ACTUAL FEES BILLED TO DATE:    1,199,276.00 |
| | | ON ACCOUNT FEES BILLED TO DATE:    0.00 |
| LAST BILL THRU DATE: | 12/31/04 | TOTAL FEES BILLED TO DATE:    1,199,276.00 |
| | | FEES WRITTEN OFF TO DATE:    145,245.18 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee |
|---|---|---|
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding    (10) Client Arrangement |

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_112c: Billed Charges Analysis
Run Date & Time: 01/25/2005 15:34:28

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | PARTNER | 07/13/04 | 09/30/04 | 16.90 | 9,548.50 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 09/07/04 | 09/07/04 | 0.30 | 207.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 07/01/04 | 09/30/04 | 46.40 | 22,968.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 07/01/04 | 08/31/04 | 5.70 | 2,223.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 09/01/04 | 09/28/04 | 2.60 | 1,105.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 09/13/04 | 09/30/04 | 29.20 | 7,300.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 07/13/04 | 07/13/04 | 19.60 | 3,822.00 |
| 05304 | TORRES, ANTHONY | OTHER TKPR | 07/13/04 | 07/13/04 | 0.30 | 25.50 |
| 05623 | COTTO, LISA | PARALEGAL | 09/27/04 | 09/27/04 | 1.00 | 195.00 |
| 06091 | SHEA, JAMES | PARALEGAL | 08/02/04 | 08/02/04 | 0.80 | 156.00 |
| | | | | Total: | 122.80 | 47,550.00 |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Billed | Total Amount |
|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 07/13/04 | 09/30/04 | | 268.59 |
| 0885 | LONG-DISTANCE TEL. | 09/30/04 | 09/30/04 | | 3.25 |
| 0895 | TEL CREDIT CARD | 08/06/04 | 08/06/04 | | 28.00 |
| 0917 | WESTLAW ON - LINE RESEARCH | 09/27/04 | 09/30/04 | | 550.99 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 09/28/04 | 09/28/04 | | 56.41 |
| 0930 | MESSENGER/COURIER | 08/13/04 | 08/31/04 | | 27.36 |
| 0940 | CAB FARES | 09/29/04 | 09/29/04 | | 14.00 |
| 0942 | MEALS/IN-HOUSE | 07/01/04 | 07/01/04 | | 14.12 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/23/04 | 08/23/04 | | 14.00 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/04 | 09/30/04 | | 18.48 |
| | | | | Total: | 995.20 |

| | | | | Grand Total | 48,545.20 |

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 01/25/05 15:34:28)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2001 | | | | | | | | |
| YEAR 2002 | | | | | | | | |
| YEAR 2003 | | | | | | | | |
| 01/29/04 | 12/31/03 | 382765 | 143,986.00 | 16,201.41 | | 160,187.41 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 328,428.82 | 27,193.11 | | 355,621.93 | 10/18/04 | |
| 04/30/04 | 02/29/04 | 388529 | 152,550.50 | 5,113.85 | | 157,664.35 | 07/02/04 | |
| 04/30/04 | 03/31/04 | 390208 | 17,595.00 | 1,599.14 | | 19,194.14 | 10/18/04 | |
| 05/27/04 | 04/30/04 | 390208 | 8,979.00 | 436.47 | | 9,415.47 | 10/18/04 | |
| 06/29/04 | 05/31/04 | 391727 | 8,888.00 | 545.85 | | 9,433.85 | 10/18/04 | |
| 07/31/04 | 06/30/04 | 392045 | 13,058.00 | 469.11 | | 13,527.11 | 06/29/04 | |
| | | | 14,373.50 | 389.30 | | .00 | 10/18/04 | 14,762.80 |
| | | | 10,840.00 | 1,279.24 | | 9,951.24 | 10/18/04 | 2,168.00 |

alp_132c: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:28

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   3

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G  &  P A Y M E N T  H I S T O R Y  (Reflects Payments As Of 01/25/05 15:34:28)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 08/23/04 | 06/30/04 | 394084 | 23,202.00 | 172.12 | | 18,733.72 | 11/16/04 | 4,640.40 |
| 11/22/04 | 10/31/04 | 400444 | 128,959.00 | 6,922.76 | | 110,089.96 | | 25,791.80 |
| 12/23/04 | 11/30/04 | 401557 | 153,725.00 | 4,236.79 | | .00 | | 157,961.79 |
| 01/25/05 | 09/30/04 | 396938 | 47,550.00 | 995.20 | | .00 | | 48,545.20 |
| 01/25/05 | 12/31/04 | 403353 | 125,471.50 | 3,246.49 | | .00 | | 128,717.99 |
| | Total: | | 1,177,606.32 | 68,800.84 | | 362,587.98 | | 362,587.98 |

