```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    13
Run Date & Time: 01/25/2005 15:34:21                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:  1897449
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      :  ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING                     0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/14/04 | 0.92 | 6696109 | 120301 | 09/17/04 |
| PHOTOCOPYING | BENTLEY PHILIP | 09/14/04 | | 6696110 | 120301 | 09/17/04 |
| PHOTOCOPYING | DIMOS, B D | 09/14/04 | 9.66 | | | |
| DIMOS BILL | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/14/04 | 2.30 | 6696111 | 120301 | 09/17/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | DIMOS, B D | 09/15/04 | 0.23 | 6696112 | 120301 | 09/17/04 |
| DIMOS BILL | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/23/04 | 5.98 | 6706358 | 120631 | 09/24/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 09/28/04 | 1.84 | 6711508 | 120810 | 09/29/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | DIMOS, B D | 09/30/04 | 132.25 | 6717901 | 121082 | 10/05/04 |
| DIMOS BILL | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 153.18 | | | |
| | | | | | | |
| WESTLAW ON - LINE RE            0917 | | | | | | |
| WESTLAW ON - LINE RE | DIMOS, B D | 09/27/04 | 86.25 | 6720009 | 121444 | 10/06/04 |
| WESTLAW ON - LINE RE | DIMOS, B D | 09/27/04 | 115.73 | 6720010 | 121444 | 10/06/04 |
| WESTLAW ON - LINE RE | DIMOS, B D | 09/30/04 | 165.53 | 6720011 | 121444 | 10/06/04 |
| WESTLAW ON - LINE RE | DIMOS, B D | 09/30/04 | 183.48 | 6720012 | 121444 | 10/06/04 |
| 0917 WESTLAW ON - LINE RE Total : | | | 550.99 | | | |
| | | | | | | |
| LEXIS / NEXIS ON -L             0921 | | | | | | |
| LEXIS / NEXIS ON -LINE RESEARCH | DIMOS, B D | 09/28/04 | 56.41 | 6719353 | 121434 | 10/06/04 |
| 0921 LEXIS / NEXIS ON -L Total : | | | 56.41 | | | |
| | | | | | | |
| MEALS/IN-HOUSE                  0942 | | | | | | |
| MARIANNE FERGUSON, CASHI | HENDLER, S L | 07/01/04 | 14.12 | 6615699 | 117200 | 07/08/04 |
| MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| 0942 MEALS/IN-HOUSE Total : | | | 14.12 | | | |

```
                                                      Costs Total :       774.70
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   14
Run Date & Time: 01/25/2005 15:34:21                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   1897449
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours      Amount         Bill         W/o / W/u         Transfer To      Clnt/Mtr     Carry Forward
-------------                    -----      ------         ----         ---------         -----------      --------     -------------
BENTLEY, PHILIP                   6.40    3,616.00
MAYER, THOMAS MOERS               0.30      207.00
BECKER, GARY M.                  16.40    8,118.00
DIMOS, BILL                      29.20    7,300.00
        Total:                   52.30   19,241.00

    B I L L E D   C O S T S   S U M M A R Y
Code Description                           Amount         Bill         W/o / W/u         Transfer To      Clnt/Mtr     Carry Forward
----------------                           ------         ----         ---------         -----------      --------     -------------
0820 PHOTOCOPYING                          153.18
0917 WESTLAW ON-LINE RESEARC               550.99
0921 LEXIS / NEXIS ON-LINE R                56.41
0942 MEALS/IN-HOUSE                         14.12
        Costs Total :              774.70
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/25/2005 15:34:21

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                 Orig Prtnr : CRED. RGTS    - 06975    Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FINANCING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:                               TO:
          UNBILLED DISB FROM:                               TO:

                                          FEES                              COSTS
                                          ----                              -----

          GROSS BILLABLE AMOUNT:          0.00                              0.00
          AMOUNT WRITTEN DOWN:
                        PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
                    THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                         ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                         --------------------------                      --------------

