```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/25/2005 15:34:22

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   1897452
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y                    ----------- Total Billed ------------
Employee Name                Hours        Amount        Bill          W/o / W/u       Transfer To   Clnt/Mtr  Carry Forward
-----------------            -----        ------        ----          ---------       -----------   --------  -------------
BECKER, GARY M.               1.80         891.00
MANGUAL, KATHLEEN             6.30       1,228.50
COTTO, LISA                   1.00         195.00
SHEA, JAMES                   0.80         156.00
         Total:               9.90       2,470.50
```

PAGE   28

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE  29
Run Date & Time: 01/25/2005 15:34:22

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                  Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

Special Billing Instructions:
=============================================================================================================================================

                                          PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                              TO:
       UNBILLED DISB FROM:                              TO:

                                       FEES                          COSTS

GROSS BILLABLE AMOUNT:                 0.00                          0.00
  AMOUNT WRITTEN DOWN:
           PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
     AMOUNT BILLED:
       THRU DATE:
CLOSE MATTER/FINAL BILLING?           YES OR NO
EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:
--------------------------------------------------------------------------------------------------------------------------------

                                           ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                           --------------------------                   --------------

         FEES:                136.50        UNIDENTIFIED RECEIPTS:         0.00
  DISBURSEMENTS:                0.00        PAID FEE RETAINER:             0.00
   FEE RETAINER:                0.00        PAID DISB RETAINER:            0.00
  DISB RETAINER:                0.00        TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:            136.50        TRUST BALANCE:
                                            BILLING HISTORY
                                            ---------------
                                            LAST PAYMENT DATE:       09/13/02
  DATE OF LAST BILL:      01/25/05          LAST FEE BILLED TO DATE:  5,569.00
  LAST BILL NUMBER:       391727            ACTUAL FEES BILLED TO DATE:    0.00
                                            ON ACCOUNT FEES BILLED TO DATE: 0.00
                                            PAID DISB BILLED TO DATE:      0.00
  LAST BILL THRU DATE:    05/31/04          TOTAL FEES BILLED TO DATE: 5,569.00
                                            FEES WRITTEN OFF TO DATE:    150.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee             (4) Excessive Legal Time       (7) Fixed Fee
  (2) Late Time & Costs Posted       (5) Business Development       (8) Premium
  (3) Pre-arranged Discount          (6) Summer Associate           (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                      PAGE  30
Run Date & Time: 01/25/2005 15:34:22

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00009                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status    : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:22)
                              ------------ Billed -----------    ------- Collections -------
Bill Date Thru Date Bill#     Fee & OA          Disbursement     Applied         Total       Balance
                                                                 From OA         Date        Due
PRIOR TO 2001                 5,432.50          120.78           5,553.28                    
YEAR 2002                           .00              .00               .00                   
06/29/04 05/31/04 391727        136.50              .00                .00                   136.50

           Total:             5,569.00          120.78           5,553.28                    136.50
```

```
alp_132r: Billed Charges Analysis                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    31
Run Date & Time: 01/25/2005 15:34:22                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                  Orig Prtnr : CRED. RGTS - 06975      Proforma Number:    1897454
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

Special Billing Instructions:

                                      PRE-BILLING SUMMARY REPORT

 UNBILLED TIME FROM:   07/16/2004              TO: 09/28/2004
 UNBILLED DISB FROM:   08/27/2004              TO: 09/22/2004

                              FEES                             COSTS

 GROSS BILLABLE AMOUNT:     3,405.00                           25.99
 AMOUNT WRITTEN DOWN:
         PREMIUM:
 ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
 AMOUNT BILLED:
 THRU DATE:                09/28/2004                       09/22/2004
 CLOSE MATTER/FINAL BILLING? YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:
                          BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:




                                            ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                    FEES:            108,163.40       UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:              1,646.89       PAID FEE RETAINER:            0.00
           FEE RETAINER:                   0.00       PAID DISB RETAINER:           0.00
          DISB RETAINER:                   0.00       TOTAL AVAILABLE FUNDS:        0.00
       TOTAL OUTSTANDING:            109,810.29       TRUST BALANCE:
                                                      BILLING HISTORY

