alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE 43

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1897456
Bill Frequency: M

Status : ACTIVE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest Entry | Latest Entry | Total Hours | Billed Amount |
|--------|---------------|-------|--------------|--------------|-------------|---------------|
| 05292 | BECKER, GARY M. | CRED | 07/06/04 | 09/27/04 | 8.00 | 3,960.00 |
| | Total: | | | | 8.00 | 3,960.00 |

Sub-Total Hours : 0.00 Partners   8.00 Counsels   0.00 Associates   0.00 Legal Assts   0.00 Others

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0940 | CAB FARES | 09/27/04 | 09/27/04 | 14.00 |
| | Total | | | 14.00 |
| | Grand Total | | | 3,974.00 |

$$3,974.00$$

## B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/25/05 15:34:22)

| Bill Date | Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total | Collections Total | Date | Balance Due |
|-----------|-----------|-------|-----------------|--------------|-----------------|-------|-------------------|------|-------------|
| YEAR 2002 | | | | | | | | | |
| YEAR 2003 | | | | | | | | | |
| 01/29/04 | 12/31/03 | 382765 | 45,704.82 | 58.14 | | 45,762.96 | | | |
| 05/27/04 | 04/30/04 | 390208 | 2,021.00 | 25.00 | | 5,569.00 | 2,021.00 | 07/02/04 | |
| 06/29/04 | 05/31/04 | 391727 | 5,544.00 | .00 | | 2,021.00 | 5,569.00 | 10/18/04 | |
| 06/29/04 | 05/31/04 | 391727 | 3,785.50 | .00 | | 1,237.00 | | | 3,785.50 |
| 07/31/04 | 06/30/04 | 392045 | 1,845.50 | 127.40 | | 1,237.50 | | | |
| 11/22/04 | 10/31/04 | 400444 | 4,070.50 | 36.00 | | 1,289.90 | | 10/18/04 | 683.00 |
| 12/23/04 | 11/30/04 | 401557 | 5,265.00 | 513.14 | | 4,106.50 | | 01/03/05 | 5,778.14 |
| 01/25/05 | 09/30/04 | 396538 | 3,960.00 | 14.00 | | | | | 3,974.00 |
| 01/25/05 | 12/31/04 | 403953 | 2,203.50 | .00 | | | | | 2,203.50 |
| Total: | | | 75,637.32 | 773.68 | | | 59,986.86 | | 16,424.14 |

alp_132r: Billed Charges Analysis                                                                                                              PAGE   44

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:      1897456
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                            Status      : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 07/06/04 | Prepare for and participate in telephonic hearing re Scott's motion re injunction. | 1.50 | 742.50 | 5226407 | 07/13/04 |
| BECKER, GARY M. | 08/23/04 | Prepare for and appear at omnibus hearing | 3.00 | 1,485.00 | 5279275 | 08/24/04 |
| BECKER, GARY M. | 09/27/04 | Prepare for and attend omnibus hearing in Wilmington. | 3.50 | 1,732.50 | 5328215 | 09/30/04 |

**Fee Total**                                8.00    3,960.00

| Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|
| BECKER, G M | 09/27/04 | 14.00 | 6713262 | 120872 | 09/29/04 |

**B I L L E D   C O S T S   D E T A I L**

Description/Code

CAB FARES          0940
MARIANNE FERGUSON, CASHI
CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER

0940 CAB FARES Total :    14.00

Costs Total :    14.00

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    45

Matter No: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:       1897456
Bill Frequency: M

Status   : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 8.00 | 3,960.00 | | | | | |
| **Total:** | **8.00** | **3,960.00** | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0940 CAB FARES | 14.00 | | | | | |
| **Costs Total :** | **14.00** | | | | | |

alp_132r: Billed Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
*\*PRIVILEGED AND CONFIDENTIAL\**

Run Date & Time: 01/25/2005 15:34:22

```
Matter No: 056772-00020                    Orig Prtnr : CRED. RGTS - 06975      Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : LITIGATION                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                      Status    : ACTIVE
```

PAGE    46

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

**PRE-BILLING SUMMARY REPORT**

|                    | FEES | COSTS |
|--------------------|------|-------|
| UNBILLED TIME FROM: | TO:  |       |
| UNBILLED DISB FROM: | TO:  |       |

GROSS BILLABLE AMOUNT:                     0.00              0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:
CLOSE MATTER/FINAL BILLING?    YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

FEES:
DISBURSEMENTS:
FEE RETAINER:
DISB RETAINER:
TOTAL OUTSTANDING:

DATE OF LAST BILL:
LAST BILL NUMBER:

LAST BILL THRU DATE:

