# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related Docket No. 6244, 6369** |

## WITHDRAWAL OF LIMITED OBJECTION TO THE DEBTORS' MOTION FOR AN ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal Injury Claimants, by and through their undersigned counsel, hereby withdraws their Limited Objection (the "Limited Objection") to the Debtors' Motion for an Order Approving the Privileged and Confidential Settlement Agreement and Release with the KWELMBS Companies (the "Settlement Motion").

The Limited Objection is docket number 6369.

Date:   January 27, 2005

                                          CAMPBELL & LEVINE, LLC

                                            */S/ Mark T. Hurford*
                                        Marla R. Eskin (No. 2989)
                                        Mark T. Hurford (No. 3299)
                                        800 King Street, Suite 300
                                        Wilmington, DE  19801
                                        (302) 426-1900

                                          -and-

                                        CAPLIN & DRYSDALE, CHARTERED
                                        Elihu Inselbuch
                                        399 Park Avenue, 27th Floor
                                        New York, NY  10022-4614
                                        (212) 319-7125

{D0033551:1 }

-and-

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C. 20005
(202) 862-5000

Counsel to the Official Committee of
 Asbestos Personal Injury Claimants

{D0033551:1 }