IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: February 17, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**


## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-NINTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/342895

# EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 20, 2005

Bill Number  77143
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through December 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/01/04 | MTM | Receipt and review of memo re: meeting with AUSA on November 18 (.5); email to Kirkland & Ellis counsel re: list compilation (.7); locate documents re: same (4.4); telephone call from Kirkland & Ellis counsel re: receipt of summary  (.3) | 5.90 Hrs | $1,180.00 |
| 12/02/04 | RAM | Prepare for conference call to discuss grand jury subpoena (.6); participate in conference call (3.0); conference with MTM to discuss "to do" list following conference call (.1). Read correspondence re: documents relevant to grand jury subpoena (.1). Read updated bankruptcy court docket entries to select documents to read (.2). | 4.00 Hrs | $920.00 |
| 12/02/04 | DBM | Search for documents for Kirkland & Ellis, per MTM's request. | 1.60 Hrs | $336.00 |
| 12/02/04 | MTM | Draft notes re: additional searches/issues to explore re: memo from Kirkland & Ellis counsel re: AUSA presentation (.8); review old files on airsampling re: conference call. (1.8); receipt and review of emails from Kirkland & Ellis counsel re: EPA/Vermiculite report (.2); conference with DBM re: document searches and memo re: key documents (.3); obtain documents requested by Kirkland & Ellis counsel (.6); participate in conference call (3.0); conference with RAM re: same (.1). Telephone call | 9.00 Hrs | $1,800.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | from in-house counsel re: personnel file (.1); review index re: same (.1); review file re: air samplings re: follow-up to conference call (1.4); email to Kirkland & Ellis counsel re: same (.6). | | |
| 12/03/04 | RAM | Read report of search for documents responsive to grand jury subpoena (.1). Read document re: proposed epidemiological studies (.1). | 0.20 Hrs | $46.00 |
| 12/03/04 | MTM | Obtain documents at Winthrop Square (3.0); review deposition transcript re: epidemiological study issues (.6); email to Kirkland & Ellis counsel re: same (.4); draft second email to Kirkland & Ellis counsel re: additional transcript references on this subject (.5); work on document searches (.9); locate personnel file at Winthrop Square per request of in-house counsel (.2); letter to in-house counsel re: personnel file (.1). | 5.70 Hrs | $1,140.00 |
| 12/06/04 | RAM | Read selected documents filed in bankruptcy court (.9). Read documents potentially responsive to grand jury subpoena (.4). | 1.30 Hrs | $299.00 |
| 12/06/04 | DBM | Search for documents for Kirkland & Ellis, per MTM. | 1.80 Hrs | $378.00 |
| 12/06/04 | MTM | Email from Kirkland & Ellis counsel re: monthly reports (.2); review file and respond to same (.9). | 1.10 Hrs | $220.00 |
| 12/07/04 | RAM | Telephone conference with in-house counsel re: documents (.1); have search made for documents requested by in-house counsel (.1). Search for documents re: MK-6 (.2); telephone conferences with MTM and in-house counsel re: same (.1). | 0.50 Hrs | $115.00 |
| 12/07/04 | DBM | Search for documents for in-house counsel, per RAM's request. | 0.50 Hrs | $105.00 |
| 12/07/04 | MTM | Review printout re: documents and monthly reports (1.0); conference with RAM re: MK6 documents (.2); email to Holme Roberts paralegal re: trade secret issue with same (.2); telephone call to in-house counsel re: request for list of cases where Grace filed appeals re: request for trial transcripts (.1); telephone call to in-house paralegal re: same (.2); work on project to identify oldest master exhibit list and/or discovery responses (1.4); review Cambridge basement inventory for trade secret boxes re: MK6 issue (.5); receipt and review of email from Holme Roberts attorney re: MK6/trade secret issues (.2). | 3.80 Hrs | $760.00 |
| 12/08/04 | RAM | Search for particular documents re: former Grace employee (.2). Read emails re: MK-6 documents (.1). Read and analyze draft indictment (1.2); conference with MTM re: same (.9). Read documents responsive to grand jury subpoena (.1). | 2.50 Hrs | $575.00 |

David B. Siegel

| | | | | |
|---|---|---|---|---|
| 12/08/04 | DBM | Search for brochure, per MTM's request. | 0.80 Hrs | $168.00 |
| 12/08/04 | MTM | Receipt and review of draft indictment (.9); meeting with SES and RM at Winthrop Square re: project to search for documents (1.0); review master interrogatory answers re: same (.9); receipt and review of email from in-house counsel re: former employee's depositions (.2); review Ness Motley exhibit lists re: identifying key documents on old list (2.2); receipt and review of email from Kirkland & Ellis counsel re: former employee's calendars (.1); email to in-house counsel re: same (.2); review documents from Winthrop Square (1.7); conference with RAM re: draft indictment (.9); letter to Kirkland & Ellis counsel re: documents (.2); telephone call to Kirkland & Ellis counsel re: additional comments on draft indictment and general document issues (.4). | 8.70 Hrs | $1,740.00 |
| 12/08/04 | RM | Work on document retrieval project at Winthrop Square. | 6.50 Hrs | $585.00 |
| 12/09/04 | RAM | Conference with MTM re: particular documents (.1). Conference with in-house counsel re: amount of claim submitted by Cetrulo & Capone; have MB retrieve liaison counsel bills from storage (.1). Review former employee's deposition transcript to prepare errata sheet (.4). Conference with MTM re: reviewing Libby and MK-6 documents (.1). | 0.70 Hrs | $161.00 |
| 12/09/04 | MTM | Receipt and review of emails re: calendar issue (.4); review documents re: Libby brochure (.5); review ZAI documents requested by Kirkland & Ellis counsel (.9); letter to Kirkland & Ellis counsel re: trial transcripts (.2); search for and obtain documents at Winthrop Square (1.8); letter to Kirkland & Ellis counsel re: additional documents and video (.6); review monthly reports and various memos re: Libby brochure (2.1). | 6.50 Hrs | $1,300.00 |
| 12/09/04 | RM | Continue work on document retrieval project at Winthrop Square. | 5.50 Hrs | $495.00 |
| 12/10/04 | RAM | Conference with MTM and locate business plans (.2). Finish reading former employee's deposition transcript to prepare errata sheet (.4); review draft errata sheet with former employee (.1); draft letter to former employee with final errata sheet to review and sign (.1). Telephone conference with in-house counsel re: Cetrulo & Capone's claim (.1). | 0.90 Hrs | $207.00 |
| 12/10/04 | MTM | Continue review of monthly reports and documents re: brochure (2.8); telephone call from in-house counsel with request for yearly profit figures (.2); telephone call from in-house counsel re: new developments (.2); review budget plans re: request for information on profit figures (1.0); letter to in-house counsel re: budget plan review (.3); review stored box forms for oldest interrogatories or plaintiffs' exhibit lists (1.1); telephone call from in-house | 6.20 Hrs | $1,240.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | counsel re: profit issue (.2); letter to Kirkland & Ellis re: additional documents (.4). | | |
| 12/13/04 | RAM | Read email re: meeting between Kirkland attorneys and AUSA (.1). Read updated bankruptcy court docket entries to select documents to read  (.2). | 0.30 Hrs | $69.00 |
| 12/13/04 | MTM | Telephone call to ARA re: closed case binders to review for early interrogatory answers (.2); review boxes pulled from Recordkeeper for old discovery responses (.9); review trade secret boxes at Cambridge re: MK6 issue (3.1). | 4.20 Hrs | $840.00 |
| 12/14/04 | RAM | Locate answers to San Diego interrogatories for MTM. | 0.10 Hrs | No charge |
| 12/14/04 | MTM | Receipt and review of email from in-house counsel re: meeting with AUSA (.3); review old interrogatory answers and plaintiff's exhibit lists (1.5): review closed case binders at Winthrop Square re: same (1.8). | 3.60 Hrs | $720.00 |
| 12/15/04 | RAM | Read selected documents filed in bankruptcy court. | 0.50 Hrs | $115.00 |
| 12/15/04 | MTM | Review additional old master interrogatory answers and plaintiff's exhibits re: response letter to AUSA (4.4); conference with ARA re: her review of state general files for same (.5). | 4.90 Hrs | $980.00 |
| 12/15/04 | ARA | Per MTM's request, review specific state files for W. R. Grace's answers to plaintiffs' master set of interrogatories. | 3.80 Hrs | $342.00 |
| 12/16/04 | RAM | Read selected documents filed in bankruptcy court (.3). Read and comment on draft letter to AUSA re: grand jury (.5); conferences with MTM re: same (.6). Read comments of others re: draft letter (.2). | 1.60 Hrs | $368.00 |
| 12/16/04 | MTM | Conference with ARA re: her review of old interrogatory answers (.3); email to Kirkland & Ellis counsel re: same (.4); receipt and review of draft letter to AUSA (2.6); conference with RAM re: suggested changes to draft letter (.5); email to Kirkland & Ellis counsel with comments (.7); telephone call to Kirkland & Ellis counsel re: same (.3). | 4.80 Hrs | $960.00 |
| 12/16/04 | ARA | Continue review of specific state files for Grace's answers and objections to plaintiffs' master set of interrogatories (4.1); telephone call to MTM with findings (.3) and return files that were reviewed (.6). | 5.00 Hrs | $450.00 |
| 12/17/04 | RAM | Read memos re: documents responsive to subpoena (.1). Conference with MTM and ARA re: where to search for plaintiffs' set of exhibits (.1). | 0.20 Hrs | $46.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/17/04 | MTM | Telephone call from in-house counsel re: old interrogatory answers and plaintiffs' exhibit issue (.2); conference with ARA re: search for old exhibit list (.4); email to Kirkland & Ellis counsel re: key documents in draft indictment (.7); telephone call to ARA re: Baron & Budd exhibits at Winthrop Square (.2). | 1.50 Hrs | $300.00 |
| 12/17/04 | ARA | Organize exhibit lists and interrogatories for MTM (1.6); review and discuss same with MTM (.4); Per MTM's request, search for plaintiff's exhibit list binders and locate partial set of Baron & Budd exhibits (2.1); telephone call to MTM with date of same (.2). | 4.30 Hrs | $387.00 |
| 12/20/04 | RAM | Read final version of letter to AUSA with attachments (.2). Search for responsive documents, answers to interrogatories and certifications of answers (.2); conferences with MTM re: certifications and to check interrogatory library (.2). Send signed errata sheet of former employee to Attorney Kneipp (.1). | 0.70 Hrs | $161.00 |
| 12/20/04 | DBM | Search for certifications to answers to interrogatories per MTM's request. | 0.40 Hrs | $84.00 |
| 12/20/04 | MTM | Telephone call to Kirkland & Ellis counsel re: list of key documents (.2); telephone call from in-house counsel re: grand jury subpoena to former Grace employee and request for certification pages signed by former Grace employee (.2); review deposition library re: same (.2); receipt and review of list of documents in draft indictment from Kirkland & Ellis counsel (.3); conference with ARA re: same (.2); search for old discovery response certification pages signed by former Grace employee (.3); email to in-house counsel re: same (.1); receipt and review of final version of letter to AUSA (.1); conference with ARA re: review of old plaintiff master exhibit lists (.2); email to Kirkland & Ellis counsel re: EPA document (.2); letter to Kirkland & Ellis counsel re: same (.1). | 2.10 Hrs | $420.00 |
| 12/20/04 | ARA | Review South Carolina general files to locate Ness Motley exhibit list (1.8); review South Carolina general file with MTM (.2). Receive Kirkland & Ellis list from MTM to review for a match with Ness Motley exhibit list and review lists (1.9). | 3.90 Hrs | $351.00 |
| 12/21/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read and respond to email from in-house counsel re: Libby air quality (.1). Read recent letter to AUSA (.1); message to and conference with MTM re: possible locations of documents referenced in letter (.2). | 0.60 Hrs | $138.00 |

David B. Siegel

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/21/04 | DBM | Search for documents for in-house counsel per MTM's request. | 2.70 Hrs | $567.00 |
| 12/21/04 | MTM | Receipt and review of exhibits to letter to AUSA (.7); conference with ARA re: search for old interrogatory library binders (.3); search for interrogatory library binders at Winthrop Square (.5); receipt and review of email re: air quality problems (.1); receipt and review of email requesting documents sought by in-house counsel (.3); conference with RAM (.2) and work on locating documents requested by counsel (2.9). | 5.00 Hrs | $1,000.00 |
| 12/21/04 | ARA | Discussion with MTM re: search for interrogatory library binders in the repository (.3). Review case files for former employee's certifications to answers to interrogatories per MTM's request (1.0). Compare Kirkland & Ellis list with Ness Motley exhibit lists for matches (4.5). | 5.80 Hrs | $522.00 |
| 12/22/04 | RAM | Telephone conference with MTM re: where to search for documents requested by attorney (.1). Telephone conference with in-house counsel re: producing responsive documents to AUSA (.1). | 0.20 Hrs | $46.00 |
| 12/22/04 | DBM | Continue search for documents for in-house counsel, per MTM's request. | 3.20 Hrs | $672.00 |
| 12/22/04 | MTM | Search for documents requested by counsel (2.4); email to counsel at Holme Roberts re: privilege list (.3); receipt and review of emails re: privileged documents requested by counsel (.4); review files and email response re: same (1.6); review additional documents re: documents requested by counsel (.9); conference with ARA re: same (.4). | 6.00 Hrs | $1,200.00 |
| 12/22/04 | ARA | Per MTM's request, search for and review employee's deposition binder (.6); telephone call to MTM re: memos in deposition binder (.4). Compare Kirkland list with Ness Motley exhibit list for matches (2.0). Per MTM's request, search for and obtain documents re: privilege document issue (2.5). | 5.50 Hrs | $495.00 |
| 12/23/04 | RAM | Search for documents requested by attorney (1.5); conference with MTM re: same (.2). Read selected documents filed in bankruptcy court (.3). | 2.00 Hrs | $460.00 |
| 12/23/04 | MTM | Telephone call from in-house counsel re: personnel file (.1); review list and telephone call to ARA re: same (.2); review documents found by ARA yesterday and requested by counsel (2.0); review lists re: documents not yet found (1.5); conference with RAM re: same (.3); letter to Kirkland & Ellis counsel re: in-house counsel documents (.5); email from Kirkland & Ellis counsel requesting certain exhibits from former employee's deposition testimony (.2); conference with RAM re: additional helpful documents (.3). | 5.10 Hrs | $1,020.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/23/04 | ARA | Continue to search for documents re: privilege document issue (4.5); produce documents to MTM and discuss same (.3); organize documents (1.4). Per MTM's request, locate and review personnel file for in-house counsel (.6); arrange for file to be copied by Merrill Corp. (.4). | 7.20 Hrs | $648.00 |
| 12/27/04 | MTM | Letter to in-house counsel re: personnel file; (.1); review list and obtain documents at Winthrop Square (2.0); gather exhibits from former employee's deposition testimony (.9); letter to Kirkland & Ellis counsel re: same (.2); receipt and review of privileged logs from Holme Roberts counsel (.2); review Ness Motley exhibit list for presence of key documents (.5). | 3.90 Hrs | $780.00 |
| 12/29/04 | RAM | Read 3 letters to Kirkland & Ellis attorneys with documents responsive to grand jury subpoena. | 0.10 Hrs | $23.00 |
| 12/29/04 | DBM | Work on search for 8(e) filings for MTM. | 0.10 Hrs | $21.00 |
| 12/29/04 | MTM | Receipt and review of emails from Kirkland & Ellis counsel re: 8(e) filings (.3); review files re: same (1.1); search for and obtain documents at Winthrop Square re: same (1.8); email and letter to Kirkland & Ellis counsel re: same (.3). | 3.50 Hrs | $700.00 |
| | | TOTAL LEGAL SERVICES | | $28,655.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 16.30 Hrs | 230/hr | $3,749.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 230/hr | No charge |
| DONNA B. MACKENNA | 11.10 Hrs | 210/hr | $2,331.00 |
| MATTHEW T. MURPHY | 91.50 Hrs | 200/hr | $18,300.00 |
| ANGELA R. ANDERSON | 35.50 Hrs | 90/hr | $3,195.00 |
| REGINA MERKEL | 12.00 Hrs | 90/hr | $1,080.00 |
| | 166.50 Hrs | | $28,655.00 |

David B. Siegel

TOTAL THIS BILL          $28,655.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 20, 2005

Bill Number  77144
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through December 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 12/02/04 | RAM | Read fee auditor's amended final report re: fee applications for 13th interim period. | 0.10 Hrs | No charge |
| 12/07/04 | RAM | Read response to fee auditor's draft spreadsheets (.1); conference with MB re: same (.1). | 0.20 Hrs | $46.00 |
| 12/09/04 | RAM | Work on October fee application (.2); conference with MTM re: same (.1); send application to in-house counsels (.1). | 0.40 Hrs | $92.00 |
| 12/13/04 | RAM | Telephone conferences with in-house counsel re: fee application (.1). Work on October fee application (.3). | 0.40 Hrs | $92.00 |
| 12/14/04 | RAM | Finalize October fee application and send it to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| 12/27/04 | RAM | Work on November fee application (.5); conference with MTM re: same (.1). | 0.60 Hrs | $138.00 |
| 12/28/04 | RAM | Work on November fee application. | 0.50 Hrs | $115.00 |
| 12/29/04 | RAM | Work on November fee application (.5): send it to in-house counsels to review (.1). | 0.60 Hrs | $138.00 |

David B. Siegel

|  | | TOTAL LEGAL SERVICES | $644.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| ROBERT A. MURPHY | 0.10 Hrs | 230/hr | No charge |
|---|---|---|---|
| ROBERT A. MURPHY | 2.80 Hrs | 230/hr | $644.00 |
| | 2.90 Hrs | | $644.00 |

| | TOTAL THIS BILL | $644.00 |
|---|---|---|

# **EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 20, 2005

Bill Number  77145
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2004

| | | |
|---|---|---|
| EXCESS POSTAGE | | $3.85 |

BOSTON EXPRESS DELIVERY

| | | | |
|---|---|---|---|
| 12/16/04 | BOSTON EXPRESS -11/19/04 To: Wilmer Cutler Pickering Hale & Dorr  From: RAM | 9.00 | |
| | | | $9.00 |

FEDERAL EXPRESS

| | | |
|---|---|---|
| 12/06/04 | FEDERAL EXPRESS - 11/15/04 To: W. R. Grace & Co. From:  MTM | 7.83 |
| 12/08/04 | FEDERAL EXPRESS - 11/22/04 To: Kirkland & Ellis From: MTM | 13.81 |
| 12/08/04 | FEDERAL EXPRESS - 11/23/04 To: Kirkland & Ellis From: MTM | 13.81 |
| 12/08/04 | FEDERAL EXPRESS - 11/30/04 To: Kirkland & Ellis From: MTM | 23.49 |
| 12/08/04 | FEDERAL EXPRESS - 11/23/04 To: Kirkland & Ellis From: MTM | 48.68 |
| 12/20/04 | FEDERAL EXPRESS - 12/08/04 To: W R Grace & Co. From: MTM | 28.14 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 12/20/04 | FEDERAL EXPRESS - 12/03/04 To: W R Grace Company From: MTM | 27.64 | |
| 12/20/04 | FEDERAL EXPRESS - 12/09/04 To: Kirkland & Ellis LLP From: MTM | 23.91 | |
| 12/20/04 | FEDERAL EXPRESS - 12/09/04 To: W R Grace & Co. From: MTM | 25.09 | |
| 12/20/04 | FEDERAL EXPRESS - 12/08/04 To: Kirkland & Ellis LLP From: MTM | 23.91 | |
| 12/20/04 | FEDERAL EXPRESS - 12/03/04 To: Kirkland & Ellis LLP From: MTM | 43.36 | |
| 12/30/04 | FEDERAL EXPRESS - 12/10/04 To: Kirkland & Ellis From: MTM | 36.41 | |
| 12/30/04 | FEDERAL EXPRESS - 12/10/04 To: W R Grace & Co. From: MTM | 34.00 | |
| 12/30/04 | FEDERAL EXPRESS - 12/10/04 To: W R Grace & Co From: MTM | 18.28 | |
| | | | $368.36 |

TRAVEL

| | | | |
|---|---|---|---|
| 12/22/04 | DINER'S CLUB - RAM/MTM - Airfare- 11/15 +16/04 to Washington D.C. to attend 11/16 conference  at Kirkland & Ellis (RAM's return portion of trip to be billed separately) | 1,113.90 | |
| 12/30/04 | ROBERT A MURPHY - Travel Expenses for trip to Washington D.C. to discuss Mt. Grand Jury subpoena | 444.71 | |
| 12/30/04 | ROBERT A MURPHY - Airline ticket to return to Boston after conference in Washington, D.C. to Discuss G.J. Subpoena | 384.10 | |
| | | | $1,942.71 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 12/06/04 | MERRILL COMM - Records copied for Kirkland & Ellis counsel on 11/23/04 | 512.56 | |
| 12/13/04 | MERRILL COMM - Air sampling documents for Kirkland Ellis attorney (12/3/04) | 127.46 | |
| 12/20/04 | MERRILL COMM - Copy of videotape to send to Kirkland & Ellis counsel on 12/9/04 | 26.25 | |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2004

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 12/20/04 | MERRILL COMM - Copy of monthly reports to send to Kirkland & Ellis counsel on 12/10/04 | 171.86 |

$838.13

PHOTOCOPYING

| | | |
|---|---|---|
| 12/01/04 | 43 copies at .12 per copy | 5.16 |
| 12/02/04 | 1 copy at .12 per copy | 0.12 |
| 12/02/04 | 3 copies at .12 per copy | 0.36 |
| 12/03/04 | 11 copies at .12 per copy | 1.32 |
| 12/03/04 | 232 copies at .12 per copy | 27.84 |
| 12/06/04 | 4 copies at .12 per copy | 0.48 |
| 12/07/04 | 40  copies at .12 per copy | 4.80 |
| 12/07/04 | 4  copies at .12 per copy | 0.48 |
| 12/08/04 | 238  copies at .12 per copy | 28.56 |
| 12/08/04 | 136 copies at .12 per copy | 16.32 |
| 12/08/04 | 10 copies at .12 per copy | 1.20 |
| 12/09/04 | 27 copies at .12 per copy | 3.24 |
| 12/09/04 | 7 copies at .12 per copy | 0.84 |
| 12/09/04 | 129 copies at .12 per copy | 15.48 |
| 12/09/04 | 27 copies at .12 per copy | 3.24 |
| 12/10/04 | 184 copies at .12 per copy | 22.08 |
| 12/10/04 | 12 copies at .12 per copy | 1.44 |
| 12/10/04 | 363 copies at .12 per copy | 43.56 |
| 12/13/04 | 69 copies at .12 per copy | 8.28 |
| 12/14/04 | 79 copies at .12 per copy | 9.48 |
| 12/15/04 | 68 copies at .12 per copy | 8.16 |
| 12/17/04 | 58 copies at .12 per copy | 6.96 |
| 12/20/04 | 16 copies at .12 per copy | 1.92 |
| 12/22/04 | 471 copies at .12 per copy | 56.52 |
| 12/22/04 | 42 copies at .12 per copy | 5.04 |
| 12/22/04 | 21 copies at .12 per copy | 2.52 |
| 12/22/04 | 45 copies at .12 per copy | 5.40 |
| 12/22/04 | 4 copies at .12 per copy | 0.48 |
| 12/23/04 | 40 copies at .12 per copy | 4.80 |
| 12/23/04 | 6 copies at .12 per copy | 0.72 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through December 31, 2004

PHOTOCOPYING

| | | |
|---|---|---|
| 12/23/04 | 99 copies at .12 per copy | 11.88 |
| 12/27/04 | 310 copies at .12 per copy | 37.20 |
| 12/27/04 | 310  copies at .12 per copy | 37.20 |
| 12/27/04 | 2 copies at .12 per copy | 0.24 |
| 12/29/04 | 4 copies at .12 per copy | 0.48 |
| 12/29/04 | 2 copies at .12 per copy | 0.24 |
| | | $374.04 |

TELEPHONE

| | | | |
|---|---|---|---|
| 12/10/04 | 329 | 5613621551 | 0.99 |
| 12/12/04 | 357 | 5613621584 | 1.10 |
| 12/16/04 | 329 | 2028795177 | 1.54 |
| 12/26/04 | 357 | 5613621583 | 1.10 |
| 12/26/04 | 357 | 5613621583 | 2.20 |
| 12/26/04 | 357 | 2028795200 | 1.10 |
| | | | $8.03 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 12/01/04 | BOSTON CAPITAL INSTI -rent and utilities for document repository at One Winthrop Square -  November 2004 | 12,188.28 | |
| | | | $12,188.28 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 12/06/04 | RECORDKEEPER ARCHIVE - monthly storage fee (11/04) | 396.15 | |
| 12/06/04 | WEST PUBLISHING CORP - 2004 Supplement to L. Cetrulo's Toxic Tort Litigation sent to in-house counsel 11/04 | 107.63 | |
| 12/13/04 | RECORDKEEPER ARCHIVE - File retrieval (11/04) (diskette of depo and info re: Union records, per MTM) | 54.00 | |
| 12/13/04 | RECORDKEEPER ARCHIVE - Monthly storage fee (12/04) | 396.15 | |
| | | | $953.93 |

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $16,686.33 |
| TOTAL THIS BILL | $16,686.33 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

January 20, 2005

Bill Number  77146
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through December 31, 2004

FEDERAL EXPRESS

| 12/06/04 | FEDERAL EXPRESS - 11/12/04 to Scotta McFarland From: RAM | 18.88 | |
| 12/30/04 | FEDERAL EXPRESS - 12/14/04 To: Scotta McFarland Esq. -Pachulski Stang Ziehl Young From: RAM | 13.40 | |
| | | | $32.28 |

TELEPHONE

| 12/12/04 | 357 | 5613621583 | 1.10 | |
| | | | | $1.10 |

TOTAL DISBURSEMENTS                $33.38

David B. Siegel

TOTAL THIS BILL          $33.38

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

January 20, 2005

Bill Number 77147
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: ZAI Science Trial

## DISBURSEMENTS

Through December 31, 2004

STENOGRAPHER/TRANSCRIPT

| 12/03/04 | COURT REPORTERS ASSOCIATES, INC.-Ralph Mold deposition 2/28/03 (note: invoice not received previously) | 458.20 | |
|---|---|---|---|
| | | | $458.20 |
| | TOTAL DISBURSEMENTS | | $458.20 |
| | TOTAL THIS BILL | | $458.20 |