IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** February 16, 2005, at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

December 31, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51000061
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $369,903.54 |
| For professional services rendered through December 31, 2004: | 24,561.50 |

Other Charges:

| | |
|---|---:|
| TELEPHONE | 15.29 |
| OVERTIME | 420.00 |
| POSTAGE | 0.37 |
| LEXIS | 233.55 |
| WESTLAW | 501.75 |
| MEALS - LOCAL | 103.35 |
| | 1,274.31 |

| | |
|---|---:|
| Total Current Charges | 25,835.81 |
| Total Balance Due | $395,739.35 |

**BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000061**

NJ\97800.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 12/01/04 | 1.00 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES ; REVIEWED CORRESPONDENCE |
| MATTHEWS | 12/01/04 | 9.00 | PREPARE FOR AND PARTICIPATE IN NEGOTIATION CONFERENCE CALL; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 12/02/04 | .50 | REVIEWED CORRESPONDENCE AND SETTLEMENT DOCUMENTS |
| MATTHEWS | 12/02/04 | 5.80 | REVIEW INCOMING CORRESPONDENCE; REVISE AND TRANSMIT SETTLEMENT DOCUMENTS; PARTICIPATE IN MEETING WITH EPA |
| MCGAHREN | 12/03/04 | .50 | REVIEWED CORRESPONDENCE; PHONE CALL WITH A. REITANO; CONFERRED WITH L. MATTHEWS |
| MCGAHREN | 12/06/04 | 1.00 | REVIEWED CORRESPONDENCE AND BANKRUPTCY MOTION; CONFERRED WITH L. MATTHEWS; PHONE CALLS WITH L. DUFF AND M. OBRADOVIC |
| MATTHEWS | 12/06/04 | 2.50 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO MOTION; CALL WITH P. BROSS REGARDING STATUS; CALL WITH J. POTTS REGARDING SETTLEMENT DOCUMENTS; CALL WITH M. MILLER REGARDING ACO ADDITIONS LETTER; ATTEND TO SAME; BEGIN REDLINES OF SETTLEMENT DOCUMENTS FOR SUBMISSION TO STATE |
| MCGAHREN | 12/07/04 | 1.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 12/07/04 | 3.60 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN CONFERENCE CALL REGARDING STATUS; CONTINUE TO FINALIZE DOCUMENTS TO TRANSMIT TO STATE |
| MCGAHREN | 12/08/04 | .40 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MULVIHILL | 12/08/04 | 3.10 | RESEARCH REGARDING WETLANDS PERMITTING AND PRESERVATION STANDARDS |
| MATTHEWS | 12/08/04 | .70 | REVIEW INCOMING CORRESPONDENCE; CALL WITH P. BROSS REGARDING STATUS; DRAFT E-MAIL SUMMARIZING CALL |
| MCGAHREN | 12/09/04 | 1.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE |
| MULVIHILL | 12/09/04 | 7.90 | RESEARCH REGARDING WETLANDS PERMITTING AND PRESERVATION STANDARDS; DRAFT MEMORANDUM TO J. MCGAHREN REGARDING RESEARCH |
| MATTHEWS | 12/09/04 | 2.70 | REVIEW INCOMING CORRESPONDENCE; CALL WITH J. MCGAHREN REGARDING OUTSTANDING ISSUES; PARTICIPATE IN STATUS CONFERENCE CALL; REVIEW AND COMMENT ON ACO ADDITIONS LETTER |
| MCGAHREN | 12/10/04 | 2.50 | PHONE CALLS WITH B. RAWLYCK, A. REITANO, L. DUFF, M. OBRADOVIC; REVIEWED CORRESPONDENCE; RESEARCH NRD PROJECTS |
| MULVIHILL | 12/10/04 | 1.60 | REVIEW AND REVISE MEMORANDUM TO J. MCGAHREN REGARDING WETLANDS PERMITTING |
| MATTHEWS | 12/13/04 | 2.00 | REVIEW INCOMING CORRESPONDENCE; CALL WITH J. MCGAHREN REGARDING STATUS; ATTEND TO |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000061

2

NJ\97800.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | FILE; DRAFT SETTLEMENT DOCUMENT TRANSMISSION LETTER |
| MCGAHREN | 12/14/04 | 2.00 | REVIEWED CORRESPONDENCE; PHONE CALLS WITH B. RAWLYCK; REVIEWED D&R GREENWAY NRD PROPOSAL; CONFERENCE WITH D. MULVIHILL |
| MCGAHREN | 12/15/04 | 1.00 | REVIEWED CORRESPONDENCE; PHONE CALL WITH B. RAWLYK |
| MCGAHREN | 12/16/04 | 2.50 | PHONE CALLS WITH P. CEREBELLI, D. TOFT AND M. MILLER, L. DUFF, M. OBRADOVIC; REVIEWED D&R NRD PROPOSAL; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 12/16/04 | 1.00 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN STATUS CONFERENCE CALL |
| MCGAHREN | 12/17/04 | 1.00 | PHONE CALLS WITH D. TOFT, A. REITANO; REVIEWED CORRESPONDENCE |
| MCGAHREN | 12/20/04 | .30 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 12/21/04 | .60 | REVIEW INCOMING CORRESPONDENCE; REVISE DOCUMENT TRANSMITTAL LETTER PER L. DUFF'S COMMENTS; ATTEND TO FILE |
| MCGAHREN | 12/22/04 | 1.50 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE; PHONE CALLS WITH D&R GREENWAY |
| MATTHEWS | 12/22/04 | 1.00 | CALL WITH J. MCGAHREN REGARDING STATUS; PARTICIPATE IN STATUS CONFERENCE CALL; REVIEW INCOMING CORRESPONDENCE |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 16.20 | 475.00 | 7,695.00 | PARTNER, JR. |
| D F MULVIHILL | 03737 | 12.60 | 295.00 | 3,717.00 | ASSOCIATE, JR. |
| LD MATTHEWS | 02951 | 28.90 | 455.00 | 13,149.50 | CONTRACT ASSOC |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 12/01/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 2.31 |
| 12/06/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .76 |
| 12/09/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 1.15 |
| 12/10/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 2.28 |
| 12/16/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .77 |
| 12/22/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 7.63 |
| 12/30/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .39 |
| | | ** TOTAL TELEPHONE | | | 15.29 |
| 11/30/04 | LEXIS (MEAD DATA) | Lexis-Nexis Search--11/30/04 | LD MATTHEWS | | 233.55 |
| | | ** TOTAL LEXIS (MEAD DATA) | | | 233.55 |
| 11/29/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--11/29/04 | D F MULVIHILL | | 171.27 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000061

3

NJ\97800.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 12/09/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--12/09/04 | D F MULVIHILL | | 116.64 |
| 12/10/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--12/10/04 | D F MULVIHILL | | 213.84 |
| | | ** TOTAL WESTLAW (WEST PUBLISHING) | | | 501.75 |
| 10/16/04 | MEALS - LOCAL | MEALS - LOCAL --THE CERTO GROUP, LLC | J MCGAHREN | THE CERTO GROUP, LLC | 103.35 |
| | | ** TOTAL MEALS - LOCAL | | | 103.35 |
| 11/16/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 11/18/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 11/30/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| 12/01/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| 12/06/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS. | JUDITH CHRISTOPHER | | 30.00 |
| 12/10/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 12/14/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 30.00 |
| 12/20/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & PREP DOCS | JUDITH CHRISTOPHER | | 60.00 |
| | | ** TOTAL OVERTIME | | | 420.00 |
| 11/30/04 | POSTAGE | POSTAGE | JP LEJAVA | | .37 |
| | | ** TOTAL POSTAGE | | | .37 |

**BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.**
**FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000061**

4

NJ\97800.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

December 31, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No. W51000062
File No. 029016-0003

---

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $26,315.59 |
| For professional services rendered through December 31, 2004: | | 1,616.00 |
| Other Charges: | | |
| PHOTOCOPYING | 6.12 | |
| TELEPHONE | 1.92 | |
| | | 8.04 |
| Total Current Charges | | 1,624.04 |
| Total Balance Due | | $27,939.63 |

**BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000062**

NJ\97806.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEJAVA | 12/06/04 | .30 | REVIEW OF CHART LISTING L&W FEE APPLICATION AMOUNTS FOR PURPOSES OF DECEMBER 20 FEE HEARING FORWARDED BY WARREN H. SMITH & ASSOCIATES |
| LEJAVA | 12/08/04 | .20 | REVIEWED AND RESPONDED TO J. MCGAHREN E-MAILS REGARDING FEE APPLICATIONS |
| LEJAVA | 12/10/04 | .30 | CONFERENCE WITH J. MCGAHREN REGARDING INVOICES; PREPARE E-MAIL TO M. BIGELOW REGARDING INVOICES |
| LEJAVA | 12/16/04 | .20 | PREPARE E-MAIL TO S. SAVAGE REGARDING NOVEMBER FEE APPLICATION; LEFT VOICE MAIL MESSAGE FOR S. BOSSAY REGARDING DECEMBER FEE HEARING |
| LEJAVA | 12/20/04 | .40 | CONFERENCE WITH J. MCGAHREN REGARDING BANKRUPTCY COURT FEE HEARING AND TELEPHONE CALL WITH S. BOSSAY |
| LEJAVA | 12/22/04 | 1.00 | REVIEW DRAFT NOVEMBER FEE APPLICATION; MAKE CHANGES TO SAME AND FORWARD TO K. YEE FOR FILING |
| SAVAGE | 12/22/04 | 3.20 | DRAFT NOVEMBER 2004 SPECIAL COUNSEL FEE APPLICATION; CONFER WITH J. LEJAVA AND J. MCGAHREN REGARDING SAME |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 2.40 | 360.00 | 864.00 | ASSOCIATE, SR. |
| S SAVAGE | 03640 | 3.20 | 235.00 | 752.00 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 12/16/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| 12/20/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 1.15 |
| | | ** TOTAL TELEPHONE | | | 1.92 |
| 12/20/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1012300497847 | JUDITH CHRISTOPHER | | 1.36 |
| 12/20/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1012300497851 | JUDITH CHRISTOPHER | | .68 |
| 12/20/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1012300497849 | JP LEJAVA | | 4.08 |
| | | ** TOTAL PHOTOCOPYING | | | 6.12 |

**BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.**
**FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000062**

2

NJ\97806.1