IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Feb. *16*, 2005 at 4:00p.m.** |
| | | **Hearing Date:   TDB only if necessary** |

## SUMMARY COVERSHEET TO THIRTY-FOURTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | December 1, 2004 through December 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $6,325.00 period December 1, 2004 through December 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $121.45 period of December 1, 2004 through December 31, 2004 |

This is a:              Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |
|  |  |  |  |  |  |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Paid | Paid |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Paid | Paid |
| 10/04 | 09/01/04 through 09/30/04 | $60,518.00 | $2,976.80 | Paid | Paid |
| 11/04 | 10/01/04 through 10/31/04 | $37,912.80 | $2,005.04 | Paid | Paid |

| 12/04 | 11/01/04 through 11/30/04 | $6,468.40 | $273.07 | Application pending | Application pending |

As indicated above, this is the thirty-fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 14.80 | $5,550.00 |
| Melissa E. Flax | Partner | $250 | 3.10 | $775.00 |

Total Fees          $6,325.00

Total Hours          17.90

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | |
| Westlaw/Pacer | $0.70 |
| Telephone | $13.25 |
| Faxes | $85.00 |
| FedEx | $22.50 |
| Travel | |
| Messenger | |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| AirPhoto Services | |
| Stationary and Supplies | |
| Returned Witness Fee | |
| | |
| Total | $121.45 |

Dated:  January 17, 2005

**ATTACHMENT B**
**TO FEE APPLICATION**
**(December 1, 2004 through December 31, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 14.80 | $5,550.00 |
| Melissa E. Flax | Partner | $250 | 3.10 | $775.00 |

| | |
|---|---|
| Grand Total: | $6,325.00 |
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $121.45 |
| Fee Applications, Applicant | 2.90 | $725.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 15.00 | $5,600.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $0.70 |
| Facsimile (with rates) | | $85.00 ($1.00 per page) |
| Long Distance Telephone | | $13.25 |
| In-House Reproduction | | ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $22.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Aerial Photographs | | |
| Stationary & Supplies | | |
| Returned Witness Fee | | |

Dated: January 17, 2005