IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )     Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. [1] | )     Case No. 01-01139 (JKF) |
| | )     (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Feb. /6, 2005 at 4:00p.m.** |
| |                 **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**E X H I B I T  A**

W.R. GRACE & COMPANY                        January 19, 2005
5400 BROKEN SOUND BLVD., N.W.               Invoice No.  26469
BOCA RATON, FL  33487                       Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   12/31/04

Matter #         734680.1       VS. HONEYWELL INTERNATIONAL


**Litigation and Litigation Consulting**


| | | | |
|---|---|---|---|
| 12/02/04 JMA | Phone - C. Marraro re: ICO opposition to Joint Motion to Dismiss and position re: appeal | .50 | 187.50 |
| 12/03/04 JMA | Phone - C. Marraro re: Substitution of counsel, Howrey & Simon for Wallace, King | .30 | 112.50 |
| 12/03/04 JMA | Receipt and review letter form Special Master to Citicorp re: L.C. | .20 | 75.00 |
| 12/03/04 JMA | Receipt and review NEF re: ICO opposition to joint motion | .10 | 37.50 |
| 12/03/04 JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 12/03/04 JMA | Receipt and review Honeywell Rule 60(B) notice of motion | .20 | 75.00 |
| 12/03/04 JMA | Receipt and review Honeywell brief in support of Rule 60(B) motion | .60 | 225.00 |
| 12/03/04 JMA | Receipt and review Honeywell proposed Order vacating injunction | .20 | 75.00 |
| 12/03/04 JMA | Receipt and review email from M. Sprague re: joint motion reply | .20 | 75.00 |
| 12/03/04 JMA | Receipt and review list of provisions in Orders and final Judgment to be vacated | .20 | 75.00 |
| 12/03/04 JMA | Compare list of provisions with Final Judgment and Orders | .60 | 225.00 |
| 12/03/04 JMA | Appeal - receipt and review letter from J. Brody to Third Circuit Clerk | .10 | 37.50 |
| 12/03/04 JMA | Appeal - receipt and review Honeywell reply re: limitations on appeal issues | .40 | 150.00 |
| 12/03/04 JMA | Receipt and review email from T. Pasuit re: Special Master' Ninth Progress Report | .10 | 37.50 |

```
W.R. GRACE & COMPANY                           January 19, 2005
Client No.            734680              Page      2
INVOICE NO.           26469
```

| | | | |
|---|---|---|---|
| 12/03/04 JMA | Receipt and review Ninth Progress Report of Special Master | .40 | 150.00 |
| 12/03/04 MEF | Phones with CHM regarding 8/26/04 order | .20 | 50.00 |
| 12/04/04 JMA | Receipt and review email from CHM to M. Sprague re: reply on joint motions | .10 | 37.50 |
| 12/04/04 JMA | Receipt and review email from T. Pasuit re: Second Amended Stipulation re: immediate action items | .10 | 37.50 |
| 12/04/04 JMA | Receipt and review Second Amended Stipulation re: immediate action items | .30 | 112.50 |
| 12/04/04 JMA | Receipt and review notice of electronic filing re: Rule 60(B)5 motion | .10 | 37.50 |
| 12/04/04 JMA | Receipt and review Special Master's 18th Fee Application Notice of Motion | .20 | 75.00 |
| 12/04/04 JMA | Receipt and review proposed Order re: Special Master's 18th Fee Application | .20 | 75.00 |
| 12/04/04 JMA | Receipt and review Special Master's 18th Fee Application | .30 | 112.50 |
| 12/05/04 JMA | Review Rules re: substitution of counsel | .30 | 112.50 |
| 12/05/04 JMA | Preparation of Substitution of Counsel - Howrey & Simon for Wallace King | .40 | 150.00 |
| 12/06/04 JMA | Phone - CHM re: ICO position on joint motions by Grace and Honeywell | .40 | 150.00 |
| 12/06/04 JMA | Phone - Judge Cavanaugh's law clerk re: Special Master fee submission | .20 | 75.00 |
| 12/08/04 JMA | Revise Substitution of Attorney | .20 | 75.00 |
| 12/08/04 JMA | Letter to CHM | .20 | 75.00 |
| 12/08/04 JMA | Phone - CHM re: rule 60 motion filed by Honeywell | .40 | 150.00 |
| 12/09/04 JMA | Receipt and review notice of electronic filing re: Honeywell Rule 60(B) motion | .10 | 37.50 |
| 12/09/04 JMA | Phone - R. Senftleben re: status of motions | .20 | 75.00 |
| 12/09/04 JMA | Phone - CHM re: status of joint motion to dismiss | .20 | 75.00 |

```
W.R. GRACE & COMPANY                                    January 19, 2005
Client No.                  734680                      Page      3
INVOICE NO.                 26469
```

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/09/04 | JMA | Receipt and review notice of electronic filing re: Honeywell and Grace reply brief re: joint motion | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review Grace and Honeywell reply brief | .30 | 112.50 |
| 12/09/04 | JMA | Receipt and review revised Order re: Honeywell and Grace joint motion to dismiss | .20 | 75.00 |
| 12/09/04 | JMA | Receipt and review email from T. Pasuit re: Special Master meeting | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review notice of electronic filing re: special Master's 18th Fee application | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review letter from K. Coakley re: 100% Design | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review email from K. Millian re: objections to proposed Order-Joint Motion | .30 | 112.50 |
| 12/09/04 | JMA | Receipt and review email from M. Sprague with revisions to proposed Order re: joint motion | 1.30 | 487.50 |
| 12/09/04 | JMA | Receipt and review email from K. Millian re: comment to joint motion Order | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review letter from D. Field to Clerk re: Honeywell and Grace reply - Joint Motion | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review email from K. Millian re: joint motion | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review email from M. Sprague re: joint motion | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review email from CHM re: joint motion | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review notice of electronic filing re: second restated SPAP Order | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review executed Second Restated SWAP Order | .20 | 75.00 |
| 12/09/04 | JMA | Receipt and review notice of electronic filing re: Order setting time for Honeywell opposition to ICO fee application | .10 | 37.50 |

```
W.R. GRACE & COMPANY                               January 19, 2005
Client No.              734680                      Page      4
INVOICE NO.             26469
```

| Date | | Description | | |
|---|---|---|---|---|
| 12/09/04 | JMA | Receipt and review Order setting time for Honeywell opposition to ICO fee application | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review notice of electronic filing re: Special Master's 17th fee application | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review Order re: Special Master's 17th fee application | .10 | 37.50 |
| 12/10/04 | JMA | Receipt and review Carella, Byrne 33rd monthly fee application | .30 | 112.50 |
| 12/22/04 | JMA | Conference with CHM re:schedule of Joint Motion to Dismiss | .30 | 112.50 |
| 12/23/04 | JMA | Receipt and review ICO reply papers re: fees on fees application | .40 | 150.00 |
| 12/23/04 | JMA | Receipt and review letter from C. Pravlik to Judge Cavanaugh | .10 | 37.50 |
| 12/23/04 | JMA | Receipt and review letter from K. Millian | .10 | 37.50 |
| 12/23/04 | JMA | Receipt and review notice of electronic filing re: ICO reply papers | .10 | 37.50 |
| 12/27/04 | JMA | Receipt and review letter from B. Terris to Judge Cavanaugh re: adjournment of motions | .20 | 75.00 |
| 12/27/04 | JMA | Receipt and review letter from Third Circuit Clerk re: jurisdictional issue | .10 | 37.50 |
| 12/28/04 | JMA | Receipt and review notice of electronic filing re: notice of motion - Special Master's 19th fee application | .10 | 37.50 |
| 12/28/04 | JMA | Receipt and review notice of motion - Special Master's 19th fee application | .20 | 75.00 |
| 12/28/04 | JMA | Receipt and review Special Master's 19th fee application | .30 | 112.50 |
| 12/28/04 | JMA | Receipt and review proposed Order re: Special Master's fee application | .10 | 37.50 |
| 12/28/04 | JMA | Receipt and review Honeywell notice of motion and supporting papers re: surreply - fees on fees application | .20 | 75.00 |
| 12/28/04 | JMA | Receipt and review notice and briefing schedule from Third Circuit re: RCRA fee award | .30 | 112.50 |

W.R. GRACE & COMPANY                             January 19, 2005
Client No.              734680                    Page      5
INVOICE NO.             26469

12/28/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Special Master's 18th Fee Application

12/28/04 JMA Receipt and review Order re: Special Master's     .10    37.50
             18th fee application


**Fee Applications, Applicant**


12/06/04 MEF Fee Application - Email from S. Bossay            .10    25.00
             regarding 13th Interim Quarterly Fee
             Application

12/06/04 MEF Fee Application - review Exhibits A&B             .30    75.00

12/06/04 MEF Fee Application - voice mail S. Bossay            .10    25.00

12/06/04 MEF Fee Application - email to S. Bossay              .20    50.00

12/06/04 MEF Fee Application - PACER search - CNO regarding    .20    50.00
             32nd Monthly Fee Application

12/06/04 MEF Fee Application - review CNO regarding 32nd       .20    50.00
             Monthly Fee Application

12/07/04 MEF Fee Application - review November 2004 fee        .50   125.00
             detail

12/07/04 MEF Fee Application - email from S. Bossay            .20    50.00
             regarding13th chart and project categories

12/07/04 MEF Fee Application - email to S. Bossay regarding    .10    25.00
             13th application

12/10/04 MEF Fee Application - prepare 33rd monthly fee        .80   200.00
             application

12/10/04 MEF Fee Application - letter to P. Cuniff regarding   .20    50.00
             33rd fee application


                                                      -------------
Total Fees:                                              6,325.00

```
W.R. GRACE & COMPANY                              January 19, 2005
Client No.           734680                       Page     7
INVOICE NO.          26469
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS              FEES
J M AGNELLO                      375.00    14.80           5550.00
M E FLAX                         250.00     3.10            775.00
                       TOTALS              17.90           6325.00
```

# EXHIBIT B

```
W.R. GRACE & COMPANY                          January 19, 2005
Client No.                734680              Page      6
INVOICE NO.               26469
```

         Disbursements

```
12/31/04 Faxes                                85.00
12/31/04 Telephone                            13.25
12/31/04 Computer Searches                     0.70
12/31/04 Federal Express                      22.50
                                           -------------
Total Costs                                        121.45
                                           -------------
Total Due this Matter                            6,446.45
==============
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )    Chapter 11
                                          )
W. R. GRACE & CO. et al.[1]               )    Case No. 01-01139 (JKF)
                                          )    (Jointly Administered)
        Debtors.                          )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 21st day of January, 2005

_____
Notary Public

My Commission Expires:

JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007