## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   February 17, 2005 at 4:00 p.m. |

## THIRTY-EIGHTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 25, 2004

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | December 1, 2004 through December 25, 2004 |
| Amount of fees to be approved as actual, reasonable and necessary: | $27,170.50 |
| Amount of expenses sought as actual, reasonable and necessary: | $457.47 |

This is a(n): ___ interim          ___ final application.          __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

58909v1

| | | | | |
|---|---|---|---|---|
| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |
| 4/25/04 5502 | 3/1/04 through 3/31/04 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 5/19/04 |
| 5/28/04 5656 | 4/1/04 through 4/30/04 | $8,492.50/ $782.53 | $6,794.00/ $782.53 | 5844 6/21/04 |
| 6/28/04 5883 | 5/1/04 though 5/31/04 | $16,891.00/ $180.37 | $13,512.80/ $180.37 | 5996 7/20/04 |
| 7/29/04 6061 | 6/1/04 through 6/30/04 | $30,666.50/ $1,008.14 | $24,533.50/ $1,008.14 | 6223 8/20/04 |

58909v1

| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
|---|---|---|---|---|
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | To Be Filed |

**SUMMARY OF TIME FOR BILLING PERIOD**
**DECEMBER 1, 2004 THROUGH DECEMBER 25, 2004**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|------|------|------|
| Teresa K.D. Currier | $465 | 30.9 | $14,368.50 |
| Rhonda L. Thomas | $220 | 51.1 | $11,242.00 |
| Melissa N. Flores | $130 | .6 | $78.00 |
| Raelena Y. Taylor | $130 | 11.4 | $1,482.00 |
| **TOTAL** | | **94.0** | **$27,170.50** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**DECEMBER 1, 2004 THROUGH DECEMBER 25, 2004**

| Project category | Total Hours | Total Fees |
|------|------|------|
| Asset Disposition | 2.3 | $873.50 |
| Business Operations | 1.3 | $433.00 |
| Case Administration | 10.4 | $2,985.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | 3.0 | $929.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 4.5 | $1,798.50 |
| Committee, Creditors', Noteholders', or Equity Holders' | 2.1 | $462.00 |
| Employment Applications/Applicant | 1.6 | $744.00 |
| Employment Applications, Others | 5.6 | $1,473.50 |
| Fee Applications, Applicant | 8.1 | $1,323.00 |
| Fee Applications, Others | 6.4 | $1,318.00 |
| Litigation and Litigation Consulting | 27.3 | $7,402.50 |
| Plan and Disclosure Statement | 20.9 | $7,317.50 |
| Relief From Stay Proceedings | .5 | $110.00 |
| **TOTAL** | **94.0** | **$27,170.50** |

58909v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**DECEMBER 1, 2004 THROUGH DECEMBER 25, 2004**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $.30 |
| Federal Express | $43.04 |
| Messenger Services | $200.50 |
| Duplicating Services | $213.63 |
| **TOTAL** | **$457.47** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:    /s/ Rhonda L. Thomas
           Teresa K. D. Currier (No. 3080)
           Rhonda L. Thomas (No. 4053)
           1000 West Street, Suite 1410
           Wilmington, DE 19801
           (302) 552-4200

           Co-Counsel to the Official Committee of
           Equity Holders

Dated: January 28, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 19, 2005
MATTER :   W9600-000
INVOICE :  186123

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 12/07/04 FEDERAL EXPRESS - FEDEX - # 7-884-10109 | 12.00 |
| 12/07/04 FEDERAL EXPRESS - FEDEX - # 7-884-10109 | 19.04 |
| 12/07/04 FEDERAL EXPRESS - FEDEX - # 7-884-10109 | 12.00 |
| 12/08/04 MESSENGER SERVICES - PARCELS, INC. - # 26369 | 7.50 |
| 12/16/04 REPRODUCTION OF DOCUMENTS | 0.30 |
| 12/21/04 MESSENGER SERVICES - PARCELS, INC. - # 26521 | 7.50 |
| 12/21/04 MESSENGER SERVICES - PARCELS, INC. - # 26521 | 185.50 |
| 12/21/04 DUPLICATING SERVICES - PARCELS, INC. - # 4494 | 213.63 |

TOTAL EXPENSE ADVANCES :          457.47

TOTAL DUE  :                      457.47

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :     JANUARY 19, 2005
                                               MATTER :  W9600-002
                                               INVOICE :  186124

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

    RE:  ASSET DISPOSITION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/04 | TC | REVIEWED CLAIM SETTLEMENT NOTICE WITH CIANBRO CORPORATION | .60 |
| 12/02/04 | RLT | REVIEWED NOTICE OF SETTLEMENT OF CLAIM BETWEEN DEBTORS AND CIANBRO CORPORATION (OBJECTION DEADLINE: 12/22/04 AT 4:00 P.M. FILED BY W.R. GRACE & CO | .30 |
| 12/20/04 | RLT | REVIEWED WITHDRAWAL OF LIMITED OBJECTION OF THE FUTURE CLAIMANTS' REPRESENTATIVE TO MOTION OF W.R. GRACE & CO. TO APPROVE SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES | .20 |
| 12/21/04 | TC | REVIEWED ORDER ASSUMING AGREEMENT WITH BETA SOFTWARE | .30 |
| 12/23/04 | RLT | REVIEWED MOTION TO ASSUME OR REJECT UNEXPIRED LEASES | .30 |
| 12/23/04 | TC | REVIEWED MOTION OF CITICORP LEASING TO COMPEL PAYMENT UNDER EQUIPMENT LEASES | .60 |


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .80 | 176.00 |
| T CURRIER | 465.00 | 1.50 | 697.50 |
| TOTALS | | 2.30 | 873.50 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-002
INVOICE :  186124

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  ASSET DISPOSITION

TOTAL FEES :                873.50

TOTAL DUE  :                873.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER : W9600-003
INVOICE : 186125

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/02/04 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD OCTOBER 2004 | .70 |
| 12/02/04 | TC | REVIEWED MONTHLY OPERATING REPORTS | .60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| R L THOMAS | 220.00 | .70 | 154.00 |
| T CURRIER | 465.00 | .60 | 279.00 |
| TOTALS | | 1.30 | 433.00 |

TOTAL FEES :                      433.00

TOTAL DUE  :                      433.00

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-004
INVOICE :  186126

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/01/04 | RTT | REVIEW E-NOTICES | .30 |
| 12/01/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 12/02/04 | RTT | REVIEW E-NOTICES | .30 |
| 12/02/04 | TC | REVIEWED MEMO OF EQUITY COMMITTEE MEETING DETAILS | .50 |
| 12/03/04 | RTT | UPDATE AND REVIEW DOCKET | .30 |
| 12/03/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .60 |
| 12/03/04 | RTT | REVIEW E-NOTICES | .30 |
| 12/08/04 | RLT | REVIEWED LETTER RELATING TO PAYMENTS FILED BY POLIBRASIL RESINAS SA | .20 |
| 12/13/04 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY W.R. GRACE & CO. HEARING SCHEDULED FOR 12/20/2004 AT 12:00 PM AT UNITED STATES BANKRUPTCY COURT | .40 |
| 12/13/04 | TC | REVIEWED NOTICE OF MATTERS SCHEDULED FOR HEARING 12/20 | .40 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 19, 2005
MATTER :   W9600-004
INVOICE :  186126

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 12/14/04 | RLT | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FILED BY W.R. GRACE & CO. HEARING SCHEDULED FOR 12/20/2004 AT 12:00 PM | .30 |
| 12/14/04 | TC | REVIEWED AMENDED NOTICE OF HEARING FOR HEARING 12/20 | .40 |
| 12/15/04 | RLT | REVIEWED DEBTORS' SUGGESTION TO THE COURT OF PROTOCOL FOR PROCEEDINGS FOR THE JANUARY 21, 2005 AND JANUARY 24, 2005 HEARINGS SCHEDULED IN THESE CASES | .50 |
| 12/15/04 | RTT | REVIEW E-NOTICES | .20 |
| 12/15/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.10 |
| 12/15/04 | TC | REVIEWED DEBTORS' SUGGESTED PROTOCOL FOR COURT FOR JANUARY PROCEEDINGS IN THESE CASES | .70 |
| 12/20/04 | RTT | REVIEW E-NOTICES | .20 |
| 12/20/04 | TC | REVIEWED ORDER OF DISTRICT COURT VACATING EARLIER ORDER | .40 |
| 12/20/04 | TC | REVIEWED MEMORANDUM OPINION RE VACATING OF ORDER | .60 |
| 12/21/04 | TC | REVIEWED JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' MOTION FOR A CASE MANAGEMENT ORDER | .40 |
| 12/21/04 | TC | REVIEWED JOINDER OF CERTAIN INSURERS IN CASE MANAGEMENT ISSUES | .50 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JANUARY 19, 2005
MATTER :   W9600-004
INVOICE :   186126

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 12/21/04 TC | REVIEWED LLOYDS OBJECTION TO CASE MANAGEMENT PROTOCOL ORDER | .60 |
| 12/22/04 RTT | REVIEW E-NOTICES | .20 |

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.40 | 308.00 |
| R T TAYLOR | 130.00 | 4.50 | 585.00 |
| T CURRIER | 465.00 | 4.50 | 2092.50 |
| TOTALS | | 10.40 | 2985.50 |

TOTAL FEES :                2,985.50

TOTAL DUE   :                2,985.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 19, 2005
                                              MATTER :  W9600-005
                                              INVOICE : 186127
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/06/04 | RLT | REVIEWED PROPOSED ORDER RE: DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF | .40 |
| 12/06/04 | RLT | REVIEWED PROPOSED ORDER RE: DEBTORS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATION | .60 |
| 12/20/04 | RLT | REVIEWED MOTION TO STRIKE /THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS' MOTION TO STRIKE THE DEBTORS' NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION AND OPPORTUNITY TO SUPPLEMENT CLAIMS | .50 |
| 12/21/04 | TC | REVIEWED OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS OBJECTION TO CONFIRMATION PROCEDURES | .60 |
| 12/21/04 | TC | REVIEWED ASBESTOS COMMITTEES' OBJECTION TO LITIGATION PROTOCOL MOTION | .50 |
| 12/22/04 | RLT | REVIEWED OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATION FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .40 |

PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-005
INVOICE : 186127

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|---|---|---|---|---|
| R L THOMAS | | 220.00 | 1.90 | 418.00 |
| T CURRIER | | 465.00 | 1.10 | 511.50 |
| | TOTALS | | 3.00 | 929.50 |


TOTAL FEES :                                929.50


TOTAL DUE  :                                929.50


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 19, 2005
MATTER :  W9600-006
INVOICE : 186128

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:   CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/24/04 | RLT | REVIEWED ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO RESPONSE FILED BY DENNIS NELSON TO THE THIRD OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .30 |
| 12/03/04 | RLT | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO RESPONSE FILED BY NEW ENGLAND CONSTRUCTION COMPANY TO THE FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .30 |
| 12/13/04 | TC | REVIEWED MOTION RE INTENT TO OBJECT TO MATERIALLY INSUFFICIENT CLAIMS | .60 |
| 12/13/04 | TC | REVIEWED NOTICE OF CLAIMS PREVIOUSLY SATISFIED | .70 |
| 12/14/04 | RLT | REVIEWED OBJECTION TO CLAIM NOTICE OF CLAIMS PREVIOUSLY SATISFIED FILED BY W.R. GRACE & CO | .30 |
| 12/14/04 | TC | REVIEWED MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO NEW ENGLAND CONSTRUCTION'S RESPONSE TO CLAIMS OBJECTIONS | .50 |
| 12/14/04 | TC | REVIEWED DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO RESPONSE FILED BY NEW ENGLAND CONSTRUCTION RE OMNIBUS CLAIMS OBJECTION | .60 |
| 12/20/04 | TC | REVIEWED MOTION OF GPW FOR PAYMENT OF ADMINISTRATIVE CLAIM | .40 |
| 12/23/04 | RLT | REVIEWED MOTION TO ALLOW CLAIMS ADMINISTRATIVE CLAIM, MOTION TO ALLOW PAYMENT ARREARAGES FILED BY CITICORP DEL-LEASE, INC. | .30 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-006
INVOICE :  186128

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

12/23/04 TC   REVIEWED MOTION TO ALLOW ADMINISTRATIVE CLAIMS          .50
              FILED BY CITICORP LEASING


## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.20 | 264.00 |
| T CURRIER | 465.00 | 3.30 | 1534.50 |
| TOTALS | | 4.50 | 1798.50 |

TOTAL FEES :          1,798.50

TOTAL DUE  :          1,798.50

---

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-007
INVOICE :  186129

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
      EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 11/29/04 | RLT | REVIEWED, RESPONDED TO AND CALENDERED EMAIL FROM TC RE EQUITY COMMITTEE CONFERENCE ALL. | .20 |
| 12/02/04 | RLT | CONFERENCE CALL WITH EQUITY COMMITTEE | 1.20 |
| 12/03/04 | RLT | PREPARED SUMMARY FOR TC ON EQUITY COMMITTEE MEETING | .70 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| R L THOMAS | 220.00 | 2.10 | 462.00 |
| TOTALS | | 2.10 | 462.00 |

TOTAL FEES :                         462.00

TOTAL DUE  :                         462.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-009
INVOICE : 186130

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  EMPLOYMENT APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/15/04 | TC | REVIEWED LEXECON BUDGET AS FORWARDED TO OTHER PARTIES AS DIRECTED BY JUDGE FITZGERALD | .50 |
| 12/20/04 | TC | REVIEWED APPLICATION TO RETAIN ARENT FOX | .50 |
| 12/23/04 | TC | FILED FINALIZED BUDGET AND LEXECON ORDER | .60 |

### T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS |
|------------|--------|--------|-------|--------|
| T CURRIER  |        | 465.00 | 1.60  | 744.00 |
|            | TOTALS |        | 1.60  | 744.00 |

TOTAL FEES :                744.00

TOTAL DUE  :                744.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-010
INVOICE : 186131

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 11/24/04 | RLT | REVIEWED ORDER DENYING APPELLANTS' APPEAL OF BANKRUTCY COURT'S ORDER APPOINTING DAVID AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE SIGNED BY JUDGE RONALD L. BUCKWALTER, S.J. ON 11/22/2004 | .30 |
| 11/24/04 | RLT | REVIEWED MEMORANDUM REGARDING ORDER APPOINTING DAVID AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE | .30 |
| 12/03/04 | RLT | REVIEWED OBJECTION TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER, NUNC PRO TUNC TO OCTOBER 29, 2004, APPROVING AND AUTHORIZING THE RETENTION AND EMPLOYMENT OF LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | .50 |
| 12/06/04 | RLT | REVIEWED JOINDER OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS TO THE OBJECTION BY THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS FOR AN ORDER, NUNC PRO TUNC TO OCTOBER 29, 2004, APPROVING AND AUTHORIZING THE RETENTION AND EMPLOYMENT OF LEXECON LLC AS ASBESTOS CLAIMS CONSULTANT TO THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS | .40 |
| 12/06/04 | RLT | REVIEWED EMAIL COMMUNICATION FROM RTT RE HEARING ON LEXECON OBJECTION | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     JANUARY 19, 2005
MATTER :   W9600-010
INVOICE :  186131

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| Date | | Description | Hours |
|------|---|-------------|-------|
| 12/06/04 | RTT | DOWNLOAD, REVIEW AND DISTRIBUTE TWO OBJECTIONS RE LEXECON'S RETENTION APPLICATION(.4); REVIEW DOCKET RE SAME(.2) | .60 |
| 12/14/04 | TC | REVIEWED OBJECTION OF COMMITTEE OF PERSONAL INJURY CLAIMANTS TO EQUITY COMMITTEE'S RETENTION OF LEXICON | .50 |
| 12/20/04 | RLT | REVIEWED APPLICATION TO EMPLOY ARENT FOX, PLLC AS A PROFESSIONAL FILED BY W.R. GRACE & CO. | .40 |
| 12/21/04 | RLT | REVIEWED ORDER AUTHORIZING THE APPOINTMENT OF RAYMOND G. THIEME, JR. AS THE MEDIATOR FOR THE DEBTORS' ADR PROGRAM | .20 |
| 12/21/04 | RLT | REVIEWED ORDER AUTHORIZING THE APPOINTMENT OF RAYMOND G. THIEME, JR. AS THE MEDIATOR FOR THE DEBTORS' ADR PROGRAM | .20 |
| 12/21/04 | RLT | REVIEWED ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF TILLINGHAST AS ACTUARIAL CONSULTANT TO DAVID T. AUSTERN, FUTURE CLAIMANT'S REPRESENTATIVE | .20 |
| 12/21/04 | TC | REVIEWED ORDER APPOINTING TILLINGHAST | .30 |
| 12/21/04 | TC | REVIEWED ORDER APPOINTING DELOITTE TAX LLP | .30 |
| 12/22/04 | TC | REVIEWED ORDER AND BUDGET FOR LEXECON RETENTION | .40 |
| 12/23/04 | RTT | E-FILE AND SERVE CERTIFICATION OF COUNSEL RE RETENTION APPLICATION OF LEXECON(.6); PREPARE AFFIDAVIT OF SERVICE RE SAME(.1); PREPARE CHAMBERS PACKAGE RE SAME(.1) | .80 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-010
INVOICE :  186131

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.70 | 594.00 |
| R T TAYLOR | 130.00 | 1.40 | 182.00 |
| T CURRIER | 465.00 | 1.50 | 697.50 |
| TOTALS | | 5.60 | 1473.50 |

TOTAL FEES :                    1,473.50

TOTAL DUE  :                    1,473.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-011
INVOICE :  186132

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/24/04 | RLT | REVIEW OF OCTOBER FEE APPLICATION AND COMMENTED RE SAME. | .50 |
| 11/24/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOURTEENTH QUARTERLY FEE APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMEEPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |
| 11/30/04 | RLT | REVIEWED AND COMMENTED ON KRLS 36TH MONTHLY FEE APPLICATION | .50 |
| 11/30/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-SIXTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 12/08/04 | RTT | CALENDAR DEADLINE TO FILE FIFTEENTH QUARTERLY FEE APPLICATION REQUEST | .10 |
| 12/10/04 | RTT | REVIEW/EDIT PRE-BILLS FOR THE MONTH OF OCTOBER 2004 | .60 |
| 12/15/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR 14 QUARTERLY FEE APPLICATION OF KRLS | .30 |
| 12/15/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS FOURTEENTH QUARTERLY FEE APPLICATION | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-011
INVOICE :  186132

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 12/15/04 | RTT | DRAFT CERTIFICATE OF NO OBJECTION TO KRLS FOURTEENTH QUARTERLY FEE APPLICATION | .60 |
| 12/16/04 | RLT | REVIEWED AND EDITED PREBILLS FOR NOVEMBER | .90 |
| 12/16/04 | RLT | REVIEWED AND COMMENTED ON CNO TO KRLS 14TH QUARTERLY FEE APPLICATION | .30 |
| 12/16/04 | RTT | E-FILE AND SERVE CERTIFICATE OF NO OBJECTION TO KRLS FOURTEENTH QUARTERLY FEE APPLICATION | .60 |
| 12/20/04 | RTT | REVIEW/EDIT AND COMPARE FINAL BILL FOR NOVEMBER 2004 | .60 |
| 12/22/04 | MNF | E-FILE AND SERVE CNO RE: 36TH FEE APP OF KRLS | .30 |
| 12/22/04 | RLT | REVIEWED AND COMMENTED ON CNO FOR KRLS 36TH MONTHLY FEE APPLICATION | .30 |
| 12/22/04 | RTT | REVIEW DOCKET FOR OBJECTIONS TO KRLS THIRTY-SIXTH FEE APPLICATION(.1); DRAFT NO ORDER REQUIRED CNO RE SAME(.6) | .70 |
| 12/23/04 | RTT | DRAFT KRLS MONTHLY FEE APPLICATION FOR NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | 1.50 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| M N FLORES | 130.00 | .30 | 39.00 |
| R L THOMAS | 220.00 | 3.00 | 660.00 |
| R T TAYLOR | 130.00 | 4.80 | 624.00 |
| TOTALS | | 8.10 | 1323.00 |

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :    JANUARY 19, 2005
                                            MATTER :   W9600-011
                                            INVOICE :  186132


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

    RE:   FEE APPLICATIONS, APPLICANT


                        TOTAL FEES :              1,323.00


                        TOTAL DUE  :              1,323.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-012
INVOICE :  186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/24/04 | RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 {FOURTEENTH FILED BY WALLACE KING MARRARO & BRANSON | .20 |
| 11/24/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 FILED BY BLACKSTONE GROUP L.P.. | .10 |
| 11/24/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 24, 2004 THROUGH OCTOBER 31, 2004 FILED BY BUCHANAN INGERSOLL, P.C.. | .10 |
| 11/24/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ABESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 11/24/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIFTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER : W9600-012
INVOICE : 186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 11/24/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-NINTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 11/29/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (FOURTEENTH INTERIM) | .20 |
| 11/30/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 FILED BY CAMPBELL & LEVINE, LLC | .10 |
| 11/30/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC.. | .10 |
| 11/30/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 12/01/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.. | .10 |
| 12/02/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 2004 {FOURTEENTH FILED BY PROTIVITI INC | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-012
INVOICE : 186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/03/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FORTY-THIRD MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SERVICES RENDERED DURING THE PERIOD OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 12/06/04 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C | .10 |
| 12/07/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION -- FOURTEENTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS & OWEN, LLP, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY HOLME ROBERTS & OWEN LLP. | .20 |
| 12/07/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 FILED BY KIRKLAND & ELLIS | .10 |
| 12/07/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 (FORTY-THIRD) FILED BY WALLACE KING MARRARO & BRANSON | .10 |
| 12/07/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 (FIFTEENTH) FILED BY PROTIVITI INC | .10 |

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-012
INVOICE : 186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/08/04 RLT | REVIEWED APPLICATION FOR COMPENSATION NINTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 12/08/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION NOVEMBER 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 12/10/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 FILED BY FERRY, JOSEPH & PEARCE, P.A. | .30 |
| 12/13/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2004 (THIRTY-THIRD) FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | .30 |
| 12/14/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF JULY 1, 2004 THROUGH JULY 31, 2004 | .10 |
| 12/14/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-012
INVOICE : 186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | |
|------|------|------|------|
| 12/14/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD OF AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. | .10 |
| 12/15/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 | .20 |
| 12/15/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FIFTH INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FIINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 12/15/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 {THIRTY-SEVENTH FILED BY CASNER & EDWARDS, LLP | .10 |
| 12/17/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 FILED BY WOODCOCK WASHBURN LLP | .20 |
| 12/17/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2004 FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. | .10 |
| 12/17/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR SEPTEMBER 2004 {FORTY-SECOND FILED BY PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C | .10 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-012
INVOICE : 186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/17/04 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-FOURTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .10 |
| 12/20/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC. | .20 |
| 12/20/04 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY BILZIN SUMBERG BAENA PRICE | .20 |
| 12/20/04 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-FIFTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF OCTOBER 2004 | .20 |
| 12/21/04 RLT | REVIEWED AND COMMENTED ON KRAMER LEVINS 39TH MONTHLY FEE APPLICATION CNO | .30 |
| 12/21/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004 (SIXTEENTH) FILED BY PROTIVITI INC. | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-012
INVOICE : 186133

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/21/04 RTT | REVIEW DOCKET FOR OBJECTIONS TO KRAMER LEVIN'S THIRTY-NINTH FEE APP(.1); DRAFT NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION RE SAME(.6) | .70 |
| 12/22/04 MNF | E-FILE AND SERVE CNO RE: 39TH FEE APP OF KRAMER LEVIN | .30 |
| 12/22/04 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING ORDER ALLOWING COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF COUNSEL AND TAX ACCOUNTANTS TO THE CHAPTER 11 TRUSTEE, AND COUNSEL AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .20 |
| 12/22/04 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2004 FILED BY LATHAM & WATKINS LLP | .10 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 130.00 | .30 | 39.00 |
| R L THOMAS | 220.00 | 5.40 | 1188.00 |
| R T TAYLOR | 130.00 | .70 | 91.00 |
| TOTALS | | 6.40 | 1318.00 |

TOTAL FEES :                    1,318.00

TOTAL DUE  :                    1,318.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-015
INVOICE : 186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/02/04 | RLT | REVIEWED RULE 2019 STATEMENT OF MCDERMOTT WILL & EMERY LLP IN RESPONSE TO THE COURT'S AMENDATORY ORDER OF AUGUST 27, 2004 THAT REQUIRED FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019 FILED BY MCDERMOTT WILL & EMERY LLP | .30 |
| 11/24/04 | RLT | REVIEWED STIPULATION TO SUPPLEMENT ZAI SCIENCE TRIAL SUMMARY JUDGMENT RECORD BETWEEN W.R. GRACE & CO. AND ZAI CLAIMANTS | .20 |
| 11/24/04 | RLT | REVIEWED MOTION TO APPROVE /DEBTORS' MOTION REQUESTING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE TO REFER JURISDICTION FOR CERTAIN MATTERS TO THE BANKRUPTCY COURT AND ACCOMPANYING EXHIBITS | .80 |
| 11/24/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. 2019 OF FOSTER & SEAR LLP. EXHIBITS HAVE NOT BEEN SCANNED AND ARE AVAILABLE FROM THE CLERK THROUGH PARCELS, INC | .30 |
| 11/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019 FILED BY DIES, DIES & HENDERSON | .30 |
| 11/30/04 | RLT | REVIEWED TRANSCRIPT OF HEARING ON ARGUMENT ON ALL DELAWARE ASBESTOS CASES REGARDING 2019 ORDER | .60 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS                DATE :    JANUARY 19, 2005
                                                    MATTER :  W9600-015
                                                    INVOICE : 186134


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING


| | | |
|---|---|---|
| 12/01/04 RLT | REVIEWED CERTIFICATION OF COUNSEL RE: DOCKET 6829 -- DEBTORS' MOTION FOR AUTHORITY TO PAY CERTAIN DEFENSE COSTS | .20 |
| 12/02/04 RLT | REVIEWED RULE 2019 STATEMENT FILED BY CONTRADA & ASSOCIATES | .30 |
| 12/02/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019 FILED BY GEORGE R. COVERT | .20 |
| 12/10/04 RLT | REVIEWED MOTION FOR LEAVE MOTION OF THE SCOTTS COMPANY FOR AN ORDER GRANTING AUTHORITY PURSUANT TO DELAWARE LOCAL BANKRUPTCY RULE 9006-1(D), TO FILE SUPPLEMENTAL REPLY PAPERS | .40 |
| 12/13/04 TC | REVIEWED ORDER ON TOWN OF ACTON'S MOTION FOR RELIEF FROM STAY AND RELATED MATTERS | .30 |
| 12/13/04 TC | REVIEWED ORDER RE PAYMENT OF DEFENSE COSTS | .20 |
| 12/14/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. 2019 OF MCCURDY & MCCURDY, L.L.P EXHIBITS HAVE NOT BEEN SCANNED AND ARE AVAILABLE FROM THE CLERK THROUGH PARCELS, INC. | .20 |
| 12/14/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. 2019 OF THE MURRAY LAW FIRM | .20 |
| 12/14/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL. | .20 |
| 12/14/04 TC | REVIEWED SCOTTS COMPANY MOTION FOR LEAVE TO FILE REPLY, AND REPLY ATTACHED | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    JANUARY 19, 2005
                                           MATTER :   W9600-015
                                           INVOICE :   186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/14/04 TC | REVIEWED PROPOSED CASE MANAGEMENT ORDER | | .40 |
| 12/14/04 TC | REVIEWED PROPOSED ESTIMATION ORDER | | .40 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY CHARLES M. LOVE, IV, ESQ. OF THE MASTERS LAW FIRM | | .20 |
| 12/15/04 RLT | REVIEWED LETTER FILED BY BURRELL JOHNSON | | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MARK IOLA, ESQ. OF STANLEY, MANDEL & IOLA, LLP | | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY HAL PITKOW, ESQ. | | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT (EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY DIES & HILE, LLP | | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT EXHIBITS HAVE NOT BEEN SCANNED, BUT ARE ACCESSIBLE BY COURT ORDER FILED BY ASBESTOS CLAIMANTS | | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT EXHIBITS HAVE NOT BEEN SCANNED, BUT ARE ACCESSIBLE BY COURT ORDER FILED BY ASBESTOS CLAIMANTS | | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ERIC BOGDAN, ESQ. OF THE BOGDAN LAW FIRM | | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-015
INVOICE : 186134


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING


12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOSEPH
                F. RICE, ESQ. OF MOTLEY RICE LLC

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JACKEY
                W. SOUTH, ESQ. OF LUNDY & DAVIS, LLP

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
                JEFFERY GAUGHAN, ESQ. OF BAGGETT, MCCALL,
                BURGESS, WATSON & GAUGHAN

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .30
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY NIX
                PATTERSON & ROACH LLP

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .30
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY LAUDIG
                GEORGE RUTHERFORD & SIPES

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY S.
                BRADLEY COOPER OF THE DAVID LAW FIRM, P.C

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY PETER
                C. DEPAOLIS OF KOONZ, MCKENNEY, JOHNSON,
                DEPAOLIS & LIGHTFOOT, LLP

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
                MICHAEL C. SHEPARD OF THE SHEPARD LAW FIRM, PC

12/15/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT      .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY SCOTT
                C. TAYLOR, P.A..

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER : W9600-015
INVOICE : 186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING


| | | | |
|---|---|---|---|
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY KAZAN, MCCLAIN, ABRAMS, FERNANDEZ, LYONS, & FARRISE | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY PEIRCE, RAIMOND, & COULTER, P.C | .20 |
| 12/15/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY S. BRADLEY COOPER OF THE DAVID LAW FIRM, P.C. | .10 |
| 12/17/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY CERTAIN ASBESTOS PLAINTIFFS REPRESENTED BY BARON & BUDD, P.C. | .30 |
| 12/17/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ENVIRONMENTAL LITIGATION GROUP, P.C. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS FILED BY ENVIRONMENTAL LITIGATION GROUP, P.C. | .20 |
| 12/17/04 RLT | REVIEWED RULE 2019 STATEMENT OF NOSSAMAN, GUTHNER, KNOX & ELLIOTT FILED BY HEARTHSIDE RESIDENTIAL CORP. | .20 |
| 12/17/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOSEPH DONALD CARONA, JR. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY JOSEPH DONALD CARONA | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    JANUARY 19, 2005
                                             MATTER :  W9600-015
                                             INVOICE : 186134


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

    RE:   LITIGATION AND LITIGATION CONSULTING


12/17/04 RLT    REVIEWED RULE 2019 STATEMENT EXHIBITS HAVE NOT         .20
                BEEN SCANNED BUT MAY BE ACCESSED BY THE PARTIES
                WHO OBTAIN COURT ORDER AUTHORIZING ACCESS.
                FILED BY ASBESTOS CLAIMA

12/17/04 RLT    REVIEWED RULE 2019 STATEMENT - VERIFIED               .20
                STATEMENT PURSUANT TO FED. R. BANKR. P. 2019
                FILED BY RIKER, DANZIG, SCHERER, HYLAND &
                PERRETTI LLP, AND JASPAN SCHLESINGER HOFFMAN,
                LLP

12/17/04 TC     REVIEWED OBJECTION OF ASBESTOS PERSONAL INJURY        .50
                CLAIMANTS TO MOTION OF DEBTORS AND SCOTTS
                COMPANY FOR A TEMPORARY STAY

12/20/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT       .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ANDREW
                A. O'BRIEN OF THE O'BRIEN LAW FIRM, P.C.

12/20/04 RLT    REVIEWED MOTION TO AUTHORIZE AND APPROVE              .40
                REIMBURSEMENT OF DEFENSE COSTS AND ADVANCEMENT
                OF FUNDS TO SETTLE CERTAIN ACTIONS PURSUANT TO
                NATIONAL UNION'S EMPLOYEE BENEFIT PLAN
                FIDUCIARY LIABILITY INSURANCE POLICY FILED BY
                W.R. GRACE & CO.

12/20/04 RLT    REVIEWED MOTION TO APPROVE DEBTORS' SUPPLEMENT        .60
                TO THEIR ESTIMATION MOTION AND REQUEST FOR
                RELATED RELIEF PLUS EXHIBITS

12/20/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT       .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE
                LAW FIRM OF SIEBEN, POLK, LAVERDIERE & DUSICH,
                P.A

12/20/04 RLT    RULE 2019 STATEMENT FILED BY ASBESTOS CLAIMANTS      .50

---

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER : W9600-015
INVOICE :  186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT /VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY SPEIGHTS & RUNYAN. | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY SHEPARD HOFFMAN OF THE HOFFMAN LAW FIRM | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE GIBSON LAW FIRM, PLLC, | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT FILED BY GOLDENBERG, MILLER, HELLER & ANTOGNOLI, P.C. | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT FILED BY RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC. | .20 |
| 12/20/04 RLT | REVIEWED NOTICE OF WITHDRAWAL OF OBJECTION (RELATED DOCUMENT(S){6395 ) FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT FILED BY THE SCOTT LAW GROUP, P.S. | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY N. CALHOUN ANDERSON, JR | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY REAUD MORGAN & QUINN, LLP. | .20 |
| 12/20/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ASBESTOS PROCESSING, LLC. | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER : W9600-015
INVOICE : 186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/20/04 | RLT | REVIEWED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MICHAEL B. SERLING, P.C. | .20 |
| 12/20/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P, 2019 FILED BY MONZACK AND MONACO, PA. | .20 |
| 12/20/04 | RLT | REVIEWED JUDGMENT - VACATING THE DISTRICT COURT ORDER ENTERED ON JULY 22, 2004 | .30 |
| 12/20/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY WILLIAMS BAILEY LAW FIRM, LLP | .20 |
| 12/20/04 | RLT | REVIEWED OPINION OF THE COURT REGARDING DISTRICT COURT'S ORDER VACATING THE BANKRUPTCY COURT'S ORDER REFUSING TO MODIFY AN INJUNCTION ENTERED AGAINST THE PURSUIT OF THE STATE COURT LITIGATION AGAINST MARYLAND CASUALTY COMPANY, THE WORKER'S COMPENSATION CARRIER OF THE CHAPTER 11 DEBTOR W.R. GRACE & CO | .50 |
| 12/20/04 | RLT | REVIEWED RULE 2019 STATEMENT FILED BY BUCHANAN INGERSOLL PC | .20 |
| 12/20/04 | RLT | REVIEWED RULE 2019 STATEMENT EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP | .20 |
| 12/20/04 | TC | REVIEWED OFFICIAL ASBESTOS PROPERTY DAMAGE COMMITTEE'S MOTION TO STRIKE DEBTORS' NOTICE OF INTENT TO OBJECT TO MATERIALLY INSUFFICIENT CLAIMS | .70 |
| 12/20/04 | TC | REVIEWED MOTION TO ADVANCE DEFENSE COSTS RE NATIONAL UNION EMPLOYEE BENEFIT PLAN | .80 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-015
INVOICE : 186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 12/20/04 TC | REVIEWED SUPPLEMENT TO ESTIMATION MOTION | .60 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT CONCERNING REPRESENTATION OF MULTIPLE CREDITORS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(A) FILED BY SMITH, KATZENSTEIN & FURLOW LLP | .10 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT FILED BY ASBESTOS CLAIMANTS | .20 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT OF ZEICHNER ELLMAN & KRAUSE, LLP PURSUANT TO BANKRUPTCY RULE 2019 FILED BY ZEICHNER ELLMAN & KRAUSE, LLP | .20 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT OF ASHBY & GEDDES, P.A. PURSUANT TO BANKRUPTCY RULE 2019 FILED BY ASHBY & GEDDES, P.A. | .20 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY WHITE AND WILLIAMS LLP FILED BY CENTRAL NATIONAL INSURANCE CMPANY OF OMAHA, PACIFIC EMPLOYERS INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, ET AL. | .20 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT SUPPLEMENTAL VERIFIED STATEMENT OF MONZACK AND MONACO, P.A. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF PARTIES IN INTEREST | .30 |
| 12/21/04 RLT | REVIEWED RULE 2019 STATEMENT /VERIFIED STATEMENT OF JASPAN SCHLESINGER HOFFMAN LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 FILED BY PD CLAIMANTS | .20 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS               DATE :   JANUARY 19, 2005
                                                   MATTER : W9600-015
                                                   INVOICE : 186134

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

      RE:   LITIGATION AND LITIGATION CONSULTING


12/21/04 RLT   REVIEWED RULE 2019 STATEMENT RULE 2019              .20
               STATEMENT RULE 2019 STATEMENT VERIFIED
               STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED
               BY HISSEY, KIENTZ & HERRON, PLLC.

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT RTHROUGHZ FILED BY     .20
               H. DOUGLAS NICHOL

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT ATHROUGHQ FILED BY     .20
               H. DOUGLAS NICHOL

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT     .20
               FILED BY LINEBARGER GOGGAN BLAIR & SAMPSON, LL

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT RULE 2019              .10
               STATEMENT RULE 2019 STATEMENT RULE 2019
               STATEMENT VERIFIED STATEMENT PURSUANT TO
               FED.R.BANKR.P. 2019

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT     .10
               IN CONNECTION WITH THE REPRESENTATION OF
               CREDITORS AS REQUIRED BY FEDERAL RULE OF
               BANKRUPTCY PROCEDURE 2019 FILED BY DILWORTH
               PAXSON LLP

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT RULE 2019              .10
               STATEMENT RULE 2019 STATEMENT VERIFIED
               STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED
               BY THORNTON & NAUMES, LLP.

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT     .10
               PURSUANT TO FED. R. BANKR. P. 2019 FILED BY
               LIBBY CLAIMANTS

12/21/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT     .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY HEARD,
               ROBINS, CLOUD, LUBEL & GREENWOOD, LLP


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JANUARY 19, 2005
                                                MATTER :  W9600-015
                                                INVOICE : 186134

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

        RE:   LITIGATION AND LITIGATION CONSULTING

12/21/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT        .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
                SHRADER & WILLIAMSON, LLP.

12/21/04 RLT    REVIEWED VERIFIED STATEMENT PURSUANT TO               .20
                FED.R.BANKR.P. 2019 FILED BY SILBER PEARLMAN
                LLP EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE
                ACCESSED BY PARTIES WHO OBTAIN COURT ORDER
                AUTHORIZING ACCESS

12/21/04 RLT    REVIEWED VERIFIED STATEMENT PURSUANT TO               .20
                FED.R.BANKR.P. 2019 FILED BY SILBER PEARLMAN
                LLP EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE
                ACCESSED BY PARTIES WHO OBTAIN COURT ORDER
                AUTHORIZING ACCESS

12/21/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT        .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY HOBIN,
                SHINGLER & SIMON, LLP. EXHIBITS HAVE NOT BEEN
                SCANNED BUT MAY BE ACCESSED BY PARTIES WHO
                OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY
                HOBIN, SHINGLER & SIMON, LLP

12/21/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT        .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
                FERRARO & ASSOCIATES, P.A. EXHIBITS HAVE NOT
                BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO
                OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY
                FERRARO & ASSOCIATES, P.A

12/21/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT        .20
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
                FERRARO & ASSOCIATES, P.A. EXHIBITS HAVE NOT
                BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO
                OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY
                FERRARO & ASSOCIATES, P.A

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-015
INVOICE :  186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/21/04 | RLT | REVIEWED RULE 2019 STATEMENT FILED BY W.R. GRACE & CO. | .20 |
| 12/21/04 | RLT | REVIEWED RULE 2019 STATEMENT FOR WR GRACE FILED BY ASBESTOS CLAIMANTS | .20 |
| 12/21/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY LAWRENCE MADEKSHO OF THE MADEKSHO LAW FIRM, PLLC. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS | .20 |
| 12/21/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MARTIN K. BERKS OF ENVIRONMENTAL ATTORNEYS GROUP, P.C. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS | .20 |
| 12/21/04 | RLT | REVIEWED NOTICE OF FILING SUPPLEMENTAL VERIFIED STATEMENT OF MONZACK AND MONACO, PA PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF PARTIES IN INTEREST | .20 |
| 12/21/04 | RLT | REVIEWED RESPONSE TO JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' (1) MOTION FOR ENTRY OF AN ORDER SEEKING ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELIEF AND (2) MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATIO | .30 |
| 12/21/04 | TC | REVIEWED ASBESTOS COMMITTEE'S OBJECTION TO ESTIMATION MOTION | .70 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-015
INVOICE : 186134

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/22/04 | RLT | REVIEWED STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY MORRIS, NICHOLS, ARSHT & TUNNELL. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PERSONS WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. | .20 |
| 12/22/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY G. PATTERSON KEAHEY. | .20 |
| 12/22/04 | RLT | REVIEWED RULE 2019 STATEMENT FILED BY ZAMLER, MELLEN | .20 |
| 12/22/04 | RLT | REVIEWED ORDER, SIGNED BY THE HON. RONALD L. BUCKWALTER, THAT ALL OBJECTIONS AND RESPONSES TO THE DEBTORS' MOTION REQUESTING THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE TO REFER JURISDICTION FOR CERTAIN MATTERS TO THE BANKRUPTCY COURT SHALL BE FILED BY 1/5/2005 | .20 |
| 12/22/04 | RLT | REVIEWED RULE 2019 STATEMENT OF SHIVERS, SPIELBERG, GOSNAY & GREATREX FILED BY ASBESTOS CLAIMANTS | .10 |
| 12/22/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT AND CERT. OF SERVICE FILED BY ASBESTOS CLAIMANTS | .10 |
| 12/22/04 | TC | REVIEWED NOTICE OF HEARING BEFORE JUDGE BUCKWALTER RE REFERRAL OF JURISDICTION AND ISSUES RELATED THERETO | .40 |
| 12/22/04 | TC | REVIEWED ORDER AUTHORIZING THE APPOINTMENT OF RAYMOND THIEME AS THE MEDIATOR FOR THE ADR PROGRAM | .20 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 19, 2005
                                              MATTER :  W9600-015
                                              INVOICE : 186134

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

     RE:  LITIGATION AND LITIGATION CONSULTING

12/23/04 RLT    REVIEWED ADMINISTRATIVE ORDER WITH RESPECT TO              .20
                2019 STATEMENTS AND/OR EXHIBITS SUBMITTED IN
                CERTAIN ASBESTOS CASES THAT DO NOT COMPLY WITH
                THE ORDER, AS AMENDED, GOVERNING THE FILING
                THEREOF

                      T I M E   S U M M A R Y
                      -----------------------

                              RATE     HOURS           TOTALS
                              ----     -----           ------

     R L THOMAS              220.00    21.60          4752.00
     T CURRIER               465.00     5.70          2650.50
                      TOTALS           27.30          7402.50


                   TOTAL FEES :                      7,402.50


                   TOTAL DUE  :                      7,402.50

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JANUARY 19, 2005
                                              MATTER :  W9600-016
                                              INVOICE : 186135


       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

       RE:  PLAN AND DISCLOSURE STATEMENT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/24/04 | RLT | REVIEWED MOTION TO APPROVE DEBTORS' MOTION FOR THE ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE | .40 |
| 12/20/04 | RLT | REVIEWED LIMITED OBJECTION TO DISCLOSURE STATEMENT FILED BY FRESENIUS MEDICAL CARE HOLDINGS, INC. AND NATIONAL MEDICAL CARE, INC. | .30 |
| 12/20/04 | RLT | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION FILED BY BMW CONSTRUCTORS, INC., | .40 |
| 12/20/04 | TC | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY BMW CONSTRUCTORS | .50 |
| 12/20/04 | TC | REVIEWED FRESENIUS OBJECTION TO DISCLOSURE STATEMENT | .70 |
| 12/21/04 | RLT | REVIEWED OBJECTION TO THE ADEQUACY OF THE DEBTORS' DISCLOSURE STATEMENT (RELATED DOCUMENT(S){6896 ) FILED BY TOWN OF ACTON, MASSACHUSETTS | .30 |
| 12/21/04 | RLT | REVIEWED STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO (1) THE DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE AND (2) DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :   W9600-016
INVOICE :   186135

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:   PLAN AND DISCLOSURE STATEMENT

12/21/04 RLT   REVIEWED LIMITED OBJECTION TO LIMITED OBJECTION   .30
OF CERTAIN AIG INSURANCE COMPANIES TO
DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF
REORGANIZATION

12/21/04 RLT   REVIEWED LIMITED OBJECTION TO DISCLOSURE   .40
STATEMENT FILED BY EVEREST REINSURANCE COMPANY,
MCKINLEY INSURANCE COMPANY

12/21/04 RLT   REVIEWED OBJECTION TO OBJECTIONS OF SEALED AIR   .40
CORPORATION AND CRYOVAC, INC. TO THE ADEQUACY
OF THE DISCLOSURE STATEMENT ACCOMPANYING
DEBTORS' PROPOSED PLAN OF REORGANIZATION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE

12/21/04 RLT   REVIEWED JOINDER IN CERTAIN INSURERS' LIMITED   .40
OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN
ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS
AND CERTAIN RELATED RELIEF AND TO DEBTORS'
MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER
ESTABLISHING PROTOCOLS FOR LITIGATING
ASBESTOS-RELATED CLAIMS FOLLOWING PLAN
CONFIRMATION

12/21/04 RLT   REVIEWED OBJECTION TO KERI EVANS' OBJECTION TO   .40
THE ADEQUACY OF THE DISCLOSURE STATEMENT FOR
DEBTORS' PLAN OF REORGANIZATION PURSUANT TO
CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE

12/21/04 RLT   REVIEWED OBJECTION TO DEBTORS' MOTION FOR ENTRY   .50
OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS
CLAIMS AND CERTAIN RELATED RELIEF AND DEBTORS'
MOTION FOR ENTRY OF A CASE MANAGMENT ORDER
ESTABLISHING PROTOCOLS FOR LITIGATING
ASBESTOS-RELATED CLAIMS FOLLOWING PLAN
CONFIRMATION (RELATED DOCUMENT(S){6898, {6899 )
FILED BY CERTAIN UNDERWRITERS AT LLOYDS, LONDON
AND CERTAIN LONDON MARKET COMPANIES

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER : W9600-016
INVOICE : 186135

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| 12/21/04 TC | REVIEWED OBJECTION TO DISCLOSURE STATEMENT | .50 |
|---|---|---|
| 12/21/04 TC | REVIEWED AIG INSURER OBJECTION TO DISCLOSURE STATEMENT | .70 |
| 12/21/04 TC | REVIEWED LIMITED OBJECTION OF EVEREST INSURANCE TO DISCLOSURE STATEMENT | .40 |
| 12/21/04 TC | REVIEWED TOWN OF ACTON OBJECTION TO DISCLOSURE STATEMENT | .60 |
| 12/21/04 TC | REVIEWED SEALED AIR'S OBJECTION TO DISCLOSURE STATEMENT | 1.10 |
| 12/21/04 TC | REVIEWED OBJECTION OF JAMES RAPISCARDI ESTATE TO DISCLOSURE STATEMENT | .30 |
| 12/21/04 TC | REVIEWED ASBESTOS COMMITTEES' OBJECTION TO DISCLOSURE STATEMENT | .70 |
| 12/22/04 RLT | REVIEWED OBJECTION TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .40 |
| 12/22/04 RLT | REVIEWED OBJECTION TO THE DEBTORS' PROPOSED DISCLOSURE STATEMENT FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .40 |
| 12/22/04 RLT | REVIEWED OBJECTION TO (REDACTED) THE DEBTORS' PROPOSED DISCLOSURE STATEMENT FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .30 |
| 12/22/04 RLT | REVIEWED MOTION TO AUTHORIZE FOR ORDER PURSUANT TO SECTION 107 (B) OF THE BANKRUPTCY CODE, RULE 9018 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, AND LOCAL RULE 5003-1 (B) AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS | .40 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JANUARY 19, 2005
                                                MATTER :  W9600-016
                                                INVOICE : 186135


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

    RE:   PLAN AND DISCLOSURE STATEMENT


              PERSONAL INJURY CLAIMANTS, AND DIRECTING THE
              CLERK OF THE COURT, TO FILE UNDER SEAL THE
              OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS
              PERSONAL INJURY CLAIMANTS TO DEBTOR'S PROPOSED
              DISCLOSURE STATEMENT FILED BY OFFICIAL
              COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

12/22/04 RLT  REVIEWED OBJECTION TO (FILED UNDER SEAL)                    .10
              DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING
              THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN
              RELATED RELIEF (RELATED DOCUMENT(S) {6899 )
              FILED BY OFFICIAL COMMITTEE OF ASBESTOS
              PERSONAL INJURY CLAIMANTS

12/22/04 RLT  REVIEWED MOTION TO AUTHORIZE FOR ORDER PURSUANT             .40
              TO SECTION 107 (B) OF THE BANKRUPTCY CODE, RULE
              9018 OF THE FEDERAL RULES OF BANKRUPTCY
              PROCEDURE, AND LOCAL RULE 5003-1 (B)
              AUTHORIZING THE OFFICIAL COMMITTEE OF ASBESTOS
              PERSONAL INJURY CLAIMANTS, AND DIRECTING THE
              CLERK OF THE COURT, TO FILE UNDER SEAL THE
              OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS
              PERSONAL INJURY CLAIMANTS TO DEBTOR'S MOTION
              FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF
              ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF
              FILED BY OFFICIAL COMMITTEE OF ASBESTOS
              PERSONAL INJURY

12/22/04 RLT  REVIEWED OBJECTION OF THE OFFICIAL COMMITTEE OF             .50
              ASBESTOS PROPERTY DAMAGE CLAIMANTS TO (I)
              DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF
              REORGANIZATION PURSUANT TO CHAPTER 11 OF THE
              UNITED STATES BANKRUPTCY CODE; (II) DEBTORS'
              MOTION FOR A CASE MANAGEMENT ORDER; (III)
              DEBTORS' MOTION FOR ESTIMATION OF ASBESTOS
              CLAIMS; AND (IV) DEBTORS' MOTION FOR APPROVAL
              OF CONFIRMATION PROCEDURES


PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-016
INVOICE :  186135

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 12/22/04 RLT | REVIEWED OBJECTION TO APPROVAL OF THE DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE FILED BY THE STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY, DEPARTMENT OF PUBLIC HEALTH AND HUMAN SERVICES AND RISK MANAGEMENT AND TORT DEFENSE | | .30 |
| 12/22/04 RLT | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY DAVID AUSTERN | | .30 |
| 12/22/04 RLT | REVIEWED OBJECTION TO LIBBY CLAIMANTS' OBJECTION TO DISCLOSURE STATEMENT, ESTIMATION MOTION, CASE MANAGEMENT MOTION AND RELATED PLEADINGS | | .50 |
| 12/22/04 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOHN E. SUTTER OF THE SUTTER LAW FIRM. | | .10 |
| 12/22/04 RLT | REVIEWED OBJECTION TO DISCLOSURE STATEMENT (RELATED DOCUMENT(S)⟨6896 ) FILED BY UNITED STATES TRUSTEE FOR REGION 3 | | .40 |
| 12/22/04 RLT | REVIEWED OBJECTION TO DEBTORS' DISCLOSURE STATEMENT (RELATED DOCUMENT(S)⟨6896 ) FILED BY UNITED STATES OF AMERICA | | .30 |
| 12/22/04 RLT | REVIEWED NOTICE OF ENTRY OF ORDER SCHEDULING OBJECTION DEADLINE AND HEARING DATE ON DEBTORS' MOTION REQUESTING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE TO REFER JURISDICTION FOR CERTAIN MATTERS TO THE BANKRUPTCY COURT. | | .30 |
| 12/22/04 RLT | REVIEWED OBJECTION TO DEBTOR'S PLAN ONLY AS IT PERTAINS TO UNSECURED CREDITOR FILED BY JAMES RAPISARDI ESTATE OF ROSARIO RAPISARDI | | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-016
INVOICE :  186135

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04    T C

RE:  PLAN AND DISCLOSURE STATEMENT

---

| | | | |
|---|---|---|---|
| 12/22/04 RLT | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY MARYLAND CASUALTY COMPANY, ZURICH AMERICAN INSURANCE COMPANY, AND ZURICH INTERNATIONAL | .40 |
| 12/22/04 RLT | REVIEWED OBJECTION TO APPROVAL OF THE DISCLOSURE STATEMENT FILED BY THE DEBTORS | .40 |
| 12/22/04 TC | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY LONGACRE MUTUAL FUND | .70 |
| 12/22/04 TC | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY MONTANA DEPT OF ENVIRONMENTAL QUALITY | .50 |
| 12/22/04 TC | REVIEWED OBJECTION OF DAVID AUSTERN TO DISCLOSURE STATEMENT | .60 |
| 12/22/04 TC | REVIEWED OBJECTION OF USTRUSTEE OF REGION 3 TO DISCLOSURE STATEMENT | .40 |
| 12/22/04 TC | REVIEWED OBJECTION TO DISCLOSURE STATEMENT FILED BY UNITED STATES | .40 |
| 12/22/04 TC | REVIEWED ASBESTOS PROPERTY DAMAGE COMMITTEE OBJECTIONS TO DISCLOSURE STATEMENT, LITIGATION PROTOCOL, ESTIMATION MOTION AND CONFIRMATION PROCEDURES. | .90 |
| 12/22/04 TC | REVIEWED LIBBY CLAIMANTS OBJECTIONS TO DISCLOSURE STATEMENT, LITIGATION PROTOCOL, ESTIMATION MOTION AND CONFIRMATION PROCEDURES. | 1.10 |
| 12/22/04 TC | REVIEWED STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS RE SOLICITATION PROCEDURES | .20 |
| 12/22/04 TC | REVIEWED KERI EVANS OBJECTION TO DISCLOSURE STATEMENT | .80 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JANUARY 19, 2005
MATTER :  W9600-016
INVOICE : 186135

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:  PLAN AND DISCLOSURE STATEMENT

### T I M E   S U M M A R Y

|            |        | RATE   | HOURS | TOTALS  |
|------------|--------|--------|-------|---------|
| R L THOMAS |        | 220.00 | 9.80  | 2156.00 |
| T CURRIER  |        | 465.00 | 11.10 | 5161.50 |
|            | TOTALS |        | 20.90 | 7317.50 |

TOTAL FEES :          7,317.50

TOTAL DUE  :          7,317.50

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JANUARY 19, 2005
MATTER :  W9600-017
INVOICE :   186136

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 12/25/04   T C

RE:   RELIEF FROM STAY PROCEEDINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 12/02/04 | RLT | REVIEWED CERTIFICATION OF COUNSEL RE {PROPOSED ORDER ON TOWN OF ACTON'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR RELATED DETERMINATIONS | .20 |
| 12/13/04 | RLT | REVIEWED ORDER WITH RESPECT TO TOWN OF ACTON'S MOTION FOR RELIEF FROM STAY AND FOR RELATED DETERMINATIONS | .30 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
| --- | --- | --- | --- |
| R L THOMAS | 220.00 | .50 | 110.00 |
| TOTALS | | .50 | 110.00 |

TOTAL FEES :                          110.00

TOTAL DUE   :                          110.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.