UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JAN 2 4 2005

|   |   |
|---|---|
| In Re: W.R. GRACE & CO., et al., | ) <br> ) CHAPTER 11 <br> ) <br> ) BANKRUPTCY NO. 01-01139 (JJF) <br> ) <br> ) (Jointly Administered) <br> DEBTORS.  ) <br> ) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the law firm of Lukins & Annis, P.S. hereby intends to withdraw as attorneys in the above matter, and that Darrell W. Scott, formerly a partner at Lukins & Annis, will continue representation of certain creditors and will be substituted as attorney. All future pleadings and papers should be served on Darrell W. Scott at the following address:

> Darrell W. Scott
> The Scott Law Group, P.S.
> 926 W. Sprague Avenue, Suite 583
> Spokane, WA 99201
> Phone: (509) 455-3966

DATED this 30th day of December, 2004.

LUKINS & ANNIS, P.S.

By _____
TERENCE R. WHITTEN, WSBA No. 03254

1

THE SCOTT LAW GROUP, P.S.

By /s/ Darrell W. Scott
DARRELL W. SCOTT, WSBA No. 20241
926 W. Sprague Avenue, #583
Spokane, WA 99201

2