## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 2/18/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### SEVENTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
### GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD OF DECEMBER 1, 2004 TO DECEMBER 31, 2004

TO:    (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with
the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824
North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **February 18, 2005.**

At the same time, you must also serve a copy of the objection or response upon the
following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Date:    January 28, 2005            Claimants' Representative

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 2/18/05** |
| | ) | **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### SEVENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD OF DECEMBER 1, 2004 TO DECEMBER 31, 2004</u>

Name of Applicant: Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to: David T. Austern, Future Claimants' Representative (the "FCR")

Date of Retention PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought: December 1, 2004 through December 31, 2004

Amount of Compensation (100%) sought
as actual, reasonable, and necessary: $7,245.00

80% of Fees to be Paid: $5,796.00

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary: $186.54

Total Fees @ 80% and Expenses: $5,982.54

This is an: <u>  X  </u> interim  ____ monthly  ____ final application

The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was 1.9 hours and the corresponding fees are $401.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees Requested | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Pending | N/A | $1,006.90 | N/A |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,134.00 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt No 6940 | $10,863.00 | $1,722.87 | Filed Dkt No. | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7278 | $5,702.40 | $1,425.60 | $0.00 |

## CURRENT COMPENSATION SUMMARY

### DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 18.10 | $6,335.00 |
| Celeste A. Hartman | Sr. Paralegal/6 years/20 years prior experience | 130.00 | 7.00[1] | $910.00 |
| Grand Total: | | | | $7,245.00 |
| Blended Rate: | | | | $288.65 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 5.1 | $817.00 |
| Litigation | 18.3 | $6,207.00 |
| Case Administration | 1.0 | $130.00 |
| Plan and Disclosure Statement | .7 | $91.00 |
| Total | 25.1 | $7,245.00 |

---

[1]This is the net hours after the application of a courtesy discount of .50 hours, creating a savings of $65.00.

**EXPENSE SUMMARY**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | $6.84 |
| Postage | N/A | $2.72 |
| Overnight Courier | Federal Express | $121.03 |
| Photocopies (15¢ per page) | N/A | $55.95 |
| Total | | $186.54 |

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:    January 28, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al , | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### <u>VERIFICATION OF JOHN C. PHILLIPS, JR.</u>

State of Delaware        :

                 : ss

New Castle County      :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

      1.      I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

      2.      I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

      3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

 

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 28th DAY OF JANUARY 2005.

Notary Public
My commission expires: _____

TAMMY A. PATTERSON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Oct. 17, 2007

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## DECEMBER 1, 2004
## THROUGH DECEMBER 31, 2004

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE   19806
(302) 655-4200
EI #: 51-0328786

January 24, 2005

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC   20007

File   WRG-AUS/JCP
Invoice number   55363

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

|  | 25.6 | $7,310.00 |
|  | 0.5 | $65.00 |

Courtesy Discount is 1.95%
of "gross" hours worked

Subtotal for FEES only: 12/31/04   25.1      $7,245.00

Subtotal for COSTS only: 12/31/04        $186.54
                                   -------------
CURRENT PERIOD FEES AND COSTS: 12/31/04    $7,431.54
                                   -------------

************************************************************
Please remit duplicate copy with payment.   Thank you.
************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

January 24, 2005

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   55363

Re:   W. R. Grace & Co.
      David T. Austern

| SERVICES | HOURS | AMOUNT |
|----------|-------|--------|
| FEE/EMPLOYMENT APPLICATIONS | 5.1 | 817.00 |
| LITIGATION | 18.3 | 6,207.00 |
| CASE ADMINISTRATION | 1.0 | 130.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.7 | 91.00 |
| Subtotal for FEES only: 12/31/04 | 25.1 | $7,245.00 |

| RATE | SUMM | | HOURS | | | |
|------|------|------|------|------|------|------|
| 350.00 | JCP | 18.10 | 18.10 | 6,335.00 | 0.00 | 0.00 |
| 130.00 | CAH | 7.50 | 7.00 | 910.00 | 0.50 | 65.00 |
| Totals | | 25.60 | 25.10 | 7,245.00 | 0.50 | 65.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/27/05   Page 1

Sort Fields:
Grouping Code
Client Code
Actual Employee Code
Transaction Date

Range Fields:
Client Code
Invoice Number
Case Suffix
Transaction Date

(Paginate)
(Subtotals)

| | | | | | | |
|---|---|---|---|---|---|---|
| I | WRG - WRG | | | | | |
| I | 55370 - 55370 | | | | | |
| I | AUS - AUS | | | | | |
| E | 03/01/04 - 03/31/04 | | | | | |

| Cl Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/02/04 | Scan and file Certificate of No Objection for July and August Fee Applications of SBSF. | 0.40 | 52.00 | Ea |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/03/04 | File October fee application for SBSF. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/07/04 | Phone conference with D. Felder on drafting Certificate of No Objection for Tillinghast application. | 0.20 | 26.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/07/04 | Update docket and draft Certificate of No Objection for Tillinghast retention application. | 0.40 | 52.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/09/04 | File a total of seven Certificate of No Objection for SBSF, CIBC and David Austern for pending fee applications. | 0.70 | 91.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/10/04 | File Amended Certificate of No Objection for docket 6919 for CIBC. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/15/04 | File 5th monthly fee application of CIBC and email S. McKee for corrected documents. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/21/04 | Update docket and draft Certificate of No Objection for October fee application; scan and file same. | 0.60 | 78.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/23/04 | Draft fee application and forward to John C. Phillips, Jr. for review. | 0.80 | 104.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 12/28/04 | File Certificate of No Objection for SBSF October fee application and file Phillips, Goldman & Spence November fee application and serve. | 0.40 | 52.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/06/04 | Review of and revise November 2004 prebill. | 0.20 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/21/04 | Review of, revise and execute 5th Monthly Fee Application. | 0.20 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 12/23/04 | Review of, revise and execute 6th Monthly Fee Application; conference with Celeste A. Hartman. | 0.30 | 70.00 | |
| | | | | | 4.40 | 572.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/27/05    Page 2

| Cl Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | | 0.70 | 245.00 | |
| | | | | | 5.10 | 817.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

01/27/05   Page 5

| Cl Code Grouping | Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG-AUS | | | | | | | |
| WRG | LITIGATION | CAH | 12/23/04 | Update docket and obtain copies of Objections to Disclosure Statement and Plan. | 0.70 | 91.00 | Li |
| WRG | LITIGATION | CAH | 12/21/04 | Obtain copies of pertinent pleadings. | 0.20 | 26.00 | |
| | | | | | 0.90 | 117.00 | |
| WRG | LITIGATION | JCP | 12/02/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/03/04 | Review of miscellaneous pleadings; review of Debtor's Motion for Entry of Case Management Order. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 12/06/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/07/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/08/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/09/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/10/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/13/04 | Review of miscellaneous pleadings; review of Agenda for 12/20/04 hearing. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 12/14/04 | Review of miscellaneous pleadings and Order; review of Agenda for 12/20/04 Hearing. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 12/15/04 | Review of Amended Agenda for 12/20/04 Hearing; review of miscellaneous pleadings. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 12/16/04 | Review of miscellaneous pleadings; review of Debtor's Proposed Protocol for 01/21 and 01/24/05 Hearings. | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 12/17/04 | Phone conference with Debra Felder (2x); e-mail from Debra Felder (3x) with enclosure; review of and execute Withdrawal of Objection to Settlement with Kwelmbs Company; conference with paralegal; review of Certificate of Service; e-mail to paralegal. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 12/20/04 | Phone conference with Judge Fitzgerald and all counsel re: Omnibus Hearing (2.2); review of miscellaneous pleadings (.6). | 2.80 | 980.00 | |
| WRG | LITIGATION | JCP | 12/21/04 | Review of miscellaneous pleadings (voluminous); which included review of Debtor's' Supplement to Estimation Motion; review of 3 miscellaneous Objections to Debtors' Disclosure Statement, review of Everest Re's Objection to Disclosure Statement, review of Sealed Air Corp's Objection to Disclosure Statement, review of Property Damage Committee's Motion to Strike Debtors' Objection to Claims for Insufficient Supportive Information; review of | 2.10 | 735.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

01/27/05   Page 6

WRG-AUS

| C1 Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 12/22/04 | Review of Certain Insurers' Objection to Debtors' Motion for Claims Estimation Order (.4); review of Certain Additional Insurers' Joinder (.4); review of Personal Injury Committee's Motions to File 2 Objections under Seal (.4); review of Personal Injury Committee's Redacted Objection to Debtors' Motion for Claims Estimation Order; review of Personal Injury Committee's Redacted Objection to Debtor's proposed Disclosure Statement (.4); review of and revise draft FCR's Consolidated Objection to Debtor's Disclosure Statement and Plan Related Motion (.6); conference with Charles A. Hartman (.3); review of, revise and execute revised FCR's Consolidated Objection (.5); review of multiple Objections to Debtor's Disclosure Statement (.9); (Cont.) Creditors' Committee's Statement re: Disclosure Statement/Solicitation Procedures and Joinder in Debtors' Motion for Claim Estimation and Case Management Order; review of 3rd Circuit Opinion and Order re: MCC injunction. | 5.80 | 2,030.00 | WRG |
| LITIGATION | JCP | 12/22/04 | (Cont.) review of Personal Injury Committee's Objection to Debtors' Notionfor Solicitation Procedures and Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation (.8); review of miscellaneous pleadings and Orders (1.1); e-mail from Rick Wyron (.3). | 0.00 | 0.00 | WRG |
| LITIGATION | JCP | 12/23/04 | Review of Property Damage Committee's Objections to Disclosure Statement, Motion for CMO, Motion for Estimation and Motion for Confirmation Procedures (voluminous)(11.8); review of Judge Buckwalter's 12/22/04 Order (.2); review of miscellaneous pleadings (voluminous)(.9); review of US Trustee's Objections to Approval of Disclosure Statement, review of U.S.A.'s Objection to Disclosure Statement, review of Libby Claimants' Objection to Disclosure Statement, etc (.4). | 3.80 | 1,330.00 | WRG |
| LITIGATION | JCP | 12/27/04 | Review of miscellaneous pleadings and Order. | 0.10 | 35.00 | AMC |
| LITIGATION | JCP | 12/28/04 | Review of miscellaneous pleadings; e-mail from Bankruptcy Court re: teleconference; e-mail to Rodger Frankel and Rick Wyron. | 0.30 | 105.00 | WRG |
| LITIGATION | JCP | 12/29/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | WRG |
| LITIGATION | JCP | 12/30/04 | Review of miscellaneous pleadings. | 0.10 | 35.00 | WRG |
| LITIGATION | JCP | 12/31/04 | Review of miscellaneous pleadings and 3 Orders. | 0.10 | 35.00 | WRG |

```
-------   ----------
  17.40     6,090.00
  18.30     6,207.00
  25.10     7,245.00
=======   ==========
```

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/27/05   Page 4

| C1 | Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|----|------|-----|------|------|------|------|------|
| WRG | CASE ADMINISTRATION | CAH | 12/20/04 | Merge original signatures with filed documents. | 0.30 | 39.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 12/22/04 | Obtain copies of pertinent documents after review of docket. | 0.40 | 52.00 | |
| WRG | CASE ADMINISTRATION | CAH | 12/28/04 | Obtain copies of pertinent documents. | 0.30 | 39.00 | |
| | | | | | ------- | ------- | |
| | | | | | 1.00 | 130.00 | |
| | | | | | ------- | ------- | |
| | | | | | 1.00 | 130.00 | |
| | | | | | ------- | ------- | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

01/27/05   Page 3

| WRG | C1 | Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|------|------|------|------|------|------|------|------|------|
| WRG | | PLAN AND DISCLOSURE STATEMENT | CAH | 12/22/04 | Phone conference with Rose re: receipt and filing of FTR's Objection. | 0.20 | 26.00 | ps |
| WRG | | PLAN AND DISCLOSURE STATEMENT | CAH | 12/22/04 | Reformat FTR's Objection, scan file and e-mail to parties. | 0.50 | 65.00 | |
| | | | | | | 0.70 | 91.00 | |
| | | | | | | 0.70 | 91.00 | |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# DECEMBER 1, 2004
# THROUGH DECEMBER 31, 2004

Phillips, Goldman & Spence, P.A.

Page  2

January 24, 2005

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  55363

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

```
11/29/04 Postage                                          2.72
12/01/04 Federal Express                                121.03
12/01/04 Long distance phone charges                      6.84
12/31/04 Photocopies @ $.15 per page - 373 pages.        55.95
                                                  -------------
              Subtotal for COSTS only: 12/31/04       $186.54
                                                  -------------
```

## CERTIFICATE OF SERVICE

       I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on January 28, 2005, I caused the *Notice, Cover Sheet to the Seventh Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period December 1, 2004 through December 31, 2004,* be served upon those persons as shown on the attached Service List in the manner set forth.

       Under penalty of perjury, I certify the foregoing to be true and correct.


                        _____
                        CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP