**FERRY, JOSEPH & PEARCE, P.A.**
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555   Fax: 302.575.1714

WR Grace PD Committee                    December 1, 2004 – December 31, 2004

Invoice No.    14947

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 11.80 | 2,583.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.40 | 765.00 |
| B18 | Fee Applications, Others - | 7.90 | 850.50 |
| B25 | Fee Applications, Applicant - | 3.70 | 460.50 |
| B32 | Litigation and Litigation Consulting - | 11.20 | 1,984.50 |
| B33 | ZAI Science Trial | 0.10 | 22.50 |
| B36 | Plan and Disclosure Statement - | 13.20 | 2,970.00 |
| B37 | Hearings - | 3.40 | 765.00 |
| B40 | Employment Applications, Others - | 1.20 | 270.00 |
| | Total | 55.90 | $10,671.00 |
| | Grand Total | 55.90 | $10,671.00 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 1.80 | 297.00 |
| Rick S. Miller | 215.00 | 2.10 | 451.50 |
| Steven G. Weiler | 150.00 | 6.60 | 990.00 |
| Theodore J. Tacconelli | 225.00 | 35.90 | 8,077.50 |
| Legal Assistant - AD | 90.00 | 9.50 | 855.00 |
| Total | | 55.90 | $10,671.00 |

## DISBURSEMENT SUMMARY

| Expense - | 1,669.15 |
|---|---|
| **Total Disbursements** | **$1,669.15** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Dec-01-04 | Fee Applications, Others - review Certificate of No Objection re: CDG 13th monthly fee app | 0.10 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: CDG 13th quarterly fee app | 0.10 | TJT |
| | Fee Applications, Others - draft Certificate of No Objection re: CDG 13th quarterly (.2) draft Certificate of Service re: same (.1) | 0.30 | AD |
| | Fee Applications, Others - draft Certificate of No Objection re: CDG 13th monthly (.2) draft Certificate of Service re: same (.1) | 0.30 | AD |
| | Fee Applications, Others - review docket re: CDG 13th monthly fee app (.1) prepare documents for filing (.1) e-file and serve CDG Certificate of No Objection (.3) | 0.50 | AD |
| | Fee Applications, Others - review docket re: CDG 13th monthly fee app (.1) review fee auditor's final report regarding CDG 13th quarterly (.1) prepare documents for filing (.1) e-file and serve CDG Certificate of No Objection (.3) | 0.60 | AD |
| | Fee Applications, Applicant - Draft Ferry, Joseph & Pearce's Certificate of No Objection re: Sept., 2004 fee app (.2) and Draft Certificate of Service re: same (.1) | 0.30 | AD |
| Dec-02-04 | Case Administration - review memorandum opinion denying appeal of future rep. appointment order | 0.40 | TJT |
| | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 1.00 | TJT |
| | Fee Applications, Applicant - review Certificate of No Objection re Ferry, Joseph & Pearce's Oct., 2004 fee app | 0.10 | TJT |
| Dec-03-04 | Case Administration - review amended affidavit of J Sprayregen | 0.10 | TJT |
| | Employment Applications, Others - review email from J Sakalo re: objection to equity committee's motion to retain Lexecon LLP | 0.10 | TJT |
| | Employment Applications, Others - teleconference with A Danzeisen re: objection to equity committee's motion to retain Lexecon LLP | 0.10 | TJT |
| | Litigation and Litigation Consulting - teleconference with J Sakalo re: now filing joinder in PI committee's objection to equity committee's motion to retain Lexecon LLP | 0.10 | TJT |
| | Litigation and Litigation Consulting - review email from J Sakalo re: copy of PI committee's objection to equity committee's motion to retain Lexecon LLP | 0.10 | TJT |
| | Litigation and Litigation Consulting - review objection by PI committee to equity committee's motion to retain Lexecon LLP | 0.30 | TJT |
| | Litigation and Litigation Consulting - draft joinder | 0.50 | TJT |
| | Litigation and Litigation Consulting - prepare Certificate of Service re: joinder and prepare for filing | 0.20 | TJT |
| | Litigation and Litigation Consulting - confer with paralegal re: service of joinder in PI committee's objection to equity committee's motion to retain Lexecon LLP | 0.10 | TJT |
| | Litigation and Litigation Consulting - teleconference with J Sakalo re: joinder in PI committee's objection to equity committee's motion to retain Lexecon LLP | 0.10 | TJT |

| | | | |
|---|---|---:|---|
| | Plan and Disclosure Statement - review email from S Baena re: plan objection | 0.10 | TJT |
| | Plan and Disclosure Statement - review email from E Cabraiser re: plan objection | 0.10 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's Oct., 2004 pre-bill | 0.30 | TJT |
| Dec-04-04 | Litigation and Litigation Consulting - prepare email to J Sakalo re: joinder in PI Committee's objection to equity committee's motion to retain Lexicon LLP | 0.10 | TJT |
| | Plan and Disclosure Statement - review third circuit combustion engineering decision (1/2 time with Federal-Mogul) | 1.30 | TJT |
| Dec-05-04 | Case Administration - review letter from D Siegel to Judge Fitzgerald re: recent financial information | 0.10 | TJT |
| | Case Administration - review pleading re: Buchanan Ingersoll Sept.-Oct., 2004 fee app | 0.10 | TJT |
| | Case Administration - review pleading re: summary of Richardson Patrick July-Sept., 2004 quarterly fee app | 0.10 | TJT |
| | Employment Applications, Others - review email from J Sakalo re: joinder in PI Committee's objection to equity committee's motion to retain Lexicon LLP | 0.10 | TJT |
| | Employment Applications, Others - prepare email to J Sakalo re: revised joinder | 0.10 | TJT |
| | Employment Applications, Others - prepare joinder in PI committee's objection to equity committee's motion to retain Lexicon LLP and prepare for filing | 0.20 | TJT |
| | Employment Applications, Others - e-file joinder in PI committee's objection to equity committee's motion to retain Lexicon LLP and oversee service | 0.40 | TJT |
| | Employment Applications, Others - prepare email to J Sakalo re: joinder in PI committee's objection to Lexecon motion has been filed | 0.10 | TJT |
| | Litigation and Litigation Consulting - revise joinder | 0.20 | TJT |
| Dec-06-04 | Case Administration - review pleading re: debtors' motion to district court requesting referral to bankruptcy court on all matters with attachments | 0.50 | TJT |
| | Case Administration - review pleading re: amended of M Sherwood representing debtors | 0.10 | TJT |
| | Case Administration - review Campbell Levine Oct., 2004 fee app | 0.10 | TJT |
| | Case Administration - review Legal Analysis Systems' Oct., 2004 fee app | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale Oct., 2004 fee app | 0.10 | TJT |
| | Case Administration - review objection by PI Committee to debtors and Scotts Co.'s motion to stay all pending state court actions against Scotts Co. | 0.30 | TJT |
| | Case Administration - review debtors' motion for leave to file reply to New England Construction Co.'s response to 5th omnibus objection to claims and review proposed response | 0.30 | TJT |
| | Case Administration - review debtors' claim settlement notice | 0.10 | TJT |
| | Case Administration - review 2019 paper filed by G Covert | 0.10 | TJT |
| | Case Administration - review certification of counsel re: order on Town of Action motion for relief from stay proposed order | 0.10 | TJT |
| | Case Administration - review certification of counsel re: debtors' motion to | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | advance legal fees and expenses for certain employees and proposed order | | |
| | Case Administration - review debtors' monthly operating report for Oct., 2004 | 0.10 | TJT |
| | Fee Applications, Others - Respond to inquiry from S. Jones at CD&G re: 13th & 14th Interim Fee Requests (.2); respond to inquiry re: 12th Interim Holdback Amount (.1) | 0.30 | SGW |
| | Plan and Disclosure Statement - review notice of filing re: verification of publication of disclosure statement hearing | 0.10 | TJT |
| | Plan and Disclosure Statement - review pleading re: debtors' amended notice of CMO | 0.10 | TJT |
| | Fee Applications, Applicant - Review e-mail from S. Bossay re: Interim fee and expense chart | 0.10 | LLC |
| | ZAI Science Trial - review stipulation to supplement ZAI summary judgment record | 0.10 | TJT |
| Dec-07-04 | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Dec-08-04 | Case Administration - confer with TJT re: procedural matters on Debtors motion to refer all matters to Bankruptcy Court | 0.30 | RSM |
| Dec-09-04 | Fee Applications, Others - draft Certificate of No Objection re: CDG 14th monthly (.2) draft Certificate of Service re: same (.1) | 0.30 | AD |
| | Fee Applications, Others - draft Certificate of No Objection re: CDG 14th quarterly (.2) draft Certificate of Service re: same (.1) | 0.30 | AD |
| | Plan and Disclosure Statement - review email from A Danzeisen re: summary of plan and related documents | 0.10 | TJT |
| | Plan and Disclosure Statement - review email from S Baena re: Combustion Engineering decision | 0.10 | TJT |
| | Fee Applications, Applicant - modify Ferry, Joseph & Pearce's 10/04 invoice for filing | 0.20 | AD |
| | Fee Applications, Applicant - draft Ferry, Joseph & Pearce's 10/04 fee app (.2) draft notice (.2) and draft Certificate of Service re: same (.1) | 0.50 | AD |
| Dec-10-04 | Case Administration - review objection by the Weber plaintiffs to debtors in Scott Co.'s joint motion to stay all pending state court actions against Scott Co. | 0.20 | TJT |
| | Case Administration - review notice of appeal of order staying discovery against Scott Co. | 0.10 | TJT |
| | Case Administration - review opposition by Simon Cooper claimants to debtors and Scott Co.'s joint motion to stay all pending state court action against Scott Co. | 0.20 | TJT |
| | Case Administration - review response by Lanier Firm plaintiffs to debtors and Scott Co.'s joint motion to stay all pending state court action against Scott Co. | 0.20 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: CDG July-Sept., 2004 fee app | 0.10 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: CDG 14th quarterly fee app | 0.10 | TJT |
| | Fee Applications, Others - confer with S Weiler and T. Tacconelli re: CDG holdback for 12th quarterly period | 0.20 | AD |
| | Fee Applications, Others - teleconference with S Jones re: procedure for | 0.10 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | filing Certificate of No Objection | | |
| | Plan and Disclosure Statement - review notice of intent to object to plan | 0.10 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's Oct., 2004 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Applicant - prepare Ferry, Joseph & Pearce's 10/04 fee app for filing (.1) e-file and serve same (.4) | 0.50 | AD |
| | Fee Applications, Applicant - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: CDG 14th monthly fee app (.3) | 0.50 | AD |
| | Fee Applications, Applicant - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: CDG 14th quarterly fee app (.3) | 0.50 | AD |
| Dec-11-04 | Case Administration - review L Tersigni's Oct., 2004 fee app | 0.10 | TJT |
| | Case Administration - review pleading re: certification of counsel re:order approving 13th interim period quarterly fee apps | 0.10 | TJT |
| | Case Administration - review certification of counsel re: project category summary for 13th interim quarterly period fee apps | 0.10 | TJT |
| | Case Administration - review debtors' motion for leave to file reply to objections to motion to stay pending state court actions against Scott Co. and review proposed reply | 0.50 | TJT |
| | Plan and Disclosure Statement - review notice of filing proposed CMO and review proposed CMO | 0.20 | TJT |
| | Plan and Disclosure Statement - review notice of filing proposed order for estimation and review proposed order | 0.20 | TJT |
| | Plan and Disclosure Statement - review executive summary of debtors' plan and related documents | 0.40 | TJT |
| Dec-13-04 | Fee Applications, Others - review email from L Flores re: Bilzin and HRA quarterly fee apps attached and prepare return email confirming receipt | 0.10 | AD |
| | Fee Applications, Applicant - Teleconference with S. Jones from CDG re: 14th Monthly Fee Application (.1); forward Certificate of No Objection re: same to J. Port at WR Grace (.1) | 0.20 | SGW |
| Dec-14-04 | Case Administration - review W Smith and Assoc. Nov., 2004 fee app | 0.10 | TJT |
| | Case Administration - review Scott Co's motion to file reply to joint motion to stay all pending state court actions against Scott Co. and review reply | 0.30 | TJT |
| | Case Administration - review order allowing debtor to advance certain fees and expenses for certain employees | 0.10 | TJT |
| | Hearings - review agenda for 12/24/04 hearing | 0.10 | TJT |
| | Plan and Disclosure Statement - start reviewing disclosure statement | 1.20 | TJT |
| | Fee Applications, Applicant - review fee auditor's chart for 13th interim fees and expenses and confirm for Ferry, Joseph & Pearce | 0.10 | AD |
| Dec-15-04 | Case Administration - review Weber's designation of record and issues on appeal | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | Hearings - review amended agenda for 12/20/04 hearing | 0.10 | TJT |
| | Plan and Disclosure Statement - review email from S Baena re: draft of disclosure statement objection | 0.10 | TJT |
| | Plan and Disclosure Statement - finish review of disclosure statement | 0.80 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Dec-16-04 | Attend Case Administration - Committee teleconference | 0.80 | RSM |
| | Case Administration - review letter from B Johnson to clerk | 0.10 | TJT |
| | Case Administration - review 2019 statement by Masters Law Firm | 0.10 | TJT |
| | Case Administration - review 2019 statement from the David Law Firm | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by S Kazan | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Scott Taylor | 0.10 | TJT |
| | Case Administration - review 2019 statement by Peter DePalois | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Robert Pierce | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.60 | TJT |
| | Fee Applications, Others - review and revise Bilzin 14th quarterly fee app (.3) and draft Certificate of Service re: same (.1) | 0.40 | AD |
| | Fee Applications, Others - review and revise HRA 9th quarterly fee app (.3) and draft Certificate of Service re: same (.1) | 0.40 | AD |
| | Plan and Disclosure Statement - review draft of objection to disclosure statement, cmo and estimation motion | 1.30 | TJT |
| | Plan and Disclosure Statement - review debtor's suggested protocol for 1/21 and 1/24 hearings | 0.60 | TJT |
| | Plan and Disclosure Statement - prepare email to J Sakalo re: debtors' suggested protocol for Jan. hearings | 0.10 | TJT |
| | Plan and Disclosure Statement - review email from J Sakalo re: suggested protocol for Jan. hearings | 0.10 | TJT |
| Dec-17-04 | Case Administration - Teleconference with Mr. Sakalo re: withdrawal of objection | 0.10 | RSM |
| | Case Administration - Confer with LLC re: withdrawal of objection | 0.10 | RSM |
| | Case Administration - Confer with LLC | 0.10 | RSM |
| | Case Administration - E-mail to Mr. Sakalo | 0.10 | RSM |
| | Case Administration - review 2019 statement filed by Nix Patterson | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Laudid George | 0.10 | TJT |
| | Litigation and Litigation Consulting - Prepare and finalize Notice of Withdraw re: Kwelmb objection and Certificate of Service re: same | 0.70 | LLC |
| | Litigation and Litigation Consulting - e-mail from R. Miller re: service of notice of withdraw | 0.10 | LLC |
| | Litigation and Litigation Consulting - Confer with legal assistant re: filing and service of notice of withdraw | 0.10 | LLC |
| | Litigation and Litigation Consulting - teleconference with paralegal re: withdrawing objection to Kwelmbs Co. settlement motion | 0.10 | TJT |
| | Hearings - prepare email to D Carickoff re: telephonic appearance for 12/20/04 hearing | 0.10 | TJT |
| | Hearings - trade emails with J Sakalo re: 12/20/04 hearing coverage (x2) | 0.20 | TJT |
| | Hearings - review email from D Carickoff re:12/20/04 hearing information | 0.10 | TJT |
| Dec-19-04 | Committee, Creditors', Noteholders' or -prepare email to J Sakalo re: 12/20/04 hearing preparation | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -prepare for hearing | 0.20 | TJT |
| | Fee Applications, Others - review Bilzin Sumberg 14th quarterly fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review HRA's 9th quarterly fee app prior to filing | 0.10 | TJT |
| Dec-20-04 | Case Administration - teleconference with Ms. Danzeisen re: filing of | 0.10 | RSM |

| | | | |
|---|---|---:|---|
| | withdrawal of objection | | |
| | Case Administration - e-mail to co-counsel re: filing withdrawal | 0.10 | RSM |
| | Case Administration - review 2019 statement filed by Environmental Litigation Group | 0.10 | TJT |
| | Case Administration - review notice of filing 2019 statement Environmental Litigation Group | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Baron and Budd | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Ryker Danzig | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Berger and Montague | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Joseph Carona | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Nassman Guthner | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Shein Law Center | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Hartly and O'Brien | 0.10 | TJT |
| | Fee Applications, Others - prepare Bilzin's 14th quarterly for filing (.2) and e-file and serve same (.6) | 0.80 | AD |
| | Fee Applications, Others - prepare HRA's 9th quarterly fee app for filing (.1) and e-file and serve same (.5) | 0.60 | AD |
| | Employment Applications, Others - review email from J Sakalo re: Lexecon retention motion | 0.10 | TJT |
| | Litigation and Litigation Consulting - Scan and e-file clocked-in copy of notice of withdrawal of objection | 0.40 | LLC |
| | Litigation and Litigation Consulting - Revise, scan, file and serve PD Committee's Motion to Strike re: Debtors' Notice of Intent | 2.00 | SGW |
| | Litigation and Litigation Consulting - review email from J Sakalo re: motion to strike | 0.10 | TJT |
| | Litigation and Litigation Consulting - teleconference with A Danzeisen re: motion to strike | 0.10 | TJT |
| | Litigation and Litigation Consulting - review draft of motion to strike | 0.30 | TJT |
| | Litigation and Litigation Consulting - prepare notice of motion re: motion to strike | 0.30 | TJT |
| | Litigation and Litigation Consulting - prepare Certificate of Service re: motion to strike | 0.20 | TJT |
| | Litigation and Litigation Consulting - trade emails with A Danzeisen re: motion to strike (x2) | 0.20 | TJT |
| | Litigation and Litigation Consulting - prepare email to J Sakalo re: motion to strike | 0.10 | TJT |
| | Litigation and Litigation Consulting - confer with S Weiler re: motion to strike | 0.30 | TJT |
| | Litigation and Litigation Consulting - teleconference with S Weiler re: motion to strike | 0.10 | TJT |
| | Litigation and Litigation Consulting - review email from J Sakalo re: ZAI issues | 0.10 | TJT |
| | Hearings - prepare email to J Sakalo re: 11/20/04 hearing | 0.10 | TJT |
| | Hearings - attend bankruptcy court | 2.60 | TJT |
| | Plan and Disclosure Statement - review email from J Sakalo re: objection to disclosure statement, estimation motion and cmo | 0.10 | TJT |
| Dec-21-04 | Case Administration - e-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | Case Administration - confer with T. Tacconelli re: scheduling issues | 0.20 | RSM |

|  | | | |
|---|---|---|---|
| | Case Administration - review 2019 statement filed by Monzack and Monaco | 0.10 | TJT |
| | Case Administration - review debtor's motion to approve advancement of costs and expenses re: National Union | 0.10 | TJT |
| | Case Administration - teleconference with L Morton re: 2002 service list (.1) and prepare email to L Morton re: same (.1) | 0.20 | AD |
| | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Plan and Disclosure Statement - review debtor's motion to supplement estimation motion re: ZAI bar date and related issues | 1.20 | TJT |
| | Plan and Disclosure Statement - review Certain Insurers objection to disclosure statement, estimation motion and cmo | 0.30 | TJT |
| Dec-22-04 | Case Administration - e-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | Case Administration - review order from J. Buckwalter | 0.10 | RSM |
| | Case Administration - e-mail to co-counsel re: Buckwalter order | 0.10 | RSM |
| | Case Administration - review 2019 statement filed by White and Williams | 0.10 | TJT |
| | Case Administration - review order entered by Judge Buckwalter scheduling hearing on debtor's motion to refer jurisdiction to bankruptcy court | 0.10 | TJT |
| | Fee Applications, Others - review and revise Bilzin 10/04 fee app (.3) and Draft Certificate of Service re: same (.1) | 0.40 | AD |
| | Fee Applications, Others - review and revise Bilzin 11/04 fee app (.3) and draft Certificate of Service re: same (.1) | 0.40 | AD |
| | Litigation and Litigation Consulting - Revise, scan, file and arrange for service re: PD Comm. Objection to Disclosure Statement (3.8); revise and prepare Certificate of Service and group facsimile page re: same (.3) | 4.10 | SGW |
| | Plan and Disclosure Statement - teleconference with J Sakalo re: objection to disclosure statement, et al | 0.10 | TJT |
| | Plan and Disclosure Statement - trade emails with J Sakalo re: objection to disclosure statement, et al (x4) | 0.40 | TJT |
| | Plan and Disclosure Statement - review email from A Danzeisen re: objection to disclosure statement, et al (x3) | 0.30 | TJT |
| | Plan and Disclosure Statement - review objection to disclosure statement, et al and confer with S Weiler re: same | 0.60 | TJT |
| | Plan and Disclosure Statement - retrieve voice mail message from J Sakalo re: objection to disclosure statement | 0.10 | TJT |
| | Plan and Disclosure Statement - Call to J Sakalo re: objection to disclosure statement, et al | 0.10 | TJT |
| Dec-23-04 | Case Administration - review 2019 statement of Goldberg Miller | 0.10 | TJT |
| | Case Administration - review supplemental 2019 statement by Monzack and Monaco | 0.10 | TJT |
| | Case Administration - review notice of hearing re: debtors' motion to refer jurisdiction to bankruptcy court | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.90 | TJT |
| | Fee Applications, Others - review Bilzin Sumberg Oct., 2004 fee app | 0.10 | TJT |
| | Fee Applications, Others - review Bilzin Sumberg Nov., 2004 fee app | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Fee Applications, Others - review Bilzin Sumberg Sept.-Oct., 2004 fee app | 0.10 | TJT |
|  | Fee Applications, Others - prepare for filing (.1), e-file and serve Bilzin 10/04 fee app | 0.50 | AD |
|  | Fee Applications, Others - prepare for filing (.1), e-file and serve Bilzin's 11/04 fee app (.4) | 0.50 | AD |
|  | Hearings - review email from J Sakalo re: 12/20/04 hearing transcript | 0.10 | TJT |
|  | Plan and Disclosure Statement - review objection by US Trustee to disclosure statement | 0.20 | TJT |
|  | Plan and Disclosure Statement - review objection by US to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - review objection by Longacre Master Fund Ltd. to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - review limited objection by AIG Ins. Co. to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - review joinder by Maryland Casually Co. in Certain Insurers' objection to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - review Town of Action's objection to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - review objection by J Ripisardi to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - teleconference with J Sakalo re: objection to disclosure statement | 0.10 | TJT |
|  | Plan and Disclosure Statement - review Libby Claimants' objection to disclosure statement | 0.30 | TJT |
|  | Plan and Disclosure Statement - review email from J Sakalo re: objection to disclosure statement exhibits | 0.10 | TJT |
|  | Plan and Disclosure Statement - review email from J Sakalo re: ZAI supplement | 0.10 | TJT |
|  | Fee Applications, Applicant - review Ferry, Joseph & Pearce's Nov., 2004 pre-bill | 0.30 | TJT |
| Dec-24-04 | Case Administration - review City Corp. Leasing's motion for payment of administrative claim | 0.10 | TJT |
|  | Case Administration - review motion of City Corp. Leasing to compel assumption/rejection | 0.10 | TJT |
|  | Plan and Disclosure Statement - review filed version of objection to disclosure statement with exhibits | 0.50 | TJT |
| Dec-27-04 | Case Administration - review order authorizing appointment of R Thieme as mediator for ADR program | 0.10 | TJT |
|  | Case Administration - review order authorizing re: retention of Deloitte Tax LLP | 0.10 | TJT |
|  | Plan and Disclosure Statement - review statement of unsecured creditors committee re: disclosure statement/plan | 0.10 | TJT |
|  | Plan and Disclosure Statement - review joinder by unsecured creditors committee in debtors' motion to approve estimation proceedings and Certificate of No Objection | 0.10 | TJT |
|  | Plan and Disclosure Statement - review objection by Sealed Air to disclosure statement | 0.60 | TJT |
|  | Plan and Disclosure Statement - review objection by Keri Evans, et al to | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | disclosure statement | | |
| Dec-28-04 | Case Administration - e-mail to legal assistant re: 2002 notice of appearance | 0.10 | LLC |
| | Case Administration - e-mail to legal assistant re: 2002 service list update | 0.10 | LLC |
| Dec-29-04 | Case Administration - review 2019 statement of Bill Lanier law firm | 0.10 | TJT |
| | Case Administration - review 2019 statement by Leblenc & Waddell | 0.10 | TJT |
| | Case Administration - review letter from K Gelv requesting removal of firm from service list and forward to paralegal | 0.10 | TJT |
| | Litigation and Litigation Consulting - review email from J Sakalo re: motion to strike | 0.10 | TJT |
| | Litigation and Litigation Consulting - prepare email to committee co-chair re: motion to strike | 0.10 | TJT |
| | Plan and Disclosure Statement - review objection to disclosure statement by state of Montana | 0.10 | TJT |
| Dec-30-04 | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Dec-31-04 | Case Administration - review order re: 6th continuation order for 4th omnibus objection to claim | 0.10 | TJT |
| | Case Administration - review order re: 3rd continuation order re: 6th omnibus objection to claims | 0.10 | TJT |
| | Case Administration - review order re: 5th omnibus continued objection | 0.10 | TJT |
| | Case Administration - review debtors' motion to extend time to remove certain actions | 0.20 | TJT |
| | Case Administration - review Campbell Levine Nov., 2004 | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale Nov., 2004 fee app | 0.10 | TJT |
| | Case Administration - review certification of counsel re: Lexecon order | 0.10 | TJT |
| | Case Administration - review debtors' notice of claims previously satisfied | 0.10 | TJT |
| | Totals | 55.90 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Dec-01-04 | Expense - copying cost | 4.80 |
| | Expense - postage | 12.60 |
| | Expense - Blue Marble Logistics - delivery charge | 998.21 |
| | Expense - Federal Express | 36.21 |
| Dec-03-04 | Expense - Blue Marble Logistics - delivery charge | 287.89 |
| Dec-05-04 | Expense - postage | 4.80 |
| | Expense - faxing | 42.00 |
| Dec-20-04 | Expense - copying cost | 205.80 |
| | Expense - postage | 33.50 |
| Dec-23-04 | Expense - copying cost | 37.05 |
| | Expense - postage | 6.29 |
| | Totals | $1,669.15 |
| | **Total Fees & Disbursements** | **$12,340.15** |
| | **Balance Due Now** | **$12,340.15** |