## EXHIBIT A

**Case Administration (13.40 Hours; $ 5,278.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.80 | $720 | 3,456.00 |
| Rita C. Tobin | .70 | $415 | 290.50 |
| Robert C. Spohn | 6.10 | $200 | 1,220.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |
| David B. Smith | .30 | $165 | 49.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/04 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/01/04 (.5). |
| 12/01/04 | DBS | 165.00 | 0.30 | Review court docket. |
| 12/02/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/02/04 (.1). |
| 12/03/04 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re: EI update. |
| 12/03/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/03/04 (.3). |
| 12/03/04 | ADK | 175.00 | 1.00 | Created and organized 2005 monthly filing schedule for monthly and interim fee applications. |
| 12/05/04 | PVL | 720.00 | 0.10 | Review 5 miscellaneous filings. |
| 12/06/04 | PVL | 720.00 | 0.20 | Teleconference Kivett. |
| 12/07/04 | PVL | 720.00 | 0.20 | Review 10/04 MOR (.1); review 5 miscellaneous filings (.1). |
| 12/07/04 | RCT | 415.00 | 0.10 | Conference with EI re: Horkovich appointment. |
| 12/07/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/07/04 (.1). |

{D0036318:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/08/04 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers and pleadings and correspondence received 12/08/04 (.5). |
| 12/09/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/09/04 (.1). |
| 12/10/04 | PVL | 720.00 | 0.30 | Review 8 miscellaneous filings (.1); e-mail AGL (.1); teleconference Hurford (.1). |
| 12/10/04 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/10/04 (.2). |
| 12/13/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/13/04 (.1). |
| 12/14/04 | RCT | 415.00 | 0.20 | Review weekly local counsel recommendation and docket re: EI update. |
| 12/14/04 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/14/04 (.3). |
| 12/15/04 | PVL | 720.00 | 0.10 | Review agenda. |
| 12/15/04 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/15/04 (.4). |
| 12/16/04 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/16/04 (.2). |
| 12/17/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/17/04 (.1). |
| 12/19/04 | PVL | 720.00 | 0.30 | Review 7 miscellaneous filings (.1); prep for hearing (.2). |
| 12/20/04 | PVL | 720.00 | 2.80 | Attend omni hearing (2.6); confer Milch and Eskin (.2). |
| 12/20/04 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re: EI update. |

{D0036318:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/20/04 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/20/04 (.3); retrieve documents electronically from docket and check in house indices for specific documents requested by attorney (.4). |
| 12/20/04 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 12/21/04 | PVL | 720.00 | 0.20 | Review 24 miscellaneous filings. |
| 12/21/04 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/21/04 (.4). |
| 12/22/04 | PVL | 720.00 | 0.40 | Review 8 miscellaneous filings (.1); e-mail Chambers (.1); review draft Lexeon order and reply (.1); review Eskin memo and reply (.1). |
| 12/22/04 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/22/04 (.7). |
| 12/23/04 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/23/04 (.5); retrieve documents requested by attorney from docket and in-house databases (.4). |
| 12/27/04 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/27/04 (.1). |
| 12/28/04 | PVL | 720.00 | 0.10 | Review 2 miscellaneous filings. |
| 12/28/04 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/28/04 (.4). |
| 12/29/04 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |

**Total Task Code .04        13.40**


**Committee, Creditors', Noteholders' or Equity Holders' (.30 Hours; $ 238.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $795 | 238.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/07/04 | EI | 795.00 | 0.30 | Conference all Committee chairs to review status (total time of 4.0 hours divided among 16 cases). |

**Total Task Code .07**    .30

**Employment Applications, Others (.30 Hours; $ 216.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $720 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/04 | PVL | 720.00 | 0.30 | Review draft opposition re Lexecon retention application and e-mail Hurford. |

**Total Task Code .10**    .30

**Fee Applications, Applicant (3.40 Hours; $ 1,051.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.90 | $415 | 788.50 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/16/04 | RCT | 415.00 | 0.50 | Review prebills. |
| 12/17/04 | RCT | 415.00 | 0.50 | Review exhibits. |

{D0036318:1 }

| 12/20/04 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 12/21/04 | RCT | 415.00 | 0.50 | Review fee applications (monthly). |
| 12/21/04 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 12/22/04 | RCT | 415.00 | 0.20 | Review 2004 fee and expense totals. |
| 12/30/04 | RCT | 415.00 | 0.20 | Review January fee app schedules. |

**Total Task Code .12        3.40**


**Fee Applications, Others (.10 Hours; $ 72.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/03/04 | PVL | 720.00 | 0.10 | Review 5 fee applications. |

**Total Task Code .13        .10**


**Litigation and Litigation Consulting (95.40 Hours; $ 44,866.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.80 | $795 | 2,226.00 |
| Peter Van N. Lockwood | .90 | $720 | 648.00 |
| Albert G. Lauber | 55.90 | $580 | 32,422.00 |
| Trevor W. Swett | 1.10 | $560 | 616.00 |
| Max C. Heerman | .80 | $325 | 260.00 |
| Danielle K. Graham | 24.30 | $270 | 6,561.00 |
| Harry M. Schwirck | 6.10 | $255 | 1,555.50 |
| Ada I. Odum | 3.50 | $165 | 577.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0036318:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/01/04 | TWS | 560.00 | 1.10 | Conf KNB re estimation issues (.1); conf EI, PVNL and KNB re estimation issues (1.0) |
| 12/01/04 | EI | 795.00 | 1.00 | T/c J. Heberling re: Brodsky (.2); t/c KNB re: response papers (.5); t/c KNB/PVNL/TWS re: same (.3). |
| 12/01/04 | MCH | 325.00 | 0.20 | Review Debtor's proposed estimation method. |
| 12/01/04 | DKG | 270.00 | 3.50 | Conduct research re propriety of expert testimony; discuss the same with KNB. |
| 12/02/04 | AGL | 580.00 | 2.20 | Continue work on outline of Opp. to Disc. St. (1.6); memo to PVNL and KNB re same and interface with Opp. to Grace's estimation motion (0.6). |
| 12/02/04 | AGL | 580.00 | 7.40 | Begin drafting opp. to Disc. Statement (5.8); legal research in connection with same (1.2); memo to PVNL, KNB & BAS re further points to be addressed (0.4). |
| 12/03/04 | AGL | 580.00 | 3.30 | Review CA3 opinion in Combustion Engineering and make notes for use in ACC objection to Grace disclosure statement. |
| 12/03/04 | PVL | 720.00 | 0.50 | Teleconferences Hurford re Scotts inj. motion. |
| 12/03/04 | DKG | 270.00 | 3.00 | Continue research re expert testimony issues; draft summary re the same. |
| 12/05/04 | AGL | 580.00 | 0.30 | Review PVNL and KNB comments on outline of objections to Disc. St. |
| 12/06/04 | AGL | 580.00 | 5.30 | Begin work on drafting objections to the debtors' disclosure statement (4.7); legal research in connection with same (0.6). |
| 12/06/04 | AGL | 580.00 | 0.90 | Conference w/PVNL re arguments to advance re "impairment." |
| 12/06/04 | AGL | 580.00 | 1.20 | Conference w/KNB re arguments of advance concerning estimation motion, TDP, CMO, and disclosure statement. |
| 12/06/04 | AGL | 580.00 | 3.40 | Continue work on objections to disclosure statement (1.4); legal research in connection with same (2.0). |
| 12/06/04 | AGL | 580.00 | 0.70 | Emails to PVNL and KNB re arguments to advance re estimation and impairment. |

{D0036318:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/06/04 | AGL | 580.00 | 1.20 | Continue work on objections to disclosure statement. |
| 12/07/04 | AGL | 580.00 | 0.30 | Review amended CMO motion and order; memo to KNB re objection to same. |
| 12/07/04 | AGL | 580.00 | 9.40 | Continue work on objections to disclosure statement (6.2); legal research in connection with same (3.2). |
| 12/07/04 | EI | 795.00 | 0.10 | T/c Horkovich re: retention. |
| 12/08/04 | AGL | 580.00 | 0.30 | Exchange emails w/KNB re response to estimation motion. |
| 12/08/04 | AGL | 580.00 | 2.20 | Continue work on objections to disclosure statement. |
| 12/08/04 | DKG | 270.00 | 7.00 | Continue research and analysis of case law re Daubert and expert testimony issues; draft memo re the same. |
| 12/09/04 | AGL | 580.00 | 1.60 | Legal research for use in drafting objections to disclosure statement (sections 1126(f) and 524(g)). |
| 12/09/04 | AGL | 580.00 | 0.90 | Review KNB outline of response to debtors estimation motion. |
| 12/09/04 | AGL | 580.00 | 0.60 | Memo to KNB re comments on outline and additional arguments re estimation. |
| 12/09/04 | AGL | 580.00 | 2.40 | Work on objections to disclosure statement. |
| 12/09/04 | AGL | 580.00 | 3.20 | Continue work on objections to disclosure statement. |
| 12/09/04 | MCH | 325.00 | 0.30 | Review expert depositions regarding asbestos med. issues. |
| 12/09/04 | DKG | 270.00 | 6.00 | Continue research and analysis of Daubert expert testimony issues. |
| 12/10/04 | AGL | 580.00 | 8.80 | Legal research for use in drafting objections to disclosure statement (2.1); complete drafting and revising of objections (6.3); send draft to EI, PVNL, KNB and BAS with cover memo (0.4). |
| 12/10/04 | DKG | 270.00 | 4.80 | Finalize memo re Daubert issues. |
| 12/12/04 | PVL | 720.00 | 0.30 | Review Webber, Simmons Cooper and Lanier oppositions re Scotts inj. |

{D0036318:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 12/13/04 | AGL | 580.00 | 0.30 | Review emails and comments on draft Obj. to Disc. St. |
| 12/13/04 | HMS | 255.00 | 2.40 | Drafting objection to motion for entry of case management order |
| 12/16/04 | AIO | 165.00 | 1.50 | Retrieved pleadings per attorney request. |
| 12/17/04 | EI | 795.00 | 1.70 | Edited briefs in transit (1.5); conf BAS re: same (.2). |
| 12/17/04 | HMS | 255.00 | 2.00 | Cite-checking opposition to estimation motions |
| 12/17/04 | AIO | 165.00 | 1.00 | Pulled several pleadings from online docket per attorney request. |
| 12/19/04 | PVL | 720.00 | 0.10 | Review Grace reply re Scotts motion. |
| 12/20/04 | HMS | 255.00 | 1.70 | Cite-checking opposition to reorganization brief |
| 12/20/04 | AIO | 165.00 | 1.00 | Pulled documents for attorney review. |
| 12/21/04 | MCH | 325.00 | 0.30 | Review briefs filed by Cte. re: estimation. |

**Total Task Code .16**       **95.40**


**Plan & Disclosure Statement (166.20 Hours; $ 62,614.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 12.20 | $720 | 8,784.00 |
| Julie W. Davis | 11.90 | $560 | 6,664.00 |
| Kimberly N. Brown | 51.80 | $405 | 20,979.00 |
| Brian A. Skretny | 90.30 | $290 | 26,187.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/01/04 | PVL | 720.00 | 0.40 | Teleconference EI; teleconference EI, TWS, KNB (.3). |
| 12/01/04 | KNB | 405.00 | 6.00 | Memo to file re estimation (4.7); TC with EI re same (.3); TCN with EI, PVNL, TWS re same (1.0) |

{D0036318:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 12/01/04 | BAS | 290.00 | 6.30 | Meet w/ JWD re: review of proposed case management order; (.3); perform rs for AGL re: objection to proposed disclosure statement (6.0). |
| 12/02/04 | PVL | 720.00 | 0.60 | Teleconference Baena. |
| 12/02/04 | JWD | 560.00 | 5.50 | Research impairment issues (2.1); draft memo re PI claims procedures under Plan (3.4) |
| 12/02/04 | BAS | 290.00 | 5.30 | Perform rs for AGL re: objection to proposed disclosure statement (5.3). |
| 12/03/04 | PVL | 720.00 | 0.40 | Review AGL draft opposition re DS. |
| 12/03/04 | KNB | 405.00 | 0.50 | Review AGL e-mail re Plan objections (.2); e-mail re same (.3) |
| 12/03/04 | BAS | 290.00 | 9.00 | Complete rs and draft memo for AGL re: objection to proposed disclosure statement (9.0). |
| 12/04/04 | PVL | 720.00 | 0.10 | E-mail AGL re brief. |
| 12/05/04 | JWD | 560.00 | 0.30 | Revise Third Circuit opinion in Combustion Engineering |
| 12/06/04 | PVL | 720.00 | 1.80 | Confer AGL re DS issues (1.3); review JWD memo re TDP (.4); e-mail KNB and AGL (.1). |
| 12/06/04 | JWD | 560.00 | 1.90 | Revise, edit memo re treatment of claims under Plan documents |
| 12/06/04 | KNB | 405.00 | 4.80 | Confer with AGL re Plan objections (1.2); review AGL outline (.7); review Plan, estimation motion, CMO motion and proposed TDPs in preparing response to estimation (2.6); review JWD memo re proposed TDPs (.3) |
| 12/06/04 | BAS | 290.00 | 4.00 | Complete memo re: objection to proposed disclosure statement (3.0); review JWD memo re claims liquidation procedures under the debtors' TDP (1.0). |
| 12/07/04 | PVL | 720.00 | 0.30 | E-mail KNB et al (.2); review prop orders re est. and CMO (.1). |
| 12/07/04 | JWD | 560.00 | 1.90 | Respond to questions, comments re memo re treatment of claims under defendant's Plan |
| 12/07/04 | KNB | 405.00 | 5.00 | Draft opposition to estimation motion |

{D0036318:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 12/07/04 | BAS | 290.00 | 5.50 | Review procedures in UNR and Western Macarthur bankruptcies for purposes of objection to Grace's proposed disclosure statement (3.0); same for Manville (2.5). |
| 12/08/04 | KNB | 405.00 | 6.70 | Confer with DG re CMO motion (.1); confer with HMS re CMO motion (.1); read CMO motion (.1); draft opposition to estimation brief (6.4) |
| 12/09/04 | KNB | 405.00 | 0.20 | Read e-mail re estimation (.1); e-mail to AGL re same (.1) |
| 12/09/04 | BAS | 290.00 | 4.00 | Review AGL's draft objection to disclosure statement and perform follow-up rs per AGL's request (4.0). |
| 12/10/04 | JWD | 560.00 | 0.20 | Review 2019 orders, draft e-mails re same to P. Milch, S. Lawson |
| 12/11/04 | PVL | 720.00 | 0.90 | Review draft DS objs. |
| 12/12/04 | PVL | 720.00 | 0.20 | Memo to BAS re DS objs. |
| 12/13/04 | KNB | 405.00 | 3.90 | Review HMS draft opposition to CMO motion (.4); edit same (.4); e-mail to BAS re same, opposition to confirmation procedures motion (.2); review AGL draft objections to disclosure statement (.5); review DKG memo re expert testimony (.3); draft opposition to estimation motion (2.1) |
| 12/13/04 | BAS | 290.00 | 7.00 | Modify draft objection to disclosure statement per PVNL's comments (5.0); draft objection to confirmation procedures motion (2.0). |
| 12/14/04 | KNB | 405.00 | 7.00 | Draft opposition to estimation brief |
| 12/14/04 | BAS | 290.00 | 9.00 | Further modify draft objection to disclosure statement (2.5); perform rs for KNB re objection to estimation motion (6.5). |
| 12/15/04 | PVL | 720.00 | 2.60 | Review e-mail (.1); review draft CMO resp. (.1); confer KNB (.4); confer BAS (.3); review draft opposition brief re DS (.8); review draft Sealed Air DS obj. (.2); review draft brief re est. (.7). |
| 12/15/04 | KNB | 405.00 | 7.40 | Draft estimation brief (7.0); confer with PVNL re same (.4) |

| Date | Tkpr | Rate | Hours | Description |
|---|---|---|---|---|
| 12/15/04 | BAS | 290.00 | 5.30 | Discuss draft briefs w/ PVNL (.3); perform rs for KNB re objection to estimation motion (4.5); modify draft objection to disclosure statement (.5). |
| 12/16/04 | PVL | 720.00 | 0.60 | Teleconference Cohn. |
| 12/16/04 | BAS | 290.00 | 7.30 | Modify objection to estimation motion in accord w/ PVNL's comments (4.5); modify objection to disclosure statement in accord with PVNL's comments (2.8). |
| 12/17/04 | PVL | 720.00 | 0.90 | Teleconference KNB and BAS (.3); review e-mail (.1); review prop. protocol (.1); confer EI (.1); teleconference Wyron (.1); review draft resp re conf. proc (.2). |
| 12/17/04 | KNB | 405.00 | 0.70 | TCN with PVNL, BAS re estimation (.3); TCN with BAS re same (.2); TCN with BAS re voting procedures motion (.2) |
| 12/17/04 | BAS | 290.00 | 6.60 | Draft objection to confirmation procedures motion (1.8); meet w/ EI re comments on objection to estimation motion and objection to disclosure statememt (.2); discuss EI's comments w/ KNB (.2); discuss EI's comments w/ KNB & PVNL (.3); edit objection to estimation motion per KNB's instruction (3.5); modify objection to confirmation procedures motion per PVNL's edits (.6). |
| 12/18/04 | JWD | 560.00 | 0.20 | Review calendar of upcoming hearings/events. |
| 12/19/04 | BAS | 290.00 | 3.50 | Review case cites and cites to record in disclosure statement objection (3.5). |
| 12/20/04 | KNB | 405.00 | 5.50 | Confer with BAS, JWD re 524 issue (.3); draft estimation brief (3.9); review objections to disclosure statement (.2); confer with BAS re same (.2); confer with JWD re same (.3); review BAS draft section for disclosure statement objections (.2); review JWD draft section for disclosure statement objections (.2); review draft voting procedures opposition (.2) |
| 12/20/04 | BAS | 290.00 | 11.00 | Review case cites and cites to record in objection to estimation motion (3.5); incorporate final edits, complete cite-checking, and prepare to file i) objection to estimation motion, ii) objection to disclosure statement; iii) objection to case management order; iv) objection to confirmation procedures motion (7.5). |

{D0036318:1 }

| 12/21/04 | JWD | 560.00 | 1.90 | Review, edit estimation brief, C&W response, objections to DS (1.9). |
|---|---|---|---|---|
| 12/21/04 | KNB | 405.00 | 4.10 | Confer with BAS re filing estimation brief under seal (.2); review and edit estimation brief (1.1); review and edit disclosure statement objection (1.7); review and edit voting procedure objection (.5); review and edit objection to motion re confirmation hearing deadlines (.4); review Debtors' draft estimation order (.2) |
| 12/21/04 | BAS | 290.00 | 6.50 | Complete preparation of briefs for filing (2.5); work w/ Mark Hurford to file i) objection to estimation motion; ii) objection to disclosure statement; iii) objection to case management order; iv) objection to confirmation procedures motion (4.0). |
| 12/22/04 | PVL | 720.00 | 1.10 | Confer NDF (.1); review ACC briefs (.5); review e-mail and reply (.1); review FCR DS opposition (.4). |
| 12/23/04 | PVL | 720.00 | 1.60 | Review PD Comm objs re DS, CMO and est. motions. |
| 12/28/04 | PVL | 720.00 | 0.70 | Review ZAI bar date motion (.2); review Sealed Air DC objs (.2); review Fresenius DS objs (.2); review UCC resps re DS, est (.1). |

**Total Task Code .17**     **166.20**


**Travel – Non Working (3.80 Hours; $ 1,368.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 3.80 | $360 | 1,368.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/19/04 | PVL | 360.00 | 2.80 | Travel to Pittsburgh (half). |
| 12/21/04 | PVL | 360.00 | 1.00 | Return travel to DC (half). |

**Total Task Code .21**     **3.80**

{D0036318:1 }

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 7.43 |
| Database Research | 209.15 |
| Long Distance-Equitrac In-House | 10.34 |
| Meals Related to Travel | 32.44 |
| NYO Long Distance Telephone | 841.14 |
| Travel Expenses - Ground Transportation | 36.00 |
| Travel Expenses - Hotel Charges | 158.46 |
| Xeroxing | 138.00 |
| **Total for Report** | **$ 1,432.96** |

{D0036318:1 }