**EXHIBIT B**

**Case Administration (13.4 Hours; $ 5,278.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   13.4**


**Committee, Creditors', Noteholders' or Equity Holders' (.3 Hours; $ 238.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07   .3**


**Employment Applications, Others (.3 Hours; $ 216.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10   .3**


**Fee Applications, Applicant (3.4 Hours; $ 1,051.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   3.4**


**Fee Applications others (.1 Hours; $ 72.00)**

   Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13   .1**


**Litigation and Litigation Consulting (95.4 Hours; $ 44,866.00)**

- 2 -

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        95.4**


**Plan & Disclosure Statement (166.2 Hours; $ 62,614.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        166.2**


**Travel Non-Working (3.8 Hours; $ 1,368.00)**

Services rendered in this category include non-working time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half and attorney's usual hourly rate.

**Total Task Code .21        3.8**