## **EXHIBIT C**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 7.43 |
| Database Research | 209.15 |
| Long Distance-Equitrac In-House | 10.34 |
| Meals Related to Travel | 32.44 |
| NYO Long Distance Telephone | 841.14 |
| Travel Expenses - Ground Transportation | 36.00 |
| Travel Expenses - Hotel Charges | 158.46 |
| Xeroxing | 138.00 |
| **Total for Report** | **$ 1,432.96** |

{D0036320:1 }