```
Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                           Page:    1
Matter     000                           Disbursements                                                                      1/21/2005
                                                                                                                        Print Date/Time:
                                                                                                                            01/21/2005
                                                                                                                             2:49:40PM
Attn:                                                                                                                       Invoice #

                                                    PREBILL  / CONTROL  REPORT
                                                       Trans Date Range:   1/1/1950  to: 12/31/2004
Matter     000
Disbursements
Bill Cycle:        Monthly         Style:        i1          Start:    4/16/2001
                                                                  Last Billed : 12/27/2004                  13,655
```

Trust Amount Available

Total Expenses Billed To Date        $246,327.97

```
                                                                Billing Empl:       0120    Elihu   Inselbuch
                                                                Responsible Empl:   0120    Elihu   Inselbuch
                                                                Alternate Empl:     0120    Elihu   Inselbuch
                                                                Originating Empl:   0120    Elihu   Inselbuch
```

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | ---------- BILLING --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 226.90 | 0.00 | 226.90 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 13.35 | 0.00 | 13.35 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 7.43 | 0.00 | 7.43 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 0.60 | 0.00 | 0.60 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 2.40 | 0.00 | 2.40 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 59.10 | 0.00 | 59.10 |
| 0245 | PT | Paula Taylor-Brooks | 0.00 | 7.50 | 0.00 | 7.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,115.68 | 0.00 | 1,115.68 |
|  |  |  | **0.00** | **1,432.96** | **0.00** | **1,432.96** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- | | | ---------- BILLING --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1732989 | Equitrac - Long Distance to 2123199240 | E | 12/01/2004 | 0999 | C&D | 0.00 | | $0.20 | 0.00 | | $0.20 | 0.20 |
| 1733622 | Equitrac - Long Distance to 3053502403 | E | 12/02/2004 | 0999 | C&D | 0.00 | | $3.99 | 0.00 | | $3.99 | 4.19 |
| 1733782 | Photocopy | E | 12/02/2004 | 0232 | LK | 0.00 | | $1.80 | 0.00 | | $1.80 | 5.99 |
| 1733787 | Photocopy | E | 12/02/2004 | 0245 | PT | 0.00 | | $7.50 | 0.00 | | $7.50 | 13.49 |
| 1734259 | Equitrac - Long Distance to 3024261900 | E | 12/03/2004 | 0999 | C&D | 0.00 | | $1.45 | 0.00 | | $1.45 | 14.94 |
| 1734268 | Equitrac - Long Distance to 3024261900 | E | 12/03/2004 | 0999 | C&D | 0.00 | | $0.26 | 0.00 | | $0.26 | 15.20 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 1/21/2005 |

Print Date/Time: 01/21/2005 2:49:40PM

Attn:                                                                                                                                           Invoice #

| ID | Description | | Date | Code | Init | | Amount | | Amount | Inv# |
|---|---|---|---|---|---|---|---|---|---|---|
| 1734269 | Equitrac - Long Distance to 3024261900 | E | 12/03/2004 | 0999 | C&D | 0.00 | $0.26 | 0.00 | $0.26 | 15.46 |
| 1734659 | Equitrac - Long Distance to 2145236612 | E | 12/06/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 15.51 |
| 1734796 | Photocopy | E | 12/06/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 16.11 |
| 1734904 | Photocopy | E | 12/06/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 17.61 |
| 1734909 | Photocopy | E | 12/06/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 18.51 |
| 1734964 | Federal Express to Katie Hemming from EI on 11/23 | E | 12/07/2004 | 0120 | EI | 0.00 | $7.43 | 0.00 | $7.43 | 25.94 |
| 1735326 | Photocopy | E | 12/07/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 27.29 |
| 1735931 | Database Research By DS 11/30 | E | 12/09/2004 | 0999 | C&D | 0.00 | $11.10 | 0.00 | $11.10 | 38.39 |
| 1735950 | NYO Long Distance Telephone 10/1/04-10/31/04 | E | 12/09/2004 | 0999 | C&D | 0.00 | $2.14 | 0.00 | $2.14 | 40.53 |
| 1735958 | NYO Long Distance Telephone 10/1/04-10/31/04 | E | 12/09/2004 | 0999 | C&D | 0.00 | $5.79 | 0.00 | $5.79 | 46.32 |
| 1736440 | Photocopy | E | 12/09/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 49.92 |
| 1736813 | Equitrac - Long Distance to 3024269910 | E | 12/10/2004 | 0999 | C&D | 0.00 | $0.17 | 0.00 | $0.17 | 50.09 |
| 1737685 | Photocopy | E | 12/13/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 51.44 |
| 1739135 | Equitrac - Long Distance to 2123198798 | E | 12/15/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 51.49 |
| 1739243 | Photocopy | E | 12/15/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 52.84 |
| 1739339 | Photocopy | E | 12/15/2004 | 0999 | C&D | 0.00 | $10.50 | 0.00 | $10.50 | 63.34 |
| 1739366 | Photocopy | E | 12/15/2004 | 0138 | BAS | 0.00 | $0.60 | 0.00 | $0.60 | 63.94 |
| 1739903 | Photocopy | E | 12/16/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 64.39 |
| 1740399 | Photocopy | E | 12/17/2004 | 0101 | RCS | 0.00 | $13.35 | 0.00 | $13.35 | 77.74 |
| 1740409 | Photocopy | E | 12/17/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 78.64 |
| 1740430 | Photocopy | E | 12/17/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 78.94 |
| 1740956 | Equitrac - Long Distance to 2127076731 | E | 12/20/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 78.99 |
| 1741151 | Photocopy | E | 12/20/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 79.89 |
| 1741164 | Photocopy | E | 12/20/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 80.04 |
| 1741589 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 80.18 |
| 1741596 | Equitrac - Long Distance to 3024261900 | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.37 | 0.00 | $0.37 | 80.55 |
| 1741624 | Equitrac - Long Distance to 8054993572 | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 80.60 |
| 1741636 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 80.69 |
| 1741657 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.66 | 0.00 | $0.66 | 81.35 |
| 1741666 | Equitrac - Long Distance to 8054993572 | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 81.43 |
| 1741797 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 81.58 |
| 1741808 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | $10.80 | 0.00 | $10.80 | 92.38 |
| 1741850 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | $4.20 | 0.00 | $4.20 | 96.58 |
| 1741859 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 99.58 |
| 1741879 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 102.58 |
| 1741882 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 102.88 |
| 1741912 | Database Research By HS 12/17 | E | 12/22/2004 | 0999 | C&D | 0.00 | $43.36 | 0.00 | $43.36 | 146.24 |
| 1742713 | Equitrac - Long Distance to 8054993572 | E | 12/22/2004 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 146.38 |
| 1742835 | Photocopy | E | 12/22/2004 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 146.83 |
| 1742854 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 148.63 |
| 1742867 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | $4.20 | 0.00 | $4.20 | 152.83 |
| 1742876 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 153.28 |
| 1742892 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | $4.65 | 0.00 | $4.65 | 157.93 |
| 1742979 | PVNL; travel to Pittsburgh for hearings on 12/19-21 for meals (split with 2814) | E | 12/23/2004 | 0020 | PVL | 0.00 | $26.44 | 0.00 | $26.44 | 184.37 |
| 1742980 | PVNL; travel to Pittsburgh for hearings on 12/19-21 for Omni William Penn (split with 2814) | E | 12/23/2004 | 0020 | PVL | 0.00 | $158.46 | 0.00 | $158.46 | 342.83 |
| 1743139 | Photocopy | E | 12/23/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 343.73 |
| 1743140 | Photocopy | E | 12/23/2004 | 0238 | SLG | 0.00 | $10.20 | 0.00 | $10.20 | 353.93 |
| 1743191 | Photocopy | E | 12/23/2004 | 0238 | SLG | 0.00 | $10.35 | 0.00 | $10.35 | 364.28 |
| 1743830 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $19.20 | 0.00 | $19.20 | 383.48 |
| 1743882 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $10.05 | 0.00 | $10.05 | 393.53 |
| 1743884 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $4.35 | 0.00 | $4.35 | 397.88 |
| 1743886 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $2.25 | 0.00 | $2.25 | 400.13 |
| 1744639 | NYO Long Distance Telephone -11/1-11/30/Committee Conf. Call | E | 12/29/2004 | 0999 | C&D | 0.00 | $643.97 | 0.00 | $643.97 | 1,044.10 |
| 1744645 | NYO Long Distance Telephone -11/1-11/30/ Committee Conf. call | E | 12/29/2004 | 0999 | C&D | 0.00 | $184.55 | 0.00 | $184.55 | 1,228.65 |
| 1744665 | NYO Long Distance Telephone -11/1-11/30 | E | 12/29/2004 | 0999 | C&D | 0.00 | $4.69 | 0.00 | $4.69 | 1,233.34 |
| 1744745 | Petty Cash PVNL cab expenses in Pittsburgh on | E | 12/29/2004 | 0020 | PVL | 0.00 | $21.00 | 0.00 | $21.00 | 1,254.34 |
| 1744746 | Petty Cash PVNL meal expense in Pittsburgh on | E | 12/29/2004 | 0020 | PVL | 0.00 | $6.00 | 0.00 | $6.00 | 1,260.34 |
| 1744747 | Petty Cash PVNL airport parking expense for travel to Pittsburgh on | E | 12/29/2004 | 0020 | PVL | 0.00 | $15.00 | 0.00 | $15.00 | 1,275.34 |
| 1744920 | Equitrac - Long Distance to 8054993572 | E | 12/29/2004 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 1,275.61 |
| 1745296 | Equitrac - Long Distance to 8054993572 | E | 12/30/2004 | 0999 | C&D | 0.00 | $2.06 | 0.00 | $2.06 | 1,277.67 |
| 1745562 | Photocopy | E | 12/30/2004 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 1,278.12 |
| 1745563 | Photocopy | E | 12/30/2004 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 1,278.27 |
| 1745835 | Database Research by KNB on 12/14 | E | 12/30/2004 | 0999 | C&D | 0.00 | $154.69 | 0.00 | $154.69 | 1,432.96 |
| **Total Expenses** | | | | | | 0.00 | $1,432.96 | 0.00 | $1,432.96 | |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                        Page:  1
Matter     000                    Disbursements                                                                1/21/2005
                                                                                                          Print Date/Time:
                                                                                                              01/21/2005
                                                                                                               2:49:40PM
Attn:                                                                                                         Invoice #

              Matter Total Fees                                                          0.00                      0.00


              Matter Total Expenses                                                  1,432.96                  1,432.96


              Matter Total                                           0.00            1,432.96        0.00      1,432.96



              Prebill Total Fees


              Prebill Total Expenses                                                $1,432.96                 $1,432.96


              Prebill Total                                          0.00           $1,432.96        0.00     $1,432.96
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---:|---:|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,596.00 | 2,519.20 |
| 47,743 | 11/22/2004 | 27,516.24 | 27,516.24 |
| 48,023 | 12/27/2004 | 76,194.99 | 76,194.99 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| | | 1,481,306.32 | 344,496.36 |