### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**     RE DN 5677

Pursuant to D. Del. LR. 83.5, Bank. L.R. 9010-1 and the attached certification, I, Peter B. McGlynn, a member in good standing of the bar in the Commonwealth of Massachusetts, the bars of the United States District Court for the District of Massachusetts, the United States Bankruptcy Court for the District of Massachusetts, the District of Connecticut and having been admitted *pro hac vice* in multiple jurisdictions, request admission, *pro hac vice*, before the Honorable Judith K. Fitzgerald, to represent Spaulding and Slye Construction LP ("Spaulding & Slye") in connection with Spaulding & Slye's prosecution of its Proof of Claim and defending against debtor's objection thereto.

Dated: June 1, 2004

Respectfully submitted,

Peter B. McGlynn, Esqire
BERNKOPF GOODMAN LLP
125 Summer Street, 13th Floor
Boston, MA 02110
(617) 790-3000 Telephone
(617) 790-3300 Facsimile
pmcglynn@bg-llp.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to D. Del. LR. 85.3 and Bankr. LR. 9010-1, I certify that I am eligible for admission *pro hac vice* to this Court, am admitted and in good standing as a member of the jurisdictions described above, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and am generally familiar with this Court's Local Rules. See also Exhibit "A".

Dated: June 1, 2004

Peter B. McGlynn, Esquire
125 Summer Street, 13th Floor
Boston, MA 02110
(617) 790-3000 Telephone
(617) 790-3300 Facsimile
pmcglynn@bg-llp.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED the motion for admission *pro hac vice* is granted.

Date: February 1, 2005

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge