# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 21, 2005 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1]  The Debtors consist of the following 62 entities:  W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | November | Total  Comp |
|------|----------|------------|----------|------------|
| Neitzel, Charlotte | Partner | $      350.00 | 13.9 | $      4,865.00 |
| Coggon, Katheryn | Special Counsel | $      280.00 | 2.8 | $      784.00 |
| Tracy, Brent | Associate | $      240.00 | 3.2 | $      768.00 |
| Sherman, Joan | Paralegal | $      150.00 | 10.9 | $      1,635.00 |
| Latuda, Carla | Paralegal | $      125.00 | 14.0 | $      1,750.00 |
| | | | | |
| **Total** | | | **44.80** | **9,802.00** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $          - |
| Photocopies | $      314.55 |
| Facsimiles | $      47.00 |
| Long Distance Telephone | $      1.00 |
| Outside Courier | $          - |
| Lexis | $          - |
| Travel Expense | $          - |
| Outside Reporduction | $          - |
| Federal Express | $      23.65 |
| Research Service | $          - |
| Tab Stock | $          - |
| Other Expenses | $          - |
| Color Copies | $          - |
| **Total** | **$      386.20** |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 687698 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/04 | MCL | Research Libby databases to locate documents for SCHaraldson. | 0.50 | $    62.50 |
| 11/05/04 | BAT | Telephone conference with Tyler Mace re subpoena issues (0.2); retrieve requested information and draft cover letter re same (0.8); review and respond to email from Matthew Murphy re subpoena issues (0.3). | 1.30 | 312.00 |
| 11/08/04 | MCL | Telephone conference and exchange e-mails with Matthew Murphy of Casner & Edwards re availability of copy Administrative Record and indices (.90 hours); telephone conference with KJCoggon re same (.30 hours); research Libby databases to locate same (3.80 hours). | 5.00 | 625.00 |
| 11/09/04 | MCL | Research database to locate documents pursuant to Tyler Mace's request (2.10 hours); draft letters transmitting same (.40 hours). | 2.50 | 312.50 |
| 11/10/04 | MCL | Read and respond to e-mails re Libby documents. | 0.50 | 62.50 |
| 11/11/04 | MCL | Research database re issues concerning Administrative Record CDs (1.10 hours); research database to locate information pursuant to Matthew Murphy's request (.40 hours). | 1.50 | 187.50 |
| 11/12/04 | CLN | Respond to messages from Dori Kuchinsky re request for 104(e). | 0.30 | 105.00 |
| 11/12/04 | MCL | Research databases to locate documents for Dori Kuchinsky (.70 hours); telephone conference with Matthew Murphy re documents for Jay Hughes (.30 hours); research databases to locate same (3.0 hours). | 4.00 | 500.00 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 687698 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/14/04 | KJC | Review and respond to correspondence re Universal Land property in Libby. | 0.20 | 56.00 |
| 11/14/04 | KJC | Review and respond to email re document request for Jay Hughes. | 0.20 | 56.00 |
| 11/15/04 | CLN | Conference with Dori Kuchinsky re identifying document to send her. | 0.80 | 280.00 |
| 11/15/04 | KJC | Telephone conference with Robert Emmett re Universal Land property in Libby. | 0.40 | 112.00 |
| 11/15/04 | BAT | Address document issues related to subpoena. | 1.10 | 264.00 |
| 11/15/04 | JLS | Database research re documents for Matthew Murphy (3.00); telephone conferences with BATracy and MCLatuda re same (.40). | 3.40 | 510.00 |
| 11/16/04 | BAT | Address document issues related to subpoena. | 0.80 | 192.00 |
| 11/16/04 | JLS | Database research re documents for Matthew Murphy (2.3); telephone conferences with BATracy re same (0.40). | 2.70 | 405.00 |
| 11/17/04 | CLN | Review Tyler Mace's e-mail (.20); review and compile documents in response to request by Tyler Mace (1.30). | 1.50 | 525.00 |
| 11/17/04 | JLS | Conferences with CLNeitzel and SCHaraldson re documents requested by Kirkland & Ellis (.20); database research re same (.60). | 0.80 | 120.00 |
| 11/18/04 | CLN | Work on response to Tyler Mace's requests for documents. | 5.80 | 2,030.00 |
| 11/18/04 | JLS | Database research for CLNeitzel re document requests from Kirkland and Ellis (1.10); telephone conferences with CLNeitzel and SCHaraldson re same (0.40); telephone conferences with Matthew Murphy re Grace union records and database research re same (0.60). | 2.10 | 315.00 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 687698 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/21/04 | CLN | Review Libby documents to identify documents to send to Tyler Mace in response to his e-mail. | 3.80 | 1,330.00 |
| 11/22/04 | CLN | Telephone conference with Tyler Mace re documents requested (.30); conference with JLSherman re Tyler Mace's question (.30); transmit information to Tyler Mace (.40). | 1.00 | 350.00 |
| 11/23/04 | CLN | Telephone conference with Tyler Mace, KJCoggon, and JLSherman re 104(e) production. | 0.70 | 245.00 |
| 11/23/04 | KJC | Telephone conference with Tyler Mace, CLNeitzel, and JLSherman re subpoena response options and follow up re same. | 0.70 | 196.00 |
| 11/23/04 | JLS | Telephone conference with CLNeitzel, KJCoggon and Tyler Mace re 104(e) production. | 0.70 | 105.00 |
| 11/29/04 | KJC | Telephone conferences with Robert Emmett and Ren Lapidario re interest rate calculation and follow up re same. | 1.30 | 364.00 |
| 11/29/04 | JLS | Read and respond to e-mails re Eschenbach deposition exhibits (0.30); database research re same (0.90). | 1.20 | 180.00 |

**Total Fees Through November 30, 2004:**    **44.80**   **$**   **9,802.00**

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 13.90 | $ 4,865.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 2.80 | 784.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 3.20 | 768.00 |
| JLS | Joan L. Sherman | Paralegal | 150.00 | 10.90 | 1,635.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 14.00 | 1,750.00 |

**Total Fees:**    **44.80**   **$**   **9,802.00**

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 687698 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|

**\*Please note that some individual timekeeper hourly rates will increase effective December 1, 2004**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/01/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-822-32903; DATE: 11/1/2004  -  Courier, Acct. 0802-0410-8. 10-20; Dori Anne Kuchinsky Leesburg, Va | $    23.65 |
| 11/09/04 | 1,793 | Photocopy | 268.95 |
| 11/12/04 | 17 | Facsimile | 17.00 |
| 11/12/04 | 30 | Facsimile | 30.00 |
| 11/12/04 | 29 | Photocopy | 4.35 |
| 11/17/04 | 27 | Photocopy | 4.05 |
| 11/18/04 | | Long Distance Telephone: 6174265900, 11 Mins., TranTime:09:47 | 1.00 |
| 11/18/04 | 27 | Photocopy | 4.05 |
| 11/18/04 | 26 | Photocopy | 3.90 |
| 11/18/04 | 125 | Photocopy | 18.75 |
| 11/18/04 | 46 | Photocopy | 6.90 |
| 11/18/04 | 22 | Photocopy | 3.30 |
| 11/29/04 | 2 | Photocopy | 0.30 |
| **Total Disbursements:** | | | **$    386.20** |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 687698 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 314.55 |
| Facsimile | | 47.00 |
| Long Distance Telephone | | 1.00 |
| Federal Express | | 23.65 |
| **Total Disbursements:** | **$** | **386.20** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *219.96* |
| 667181 | 05/17/04 | Bill | | 568.45 |
| | 09/28/04 | Cash Receipt | | -507.07 |
| | | *Outstanding Balance on Invoice 667181:* | $ | *61.38* |
| 671980 | 07/09/04 | Bill | | 2,748.36 |
| | 11/16/04 | Cash Receipt | | -2,241.26 |
| | | *Outstanding Balance on Invoice 671980:* | $ | *507.10* |
| 674800 | 08/12/04 | Bill | | 765.34 |
| | | *Outstanding Balance on Invoice 674800:* | $ | *765.34* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | November | Total  Comp |
|------|----------|-------------|----------|-------------|
| Flaagan, Elizabeth K. | Partner | $      300.00 | 1.0 | $      300.00 |
| Haag, Susan | Paralegal | $      125.00 | 11.1 | $      1,387.50 |
|  |  |  |  |  |
| **Total** |  |  | **12.10** | **$      1,687.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 18.45 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ 582.52 |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 600.97** |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 687698 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

**Itemized Services**

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/08/04 | EKF | Review and finalize August 2004 monthly fee application (.3); review and revise September 2004 prebills (.5). | 0.80 | $ | 240.00 |
| 11/08/04 | SH | Calculate August fee application (1.10); compile August fee application (.30); calculate September fee application (1.00). | 2.40 | | 300.00 |
| 11/12/04 | SH | Work with accounting re correction on September bills (no charge - .40 hours). | 0.00 | | 0.00 |
| 11/15/04 | SH | Review September fee application. | 0.60 | | 75.00 |
| 11/16/04 | SH | Draft 13th fee application category spreadsheet (.70); compile September monthly fee application (.40). | 1.10 | | 137.50 |
| 11/17/04 | SH | Revise September fee application summary. | 0.20 | | 25.00 |
| 11/22/04 | EKF | Review fee auditor's report on thirteenth interim fee application (.20). | 0.20 | | 60.00 |
| 11/23/04 | SH | Begin drafting fourteenth interim fee application charts. | 1.00 | | 125.00 |
| 11/29/04 | SH | Draft fourteenth interim fee application charts (1.70); begin drafting fourteenth interim fee application (1.20). | 2.90 | | 362.50 |
| 11/30/04 | SH | Finalize fourteenth fee application summary. | 2.90 | | 362.50 |

**Total Fees Through November 30, 2004:**        **12.10**   $   **1,687.50**

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.00 | $ | 300.00 |
| SH | Susan Haag | Paralegal | 125.00 | 11.10 | | 1,387.50 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 687698 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| SH | Susan Haag | Paralegal | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **12.10** | **$ 1,687.50** |

**\*Please note that some individual timekeeper hourly rates will increase effective December 1, 2004**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/08/04 | 42 | Photocopy | $ 6.30 |
| 11/09/04 | | Consulting Fee: MORRIS JAMES HITCHENS & W Invoice 269942 Professional Services - WR Grace September 2004 | 582.52 |
| 11/16/04 | 38 | Photocopy | 5.70 |
| 11/23/04 | 43 | Photocopy | 6.45 |
| | | **Total Disbursements:** | **$ 600.97** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 582.52 |
| Photocopy | | 18.45 |
| **Total Disbursements:** | **$** | **600.97** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |