Jan-04-2005 17:05 From-KAUFMAN LOGAN + T-231 P.002/002 F-459

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re                                : Chapter 11
                                     : Case No. 01-01139 (JKF)
W.R. GRACE & CO., et al,             : (Jointly Administered)
Debtors.                             :
                                     : RE 17452

MOTION AND ORDER
FOR ADMISSION PRO HAC VICE

I, Linda M. Carmichael, Esquire, a member of the bar of this Court, pursuant to District Court Local Rule 83.5 move the admission pro hac vice of Gerald F. Ellersdorfer, Esquire, (California State Bar Number 33804), Kaufman & Logan LLP, 100 Spear Street, 12th Floor, San Francisco, California 94105, Telephone: (415) 247-8300, Facsimile: (415) 247-8310, to represent Fireman's Fund Insurance Company in this action. The Admittee is admitted to practice and in good standing in the State of California with admittance in 1963 and is in good standing in all courts.

Linda M. Carmichael (DE No. 3570)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709
Telephone: 302-467-4502
Facsimile: 302-654-0245

The Admittee certifies that he is eligible for admission to this Court, is admitted to practice in good standing in the jurisdiction shown in paragraph 1, above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Gerald F. Ellersdorfer, Esquire
(CA#33804)
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105
Telephone: (415) 247-8300
Facsimile: (415) 247-8310

Motion granted.

United States Bankruptcy Judge

Dated: 2/1, 2005

DOCS_DE 103932v2