IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 7517 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING**
**THE FORTIETH MONTHLY APPLICATION OF L TERSIGNI CONSULTING**
**P.C., ACCOUNTANT AND FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF PERSONAL INJURY CLAIMANTS, FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD OF**
<u>**NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 (DOCKET NO. 7517)**</u>

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), L Tersigni Consulting P.C., submitted on January 10, 2005 a Fortieth monthly application ("Application") [Docket No. 7517] for services rendered and reimbursement of expenses incurred as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2. Objections to the Application were to be filed and served on or before, January 31, 2005. No objections to the Application have been received by the

{D0038496:1 }

undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

                    L TERSIGNI CONSULTING P.C.

                    Loreto T. Tersigni
                    2001 West Main Street, Suite 220
                    Stamford, CT  06902
                    (203) 569-9090

                    - and -

                    CAMPBELL & LEVINE, LLC


                    */s/Kathleen J. Campbell*
                    Kathleen J. Campbell (I.D. #4229)
                    800 North King Street
                    Suite 300
                    Wilmington, DE  19899
                    (302) 426-1900

                    Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated:  February 2, 2005