## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: February 21, 2005@ 4:00 p.m. |

### FORTIETH-FIRST MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001 nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | *December 1, 2004 through and including December 31, 2004* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$123,833.00* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$3,246.49* |

This is a(n):   __x__   monthly        __    interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

KL2:2372931.1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $18,704.00<br>$633.86 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |

| | | | |
|---|---|---|---|
| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | $7,110.40<br>$545.85 |
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
| November 1, 2004 | January 1, 2004<br>March 31, 2004 | $48,415.50<br>$1,840.66 | pending |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$389.30 | $2,874.70[1]<br>$0.00 |
| August 3, 2004 | May 1,2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | $8,672.00<br>$1,279.24 |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | $18,561.60<br>$172.12 |
| October 1, 2004 | July 1, 2004<br>July 31, 2004 | $13,523.50<br>$33.62 | $10,818.40<br>$33.62 |
| October 29, 2004 | August 1, 2004<br>August 31, 2004 | $9,543.50<br>$125.25 | $7,634.80<br>$125.25 |
| November 2, 2004 | September 1, 2004<br>September 30, 2004 | $24,483.00<br>$836.33 | $19,586.40<br>$836.33 |
| November 23, 2004 | October 1, 2004<br>October 31, 2004 | $128,959.00<br>$6,922.76 | $103,167.20<br>$6,922.76 |
| December 28, 2004 | November 1, 2004<br>November 30, 2004 | $153.725.00<br>$4,236.79 | $122,980.00<br>$4,236.79 |

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Nadler, Ellen R. | 630.00 | 8.20 | $5,166.00 |
| Bentley, Philip | 565.00 | 24.80 | $14,012.00 |
| Bentley, Philip | 282.50 | 5.80 | $1,638.50 |
| Mayer, Thomas Moers | 690.00 | 4.70 | $3,243.00 |
| Herzog, Barry | 525.00 | 32.30 | $16,957.50 |
| Horowitz, Gregory A. | 525.00 | 43.50 | $22,837.50 |
| Becker, Gary M. | 495.00 | 35.30 | $17,473.50 |
| Rigel, Blake | 425.00 | 27.50 | $11,687.50 |

[1] Kramer Levin has only received the 20% holdback for April 2004.  We currently are owed 80% fees ($11,498.80) and 100% expenses ($389.30)

KL2 2372931.1

| | | | |
|---|---|---|---|
| Novod, Gordon | 390.00 | 57.20 | $22,308.00 |
| Dimos, Bill | 250.00 | 6.70 | $1,675.00 |
| Koevary. Jonathan T. | 250.00 | 0.90 | $225.00 |
| Segal, Amanda J. | 250.00 | 17.00 | $4,250.00 |
| Mangual, Kathleen | 195.00 | 12.10 | $2,359.50 |
| **Total** | | **276.00** | **$123,833.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 12/1/04 through 12/31/04 | Total Fees for the Period 12/1/04 through 12/31/04 |
|---|---|---|
| Case Administration | 15.10 | $4,385.50 |
| Creditor Committee | 8.80 | $4,409.50 |
| Bankruptcy Motions | 68.90 | $27,995.00 |
| Reorganization Plan | 56.30 | $22,236.50 |
| Fee Applications, Applicant | 3.60 | $1,002.00 |
| Claim Analysis Objection (Asbestos) | 71.30 | $37,052.50 |
| Hearings | 3.90 | $2,203.50 |
| Plan and Disclosure Statement | 0.20 | $138.00 |
| Tax Issues | 42.10 | $22,772.00 |
| Travel/Non Working | 5.80 | $1,638.50 |
| **Total** | **276.00** | **$123,833.00** |

KL2:2372931.1

**EXPENSE SUMMARY**

| Expense Category | Total Expenses For the Period 12/1/04 through 12/31/04 |
|---|---|
| Photocopying | $665.85 |
| Document Prep. | $100.00 |
| Long-Distance Tel. | $93.48 |
| Westlaw On-Line Research | $156.65 |
| Lexis/Nexis On-Line Research | $213.65 |
| Messenger/Courier | $78.39 |
| Cab Fares | $425.32 |
| Meals/In House | $198.70 |
| In-House/Meals | $72.87 |
| Out-of-town Travel | $429.00 |
| Meal/T&E | $29.00 |
| Court Rept's Costs | $324.00 |
| Storage/Retreival | $44.63 |
| Transcript Fees | $414.95 |
| **Total** | **$3,246.49** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: February ___1___, 2005

KL2:2372931.1

## SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

### *CASE ADMINISTRATION*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| NADLER, ELLEN R. | LITI | 0.50 | 630.00 | 315.00 |
| BECKER, GARY M. | CRED | 0.90 | 495.00 | 445.50 |
| NOVOD, GORDON | CRED | 3.00 | 390.00 | 1,170.00 |
| DIMOS, BILL | CRED | 6.70 | 250.00 | 1,675.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 4.00 | 195.00 | 780.00 |
| Subtotal | | 15.10 | $ | 4,385.50 |

### *CREDITOR COMMITTEE*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| NADLER, ELLEN R. | LITI | 1.50 | 630.00 | 945.00 |
| BENTLEY, PHILIP | CRED | 1.30 | 565.00 | 734.50 |
| BECKER, GARY M. | CRED | 5.20 | 495.00 | 2,574.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.80 | 195.00 | 156.00 |
| Subtotal | | 8.80 | $ | 4,409.50 |

### *BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|------------|-------|-------------|--------|
| NADLER, ELLEN R. | LITI | 0.50 | 630.00 | 315.00 |
| BECKER, GARY M. | CRED | 13.40 | 495.00 | 6,633.00 |
| NOVOD, GORDON | CRED | 52.20 | 390.00 | 20,358.00 |
| KOEVARY, JONATHAN T | CRED | 0.50 | 250.00 | 125.00 |
| SEGAL, AMANDA J | CRED | 2.10 | 250.00 | 525.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.20 | 195.00 | 39.00 |
| Subtotal | | 68.90 | $ | 27,995.00 |

**SCHEDULE OF TIME CHARGES AND RATES**
**FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

***REORGANIZATION PLAN***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 3.10 | 630.00 | 1,953.00 |
| BENTLEY, PHILIP | CRED | 0.50 | 565.00 | 282.50 |
| MAYER, THOMAS MOERS | CRED | 2.00 | 690.00 | 1,380.00 |
| BECKER, GARY M. | CRED | 4.00 | 495.00 | 1,980.00 |
| RIGEL, BLAKE | TAX | 27.50 | 425.00 | 11,687.50 |
| NOVOD, GORDON | CRED | 2.00 | 390.00 | 780.00 |
| SEGAL, AMANDA J | CRED | 14.90 | 250.00 | 3,725.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 2.30 | 195.00 | 448.50 |
| Subtotal | | 56.30 | $ | 22,236.50 |

***FEE APPLICATIONS, APPLICANT***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.00 | 495.00 | 495.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 2.60 | 195.00 | 507.00 |
| Subtotal | | 3.60 | $ | 1,002.00 |

***CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)***

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 2.60 | 630.00 | 1,638.00 |
| BENTLEY, PHILIP | CRED | 12.30 | 565.00 | 6,949.50 |
| HOROWITZ, GREGORY A. | LITI | 43.50 | 525.00 | 22,837.50 |
| BECKER, GARY M. | CRED | 10.30 | 495.00 | 5,098.50 |
| KOEVARY, JONATHAN T | CRED | 0.40 | 250.00 | 100.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 2.20 | 195.00 | 429.00 |
| Subtotal | | 71.30 | $ | 37,052.50 |

**PLAN AND DISCLOSURE STATEMENT**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| MAYER, THOMAS MOERS | CRED | 0.20 | 690.00 | 138.00 |
| | Subtotal | 0.20 | $ | 138.00 |

**HEARINGS**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 3.90 | 565.00 | 2,203.50 |
| | Subtotal | 3.90 | $ | 2,203.50 |

**TAX ISSUES**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 6.80 | 565.00 | 3,842.00 |
| MAYER, THOMAS MOERS | CRED | 2.50 | 690.00 | 1,725.00 |
| HERZOG, BARRY | TAX | 32.30 | 525.00 | 16,957.50 |
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| | Subtotal | 42.10 | $ | 22,772.00 |

**TRAVEL\NON-WORKING**

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|----------|-----------|-------|-------------|--------|
| BENTLEY, PHILIP | CRED | 5.80 | 282.50 | 1,638.50 |
| | Subtotal | 5.80 | $ | 1,638.50 |
| | Total | 276.00 | $ | 123,833.00 |

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | PARTNER | 8.20 | 630.00 | 5,166.00 |
| BENTLEY, PHILIP | PARTNER | 24.80 | 565.00 | 14,012.00 |
| BENTLEY, PHILIP | PARTNER | 5.80 | 282.50 | 1,638.50 |
| MAYER, THOMAS MOERS | PARTNER | 4.70 | 690.00 | 3,243.00 |
| HERZOG, BARRY | PARTNER | 32.30 | 525.00 | 16,957.50 |
| HOROWITZ, GREGORY A. | PARTNER | 43.50 | 525.00 | 22,837.50 |
| BECKER, GARY M. | SPEC COUNS | 35.30 | 495.00 | 17,473.50 |
| RIGEL, BLAKE | ASSOCIATE | 27.50 | 425.00 | 11,687.50 |
| NOVOD, GORDON | ASSOCIATE | 57.20 | 390.00 | 22,308.00 |
| DIMOS, BILL | ASSOCIATE | 6.70 | 250.00 | 1,675.00 |
| KOEVARY, JONATHAN T | ASSOCIATE | 0.90 | 250.00 | 225.00 |
| SEGAL, AMANDA J | ASSOCIATE | 17.00 | 250.00 | 4,250.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 12.10 | 195.00 | 2,359.50 |
| | Total | 276.00 | | $123,833.00 |

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 665.85 |
| DOCUMENT PREP. | 100.00 |
| LONG DIST. TELE. | 93.48 |
| WESTLAW ON - LINE RESEARCH | 156.65 |
| LEXIS / NEXIS  ON -LINE RESEAR | 213.65 |
| MESSENGER/COURIER | 78.39 |
| CAB FARES | 425.32 |
| MEALS/IN-HOUSE | 198.70 |
| IN-HOUSE/MEALS | 72.87 |
| OUT-OF-TOWN TRAVEL | 429.00 |
| MEALS/T & E | 29.00 |
| COURT REPT'S COSTS | 324.00 |
| STORAGE/RETRIEVAL | 44.63 |
| TRANSCRIPT FEES | 414.95 |
| Subtotal | $3,246.49 |

KL4:2116526.1

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 355.12 |
| IN-HOUSE/MEALS | 13.71 |
| Subtotal | $368.83 |

KL4:2116526.1

alp.132c: Billed Charges Analysis

Run Date & Time: 01/28/2005 14:15:32

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

| | | | | |
|---|---|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 12/31/2004 | |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 12/31/2004 | |

| | FEES | COSTS |
|---|---|---|
| GROSS BILLABLE AMOUNT: | 123,833.00 | 3,246.49 |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 12/31/2004 | 12/31/2004 |
| CLOSE MATTER/FINAL BILLING? | YES   OR   NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

BILLING COMMENTS:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

## ACCOUNTS RECEIVABLE TOTALS

| | | UNAPPLIED CASH |
|---|---|---|
| FEES: | 211,062.10 | |
| DISBURSEMENTS: | 3,635.79 | |
| FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 230,300.07 | |

| UNIDENTIFIED RECEIPTS: | 0.00 |
|---|---|
| PAID FEE RETAINER: | 0.00 |
| PAID DISB RETAINER: | 0.00 |
| TOTAL AVAILABLE FUNDS: | 0.00 |
| TRUST BALANCE: | |

## BILLING HISTORY

| | | |
|---|---|---|
| DATE OF LAST BILL: | 01/26/05 | LAST PAYMENT DATE: 01/26/05 |
| LAST BILL NUMBER: | 403953 | ACTUAL FEES BILLED TO DATE: 1,197,637.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: 0.00 |
| | | TOTAL FEES BILLED TO DATE: 1,197,637.50 |
| LAST BILL THRU DATE: | 12/31/04 | FEES WRITTEN OFF TO DATE: 146,883.68 |

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development        (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/28/2005 14:15:35

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Billed Amount |
|---|---|---|---|---|---|---|
| 00720 | NADLER, ELLEN R. | PARTNER | 12/01/04 | 12/30/04 | 8.20 | 5,166.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 12/01/04 | 12/22/04 | 30.60 | 15,650.50 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 12/06/04 | 12/30/04 | 4.70 | 3,243.00 |
| 06366 | HERZOG, BARRY | PARTNER | 12/01/04 | 12/16/04 | 32.30 | 16,957.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 12/01/04 | 12/23/04 | 43.50 | 22,837.50 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 12/01/04 | 12/23/04 | 35.30 | 17,473.50 |
| 05327 | RIGEL, BLAKE | ASSOCIATE | 12/01/04 | 12/16/04 | 27.50 | 11,687.50 |
| 05338 | NOVOD, GORDON | ASSOCIATE | 12/01/04 | 12/23/04 | 57.20 | 22,308.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 12/01/04 | 12/30/04 | 6.70 | 1,675.00 |
| 06228 | KOEVARY, JONATHAN T | ASSOCIATE | 12/02/04 | 12/07/04 | 0.90 | 225.00 |
| 06230 | SEGAL, AMANDA J | ASSOCIATE | 12/01/04 | 12/23/04 | 17.00 | 4,250.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 12/01/04 | 12/22/04 | 12.10 | 2,359.50 |
| | Total: | | | | 276.00 | 123,833.00 |

## B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 12/01/04 | 12/27/04 | 665.85 |
| 0842 | DOCUMENT PREP. | 11/10/04 | 12/21/04 | 100.00 |
| 0910 | LONG DIST. TELE. | 12/13/04 | 12/13/04 | 93.48 |
| 0917 | WESTLAW ON - LINE RESEARCH | 12/13/04 | 12/20/04 | 156.65 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 12/13/04 | 12/15/04 | 213.65 |
| 0930 | MESSENGER/COURIER | 12/28/04 | 12/28/04 | 78.39 |
| 0940 | CAB FARES | 11/04/04 | 12/16/04 | 425.32 |
| 0942 | MEALS/IN-HOUSE | 12/09/04 | 12/16/04 | 198.70 |
| 0943 | IN-HOUSE/MEALS | 12/31/04 | 12/31/04 | 72.87 |
| 0950 | OUT-OF-TOWN TRAVEL | 11/30/04 | 12/29/04 | 429.00 |
| 0951 | MEALS/T & E | 12/29/04 | 12/29/04 | 29.00 |
| 0965 | COURT REPT'S COSTS | 11/24/04 | 11/24/04 | 324.00 |
| 0973 | STORAGE/RETRIEVAL | 12/23/04 | 12/23/04 | 44.63 |
| 0980 | TRANSCRIPT FEES | 12/07/04 | 12/07/04 | 414.95 |
| | Total | | | 3,246.49 |
| | Grand Total | | | 127,079.49 |
| | | | | ============ |

## B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/28/05 14:15:35)

| | Billed | | Applied | Collections | |
|---|---|---|---|---|---|
| Bill Date Thru Date Bill# | Fee & OA | Disbursement | From OA | Total Date | Due |
| | | | | | Balance |
| PRIOR TO 2001 | 143,986.00 | 16,201.41 | | 160,187.41 | |
| YEAR 2002 | 328,428.82 | 27,193.11 | | 355,621.93 | |
| YEAR 2003 | 152,559.50 | 5,113.85 | | 157,664.35 | |

aip_132c: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 01/28/2005 14:15:35

Client No: 056772
Client Name: W.R. GRACE & CO. EQUITY COMMITTEE

B I L L I N G & P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/28/05 14:15:35)

| Bill Date | Thru Date | Bill# | Fee & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| 01/29/04 | 12/31/03 | 382765 | 17,595.00 | 1,599.14 | | 19,194.14 | 07/02/04 | |
| 02/25/04 | 01/31/04 | 384579 | 8,979.00 | 436.47 | | 9,415.47 | 10/18/04 | |
| 04/30/04 | 02/29/04 | 388529 | 8,888.00 | 545.85 | | 9,433.85 | 06/29/04 | |
| 05/27/04 | 04/30/04 | 390208 | 13,058.00 | 469.11 | | 13,527.11 | 10/18/04 | |
| 06/29/04 | 05/31/04 | 391727 | 14,373.50 | 389.30 | | .00 | | 14,762.80 |
| 07/31/04 | 06/30/04 | 392045 | 10,840.00 | 1,279.24 | | 9,951.24 | 10/18/04 | 2,158.00 |
| 08/23/04 | 06/30/04 | 394084 | 23,202.00 | 172.12 | | 18,733.72 | 11/16/04 | 4,640.40 |
| 11/22/04 | 10/31/04 | 400444 | 128,959.00 | 6,922.76 | | 110,089.96 | 01/03/05 | 25,791.80 |
| 12/23/04 | 11/30/04 | 401557 | 153,725.00 | 4,236.79 | | 127,216.79 | 01/26/05 | 30,745.00 |
| 01/25/05 | 09/30/04 | 396538 | 47,550.00 | 995.20 | | 39,034.80 | 01/25/05 | 9,510.40 |
| 01/26/05 | 12/31/04 | 403953 | 123,833.00 | 3,246.49 | | .00 | | 127,079.49 |
| Total: | | | 1,175,967.82 | 68,800.84 | | 1,030,070.77 | | 214,697.89 |

a1p_132r: Billed Charges Analysis

Run Date & Time: 01/28/2005 14:15:28

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1897554
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu services

PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 12/01/2004 | TO: | 12/30/2004 |
| UNBILLED DISB FROM: | 11/24/2004 | TO: | 12/28/2004 |

| | FEES | COSTS |
|---|---|---|
| | 4,385.50 | 1,022.60 |

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
FROM PAID RETAINER:
DISB RETAINER:
AMOUNT BILLED:
THRU DATE:                    12/30/2004          12/28/2004
CLOSE MATTER/FINAL BILLING?   YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

BILLING COMMENTS:                BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

TOTAL OUTSTANDING:    7,752.15

BILLING HISTORY

| | | | |
|---|---|---|---|
| | | UNIDENTIFIED RECEIPTS: | 0.00 |
| | | PAID FEE RETAINER: | 0.00 |
| | | PAID DISB RETAINER: | 0.00 |
| | | TOTAL AVAILABLE FUNDS: | 0.00 |
| | | TRUST BALANCE: | |

DATE OF LAST BILL:    01/26/05          LAST PAYMENT DATE:    01/26/05
LAST BILL NUMBER:    403953    ON ACCOUNT FEES BILLED TO DATE:    232,348.50
                                      FEES BILLED TO DATE:    232,348.50
LAST BILL THRU DATE:    12/31/04    TOTAL FEES BILLED TO DATE:    232,348.50
                              FEES WRITTEN OFF TO DATE:    79,053.50

DISBURSEMENTS:    6,716.50
FEE RETAINER:    1,035.65
DISB RETAINER:    0.00

FEES:    0.00

ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
(2) Late Time & Costs Posted  (5) Business Development     (8) Premium
(3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL, LLP                                    PAGE   2

Run Date & Time: 01/28/2005 14:15:28                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS - 06975            Proforma Number:
Client  Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M    1897554
Matter  Name : CASE ADMINISTRATION                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE
```

```
                                 B I L L E D   T I M E   S U M M A R Y                       ------ Total ------
Emp Id  Employee Name              Group      Oldest        Latest      Hours       Amount
```

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|---|---|---|---|---|---|---|
| 00720 | NADLER, ELLEN R. | LITI | 12/01/04 | 12/01/04 | 0.50 | 315.00 |
| 05292 | BECKER, GARY M. | CRED | 12/13/04 | 12/23/04 | 0.90 | 445.50 |
| 05338 | NOVOD, GORDON | CRED | 12/13/04 | 12/13/04 | 3.00 | 1,170.00 |
| 06208 | DIMOS, BILL | CRED | 12/10/04 | 12/23/04 | 6.70 | 1,675.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANUAL, KATHLEEN | CRED | 12/02/04 | 12/21/04 | 4.00 | 780.00 |

```
                                          Total:                                  15.10    4,385.50
```

```
Sub-Total Hours :    0.50 Partners    0.90 Counsels    9.70 Associates    4.00 Legal Assts    0.00 Others
```

```
                                 B I L L E D   C O S T S   S U M M A R Y                     ------ Total ------
Code    Description                           Oldest        Latest         Total
                                              Entry         Entry          Amount
```

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 12/01/04 | 12/22/04 | 452.10 |
| 0842 | DOCUMENT PREP. | 12/21/04 | 12/21/04 | 60.00 |
| 0910 | LONG DIST. TELE. | 12/13/04 | 12/13/04 | 93.48 |
| 0930 | MESSENGER/COURIER | 12/28/04 | 12/28/04 | 78.39 |
| 0940 | CAB FARES | 11/30/04 | 11/30/04 | 81.60 |
| 0943 | IN-HOUSE/MEALS | 12/08/04 | 12/08/04 | 19.78 |
| 0950 | OUT-OF-TOWN TRAVEL | 12/15/04 | 12/15/04 | -501.70 |
| 0965 | COURT REPT'S COSTS | 11/24/04 | 11/24/04 | 324.00 |
| 0980 | TRANSCRIPT FEES | 12/07/04 | 12/07/04 | 414.95 |

```
                                          Total                                   1,022.60
```

```
                                          Grand Total                             5,408.10
```

```
                                 B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:28)
                                 ------------ Billed ------------   ------ Applied ------   ----- Collections -----
Bill Date  Thru Date  Bill#      Fee & OA     Disbursement         From OA      Total       Date                   Balance
                                                                                                                    Due
```

| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Applied From OA | Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2001 | | | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| YEAR 2002 | | | 63,892.50 | 13,613.26 | | 77,505.76 | | |
| 01/29/04 | 12/31/03 | 382765 | 42,737.00 | 3,649.07 | | 46,386.07 | 02/27/04 | |
| YEAR 2003 | | | | | | | | |
| 02/25/04 | 01/31/04 | 384579 | 6,246.50 | 1,364.34 | | 7,610.84 | 02/27/04 | |
| 04/30/04 | 02/29/04 | 388529 | 4,124.00 | 436.47 | | 4,560.47 | 04/13/04 | |
| 05/27/04 | 03/31/04 | 390208 | 2,552.50 | 43.85 | | 2,596.35 | 06/29/04 | |
| 04/30/04 | | | 2,589.00 | 114.15 | | 2,703.15 | 08/03/04 | |
| 06/29/04 | 04/30/04 | 391727 | 2,331.00 | 13.05 | | .00 | | |
| 05/31/04 | | | 3,114.00 | 87.30 | | 3,201.30 | 10/18/04 | |
| 07/30/04 | 06/30/04 | 392045 | 3,718.50 | 125.39 | | 3,843.89 | 11/16/04 | |
| 08/23/04 | 06/30/04 | 394084 | 400444 | | | 2,344.05 | | |
| 11/22/04 | 10/31/04 | | 3,344.50 | 4,955.15 | | 8,299.65 | 01/03/05 | |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/28/2005 14:15:28

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    1897554
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status    : ACTIVE

B I L L I N G   &   P A Y M E N T    H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:28)

| Bill Date | Thru Date | Bill# | ----- Billed ----- |  | --- Applied --- | ---- Collections ---- |  | |
|-----------|-----------|-------|--------------------|--|-----------------|------------------------|--|--|
|           |           |       | Fee & OA | Disbursement | From OA | Total | Date | Balance Due |
| 12/23/04 | 11/30/04 | 401557 | 6,442.00 | 2,303.09 |  | 8,745.09 | 01/26/05 |  |
| 01/25/05 | 09/30/04 | 396938 | 6,640.00 | 180.51 |  | 6,820.51 | 01/25/05 |  |
| 01/26/05 | 12/31/04 | 403953 | 4,385.00 | 1,022.60 |  | .00 |  | 5,408.10 |
| Total: |  |  | 223,153.50 | 36,068.41 |  | 251,469.76 |  | 7,752.15 |

alp_132r: Billed Charges Analysis

Run Date & Time: 01/28/2005 14:15:28

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

| | |
|---|---|
| Matter No: 056772-00001 | |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Orig Prtnr : CRED. RGTS - 06975 |
| Matter Name : CASE ADMINISTRATION | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Opened : 07/27/2001 | Supv Prtnr : MAYER THOMAS MOERS - 03976 |

Proforma Number: 1897554
Bill Frequency: M

Status : ACTIVE

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 12/01/04 | Review potentially pertinent expert report (.50). | 0.50 | 315.00 | 5431572 | 12/03/04 |
| DIMOS, BILL | 12/02/04 | reviewed more court docs | 0.50 | 125.00 | 5432684 | 12/04/04 |
| MANGUAL, KATHLEEN | 12/02/04 | review pacer for Notice (.40) | 0.40 | 78.00 | 5474385 | 01/03/05 |
| DIMOS, BILL | 12/06/04 | read through documents delivered from the court | 0.50 | 125.00 | 5437804 | 12/09/04 |
| DIMOS, BILL | 12/07/04 | more docs from the court to read through | 0.50 | 125.00 | 5437805 | 12/09/04 |
| DIMOS, BILL | 12/09/04 | more docs from court | 0.50 | 125.00 | 5440141 | 12/12/04 |
| NOVOD, GORDON | 12/10/04 | retrieval of emails and case filings. (0.7). | 0.70 | 273.00 | 5447416 | 12/16/04 |
| MANGUAL, KATHLEEN | 12/10/04 | retrieval of most recently filed pleadings; pdf and distrib internally (1.6) | 1.60 | 312.00 | 5474386 | 01/03/05 |
| BECKER, GARY M. | 12/13/04 | Review new pleadings and orders. | 0.20 | 99.00 | 5452323 | 12/20/04 |
| DIMOS, BILL | 12/14/04 | read through docs from court | 0.50 | 125.00 | 5449469 | 12/16/04 |
| DIMOS, BILL | 12/16/04 | read through court docs delivered today | 0.70 | 175.00 | 5449468 | 12/16/04 |
| BECKER, GARY M. | 12/16/04 | Review new pleadings (0.3). | 0.30 | 148.50 | 5458019 | 12/23/04 |
| DIMOS, BILL | 12/20/04 | read through docs served today | 0.50 | 125.00 | 5458990 | 12/23/04 |
| DIMOS, BILL | 12/21/04 | read through the documents delivered from the court | 0.50 | 125.00 | 5459891 | 12/23/04 |
| MANGUAL, KATHLEEN | 12/21/04 | research re: asbestos matters via pacer (.40), contact fee auditor; forward info to GB (.20) review docket, contact local counsel for pleading not imaged (.30) organization of files (1.1) | 2.00 | 390.00 | 5474387 | 01/03/05 |
| NOVOD, GORDON | 12/22/04 | Review of recently filed pleadings. (0.7) Disc. w/ K. Mangual. (0.2). | 0.90 | 351.00 | 5459082 | 12/23/04 |
| DIMOS, BILL | 12/22/04 | read through court documents delivered today | 0.60 | 150.00 | 5459989 | 12/23/04 |
| NOVOD, GORDON | 12/23/04 | Review of recently filed pleadings. (1.4). | 1.40 | 546.00 | 5459981 | 12/23/04 |
| BECKER, GARY M. | 12/23/04 | Review new pleadings | 0.40 | 198.00 | 5459972 | 01/03/05 |
| DIMOS, BILL | 12/27/04 | read through documents served by the court | 0.60 | 150.00 | 5468380 | 01/02/05 |
| DIMOS, BILL | 12/28/04 | read through documents served by the court | 0.80 | 200.00 | 5468379 | 01/02/05 |
| DIMOS, BILL | 12/30/04 | read through daily delivery of court documents | 0.50 | 125.00 | 5468378 | 01/02/05 |

Fee Total        15.10        4,385.50

                            15.10        4,385.50

### BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING BECKER GARY M. 0820 | BECKER, G M | 12/01/04 | 65.40 | 6810279 | 138653 | 12/16/04 |

                            4,385.50