```
alp_132r: Billed Charges Analysis                                                                                              PAGE   5

Run Date & Time: 01/28/2005 14:15:28                      KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                         Orig Prtnr : CRED. RGTS  - 06975                    Proforma Number:  1897554
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: M
Matter Name : CASE ADMINISTRATION               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee           Date        Amount     Index#    Batch No   Batch Date
-----------------             --------           ----        ------     ------    --------   ----------

PHOTOCOPYING
  PHOTOCOPYING                BECKER, G M        12/03/04      94.05    6810280   138653     12/16/04
  PHOTOCOPYING                MANGUAL, K M       12/06/04      45.45    6797054   138176     12/07/04
  PHOTOCOPYING                MANGUAL, K M       12/07/04      23.55    6798933   138280     12/08/04
  PHOTOCOPYING                MANGUAL, K M       12/22/04      39.60    6822277   139008     12/27/04
  PHOTOCOPYING                MANGUAL, K M       12/22/04     161.25    6835199   139370     01/04/05
  PHOTOCOPYING                MANGUAL, K M       12/22/04      22.80    6822278   139008     12/27/04
                          0820 PHOTOCOPYING Total :           452.10

DOCUMENT PREP.
  DOCUMENT PREP.
    12/21/2004              TEMPORARY, P         12/21/04      20.00    6831108   139256     12/30/04
  DOCUMENT PREP.
    12/21/2004              SHARPE, A S          12/21/04      40.00    6820502   138984     12/27/04
                          0842 DOCUMENT PREP. Total :          60.00

LONG DIST. TELE.
  ECI CONFERENCE CALL SERV   BECKER, G M         12/13/04      93.48    6823625   139022     12/27/04
  LONG DIST. TELE. - VENDOR-ECI CONFERENCE CALL
    SERVICES LLC
                          0910 LONG DIST. TELE. Total :        93.48

MESSENGER/COURIER
  FEDERAL EXPRESS CORPORAT   MANGUAL, K M        12/28/04      68.61    6824405   139028     12/28/04
    MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
    CORPORATION
  FEDERAL EXPRESS CORPORAT   SHEA, J S           12/28/04       9.78    6824817   139028     12/28/04
    MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
    CORPORATION
                          0930 MESSENGER/COURIER Total :       78.39

CAB FARES
  AYK ENTERPRISES, INC.      KOEVARY, J T        11/30/04      81.60    6811370   138666     12/16/04
    CAB FARES - VENDOR-AYK ENTERPRISES, INC.
                          0940 CAB FARES Total :               81.60

IN-HOUSE/MEALS
  IN-HOUSE/MEALS             KOEVARY, J T        12/08/04      19.78    6801234   138373     12/09/04
                          0943 IN-HOUSE/MEALS Total :          19.78
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    6
Run Date & Time: 01/28/2005 14:15:28                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  1897554
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status    : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| CITICORP DINERS CLUB | BECKER, G M | 11/30/04 | -501.70 | 6830205 | 139200 | 12/30/04 |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB | BECKER, G M | 11/30/04 | 501.70 | 6832288 | 139306 | 01/03/05 |
| Reversal from Void Check Number: 996458 | | | | | | |
| Bank ID: 0110 Voucher ID: 236228 | | | | | | |
| Vendor: CITICORP DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB | BECKER, G M | 12/15/04 | -501.70 | 6833836 | 139330 | 01/03/05 |
| OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS CLUB refund us airways 0.3710977705470 | | | | | | |
| | | 0950 OUT-OF-TOWN TRAVEL Total : | -501.70 | | | |
| COURT REPT'S COSTS 0965 | | | | | | |
| JANE ROSE REPORTING INC. | BENTLEY, P | 11/24/04 | 324.00 | 6808352 | 138602 | 12/15/04 |
| COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING INC. | | | | | | |
| | | 0965 COURT REPT'S COSTS Total : | 324.00 | | | |
| TRANSCRIPT FEES 0980 | | | | | | |
| CITIBANK | NOVOD, G N | 12/07/04 | 414.95 | 6831010 | 139224 | 12/30/04 |
| TRANSCRIPT FEES - VENDOR-CITIBANK Real Legal LLC | | | | | | |
| | | 0980 TRANSCRIPT FEES Total : | 414.95 | | | |
| | | Costs Total : | 1,022.60 | | | |

```
alp_132r: Billed Charges Analysis                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    7
Run Date & Time: 01/28/2005 14:15:28                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                                     Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   1897554
Matter Name : CASE ADMINISTRATION                                           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                            Status         : ACTIVE
```

BILLED TIME SUMMARY

| Employee Name | Hours | Amount |
|---|---|---|
| NADLER, ELLEN R. | 0.50 | 315.00 |
| BECKER, GARY M. | 0.90 | 445.50 |
| NOVOD, GORDON | 3.00 | 1,170.00 |
| DIMOS, BILL | 6.70 | 1,675.00 |
| MANGUAL, KATHLEEN | 4.00 | 780.00 |
| **Total:** | **15.10** | **4,385.50** |

BILLED COSTS SUMMARY

| Code | Description | Amount | Bill | W/o / W/u | Transfer To Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 452.10 | | | | |
| 0842 | DOCUMENT PREP. | 60.00 | | | | |
| 0910 | LONG DIST. TELE. | 93.48 | | | | |
| 0930 | MESSENGER/COURIER | 78.39 | | | | |
| 0940 | CAB FARES | 81.60 | | | | |
| 0943 | IN-HOUSE/MEALS | 19.78 | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | -501.70 | | | | |
| 0965 | COURT REPT'S COSTS | 324.00 | | | | |
| 0980 | TRANSCRIPT FEES | 414.95 | | | | |
| | **Costs Total :** | **1,022.60** | | | | |

```
alp_132r: Billed Charges Analysis                                                                                             PAGE   8
Run Date & Time: 01/28/2005 14:15:28

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No : 056772-00002                                Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1897555
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status         : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------

         UNBILLED TIME FROM:     12/02/2004       TO:   12/22/2004
         UNBILLED DISB FROM:     12/13/2004       TO:   12/23/2004

                                          FEES                COSTS
                                       ----------          ----------
   GROSS BILLABLE AMOUNT:                 4,409.50               53.40
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:            12/22/2004                 12/23/2004
 CLOSE MATTER/FINAL BILLING?       YES OR NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:



-------------------------------------------------------------------------------------------------------------------------------
                                              ACCOUNTS RECEIVABLE TOTALS                                 UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------------------

          FEES:                    6,875.50              UNIDENTIFIED RECEIPTS:          0.00
          DISBURSEMENTS:              55.40              PAID FEE RETAINER:              0.00
          FEE RETAINER:                0.00              PAID DISB RETAINER:             0.00
          DISB RETAINER:               0.00              TOTAL AVAILABLE FUNDS:          0.00
          TOTAL OUTSTANDING:       6,930.90              TRUST BALANCE:
                                                         BILLING HISTORY
                                                         ---------------
          DATE OF LAST BILL:     01/26/05          LAST PAYMENT DATE:                01/26/05
          LAST BILL NUMBER:      403953            ACTUAL FEES BILLED TO DATE:      140,967.50
                                                   ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                   PAID DISB RETAINER:                    0.00
                                                   TOTAL FEES BILLED TO DATE:       140,967.50
          LAST BILL THRU DATE:   12/31/04          FEES WRITTEN OFF TO DATE:         21,567.50

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding
                                                                    (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE   9

Run Date & Time: 01/28/2005 14:15:28

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   1897555
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y    ------------------------------------- Total Billed -----------------------
Emp Id Employee Name                     Group           Oldest        Latest            Hours              Amount
                                                         ------        ------            ------             ------
00720  NADLER, ELLEN R.                   LITI         12/02/04      12/02/04             1.50              945.00
02495  BENTLEY, PHILIP                    CRED         12/02/04      12/02/04             1.30              734.50
05292  BECKER, GARY M.                    CRED         12/02/04      12/22/04             5.20            2,574.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                  CRED         12/07/04      12/07/04             0.80              156.00

                                 Total:                                                   8.80            4,409.50

Sub-Total Hours  :   2.80 Partners     5.20 Counsels    0.00 Associates   0.80 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ------------------------------------- Total Billed -----------------------
Code  Description                                       Oldest        Latest                               Total
                                                        Entry         Entry                                Amount
                                                        -----         -----                                ------
0820  PHOTOCOPYING                                     12/13/04      12/23/04                              53.40

                                 Total                                                                     53.40
                          Grand Total                                                                   4,462.90
                                                                                                        ========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:28)
                                                 ------- Billed -------   -- Applied ---   - Collections --    Balance
Bill Date  Thru Date  Bill#           Fee & OA       Disbursement               From OA             Total Date     Due
---------  ---------  -----           --------       ------------               -------             ----- ----     ---
PRIOR TO 2001                        11,113.50          1,628.57                                12,742.07
YEAR 2002                            34,996.50          2,032.99                                37,029.49
YEAR 2003                            21,568.00            122.55                                21,690.55
01/29/04  12/31/03  382765            2,416.00             36.00                                 2,452.00  02/27/04
02/25/04  01/31/04  384579            2,284.00               .00                                 2,284.00  04/13/04
04/30/04  02/29/04  388529            1,717.50               .00                                 1,717.50  06/29/04
05/27/04  04/30/04  390208            4,468.00             23.40                                 4,491.40  08/03/04
06/29/04  05/31/04  391727            2,466.00              2.00                                     .00
07/31/04  06/30/04  392045            1,789.00               .00                                 1,789.00  10/18/04
08/23/04  06/30/04  394084            5,567.00               .00                                 5,567.00  11/16/04     2,468.00
11/22/04  10/31/04  400444           17,694.50          1,855.08                                19,549.58  01/03/05
12/23/04  11/30/04  401557           11,237.00             77.94                                11,314.94  01/26/05
01/25/05  09/30/04  396938           19,241.00            774.70                                20,015.70  01/25/05
01/26/05  12/31/04  403953            4,409.50             53.40                                     .00                4,462.90

                        Total:      140,967.50          6,606.63                               140,643.23               6,930.90
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    10
Run Date & Time: 01/28/2005 14:15:28

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00002                             Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1897555
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status       : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                      Hours   Amount       Index#    Batch No    Batch Date
-------------           ---------   -----------                                      -----   ------       ------    --------    ----------

BECKER, GARY M.         12/02/04    Prepare for and participate in committee          1.60    792.00      5439755               12/10/04
                                    conference call.
BENTLEY, PHILIP         12/02/04    Committee call, and discs GB re same              1.30    734.50      5441873               12/13/04
NADLER, ELLEN R.        12/02/04    Equity Committee call (1.50)                      1.50    945.00      5486341               01/24/05
MANGUAL, KATHLEEN       12/07/04    retrieval of expert reports per GB (.80)          0.80    156.00      5474388               01/03/05
BECKER, GARY M.         12/14/04    Revisions to memo to Weschler re stock trading    1.00    495.00      5448779               12/16/04
                                    restrictions and conf. Bentley and Herzog re
                                    same
BECKER, GARY M.         12/21/04    Prepare memo to committee re meeting on           2.40   1,188.00     5458020               12/23/04
                                    environmental liabilities (2.0); conf.
                                    individual shareholder re case issues (0.4).
BECKER, GARY M.         12/22/04    Send memo to Weschler re environmental issues     0.20     99.00      5458021               12/23/04
                                    (0.2)

                                                                   Fee Total          8.80   4,409.50

B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee                    Date              Amount                Index#    Batch No    Batch Date
----------------                    --------                    ----              ------                ------    --------    ----------

PHOTOCOPYING           0820
    PHOTOCOPYING                    BENTLEY, P                  12/13/04            4.20                6806759               12/14/04
    PHOTOCOPYING                    BENTLEY, P                  12/15/04            4.20                6810281               12/16/04
    PHOTOCOPYING                    BENTLEY, P                  12/15/04            0.60                6810282               12/16/04
    PHOTOCOPYING                    BENTLEY, P                  12/17/04            5.10                6814564               12/20/04
    PHOTOCOPYING                    BENTLEY, P                  12/17/04            0.90                6817399               12/22/04
    PHOTOCOPYING                    BENTLEY, P                  12/20/04            2.10                6817400               12/22/04
    PHOTOCOPYING                    SEGAL, A J                  12/23/04           36.30                6835200               01/04/05

                                                     0820 PHOTOCOPYING Total :     53.40

                                                                  Costs Total :    53.40
```

```
alp_132r: Billed Charges Analysis

Run Date & Time: 01/28/2005 14:15:28

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                    *PRIVILEGED AND CONFIDENTIAL*                                       PAGE    11

Matter No: 056772-00002                                                Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 1897555
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                        Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status   : ACTIVE

       B I L L E D   T I M E    S U M M A R Y         ------ Total Billed ------
Employee Name                              Hours          Amount         Bill          W/o / W/u          Transfer To           Clnt/Mtr   Carry Forward
NADLER, ELLEN R.                            1.50          945.00
BENTLEY, PHILIP                             1.30          734.50
BECKER, GARY M.                             5.20        2,574.00
MANGUAL, KATHLEEN                           0.80          156.00
       Total:                               8.80        4,409.50

       B I L L E D   C O S T S    S U M M A R Y
Code  Description                           Amount         Bill          W/o / W/u          Transfer To           Clnt/Mtr   Carry Forward
0820  PHOTOCOPYING                           53.40

       Costs Total :                         53.40
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    12
Run Date & Time: 01/28/2005 14:15:28                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                     Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   1897556
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FINANCING                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------

UNBILLED TIME FROM:                                TO:
UNBILLED DISB FROM:   12/23/2004                   TO:   12/23/2004

                              FEES                          COSTS

GROSS BILLABLE AMOUNT:            0.00                           44.63
AMOUNT WRITTEN DOWN:
          PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
          THRU DATE:                                     12/23/2004
CLOSE MATTER/FINAL BILLING?      YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                      ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------------------

            FEES:           0.00                    UNIDENTIFIED RECEIPTS:     0.00
   DISBURSEMENTS:          44.63                      PAID FEE RETAINER:       0.00
   FEE RETAINER:            0.00                     PAID DISB RETAINER:       0.00
   DISB RETAINER:           0.00                    TOTAL AVAILABLE FUNDS:     0.00
TOTAL OUTSTANDING:         44.63                         TRUST BALANCE:
                                                 BILLING HISTORY
-------------------------------------------------------------------------------------------------------------------------------
DATE OF LAST BILL:            01/26/05              LAST PAYMENT DATE:        12/26/03
LAST BILL NUMBER:             403953              ACTUAL FEES BILLED TO DATE:   179.00
                                                ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                    PAID DISB RETAINER:         0.00
                                                  TOTAL FEES BILLED TO DATE:    179.00
LAST BILL THRU DATE:                              FEES WRITTEN OFF TO DATE:    592.00

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding        (10) Client Arrangement


BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   13
Run Date & Time: 01/28/2005 14:15:28                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1897556
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FINANCING                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status     : ACTIVE

          B I L L E D   C O S T S   S U M M A R Y  ------------- Total Billed -------------
Code                                        Oldest        Latest        Total
Description                                 Entry         Entry         Amount
-------------------------------             ------        ------        --------
0973  STORAGE/RETRIEVAL                     12/23/04      12/23/04       44.63

              Total                                                      44.63

              Grand Total                                                44.63
                                                                       ========

     B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:28)
                              ------- Billed --------          Applied         ---- Collections ----    Balance
Bill Date    Thru Date  Bill#      Fee & OA    Disbursement    From OA         Total         Date         Due
----------   ---------- -----      --------    ------------    --------        -----         ----       -------
YEAR 2002                              .00           31.64                     31.64
YEAR 2003                           179.00             .00                    179.00
01/26/05     12/31/04   403953          .00           44.63                       .00                     44.63
                                   -------        -------                    -------                    -------
        Total:                      179.00           76.27                    210.64                      44.63
```

```
alp_132r: Billed Charges Analysis                                                                    PAGE  14
Run Date & Time: 01/28/2005 14:15:28
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   14
Run Date & Time: 01/28/2005 14:15:28

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                                     Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1897556
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

    B I L L E D   C O S T S   D E T A I L
Description/Code                    Employee              Date         Amount        Index#   Batch No    Batch Date
-----------------                   --------              ----         ------        ------   --------    ----------
STORAGE/RETRIEVAL
         0973
  RECALL TOTAL INFORMATION          JOSEPH, J H        12/23/04         44.63        6820121   138963     12/23/04
  STORAGE/RETRIEVAL - VENDOR-RECALL TOTAL
  INFORMATION MGMNT

                                                   0973 STORAGE/RETRIEVAL Total :    44.63


                                  Costs Total :                                      44.63
```

```
alp_132r: Billed Charges Analysis                                                                                PAGE  15
Run Date & Time: 01/28/2005 14:15:28

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00003                       Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    1897556
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : FINANCING                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

       B I L L E D   C O S T S   S U M M A R Y
Code Description                   Amount         Bill        W/o / W/u     Transfer To    Clnt/Mtr    Carry Forward
---------------------------------------------------------------------------------------------------------------------
0973 STORAGE/RETRIEVAL              44.63

                 Costs Total :      44.63
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:28
                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    16
                                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

Special Billing Instructions:

                                                  PRE-BILLING SUMMARY REPORT

          UNBILLED TIME FROM:    12/01/2004                 TO:   12/23/2004
          UNBILLED DISB FROM:    11/10/2004                 TO:   12/31/2004

                                        FEES                       COSTS

GROSS BILLABLE AMOUNT:                 27,995.00                  343.90
AMOUNT WRITTEN DOWN:
               PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:                 12/23/2004                12/31/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:

           BENTLEY PHILIP - 02495                 WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                            ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                   FEES:              30,822.50         UNIDENTIFIED RECEIPTS:       0.00
           DISBURSEMENTS:                 343.90         PAID FEE RETAINER:          0.00
           FEE RETAINER:                    0.00         PAID DISB RETAINER:         0.00
          DISB RETAINER:                    0.00         TOTAL AVAILABLE FUNDS:      0.00
       TOTAL OUTSTANDING:              31,166.40         TRUST BALANCE:
                                                         BILLING HISTORY

       DATE OF LAST BILL:              01/26/05             LAST PAYMENT DATE:        01/26/05
       LAST BILL NUMBER:               403953 ACTUAL FEES BILLED TO DATE:          105,685.00
                                              ON ACCOUNT FEES BILLED TO DATE:           0.00
                                              PAID DISB RETAINER:                       0.00
       LAST BILL THRU DATE:            12/31/04            TOTAL FEES BILLED TO DATE: 105,685.00
                                                           FEES WRITTEN OFF TO DATE:     444.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time        (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development        (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate            (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE   17
Run Date & Time: 01/28/2005 14:15:28                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                  Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:     1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : BANKR. MOTIONS                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

  B I L L E D   T I M E   S U M M A R Y   ------------------------------------- Total Billed -----------------------
Emp Id Employee Name                    Group             Oldest      Latest       Hours              Amount
                                                          Entry       Entry
00720  NADLER, ELLEN R.                  LITI            12/02/04    12/02/04        0.50              315.00
05292  BECKER, GARY M.                   CRED            12/01/04    12/22/04       13.40            6,633.00
05338  NOVOD, GORDON                     CRED            12/01/04    12/21/04       52.20           20,358.00
06228  KOEVARY, JONATHAN T               CRED            12/01/04    12/01/04        0.50              125.00
06230  SEGAL, AMANDA J                   CRED            12/23/04    12/23/04        2.10              525.00
                                                                                  -------         ---------
                                                                        Total      68.90           27,995.00

                                        PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                 CRED            12/01/04    12/01/04        0.20               39.00
                                                                                  -------         ---------
                                                                        Total:      0.20               39.00

Sub-Total Hours :    0.50 Partners     13.40 Counsels   54.80 Associates    0.20 Legal Assts    0.00 Others

   B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ---------------
Code Description                                  Oldest      Latest       Total
                                                  Entry       Entry        Amount
0820  PHOTOCOPYING                                12/09/04    12/27/04      39.60
0842  DOCUMENT PREP.                              11/10/04    11/10/04      40.00
0917  WESTLAW ON -LINE RESEARCH                   12/01/04    12/20/04     156.65
0921  LEXIS / NEXIS ON -LINE RESEAR               12/13/04    12/13/04      19.56
0940  CAB FARES                                   12/17/04    12/28/04      35.00
0943  IN-HOUSE/MEALS                              12/08/04    12/31/04      53.09
                                                                          -------
                                                                  Total   343.90

                                                             Grand Total              28,338.90
                                                                                 ===========

   B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:28)
                                                                      ------- Applied ---------- Collections ----
Bill Date Thru Date Bill#           Fee & OA    Disbursement    From OA          Total      Date                    Balance
                                     Billed                                                                           Due
      YEAR 2002                        1,450.00         198.00         .00       1,648.00
      YEAR 2003                       16,218.50            .00         .00      16,218.50
01/29/04 12/31/03    382765            3,544.50           1.80         .00       3,546.30  02/27/04
02/25/04 01/31/04    384579              261.50            .00         .00         261.50  04/13/04
04/30/04 02/29/04    388529            2,233.00           4.50         .00       2,237.50  06/29/04
05/27/04 04/30/04    390208            1,039.50           4.05         .00       1,043.55  08/03/04
06/29/04 05/31/04    391727            2,827.50            .00         .00                                           2,827.50
07/31/04 06/30/04    392045            1,667.50            .00         .00       1,667.50  10/18/04
08/23/04 06/30/04    394084            1,138.50            .00         .00       1,138.50  11/16/04
11/22/04 10/31/04    400444            9,807.00           4.87         .00       9,811.87  01/03/05
12/23/04 11/30/04    401557           35,374.00         883.42         .00      36,257.42  01/26/05
01/25/05 09/30/04    396938            2,128.50            .00         .00       2,128.50  01/25/05
01/26/05 12/31/04    403953           27,995.00         343.90         .00             .00
                                                                                                                  -----------
                                                                                                                   28,338.90
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   18
Run Date & Time: 01/28/2005 14:15:28

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                         Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:   1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status        : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:28)
                           -------- Billed --------          ---- Collections ----
Bill Date Thru Date Bill#    Fee & OA   Disbursement     From OA   Total     Date           Balance Due
------------------------- ------------- ------------   ---------- ----------------        -----------

                 Total:      105,685.00     1,440.54               75,959.14                31,166.40
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    19
Run Date & Time: 01/28/2005 14:15:28                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

     B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                                              Hours      Amount     Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| KOEVARY, JONATHAN T | 12/01/04 | Edit memo re: trading restrictions. | 0.50 | 125.00 | 5432711 | 12/04/04 |
| NOVOD, GORDON | 12/01/04 | Disc. w/ Gary B. (0.2). Draft memo re equity trading restrictions in other bankruptcy cases. (4.4). Disc. w/ Jon K. re same. (0.3). | 4.90 | 1,911.00 | 5437230 | 12/09/04 |
| BECKER, GARY M. | 12/01/04 | Review debtors motion to transfer CMO and Sealed Air motions to bankruptcy court and conf. Bentley re same. | 1.00 | 495.00 | 5439756 | 12/10/04 |
| MANGUAL, KATHLEEN | 12/01/04 | contact court re: ordering of UAL transcript per G. Novod (.20) | 0.20 | 39.00 | 5474384 | 01/03/05 |
| NADLER, ELLEN R. | 12/02/04 | Review Grace motion to send Sealed Air and old CMO motion back to Judge Fitzgerald (.50) | 0.50 | 315.00 | 5431571 | 12/03/04 |
| NOVOD, GORDON | 12/02/04 | Prep for call (0.3). Calls. (1.3). Emails re same. (0.1). Review of pleadings in other chapter 11 cases re equity trading motions. (0.3). Email to T. Mayer re same. (0.5). Review of pleadings re same. (0.9). Revisions to memo for T. Mayer. (1.6). | 4.70 | 1,833.00 | 5437228 | 12/09/04 |
| NOVOD, GORDON | 12/03/04 | Draft pleading re equity trading restrictions. (3.2). | 3.20 | 1,248.00 | 5437229 | 12/09/04 |
| NOVOD, GORDON | 12/06/04 | Review of info re trading restrictions in other cases. (4.0). | 4.00 | 1,560.00 | 5437226 | 12/09/04 |
| NOVOD, GORDON | 12/07/04 | REview of recently filed pleadings. (1.2). Revision to draft pleading re trading restrictions. (6.5). | 7.70 | 3,003.00 | 5437227 | 12/09/04 |
| BECKER, GARY M. | 12/07/04 | Review new pleadings and orders and conf. with Koevary re potential response date. | 0.40 | 198.00 | 5439758 | 12/10/04 |
| BECKER, GARY M. | 12/08/04 | Conf. with Bentley and Herzog re claims trading restriction motion issues (0.8); conf. Novod re response to exclusivity motion and review draft (1.0). | 1.80 | 891.00 | 5439757 | 12/10/04 |
| NOVOD, GORDON | 12/08/04 | Disc w/ Gary B. re drafting pleading re exclusivity. (0.1). Call to K. Mangual re same. (0.1). Draft response to exclusivity. (5.5). Email to G. Becker. (0.1). Meeting with Gary B., Phil B., Barry H., Blake H. (1.0). Meeting with Gary B., Phil B. (0.3). | 7.20 | 2,808.00 | 5447415 | 12/16/04 |
| BECKER, GARY M. | 12/10/04 | Prepare present value studies for equity (1.0). Meeting with Gary B., Phil B. (0.3). | 3.00 | 1,485.00 | 5452325 | 12/20/04 |
| NOVOD, GORDON | 12/13/04 | Revisions to proposed pleading regarding equity trading restrictions. (3.0). | 6.70 | 2,613.00 | 5447417 | 12/16/04 |
| NOVOD, GORDON | 12/13/04 | Revisions to proposed pleading regarding equity trading restrictions. (3.4). Research re same. (3.3). | | | | |
| BECKER, GARY M. | 12/13/04 | Conf. B. Herzog re tax calculations for motion to limit equity trading. | 0.60 | 297.00 | 5452324 | 12/20/04 |

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE    20
Run Date & Time: 01/28/2005 14:15:28

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                    Orig Prtnr  : CRED. RGTS    - 06975          Proforma Number:   1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

B I L L E D    T I M E    D E T A I L

Employee Name          Work Date   Description                                                     Hours    Amount     Index#    Batch Date

BECKER, GARY M.        12/14/04    Extensive revision of response to Grace                          1.70    841.50    5448780   12/16/04
                                   exclusivity motion (1.5); conf. Novod re motion
                                   (0.2)
NOVOD, GORDON          12/14/04    Disc. w/ Gary B. (0.1). Email to Gary B.                         3.50  1,365.00    5449586   12/17/04
                                   (0.2). Revisions to objection. (1.3). Legal
                                   research. (1.9).
BECKER, GARY M.        12/15/04    Prepare for and meeting with Herzog and Bentley                  1.50    742.50    5448781   12/16/04
                                   re stock trading restrictions and tax issues
                                   associated therewith (1.5)
NOVOD, GORDON          12/15/04    Review of pleadings filed. (0.7). Revisions to                   3.10  1,209.00    5449587   12/17/04
                                   pleading re equity trading restrictions. (1.7).
                                   Additional legal research re trading
                                   restrictions and constitutional issues. (0.7).
NOVOD, GORDON          12/16/04    Revisions to pleading re equity trading                          3.60  1,404.00    5454456   12/21/04
                                   restrictions. (1.6). Call re tax issues.
                                   (1.2). Call w/ Ted W. re tax issues. (0.4).
                                   Review of tax memo. (0.2). Email to Gary B.
                                   (0.2).
BECKER, GARY M.        12/16/04    Internal conf. re equity trading restriction                     2.50  1,237.50    5458023   12/23/04
                                   motion (1.0); prepare new spreadsheets re NOL
                                   issues (1.0); conf. call Weschler re same
                                   (0.5).
NOVOD, GORDON          12/17/04    Review of pleading re exclusivity and revisions                  1.10    429.00    5454455   12/21/04
                                   re same. (1.0). Email to Phil B., G. Becker re
                                   same. (0.1).
BECKER, GARY M.        12/17/04    Review agenda and prepare documents for omnibus                  0.60    297.00    5457376   12/22/04
                                   hearing and Lexecon retention argument
NOVOD, GORDON          12/21/04    Disc. w/ Gary B. re case. (0.1). Review of                       2.50    975.00    5459083   12/23/04
                                   emails. (0.3). Review of pleadings. (1.4).
                                   File organization. (0.7).
BECKER, GARY M.        12/22/04    Conf. w/ T. Maynes re resolution of equity                       0.30    148.50    5458022   12/23/04
                                   trading motion (0.3)
SEGAL, AMANDA J        12/23/04    Gathered and reviewed objections to disclosure                   2.10    525.00    5468729   01/03/05
                                   statement

                                                                                  Fee Total                68.90  27,995.00

                                                                                  Fee Total                68.90  27,995.00

B I L L E D    C O S T S    D E T A I L

Description/Code                                  Employee                       Date              Amount   Index#  Batch No  Batch Date
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   21
Run Date & Time: 01/28/2005 14:15:28                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                     Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status    : ACTIVE

                        B I L L E D   C O S T S   D E T A I L

Description/Code                     Employee                    Date           Amount      Index#   Batch No   Batch Date
-----------------                    --------                    ----           ------      ------   --------   ----------
PHOTOCOPYING               0820
    PHOTOCOPYING                     NOVOD, G N                  12/09/04         0.30     6801779   138380     12/10/04
    PHOTOCOPYING                     NOVOD, G N                  12/14/04         6.00     6808650   138626     12/15/04
    PHOTOCOPYING                     SEGAL, A J                  12/23/04        27.60     6822279   139008     12/27/04
    PHOTOCOPYING                     SEGAL, A J                  12/27/04         5.70     6823867   139031     12/28/04
                                                     0820 PHOTOCOPYING Total :   39.60

DOCUMENT PREP.             0842
    DOCUMENT PREP.                   TEMPORARY, P                11/10/04        40.00     6837102   139492     01/05/05
    11/10/2004
                                                    0842 DOCUMENT PREP. Total :  40.00

WESTLAW ON - LINE RE       0917
    WESTLAW ON - LINE RE             NOVOD, G N                  12/13/04       117.49     6834111   139352     01/03/05
    WESTLAW ON - LINE RE             NOVOD, G N                  12/20/04        39.16     6834112   139352     01/03/05
                                             0917 WESTLAW ON - LINE RE Total :  156.65

LEXIS / NEXIS ON -L        0921
    LEXIS / NEXIS ON -L RESEARCH     NOVOD, G N                  12/13/04        19.56     6836117   139421     01/04/05
                                              0921 LEXIS / NEXIS ON -L Total :   19.56

CAB FARES                  0940
    MARIANNE FERGUSON, CASHI         NOVOD, G N                  12/17/04        24.00     6815625   138775     12/20/04
    CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
    11/30,12/6,11/16,12/14
    MARIANNE FERGUSON, CASHI         SEGAL, A J                  12/28/04        11.00     6830319   139227     12/30/04
    CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
                                                         0940 CAB FARES Total :  35.00

IN-HOUSE/MEALS             0943
    IN-HOUSE/MEALS                   NOVOD, G N                  12/08/04        13.09     6801235   138373     12/09/04
    IN-HOUSE/MEALS                   NOVOD, G N                  12/22/04        20.00     6818868   138923     12/22/04
    IN-HOUSE/MEALS                   SEGAL, A J                  12/31/04        20.00     6832374   139916     01/03/05
                                                    0943 IN-HOUSE/MEALS Total :  53.09

                                                               Costs Total :    343.90
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE   22
Run Date & Time: 01/28/2005 14:15:28

                                            KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                             Orig Prtnr : CRED. RGTS    - 06975          Proforma Number:      1897557
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name                      Hours       Amount        Bill     W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward

NADLER, ELLEN R.                    0.50       315.00
BECKER, GARY M.                    13.40     6,633.00
NOVOD, GORDON                      52.20    20,358.00
KOEVARY, JONATHAN T                 0.50       125.00
SEGAL, AMANDA J                     2.10       525.00
MANGUAL, KATHLEEN                   0.20        39.00
              Total:               68.90    27,995.00

   B I L L E D   C O S T S   S U M M A R Y
Code Description                              Amount

0820 PHOTOCOPYING                              39.60
0842 DOCUMENT PREP.                            40.00
0917 WESTLAW ON - LINE RESEARC                156.65
0921 LEXIS / NEXIS ON -LINE R                  19.56
0940 CAB FARES                                 35.00
0943 IN-HOUSE/MEALS                            53.09

              Costs Total :                   343.90
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    23
Run Date & Time: 01/28/2005 14:15:28                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                               Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1897558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

Special Billing Instructions:


                                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:    12/01/2004            TO:  12/30/2004
           UNBILLED DISB FROM:    12/15/2004            TO:  12/15/2004

                                          FEES                              COSTS
                                          ----                              -----

      GROSS BILLABLE AMOUNT:             22,236.50                            194.09
      AMOUNT WRITTEN DOWN:
                    PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                  THRU DATE:                  12/30/2004                   12/15/2004
 CLOSE MATTER/FINAL BILLING?     YES   OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:




                                         ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                        FEES:          22,236.50        UNIDENTIFIED RECEIPTS:           0.00
               DISBURSEMENTS:             194.09        PAID FEE RETAINER:                0.00
               FEE RETAINER:                0.00        PAID DISB RETAINER:               0.00
               DISB RETAINER:               0.00        TOTAL AVAILABLE FUNDS:            0.00
           TOTAL OUTSTANDING:          22,430.59        TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
             DATE OF LAST BILL:       01/26/05                 LAST PAYMENT DATE:           01/26/05
             LAST BILL NUMBER:        403953    ACTUAL FEES BILLED TO DATE:            79,220.00
                                                ON ACCOUNT FEES BILLED TO DATE:             0.00
                                                TOTAL FEES BILLED TO DATE:            79,220.00
            LAST BILL THRU DATE:      12/31/04  FEES WRITTEN OFF TO DATE:                   0.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee     (4) Excessive Legal Time      (7) Fixed Fee
  (2) Late Time & Costs Posted (5) Business Development    (8) Premium
  (3) Pre-arranged Discount  (6) Summer Associate          (9) Rounding    (10) Client Arrangement

BILL NUMBER: _____     DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                            PAGE   24
Run Date & Time: 01/28/2005 14:15:28

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                        *PRIVILEGED AND CONFIDENTIAL*

Matter No: 057772-00007                                                      Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:  1897558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                           Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y            ------------ Total Billed ----------------
Emp Id Employee Name              Group              Oldest       Latest        Hours          Amount
------ ------------------------   -----              --------     --------      --------       ------------
00720  NADLER, ELLEN R.           LITI               12/17/04     12/30/04        3.10          1,953.00
02495  BENTLEY, PHILIP            CRED               12/22/04     12/22/04        0.50            282.50
03976  MAYER, THOMAS MOERS        CRED               12/23/04     12/30/04        2.00          1,380.00
05292  BECKER, GARY M.            CRED               12/06/04     12/22/04        4.00          1,980.00
05327  RIGEL, BLAKE               TAX                12/01/04     12/16/04       27.50         11,687.50
05338  NOVOD, GORDON              CRED               12/09/04     12/09/04        2.00            780.00
06230  SEGAL, AMANDA J            CRED               12/27/04     12/30/04       14.90          3,725.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN          CRED               12/22/04     12/22/04        2.30            448.50

                         Total:                                                  56.30         22,236.50

Sub-Total Hours :   5.60 Partners     4.00 Counsels    44.40 Associates    2.30 Legal Assts    0.00 Others

    B I L L E D   C O S T S   S U M M A R Y         ------------ Total Billed ----------------
Code Description                                     Oldest       Latest        Total
                                                     Entry        Entry         Amount
------ ------------------------------               --------      --------      ------------
0921   LEXIS / NEXIS ON-LINE RESEAR                 12/15/04      12/15/04       194.09

                         Total                                                   194.09

                         Grand Total                                          22,430.59
                                                                           =============

B I L L I N G  &  P A Y M E N T   H I S T O R Y   (Reflects Payments As of 01/28/05 14:15:28)
                                      -------- Billed --------   ---- Applied ----   ---- Collections ----     Balance
Bill Date Thru Date Bill#             Fee & OA   Disbursement         From OA          Total      Date           Due
--------- --------- -----             ---------  ------------    ----------------   ---------- ----------     ----------
YEAR 2003                               157.50          .00                             157.50
11/22/04  10/31/04  400444           30,310.00          .89                          30,310.89  01/03/05
12/23/04  11/30/04  401557           26,346.50       345.98                          26,692.48  01/26/05
01/25/05  09/30/04  396938              169.50          .00                             169.50  01/25/05
01/26/05  12/31/04  403953           22,236.50       194.09                                .00                22,430.59
                                     ---------    ---------                          ---------                ---------
            Total:                   79,220.00       540.96                          57,330.37                22,430.59
```