```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   25
Run Date & Time: 01/28/2005 14:15:28                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                  Orig Prtnr : CRED. RGTS   - 06975                  Proforma Number:  1897558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495                Bill Frequency: M
Matter Name : REORGANIZATION PLAN                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status       : ACTIVE
```

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---:|---:|---|---|
| RIGEL, BLAKE | 12/01/04 | Office conferences with BH. Office conference with PB, GB and BH. Telephone conference with Goldman Sachs. | 3.90 | 1,657.50 | 5451419 | 12/19/04 |
| RIGEL, BLAKE | 12/03/04 | Preparation of memorandum. Review of settlement agreement. | 4.50 | 1,912.50 | 5451420 | 12/19/04 |
| BECKER, GARY M. | 12/06/04 | Review recent CB decision for impact on Grace plan. | 1.00 | 495.00 | 5439760 | 12/10/04 |
| RIGEL, BLAKE | 12/06/04 | Preparation of memorandum. Review of disclosure statement and settlement agreement. | 4.50 | 1,912.50 | 5455997 | 12/22/04 |
| RIGEL, BLAKE | 12/07/04 | Preparation of memorandum. Research regarding 382. Telephone conference with BH, & Todd Maynes. | 2.60 | 1,105.00 | 5455998 | 12/22/04 |
| BECKER, GARY M. | 12/08/04 | Conf. Bentley and Horowitz re Bamberger retention issues, estimation procedures and other plan issues (0.5). | 0.50 | 247.50 | 5439759 | 12/10/04 |
| RIGEL, BLAKE | 12/08/04 | Telephone call with Todd Maynes, Grace Tax Director. Office conference with GB, PB & BH. | 2.30 | 977.50 | 5455996 | 12/22/04 |
| NOVOD, GORDON | 12/09/04 | Review of disclosure statement regarding case background. (2.0). | 2.00 | 780.00 | 5447414 | 12/16/04 |
| BECKER, GARY M. | 12/10/04 | Conf. J. Baer re plan negotiations and conf. Bentley re same (0.6). | 0.60 | 297.00 | 5452326 | 12/20/04 |
| RIGEL, BLAKE | 12/13/04 | Review of memorandum. | 0.70 | 297.50 | 5461624 | 12/27/04 |
| RIGEL, BLAKE | 12/14/04 | Review of memorandum. Office conference with BH. Research regarding 382. | 2.70 | 1,147.50 | 5461622 | 12/27/04 |
| BECKER, GARY M. | 12/15/04 | Conf. Baer re various procedural issues associated with confirmation | 0.30 | 148.50 | 5448782 | 12/16/04 |
| BECKER, GARY M. | 12/15/04 | Conf. J. Baer re plan environmental claim meeting and exchange emails re same (0.3); conf. and emails with Bentley and Horowitz re same. (0.3) | 0.60 | 297.00 | 5448783 | 12/16/04 |
| RIGEL, BLAKE | 12/15/04 | Research regarding value of stock - 382. Office conferences with BH, BP & GB. | 3.80 | 1,615.00 | 5461623 | 12/27/04 |
| BECKER, GARY M. | 12/16/04 | Conf. Bentley re plan issues. | 0.30 | 148.50 | 5458024 | 12/23/04 |
| RIGEL, BLAKE | 12/16/04 | Office conferences with BH. Review of 10K. | 2.50 | 1,062.50 | 5461621 | 12/27/04 |
| NADLER, ELLEN R. | 12/17/04 | Review of emails re status on Plan and Estimation (.3) | 0.30 | 189.00 | 5453066 | 12/20/04 |
| BECKER, GARY M. | 12/17/04 | Email from Weschler re plan issues and conf. Bentley re same | 0.40 | 198.00 | 5457377 | 12/22/04 |
| BENTLEY, PHILIP | 12/22/04 | Discs GB and K. Pasquale re Plan issues | 0.50 | 282.50 | 5457797 | 12/23/04 |
| BECKER, GARY M. | 12/22/04 | Conf. J. Baer re plan confimation issues (0.3) | 0.30 | 148.50 | 5458025 | 12/23/04 |

```
alp_132r: Billed Charges Analysis                                                                                                       PAGE    26

Run Date & Time: 01/28/2005 14:15:28                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                                                                          Proforma Number:  1897558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Orig Prtnr  : CRED. RGTS    - 06975                            Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                 Bill Prtnr  : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                        Supv Prtnr  : MAYER THOMAS MOERS - 03976                                Status : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                    Hours        Amount      Index#   Batch Date
---------------------  ----------  ----------------------------------------------------------   --------    ----------   --------  ----------

MANGUAL, KATHLEEN      12/22/04    attend to retreival of various objections and                    2.30        448.50    5474382   01/03/05
                                   responses to DS and estimation motions; pdf various
                                   to internal distrib to team; pdf various (2.3)
MAYER, THOMAS MOERS    12/23/04    Review papers relating to Debtors' plan.                         1.00        690.00    5472008   01/03/05
SEGAL, AMANDA J        12/27/04    Reviewed objections to disclosure statement                      1.80        450.00    5468730   01/03/05
SEGAL, AMANDA J        12/28/04    Reviewed and summarized objections to the                        5.90      1,475.00    5468731   01/03/05
                                   disclosure statement
NADLER, ELLEN R.       12/29/04    Review Becker memo on environmental liabilities                  0.30        189.00    5486343   01/24/05
                                   meeting (.30)
SEGAL, AMANDA J        12/30/04    Reviewed and summarized objections to the                        7.20      1,800.00    5468728   01/03/05
                                   disclosure statement
NADLER, ELLEN R.       12/30/04    Begin review of objectors' objections to and                     2.50      1,575.00    5471816   01/03/05
                                   motions on Grace's proposed estimation, CMO and
                                   Disclosure Statement (2.50)
MAYER, THOMAS MOERS    12/30/04    Commence review of objections filed against                      1.00        690.00    5472007   01/03/05
                                   Debtors' disclosure statement.

                                                                                 Fee Total        56.30     22,236.50


B I L L E D   C O S T S   D E T A I L
Description/Code                 Employee                  Date              Amount    Index#    Batch No  Batch Date
----------------                 --------                  ----              ------    ------    --------  ----------

LEXIS / NEXIS ON -L     0921
   LEXIS / NEXIS ON -L           RIGEL, B R                12/15/04          194.09   6836118    139421    01/04/05
   LEXIS / NEXIS ON -LINE RESEARCH
                                                                   0921 LEXIS / NEXIS ON -L Total :     194.09

                                                                                 Costs Total :          194.09
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    27
Run Date & Time: 01/28/2005 14:15:29                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                      Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:  1897558
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y
                                                    ------ Total Billed ------
Employee Name                                        Hours          Amount          Bill        W/o / W/u      Transfer To     Clnt/Mtr    Carry Forward
--------------------------------                    --------       ---------       ------       ----------     -----------     --------    -------------
NADLER, ELLEN R.                                       3.10         1,953.00
BENTLEY, PHILIP                                        0.50           282.50
MAYER, THOMAS MOERS                                    2.00         1,380.00
BECKER, GARY M.                                        4.00         1,980.00
RIGEL, BLAKE                                          27.50        11,687.50
NOVOD, GORDON                                          2.00           780.00
SEGAL, AMANDA J                                       14.90         3,725.00
MANGUAL, KATHLEEN                                      2.30           448.50
                                                    --------       ---------
                                          Total:      56.30        22,236.50


    B I L L E D   C O S T S   S U M M A R Y

Code   Description                                                 Amount           Bill        W/o / W/u      Transfer To     Clnt/Mtr    Carry Forward
-----  ------------------------------                             --------          ------      ----------     -----------     --------    -------------
0921   LEXIS / NEXIS ON -LINE R                                    194.09
                                                                  --------
                                         Costs Total :             194.09
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                         PAGE    28
Run Date & Time: 01/28/2005 14:15:29                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                               Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1897559
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM: 12/08/2004          TO: 12/22/2004
             UNBILLED DISB FROM:                     TO:

                                               FEES                   COSTS

    GROSS BILLABLE AMOUNT:                   1,002.00                  0.00
    AMOUNT WRITTEN DOWN:
                PREMIUM:
    ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
          AMOUNT BILLED:
             THRU DATE:                     12/22/2004
    CLOSE MATTER/FINAL BILLING?    YES OR NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                               BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


                               ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

         FEES:                          1,002.00          UNIDENTIFIED RECEIPTS:    0.00
         DISBURSEMENTS:                     0.00          PAID FEE RETAINER:        0.00
         FEE RETAINER:                      0.00          PAID DISB RETAINER:       0.00
         DISB RETAINER:                     0.00          TOTAL AVAILABLE FUNDS:    0.00
         TOTAL OUTSTANDING:             1,002.00          TRUST BALANCE:
                                                          BILLING HISTORY

    DATE OF LAST BILL:             01/26/05            LAST PAYMENT DATE:            01/26/05
    LAST BILL NUMBER:               403953            ACTUAL FEES BILLED TO DATE:   66,796.00
                                                      ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                      PAID DISB RETAINER:                0.00
                                                      TOTAL FEES BILLED TO DATE:    66,796.00
    LAST BILL THRU DATE:           12/31/04            FEES WRITTEN OFF TO DATE:      222.00

                                  Write Down/Up Reason Codes:

FOR ACCTG USE ONLY:               (4) Exceeded Fixed Fee        (7) Fixed Fee
  (1) Exceeded Fixed Fee           (5) Late Time & Costs Posted  (8) Premium
  (2) Late Time & Costs Posted     (6) Business Development      (9) Rounding
  (3) Pre-arranged Discount        (6) Summer Associate         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____ Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                              PAGE    29
Run Date & Time: 01/28/2005 14:15:29

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1897559
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status     : ACTIVE

          B I L L E D   T I M E   S U M M A R Y ---------------------- Total Billed ------------------------
Emp Id Employee Name                       Group           Oldest        Latest         Hours              Amount
------ -------------                       -----           ------        ------         -----              ------
05292  BECKER, GARY M.                     CRED          12/08/04      12/22/04          1.00              495.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                   CRED          12/09/04      12/22/04          2.60              507.00
                                                                                         ----            ---------
                      Total:                                                             3.60            1,002.00

Sub-Total Hours  :    0.00 Partners      1.00 Counsels      0.00 Associates      2.60 Legal Assts    0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/28/05 14:15:29)
                           ------- Billed --------            --------- Applied --------- Collections ----
Bill Date Thru Date Bill#  Fee & OA    Disbursement   Fee & OA Total        From OA     Total      Date     Balance
---------- -------- -----  -------     ------------   ----------------     -------      -----      ----     -------
                                                                                                              Due
PRIOR TO 2001
 YEAR 2002                 10,165.00         191.48                         10,356.48
 YEAR 2003                 33,105.00         183.14                         33,288.14
01/29/04  12/31/03  382765 10,325.00          53.60                         10,378.60
02/25/04  01/31/04  384579  2,080.00            .00                          2,080.00   07/02/04
04/30/04  02/29/04  388529  1,758.00            .00                          1,758.00   10/18/04
05/27/04  04/30/04  390208    951.00            .00                            951.00   10/18/04
07/31/04  05/31/04  392045     78.00            .00                             78.00   08/03/04
08/23/04  06/30/04  394084    939.00            .00                            939.00   10/18/04
11/22/04  10/31/04  400444  1,170.00            .00                          1,170.00   11/16/04
12/23/04  11/30/04  401557  1,602.00            .00                          1,611.56   01/03/05
01/25/05  09/30/04  396938  1,150.50            .00                          1,150.50   01/26/05
01/26/05  12/31/04  403953  2,470.50            .00                          2,470.50   01/25/05
                                                                                  .00              1,002.00
                           ---------     ---------                         ----------              ---------
           Total:          66,796.00        437.78                         66,231.78               1,002.00
```

```
alp_132r: Billed Charges Analysis                                                                              PAGE   30
Run Date & Time: 01/28/2005 14:15:29

                                         KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                       Orig Prtnr : CRED. RGTS      - 06975           Proforma Number:  1897559
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                          Hours     Amount      Index#     Batch Date
---------------------  ----------  -----------------------------------------------      -----    --------    --------    ----------

BECKER, GARY M.        12/08/04    Review and revise November invoice.                   0.50     247.50     5439761     12/10/04
MANGUAL, KATHLEEN      12/09/04    review ledger; coordinate w/ acctg re: payments       0.60     117.00     5474389     01/03/05
                                   made; disc/w GB (.60)
BECKER, GARY M.        12/22/04    Review and execute fee application and conf.          0.50     247.50     5458026     12/23/04
                                   Mangual re filing same (0.5)
MANGUAL, KATHLEEN      12/22/04    draft Nov. Monthly Fee App; revision per GB           2.00     390.00     5474390     01/03/05
                                   comments; review payment ledger and docket
                                   (1.6); draft cover ltr to local counsel and
                                   email (.40)

                                                                       Fee Total         3.60    1,002.00

                                                   Fee Total                             3.60    1,002.00
```

```
alp_132r: Billed Charges Analysis                                                                                        PAGE   31
Run Date & Time: 01/28/2005 14:15:29

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00008                                     Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1897559
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

    B I L L E D   T I M E   S U M M A R Y               ----------- Bill        W/o / W/u        Transfer To  Clnt/Mtr     Carry Forward
Employee Name                    Hours         Amount
---------------------------------------------------------------
BECKER, GARY M.                   1.00         495.00
MANGUAL, KATHLEEN                 2.60         507.00
             Total:               3.60       1,002.00
```

```
alp_132r: Billed Charges Analysis                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   32
Run Date & Time: 01/28/2005 14:15:29                               *PRIVILEGED AND CONFIDENTIAL*

                                                                  PRE-BILLING SUMMARY REPORT

Matter No : 056772-00009                                       Orig Prtnr : CRED. RGTS      - 06975              Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP  - 02495              Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                       Status       : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------------------------------------------
                                  UNBILLED TIME FROM:            TO:
                                  UNBILLED DISB FROM:            TO:
-----------------------------------------------------------------------------------------------------------------------------------------------

                                                              FEES                   COSTS
                                                              ----                   -----
          GROSS BILLABLE AMOUNT:                              0.00                   0.00
          AMOUNT WRITTEN DOWN:
                     PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:
     CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:         BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                          --------------------------                         --------------
         FEES:                     136.50         UNIDENTIFIED RECEIPTS:          0.00
         DISBURSEMENTS:               0.00         PAID FEE RETAINER:              0.00
         FEE RETAINER:                0.00         PAID DISB RETAINER:             0.00
         DISB RETAINER:               0.00         TOTAL AVAILABLE FUNDS:          0.00
         TOTAL OUTSTANDING:        136.50          TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
         DATE OF LAST BILL:          01/26/05          LAST PAYMENT DATE:          09/13/02
         LAST BILL NUMBER:           391727         ACTUAL FEES BILLED TO DATE:    5,569.00
                                                   ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                   PAID DISB RETAINER:                 0.00
         LAST BILL THRU DATE:        05/31/04      TOTAL FEES BILLED TO DATE:      5,569.00
                                                   FEES WRITTEN OFF TO DATE:         150.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
  (1) Exceeded Fixed Fee        (4) Excessive Legal Time         (7) Fixed Fee
  (2) Late Time & Costs Posted  (5) Business Development         (8) Premium
  (3) Pre-arranged Discount     (6) Summer Associate             (9) Rounding              (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*
                                                                                                              PAGE    33

Matter No: 056772-00009                          Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : EMPLOYMENT APPLICATIONS, APPLICANT Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status   : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:29)
                          ------- Billed -------       ---- Collections ----
Bill Date Thru Date Bill#     Fee & OA  Disbursement   From OA        Total       Date       Balance
                                                       Applied                                 Due
-------------------------- ----------- ------------- ---------- -----------  ----------    ----------
PRIOR TO 2001              5,432.50         120.78               5,553.28
   YEAR 2002                     .00            .00                    .00
06/29/04 05/31/04 391727       136.50            .00                    .00                    136.50

                  Total:   5,569.00          120.78              5,553.28                      136.50
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    34
Run Date & Time: 01/28/2005 14:15:29                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976   Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

                                       FEES                      COSTS
    UNBILLED TIME FROM:  12/01/2004    TO:  12/29/2004
    UNBILLED DISB FROM:  11/16/2004    TO:  12/29/2004

GROSS BILLABLE AMOUNT:                 37,052.50             1,407.17
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                             12/29/2004            12/29/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

    FEES:                                   62,328.40       UNIDENTIFIED RECEIPTS:      0.00
    DISBURSEMENTS:                           1,517.42       PAID FEE RETAINER:          0.00
    FEE RETAINER:                                0.00       PAID DISB RETAINER:         0.00
    DISB RETAINER:                               0.00       TOTAL AVAILABLE FUNDS:      0.00
    TOTAL OUTSTANDING:                      63,845.82       TRUST BALANCE:
                                                            BILLING HISTORY

    DATE OF LAST BILL:             01/26/05                 LAST PAYMENT DATE:           01/26/05
    LAST BILL NUMBER:              403953                   ACTUAL FEES BILLED TO DATE:  316,813.50
                                                            ON ACCOUNT FEES BILLED TO DATE:    0.00
    LAST BILL THRU DATE:           12/31/04                 TOTAL FEES BILLED TO DATE:   316,813.50
                                                            FEES WRITTEN OFF TO DATE:      4,417.50

FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132z: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   35
Run Date & Time: 01/28/2005 14:15:29                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                           Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:  1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                  Status      : ACTIVE

    B I L L E D    T I M E    S U M M A R Y   ------------------------------------ Total Billed -----------------------------------
Emp Id Employee Name                       Group          Oldest      Latest       Hours           Amount
                                                          Entry       Entry

00720  NADLER, ELLEN R.                    LITI          12/02/04    12/13/04        2.60         1,638.00
02495  BENTLEY, PHILIP                     CRED          11/16/04    12/29/04       12.30         6,949.50
07850  HOROWITZ, GREGORY A.                LITI          12/01/04    12/22/04       43.50        22,837.50
05292  BECKER, GARY M.                     CRED          12/03/04    12/23/04       10.30         5,098.50
06228  KOEVARY, JONATHAN T                 CRED          12/07/04    12/07/04        0.40           100.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN                   CRED          12/06/04    12/21/04        2.20           429.00

                         Total:                                                     71.30        37,052.50

Sub-Total Hours :       58.40 Partners        10.30 Counsels          0.40 Associates     2.20 Legal Assts    0.00 Others

   B I L L E D    C O S T S    S U M M A R Y  ------------------------------------ Total Billed -----------------------------------
Code  Description                                        Oldest      Latest                       Total
                                                         Entry       Entry                        Amount

0820  PHOTOCOPYING                                      12/02/04    12/29/04                       120.75
0940  CAB FARES                                         11/16/04    12/29/04                       308.72
0942  MEALS/IN-HOUSE                                    12/16/04    12/16/04                        18.00
0950  OUT-OF-TOWN TRAVEL                                12/01/04    12/23/04                       930.70
0951  MEALS/T & E                                       12/29/04    12/29/04                        29.00

                         Total                                                                   1,407.17

                         Grand Total                                                            38,459.67
                                                                                               ===========

  B I L L I N G  &  P A Y M E N T   H I S T O R Y   (Reflects Payments As of 01/28/05 14:15:29)
                                         ------------ Billed -------------    -- Applied --   --- Collections ---     Balance
Bill Date  Thru Date   Bill#              Fee & OA       Disbursement           From OA         Total       Date        Due

PRIOR TO 2001                             44,026.00         5,710.65                            49,736.65
YEAR 2002                                 78,495.50         6,087.88                            84,583.38
YEAR 2003                                 42,529.00            44.28                            42,573.28
01/29/04  12/31/03   382765                  582.00              .00                               582.00   07/02/04
02/25/04  01/31/04   384579                   56.50                                                 56.50   10/18/04
04/30/04  02/29/04   388529                  247.50            497.50                              745.00   10/18/04
05/27/04  04/30/04   390208                2,282.00             48.51                            2,330.51   08/03/04
06/29/04  05/31/04   391727                2,205.50            110.25                                .00
07/31/04  06/30/04   392045                     .00             18.84                               18.84   10/18/04
08/23/04  06/30/04   394084               11,360.50             22.83                            6,990.43   11/16/04     4,392.90
11/22/04  10/31/04   400444               33,341.50                                             33,341.50   01/03/05
12/23/04  11/30/04   401557               61,107.50            103.48                           42,533.48   01/26/05    18,677.50
01/25/05  09/30/04   396938                3,405.00             25.99                            3,430.99   01/25/05
01/26/05  12/31/04   403953               37,052.50          1,407.17                                .00                 2,315.75

                                                                                                                        38,459.67
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*
                                                                                                      PAGE    36

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS   - 06975      Proforma Number:  1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status       : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/28/05 14:15:29)
                                            -------- Billed --------     ---- Collections ----      Balance
Bill Date  Thru Date  Bill#         Fee & OA  Disbursement    Total      Applied   From OA  Total Date  Due
-------------------------------------------------------------------------------------------------------------

                      Total:       316,691.00     14,077.38              266,922.56                       63,845.82
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE  37
Run Date & Time: 01/28/2005 14:15:29                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                              Hours      Amount    Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 12/01/04 | review WG&M estimation reports (.7); review supplemental reports (.8) | 1.50 | 787.50 | 5438125 | 12/09/04 |
| BENTLEY, PHILIP | 12/01/04 | Review recent pleadings re asbestos issues, and discs.TW and GB | 1.70 | 960.50 | 5441875 | 12/13/04 |
| HOROWITZ, GREGORY A. | 12/02/04 | Committee call (1.4); dw PB (.5); review Weill rebuttal report (.7); long tc Elli Leibenstein, e-mail re same (2.0); | 5.20 | 2,730.00 | 5438127 | 12/09/04 |
| BENTLEY, PHILIP | 12/02/04 | Discs GAH and GB | 1.60 | 904.00 | 5441874 | 12/13/04 |
| NADLER, ELLEN R. | 12/02/04 | Emails from P.B. and G.H. re: discs. re: experts (.30) | 0.30 | 189.00 | 5486342 | 01/24/05 |
| NADLER, ELLEN R. | 12/03/04 | Review and send email to team re: certain expert reports (.50); emails re: object. to retention of Lexecon (.30) | 0.80 | 504.00 | 5433455 | 12/06/04 |
| HOROWITZ, GREGORY A. | 12/03/04 | rr Brickman supplemental report (.6); rr objections to retention application, e-mails re same (.9) | 1.50 | 787.50 | 5438126 | 12/09/04 |
| BECKER, GARY M. | 12/03/04 | Emails from Bentley and Nadler re Lexecon retention. | 0.30 | 148.50 | 5439764 | 12/10/04 |
| BENTLEY, PHILIP | 12/03/04 | Review PI committee's objection to Lexecon retention, and trade emails | 0.30 | 169.50 | 5441876 | 12/13/04 |
| BENTLEY, PHILIP | 12/03/04 | Trade emails | 0.10 | 56.50 | 5441877 | 12/13/04 |
| BENTLEY, PHILIP | 12/06/04 | Trade emails re Lexecon issues | 0.20 | 113.00 | 5441878 | 12/13/04 |
| MANGUAL, KATHLEEN | 12/06/04 | pdf various pleadings; email internally re: estimation motions; joinder re: Lexecon(.60); email UAL transcript to GN (.20) | 0.80 | 156.00 | 5474383 | 01/03/05 |
| NADLER, ELLEN R. | 12/07/04 | Review objections filed to retention of Lexecon (.30). | 0.30 | 189.00 | 5436270 | 12/08/04 |
| KOEVARY, JONATHAN T | 12/07/04 | Review Delaware Local District Court Rules. | 0.40 | 100.00 | 5437537 | 12/10/04 |
| BECKER, GARY M. | 12/07/04 | Email and conf. Bentley re asbestos issues (0.3) direction to Mangual re expert reports (0.1); review Peterson report on asbestos issues (0.5). | 0.90 | 445.50 | 5439762 | 12/10/04 |
| BENTLEY, PHILIP | 12/07/04 | Discs T. Weschler | 0.50 | 282.50 | 5441880 | 12/13/04 |
| BENTLEY, PHILIP | 12/08/04 | Discs GAH, GB, GM, and trade emails, re estimation issues | 0.70 | 395.50 | 5441879 | 12/13/04 |
| HOROWITZ, GREGORY A. | 12/08/04 | tc PB; GB et al | 1.00 | 525.00 | 5470919 | 01/03/05 |
| BECKER, GARY M. | 12/09/04 | Attention to expert reports from OC case and circulate same to KL team. | 0.40 | 198.00 | 5439763 | 12/10/04 |
| BENTLEY, PHILIP | 12/09/04 | Trade emails re asbestos issues | 0.30 | 169.50 | 5441881 | 12/13/04 |
| HOROWITZ, GREGORY A. | 12/09/04 | tt Lynette Neumann; tt Elli Leibenstein | 0.40 | 210.00 | 5465922 | 12/15/04 |

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   38
Run Date & Time: 01/28/2005 14:15:29                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS   - 06975          Proforma Number:   1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

    B I L L E D    T I M E    D E T A I L
Employee Name            Work Date   Description                                                  Hours       Amount       Index#    Batch Date
-----------------------  ---------   ----------------------------------------------------------   -------     ----------   -------   ----------
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| HOROWITZ, GREGORY A. | 12/10/04 | tc Jan Baer (.3); dw PB (.7); arrange Chicago meeting (.5); tc Lynette Neumann, send items to same (1.0); review supplemental OC reports (2.5). | 5.00 | 2,625.00 | 5446924 | 12/15/04 |
| BENTLEY, PHILIP | 12/10/04 | Discs GB, voicemail and GAH re estimation issues | 0.30 | 169.50 | 5457807 | 12/23/04 |
| HOROWITZ, GREGORY A. | 12/13/04 | rr PD estimation materials from R. Fiske (1.3); review PI estimation materials (1.0); tc Lynette Neumann (.5); e-mails to/from Jan Baer, team members (.7) | 3.50 | 1,837.50 | 5446925 | 12/15/04 |
| BENTLEY, PHILIP | 12/13/04 | Discs GAH | 0.10 | 56.50 | 5457808 | 12/23/04 |
| HOROWITZ, GREGORY A. | 12/14/04 | travel to Chicago while reviewing estimation materials from K&E (5.0); meeting at K&E with CC reps, Elli Leibenstein, Jan Baer, et al. re estimation issues (3.0); mw Lynette Neumann, Chip Bamberger re same (1.0); travel return to NY (7.2) | 16.20 | 8,505.00 | 5446923 | 12/15/04 |
| NADLER, ELLEN R. | 12/15/04 | Review GH emails re: Chicago meeting, etc. (.20) | 0.20 | 126.00 | 5448543 | 12/16/04 |
| BENTLEY, PHILIP | 12/15/04 | Trade voicemails re estimation issues | 0.20 | 113.00 | 5457806 | 12/23/04 |
| HOROWITZ, GREGORY A. | 12/15/04 | review notes, write lengthy memo re estimation; e-mails to team re same | 5.50 | 2,887.50 | 5458694 | 12/23/04 |
| NADLER, ELLEN R. | 12/16/04 | Review G.H. memo on Chicago estimation meeting w/debtor and creditor comm. (.70) | 0.70 | 441.00 | 5450011 | 12/17/04 |
| BENTLEY, PHILIP | 12/16/04 | Trade emails and voicemails re Lexecon retention | 0.20 | 113.00 | 5457799 | 12/23/04 |
| BENTLEY, PHILIP | 12/16/04 | Review materials and trade emails re asbestos issues | 0.40 | 226.00 | 5457802 | 12/23/04 |
| BECKER, GARY M. | 12/16/04 | Prepare for and attend meeting with Debtor re asbestos claims. | 2.80 | 1,386.00 | 5458027 | 12/23/04 |
| BECKER, GARY M. | 12/16/04 | Review memo re asbestos PI estimation meeting. | 0.40 | 198.00 | 5458028 | 12/23/04 |
| HOROWITZ, GREGORY A. | 12/16/04 | finish memo re estimation, tcs Lynette Neumann re same, e-mails to team re same (1.5) | 1.50 | 787.50 | 5458695 | 12/23/04 |
| BENTLEY, PHILIP | 12/17/04 | Review Lexecon retention pleadings, and prepare for Monday's hearing | 0.20 | 113.00 | 5457800 | 12/23/04 |
| BENTLEY, PHILIP | 12/17/04 | Discs J. Baer, GB, and review docs re estimation issues | 0.40 | 226.00 | 5457801 | 12/23/04 |
| NADLER, ELLEN R. | 12/20/04 | Bentley voicemail on omnibus hearing and Lexecon retention (.10) | 0.10 | 63.00 | 5457103 | 12/22/04 |
| BENTLEY, PHILIP | 12/20/04 | Review estimation-related docs and work on estimation issues | 1.80 | 1,017.00 | 5457804 | 12/23/04 |
| BECKER, GARY M. | 12/20/04 | Conf. Bentley re Lexecon retention (0.3). | 0.30 | 148.50 | 5458030 | 12/23/04 |
| BENTLEY, PHILIP | 12/21/04 | Discs GB, GAH, and Lexecon re estimation issues | 1.70 | 960.50 | 5457803 | 12/23/04 |

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    39
Run Date & Time: 01/28/2005 14:15:29                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                   Orig Prtnr  : CRED. RGTS    - 06975              Proforma Number:    1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr  : BENTLEY PHILIP - 02495             Bill Frequency:  M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                          Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status      : ACTIVE
```

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 12/21/04 | Multiple conf. Bentley and Horowitz re Lexecon retention (0.8); direction to Mangual re order and certificate of counsel for Lexecon retention (0.4); revise retention order and certificate of counsel (0.6). | 1.80 | 891.00 | 5458029 | 12/23/04 | |
| HOROWITZ, GREGORY A. | 12/21/04 | voicemails to/from PB re Lexecon; tc PB, GB re same (.7) | 0.70 | 367.50 | 5458696 | 12/23/04 | |
| MANGUAL, KATHLEEN | 12/21/04 | review pacer; draft certificate of counsel per GB (1.4) | 1.40 | 273.00 | 5474391 | 01/03/05 | |
| BENTLEY, PHILIP | 12/22/04 | Discs L. Neuman and GB, and review and edit revised order and budget re Lexecon retention | 0.40 | 226.00 | 5457798 | 12/23/04 | |
| BENTLEY, PHILIP | 12/22/04 | Review asbestos estimation materials | 1.20 | 678.00 | 5457805 | 12/23/04 | |
| BECKER, GARY M. | 12/22/04 | Work on revised Lexecon retention order, busget and certificate of counsel (1.0); conf. Bentley re Lexecon retention issues and re CE decision (0.5); circulate Lexecon retention papers (0.3) | 1.80 | 891.00 | 5458031 | 12/23/04 | |
| BECKER, GARY M. | 12/23/04 | Attention to asbestos consultant Lexecon retention, including call US Trustee, conf. local counsel, call and email exchange with J. Baer, email from objectors re order, and send retention order and certification of counsel to local counsel for filing (1.0); review debtors supplement to estimation motion (0.6) | 1.60 | 792.00 | 5469873 | 01/03/05 | |
| HOROWITZ, GREGORY A. | 12/23/04 | rr oppositions to Lexecon; e-mails re same | 1.50 | 787.50 | 5470920 | 01/03/05 | |
| NADLER, ELLEN R. | 12/29/04 | Review proposed order/budget for Lexecon (.20) | 0.20 | 126.00 | 5471817 | 01/03/05 | |

Fee Total                    71.30     37,052.50

Fee Total                    71.30     37,052.50

### BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 12/02/04 | 52.20 | 6793593 | 138080 | 12/06/04 |
| PHOTOCOPYING | BENTLEY, P | 12/03/04 | 18.60 | 6793594 | 138080 | 12/06/04 |
| PHOTOCOPYING | HOROWITZ, G A | 12/13/04 | 49.95 | 6806760 | 138542 | 12/14/04 |

0820 PHOTOCOPYING Total :         120.75

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   40
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 01/28/2005 14:15:29

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:  1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status     : ACTIVE

              B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date       Amount       Index#   Batch No  Batch Date
-----------------             --------              ----       ------       ------   --------  ----------
CAB FARES
          0940
THE COMPANY CAR
   CAB FARES - VENDOR-THE COMPANY CAR     HOROWITZ, G A    11/16/04        87.72     6815748   138810    12/20/04
GREGORY A. HOROWITZ
   CAB FARES - VENDOR-GREGORY A. HOROWITZ TAXI  HOROWITZ, G A  12/27/04    80.00     6820573   138988    12/27/04
PHILIP BENTLEY
   CAB FARES - VENDOR-PHILIP BENTLEY TAXIS  BENTLEY, P        12/29/04    141.00     6827671   139137    12/29/04
                                                      0940 CAB FARES Total :   308.72

MEALS/IN-HOUSE
          0942
MARIANNE FERGUSON, CASHI
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,  HOROWITZ, G A  12/16/04     18.00     6815423   138796    12/20/04
   CASHIER
                                                      0942 MEALS/IN-HOUSE Total :     18.00

OUT-OF-TOWN TRAVEL
          0950
PHILIP BENTLEY
   OUT-OF-TOWN TRAVEL - VENDOR-PHILIP BENTLEY  BENTLEY, P     12/29/04    930.70     6827670   139137    12/29/04
   AIRFARE
                                                      0950 OUT-OF-TOWN TRAVEL Total :  930.70

MEALS/T & E
          0951
PHILIP BENTLEY
   MEALS/T & E - VENDOR-PHILIP BENTLEY MEAL   BENTLEY, P      12/29/04     29.00     6827672   139137    12/29/04
                                                      0951 MEALS/T & E Total :         29.00


                                   Costs Total :                                      1,407.17
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    41
Run Date & Time: 01/28/2005 14:15:29                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  1897560
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976    Status     : ACTIVE

         B I L L E D   T I M E   S U M M A R Y
Employee Name                    Hours      Amount        Bill        W/o / W/u      Transfer To    Clnt/Mtr   Carry Forward
-------------                    -----      ------        ----        ---------      -----------    --------   -------------
NADLER, ELLEN R.                  2.60    1,638.00
BENTLEY, PHILIP                  12.30    6,949.50
HOROWITZ, GREGORY A.             43.50   22,837.50
BECKER, GARY M.                  10.30    5,098.50
KOEVARY, JONATHAN T               0.40      100.00
MANGUAL, KATHLEEN                 2.20      429.00
                                 -----   ---------
              Total:             71.30   37,052.50

         B I L L E D   C O S T S   S U M M A R Y
Code Description                            Amount
----------------                            ------
0820 PHOTOCOPYING                           120.75
0940 CAB FARES                              308.72
0942 MEALS/IN-HOUSE                          18.00
0950 OUT-OF-TOWN TRAVEL                     930.70
0951 MEALS/T & E                             29.00
                                          --------
                    Costs Total :         1,407.17
```

```
alp_132r: Billed Charges Analysis                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   42
Run Date & Time: 01/28/2005 14:15:29                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                    Orig Prtnr  : CRED. RGTS      - 06975            Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr  : BENTLEY PHILIP  - 02495            Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING        Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status    : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------------------------------
                                                 PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:                        TO:
                UNBILLED DISB FROM:                        TO:

                                          FEES                                          COSTS
                                        --------                                       --------
GROSS BILLABLE AMOUNT:                      0.00                                           0.00
AMOUNT WRITTEN DOWN:
        PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
        THRU DATE:
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495                WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



                                       ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

            FEES:                         247.50          UNIDENTIFIED RECEIPTS:             0.00
   DISBURSEMENTS:                           0.00          PAID FEE RETAINER:                 0.00
    FEE RETAINER:                           0.00          PAID DISB RETAINER:                0.00
   DISB RETAINER:                           0.00          TOTAL AVAILABLE FUNDS:             0.00
TOTAL OUTSTANDING:                        247.50
                                                                  BILLING HISTORY
                                                                  ---------------
   DATE OF LAST BILL:        01/26/05             LAST PAYMENT DATE:            01/03/05
   LAST BILL NUMBER:          400444   ACTUAL FEES BILLED TO DATE:              76,233.00
                                       ON ACCOUNT FEES BILLED TO DATE:               0.00
                                       PAID DISB RETAINER:                           0.00
                                       TOTAL FEES BILLED TO DATE:              76,233.00
LAST BILL THRU DATE:                   FEES WRITTEN OFF TO DATE:                 1,600.00
                                                                 TRUST BALANCE:

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
   (1) Exceeded Fixed Fee        (4) Excessive Legal Time     (7) Fixed Fee
   (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
   (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```