```
alp_132r: Billed Charges Analysis                                                                                          PAGE   43
Run Date & Time: 01/28/2005 14:15:29

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00013                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:29)
                                  ------- Billed --------     ----  Collections ----         Balance
Bill Date  Thru Date  Bill#       Fee & OA    Disbursement    Applied     Total     Date       Due
                                                              From OA
---------  ---------  -----      -----------  ------------   --------  ----------  --------  --------
PRIOR TO 2001                       2,212.50        389.75               2,602.25
  YEAR 2002                        66,342.00        550.91              66,892.91
  YEAR 2003                         5,623.00      1,009.80               6,632.80
04/30/04  02/29/04  388529          1,186.50           .00               1,186.50  10/18/04
05/27/04  04/30/04  390208            621.50           .00                 621.50  08/03/04
08/23/04  06/30/04  394084            247.50           .00                    .00                247.50
11/22/04  10/31/04  400444                .00         61.21                 61.21  01/03/05

          Total:                   76,233.00      2,011.67              77,997.17                247.50
```

```
alp_132r: Billed Charges Analysis                                                                                                    PAGE    44
Run Date & Time: 01/28/2005 14:15:29

                                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                        Orig Prtnr  : CRED. RGTS    - 06975           Proforma Number:  1897561
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr  : BENTLEY PHILIP - 02495          Bill Frequency:  M
Matter Name : PLAN AND DISCLOSURE STATEMENT                    Supv Prtnr  : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                   Status        : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------------

      UNBILLED TIME FROM:       12/06/2004       TO:    12/06/2004
      UNBILLED DISB FROM:                        TO:

                                              FEES                  COSTS
                                              ----                  -----

      GROSS BILLABLE AMOUNT:   138.00                                0.00
      AMOUNT WRITTEN DOWN:
            PREMIUM:
      ON ACCOUNT BILLED:
      DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:               12/06/2004
      CLOSE MATTER/FINAL BILLING?         YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:

                                 BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:



-------------------------------------------------------------------------------------------------------------------------------------------
                                        ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------------------------------

           FEES:               2,718.40         UNIDENTIFIED RECEIPTS:            0.00
           DISBURSEMENTS:          0.00         PAID FEE RETAINER:                0.00
           FEE RETAINER:           0.00         PAID DISB RETAINER:               0.00
           DISB RETAINER:          0.00         TOTAL AVAILABLE FUNDS:            0.00
           TOTAL OUTSTANDING:  2,718.40         TRUST BALANCE:
                                                BILLING HISTORY
-------------------------------------------------------------------------------------------------------------------------------------------
           DATE OF LAST BILL:       01/26/05           LAST PAYMENT DATE:              01/25/05
           LAST BILL NUMBER:        403953    ACTUAL FEES BILLED TO DATE:             7,841.00
                                              ON ACCOUNT FEES BILLED TO DATE:             0.00
                                              PAID DISB RETAINER:                         0.00
                                              TOTAL FEES BILLED TO DATE:             7,841.00
           LAST BILL THRU DATE:     12/31/04   FEES WRITTEN OFF TO DATE:                  0.00

                                     Write Down/Up Reason Codes:
    FOR ACCTG USE ONLY:
                           (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
                           (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
                           (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding       (10) Client Arrangement



    BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   1897561
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                       Status       : ACTIVE

   B I L L E D   T I M E   S U M M A R Y          --------- Total Billed ----------------
Emp Id Employee Name                   Group      Oldest      Latest       Hours      Amount
                                                  --------    --------    --------    --------
03976 MAYER, THOMAS MOERS              CRED       12/06/04    12/06/04       0.20      138.00

                            Total:                                            0.20      138.00

Sub-Total Hours :     0.20 Partners       0.00 Counsels       0.00 Associates        0.00 Legal Assts     0.00 Others


B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/28/05 14:15:29)
                                            ------- Billed --------    ---- Applied ----  ---- Collections ----
Bill Date Thru Date Bill#      Fee & OA    Disbursement     From OA          Total         Date       Balance Due

YEAR 2003                      1,137.50          .00           .00         1,137.50                   2,580.40
01/25/05  09/30/04    396938   6,565.50          .00           .00         3,985.10  01/25/05         2,580.40
01/26/05  12/31/04    403953     138.00          .00           .00               .00                    138.00

               Total:          7,841.00          .00           .00         5,122.60                   2,718.40
```

PAGE   45

```
alp_132r: Billed Charges Analysis                                                                              PAGE    46
Run Date & Time: 01/28/2005 14:15:29

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                           Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1897561
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                              Status     : ACTIVE

   B I L L E D    T I M E    D E T A I L
Employee Name            Work Date    Description                                    Hours         Amount      Index#   Batch Date
---------------------------------------------------------------------------------------------------------------------------------
MAYER, THOMAS MOERS      12/06/04  Call with M. Brodsky of Elliott re status of       0.20        138.00     5458982   12/23/04
                                   litigation, relationship to plan and Sealed Air
                                   settlement.

                                                               Fee Total              0.20        138.00

                                                               Fee Total              0.20        138.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   47
Run Date & Time: 01/28/2005 14:15:29

                                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:  1897561
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                           Status     : ACTIVE

     B I L L E D   T I M E   S U M M A R Y
Employee Name               Hours      Amount       Bill        W/o / W/u      Transfer To  Clnt/Mtr     Carry Forward
MAYER, THOMAS MOERS          0.20      138.00

         Total:              0.20      138.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE      48
Run Date & Time: 01/28/2005 14:15:29                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1897562
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status     : ACTIVE

Special Billing Instructions:

                                       PRE-BILLING SUMMARY REPORT

               UNBILLED TIME FROM:  12/20/2004                     TO: 12/20/2004
               UNBILLED DISB FROM:

                                         FEES                 COSTS
                                      -----------          -----------

             GROSS BILLABLE AMOUNT:     2,203.50               0.00
             AMOUNT WRITTEN DOWN:
                          PREMIUM:
              ON ACCOUNT BILLED:
     DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                       THRU DATE:       12/20/2004
        CLOSE MATTER/FINAL BILLING?  YES OR NO
    EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

         BILLING COMMENTS:



                                       ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                       -------------------------

             FEES:                   15,897.00            UNIDENTIFIED RECEIPTS:      0.00
             DISBURSEMENTS:               0.00            PAID FEE RETAINER:           0.00
             FEE RETAINER:                0.00            PAID DISB RETAINER:          0.00
             DISB RETAINER:               0.00            TOTAL AVAILABLE FUNDS:       0.00
             TOTAL OUTSTANDING:      15,897.00            TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
             DATE OF LAST BILL:      01/26/05             LAST PAYMENT DATE:       01/26/05
             LAST BILL NUMBER:       403953               ACTUAL FEES BILLED TO DATE:   78,225.00
                                                          ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                          PAID DISB RETAINER:           0.00
             LAST BILL THRU DATE:    12/31/04             TOTAL FEES BILLED TO DATE:  78,225.00
                                                          FEES WRITTEN OFF TO DATE:    5,087.68

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding         (10) Client Arrangement


BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____     FRC:_____     CRC:_____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    49
                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS      - 06975    Proforma Number: 1897562
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP  - 02495    Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                               Status    : ACTIVE

       B I L L E D   T I M E   S U M M A R Y  ------------ Total Billed ------------
Emp Id Employee Name                  Group       Oldest      Latest       Hours       Amount

02495  BENTLEY, PHILIP                CRED      12/20/04    12/20/04         3.90     2,203.50

                          Total:                                             3.90     2,203.50

Sub-Total Hours :    3.90 Partners      0.00 Counsels     0.00 Associates     0.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:29)
                                     ------- Billed --------   ---- Applied ----  ---- Collections ----   Balance
Bill Date  Thru Date  Bill#          Fee & OA     Disbursement    From OA    Total          Date          Due

YEAR 2002                          45,704.82           58.14                45,762.96
YEAR 2003                           5,544.00           25.00                 5,569.00
01/29/04  12/31/03  382765          2,021.00             .00                 2,021.00  07/02/04
05/27/04  04/30/04  390208          1,237.50             .00                 1,237.50  10/18/04
06/29/04  05/31/04  391727          3,785.50             .00                                                3,785.50
07/31/04  06/30/04  392045          1,845.50          127.40                 1,289.90  10/18/04               683.00
11/22/04  10/31/04  400444          4,070.50           36.00                 4,106.50  01/03/05
12/23/04  11/30/04  401557          5,265.00          513.14                   513.14  01/26/05             5,265.00
01/25/05  09/30/04  396938          3,960.00           14.00                    14.00  01/25/05             3,960.00
01/26/05  12/31/04  403953          2,203.50             .00                      .00                       2,203.50

         Total:                    75,637.32          773.68                60,514.00                      15,897.00
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE  50
Run Date & Time: 01/28/2005 14:15:29

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                           Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1897562
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status      : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                    Hours       Amount     Index#  Batch Date

BENTLEY, PHILIP          12/20/04     Attend omnibus hearing, and prep for same (en   3.90     2,203.50   5457809 12/23/04
                                      route)

                                                              Fee Total               3.90     2,203.50

                                                              Fee Total               3.90     2,203.50
```

```
alp_132r: Billed Charges Analysis                                                                                                  PAGE   51
Run Date & Time: 01/28/2005 14:15:29

                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00019                                       Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  1897562
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status     : ACTIVE

   B I L L E D   T I M E     S U M M A R Y  ------------------------------------------------
Employee Name                      Hours          Amount           Bill        W/o / W/u       Transfer To    Clnt/Mtr   Carry Forward

BENTLEY, PHILIP                     3.90        2,203.50

         Total:                     3.90        2,203.50
```

```
alp_132r: Billed Charges Analysis                                                                                       PAGE  52
Run Date & Time: 01/28/2005 14:15:29

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                         *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                              Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:   1897563
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                    Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                         PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:     12/09/2004                           TO:    12/09/2004
UNBILLED DISB FROM:                                          TO:

                              FEES                                   COSTS
                              ----                                   -----
GROSS BILLABLE AMOUNT:        0.00                                   180.70
AMOUNT WRITTEN DOWN:
   PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                           12/09/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                    ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                    --------------------------                   --------------
                   FEES:              0.00         UNIDENTIFIED RECEIPTS:   0.00
         DISBURSEMENTS:             180.70         PAID FEE RETAINER:       0.00
         FEE RETAINER:                0.00         PAID DISB RETAINER:      0.00
         DISB RETAINER:               0.00         TOTAL AVAILABLE FUNDS:   0.00
         TOTAL OUTSTANDING:         180.70         TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
         DATE OF LAST BILL:    01/26/05            LAST PAYMENT DATE:       07/02/04
         LAST BILL NUMBER:     403953              ACTUAL FEES BILLED TO DATE:    2,507.00
                                                   ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                   PAID FEE RETAINER:       0.00
                                                   TOTAL FEES BILLED TO DATE:     2,507.00
         LAST BILL THRU DATE:                      FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee        (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
     (3) Pre-arranged Discount     (6) Summer Associate           (9) Rounding            (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____  Processed by: _____  FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                            *PRIVILEGED AND CONFIDENTIAL*                                    PAGE    53

Matter No: 056772-00020                                Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1897563
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : LITIGATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status      : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y  ----------------- Total Billed ----------------
Code                                           Oldest         Latest         Total
Description                                    Entry          Entry          Amount
-----------------------------------------------------------------------------------------
0942 MEALS/IN-HOUSE                            12/09/04       12/09/04       180.70

               Total:                                                        180.70

               Grand Total                                                   180.70
                                                                           ==========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:29)
                            ------- Billed --------   Applied     ---- Collections ----              Balance
Bill Date Thru Date Bill#   Fee & OA   Disbursement   From OA     Total         Date                 Due
---------------------------------------------------------------------------------------------------
   YEAR 2002                2,167.50   4,437.15                   6,604.65
   YEAR 2003                  339.50        .00                     339.50
01/26/05 12/31/04 403953                  180.70                                                     180.70

               Total:       2,507.00   4,617.85                   6,944.15                           180.70
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   54
Run Date & Time: 01/28/2005 14:15:29                          *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1897563
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : LITIGATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                        Status     : ACTIVE

    B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date          Amount          Index#     Batch No   Batch Date
-------------------------------------------------------------------------------------------------------------------
MEALS/IN-HOUSE             0942
   ROSEN'S DELICATESSEN                      HOROWITZ, G A        12/09/04        180.70      6800556   138349     12/09/04
   MEALS/IN-HOUSE - VENDOR-ROSEN'S DELICATESSEN
                                                   0942 MEALS/IN-HOUSE Total :    180.70

                                                                   Costs Total :  180.70
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                             *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00020                                                      Proforma Number:  1897563
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Orig Prtnr : CRED. RGTS - 06975          Bill Frequency: M
Matter Name : LITIGATION                             Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 09/06/2002                           Supv Prtnr : MAYER THOMAS MOERS - 03976

                                                                                              Status   : ACTIVE

        BILLED  COSTS  SUMMARY
Code  Description              Amount        Bill       W/o / W/u     Transfer To    Clnt/Mtr   Carry Forward
----  -----------              ------        ----       ---------     -----------    --------   -------------
0942  MEALS/IN-HOUSE           180.70

               Costs Total :   180.70
```