```
alp_132r: Billed Charges Analysis                                                                                              PAGE   56
Run Date & Time: 01/28/2005 14:15:29

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                               *PRIVILEGED AND CONFIDENTIAL*

                                                                                                              Proforma Number:  1897564
Matter No: 056772-00022                                 Orig Prtnr : CRED. RGTS - 06975                       Bill Frequency: M
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495
Matter Name : TAX ISSUES                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                            PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   12/01/2004         TO: 12/16/2004
UNBILLED DISB FROM:                      TO:

                                       FEES              COSTS
                                       ----              -----
GROSS BILLABLE AMOUNT:             22,772.00              0.00
AMOUNT WRITTEN DOWN:
   PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
THRU DATE:                         12/16/2004
CLOSE MATTER/FINAL BILLING?        YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                                UNAPPLIED CASH
                                     --------------------------                                --------------
                       FEES:                33,884.80      UNIDENTIFIED RECEIPTS:       0.00
              DISBURSEMENTS:                     0.00      PAID FEE RETAINER:           0.00
              FEE RETAINER:                      0.00      PAID DISB RETAINER:          0.00
              DISB RETAINER:                     0.00      TOTAL AVAILABLE FUNDS:       0.00
          TOTAL OUTSTANDING:                33,884.80      TRUST BALANCE:
                                                           BILLING HISTORY
                                                           ---------------
DATE OF LAST BILL:           01/26/05              LAST PAYMENT DATE:              01/26/05
LAST BILL NUMBER:             403953      ACTUAL FEES BILLED TO DATE:             36,882.00
                                          ON ACCOUNT FEES BILLED TO DATE:              0.00
                                                PAID DISB RETAINER:                    0.00
LAST BILL THRU DATE:        12/31/04      TOTAL FEES BILLED TO DATE:              36,882.00
                                          FEES WRITTEN OFF TO DATE:                    0.00

FOR ACCTG USE ONLY:        Write Down/Up Reason Codes:
                           ----------------------------
       (1) Exceeded Fixed Fee       (4) Excessive Legal Time        (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development        (8) Premium
       (3) Pre-arranged Discount    (6) Summer Associate            (9) Rounding               (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                                      PAGE  57
Run Date & Time: 01/28/2005 14:15:29

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00022                                          Orig Prtnr : CRED. RGTS   - 06975        Proforma Number:  1897564
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TAX ISSUES                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y   ------------------------------ Total Billed -----------------------
Emp Id  Employee Name            Group          Oldest      Latest           Hours            Amount
-----------------------------------------------------------------------------------------------------------
02495   BENTLEY, PHILIP          CRED           12/01/04    12/16/04          6.80          3,842.00
03976   MAYER, THOMAS MOERS      CRED           12/15/04    12/16/04          2.50          1,725.00
06366   HERZOG, BARRY            TAX            12/01/04    12/16/04         32.30         16,957.50
05292   BECKER, GARY M.          CRED           12/01/04    12/01/04          0.50            247.50

                        Total:                                               42.10         22,772.00

Sub-Total Hours :     41.60 Partners     0.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:29)
                               ------- Billed --------    ------ Applied ------ ---- Collections ----
Bill Date  Thru Date  Bill#    Fee & OA      Disbursement    From OA     Total        Date               Balance Due
-----------------------------------------------------------------------------------------------------------
11/22/04   10/31/04   400444    8,545.00          .00                2,997.20  01/03/05              5,547.80
12/23/04   11/30/04   401557    5,565.00         9.74                    9.74  01/26/05              5,565.00
01/26/05   12/31/04   403953   22,772.00          .00                     .00                       22,772.00

         Total:                36,882.00         9.74                3,006.94                       33,884.80
```

```
alp_132r: Billed Charges Analysis                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    58
Run Date & Time: 01/28/2005 14:15:29                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00022                                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number: 1897564
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : TAX ISSUES                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                Status  : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                                             Hours       Amount      Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 12/01/04 | Meeting with Herzog and Rigel re plan tax issues. | 0.50 | 247.50 | 5439765 | 12/10/04 |
| HERZOG, BARRY | 12/01/04 | Discs. w/B. Rigel re: Sealed Air Settlement and 382 NUBIL analyses; disc. Sealed Air Settlement w/Goldman; disc. 382 analysis w/P. Bentley and G. Becker; related analysis | 3.80 | 1,995.00 | 5441036 | 12/13/04 |
| BENTLEY, PHILIP | 12/01/04 | Conf GB, GH, BR re stock trading motion | 0.70 | 395.50 | 5441883 | 12/13/04 |
| HERZOG, BARRY | 12/02/04 | Draft outline of ownership change analysis; related analysis | 2.30 | 1,207.50 | 5441035 | 12/13/04 |
| BENTLEY, PHILIP | 12/02/04 | Trade voicemails re tax issues | 0.20 | 113.00 | 5441884 | 12/13/04 |
| HERZOG, BARRY | 12/03/04 | Draft outline re: ownership change; related analysis | 1.70 | 892.50 | 5441038 | 12/13/04 |
| HERZOG, BARRY | 12/05/04 | Draft outline re: ownership change; related e-mails | 1.50 | 787.50 | 5441037 | 12/13/04 |
| HERZOG, BARRY | 12/06/04 | Draft memo re: ownership change; related analysis | 4.20 | 2,205.00 | 5447652 | 12/16/04 |
| HERZOG, BARRY | 12/07/04 | Disc. w/debtor's counsel re: ownership change consequences; related discs. and analysis; draft memo re: same | 3.40 | 1,785.00 | 5447650 | 12/16/04 |
| BENTLEY, PHILIP | 12/08/04 | Conf BH, BR, GB, and notes, re stock trading motion | 0.90 | 508.50 | 5441882 | 12/13/04 |
| HERZOG, BARRY | 12/08/04 | Conf. call w/debtor and debtor's counsel to disc. ownership change consequences; disc. same w/P. Bentley, G. Becker and B. Rigel; draft memo re: same; related discs. re: Sealed Air Settlement | 5.30 | 2,782.50 | 5447651 | 12/16/04 |
| HERZOG, BARRY | 12/09/04 | Draft memo re: ownership change; related analysis | 5.90 | 3,097.50 | 5447649 | 12/16/04 |
| BENTLEY, PHILIP | 12/13/04 | Disc. w/G. Becker computations of cost of ownership change; related revisions to NOL memo | 0.90 | 472.50 | 5455577 | 12/21/04 |
| HERZOG, BARRY | 12/14/04 | Disc. ownership change consequences w/BR | 0.30 | 157.50 | 5455576 | 12/21/04 |
| BENTLEY, PHILIP | 12/15/04 | Analyze issues raised by Debtors' stock trading motion, and conf GB, BH, BR and review memo re same | 3.10 | 1,751.50 | 5457810 | 12/23/04 |
| MAYER, THOMAS MOERS | 12/15/04 | Review NOL/Trading Freeze memo. | 1.00 | 690.00 | 5458983 | 12/23/04 |
| HERZOG, BARRY | 12/15/04 | Internal discs. re: effects of ownership change; related analysis | 1.30 | 682.50 | 5462182 | 12/27/04 |
| BENTLEY, PHILIP | 12/16/04 | Confs TM, BH, BR and GB, and discs TW, re Debtors' stock trading motion | 1.90 | 1,073.50 | 5457811 | 12/23/04 |
| MAYER, THOMAS MOERS | 12/16/04 | Complete review of NOL/Trading Freeze Memo).5), participate in conference with team (.5), call with Wechsler (.5) re decision to recommend taking no action to dissolve trading freeze. | 1.50 | 1,035.00 | 5458984 | 12/23/04 |

```
alp_132r: Billed Charges Analysis

Run Date & Time: 01/28/2005 14:15:29

                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                   *PRIVILEGED AND CONFIDENTIAL*                                              PAGE   59

Matter No:  055772-00022                              Orig Prtnr : CRED. RGTS          - 06975       Proforma Number:   1897564
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP      - 02495       Bill Frequency: M
Matter Name : TAX ISSUES                              Supv Prtnr : MAYER THOMAS MOERS  - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

   B I L L E D   T I M E    D E T A I L
Employee Name              Work Date    Description                                   Hours       Amount      Index#   Batch Date
-------------              ---------    -----------                                   -----       ------      ------   ----------

HERZOG, BARRY              12/16/04     Conf. call to disc. trading restrictions;     1.70        892.50      5462181  12/27/04
                                        related e-mails and analysis

                                                                      Fee Total       42.10      22,772.00

                                                                      Fee Total       42.10      22,772.00
```

```
alp_132r: Billed Charges Analysis                                 KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   60
Run Date & Time: 01/28/2005 14:15:29                                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00022                                                  Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 1897564
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : TAX ISSUES                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                          Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y                                                      ------ Total Billed ------
Employee Name                       Hours       Amount          Bill        W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
-------------------------------     -------     ----------      ------      -----------     -----------   --------   -------------
BENTLEY, PHILIP                        6.80       3,842.00
MAYER, THOMAS MOERS                    2.50       1,725.00
HERZOG, BARRY                         32.30      16,957.50
BECKER, GARY M.                        0.50         247.50
                                    -------     ----------
         Total:                       42.10      22,772.00
```

```
alp_132r: Billed Charges Analysis                                     KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE     61
Run Date & Time: 01/28/2005 14:15:29                                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                   Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                             PRE-BILLING SUMMARY REPORT

                       UNBILLED TIME FROM:                     TO:
                       UNBILLED DISB FROM:                     TO:

                                    FEES                      COSTS

          GROSS BILLABLE AMOUNT:     0.00                      0.00
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:
      CLOSE MATTER/FINAL BILLING?     YES OR NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


                                                  ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

              FEES:                       6,811.50    UNIDENTIFIED RECEIPTS:     0.00
              DISBURSEMENTS:                  0.00    PAID FEE RETAINER:         0.00
              FEE RETAINER:                   0.00    PAID DISB RETAINER:        0.00
              DISB RETAINER:                  0.00    TOTAL AVAILABLE FUNDS:     0.00
              TOTAL OUTSTANDING:        6,811.50      TRUST BALANCE:
                                                      BILLING HISTORY
              DATE OF LAST BILL:         01/26/05     LAST PAYMENT DATE:      11/16/04
              LAST BILL NUMBER:          400444       ACTUAL FEES BILLED TO DATE:   9,304.00
                                                      ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                      TOTAL FEES BILLED TO DATE:   9,304.00
              LAST BILL THRU DATE:       10/31/04     FEES WRITTEN OFF TO DATE:   1,267.50

      FOR ACCTG USE ONLY:   Write Down/Up Reason Codes:
             (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
             (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
             (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding     (10) Client Arrangement

      BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Billed Charges Analysis                                                                                          PAGE    62
Run Date & Time: 01/28/2005 14:15:29

                                           KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00024                                      Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 01/28/05 14:15:29)
                                 ------- Billed -------         ---- Collections ----
Bill Date Thru Date Bill#        Fee & OA    Disbursement       Applied    Total   Date         Balance
                                                                From OA                         Due
       YEAR 2003                 2,492.50          4.55          2,497.05
08/23/04 06/30/04 394084               .00        23.90             23.90 11/16/04
11/22/04 10/31/04 400444         6,811.50           .00               .00                       6,811.50
01/25/05 09/30/04 396938               .00           .00              .00

              Total:             9,304.00         28.45          2,520.95                       6,811.50
```

```
alp_132r: Billed Charges Analysis
Run Date & Time: 01/28/2005 14:15:29

                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   63
                                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                         Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1897565
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                            Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                              PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:  12/20/2004            TO:  12/20/2004
UNBILLED DISB FROM:                        TO:

                              FEES                      COSTS

GROSS BILLABLE AMOUNT:        1,638.50                   0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                12/20/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                         ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

        FEES:                21,385.00     UNIDENTIFIED RECEIPTS:         0.00
        DISBURSEMENTS:          264.00     PAID FEE RETAINER:              0.00
        FEE RETAINER:             0.00     PAID DISB RETAINER:             0.00
        DISB RETAINER:            0.00     TOTAL AVAILABLE FUNDS:          0.00
        TOTAL OUTSTANDING:   21,649.00     TRUST BALANCE:
                                           BILLING HISTORY
        DATE OF LAST BILL:       01/26/05              LAST PAYMENT DATE:       10/18/04
        LAST BILL NUMBER:        403953          ACTUAL FEES BILLED TO DATE: 32,702.50
                                                ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE:    32,702.50
        LAST BILL THRU DATE:     12/31/04       FEES WRITTEN OFF TO DATE:    13,152.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   64
Run Date & Time: 01/28/2005 14:15:29                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                          Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  1897565
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                   Status     : ACTIVE

    B I L L E D   T I M E   S U M M A R Y    --------------- Total Billed -----------------
Emp Id Employee Name                  Group          Oldest         Latest            Hours          Amount
-----------------------------------------------------------------------------------------------------------
02495   BENTLEY, PHILIP               CRED         12/20/04       12/20/04            5.80         1,638.50

                            Total:                                                    5.80         1,638.50

Sub-Total Hours :     5.80 Partners       0.00 Counsels      0.00 Associates     0.00 Legal Assts     0.00 Others


    B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 01/28/05 14:15:29)
                                                   ------- Billed --------      Applied      ---- Collections ----      Balance
Bill Date Thru Date Bill#        Fee & OA       Disbursement       Total          From OA       Total        Date         Due
-----------------------------------------------------------------------------------------------------------------------------------
YEAR 2002                        2,275.00                .00     2,275.00
YEAR 2003                        3,700.00             205.00     3,905.00
01/29/04  12/31/03   382765        705.00             197.00       902.00 07/02/04
02/25/04  01/31/04   384579        495.00                .00       495.00 10/18/04
05/27/04  04/30/04   390208        742.50             279.00     1,021.50 10/18/04
06/29/04  05/31/04   391727        621.50             264.00                              885.50
07/31/04  06/30/04   392045      1,485.00                .00                            1,485.00
11/22/04  10/31/04   400444     13,432.50          1,045.70                1,045.70 10/18/04
12/23/04  11/30/04   401557      1,237.50                .00                           13,432.50
01/25/05  09/30/04   396938      2,970.00                .00                            1,237.50
01/26/05  12/31/04   403953      1,638.50                .00                            2,970.00
                                                                                        1,638.50

              Total:            29,302.50          1,990.70     9,644.20                          21,649.00
```

```
alp_132r: Billed Charges Analysis                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    65
Run Date & Time: 01/28/2005 14:15:29                           *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                                   Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1897565
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status      : ACTIVE

    B I L L E D    T I M E    D E T A I L
Employee Name              Work Date      Description                                        Hours        Amount    Index#  Batch Date
-------------              ---------      -----------                                        -----        ------    ------  ----------
BENTLEY, PHILIP            12/20/04       Non-working travel to and from Pittsburgh           5.80       1,638.50   5457812 12/23/04
                                          Bankruptcy Court

                                          Fee Total                                           5.80       1,638.50

                                          Fee Total                                           5.80       1,638.50
```

```
alp_132r: Billed Charges Analysis                                                                                    PAGE   66
Run Date & Time: 01/28/2005 14:15:29

                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00028                          Orig Prtnr : CRED. RGTS - 06975     Proforma Number:  1897565
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495 Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                           Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours       Amount       Bill       W/o / W/u      Transfer To  Clnt/Mtr   Carry Forward
-------------------    ------      ---------    ----       ---------      -----------  --------   -------------
BENTLEY, PHILIP         5.80       1,638.50

        Total:          5.80       1,638.50
```

alp_132rc: Client Analysis Sheet                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   1
Run Date & Time: 01/28/05 14:15:36                   *PRIVILEGED AND CONFIDENTIAL*
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE         Work Thru : 12/31/04

| Matter Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 15.10 | 4,385.50 | 1,022.60 | 5,408.10 | BENTLEY PHILIP - 02495 | M | | B |
| 00002 | CREDITOR COMMITTEE | 8.80 | 4,409.50 | 53.40 | 4,462.90 | BENTLEY PHILIP - 02495 | M | | B |
| 00003 | FINANCING | 0.00 | 0.00 | 44.63 | 44.63 | BENTLEY PHILIP - 02495 | M | | B |
| 00005 | BANKR. MOTIONS | 68.90 | 27,995.00 | 343.90 | 28,338.90 | BENTLEY PHILIP - 02495 | M | | B |
| 00007 | REORGANIZATION PLAN | 56.30 | 22,236.50 | 194.09 | 22,430.59 | BENTLEY PHILIP - 02495 | M | | B |
| 00008 | FEE APPLICATIONS, APPLIC | 3.60 | 1,002.00 | 0.00 | 1,002.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00009 | EMPLOYMENT APPLICATIONS, | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 71.30 | 37,052.50 | 1,407.17 | 38,459.67 | BENTLEY PHILIP - 02495 | M | | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.20 | 138.00 | 0.00 | 138.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00019 | HEARINGS | 3.90 | 2,203.50 | 0.00 | 2,203.50 | BENTLEY PHILIP - 02495 | M | | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 180.70 | 180.70 | BENTLEY PHILIP - 02495 | M | | B |
| 00022 | TAX ISSUES | 42.10 | 22,772.00 | 0.00 | 22,772.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00024 | ZAI SCIENCE TRIAL | 0.00 | 0.00 | 0.00 | 0.00 | BENTLEY PHILIP - 02495 | M | | B |
| 00028 | TRAVEL\NON-WORKING | 5.80 | 1,638.50 | 0.00 | 1,638.50 | BENTLEY PHILIP - 02495 | M | | B |
| | Client Total | 276.00 | 123,833.00 | 3,246.49 | 127,079.49 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE