## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $ 11,768.40 | $1,557.11 | $ 2,460.44 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $ 81.64 | $ 2,378.80 | $ 81.64 | $594.70 |
| | | | | | | |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 8.30 | $ 3,610.50 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 18.30 | $10,863.50 |
| 42 | Travel (1/2 total hours billed) | 6.0 | $ 3,210.00 |
| | Total | 32.60 | $17,684.00 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 97.60 |
| Copies – Matter 32 (Fee Applications) | $ 31.95 |
| Copies – Matter 46 (Tax Litigation) | $ 21.45 |
| Computer Database Research | $ 0 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 15.57 |
| Facsimile | $ 0 |
| Postage | $ 0 |
| Meals | $ 59.86 |
| Hotel | $ 371.80 |
| Parking | $ 99.00 |
| Airfare | $ 541.40 |
| Total | $ 1,638.75 |

8