**Exhibit D**
August Fee Application

None.