# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |
| Debtors. | ) **Objection Deadline: Dec.   , 2004 at 4:00p.m.** |
| | **Hearing Date:   TDB only if necessary** |

**SUMMARY COVERSHEET TO THIRTY-SECOND MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | October 1, 2004 through October 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $47,391.00 period October 1, 2004 through October 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $2,005.04 period of October 1, 2004 through October 31, 2004 |

This is a:            Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|---|---|---|---|---|---|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Paid | Paid |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Application pending | Application pending |
| 10/04 | 09/01/04 through 09/30/04 | $60,518.00 | $2,976.80 | Application pending | Application pending |

As indicated above, this is the thirty-second application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

### Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 87.50 | $32,812.50 |
| Jan Alan Brody | Partner | $375 | .40 | $150.00 |
| Melissa E. Flax | Partner | $250 | 37.40 | $9,350.00 |
| Laura Munzer | Associate | $160 | 20.40 | $3,264.00 |
| Robert C. Scrivo | Associate | $225 | 1.30 | $292.50 |
| JA Kubert | Associate | $160 | .40 | $64.00 |
| Laura Florence | Paralegal | $90 | 15.20 | $1,368.00 |
| Cynthia Conlin | Paralegal | $90 | 1.00 | $90.00 |

Total Fees          $47,391.00

Total Hours          163.60

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | $716.96 |
| Westlaw/Pacer | $18.06 |
| Telephone | $213.61 |
| Faxes | $448.00 |
| FedEx | $305.78 |
| Travel | $22.63 |
| Messenger | $280.00 |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| AirPhoto Services | |
| Stationary and Supplies | |
| | |
| Total | $2,005.04 |

Dated:  November 6, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(October 1, 2004 through October 31, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 87.50 | $32,812.00 |
| Jan Alan Brody | Partner | $375 | .40 | $150.00 |
| Melissa E. Flax | Partner | $250 | 37.40 | $9,350.00 |
| Laura Munzer | Associate | $160 | 20.40 | $3,264.00 |
| Robert C. Scrivo | Associate | $225 | 1.30 | $292.50 |
| JA Kubert | Associate | $160 | .40 | $64.00 |
| Laura Florence | Paralegal | $90 | 15.20 | $1,368.00 |
| Cynthia Conlin | Paralegal | $90 | 1.00 | $90.00 |

| Grand Total: | $47,391.00 |
|---|---|
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $2,005.04 |
| Fee Applications, Applicant | 12.10 | $3,100.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 150.00 | $44,051.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $18.06 |
| Facsimile (with rates) | | $448.00 ($1.00 per page) |
| Long Distance Telephone | | $213.61 |
| In-House Reproduction | | $685.80 ($0.15 per page) |
| Outside Reproduction | | $31.16 |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | LF – Mileage (9/2/7/04 – 40 miles @ $.225 per miles)<br><br>LF – Parkiing (10/21/04)<br>LF – Mileage (10/21/04 – 25 miles @ $.225 per mile) | $9.00<br><br>$8.00<br>$5.63<br><br>$22.63 |
| Out-Of-Town Travel<br><br>    airfare<br>    car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $305.78 |
| Postage | | |
| Other (Explain) - Working meal | | $280.00 |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Aerial Photographs | | |
| Stationary & Supplies | | |

Dated:  November 6, 2004

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this ___ day of November, 2004

_____
Notary Public

My Commission Expires:

JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Dec.   , 2004 at 4:00p.m. |
| | | Hearing Date :  TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

November 5, 2004
Invoice No.  25568
Client No.  734680

For Professional Services Rendered through   10/31/04

Matter #          734680.1      VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 10/01/04 JMA | Appeal - receipt and review email from J. Stewart re: supersedeas bond (fee appeal) | .20 | 75.00 |
| 10/01/04 JMA | Appeal - review Rules and Statute re: supersedeas bond and interest | .50 | 187.50 |
| 10/01/04 JMA | Appeal - review forms of Bond, Order and Affidavit of Justification | 1.00 | 375.00 |
| 10/01/04 JMA | Appeal - letter to J. Stewart with comments on supersedeas bond documents | .60 | 225.00 |
| 10/01/04 JMA | Appeal - review and execute attorney appearance and corporate disclosure forms | .30 | 112.50 |
| 10/01/04 JMA | Appeal - conference with MEF re: preparation of response to Third Circuit re: jurisdictional issue (fee appeal) | 1.00 | 375.00 |
| 10/01/04 JMA | Appeal - receipt and review letter from J. Brody to L. Thomas re: Table of Contents | .20 | 75.00 |
| 10/01/04 JMA | Appeal - receipt and review letter from M. Caffrey to Judge Cavanaugh with Notice of Appeal (fee appeal) | .20 | 75.00 |
| 10/01/04 JMA | Phone - R. Senftleben and CHM re: settlement issues | .40 | 150.00 |
| 10/01/04 JMA | Appeal - phone - CHM and MEF re: revisions to Grace Brief and jurisdictional issue (fee appeal) | .50 | 187.50 |
| 10/01/04 JMA | Appeal - review Rule 58 and 54 re: jurisdictional issue (fee appeal) | 1.00 | 375.00 |
| 10/01/04 JMA | Appeal - receipt and review letter from M. Caffrey to Clerk re: fee appeal | .10 | 37.50 |
| 10/01/04 JMA | Receipt and review email from R. Senftleben re: Honeywell and ICO bankruptcy claims | .20 | 75.00 |

W.R. GRACE & COMPANY                                        November 5, 2004
Client No.              734680                              Page      2
INVOICE NO.             25568

10/01/04 JMA  Review of Honeywell's 100% Design Report re:     1.20    450.00
              storm water on western portion (paving issues)

10/01/04 MEF  Appeal - prepare letter to clerk regarding        .20     50.00
              appearance and corporate disclosures

10/01/04 MEF  Appeal - phone with M. Sprague regarding          .10     25.00
              supplemental appendix and brief

10/01/04 MEF  Appeal - conference with JMA regarding           1.00    250.00
              jurisdictional issue and preparation of
              response to 3rd Circuit (fee appeal)

10/01/04 MEF  Appeal - phones with JMA and CHM regarding        .50    125.00
              revisions to Grace brief and jurisdictional
              issues

10/01/04 MEF  Appeal - conferences with LF regarding final      .60    150.00
              brief and joint appendix citations

10/01/04 MEF  Appeal - multiple emails to/from M. Sprague       .60    150.00
              regarding joint appendix and briefs

10/01/04 MEF  Appeal - review Honeywell brief with Joint        .80    200.00
              Appendix citations and revise proof brief
              regarding Honeywell citations

10/01/04 MEF  Appeal - revise proof brief for filing with      1.50    375.00
              clerk with joint appendix citations

10/01/04 MEF  Appeal - prepare certificates of service          .30     75.00
              regarding appearance of counsel and corporate
              disclosures

10/01/04 LF   Conferences with MEF regarding Final Brief and    .60     54.00
              Joint Appendix citations

10/01/04 LF   Reconfirm Joint Appendix citations in final      7.00    630.00
              brief

10/02/04 JMA  Conference with MEF re: final revisions to       2.40    900.00
              Grace Principal Brief (Joint Appendix
              citations)

10/02/04 JMA  Appeal - revisions to letter re: jurisdictional   .40    150.00
              issue (fee appeal)

10/02/04 JMA  Appeal - phone - CHM re: jurisdictional issue     .30    112.50
              letter (fee appeal)

10/02/04 JMA  Appeal - revisions to letter re: jurisdictional   .20     75.00
              issue (fee appeal)

W.R. GRACE & COMPANY                          November 5, 2004
Client No.              734680               Page     3
INVOICE NO.             25568


10/02/04 JMA Appeal - revisions to letter re: supersedeas     .30    112.50
             bond issues

10/02/04 JMA Appeal - receipt and review notice of           .10     37.50
             electronic filing re: Honeywell notice of
             appeal (fee appeal)

10/02/04 JMA Appeal - receipt and review letter from J.      .10     37.50
             Brody to Third Circuit Clerk re: Joint
             Stipulation on USPH Report

10/02/04 JMA Appeal - receipt and review Joint Stipulation   .20     75.00
             re: USPH Report

10/02/04 JMA Appeal - receipt and review letter from J.      .10     37.50
             Brody to Third Circuit Clerk with Joint
             Appendix

10/02/04 JMA Receipt and review email from counsel for       .10     37.50
             Special Master re: JCMUA

10/02/04 JMA Appeal - receipt and review letter from K.      .20     75.00
             Millian to T. Milch re: correcting record -
             IRMs

10/02/04 JMA Receipt and review statutory access letter from .30    112.50
             M. Daneker to JCMUA

10/02/04 JMA Receipt and review statutory access letter from .20     75.00
             M. Daneker to JCIA

10/02/04 JMA Receipt and review memo from K. Brown re: 9/22  .30    112.50
             weekly call

10/02/04 JMA Receipt and review email from S. Graham re: new .10     37.50
             remediation documents

10/02/04 JMA Receipt and review letter from J. Morris to     .20     75.00
             Louis Berger Group re: sediment and groundwater
             programs

10/02/04 JMA Appeal - receipt and review letter from J.      .10     37.50
             Brody to Clerk re: joint motions

10/02/04 JMA Appeal - receipt and review joint motion re:    .20     75.00
             videotapes

10/02/04 JMA Appeal - receipt and review joint motion re:    .20     75.00
             minuscripts

10/02/04 JMA Receipt and review email from S. Graham re:     .10     37.50
             100% Design Report

W.R. GRACE & COMPANY
Client No.          734680
INVOICE NO.         25568

November 5, 2004
Page      4

| | | | | |
|---|---|---|---|---|
| 10/02/04 | JMA | Receipt and review letter from J. Morris to Special Master with 100% Design Report | .10 | 37.50 |
| 10/02/04 | JMA | Appeal - receipt and review Order re: Jersey City Motion to Expand Record | .20 | 75.00 |
| 10/02/04 | JMA | Appeal - receipt and review Notice from Third Circuit clerk re: Honeywell Fee Appeal | .20 | 75.00 |
| 10/02/04 | JMA | Appeal - receipt and review letter from Third Circuit re: Honeywell Fee Appeal | .20 | 75.00 |
| 10/02/04 | JMA | Appeal - receipt and review letter from CHM to Third Circuit re: settlement | .10 | 37.50 |
| 10/02/04 | JMA | Appeal - receipt and review letter from M. Caffrey to Clerk re: transcript (fee appeal) | .10 | 37.50 |
| 10/02/04 | MEF | Appeal - revise letter to K. Glaum regarding jurisdiction | .30 | 75.00 |
| 10/02/04 | MEF | Appeal - continue revising brief regarding joint appendix designations | 1.90 | 475.00 |
| 10/02/04 | MEF | Appeal - phone with CHM regarding joint appendix designations | .20 | 50.00 |
| 10/02/04 | MEF | Appeal - email to CHM regarding revised brief | .10 | 25.00 |
| 10/02/04 | MEF | Appeal - email to CHM regarding letter to K. Glaum | .10 | 25.00 |
| 10/02/04 | MEF | Appeal - conference with JMA regarding final revisions to Grace principal brief (Joint appendix citations) | 2.40 | 600.00 |
| 10/04/04 | JMA | Receipt and review email from S. Graham re: Technical Memo | .10 | 37.50 |
| 10/04/04 | JMA | Receipt and review Hydroqual Technical Memo re: IRM performance | .80 | 300.00 |
| 10/04/04 | JMA | Receipt and review notice of electronic filing re: Special Master Fee Application | .10 | 37.50 |
| 10/04/04 | JMA | Receipt and review notice of electronic filing re: ICO fee on fees application | .10 | 37.50 |
| 10/04/04 | JMA | Appeal - receipt and review letter from K. Millian to Third Circuit re: Honeywell/Grace settlement | .20 | 75.00 |

W.R. GRACE & COMPANY                              November 5, 2004
Client No.              734680                    Page      5
INVOICE NO.             25568

| | | | | |
|---|---|---|---|---|
| 10/04/04 | JMA | Appeal - receipt and review notices of electronic filing re: Honeywell fee appeal | .10 | 37.50 |
| 10/04/04 | JMA | Receipt and review email from S. Graham re: groundwater tests | .10 | 37.50 |
| 10/04/04 | JMA | Receipt and review letter from M. Hunt to Louis Berger Group re: groundwater tests | .10 | 37.50 |
| 10/04/04 | JMA | Receipt and review Hyrdoqual report re: groundwater tests | .20 | 75.00 |
| 10/04/04 | JMA | Receipt and review notice of electronic filing re: Order extending time for ECARG on fees | .10 | 37.50 |
| 10/04/04 | JMA | Receipt and review Judge Cavanaugh Order extending time for ECARG fee on fees petition | .20 | 75.00 |
| 10/04/04 | JMA | Receipt and review letter from attorney for JCMUA to M. Daneker re: access issues | .20 | 75.00 |
| 10/04/04 | MEF | Appeal - review and comments to draft joint motion regarding joint appendix and supplemental appendix | .20 | 50.00 |
| 10/04/04 | MEF | Appeal - emails to/from M. Sprague regarding draft joint motion | .30 | 75.00 |
| 10/04/04 | MEF | Appeal - email from L. Thomas to M. Sprague regarding draft joint motion | .10 | 25.00 |
| 10/04/04 | MEF | Appeal - phone with CHM regarding motion to strike - joint appendix | .20 | 50.00 |
| 10/04/04 | MEF | Appeal - multiple emails regarding supplemental appendix | .30 | 75.00 |
| 10/04/04 | MEF | Appeal - phone with CHM regarding letter to K. Glaum | .10 | 25.00 |
| 10/04/04 | MEF | Appeal - finalize letter to K. Glaum | .20 | 50.00 |
| 10/04/04 | MEF | Appeal - finalize revised principal brief | 2.60 | 650.00 |
| 10/04/04 | MEF | Appeal - prepare certificate of service regarding Glaum letter | .20 | 50.00 |
| 10/04/04 | MEF | Appeal - email from M. Sprague regarding draft joint motion regarding Joint Appendix and supplemental appendix | .10 | 25.00 |

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                          Page      6
INVOICE NO.             25568


10/04/04 MEF  Receipt and review Notice of Electronic Filing      .10    25.00
              regarding order granting ECARG's request for
              extension of time to file petition

10/04/04 MEF  Receipt and review Notice of Electronic Filing      .10    25.00
              regarding hearing on ICO's petition

10/04/04 MEF  Receipt and review Notice of Electronic Filing      .10    25.00
              regarding ICO fee petition

10/04/04 MEF  Appeal - phones with K. Millian regarding           .30    75.00
              jurisdiction, appearance of counsel, corporate
              disclosures

10/04/04 MEF  Appeal - fax to K. Millian regarding new appeal     .10    25.00
              information from court

10/04/04 LF   Assist in preparation and filing of principal      4.70   423.00
              brief

10/05/04 MEF  Appeal - receipt and review fax from L. Thomas      .10    25.00
              to A. Laws regarding appearance of counsel and
              corporate disclosures

10/05/04 MEF  Appeal - receipt and review appearance of           .20    50.00
              counsel and corporate disclosure for plaintiffs

10/05/04 MEF  Appeal - receipt and review ICO's response to       .20    50.00
              K. Glaum's 9/23/04 letter

10/05/04 MEF  Appeal - receipt and review letter from            .20    50.00
              Honeywell to A. Laws regarding scheduling of
              oral argument

10/05/04 MEF  Appeal - receipt and review letter from T.          .30    75.00
              Milch to M. Waldron regarding response to K.
              Glaum 9/23/04 letter

10/05/04 MEF  Appeal - receipt and review letter from J.          .10    25.00
              Brody to A. Laws regarding appearance of
              counsel and corporate disclosures

10/05/04 MEF  Appeal - receipt and review Honeywell               .30    75.00
              appearance of counsel, corporate disclosure and
              summary of the case

10/05/04 MEF  Appeal - receipt and review Honeywell Motion to     .40   100.00
              Supplement previous declaration filed in
              connection with stay motion

10/05/04 MEF  Appeal - phone with CHM regarding Honeywell         .10    25.00
              motion to supplement

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.                   734680                     Page      7
INVOICE NO.                  25568

10/05/04 MEF Appeal - phone with CHM regarding motion to      .10    25.00
             strike

10/06/04 MEF Appeal - receipt and review letter from J.       .10    25.00
             Brody to A. Laws regarding principal and reply
             brief of Honeywell

10/06/04 MEF Appeal - receipt and review letter from J.       .10    25.00
             Brody to A. Laws regarding motion regarding
             corrected appendix and supplemental appendix

10/06/04 MEF Appeal - receipt and review joint motion         .20    50.00
             regarding corrected appendix and supplemental
             appendix

10/06/04 MEF Appeal - receipt and review letter from K.       .10    25.00
             Millian to A. Laws regarding plaintiff's
             principal brief

10/07/04 JMA Appeal - Review of and comments to Grace Motion  .70   262.50
             to Strike Portions of Honeywell Appendix

10/07/04 JMA Receipt and review email from T. Pasuit re:      .10    37.50
             Special Master meeting

10/07/04 JMA Phone - T. Pasuit re: Special Master meeting     .10    37.50

10/07/04 JMA Review Settlement File and title documents re:  1.00   375.00
             conveyance to Honeywell

10/07/04 JMA Conference with LSM re: transfer of title to     .40   150.00
             Honeywell

10/07/04 JMA Phone - L. Walsh's secretary                     .10    37.50

10/07/04 JMA Appeal - letter to R. Senftleben and A. Nagy     .20    75.00
             with Grace Principal Brief with Joint Appendix
             citations

10/07/04 JMA Phone - CHM re: meeting with Special Master      .30   112.50

10/07/04 JMA Phone - CHM re: settlement issues - bankruptcy   .30   112.50
             motion

10/07/04 MEF Appeal - review and comment to draft joint       .40   100.00
             motion to strike portions of the deferred joint
             appendix

10/07/04 MEF Appeal - email to CHM and WFH regarding draft    .20    50.00
             joint motion to strike

10/07/04 MEF Appeal - phone with CHM regarding draft motion   .10    25.00
             to strike

W.R. GRACE & COMPANY                                         November 5, 2004
Client No.                734680                    Page      8
INVOICE NO.               25568

10/07/04 LSM Review Settlement Agreement and deeds              1.00    160.00

10/07/04 LSM Memo to JMA                                         .30     48.00

10/07/04 RCS Telephone call to JCPB regarding October           .20     45.00
             meetings.

10/07/04 LF  Conference with JMA regarding conveyance           .40     36.00
             documents

10/08/04 JMA Appeal - review and revise Joint Motion to         .50    187.50
             Strike

10/08/04 JMA Appeal - phone - CHM re: Joint Motion to Strike    .30    112.50
             Honeywell Appendix Documents

10/08/04 JMA Conference with MEF re: Joint Motion to Strike     .40    150.00

10/08/04 JMA Conference with MEF re: revise Joint Motion to    1.00    375.00
             Strike

10/08/04 MEF Appeal - conference with JMA regarding           1.00    250.00
             revisions to joint motion to strike

10/08/04 MEF Appeal - revise joint motion to strike portions   .80    200.00
             of DJA

10/08/04 MEF Appeal - email to K. Millian, CHM, WFH            .20     50.00
             regarding draft joint motion to strike

10/08/04 MEF Appeal - phone conference with JMA regarding      .40    100.00
             revisions to joint motion to strike

10/08/04 LSM Telephone call title company regarding Mansion   2.00    320.00
             Tax Affidavit

10/09/04 JMA Appeal - receipt and review letter from J.        .10     37.50
             Brody to Clerk with Honeywell Principal Reply
             Brief with "JA" cites

10/09/04 JMA Appeal - receipt and review letter from J.        .10     37.50
             Brody to Clerk re: Joint Motion corrected and
             Supplemental Appendix

10/09/04 JMA Appeal - receipt and review Joint Motion re:      .30    112.50
             corrected and supplemental appendix

10/09/04 JMA Appeal - receipt and review letter from K.        .10     37.50
             Millian to Clerk with ICO Principal Brief with
             "JA" cites

10/09/04 JMA Receipt and review notice of electronic filing    .10     37.50
             re: Special Master status report

W.R. GRACE & COMPANY                              November 5, 2004
Client No.               734680                   Page      9
INVOICE NO.              25568

10/09/04 JMA Receipt and review 8th status report from      .40   150.00
             Special Master

10/09/04 JMA Receipt and review email from CHM re: Proposed  .10    37.50
             Bankruptcy Order

10/09/04 JMA Receipt and review revised draft of Bankruptcy  .20    75.00
             Order

10/09/04 JMA Receipt and review emails re: NJDOT Driveway    .20    75.00
             Access Permits

10/09/04 JMA Receipt and review letter from M. Daneker to L. .10    37.50
             Walsh with variance applications

10/09/04 JMA Receipt and review letter from Dugan firm to    .20    75.00
             Jersey City with variance application (60-80
             Kelly Street)

10/09/04 JMA Receipt and review letter from C. Pravlick to   .10    37.50
             Clerk re: fees on fees

10/09/04 JMA Receipt and review ICO Notice of Motion re:     .20    75.00
             fees on fees

10/09/04 JMA Receipt and review ICO fees on fees application .40   150.00

10/11/04 JMA Appeal - receipt and review ICO letter re:      .30   112.50
             jurisdictional issue (fee appeal)

10/11/04 JMA Appeal - receipt and review ICO appearance of   .20    75.00
             counsel and corporate disclosure form (fee
             appeal)

10/11/04 JMA Appeal - receipt and review letter from T.      .40   150.00
             Milch to Clerk re: Honeywell position on
             jurisdictional issue

10/11/04 JMA Appeal - receipt and review letter from T.      .20    75.00
             Milch to Clerk re: scheduling oral argument
             (main appeal)

10/11/04 JMA Appeal - receipt and review letter from M.      .10    37.50
             Sprague to Clerk

10/11/04 JMA Appeal - receipt and review Honeywell motion to  .20    75.00
             supplement record re: stay application

10/11/04 JMA Appeal - receipt and review Supplemental        .30   112.50
             Declaration of W. Cunningham

10/11/04 JMA Appeal - receipt and review letter from L.      .10    37.50
             Thomas to Clerk (fee appeal)

W.R. GRACE & COMPANY                                November 5, 2004
Client No.              734680              Page    10
INVOICE NO.             25568


10/11/04 JMA Receipt and review email re: Special Master       .10    37.50
             meeting

10/11/04 JMA Receipt and review email from R. Senftleben       .10    37.50

10/11/04 JMA Phone - R. Senftleben re: bankruptcy motion       .20    75.00

10/11/04 JMA Phone - M. Daneker's secretary                    .10    37.50

10/11/04 JMA Receipt and review letter from D. Cantor to       .20    75.00
             Judge Cavanaugh

10/11/04 JMA Receipt and review proposed Scheduling Order -    .10    37.50
             ICO fees on fees

10/11/04 MEF Appeal - additional revisions to joint motion     .20    50.00
             to strike (DJA)

10/11/04 MEF Appeal - email to K. Millian regarding            .20    50.00
             additional revisions to joint motion to strike
             (DJA)

10/11/04 MEF Appeal - email from B. Hughes regarding joint     .10    25.00
             motion to strike

10/12/04 JMA Receipt and review memo from K. Brown re:         .30   112.50
             weekly conference call

10/12/04 JMA Receipt and review email from A. Nagy re: real    .10    37.50
             estate taxes (11/1/04)

10/12/04 JMA Appeal - receipt and review Third Circuit Order   .20    75.00
             re: exhibits, minuscript and supplemental
             appendix motions

10/12/04 JMA Appeal - receipt and review letter from J.        .10    37.50
             Brody to Clerk re: briefing schedule (RCRA fee
             appeal)

10/12/04 JMA Receipt and review letter from K. Millian to D.   .20    75.00
             Cantor re: ICO fees on fees application

10/12/04 JMA Receipt and review email from M. Daneker and      .30   112.50
             Notice of Public Hearing (60-80 Kellogg)

10/12/04 JMA Phone - CHM re: pre-closing items                 .40   150.00

10/12/04 JMA Phone - R. Senftleben re: closing information     .40   150.00

10/12/04 JMA Receipt and review email from R. Senftleben       .20    75.00
             with Certification of No Objection (Honeywell
             Settlement)

W.R. GRACE & COMPANY                          November 5, 2004
Client No.              734680                Page      11
INVOICE NO.             25568


10/12/04 JMA Receipt and review email from T. Pasuit re:        .10    37.50
             Special Master Meeting

10/12/04 MEF Review CNO regarding Motion for an Order           .10    25.00
             Approving a Settlement Agreement with Honeywell

10/12/04 MEF Appeal - receipt and review order regarding        .30    75.00
             granting motion to file videotape and to lodge
             oversized exhibits in separate binders,
             referring the motion to file minuscript to the
             motions panel and granting motion to file
             replacement and supplemental appendix

10/12/04 LSM Conference with JMA regarding pre-closing          .30    48.00
             issues

10/12/04 RCS Meeting with John Agnello, Esq. regarding JCPB     .20    45.00
             meetings.

10/12/04 RCS Telephone call to Barbara Payne at JCPB           .20    45.00
             regarding Honeywell Application.

10/13/04 JMA Conference with RCS re: Honeywell variance         .20    75.00
             application re: Kellogg Street property

10/13/04 JMA Phone - CHM re: Honeywell variance application     .20    75.00

10/13/04 MEF Appeal - receipt and review letter from B.         .10    25.00
             Hughes to A. Laws regarding joint motion to
             strike

10/13/04 MEF Appeal - review joint motion to strike portions    .30    75.00
             of the DJA

10/13/04 MEF Appeal - voice mail - B. Hughes regarding joint    .10    25.00
             motion to strike

10/13/04 MEF Appeal - email from B. Hughes regarding motion     .10    25.00
             to strike

10/13/04 RCS Telephone call to Claire at JCBA regarding         .20    45.00
             calendar.

10/13/04 RCS Meeting with John Agnello, Esq. regarding JCBA     .10    22.50
             meeting.

10/14/04 JMA Phone - CHM re: transfer of title                 .30   112.50

10/14/04 JMA Phone - R. Senftleben re: Bankruptcy Order         .10    37.50

10/14/04 JMA Phone - J. Klock's secretary                      .10    37.50

| Date | | | | |
|---|---|---|---|---|
| 10/14/04 | JMA | Phone - M. Daneker re: driveway access permit issue | .20 | 75.00 |
| 10/14/04 | JMA | Phone - CHM re: permit, transfer of title issues | .30 | 112.50 |
| 10/14/04 | JMA | Phone - J. Klock and R. Bershad re: closing documents | .20 | 75.00 |
| 10/14/04 | JMA | Phone - R. Senftleben, CHM, J. Baer re: Amended Bankruptcy Order | .30 | 112.50 |
| 10/14/04 | JMA | Prepare Amended Bankruptcy Order | .40 | 150.00 |
| 10/14/04 | JMA | Phone - CHM and R. Senftleben re: closing and Bankruptcy Order | .50 | 187.50 |
| 10/14/04 | JMA | Phone - CHM re: Bankruptcy Order | .20 | 75.00 |
| 10/14/04 | JMA | Receipt and review Bankruptcy Order | .20 | 75.00 |
| 10/14/04 | JMA | Review file re: contents of Bankruptcy Order | .50 | 187.50 |
| 10/14/04 | JMA | Phone - R. Senftleben re: Bankruptcy Order | .50 | 187.50 |
| 10/14/04 | JMA | Conference with LSM re: closing documents | .20 | 75.00 |
| 10/14/04 | LSM | Prepare closing documents | 1.60 | 256.00 |
| 10/14/04 | LSM | Conference with JMA regarding closing documents | .20 | 32.00 |
| 10/14/04 | LF | Phone conference with all parties' representatives and JCMUA and JCIA representatives regarding JCMUA and JCIA Access Agreements, Job Fair by HW and Medical Fund | 1.00 | 90.00 |
| 10/15/04 | JMA | Review post judgment interest Statute | .30 | 112.50 |
| 10/15/04 | JMA | Conference with LSM re: Honeywell Title Commitment | .30 | 112.50 |
| 10/15/04 | JMA | Letter to A. Nagy and R. Senftleben with Title Commitment | .10 | 37.50 |
| 10/15/04 | JMA | Receipt and review letter from J. Stewart re: supersedeas bond | .30 | 112.50 |
| 10/15/04 | JMA | Receipt and review revised supersedeas bond documents | .60 | 225.00 |
| 10/15/04 | JMA | Letter to CHM and R. Senftleben re: Amended Order - Bankruptcy | .20 | 75.00 |

W.R. GRACE & COMPANY                                November 5, 2004
Client No.              734680                      Page      13
INVOICE NO.             25568

| | | | |
|---|---|---|---|
| 10/15/04 JMA | Phone - J. Stewart | .20 | 75.00 |
| 10/15/04 JMA | Phone - CHM re: Amended Bankruptcy Order, documents for closing | .40 | 150.00 |
| 10/15/04 JMA | Revisions to Amended Bankruptcy Order | .30 | 112.50 |
| 10/15/04 JMA | Receipt and review letter from R. Bershad | .20 | 75.00 |
| 10/15/04 LSM | Review and comments to Honeywell title commitment | 1.30 | 208.00 |
| 10/15/04 LSM | Conference with JMA regarding Honeywell Title Commitment | .30 | 48.00 |
| 10/15/04 JAK | Researched and confirmed post-judgment interest rate | .40 | 64.00 |
| 10/16/04 JMA | Receipt and review letter from H. Fahy with Honeywell Progress Report No. 17 | .40 | 150.00 |
| 10/16/04 JMA | Receipt and review notice of electronic filing and Scheduling Order re:  ICO fees on fees application | .20 | 75.00 |
| 10/16/04 JMA | Appeal - receipt and review Order re: use of minuscripts in Appendix | .10 | 37.50 |
| 10/16/04 JMA | Receipt and review letter from L. Walsh to M. Daneker re: 100% Design Report | .30 | 112.50 |
| 10/16/04 JMA | Receipt and review email from CHM to J. Baer with Amended Order | .10 | 37.50 |
| 10/16/04 JMA | Receipt and review email from J. Baer re: Amended Order | .10 | 37.50 |
| 10/16/04 JMA | Receipt and review memo from K. Brown re: weekly conference call | .30 | 112.50 |
| 10/18/04 JMA | Phone - CHM re: closing | .30 | 112.50 |
| 10/18/04 JMA | Review of and comments to Honeywell Title Commitment | 1.60 | 600.00 |
| 10/18/04 JMA | Receipt and review memo from LSM re: information for transferring title | .40 | 150.00 |
| 10/18/04 JMA | Review of and comments to Deed, Affidavit of Title, Corporate Resolution | 1.00 | 375.00 |
| 10/18/04 JMA | Conference with LSM re: revisions to Deed, Affidavit of Title, Corporate Resolution | 1.20 | 450.00 |

W.R. GRACE & COMPANY                                November 5, 2004
Client No.              734680              Page     14
INVOICE NO.             25568


10/18/04 JMA  Review reported Decision re: proper language      .50    187.50
              for Affidavit of Title

10/18/04 JMA  Receipt and review email from R. Senftleben       .10     37.50
              with wire instructions

10/18/04 JMA  Receipt and review email from L. Heller re:       .10     37.50
              real estate taxes

10/18/04 JMA  Letter to R. Bershad with copies of Bankruptcy    .40    150.00
              Motion papers and Order re: transfer of title

10/18/04 JMA  Phone - CHM re: application to dismiss in         .30    112.50
              District Court

10/18/04 JMA  Phone - CHM re: real estate taxes                 .10     37.50

10/18/04 JMA  Appeal - receipt and review letter from Clerk     .20     75.00
              of Third Circuit re: oral argument dates

10/18/04 JMA  Appeal - phone - CHM re: oral argument            .20     75.00

10/18/04 JMA  Appeal - letter to Clerk re: oral argument with   .20     75.00
              completed form

10/18/04 JMA  Appeal - letter to R. Senftleben re: oral         .10     37.50
              argument

10/18/04 JMA  Phone - counsel for Special Master                .20     75.00

10/18/04 JMA  Receipt and review letter from J. Stewart to      .20     75.00
              Judge Cavanaugh

10/18/04 JMA  Receipt and review final supersedeas bond and     .30    112.50
              Order approving supersedeas bond

10/18/04 JMA  Phone - J. Stewart's office re: supersedeas       .10     37.50
              bond

10/18/04 JMA  Receipt and review letter from CHM to T. Milch    .30    112.50
              with wire instructions and Grace authorization

10/18/04 JMA  Receipt and review email from H. Hall re:         .10     37.50
              sediments

10/18/04 JMA  Receipt and review letter from M. Daneker to      .20     75.00
              Special Master re: Zoning Board Hearing

10/18/04 JMA  Receipt and review ICO comments to 100% Design    .40    150.00
              Report

10/18/04 MEF  Review letter from R. Bershad regarding           .10     25.00
              documents necessary for review

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                    Page      15
INVOICE NO.             25568

10/18/04 MEF Compile title company's request for documents    .40    100.00

10/18/04 MEF Emails from L. Heller regarding CBBG invoices     .20     50.00

10/18/04 MEF Emails to L. Heller regarding CBBG invoices       .20     50.00

10/18/04 MEF Revise and update chart of fees and expenses      .40    100.00

10/18/04 LSM Revise deed, affidavit of title and corporate    1.70    272.00
             resolution

10/18/04 LSM Conference with JMA regarding revisions to       1.20    192.00
             Deed, Affidavit of Title and Corporate
             Resolution

10/19/04 JMA Revise letter re: open items re: transfer of      .60    225.00
             title

10/19/04 JMA Conference with LSM re: transfer of title         .70    262.50
             requirements

10/19/04 JMA Phone - CHM re: transfer of title issues          .40    150.00

10/19/04 JMA Phone - R. Senftleben re: transfer of title       .30    112.50
             issues

10/19/04 JMA Letter to clients and CHM re: open items re:     1.20    450.00
             transfer of title

10/19/04 JMA Review and revise Deed, Affidavit of Title,      1.70    637.50
             Affidavit of Consideration, Corporate
             Resolution, FIRPTA Certification

10/19/04 JMA Review and execute Fourteenth Quarterly Fee       .40    150.00
             Application

10/19/04 JMA Receipt and review email from R. Senftleben re:   .20     75.00
             closing information

10/19/04 MEF Appeal - receipt and review order granting        .10     25.00
             motion regarding leave to file minuscripts

10/19/04 MEF Phone with M. Sprague regarding district court    .20     50.00
             motion; advice to 3rd Circuit; letters to 3rd
             Circuit

10/19/04 MEF Phones with CHM regarding M. Sprague              .20     50.00
             conversation

10/19/04 LSM Modify documents regarding transfer of title     1.00    160.00

10/19/04 LSM Conference with JMA regarding transfer of title   .70    112.00
             requirements

W.R. GRACE & COMPANY                           November 5, 2004
Client No.              734680                  Page     16
INVOICE NO.             25568

10/20/04 JMA Email to A. Nagy, et al re: title transfer        .20      75.00
             documents

10/20/04 JMA Phone - A. Nagy, R. Senftleben re: execution of   .40     150.00
             title documents

10/20/04 JMA Phone - A. Nagy, R. Senftleben, B. McGowan re:    .20      75.00
             wire transfer and execution of title documents

10/20/04 JMA Conference with LSM re: transfer of title         .30     112.50
             issues

10/20/04 JMA Review reported Decision re: 11/20/86 Agreement   .50     187.50
             and transfer to ECARG

10/20/04 JMA Conference with CHM re: mechanics of closing      .60     225.00

10/20/04 JMA Conference with LSM re: form of documents         .50     187.50

10/20/04 JMA Phone - R. Senftleben, B. McGowan re: execution   .30     112.50
             of documents

10/20/04 JMA Revise documents for transfer of title           .50     187.50

10/20/04 JMA Phone - R. Senftleben and CHM re: form of         .20      75.00
             Amended Order - Bankruptcy

10/20/04 JMA Conference with LSM re: escrow items              .30     112.50

10/20/04 JMA Receipt and review email from R. Bershad re:      .20      75.00
             real estate tax adjustment

10/20/04 JMA Letter to R. Bershad with documents requested     .40     150.00
             by title company

10/20/04 JMA Review trial evidence re: 11/26/86 Agreement     1.20     450.00
             required by title company

10/20/04 JMA Revise Deed and Affidavit of Title per title      .50     187.50
             company requirements

10/20/04 JMA Phone - R. Senftleben, CHM and B. McGowan re:     .30     112.50
             escrow amounts and open items for closing

10/20/04 JMA Receipt and review notice of agenda matters for   .30     112.50
             10/25/04 re: Amended Bankruptcy Order

10/20/04 JMA Receipt and review title commitment endorsement   .70     262.50

10/20/04 JMA Receipt and review email from R. Bershad re:      .20      75.00
             open closing items

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                          Page      17
INVOICE NO.             25568


10/20/04 JMA Phone - R. Senftleben and CHM re: open closing      .50    187.50
             items

10/20/04 JMA Phone - A. Nagy's secretary                         .10     37.50

10/20/04 JMA Conference with LSM and CHM re: open items for      .60    225.00
             closing

10/20/04 JMA Phone - R. Bershad, A. Wall, title officer,        1.00    375.00
             LSM, CHM re: open items for closing

10/20/04 JMA Receipt and review letter from M. Caffrey to        .30    112.50
             Judge Cavanaugh with Affidavit of Justification
             for supersedeas bond

10/20/04 JMA Receipt and review email from S. Graham re:         .10     37.50
             paving plan

10/20/04 JMA Receipt and review Honeywell paving plan for        .50    187.50
             western portion of SA7

10/20/04 JMA Receipt and review letter from M. Daneker to        .10     37.50
             Judge Cavanaugh re: Special Master's 16th Fee
             Application

10/20/04 JMA Receipt and review Jersey City Zoning Board         .10     37.50
             notice of 10/21/04 meeting

10/20/04 MEF PACER Search - regarding amended order on           .30     75.00
             settlement

10/20/04 MEF Review Amended Agenda for 10/25/04 hearing          .20     50.00

10/20/04 MEF Review documents regarding tax assessments          .70    175.00
             2000/2001

10/20/04 LSM Review documents and title amendment               .50     80.00

10/20/04 LSM Conference with JMA regarding form of documents    .50     80.00

10/20/04 LSM Compute tax adjustments                            .50     80.00

10/20/04 LSM Review revisions of documents                      .50     80.00

10/20/04 LSM Telephone calls Annette Wall, Esq. regarding       .50     80.00
             tax liens, adjustments, documents

10/20/04 LSM Conference with JMA regarding escrow items         .30     48.00

10/20/04 LSM Conference with JMA and CHM regarding open         .60     96.00
             items for closing

W.R. GRACE & COMPANY                          November 5, 2004
Client No.              734680         Page      18
INVOICE NO.             25568

10/20/04 LSM Phone - R. Bershad, A. Wall, title officer,     1.00    160.00
             JMA, CHM regarding open items for closing

10/20/04 RCS Telephone call to JCBA regarding agenda.         .20     45.00

10/20/04 RCS Receipt and review of JCBA agenda.               .20     45.00

10/21/04 JMA Letter to R. Bershad re: escrow                  .40    150.00

10/21/04 JMA Phone - R. Senftleben re: transfer of title      .20     75.00

10/21/04 JMA Phone - A. Nagy re: transfer of title            .20     75.00

10/21/04 JMA Review of and comments to Settlement Statement   .30    112.50

10/21/04 JMA Conference with LSM re: satisfaction of State    .20     75.00
             of New Jersey Judgment

10/21/04 JMA Conference with LSM re: disbursements of         .20     75.00
             $60,000 from trust account

10/21/04 JMA Phone - CHM re: status of transfer of title      .30    112.50
             transaction

10/21/04 JMA Phone - R. Bershad re: settlement funds          .20     75.00

10/21/04 JMA Receipt and review email from R. Bershad re:     .20     75.00
             settlement funds

10/21/04 JMA Email to clients re: settlement funds            .20     75.00

10/21/04 JMA Phone - A. Nagy re: settlement funds             .20     75.00

10/21/04 JMA Revisions to escrow letter and letter enclosing  .30    112.50
             title documents and checks

10/21/04 JMA Execute Deed, Settlement Statement, trust        .40    150.00
             checks and letter to R. Bershad

10/21/04 JMA Phone - R. Bershad                               .20     75.00

10/21/04 JMA Letter to A. Nagy and R. Senftleben re transfer  .20     75.00
             of title

10/21/04 JMA Receipt and review escrow letter executed by R.  .10     37.50
             Bershad

10/21/04 JMA Phone - R. Senftleben re: settlement funds       .20     75.00

10/21/04 JMA Phone - R. Senftleben re: settlement funds       .10     37.50

10/21/04 JMA Phone - CHM re: settlement funds                 .20     75.00

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.            734680                            Page    19
INVOICE NO.           25568


10/21/04 JMA Receipt and review email from R. Bershad re:      .20    75.00
             wire transfer

10/21/04 JMA Email to clients re: wire transfer               .20    75.00

10/21/04 JMA Phone - A. Nagy re: wire transfer                .20    75.00

10/21/04 JMA Phone - R. Senftleben re: wire transfer          .10    37.50

10/21/04 JMA Receipt and review email from R. Bershad re:     .20    75.00
             confirmation of transfer of funds

10/21/04 JMA Email to clients re:confirmation of transfer of  .20    75.00
             funds

10/21/04 JMA Email to R. Bershad re: releasing documents      .20    75.00

10/21/04 JMA Phone - CHM re: completion of transfer of funds  .30   112.50

10/21/04 JMA Phone - R. Senftleben re: completion of funds    .20    75.00
             transfer

10/21/04 JMA Letter to counsel for Special Master             .40   150.00

10/21/04 JMA Phone - counsel for Special Master               .30   112.50

10/21/04 JMA Phone - A. Nagy re: completion of title          .20    75.00
             transfer and Special Master meeting

10/21/04 JMA Phone - R. Senftleben re: final title documents  .20    75.00

10/21/04 JMA Phone -  A. Nagy re: final title documents       .10    37.50

10/21/04 JMA Receipt and review executed title documents      .40   150.00
             form A.Nagy

10/21/04 JMA Review revisions to Settlement Statement         .30   112.50

10/21/04 JMA Letter to R. Bershad re: title documents and     .40   150.00
             checks due from ECARG

10/21/04 LSM Conferences with JMA regarding documents        1.00   160.00

10/21/04 LSM Telephone calls Annette Walls regarding closing  .50    80.00
             statement

10/21/04 LSM Final document revision                          .50    80.00

10/21/04 LF  Deliver settlement documents to Gibbons DelDeo  1.50   135.00

10/21/04 CC  Phone call Division of Taxation                  .50    45.00

10/21/04 CC  Letter to Division of Taxation                   .50    45.00

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                          Page      20
INVOICE NO.             25568


10/22/04 JMA Appeal - receipt and review letter from J.        .10    37.50
             Brookner to Clerk

10/22/04 JMA Appeal - receipt and review oral argument form    .10    37.50
             - Jersey City Amicus - M. Gordon

10/22/04 JMA Receipt and review Honeywell oral argument form   .10    37.50
             - R. Taranto

10/22/04 JMA Receipt and review letter from B. Hughes to       .10    37.50
             Clerk

10/22/04 JMA Receipt and review Joint Motion to strike         .30   112.50
             documents from Appendix

10/22/04 JMA Receipt and review email from S. Graham           .10    37.50

10/22/04 JMA Receipt and review letter from H. Fahy to Louis   .20    75.00
             Berger Group with Hydroqual response to Dr.
             Ross memo

10/22/04 JMA Receipt and review letter from R. Bershad with    .20    75.00
             executed Settlement Statement and escrow letter

10/22/04 JMA Receipt and review letter from L. Thomas to       .20    75.00
             Jersey City Planner

10/22/04 JMA Phone - CHM re: contents of Joint Appendix with   .40   150.00
             Honeywell to dismiss District Court proceedings

10/22/04 JMA Phone - K. Millian and CHM re: Special Master     .30   112.50
             meeting

10/22/04 JMA Receipt and review letter from K. Millian re:     .10    37.50
             Honeywell Progress Report No. 17

10/22/04 JMA Receipt and review comments of B. Bell to         .20    75.00
             Honeywell Progress Report No. 17

10/22/04 JMA Receipt and review email from K. Millian re:      .10    37.50
             IRMs

10/22/04 JMA Receipt and review letter from K. Millian to      .30   112.50
             Special Master with Dr. Ross comments re: IRMs

10/22/04 JMA Receipt and review email from K. Millian re:      .10    37.50
             Groundwater Investigation Schedule

10/22/04 JMA Receipt and review letter from K. Millian to      .40   150.00
             Special Master with Dr. Ross comments re:
             Groundwater Investigation Schedule

W.R. GRACE & COMPANY                                    November 5, 2004
Client No.              734680                          Page     21
INVOICE NO.             25568


10/22/04 JMA  Receipt and review letter from Louis Berger      .10    37.50
              Group to Honeywell re: sediment and groundwater

10/22/04 JMA  Receipt and review memo from LSM re: N.J.        .20    75.00
              Judgment vs. ECARG

10/22/04 MEF  Phone with Manny at 3rd Circuit regarding two    .20    50.00
              attorneys included on oral argument form

10/22/04 LSM  Telephone call Division of Taxation regarding    .30    48.00
              Judgment

10/23/04 JMA  Receipt and review letter from J. Brody to       .10    37.50
              Clerk

10/23/04 JMA  Receipt and review Honeywell opposition to       .30   112.50
              Joint Motion to strike documents

10/23/04 JMA  Receipt and review Honeywell Quarterly           .30   112.50
              Groundwater Memo

10/25/04 JMA  Receipt and review email from R. Bershad with    .30   112.50
              Deed recording information from title company

10/25/04 JMA  Letter to clients with executed Settlement       .20    75.00
              Statement and escrow letter

10/25/04 JMA  Email to clients with Deed recording             .20    75.00
              confirmation

10/25/04 JMA  Phone - CHM re: N.J. Judgment vs. ECARG          .10    37.50

10/25/04 JMA  Phone - R. Senftleben re: N.J. Judgment vs.      .10    37.50
              ECARG

10/25/04 JMA  Receipt and review email from CHM to M. Sprague  .10    37.50
              with Grace letter to Third Circuit

10/25/04 JMA  Email to M. Sprague with Grace revisions to      .20    75.00
              Joint Filings

10/25/04 JMA  Appeal - receipt and review ICO oral argument    .10    37.50
              form - K. Millian

10/25/04 JMA  Appeal - phone - CHM re: joint notice to Third   .30   112.50
              Circuit

10/25/04 JMA  Phone - CHM re: notice of joint motion,          .60   225.00
              Declaration of D. Field, proposed Order

10/25/04 JMA  Revise Joint Motion, Field Declaration,          .70   262.50
              proposed Order, Certificate of Service

W.R. GRACE & COMPANY                                  November 5, 2004
Client No.                734680                      Page      22
INVOICE NO.               25568


10/25/04 JMA Appeal - revise Joint Notice to Third Circuit      .30     112.50

10/25/04 JMA Review of and comments to Joint Motion to         1.50     562.50
             Dismiss, Field Declaration, proposed Order,
             Certificate of Service

10/25/04 JMA Appeal - review of and comments to Joint Notice    .60     225.00
             of Settlement

10/25/04 JMA Receipt and review email from M. Sprague re:       .20      75.00
             joint filings re: dismissal

10/25/04 JMA Receipt and review email from CHM re: joint        .10      37.50
             filings

10/25/04 JMA Appeal - receipt and review draft of Grace         .20      75.00
             letter to Third Circuit

10/26/04 JMA Receipt and review email from M. Sprague re:       .10      37.50
             joint filings

10/26/04 JMA Phone - CHM re: open issues re: joint filings      .30     112.50

10/28/04 JMA Review of and comments to Honeywell revisions     1.00     375.00
             to Joint Application

10/28/04 JMA Phone - CHM re:Honeywell revisions                 .30     112.50

10/28/04 JMA Phone - CHM and M. Sprague re: Honeywell           .40     150.00
             revisions

10/28/04 JMA Phone - CHM re: Honeywell revisions to joint       .40     150.00
             filing

10/28/04 JMA Receipt and review email from M. Sprague re:       .20      75.00
             Honeywell revisions

10/28/04 JMA Phone - M. Sprague and CHM re: Honeywell           .20      75.00
             revisions

10/28/04 LSM Correspondence Bershad, title company regarding    .40      64.00
             judgment escrow release

10/29/04 JAB Telephone call with Schlossberg; telephone call    .40     150.00
             with Lester

10/29/04 JMA Conference with LSM re: State of NJ judgment       .20      75.00

10/29/04 JMA Receipt and review letter from LSM to R.           .20      75.00
             Bershad

10/29/04 JMA Letter to A. Nagy and R. Senftleben               .20      75.00

W.R. GRACE & COMPANY                      November 5, 2004
Client No.          734680                Page    23
INVOICE NO.         25568


10/29/04 JMA Receipt and review email from CHM to M. Sprague   .10    37.50
             re: joint applications

10/29/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Order approving Supersedeas Bond

10/29/04 JMA Receipt and review Order approving Supersedeas    .20    75.00
             Bond executed by Judge Cavanaugh

10/29/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Order approving Special Master Fees (16th
             Application)

10/29/04 JMA Receipt and review Order approving Special        .20    75.00
             Master's fees (16th Application)

10/29/04 JMA Receipt and review email from R. Senftleben       .10    37.50

10/29/04 JMA Receipt and review executed Amended Order -       .20    75.00
             Bankruptcy

10/29/04 JMA Receipt and review notice of electronic filing    .10    37.50
             re: Affidavit of Justification - Supersedeas
             Bond

10/29/04 JMA Receipt and review filed Affidavit of            .10    37.50
             Justification

10/29/04 JMA Receipt and review K. Millian letter with        .20    75.00
             Revised Work Plan Schedule -
             Groundwater/Sediments

10/29/04 LSM Conference with JMA regarding State of NJ         .20    32.00
             Judgment


**Fee Applications, Applicant**

10/07/04 MEF Fee Application - review September fee detail    1.00   250.00

10/07/04 MEF Fee Application - begin preparing 31st fee        .50   125.00
             application

10/08/04 JMA Fee Application - review and execute Carella      .60   225.00
             Byrne 31st Monthly Fee Application

10/08/04 MEF Fee Application - review revised fee detail for   .50   125.00
             September

10/08/04 MEF Fee Application - revise 31st monthly fee        1.00   250.00
             application

```
W.R. GRACE & COMPANY                          November 5, 2004
Client No.              734680                Page    24
INVOICE NO.             25568
```

| | | |
|---|---|---|
| 10/08/04 MEF Fee Application - letter to P. Cuniff regarding 31st monthly fee application | .10 | 25.00 |
| 10/08/04 MEF Fee Application - PACER search regarding status of CNO for 30th monthly fee application | .20 | 50.00 |
| 10/12/04 MEF Fee Application - PACER search regarding CNO for 30th application and filing of 31st application | .30 | 75.00 |
| 10/12/04 MEF Fee Application - review CNO for 30th fee application | .20 | 50.00 |
| 10/12/04 MEF Fee Application - begin preparing 14th Quarterly Fee Application | 1.50 | 375.00 |
| 10/13/04 MEF Fee Application - email from/to S. Bossay regarding fee auditor's initial report regarding 13th Quarterly Fee Application | .20 | 50.00 |
| 10/13/04 MEF Fee Application - review fee auditor's initial report regarding 13th Quarterly Fee Application | .30 | 75.00 |
| 10/13/04 MEF Fee Application - begin preparing response to fee auditor's initial report regarding 13th Quarterly Fee Application | 2.40 | 600.00 |
| 10/13/04 MEF Fee Application - email from J. Allgood regarding fee auditor initial report | .10 | 25.00 |
| 10/15/04 MEF Fee Application - revise and finalize response to fee auditor initial report | .40 | 100.00 |
| 10/15/04 MEF Fee Application - letter to Fee Auditor regarding response | .20 | 50.00 |
| 10/18/04 MEF Fee Application - continue working on quarterly fee application | 1.50 | 375.00 |
| 10/18/04 MEF Fee Application - phone with S. Bossay regarding response to initial report | .10 | 25.00 |
| 10/18/04 MEF Fee Application - email to S. Bossay regarding monthly fee details | .10 | 25.00 |
| 10/19/04 MEF Fee Application - revise and finalize 14th Quarterly Fee Application | .70 | 175.00 |
| 10/19/04 MEF Fee Application - letter to P. Cuniff regarding 14th Quarterly Fee Application | .20 | 50.00 |

```
                                              -------------
Total Fees:                                     47,151.00
```

```
W.R. GRACE & COMPANY                          November 5, 2004
Client No.              734680                 Page    26
INVOICE NO.             25568
```

SUMMARY OF FEES:

```
*--------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*   RATE   HOURS              FEES
J A BRODY                       375.00    .40            150.00
J M AGNELLO                     375.00  87.50          32812.50
M E FLAX                        250.00  37.40           9350.00
Laura S Munzer                  160.00  18.90           3024.00
JA KUBERT                       160.00    .40             64.00
RC SCRIVO                       225.00   1.30            292.50
LAURA FLORENCE                   90.00  15.20           1368.00
C CONLIN                         90.00   1.00             90.00
                     TOTALS             162.10          47151.00
```