**E X H I B I T  B**

```
W.R. GRACE & COMPANY                          November 5, 2004
Client No.            734680                   Page     25
INVOICE NO.           25568
```

### Disbursements

**Messenger**

| | | |
|---|---|---|
| 10/08/04 Messenger  MERCURY 10/4 | | 255.00 |
| | SUBTOTAL: | 255.00 |

**Travel Expense**

| | | |
|---|---|---|
| 10/08/04 Travel Expense  L. FLORENCE 9/27 | | 9.00 |
| 10/31/04 Travel Expense L. FLORENCE 10/21 | | 13.63 |
| | SUBTOTAL: | 22.63 |

**Photocopies - Outside**

| | | |
|---|---|---|
| 10/13/04 Photocopies - Outside DOC EXP 10/8 | | 31.16 |
| | SUBTOTAL: | 31.16 |

| | |
|---|---|
| 10/31/04 Photocopies | 685.80 |
| 10/31/04 Faxes | 448.00 |
| 10/31/04 Telephone | 213.61 |
| 10/31/04 Computer Searches | 18.06 |
| 10/31/04 Federal Express | 305.78 |
| 10/31/04 Messenger - In House | 25.00 |
| | ------------- |
| Total Costs | 2,005.04 |
| | ------------- |
| Total Due this Matter | 49,156.04 |
| ============= | |

# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                    )
                                          )        Chapter 11
                                          )
W. R. GRACE & CO. et al.                  )        Case No. 01-01139 (JKF)
                                          )        (Jointly Administered)
                        Debtors.          ) Objection Deadline: Jan.    , 2005 at 4:00p.m.
                                              Hearing Date:    TDB only if necessary

### SUMMARY COVERSHEET TO THIRTY-THIRD MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | November 1, 2004 through November 30, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $8,085.50 period November 1, 2004 through November 30, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $273.07 period of November 1, 2004 through November 30, 2004 |

This is a:                    Monthly interim application

Prior Applications filed:        Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |
| | | | | | |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|---|---|---|---|---|---|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|---|---|---|---|---|---|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Paid | Paid |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Application pending | Application pending |
| 10/04 | 09/01/04 through 09/30/04 | $60,518.00 | $2,976.80 | Application pending | Application pending |
| 11/04 | 10/01/04 through 10/31/04 | $37,912.80 | $2,005.04 | Application pending | Application pending |

As indicated above, this is the thirty-third application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 18.90 | $7,087.50 |
| Melissa E. Flax | Partner | $250 | 3.80 | $950.00 |
| Laura Munzer | Associate | $160 | .30 | $48.00 |

Total Fees             $8,085.50

Total Hours            23.00

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | |
| Westlaw/Pacer | $13.45 |
| Telephone | $40.26 |
| Faxes | $51.00 |
| FedEx | $98.50 |
| Travel | |
| Messenger | $50.00 |
| Additional Staff Time | $74.86 |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| AirPhoto Services | |
| Stationary and Supplies | |
| Returned Witness Fee | ($55.00) |
| | |
| Total | $273.07 |

Dated:  December 10, 2004

**ATTACHMENT B**
**TO FEE APPLICATION**
**(November 1, 2004 through November 30, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 18.90 | $7,087.50 |
| Melissa E. Flax | Partner | $250 | 3.80 | $950.00 |
| Laura Munzer | Associate | $160 | .30 | $48.00 |

| | | |
|---|---|---|
| Grand Total: | | $8,085.50 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $273.07 |
| Fee Applications, Applicant | 4.50 | $1,212.50 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 18.50 | $6,873.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $13.45 |
| Facsimile (with rates) | | $51.00 ($1.00 per page) |
| Long Distance Telephone | | $40.26 |
| In-House Reproduction | | ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $98.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | $50.00 |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | $74.86 |
| Aerial Photographs | | |
| Stationary & Supplies | | . |
| Returned Witness Fee | | ($55.00) |

Dated:  December 10, 2004

# CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

| | | |
|---|---|---|
| CHARLES C. CARELLA | HERBERT M. RINALDI | |
| BRENDAN T. BYRNE | RICHARD K. MATANLE, II | |
| JOHN N. BAIN | DONALD S. BROOKS | |
| JOHN G. GILFILLAN, III | RAYMOND R. SIBERINE | |
| PETER G. STEWART | FRANCIS C. HAND | |
| ELLIOT M. OLSTEIN | AVRAM S. EULE | |
| ARTHUR T. VANDERBILT, II | JOHN A. AZZARELLO | |
| JAN ALAN BRODY | LINDSEY H. TAYLOR | |
| JOHN M. AGNELLO | OF COUNSEL | |
| CHARLES M. CARELLA | | |
| JAMES E. CECCHI | JAMES D. CECCHI (1933-1995) | |
| JAMES T. BYERS | | |
| DONALD F. MICELI | | |
| A. RICHARD ROSS | | |
| KENNETH L. WINTERS | | |
| JEFFREY A. COOPER | | |
| CARL R. WOODWARD, III | | |
| NABIL N. KASSEM | | |
| MELISSA E. FLAX | | |
| DENNIS F. GLEASON | | |
| DAVID G. GILFILLAN | | |
| G. GLENNON TROUBLEFIELD | | |

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

6 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
(973) 994-1700
TELECOPIER (973) 994-1744

RAYMOND J. LILLIE
WILLIAM SQUIRE
BRIAN H. FENLON
MARK D. MILLER
JUSTINE A. NICCOLLAI
ROBERT P. DONOVAN
ALAN J. GRANT*
NICOLA R.J. HADZIOSMANOVIC
JOSEPH N. MINISH
MICHAEL P. PASQUALE
LAURA S. MUNZER
MARC D. MICELI
JENNIFER A. SULLIVAN
RAYMOND E. STAUFFER*
KERRIE R. HESLIN
ROBERT C. SCRIVO
*MEMBER N.Y. BAR ONLY

February 6, 2003

Conti Environmental, Inc.
3001 South Clinton Avenue
South Plainfield, New Jersey 07080

Attn.   John Czapor

Re:   **Interfaith Community Organization v. Honeywell International, Inc., et al.**
**Civil Action No. 95-2097 (DMC)**
**File No. 734680-1**

Dear Mr. Czapor:

Please be advised that, with this letter, I am hereby withdrawing the subpoena that was issued to and served on Conti Environmental, Inc. As such, I ask that you return the witness fee check which you received with the subpoena to my attention in the enclosed, self-addressed stamped envelope.

Thank you for your cooperation.

Very truly yours,

CARELLA, BYRNE, BAIN, GILFILLAN,
CECCHI, STEWART & OLSTEIN

MELISSA E. FLAX

MEF
Enclosure
cc:   Christopher H. Marraro, Esq.

Conti Environment
& Infrastructure, Inc.
One Cragwood Road
South Plainfield NJ 07080
Co: 00003

CARELLA, BYRNE, BAIN &
GILFILLAN
6 BECKER FARM ROAD
ROSELAND, NJ 07068-1739
Vendor: 4758

Check  102933    11/16/04

Page  1 of    1

| Invoice Number | Date | Description | Job | PO Number | Gross Amt | Discount | Net Amount |
|---|---|---|---|---|---|---|---|
| 21403 | 11/15/04 | Replacement Check | | | 55.00 | | 55.00 |

| Check  102933 | Conti Environment | Check Total | 55.00 | 55.00 |
|---|---|---|---|---|

THIS CHECK IS VOID WITHOUT A BLUE & GREEN BACKGROUND AND AN ARTIFICIAL WATERMARK CERTIFICATION SEAL ON THE BACK - HOLD AT ANGLE TO VIEW SEAL

Conti Environment
& Infrastructure, Inc.
One Cragwood Road
South Plainfield NJ 07080

00003    4758

Wachovia Bank, N.A.
Charlotte, NC 28262-3966

62-22/311

Check Number    00102933
Check Date    11/16/04

FIFTY FIVE AND 00/100**************************************************    $*******55.00

Pay
to the
order
of:

CARELLA, BYRNE, BAIN &
GILFILLAN
6 BECKER FARM ROAD
ROSELAND, NJ 07068-1739

SIGNATURE HAS A COLORED BACKGROUND - BORDER CONTAINS MICROPRINTING

⑈00102933⑈  ⑈031100225⑈ 20799500109599⑈

## CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN

### EMPLOYEE OVERTIME

EMPLOYEE _Lois Isaacson_____

WEEK ENDING _____10/29/04_____

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY | ADM |
|---|---|---|---|---|---|---|
| Sat. | | | | | | |
| Sun. | | | | | | |
| Mon. | | | | | | |
| Tues. | | | | | | |
| Wed. | 10/20/04 | W.R. Grace/Honeywell 734680-1 | 5:00 | 5:45 | | |
| Thurs. | 10/21/04 | W.R. Grace/Honeywell 734680-1 | 12:00 | 1:00 | | |
| Fri. | | | | | | |

| DAY | DATE | Client/Matter Name & Client/Matter Number | TIME BEGIN | TIME END | APPROVAL ATTY | ADM |
|---|---|---|---|---|---|---|
| Sat. | | | | | | |
| Sun. | | | | | | |
| Mon. | | | | | | |
| Tues. | | | | | | |
| Wed. | | | | | | |
| Thurs. | | | | | | |
| Fri. | | | | | | |

#123778 v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.    I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this _16th_ day of December, 2004

_____
Notary Public

My Commission Expires:
JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) Objection Deadline: Jan. , 2005 at 4:00p.m. | |
| | | Hearing Date : TDB only if necessary |

### FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

December 10, 2004
Invoice No.  25969
Client No.  734680

For Professional Services Rendered through   11/30/04

Matter #           734680.1      VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 11/01/04 JMA | Receipt and review email from M. Sprague regarding joint filings | .10 | 37.50 |
| 11/01/04 JMA | Receipt and review District Court Joint Motion to Dismiss | .20 | 75.00 |
| 11/01/04 JMA | Receipt and review Final Declaration of D. Field in support of Joint Motion | .30 | 112.50 |
| 11/01/04 JMA | Receipt and review proposed order of dismissal - final | .20 | 75.00 |
| 11/01/04 JMA | Appeal - receipt and review Joint Notice of Settlement to 3rd Circuit - Final | .20 | 75.00 |
| 11/01/04 LSM | Telephone call title company | .30 | 48.00 |
| 11/02/04 JMA | Phone - CHM regarding release of escrow | .20 | 75.00 |
| 11/02/04 JMA | Phone - CHM regarding Honeywell as RP for SIte 157 | .30 | 112.50 |
| 11/02/04 JMA | Receipt and review letter for Title Co. regarding release of escrow | .20 | 75.00 |
| 11/02/04 JMA | Phone - R. Senftleben regarding escrow funds and Site 157 | .20 | 75.00 |
| 11/02/04 JMA | Phone - A. Nagy office | .10 | 37.50 |
| 11/02/04 JMA | Phone - A. Nagy regarding escrow monies | .20 | 75.00 |
| 11/02/04 JMA | Letter to L. Heller regarding escrow monies | .40 | 150.00 |
| 11/03/04 JMA | Receipt and review notice of electronic filing regarding Joint Motion to Dismiss | .10 | 37.50 |
| 11/03/04 JMA | RCRA Fee Appeal - Receipt and review notice of electronic filing regarding supersedeas bond | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review supersedeas bond executed and filed by clerk | .10 | 37.50 |

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.               25969

December 10, 2004
Page       2

| 11/03/04 JMA | Receipt and review notice of electronic filing regarding Special Master Fee Application | .10 | 37.50 |
|---|---|---|---|
| 11/03/04 JMA | Receipt and review email from T. Pasuit regarding Special Master meeting (11/15/04) | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review executed Joint Notice of Settlement | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review Honeywell Statement of Issues remaining after ECARG/Grace settlement | .30 | 112.50 |
| 11/03/04 JMA | Receipt and review letter for CHM to Clerk withdrawing appeal | .20 | 75.00 |
| 11/03/04 JMA | Receipt and review letter from J. Stewart to Clerk with Supersedeas Bond | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review executed Supersedeas Bond | .20 | 75.00 |
| 11/03/04 JMA | Bankruptcy notice | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review letter from L. Thomas to Special Master re: IRM | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review ICO expert comments regarding IRM and paving site | .30 | 112.50 |
| 11/03/04 JMA | Receipt and review letter from M. Sprague to Clerk with Joint Notice of Settlement | .10 | 37.50 |
| 11/03/04 JMA | Special Master Fee Application (17th) | .30 | 112.50 |
| 11/03/04 JMA | Proposed Order - Special Master Fee Application | .10 | 37.50 |
| 11/03/04 JMA | Letter to Judge Cavanaugh regarding Special Master Fee Application | .20 | 75.00 |
| 11/03/04 JMA | Receipt and review NEF regarding Special Master Fee Application | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review Special Master motion for fees (17th application) | .20 | 75.00 |
| 11/03/04 JMA | Receipt and review letter for K. Millian to Special Master | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review ICO revised schedule for Groundwater and Sediment Investigation | .20 | 75.00 |

W.R. GRACE & COMPANY                                December 10, 2004
Client No.              734680                      Page      3
INVOICE NO.             25969

| | | | |
|---|---|---|---|
| 11/03/04 JMA | Receipt and review letter from D. Field to Clerk with Joint Motion to Dismiss | .10 | 37.50 |
| 11/03/04 JMA | Receipt and review Declaration of Field regarding Joint Motion to Dismiss | .20 | 75.00 |
| 11/03/04 JMA | Receipt and review proposed order of dismissal | .20 | 75.00 |
| 11/05/04 JMA | Phone - CHM regarding ICO position of Joint Application in District Court | .30 | 112.50 |
| 11/05/04 JMA | Phone - CHM regarding status of Site 157 turnover to Honeywell | .20 | 75.00 |
| 11/09/04 JMA | Phone - D. Field's office re: proposed Order of Dismissal | .10 | 37.50 |
| 11/09/04 JMA | Receipt and review email from H. Hale with Special Master comments to Honeywell 100% Design Report | .50 | 187.50 |
| 11/09/04 JMA | Receipt and review email from H. Hale with Special Master comments to River Discharge IRM | .40 | 150.00 |
| 11/10/04 JMA | Conference with CHM re: Honeywell assuming responsibility for Site 157 | 1.70 | 637.50 |
| 11/10/04 JMA | Conference with CHM re: Settlement Agreement limitations on participating in motion to dismiss | 1.60 | 600.00 |
| 11/10/04 JMA | Conference with CHM re: ICO position re: dismissal of Honeywell and Grace claims | 1.80 | 675.00 |
| 11/11/04 JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 11/11/04 JMA | Receipt and review Honeywell opposition to ICO fees on fees petition | .40 | 150.00 |
| 11/11/04 JMA | Receipt and review notice of electronic filing - Honeywell opposition | .10 | 37.50 |
| 11/11/04 JMA | Appeal - receipt and review Order granting Grace withdrawal | .20 | 75.00 |
| 11/11/04 JMA | Appeal - letter to A. Nagy and R. Senftleben | .20 | 75.00 |
| 11/11/04 JMA | Receipt and review letter from D. Field to Judge Cavanaugh | .20 | 75.00 |

W.R. GRACE & COMPANY                                    December 10, 2004
Client No.              734680                          Page      4
INVOICE NO.             25969


11/11/04 JMA Receipt and review revised Order re: joint          .20     75.00
             dismissal

11/11/04 JMA Receipt and review email from H. Hall re: 100%      .20     75.00
             Design Report

11/19/04 JMA Phone - CHM re: Joint Motion to Dismiss             .30    112.50

11/24/04 JMA Receipt and review email from T. Pasuit re:         .20     75.00
             Second Restated Stipulated Order - RAWP

11/24/04 JMA Receipt and review Special Master's draft of        .20     75.00
             Second Restated Order

11/24/04 JMA Receipt and review letter from L. Walsh to          .20     75.00
             Judge Cavanaugh re: Fee Application Hearing

11/24/04 JMA Receipt and review letter from K. Millian to        .20     75.00
             Judge Cavanaugh re: 8/26/04 Order

11/24/04 JMA Receipt and review ICO response to Honeywell's      .50    187.50
             Statement of Issues remaining on appeal

11/24/04 JMA Receipt and review email from T. Pasuit with        .20     75.00
             final draft of Second Restated Order re: RAWP

11/24/04 JMA Receipt and review ICO comments to draft Second     .20     75.00
             Amended Order re: RAWP

11/24/04 JMA Receipt and review letter from L. Thomas to         .10     37.50
             Clerk

11/24/04 JMA Receipt and review ICO opposition to Honeywell      .30    112.50
             and Grace Joint Motion

11/24/04 JMA Receipt and review ICO proposed Order denying       .20     75.00
             joint motion

11/24/04 JMA Appeal - receipt and review Third Circuit Order     .20     75.00
             denying ICO sur-reply re: HOneywell motion to
             stay

11/29/04 JMA Letter to R. Senftleben and A. Nagy re: ICO         .20     75.00
             opposition to Honeywell and Grace Joint Motion
             to Dismiss

11/29/04 JMA Phone - CHM re: ICO opposition to Honeywell and     .30    112.50
             Grace Joint Motion

11/30/04 JMA Appeal - receipt and review notice of oral          .20     75.00
             argument from Third Circuit

W.R. GRACE & COMPANY                          December 10, 2004
Client No.              734680               Page     5
INVOICE NO.             25969


11/30/04 JMA Appeal - letter to A. Nagy and R. Senftleben      .20    75.00
             re: oral argument

## Fee Applications, Applicant


11/02/04 MEF PACER search regarding status of CNO for 31st     .20    50.00
             monthly fee application

11/04/04 MEF Fee Application - review October fee detail      1.20   300.00

11/04/04 MEF Fee Application - PACER search - CNO for 31st      .20    50.00
             monthly fee application

11/04/04 MEF Fee Application - review CNO for 31st monthly      .20    50.00
             fee application

11/06/04 MEF Fee Application - review revised fee detail        .30    75.00

11/06/04 MEF Fee Application - prepare 32nd Monthly Fee       1.20   300.00
             Application

11/06/04 MEF Fee Application - letter to P. Cuniff regarding    .20    50.00
             32nd fee application

11/08/04 JMA Review and execute Carella, Byrne 32nd Monthly    .40   150.00
             Fee Application

11/24/04 JMA Receipt and review Fee Auditor's Final Report      .30   112.50
             for 13th Interim Period

11/29/04 MEF Fee Application - receipt and review Fee           .30    75.00
             Auditor Final Report regarding 13th Quarterly
             Application

                                                             -------------
Total Fees:                                                    8,085.50

```
W.R. GRACE & COMPANY                            December 10, 2004
Client No.              734680                   Page      7
INVOICE NO.             25969
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*    RATE    HOURS            FEES
J M AGNELLO                      375.00    18.90          7087.50
M E FLAX                         250.00     3.80           950.00
Laura S Munzer                   160.00      .30            48.00
                        TOTALS             23.00          8085.50
```

**EXHIBIT B**

```
                                          December 10, 2004
W.R. GRACE & COMPANY                      Page      6
Client No.             734680
INVOICE NO.            25969



        Disbursements


Costs Advanced
                                              (55.00)
11/29/04 Costs Advanced
                                   SUBTOTAL:   (55.00)

                                               51.00
11/30/04 Faxes                                 40.26
11/30/04 Telephone                             74.86
11/30/04 Additional Staff Time                 13.45
11/30/04 Computer Searches                     98.50
11/30/04 Federal Express                       50.00
11/30/04 Messenger - In House               -------------
                                               273.07
                                            -------------
Total Costs                                  8,358.57

Total Due this Matter
=============
```