# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Feb. /6, 2005 at 4:00p.m. |
| | | Hearing Date:   TDB only if necessary |

**SUMMARY COVERSHEET TO THIRTY-FOURTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | December 1, 2004 through December 31, 2004 |
| Amount of compensation sought as actual, reasonable and necessary | $6,325.00 period December 1, 2004 through December 31, 2004 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $121.45 period of December 1, 2004 through December 31, 2004 |

This is a:                    Monthly interim application

Prior Applications filed:      Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |
| | | | | | |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| | | | | | |
|---|---|---|---|---|---|
| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Paid | Paid |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Paid | Paid |
| 10/04 | 09/01/04 through 09/30/04 | $60,518.00 | $2,976.80 | Paid | Paid |
| 11/04 | 10/01/04 through 10/31/04 | $37,912.80 | $2,005.04 | Paid | Paid |

| 12/04 | 11/01/04 through 11/30/04 | $6,468.40 | $273.07 | Application pending | Application pending |

As indicated above, this is the thirty-fourth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 14.80 | $5,550.00 |
| Melissa E. Flax | Partner | $250 | 3.10 | $775.00 |

Total Fees          $6,325.00

Total Hours          17.90

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | |
| Westlaw/Pacer | $0.70 |
| Telephone | $13.25 |
| Faxes | $85.00 |
| FedEx | $22.50 |
| Travel | |
| Messenger | |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| AirPhoto Services | |
| Stationary and Supplies | |
| Returned Witness Fee | |
| | |
| Total | $121.45 |

Dated:  January 17, 2005

**ATTACHMENT B**
**TO FEE APPLICATION**
**(December 1, 2004 through December 31, 2004)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $375 | 14.80 | $5,550.00 |
| Melissa E. Flax | Partner | $250 | 3.10 | $775.00 |

| | | |
|---|---|---|
| Grand Total: | | $6,325.00 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $121.45 |
| Fee Applications, Applicant | 2.90 | $725.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 15.00 | $5,600.00 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

# EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $0.70 |
| Facsimile (with rates) | | $85.00 ($1.00 per page) |
| Long Distance Telephone | | $13.25 |
| In-House Reproduction | | ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $22.50 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Aerial Photographs | | |
| Stationary & Supplies | | |
| Returned Witness Fee | | |

Dated:  January 17, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **VERIFICATION**

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.     The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 21st day of January, 2005

Notary Public

My Commission Expires:

JEANNE A. SPERA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Feb.   , 2005 at 4:00p.m. |
| | | Hearing Date :   TDB only if necessary |


**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

January 19, 2005
Invoice No.  26469
Client No.  734680

For Professional Services Rendered through   12/31/04

Matter #          734680.1          VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| Date | | Description | | |
|---|---|---|---|---|
| 12/02/04 | JMA | Phone - C. Marraro re: ICO opposition to Joint Motion to Dismiss and position re: appeal | .50 | 187.50 |
| 12/03/04 | JMA | Phone - C. Marraro re: Substitution of counsel, Howrey & Simon for Wallace, King | .30 | 112.50 |
| 12/03/04 | JMA | Receipt and review letter form Special Master to Citicorp re: L.C. | .20 | 75.00 |
| 12/03/04 | JMA | Receipt and review NEF re: ICO opposition to joint motion | .10 | 37.50 |
| 12/03/04 | JMA | Receipt and review letter from D. Field to Clerk | .10 | 37.50 |
| 12/03/04 | JMA | Receipt and review Honeywell Rule 60(B) notice of motion | .20 | 75.00 |
| 12/03/04 | JMA | Receipt and review Honeywell brief in support of Rule 60(B) motion | .60 | 225.00 |
| 12/03/04 | JMA | Receipt and review Honeywell proposed Order vacating injunction | .20 | 75.00 |
| 12/03/04 | JMA | Receipt and review email from M. Sprague re: joint motion reply | .20 | 75.00 |
| 12/03/04 | JMA | Receipt and review list of provisions in Orders and final Judgment to be vacated | .20 | 75.00 |
| 12/03/04 | JMA | Compare list of provisions with Final Judgment and Orders | .60 | 225.00 |
| 12/03/04 | JMA | Appeal - receipt and review letter from J. Brody to Third Circuit Clerk | .10 | 37.50 |
| 12/03/04 | JMA | Appeal - receipt and review Honeywell reply re: limitations on appeal issues | .40 | 150.00 |
| 12/03/04 | JMA | Receipt and review email from T. Pasuit re: Special Master' Ninth Progress Report | .10 | 37.50 |

W.R. GRACE & COMPANY                                      January 19, 2005
Client No.              734680                            Page     2
INVOICE NO.             26469


12/03/04 JMA Receipt and review Ninth Progress Report of      .40    150.00
             Special Master

12/03/04 MEF Phones with CHM regarding 8/26/04 order          .20     50.00

12/04/04 JMA Receipt and review email from CHM to M. Sprague  .10     37.50
             re: reply on joint motions

12/04/04 JMA Receipt and review email from T. Pasuit re:      .10     37.50
             Second Amended Stipulation re: immediate action
             items

12/04/04 JMA Receipt and review Second Amended Stipulation    .30    112.50
             re: immediate action items

12/04/04 JMA Receipt and review notice of electronic filing   .10     37.50
             re: Rule 60(B)5 motion

12/04/04 JMA Receipt and review Special Master's 18th Fee     .20     75.00
             Application Notice of Motion

12/04/04 JMA Receipt and review proposed Order re: Special    .20     75.00
             Master's 18th Fee Application

12/04/04 JMA Receipt and review Special Master's 18th Fee     .30    112.50
             Application

12/05/04 JMA Review Rules re: substitution of counsel         .30    112.50

12/05/04 JMA Preparation of Substitution of Counsel - Howrey  .40    150.00
             & Simon for Wallace King

12/06/04 JMA Phone - CHM re: ICO position on joint motions    .40    150.00
             by Grace and Honeywell

12/06/04 JMA Phone - Judge Cavanaugh's law clerk re: Special  .20     75.00
             Master fee submission

12/08/04 JMA Revise Substitution of Attorney                  .20     75.00

12/08/04 JMA Letter to CHM                                    .20     75.00

12/08/04 JMA Phone - CHM re: rule 60 motion filed by          .40    150.00
             Honeywell

12/09/04 JMA Receipt and review notice of electronic filing   .10     37.50
             re: Honeywell Rule 60(B) motion

12/09/04 JMA Phone - R. Senftleben re: status of motions      .20     75.00

12/09/04 JMA Phone - CHM re: status of joint motion to        .20     75.00
             dismiss

W.R. GRACE & COMPANY                                    January 19, 2005
Client No.            734680                    Page       3
INVOICE NO.           26469


12/09/04 JMA Receipt and review notice of electronic filing      .10    37.50
             re: Honeywell and Grace reply brief re: joint
             motion

12/09/04 JMA Receipt and review Grace and Honeywell reply        .30   112.50
             brief

12/09/04 JMA Receipt and review revised Order re: Honeywell      .20    75.00
             and Grace joint motion to dismiss

12/09/04 JMA Receipt and review email from T. Pasuit re:         .10    37.50
             Special Master meeting

12/09/04 JMA Receipt and review notice of electronic filing      .10    37.50
             re: special Master's 18th Fee application

12/09/04 JMA Receipt and review letter from K. Coakley re:       .10    37.50
             100% Design

12/09/04 JMA Receipt and review email from K. Millian re:        .30   112.50
             objections to proposed Order-Joint Motion

12/09/04 JMA Receipt and review email from M. Sprague with      1.30   487.50
             revisions to proposed Order re: joint motion

12/09/04 JMA Receipt and review email from K. Millian re:        .10    37.50
             comment to joint motion Order

12/09/04 JMA Receipt and review letter from D. Field to          .10    37.50
             Clerk re: Honeywell and Grace reply - Joint
             Motion

12/09/04 JMA Receipt and review email from K. Millian re:        .10    37.50
             joint motion

12/09/04 JMA Receipt and review email from M. Sprague re:        .10    37.50
             joint motion

12/09/04 JMA Receipt and review email from CHM re: joint         .10    37.50
             motion

12/09/04 JMA Receipt and review notice of electronic filing      .10    37.50
             re: second restated SPAP Order

12/09/04 JMA Receipt and review executed Second Restated         .20    75.00
             SWAP Order

12/09/04 JMA Receipt and review notice of electronic filing      .10    37.50
             re: Order setting time for Honeywell opposition
             to ICO fee application

W.R. GRACE & COMPANY                              January 19, 2005
Client No.              734680                    Page      4
INVOICE NO.             26469

| 12/09/04 | JMA | Receipt and review Order setting time for Honeywell opposition to ICO fee application | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review notice of electronic filing re: Special Master's 17th fee application | .10 | 37.50 |
| 12/09/04 | JMA | Receipt and review Order re: Special Master's 17th fee application | .10 | 37.50 |
| 12/10/04 | JMA | Receipt and review Carella, Byrne 33rd monthly fee application | .30 | 112.50 |
| 12/22/04 | JMA | Conference with CHM re:schedule of Joint Motion to Dismiss | .30 | 112.50 |
| 12/23/04 | JMA | Receipt and review ICO reply papers re: fees on fees application | .40 | 150.00 |
| 12/23/04 | JMA | Receipt and review letter from C. Pravlik to Judge Cavanaugh | .10 | 37.50 |
| 12/23/04 | JMA | Receipt and review letter from K. Millian | .10 | 37.50 |
| 12/23/04 | JMA | Receipt and review notice of electronic filing re: ICO reply papers | .10 | 37.50 |
| 12/27/04 | JMA | Receipt and review letter from B. Terris to Judge Cavanaugh re: adjournment of motions | .20 | 75.00 |
| 12/27/04 | JMA | Receipt and review letter from Third Circuit Clerk re: jurisdictional issue | .10 | 37.50 |
| 12/28/04 | JMA | Receipt and review notice of electronic filing re: notice of motion - Special Master's 19th fee application | .10 | 37.50 |
| 12/28/04 | JMA | Receipt and review notice of motion - Special Master's 19th fee application | .20 | 75.00 |
| 12/28/04 | JMA | Receipt and review Special Master's 19th fee application | .30 | 112.50 |
| 12/28/04 | JMA | Receipt and review proposed Order re: Special Master's fee application | .10 | 37.50 |
| 12/28/04 | JMA | Receipt and review Honeywell notice of motion and supporting papers re: surreply - fees on fees application | .20 | 75.00 |
| 12/28/04 | JMA | Receipt and review notice and briefing schedule from Third Circuit re: RCRA fee award | .30 | 112.50 |

```
W.R. GRACE & COMPANY                        January 19, 2005
Client No.            734680                 Page      5
INVOICE NO.           26469
```

| | | |
|---|---|---|
| 12/28/04 JMA Receipt and review notice of electronic filing re: Special Master's 18th Fee Application | .10 | 37.50 |
| 12/28/04 JMA Receipt and review Order re: Special Master's 18th fee application | .10 | 37.50 |

### Fee Applications, Applicant

| | | |
|---|---|---|
| 12/06/04 MEF Fee Application - Email from S. Bossay regarding 13th Interim Quarterly Fee Application | .10 | 25.00 |
| 12/06/04 MEF Fee Application - review Exhibits A&B | .30 | 75.00 |
| 12/06/04 MEF Fee Application - voice mail S. Bossay | .10 | 25.00 |
| 12/06/04 MEF Fee Application - email to S. Bossay | .20 | 50.00 |
| 12/06/04 MEF Fee Application - PACER search - CNO regarding 32nd Monthly Fee Application | .20 | 50.00 |
| 12/06/04 MEF Fee Application - review CNO regarding 32nd Monthly Fee Application | .20 | 50.00 |
| 12/07/04 MEF Fee Application - review November 2004 fee detail | .50 | 125.00 |
| 12/07/04 MEF Fee Application - email from S. Bossay regarding13th chart and project categories | .20 | 50.00 |
| 12/07/04 MEF Fee Application - email to S. Bossay regarding 13th application | .10 | 25.00 |
| 12/10/04 MEF Fee Application - prepare 33rd monthly fee application | .80 | 200.00 |
| 12/10/04 MEF Fee Application - letter to P. Cuniff regarding 33rd fee application | .20 | 50.00 |

```
                                              -------------
      Total Fees:                                 6,325.00
```

W.R. GRACE & COMPANY
Client No.                 734680
INVOICE NO.                26469

January 19, 2005
Page      7

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS           FEES
J M AGNELLO                       375.00  14.80          5550.00
M E FLAX                          250.00   3.10           775.00
                         TOTALS           17.90          6325.00
```

**E X H I B I T  B**

W.R. GRACE & COMPANY
Client No.                734680
INVOICE NO.               26469

January 19, 2005
Page      6

### Disbursements

| | | |
|---|---|---:|
| 12/31/04 | Faxes | 85.00 |
| 12/31/04 | Telephone | 13.25 |
| 12/31/04 | Computer Searches | 0.70 |
| 12/31/04 | Federal Express | 22.50 |

```
                                    -------------
                                         121.45
```

Total Costs

```
                                    -------------
                                       6,446.45
```

Total Due this Matter
=============