IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. Grace & Co., *et al.*, ) | |
| ) | Case No. 01-01139 (JKF) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**MISSOURI DEPARTMENT OF REVENUE'S RESPONSE TO DEBTORS'
EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)**

COMES NOW, Missouri Department of Revenue (MDOR) and hereby states the Following as its response to Debtors' Eighth Omnibus Objection to Claims:

1. Debtors object to Claim Number 3816 filed by MDOR because the "claim amount is based on estimate."

2. Claim Number 3816 lists liabilities owed for corporate income tax for MRA Staffing Systems, Inc. (Missouri Tax Identification Number 14543079) for the period August 1, 1999 to December 31, 1999. The claim lists a priority delinquency in the amount of $3896.41 and a general unsecured delinquency in the amount of $180.05.

3. Previous claims filed by MDOR listed liabilities for MRA Staffing Systems, Inc. for corporate income tax for January 1, 1999 through July 31, 1999 and January 1, 2000 through December 31, 2000. These liabilities were amended to zero on Claim Number 3816.

4. The only remaining delinquencies on Claim Number 3816 ($3896.41 priority and $180.05 general unsecured) are based corporate tax liabilities based upon a corporate income tax return filed by MRA Staffing Systems, Inc.

5. Debtors' corporate income tax return indicates total tax owed in the amount of $3601.00. However, Debtors claimed a $15,000.00 estimated tax payment on the corporate tax return in question which would have resulted in a tax refund of $11,399.00. MDOR has no record of the

$15,000 estimated tax payments and this was disallowed resulting in a tax liability instead of tax refund.

WHEREFORE, MDOR prays that Debtors' Objection to Claim Number 3816 filed by MDOR be denied.

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri Dept. of Revenue

By: _____
Sheryl L. Moreau, MO Bar #34690
Federal District Bar #: Exempt
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531  FAX (573) 751-7232
E-mail:  Sherry.Moreau@dor.mo.gov
Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Response to Debtors' Eighth Omnibus Objection to Claims was mailed, postage paid, on February 3, 2005 to:

| | |
|---|---|
| Kirkland & Ellis LLP | David W. Carickhoff, Jr. |
| Attn: Rachel R. Schulman | Laura Davis Jones |
| 200 East Randolph Drive, Ste. 6500 | 919 N. Market Street, 16th Floor |
| Chicago, Illinois 60601 | Wilmington, Delaware 19899 |

_____
Sheryl L Moreau