# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 25, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1063146 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Brown, Linnea | Partner | $ 425.00 | 1.2 | $ 510.00 |
| Lund, Kenneth | Partner | $ 415.00 | 16.5 | $ 6,847.50 |
| Neitzel, Charlotte | Partner | $ 375.00 | 1.1 | $ 412.50 |
| Tracy, Brent | Associate | $ 250.00 | 0.5 | $ 125.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 2.4 | $ 384.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 61.0 | $ 7,930.00 |
|  |  |  |  |  |
| Total |  |  | 82.70 | 16,209.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 321.60 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Outside Reporduction | $ - |
| Federal Express | $ 234.73 |
| Research Service | $ - |
| Tab Stock | $ 2.95 |
| Other Expenses | $ 203.36 |
| Color Copies | $ 6.50 |
| **Total** | **$ 769.14** |

Holme Roberts & Owen LLP

January 17, 2005

| | | |
|---|---|---|
| W.R. Grace | Page | 6 |
| | Invoice No.: | 689801 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/07/04 | BAT | Telephone conference with MCLatuda re subpoena issues (.20); review and respond to email from Matt Murphy forwarded by MCLatuda (.30). | 0.50 | $ 125.00 |
| 12/09/04 | CLN | Review Kirkland & Ellis request for documents. | 0.30 | 112.50 |
| 12/09/04 | MCL | Research databases to locate historical documents for Christopher Chiou of Kirkland & Ellis pursuant to his email request. | 2.50 | 325.00 |
| 12/10/04 | KWL | Telephone conference with Rick Sentfleben re federal indictment issues (.20); telephone conference with Tyler Mace (Kirkland & Ellis) re same (1.00); conference with LBrown re Libby health risk issues (.50). | 1.70 | 705.50 |
| 12/10/04 | CLN | Coordinate with MCLatuda re obtaining documents requested by Kirkland & Ellis. | 0.30 | 112.50 |
| 12/10/04 | MCL | Research databases to locate historical documents for Christopher Chiou of Kirkland & Ellis pursuant to his email request (7.50). | 7.50 | 975.00 |
| 12/11/04 | KWL | Review deposition testimony in Parker personal injury case (2.00). | 2.00 | 830.00 |
| 12/13/04 | MCL | Research databases to locate historical documents for Christopher Chiou pursuant to his email request (2.00); research case files to locate documents for KWLund (4.50). | 6.50 | 845.00 |
| 12/14/04 | LB | Email exchange with Tyler Mace re criminal issue. | 0.10 | 42.50 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 689801 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/14/04 | KWL | Review documents and pleadings in response to request from Kirkland & Ellis (3.00); telephone conferences with Tyler Mace and Richard Sentfleben re same (.40); conferences with MCLatuda re same (.60). | 4.00 | 1,660.00 |
| 12/14/04 | MCL | Research databases to locate historical documents for Christopher Chiou of Kirkland & Ellis pursuant to his email request (6.50); draft letter to Christopher Chiou re same (1.00). | 7.50 | 975.00 |
| 12/15/04 | KWL | Review documents and pleadings in response to request from Kirkland & Ellis (3.10); telephone conferences with Tyler Mace and Richard Sentfleben re same (.30); conferences with LBrown re same (.60). | 4.00 | 1,660.00 |
| 12/16/04 | LB | Telephone conference with Tyler Mace (.20); review draft indictment (.90). | 1.10 | 467.50 |
| 12/16/04 | KWL | Review draft Kirkland & Ellis response to DOJ draft indictment. | 2.00 | 830.00 |
| 12/16/04 | CLN | Conference with Dori Kuchinsky (.20); identify documents to send to Tyler Mace (.30). | 0.50 | 187.50 |
| 12/16/04 | MCL | Research database to locate documents for Tyler Mace pursuant to KWLund's request (1.50); review documents in database to reconstruct chronology of document production to EPA (6.00). | 7.50 | 975.00 |
| 12/17/04 | JLS | Telephone conferences with LBrown re upcoming hearing (.20); database research for documents for same (.70). | 0.90 | 144.00 |
| 12/20/04 | MCL | Research database to locate documents re Screening Plant purchase pursuant to LBrown's request (1.50); draft memo re same (1.50); exchange emails with KWLund and JDMcCarthy re same (.50); exchange emails re locating discovery responses for Kirkland & Ellis (.50). | 4.00 | 520.00 |

Holme Roberts & Owen LLP

January 17, 2005

| | | |
|---|---|---|
| W.R. Grace | Page | 8 |
| | Invoice No.: | 689801 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/21/04 | MCL | Research databases to locate documents for Kirkland & Ellis pursuant to KWLund's request (4.00). | 4.00 | 520.00 |
| 12/22/04 | KWL | Telephone conference with Tyler Mace and LBrown re response to draft indictment (.50); review 104(e) correspondence re same (1.20); review EPA response to FOIA request re Parker property (1.10). | 2.80 | 1,162.00 |
| 12/22/04 | MCL | Research databases to locate documents for Tyler Mace and Matthew Murphy (2.00); research databases and Cost Recovery trial documents to locate information re Weis for LBrown (4.00). | 6.00 | 780.00 |
| 12/23/04 | MCL | Research database and work files to locate information re production of documents to EPA in response to 104(e) requests. | 2.50 | 325.00 |
| 12/23/04 | JLS | Telephone conferences with MCLatuda re production chronology (0.70) | 0.70 | 112.00 |
| 12/28/04 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request (7.50). | 7.50 | 975.00 |
| 12/28/04 | JLS | Telephone conferences with MCLatuda re production chronology (0.40); review and respond to emails re same (0.40). | 0.80 | 128.00 |
| 12/29/04 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request. | 5.00 | 650.00 |
| 12/30/04 | MCL | Conference with KWLund re 104(e) response document production chronology. | 0.50 | 65.00 |

**Total Fees Through December 31, 2004:**     82.70     $  16,209.00

Holme Roberts & Owen LLP

January 17, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 9 |
| | Invoice No.: | 689801 |
| | Client No.: | 04339 |
| | Matter No.: | 00300 |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 425.00 | 1.20 | $ 510.00 |
| KWL | Kenneth W. Lund | Partner | 415.00 | 16.50 | 6,847.50 |
| CLN | Charlotte L. Neitzel | Partner | 375.00 | 1.10 | 412.50 |
| BAT | Brent A. Tracy | Associate | 250.00 | 0.50 | 125.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 2.40 | 384.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 61.00 | 7,930.00 |
| | | **Total Fees:** | | **82.70** | **$ 16,209.00** |

*Please note that some individual timekeeper hourly rates have increased effective December 1, 2004

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/05/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-833-83185; DATE: 11/5/2004 - Courier, Acct. 0802-0410-8. 10-27; Richard Finke Columbia, Md | $ 9.61 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-05; Tyler Mace Washington, DC | 22.25 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-09; Matthew Murphy Boston, Ma | 23.98 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-09; Tyler Mace Washington, DC | 20.15 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-09; Richard Finke Columbia, Md | 23.98 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 689801 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-09; Richard Senftleben Boca Raton, Fl | 23.98 |
| 11/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-857-85185; DATE: 11/19/2004 - Courier, Acct. 0802-0410-8. 11-12; Dori Anne Kuchinsky Leesburg, Va | 9.75 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-15; Dori Anne Kuchinsky Leesburg, Va | 9.75 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-18; Tyler Mace Washington, DC | 20.15 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-22; Tyler Mace Washington, DC | 9.75 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-19; Matthew Murphy Boston, Ma | 51.63 |
| 12/03/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-881-24755; DATE: 12/3/2004 - Courier, Acct. 0802-0410-8. 11-29; Tyler Mace Washington, DC | 9.75 |
| 12/08/04 | | Other Expense: IRON MOUNTAIN RECORDS P912440 Document Storage October 2004 | 203.36 |
| 12/10/04 | 10 | Color Photocopy | 6.50 |
| 12/10/04 | 55 | Photocopy | 8.25 |
| 12/10/04 | 1,201 | Photocopy | 180.15 |
| 12/10/04 | 760 | Photocopy | 114.00 |
| 12/10/04 | 54 | Tab Stock | 2.70 |
| 12/10/04 | 5 | Tab Stock | 0.25 |
| 12/14/04 | 88 | Photocopy | 13.20 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

Page           11
Invoice No.:   689801
Client  No.:   04339
Matter  No.:   00300

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/22/04 | 40 | Photocopy | 6.00 |
| | | **Total Disbursements:** | **$ 769.14** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 321.60 |
| Federal Express | | 234.73 |
| Other Expense | | 203.36 |
| Color Photocopy | | 6.50 |
| Tab Stock | | 2.95 |
| **Total Disbursements:** | **$** | **769.14** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | $ *219.96* |
| 667181 | 05/17/04 | Bill | 568.45 |
| | 09/28/04 | Cash Receipt | -507.07 |
| | | *Outstanding Balance on Invoice 667181:* | $ *61.38* |
| 671980 | 07/09/04 | Bill | 2,748.36 |

**Matter 00340 - New York Hillside Litigation**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Harris, Colin | Partner | $ 350.00 | 1.1 | $ 351.10 |
| | | | | |
| | Total | | 1.1 | 351.10 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

Page 15
Invoice No.: 689801
Client No.: 04339
Matter No.: 00340

**Regarding: New York Hillside Litigation**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/16/04 | CGH | Review and respond to email re indemnity issues (.10); locate requested documents (.20). | 0.30 | $ 105.00 |
| 12/20/04 | CGH | Review email from client (.10); review archived documents for document production referenced in discovery (.20); review same re any Samson or other indemnity correspondence (.50). | 0.80 | 280.00 |
| | | **Total Fees Through December 31, 2004:** | **1.10** | **$ 385.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 1.10 | $ 385.00 |
| | | **Total Fees:** | | **1.10** | **$ 385.00** |

*Please note that some individual timekeeper hourly rates have increased effective December 1, 2004

| | |
|---|---|
| **Trust Applied to Matter** | $ 0.00 |
| **Current Fees and Disbursements** | $ 385.00 |
| **Total Balance Due This Matter** | $ 385.00 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | December | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 0.8 | $ 260.00 |
| Haag, Susan | Paralegal | $ 135.00 | 2.7 | $ 364.50 |
| | | | | |
| Total | | | 3.50 | $ 624.50 |

Case 01-01139-AMC    Doc 7681-1    Filed 02/03/05    Page 14 of 18
Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---:|
| Photocopies | $ | 16.20 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | 19.50 |
| Tab Stock | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | 1,251.87 |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | - |
| **Total** | **$** | **1,287.57** |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace                                          Page            17
                                                    Invoice No.:    689801
                                                    Client  No.:    04339
                                                    Matter  No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/04 | SH | Finalize fourteenth fee application. | 2.30 | $ 310.50 |
| 12/02/04 | EKF | Review and revise fourteenth interim fee application. | 0.40 | 130.00 |
| 12/02/04 | SH | Compile fourteenth interim fee application. | 0.40 | 54.00 |
| 12/14/04 | EKF | Review and revise November 2004 pre-bills/invoices. | 0.40 | 130.00 |
| | | **Total Fees Through December 31, 2004:** | **3.50** | **$ 624.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 0.80 | $ 260.00 |
| SH | Susan Haag | Paralegal | 135.00 | 2.70 | 364.50 |
| | | **Total Fees:** | | **3.50** | **$ 624.50** |

*Please note that some individual timekeeper hourly rates have increased effective December 1, 2004

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-08; William Weller Wilmington, De | $ 9.75 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 689801 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-16; William Weller Wilmington, De | 9.75 |
| 12/02/04 | 108 | Photocopy | 16.20 |
| 12/13/04 | | Consulting Fee: MORRIS JAMES HITCHENS & W 270791 Professional Services through October 31 2004 | 1,251.87 |
| | | **Total Disbursements:** $ | **1,287.57** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,251.87 |
| Photocopy | | 16.20 |
| Federal Express | | 19.50 |
| **Total Disbursements:** | $ | **1,287.57** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* $ | *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 1.50 |
| Facsimile | $ - |
| Long Distance Telephone | $ 6.05 |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Color Photocopy | $ - |
| Velo Binding | $ - |
| **Total** | **$ 7.55** |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

Page        21
Invoice No.: 689801
Client No.:  04339
Matter No.:  00420

**Regarding: Ninth Circuit Appeal**

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/13/04 | 4 | Photocopy | $ 0.60 |
| 12/22/04 | | Long Distance Telephone: 582812661038, 1 Mins., TranTime:13:59 | 1.21 |
| 12/22/04 | | Long Distance Telephone: 582812661038, 1 Mins., TranTime:14:00 | 1.21 |
| 12/22/04 | | Long Distance Telephone: 584148111906, 2 Mins., TranTime:14:01 | 2.42 |
| 12/22/04 | | Long Distance Telephone: 584148111906, 1 Mins., TranTime:14:38 | 1.21 |
| 12/22/04 | 6 | Photocopy | 0.90 |
| | | **Total Disbursements:** | **$ 7.55** |

**Disbursement Summary**

| | | |
|---|---|---|
| Photocopy | $ | 1.50 |
| Long Distance Telephone | | 6.05 |
| **Total Disbursements:** | **$** | **7.55** |

**Accounts Receivable Detail**

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |