**CERTIFICATE OF SERVICE**

  I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate of No Objection Regarding Docket No. 7539* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

  I certify the foregoing to be true and correct under the penalty of perjury

Dated: February 3, 2005              */s/ William D. Sullivan*
                           William D. Sullivan