# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Frederick B. Rosner, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of James M. Hughes, Esq., Motley Rice LLC 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29465 to represent American Legion, Foss Drug/Al Foss, Fargo Housing Authority, St. Helena Catholic Church, Holy Redeemer Catholic Church, St. Leo The Great Church, Church of St. Joseph and School, St. Luke's Parochial School, Cherry Hill Plaza, City of Barnesville/City Hall, Diocese of Little Rock, First United Methodist Church, State of Washington, and the Port of Seattle (collectively, the "PD Claimants") in these bankruptcy cases. The Admittee is admitted, practicing, and in good standing in the State of South Carolina, the United States District Court for South Carolina, and the Court of Appeals for the Fourth Circuit.

/s/ Frederick B. Rosner
Frederick B. Rosner (No. 4297)
JASPAN SCHLESINGER HOFFMAN, LLP
913 N. Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000

11305.1

Docket No. 7550
Date Filed 1/13/05

       The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdictions of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*[signature]*
James Hughes, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29465
Telephone: (843) 216-9133

Motion granted.

Dated: ~~January~~ Feb. 3, 2005

BY THE COURT:

*[signature]* Judith K. Fitzgerald
United States Bankruptcy Judge

#11308.1                                      2