IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** Feb. 28 , 2005, at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S
## SPECIAL ENVIRONMENTAL COUNSEL INTERIM FEE APPLICATION
## FOR THE PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

July 31, 2004

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

Please identify your check with the following number:
Invoice No.  W41001089
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $226,401.39 |
| For professional services rendered through July 31, 2004: | | 11,334.50 |

Other Charges:

| | | |
|---|---|---|
| PHOTOCOPYING | 2.72 | |
| TELEPHONE | 9.19 | |
| OVERTIME | 180.00 | |
| CALLING CARD | 3.96 | |
| | | 195.87 |

| | |
|---|---|
| Total Current Charges | 11,530.37 |
| Total Balance Due | $237,931.76 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

NJ\91139.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 06/29/04 | 4.30 | REVIEW AND PROVIDE COMMENTS ON REVISED SETTLEMENT AND RESTRUCTURING AGREEMENT, FACTUAL BACKGROUND FOR ADMINISTRATIVE CONSENT ORDER AND ADDENDUM TO LETTER FOR REMEDIAL ACTION WORK PLAN; CALLS WITH L. DUFF AND J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE |
| MATTHEWS | 06/30/04 | 4.30 | REVIEW AND PROVIDE COMMENTS ON REVISED ADMINISTRATIVE CONSENT ORDER; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 07/01/04 | .40 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MCGAHREN | 07/02/04 | 1.00 | REVIEWED REVISED SETTLEMENT AGREEMENT AND ACO; REVIEWED CORRESPONDENCE; CONFERRED WITH LAURIE MATTHEWS |
| MATTHEWS | 07/06/04 | 4.00 | REVIEW INCOMING CORRESPONDENCE; CALL WITH W. PORTER REGARDING ADDENDUM TO REMEDIAL ACTION WORK PLAN; CONTINUE TO REVIEW SAME; CALL WITH M. MILLER REGARDING STATUS AND CONSISTENCY ISSUES; CONFER WITH J. MCGAHREN REGARDING STATUS |
| MCGAHREN | 07/07/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 07/07/04 | 5.00 | REVIEW AND REVISE REMEDIATION AGREEMENT TO CONFORM DEFINITIONS; TRANSMIT SAME; REVIEW INCOMING CORRESPONDENCE; CONTINUE TO REVIEW AND REVISE ADDENDUM TO REMEDIAL ACTION WORK PLAN; REVIEW RELATED DOCUMENTS |
| MCGAHREN | 07/08/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENT; CONFER WITH L. MATTHEWS; |
| MCGAHREN | 07/09/04 | 1.00 | PHONE CALL WITH M. OBRADOVIC AND P. BUCENS; REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MCGAHREN | 07/12/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 07/12/04 | .80 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; FINALIZE AND TRANSMIT COMMENTS ON DRAFT REMEDIAL ACTION WORK PLAN ADDENDUM |
| MATTHEWS | 07/13/04 | .50 | CALL WITH M. OBRADOVIC REGARDING STATUS |
| MATTHEWS | 07/14/04 | .20 | CALLS TO M. MILLER AND A. REITANO REGARDING STATUS |
| MCGAHREN | 07/16/04 | .40 | REVIEWED CORRESPONDENCE; PHONE CALL WITH M. OBRADOVIC; |
| MATTHEWS | 07/19/04 | .50 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING ACO FACTUAL BACKGROUND EDITS |
| MATTHEWS | 07/21/04 | .30 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING SETTLEMENT DOCUMENTS |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

NJ\91139.1

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 4.80 | 475.00 | 2,280.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 19.90 | 455.00 | 9,054.50 | ASSOCIATE |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 07/06/04 | TELEPHONE | TELEPHONE 07181 MULVIHILL, DANIEL F | D F MULVIHILL | | 2.67 |
| 07/28/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 3.09 |
| | | ** TOTAL TELEPHONE | | | 5.76 |
| 04/12/04 | PHOTOCOPYING | PHOTOCOPYING CT0604130437875 | UNASSIGNED EXT. UNASSIGNED EXT. | | .85 |
| 07/21/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1007220430299 | JUDITH CHRISTOPHER | | 1.87 |
| | | ** TOTAL PHOTOCOPYING | | | 2.72 |
| 06/30/04 | TELEPHONE | TELEPHONE | J MCGAHREN | | 3.43 |
| | | ** TOTAL TELEPHONE | | | 3.43 |
| 06/14/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY AND LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 06/30/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY AND LOCATE DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| 07/07/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY AND LOCATE. DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| | | ** TOTAL OVERTIME | | | 180.00 |
| 04/01/04 | CALLING CARD | CALLING CARD - APRIL 2004 | J MCGAHREN | | .46 |
| 05/01/04 | CALLING CARD | CALLING CARD - MAY 2004 | J MCGAHREN | | 3.50 |
| | | ** TOTAL CALLING CARD | | | 3.96 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

NJ\91139.1

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001089

4

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

## INVOICE

August 31, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W41001234
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $226,401.39 |
| For professional services rendered through August 31, 2004: | 33,828.50 |

Other Charges:

| | |
|---|---:|
| PHOTOCOPYING | 7.48 |
| TELEPHONE | 45.86 |
| OVERTIME | 360.00 |
| LEXIS | 241.20 |
| WESTLAW | 2,897.28 |
| DOCUMENT PREPARATION | 138.00 |
| CALLING CARD | 3.96 |

3,693.78

| | |
|---|---:|
| Total Current Charges | 37,522.28 |
| Total Balance Due | $263,923.67 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001234

NJ\91667.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 06/29/04 | 4.30 | REVIEW AND PROVIDE COMMENTS ON REVISED SETTLEMENT AND RESTRUCTURING AGREEMENT, FACTUAL BACKGROUND FOR ADMINISTRATIVE CONSENT ORDER AND ADDENDUM TO LETTER FOR REMEDIAL ACTION WORK PLAN; CALLS WITH L. DUFF AND J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE |
| MATTHEWS | 06/30/04 | 4.30 | REVIEW AND PROVIDE COMMENTS ON REVISED ADMINISTRATIVE CONSENT ORDER; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 07/01/04 | .40 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MCGAHREN | 07/02/04 | 1.00 | REVIEWED REVISED SETTLEMENT AGREEMENT AND ACO; REVIEWED CORRESPONDENCE; CONFERRED WITH LAURIE MATTHEWS |
| MATTHEWS | 07/06/04 | 4.00 | REVIEW INCOMING CORRESPONDENCE; CALL WITH W. PORTER REGARDING ADDENDUM TO REMEDIAL ACTION WORK PLAN; CONTINUE TO REVIEW SAME; CALL WITH M. MILLER REGARDING STATUS AND CONSISTENCY ISSUES; CONFER WITH J. MCGAHREN REGARDING STATUS |
| MCGAHREN | 07/07/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 07/07/04 | 5.00 | REVIEW AND REVISE REMEDIATION AGREEMENT TO CONFORM DEFINITIONS; TRANSMIT SAME; REVIEW INCOMING CORRESPONDENCE; CONTINUE TO REVIEW AND REVISE ADDENDUM TO REMEDIAL ACTION WORK PLAN; REVIEW RELATED DOCUMENTS |
| MCGAHREN | 07/08/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENT; CONFER WITH L. MATTHEWS; |
| MCGAHREN | 07/09/04 | 1.00 | PHONE CALL WITH M. OBRADOVIC AND P. BUCENS; REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MCGAHREN | 07/12/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 07/12/04 | .80 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; FINALIZE AND TRANSMIT COMMENTS ON DRAFT REMEDIAL ACTION WORK PLAN ADDENDUM |
| MATTHEWS | 07/13/04 | .50 | CALL WITH M. OBRADOVIC REGARDING STATUS |
| MATTHEWS | 07/14/04 | .20 | CALLS TO M. MILLER AND A. REITANO REGARDING STATUS |
| MCGAHREN | 07/16/04 | .40 | REVIEWED CORRESPONDENCE; PHONE CALL WITH M. OBRADOVIC; |
| MATTHEWS | 07/19/04 | .50 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING ACO FACTUAL BACKGROUND EDITS |
| MATTHEWS | 07/21/04 | .30 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP REGARDING SETTLEMENT DOCUMENTS |
| MCGAHREN | 08/02/04 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; REVIEWED DOCUMENTS |
| MATTHEWS | 08/02/04 | 3.00 | REVIEW INCOMING CORRESPONDENCE; CALL WITH J. MCGAHREN REGARDING STATUS; CALL TO M. MILLER REGARDING STATUS; BEGIN TO REVIEW SETTLEMENT DOCUMENTS TO IDENTIFY CHANGES REQUIRED DUE TO REVISED LAGOON SCOPE |
| MCGAHREN | 08/03/04 | .30 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; REVIEWED DOCUMENTS |
| MATTHEWS | 08/03/04 | .50 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001234

2

NJ\91667.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | WITH L. DUFF REGARDING STATUS; CALL WITH J. MCGAHREN REGARDING STATUS |
| MCGAHREN | 08/04/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; PHONE CALL WITH M. OBRADOVIC; |
| MATTHEWS | 08/04/04 | .60 | CONFER WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 08/05/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MCGAHREN | 08/06/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CALL WITH L. MATTHEWS; PHONE CALL WITH M. OBRADOVIC |
| MCGAHREN | 08/09/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 08/09/04 | 5.00 | CONTINUE TO REVIEW AGREEMENTS WITH RESPECT TO REVISED LAGOON SCOPE; TRANSMIT COMMENTS ON SAME; REVIEW DRAFT RESPONSE TO EPA; REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN STATUS CONFERENCE CALL; REVISE AND TRANSMIT ADMINISTRATIVE CONSENT ORDER AND SETTLEMENT AND RESTRUCTURING AGREEMENT |
| MCGAHREN | 08/10/04 | .70 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 08/10/04 | 2.30 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN CONFERENCE CALL REGARDING SETTLEMENT DOCUMENTS; FINALIZE AND TRANSMIT ADMINISTRATIVE CONSENT ORDER AND SETTLEMENT AND RESTRUCTURING AGREEMENT; BEGIN TO REVIEW DRAFT RESPONSE TO EPA APPROVAL |
| MCGAHREN | 08/11/04 | .40 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CALL WITH L. MATTHEWS |
| MATTHEWS | 08/11/04 | 1.50 | REVIEW AND EDIT EPA APPROVAL RESPONSE; REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE |
| MCGAHREN | 08/16/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 08/16/04 | .90 | REVISE AND TRANSMIT REMEDIATION AGREEMENT; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 08/17/04 | .40 | REVIEW CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 08/17/04 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 08/18/04 | .30 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CALL WITH L. MATTHEWS |
| MCGAHREN | 08/19/04 | 1.50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; PHONE CALLS WITH M. OBRADOVIC AND L. DUFF; CONFERENCE WITH L. MATTHEWS |
| MCGAHREN | 08/23/04 | 1.40 | REVIEWED CORRESPONDENCE AND DOCUMENTS; PHONE CALLS WITH M. OBRADOVIC; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 08/23/04 | .50 | REVIEW INCOMING CORRESPONDENCE; BEGIN TO REVIEW P. BROSS' COMMENTS ON SETTLEMENT AND RESTRUCTURING AGREEMENT |
| MCGAHREN | 08/24/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 08/24/04 | 2.50 | REVIEW INCOMING CORRESPONDENCE; CALLS WITH L. DUFF, J. MCGAHREN AND A. REITANO REGARDING P. BROSS' COMMENTS; CONTINUE TO REVIEW SAME; REVIEW AND PROVIDE COMMENTS ON REMEDIAL ACTION WORKPLAN ADDENDUM; REVIEW DRAFT LETTER TO EPA |
| MCGAHREN | 08/25/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; PHONE CALL WITH A. REITANO; CONFERENCE WITH |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001234

3

NJ\91667.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | L. MATTHEWS |
| MATTHEWS | 08/25/04 | 5.00 | CALLS WITH L. DUFF AND J. MCGAHREN REGARDING P. BROSS' COMMENTS; PARTICIPATE IN CONFERENCE CALL REGARDING SAME AND STATUS; REVIEW INCOMING CORRESPONDENCE; OBTAIN AND REVIEW LETTER OF INTENT WITH RESPECT TO WESTON'S OBLIGATIONS; DEVELOP REDLINE WITH P. BROSS' COMMENTS; REVIEW REVISED RISK BASED APPROVAL APPLICATION |
| MCGAHREN | 08/26/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERENCE WITH L. MATTHEWS; PHONE CALLS WITH M. OBRADOVIC AND L. DUFF |
| LEJAVA | 08/26/04 | 3.20 | CONFERENCE WITH J. MCGAHREN REGARDING ATTORNEY GENERAL'S AUTHORITY TO PROVIDE RELEASE FROM LIABILITY AND NJDEP'S AUTHORITY TO PROVIDE RELEASE UNDER SPILL ACT; BEGAN CONDUCTING RESEARCH ON ATTORNEY GENERAL'S AND NJDEP'S AUTHORITY |
| MCGAHREN | 08/27/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| LEJAVA | 08/27/04 | 5.30 | CONTINUED RESEARCH REGARDING NJDEP'S AUTHORITY TO PROVIDE RELEASE UNDER SPILL ACT; CONFERENCE WITH J. MCGAHREN REGARDING RESEARCH CONCLUSIONS; BEGAN DRAFTING MEMORANDUM TO J. MCGAHREN REGARDING NJDEP'S AUTHORITY TO PROVIDE RELEASE UNDER SPILL ACT; TELEPHONE CALL WITH L. MATTHEWS REGARDING NJDEP'S AUTHORITY TO PROVIDE RELEASE UNDER SPILL ACT. |
| MCGAHREN | 08/30/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MULVIHILL | 08/30/04 | .20 | DISCUSS RESEARCH PROJECT WITH J. MCGAHREN |
| MATTHEWS | 08/30/04 | 1.00 | REVIEW INCOMING CORRESPONDENCE; CALL WITH M. MILLER REGARDING STATUS |
| MULVIHILL | 08/31/04 | 3.00 | RESEARCH REGARDING DEP'S AUTHORITY TO SETTLE CLAIMS AND GRANT RELEASES |
| MATTHEWS | 08/31/04 | 2.50 | CALL WITH L. DUFF REGARDING REVITALIZATION SETTLEMENT AGREEMENT; OBTAIN INFORMATION REQUESTED BY L. DUFF CONCERNING P. BROSS' COMMENTS; CALL TO D. TROFT REGARDING SAME; REVIEW INCOMING CORRESPONDENCE |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 19.30 | 475.00 | 9,167.50 | PARTNER, JR. |
| JP LEJAVA | 03186 | 8.50 | 360.00 | 3,060.00 | ASSOCIATE, SR. |
| D F MULVIHILL | 03737 | 3.20 | 295.00 | 944.00 | ASSOCIATE, JR. |
| LD MATTHEWS | 02951 | 45.40 | 455.00 | 20,657.00 | CONTRACT ASSOC |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 07/06/04 | TELEPHONE | TELEPHONE 07181 MULVIHILL, DANIEL F | D F MULVIHILL | | 2.67 |
| 07/28/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 3.09 |
| 08/02/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE | LD MATTHEWS | | .77 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001234

NJ\91667.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| | | D | | | |
| 08/02/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 2.67 |
| 08/05/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 4.21 |
| 08/23/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .78 |
| 08/24/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 4.19 |
| 08/24/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 5.72 |
| 08/25/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 16.01 |
| 08/27/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .78 |
| 08/31/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | .77 |
| | | ** TOTAL TELEPHONE | | | 41.66 |
| 08/27/04 | LEXIS (MEAD DATA) | Lexis-Nexis Search-- 08/27/04 | JP LEJAVA | | 241.20 |
| | | ** TOTAL LEXIS (MEAD DATA) | | | 241.20 |
| 08/25/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search-- 08/25/04 | JP LEJAVA | | 1,371.92 |
| 08/26/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search-- 08/26/04 | JP LEJAVA | | 23.58 |
| 08/27/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search-- 08/27/04 | JP LEJAVA | | 1,501.78 |
| | | ** TOTAL WESTLAW (WEST PUBLISHIN | | | 2,897.28 |
| 04/12/04 | PHOTOCOPYING | PHOTOCOPYING CT0604130437875 | UNASSIGNED EXT. UNASSIGNED EXT. | | .85 |
| 07/21/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1007220430299 | JUDITH CHRISTOPHER | | 1.87 |
| 08/06/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008100482283 | JUDITH CHRISTOPHER | | 1.02 |
| 08/06/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1008100482285 | JUDITH CHRISTOPHER | | 3.74 |
| | | ** TOTAL PHOTOCOPYING | | | 7.48 |
| 06/30/04 | TELEPHONE | TELEPHONE | J MCGAHREN | | 3.43 |
| | | ** TOTAL TELEPHONE | | | 3.43 |
| 06/14/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY, LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 06/30/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY, PREP DOCS. | JUDITH CHRISTOPHER | | 60.00 |
| 07/07/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT | JUDITH CHRISTOPHER | | 60.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001234

NJ\91667.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| 07/09/04 | OVERTIME | COPY, LOC. DOCS. OVERTIME/JUDITH CHRISTOPHER - EDIT | JUDITH CHRISTOPHER | | 60.00 |
| 07/12/04 | OVERTIME | COPY, PREP DOCS OVERTIME/JUDITH CHRISTOPHER - EDIT | JUDITH CHRISTOPHER | | 30.00 |
| 07/13/04 | OVERTIME | COPY, PREP DOCS. OVERTIME/JUDITH CHRISTOPHER - EDIT | JUDITH CHRISTOPHER | | 30.00 |
| 07/27/04 | OVERTIME | COPY, LOC DOCS. OVERTIME/JUDITH CHRISTOPHER - EDIT | JUDITH CHRISTOPHER | | 30.00 |
| 08/13/04 | OVERTIME | COPY, PREP DOCS OVERTIME/JUDITH CHRISTOPHER - EDIT COPYS, LOC DOCS. | JUDITH CHRISTOPHER | | 30.00 |
| | | ** TOTAL OVERTIME | | | 360.00 |
| 08/25/04 | DOCUMENT PREPARATION | REVISIONS TO SETTLEMENT AND RESTRUCTURING AGREEMENT | RAQUEL CAAMANO | | 138.00 |
| | | ** TOTAL DOCUMENT PREPARATION | | | 138.00 |
| 04/01/04 | CALLING CARD | CALLING CARD - APRIL 2004 | J MCGAHREN | | .46 |
| 05/01/04 | CALLING CARD | CALLING CARD - MAY 2004 | J MCGAHREN | | 3.50 |
| | | ** TOTAL CALLING CARD | | | 3.96 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001234

NJ\91667.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

September 30, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W41001359
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $263,923.67 |
| For professional services rendered through September 30, 2004: | 39,708.50 |

Other Charges:

| | | |
|---|---:|---:|
| TELECOPYING | 47.50 | |
| PHOTOCOPYING | 21.42 | |
| TELEPHONE | 16.28 | |
| FEDERAL EXPRESS | 23.96 | |
| GROUND TRANSPORTATION | 14.35 | |
| OVERTIME | 270.00 | |
| POSTAGE | 2.13 | |
| MILEAGE | 75.00 | |
| WESTLAW | 620.04 | |
| PARKING - LOCAL | 8.00 | |
| | | 1,098.68 |

| | |
|---|---:|
| Total Current Charges | 40,807.18 |
| Total Balance Due | $304,730.85 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001359

NJ\92795.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 07/22/04 | .40 | REVIEWED CORRESPONDENCE |
| MCGAHREN | 08/31/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERENCE WITH L. MATTHEWS; PHONE CALL WITH M. OBRADOVIC |
| MULVIHILL | 09/01/04 | 4.10 | RESEARCH REGARDING DEP'S AUTHORITY TO LITIGATE AND SETTLE CLAIMS |
| MULVIHILL | 09/02/04 | 2.40 | RESEARCH REGARDING DEP'S AUTHORITY TO LITIGATE AND SETTLE CLAIMS |
| MATTHEWS | 09/02/04 | .50 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO SETTLEMENT DOCUMENTS |
| MCGAHREN | 09/03/04 | .70 | REVIEWED CORRESPONDENCE |
| LEJAVA | 09/03/04 | .30 | REVIEWED MEMORANDUM REGARDING SETTLEMENT AUTHORITY AND DISCUSSED SAME WITH D. MULVIHILL |
| MULVIHILL | 09/03/04 | 1.00 | DRAFT MEMORANDUM TO J. MCGAHREN REGARDING DEP'S AUTHORITY |
| MCGAHREN | 09/07/04 | 8.00 | MEETINGS WITH GRACE, HATCO, WESTON AND NJDEP REPRESENTATIVES IN TRENTON; PREPARED FOR SAME; CONFERENCE WITH J. LEJAVA AND L. MATTHEWS |
| MATTHEWS | 09/07/04 | 11.00 | PREPARE FOR AND PARTICIPATE IN MEETINGS REGARDING NJDEP SETTLEMENT DOCUMENTS |
| MCGAHREN | 09/08/04 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; PHONE CALL WITH M. MILLER AND T. REITANO |
| MULVIHILL | 09/08/04 | 1.10 | RESEARCH REGARDING DEP'S POWER TO SETTLE AND LITIGATE; DRAFT MEMORANDUM TO J. MCGAHREN SUMMARIZING RESEARCH |
| MCGAHREN | 09/09/04 | 2.00 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 09/09/04 | 4.00 | REVIEW INCOMING CORRESPONDENCE; DRAFT TRANSMITTAL LETTER FOR REVISED REVITALIZATION SETTLEMENT AGREEMENT; REVIEW REVISED AGREEMENT; CALL WITH J. MCGAHREN REGARDING STATUS; PARTICIPATE IN STRATEGY CONFERENCE CALL; CALLS WITH M. MILLER REGARDING STATUS |
| MCGAHREN | 09/10/04 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES |
| MATTHEWS | 09/13/04 | .30 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 09/14/04 | .50 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 09/14/04 | 1.20 | REVIEW INCOMING CORRESPONDENCE; REVIEW P. BROSS' COMMENTS ON REVITALIZATION SETTLEMENT AGREEMENT |
| MCGAHREN | 09/15/04 | 5.00 | MEETING WITH PHYLLIS BROSS AND GRACE, WESTON AND HATCO REPRESENTATIVES; REVIEWED SETTLEMENT DOCUMENTS; REVIEWED CORRESPONDENCE |
| MATTHEWS | 09/15/04 | 8.50 | PARTICIPATE IN MEETINGS WITH GRACE, HATCO, WESTON AND P. BROSS REGARDING SETTLEMENT DOCUMENTS |
| MCGAHREN | 09/16/04 | 1.00 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONVERSATION WITH L. MATTHEWS |
| MATTHEWS | 09/16/04 | 2.00 | REVIEW INCOMING CORRESPONDENCE; DRAFT |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001359

2

NJ\92795.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 09/17/04 | .50 | PRESENTATION OUTLINE FOR MEETING WITH NJDEP REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 09/17/04 | 1.00 | REVIEW INCOMING CORRESPONDENCE; REVISE NJDEP PRESENTATION PER J. MCGAHREN'S COMMENTS |
| MCGAHREN | 09/20/04 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 09/20/04 | 2.00 | REVIEW INCOMING CORRESPONDENCE; REVISE ADMINISTRATIVE CONSENT ORDER; TRANSMIT DRAFT PRESENTATION OUTLINE; CALL WITH J. MCGAHREN REGARDING SAME |
| MCGAHREN | 09/21/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS |
| MATTHEWS | 09/21/04 | 1.80 | REVIEW INCOMING CORRESPONDENCE; CALL WITH M. MILLER REGARDING COMMENTS ON DOCUMENTS AND STATUS; REVISE AND TRANSMIT ACO AND NJDEP PRESENTATION; TRANSMIT DOCUMENTS TO P. BROSS |
| MCGAHREN | 09/22/04 | .50 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 09/22/04 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 09/23/04 | .50 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L . MATTHEWS |
| MCGAHREN | 09/24/04 | 5.00 | MEETING WITH L. DUFF AND M. OBRADOVIC; MEETING WITH GRACE, WESTON AND HATCO REPRESENTATIVES; MEETING WITH NJDEP REPRESENTATIVES; MEETING WITH NJDEP REPRESENTATIVES |
| MATTHEWS | 09/24/04 | 9.00 | PREPARE FOR AND ATTEND MEETING WITH P. BROSS AND REPRESENTATIVES OF NJDEP; REVIEW INCOMING CORRESPONDENCE |
| MATTHEWS | 09/25/04 | .40 | COMPARE MODEL ACO TO CURRENT VERSION; GATHER DOCUMENTS TO BE TRANSMITTED TO NJDEP |
| MCGAHREN | 09/27/04 | .50 | REVIEWED CORRESPONDENCE AND DOCUMENTS; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 09/27/04 | 3.30 | ATTEND TO SETTLEMENT DOCUMENTS TO BE PROVIDED TO NJDEP; REVIEW INCOMING CORRESPONDENCE; CONFER WITH J. MCGAHREN REGARDING STATUS; CALL WITH L. DUFF; PARTICIPATE IN CONFERENCE CALL REGARDING ACO REVISIONS |
| MCGAHREN | 09/28/04 | .40 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 09/28/04 | 2.80 | REVIEW INCOMING CORRESPONDENCE; DRAFT REVISED ACO REDLINE; TRANSMIT SAME |
| MCGAHREN | 09/29/04 | .40 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 09/30/04 | 1.20 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; PREPARE FOR MEETING WITH P. BROSS; BEGIN TO REVIEW RAWP ADDENDUM |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 30.90 | 475.00 | 14,677.50 | PARTNER, JR. |
| JP LEJAVA | 03186 | .30 | 360.00 | 108.00 | ASSOCIATE, SR. |
| D F MULVIHILL | 03737 | 8.60 | 295.00 | 2,537.00 | ASSOCIATE, JR. |
| LD MATTHEWS | 02951 | 49.20 | 455.00 | 22,386.00 | CONTRACT ASSOC |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001359

NJ\92795.1

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| 09/13/04 | TELECOPYING | TELECOPYING 16107013100 , TO PETER CERIBELLI 029016-0001 TO PETER CERIBELLI | J MCGAHREN | | 26.25 |
| 09/28/04 | TELECOPYING | TELECOPYING 16099849315 , HHH 029016-0001 HHH | LD MATTHEWS | | 21.25 |
| | | ** TOTAL TELECOPYING | | | 47.50 |
| 09/01/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 09/13/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 1.34 |
| 09/21/04 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 1.16 |
| 09/24/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .77 |
| 09/27/04 | TELEPHONE | TELEPHONE 07263 CONF ROOM B | UNASSIGNED EXT. UNASSIGNED EXT. | | 9.56 |
| 09/27/04 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 1.15 |
| 09/29/04 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 1.91 |
| | | ** TOTAL TELEPHONE | | | 16.28 |
| 09/10/04 | FEDERAL EXPRESS | PHYLLIS BROSS CAMDEN NJ 08102 790269100800 09/10/04 760174172 | J MCGAHREN | | 23.96 |
| | | ** TOTAL FEDERAL EXPRESS | | | 23.96 |
| 08/31/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--08/31/04 | D F MULVIHILL | | 189.49 |
| 09/01/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--09/01/04 | D F MULVIHILL | | 269.73 |
| 09/03/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--09/03/04 | D F MULVIHILL | | 24.75 |
| 09/15/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search--09/15/04 | D F MULVIHILL | | 136.07 |
| | | ** TOTAL WESTLAW (WEST PUBLISHIN | | | 620.04 |
| 09/07/04 | GROUND TRANSPORTATION - OUT OF TOWN | TOLLS - TRENTON, NJ - 9/7/04 - -LAURIE D MATTHEWS | LD MATTHEWS | LAURIE D MATTHEWS | 14.35 |
| | | ** TOTAL GROUND TRANSPORTATION - | | | 14.35 |
| 09/07/04 | MILEAGE - OUT OF TOWN | MILEAGE - (200 X $.375) TRENTON, NJ 9/7/07 - - LAURIE D MATTHEWS | LD MATTHEWS | LAURIE D MATTHEWS | 75.00 |
| | | ** TOTAL MILEAGE - OUT OF TOWN | | | 75.00 |
| 09/07/04 | PARKING - LOCAL | PARKING - LOCAL - - JOHN MCGAHREN/MEETING/ TRENTON, 9/7/04 | J MCGAHREN | JOHN MCGAHREN | 8.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001359

NJ\92795.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| | | ** TOTAL PARKING - LOCAL | | | 8.00 |
| 08/20/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1009020478367 | JUDITH CHRISTOPHER | | 1.87 |
| 08/31/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1009020478373 | JP LEJAVA | | 3.23 |
| 09/10/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1009170410631 | JUDITH CHRISTOPHER | | 6.80 |
| 09/13/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1009170410633 | JUDITH CHRISTOPHER | | 3.40 |
| 09/14/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1009170410635 | JUDITH CHRISTOPHER | | 3.40 |
| 09/21/04 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1009220426777 | JUDITH CHRISTOPHER | | 2.72 |
| | | ** TOTAL PHOTOCOPYING | | | 21.42 |
| 08/23/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER – ASSIST WITH EDITS | JUDITH CHRISTOPHER | | 60.00 |
| 08/25/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 09/10/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - ASSIST WITH EDITS | JUDITH CHRISTOPHER | | 120.00 |
| 09/16/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 30.00 |
| | | ** TOTAL OVERTIME | | | 270.00 |
| 09/30/04 | POSTAGE | POSTAGE | J MCGAHREN | | 2.13 |
| | | ** TOTAL POSTAGE | | | 2.13 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001359

NJ\92795.1

# LATHAM & WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey  07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

July 31, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W41001090
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $11,858.72 |
| For professional services rendered through July 31, 2004: | .00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 3.91 | |
| TELEPHONE | 1.54 | |
| | | 5.45 |

| | |
|---|---:|
| Total Current Charges | 5.45 |
| Total Balance Due | $11,864.17 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001090

NJ\91161.1

| TIMEKEEPER | | DATE | | HOURS | | DESCRIPTION | |
| --- | --- | --- | --- | --- | --- | --- | --- |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 07/07/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| 07/09/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| | | ** TOTAL TELEPHONE | | | 1.54 |
| 07/20/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1007210423947 | S SAVAGE | | 2.89 |
| 07/22/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1007230440887 | S SAVAGE | | 1.02 |
| | | ** TOTAL PHOTOCOPYING | | | 3.91 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001090

NJ\91161.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

August 31, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W41001236
File No.  029016-0003

---

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---:|---:|
| Balance due on prior billing | | $11,858.72 |
| For professional services rendered through August 31, 2004: | | 8,192.50 |
| Other Charges: | | |
| PHOTOCOPYING | 20.91 | |
| TELEPHONE | 5.01 | |
| WESTLAW | 321.81 | |
| | | 347.73 |
| Total Current Charges | | 8,540.23 |
| Total Balance Due | | $20,398.95 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001236

NJ\91518.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEJAVA | 07/07/04 | .60 | REVIEWED 7/7/04 E-MAIL FROM W. PORTER; CONFERENCE WITH J. CHRISTOPHER REGARDING PAST INVOICES; LEFT VOICE MAIL MESSAGE FOR S. BLATNICK OF KIRKLAND & ELLIS |
| LEJAVA | 07/15/04 | 1.00 | REVIEWED LATHAM RETENTION ORDER AND ORDER REGARDING COMPENSATION FOR PROFESSIONALS; DISCUSSED FILING OF APPLICATION FOR COMPENSATION WITH S. BLATNICK |
| LEJAVA | 07/19/04 | .20 | CONFERENCE WITH S. SAVAGE REGARDING PREPARATION OF APPLICATION FOR COMPENSATION; BRIEF CONFERENCE WITH J. MCGAHREN REGARDING PREPARATION OF APPLICATION FOR COMPENSATION |
| SAVAGE | 07/19/04 | 11.60 | PREPARE FEE APPLICATION FOR PERIOD COVERING DECEMBER 2003 THROUGH JUNE 2004 |
| LEJAVA | 07/20/04 | 2.30 | CONFERENCE WITH S. SAVAGE REGARDING BANKRUPTCY COURT ORDERS CONCERNING SPECIAL COUNSEL COMPENSATION; REVIEWED 7/20/04 FAX FROM KIRKLAND & ELLIS; REVIEWED BANKRUPTCY CODE; PREPARED BRIEF E-MAIL TO L. DUFF REGARDING PREPARATION OF DRAFT APPLICATION FOR COMPENSATION; REVIEWED 7/20/04 RESPONSE FROM L. DUFF |
| LEJAVA | 07/21/04 | .50 | CONFERENCE WITH S. SAVAGE REGARDING PREPARATION OF DRAFT APPLICATION FOR COMPENSATION |
| LEJAVA | 07/22/04 | 5.30 | CONFERENCE WITH S. SAVAGE REGARDING DRAFT APPLICATION FOR COMPENSATION; REVIEWED AND RESPONDED TO 7/22/04 E-MAIL CORRESPONDENCE FROM S. SAVAGE, S. BLATNICK, J. MCGAHREN, AND L. DUFF; REVISED DRAFT APPLICATION AND FORWARDED SAME TO L. DUFF AND S. BLATNICK FOR COMMENTS |
| LEJAVA | 08/02/04 | .10 | PREPARED FOLLOW-UP E-MAIL TO S. BLATNICK OF KIRKLAND & ELLIS REQUESTING COMMENTS TO DRAFT APPLICATION FOR COMPENSATION |
| LEJAVA | 08/06/04 | 1.60 | TELEPHONE CALL WITH S. BLATNICK OF KIRKLAND & ELLIS; REVISED SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION AND PREPARED SAME FOR FILING |
| LEJAVA | 08/23/04 | .80 | REVIEWED DRAFT MONTHLY APPLICATION FOR COMPENSATION AND PROVIDED COMMENTS TO S. SAVAGE |
| LEJAVA | 08/24/04 | .50 | TELEPHONE CALL AND FOLLOW-UP CONFERENCE WITH S. SAVAGE REGARDING FILING OF APPLICATION FOR COMPENSATION |
| SAVAGE | 08/24/04 | 3.50 | PREPARE MONTHLY INTERIM FEE APPLICATION FOR HATCO REMEDIATION SPECIAL ENVIRONMENTAL COUNSEL |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001236

NJ\91518.1

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 12.90 | 360.00 | 4,644.00 | ASSOCIATE, SR. |
| S SAVAGE | 03640 | 15.10 | 235.00 | 3,548.50 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 07/07/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| 07/09/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| 08/05/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .39 |
| 08/06/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 1.54 |
| 08/10/04 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| 08/25/04 | TELEPHONE | TELEPHONE 07196 SAVAGE, STEVEN | S SAVAGE | | .77 |
| | | ** TOTAL TELEPHONE | | | 5.01 |
| 08/25/04 | WESTLAW (WEST PUBLISHING) | WestLaw Search-- 08/25/04 | S SAVAGE | | 321.81 |
| | | ** TOTAL WESTLAW (WEST PUBLISHING | | | 321.81 |
| 07/20/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1007210423947 | S SAVAGE | | 2.89 |
| 07/22/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1007230440887 | S SAVAGE | | 1.02 |
| 08/06/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1008100482287 | JP LEJAVA | | 11.90 |
| 08/09/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1008100482289 | JP LEJAVA | | 1.02 |
| 08/10/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1008110499811 | JP LEJAVA | | .51 |
| 08/10/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1008110499807 | JP LEJAVA | | 2.04 |
| 08/10/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1008110499809 | JP LEJAVA | | 1.02 |
| 08/10/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1008110499813 | JP LEJAVA | | .51 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001236

NJ\91518.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
|      |      | ** TOTAL PHOTOCOPYING |  |  | 20.91 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001236

4

NJ\91518.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

September 30, 2004

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W41001360
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $20,398.95 |
| For professional services rendered through September 30, 2004: | .00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 5.95 | |
| FEDERAL EXPRESS | 53.30 | |
| | | 59.25 |

| | |
|---|---:|
| Total Current Charges | 59.25 |
| Total Balance Due | $20,458.20 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001360

NJ\92794.1

| TIMEKEEPER | | DATE | HOURS | DESCRIPTION | | |
|---|---|---|---|---|---|---|

| EMPLOYEE NAME | | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|---|

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 08/06/04 | FEDERAL EXPRESS | Patricia Cuniff WILMINGTON DE 19801 792703173945 08/06/04 195688894 | J MCGAHREN | | 8.17 |
| 08/25/04 | FEDERAL EXPRESS | PATRICIA CUNIFF ESQ WILMINGTON DE 19801 792074884864 08/25/04 760062461 | S SAVAGE | | 45.13 |
| | | ** TOTAL FEDERAL EXPRESS | | | 53.30 |
| 08/24/04 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1009020478375 | JP LEJAVA | | .68 |
| 08/25/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1009020478369 | S SAVAGE | | 4.59 |
| 08/25/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1009020478371 | S SAVAGE | | .51 |
| 09/27/04 | PHOTOCOPYING | PHOTOCOPYING 03640 CT1009280450201 | S SAVAGE | | .17 |
| | | ** TOTAL PHOTOCOPYING | | | 5.95 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W41001360

NJ\92794.1