**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

Expense Reimbursement
WR Grace
Invoice #: WRG040731

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $397.30 |
| Pacer | $337.68 |
| Postage/Shipping | $55.30 |
| **Total** | **$1,640.28** |

EXHIBIT 2

BMC GROUP                                              JULY 2004 EXPENSE DETAIL

| Invoice # | Client | Date | Vendor | Amount | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040731 | WR Grace | 7/1/04 | Fed Ex | $19.40 | Postage/Shipping | Tiffany Wood Tracking ID 790688777171 |
| WRG040731 | WR Grace | 7/2/04 | Fed Ex | $17.81 | Postage/Shipping | Lisa Ruppaner Tracking ID 846771172350 |
| WRG040731 | WR Grace | 7/29/04 | Fed Ex | $18.09 | Postage/Shipping | Patricia Cuniff Tracking ID 790224309290 |
| WRG040731 | WR Grace | 7/31/04 | BMC | $337.68 | Pacer | qrtly court doc dwnld 4/1-6/30 |
| WRG040731 | WR Grace | 7/31/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040731 | WR Grace | 7/31/04 | BMC | $397.30 | Document Storage | 274 boxes |

EXHIBIT 2

## Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of August 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Document Storage | $400.20 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,250.20 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of August 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,250.20 |

BMC GROUP                                        AUGUST 2004 EXPENSE DETAIL

| Invoice # | Client | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040831 | WR Grace | BMC | $400.20 | 8/31/04 | Document Storage | 276 boxes |
| WRG040831 | WR Grace | BMC | $850.00 | 8/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |

EXHIBIT 2

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of September 2004

| EXPENSE CATEGORY | Expense Amount |
| --- | --- |
| Document Storage | $401.65 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,251.65 |

# Bankruptcy Management Corporation
WR Grace
MONTHLY SUMMARY OF EXPENSES
For the Month of September 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,251.65 |

BMC GROUP                                               SEPTEMBER 2004 EXPENSE DETAIL

| Text32 | Combo34 | ConsultantID | Vendor | Amount | Date | Expense_TypeID | Description | |
|---|---|---|---|---|---|---|---|---|
| WRG040930 | WR Grace | BMC, BMC | BMC | $850.00 | 30-Sep-04 | B-Linx/Data Storage | B-Linx/Data Storage | |
| WRG040930 | WR Grace | BMC10, bmc10 | BMC | $401.65 | 30-Sep-04 | Document Storage | 277 boxes | |

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20040723-1 | 7/23/2004 | $648.33 |
| Invoice # | 021-20040726-1 | 7/26/2004 | $193.90 |
| Invoice # | 021-20040727-1 | 7/27/2004 | $76.40 |
| | | Total | $918.63 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/23/2004
Invoice #: 021-20040723-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omnibus 3 Order MF 9804 | 5 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 45 Pieces @ $.15 each | $6.75 |
| | | | | Fold and Stuff | 9 Pieces @ $.10 each | $0.90 |
| | | | Supplies | InkJet and Envelopes | 9 Pieces @ $.10 each | $0.90 |
| Noticing Document | 2. Omnibus 4 Order MF 9806 | 13 / 93 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 92 Pieces @ $.60 each | $55.20 |
| | | | | USPS - International (at cost) | 1 Piece @ $1.55 each | $1.55 |
| | | | Production | Copy | 1209 Pieces @ $.15 each | $181.35 |
| | | | | Stuff/Mail | 93 Pieces @ $.10 each | $9.30 |
| | | | Supplies | InkJet and Envelopes | 93 Pieces @ $.10 each | $9.30 |
| Noticing Document | 3. Omnibus 5 Order MF 9808 | 18 / 87 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 86 Pieces @ $.60 each | $51.60 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $.85 each | $0.85 |
| | | | Production | Copy | 1566 Pieces @ $.15 each | $234.90 |
| | | | | Stuff/Mail | 87 Pieces @ $.10 each | $8.70 |
| | | | Supplies | InkJet and Envelopes | 87 Pieces @ $.10 each | $8.70 |

**Total Due: $648.33**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/26/2004
Invoice #: 021-20040726-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 6th Omnibus Objection to Claims MF 9820 | 17 / 46 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 45 Pieces @ $.60 each | $27.00 |
| | | | | USPS - International (at cost) | 1 Piece @ $1.60 each | $1.60 |
| | | | Production | Collate and Stuff | 92 Pieces @ $.10 each | $9.20 |
| | | | | Copy | 690 Pieces @ $.15 each | $103.50 |
| | | | | Variable Print Black Only | 92 Pieces @ $.25 each | $23.00 |
| | | | Supplies | InkJet and Envelopes | 46 Pieces @ $.10 each | $4.60 |
| | | | | | **Total Due:** | **$193.90** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/27/2004
Invoice #: 021-20040727-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Order re 3rd Omnibus Objection to Claims MF 9835 | 5 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 45 Pieces @ $.15 each | $6.75 |
| | | | Production | Fold and Stuff | 9 Pieces @ $.10 each | $0.90 |
| | | | Supplies | InkJet and Envelopes | 9 Pieces @ $.10 each | $0.90 |
| Noticing Document | Continuation Order re Omnibus 4 Objection MF 9836 | 5 / 11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 11 Pieces @ $.37 each | $4.07 |
| | | | Production | Copy | 55 Pieces @ $.15 each | $8.25 |
| | | | Production | Fold and Stuff | 11 Pieces @ $.10 each | $1.10 |
| | | | Supplies | InkJet and Envelopes | 11 Pieces @ $.10 each | $1.10 |

**Total Due:** $76.40

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20040831-3 | 8/31/2004 | $59.02 |
| Invoice # | 021-20040831-2 | 8/31/2004 | $32.02 |
| Invoice # | 021-20040831-1 | 8/31/2004 | $33.85 |
| | | Total | $124.89 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 8/31/2004
Invoice #: 021-20040831-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 3 Order MF 10249 | 8 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 40 Pieces @ $.15 each | $6.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.10 each | $0.50 |
| | | | Supplies | InkJet and Envelopes | 5 Pieces @ $.10 each | $0.50 |
| | | | | | **Total Due:** | **$33.85** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 8/31/2004
Invoice #: 021-20040831-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 4 Order MF 10250 | 4 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 6 Pieces @ $.37 each | $2.22 |
| | | | Production | Copy | 24 Pieces @ $.15 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.10 each | $0.60 |
| | | | Supplies | InkJet and Envelopes | 6 Pieces @ $.10 each | $0.60 |

**Total Due:** $32.02

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 8/31/2004
Invoice #: 021-20040831-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 5 Order MF 10251 | 7 / 21 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 21 Pieces @ $.37 each | $7.77 |
| | | | Production | Copy | 147 Pieces @ $.15 each | $22.05 |
| | | | | Fold and Stuff | 21 Pieces @ $.10 each | $2.10 |
| | | | Supplies | InkJet and Envelopes | 21 Pieces @ $.10 each | $2.10 |

**Total Due:** $59.02

EXHIBIT 2
*Invoice Due Upon Receipt*