**EXHIBIT 2**


**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG040731**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $397.30 |
| Pacer | $337.68 |
| Postage/Shipping | $55.30 |
| **Total** | **$1,640.28** |

EXHIBIT 2

BMC GROUP                                                    JULY 2004 EXPENSE DETAIL

| Invoice # | Client | Date | Vendor | Amount | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG040731 | WR Grace | 7/1/04 | Fed Ex | $19.40 | Postage/Shipping | Tiffany Wood Tracking ID 790668777171 |
| WRG040731 | WR Grace | 7/2/04 | Fed Ex | $17.81 | Postage/Shipping | Lisa Ruppaner Tracking ID 846771172350 |
| WRG040731 | WR Grace | 7/29/04 | Fed Ex | $18.09 | Postage/Shipping | Patricia Cuniff Tracking ID 790224309290 |
| WRG040731 | WR Grace | 7/31/04 | BMC | $337.68 | Pacer | qrtly court doc dwnld 4/1-6/30 |
| WRG040731 | WR Grace | 7/31/04 | BMC | $850.00 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040731 | WR Grace | 7/31/04 | BMC | $397.30 | Document Storage | 274 boxes |

EXHIBIT 2



**bmc**
Bankruptcy Management Corporation
BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20040723-1 | 7/23/2004 | $648.33 |
| Invoice # | 021-20040726-1 | 7/26/2004 | $193.90 |
| Invoice # | 021-20040727-1 | 7/27/2004 | $76.40 |
| | | Total | $918.63 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
Bankruptcy Management Corporation
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/23/2004
Invoice #: 021-20040723-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 1. Omnibus 3 Order MF 9804 | 5 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 45 Pieces @ $.15 each | $6.75 |
| | | | | Fold and Stuff | 9 Pieces @ $.10 each | $0.90 |
| | | | Supplies | InkJet and Envelopes | 9 Pieces @ $.10 each | $0.90 |
| Noticing Document | 2. Omnibus 4 Order MF 9806 | 13 / 93 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 92 Pieces @ $.60 each | $55.20 |
| | | | | USPS - International (at cost) | 1 Piece @ $1.55 each | $1.55 |
| | | | Production | Copy | 1209 Pieces @ $.15 each | $181.35 |
| | | | | Stuff/Mail | 93 Pieces @ $.10 each | $9.30 |
| | | | Supplies | InkJet and Envelopes | 93 Pieces @ $.10 each | $9.30 |
| Noticing Document | 3. Omnibus 5 Order MF 9808 | 18 / 87 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 86 Pieces @ $.60 each | $51.60 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $.85 each | $0.85 |
| | | | Production | Copy | 1566 Pieces @ $.15 each | $234.90 |
| | | | | Stuff/Mail | 87 Pieces @ $.10 each | $8.70 |
| | | | Supplies | InkJet and Envelopes | 87 Pieces @ $.10 each | $8.70 |
| | | | | | **Total Due:** | **$648.33** |

EXHIBIT 2
*Invoice Due Upon Receipt*

Case 01-01139-AMC    Doc 7703-2    Filed 02/07/05    Page 6 of 7



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/26/2004
Invoice #: 021-20040726-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 6th Omnibus Objection to Claims MF 9820 | 17 / 46 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 45 Pieces @ $.60 each | $27.00 |
| | | | | USPS - International (at cost) | 1 Piece @ $1.60 each | $1.60 |
| | | | Production | Collate and Stuff | 92 Pieces @ $.10 each | $9.20 |
| | | | | Copy | 690 Pieces @ $.15 each | $103.50 |
| | | | | Variable Print Black Only | 92 Pieces @ $.25 each | $23.00 |
| | | | Supplies | InkJet and Envelopes | 46 Pieces @ $.10 each | $4.60 |

**Total Due:** $193.90

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 7/27/2004
Invoice #: 021-20040727-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Order re 3rd Omnibus Objection to Claims MF 9835 | 5 / 9 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 9 Pieces @ $.37 each | $3.33 |
| | | | Production | Copy | 45 Pieces @ $.15 each | $6.75 |
| | | | | Fold and Stuff | 9 Pieces @ $.10 each | $0.90 |
| | | | Supplies | InkJet and Envelopes | 9 Pieces @ $.10 each | $0.90 |
| Noticing Document | Continuation Order re Omnibus 4 Objection MF 9836 | 5 / 11 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 11 Pieces @ $.37 each | $4.07 |
| | | | Production | Copy | 55 Pieces @ $.15 each | $8.25 |
| | | | | Fold and Stuff | 11 Pieces @ $.10 each | $1.10 |
| | | | Supplies | InkJet and Envelopes | 11 Pieces @ $.10 each | $1.10 |

**Total Due:** $76.40

EXHIBIT 2
*Invoice Due Upon Receipt*