# EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
For the Month of August 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Document Storage | $400.20 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,250.20 |

EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
## MONTHLY SUMMARY OF EXPENSES
### For the Month of August  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,250.20 |

EXHIBIT 2

BMC GROUP                              AUGUST 2004 EXPENSE DETAIL

| Invoice # | Client | Vendor | Amount | Date | Expense_TypeID | Description |
|---|---|---|---|---|---|---|
| WRG040831 | WR Grace | BMC | $400.20 | 8/31/04 | Document Storage | 276 boxes |
| WRG040831 | WR Grace | BMC | $850.00 | 8/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |

EXHIBIT 2



**bmc** ⦿⦿⦿
**Bankruptcy Management Corporation**
BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20040831-3 | 8/31/2004 | $59.02 |
| Invoice # | 021-20040831-2 | 8/31/2004 | $32.02 |
| Invoice # | 021-20040831-1 | 8/31/2004 | $33.85 |
| | | **Total** | **$124.89** |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 Bankruptcy Management Corporation

*Invoice Due Upon Receipt*

EXHIBIT 2



**Bankruptcy Management Corporation**
BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 8/31/2004
Invoice #: 021-20040831-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 3 Order MF 10249 | 8 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 40 Pieces @ $.15 each | $6.00 |
| | | | | Fold and Stuff | 5 Pieces @ $.10 each | $0.50 |
| | | | Supplies | InkJet and Envelopes | 5 Pieces @ $.10 each | $0.50 |

**Total Due:** $33.85

EXHIBIT 2
*Invoice Due Upon Receipt*



**Bankruptcy Management Corporation**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 8/31/2004
Invoice #: 021-20040831-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 4 Order MF 10250 | 4 / 6 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 6 Pieces @ $.37 each | $2.22 |
| | | | Production | Copy | 24 Pieces @ $.15 each | $3.60 |
| | | | | Fold and Stuff | 6 Pieces @ $.10 each | $0.60 |
| | | | Supplies | InkJet and Envelopes | 6 Pieces @ $.10 each | $0.60 |

**Total Due:** $32.02

EXHIBIT 2
*Invoice Due Upon Receipt*



**Bankruptcy Management Corporation**

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 8/31/2004
Invoice #: 021-20040831-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 5 Order MF 10251 | 7 / 21 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 21 Pieces @ $.37 each | $7.77 |
| | | | Production | Copy | 147 Pieces @ $.15 each | $22.05 |
| | | | | Fold and Stuff | 21 Pieces @ $.10 each | $2.10 |
| | | | Supplies | InkJet and Envelopes | 21 Pieces @ $.10 each | $2.10 |

**Total Due:** $59.02

EXHIBIT 2
*Invoice Due Upon Receipt*