# EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of September 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Document Storage | $401.65 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,251.65 |

EXHIBIT 2

# Bankruptcy Management Corporation
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of September 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Grand Total: | $1,251.65 |

EXHIBIT 2

BMC GROUP                                      SEPTEMBER 2004 EXPENSE DETAIL

| Text32 | Combo34 | ConsultantID | Vendor | Amount | Date | Expense TypeID | Description |
|---|---|---|---|---|---|---|---|
| WRG040930 | WR Grace | BMC, BMC | BMC | $850.00 | 30-Sep-04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG040930 | WR Grace | BMC10, bmc10 | BMC | $401.65 | 30-Sep-04 | Document Storage | 277 boxes |

EXHIBIT 2