PETER C. HARVEY
Attorney General of New Jersey
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 106
Trenton, New Jersey  08625-0106
Attorney for State of New Jersey, Division of Taxation

By:   Tracy E. Richardson (TR1366)
      Deputy Attorney General
      (609) 292-1537

                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF DELAWARE

In re:                            )    Chapter 11

W.R. GRACE & CO., et al.,         )    Case No.: 01-01139(JKF)

      Debtors.                    )    Jointly Administered

                                       Hearing Date: February 28, 2005
                                                          12:00 p.m.

                          CERTIFICATION OF SERVICE

        Tracy E. Richardson hereby certifies and says:

        1.   I am employed as a Deputy Attorney General with the Department of Law and Public Safety, Division of Law.

        2.   I hereby certify that on February 8, 2005, this Opposition to Debtors' Eighth Omnibus Objection to Claims (Substantive) was filed electronically and if the following are not registered participants for electronic notice, I caused a true copy of this response to be mailed via regular U.S. Mail:

            Rachel R. Schulman, Esq.
            Attorney for Debtors
            Kirkland & Ellis, LLP
            200 East Randolph Drive
            Suite 6500
            Chicago, IL  60601

David W. Carickhoff, Jr., Esq.
Attorney for Debtors
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Office of the United States Trustee
844 King Street
Suite 2313
Wilmington, DE  19801

3. I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                    PETER C. HARVEY
                    ATTORNEY GENERAL OF NEW JERSEY


              By:   /s/ Tracy E. Richardson
                    Tracy E. Richardson (TR1366)
                    Deputy Attorney General

DATED: 2-8-05