IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al., ) | |
| ) | Case No. 01-01139-JKF |
| Debtors. ) | |
| ) | RE: DN 7302 |

## MOTION & ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to D.Del. LR 83.5 and the attached certifications, the undersigned counsel hereby moves the admission *pro hac vice* of Mark D. Plevin and Leslie A. Epley to represent Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Insurance Company) in the above-captioned matter.

Respectfully submitted,
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

/s/ Brian L. Kasprzak
Brian L. Kasprzak, Esquire (No. 3846)
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

*Attorneys for Everest Reinsurance Company (f/k/a Prudential Reinsurance Company) and Mt. McKinley Insurance Company (f/k/a Gibraltar Insurance Company)*

Dated: December 21, 2004

DE010765.1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED: Counsel's motion for admissions *pro hac vice* is granted.

Dated: February 8, 2005

_____
United States Bankruptcy Judge

DE015078.1