IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*,

                        Debtors.

Chapter 11

Case No. 01-01139 (JKF)
Jointly Administered

RE: DN 7205

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Kerri K. Mumford, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Christopher M. Candon of Cohn & Whitesell LLP (the "Admittee"), to represent the Libby Claimants in this action. The Admittee is admitted, practicing and in good standing of the bar of the Commonwealth of Massachusetts.

LANDIS RATH & COBB LLP

Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
Wilmington, DE 19801
(302) 467-4400

The Admittee certifies that he is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Christopher M. Candon
COHN & WHITESELL LLP
101 Arch Street
Boston, MA 02110
(617) 951-2505

Motion granted.

Date *February 8, 2005*

BY THE COURT:

The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

pro hac (candon).DOC