REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1236268 |
| Invoice Date | 01/31/05 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/04 | Cameron | Review Plan and Disclosure Statement regarding asbestos property damage claim litigation issues. | .90 |
| 12/13/04 | Lord | Various response e-mails to A. Muha re: CNO and related fee application inquires. | .30 |
| 12/17/04 | Atkinson | Check files for counsel addresses per D. Carickoff request. | .80 |
| 12/17/04 | Bentz | Review of agenda for Omnibus hearing. | .30 |
| 12/17/04 | Cameron | Review e-mails and telephone call with R. Finke regarding bar date motion. | .50 |
| 12/20/04 | Atkinson | Review files and e-mail to K. Yee regarding attorneys in Paul Price action. | .50 |
| 12/22/04 | Cameron | Review of materials relating to motion for bar date and suggestion to court of protocol relating to litigation issues. | .80 |

TOTAL HOURS    4.10

```
172573  W. R. Grace & Co.                    Invoice Number   1236268
60026  Litigation and Litigation Consulting  Page    2
        January 31, 2005
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| Douglas E. Cameron | 2.20 | at | $ | 465.00 | = | 1,023.00 |
| James W Bentz | 0.30 | at | $ | 370.00 | = | 111.00 |
| John B. Lord | 0.30 | at | $ | 160.00 | = | 48.00 |
| Maureen L. Atkinson | 1.30 | at | $ | 145.00 | = | 188.50 |

```
                 CURRENT FEES                            1,370.50


                                                      ------------
        TOTAL BALANCE DUE UPON RECEIPT                   $1,370.50
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                      Invoice Number      1236269
5400 Broken Sound Blvd., N.W.                    Invoice Date      01/31/05
Boca Raton, FL 33487                             Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Fees                                   820.50


               TOTAL BALANCE DUE UPON RECEIPT            $820.50
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1236269
5400 Broken Sound Blvd., N.W.        Invoice Date       01/31/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|------|------|
| 12/02/04 | Cameron | Meet with J. Restivo regarding ZAI Science Trial issues. | .40 |
| 12/02/04 | Restivo | Calls with scheduling clerk, Finke and Westbrook re: ZAI Science Trial issues. | 1.00 |
| 12/03/04 | Cameron | Meet with J. Restivo regarding ZAI issues. | .30 |

                                             ------
                             TOTAL HOURS       1.70

| TIME SUMMARY | Hours | Rate | Value |
|------|------|------|------|
| James J. Restivo Jr. | 1.00 | at $ 495.00 = | 495.00 |
| Douglas E. Cameron | 0.70 | at $ 465.00 = | 325.50 |

                    CURRENT FEES                        820.50


                                                 ------------
               TOTAL BALANCE DUE UPON RECEIPT       $820.50
                                                 ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1236270
5400 Broken Sound Blvd., N.W.          Invoice Date      01/31/05
Boca Raton, FL 33487                   Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60029)  Fee Applications-Applicant

    Fees                           1,203.00
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT      $1,203.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1236270
5400 Broken Sound Blvd., N.W.        Invoice Date      01/31/05
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

   Date   Name                                              Hours
 -------- -----------                                       -----


12/07/04 Falini         Reviewed Certificate of No            .20
                        Objection for Reed Smith's
                        Fourteenth Interim Quarterly Fee
                        Application.

12/07/04 Lord           Research docket and draft             .50
                        CNO/service for 14th quarterly fee
                        application.

12/08/04 Lord           Research docket, revise and e-file    .50
                         CNO for 14th quarterly fee
                        application (.4); perfect service
                        for same (.1).

12/13/04 Muha           Revisions to November 2004 fee and   1.30
                        expense details for monthly fee
                        application (.8); draft report on
                        fee application issues to D.
                        Cameron (.5).

12/22/04 Lord           Research docket for objections and    .50
                        draft CNO for 40th monthly fee
                        application (.4); prepare service
                        for same (.1)

12/23/04 Lord           E-file and perfect service for        .50
                        40th monthly CNO (.4); draft
                        correspondence to R.Finke re: same
                        (.1).

12/23/04 Muha           Revisions to fee/expense detail       .60
                        for November 2004 fee application.

```
172573 W. R. Grace & Co.                    Invoice Number  1236270
60029  Fee Applications-Applicant           Page   2
       January 31, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 12/28/04 | Cameron | Review of materials relating to fee applications and e-mails regarding same. | .60 |
| 12/29/04 | Muha | Additional revisions to November 2004 monthly fee application. | .50 |

```
                                              ------
                                TOTAL HOURS    5.20
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 0.60 | at $ | 465.00 | = | 279.00 |
| Andrew J. Muha | 2.40 | at $ | 235.00 | = | 564.00 |
| Janice E. Falini | 0.20 | at $ | 200.00 | = | 40.00 |
| John B. Lord | 2.00 | at $ | 160.00 | = | 320.00 |

```
                    CURRENT FEES                          1,203.00


                                                        ------------
            TOTAL BALANCE DUE UPON RECEIPT               $1,203.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1181025
One Town Center Road                     Invoice Date        02/04/05
Boca Raton, FL    33486                  Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60034)  Records Retention Project (Business Operations)

          Fees                        6,664.00
          Expenses                        0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $6,664.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1181025 |
| Date | 02/04/05 |
| Client Number | 172573 |
| Matter Number | 60034 |

==============================================================================

Re: (60034)  Records Retention Project (Business Operations)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

| Date | Name | | Hours |
|------|------|--|-------|

| 06/30/04 | Freeman | Telephone conference with Mr. Whittier re: record management program policy review. | .40 |
| 07/02/04 | Freeman | Review of record retention schedule and distribution memorandum and office conference with Ms. Mendelsohn re: strategy and proposal for future handling, including telephone message for Mr. Whittier. | .90 |
| 07/02/04 | Mendelsohn | Review record retention materials from client. | 1.00 |
| 07/06/04 | Freeman | Prepare for and participate in telephone conference with Mr. Whittier and Ms. Mendelsohn re: record retention policy. | 1.00 |
| 07/06/04 | Mendelsohn | Analysis regarding questions to raise in discussion with Mr. Whittier and recommendations to make (.2);  telephone conference with Mr. Whittier regarding record management schedule that is to be distributed (.6). | .80 |
| 07/12/04 | Freeman | Review and revise draft litigation hold letter and records management questionnaires to IT personnel and business representatives. | 1.20 |

```
172573 W. R. Grace & Co.                         Invoice Number  1181025
60034  Records Retention Project                 Page    2
       February 4, 2004
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/12/04 | Mendelsohn | Customize data identification and IT questionnaires before providing to Mr. Whittier (1.8); draft exemplar document preservation letter to employees (.6); review Mr. Whittier's draft memo to accompany distribution of policy and consider what background and statement of purpose language could be included (.9). | 3.30 |
| 07/13/04 | Freeman | Revise questionnaires for Mr. Whittier re: records management program (1.2) and revise memorandum re: revision of retention schedules (1.4). | 2.60 |
| 07/13/04 | Mendelsohn | Review and revise statement of purpose and benefits to incude in memo to be distribued along with draft policy and retention schedule . | .60 |
| 07/14/04 | Freeman | Exchange e-mails with Mr. Whittier re: record management program re: status and future handling (.3); office conference with Ms. Mendelsohn re: further review and revision of retention schedule and outline of proposal to Mr. Whittier for development, implementation and enforcement of the record management program (.4). | .70 |
| 07/14/04 | Mendelsohn | Review record retention schedule and analysis regarding organization of same and categorize records covered by currect schedule. | 1.40 |
| 07/15/04 | Freeman | Office conference with Ms. Mendelsohn re: W. R. Grace retention periods (.6); telephone conference with Mr. Whittier re: record retention management and action plan (.6). | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1181025
60034  Records Retention Project            Page   3
       February 4, 2004


   Date   Name                                            Hours
  ------- -----------                                     -----

07/15/04 Mendelsohn     Further anlaysis of record         1.70
                        retention schedule to formulate
                        recommendation for organizing by
                        functional areas (1.3) and
                        telephone conference with Mr.
                        Whittier regarding same (0.4).

                                                          ------
                                        TOTAL HOURS        16.80


TIME SUMMARY                Hours       Rate        Value
-------------------------   --------------------    -------
Thomas M. Freeman           8.00  at $  415.00  =   3,320.00
Stephanie L. Mendelsohn     8.80  at $  380.00  =   3,344.00

                            CURRENT FEES                      6,664.00

                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $6,664.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1236683
One Town Center Road                     Invoice Date         02/04/05
Boca Raton, FL    33486                  Client Number          172573

================================================================================

Re: W. R. Grace & Co.


(60034)  Records Retention Project (Business Operations)

    Fees                              4,850.75
    Expenses                              8.87
                  ------------

           TOTAL BALANCE DUE UPON RECEIPT        $4,859.62
                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                                    Invoice Number      1236683
One Town Center Road                               Invoice Date       02/04/05
Boca Raton, FL   33486                             Client Number       172573
                                                   Matter Number        60034


===============================================================================

Re: (60034)  Records Retention Project (Business Operations)

FOR PROFESSIONAL SERVICES PROVIDED FROM AUGUST 1, 2004 THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/02/04 | Mendelsohn | Review and analysis of version of Grace Policy 424 that Mr. Whittier redlined and reorganize so that records that serve similar functions are grouped together | 1.20 |
| 08/04/04 | Freeman | Review and revision of record retention schedule (1.2); conference with Ms. Jensen re use of database for revision of schedule (.2). | 1.40 |
| 08/04/04 | Mendelsohn | Prepare memo to distribution list regarding background of project, need for update of existing policy, and benefits from records management (.8); analysis regarding organization of current plan and identify additional functional types of records that are represented such as general corporate records and recognize accordingly and continue to edit and revise retention schedule (1.4); analysis regarding specifications for database that can collect responses from distribution list (.4) | 2.60 |
| 08/05/04 | Freeman | Review and revise retention schedule (1.1); revise draft policy (1.2); outline pending issues and action plan (1.1) and | 3.65 |

172573 W. R. Grace & Co.                    Invoice Number  1236683
60034 Records Retention Project             Page   2
       February 4, 2005

```
   Date  Name                                              Hours
 -------- -----------                                      -----


              review and revise database (.25).

08/05/04 Mendelsohn    Continue to review and revise         3.45
                       retention schedule, identify
                       questions to resolve that will
                       impact ability to verify retention
                       periods such as geographic scope
                       of policy (.9) and write memo with
                       questions and action items (2.3);
                       review exemplar database and
                       reformulate fields that will be
                       included and views that will be
                       available (.25)

                                            ------
                               TOTAL HOURS   12.30
```

```
TIME SUMMARY            Hours       Rate        Value
----------------------  ------- -------------  -------
Thomas M. Freeman        5.05  at $  415.00  =  2,095.75
Stephanie L. Mendelsohn  7.25  at $  380.00  =  2,755.00

                        CURRENT FEES                      4,850.75
```

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
08/05/04   ATTY # 5494: 3 COPIES                            .45

08/05/04   ATTY # 5494: 5 COPIES                            .75

08/05/04   ATTY # 5494: 14 COPIES                          1.60

08/05/04   ATTY # 5494: 12 COPIES                          1.30

08/05/04   ATTY # 5460: 3 COPIES                            .45

08/05/04   ATTY # 5460: 3 COPIES                            .45

08/05/04   Courier Service - UPS - Shipped from            3.87
           Linda Pringle, Reed Smith LLP - Oakland to Scott
           Whittier, W.R. Grace (COLUMBIA MD 21044)

                        CURRENT EXPENSES                      8.87
                                                      ------------
                TOTAL BALANCE DUE UPON RECEIPT         $4,859.62
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1236271
One Town Center Road                     Invoice Date      01/31/05
Boca Raton, FL   33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                        108,813.50
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $108,813.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1236271
One Town Center Road                     Invoice Date        01/31/05
Boca Raton, FL   33486                   Client Number         172573
                                         Matter Number          60035

================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|--|-------|

| 12/01/04 | Atkinson | Prepare list of depositions (0.7); review files from storage (1.1). | 1.80 |
| 12/02/04 | Atkinson | Locate deposition transcripts. | .40 |
| 12/03/04 | Atkinson | Collect e-mail copies of deposition transcripts. | .70 |
| 12/03/04 | Cameron | Multiple e-mails and telephone calls regarding grand jury investigation (1.4); review materials from R. Finke regarding same (0.8). | 2.20 |
| 12/05/04 | Cameron | Review materials relating to grand jury investigation. | 1.80 |
| 12/06/04 | Cameron | Meet with J. Restivo and e-mails relating to grand jury issues. | .80 |
| 12/07/04 | Bentz | Review of government subpoena. | .40 |
| 12/07/04 | Cameron | Meet with J. Restivo regarding grand jury issue. | .80 |
| 12/07/04 | Restivo | Telephone calls and meetings re: subpoena. | 1.00 |
| 12/08/04 | Cameron | Continued review of materials and meetings with T. McGough regarding issues relating to Montana investigation (2.4); follow-up telephone calls with R. Finke regarding same (0.4); multiple | 3.10 |

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page    2
        January 31, 2005


   Date   Name                                              Hours
-------- -----------                                        -----

                        telephone calls with J. Restivo
                        regarding same (0.3).

12/08/04 McGough Jr.    Conference with D. Cameron re:        2.00
                        Montana situation and review of
                        documents.

12/09/04 Atkinson       Draft letter and transcript copy       .80
                        of deposition/exhibits.

12/09/04 Cameron        Telephone call with R. Finke and      5.10
                        T. McGough regarding grand jury
                        investigation (0.3); meet with T.
                        McGough regarding same (0.4);
                        follow-up telephone call with
                        Grace in-house counsel (.4);
                        e-mails regarding same (0.8);
                        review materials relating to grand
                        jury investigation (2.1); review
                        deposition testimony per Kirkland
                        & Ellis request (0.8); meet with
                        J. Restivo regarding same (0.3).

12/09/04 McGough Jr.    Conferences with D. Cameron.           .50

12/09/04 Restivo        Discussions with Reed Smith team      1.50
                        re: grand jury inviestigation.

12/10/04 Atkinson       Per D. Cameron e-mail requests,        .90
                        locate, copies made of Grace
                        documents.

12/10/04 Cameron        Multiple e-mails relating to grand    7.10
                        jury investigation (1.4); research
                        and review materials to provide to
                        in-house counsel and K&E (1.9);
                        prepare and revise summary of
                        comments to grand jury materials
                        received from in-house counsel
                        (3.3); telephone call with L.
                        Flatley regarding same (0.3);
                        telephone call with J. Restivo
                        regarding same (0.2).

12/10/04 Flatley        Review and respond to e-mails         3.10
                        (0.2); review draft indictment,
                        outline thoughts and e-mail to

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page   3
       January 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|

|  |  | clients with comments on the indictment (2.6); call with D. Cameron and review his e-mail on draft indictment (0.3). |  |
| 12/10/04 | Restivo | Telephone call with D. Cameron re: government investigation. | .30 |
| 12/11/04 | Cameron | Review materials relating to grand jury investigation and e-mails re: same. | 1.90 |
| 12/13/04 | Atkinson | Arrange to have materials scanned to send to Kirkland & Ellis. | .60 |
| 12/13/04 | Cameron | Additional research for materials requested by K&E and e-mails regarding grand jury investigation (1.1); telephone call with Grace in-house counsel and L. Flatley regarding same (0.4); follow-up e-mails regarding same (0.3); review grand jury materials in preparation for conference calls with Grace counsel (1.4); telephone call with J. Restivo regarding same (0.2). | 3.40 |
| 12/13/04 | Flatley | E-mails re: scheduling call (0.1); call with D. Cameron re: proposed conference call and preparation for it(0.2). | .30 |
| 12/13/04 | McGough Jr. | Review of grand jury investigation materials. | .80 |
| 12/13/04 | Restivo | Review materials and information re: grand jury matters. | 1.00 |
| 12/14/04 | Atkinson | Review grand jury investigation documents. | 1.60 |
| 12/14/04 | Butcher | Meeting with D. Cameron and A. Muha re: grand jury investigation (.20); review materials re: grand jury investigation and assignment (.90). | 1.10 |

172573 W. R. Grace & Co.                         Invoice Number  1236271
60035  Grand Jury Investigation                  Page   4
       January 31, 2005


| Date | Name | | Hours |
|------|------|---|-------|

| 12/14/04 | Cameron | Review of documents and preparation for conference call with client and co-counsel regarding grand jury investigation strategy (1.8); participate in conference call regarding same (1.1); follow-up meeting regarding allocation of responsibilities, identification of tasks and identification of necessary data (0.4); begin collection of data and organization of outline for presentation relating to grand jury investigation (2.2); meet with J. Butcher, A. Muha and M. Atkinson regarding same (0.3). | 5.80 |
| 12/14/04 | Flatley | Prepare for conference call (1.10); conference call with client and co-counsel and follow-up with J. Restivo and D. Cameron (1.50). | 2.60 |
| 12/14/04 | Muha | Meet with D. Cameron re: work relating to government investigation (0.3); forward materials to D. Cameron (0.1). | .40 |
| 12/14/04 | Restivo | Preparation for (0.7) and conference call with client and follow-up meetings (1.8) re: government action. | 2.50 |
| 12/15/04 | Butcher | Review documents relating to grand jury investigation. | .80 |
| 12/15/04 | Cameron | Review materials received from counsel (1.80); continued review of outline and summaries (1.90). | 3.70 |
| 12/15/04 | Flatley | Begin review of documents referenced in grand jury investigation. | 1.50 |
| 12/15/04 | Restivo | Review and parse draft government investigation document. | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035 Grand Jury Investigation                    Page    5
       January 31, 2005


| Date | Name | | Hours |
|------|------|---|-------|

| 12/16/04 | Atkinson | Attend strategy meeting with J. Restivo, L. Flatley, D. Cameron, A. Muha re:  response to grand jury investigation (1.60); searches for documents for materials for A. Muha and L. Flatley (1.40); review files re: proposed findings (.30). | 3.30 |
| 12/16/04 | Cameron | Prepare for and attend strategy meeting with J. Restivo, L. Flatley,  A. Muha and M. Atkinson regarding allocation of responsibility for grand jury investigation matter and discussion of outlines for substantive presentations (1.9); review documents received from counsel and begin preparation of outline and summary materials (2.7); review draft letter and begin work on comments (0.9). | 5.50 |
| 12/16/04 | Flatley | Prepare for and attend meeting with Reed Smith team and follow-up with A. Muha about response (1.8); reviewing government documents and outlining response (3.0). | 4.80 |
| 12/16/04 | Muha | Prepare for and attend team meeting with Reed Smith team re: government investigation (1.6); begin review of report and documents and draft materials to begin work on response (4.9). | 6.50 |
| 12/16/04 | Restivo | Prepare for and attend strategy planning re: government investigation (1.5) and review new government materials (0.5). | 2.00 |
| 12/17/04 | Atkinson | Searches and review files for documents. | 4.40 |
| 12/17/04 | Cameron | Review and comment on draft letter Letter re: grand jury investigation (1.8); calls and emails to client and team re: investigation (1.4); work on draft response outline (2.9). | 6.10 |

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page   6
       January 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 12/17/04 | Flatley | Review draft letter and e-mails on it (.50); call with D. Cameron (.20);  work on response to issuess raised in grand jury investigation (7.40). | 8.10 |
| 12/17/04 | Muha | Review and analyze government documents (6.6); draft memorandum (3.6). | 10.20 |
| 12/17/04 | Restivo | Begin compiling response to specific allegations of government. | 5.00 |
| 12/18/04 | Cameron | Review draft indictment, draft letter to government and various file documents to prepare and revise draft bullet-point outline for presentation. | 2.50 |
| 12/18/04 | Restivo | Continue work on response. | 3.50 |
| 12/19/04 | Cameron | Continued document review and preparation of presentation. | 2.00 |
| 12/20/04 | Atkinson | Searches for documents for response (1.9); copies of reports to D. Cameron (1.2); review files for references (0.7). | 3.80 |
| 12/20/04 | Bentz | Work in response to portions of Government's grand jury investigation. | 4.50 |
| 12/20/04 | Butcher | Review documents relating to response. | 1.60 |
| 12/20/04 | Cameron | Multiple meetings with J. Restivo regarding grand jury investigation work (0.8); multiple telephone calls with L. Flatley regarding same (0.4); meet with J. Bentz regarding same (0.5); prepare, review and revise portions of draft outline response (3.2); review of extensive documents to assist preparation of presentation (2.9). | 7.80 |

172573 W. R. Grace & Co.                      Invoice Number  1236271
60035  Grand Jury Investigation               Page    7
       January 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 12/20/04 | Flatley | Continue work on response to issues raised in grand jury investigation (3.10); with J. Bentz (.10); call with D. Cameron (.20); call with A. Muha (.10). | 3.50 |
| 12/20/04 | Muha | Work on materials in response to grand jury investigation. | 4.60 |
| 12/20/04 | Restivo | Continue work on resonse to grand jury investigation. | 6.80 |
| 12/21/04 | Atkinson | Perform searches for documents to respond to grand jury investigation, and copies of same (0.6); review multiple files for documents to D. Cameron in connection with response to draft indictment (2.1). | 2.70 |
| 12/21/04 | Butcher | Assist in preparation of portions of response. | 3.60 |
| 12/21/04 | Cameron | Continued review of and revisions to outline for presentation relating to grand jury investigation (5.8); meet with J. Restivo regarding same (0.3); multiple e-mails regarding same (0.8). | 6.90 |
| 12/21/04 | Flatley | Continue work on portions of response. | 3.90 |
| 12/21/04 | Muha | Review and revise parts of outline for response (3.2); meet with J. Butcher (0.5), L. Flatley (0.3) and J. Bentz (0.2) re: same; meet with J. Restivo re: documents (0.3); research additional documents for response (1.4). | 5.90 |
| 12/21/04 | Restivo | Continue work on response. | 6.60 |
| 12/22/04 | Atkinson | Searches regarding testing (1.0); review files, documents copied for response (2.8). | 3.80 |
| 12/22/04 | Bentz | Work on portions of response. | 4.80 |

172573 W. R. Grace & Co.                          Invoice Number 1236271
60035  Grand Jury Investigation                   Page   8
       January 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 12/22/04 | Butcher | Assist in preparing portions of response. | 2.40 |
| 12/22/04 | Cameron | Continued preparation and review of and revisions to proposed outline of presentation relating to grand jury investigation (4.9); multiple meetings with J. Restivo and e-mails regarding same (0.9); review of government documents and rebuttal documents (2.9). | 8.70 |
| 12/22/04 | Muha | Revisions to portions of new drafts of response (2.2); review documents relating to outline and add references (3.7); assemble outline/summary (1.6). | 7.50 |
| 12/22/04 | Restivo | Continue work on response, including meetings with D. Cameron, L. Flatley, A. Muha and J. Butcher re: same. | 7.10 |
| 12/23/04 | Atkinson | Locate documents for response. | .80 |
| 12/23/04 | Bentz | Continue work on portions of response. | 4.60 |
| 12/23/04 | Butcher | Assist in preparation of portions of response. | 3.20 |
| 12/23/04 | Cameron | Review of revised outline and minimum changes. | 1.60 |
| 12/23/04 | Muha | Meet with J. Restivo to review and revise draft response. | 3.20 |
| 12/23/04 | Restivo | Continue work on response, including meeting with A. Muha re: documentation. | 5.00 |
| 12/26/04 | Cameron | Review additional documents for use in outline. | 2.40 |
| 12/27/04 | Atkinson | Meeting with Grace Team to review and complete response (2.6); prepare and review materials for Kirkland & Ellis, W.R. Grace, and J. Restivo (3.9). | 6.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1236271
60035  Grand Jury Investigation            Page   9
       January 31, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| 12/27/04 | Bentz | Attending meeting regarding response (2.7); work on portions of response, including review of additional documents (2.1). | 4.80 |
| 12/27/04 | Butcher | Attend team meeting (2.7); assist in revision of part of response (1.4). | 4.10 |
| 12/27/04 | Cameron | Review and revise draft outline (1.2); prepare for and attend portion of meeting with various Grace team members regarding outline (2.4); follow-up e-mails and telephone calls regarding same (0.8). | 4.40 |
| 12/27/04 | Muha | Review latest draft of response outline and J. Bentz' comments to same (0.8); attend team meeting to discuss strategy and revisions/additions to response (2.7); continue review, analysis and revisions to final version of response (4.1). | 7.60 |
| 12/27/04 | Restivo | Continue work on response. | 7.20 |
| 12/28/04 | Atkinson | Prepare binders of materials relating to response to draft indictment for D. Cameron, L. Flatley and J. Restivo (1.9). | 2.40 |
| 12/28/04 | Bentz | Continue work on portions of response. | 1.40 |
| 12/28/04 | Cameron | Review of final outline (0.7) and review/organization of extensive documents (1.9). | 2.60 |
| 12/28/04 | Restivo | Review and revise response. | 1.00 |
| 12/29/04 | Atkinson | Prepare materials for use with response. | .60 |
| 12/29/04 | Flatley | Review and reply to e-mails relating to grand jury investigation. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1236271
60035  Grand Jury Investigation            Page  10
       January 31, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 12/29/04 | Muha | Reorganize outline materials. | .20 |
| 12/31/04 | Cameron | E-mails regarding meeting and preparation issues. | .60 |

```
                                              ------
                              TOTAL HOURS     289.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 52.50 | at $ | 495.00 | = | 25,987.50 |
| Lawrence E. Flatley | 28.00 | at $ | 470.00 | = | 13,160.00 |
| W. Thomas McGough, Jr. | 3.30 | at $ | 560.00 | = | 1,848.00 |
| Douglas E. Cameron | 86.80 | at $ | 465.00 | = | 40,362.00 |
| James W Bentz | 20.50 | at $ | 370.00 | = | 7,585.00 |
| Jayme L. Butcher | 16.80 | at $ | 235.00 | = | 3,948.00 |
| Andrew J. Muha | 46.10 | at $ | 235.00 | = | 10,833.50 |
| Maureen L. Atkinson | 35.10 | at $ | 145.00 | = | 5,089.50 |

```
                 CURRENT FEES                        108,813.50


                                                   ------------
          TOTAL BALANCE DUE UPON RECEIPT            $108,813.50
                                                   ============
```