REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                     Invoice Number      1236274
One Town Center Road                Invoice Date      01/31/05
Boca Raton, FL   33486              Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Expenses                          2,162.28

                    TOTAL BALANCE DUE UPON RECEIPT       $2,162.28
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1236274
One Town Center Road                     Invoice Date      01/31/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      2.50
        Courtlink                             77.28
        Duplicating/Printing/Scanning      1,843.05
        Postage Expense                        0.60
        Courier Service - Outside             12.51
        Outside Duplicating                  124.40
        Secretarial Overtime                  60.00
        General Expense                       41.94

                    CURRENT EXPENSES              2,162.28
                                              -------------

            TOTAL BALANCE DUE UPON RECEIPT       $2,162.28
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                               Invoice Number      1236274
One Town Center Road                          Invoice Date      01/31/05
Boca Raton, FL   33486                        Client Number       172573
                                              Matter Number         60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/30/04 | PACER--Electronic docket document retrieval charges. | 68.88 |
| 12/01/04 | ATTY # 0710: 18 COPIES | 2.70 |
| 12/06/04 | ATTY #0885: 1 COPY | .15 |
| 12/08/04 | 410-531-4355/COLUMBIA, MD/26 | 1.30 |
| 12/09/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP, Pittsburgh to Tyler Mace, Esq. Kirkland & Ellis (WASHINGTON DC 20005).  1Z2644280194476914 | 12.51 |
| 12/10/04 | ATTY # 0856; 222 COPIES | 33.30 |
| 12/10/04 | ATTY # 0856; 60 COPIES | 9.00 |
| 12/10/04 | ATTY # 0856; 169 COPIES | 25.35 |
| 12/10/04 | ATTY # 0559: 4 COPIES | .60 |
| 12/10/04 | ATTY # 0559: 4 COPIES | .60 |
| 12/10/04 | ATTY # 0559: 4 COPIES | .60 |
| 12/10/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 12/10/04 | Duplicating/Printing/Scanning | -3.15 |
| 12/13/04 | ATTY # 0349: 15 COPIES | 2.25 |
| 12/13/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/14/04 | ATTY # 0559; 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                      Invoice Number  1236274
60026  Litigation and Litigation Consulting   Page   2
       January 31, 2005
```

| Date | Description | Amount |
|---|---|---|
| 12/14/04 | ATTY # 0559; 4 COPIES | .60 |
| 12/14/04 | ATTY # 0349; 4 COPIES | .60 |
| 12/14/04 | ATTY # 0559; 170 COPIES | 25.50 |
| 12/14/04 | ATTY # 0856; 6 COPIES | .90 |
| 12/14/04 | ATTY # 0856; 14 COPIES | 2.10 |
| 12/14/04 | ATTY # 0856; 8 COPIES | 1.20 |
| 12/14/04 | ATTY # 0856; 44 COPIES | 6.60 |
| 12/14/04 | ATTY # 0856; 14 COPIES | 2.10 |
| 12/14/04 | ATTY # 0856; 12 COPIES | 1.80 |
| 12/14/04 | ATTY # 0349: 66 COPIES | 9.90 |
| 12/14/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/14/04 | ATTY # 0396: 1 COPIES | .15 |
| 12/14/04 | ATTY # 0396: 1 COPIES | .15 |
| 12/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/15/04 | ATTY # 0559; 112 COPIES | 16.80 |
| 12/15/04 | ATTY # 0559; 8 COPIES | 1.20 |
| 12/15/04 | ATTY # 0559; 40 COPIES | 6.00 |
| 12/15/04 | ATTY # 0559; 2588 COPIES | 388.20 |
| 12/16/04 | Outside Duplicating - - Copying for hard-copy service of CNO. | 61.30 |
| 12/16/04 | ATTY # 0701: 119 COPIES | 17.85 |
| 12/16/04 | ATTY # 0710: 4 COPIES | .60 |
| 12/16/04 | ATTY # 0710: 10 COPIES | 1.50 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |

172573  W. R. Grace & Co.                        Invoice Number  1236274
60026   Litigation and Litigation Consulting     Page    3
        January 31, 2005

| 12/16/04 | ATTY # 0856: 1 COPIES | .15 |
|----------|-----------------------|-----|
| 12/16/04 | ATTY # 0710; 235 COPIES | 35.25 |
| 12/16/04 | ATTY # 0856; 212 COPIES | 31.80 |
| 12/16/04 | ATTY # 0856; 32 COPIES | 4.80 |
| 12/16/04 | ATTY # 0856; 43 COPIES | 6.45 |
| 12/16/04 | ATTY # 0856; 45 COPIES | 6.75 |
| 12/17/04 | ATTY # 0710: 8 COPIES | 1.20 |
| 12/17/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 12/17/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/17/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/17/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/17/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/17/04 | ATTY # 0396: 3 COPIES | .45 |
| 12/17/04 | ATTY # 0396: 5 COPIES | .75 |
| 12/17/04 | ATTY # 0396: 5 COPIES | .75 |
| 12/17/04 | ATTY # 0396: 10 COPIES | 1.50 |
| 12/17/04 | 561-362-1533/BOCA RATON, FL/9 | .45 |
| 12/17/04 | ATTY # 0856: 9 COPIES | 1.35 |
| 12/17/04 | ATTY # 0710; 33 COPIES | 4.95 |
| 12/17/04 | ATTY # 0559; 455 COPIES | 68.25 |
| 12/17/04 | Duplicating/Printing/Scanning | -13.05 |
| 12/20/04 | Revisions to DI | 15.00 |
| 12/20/04 | ATTY # 0710; 153 COPIES | 22.95 |
| 12/20/04 | ATTY # 0856; 296 COPIES | 44.40 |
| 12/20/04 | ATTY # 0856; 174 COPIES | 26.10 |
| 12/20/04 | ATTY # 0856; 428 COPIES | 64.20 |

172573 W. R. Grace & Co.                          Invoice Number  1236274
60026  Litigation and Litigation Consulting       Page   4
       January 31, 2005

| | | |
|---|---|---:|
| 12/20/04 | ATTY # 0885; 177 COPIES | 26.55 |
| 12/20/04 | ATTY # 0349; 15 COPIES | 2.25 |
| 12/20/04 | ATTY # 0349; 2 COPIES | .30 |
| 12/20/04 | ATTY # 0559; 284 COPIES | 42.60 |
| 12/20/04 | ATTY # 0710: 35 COPIES | 5.25 |
| 12/20/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/20/04 | ATTY # 0559: 2 COPIES | .30 |
| 12/20/04 | ATTY # 0559: 3 COPIES | .45 |
| 12/20/04 | ATTY # 0559: 3 COPIES | .45 |
| 12/20/04 | ATTY # 0559: 3 COPIES | .45 |
| 12/20/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/20/04 | ATTY # 0349: 5 COPIES | .75 |
| 12/20/04 | ATTY # 0349: 5 COPIES | .75 |
| 12/20/04 | ATTY # 0349: 1 COPIES | .15 |
| 12/20/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/20/04 | ATTY # 0349: 37 COPIES | 5.55 |
| 12/20/04 | ATTY # 0349: 83 COPIES | 12.45 |
| 12/20/04 | ATTY # 0349: 8 COPIES | 1.20 |
| 12/20/04 | ATTY # 0349: 12 COPIES | 1.80 |
| 12/20/04 | ATTY # 0349: 24 COPIES | 3.60 |
| 12/20/04 | ATTY # 0349: 24 COPIES | 3.60 |
| 12/21/04 | Revisions to DI | 45.00 |
| 12/21/04 | ATTY # 0856; 14 COPIES | 2.10 |
| 12/21/04 | ATTY # 0856; 109 COPIES | 16.35 |
| 12/21/04 | ATTY # 0559; 15 COPIES | 2.25 |
| 12/21/04 | ATTY # 0559; 44 COPIES | 6.60 |

172573 W. R. Grace & Co.                          Invoice Number  1236274
60026  Litigation and Litigation Consulting       Page   5
       January 31, 2005

12/21/04   ATTY # 0559; 14 COPIES                              2.10

12/21/04   Postage Expense                                     .60

12/21/04   ATTY # 0349: 1 COPY                                 .15

12/21/04   ATTY # 0710: 35 COPIES                             5.25

12/21/04   ATTY # 0710: 35 COPIES                             5.25

12/21/04   ATTY # 0710: 76 COPIES                            11.40

12/21/04   ATTY # 0710: 38 COPIES                             5.70

12/21/04   ATTY # 0559: 26 COPIES                             3.90

12/21/04   ATTY # 0559: 7 COPIES                              1.05

12/21/04   ATTY # 0559: 6 COPIES                               .90

12/21/04   ATTY # 0559: 5 COPIES                               .75

12/21/04   ATTY # 0559: 3 COPIES                               .45

12/21/04   ATTY # 0559: 3 COPIES                               .45

12/21/04   ATTY # 0559: 1 COPIES                               .15

12/21/04   ATTY # 0559: 3 COPIES                               .45

12/21/04   ATTY # 0559: 8 COPIES                              1.20

12/21/04   ATTY # 0559: 1 COPIES                               .15

12/21/04   ATTY # 0559: 1 COPIES                               .15

12/21/04   ATTY # 0396: 6 COPIES                               .90

12/21/04   ATTY # 0349: 5 COPIES                               .75

12/21/04   ATTY # 0349: 2 COPIES                               .30

12/21/04   ATTY # 0559: 2 COPIES                               .30

12/21/04   ATTY # 0349: 5 COPIES                               .75

12/21/04   ATTY # 0349: 32 COPIES                             4.80

12/21/04   ATTY # 0349: 26 COPIES                             3.90

172573 W. R. Grace & Co.                         Invoice Number  1236274
60026  Litigation and Litigation Consulting      Page   6
       January 31, 2005


| 12/21/04 | ATTY # 0349: 26 COPIES | 3.90 |
|---|---|---|
| 12/21/04 | ATTY # 0349: 26 COPIES | 3.90 |
| 12/21/04 | ATTY # 0349: 52 COPIES | 7.80 |
| 12/21/04 | ATTY # 0349: 269 COPIES | 40.35 |
| 12/21/04 | 561-362-1551/BOCA RATON, FL/16 | .75 |
| 12/22/04 | ATTY # 0856; 429 COPIES | 64.35 |
| 12/22/04 | ATTY # 0856; 350 COPIES | 52.50 |
| 12/22/04 | ATTY # 0559; 7 COPIES | 1.05 |
| 12/22/04 | ATTY # 0559; 136 COPIES | 20.40 |
| 12/22/04 | ATTY # 0856; 22 COPIES | 3.30 |
| 12/22/04 | ATTY # 0856; 36 COPIES | 5.40 |
| 12/22/04 | ATTY # 0856; 237 COPIES | 35.55 |
| 12/22/04 | ATTY # 0856; 102 COPIES | 15.30 |
| 12/22/04 | ATTY # 0710; 62 COPIES | 9.30 |
| 12/22/04 | ATTY # 0710; 20 COPIES | 3.00 |
| 12/22/04 | ATTY # 0710; 14 COPIES | 2.10 |
| 12/22/04 | ATTY # 0856; 135 COPIES | 20.25 |
| 12/22/04 | ATTY # 0710; 55 COPIES | 8.25 |
| 12/22/04 | ATTY # 0710; 630 COPIES | 94.50 |
| 12/22/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 12/22/04 | ATTY # 0559: 5 COPIES | .75 |
| 12/22/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/22/04 | ATTY # 0559: 20 COPIES | 3.00 |

172573 W. R. Grace & Co.                          Invoice Number  1236274
 60026  Litigation and Litigation Consulting      Page   7
        January 31, 2005


12/22/04   ATTY # 0559: 2 COPIES                              .30

12/22/04   ATTY # 0559: 11 COPIES                           1.65

12/22/04   ATTY # 0559: 10 COPIES                           1.50

12/22/04   ATTY # 0559: 21 COPIES                           3.15

12/22/04   ATTY # 0559: 8 COPIES                            1.20

12/22/04   ATTY # 0856: 9 COPIES                            1.35

12/22/04   ATTY # 0856: 1 COPIES                             .15

12/22/04   ATTY # 0349: 50 COPIES                           7.50

12/22/04   ATTY # 0349: 10 COPIES                           1.50

12/22/04   ATTY # 0349: 51 COPIES                           7.65

12/22/04   ATTY # 0349: 5 COPIES                             .75

12/22/04   ATTY # 0349: 51 COPIES                           7.65

12/22/04   ATTY # 0349: 56 COPIES                           8.40


12/22/04   ATTY # 0349: 55 COPIES                           8.25

12/22/04   ATTY # 0349: 51 COPIES                           7.65

12/22/04   ATTY # 0349: 50 COPIES                           7.50

12/22/04   ATTY # 0349: 57 COPIES                           8.55

12/22/04   ATTY # 0559: 5 COPIES                             .75

12/23/04   ATTY # 0559; 16 COPIES                           2.40

12/23/04   ATTY # 0349: 56 COPIES                           8.40

12/23/04   ATTY # 0349: 61 COPIES                           9.15

12/23/04   ATTY # 0349: 2 COPIES                             .30

12/23/04   ATTY # 0349: 1 COPIES                             .15

12/23/04   ATTY # 0349: 83 COPIES                          12.45

12/27/04   ATTY # 0856; 84 COPIES                          12.60

12/27/04   ATTY # 0856; 12 COPIES                           1.80

172573 W. R. Grace & Co.                         Invoice Number  1236274
60026  Litigation and Litigation Consulting      Page   8
       January 31, 2005

| | | |
|---|---|---:|
| 12/27/04 | ATTY # 0856; 354 COPIES | 53.10 |
| 12/27/04 | ATTY # 0856; 236 COPIES | 35.40 |
| 12/27/04 | ATTY # 0856; 76 COPIES | 11.40 |
| 12/27/04 | ATTY # 0701; 22 COPIES | 3.30 |
| 12/27/04 | ATTY # 0856; 66 COPIES | 9.90 |
| 12/27/04 | ATTY # 0349; 9 COPIES | 1.35 |
| 12/27/04 | ATTY # 0856; 62 COPIES | 9.30 |
| 12/27/04 | ATTY # 0349: 7 COPIES | 1.05 |
| 12/27/04 | ATTY # 0349: 76 COPIES | 11.40 |
| 12/27/04 | ATTY # 0349: 58 COPIES | 8.70 |
| 12/27/04 | ATTY # 0349: 59 COPIES | 8.85 |
| 12/27/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/27/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/28/04 | ATTY # 0856; 382 COPIES | 57.30 |
| 12/28/04 | ATTY # 0856; 59 COPIES | 8.85 |
| 12/28/04 | ATTY # 0856; 246 COPIES | 36.90 |
| 12/28/04 | ATTY # 0349: 7 COPIES | 1.05 |
| 12/28/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/28/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/28/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/29/04 | Outside Duplicating - - Copying for hard-copy service of CNO. | 63.10 |
| 12/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/30/04 | ATTY # 0710: 7 COPIES | 1.05 |

```
172573 W. R. Grace & Co.                        Invoice Number  1236274
60026  Litigation and Litigation Consulting     Page   9
       January 31, 2005
```

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/04 | General Expense - -Tabs for binders of documents attached to draft indictment response. | 3.00 |
| 12/31/04 | General Expense - -Tabs for binders of documents attached to draft indictment response. | 11.98 |
| 12/31/04 | General Expense - -Tabs for binders of documents attached to draft indictment response. | 26.96 |
| 12/31/04 | PACER - - Electronic Docket Retrieval Charge | 8.40 |

```
                        CURRENT EXPENSES                2,162.28
                                                      ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $2,162.28
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1236275
5400 Broken Sound Blvd., N.W.         Invoice Date       01/31/05
Boca Raton, FL 33487                  Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


    Expenses                          425.74

              TOTAL BALANCE DUE UPON RECEIPT         $425.74
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                Invoice Number       1236275
5400 Broken Sound Blvd., N.W.              Invoice Date        01/31/05
Boca Raton, FL 33487                       Client Number        172573
                                           Matter Number         60028

================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                         0.45
    Duplicating/Printing/Scanning           134.55
    Postage Expense                           5.64
    Outside Duplicating                     285.10

                    CURRENT EXPENSES                       425.74
                                                    --------------

                TOTAL BALANCE DUE UPON RECEIPT          $425.74
                                                    ==============

```
                              REED SMITH LLP
                              PO Box 360074M
                          Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630


    W. R. Grace                              Invoice Number     1236275
    5400 Broken Sound Blvd., N.W.            Invoice Date     01/31/05
    Boca Raton, FL 33487                     Client Number      172573
                                             Matter Number       60028


=============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/01/04   ATTY # 0856: 1 COPIES                          .15

12/01/04   ATTY # 0856: 1 COPIES                          .15

12/01/04   ATTY # 0856: 1 COPIES                          .15

12/01/04   ATTY # 0856: 1 COPIES                          .15

12/02/04   561-362-1533/BOCA RATON, FL/3                  .15

12/02/04   561-362-1554/BOCA RATON, FL/4                  .20

12/02/04   561-362-1533/BOCA RATON, FL/2                  .10

12/03/04   ATTY # 0856; 107 COPIES                      16.05

12/03/04   ATTY # 0856; 44 COPIES                        6.60

12/06/04   Postage Expense                               4.90

12/09/04   ATTY # 0856; 74 COPIES                       11.10

12/09/04   ATTY # 0856; 463 COPIES                      69.45

12/09/04   ATTY # 0856; 74 COPIES                       11.10

12/09/04   ATTY # 0856: 2 COPIES                          .30

12/09/04   ATTY # 0856: 3 COPIES                          .45

12/09/04   Postage Expense                                .74

12/10/04   ATTY # 0559; 28 COPIES                        4.20

12/10/04   ATTY # 0559; 6 COPIES                          .90
```

172573 W. R. Grace & Co.                          Invoice Number  1236275
60028  ZAI Science Trial                          Page   2
       January 31, 2005


12/10/04   ATTY # 0559; 86 COPIES                              12.90

12/10/04   ATTY # 0559; 2 COPIES                                .30

12/10/04   ATTY # 0559: 2 COPIES                                .30

12/10/04   ATTY # 0559: 2 COPIES                                .30

12/15/04   Outside Duplicating - -Duplication of             285.10
           videotapes of ZAI exposure test trials.

                          CURRENT EXPENSES                    425.74
                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $425.74
                                                          =============