IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **THE THAXTON GROUP, INC.,** | § | |
| *et al.,* | § | Jointly Administered |
| | § | Case No. 03-13182 through |
| | § | 03-13213 (PJW) |
| | § | |
| Debtors. | § | Objection Deadline: |
| | § | March 1, 2005 |
| | § | |

## NOTICE OF MONTHLY FEE AND EXPENSE INVOICE

**To:  The Notice Parties Listed on Exhibit A hereto**

| | |
|---|---|
| Name of Applicant: | Warren H. Smith & Associates, P.C. |
| Authorized to Provide Professional Services to: | The United States Bankruptcy Court |
| Date of Retention: | January 6, 2004, <u>nunc</u> *pro* <u>tunc</u> December 8, 2003 |
| Period for which compensation and/or reimbursement is sought: | January 1, 2005 through January 31, 2005 |

Summary of Monthly Fee and Expense Invoice Statements for Compensation Period:

|  |  | Requested | | Paid | |
| --- | --- | --- | --- | --- | --- |
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 02/12/04 | December 8, 2003- January 31, 2004 | $2,614.50 | $7.56 | $2,091.60 | $7.56 |
| 03/08/04 | February 1, 2004- February 29, 2004 | $1,168.50 | $0.00 | $1,168.50 | $0.00 |
| 04/08/04 | March 1, 2004- March 31, 2004 | $5,576.00 | $29.50 | $5,576.00 | $29.50 |
| 05/07/04 | April 1, 2004- April 30, 2004 | $4,039.00 | $47.39 | $4,039.00 | $47.39 |
| 06/07/04 | May 1, 2004- May 31, 2004 | $1,636.00 | $118.85 | $1,308.80 | $118.85 |
| 07/07/04 | June 1, 2004- June 30, 2004 | $2,983.00 | $68.52 | $2,386.40 | $68.52 |
| 08/09/04 | July 1, 2004- July 31, 2004 | $3,320.50 | $132.57 | $2,656.40 | $132.57 |
| 09/09/04 | August 1, 2004- August 31, 2004 | $2,607.50 | $53.25 | $2,086.00 | $53.25 |
| 10/07/04 | September 1, 2004- September 30, 2004 | $1,532.50 | $155.53 | $1,226.00 | $155.53 |
| 11/08/04 | October 1, 2004- October 31, 2004 | $4,315.50 | $31.70 | Pending | Pending |
| 12/09/04 | November 1, 2004- November 30, 2004 | $2,333.50 | $24.43 | $1,866.80 | $24.43 |
| 01/12/05 | December 1, 2004- December 31, 2004 | $2,062.00 | $71.89 | Pending | Pending |
| **02/09/05** | **January 1, 2005- January 31, 2005** | **$6,429.50** | **$244.95** | **Pending** | **Pending** |

PLEASE TAKE NOTICE that Warren H. Smith and Associates, P. C. (the "Applicant") has today filed this Notice of Monthly Fee and Expense Invoice for January 1, 2005 through January 31, 2005 this "Monthly Fee Statement") pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Applicants and Consideration of Fee Applications (the "Fee Auditor Order).

PLEASE TAKE FURTHER NOTICE that responses or objections to this Monthly Fee Statement, if any, must be filed on or before March 1, 2005 at 4:00 (prevailing Eastern Time)

(The "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 5th Floor, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that upon the expiration of the Objection Deadline, the Applicant shall certify in writing to the Debtors and Counsel to the Debtors that no objection, or an objection, has been filed with the Court relative to his Notice, whichever is applicable, after which the Debtors shall pay to the Professional an amount equal to the lesser of (i) 80 per cent of the fees and 100 percent of the expenses requested in this Monthly Fee Statement or (ii) 80 percent of the fees and 100 percent of the expenses not subject to an objection.  All fees and expenses in this Monthly Fee Statement will be included in the next interim application for compensation and reimbursement of expenses to be filed and served by the Applicant at a later date, and will be subject to objection at such time.

Dated:  February 9, 2005

                                        Respectfully submitted,

                                        **WARREN H. SMITH & ASSOCIATES, P. C.**

By:_____
                                        Warren H. Smith
                                        State Bar No. 18757050

325 N. Saint Paul
Suite 1275
Dallas, Texas 75201
(214) 698-3868
(214) 722-0081 (FAX)
**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

    I, Warren H. Smith, certify that I am not less than 18 years if age, and that service of a copy of the attached *Notice of Monthly Fee and Expense Invoice* (for Warren H. Smith & Associates, P. C. for January, 2005) was made February 9, 2005, upon the Notice Parties identified as "Exhibit A" in the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of expenses of Professionals and Members of Official Committees and Consideration of Fee Applications (as modified) via email, or by hand delivery to those Parties located in Wilmington, Delaware.

    Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Warren H. Smith

# EXHIBIT A

## SERVICE LIST

Richard Schepacarter, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207
Lockbox 31
Wilmington, DE 19801

Paul N. Heath, Esquire
Richard Layton & Finger
One Rodney Square
Wilmington, DE 19801

Michael L. Vild, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Elaine Rudisill
Matthew Smith
Bob Dunn
Armand Carrano
The Finley Group
6100 Fairview Road, Suite 1220
Charlotte, NC 28210

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
New York, NY 10019-6076

Albert F. Durham, Esquire
John R. Miller, Jr., Esquire
Rayburn Cooper & Durham, P.A.
Suite 1200
227 West Trade Street
Charlotte, NC 28202-1675

Andrew R. Cardonick, Esquire
Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, Ltd.
55 East Monroe Street, Suite 3700
Chicago, IL 60603-5802

Mr. James Cantley
The Thaxton Group, Inc.
1601 Pageland Highway
Lancaster, SC 29720