# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
The Thaxton Group, Inc.
Legal Department
Mr. James Cantley
1601 Pageland Highway
Lancaster SC 29720

January 31, 2005

In Reference To:        Bankruptcy Fee Audit Case No. 03-13182

Invoice #        10527

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/3/2005 | LMH | telephone conference with J. Allgood re: preparation for hearing on January 7, 2005 for third quarterly applications. | 0.10 | 13.00 |
| | LMH | receive, review, and respond to e-mail from M. Bailey, Thaxton, re: status of narrative response to third quarterly initial report re: duplicative May 2004 monthly investment banking fee. | 0.20 | 26.00 |
| | DTW | Review and revise Nelson Mullins 4th initial report (.1). | 0.10 | 14.50 |
| | JBA | telephone conference with L. Hamm confirming setup of telephonic hearing | 0.10 | 4.00 |
| | LMH | receive, review, and respond to e-mail from S. Naylor, Stephens, re: status of narrative response on duplicative May 2004 investment banking fee. | 0.10 | 13.00 |
| | LMH | telephone conference with T. Saunders, Stephens, re: duplicative request for May 2004 monthly investment banking fee. | 0.20 | 26.00 |
| | LMH | receive, review and respond to e-mail from S. Mannino, Morris Nichols, re: revised September 2004 application. | 0.10 | 13.00 |
| 1/4/2005 | LMH | receive, review, and respond to e-mail from A. Conway, Morris Nichols, re: administrative errors identified in fourth quarterly application. | 0.10 | 13.00 |
| | JBA | Update database with HGH 11.04 e-detail | 0.10 | 4.00 |

The Thaxton Group, Inc.                                                                      Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/4/2005 | JBA | Update database with Buist 11.04 e-detail | 0.10 | 4.00 |
|  | LMH | detailed review of amended electronic detail for Morris Nichols' September 2004 application. | 1.40 | 182.00 |
|  | LMH | receive, review, and respond to e-mail from W. Smith re: preparation for hearing on third quarterly applications. | 0.40 | 52.00 |
|  | LMH | receive, review, and respond to e-mail from L. Weinfeld, HGH, re: November 2004 electronic data. | 0.10 | 13.00 |
|  | LMH | detailed review of Morris Nichols' August 2004 application. | 0.50 | 65.00 |
| 1/5/2005 | LMH | Continued detailed review of amended electronic detail for Morris Nichols' September 2004 application. | 3.80 | 494.00 |
|  | LMH | telephone conference with S. Mannino, Morris Nichols, re: discrepancy in billing rates in electronic data for amended September 2004 invoice. | 0.20 | 26.00 |
|  | LMH | receive, review, and respond to e-mail from S. Mannino, Morris Nichols, re: hourly rate discrepancies in amended September 2004 electronic detail. | 0.20 | 26.00 |
| 1/6/2005 | LMH | telephone conference with J. Allgood (x2) re: hearing on third quarterly applications. | 0.20 | 26.00 |
|  | LMH | draft fourth quarterly initial report and exhibits for Morris Nichols. | 3.30 | 429.00 |
|  | LMH | receive, review, and respond to e-mail from W. Smith re: amended agenda for hearing on third quarterly applications. | 0.10 | 13.00 |
|  | LMH | draft e-mail to A. Conway, Morris Nichols, re: proposed order for hearing on third quarterly applications. | 0.10 | 13.00 |
|  | LMH | receive and review e-mail from A. Conway, Morris Nichols, re: status of draft order for third quarterly hearing. | 0.10 | 13.00 |
|  | LMH | Continued detailed review of amended electronic detail for Morris Nichols' September 2004 application. | 2.90 | 377.00 |
|  | LMH | draft e-mail to W. Smith re:status of draft order for hearing on third quarterly applications. | 0.10 | 13.00 |

The Thaxton Group, Inc.                                                                                    Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/6/2005 | WHS | receive and review 19 misc pleadings | 0.10 | 27.50 |
| 1/7/2005 | LMH | detailed review of Rayburn Cooper's fourth quarterly fees and expenses. | 1.80 | 234.00 |
|  | LMH | Second telephone conference with J. Allgood re: hearing preparation for third quarterly applications and draft e-mail to J. Allgood re: same. | 0.20 | 26.00 |
|  | LMH | draft e-mail to A. Conway, Morris Nichols, re: draft order for third quarterly applications. | 0.10 | 13.00 |
|  | LMH | detailed review of draft order for third quarterly applications. | 0.20 | 26.00 |
|  | LMH | receive and review  e-mail from A. Conway, Morris Nichols, re: amended draft order for third quarterly applications; and draft e-mail to W. Smith re: same. | 0.10 | 13.00 |
|  | LMH | continue  draft fourth quarterly initial report and exhibits for Morris Nichols. | 0.80 | 104.00 |
|  | PGS | Electronic filing with court of November 2004 CNO of WHS | 0.10 | 8.00 |
|  | PGS | Preparation of CNO for November 2004 of WHS | 0.10 | 8.00 |
|  | PGS | Preparation of December 2004 Monthly Invoice of WHS | 0.60 | 48.00 |
|  | LMH | telephone conference with J. Allgood re: preparations for hearing on third quarterly applications. | 0.10 | 13.00 |
| 1/8/2005 | LMH | Continued detailed review of Rayburn Cooper's fourth quarterly fees and expenses. | 1.00 | 130.00 |
| 1/10/2005 | LMH | Complete detailed review of Rayburn Cooper's fourth quarterly fees and expenses. | 1.70 | 221.00 |
|  | LMH | Begin draft fourth quarterly initial report and exhibits for Rayburn Cooper. | 3.10 | 403.00 |

The Thaxton Group, Inc.                                                    Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/10/2005 | LMH | draft revisions to fourth quarterly initial report for Morris Nichols. | 0.50 | 65.00 |
| | JBA | Update database with Summerall 11.04 revised e-detail | 0.10 | 4.00 |
| 1/11/2005 | LMH | Extended telephone conference with G. Dixon, Nelson Mullins, re: fourth quarterly initial report. | 0.50 | 65.00 |
| | JBA | telephone conference with L. Hamm re: revisions to Rayburn Cooper 4th Interim IR | 0.10 | 4.00 |
| | LMH | detailed review of HGH's fourth quarterly fees and expenses. | 1.40 | 182.00 |
| | LMH | detailed review of Moses & Singer's fourth quarterly fees and expenses. | 1.80 | 234.00 |
| | LMH | receive, review, and respond to e-mail from G. Dixon, Nelson Mullins, re: contact information. | 0.10 | 13.00 |
| | LMH | draft fourth quarterly initial report for HGH. | 0.80 | 104.00 |
| 1/12/2005 | DTW | Review and revise Morris NIchols and Rayburn 4th initial reports (.5). | 0.50 | 72.50 |
| | LMH | receive, review, and respond to e-mail from C. Danielson, Moses & Singer, re: amended fourth quarterly application to be filed. | 0.10 | 13.00 |
| | LMH | Continued detailed review of Moses & Singer's fourth quarterly fees and expenses. | 1.90 | 247.00 |
| | LMH | draft fourth quarterly initial report and exhibits for Moses & Singer. | 0.90 | 117.00 |
| | LMH | draft e-mail to C. Danielson, Moses & Singer, re: discrepancies in aggregate period requests and values stated in fourth quarterly application. | 0.20 | 26.00 |
| | LMH | detailed review of Moses & Singer's fourth quarterly application to identify discrepancies in total fees and expenses requested during Application Period. | 0.20 | 26.00 |

The Thaxton Group, Inc.                                                                  Page      5

|            |     |                                                                                 | Hours | Amount |
|------------|-----|---------------------------------------------------------------------------------|-------|--------|
| 1/12/2005  | PGS | Electronic filing with court of December 2004 Monthly Invoice of WHS            | 0.10  | 8.00   |
| 1/13/2005  | CO  | Update database with 11.04 Monthly Invoice of Buist (.10)                        | 0.10  | 4.00   |
|            | LMH | telephone conference with C. Danielson, Moses & Singer, re: amended fourth quarterly application. | 0.10  | 13.00  |
|            | LMH | detailed review of Pacer to confirm status of filing of Buist Moore's quarterly application, and draft e-mail to C. Summerall IV re: same. | 0.30  | 39.00  |
|            | LMH | detailed review of Buist Moore's October 2004 application.                       | 0.20  | 26.00  |
|            | LMH | detailed review of Pacer for status of Bayard's filed monthly applications for the fourth quarterly period. | 0.20  | 26.00  |
|            | LMH | detailed review of Bayard's September 2004 application.                           | 0.20  | 26.00  |
|            | LMH | receive and review e-mail from C. Danielson, Moses & Singer, re: August 2004 expense detail. | 0.10  | 13.00  |
|            | LMH | draft fourth quarterly initial report for Blair Bohle.                            | 0.50  | 65.00  |
|            | LMH | detailed review of Blair Bohle's fourth quarterly application.                    | 0.20  | 26.00  |
|            | LMH | detailed review of Blair, Bohle's October 2004 application.                       | 0.20  | 26.00  |
|            | LMH | detailed review of Blair, Bohle's September 2004 application.                     | 0.40  | 52.00  |
|            | LMH | receive, review, and respond to e-mail from G. Bohle re: quarterly application for fourth interim period. | 0.10  | 13.00  |
|            | LMH | Continued draft fourth quarterly initial report and exhibits for Moses & Singer. | 1.60  | 208.00 |
|            | LMH | receive and review second e-mail from G. Bohle re: status of filing for fourth quarterly period application. | 0.10  | 13.00  |

The Thaxton Group, Inc.                                                                                        Page      6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/13/2005 | LMH | receive and review e-mail from J. Robinson, Rayburn Cooper, re: December 2004 application. | 0.10 | 13.00 |
|  | LMH | detailed review of Blair, Bohle's August 2004 application. | 0.30 | 39.00 |
| 1/14/2005 | DTW | Review and revise Moses Singer, Glair and HGH 4th interim initial reports (.4). | 0.40 | 58.00 |
|  | CO | Update database with 11.04 Monthly Invoice of Nelson (.10) | 0.10 | 4.00 |
|  | LMH | detailed review of Stephens' Sixth Application. | 0.10 | 13.00 |
|  | LMH | detailed review of Stephens' Fifth Application. | 0.10 | 13.00 |
| 1/15/2005 | LMH | draft fourth quarterly initial report for Stephens. | 1.00 | 130.00 |
|  | LMH | detailed review of Stephens' August 2004 application for the sale of Modern Assets. | 0.30 | 39.00 |
|  | LMH | detailed review of Pacer to confirm which asset sales cover Stephens' fourth quarterly billing period. | 0.30 | 39.00 |
| 1/17/2005 | CO | Update database with 10.04 and 11.04 Monthly Invoices of Bayard (.10) | 0.10 | 4.00 |
|  | DTW | Review and revise 4th initial report for Stephens (.1). | 0.10 | 14.50 |
| 1/18/2005 | CO | Update database with 11.04 Monthly Invoice of Moses (.10); 09.04 Monthly Invoice of Blair (.10); 12.04 Monthly Invoice of Rayburn (.10); 06.17.04 through 12.31.04 Interim Fee Application of McGladrey (.10) | 0.40 | 16.00 |
|  | LMH | receive, review, and respond to e-mail from G. Dixon, Nelson Mullins, re: extension for time to respond to fourth quarterly initial report. | 0.10 | 13.00 |
| 1/19/2005 | LMH | receive, review, and respond to e-mail from C. Summerall, Buist Moore, re: status of fourth quarterly application. | 0.10 | 13.00 |

The Thaxton Group, Inc.                                                                                          Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/19/2005 | LMH | draft e-mail to G. Dixon and L. Barr, Nelson Mullins, re: fourth quarterly application. | 0.30 | 39.00 |
|  | LMH | detailed review of correspondence between U.S. Trustee and Nelson Mullins re: lumping issues in applications. | 0.20 | 26.00 |
|  | LMH | Preliminary draft of omnibus final report re fourth quarterly period for Nelson Mullins. | 0.20 | 26.00 |
| 1/21/2005 | LMH | Preliminary draft of final report re Morris Nichols for fourth quarterly period. | 0.50 | 65.00 |
|  | LMH | draft e-mail to M. Busenkell, Morris Nichols, re: fourth quarterly initial report. | 0.10 | 13.00 |
|  | LMH | Preliminary draft of final report re Rayburn for fourth quarterly period. | 0.10 | 13.00 |
|  | LMH | telephone conference with J. Robinson, Rayburn Cooper, re: extension for time to respond to fourth quarterly initial report. | 0.10 | 13.00 |
|  | CO | Update database with 08.01.04 through 10.31.04 amended Interim Fee Application of Moses (.10) | 0.10 | 4.00 |
| 1/24/2005 | CO | Update database with 10.04 Monthly Invoice and 08.01.04 through 10.31.04 Interim Fee Application of Blair (.10) | 0.10 | 4.00 |
|  | LMH | Preliminary draft of final report re Blair Bohle for fourth interim period. | 0.20 | 26.00 |
|  | LMH | Preliminary draft of final report re HGH for fourth interim period. | 0.20 | 26.00 |
|  | LMH | Preliminary draft of final report re Stephens for fourth interim period. | 0.20 | 26.00 |
| 1/25/2005 | LMH | detailed review of Bayard's fourth quarterly application. | 0.10 | 13.00 |
|  | LMH | draft fourth quarterly initial report for Bayard. | 0.50 | 65.00 |
|  | LMH | detailed review of Moses & Singer's amended fourth quarterly application. | 0.30 | 39.00 |

The Thaxton Group, Inc.                                                                          Page      8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/25/2005 | LMH | draft e-mail to C. Danielson, Moses & Singer, re: initial report for fourth quarterly amended application. | 0.10 | 13.00 |
|  | LMH | detailed review of fourth quarterly initial report for Moses & Singer based on data provided in amended application. | 0.10 | 13.00 |
|  | LMH | detailed review of Bayard's October 2004 application. | 0.40 | 52.00 |
| 1/26/2005 | LMH | receive, review, and respond to e-mail from G. Donilon, Morris Nichols, re: extension of time to respond to fourth quarterly initial report. | 0.10 | 13.00 |
|  | LMH | receive and review e-mail from C. Danielson, Moses, re: November 2004 electronic detail. | 0.10 | 13.00 |
|  | DTW | Review and revise Bayard 4th initial report (.1). | 0.10 | 14.50 |
|  | CO | Update database with 12.04 Monthly Invoice of HGH (.10); 12.04 Monthly Invoice of Moses (.10) | 0.20 | 8.00 |
|  | CO | Update database with 12.04 Monthly Invoice of Bayard (.10). | 0.10 | 4.00 |
| 1/27/2005 | LMH | receive and review second e-mail from A. Durham, Rayburn Cooper, re: preliminary response to fourth quarterly initial report. | 0.10 | 13.00 |
| 1/28/2005 | CO | Update database with 08.01.04 through 10.31.04 Interim Fee Application of Bayard (.10) | 0.10 | 4.00 |
| 1/29/2005 | LMH | detailed review of HGH's November 2004 application. | 0.20 | 26.00 |
|  | LMH | detailed review of Buist Moore's November 2004 application. | 0.30 | 39.00 |
|  | LMH | detailed review of Nelson Mullins' November 2004 application. | 0.20 | 26.00 |
| 1/30/2005 | LMH | receive and review e-mail from P. Marfizo, Buist Moore, re: quarterly application. | 0.10 | 13.00 |
| 1/31/2005 | LMH | receive, review, and respond to e-mail from G. Dixon, Nelson Mullins, re: December 2004 application. | 0.10 | 13.00 |

The Thaxton Group, Inc.                                                                    Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/31/2005 | LMH | detailed review of Bayard's November 2004 application. | 0.20 | 26.00 |
|  | LMH | detailed review of Rayburn Cooper's November 2004 application. | 1.50 | 195.00 |
|  | LMH | draft e-mail to G. Dixon, Nelson Mullins, re: response to fourth quarterly initial report. | 0.10 | 13.00 |
|  | LMH | Preliminary draft of final report re Nelson Mullins for fourth quarterly period. | 0.50 | 65.00 |
|  | LMH | receive, review, and respond to e-mail from G. Dixon, Nelson Mullins, re: response to fourth quarterly initial report. | 0.10 | 13.00 |
|  | LMH | receive, review, and respond to e-mail from G. Dixon, Nelson Mullins, re: December 2004 application and continued efforts to correct lumping issues. | 0.40 | 52.00 |
|  | LMH | Continued detailed review of Nelson Mullins' November 2004 application. | 0.30 | 39.00 |
|  | LMH | receive, review, and respond to e-mail from R. Haeberle, Hirschler Fleischer, re: status of Cobblestone's second interim application. [not part of cap calculation] | 0.10 | 13.00 |
|  | LMH | Additions to preliminary draft of omnibus final report re fourth quarterly period with fee and expense request for Buist Moore. | 0.20 | 26.00 |
|  | LMH | detailed review of Buist Moore's fourth quarterly application. | 0.10 | 13.00 |
|  | LMH | telephone conference with G. Dixon, Nelson Mullins, re: response to fourth quarterly initial report. | 0.20 | 26.00 |

**For professional services rendered**                                                **50.80  $6,429.50**

Additional Charges :

|  | Price |  |
|---|---|---|
| Third party copies & document prep/setup of Fourth Interim Fee Application of WHS | 44.85 | 44.85 |

The Thaxton Group, Inc.                                                                 Page    10

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of Final Report of Moses, Bayard and Morris for the period 05.01.04 - 07.31.04 | 51.48 | 51.48 |
| Third party copies & document prep/setup of December 2004 Monthly Invoice of WHS, Initial Report of Rayburn and Morris for the period 08.01.04 - 10.31.04 | 21.53 | 21.53 |
| Third party copies & document prep/setup of Initial Report of Nelson for the period 08.01.04 - 10.31.04 | 0.91 | 0.91 |
| Pacer charges for 10.01.04 - 12.31.04 | 84.98 | 84.98 |
| Court Call | 41.20 | 41.20 |

**Total costs**                                                                           **$244.95**

**Total amount of this bill**                                                             **$6,674.45**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 1.30 | 40.00 | $52.00 |
| Doreen T Williams | 1.20 | 145.00 | $174.00 |
| Jeff B. Allgood | 0.50 | 40.00 | $20.00 |
| Lisa M Hamm | 46.80 | 130.00 | $6,084.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Warren H Smith | 0.10 | 275.00 | $27.50 |