```
DATE: 05/01/97                    STATE OF TEXAS                              PAGE:       1
DEST. CODE: 0575           COMPTROLLER OF PUBLIC ACCOUNTS                     AUDIT TYPE:  O
                             AUDIT ADJUSTMENT REPORT

TAXPAYER NAME: GRACE DRILLING COMPANY         TAX TYPE: FRANCHISE TAX      TAXPAYER NUMBER: 1-73-0971397-6
ADDRESS:  1 TOWN CENTER RD %TAX DEPT                                       CALCULATION DATE: 03-20-97
          BOCA RATON, FL 33486-1002                                        AUDIT PERIOD:  1993 THRU 1996

FILING    AUDIT      AUDIT       AUDIT         CR. ADJUST:   ADJUSTED    ADJUSTED    ADJUSTED       AUDIT
PERIOD    TAX        PENALTY     INT/CR.INT.   APPLIED/      AUDIT       AUDIT       AUDIT          BALANCE
                                               TRANSFERRED   TAX         PENALTY     INT/CR.INT.    DUE

1993      29,414.76  .00         11,227.67     .00           29,414.76   .00         11,227.67      40,642.43

TOTAL     29,414.76  .00         11,227.67     .00           29,414.76   .00         11,227.67      40,642.43

YOUR AUDIT PAYMENT OF     29,414.76   WAS POSTED 03-21-97

YOUR NEW BALANCE:                         $          0.00          .00         0.00        11,237.34     11,237.34

AMOUNT OF PENALTY WAIVED        AUDIT    2,941.48    RETURN       0.00
```



EXHIBIT A