```
XITXPI.17309713976.13.96.001.021005.                                    02/10/05
                    FRANCHISE TAX, PENALTY & INTEREST INQUIRY
  RECORD IS      :            OPEN                                          ORD
  GRACE DRILLING COMPANY
  PERIOD COVERED: 93-96                                     AUDIT RECORD: 001
                     ASSESSED        PMTS/CREDITS      BALANCE DUE      WAIVERS
  TAX            :   29,414.76         29,414.76            0.00
  PENALTY        :                                                      2,941.48
  EFT PEN        :
  INTEREST       :   11,237.34                           11,237.34
                    _____       _____       _____
  TOTAL          :   40,652.10         29,414.76         11,237.34


  10% DETM PEN   :                     INT PER DAY:          0.00

  FIRST EXT      :                     SECOND EXT    :
  90% EXT PEN    :                     10% EXT PEN   :
  90% EXT INT    :                     10% EXT INT   :
  CA PENALTY     :                     RAR PENALTY   :
  Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
              NEXT  PREV  IHIST ISUMM ICOLL IAUDS IPMTS       HELP
```



EXHIBIT B