## EXHIBIT A

| Name of Claimant Searched | Name of Claimant and/or Affiliate of Claimant that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Potash Corp. | Potash Corporation of Saskatchewan Inc.<br>Potash Corp. | Representation in matters unrelated to the Debtors |
| Bank of Montreal | HarrisDirect | Representation in matters unrelated to the Debtors |
| Exelon Energy Inc. | Exelon Corporation | Representation in matters unrelated to the Debtors |
| ComEd | Exelon Corporation | Representation in matters unrelated to the Debtors |