## EXHIBIT B

| Name of Claimant | Name of Claimant and/or Affiliate of Claimant that is a K&E Client |
|---|---|
| Exelon Energy Inc. | Exelon Corporation |
| ComEd | Exelon Corporation |