IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

RE: DN 7441

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Michael F. Brown and Andrea L. D'Ambra to represent American Employers Insurance Company, Employers Commercial Union n/k/a OneBeacon America Insurance Company and Unigard Insurance Company in this above-captioned matter.

Movant hereby discloses Andrea L. D'Ambra served as a law clerk to the Honorable Ronald L. Buckwalter from September 2003 to September 2004. During her term as law clerk, she was not involved in the research or adjudication of any matter relating to this case.

Dated: January 4, 2005

Respectfully submitted,

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200

Attorneys for the American Employers
    Insurance Company, Employers
    Commercial Union n/k/a OneBeacon
    America Insurance Company and
    Unigard Insurance Company

WM\3399\1

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission of Michael F. Brown and Andrea L. D'Ambra *pro hac vice* is granted.

Date: *February 9, 2005*

_____
Judith K. Fitzgerald
United States Bankruptcy Judge