IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |
| | ) | Re: Docket No. 7545 |
| | ) | |

## CREDITOR ROADWAY EXPRESS, INC.'S RESPONSE TO
## DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Now comes Creditor, Roadway Express, Inc. ("Roadway"), by and through its undersigned counsel, and hereby files this response (the "Response") to the Debtors' Eighth Omnibus Objection to Claims (Substantive) (Docket No. 7545) (the "Objection"), which Response is being served herein on or before February 11, 2005, pursuant to Debtors' Notice of Filing of Debtors' Eighth Omnibus Objection to Claims (the "Notice"), and as instructed by the terms of that Notice. For its Response, Roadway states as follows:

1.    Roadway filed a Proof of Claim on or about May 14, 2002 in the amount of $2,004.34. Debtors here seek to disallow and/or reduce that claim by $920.01, for a remaining balance of $1,084.33. Roadway objects.

2.    Debtors' stated basis for the reduction of Roadway's claim by $920.01 is because (a) Debtors' claims that three invoices totaling $368.31 do not belong to Grace; and (b) two invoices totaling $551.70 are very old (dated in 2000) and Grace has no record of them. Roadway objects in part to this proposed allocation.

3.    Specifically, with this Proof of Claim filed May 14, 2002, Roadway gave evidence by way of its Bankruptcy Statement dated May 13, 2002, that it has shipped goods and

invoiced the Debtor for such services on six past-due invoices for the following "PRO" identification numbers:

> PRO No. 660-992136-9, dated February 28, 2001, in the amount of $1,084.33;
> PRO No. 313-127358-6, dated October 30, 2000, in the amount of $312.00;
> PRO No. 411-894345-6, dated March 5, 2001, in the amount of $256.11;
> PRO No. 849-062413-X, dated April 4, 2001, in the amount of $56.10;
> PRO No. 305-694066-4, dated April 11, 2000, in the amount of $239.70; and
> PRO No. 107-034828-1, dated March 22, 2001, in the amount of $56.10.

Total                         $2,004.34

4.      Of these six PRO details and outstanding invoices, Debtors, upon <u>Exhibit D</u> to their Objection, do not appear to dispute PRO detail 660-992136-9 in the amount of $1,084.33. In fact, that appears to be the only PRO remaining after Debtors' proposed reduction. Therefore, Roadway need not address this specific outstanding invoice.

5.      However, in considering the remaining above PRO detail references, including three outstanding PROs in the amounts of $56.10 (for services rendered April 2, 2001), $256.11 (for services rendered March 5, 2001), and $56.10 (for services rendered March 22, 2001), Debtors challenge these three invoices totaling $368.31 that do not belong to Grace. Having reviewed these invoices, Roadway does not dispute Debtors' objection, and therefore does not object to a reduction and modification of its claim in the amount of $368.31. **Hence, Roadway stipulates to a claim amount of $2,004.34 - $368.31 for a total claim of $1,636.03.**

6.      However, upon review of the above PRO detail references, *including* the remaining two PROs in the amounts of $239.70 (for services rendered April 11, 2000) and $312.00 (for services rendered October 30, 2000), Roadway **does object** to any modification suggested by Debtors for a claim amount reduction in the amount of $551.70. Debtors' basis for their objection that these are very "old," (dated in 2000) and that Grace has no record of them is not significant to warrant a reduction to Roadway's claim. Indeed, Roadway attaches copies of

2

these two PRO's, together with all other invoices supporting Roadway's Proof of Claim, as **Exhibit A** hereto.

7.    For these reasons, Roadway objects to Debtors' proposed reduction of its total claim in the amount of $2,004.34 by $920.01 for a total remaining balance of its claim of $1,084.33, on the basis that Debtors have not provided sufficient evidence to warrant a modification in that amount.

8.    However, Roadway's claims on the invoices totaling $551.70 (deemed by Debtors as being very old) should not be subject to any further modification as suggested by Debtors.

9.    With this, Roadway does not object to and will agree that its claim should be modified to the amount reduced by $368.13, and therefore would not object to allowance of a claim in the amount of **$1,636.03**.

SMITH, KATZENSTEIN & FURLOW LLP

By:    _____
Kathleen M. Miller (ID No. 2898)
Etta R. Wolfe (ID No. 4164)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE   19899
Telephone: (302) 652-8400
Facsimile: (302) 652-8405
E-Mail:    erw@skfdelaware.com

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP

Of Counsel

Philip R. Wiese, Ohio I.D. No. 0067058
50 S. Main St., P. O. Box 1500
Akron, OH  44309
Telephone:  (330) 376-5300
Facsimile: (330) 258-6559
E-Mail:    pwiese@bdblaw.com


ROADWAY EXPRESS, INC.

Of Counsel

Allen H. Motter, Ohio I.D. No. 0061091
Roadway Express, Inc.
1077 Gorge Blvd.
Akron, Ohio  44310
Telephone:  (330) 643-6981
Facsimile:  (330) 384-2310

# EXHIBIT A



ROADWAY EXPRESS, INC.
P.O. Box 3552 • 1077 Gorge Boulevard • Akron, OH 44309-3552
330.384.1717

ISO 9002 Certified

May 14, 2002

Clerk US Bankruptcy Court
District of Delaware
824 Market St.  5th floor
Wilmington, DE  19801

REFERENCE:  W.R. Grace & Co., et al
            Case #01-1200 jjf

Enclosed is a Proof of Claim in the amount of $ __2,004.34__ due from the referenced debtor.

We ask that you please file the claim under our name and acknowledge receipt of same by signing or stamping the attached copy of this letter.  Return the acknowledged copy in the enclosed self-addressed stamped envelope.

Sincerely,

*Alicia Douglas*

Alicia Douglas
Collections Asst.
Credit Department (ext. 6269)

Enclosures

EXHIBIT

A

B10 (Official Form 10)
(Rev. 12/91)

| United States Bankruptcy Court<br>District of __Delaware__ | PROOF OF CLAIM |
|---|---|

| In re (Name of Debtor)<br>W.R. Grace & Co., et al | Case Number<br>01-1200  jjf |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor
*(The person or other entity to whom the debtor owes money or property)*
Roadway Express, Inc.

Name and Address Where Notices Should be Sent
Roadway Express, Inc.
1077 Gorge Blvd.
P.O. Box 3552
Akron, Ohio  44309-3552

Telephone No.  330-258-6269

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR:

Check here if this claim ☐ replaces ☐ amends    a previously filed claim, dated: ____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (Describe briefly)

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (Fill out below)
  Your social security number ____
  Unpaid compensation for services performed
  from ____ to ____
  (date)        (date)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

☐ SECURED CLAIM $ ____
Attach evidence of perfection of security interest
Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other (Describe briefly)

Amount of arrearage and other charges at time case filed included in secured claim above, if any $ ____

☒ UNSECURED NONPRIORITY CLAIM $   2,004.34
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM $ ____
Specify the priority of the claim.
- ☐ Wages, salaries, or commissions (up to $2000, earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier—11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan—11 U.S.C. § 507(a)(4).
- ☐ Up to $900 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use—11 U.S.C. § 507(a)(6).
- ☐ Taxes or penalties of governmental units—11 U.S.C. § 507(a)(7).
- ☐ Other—Specify applicable paragraph of 11 U.S.C. § 507(a) ____

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**  $ 2,004.34 (Unsecured)   $ ____ (Secured)   $ ____ (Priority)   $ 2,004.34 (Total)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

**6. CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. TIME-STAMPED COPY:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date<br>5-14-02 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>*Alicia Douglas*<br>Alicia Douglas/Collection Asst-Credit |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

PAGE:   1              BANKRUPTCY STATEMENT        DATE: 05/13/2002

                    DOCKET: 01-01139
                    FILED: 04/02/01   CHAPTER: 11  CITY: WILMINGTON, DE
                    NAME: W.R. GRACE & CO.

              SHIPMENTS RECEIVED FROM DEBTOR

     PRO #          SERVICE DATE        AMOUNT       TYPE

  660-992136-9       02/28/01           1084.33   ORIGINAL

          PREPAID THIRD PARTY SHIPMENTS INVOICED TO DEBTOR

     PRO #          SERVICE DATE        AMOUNT       TYPE

  313-127358-6       10/30/00           312.00    ORIGINAL
  411-894345-6       03/05/01           256.11    ORIGINAL
  849-062413-X       04/02/01            56.10    ORIGINAL

          COLLECT THIRD PARTY SHIPMENTS INVOICED TO DEBTOR

     PRO #          SERVICE DATE        AMOUNT       TYPE

  385-694066-4       04/11/00           239.70    ORIGINAL
  107-034828-1       03/22/01            56.10    ORIGINAL

                  TOTAL ITEMS :          6
                  TOTAL AMOUNT:      $2,004.34

# ROADWAY Express

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(ROWY) (EIN 34-0492870)

PRO NUMBER : **660-992136-9**

PD00050

***PAST DUE INVOICE*** PAGE 1 OF 1

| PAYMENT WAS DUE: 04/19/2001 | PICK-UP DATE: 02/28/2001 |
|---|---|
| TARIFF AUTHORITY:<br>8302,5202 | |
| DIRECT POINT PER TARIFF 111 | |

## PAYMENT DUE ON RECEIPT
### LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY

**PAST DUE AMOUNT**

**1084.33 USD**

W R GRACE & CO - CONN
SANDY OSGOOD
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

| SHIPPER: | CONSIGNEE:        4909 | THIRD PARTY: |
|---|---|---|
| WR GRACE & CO CONSTRUCTION P<br>CARSON BLVD<br>SPARTA NC 28675 | DAREX PUERTO RICO INC<br>GRACE CONSTRUCTION PROD<br>ROAD 2 KM 20.5 BO. CANDLEARI<br>TOA BAJA PR 00951 | |

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (330) 258-2588

| TYPE | PKG | REFERENCE NUMBER | STORE # | DEPT NO. | CTN COUNT | WEIGHT |
|---|---|---|---|---|---|---|
| PO | | 45002-54570 | | | | |
| BL | | 100080896301 | | | | |
| BL | | 45002-54570/806-96301 | | | | |
| REF | | 4823 | | | | |

| PCS | PKG | HM | DESCRIPTION OF ARTICLES | NMFC | CODE | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | PLT | | PLASTIC ARTICLES NOI O/T EXPANDED<br>DENSITY 12-15 | | ESS | 3564 | .981 | 342.50 |
| | | | CL B5 | 15860008 | | | | |
| | | | DISCOUNT | | DISC | | 41.0% | 140.43- |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | 2.0% | 4.04 |
| | | | 806-CFT OCEAN CHGS FROM JAX | | OCEN | | 1.77 | 718.52 |
| | | | OCEAN SURCHARGE (FUEL) | | FSCO | | | 60.90 |
| | | | DELIVERY CHARGE | | DEL | | | 91.20 |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | 4.0% | 3.25 |
| | | | DOCUMENTATION CHARGE | | DOC | | | 14.25 |
| 4 | TTL | | | | TTL | 3564 | | 1084.33 PPD |

............................................................ **DETACH HERE** ............................................................
To ensure proper crediting of your account, please return this portion with payment.

PRO NUMBER: **660-992136-9**          * IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD *

FROM:
W R GRACE & CO - CONN
SANDY OSGOOD
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

PLEASE REMIT TO:

ST
0796

**ROADWAY** Express

P.O. BOX 13573
NEWARK, NJ 07188-0573

A42  U811

| PAYMENT DUE DATE: | ON RECEIPT |
|---|---|
| PRO NUMBER | 660-992136-9 |
| INTERNAL<br>USE:  660    0796    ORG:660 | |
| AMOUNT DUE | 1084.33 USD |

**AMOUNT ENCLOSED**

660-992136-9 ***

PRO NO

B/2

**GR**

| 2-28-01 | 700-1 | /I2 | 8302..52 | 01 OF 02 | PAGE |

45002-54579
WR GRACE & CO CONSTRUCTION 02262
CARSON BLVD
SPARTA NC 28675

DAREX PUERTO RICO INC    4707
GRACE CONSTRUCTION PROD
ROAD 2 KM 20.5 BO. CANDLEARI    3277
TOA BAJA PR 00951    UNKC B99

ALL FREIGHT RECEIVED IN GOOD ORDER
AND SHRINKWRAP/BANDING INTACT UNLESS
NOTED BELOW. SIGN AND DATE IN YELLOW
BLOCK. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE    DATE    TIME

X Hector Lozada    3-16-01    4:30 Pn

A-10139    SCZU 149062

SEE FINAL PAGE...

00080696301

SEE FINAL PAGE...    SEE FINAL PAGE

PRO 660-992136-9

| NO PIECES | PKG DSTR | HM | DESCRIPTION OF ARTICLES | CODE CODIGO | WEIGHT PESO | RATE TARIFA | CHARGES CARGOS |
|---|---|---|---|---|---|---|---|
|  |  |  | SAILING: QUAYAMA 529S | | Levante en Oficina | | |
|  |  |  | SAILING: 03/06/01 SCZU149062 | | | | |
| 4 | PLT |  | PLASTIC ARTICLES NOI C/T EXPANDED | E55 | 3564 | | |
|  |  |  | DENSITY 12-13 NMFC=15660008 CLCS5 | | | | |
|  |  |  | PERCENT DISCOUNT | | | | |
|  |  |  | GENERAL SURCHARGE (FUEL/FRT) | | | | |
|  |  |  | OCEAN CHGS FROM JAX | | 406 | | |
|  |  |  | CFT406 | | | | |
|  |  |  | OCEAN SURCHARGE (FUEL) | FSCO | | | |

---

DELIVERY RECEIPT

ROADWAY EXPRESS INC.    **GR**

660-992136-9

PRO NO

| 2-28-01 | 700-1 | /I2 | 8302..52 | 02 OF 02 | PAGE |

45002-54579
WR GRACE & CO CONSTRUCTION 02262
CARSON BLVD
SPARTA NC 28679

DAREX PUERTO RICO INC    4707
GRACE CONSTRUCTION PROD
ROAD 2 KM 20.5 BO. CANDLEARI    3277
TOA BAJA PR 00951    UNKC B99

ALL FREIGHT RECEIVED IN GOOD ORDER
AND SHRINKWRAP/BANDING INTACT UNLESS
NOTED BELOW. SIGN AND DATE IN YELLOW
BLOCK. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE    DATE    TIME

X

SCZU 149062

CENTRAL
INVOICING-
DO NOT INV.
LOCALLY

00080696301

PRO 660-992136-9

| NO PIECES | PKG DSTR | HM | DESCRIPTION OF ARTICLES | CODE CODIGO | WEIGHT PESO | RATE TARIFA | CHARGES CARGOS |
|---|---|---|---|---|---|---|---|
|  |  |  | DELIVERY CHARGE | | | | |
|  |  |  | GENERAL SURCHARGE (FUEL/FRT) | | | | |
|  |  |  | DOCUMENTATION CHARGE | DOC | | | PPI |
| 4 | TTL |  |  | TTL | 3564 | | |
|  |  |  | TOTAL CUBE: 406 | | | | |
|  |  |  | REF#: 4823 | PODP | | | |
|  |  |  | PO=45002-54579 | | | | |
|  |  |  | BL#: 45002-54579/B06-96301 | | | | |

**ROADWAY EXPRESS**
**PRO: 660-992136-9**

PD00053

02/27/2001 15:55 13567223771 THEM PAGE 07

LLU - 99 2136 - 9

**GRACE CONSTRUCTION PRODUCTS**
**W.R. GRACE & COMPANY**
**133 HEALTH SERVICES**
**SPARTA, NC 28675**

<u>COMMERCIAL INVOICE</u>

1. DATE OF EXPORTATION:          2/28/01

2. SHIPPER/EXPORTER:          **W.R. GRACE & COMPANY**
                                          **133 HEALTH SERVICES**
                                          **SPARTA, NC 28675**

3. CONSIGNEE:          **DAREX PUERTO RICO LTD.**
                                  **ROAD 2 KM 20.5**
                                  **BO. CANDELARIA**
                                  **TOA BAJA, PUERTO RICO 00951**

4. COUNTRY OF EXPORT:          USA

5. COUNTRY OF MANUFACTURE:          USA

6. COUNTRY OF ULTIMATE DESTINATION:          PUERTO RICO

7. BILL OF LADING NUMBER:          45002-S4579 / 806-96301

8. NUMBER OF PALLETS:          4

9. DESCRIPTION OF GOODS:          **PLASTIC ARTICLES**

10. TOTAL WEIGHT:          3,564 lbs.

11. TOTAL VALUE:          $3,917.13 USD

**ROADWAY EXPRESS**
**PRO: 660-992136-9**
PD00062

02/27/2001  15:59   18567228771      26?8?0      ITEM          FEB 2 8 REC'D        PAGE .25

FEB -28 01 (FRI) 16:49   DAREX P.R. INC.            TEL: 787 780 2060               P 004

# GRACE

W.R. Grace & Co - Conn.

| | | | |
|---|---|---|---|
| 00086696301 | | 00686696301 | 4923 |
| FREIGHT ACCT. CODE = 75862130000X0xxxx | | | |
| 500331 | | 4300254542 | |

W. R. GRACE & COMPANY
733 HEALTH SERVICES
SPARTA, NC 28675

DAREX PUERTO RICO, INC. (4509)
GRACE CONSTRUCTION PRODUCTS
ROAD 1 KM 20.5 BO. CANDELARIA
TOA BAJA PR 00951

| 2/28/01 | ROADWAY | Prepaid | destination delivered | | ST |
|---|---|---|---|---|---|

| TAG | POUND | | | | 774 |
|---|---|---|---|---|---|
| 2700 | pound | PLASTIC ARTICLES, NOI 1-10 LBS, PCF, NMFC# 15660056 SCC120/1179 | | | |
| | | PLASTIC ARTICLES NOI 12-15 LBS, PCF NMFC# 15660056 (REF. PO# 45002-54579.) | | | 2790 |
| | | TOTAL WEIGHT | | | 3564 |

Carrier Instructions

BILL TO:  W.R. GRACE & COMPANY
GRACE CONSTRUCTION PRODUCTS
62 WHITTEMORE AVENUE
CAMBRIDGE, MA 02140
ATTN:  LOGISTICS DEPT.

**FOR SHIPMENT STATUS, CALL 1-800-ROADWAY**

660-992136-9

HAZARDOUS MATERIALS PLACARDS
REQUIRED _____
OFFERED _____
DRIVER'S
SIGNATURE _____

FOR HELP IN CHEMICAL EMERGENCIES INVOLVING SPILL, LEAK, FIRE OR EXPOSURE, CALL TOLL FREE 800-424-9300 DAY OR NIGHT.

W.R. Grace & Co. - Conn.

| SHIPPER W.R Grace & Co. - Conn. | CARRIER: | STRAIGHT BILL OF LADING SHORT FORM NOT NEGOTIABLE |
|---|---|---|
| PER: | PER: | |
| DATE: | DATE: | |

## ROADWAY EXPRESS
### PRO: 660-992136-9
PD00051

411-894345-6

| | DU | | | PAGE | | |
|---|---|---|---|---|---|---|
| 3-05-01 | 156-1 | /12 | 8302. 52 | 01 OF 02 | | |

02204230

ALL SOUTH WAREHOUSE
4601 WELCOME ALL RD
COLLEGE PARK GA 30349

1079

SYSCO FOOD SERVICE
8000 DORSEY RUN RD
JESSUP MD 20794

2589

CAJX 800

ALL FREIGHT RECEIVED IN GOOD ORDER
AND SHRINKWRAP/BANDING INTACT UNLESS
NOTED BELOW. SIGN AND DATE IN YELLOW
BLOCK. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE       DATE     TIME

X SYSCO / FORD 441  3/16/01

▶  SEE FINAL PAGE...

268783

211876

SEE FINAL PAGE...

SEE FINAL PAGE

RO 411-894345-6

| NO NU | PKG | | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | ********** FOODSTUFFS ************ | | | | |
| | | | FOODSTUFFS, DO NOT LOAD W/POISONS | | | | |
| | | | ***METRO SHIPMENT*** | | | | |
| 6 | SKD | | FOODSTUFFS NMFC=07322700 CLC60 | E55 | 3409 | | |
| | | | 441 PKG | | | | |
| | | | PERCENT DISCOUNT | | | | |
| | | | NOTIFY BEFORE DELIVERY FEE | NTFY | | | |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | | | |
| 6 TTL /111 | | | | TTL | 3409 | | PPD |

DELIVERY RECEIPT

411-894345-6

| | DU | | | PAGE | | |
|---|---|---|---|---|---|---|
| 3-05-01 | 156-1 | /12 | 8302. 52 | 02 OF 02 | | |

02204230

ALL SOUTH WAREHOUSE
4601 WELCOME ALL RD
COLLEGE PARK GA 30349

1079

07

SYSCO FOOD SERVICE
8000 DORSEY RUN RD
JESSUP MD 20794

2589
0. 137
CAJX 800

MAR 16 2001

ALL FREIGHT RECEIVED IN GOOD ORDER
AND SHRINKWRAP/BANDING INTACT UNLESS
NOTED BELOW. SIGN AND DATE IN YELLOW
BLOCK. THANK YOU! ROADWAY EXPRESS, INC.

PLEASE SIGN HERE       DATE     TIME

X

268783                    SYSCO

211876

** APPT ** 03707 05.00
SPOT TRAILERS TUES AND
FRI 0600 STANDING APPT

CENTRAL
INVOICING-
DO NOT INV.
LOCALLY

TO 411-894345-6

| O NU | PKG | | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | C: 410-799-7000 | | | | |
| | | | PAYER FOR SHIPPER: | | | | |
| | | | TRENDSET INC | | | | |
| | | | TETLEY USA | | | | |
| | | | P O BOX 1208 | | | | |
| | | | MAULDIN SC 29662 | | | | |
| | | | PO=02204230 | | | | |
| | | | CO#: 198135 | PDDP | | | |

ROADWAY EXPRESS
PRO: 411-894345-6
PD00041

# ROADWAY *Express*

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(RDWY) (EIN 34-0402670)

PRO NUMBER : 313-127358-6

PD00048

***PAST DUE INVOICE***   PAGE 1 OF 2

| PAYMENT WAS DUE: | 02/26/2001 | PICK-UP DATE: | 10/30/2000 |
|---|---|---|---|

TARIFF AUTHORITY:
277

ORIGIN OR DESTINATION IS A NON DIRECT POINT PER TARIFF 111

## PAYMENT DUE ON RECEIPT
### LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY

**PAST DUE AMOUNT**

**312.00 USD**

W R GRACE & CO - CONN
SANDY OSGOOD
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

**SHIPPER:**
S/F: MILWAUKEE WI 53223
W R GRACE
7221 W PARKLAND CT
MILWAUKEE WI 53223

**CONSIGNEE:**
GRACE (NEW ZEALAND) LIMITED
PAUL HOLMES
26 MOHUIA CRESCENT
WELLINGTON NZL

**THIRD PARTY:**
W R GRACE
7221 W PARKLAND CT
MILWAUKEE WI 53223

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (330) 258-2589
GENERAL CORRECTION   ISS: 12-29 AUTH: CORRECTION GENERATED BY CARS DID READ PCS:  1 WT:  370 CHGS: 33300

| TYPE | | REFERENCE NUMBER | STORE # | DEPT NO. | CTN COUNT. | WEIGHT |
|---|---|---|---|---|---|---|
| PO | P HOLMES | | | | | |
| BL | 00080600169 | | | | | |
| REF | 4888 | | | | | |
| CUST | 500445 | | | | | |
| REF | 888841 | | | | | |
| BK | CHIWEL772100 | | | | | |

| PCS | PKG | HM | DESCRIPTION OF ARTICLES | NMFC | CODE | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | MASTER | | | | | |
| 1 | PLT | | CONCRETE OR MASONRY | | C50 | 370 | MIN | 34.00 |
| | | | CL .50  8 PLS | 03404000 | | | | |
| | | | PLASSTICIZER LIQUID | | | | | |
| | | | CFT: 24   DEN:  15.42 | | | | | |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | | 2.20 |
| | | | 0.68 CBM FMC 220  OC#0000000000 0078 | | OCEM | | | 222.00 |
| | | | M/C  $222.00 THRU TO WELLINGTON | | | | | |
| | | | CTBL(1113)  ORIG | | | | | |
| | | | GDS RATED | | | | | |
| | | | EQUIPMENT IMBALANCE SURCHARGE | | EIS | | | 6.80 |
| | | | DOCUMENTATION TRANSFER BETWEEN | | DTF | | | 15.00 |
| | | | SINGLE SHIPMENT PICKUP CHARGE | | SS | | | 19.50 |
| | | | FCL/LCL HANDLING FEE | | BOL | | | 12.50 |
| 1 | TTL | | | | TTL | 370 | | 312.00 PPD |

# ROADWAY Express

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(RDWY) (EIN 34-0492670)

PRO NUMBER : **313-127358-6**

PD00049

... ... ...CE INVOICE*** PAGE 2 OF 2

| PAYMENT WAS DUE: 02/26/2001 | PICK-UP DATE: 10/30/2000 |

TARIFF AUTHORITY:
277.

ORIGIN OR DESTINATION IS A NON DIRECT POINT PER TARIFF 111

## PAYMENT DUE ON RECEIPT
LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY

**PAST DUE AMOUNT**

312.00 USD

W R GRACE & CO - CONN
SANDY OSGOOD
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

| SHIPPER: | CONSIGNEE: | THIRD PARTY: |
|---|---|---|
| S/F: MILWAUKEE WI 53223 | GRACE (NEW ZEALAND) LIMITED | W R GRACE |
| W R GRACE | PAUL HOLMES | 7221 W PARKLAND CT |
| 7221 W PARKLAND CT | 26 MOHUIA CRESCENT | MILWAUKEE WI 53223 |
| MILWAUKEE WI 53223 | WELLINGTON NZL | |

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (330) 258-2589
GENERAL CORRECTION       ISS: 12-28 AUTH: CORRECTION GENERATED BY CARS DID READ PCS:  1 WT:  370 CHGS: 33300

···················································· **DETACH HERE** ····················································
To ensure proper crediting of your account, please return this portion with payment.

PRO NUMBER: **313-127358-6**        * IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD *

FROM:
W R GRACE & CO - CONN
SANDY OSGOOD
62 WHITTEMORE AVE
CAMBRIDGE MA 02140

PLEASE REMIT TO:

ST
0796                **ROADWAY** Express
                P.O. BOX 13573
A42  U811        NEWARK, NJ 07188-0573

| PAYMENT DUE DATE: | ON RECEIPT |
|---|---|
| PRO NUMBER: | 313-127358-6 |
| INTERNAL USE: | 313   0796   ORG:313 |
| AMOUNT DUE: | 312.00 USD |

**AMOUNT ENCLOSED**

# ROADWAY Express

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(RDWY) (EIN 34-0492970)

PRO NUMBER: **411-894345-6**

PD00036

***PAST DUE INVOICE***  PAGE 1 OF 1

| PAYMENT WAS DUE: | 04/16/2001 | PICK-UP DATE: | 03/05/2001 |
|---|---|---|---|

TARIFF AUTHORITY:
8302.5203

DIRECT POINT PER TARIFF 111

## PAYMENT DUE ON RECEIPT
### LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY

**PAST DUE AMOUNT**

**256.11 USD**

W R GRACE & CO
P O BOX 3147
LAKE CHARLES LA 70603

| SHIPPER: | CONSIGNEE: | THIRD PARTY: |
|---|---|---|
| ALL SOUTH WAREHOUSE<br>4601 WELCOME ALL RD<br>COLLEGE PARK GA 30349 | SYSCO FOOD SERVICE<br>8000 DORSEY RUN RD<br>JESSUP MD 20794 | TRENDSET INC<br>TETLEY USA<br>P O BOX 1208<br>MAULDIN SC 29662 |

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (330) 258-2589

| TYPE | REFERENCE NUMBER | STORE # | DEPT NO. | CTN COUNT | WEIGHT |
|---|---|---|---|---|---|
| PO | 02204230 | | | | |
| BL | 211878 | | | | |
| CO | 198135 | | | | |

| PCS | PKG | HM | DESCRIPTION OF ARTICLES | NMFC | CODE | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | SKD | | **METRO SHIPMENT**<br>FOODSTUFFS<br>CL 60 441 PKG | 07322700 | E55 | 3409 | 1146 | 380.67 |
| | | | DISCOUNT | | DISC | | 41.0% | 160.17- |
| | | | NOTIFY BEFORE DELIVERY FEE | | NTFY | | | 21.00 |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | 2.0% | 4.61 |
| 6 | TTL | | UNLOAD ALLOWANCE OF 1.00 MAY APPLY | | MNTA<br>TTL | 3409 | | 256.11 PPD |

......................... **DETACH HERE** ..........................
To ensure proper crediting of your account, please return this portion with payment.

PRO NUMBER: **411-894345-6**      * IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD *

FROM:
W R GRACE & CO
P O BOX 3147
LAKE CHARLES LA 70603

| PAYMENT DUE DATE: | ON RECEIPT | |
|---|---|---|
| PRO NUMBER: | 411-894345-6 | |
| INTERNAL<br>USE: | 682  0308 | ORG 411 |
| AMOUNT DUE: | 256.11  USD | |

PLEASE REMIT TO:

ST
0308

A42  U811

**ROADWAY** Express

P.O. BOX 730375
DALLAS, TX 75373-0375

**AMOUNT ENCLOSED**

ALL SOUTH WAREHOUSE D/C, INC.
P.O. BOX 746016
ATLANTA, GA  30374
PHONE (404) 283-7566

BILL OF LADING
PREPAID

Account Of:  TETLEY USA, INC.
(TETLY044)   MR. CARL REROLLE
             100 COMMERCE DRIVE
             SHELTON    CT  06484

Shipper:  All-South Warehouse c/o
          Tetley USA, Inc.

Ship To:  SYSCO FD SVCE OF BALTIMOR     ----- Delivery Instructions -----
          8000 DORSEY RUN ROAD
          PO BOX 1809
          JESSSUP   MD  20794

| Order | Date | Cust Ref | Ship Via | Route | Car No |
|-------|------|----------|----------|-------|--------|
| 199135 | 01/03/01 | 211876 | CUSTOMER PICK U | | |

| Qty | Haz | Description | Weight | Item Code | Lot No |
|-----|-----|-------------|--------|-----------|--------|
| | | Tetley USA, Inc. | | | |
| | | c/o Transact, Inc. | | | |
| | | P.O. Box 1238 | | | |
| | | Mauldin, SC 29662 | | | |

411-894345-6

Total Packages:      441
Total Weight:      3,408        Signature:
Total Pallets:

ACTUAL H/U'S    6
TOTAL PIECES   441

RdWY 9526
441 on
6 Skids

Date: 3-2-01
3.75 Pg

**ROADWAY EXPRESS**
**PRO: 411-894345-6**
PD00039



ALL SOUTH WAREHOUSE O/C, INC.
P.O. BOX 740015
ATLANTA GA 30374
PHONE (404) 243-7565

— BILL of LADING
PREPAID

Account of:
(TMILY004)

TETLEY USA, INC.
MR. CARL MEROLLI
100 COMMERCE DRIVE
SHELTON CT 06484

Shipper: All-South Warehouse c/o
Tetley USA, Inc.

Ship To: SYSCO FD SVCE OF BALTIMOR
8000 DORSEY RUN ROAD
PO BOX 1009
JESSSUP MD 20794

— Delivery Instructions —

| Order | Date | Cust Ref | Ship Via | Route | Car No |
|---|---|---|---|---|---|
| 498155 | 01/03/01 | 211575 | CUSTOMER PICK U | RDWY | |

| Qty | Moz | Description | Weight | Item Code | Lot No |
|---|---|---|---|---|---|
| 33 | | PVT EST 8/24-1 OZ ITBS | 223 | 00111563513804 | 1036 |
| 228 | | HSE RECIPE 58-1 OZ ITBS 4202255 | 1,596 | 00748651818301 | 1039 |
| 45 | | HOUSE RECIPE 16/100 ENV 4202214 | 635 | 00748651932201 | 1006 |
| 16 | | HSE RECIPE 18/100 TEA TAG TBGS 4732206 | 132 | 00748651932502 | 1037 |
| 117 | | HSE RECIPE 32-4 OZ LF 48 PCH 4282292 | 1,053 | 00748651818781 | 1017 |

CUST PO: 02205230
INSTR: CUSTOMER WILL
ARRANGE PU-ENTER CARRIER
AS CPUP — CSA Necessary:
See Contact, Phone and
Hours Below MON-TH
7:30-10PM FRI 7:30-10:30A
4107397000 24
************************
Bill Freight Charges to:

* This Bill of Lading continued on next page *

ROADWAY EXPRESS
PRO: 411-894345-6
PD00040



**ROADWAY** *Express*

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(RDWY) (EIN 34-0492876)

PRO NUMBER: **849-062413-X**

PJ00045

| PAYMENT WAS DUE: | 05/18. 2001 | PICK-UP DATE: | 04/02/2001 |
|---|---|---|---|

TARIFF AUTHORITY:
8302.5203

DIRECT POINT PER TARIFF 111

### PAYMENT DUE ON RECEIPT
**LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY**

## PAST DUE AMOUNT

| | |
|---|---|
| | 56.10  USD |

W R GRACE & CO
P O BOX 3147
LAKE CHARLES LA 70603

| SHIPPER: | CONSIGNEE: | THIRD PARTY: |
|---|---|---|
| GENLYTE THOMAS | BENEFIELD ELECTRIC CO INC | GENLYTE THOMAS GRP LLC |
| 13169 SLOVER AVE | MERCY RIDGE | TRENDSET INC |
| FONTANA CA 92337 | 2525 POT SPRING RD | P O BOX 1208 |
| | TIMONIUM MD 21093 | MAULDIN SC 29662 |

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (330) 258-2589

| TYPE | PKG | REFERENCE NUMBER | STORE # | DEPT NO. | CTN COUNT | WEIGHT |
|---|---|---|---|---|---|---|
| PO | 144926 | | | | | |
| BL | 481505 | | | | | |

| PCS | PKG | HM | DESCRIPTION OF ARTICLES | NMFC | CODE | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | PLT | | SHADES REFLECTORS NOI | | C100 | 58 | MIN | 85.65 |
| | | | CL 100 | 10989501 | | | | |
| | | | DISCOUNT | | DISC | | | 30.65- |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | 2.0% | 1.10 |
| 1 | | | TTL | | TTL | 58 | | 56.10 PPD |

······································· **DETACH HERE** ·······································
To ensure proper crediting of your account, please return this portion with payment.

PRO NUMBER: **849-062413-X**          * IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD *

FROM:
W R GRACE & CO
P O BOX 3147
LAKE CHARLES LA 70603

PLEASE REMIT TO:
ST
0308

**ROADWAY** *Express*

P.O. BOX 730375
DALLAS, TX 75373-0375

A42  U811

| PAYMENT DUE DATE: | ON RECEIPT |
|---|---|
| PRO NUMBER: | **849-062413-X** |
| INTERNAL USE: | 582   0308   ORG:849 |
| AMOUNT DUE: | 56.10  USD |

| AMOUNT ENCLOSED | |
|---|---|



ROADWAY EXPRESS
PRO: 849-062413-X
PDG0047

**This Shipping Order** must be legibly filled in, in ink, in indelible Pencil, or in Carbon and returned by the Agent

CARRIER - SEE "ROUTE" BOX BELOW
RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading,

FONTANA, CA        92337

SHIP FROM

**GT GENLYTE THOMAS**

| DATE | SHIPPER NUMBER | ORDER NUMBER |
|------|----------------|--------------|
| 03/30/01 | 461505 | 144026 |

# ACCENT DIVISION

849-062413-X

CONSIGNED TO:
BENEFIELD ELECTRIC CO. INC
MERCY RIDGE
2525 POT SPRING ROAD
TIMONIUM        MD 2109:

CALL 24HR B4 DEL
BUD DODD (410)463-6633

**MUST DELIVER EARLY A.M.**

NOT BEFORE: 4/03/01      PREPAID        ROADWAY  275507

| Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. | No. Packages | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | ITEM NO. | *WEIGHT (Subj. to Cor.) | Class or Rate |
|---|---|---|---|---|---|
| | | Lighting Fixture, Fluorescent or High Intensity Discharge, with equipment of transformer or ballast - density less than 4 pounds per cubic foot | 109810 S-1 | 200 | |
| | | Lighting Fixture, Fluorescent or High Intensity Discharge, with equipment of transformer or ballast - density 4 but less than 8 pounds per cubic foot | 109810 S-2 | 100 | |
| | | Lighting Fixture, Fluorescent with equipment of transformer or ballast - density 8 but less than 12 pounds per cubic foot | 109810 S-3 | 35 | |
| | | Lighting Fixture, Fluorescent or High Intensity Discharge, with equipment of transformer or ballast - density 12 or greater pounds per cubic foot | 109810 S-4 | 70 | |
| | | Diffusers, Sheet or Plate, NOI, Self Supporting Rigid O/T in Roll or Coils | 156300 S-2 | 60 | |
| | | Diffusers, luminous ceiling or fluorescent fixture, plastic or other not exceeding 2 inches in smallest dimension | 109095 S-4 | 77.5 | |
| | | Diffusers, luminous ceiling or fluorescent fixture, plastic or glass exceeding 2 inches in smallest dimension | 109095 S-3 | 125 | |
| | | Diffusers, luminous ceiling or fluorescent fixture, plastic in sheet form-density not less than 35 lbs per cu. ft. | 109095 S-1 | 60 | |
| | | Sets, electric cord or cable, N.O.I. | 63036 S-2 | 77.5 | |
| | | Switch Boxes, W/WO covers, W/WO cable terminals or fuse blocks or other fittings, but without fuses, steel, N.O.I. | 63160 S-4 | 70 | |
| | | Cable Assemblies or Harness, Electrical Wiring, N.O.I., in Packages | 61130 | 77.5 | |
| | | Fixtures, Recessed for Incandescent Lighting or High Intensity Discharge (HID) Lighting Fixture, metal, less than 8 feet, W/& Less Radius and Used Reflectors, W/WO Reflector Shades, in boxes | 109810 S-3 | 85 | |
| 12 | | Shades or Reflectors, N.O.I. Lamp or Lighting Fixtures, Iron Steel, or Tin, With or Without Equipment of Sockets, Sub #1, NMFC # 109895 | 109895 S-1 | 5 R | 100 |
| | | Cable Racks, Race-Ways, Trays, troughs or Cable-ways, Item #61220, Sub #2 | 61220 S-2 | 100 | |
| | | Transformers, NOI, weighing each less than 25 lbs, or transformer parts, NOI, NMFC # 65420 | 63420 | 77.5 | |
| | | Hardware, NOI, iron or steel, Item #85180 | 85190 S-9 | 70 | |
| | | FAK Class Exemption Rating (LTL) | | | |
| 12 | | (1) pallet | | 58 | |

DATE SHIPPED: 03-30-001

ROADWAY EXPRESS
PRO: 849-062413-X
PD00046

# ROADWAY Express

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(RDWY) (EIN 34-0402676)

**PRO NUMBER:** 305-694066-4

PD00016

***PAST DUE INVOICE***   PAGE 1 OF 1

| PAYMENT WAS DUE: 05/11/2000 | PICK-UP DATE: 04/07/2000 |
|---|---|

TARIFF AUTHORITY:
8302.5003

DIRECT POINT PER TARIFF 111

## PAYMENT DUE ON RECEIPT
### LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY

**PAST DUE AMOUNT**

239.70 USD

W R GRACE & COMPANY
MARY ANNE MEEKS L004056
55 HAYDEN AVE
LEXINGTON MA 02421

| SHIPPER: | CONSIGNEE: | THIRD PARTY: |
|---|---|---|
| S/F: ELK GROVE VILLAGE IL 60 | THE GEON CO | W R GRACE & COMPANY |
| THE GEON COMPANY | ROB KELLER/SANDY | MARY ANNE MEEKS L004056 |
| R R 1 | R R 1 | 55 HAYDEN AVE |
| HENRY IL 61537 | HENRY IL 61537 | LEXINGTON MA 02421 |

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (815) 223-2251
GENERAL CORRECTION    ISS: 05-23AUTH: PER ORIGINAL BILL OF LADING DID READ PCS:  3 WT: 7797 CHGS: 23970

| TYPE | REFERENCE NUMBER | STORE # | DEPT NO. | CTN COUNT | WEIGHT |
|---|---|---|---|---|---|
| PO | 4500143324/L004056 | | | | |
| BL | 6269229 | | | | |
| BK | CHIBUE767727 | | | | |
| REF | L004056 | | | | |

| PCS | PKG | HM. | DESCRIPTION OF ARTICLES | NMFC | CODE | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | SKD | | STC
PLASTIC MATL O/T EXPANDED GROUP FLAKE
GRANULES,LUMPS, PELLETS, POWDER
POLYVINYL CHLORIDE | | E55 | 7797 | 548 | 427.28 |
| | | | *RTS* ORIG CF: ROADWAY/CDC, 925 THORN
DALE, ITASCA, IL 60743
CL '60  150 BAG | 15620000 | | | | |
| | | | DISCOUNT | | DISC | | 45.0% | 192.28- |
| | | | MARKING / TAGGING CHARGE | | MARK | | | .00 |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | 2.0% | 4.70 |
| 3 | | | | | TTL | 7797 | | 239.70 COL |

················· DETACH HERE ·················
To ensure proper crediting of your account, please return this portion with payment.

**PRO NUMBER:** 305-694066-4         * IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD *

FROM:
W R GRACE & COMPANY
MARY ANNE MEEKS L004056
55 HAYDEN AVE
LEXINGTON MA 02421

PLEASE REMIT TO:

BI
60144676549

## ROADWAY Express

P.O. BOX 13573
A42  U811      NEWARK, NJ 07188-0573

| PAYMENT DUE DATE: | ON RECEIPT |
|---|---|
| PRO NUMBER: | 305-694066-4 |
| INTERNAL USE: 100 | ORG 305 |
| AMOUNT DUE: | 239.70 USD |

**AMOUNT ENCLOSED**

# ROADWAY *Express*

P. O. BOX 471 AKRON, OH 44309-0471
http://www.roadway.com
(RDWY) (EIN 34-0492670)

PRO NUMBER: 107-034828-1

PD00042

***PAST DUE INVOICE*** PAGE 1 OF 1

| PAYMENT WAS DUE: 04/22/2001 | PICK-UP DATE: 03/19/2001 |

TARIFF AUTHORITY:
8302.5203

DIRECT POINT PER TARIFF 111

## PAYMENT DUE ON RECEIPT
### LATE PAYMENT PENALTY AND/OR COLLECTION CHARGE MAY APPLY

**PAST DUE AMOUNT**

56.10 USD

W R GRACE & CO
P O BOX 3147
LAKE CHARLES LA 70603

| SHIPPER: | CONSIGNEE: 15 | THIRD PARTY: |
|---|---|---|
| GEMS SENSORS INC<br>ONE COWLES RD<br>PLAINVILLE CT 06062 | TRANE COMPANY<br>2512 S 21ST PL<br>LA CROSSE WI 54601 | GEMS SENSORS INC<br>TRENDSET<br>PO BOX 1208<br>MAULDIN SC 29662 |

**COMMENTS:** FOR QUESTIONS ABOUT THIS INVOICE, PLEASE CALL (330) 258-2589

| TYPE | REFERENCE NUMBER | | STORE # | | DEPT NO. | CTN COUNT | WEIGHT |
|---|---|---|---|---|---|---|---|
| PO | 426535 | | | | | | |

| PCS | PKG | HM | DESCRIPTION OF ARTICLES | NMFC | CODE | WEIGHT | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BOX | | SENSORS | | C70 | 35 | MIN | 87.99 |
| | | | CL 70 | 13343000 | | | | |
| | | | DISCOUNT | | DISC | | | 12.99- |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | FSC | | 2.0% | 1.10 |
| | | | ADDITIONAL RATE ADJUSTMENTS MAY APPLY | | MNTA | | | |
| 1 | TTL | | | | TTL | 35 | | 56.10 COL |

········································· DETACH HERE ·································
To ensure proper crediting of your account, please return this portion with payment.

PRO NUMBER: 107-034828-1        * IF PAYMENT HAS BEEN MADE, PLEASE DISREGARD *

FROM:
W R GRACE & CO
P O BOX 3147
LAKE CHARLES LA 70603

| PAYMENT DUE DATE: | ON RECEIPT |
|---|---|
| PRO NUMBER | 107-034828-1 |
| INTERNAL USE: | 682   0308   ORG:107 |
| AMOUNT DUE: | 56.10 USD |

PLEASE REMIT TO:
**ROADWAY** *Express*

ST
0308

A42 U811

P.O. BOX 730375
DALLAS, TX 75373-0375

**AMOUNT ENCLOSED**

PRO NO. 107-034828-1

| DESTINATION | | RATE CODE | | PAGE |
|---|---|---|---|---|
| 03-19-01 | 336-1 | /71 | 8302 55 | 01 05 02 |

NS
GEMS SENSORS INC     2906
ONE COWLES RD
PLAINVILLE CT 06062

TRANE COMPANY          15
2512 S 21ST PL
LA CROSSE WI 54601          0077
                           CAPT 800

SEE FINAL PAGE.

ALL FREIGHT RECEIVED IN GOOD ORDER
AND SHRINKWRAP/BANDING INTACT UNLESS
NOTED BELOW. SIGN AND DATE IN YELLOW
BLOCK. THANK YOU! ROADWAY EXPRESS, IN
ASU PLANT 15
PLEASE SIGN HERE      DATE    TIME
              MAR 2 2 2001

SEE FINAL PAGE...          SEE FINAL PAGE

PRO  107-034828-1

| NO. | PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| 1 | BOX | | SENSORS NMFC=13343000 CLC70 | C70 | 35 | | |
| | | | FO | | | | |
| | | | PERCENT DISCOUNT | | | | |
| | | | GENERAL SURCHARGE (FUEL/FRT) | | | | |
| 1 | TTL | | | TTL | 35 | | |
| | | | PAYER FOR CONSIGN2E: | | | | |
| | | | GEMS SENSORS INC | | | | |
| | | | TRENDSET | | | | |

DELIVERY RECEIPT

ASU PLANT 15
107-034828-1
MAR 2 2 2001

| DESTINATION | | RATE CODE | | PAGE |
|---|---|---|---|---|
| 03-19-01 | 336-1 | /71 | 8302 55 | 02 05 02 |

NS
GEMS SENSORS INC     2906
ONE COWLES RD
PLAINVILLE CT 06042

TRANE COMPANY          15
2512 S 21ST PL
LA CROSSE WI 54601          0077
                  0.022     CAPT 800

ALL FREIGHT RECEIVED IN GOOD ORDER
AND SHRINKWRAP/BANDING INTACT UNLESS
NOTED BELOW. SIGN AND DATE IN YELLOW
BLOCK. THANK YOU! ROADWAY EXPRESS, IN
PLEASE SIGN HERE      DATE    TIME
                           MAR 2 2 2001

CENTRAL
INVOICING-
DO NOT INV.
LOCALLY

NS

PRO  107-034828-1

| NO. | PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|---|
| | | | PO BOX 1208 | | | | |
| | | | MAULDIN SC 29662 | | | | |
| | | | PO#429935 | PODP | | | |

**ROADWAY EXPRESS**
**PRO: 107-034828-1**
PD00044

THIS SHIPPING ORDER

RECEIVED, subject to the classification and lawfully filed tariffs in effect on the date of issue of this Shipping Order.

| From: | GEMS SENSORS INC. | DATE 3/19/01 18 | SHIPPER'S NO. |
| At | 1 Cowles Rd. - Plainville, CT 06062 | CARRIER | CONSIGNEE NO. |

CONSIGNED AND DESTINATION:

~TRANE COMPANY
2512 SOUTH 21 st PLACE
LA CROSE, WI  54601

BY ~ROADWAY

ROUTE ~DELIVERING CARRIER

CAR OR VEHICLE INITIALS & NO. ~REX 17773

| NO. PACKAGES | DESCRIPTION OF ARTICLES AND SPECIAL MARKS | *WEIGHT (SUBJECT TO CORR.) | CLASS OR RATE | |
| 1 | BOX | 35-151 | | |

PO#429575

BILL TO:
GEMS SENSORS INC.
c/o TRENDSET
PO BOX 1208
MAULDIN SC 29662

MAR 19 2001

107-034828-1

GEMS SENSORS INC.
1 Cowles Rd. - Plainville, CT 06062

Permanent post-office address of shipper

Shipper, Per

## CERTIFICATE OF SERVICE

Copies of the foregoing were served this 11th day of February, 2005, by U.S. mail,

postage prepaid, upon the following:

James H. M. Sprayregen, Esq.
James W. Kapp III, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

and

Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Etta R. Wolfe (ID No. 4164)

EYS1461.WPD