# EXHIBIT "A"

# LIST OF CLAIMS

|  | Case No. | Claim No. |
|---|---|---|
| Century Indemnity Company, et al. | 01-01139 | 9572 |
| Century Indemnity Company, et al. | 01-01140 | 9573 |
| Century Indemnity Company, et al. | 01-01141 | 9574 |
| Century Indemnity Company, et al. | 01-01142 | 9575 |
| Century Indemnity Company, et al. | 01-01143 | 9576 |
| Century Indemnity Company, et al. | 01-01144 | 9577 |
| Century Indemnity Company, et al. | 01-01145 | 9578 |
| Century Indemnity Company, et al. | 01-01146 | 9579 |
| Century Indemnity Company, et al. | 01-01147 | 9580 |
| Century Indemnity Company, et al. | 01-01148 | 9581 |
| Century Indemnity Company, et al. | 01-01149 | 9582 |
| Century Indemnity Company, et al. | 01-01150 | 9583 |
| Century Indemnity Company, et al. | 01-01151 | 9584 |
| Century Indemnity Company, et al. | 01-01152 | 9585 |
| Century Indemnity Company, et al. | 01-01153 | 9586 |
| Century Indemnity Company, et al. | 01-01154 | 9587 |
| Century Indemnity Company, et al. | 01-01155 | 9588 |
| Century Indemnity Company, et al. | 01-01156 | 9589 |
| Century Indemnity Company, et al. | 01-01157 | 9590 |
| Century Indemnity Company, et al. | 01-01158 | 9591 |
| Century Indemnity Company, et al. | 01-01159 | 9592 |
| Century Indemnity Company, et al. | 01-01160 | 9593 |
| Century Indemnity Company, et al. | 01-01161 | 9594 |
| Century Indemnity Company, et al. | 01-01162 | 9595 |
| Century Indemnity Company, et al. | 01-01163 | 9596 |
| Century Indemnity Company, et al. | 01-01164 | 9597 |
| Century Indemnity Company, et al. | 01-01165 | 9598 |
| Century Indemnity Company, et al. | 01-01166 | 9599 |
| Century Indemnity Company, et al. | 01-01167 | 9600 |
| Century Indemnity Company, et al. | 01-01168 | 9601 |
| Century Indemnity Company, et al. | 01-01169 | 9602 |
| Century Indemnity Company, et al. | 01-01170 | 9603 |
| Century Indemnity Company, et al. | 01-01171 | 9604 |
| Century Indemnity Company, et al. | 01-01172 | 9605 |
| Century Indemnity Company, et al. | 01-01173 | 9606 |
| Century Indemnity Company, et al. | 01-01174 | 9607 |
| Century Indemnity Company, et al. | 01-01175 | 9608 |
| Century Indemnity Company, et al. | 01-01176 | 9609 |

-2-

|  | **Case No.** | **Claim No.** |
|---|---|---|
| Century Indemnity Company, et al. | 01-01177 | 9610 |
| Century Indemnity Company, et al. | 01-01178 | 9611 |
| Century Indemnity Company, et al. | 01-01179 | 9612 |
| Century Indemnity Company, et al. | 01-01180 | 9613 |
| Century Indemnity Company, et al. | 01-01181 | 9614 |
| Century Indemnity Company, et al. | 01-01182 | 9615 |
| Century Indemnity Company, et al. | 01-01183 | 9616 |
| Century Indemnity Company, et al. | 01-01184 | 9617 |
| Century Indemnity Company, et al. | 01-01185 | 9618 |
| Century Indemnity Company, et al. | 01-01186 | 9619 |
| Century Indemnity Company, et al. | 01-01187 | 9620 |
| Century Indemnity Company, et al. | 01-01188 | 9621 |
| Century Indemnity Company, et al. | 01-01189 | 9622 |
| Century Indemnity Company, et al. | 01-01190 | 9623 |
| Century Indemnity Company, et al. | 01-01191 | 9624 |
| Century Indemnity Company, et al. | 01-01192 | 9625 |
| Century Indemnity Company, et al. | 01-01193 | 9626 |
| Century Indemnity Company, et al. | 01-01194 | 9627 |
| Century Indemnity Company, et al. | 01-01195 | 9628 |
| Century Indemnity Company, et al. | 01-01196 | 9629 |
| Century Indemnity Company, et al. | 01-01197 | 9630 |
| Century Indemnity Company, et al. | 01-01198 | 9631 |
| Century Indemnity Company, et al. | 01-01199 | 9632 |
| Century Indemnity Company, et al. | 01-01200 | 9633 |