**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Response Of Century Indemnity Company, *Et Al.* To Debtors' Eighth Omnibus Objection To Claims (Substantive) was served upon the following interested parties, in the manner as indicated below, on this 11th day of February, 2005:

| Kirkland & Ellis LLP<br>Attn: Rachel R. Schulman<br>200 E. Randolph Drive<br>Chicago, IL  60601<br>(By First Class Mail) | Pachulski, Stang, Ziehl,<br>    Young, Jones & Weintraub P.C.<br>Attn: David W. Carickhoff, Jr.<br>919 North Market Street, 16th Floor<br>PO Box 8705<br>Wilmington, DE  19899-8705 (Courier 19801)<br>(By First Class Mail and By Hand Delivery) |
|---|---|

*/s/ Linda M. Carmichael*
Linda M. Carmichael

DOCS_PH 1700976v1