IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Re: Docket No. 7737 |

## AFFIDAVIT OF SERVICE

I, Ellen Y. Sebastiani, legal assistant of Smith, Katzenstein & Furlow LLP, 800 Delaware Ave., 7th Floor, P.O. Box 410, Wilmington, DE 19899, 302-652-8400, being duly sworn according to law, do depose and say that on the **11th** day of **February 2005**, one copy of **Creditor Roadway Express, Inc.'s Response to Debtors' Eighth Omnibus Objection to Claims (Substantive) (Docket No. 7737)** was served on the following in the manner indicated:

**BY FACSIMILE NO. 312-861-2200**
James H. M. Sprayregen P.C.
James W. Kapp III, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**BY HAND DELIVERY**
Laura Davis Jones, Esq.
David W. Carickhoff, Jr., Esq.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

_____
Ellen Y. Sebastiani

Sworn to before me this 11th day of February 2005,

_____
Notary Public

My Commission expires: _____

ROBIN G. BROOKS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires August 11, 2005

EYS1463.WPD