UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re                                      :    Chapter 11
                                           :
W.R. Grace & CO., *et al.*,                :
                                           :    Case No. 01-01139 (JKF)
                                           :
        Debtors.                           :
                                           :
                                           :
------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND CERTIFICATION OF ADMISSION

COMES NOW the Office of the Tennessee Attorney General, through undersigned counsel, on behalf of the Tennessee Department of Revenue (TDOR), an agency of the State of Tennessee, to hereby give notice of appearance in this case pursuant to Local Bankruptcy Rule 9010-1(c) and through undersigned counsel, would respectfully state the following evidence of admission:

1.      My name, residence, state bar number, office address and office telephone number are as follows:

William F. McCormick
Residence: Franklin, Tennessee
Board of Professional Responsibility Number: 012718
Office Address:     Office of the Attorney General
                    Bankruptcy Division
                    425 5th Ave. North
                    P.O. Box 20207
                    Nashville, TN 37202

Telephone Number:   615-532-8930

2.	I am a non-resident attorney duly licensed to practice law by the Supreme Court of Tennessee, and admitted to practice in the United States District Courts for the Middle, Eastern and Western Districts of Tennessee.

3.	I an a member in good standing of the Tennessee Bar and no disciplinary proceeding is pending against me as a member of the Tennessee bar, nor has there ever been.

4.	I recognize and consent to the exercise of disciplinary jurisdiction by this Honorable Court, and acknowledge that I will be bound by the rules of this Honorable Court.

Dated this 10th day of February, 2005.

>	Respectfully submitted,
>	PAUL G. SUMMERS
>	Attorney General & Reporter
>
>	By: /s/ William F. McCormick
>	William F. McCormick, BPR # 012718
>	Office of the Attorney General
>	Bankruptcy Division
>	P.O. Box 20207-0207
>	Nashville, TN 37202
>	(615) 532-8930
>	Fax: (615) 741-3334