IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**
*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota**

| | | | |
|---|---|---|---|
| 12/01/2004 | DRB | Deposition scheduling and preparation of witness files | 1.00 |
| 12/01/2004 | CEZ | Preparation for Rice Lakes deposition. | 5.10 |
| 12/01/2004 | CEZ | Participated in deposition of Rice Likes. | 4.30 |
| 12/01/2004 | KMW | Analysis of ConocoPhillips document production in support of deposition. | 1.60 |
| 12/01/2004 | KMW | Analysis of BP Texas City refinery deposition in support of non-infringement analysis. | 0.80 |
| 12/01/2004 | FTC | Attended deposition of Joseph Grell. | 4.20 |
| 12/01/2004 | SW | Review, analyze, and flag Intercat documents in preparation of witness file G. Santos | 11.00 |

---

[2]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| | | | |
|---|---|---|---|
| 12/01/2004 | LL | Attended to and assisted in the preparation of witness files for Santos; prepared documents for Ziegler regarding Rice Lakes; scanned in various documents for team and client | 6.00 |
| 12/02/2004 | LL | Attended to and assisted in the preparation of witness files for Santos; updated privilege log; prepared court reporter for upcoming depositions; scanned in various documents for team and client | 6.00 |
| 12/02/2004 | SW | Review, analyze, and flag Intercat documents in preparation of witness file G. Santos | 11.00 |
| 12/02/2004 | FTC | Telecon with M. Weyandt and Nortec Counsel. | 0.50 |
| 12/02/2004 | FTC | Reviewed prior art references. | 0.70 |
| 12/02/2004 | KMW | Analysis of Jordan deposition transcript. | 1.50 |
| 12/02/2004 | KMW | Analysis of BP Texas city deposition transcript. | 0.60 |
| 12/02/2004 | KMW | Analysis of ConocoPhillips documents. | 4.70 |
| 12/02/2004 | KMW | Strategy meeting w/DRB & CEZ. | 0.50 |
| 12/02/2004 | CEZ | Reviewed Intercat financial documents; prepared witness binder for 30(b)(6) deposition. | 6.90 |
| 12/02/2004 | CEZ | Drafted letter to T. Wimbiscus regarding document production. | 0.60 |
| 12/02/2004 | CEZ | Met with D. Bailey and K. Whitney regarding pending depositions. | 0.80 |
| 12/02/2004 | GHL | Further review of witness file for 30-b-6 deposition of Intercat on damage and financial issues; | 1.00 |
| 12/02/2004 | DRB | Coordination for depositions of Maggio, Rightmyer, & Prestia | 0.70 |
| 12/02/2004 | DRB | Summary of refinery depositions | 4.90 |
| 12/02/2004 | DRB | Strategy meeting with Chad Ziegler and Karen Whitney regarding multiloaders | 1.00 |
| 12/03/2004 | DRB | Summary of third party refinery depositions | 2.50 |
| 12/03/2004 | DRB | Preparation for Santos deposition | 4.50 |
| 12/03/2004 | DRB | Revised supplemental interrogatory response on willfullness issues. | 1.00 |
| 12/03/2004 | SW | Review, analyze, and flag Intercat documents in preparation of witness file G. Santos | 7.00 |
| 12/03/2004 | LL | Attended to and assisted in the preparation of witness files for Santos and Rightmyer; prepared documents for Ziegler; updated deposition files | 4.50 |

| 12/04/2004 | LL | Attended to and assisted in the preparation of witness files for Santos and Rightmyer | 2.50 |
|---|---|---|---|
| 12/05/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness file for Rightmeyer | 8.50 |
| 12/06/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness file for Rightmeyer | 8.50 |
| 12/06/2004 | CEZ | Reviewed material for 30(b)(6) witness binder; prepared witness binder. | 5.70 |
| 12/06/2004 | CEZ | Reviewed materials gathered by Parente for 30(b)(6) deposition. | 1.20 |
| 12/06/2004 | LL | Attended to and assisted in the preparation of a witness file for Rightmyer; prepared Clemtex binder, financial documents and Intercat file for Ziegler; searched for various correspondence. | 6.00 |
| 12/06/2004 | DRB | Summary of Exxon Mobil refinery deposition | 3.50 |
| 12/06/2004 | DRB | Preparation for deposition of Gerald Santos | 3.80 |
| 12/06/2004 | DRB | Preparation of production of Ratner Prestia documents | 0.90 |
| 12/06/2004 | DRB | Travel to Chicago for deposition (4.8 hours - flight delay, bill at half) | 2.40 |
| 12/06/2004 | GHL | Review of documents and organization of witness file for damages-related 30-b-6 deposition of Intercat | 3.50 |
| 12/06/2004 | KMW | Analysis and summary of ConocoPhillips documents. | 2.50 |
| 12/06/2004 | KMW | Analysis of RatnerPrestia documents; conference w/DRB regarding the same; preparation for their production; preparation of work product log. | 1.60 |
| 12/06/2004 | KMW | Analysis of Jordan deposition, forward the same and signature page to Jordan. | 1.30 |
| 12/06/2004 | KMW | Analysis of refinery deposition testimony in support of non-infringement position. | 0.80 |
| 12/07/2004 | KMW | Analysis of Jordan deposition. | 0.50 |
| 12/07/2004 | KMW | Analysis of RatnerPrestia documents and preparation of witness binder. | 2.00 |
| 12/07/2004 | KMW | Analysis of Intercat's document production and identification of deficiencies. | 0.40 |
| 12/07/2004 | KMW | Preparation for Lincoln deposition. | 0.80 |

| | | | |
|---|---|---|---|
| 12/07/2004 | GHL | Review of damages-related documents newly-produced by Intercat; incorporation into witness file, and preparation of outline for 30-b-6 deposition of Intercat on financial and damges-related issues; | 3.50 |
| 12/07/2004 | CEZ | Reviewed documents produced by Intercat. | 3.20 |
| 12/07/2004 | CEZ | Prepare file for 30(b)(6) deposition on damages; incorporate exhibits. | 5.50 |
| 12/07/2004 | CEZ | Review Clemtex documents for use in deposition. | 0.60 |
| 12/07/2004 | CEZ | Prepared for Snook, Willison, and Clemtex depositions. | 3.10 |
| 12/07/2004 | DRB | Taking deposition of Intercat witness Gerald Santos | 8.00 |
| 12/07/2004 | DRB | Travel time from Chicago to Philadelphia (4.6 hours, bill at half) | 2.30 |
| 12/07/2004 | LL | Attended to and assisted in the preparation of a witness file for Rightmyer and Retner Prestia; produced RP documents to Wimbiscus; documents search for Ziegler regarding upcoming depositions | 5.50 |
| 12/07/2004 | SW | Organize documents for Rightmeyer witness kit. | 3.00 |
| 12/07/2004 | FTC | Reviewed operating manuals for Clemtex loaders. | 0.70 |
| 12/08/2004 | FTC | Reviewed correspondence requesting additional discovery materials. | 1.00 |
| 12/08/2004 | SW | Review, analyze and index exhibits from various refineries' depositions | 5.00 |
| 12/08/2004 | LL | Attended to and assisted in the preparation of financial documents for Jeff Press at Parente; prepared deposition files; updated production logs; prepared documents to send to Privratsky via e-mail and fed-ex; scanned in various docuemnts for team and client; updated pleading and correspondence; prepared documents for Koffeyville. | 5.00 |
| 12/08/2004 | DRB | Deposition preparation for Paul Prestia and preparation therefor | 5.50 |
| 12/08/2004 | DRB | Preparation for deposition preparation of Robert Maggio and Joe Rightmyer | 1.20 |
| 12/08/2004 | CEZ | Prepared for Snook, Willison, and Clemtex depositions. | 3.70 |
| 12/08/2004 | CEZ | Met with B. Bennett in preparation for his deposition. | 3.20 |
| 12/08/2004 | CEZ | Met with Snook in preparation for his deposition. | 2.10 |
| 12/08/2004 | CEZ | Reviewed documents provided by Snook in preparation for deposition. | 0.90 |
| 12/08/2004 | CEZ | Met with G. Willison in preparation for his deposition. | 2.70 |

| 12/08/2004 | GHL | Preparation of outline for deposition of Intercat's Rule 30-b-6 deponent on damage and financial issues; review and organization of documents to be used as exhibits; | 7.00 |
|---|---|---|---|
| 12/08/2004 | GHL | Travel time to Chicago, IL, for deposition -- one hour, billed half-time | 0.50 |
| 12/08/2004 | KMW | Preparation of objections to Prestia deposition; preparation of witness binder and work product log for Prestia. | 3.00 |
| 12/08/2004 | KMW | Analysis of documents in preparation of witness binder for Lincoln contactors. | 1.50 |
| 12/08/2004 | KMW | Preparation for Coffeyville deposition. | 0.30 |
| 12/08/2004 | KMW | Analysis of local procedure and scheduling order in pursuit of motion to compel document production; conference w/Mark Privatsky regarding the same; meet and confer with Intercat regarding the same. | 3.30 |
| 12/08/2004 | KMW | Analysis of recently produced Intercat documents. | 1.00 |
| 12/09/2004 | KMW | Analysis of newly produced Intercat documents. | 0.70 |
| 12/09/2004 | KMW | Analysis of documents in light of discovery requests and fact-finding regarding loaders. | 1.30 |
| 12/09/2004 | KMW | Analysis of local rules and preparation of motion to modify case schedule; submission of the same with the court. | 1.50 |
| 12/09/2004 | KMW | Analysis of documents in support of non-willfulness 30(b)(6) deposition. | 0.50 |
| 12/09/2004 | KMW | Preparation for deposition of Nol-Tec deponents. | 0.40 |
| 12/09/2004 | KMW | Analysis of Grace financial documents; conference w/financial expert regarding same. | 0.30 |
| 12/09/2004 | GHL | Continued preparation and taking of deposition of Intercat's Rule 30-b-6 deponent on financial and damage issues; | 7.50 |
| 12/09/2004 | GHL | Travel from deposition in Chicago --three hours, billed half-time | 1.50 |
| 12/09/2004 | CEZ | Met with B. Bennett in preparation for his deposition. | 0.80 |
| 12/09/2004 | CEZ | Prepared for Snook, Willison, and Clemtex depositions. | 2.30 |
| 12/09/2004 | CEZ | Participated in Bennett; Snook; and Willison depositions. | 6.20 |
| 12/09/2004 | CEZ | Travel from Houston; billed at half of 4 hours. | 2.00 |
| 12/09/2004 | DRB | Travel for meetings in Grace Columbia (3.0 hours, bill at half) | 1.50 |
| 12/09/2004 | DRB | Deposition preparation for Robert Maggio and Joe Rightmyer and preparation therefor | 6.80 |

| | | | |
|---|---|---|---|
| 12/09/2004 | LL | Attended to and assisted in the preparation of documents for Whitney regarding Intercat documents; prepared documents for Jeff Press at Parente; prepared deposition files; prepared production files and updated production logs; prepared documents for expert regarding refineries | 6.00 |
| 12/09/2004 | SW | Review, analyze and index exhibits from various refineries' depositions | 7.00 |
| 12/09/2004 | FTC | Analysis of prior art for discussion with expert witness. | 3.90 |
| 12/10/2004 | FTC | Reviewed operating manuals for programmable controllers. | 0.70 |
| 12/10/2004 | SW | Review, analyze and index exhibits from various refineries' depositions | 7.00 |
| 12/10/2004 | LL | Attended to and assisted in the preparation of documents for deposition use; reproduced various Grace documents; set up court reporter for upcoming depositions | 2.00 |
| 12/10/2004 | CEZ | Reviewed document production from Schmidt and Intercat in preparation for Schmidt deposition. | 7.80 |
| 12/10/2004 | DRB | Preparation for and defending deposition of Paul Prestia | 6.00 |
| 12/10/2004 | DRB | Preparation for Regis Lippert deposition | 0.50 |
| 12/10/2004 | GHL | Fee application, applicant -- preparation of fee petition for October 2004. | 1.00 |
| 12/10/2004 | GHL | Consolidation of notes from 30-b-6 deposition on damage and financial issues, and preparation for continued session of that deposition directed to remaining topics of the 30-b-6 notice, including review of additional documents to be used as exhibits and preparation of outline; | 2.50 |
| 12/10/2004 | KMW | Analysis of Prestia documents in support of Prestia deposition. | 0.50 |
| 12/10/2004 | KMW | Analysis of recently produced Intercat documents. | 0.50 |
| 12/10/2004 | KMW | Analysis of Grace financial documents; conference w/client regarding the same; conference w/financial expert regarding the same. | 4.90 |
| 12/12/2004 | LL | Attended to and assisted in the preparation of witness files for Coffeyville Refinery, Western Refinery, Lincoln Contracting, and Schmidt Manufacturing | 5.00 |

| 12/13/2004 | LL | Attended to and assisted in the preparation of a witness file for Koffeyvile, Sinclair and Western; prepared exhibits from Snatos; updated Refinery deposition binder for Bailey and Whitney; prepared documents to send to Parente; called court reporter regarding Lippert Exhibits and prepared documents for Lippert deposition | 7.00 |
|---|---|---|---|
| 12/13/2004 | CEZ | Teleconference with J. Battioto of Velaro regarding Velaro depositions. | 0.80 |
| 12/13/2004 | SW | Complete organization of Sinclair Refinery Documents and compile witness binder for upcoming deposition; Review, analyze and index exhibits from various refineries' depositions | 7.00 |
| 12/13/2004 | FTC | Drafted summary of loader features. | 6.10 |
| 12/13/2004 | KMW | Preparation for Coffeyville deposition. | 1.50 |
| 12/13/2004 | KMW | Analysis of Intercat documents in preparation for Lippert deposition. | 0.40 |
| 12/13/2004 | KMW | Analysis of strategy for discovery and depositions. | 0.50 |
| 12/13/2004 | GHL | Review of further documents as produced by Intercat and organization of same for continued 30-b-6 deposition on financial and damage-related issues; | 1.00 |
| 12/13/2004 | CEZ | Preparation for deposition of Sinclair. | 6.50 |
| 12/13/2004 | DRB | Preparation for Lippert deposition | 1.50 |
| 12/13/2004 | DRB | Telephone conference with Coffeyville regarding Intercat subpoena | 0.90 |
| 12/13/2004 | DRB | Analysis of recent deposition discovery | 1.20 |
| 12/13/2004 | DRB | Preparation of expert invalidity positions | 1.00 |
| 12/14/2004 | DRB | Preparation for Regis-Lippert deposition | 8.00 |
| 12/14/2004 | DRB | Travel from Philly to Red Bank, New Jersey for Lippert deposition (2.0 hours bill at half) | 1.00 |
| 12/14/2004 | CEZ | Preparation for deposition of Sinclair; participated in deposition. | 6.80 |
| 12/14/2004 | GHL | Preparation of outline for continued 30-b-6 deposition of Intercat on financial and damages issues, and telephone conference with damages expert regarding matters to be addressed at the deposition; | 4.00 |
| 12/14/2004 | GHL | Travel time -- Travel to 30-b-6 deposition of Intercat in Shrewsbury NJ (2 hours, billed at half time) | 1.00 |
| 12/14/2004 | KMW | Analysis of recently produced Intercat documents. | 2.70 |

| | | | |
|---|---|---|---|
| 12/14/2004 | KMW | Conference and analysis w/financial experts regarding Grace financial documents and refinery depositions. | 3.10 |
| 12/14/2004 | KMW | Preparation of identification of testifying experts disclosure. | 0.50 |
| 12/14/2004 | KMW | Analysis of documents produced by Schmidt and Lincoln in preparation for the depositions of the same. | 1.00 |
| 12/14/2004 | KMW | Analysis of Nol-Tec interrogatories in preparation for Nol-Tec deposition. | 0.80 |
| 12/14/2004 | FTC | Assembled reference materials for Paul Solt; forwarded said materials to Mr. Solt. | 0.80 |
| 12/14/2004 | FTC | Drafted summary of Rice Lake IQplus 810 Digital Weight Indicator Operating Features. | 3.20 |
| 12/14/2004 | SW | Obtain and organize documents in preparation of witness binder for Coffeyville Refinery; Review, and create separate index for exhibits from various refineries' depositions | 6.50 |
| 12/14/2004 | LL | Attended to and assisted in the preparation of a witness file for Koffeyville and Lincoln; prepared documents to send to Parente; updated witness file for Lippert; prepared exhibits from Santos 30(b)(6); prepared file of Framland documents for Bailey; prepared intercat documents for Whitney | 5.00 |
| 12/15/2004 | LL | Attended to and assisted in the preparation of a witness file for Schmidt Manufacturing and Lincoln; held conversation with Esquire regarding lateness. | 3.50 |
| 12/15/2004 | CEZ | Reviewed materials in preparation for Schmidt deposition. | 7.90 |
| 12/15/2004 | SW | Obtain and organize documents in preparation of witness binder for Schmidt Refinery; Organize Coffeyville Refinery documents and compile witness binder for upcoming deposition; Search Grace and Intercat production indexes for documents relating to Western Refinery for witness binder | 8.00 |
| 12/15/2004 | FTC | Drafted summary of Rice Lake IQplus 810 Digital Weight Indicator Operating Features. | 1.00 |
| 12/15/2004 | KMW | Preparation for Lincoln deposition. | 0.40 |
| 12/15/2004 | KMW | Analysis of Grace financial documents. | 0.80 |
| 12/15/2004 | KMW | Analysis of loader operations. | 1.00 |
| 12/15/2004 | KMW | Preparation for Nol-Tec deposition. | 0.10 |
| 12/15/2004 | KMW | Analysis of recently produced Intercat documents. | 1.50 |
| 12/15/2004 | KMW | Analysis of documents and preparation for Schmidt deposition. | 2.40 |

| | | | |
|---|---|---|---|
| 12/15/2004 | GHL | Attendance at further session of deposition of Intercat President Regis Lippert, and conduct and completion of 30-b-6 deposition of Intercat on damages and financial issues. | 8.40 |
| 12/15/2004 | GHL | Travel time -- Travel from deposition of Intercat in Shrewsbury NJ (2.4 hours, billed half time). | 1.20 |
| 12/15/2004 | DRB | Preparation for and taking deposition of Regis Lippert personally and in Rule 30(b)(6) capacity | 8.00 |
| 12/15/2004 | DRB | Travel from Red Bank, New Jersey to Philadelphia (2.2 hours, bill at half) | 1.10 |
| 12/16/2004 | DRB | Preparation for deposition of Robert Maggio and Joe Rightmyer | 2.90 |
| 12/16/2004 | DRB | Preparation of Coffeyville deposition | 0.50 |
| 12/16/2004 | GHL | Consolidation of notes from damages 30-b-6 deposition, and telephone conference with damages experts regarding testimony taken at the deposition; | 1.50 |
| 12/16/2004 | KMW | Preparation for Schmidt deposition. | 0.60 |
| 12/16/2004 | KMW | Analysis of Grace financial documents and telephonic conference w/experts and client regarding the same. | 1.40 |
| 12/16/2004 | KMW | Analysis of interrogatories and deposition transcripts in preparation for Nol-Tec deposition. | 3.10 |
| 12/16/2004 | KMW | Travel to Nol-Tec deposition in Minneapolis, MN of 4 hours, billed at 1/2 time. | 2.00 |
| 12/16/2004 | KMW | Analysis of Jordan deposition transcript. | 1.00 |
| 12/16/2004 | FTC | Held telecon with expert witness regarding report. | 0.50 |
| 12/16/2004 | FTC | Reviewed transcript of Nov. 15, 2004 deposition of Alfred Jordan. | 1.30 |
| 12/16/2004 | FTC | Reviewed prior art references; considered and summarized the relevance of said references on the validity of U.S. patent no. 5,389,236. | 3.80 |
| 12/16/2004 | SW | Organization of Coffeyville Refinery documents and Western Refinery documents in preparation for witness binder for upcoming deposition | 7.00 |
| 12/16/2004 | CEZ | Reviewed materials in preparation for Schmidt deposition; participated in Schmidt deposition. | 6.80 |
| 12/16/2004 | LL | Attended to and assisted in the preparation of a witness file for Lincoln; prepared documents to send to Parente; document search for pleading and correspondence for Bailey | 5.00 |
| 12/17/2004 | LL | Attended to and assisted in the preparation of a witness file for Lincoln; prepared documents to send to damage experts. | 2.50 |

| | | | |
|---|---|---|---|
| 12/17/2004 | CEZ | Drafted outline of questions for Coffeyville deposition. | 2.00 |
| 12/17/2004 | CEZ | Reviewed document production from Lincoln contractors and Intercat in preparation for Lincoln contractors deposition. | 6.50 |
| 12/17/2004 | SW | Organization of Coffeyville Refinery documents and Western Refinery documents in preparation for witness binder for upcoming deposition; Produce Royalty Agreements from Grace | 7.00 |
| 12/17/2004 | KMW | Defend and cross-examine Nol-Tec deponents J. Paulson and M. Weyandt. | 8.00 |
| 12/17/2004 | KMW | Travel from Nol-Tec deposition 4 hours, billed at 1/2 time. | 2.00 |
| 12/17/2004 | KMW | Analysis of Jordan deposition. | 1.00 |
| 12/17/2004 | DRB | Preparation for deposition of Robert Maggio, Esquire and Joe Rightmyer | 1.00 |
| 12/17/2004 | DRB | Defending deposition of Robert Maggio and Joe Rightmyer | 4.50 |
| 12/17/2004 | DRB | Travel to/from Columbia, Maryland for depositions (5 hrs., billed at half) | 2.50 |
| 12/20/2004 | DRB | Preparation for and taking deposition of Coffeyville refinery | 6.20 |
| 12/20/2004 | KMW | Analysis of Grace models in support of non-infringement position. | 0.50 |
| 12/20/2004 | KMW | Analysis of recently produced Intercat documents. | 0.50 |
| 12/20/2004 | SW | Organize deposition exhibits and add to binders; Scan exhibits for Lincoln Witness Kit for phone deposition | 2.00 |
| 12/20/2004 | CEZ | Preparation for Lincoln contractors deposition. | 5.70 |
| 12/20/2004 | LL | Attended to and assisted in the preparation of a witness file for Lincoln Contractors; scanning in documents for Ziegler | 3.00 |
| 12/21/2004 | CEZ | Preparation for Lincoln contractors deposition; participated in Lincoln contractors deposition. | 8.10 |
| 12/21/2004 | SW | Organize deposition exhibits and incorporate into binders | 7.00 |
| 12/21/2004 | FTC | Reviewed and considered testimony of M. Evans concerning Intercat pneumatic loaders. | 2.50 |
| 12/21/2004 | FTC | Considered the potential effect of various prior art references on the validity of U.S. patent no. 5,389,236. | 4.10 |
| 12/21/2004 | LL | Attended to and assisted in the preparation of a witness file; updated pleading and correspondence books; prepared documents for expert; updated production files; scanned in documents for team and client | 3.50 |
| 12/21/2004 | KMW | Preparation of deposition of Lincoln Contractors. | 0.40 |

| | | | |
|---|---|---|---|
| 12/21/2004 | KMW | Analysis of Grace models in support of non-infringement position. | 0.50 |
| 12/21/2004 | DRB | Consideration of stipulation regarding documents | 0.40 |
| 12/22/2004 | DRB | Work with expert on preparation of report on patent unvalidity. | 4.00 |
| 12/22/2004 | DRB | Telephone conference with expert regarding noninfringement and invalidity | 1.00 |
| 12/22/2004 | KMW | Analysis of recently produced Intercat documents. | 1.90 |
| 12/22/2004 | KMW | Analysis of Grace models in support of non-infringement position. | 1.50 |
| 12/22/2004 | KMW | Analysis of Intercat's models in support of non-infringement position. | 1.00 |
| 12/22/2004 | KMW | Legal research and analysis of claim validity. | 2.40 |
| 12/22/2004 | FTC | Considered the potential effect of various prior art references on the validity of U.S. patent no. 5,389,236. | 1.60 |
| 12/22/2004 | CEZ | Reviewed documents recently produced by Intercat. | 2.30 |
| 12/22/2004 | CEZ | Reviewed draft supplemental prior art statement. | 0.30 |
| 12/23/2004 | CEZ | Grace meeting to discuss outstanding discovery and case management issues. | 2.00 |
| 12/23/2004 | CEZ | Prepared memorandum regarding refinery depositions; reviewed and analyzed refinery deposition transcripts for Wynnewood and CHS. | 3.20 |
| 12/23/2004 | LL | Attended to and assisted in the preparation of deposition files; undated production logs and attended team meeting. | 4.00 |
| 12/23/2004 | FTC | Team meeting to discuss case status. | 2.00 |
| 12/23/2004 | FTC | Considered the potential effect of various prior art references on the validity of U.S. patent no. 5,389,236. | 2.40 |
| 12/23/2004 | KMW | Strategy meeting. | 2.00 |
| 12/23/2004 | DRB | Team strategy meeting regarding fact and expert discovery | 1.50 |
| 12/23/2004 | DRB | Preparation of expert report | 1.90 |
| 12/23/2004 | GHL | Meeting with trial team to review status of discovery, preparation of expert reports, and general case strategy; | 2.00 |
| 12/27/2004 | GHL | Fee Application, applicant -- preparation of fee application for November 2004. | 0.80 |
| 12/27/2004 | DRB | Preparation for and meeting with Gerald Teitman regarding expert reports | 5.50 |
| 12/27/2004 | FTC | Revised prior art statement. | 0.50 |

| 12/28/2004 | FTC | Forwarded draft supplemental prior art statement to Plaintiff's counsel. | 0.30 |
| 12/28/2004 | CEZ | Met with D. Bailey to discuss discovery issues. | 0.80 |
| 12/28/2004 | CEZ | Teleconference with P. Arnold regarding 236 patent files. | 0.70 |
| 12/28/2004 | DRB | Meeting with expert Gerry Teitman concerning invalidity | 4.00 |
| 12/28/2004 | DRB | Work with expert on preparation of invalidity report | 3.50 |
| 12/28/2004 | KMW | Legal research and analysis related to invalidity. | 0.50 |
| 12/28/2004 | KMW | Preparation for meeting w/invalidity expert; meeting w/expert and DRB; analysis of documents in support of invalidity positions. | 4.40 |
| 12/28/2004 | KMW | Analysis of Intercat documents. | 0.60 |
| 12/29/2004 | KMW | Analysis of Grace financial documents. | 2.00 |
| 12/29/2004 | KMW | Analysis of Intercat discovery and correspondence with the same regarding deficiencies. | 2.00 |
| 12/29/2004 | KMW | Analysis of loader operations. | 0.40 |
| 12/29/2004 | KMW | Analysis of prior art in support of invalidity position. | 0.30 |
| 12/29/2004 | KMW | Analysis of Intercat document production. | 0.50 |
| 12/29/2004 | DRB | Preparation of motion to and pleadings for best mode defense | 3.00 |
| 12/29/2004 | DRB | Preparation of expert report on claim invalidity | 2.50 |
| 12/29/2004 | DRB | Discovery stipulation and document production issues | 1.00 |
| 12/29/2004 | CEZ | Teleconference with Intercat counsel regarding discovery issues. | 0.50 |
| 12/29/2004 | CEZ | Drafted motion pertaining to 236 patent files. | 3.40 |
| 12/30/2004 | CEZ | Met with P. Solt and F. Carroll regarding invalidity defense. | 6.00 |
| 12/30/2004 | CEZ | Met with F. Carroll regarding invalidity report. | 0.50 |
| 12/30/2004 | FTC | Meeting with Paul Solt to discuss expert report concerning invalidity. | 7.50 |

SERVICES              $       164,958.00

| GHL | GARY H. LEVIN | 47.90 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 126.60 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 139.50 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 49.30 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 96.50 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 82.00 | hours at $ | 130.00 |

SW          SUZANNE WALLACE          112.50   hours at $      90.00

**DISBURSEMENTS:**

| | |
|---|---:|
| ASSOCIATE SERVICES | 4,257.17 |
| FACSIMILE | 98.50 |
| WITNESS/EXPERT FEES | 60,331.32 |
| COURT REPORTERS | 9,473.70 |
| POSTAGE & DELIVERY | 730.64 |
| PHOTOCOPYING | 11,032.15 |
| COMPUTER SEARCH | 743.32 |
| TRAVEL & EXPENSES | 5,711.19 |

DISBURSEMENT TOTAL                          $      92,377.99

SERVICE TOTAL                               $     164,958.00

**INVOICE TOTAL**                           $     **257,335.99**

**12/06 – 12/07/04      Travel and Expense:  Vendor David R. Bailey**

      **Transportation**:     Purpose of trip:  Santos Deposition in Chicago, IL

| | | |
|---|---|---:|
| **12/06/04** | USAir flight 224 | |
| | Philadelphia, PA to Chicago, IL | |
| **12/07/04** | USAir Flight 126 | |
| | Chicago, IL to Philadelphia, PA | $  218.20 |
| **Lodging** | | $  292.19 |
| **Parking:** | | $    52.00 |
| **Taxis:** | | $    97.00 |
| **Miles:** | 70 miles @$0.325 | $    23.00 |
| **Meals:** | | $    35.00 |
| **Tips and Other Expenses:** | | $      3.00 |

                                      TOTAL EXPENSE:   $  685.39

**12/07 – 12/09/04      Travel and Expense:  Vendor Chad Ziegler**

    **Transportation:**      Purpose of trip:  Deposition in Houston, TX

    **12/07/04**      Continental Airlines Flight No. 1077

                   Philadelphia, PA to Houston, TX

    **12/09/04**      Continental Airlines Flight No. 1923

| | | |
|---|---|---:|
| | Houston, TX to Philadelphia, PA | $   789.70 |
| **Lodging** | | $   512.62 |
| **Parking:** | | $     91.00 |
| **Taxis:** | | $     88.20 |
| **Meals:** | | $     67.11 |
| **Car Rental:** | | $     92.86 |

                                        TOTAL EXPENSE:   $1,641.49

**12/08/04 – 12/09/04   Travel and Expense:  Vendor Gary H. Levin**

| | | |
|---|---|---|
| **Transportation**: | Purpose of trip:  30(b)(6) Deposition in Chicago, IL | |
| **12/08/04** | Philadelphia, PA to Chicago, IL | |
| **12/09/04** | Chicago, IL to Philadelphia, PA | $  218.20 |
| **Lodging** | | $  227.04 |
| **Parking:** | | $    34.00 |
| **Taxis:** | | $    83.00 |
| **Miles:** | 20 miles @$0.325 | $      6.50 |
| **Meals:** | | $    65.12 |
| **Tips and Other Expenses:** | | $      2.00 |

TOTAL EXPENSE:  $  635.86

**12//09/04**      **Travel and Expense:  Vendor David R. Bailey**

| | | | |
|---|---|---|---|
| **Transportation:** | Purpose of trip:  Deposition Preparation in Columbia, MD | | |
| **12/09/04** | Amtrak to/from Philadelphia, PA/Columbia, MD | $ | 130.00 |
| **Parking:** | | $ | 33.00 |
| **Miles:** | 50 miles @$0.325 | $ | 16.25 |
| **Meals:** | | $ | 3.29 |

TOTAL EXPENSE:  $ 182.54

**12/10/04**          **Travel and Expense:  Vendor David R. Bailey**
               **Transportation**:          Purpose of trip: Deposition Preparation in Columbia, MD
               **Parking:**                                                                          $    18.00
               **Miles:**          50 miles @$0.325                               $    16.25
                                                                 _____
                                   TOTAL EXPENSE:   $    34.25

**12/14 – 12/15/04**      **Travel and Expense:  Vendor David R. Bailey**

      **Transportation**:      Purpose of trip:  Deposition in Shrewsbury, NJ

| | | | |
|---|---|---|---:|
| **Lodging** | | $ | 209.76 |
| **Parking:** | | $ | 23.00 |
| **Tolls:** | | $ | 15.00 |
| **Miles:** | 245 miles @$0.325 | $ | 79.63 |
| **Meals:** | | $ | 58.40 |

                        TOTAL EXPENSE:   $ 385.69

**12/14 – 12/15/04      Travel and Expense:  Vendor Gary H. Levin**

     **Transportation**:     Purpose of trip:  Deposition in Shrewsbury, NJ

     **Lodging**                                                       $  175.56

                                       TOTAL EXPENSE:   $  175.56

**12/16 – 12/17/04      Travel and Expense:  Vendor Karen Millane Whitney**
    **Transportation:**     Purpose of trip:  Nol-Tec Deposition in Minneapolis, MN
    **12/16/04**     Philadelphia, PA to Minneapolis, MN
    **12/17/04**     Minneapolis, MN to Philadelphia, PA       $ 1,210.20
    **Lodging**                                               $ 369.34
    **Car Rental:**                                 $ 126.60
    **Taxis:**                                         $ 30.00
    **Meals:**                                         $ 22.02

                                TOTAL EXPENSE:  $1,758.16

| | | | |
|---|---|---|---|
| 12/17/04 | **Travel and Expense:  Vendor David R. Bailey** | | |
| | **Transportation**:      Purpose of trip:  Deposition Preparation in Columbia, MD | | |
| | **12/17/04**      Amtrak to/from Philadelphia, PA/Columbia, MD | $ | 93.00 |
| | **Parking:** | $ | 15.00 |
| | **Taxis:** | $ | 78.00 |
| | **Miles:**      50 miles @$0.325 | $ | 16.25 |
| | **Meals:** | $ | 10.00 |
| | | | |
| | TOTAL EXPENSE: | $ | 212.25 |