# EXHIBIT A

PacifiCorp

# Making it happen.



PacifiCorp is one of the lowest-cost electricity producers in the United States, providing more than 1.5 million customers with reliable, efficient energy. The company works to meet growing energy demand while protecting and enhancing the environment. PacifiCorp has more than 8,300 megawatts of generation capacity from coal, hydro, renewable wind power, gas-fired combustion turbines and geothermal. PacifiCorp operates as Pacific Power in Oregon, Washington, Wyoming and California; and as Utah Power in Utah and Idaho. The company merged with ScottishPower in 1999.

PacifiCorp Companies

Pacific Power       Utah Power