**EXHIBIT C**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

DECLARATION OF SERVICE REGARDING:

1. Claims Bar Date Notice Materials
2. Grace Non-Asbestos Proof of Claim Form
3. W.R. Grace and Co. Asbestos Property Damage Proof of Claim Form
4. W.R. Grace and Co. Asbestos Medical Monitoring Proof of Claim Form

I, _Craig A. Zink_, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o R.R. Donnelley,

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.  On June 21, 2002, at the direction of the United States Bankruptcy Court for the District of Delaware, I caused service of the following documents:

   a. Bar Date Notice Package attached hereto as Exhibit 1;

   b. Form 10 attached hereto as Exhibit 2;

   c. PD Form attached hereto as Exhibit 3; and

   d. MM Form attached hereto as Exhibit 4;

to be effected as follows:

   a. Exhibit 1 was served on those parties listed in Exhibit 5;

   b. Exhibit 2 was served on those parties listed in Exhibit 6; and

   c. Exhibits 1, 2, 3 and 4 were served on those parties listed in Exhibit 7.

3.  All address lists were provided by Bankruptcy Management Corporation. Service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 27, 2002
El Segundo, California

_Craig A. Zink_

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on this 27th day of June 2002, Craig A. Zink, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



_Theresa M. Taylor_

Notarial Seal
Theresa M. Taylor, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires Dec. 6, 2003
Member, Pennsylvania Association of Notaries

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

| | | |
|---|---|---|
| INTERMOUNTAIN INSULATION CO<br>333 W FIRST ST<br>SALT LAKE CITY, UT<br>USA | INTERMOUNTAIN ROADBUILDERS<br>PULLIAM AIRPORT IMPROVEMENTS<br>CITY OF FLAGSTAFF<br>FLAGSTAFF, AZ 86001<br>USA | INTERMOUNTAIN SUPPLY<br>5113 FAST RAILROAD DR<br>SPOKANE, WA 99212<br>USA |
| INTERMOUNTAIN SUPPLY<br>850 WEST BRUCH WELLMAN RD<br>DELTA, UT 84624<br>USA | INTERMOUNTAIN SUPPLY<br>850 WEST BRUCH WELLMAN ROAD<br>DELTA, UT 84624<br>USA | INTERMOUNTAIN SUPPLY<br>E. 5113 RAILROAD<br>SPOKANE, WA 99212<br>USA |
| INTERNAL MEDICINE & CARDIOLOGY<br>P O BOX 1000<br>MEMPHIS, TN 38148-0423<br>USA | INTERNAL MEDICINE & CARDIOLOGY<br>P O BOX 1000<br>MEMPHIS, TN 38148-0423<br>USA | INTERNAL MEDICINE OF LANCASTER<br>PO BOX 127<br>EAST PETERSBURG, PA 17520-0127<br>USA |
| INTERNAL REVENUE SERVICE ACS<br>PO BOX 149047<br>AUSTIN, TX 14904<br>USA | INTERNAL REVENUE SERVICE<br>.<br>ATLANTA, GA 39901<br>USA | INTERNAL REVENUE SERVICE<br>.<br>ATLANTA, GA 93301<br>USA |
| INTERNAL REVENUE SERVICE<br>.<br>MEMPHIS, TN 37501<br>USA | INTERNAL REVENUE SERVICE<br>7850 SW 6TH COURT<br>PLANTATION, FL 33324<br>USA | INTERNAL REVENUE SERVICE<br>ANDOVER, MA 05501<br>USA |
| INTERNAL REVENUE SERVICE<br>ATLANTA SERVICE CENTER<br>ATLANTA, GA 39901<br>USA | INTERNAL REVENUE SERVICE<br>P O BOX 1233<br>CHARLOTTE, NC 28201-1233<br>USA | INTERNAL REVENUE SERVICE<br>P O BOX 2502<br>MEMPHIS, TN 38101-9926<br>USA |
| INTERNAL REVENUE SERVICE<br>P O BOX 57<br>BENSALEM, PA 19020<br>USA | INTERNAL REVENUE SERVICE<br>P.O. BOX 149047<br>AUSTIN, TX 14904<br>USA | INTERNAL REVENUE SERVICE<br>P.O. BOX 419236<br>KANSAS CITY, MO 84141<br>USA |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 57<br>BENSALEM, PA 19020<br>USA | INTERNAL REVENUE SERVICE<br>PHILADELPHIA, PA 19255<br>USA | INTERNAL REVENUE SERVICE<br>PO BOX 47-421<br>DORAVILLE, GA 30362<br>USA |
| INTERNAL REVENUE SERVICE<br>UNITED STATES TREASURY<br>7850 SW 6TH COURT<br>PLANTATION, FL 33324<br>USA | INTERNAL REVENUE SERVICE<br>WOLFGANG GUENTHER SS# 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<br>1998 TAX RETURN,<br>UNK | INTERNATIOANL LOSS CONTROL INSTITUT<br>P.O. BOX 101916<br>ATLANTA, GA 30392-1916<br>USA |
| INTERNATION LINK NETWORK CORP<br>ATTN: SCARLETT<br>6591 NW, 82ND AVENUE<br>MIAMI, 33166<br>VENZUALA | INTERNATION PAINT<br>PO BOX 386<br>UNION, NJ 07083<br>USA | INTERNATIONAL ADVERTISING<br>527 THIRD AVENUE SUITE 311<br>NEW YORK, NY 10016<br>USA |