**EXHIBIT F**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## DECLARATION OF SERVICE REGARDING:

1. Claims Bar Date Notice Materials
2. Grace Non-Asbestos Proof of Claim Form
3. W.R. Grace and Co. Asbestos Property Damage Proof of Claim Form
4. W.R. Grace and Co. Asbestos Medical Monitoring Proof of Claim Form

I, _Craig A. Zink_, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o R.R. Donnelley,

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.   On June 21, 2002, at the direction of the United States Bankruptcy Court for the District of Delaware, I caused service of the following documents:

   a. Bar Date Notice Package attached hereto as Exhibit 1;

   b. Form 10 attached hereto as Exhibit 2;

   c. PD Form attached hereto as Exhibit 3; and

   d. MM Form attached hereto as Exhibit 4;

to be effected as follows:

   a. Exhibit 1 was served on those parties listed in Exhibit 5;

   b. Exhibit 2 was served on those parties listed in Exhibit 6; and

   c. Exhibits 1, 2, 3 and 4 were served on those parties listed in Exhibit 7.

3.   All address lists were provided by Bankruptcy Management Corporation. Service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 27, 2002
El Segundo, California

_____
Craig A. Zink

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on this 27th day of June 2002, Craig A. Zink, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



_____
Theresa M. Taylor

Notarial Seal
Theresa M. Taylor, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires Dec. 6, 2003
Member, Pennsylvania Association of Notaries

# Exhibit 6
## Bar Date Notice & Non-Asbestos POC

VAN BURN, DALLAS
P.O. BOX 69
ROCK SPRINGS, WY  82902

VAN BUSSUM, DEBORAH
4506 MCINTIRE CROSSING
OWENSBORO, KY  42301

VAN CAMP TRAILER & BODY, INC.
6045 I-55 SOUTH/W.FRONTAGE RD.
JACKSON, MS  39212
USA

VAN CAN COMPANY
9045 CARROLL WAY
SAN DIEGO, CA  92121
USA

VAN CASTER, CHRISTINA
5833 HIGHLAND TERRACE #2
MIDDLETON, WI  53562

VAN CLEAVE, MELVIN
104 N WEST STREET APT. 4
SIGOURNEY, IA  52591

VAN COTT, BAGLEY, CORNWALL &
50 SOUTH MAIN STREET
SALT LAKE CITY, UT  84145
USA

VAN COURT, SUSAN
623 1/2 E SCENIC DR
PASS CHRISTIAN, MS  39571

VAN DAALWYK, BRENDA
900 10TH AVENUE
UNION GROVE, WI  53182

VAN DE DEY, PAMALA
1593 CEDAR ST
GREEN BAY, WI  54302

VAN DE HEY, KENNETH
1017 FAIR RD
GREENLEAF, WI  541269762

VAN DE VELDE, MARTINE
HULLEKEN 20 B-9940
EVERGEM,  09940

VAN DELFT, JAN
103 BROAD RIVER ROAD
SANTEE, SC  29142

VAN DELP ELECTRICAL CONTRACTOR
786 RT. 45
PILESGROVE, NJ  08098
USA

VAN DEN ELZEN, LORI
12919 VELP AVE
GREEN BAY, WI  54313

VAN DER STEUR, LUCIA
16 ROBIN LANE
PEPPERELL, MA  01463

VAN DER VAART BLDG. SUP
PO BOX 490
SHEBOYGAN, WI  53081
USA

VAN DER VAART BRICK CO
1440 SO. 16TH ST.
SHEBOYGAN, WI  53081
USA

VAN DER VAART BRICK CO
P O BOX 490
SHEBOYGAN, WI  53081
USA

VAN DER VAART BRICK CO
PO BOX 490
SHEBOYGAN, WI  53082
USA

VAN DER VAART BRICK
1820 JOHNSON DRIVE
MANITOWOC, WI  54220
USA

VAN DEUSEN, JOHN
353 W. LEESIDE ST.
GLENDORA, CA  91740

VAN DEWATER & VAN DEWATER
40 GARDEN STREET
POUGHKEEPSIE, NY  12602
USA

VAN DONSEL, DAYNA
1658 WINDSOR DR    APT 1
GREEN BAY, WI  54302

VAN DOORN, THOMAS
8113 NW WALNUT WAY
PARKVILLE, MO  64152

VAN DYKE, B
324 E NORA
MESA, AZ  85213

VAN DYKE, DANIEL
22 AMELIA STREET
NEWPORT, KY  41071

VAN EREM, TRACY
5472 CTY TRK W
DE PERE, WI  54115

VAN ESS, JOHN
2741 ONTARIO RD
GREEN BAY, WI  54311

VAN ETTEN, KIMBERLY
N3805 HWY J
POYNETTE, WI  53955

VAN GHEEM, STEVEN
853 SMITS ST
DE PERE, WI  54115

VAN GIESEN, GAIL
221 FOLKSTONE CIRCLE
AUGUSTA, GA  30907

VAN GORDER, JAMES
6023 NE FAILING
PORTLAND, OR  97213

VAN GORP, STEPHANIE
7629 CHARLES #203
LENEXA, KS  66216