IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. _____ and 3/21/05 Agenda Item _____ |

**ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5698 (SUBSTANTIVE)**

Upon the Objection to International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers, and Helpers, Local Lodge 727 Claim No. 5698 (the "Objection") filed by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging and disallowing Claim No. 5698 (the "Claim"); and no previous application having been made; and upon consideration of the Objection and all responses thereto; and due and proper notice of the Objection having been given, it is hereby

ORDERED that the Objection is sustained, and the Claim is expunged and disallowed for all purposes; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Objection, the Court having determined that there is no just reason for delay in the entry of judgment on this matter; and it is further

2

      ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

                                              _____
                                              Honorable Judith K. Fitzgerald
                                              United States Bankruptcy Judge