# EXHIBIT A

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00000422

| Claim Number: | 00005699 | Receive Date: | 03/24/2003 |
|---|---|---|---|

**Multiple Claim Reference**

| Claim Number | | | | |
|---|---|---|---|---|
| | | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

| Claim Number | | | | |
|---|---|---|---|---|
| | | ☐ | MMPOC | Medical Monitoring Claim Form |
| | | ☐ | PDPOC | Property Damage |
| | | ☐ | NAPO | Non-Asbestos Claim Form |
| | | ☐ | | Amended |

**Attorney Information**

| Firm Number: | 00272 | Firm Name: | Segal Stewart Cutler Lindsay Janes & Berry PLLC |
|---|---|---|---|
| Attorney Number: | 00143 | Attorney Name: | Dennis F Janes |

Zip Code: 40202-4251

Cover Letter Location Number: SR00000422

| Attachments<br>Medical Monitoring | Attachments<br>Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☐ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

| Other | | |
|---|---|---|
| | ☐ Non-Standard Form | |
| | ☐ Amended | |
| | ☐ Post-Deadline Postmark Date | |

Box/Batch: WRBF0025/WRBF0098          Document Number: WRBF004857

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF Delaware | | GRACE NON-ASBESTOS PROOF OF CLAIM FORM |
|---|---|---|
| Name of Debtor:[1] W.R. GRACE & CO. – CONN | Case Number 01-01179 | |

NOTE: Do not use this form to assert an Asbestos Personal Injury Claim, a Settled Asbestos Claim or a Zonolite Attic Insulation Claim. Those claims will be subject to a separate claims submission process. This form should also not be used to file a claim for an Asbestos Property Damage Claim or Medical Monitoring Claim. A specialized proof of claim form for each of these claims should be filed.

Name of Creditor (The person or other entity to whom the Debtor owes money or property): The International Brotherhood of Boilermakers, Iron Shipbuilders, Blacksmiths, Forgers, and Helpers, Local Lodge 727

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☒ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Name and address where notices should be sent:
Dennis F. Janes
Segal Stewart Cutler Lindsay Janes & Berry, PLLC
1400-B Waterfront Plaza, 325 W. Main Street
Louisville, KY 40202

Account or other number by which creditor identifies Debtor:

Check here ☐ replaces
If this claim ☐ amends a previously filed claim, dated:_____

Corporate Name, Common Name, and/or d/b/a name of specific Debtor against whom the claim is asserted:
W.R. GRACE & CO. – CONN    d/b/a GRACE PERFORMANCE CHEMICALS

1. Basis for Claim
   ☐ Goods sold
   ☐ Services performed
   ☐ Environmental liability
   ☐ Money loaned
   ☐ Non-asbestos personal injury/wrongful death
   ☐ Taxes
   ☒ Other employee insurance and retirement benefits
   Labor Agreement effective 5-6-2002

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Your SS #:_____
   Unpaid compensation for services performed
   from _____ to _____ (date)
   US Department of Labor
   Retirement Plans 193 and 194

2. Date debt was incurred: 8-15-2000
3. If court judgment, date obtained:
4. Total Amount of Claim at Time Case Filed: $ Not capable of precise calculation because all records are in possession of the debtor.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. Classification of Claim. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another. CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT TIME CASE FILED.

   ☐ SECURED CLAIM (check this box if your claim is secured by collateral, including a right of setoff)
   Brief Description of Collateral:
   ☐ Real Estate    ☐ Other (Describe briefly)

   Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____
   Attach evidence of perfection of security interest

   ☒ UNSECURED NONPRIORITY CLAIM
   A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

   ☒ UNSECURED PRIORITY CLAIM – Specify the priority of the claim.
   ☐ Wages, salaries, or commissions (up to $4650), earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(3).
   ☒ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(4).
   ☐ Taxes or penalties of governmental units – 11 U.S.C. § 507(a)(7).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Acknowledgement: Upon receipt and processing of this Proof of Claim, you will receive an acknowledgement card indicating the date of filing and your unique claim number. If you want a file stamped copy of the Proof of Claim form itself, enclose a self-addressed envelope and copy of this proof of claim form.

This Space is for Court Use Only

Date: 3-20-03    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ Dennis F. Janes, atty at law
Dennis F. Janes

WR Grace    BF.25.98.4857
SR=422    00005699

REC'D MAR 24 2003

See General Instructions and Claims Bar Date Notice and its exhibits for names of all Debtors and "other names" used by the Debtors.