# EXHIBIT A

# WR Grace
## Bankruptcy Form 10
### Index Sheet

SR00000722

| Claim Number: | 00013283 | Receive Date: | 03/31/2003 |

**Multiple Claim Reference**

Claim Number: _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

Claim Number: _____
- ☐ MMPOC — Medical Monitoring Claim Form
- ☐ PDPOC — Property Damage
- ☐ NAPO — Non-Asbestos Claim Form
- ☐ Amended

**Attorney Information**

Firm Number:                     Firm Name:
Attorney Number:                 Attorney Name:
Zip Code:
Cover Letter Location Number:

| Attachments Medical Monitoring | Attachments Property Damage | Non-Asbestos |
|---|---|---|
| ☐ TBD | ☐ TBD | ☒ Other Attachments |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| ☐ TBD | ☐ TBD | |
| | ☐ Other Attachments | |

**Other**
- ☐ Non-Standard Form
- ☐ Amended
- ☐ Post-Deadline Postmark Date

Box/Batch: WRBF0042/WRBF0168                Document Number: WRBF008369

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT __for the__ DISTRICT OF __DELAWARE__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| W.R. GRACE & CO. | 01-1139 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): UNITED STEELWORKERS OF AMERICA, AFL-CIO·CLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: United Steelworkers of America Five Gateway Center, Room 807 Pittsburgh, PA 15222 Attn: David R. Jury, Asst. General Counsel Telephone number: (412) 562-2546 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____ |

**1. Basis for Claim**
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other __collectively-bargained benefits__

- ☒ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☒ Wages, salaries, and compensation (fill out below)
  Your SS #: _____ _____ _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                (date)

| 2. Date debt was incurred: various, pre-petition and post-petition | 3. If court judgment, date obtained: |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ __Unliquidated, but at least__ $5,110.76

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☐ Other_____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $ __Unliquidated__
Specify the priority of the claim:
☒ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☒ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

WR Grace    BF.42.168.8369
00013283
SR=722

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3/27/03 | /s/ David R. Jury, Assistant General Counsel |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

REC'D MAR 31 2003

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
W.R. GRACE & CO., : Case No. 01-1139
:
Debtor. :
---------------------------------------------------------------x

## PROOF OF CLAIM ON BEHALF OF
## UNITED STEELWORKERS OF AMERICA

The United Steelworkers of America, AFL-CIO-CLC, (the "USWA"), Five Gateway Center, Pittsburgh, Pennsylvania 15222, asserts this proof of claim as a creditor as follows:

1. The USWA is the collective bargaining representative of certain employees of W.R. Grace & Co., (the "Debtor"), and is and was a party to collective bargaining agreements ("CBAs")[1] with the Debtor covering employees at its two facilities in and around Chicago, Illinois and its facility at Chattanooga, Tennessee covered by the CBAs in effect as of the date of the filing of the Debtor's Chapter 11 bankruptcy petition on April 1, 2001 (the "Petition Date"). The undersigned is authorized by the USWA to make this Proof of Claim.

2. The Debtor was, on and before the Petition Date, and continues to be in breach of its obligations to the USWA. The USWA makes this Proof of Claim on behalf of itself and present and former employees (and surviving spouses) of the Debtor, for claims related to the CBAs between the USWA and the Debtor.

---

[1] The Debtor possesses these documents.

3.   As a matter of law, the USWA is authorized to file this proof of claim as a creditor for and on behalf of itself and certain employees and former employees (and surviving spouses) of the Debtor, and claimant makes this Proof of Claim on behalf of itself and certain employees and former employees (and surviving spouses) of the Debtor.

4.   The Debtor was and is indebted to the USWA and the present and former employees of the Debtor as follows[2]:

| | | |
|---|---|---|
| a. | Employee Deductions, Unpaid Vacation Pay, Unpaid Holiday Pay, Unpaid Sick Leave, Unreimbursed Medical, Drug, Accident, Sickness and Disability Expenses, Unreimbursed Other Expenses, Unpaid Contributions to employee benefit funds, and all other moneys which may be due under the CBAs, including but not limited to wages, shift differentials, premiums, leave, holidays, and SUB benefits.[3] | <u>Unliquidated, but at least the amounts set forth in the Debtor's Schedules.</u> |
| b. | Grievances. | <u>Unliquidated, but at least $5,110.76, as set forth in Exhibit 1 hereto. Some or all of this amount is entitled to administrative expense status.</u> |
| c. | Retiree benefits | <u>Unliquidated.</u> |
| d. | Pension benefits, including all contribution and benefit payments due. | <u>Unliquidated.</u> |

---

[2] These are current, good faith estimates. The USWA reserves the right to amend this claim, and to make a claim for administrative claims, when further information becomes available.

[3] The Debtor was also authorized to make these payments pursuant to certain first day orders of the Court.

5. Claimant demands any priority to the extent permitted under 11 U.S.C. §§507(a)(1), 507(a)(3), 507 (a)(4), 1113 and 1114.

6. Claimant reserves the right to establish the liability of all amounts due under the CBAs pursuant to the grievance and arbitration provisions of the CBAs and Section 1113(f).

7. The consideration for the Debtor's obligations is services rendered, as well as contractual.

8. The claimant has not received any payment, security, check or other evidence of this debt other than any payments that may have been authorized by the Bankruptcy Court and paid.

9. This proof of claim shall be deemed as filed against all appropriate debtor(s) if it is determined that the claim described herein arises against other debtor(s).

Dated: March 27, 2003

United Steelworkers of America

By: _____
David R. Jury
Assistant General Counsel

Sworn to before me this 27th
day of March, 2003.

_____
Notary Public

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

3

**1**

<u>EXHIBIT 1 TO PROOF OF CLAIM</u>

<u>OF UNITED STEELWORKERS OF AMERICA</u>

<u>Darex Container Products - LU 9777-17</u>:

Grievance #01-03 - dated 01/2003 - John Hinkler, Jr. - Discharge: Unliquidated, but at least $5,000.00, which amount is entitled to administrative expense status.

<u>W. R. Grace & Company - LU 9777-11</u>:

Grievance #JB-AR03 - dated 3/6/2003 - Al Rivers - Overtime – Unliquidated, but at least $110.76, which amount is entitled to administrative expense status.

Grievance #JB-MZ03 - dated 2/20/2003 - Mark Zahora - Job Disqualification Reguest - Unliquidated.

Grievance #JB-DS03S - dated 1/30/2003 - Dave Smith - Job Posting - Unliquidated.



# United Steelworkers of America

AFL-CIO·CLC

Five Gateway Center
Pittsburgh, PA 15222

412-562-2400 • 412-562-2484 (Fax)
Writer's Direct Dial 412-562-2546
Writer's Fax 412-562-2429

March 27, 2003

**VIA EXPRESS MAIL**
**Tracking No. EJ703138033US**

Claims Processing Agent
Re: W.R. Grace & Co. Bankruptcy
P.O. Box 1620
Faribault, MN 55021-1620

      **RE:**   **W.R. Grace & Co.**
             **Case No. 01-1139**
             **Chapter 11**

Dear Sir or Madam:

    Enclosed for filing please find the original and (1) copy of the Proof of Claim on Behalf of United Steelworkers of America in the above-captioned case. Please date-stamp the copy and return it to me in the self-addressed stamped envelope.

                                        Respectfully submitted,

                                        David R. Jury
                                        Assistant General Counsel

DRJ/mlr
Enclosure