IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re:  Docket No. _____ and |
| | | 3/21/05 Agenda Item _____ |

**ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' OBJECTION
TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS,
IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND
HELPERS, LOCAL LODGE 726 CLAIM NO. 7031 (SUBSTANTIVE)**

Upon the Objection to International Brotherhood of Boilermakers, Iron

Shipbuilders, Blacksmiths, Forgers, and Helpers, Local Lodge 726 Claim No. 7031 (the

"Objection") filed by the above captioned debtors and debtors in possession (the "Debtors"),

seeking entry of an order expunging and disallowing Claim No. 7031 (the "Claim"); and no

previous application having been made; and upon consideration of the Objection and all

responses thereto; and due and proper notice of the Objection having been given, it is hereby

ORDERED that the Objection is sustained, and the Claim is expunged and

disallowed for all purposes; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure,

made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of

Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the

Objection, the Court having determined that there is no just reason for delay in the entry of

judgment on this matter; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

_____

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge