**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: 3/7/05 at 4p.m. |

**NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE**

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | December 1, 2004 through December 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary: | $19,881.36 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $191.62 |

This is a(n): X monthly _ interim application

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | November 1, 2004 - November 30, 2004 | $31,294.67 | $3,056.06 | Pending | Pending |
| | December 1, 2004 - December 31, 2004 | $19,881.36 | $191.62 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 11/1/04 through 11/30/04 | Total Fees for the Period 11/1/04 through 11/30/04 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 50.20 | $19,881.36 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **50.20** | **$19,881.36** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 2/7/2005

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## December 2004

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| Gustavo Bamberger | Economist | 525.00 | 1.00 | $525.00 |
| Lynette Neumann | Economist | 450.00 | 13.00 | $5,850.00 |
| Daniel Stone | Economist | 340.00 | 36.20 | $12,308.00 |
| Use of Computer Capability Charge | | | | $1,198.36 |
| Total | | | 50.20 | $19,881.36 |

**Summary of Professional Services
In The Equity/ WR Grace Matter
December 2004**

**CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)**

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Gustavo Bamberger | Economist | 525.00 | 18.80 | $525.00 |
| Lynette Neumann | Economist | 450.00 | 18.50 | $5,850.00 |
| Daniel Stone | Economist | 340.00 | 18.30 | $12,308.00 |
| | | | Total | $18,683.00 |

Daily Tasks In December 2004
Worked By Lexecon On
The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| Gustavo Bamberger | 12/14/2004 | 1.00 | Met with Horowitz regarding asbestos claims issues. |
| | Total Hours | 1.00 | |
| Lynette Neumann | 12/13/2004 | 1.00 | Reviewed court filings regarding liability estimation. |
| | 12/14/2004 | 4.00 | Met with Horowitz regarding asbestos claims issues |
| | 12/17/2004 | 0.50 | Analyzed claims data |
| | 12/17/2004 | 0.50 | Met with Stone regarding claims analysis. |
| | 12/20/2004 | 1.00 | Analyzed claims data |
| | 12/20/2004 | 1.00 | Reviewed court filings. |
| | 12/21/2004 | 1.50 | Analyzed claims data |
| | 12/21/2004 | 1.50 | Reviewed court filings. |
| | 12/22/2004 | 2.00 | Analyzed claims data |
| | Total Hours | 13.00 | |
| Daniel Stone | 12/02/2004 | 4.70 | Analyzed claims data. |
| | 12/03/2004 | 3.70 | Analyzed claims data. |
| | 12/06/2004 | 7.00 | Analyzed claims data. |
| | 12/07/2004 | 6.50 | Analyzed claims data. |
| | 12/08/2004 | 7.50 | Analyzed claims data. |
| | 12/13/2004 | 2.70 | Analyzed claims data. |
| | 12/14/2004 | 1.20 | Analyzed claims data. |
| | 12/16/2004 | 1.70 | Analyzed claims data. |
| | 12/17/2004 | 0.70 | Analyzed claims data. |
| | 12/17/2004 | 0.50 | Met with Neumann regarding claims analysis. |
| | Total Hours | 36.20 | |
| **Total Hours** | | **50.20** | |

**Expense Summary**
**December 2004**

| Expense Category | Total Expenses |
|---|---|
| Travel | |
| Postage/Delivery | $12.37 |
| Telephone | |
| Data | |
| Printing/Photocopying | $131.25 |
| Outside Experts | |
| Working Meals | |
| Transportation | $48.00 |
| **Total** | $191.62 |

**Voluntary Reductions**
**December 2004**

| Expense Category | Total Expenses |
|---|---|
| Printing/Photocopying | $43.75 |
| **Total** | $43.75 |