# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) (Jointly Administered) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) **Objection Deadline: December 22, 2004 at 4:00 p.m.** |
| | **Hearing Date: TBD only if necessary** |

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FORTIETH MONTHLY INTERIM PERIOD
## FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant:                                        Reed Smith LLP

Authorized to Provide Professional Services to:    W. R. Grace & Co., et al., Debtors and
                                                                          Debtors-in-Possession

Date of Retention:                                        July 19, 2001,
                                                                   effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                               October 1, 2004 through October 31, 2004

Amount of fees sought as actual,                      $127,040.00
reasonable, and necessary:

Amount of expenses sought as actual,               $2,710.20
reasonable, and necessary:

This an: _X_ monthly     _ interim     _ final application.

---

[1]   The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 7038

Date Filed 11/29/04

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through | $190,838.00 | $22,397.08 | No objections | No objections |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | 5/31/03 | | | served on counsel | served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the fortieth fee application for monthly interim compensation of services filed with the Bankruptcy Court in these Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 81.00 | $40,095.00 |
| Lawrence E. Flatley | Partner | 28 Years | Litigation | $470.00 | 15.50 | $7,285.00 |
| Kathy K. Condo | Partner | 23 years | Litigation | $405.00 | .60 | $243.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 97.80 | $45,477.00 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 69.10 | $25,567.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 6.90 | $1,621.50 |
| Jayme L. Butcher | Associate | 3 Years | Litigation | $235.00 | 16.50 | $3,877.50 |
| Janice E. Falini | Associate | 1 Year | Bankruptcy | $200.00 | .70 | $140.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 11.20 | $1,624.00 |
| John B. Lord | Paralegal | 12 Years | Litigation | $160.00 | 5.50 | $880.00 |
| Lori J. Hagen | Librarian | 7 Years | Library | $115.00 | 2.00 | $230.00 |

Total Fees: $127,040.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 5.80 | $2,061.50 |
| ZAI Science Trial | 290.40 | $122,902.00 |
| Fee Applications | 10.60 | $2,076.50 |
| **Total:** | **306.80** | **$127,040.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $0.20 | $7.05 |
| Duplicating/Printing | $93.75 | $1,077.90 |
| Duplicating -- Outside | $61.30 | ---- |
| Postage Expense | $3.24 | $4.55 |
| Other Databases -- Courtlink | $23.94 | ---- |
| Transcript Expense | ---- | $1,238.59 |
| Secretarial Overtime | ---- | $90.00 |
| Meal Expense | ---- | $43.77 |
| Westlaw | ---- | $52.00 |
| General Expense | ---- | $13.91 |
| SUBTOTAL | $182.43 | $2,527.77 |
| TOTAL | | **$2,710.20** |

Dated:  November 29, 2004
        Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575

    and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone: (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1213331 |
| Invoice Date | 11/19/04 |
| Client Number | 172573 |

====================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 2,061.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $2,061.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1213331 |
| Invoice Date | 11/19/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 10/06/04 | Muha | Docket research for information on Grace/KWELMBS settlement agreement. | 1.90 |
| 10/15/04 | Muha | Docket research for motions to extend time for Debtor to file plan of reorganization. | .30 |
| 10/21/04 | Cameron | Review expert depositions from asbestos litigation against third-party nondebtor (1.3); e-mails regarding same (0.3). | 1.60 |
| 10/22/04 | Bentz | Review of agenda for omnibus hearing. | .40 |
| 10/27/04 | Cameron | Review of materials relating to Grace Plan and asbestos litigation (0.6); e-mails regarding same (0.2). | .80 |
| 10/27/04 | Lord | Update 2002 service list. | .30 |
| 10/31/04 | Cameron | Review materials from R. Finke regarding Libby. | .50 |

TOTAL HOURS     5.80

172573 W. R. Grace & Co.                          Invoice Number   1213331
60026  Litigation and Litigation Consulting       Page    2
       November 19, 2004

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 2.90 | at $ | 465.00 | = | 1,348.50 |
| James W Bentz | 0.40 | at $ | 370.00 | = | 148.00 |
| Andrew J. Muha | 2.20 | at $ | 235.00 | = | 517.00 |
| John B. Lord | 0.30 | at $ | 160.00 | = | 48.00 |

                        CURRENT FEES                          2,061.50

                                                          ------------
                TOTAL BALANCE DUE UPON RECEIPT              $2,061.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1213332
5400 Broken Sound Blvd., N.W.            Invoice Date     11/19/04
Boca Raton, FL 33487                     Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Fees                        122,902.00
    Expenses                          0.00

            TOTAL BALANCE DUE UPON RECEIPT      $122,902.00
                                               =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number      1213332
5400 Broken Sound Blvd., N.W.      Invoice Date       11/19/04
Boca Raton, FL 33487               Client Number        172573
                                   Matter Number         60028
```

=========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2004

| Date | Name | | Hours |
|------|------|--|-------|
| 10/01/04 | Atkinson | Assist J. Butcher with organizing pleadings binders for October 18 summary judgment hearing (0.7); locate transcript in other litigation for J. Restivo (0.2); documents for D. Cameron re: outline for preparation for October 18 hearing (1.3). | 2.20 |
| 10/01/04 | Bentz | Review materials to prepare for ZAI Science Trial summary judgment motions hearing. | 2.50 |
| 10/01/04 | Butcher | Revise agenda to correspond with binders submitted to the court in preparation for ZAI Science Trial oral argument. | 2.30 |
| 10/01/04 | Cameron | Review briefs filed in ZAI Science Trial and summary list of court filings. | 1.80 |
| 10/03/04 | Cameron | Review multiple briefs in preparation for ZAI Science Trial argument. | 2.00 |
| 10/04/04 | Atkinson | E-mail to Sara Schramm requesting deposition transcripts in other litigation, to aid in preparation for ZAI Science Trial argument. | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1213332
60028  ZAI Science Trial                    Page    2
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/04/04 | Bentz | Review materials for preparation for ZAI Science Trial summary judgment motions hearing. | 1.20 |
| 10/04/04 | Cameron | Review briefs, appendices and summary of court filings to prepare for oral argument. | 2.50 |
| 10/04/04 | Flatley | E-mails to schedule meeting (.10); call with R. Senftleben and follow-up on call (.50); review J. Restivo memo re: science trial issues (.60). | 1.20 |
| 10/04/04 | Restivo | Preparation for ZAI Science Trial summary judgment argument. | 2.00 |
| 10/05/04 | Bentz | Prepare for (0.3) and attend parts of preparation meeting (1.9) for ZAI Science Trial hearing. | 2.20 |
| 10/05/04 | Butcher | Attend parts of Reed Smith/ZAI Science Trial team meeting (.60); meeting with J. Restivo re: preparation for argument (.40); revise hearing agenda (.30); review cases to aid in preparation for argument (.90). | 2.20 |
| 10/05/04 | Cameron | Prepare for (0.6) and attend meeting with J. Restivo regarding oral argument preparation and strategy (1.8); review of briefs and appendix for oral argument (1.9); telephone call with R. Finke and e-mails regarding oral argument preparation (0.9). | 5.20 |
| 10/05/04 | Flatley | Review medical articles and commentary on them (.90); meetings with J. Restivo, D. Cameron and J. Bentz to discuss strategy for summary judgment hearing and short follow-up (1.60). | 2.50 |
| 10/05/04 | Restivo | Strategy meetings for preparation for hearing (2.4); calls to client re: same (1.0); preparation for argument (3.6). | 7.00 |

```
172573 W. R. Grace & Co.                      Invoice Number  1213332
60028  ZAI Science Trial                      Page   3
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/06/04 | Bentz | Continue preparation for ZAI Science Trial summary judgment motions hearing. | 4.80 |
| 10/06/04 | Butcher | Draft memorandum re: summary of dust sample cases (2.60); gather materials in preparation for summary judgment argument (3.30). | 5.90 |
| 10/06/04 | Cameron | Review draft inserts from J. Bentz (0.9); meet with J. Restivo regarding science trial argument preparation (0.8); review legal research regarding same (1.9). | 3.60 |
| 10/06/04 | Flatley | Preparation of memo for J. Restivo on certain summary judgment argument issues. | 1.90 |
| 10/06/04 | Restivo | Prepare Science Trial hearing agenda for Court (1.5); telephone calls and emails with R. Turkewitz and E. Westbrook (.5); preparation for argument (1.0). | 3.00 |
| 10/07/04 | Atkinson | Work on locating documents for preparation for October 18 hearing. | .60 |
| 10/07/04 | Bentz | Preparation for ZAI Science Trial hearing, including review of case law regarding various issues relating to Consumer Protection Act claims. | 5.30 |
| 10/07/04 | Cameron | Review briefs and research regarding preparation for summary judgment argument (1.4); review J. Restivo summary regarding same (0.9). | 2.30 |
| 10/07/04 | Condo | Conference with J. Butcher in relation to materials for Science Trial summary judgment argument. | .30 |
| 10/07/04 | Flatley | Revise memo to J. Restivo re: certain summary judgment argument issues. | .80 |
| 10/07/04 | Restivo | Review binders of documents on the record for argument. | 5.80 |

172573 W. R. Grace & Co.                                    Invoice Number  1213332
60028  ZAI Science Trial                                    Page    4
       November 19, 2004

| Date | Name | | Hours |
|------|------|---|-------|

| 10/08/04 | Atkinson | Letter to counsel enclosing Henry Anderson deposition transcript. | .40 |
| 10/08/04 | Bentz | Review of Consumer Protection Act case law in preparation for ZAI Science Trial argument. | 2.30 |
| 10/08/04 | Flatley | Review briefs re: ATSDR issue. | .30 |
| 10/08/04 | Restivo | Continue review of binders of documents on the record for argument. | 2.50 |
| 10/09/04 | Cameron | Continue review of briefs and summary judgment record in preparation for oral argument. | 3.40 |
| 10/10/04 | Cameron | Prepare for ZAI Science Trial oral argument. | 2.80 |
| 10/11/04 | Atkinson | Pull materials from CFR/Federal Register for D. Cameron, in preparation for October 18 hearing. | .50 |
| 10/11/04 | Bentz | Preparation for ZAI Science Trial, including review of case law regarding contamination, epidemiological evidence and anecdotal evidence. | 7.90 |
| 10/11/04 | Butcher | Gather research and documents for argument on Motions for Summary Judgment. | 2.10 |
| 10/11/04 | Cameron | Meetings with J. Restivo regarding science trial oral argument preparation (0.9); multiple e-mails and telephone calls with R. Finke regarding same (1.1); prepare summaries of testimony, reports and argument for science trial argument preparation (7.8); review and comment on J. Restivo oral argument summary memo (0.8). | 10.60 |
| 10/11/04 | Flatley | Outlines for J. Restivo on various issues for summary judgment oral argument. | 2.50 |

172573 W. R. Grace & Co.                          Invoice Number  1213332
60028  ZAI Science Trial                          Page    5
       November 19, 2004

      Date    Name                                              Hours
   -------- -----------                                         -----

   10/11/04 Hagen        Obtain for J. Butcher the preamble      2.00
                         to 1992 Final Rule on Occupational
                         Exposure to Asbestos, Tremolite,
                         Anthophyllite and Actinolite and
                         Intro to 29 CFR Parts 1910 and
                         1926 (OSHA report on exclusion of
                         cleavage fragments from OSHA
                         asbestos regulations).

   10/11/04 Restivo      Continue review of binders of          4.70
                         documents on the record for oral
                         argument.

   10/12/04 Atkinson     Review files for Crutcher and Lee      1.10
                         hearing and deposition testimony
                         in Barbanti case, and locate
                         Statement On The Merits to assist
                         in preparation for ZAI Science
                         Trial (0.6); copies of Lee,
                         Anderson expert files to D.
                         Cameron (0.2); copy of case list
                         and Celotex case to J Bentz to
                         prepare for Science trial (0.3).

   10/12/04 Bentz        Preparation for ZAI Science Trial,     7.70
                         including preparation of memoranda
                         in response to various arguments
                         made by claimants.

   10/12/04 Butcher      Meeting with K. Condo re: CSX case     1.30
                         (.30); search for CSX case (.70);
                         revise memorandum of summary of
                         cases (.30).

   10/12/04 Cameron      Multiple meetings and telephone       10.80
                         calls with J. Restivo regarding
                         science trial argument preparation
                         (2.1); e-mails and telephone call
                         with R. Finke regarding same
                         (0.8); prepare and revise
                         extensive legal and factual
                         summaries on multiple issues for
                         argument on Motion for Summary
                         Judgment (5.9); review of record
                         evidence for oral argument
                         preparation (2.0).

   10/12/04 Condo        Review file for materials on            .30
                         various epidemiological and
                         scientific testing issues.

172573 W. R. Grace & Co.                    Invoice Number   1213332
60028  ZAI Science Trial                    Page    6
       November 19, 2004

    Date   Name                                             Hours
 --------  -----------                                      -----

 10/12/04 Restivo         Telephone calls to client (1.1);    7.40
                          continue argument preparation
                          (6.3).

 10/13/04 Atkinson        Prepare demonstrative vermiculite   1.60
                          exhibit for hearing (1.4); copy of
                          EPA 1985 Versar report to D.
                          Cameron (0.2).

 10/13/04 Bentz           Preparation for ZAI Science Trial,  4.80
                          including review of case law
                          regarding contamination and
                          epidemiological evidence.

 10/13/04 Butcher         Review draft outline for summary     .30
                          judgment argument.

 10/13/04 Cameron         Review of record and continued      7.40
                          preparation and revisions to
                          several legal and factual
                          summaries for oral argument
                          preparation (4.8); review draft of
                          argument outline and provide
                          comments (1.4); e-mails and
                          telephone calls with R. Finke
                          regarding same (0.4); meet with J.
                          Restivo regarding same (0.5); meet
                          with L. Flatley regarding same
                          (0.3).

 10/13/04 Flatley         E-mails to J. Restivo re:           1.70
                          information for argument (.20);
                          reviewing and outlining issues for
                          J. Restivo (.50); meet with J.
                          Restivo re: argument issues (.20);
                          e-mail re: argument issues outline
                          (.40); meet with D. Cameron re:
                          argument strategy (.40).

 10/13/04 Restivo         Continue to review materials and    8.00
                          prepare argument for ZAI Science
                          Trial hearing.

 10/14/04 Bentz           Preparation for presentation of     6.40
                          ZAI Science Trial (1.1);  attend
                          major strategy meeting with R.
                          Finke, J. Restivo, L. Flatley and
                          D. Cameron in preparation for ZAI
                          Science Trial (4.3).

172573 W. R. Grace & Co.                          Invoice Number   1213332
60028  ZAI Science Trial                          Page    7
       November 19, 2004

   Date    Name                                                    Hours
-------- -----------                                              -----


10/14/04 Cameron        Prepare and revise additional case    10.10
                        law and factual outlines and
                        summaries for oral argument (1.9);
                        extensive review of record
                        relating to same (2.8); prepare
                        for and attend major strategy
                        meetings with in-house counsel, J.
                        Restivo, L. Flatley and J. Bentz
                        regarding oral argument
                        preparation (4.3); meet with J.
                        Restivo and R. Finke regarding
                        argument, scheduling and issues
                        with the court (1.1).

10/14/04 Flatley        Attend part of meeting with R.         2.50
                        Finke, J. Restivo, D. Cameron and
                        J. Bentz re: strategy and
                        preparation for summary judgment
                        oral argument.

10/14/04 Restivo        Major strategy meeting with          12.00
                        in-house and Reed Smith attorneys
                        to prepare for hearing (4.3);
                        continue preparation for oral
                        argument (6.5); obtain emergency
                        extension of time (1.2).

10/15/04 Atkinson       Assist and prepare bench binder        1.40
                        for October 18 hearing (0.6); copy
                        articles and other materials for
                        W.R. Grace hearing preparation
                        (0.8).

10/15/04 Bentz          Prepare argument on Claimants'         4.30
                        motion for partial summary
                        judgment on consumer protection
                        act claims.

10/15/04 Cameron        Review draft outlines of oral         8.10
                        argument and comment (1.4);
                        continued preparation for oral
                        argument on 10/18 (2.9); meet with
                        J. Restivo regarding same (0.8);
                        revisions to case law and record
                        summaries (2.3); multiple
                        telephone calls with counsel for
                        claimants, Grace in-house counsel
                        and J. Restivo (0.7).

172573  W. R. Grace & Co.                          Invoice Number  1213332
60028   ZAI Science Trial                          Page    8
        November 19, 2004

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 10/15/04 | Flatley | Meet with D. Cameron re: hearing status (.20); meet with J. Restivo re: argument preparation (.20). | .40 |
| 10/15/04 | Restivo | Continue preparation for argument on summary judgment motions (5.6); calls with Westbrook, Siegel and Cameron (0.9). | 6.50 |
| 10/16/04 | Bentz | Continued work on argument for ZAI Science Trial motions for summary judgment. | 5.30 |
| 10/16/04 | Cameron | Review of Motion to Exclude Testimony of Rich Lee and revise summary of argument (2.1); various e-mails regarding argument (0.5). | 2.60 |
| 10/16/04 | Flatley | D. Cameron e-mail and e-mail to J. Restivo, et al. (.10); call with D. Cameron re: argument issues (.20). | .30 |
| 10/16/04 | Restivo | Continue preparation for ZAI Science Trial summary judgment argument. | 3.00 |
| 10/17/04 | Atkinson | Assist with notebooks, exhibit for October 18 hearing on summary judgment motions. | 1.40 |
| 10/17/04 | Bentz | Continued work on argument in ZAI Science Trial motions for summary judgment. | 1.80 |
| 10/17/04 | Butcher | Assist in preparation for oral argument. | 2.10 |
| 10/17/04 | Cameron | Prepare for and meet with J. Restivo regarding oral argument strategies (3.4); review and revise summary relating to R. J. Lee analysis (1.2); telephone call with Claimants' counsel and review supplemental claimant documents (1.9). | 6.50 |
| 10/17/04 | Restivo | Continue preparation for ZAI Science Trial summary judgment argument. | 4.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1213332
60028  ZAI Science Trial                    Page   9
       November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/18/04 | Atkinson | Copies of documents, materials for October 18 ZAI Science Trial hearing. | .60 |
| 10/18/04 | Bentz | Prepare for (3.0) and participate in (8.2) ZAI Science Trial. | 11.20 |
| 10/18/04 | Cameron | Prepare for and attend ZAI Science Trial oral argument (8.2); meetings with in-house counsel from W. R. Grace and Reed Smith team regarding hearing (2.2). | 10.40 |
| 10/18/04 | Flatley | E-mails and review E. Westbook documents (.30); meet with D. Siegel, R. Finke, J. Restivo, et al. prior to hearing for summary judgment argument (.30); meet with team during lunch break (.40); follow up on hearing (.40). | 1.40 |
| 10/18/04 | Restivo | Prepare for and attend ZAI Science Trial argument (8.2); meetings with in-house counsel and Reed Smith team re: hearing (1.8). | 10.00 |
| 10/19/04 | Bentz | Organizing ZAI Science Trial argument materials for future use. | 1.00 |
| 10/19/04 | Cameron | Organize materials for post-hearing submissions (0.9); meet with J. Restivo regarding same (0.4); review court submissions and exhibit books (1/4). | 2.70 |
| 10/19/04 | Restivo | Prepare post-hearing submissions to court. | 1.40 |
| 10/20/04 | Atkinson | Organize exhibits/materials from October 18th ZAI Science Trial hearing (0.3); e-mail to S. Schramm requesting additional transcripts from experts' depositions (0.5). | .80 |
| 10/20/04 | Cameron | Telephone call and e-mails regarding report on oral argument (0.3); review of supplemental exhibits for negotiations with claimants' counsel and e-mail with | 1.20 |

172573 W. R. Grace & Co.                        Invoice Number  1213332
60028  ZAI Science Trial                         Page  10
       November 19, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| | | R. Finke regarding same (0.9). | |
| 10/21/04 | Atkinson | E-mails to D. Cameron attaching Dr. Ilgren and Dr. Lee deposition transcripts in other asbestos related litigation (0.2); paper copies of Lee, Ilgren depositions to D. Cameron, J. Butcher (0.2). | .40 |
| 10/21/04 | Butcher | Review depositions of Grace expert witnesses Ilgren and Lee for preparation of post-hearing submissions. | .30 |
| 10/25/04 | Cameron | Review transcript from hearing and e-mails regarding same. | .90 |
| 10/25/04 | Restivo | Review transcript of ZAI Argument (2.0); review new pleadings (.5). | 2.50 |
| 10/28/04 | Restivo | Receipt and review of new emails, correspondence and pleadings regarding the ZAI Science Trial. | .70 |

                                              ------
                              TOTAL HOURS    290.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 81.00 | at $ | 495.00 | = | 40,095.00 |
| Lawrence E. Flatley | 15.50 | at $ | 470.00 | = | 7,285.00 |
| Douglas E. Cameron | 94.90 | at $ | 465.00 | = | 44,128.50 |
| James W Bentz | 68.70 | at $ | 370.00 | = | 25,419.00 |
| Kathy K. Condo | 0.60 | at $ | 405.00 | = | 243.00 |
| Jayme L. Butcher | 16.50 | at $ | 235.00 | = | 3,877.50 |
| Maureen L. Atkinson | 11.20 | at $ | 145.00 | = | 1,624.00 |
| Lori J. Hagen | 2.00 | at $ | 115.00 | = | 230.00 |

                    CURRENT FEES                    122,902.00


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT     $122,902.00
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number      1213299
5400 Broken Sound Blvd., N.W.              Invoice Date      11/19/04
Boca Raton, FL 33487                       Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          2,076.50
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,076.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number       1213299
5400 Broken Sound Blvd., N.W.           Invoice Date        11/19/04
Boca Raton, FL 33487                    Client Number         172573
                                        Matter Number          60029


==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2004

| Date | Name | | Hours |
|------|------|------|------|
| 10/04/04 | Falini | Reviewed Reed Smith's Certificate of No Objection to 37th Monthly Interim Period Fee Application. | .20 |
| 10/04/04 | Lord | E-mail to A. Muha re: monthly fee application. | .10 |
| 10/04/04 | Muha | Final revisions to August 2004 fee application. | .50 |
| 10/05/04 | Falini | Review 38th Monthly Fee Application. | .20 |
| 10/05/04 | Lord | E-file and perfect service for RS CNO re: 37th monthly fee application (.5); draft correspondence to R. Finke re: same (.1); review, revise and prepare RS 38th monthly fee application for e-filing and service (1.0) | 1.60 |
| 10/08/04 | Muha | Review and revise September 2004 fee and expense reports for fee application. | .80 |
| 10/13/04 | Muha | Revisions to fee and expense details for September 2004 fee application. | .70 |

```
172573  W. R. Grace & Co.                    Invoice Number  1213299
60029   Fee Applications-Applicant           Page    2
        November 19, 2004
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/20/04 | Muha | Revisions to expense detail for September 2004 fee application, including e-mails to billing department re: same. | .60 |
| 10/22/04 | Muha | Review billing issues with June and July fee applications. | .30 |
| 10/25/04 | Lord | Respond to e-mail from A. Muha re: monthly fee application. | .10 |
| 10/25/04 | Muha | Finalize September 2004 monthly fee application (0.4); work on 14th quarterly fee application (1.1). | 1.50 |
| 10/26/04 | Lord | Review, revise and prepare RS 39th monthly fee application for e-filing and service. | .90 |
| 10/26/04 | Muha | Attention to issue re: June 2004 fee application. | .10 |
| 10/27/04 | Lord | Download and forward June CNO to Grace re: payment for same per D. Cameron (.3). | .30 |
| 10/27/04 | Muha | Review CNO for June monthly fee application and fax same to Grace. | .20 |
| 10/28/04 | Falini | Reviewed Reed Smith' 39th Monthly Interim Fee Application (0.3). | .30 |
| 10/28/04 | Lord | Review, revise and prepare quarterly fee application for e-filing and service (.8); revise and e-file 39th monthly fee application (.6); perfect electronic and hard service for same (.4). | 1.80 |
| 10/29/04 | Lord | Research docket and draft CNO for 38th monthly fee application. | .40 |

```
                                             ------
                             TOTAL HOURS     10.60
```

172573 W. R. Grace & Co.                          Invoice Number  1213299
60029   Fee Applications-Applicant                Page    3
        November 19, 2004

```
TIME SUMMARY                Hours         Rate         Value
-------------------------   --------------------     -------
Andrew J. Muha               4.70  at  $  235.00  =   1,104.50
Janice E. Falini             0.70  at  $  200.00  =     140.00
John B. Lord                 5.20  at  $  160.00  =     832.00

                            CURRENT FEES                      2,076.50

                                                          ------------
                            TOTAL BALANCE DUE UPON RECEIPT   $2,076.50
                                                          =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1213297
One Town Center Road                     Invoice Date      11/19/04
Boca Raton, FL    33486                  Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

   Expenses                        182.43

             TOTAL BALANCE DUE UPON RECEIPT          $182.43
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1213297 |
| Invoice Date | 11/19/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.20 |
| Courtlink | 23.94 |
| Duplicating/Printing/Scanning | 93.75 |
| Postage Expense | 3.24 |
| Outside Duplicating | 61.30 |

CURRENT EXPENSES                       182.43
                                   --------------

TOTAL BALANCE DUE UPON RECEIPT         $182.43
                                   ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W.R Grace & Co.                    Invoice Number    1213297
One Town Center Road               Invoice Date    11/19/04
Boca Raton, FL   33486             Client Number     172573
                                   Matter Number      60026
```

========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/30/04 | PACER--Electronic docket service charges. | 23.94 |
| 10/05/04 | ATTY # 0718; 108 COPIES | 16.20 |
| 10/05/04 | ATTY # 0718; 108 COPIES | 16.20 |
| 10/06/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 10/08/04 | ATTY # 0349: 44 COPIES | 6.60 |
| 10/11/04 | Postage Expense: ATTY # 0396 | .60 |
| 10/11/04 | Postage Expense: ATTY # 0396 | .60 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0710: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0349: 15 COPIES | 2.25 |
| 10/19/04 | 202-295-8437/WASHINGTON, DC/2 | .10 |
| 10/21/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/22/04 | ATTY # 0349: 46 COPIES | 6.90 |
| 10/25/04 | ATTY # 0559; 127 COPIES | 19.05 |
| 10/26/04 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 10/27/04 | ATTY # 0710: 1 COPIES | .15 |
| 10/28/04 | ATTY # 0718; 153 COPIES | 22.95 |

172573 W. R. Grace & Co.                          Invoice Number   1213297
60026  Litigation and Litigation Consulting       Page    2
       November 19, 2004


10/28/04   Postage Expense                                    2.04

10/31/04   Outside Duplicating - - VENDOR:IKON OFFICE         61.30
           SOLUTIONS, INC. - COPYING FOR SERVICE OF CNO.

                          CURRENT EXPENSES                   182.43
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $182.43
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number     1213298
5400 Broken Sound Blvd., N.W.            Invoice Date      11/19/04
Boca Raton, FL 33487                     Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          0.00
    Expenses                  2,527.77

              TOTAL BALANCE DUE UPON RECEIPT       $2,527.77
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                Invoice Number      1213298
5400 Broken Sound Blvd., N.W.              Invoice Date       11/19/04
Boca Raton, FL 33487                       Client Number        172573
                                           Matter Number         60028

================================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                      7.05
        Duplicating/Printing/Scanning      1,077.90
        Postage Expense                        4.55
        Transcript Expense                 1,238.59
        Secretarial Overtime                  90.00
        Meal Expense                          43.77
        General Expense                       13.91
        Westlaw                               52.00

                    CURRENT EXPENSES                     2,527.77
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $2,527.77
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                  Invoice Number      1213298
5400 Broken Sound Blvd., N.W.                Invoice Date      11/19/04
Boca Raton, FL 33487                         Client Number        172573
                                             Matter Number         60028


===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 10/01/04 | ATTY # 0856; 60 COPIES | 9.00 |
| 10/01/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/01/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/04/04 | 561-362-1551/BOCA RATON, FL/26 | 1.25 |
| 10/04/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/04/04 | ATTY # 0349: 9 COPIES | 1.35 |
| 10/04/04 | ATTY # 0349: 19 COPIES | 2.85 |
| 10/04/04 | ATTY # 0349: 18 COPIES | 2.70 |
| 10/05/04 | ATTY # 0396; 21 COPIES | 3.15 |
| 10/05/04 | ATTY # 0856; 147 COPIES | 22.05 |
| 10/05/04 | 410-531-4355/COLUMBIA, MD/13 | .60 |
| 10/05/04 | ATTY # 0701: 9 COPIES | 1.35 |
| 10/05/04 | ATTY # 0701: 2 COPIES | .30 |
| 10/05/04 | ATTY # 0349: 14 COPIES | 2.10 |
| 10/05/04 | ATTY # 0349: 34 COPIES | 5.10 |
| 10/06/04 | 302-652-4100/WILMINGTON, DE/4 | .20 |
| 10/06/04 | 843-727-6500/CHARLESTON, SC/14 | .70 |
| 10/06/04 | ATTY # 0349; 6 COPIES | .90 |

172573 W. R. Grace & Co.                    Invoice Number  1213298
60028  ZAI Science Trial                    Page   2
       November 19, 2004

| 10/06/04 | ATTY # 0349: 49 COPIES | 7.35 |
|----------|------------------------|------|
| 10/06/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 3 COPIES | .45 |
| 10/06/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/07/04 | ATTY # 0885; 270 COPIES | 40.50 |
| 10/07/04 | ATTY # 0856; 38 COPIES | 5.70 |
| 10/07/04 | ATTY # 0559; 690 COPIES | 103.50 |
| 10/07/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/07/04 | ATTY # 0349: 25 COPIES | 3.75 |
| 10/07/04 | ATTY # 0349: 50 COPIES | 7.50 |
| 10/07/04 | ATTY # 0349: 54 COPIES | 8.10 |
| 10/07/04 | ATTY # 0349: 28 COPIES | 4.20 |
| 10/07/04 | ATTY # 0349: 29 COPIES | 4.35 |
| 10/07/04 | ATTY # 0396: 3 COPIES | .45 |
| 10/07/04 | ATTY # 0396: 3 COPIES | .45 |
| 10/07/04 | ATTY # 0396: 3 COPIES | .45 |
| 10/07/04 | ATTY # 0349: 6 COPIES | .90 |
| 10/07/04 | ATTY # 0885:3 COPIES | .45 |
| 10/07/04 | ATTY # 0885: 4 COPIES | .60 |
| 10/07/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/07/04 | Westlaw | 52.00 |
| 10/08/04 | ATTY # 0856; 43 COPIES | 6.45 |

172573 W. R. Grace & Co.                    Invoice Number  1213298
60028  ZAI Science Trial                    Page   3
       November 19, 2004

| 10/08/04 | ATTY # 0856: 1 COPIES | .15 |
|---|---|---|
| 10/08/04 | ATTY # 0856: 3 COPIES | .45 |
| 10/08/04 | ATTY # 0856: 2 COPIES | .30 |
| 10/08/04 | ATTY # 0856: 2 COPIES | .30 |
| 10/08/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/08/04 | Postage Expense | 4.55 |
| 10/11/04 | 410-531-4355/COLUMBIA, MD/15 | .75 |
| 10/11/04 | ATTY # 0559; 22 COPIES | 3.30 |
| 10/11/04 | ATTY # 0559; 23 COPIES | 3.45 |
| 10/11/04 | ATTY # 0559; 31 COPIES | 4.65 |
| 10/11/04 | ATTY # 0396; 37 COPIES | 5.55 |
| 10/11/04 | ATTY # 0559; 108 COPIES | 16.20 |
| 10/11/04 | Secretarial Overtime - revise outline, prepare 2 outlines, photocopies to assist in preparation for ZAI Science Trial. | 45.00 |
| 10/11/04 | ATTY # 0349: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0349: 29 COPIES | 4.35 |
| 10/11/04 | ATTY # 0349: 58 COPIES | 8.70 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
       November 19, 2004

Invoice Number  1213298
Page   4

| Date | Description | Amount |
|------|-------------|--------|
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0396: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/11/04 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/11/04 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/11/04 | ATTY # 0885: 7 COPIES | 1.05 |
| 10/11/04 | ATTY # 0559: 6 COPIES | .90 |
| 10/11/04 | ATTY # 0559: 5 COPIES | .75 |
| 10/11/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/11/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/11/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/11/04 | ATTY # 0559: 4 COPIES | .60 |
| 10/11/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 10/11/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/11/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/11/04 | ATTY # 0559: 1 COPIES | .15 |

172573  W. R. Grace & Co.                    Invoice Number   1213298
60028   ZAI Science Trial                    Page    5
        November 19, 2004


10/11/04    ATTY # 0396: 2 COPIES                        .30

10/11/04    ATTY # 0396: 2 COPIES                        .30

10/11/04    ATTY # 0396: 4 COPIES                        .60

10/11/04    ATTY # 0349: 4 COPIES                        .60

10/11/04    ATTY # 0349: 2 COPIES                        .30

10/11/04    ATTY # 0349: 8 COPIES                       1.20

10/12/04    ATTY # 0559; 42 COPIES                      6.30

10/12/04    410-531-4355/COLUMBIA, MD/10                 .50

10/12/04    410-531-4355/COLUMBIA, MD/16                 .80

10/12/04    ATTY # 0349: 32 COPIES                      4.80

10/12/04    ATTY # 0349: 62 COPIES                      9.30

10/12/04    ATTY # 0856: 9 COPIES                       1.35

10/12/04    ATTY # 0559: 1 COPIES                        .15

10/12/04    ATTY # 0559: 5 COPIES                        .75

10/12/04    ATTY # 0559: 6 COPIES                        .90

10/12/04    ATTY # 0559: 7 COPIES                       1.05

10/12/04    ATTY # 0559: 7 COPIES                       1.05

10/12/04    ATTY # 0559: 1 COPIES                        .15

10/12/04    ATTY # 0885: 3 COPIES                        .45

10/12/04    ATTY # 0885: 3 COPIES                        .45

10/12/04    ATTY # 0885: 6 COPIES                        .90

10/12/04    ATTY # 0559: 4 COPIES                        .60

10/12/04    ATTY # 0559: 6 COPIES                        .90

10/12/04    ATTY # 0559: 6 COPIES                        .90

10/12/04    ATTY # 0559: 3 COPIES                        .45

10/12/04    ATTY # 0559: 3 COPIES                        .45

172573  W. R. Grace & Co.                          Invoice Number  1213298
60028   ZAI Science Trial                          Page   6
        November 19, 2004

| | | |
|---|---|---|
| 10/12/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/12/04 | ATTY # 0559: 4 COPIES | .60 |
| 10/12/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0349: 12 COPIES | 1.80 |
| 10/12/04 | ATTY # 0349: 59 COPIES | 8.85 |
| 10/12/04 | ATTY # 0349: 80 COPIES | 12.00 |
| 10/12/04 | ATTY # 0349: 40 COPIES | 6.00 |
| 10/12/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0885: 2 COPIES | .30 |
| 10/12/04 | ATTY # 0349: 31 COPIES | 4.65 |
| 10/13/04 | Secretarial Overtime-revise and type materials to assist in preparation for ZAI Science Trial. | 45.00 |
| 10/13/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 10/13/04 | ATTY # 0885; 15 COPIES | 2.25 |
| 10/13/04 | ATTY # 0559; 26 COPIES | 3.90 |
| 10/13/04 | ATTY # 0396; 197 COPIES | 29.55 |
| 10/13/04 | ATTY # 0559; 19 COPIES | 2.85 |
| 10/13/04 | ATTY # 0885; 11 COPIES | 1.65 |
| 10/13/04 | ATTY # 0559: 17 COPIES | 2.55 |
| 10/13/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 10/13/04 | ATTY # 0559: 32 COPIES | 4.80 |
| 10/13/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0559: 16 COPIES | 2.40 |
| 10/13/04 | ATTY # 0885: 8 COPIES | 1.20 |
| 10/13/04 | ATTY # 0885: 9 COPIES | 1.35 |

172573  W. R. Grace & Co.                    Invoice Number   1213298
60028   ZAI Science Trial                    Page   7
        November 19, 2004

10/13/04   ATTY # 0885: 9 COPIES                    1.35

10/13/04   ATTY # 0885: 10 COPIES                   1.50

10/13/04   ATTY # 0885: 10 COPIES                   1.50

10/13/04   ATTY # 0349: 47 COPIES                   7.05

10/13/04   ATTY # 0349: 47 COPIES                   7.05

10/13/04   ATTY # 0349: 1 COPIES                     .15

10/13/04   ATTY # 0349: 47 COPIES                   7.05

10/13/04   ATTY # 0349: 51 COPIES                   7.65

10/13/04   ATTY # 0349: 51 COPIES                   7.65

10/13/04   ATTY # 0349: 1 COPIES                     .15

10/13/04   ATTY # 0349: 1 COPIES                     .15

10/13/04   ATTY # 0349: 33 COPIES                   4.95

10/13/04   ATTY # 0349: 33 COPIES                   4.95

10/13/04   ATTY # 0349: 33 COPIES                   4.95

10/13/04   ATTY # 0559: 3 COPIES                     .45

10/13/04   ATTY # 0559: 2 COPIES                     .30

10/13/04   ATTY # 0559: 2 COPIES                     .30

10/13/04   ATTY # 0559: 2 COPIES                     .30

10/13/04   ATTY # 0559: 1 COPIES                     .15

10/14/04   312-861-2162/CHICAGO, IL/4               .20

10/14/04   ATTY # 0559; 88 COPIES                  13.20

10/14/04   ATTY # 0856; 239 COPIES                 35.85

10/14/04   ATTY # 0349; 285 COPIES                 42.75

10/14/04   ATTY # 0559: 4 COPIES                     .60

10/14/04   ATTY # 0559: 4 COPIES                     .60

10/14/04   ATTY # 0559: 6 COPIES                     .90

172573  W. R. Grace & Co.                          Invoice Number   1213298
60028   ZAI Science Trial                          Page   8
        November 19, 2004


10/14/04    ATTY # 0559: 4 COPIES                              .60

10/14/04    ATTY # 0559: 4 COPIES                              .60

10/14/04    ATTY # 0559: 4 COPIES                              .60

10/14/04    ATTY # 0559: 12 COPIES                           1.80

10/14/04    ATTY # 0885: 2 COPIES                             .30

10/14/04    ATTY # 0349: 116 COPIES                         17.40

10/14/04    ATTY # 0349: 2 COPIES                             .30

10/14/04    ATTY # 0349: 115 COPIES                         17.25

10/15/04    410-531-4170/COLUMBIA, MD/11                      .55

10/15/04    561-482-2257/BOCA RATON, FL/10                    .50

10/15/04    561-866-6803/BOCA RATON, FL/10                    .45

10/15/04    843-727-6513/CHARLESTON, SC/4                     .15

10/15/04    843-727-6513/CHARLESTON, SC/8                     .40

10/15/04    ATTY # 0856; 3 COPIES                             .45

10/15/04    ATTY # 0559; 158 COPIES                         23.70

10/15/04    ATTY # 1985; 321 COPIES                         48.15

10/15/04    ATTY # 0856; 472 COPIES                         70.80

10/15/04    ATTY # 0856; 596 COPIES                         89.40

10/15/04    ATTY # 0559; 10 COPIES                          1.50

10/15/04    ATTY # 0559; 12 COPIES                          1.80

10/15/04    ATTY # 0885; 38 COPIES                          5.70

10/15/04    ATTY # 0559; 5 COPIES                            .75

10/15/04    ATTY # 0559; 74 COPIES                         11.10

10/15/04    ATTY # 0559; 3 COPIES                            .45

10/15/04    ATTY # 0885; 237 COPIES                        35.55

10/15/04    ATTY # 0559: 2 COPIES                            .30

172573 W. R. Grace & Co.                    Invoice Number  1213298
60028  ZAI Science Trial                    Page   9
        November 19, 2004

| | | |
|---|---|---:|
| 10/15/04 | ATTY # 0885: 15 COPIES | 2.25 |
| 10/15/04 | ATTY # 0885: 4 COPIES | .60 |
| 10/15/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/15/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/15/04 | ATTY # 0885: 6 COPIES | .90 |
| 10/15/04 | ATTY # 0349: 61 COPIES | 9.15 |
| 10/15/04 | ATTY # 0349: 61 COPIES | 9.15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 5 COPIES | .75 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/15/04 | ATTY # 0559: 2 COPIES | .30 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0559: 3 COPIES | .45 |
| 10/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/15/04 | ATTY # 0349: 34 COPIES | 5.10 |
| 10/15/04 | ATTY # 0349: 2 COPIES | .30 |
| 10/16/04 | ATTY # 0885: 26 COPIES | 3.90 |
| 10/16/04 | ATTY # 0885: 11 COPIES | 1.65 |
| 10/17/04 | ATTY # 0885; 17 COPIES | 2.55 |
| 10/17/04 | ATTY # 0349: 130 COPIES | 19.50 |
| 10/17/04 | ATTY # 0559: 12 COPIES | 1.80 |

172573 W. R. Grace & Co.                    Invoice Number  1213298
60028  ZAI Science Trial                    Page  10
        November 19, 2004

| Date | Description | Amount |
|---|---|---|
| 10/17/04 | ATTY # 0559: 5 COPIES | .75 |
| 10/18/04 | ATTY # 0856; 6 COPIES | .90 |
| 10/18/04 | ATTY # 0349: 66 COPIES | 9.90 |
| 10/18/04 | ATTY # 0885: 18 COPIES | 2.70 |
| 10/19/04 | ATTY # 1274; 24 COPIES | 3.60 |
| 10/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/19/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/20/04 | Meal Expense - - VENDOR:MONTE CELLO'S PIZZA--PIZZA FOR SIX PEOPLE (INCLUDING DEBTORS' IN HOUSE COUNSEL)FOR WORKING LUNCHEON IN PREPARATION FOR ZAI SCIENCE TRIAL. | 43.77 |
| 10/20/04 | ATTY # 0559; 52 COPIES | 7.80 |
| 10/21/04 | ATTY # 0559; 15 COPIES | 2.25 |
| 10/22/04 | General Expense - -COSTS OF 4 BINDERS TO BE USED FOR ZAI SCIENCE TRIAL. | 13.91 |
| 10/25/04 | ATTY # 0559; 350 COPIES | 52.50 |
| 10/25/04 | ATTY # 0349: 1 COPIES | .15 |
| 10/26/04 | ATTY # 0559: 1 COPIES | .15 |
| 10/29/04 | ATTY # 0559; 56 COPIES | 8.40 |
| 10/31/04 | Transcript Expense - - VENDOR:J&J COURT TRANSCRIBERS, INC. - TRANSCRIPT OF MOTION FOR SUMMARY JUDEMENT BEFORE THE HONORABLE JUDITH K. FITZGERALD, US BANKRUPTCY COURT JUDGE. | 1238.59 |

                        CURRENT EXPENSES            2,527.77
                                                ------------
                TOTAL BALANCE DUE UPON RECEIPT      $2,527.77
                                                ==============