863,819.18

```
alp_112r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1

Run Date & Time: 01/25/2005 15:34:21                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1897448
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE


Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                               PRE-BILLING SUMMARY REPORT

                 UNBILLED TIME FROM:    07/01/2004        TO:    09/30/2004
                 UNBILLED DISB FROM:    07/13/2004        TO:    09/30/2004

                                           FEES                           COSTS

 GROSS BILLABLE AMOUNT:                  6,640.00                         180.51
 AMOUNT WRITTEN DOWN:
            PREMIUM:
 ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:
 CLOSE MATTER/FINAL BILLING?         YES    OR    NO
 EXPECTED DATE OF COLLECTION:                          09/30/2004

 BILLING PARTNER APPROVAL:

 BILLING COMMENTS:                    BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                               ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

 DISBURSEMENTS:                                  UNIDENTIFIED RECEIPTS:          0.00
 FEES:                    19,798.50              PAID FEE RETAINER:             0.00
 FEE RETAINER:             3,519.25              PAID DISB RETAINER:            0.00
 DISB RETAINER:                0.00              TOTAL AVAILABLE FUNDS:         0.00
 TOTAL OUTSTANDING:       23,317.75              TRUST BALANCE:
                                                 BILLING HISTORY
 DATE OF LAST BILL:       01/25/05               LAST PAYMENT DATE:        01/03/05
 LAST BILL NUMBER:        403953                 ACTUAL FEES BILLED TO DATE:     232,348.50
                                                 ON ACCOUNT FEES BILLED TO DATE:      0.00
 LAST BILL THRU DATE:     12/31/04               TOTAL FEES BILLED TO DATE:    232,348.50
                                                 FEES WRITTEN OFF TO DATE:      79,053.50


 FOR ACCTG USE ONLY:            Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee      (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted (5) Business Development      (8) Premium
    (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding      (10) Client Arrangement

 BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

| Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1897448 |
| Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| | Status : ACTIVE |

**B I L L E D   T I M E   S U M M A R Y**

| Emp Id | Employee Name | Group | | --------- Total ----------- | |
| | | | Oldest | Latest | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 05392 | BECKER, GARY M. | CRED | 08/16/04 | 09/28/04 | 1.40 | 693.00 |
| 05646 | KLEIN, DAVID | CRED | 07/01/04 | 08/31/04 | 5.70 | 2,223.00 |
| 05646 | KLEIN, DAVID | CRED | 09/01/04 | 09/28/04 | 2.60 | 1,105.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | CRED | 07/15/04 | 09/30/04 | 13.30 | 2,593.50 |
| 05304 | TORRES, ANTHONY | Lega | 07/13/04 | 07/13/04 | 0.30 | 25.50 |

Total:                                                          23.30    6,640.00

Sub-Total Hours :    0.00 Partners    1.40 Counsels    8.30 Associates    13.30 Legal Assts    0.30 Others

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 07/13/04 | 09/28/04 | 89.42 |
| 0885 | LONG-DISTANCE TEL. | 09/30/04 | 09/30/04 | 3.25 |
| 0895 | TEL CREDIT CARD | 08/06/04 | 08/06/04 | 28.00 |
| 0930 | MESSENGER/COURIER | 08/31/04 | 08/31/04 | 27.36 |
| 0950 | OUT-OF-TOWN TRAVEL | 08/23/04 | 08/23/04 | 14.00 |
| 0972 | DOCUMENT RETRIEVAL FEES | 09/30/04 | 09/30/04 | 18.48 |

Total                                                          180.51

Grand Total                                                    6,820.51

**B I L L I N G   &   P A Y M E N T   H I S T O R Y** (Reflects Payments As of 01/25/05 15:34:21)

| | | | --------- Billed --------- | | Applied | --- Collections --- | Balance |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Total | From OA | Total | Date | Due |
|---|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2001 | | | | | | | | | |
| YEAR 2002 | | | | | | | | | |
| PRIOR TO 2002 | | | 71,036.50 | 8,160.18 | 79,196.68 | | | | |
| YEAR 2003 | | | 63,892.50 | 13,613.26 | 77,505.76 | | | | |
| 01/29/04 | 12/31/03 | 382765 | 42,737.00 | 3,649.07 | 46,386.07 | | | | |
| 02/25/04 | 01/31/04 | 384579 | 6,246.50 | 1,364.34 | 7,610.84 | 02/27/04 | | | |
| 04/30/04 | 02/29/04 | 388529 | 4,124.00 | 436.47 | 4,560.47 | 04/13/04 | | | |
| 05/27/04 | 04/30/04 | 390208 | 2,552.50 | 43.85 | 2,596.35 | 06/29/04 | | | |
| 06/29/04 | 05/31/04 | 391727 | 2,589.00 | 114.15 | 2,703.15 | 08/03/04 | | | |
| 07/31/04 | 06/30/04 | 392045 | 2,331.00 | 13.05 | 2,344.05 | | | | 2,344.05 |
| 08/23/04 | 06/30/04 | 394084 | 3,114.00 | 87.30 | 3,201.30 | 10/18/04 | | | |
| 11/22/04 | 10/31/04 | 400444 | 3,718.50 | 125.39 | 3,843.89 | 11/16/04 | | | |
| 12/23/04 | 11/30/04 | 401557 | 3,344.50 | 4,955.15 | 8,299.65 | 01/03/05 | | | |
| 01/25/05 | 09/30/04 | 396938 | 6,442.00 | 2,303.09 | 8,745.09 | | | | 8,745.09 |
| 01/25/05 | 12/31/04 | 403953 | 6,640.00 | 180.51 | 6,820.51 | | | | 6,820.51 |
| | | | 4,385.50 | 1,022.60 | 5,408.10 | .00 | | | 5,408.10 |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                                    Orig Prtnr : CRED. RGTS - 06975        Proforma Number:        1897448
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:21)

| Bill Date Thru Date Bill# | ----- Billed ----- | | ---- Collections ---- | | Balance |
|---|---|---|---|---|---|
| | Fee & OA | Disbursement | Applied From OA | Total | Date | Due |
| | | | | | | |
| Total: | 223,153.50 | 36,068.41 | | 235,904.16 | | 23,317.75 |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Matter No: 056772-00001            Orig Prtnr : CRED. RGTS - 06975            Proforma Number:            1897448
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CASE ADMINISTRATION        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                Status    : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 07/01/04 | review pleadings/filings distr same as necessary. | 0.30 | 117.00 | 5256936 | 08/03/04 |
| KLEIN, DAVID | 07/06/04 | review pleadings/filings distr same as necessary. | 0.20 | 78.00 | 5256997 | 08/03/04 |
| KLEIN, DAVID | 07/07/04 | review pleadings/filings distr same as necessary. | 0.20 | 78.00 | 5257002 | 08/03/04 |
| TORRES, ANTHONY | 07/13/04 | Scanning documents for E-filing. | 0.30 | 25.50 | 5237444 | 07/23/04 |
| KLEIN, DAVID | 07/14/04 | review pleadings/filings distr same as necessary. | 0.30 | 117.00 | 5257003 | 08/03/04 |
| MANGUAL, KATHLEEN | 07/15/04 | organization of files and index pleadings (1.1) | 1.10 | 214.50 | 5256842 | 08/03/04 |
| KLEIN, DAVID | 07/15/04 | review pleadings/filings distr same as necessary. | 0.20 | 78.00 | 5257001 | 08/03/04 |
| KLEIN, DAVID | 07/20/04 | review pleadings/filings distr same as necessary (0.2); email from K.Mangual re objections, review emails re same (0.3). | 0.50 | 195.00 | 5257000 | 08/03/04 |
| MANGUAL, KATHLEEN | 07/21/04 | update pleadings index and correspondence (1.4) | 1.40 | 273.00 | 5256843 | 08/03/04 |
| KLEIN, DAVID | 07/21/04 | review filings (0.3), email to/from K.Mangual re fee app, email from GMB re same (0.2). | 0.50 | 195.00 | 5256999 | 08/03/04 |
| MANGUAL, KATHLEEN | 07/22/04 | organize and box files for records (3.8) | 3.80 | 741.00 | 5256844 | 08/03/04 |
| KLEIN, DAVID | 07/22/04 | review pleadings/filings distr same as necessary. | 0.10 | 39.00 | 5256998 | 08/03/04 |
| KLEIN, DAVID | 07/27/04 | review pleadings/filings distr same as necessary (0.5); email transcript to GMB (0.1). | 0.60 | 234.00 | 5257005 | 08/03/04 |
| KLEIN, DAVID | 07/28/04 | review filings. | 0.20 | 78.00 | 5257004 | 08/03/04 |
| MANGUAL, KATHLEEN | 08/02/04 | review pacer for April filing date and revise fee app (.20) | 0.20 | 39.00 | 5262555 | 08/06/04 |
| MANGUAL, KATHLEEN | 08/05/04 | organization of files (.90) | 0.90 | 175.50 | 5263667 | 08/09/04 |
| KLEIN, DAVID | 08/05/04 | review pleadings/filings distr same as necessary. | 0.10 | 39.00 | 5257028 | 09/02/04 |
| MANGUAL, KATHLEEN | 08/09/04 | organization of files, update index (1.1) | 1.10 | 214.50 | 5257029 | 09/02/04 |
| KLEIN, DAVID | 08/10/04 | review pleadings/filings distr same as necessary. | 0.30 | 117.00 | 5257026 | 09/02/04 |
| KLEIN, DAVID | 08/11/04 | review pleadings/filings distr same as necessary. | 0.10 | 39.00 | 5257027 | 09/02/04 |
| KLEIN, DAVID | 08/12/04 | review pleadings/filings distr same as necessary. | 0.10 | 39.00 | 5257025 | 09/02/04 |
| BECKER, GARY M. | 08/16/04 | Review hearing docket for 8/27 hearing | 0.20 | 99.00 | 5273580 | 08/18/04 |
| KLEIN, DAVID | 08/16/04 | review pleadings/filings distr same as necessary. | 0.20 | 78.00 | 5273024 | 09/02/04 |
| BECKER, GARY M. | 08/17/04 | Review hearing agenda and conf. local counsel re same | 0.20 | 99.00 | 5273999 | 08/18/04 |
| KLEIN, DAVID | 08/17/04 | review pleadings/filings distr same as necessary. | 0.20 | 78.00 | 5273023 | 09/02/04 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/25/2005 15:34:21

PAGE     5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

| | | | | | | |
|---|---|---|---|---|---|---|
| Orig Prtnr : CRED. RGTS - 06975 | | | | Proforma Number: | | 1897448 |
| Bill Prtnr : BENTLEY PHILIP - 02495 | | | | Bill Frequency: M | | |
| Supv Prtnr : MAYER THOMAS MOERS - 03976 | | | | Status | : ACTIVE | |

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KLEIN, DAVID | 08/18/04 | review pleadings/filings, distr same as necessary. | 0.20 | 78.00 | 5297016 | 09/02/04 |
| KLEIN, DAVID | 08/22/04 | review agenda, summarize same, email to GMB re same. | 0.30 | 117.00 | 5297018 | 09/02/04 |
| KLEIN, DAVID | 08/23/04 | review pleadings/filings, distr same as necessary. | 0.30 | 117.00 | 5297019 | 09/02/04 |
| KLEIN, DAVID | 08/24/04 | email from/to K.Mangual re CNO. | 0.10 | 39.00 | 5297020 | 09/02/04 |
| MANGUAL, KATHLEEN | 08/25/04 | organization of files, update index (1.7) | 1.70 | 331.50 | 5295198 | 09/02/04 |
| KLEIN, DAVID | 08/25/04 | review pleadings/filings, distr same as necessary. | 0.40 | 156.00 | 5297021 | 09/02/04 |
| KLEIN, DAVID | 08/30/04 | reviewed filings. | 0.20 | 78.00 | 5297022 | 09/02/04 |
| KLEIN, DAVID | 08/31/04 | review filings. | 0.10 | 39.00 | 5297023 | 09/02/04 |
| BECKER, GARY M. | 08/31/04 | Email exchange Baer re conference | 0.20 | 99.00 | 5297444 | 09/02/04 |
| KLEIN, DAVID | 09/01/04 | review pleadings/filings, distr same as necessary. | 0.40 | 170.00 | 5068232 | 09/21/04 |
| MANGUAL, KATHLEEN | 09/02/04 | retreival of Informational Brief, Supplemental and Reply Brief per GB (.90) | 0.90 | 175.50 | 5333494 | 10/01/04 |
| KLEIN, DAVID | 09/02/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346875 | 10/12/04 |
| KLEIN, DAVID | 09/03/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346866 | 10/12/04 |
| KLEIN, DAVID | 09/03/04 | receive email/call from S.Gidman re financial advisor, review filings, response re same. | 0.60 | 255.00 | 5346867 | 10/12/04 |
| KLEIN, DAVID | 09/08/04 | review pleadings/filings, distr same as necessary. | 0.10 | 42.50 | 5346868 | 10/12/04 |
| KLEIN, DAVID | 09/09/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346869 | 10/12/04 |
| KLEIN, DAVID | 09/14/04 | review pleadings/filings, distr same as necessary. | 0.50 | 212.50 | 5346855 | 10/12/04 |
| KLEIN, DAVID | 09/21/04 | review pleadings/filings, distr same as necessary. | 0.20 | 85.00 | 5346869 | 10/12/04 |
| MANGUAL, KATHLEEN | 09/22/04 | organization of files (1.1) | 1.10 | 214.50 | 5328184 | 09/30/04 |
| KLEIN, DAVID | 09/22/04 | review filings. | 0.10 | 42.50 | 5346870 | 10/12/04 |
| KLEIN, DAVID | 09/24/04 | review filings. | 0.50 | 247.50 | 5328211 | 10/12/04 |
| BECKER, GARY M. | 09/24/04 | Prepare for omnibus hearing and email local counsel re same. | 0.30 | 148.50 | 5326622 | 09/30/04 |
| BECKER, GARY M. | 09/28/04 | Review new pleadings | 0.30 | 127.50 | 5346871 | 10/12/04 |
| KLEIN, DAVID | 09/28/04 | review pleadings/filings, distr same as necessary. | | | | |
| MANGUAL, KATHLEEN | 09/30/04 | organization of files; chron correspondence and update index (1.1) | 1.10 | 214.50 | 5331325 | 10/01/04 |

Fee Total     23.30     6,640.00

Fee Total     23.30     6,640.00

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    6
Run Date & Time: 01/25/2005 15:34:21                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS - 06975           Proforma Number:        1897448
Client  Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter  Name : CASE ADMINISTRATION                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter  Opened : 07/27/2001                                                                          Status         : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                 Employee            Date        Amount        Index#    Batch No   Batch Date
--------------------             --------            ----        ------        ------    --------   ----------

PHOTOCOPYING
  PHOTOCOPYING       0820         MANGUAL, K M        07/13/04    19.50         6624972   117482     07/15/04
  PHOTOCOPYING                    SELDMAN, E S        08/03/04    25.76         6651100   118659     08/06/04
  PHOTOCOPYING       EMILY        MANGUAL, K M        08/20/04    25.76         6670133   119209     08/23/04
  PHOTOCOPYING       KATHLEEN     MANGUAL, K M        09/28/04    17.02         6711506   120810     09/29/04
  PHOTOCOPYING       KATHLEEN     MANGUAL, K M        09/28/04     1.38         6711507   120810     09/29/04

                     0820 PHOTOCOPYING Total :                    89.42

LONG-DISTANCE TEL.
  LONG-DISTANCE TEL. 0885         BENTLEY, P          09/30/04     3.25         6715846   120965     10/01/04
  4105114170

                     0885 LONG-DISTANCE TEL. Total :              3.25

TEL CREDIT CARD
  TEL CREDIT CARD    0895         BENTLEY, P          08/06/04    28.00         6672232   119259     08/24/04
  TEL CREDIT CARD 07/07/04

                     0895 TEL CREDIT CARD Total :                 28.00

MESSENGER/COURIER    0930
  FEDERAL EXPRESS CORPORAT        MANGUAL, K M        08/13/04     7.78         6662708   118943     08/16/04
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION
  FEDERAL EXPRESS CORPORAT        MANGUAL, K M        08/31/04     9.81         6683282   119534     09/01/04
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION
  FEDERAL EXPRESS CORPORAT        SELDMAN, E S        08/31/04     9.77         6683630   119540     09/01/04
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION

                     0930 MESSENGER/COURIER Total :               27.36

OUT-OF-TOWN TRAVEL   0950
  MARIANNE FERGUSON, CASH         BECKER, G M         08/23/04    14.00         6688421   119980     09/09/04
  OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON,
  CASHIER

                     0950 OUT-OF-TOWN TRAVEL Total :              14.00
```

alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    7
Run Date & Time: 01/25/2005 15:34:21                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975             Proforma Number:       1897448
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code                        Employee           Date        Amount      Index#    Batch No   Batch Date
-------------------------              ----------         ------      --------     -------    --------   ----------
DOCUMENT RETRIEVAL F          0972      PIZZARELLO, C      09/30/04     18.48      6736266     135603     10/18/04
                                        0972 DOCUMENT RETRIEVAL F Total :          18.48

                              Costs Total :                                       180.51

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975          Proforma Number:         1897448
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr  : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status       : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 1.40 | 693.00 | | | | | |
| KLEIN, DAVID | 5.70 | 2,223.00 | | | | | |
| KLEIN, DAVID | 2.60 | 1,105.00 | | | | | |
| MANGUAL, KATHLEEN | 13.30 | 2,593.50 | | | | | |
| TORRES, ANTHONY | 0.30 | 25.50 | | | | | |
| **Total:** | **23.30** | **6,640.00** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 89.42 | | | | | |
| 0885 | LONG-DISTANCE TEL. | 3.25 | | | | | |
| 0895 | TEL CREDIT CARD | 28.00 | | | | | |
| 0930 | MESSENGER/COURIER | 27.36 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 14.00 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 18.48 | | | | | |
| | **Costs Total :** | **180.51** | | | | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Matter No: 056772-00002          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1897449
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

Special Billing Instructions:

---

PRE-BILLING SUMMARY REPORT

|                          | FEES | COSTS | UNAPPLIED CASH |
|--------------------------|------|-------|----------------|
| UNBILLED TIME FROM: 07/12/2004 | TO: 09/30/2004 | | |
| UNBILLED DISB FROM: 07/01/2004 | TO: 09/30/2004 | | |

GROSS BILLABLE AMOUNT:          19,241.00                774.70
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:                      09/30/2004               09/30/2004
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

---

ACCOUNTS RECEIVABLE TOTALS:                              BILLING HISTORY

    FEES:                       37,353.50          UNIDENTIFIED RECEIPTS:       0.00
    DISBURSEMENTS:                 908.04          PAID FEE RETAINER:           0.00
    FEE RETAINER:                    0.00          PAID DISB RETAINER:          0.00
    DISB RETAINER:                   0.00          TOTAL AVAILABLE FUNDS:       0.00
    TOTAL OUTSTANDING:          38,261.54          TRUST BALANCE:
                                                   BILLING HISTORY:

                                                   LAST PAYMENT DATE:       01/03/05
    DATE OF LAST BILL:          01/25/05           LAST FEES BILLED TO DATE:  140,967.50
    LAST BILL NUMBER:           403953             ACTUAL FEES BILLED TO DATE: 140,967.50
                                                   ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                   TOTAL FEES BILLED TO DATE: 140,967.50
    LAST BILL THRU DATE:        12/31/04           FEES WRITTEN OFF TO DATE:  21,567.50

---

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development         (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate            (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____    Processed by:_____    FRC:_____    CRC:_____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 01/25/2005 15:34:21

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:          1897449
Bill Frequency: M

Status : ACTIVE

## BILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Total Billed Amount |
|---|---|---|---|---|---|---|
| 02495 | BENTLEY, PHILIP | CRED | 07/12/04 | 09/24/04 | 6.40 | 3,616.00 |
| 03976 | MAYER, THOMAS MOERS | CRED | 09/07/04 | 09/07/04 | 0.30 | 207.00 |
| 05292 | BECKER, GARY M. | CRED | 07/15/04 | 09/28/04 | 16.40 | 8,118.00 |
| 06208 | DIMOS, BILL | CRED | 09/13/04 | 09/30/04 | 29.20 | 7,300.00 |
| | | | | Total: | 52.30 | 19,241.00 |

Sub-Total Hours :   6.70 Partners   16.40 Counsels   29.20 Associates   0.00 Legal Assts   0.00 Others

## BILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 09/14/04 | 09/30/04 | 153.18 |
| 0917 | WESTLAW ON - LINE RESEARCH | 09/27/04 | 09/30/04 | 550.99 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 09/28/04 | 09/28/04 | 56.41 |
| 0942 | MEALS/IN-HOUSE | 07/01/04 | 07/01/04 | 14.12 |
| | | | Total | 774.70 |

Grand Total    20,015.70

## BILLING & PAYMENT HISTORY (Reflects Payments As of 01/25/05 15:34:21)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2001 | | | 11,113.50 | 1,628.57 | | 12,742.07 | | |
| YEAR 2002 | | | 34,996.50 | 2,032.99 | | 37,029.49 | | |
| YEAR 2003 | | | 21,568.00 | 122.55 | | 21,690.55 | | |
| 01/29/04 | 12/31/03 | 382765 | 2,416.00 | 36.00 | | 2,452.00 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 2,284.00 | .00 | | 2,284.00 | 04/13/04 | |
| 04/30/04 | 02/29/04 | 388529 | 1,717.50 | .00 | | 1,717.50 | 06/29/04 | |
| 05/27/04 | 04/30/04 | 390208 | 4,468.00 | 23.40 | | 4,491.40 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,466.00 | 2.00 | | 2,468.00 | | 2,468.00 |
| 07/31/04 | 06/30/04 | 392045 | 1,789.00 | .00 | | 1,789.00 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 394084 | 5,567.00 | .00 | | 5,567.00 | 11/16/04 | |
| 11/22/04 | 10/31/04 | 400444 | 17,694.50 | 1,855.08 | | 19,549.58 | 01/03/05 | |
| 12/23/04 | 11/30/04 | 401557 | 11,237.00 | 77.94 | | | | 11,314.94 |
| 01/25/05 | 09/30/04 | 396938 | 19,241.00 | 774.00 | | | | 20,015.70 |
| 01/25/05 | 12/31/04 | 403953 | 4,409.50 | 53.40 | | | | 4,462.90 |
| Total: | | | 140,967.50 | 6,606.63 | | 109,312.59 | | 38,261.54 |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    11

Run Date & Time: 01/25/2005 15:34:21                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:     1897449
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE
```

**BILLED TIME DETAIL**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 07/12/04 | Review emails | 0.10 | 56.50 | 5232428 | 07/20/04 |
| BENTLEY, PHILIP | 07/14/04 | Review and edit memo to Committee re Grace's plan proposal | 0.90 | 508.50 | 5234429 | 07/20/04 |
| BECKER, GARY M. | 07/15/04 | Revisions to committee memo re plan proposal (1.8); conf. Bentley re memo (0.3); circulate memo to equity committee (0.2). | 2.30 | 1,138.50 | 5230971 | 07/19/04 |
| BECKER, GARY M. | 08/05/04 | Conf. call with shareholder re case issues and conf. Bentley re same | 1.00 | 495.00 | 5264714 | 08/11/04 |
| BECKER, GARY M. | 08/16/04 | Conf. Grace shareholder re case status (0.3) | 0.30 | 148.50 | 5273581 | 08/18/04 |
| BECKER, GARY M. | 08/20/04 | Prepare for and conf. with T. Weschler and Bentley re various case issues | 1.00 | 495.00 | 5272273 | 08/24/04 |
| BECKER, GARY M. | 08/24/04 | Research and call equity holder re question (0.5) | 0.50 | 247.50 | 5281388 | 08/26/04 |
| BECKER, GARY M. | 08/26/04 | Calls from equity holders and call to T. Weschler re case issues (1.0) | 1.00 | 495.00 | 5289891 | 08/31/04 |
| BECKER, GARY M. | 09/02/04 | Exchange email with Weschler re bonus motion and re upcoming committee call (0.3); conf. individual equity holder re tax issues and conf. second equity holder re case status (0.6); conf. equity holder re case status (0.3) | 1.20 | 594.00 | 5306423 | 09/21/04 |
| BECKER, GARY M. | 09/03/04 | Conf. with equity holder re various case issues. | 0.60 | 297.00 | 5310067 | 09/21/04 |
| BECKER, GARY M. | 09/07/04 | Send Grace docs to equity holder (0.3); conf. with three separate equity holders re case development (1.0); review info received from Weschler re company performance (0.3) | 1.60 | 732.00 | 5306424 | 09/21/04 |
| MAYER, THOMAS MOERS | 09/07/04 | Voice mails to and from S. Gidumal, new W.R. Grace shareholder, directing he contact T. Weschler for information; call with A. Cohen of York Capital re status of case, again refer him to Weschler. | 0.30 | 207.00 | 5309039 | 09/21/04 |
| BENTLEY, PHILIP | 09/09/04 | Committee call (1.3) and prep for same (0.4) | 1.70 | 960.50 | 5308713 | 09/21/04 |
| BECKER, GARY M. | 09/09/04 | Conf. with 2 different equity holders re case issues (0.8); prepare for and conf. with Equity Committee (1.6); direction to Dimos re corporate control research (0.4). | 2.80 | 1,386.00 | 5310068 | 09/21/04 |
| DIMOS, BILL | 09/13/04 | Research regarding corporate control issues in bankruptcy. | 4.00 | 1,000.00 | 5312442 | 09/21/04 |
| BENTLEY, PHILIP | 09/13/04 | Review recent letter re fee issues | 0.10 | 56.50 | 5321733 | 09/28/04 |
| DIMOS, BILL | 09/14/04 | Finished short memo on corporate control issues in bankruptcy proceedings. | 2.00 | 500.00 | 5312443 | 09/21/04 |
| BECKER, GARY M. | 09/16/04 | Conf. with equity holders re various case issues. | 0.80 | 396.00 | 5316060 | 09/23/04 |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:21

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      1897449
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status        : ACTIVE

B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| DIMOS, BILL | 09/17/04 | Edited memo on shareholder "control rights" in midst of a bankruptcy proceeding. Did additional research for cases in the third circuit following Manville holding on "clear abuse" standard and weaved them into the existing memo. | 4.80 | 1,200.00 | 5312441 | 09/21/04 | |
| BENTLEY, PHILIP | 09/20/04 | Trade voicemails | 0.10 | 56.50 | 5321732 | 09/28/04 | |
| BENTLEY, PHILIP | 09/21/04 | Analyze corp. governance issues, and review and comment on draft memo re same | 0.50 | 282.50 | 5321730 | 09/28/04 | |
| BECKER, GARY M. | 09/22/04 | Conf. Bentley re memo re corporate governance and hearing attendance(0.4); conf. x2 with Grace equity holders re case issues (0.6) | 1.30 | 643.50 | 5316059 | 09/23/04 | |
| BENTLEY, PHILIP | 09/22/04 | Analyze corp. governance issues, review Key cases, and discs GB | 2.90 | 1,638.50 | 5321731 | 09/28/04 | |
| DIMOS, BILL | 09/23/04 | Reviewed corporate "control issues" memo and made necessary revisions. | 2.50 | 625.00 | 5317925 | 09/24/04 | |
| BECKER, GARY M. | 09/23/04 | Review memo re corporate governance and meeting with Dimos re same (1.0); conf. Grace equity holder re case issues (0.6). | 1.60 | 792.00 | 5328212 | 09/30/04 | |
| DIMOS, BILL | 09/24/04 | Edits and further research in preparation for corporate control issues of shareholders in Chapter XI bankruptcy proceedings. | 1.00 | 250.00 | 5319181 | 09/27/04 | |
| BENTLEY, PHILIP | 09/24/04 | Review recent pleadings | 0.10 | 56.50 | 5321729 | 09/28/04 | |
| DIMOS, BILL | 09/27/04 | Edited memo on shareholder control issues in bankruptcy proceedings. | 2.10 | 525.00 | 5321730 | 10/01/04 | |
| BECKER, GARY M. | 09/28/04 | Conf. Equity holder re various case issues | 0.40 | 198.00 | 5326683 | 09/30/04 | |
| DIMOS, BILL | 09/28/04 | Edits to shareholder control issues in bankruptcy proceeding. | 4.00 | 1,000.00 | 5323393 | 10/01/04 | |
| DIMOS, BILL | 09/29/04 | Edited memo on shareholder control issue in bankruptcy proceeding. | 3.50 | 875.00 | 5323394 | 10/01/04 | |
| DIMOS, BILL | 09/30/04 | Continued to work on the memo on shareholder control issues in bankruptcy proceedings. | 5.30 | 1,325.00 | 5323395 | 10/01/04 | |

Fee Total                                                  52.30    19,241.00

Fee Total                                                  52.30    19,241.00

B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|