          FEES:                              0.00      UNIDENTIFIED RECEIPTS:       0.00
          DISBURSEMENTS:                    44.63      PAID FEE RETAINER:           0.00
          FEE RETAINER:                      0.00      PAID DISB RETAINER:          0.00
          DISB RETAINER:                     0.00      TOTAL AVAILABLE FUNDS:       0.00
          TOTAL OUTSTANDING:                44.63
                                                       TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
          DATE OF LAST BILL:             01/25/05        LAST PAYMENT DATE:     12/26/03
          LAST BILL NUMBER:               403953  ACTUAL FEES BILLED TO DATE:     179.00
                                                ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                       PAID DISB RETAINER:          0.00
                                                   TOTAL FEES BILLED TO DATE:     179.00
          LAST BILL THRU DATE:                       FEES WRITTEN OFF TO DATE:    592.00

FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
     (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
     (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding     (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                               PAGE  16
Run Date & Time: 01/25/2005 15:34:21

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:21)
                                ------------Billed--------------    ----Collections----    Balance
Bill Date Thru Date  Bill#       Fee & OA    Disbursement  From OA    Total      Date        Due
-------------------  -----      ---------   ------------  --------  ---------  ---------   --------
                     YEAR 2002       .00         31.64                 31.64
                     YEAR 2003    179.00           .00                179.00                 44.63
01/25/05 12/31/04 403953              .00         44.63                  .00                 44.63

                                 --------    ---------              ---------              --------
              Total:              179.00         76.27                210.64                 44.63
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   17
Run Date & Time: 01/25/2005 15:34:21                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                  Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:   1897450
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:

                                         PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   07/02/2004                              TO:    09/30/2004
UNBILLED DISB FROM:                                           TO:

                                FEES                     COSTS
                                -----                    -----
GROSS BILLABLE AMOUNT:        2,128.50                    0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
DEDUCTED FROM PAID RETAINER:
ON ACCOUNT BILLED:
AMOUNT BILLED:
THRU DATE:                    09/30/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                    ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                    --------------------------                    --------------
          FEES:            68,325.00         UNIDENTIFIED RECEIPTS:    0.00
  DISBURSEMENTS:            1,227.32         PAID FEE RETAINER:        0.00
  FEE RETAINER:                 0.00         PAID DISB RETAINER:       0.00
  DISB RETAINER:                0.00         TOTAL AVAILABLE FUNDS:    0.00
TOTAL OUTSTANDING:         69,552.32         TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
DATE OF LAST BILL:         01/25/05          LAST PAYMENT DATE:             01/03/05
LAST BILL NUMBER:           403953           ACTUAL FEES BILLED TO DATE:   105,685.00
                                             ON ACCOUNT FEES BILLED TO DATE:     0.00
                                             PAID DISB BILLED TO DATE:           0.00
                                             TOTAL FEES BILLED TO DATE:    105,685.00
LAST BILL THRU DATE:       12/31/04          FEES WRITTEN OFF TO DATE:         444.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development    (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____   Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    18
Run Date & Time: 01/25/2005 15:34:21                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    1897450
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status        : ACTIVE
```

```
                                                   ----------- Total Billed -----------------
Emp Id Employee Name                    Group      Oldest     Latest      Hours        Amount

05292   BECKER, GARY M.                  CRED       07/02/04   09/30/04     4.30       2,128.50

                              Total:                                        4.30       2,128.50

Sub-Total Hours :     0.00 Partners    4.30 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others
```

```
BILLING & PAYMENT HISTORY (Reflects Payments As Of 01/25/05 15:34:21)
                          ------ Billed --------    ---- Applied ----    --- Collections ----
Bill Date Thru Date Bill#   Fee & OA  Disbursement  From OA     Total             Date          Balance Due

YEAR 2002                   1,450.00        198.00
YEAR 2003                  16,218.50           .00
01/29/04 12/31/03 382765    3,544.50          1.80                      1,648.00
02/25/04 01/31/04 384579      261.50           .00                     16,218.50
04/30/04 02/29/04 388529    2,233.00          4.50                      3,546.30   02/27/04
05/27/04 04/30/04 390208    1,039.50          4.05                        261.50   04/13/04
06/29/04 05/31/04 391727    2,827.50           .00                      2,237.50   06/29/04
07/31/04 06/30/04 392045    1,667.50           .00                      1,043.55   08/03/04
08/23/04 06/30/04 394084    1,138.50           .00                                                2,827.50
11/22/04 10/31/04 400444    9,807.00          4.87                      1,667.50   10/18/04
12/23/04 11/30/04 401557   35,374.00        883.42                      1,138.50   11/16/04
01/25/05 09/30/04 396938    2,128.50           .00                      9,811.87   01/03/05
01/25/05 12/31/04 403953   27,995.00        343.90                            .00                36,257.42
                                                                              .00                 2,128.50
                                                                              .00                28,338.90

Total:                    105,685.00      1,440.54                     37,573.22                 69,552.32
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE   19
Run Date & Time: 01/25/2005 15:34:21

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:   1897450
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

   B I L L E D    T I M E    D E T A I L
Employee Name               Work Date    Description                                           Hours      Amount     Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.             07/02/04     Review future rep motions to appoint                   0.90      445.50    5226404   07/13/04
                                         professionals and email to Committee chair re
                                         same.
BECKER, GARY M.             07/13/04     Review hearing agenda for July 19th hearing and        0.50      247.50    5230972   07/19/04
                                         exchange emails with local counsel re same.
BECKER, GARY M.             08/24/04     Review motion to increase ZAI budget and email         0.40      198.00    5281389   08/26/04
                                         to Bentley re same
BECKER, GARY M.             09/29/04     Review debtors motion re IRS settlement and            1.50      742.50    5328213   09/30/04
                                         motion re Honeywell settlement (1.0); memo to
                                         Bentley and Weschler re same (0.5).
BECKER, GARY M.             09/30/04     Review new motions by debtor and prepare memo          1.00      495.00    5333530   10/01/04
                                         to Weschler re same (1.0)

                                                              Fee Total                         4.30    2,128.50

                                                              Fee Total                         4.30    2,128.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    20
Run Date & Time: 01/25/2005 15:34:21

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                 Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    1897450
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y   -------------------- Total Billed --------------------
Employee Name                  Hours          Amount         Bill         W/o / W/u     Transfer To     Clnt/Mtr   Carry Forward
-------------------------  -----------  --------------  -----------  -------------  --------------  ------------  -------------
BECKER, GARY M.                   4.30        2,128.50

           Total:                 4.30        2,128.50
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE   21
Run Date & Time: 01/25/2005 15:34:21

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                  Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   1897451
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:  09/30/2004                    TO:  09/30/2004
         UNBILLED DISB FROM:                                TO:

                                    FEES                                COSTS
                                  --------                            --------

      GROSS BILLABLE AMOUNT:         169.50                              0.00
      AMOUNT WRITTEN DOWN:
                  PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
               THRU DATE:           09/30/2004
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                          --------------------------                 --------------

              FEES:            48,752.50      UNIDENTIFIED RECEIPTS:       0.00
     DISBURSEMENTS:               540.07      PAID FEE RETAINER:           0.00
     FEE RETAINER:                  0.00      PAID DISB RETAINER:          0.00
     DISB RETAINER:                 0.00      TOTAL AVAILABLE FUNDS:       0.00
TOTAL OUTSTANDING:             49,292.57      TRUST BALANCE:
                                              BILLING HISTORY
                                              ---------------
DATE OF LAST BILL:               01/25/05                LAST PAYMENT DATE:         01/03/05
LAST BILL NUMBER:                403953        ACTUAL FEES BILLED TO DATE:         79,220.00
                                               ON ACCOUNT FEES BILLED TO DATE:         0.00
                                               TOTAL FEES BILLED TO DATE:         79,220.00
LAST BILL THRU DATE:           12/31/04        FEES WRITTEN OFF TO DATE:               0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (4) Excessive Legal Time     (7) Fixed Fee
        (2) Late Time & Costs Posted     (5) Business Development     (8) Premium
        (3) Pre-arranged Discount        (6) Summer Associate         (9) Rounding             (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____  Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   22
Run Date & Time: 01/25/2005 15:34:21

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                 Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    1897451
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

   B I L L E D    T I M E    S U M M A R Y  ------------------------------ Total Billed ------------------------------
Emp Id Employee Name                  Group             Oldest        Latest             Hours             Amount

02495  BENTLEY, PHILIP                CRED             09/30/04      09/30/04              0.30             169.50

                         Total:                                                            0.30             169.50

Sub-Total Hours :     0.30 Partners      0.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others


   B I L L I N G  &  P A Y M E N T    H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:21)
                                                   ------- Billed --------        ---- Applied ----     ---- Collections ----
Bill Date Thru Date Bill#              Fee & OA    Disbursement    From OA        Total          Date                Balance Due

   YEAR 2003                             157.50            .00                   157.50
11/22/04 10/31/04  400444              30,310.00            .89                30,310.89    01/03/05
12/23/04 11/30/04  401557              26,346.50         345.98                     .00                              26,692.48
01/25/05 09/30/04  396938                 169.50            .00                     .00                                 169.50
01/25/05 12/31/04  403953              22,236.50         194.09                     .00                              22,430.59

            Total:                     79,220.00         540.96               30,468.39                              49,292.57
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE    23
Run Date & Time: 01/25/2005 15:34:22

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1897451
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

       B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                   Hours     Amount    Index#   Batch Date
-------------            ---------    -----------                                   -----     ------    ------   ----------
BENTLEY, PHILIP          09/30/04     Discs D. Siegel and voicemail re debtors' draft 0.30    169.50   5329306  10/01/04
                                      plan

                                                                          Fee Total    0.30    169.50

                                                                 Fee Total             0.30    169.50
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   24
Run Date & Time: 01/25/2005 15:34:22                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:   1897451
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                 Bill       W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward
Employee Name              Hours          Amount
-------------             -------        --------

BENTLEY, PHILIP            0.30           169.50

        Total:             0.30           169.50
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE  25
Run Date & Time: 01/25/2005 15:34:22

                                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:     1897452
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------

                                            PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:     07/13/2004          TO:  09/29/2004
         UNBILLED DISB FROM:                         TO:

                                       FEES                         COSTS
                                       ----                         -----

  GROSS BILLABLE AMOUNT:             2,470.50                         0.00
  AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:           09/29/2004
 CLOSE MATTER/FINAL BILLING?      YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:

 BILLING COMMENTS:                 BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

-----------------------------------------------------------------------------------------------------------------------------------
                                         ACCOUNTS RECEIVABLE TOTALS                 UNAPPLIED CASH
                                         --------------------------                 --------------

              FEES:                            4,623.00       UNIDENTIFIED RECEIPTS:       0.00
     DISBURSEMENTS:                                0.00       PAID FEE RETAINER:           0.00
      FEE RETAINER:                                0.00       PAID DISB RETAINER:          0.00
     DISB RETAINER:                                0.00       TOTAL AVAILABLE FUNDS:       0.00
  TOTAL OUTSTANDING:                          4,623.00        TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ---------------
    DATE OF LAST BILL:           01/25/05                     LAST PAYMENT DATE:       01/03/05
    LAST BILL NUMBER:              403953    ACTUAL FEES BILLED TO DATE:              66,796.00
                                             ON ACCOUNT FEES BILLED TO DATE:               0.00
                                             PAID DISB RETAINER:                           0.00
                                             TOTAL FEES BILLED TO DATE:               66,796.00
    LAST BILL THRU DATE:         12/31/04    FEES WRITTEN OFF TO DATE:                   222.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____    Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    26
Run Date & Time: 01/25/2005 15:34:22                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                                          Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:   1897452
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y  -------------------- Total Billed --------------------
Emp Id Employee Name             Group            Oldest      Latest        Hours           Amount
------ -------------             -----            ------      ------        -----           ------
05292  BECKER, GARY M.           CRED             07/13/04    09/27/04       1.80           891.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN         CRED             07/13/04    09/29/04       6.30         1,228.50
05623  COTTO, LISA               CRED             09/27/04    09/27/04       1.00           195.00
06091  SHEA, JAMES               CRED             08/02/04    08/02/04       0.80           156.00

                         Total:                                              9.90         2,470.50

Sub-Total Hours  :    0.00 Partners         1.80 Counsels        0.00 Associates       8.10 Legal Assts    0.00 Others

   B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:22)
                                      ------- Billed --------   ---- Applied ----   ---- Collections ----       Balance
Bill Date Thru Date Bill#             Fee & OA   Disbursement   From OA      Total                 Date             Due
--------- --------- -----             --------   ------------   -------      -----                 ----             ---
PRIOR TO 2001                        10,165.00         191.48       .00   10,356.48
  YEAR 2002                          33,105.00         183.14       .00   33,288.14
  YEAR 2003                          10,325.00          53.60       .00   10,378.60
01/29/04 12/31/03  382765             2,080.00            .00       .00    2,080.00  07/02/04
02/25/04 01/31/04  384579             1,758.00            .00       .00    1,758.00  10/18/04
04/30/04 02/29/04  388529               951.00            .00       .00      951.00  10/18/04
05/27/04 04/30/04  390208                78.00            .00       .00       78.00  08/03/04
07/31/04 06/30/04  392045               939.00            .00       .00      939.00  10/18/04
08/23/04 06/30/04  394084             1,170.00            .00       .00    1,170.00  11/16/04
11/22/04 10/31/04  400444             1,602.00           9.56       .00    1,611.56  01/03/05
12/23/04 11/30/04  401557             1,150.50            .00       .00          .00                            1,150.50
01/25/05 09/30/04  396938             2,470.50            .00       .00          .00                            2,470.50
01/25/05 12/31/04  403953             1,002.00            .00       .00          .00                            1,002.00

                          Total:     66,796.00         437.78                                                   4,623.00
                                                                        62,610.78
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    27
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/25/2005 15:34:22

Matter No: 056772-00008                                    Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:    1897452
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                           Hours       Amount    Index#    Batch Date

BECKER, GARY M.        07/13/04     Review and execute monthly fee application and         0.40       198.00    5230973   07/19/04
                                    conf. with Mangual re same.
MANGUAL, KATHLEEN      07/13/04     various disc and email exchange with accounting        3.60       702.00    5240341   07/27/04
                                    re: time detail and charts for interim (.40);
                                    email exchanges with local counsel (.30); draft
                                    KL 12th Interim fee application (1.8);
                                    preparation of such for filing and dist to
                                    local counsel (.40); convert application into
                                    word and email such to fee auditor (.40); draft
                                    cover ltr to local counsel re: original fee app
                                    (.30)
MANGUAL, KATHLEEN      07/21/04     confirm w/ DK & GB no objections filed (.10);          0.20        39.00    5256845   08/03/04
                                    email local counsel (.10)
BECKER, GARY M.        08/02/04     Review and revise June fee invoice                     0.30       148.50    5260272   08/06/04
SHEA, JAMES            08/02/04     Prepare May Monthly Fee Application (0.8)              0.80       156.00    5261005   08/06/04
BECKER, GARY M.        08/03/04     Review and execute monthly fee application             0.40       198.00    5260273   08/06/04
BECKER, GARY M.        08/10/04     Review and revise July invoice.                        0.40       198.00    5265534   08/11/04
MANGUAL, KATHLEEN      08/20/04     draft and revise KL June Monthly fee app; draft        2.10       409.50    5295200   09/02/04
                                    cover ltr and send to local counsel (1.2);
                                    continue to revise interim fee applications
                                    (.90)
BECKER, GARY M.        09/27/04     Review monthly fee application and conf.               0.30       148.50    5328214   09/30/04
                                    Mangual re same.
COTTO, LISA            09/27/04     draft fee application (.4); t/c with accounting        1.00       195.00    5331931   10/01/04
                                    re: payments received (.1); review docket for
                                    information (.1); review and make revisions
                                    (.3); organize and deliver to attorney (.1).
MANGUAL, KATHLEEN      09/29/04     final revisions to July Monthly, attend to             0.40        78.00    5328185   09/30/04
                                    service to local counsel, draft cover ltr (.40)

                                                                              Fee Total    9.90      2,470.50

                                                                              Fee Total    9.90      2,470.50
```