     DATE OF LAST BILL:    01/25/05             LAST PAYMENT DATE:            01/03/05
     LAST BILL NUMBER:      403953              ACTUAL FEES BILLED TO DATE:  316,813.50
                                                ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE:   316,813.50
     LAST BILL THRU DATE:   12/31/04            FEES WRITTEN OFF TO DATE:      4,417.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
   (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding          (10) Client Arrangement


BILL NUMBER: _____  DATE OF BILL: _____ Processed by: _____ FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    32
Run Date & Time: 01/25/2005 15:34:22                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                       Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  1897454
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status        : ACTIVE

   B I L L E D   T I M E   S U M M A R Y    -------------------------- Total Billed ----------------------------
Emp Id Employee Name                   Group         Oldest         Latest            Hours              Amount
                                                     ------         ------            -----              ------
02495  BENTLEY, PHILIP                  CRED         07/30/04       09/08/04           4.80            2,712.00
05292  BECKER, GARY M.                  CRED         07/16/04       09/28/04           1.40              693.00

                      Total:                                                           6.20            3,405.00


   B I L L E D   C O S T S   S U M M A R Y   -------------------------- Total Billed ----------------------------
Code  Description                                    Oldest         Latest                               Total
                                                     Entry          Entry                               Amount
                                                     ------         ------                              ------
0820  PHOTOCOPYING                                   08/27/04       09/22/04                             25.99

                      Total                                                                              25.99

                      Grand Total                                                                     3,430.99
                                                                                                      ========

Sub-Total Hours :   4.80 Partners       1.40 Counsels        0.00 Associates    0.00 Legal Assts    0.00 Others


   B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:22)
                   ------- Billed --------           -------- Applied ---------      --- Collections ---          Balance
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement   From OA    Total             Date                       Due
---------  ---------  -----    --------    ------------   -------    -----             ----                       ---

PRIOR TO 2001                 44,026.00        5,710.65                               49,736.65
YEAR 2002                     78,495.50        6,087.88                               84,583.38
YEAR 2003                     42,529.00           44.28                               42,573.28
01/29/04  12/31/03  382765       582.00             .00                 582.00 07/02/04
02/25/04  01/31/04  384579        56.50             .00                  56.50 10/18/04
04/30/04  02/29/04  388529       247.50                                 247.50 10/18/04
05/27/04  04/30/04  390208     2,282.00           48.51               2,330.51 08/03/04
06/29/04  05/31/04  391727     2,205.50          110.25                 745.00 10/18/04         2,315.75
07/31/04  06/30/04  392045           .00          18.84                  18.84 10/18/04
08/23/04  06/30/04  394084    11,360.50           22.83               6,990.43 11/16/04         4,392.90
11/22/04  10/31/04  400444    33,341.50             .00              33,341.50 01/03/05
12/23/04  11/30/04  401557    61,107.50          103.48                    .00                 61,210.98
01/25/05  09/30/04  396938     3,405.00           25.99                    .00                  3,430.99
01/25/05  12/31/04  403953    37,052.50        1,407.17                    .00                 38,459.67

                    Total:   316,691.00       14,077.38             220,958.09                109,810.29
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    33
Run Date & Time: 01/25/2005 15:34:22                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:    1897454
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE


B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                                 Hours    Amount    Index#    Batch Date

BECKER, GARY M.            07/16/04     Review asbestos legislation                                  0.50    247.50    5255237   08/02/04
BENTLEY, PHILIP            07/30/04     Conf Highbridge Partners re case status                      0.30    169.50    5254080   08/02/04
BENTLEY, PHILIP            08/05/04     Trade voicemails with GB                                     0.10     56.50    5262902   08/09/04
BENTLEY, PHILIP            08/16/04     Discs MDB and voicemail re asbestos issues                   0.50    282.50    5276358   08/20/04
BECKER, GARY M.            08/20/04     Review new radiology study                                   0.50    247.50    5279274   08/24/04
BENTLEY, PHILIP            08/20/04     Discs TW, GB and voicemail re pain and asbestos              1.50    847.50    5287818   08/30/04
                                        issues
BENTLEY, PHILIP            08/23/04     Discs GAH, TW and GB and review notes re                     0.80    452.00    5287816   08/30/04
                                        asbestos issues
BENTLEY, PHILIP            08/24/04     Review materials re asbestos issues                          0.30    169.50    5287817   08/30/04
BENTLEY, PHILIP            09/05/04     Review emails                                                0.10     56.50    5308715   09/21/04
BENTLEY, PHILIP            09/08/04     Conf call with Kirland & Ellis, and trade                    1.20    678.00    5308714   09/21/04
                                        voicemails, re plan /asbestos issues
BECKER, GARY M.            09/28/04     Conf. Bentley re asbestos issues                             0.40    198.00    5326684   09/30/04

                                                                          Fee Total                  6.20    3,405.00


B I L L E D   C O S T S   D E T A I L
Description/Code                                Employee           Date         Amount    Index#    Batch No  Batch Date

PHOTOCOPYING
   PHOTOCOPYING                 0820
       PHOTOCOPYING                             BENTLEY, P         08/27/04       4.14    6678131    119471   08/31/04
       PHOTOCOPYING                             BENTLEY, P         08/30/04       0.23    6678132    119471   08/31/04
       PHOTOCOPYING                             BENTLEY, P         09/21/04       9.20    6702814    120449   09/22/04
       PHOTOCOPYING                             BENTLEY, P         09/21/04       6.44    6702815    120449   09/22/04
       PHOTOCOPYING                             BENTLEY, P         09/21/04       0.23    6702816    120449   09/22/04
       PHOTOCOPYING                             BENTLEY, P         09/21/04       1.15    6702817    120449   09/22/04
       PHOTOCOPYING                             BENTLEY, P         09/21/04       1.84    6702818    120449   09/22/04
       PHOTOCOPYING                             BENTLEY, P         09/22/04       2.76    6705514    120618   09/23/04
                                                0820 PHOTOCOPYING Total :        25.99
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE   34
Run Date & Time: 01/25/2005 15:34:22

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS - 06975                   Proforma Number:    1897454
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr  : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status         : ACTIVE

     BILLED    COSTS    DETAIL
Description/Code                                     Employee            Date           Amount        Index#   Batch No    Batch Date
--------------------------------------------------   ----------         -------         ------        ------   --------    ----------


             Costs Total :                                                               25.99
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    35
Run Date & Time: 01/25/2005 15:34:22                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:  1897454
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE
```

### BILLED TIME SUMMARY

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 4.80 | 2,712.00 | | | | |
| BECKER, GARY M. | 1.40 | 693.00 | | | | |
| Total: | 6.20 | 3,405.00 | | | | |

### BILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 25.99 | | | | |
| Costs Total : | 25.99 | | | | |

```
alp_132r: Billed Charges Analysis                                                                                              PAGE  36
Run Date & Time: 01/25/2005 15:34:22

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr  : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING             Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status        : ACTIVE

Special Billing Instructions:

=====================================================================================================================
                                              PRE-BILLING SUMMARY REPORT
=====================================================================================================================

                              UNBILLED TIME FROM:                TO:
                              UNBILLED DISB FROM:                TO:

                                                  FEES                        COSTS
                                                  ----                        -----
             GROSS BILLABLE AMOUNT:                0.00                        0.00
             AMOUNT WRITTEN DOWN:
                           PREMIUM:
             ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                     AMOUNT BILLED:
                         THRU DATE:
     CLOSE MATTER/FINAL BILLING?   YES OR NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:

=====================================================================================================================
                                       ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH
                                       -------------------------              --------------
                        FEES:               247.50
               DISBURSEMENTS:                 0.00         UNIDENTIFIED RECEIPTS:           0.00
                FEE RETAINER:                 0.00         PAID FEE RETAINER:               0.00
               DISB RETAINER:                 0.00         PAID DISB RETAINER:              0.00
           TOTAL OUTSTANDING:               247.50         TOTAL AVAILABLE FUNDS:           0.00
                                                           TRUST BALANCE:
                                                           BILLING HISTORY
                                                           ---------------
          DATE OF LAST BILL:      01/25/05              LAST PAYMENT DATE:           01/03/05
          LAST BILL NUMBER:       400444             ACTUAL FEES BILLED TO DATE:     76,233.00
                                                     ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                     TOTAL FEES BILLED TO DATE:      76,233.00
     LAST BILL THRU DATE:                            FEES WRITTEN OFF TO DATE:        1,600.00


FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____    DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                        PAGE  37
Run Date & Time: 01/25/2005 15:34:22

                                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 0567772-00013                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status         : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/25/05 15:34:22)
                                       -------- Billed --------   -------- Collections ----       Balance
Bill Date Thru Date Bill#              Fee & OA    Disbursement   Applied    Total        Date     Due
                                                                  From OA
-----------------------------------------------------------------------------------------------------------
PRIOR TO 2001                          2,212.50          389.75              2,602.25
YEAR 2002
04/30/04 02/29/04 388529              66,342.00          550.91             66,892.91
YEAR 2003
04/30/04 02/29/04 388529               5,623.00        1,009.80              6,632.80
05/27/04 04/30/04 390208               1,186.50              .00             1,186.50  10/18/04
08/23/04 06/30/04 394084                 621.50              .00               621.50  08/03/04
11/22/04 10/31/04 400444                 247.50              .00                   .00                   247.50
                                                          61.21                 61.21  01/03/05

                         Total:       76,233.00        2,011.67             77,997.17                    247.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   38
Run Date & Time: 01/25/2005 15:34:22

                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                         Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1897455
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                               Status      : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

   UNBILLED TIME FROM:  07/01/2004           TO:    07/13/2004
   UNBILLED DISB FROM:                       TO:

                                  FEES                        COSTS
                                  ----                        -----

   GROSS BILLABLE AMOUNT:       6,565.50                       0.00
   AMOUNT WRITTEN DOWN:
              PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
   THRU DATE:                  07/13/2004
   CLOSE MATTER/FINAL BILLING? YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:

   BILLING COMMENTS:         BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)


                                   ACCOUNTS RECEIVABLE TOTALS           UNAPPLIED CASH
                                   --------------------------

              FEES:               6,703.50
     DISBURSEMENTS:                   0.00   UNIDENTIFIED RECEIPTS:             0.00
     FEE RETAINER:                    0.00   PAID FEE RETAINER:                 0.00
     DISB RETAINER:                   0.00   PAID DISB RETAINER:                0.00
     TOTAL OUTSTANDING:           6,703.50   TOTAL AVAILABLE FUNDS:             0.00
                                             TRUST BALANCE:
                                             BILLING HISTORY
                                             ---------------
     DATE OF LAST BILL:          01/25/05    LAST PAYMENT DATE:          10/23/03
     LAST BILL NUMBER:           403953      ACTUAL FEES BILLED TO DATE: 7,841.00
                                             ON ACCOUNT FEES BILLED TO DATE: 0.00
                                             PAID DISB RETAINER:            0.00
                                             TOTAL FEES BILLED TO DATE:  7,841.00
     LAST BILL THRU DATE:        12/31/04    FEES WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding             (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                                       PAGE   39

Run Date & Time: 01/25/2005 15:34:22

                                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                      Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    1897455
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y         ------------------------- Total Billed -------------------
Emp Id Employee Name                 Group          Oldest         Latest         Hours           Amount
------ -------------                 -----        ---------      ---------     ----------     ----------
02495  BENTLEY, PHILIP               CRED          07/01/04       07/09/04         5.40         3,051.00
05292  BECKER, GARY M.               CRED          07/01/04       07/13/04         7.10         3,514.50

                     Total:                                                       12.50         6,565.50

Sub-Total Hours  :     5.40 Partners      7.10 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

   B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:22)
                                 ------- Billed --------     ----- Applied ----- Collections ----
Bill Date Thru Date Bill#          Fee & OA   Disbursement        From OA       Total      Date         Balance Due
--------- --------- -----          --------   ------------        -------       -----      ----         -----------
YEAR 2003                          1,137.50          .00                      1,137.50
01/25/05 09/30/04  396938          6,565.50          .00                           .00                     6,565.50
01/25/05 12/31/04  403953            138.00          .00                           .00                       138.00

                     Total:        7,841.00          .00                      1,137.50                     6,703.50
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   40
Run Date & Time: 01/25/2005 15:34:22

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                  Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:  1897455
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP  - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                       Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name                Work Date     Description                                    Hours        Amount    Index#     Batch Date
-----------------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.              07/01/04  Prepare for and conf. with Grace re potential       2.50      1,237.50   5226406   07/13/04
                                       new plan of reorganization.
BENTLEY, PHILIP              07/01/04  Meeting at Kirkland & Ellis, and discs TW and       2.60      1,469.00   5232432   07/20/04
                                       GB
BENTLEY, PHILIP              07/06/04  Review papers                                       0.10         56.50   5232433   07/20/04
BECKER, GARY M.              07/08/04  Conf. with Bentley re debtors plan proposal         0.50        247.50   5226405   07/13/04
                                       (0.5).
BENTLEY, PHILIP              07/08/04  Discs GB                                            0.10         56.50   5232430   07/20/04
BECKER, GARY M.              07/09/04  Prepare for and conference with T. Weschler re      2.10      1,039.50   5225457   07/13/04
                                       debtors' proposal for a new plan of
                                       reorganization and followup conf. with Bentley
                                       (1.9); email J. Baer re follup meeting with
                                       Debtor (0.2)
BENTLEY, PHILIP              07/09/04  Conf call with TW, GB, and confs GB and review      2.60      1,469.00   5232431   07/20/04
                                       notes, re Debtors' plan proposal
BECKER, GARY M.              07/13/04  Prepare memo to equity committee re debtors'        2.00        990.00   5230974   07/19/04
                                       plan proposal.

                                                               Fee Total                  12.50      6,565.50


                                                                 Fee Total                12.50      6,565.50
```

```
alp_132r: Billed Charges Analysis                                                                                       PAGE    41
Run Date & Time: 01/25/2005 15:34:22

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1897455
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                          Status       : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
Employee Name                      Hours       Amount     Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
--------------------------------------------------------------------------------------------------------------------------

BENTLEY, PHILIP                     5.40     3,051.00     ___        _____    _____    _____    _____
BECKER, GARY M.                     7.10     3,514.50     ___        _____    _____    _____    _____
                                   ------    ---------
                    Total:         12.50     6,565.50
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  42
Run Date & Time: 01/25/2005 15:34:22                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                          Orig Prtnr : CRED. RGTS   - 06975                       Proforma Number:   1897456
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495                     Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                               Status       : ACTIVE

Special Billing Instructions:

                                                     PRE-BILLING SUMMARY REPORT

                        UNBILLED TIME FROM:   07/06/2004                    TO:    09/27/2004
                        UNBILLED DISB FROM:   09/27/2004                    TO:    09/27/2004

                                              FEES                                 COSTS
                                              ----                                 -----
         GROSS BILLABLE AMOUNT:              3,960.00                              14.00
         AMOUNT WRITTEN DOWN:
                       PREMIUM:
             ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                     THRU DATE:                                  09/27/2004
      CLOSE MATTER/FINAL BILLING?             YES OR NO
     EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                    BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:


                                                     ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                                                     --------------------------                              --------------

                  FEES:                  15,897.00               UNIDENTIFIED RECEIPTS:        0.00
         DISBURSEMENTS:                     527.14               PAID FEE RETAINER:            0.00
          FEE RETAINER:                       0.00               PAID DISB RETAINER:           0.00
         DISB RETAINER:                       0.00               TOTAL AVAILABLE FUNDS:        0.00
     TOTAL OUTSTANDING:                  16,424.14               TRUST BALANCE:
                                                                 BILLING HISTORY
                                                                 ---------------
         DATE OF LAST BILL:               01/25/05            LAST PAYMENT DATE:           01/03/05
         LAST BILL NUMBER:                 403953  ACTUAL FEES BILLED TO DATE:            78,225.00
                                                   ON ACCOUNT FEES BILLED TO DATE:             0.00
                                                   TOTAL FEES BILLED TO DATE:            78,225.00
         LAST BILL THRU DATE:            12/31/04  FEES WRITTEN OFF TO DATE:               5,087.68

                                                     Write Down/Up Reason Codes:
FOR ACCTG USE ONLY:     (1) Exceeded Fixed Fee          (4) Excessive Legal Time         (7) Fixed Fee
                        (2) Late Time & Costs Posted    (5) Business Development         (8) Premium
                        (3) Pre-arranged Discount       (6) Summer Associate             (9) Rounding       (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```