**ACCOUNTS RECEIVABLE TOTALS**                    **UNAPPLIED CASH**

DISBURSEMENTS:                 0.00
FEE RETAINER:               180.70
DISB RETAINER:                0.00
TOTAL OUTSTANDING:          180.70

DATE OF LAST BILL:    01/25/05  ACTUAL FEES BILLED TO DATE:
LAST BILL NUMBER:     403953    ON ACCOUNT FEES BILLED TO DATE:
                               TOTAL FEES BILLED TO DATE:
                               FEES WRITTEN OFF TO DATE:

**BILLING HISTORY**

UNIDENTIFIED RECEIPTS:        0.00
PAID FEE RETAINER:           0.00
PAID DISB RETAINER:          0.00
TOTAL AVAILABLE FUNDS:       0.00
TRUST BALANCE:

LAST PAYMENT DATE:        07/02/04
LAST FEE BILLED TO DATE:  2,507.00
ON ACCOUNT FEES BILLED TO DATE:  0.00
TOTAL FEES BILLED TO DATE:  2,507.00
FEES WRITTEN OFF TO DATE:  0.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development       (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    47

Matter No: 056772-00020
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : LITIGATION
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS    - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status    : ACTIVE

**B I L L I N G  &  P A Y M E N T  H I S T O R Y  (Reflects Payments As of 01/25/05 15:34:22)**

| Bill Date Thru Date Bill# | | ----- Billed ----- | | ---- Collections ---- | |
| --- | --- | --- | --- | --- | --- |
| | Fee & OA | Disbursement | Applied From OA | Total | Date |
| YEAR 2002 | 2,167.50 | 4,437.15 | | 6,604.65 | |
| YEAR 2003 | 339.50 | .00 | | 339.50 | |
| 01/25/05 12/31/04  403953 | .00 | 180.70 | | | 180.70 |
| Total: | 2,507.00 | 4,617.85 | | 6,944.15 | 180.70 |

Balance
Due
-------

180.70


180.70

alp_132r: Billed Charges Analysis

**KRAMER LEVIN NAFTALIS & FRANKEL, LLP**
**\*PRIVILEGED AND CONFIDENTIAL\***

Run Date & Time: 01/25/2005 15:34:22

PAGE  48

| | |
|---|---|
| Matter No: 056772-00022 | Orig Prtnr : CRED. RGTS  - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : TAX ISSUES | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 09/06/2002 | |

Proforma Number:
Bill Frequency: M

Status  : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:              TO:
UNBILLED DISB FROM:              TO:

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 0.00 | 0.00 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| DISB RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | | |
| CLOSE MATTER/FINAL BILLING? | YES  OR  NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

| ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|
| FEES: | 33,894.80 | | |
| DISBURSEMENTS: | 9.74 | UNIDENTIFIED RECEIPTS: | 0.00 |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| TOTAL OUTSTANDING: | 33,894.54 | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

BILLING HISTORY

| | | | |
|---|---|---|---|
| DATE OF LAST BILL: | 01/25/05 | LAST PAYMENT DATE: | 01/03/05 |
| LAST BILL NUMBER: | 403953 | ACTUAL FEES BILLED TO DATE: | 36,882.00 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| | | TOTAL FEES BILLED TO DATE: | 36,882.00 |
| LAST BILL THRU DATE: | 12/31/04 | FEES WRITTEN OFF TO DATE: | 0.00 |

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

| | | |
|---|---|---|
| (1)  Exceeded Fixed Fee | (4)  Excessive Legal Time | (7)  Fixed Fee |
| (2)  Late Time & Costs Posted | (5)  Business Development | (8)  Premium |
| (3)  Pre-arranged Discount | (6)  Summer Associate | (9)  Rounding          (10) Client Arrangement |

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    49

Matter No: 056772-00022
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TAX ISSUES
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:
Bill Frequency: M

Status : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 01/25/05 15:34:22)

| Bill Date | Thru Date | Bill# | ---- Billed ---- | | Applied | ---- Collections ---- | | Balance |
| | | | Fee & OA | Disbursement | From OA | Total | Date | Due |
|-----------|-----------|-------|----------|--------------|---------|-------|------|---------|
| 11/22/04 | 10/31/04 | 400464 | 8,545.00 | .00 | | 2,997.20 | 01/03/05 | 5,547.80 |
| 12/23/04 | 11/30/04 | 401557 | 5,565.00 | 9.74 | | .00 | | 5,574.74 |
| 01/25/05 | 12/31/04 | 403953 | 22,772.00 | .00 | | .00 | | 22,772.00 |
| Total: | | | 36,882.00 | 9.74 | | 2,997.20 | | 33,894.54 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/25/2005 15:34:22

Matter No: 056772-00024                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:        1897457
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                             Status      : ACTIVE

PRE-BILLING SUMMARY REPORT

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                    FEES                          COSTS
UNBILLED TIME FROM:                                 TO:
UNBILLED DISB FROM:                                 TO:

UNBILLED TIME FROM:                0.00              0.00
UNBILLED DISB FROM:

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
        PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?       YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                  BENTLEY PHILIP : 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

                                    ACCOUNTS RECEIVABLE TOTALS        UNAPPLIED CASH

    FEES:                          6,811.50         UNIDENTIFIED RECEIPTS:        0.00
DISBURSEMENTS:                         0.00         PAID FEE RETAINER:            0.00
FEE RETAINER:                          0.00         PAID DISB RETAINER:           0.00
DISB RETAINER:                         0.00         TOTAL AVAILABLE FUNDS:        0.00
TOTAL OUTSTANDING:                 6,811.50         TRUST BALANCE:
                                                    BILLING HISTORY

                                                   LAST PAYMENT DATE:      11/16/04
DATE OF LAST BILL:     01/25/05                     FEES BILLED TO DATE:    9,304.00
LAST BILL NUMBER:      400444    ACTUAL             FEES BILLED TO DATE:        0.00
                                 ON ACCOUNT        TOTAL FEES BILLED TO DATE:    0.00
                                                   TOTAL FEES BILLED TO DATE: 9,304.00
LAST BILL THRU DATE:   10/31/04                    FEES WRITTEN OFF TO DATE: 1,267.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding              (10) Client Arrangement

BILL NUMBER:_____  Processed by:_____  FRC:_____        CRC:_____

                           DATE OF BILL:_____

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
***PRIVILEGED AND CONFIDENTIAL***

PAGE   51

Matter No: 056772-00024
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : ZAI SCIENCE TRIAL
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1897457
Bill Frequency: M

Status    : ACTIVE

**B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 01/25/05 15:34:22)**

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Date | Balance Due |
|-----------|-----------|-------|----------|--------------|-----------------|-------|------|-------------|
| | | | | | | | | |
| YEAR 2003 | | | 2,492.50 | 4.55 | | 2,497.05 | | |
| 08/23/04 | 06/30/04 | 394084 | .00 | 23.90 | | 23.90 | 11/16/04 | |
| 11/22/04 | 10/31/04 | 400444 | 6,811.50 | .00 | | .00 | | 6,811.50 |
| 01/25/05 | 09/30/04 | 396938 | .00 | .00 | | .00 | | |
| | | | | | | | | |
| | Total: | | 9,304.00 | 28.45 | | 2,520.95 | | 6,811.50 |

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    52
                                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/25/2005 15:34:22

Matter No: 056772-00028                                      Orig Prtnr : CRED. RGTS - 06975                          Proforma Number:         1897458
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495                     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                           Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                                            PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  08/23/2004                      TO:  09/27/2004
UNBILLED DISB FROM:                                  TO:  09/27/2004

                                         FEES                     COSTS

GROSS BILLABLE AMOUNT:               2,970.00                      0.00
AMOUNT WRITTEN DOWN:
                        PREMIUM:
               ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:       09/27/2004
      CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:            BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                                                                                      UNAPPLIED CASH

                                ACCOUNTS RECEIVABLE TOTALS                         UNIDENTIFIED RECEIPTS:        0.00
                                                                                   PAID FEE RETAINER:            0.00
        FEES:              23,023.50                                               PAID DISB RETAINER:           0.00
DISBURSEMENTS:                264.00                                               TOTAL AVAILABLE FUNDS:        0.00
 FEE RETAINER:                  0.00                                               TRUST BALANCE:
 DISB RETAINER:                 0.00
TOTAL OUTSTANDING:         23,287.50                                               BILLING HISTORY

                                                                       ------------------------------------------------
                                                                        LAST PAYMENT DATE:        10/18/04
   DATE OF LAST BILL:      01/25/05                                      FEES BILLED TO DATE:      34,341.00
   LAST BILL NUMBER:       403953   ACTUAL FEES BILLED TO DATE:          34,341.00
                                    ON ACCOUNT FEES BILLED TO DATE:           0.00
LAST BILL THRU DATE:       12/31/04 TOTAL FEES BILLED TO DATE:           34,341.00
                                    FEES WRITTEN OFF TO DATE:            11,514.00

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

     (1)  Exceeded Fixed Fee            (4)  Excessive Legal Time        (7)  Fixed Fee
     (2)  Late Time & Costs Posted      (5)  Business Development        (8)  Premium
     (3)  Pre-arranged Discount         (6)  Summer Associate           (9)  Rounding             (10) Client Arrangement

BILL NUMBER: _____        DATE OF BILL: _____     Processed by: _____    FRC: _____              CRC: _____
```

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  53

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:            1897458
Bill Frequency: M

Status      : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**  ------------ Total ------------  ------ Billed ------

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 05292  | BECKER, GARY M. | CRED | 08/23/04 | 09/27/04 | 6.00 | 2,970.00 |
|        | Total: | | | | 6.00 | 2,970.00 |

| Sub-Total Hours : | 0.00 Partners | 6.00 Counsels | 0.00 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

**B I L L I N G   &   P A Y M E N T   H I S T O R Y**  (Reflects Payments As of 01/25/05 15:34:22)

|                  |        | ---- Billed ---- |        | --- Applied --- | --- Collections --- |          |
|------------------|--------|------------------|--------|-----------------|---------------------|----------|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| YEAR 2002 |  |  | 2,275.00 | .00 |  | 2,275.00 |  |  |
| YEAR 2003 |  |  | 3,700.00 | 205.00 |  | 3,905.00 |  |  |
| 01/29/04 | 12/31/03 | 382765 | 705.00 | 197.00 |  | 902.00 | 07/02/04 |  |
| 02/25/04 | 01/31/04 | 384579 | 495.00 | .00 |  | 495.00 | 10/18/04 |  |
| 05/27/04 | 04/30/04 | 390208 | 742.50 | 279.00 |  | 1,021.50 | 10/18/04 |  |
| 06/29/04 | 05/31/04 | 391727 | 621.50 | 264.00 |  | 885.50 |  |  |
| 07/31/04 | 06/30/04 | 392045 | 1,485.00 | 1,045.70 |  | 1,045.70 | 10/18/04 |  |
| 11/22/04 | 10/31/04 | 400444 | 1,485.00 | .00 |  | 1,485.00 |  | 1,485.00 |
| 12/23/04 | 11/30/04 | 401557 | 13,432.50 | .00 |  | 13,432.50 |  | 13,432.50 |
| 01/25/05 | 09/30/04 | 396938 | 1,237.50 | .00 |  | 1,237.50 |  | 1,237.50 |
| 01/25/05 | 12/31/04 | 403953 | 2,970.00 | .00 |  | 2,970.00 |  | 2,970.00 |
|  |  |  | 3,277.00 | .00 |  | 3,277.00 |  | 3,277.00 |
| Total: |  |  | 30,941.00 | 1,990.70 |  | 9,644.20 |  | 23,287.50 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    54

Run Date & Time: 01/25/2005 15:34:22

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:        1897458
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status    : ACTIVE

**B I L L E D   T I M E   D E T A I L**

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---------------|-----------|-------------|-------|--------|--------|------------|
| BECKER, GARY M. | 08/23/04 | Non working travel time to/from hearing (bill at 1/2 normal rate) | 1.50 | 742.50 | 5279276 | 08/24/04 |
| BECKER, GARY M. | 09/27/04 | Non working travel to/from court hearing (bill at ½ normal rate). | 4.50 | 2,227.50 | 5328216 | 09/30/04 |
| | | Fee Total | 6.00 | 2,970.00 | | |
| | | Fee Total | 6.00 | 2,970.00 | | |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/25/2005 15:34:22

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL\NON-WORKING
Matter Opened : 10/04/2002

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1897458
Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

                                          Status       : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr Carry Forward |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 6.00 | 2,970.00 | | | | |
| Total: | 6.00 | 2,970.00 | | | | |

alp_132rc: Client Analysis Sheet

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
Work Thru : 12/31/04

PAGE   1

Run Date & Time: 01/25/05 15:34:29
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 23.30 | 6,640.00 | 180.51 | 6,820.51 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 52.30 | 19,241.00 | 774.70 | 20,015.70 | BENTLEY PHILIP - 02495 | | M | B |
| 00003 | FINANCING | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 4.30 | 2,128.50 | 0.00 | 2,128.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 0.30 | 169.50 | 0.00 | 169.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 9.90 | 2,470.50 | 0.00 | 2,470.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00009 | EMPLOYMENT APPLICATIONS, | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 6.20 | 3,405.00 | 25.99 | 3,430.99 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 12.50 | 6,565.50 | 0.00 | 6,565.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 8.00 | 3,960.00 | 14.00 | 3,974.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00022 | TAX ISSUES | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00024 | ZAI SCIENCE TRIAL | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 6.00 | 2,970.00 | 0.00 | 2,970.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 122.80 | 47,550.00 | 995.20 | 48,545.20 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE