# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

Objection Deadline: January 27, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FORTY-FIRST MONTHLY INTERIM PERIOD
## FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

Name of Applicant:  Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:  July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:  November 1, 2004 through November 30, 2004

Amount of Compensation sought as actual, Reasonable, and necessary:  $29,207.50

Amount of Expense Reimbursement sought as Actual, reasonable, and necessary:  $1,858.91

This an: X monthly  ___ interim  ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |

| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-first application for monthly interim compensation of services filed with the Bankruptcy Court in these Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 8.60 | $4,257.00 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 36.60 | $17,019.00 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 2.90 | $1,073.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 7.40 | $1,739.00 |
| Jayme L. Butcher | Associate | 3 Years | Litigation | $235.00 | 15.90 | $3,736.50 |
| Janice E. Falini | Associate | 1 Year | Bankruptcy | $200.00 | 1.20 | $240.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | .60 | $87.00 |
| John B. Lord | Paralegal | 12 Years | Litigation | $160.00 | 6.60 | $1,056.00 |

Total Fees:  $29,207.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 25.10 | $7,636.00 |
| ZAI Science Trial | 39.90 | $18,600.50 |
| Fee Applications | 14.80 | $2,971.00 |
| **Total:** | **79.80** | **$29,207.50** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | ---- | $1.65 |
| Duplicating/Printing | $87.00 | $70.50 |
| Duplicating -- Outside | $1,372.65 | ---- |
| Postage Expense | ---- | $2.49 |
| Other Databases -- Courtlink | $23.73 | ---- |
| Courier Service – Outside | $16.08 | $18.57 |
| Meal Expense | ---- | $263.24 |
| Binding Charge | ---- | $3.00 |
|  |  | $359.45 |
| SUBTOTAL | $1,499.46 |  |
| TOTAL |  | **$1,858.91** |

Dated:  January 7, 2005

REED SMITH LLP

By:  /s/ Kurt F. Gwynne

Kurt F. Gwynne (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: kgwynne@reedsmith.com

and

James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1225902
One Town Center Road                     Invoice Date        12/31/04
Boca Raton, FL   33486                   Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

   Fees                             7,636.00

              TOTAL BALANCE DUE UPON RECEIPT        $7,636.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1225902 |
| Invoice Date | 12/31/04 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/04 | Bentz | Review of materials from R. Finke regarding Canadian claims. | .30 |
| 11/01/04 | Butcher | Draft digest of depositions of expert witnesses' testimony in third party asbestos suit. | .30 |
| 11/01/04 | Cameron | Review materials from R. Finke regarding asbestos claims. | .90 |
| 11/01/04 | Lord | Continue to update 2002 service list. | .40 |
| 11/05/04 | Bentz | Review of agenda for Omnibus hearing. | .50 |
| 11/07/04 | Butcher | Draft deposition digest of expert witnesses' testimony in third party asbestos suit. | 1.20 |
| 11/08/04 | Bentz | Review of EPA statements regarding cleavage fragments. | .60 |
| 11/08/04 | Butcher | Draft deposition digest of expert witnesses' testimony in third paraty asbestos suit. | 1.40 |
| 11/10/04 | Bentz | Review of revised agenda for Omnibus hearing. | .40 |
| 11/10/04 | Butcher | Draft deposition digests of expert witnesses' testimony in third party asbestos suit. | 1.10 |

172573  W. R. Grace & Co.                          Invoice Number  1225902
60026   Litigation and Litigation Consulting       Page    2
        December 31, 2004


     Date    Name                                                      Hours
  --------  ----------                                                 -----


  11/15/04 Butcher          Draft deposition digests of expert          4.90
                            witnesses' testimony in third
                            party asbestos suit.

  11/17/04 Butcher          Draft deposition digest of expert           1.40
                            witnesses' testimony in third
                            party asbestos suit.

  11/18/04 Butcher          Draft deposition digest of expert           2.80
                            witnesses' testimony in third
                            party asbestos suit.

  11/22/04 Cameron          Review Disclosure Statement                 1.80
                            regarding issues relating to
                            asbestos property damage and ZAI
                            litigation.

  11/22/04 Restivo          Review property damage aspects of           1.50
                            plan of reorganization, TDPs, etc.
                            (1.0); meeting with P. Singer re:
                            same (.5).

  11/23/04 Bentz            Corresponding with counsel at                .30
                            Kirkland & Ellis regarding
                            deposition transcript needed by
                            bankruptcy counsel.

  11/24/04 Butcher          Review documents produced by the            2.80
                            EPA in response to FOIA requests.

  11/29/04 Cameron          Review Plan and Disclosure                   1.90
                            Statement regarding treatment of
                            asbestos claims (1.7); discuss
                            same with J. Restivo (0.2).

  11/30/04 Atkinson         Prepare file for deposition                  .20
                            transcripts in other litigation.

  11/30/04 Bentz            Review of additional materials               .40
                            regarding Canadian claims.

                                                                       ------
                                                TOTAL HOURS             25.10

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
        December 31, 2004

Invoice Number  1225902
Page   3

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| James J. Restivo Jr. | 1.50 | at | $ | 495.00 | = | 742.50 |
| Douglas E. Cameron | 4.60 | at | $ | 465.00 | = | 2,139.00 |
| James W Bentz | 2.50 | at | $ | 370.00 | = | 925.00 |
| Jayme L. Butcher | 15.90 | at | $ | 235.00 | = | 3,736.50 |
| John B. Lord | 0.40 | at | $ | 160.00 | = | 64.00 |
| Maureen L. Atkinson | 0.20 | at | $ | 145.00 | = | 29.00 |

CURRENT FEES                                    7,636.00

                                             ------------
TOTAL BALANCE DUE UPON RECEIPT                $7,636.00
                                             =============

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number      1225903
5400 Broken Sound Blvd., N.W.      Invoice Date       12/31/04
Boca Raton, FL 33487               Client Number       172573
```

=========================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          18,600.50

               TOTAL BALANCE DUE UPON RECEIPT     $18,600.50
                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1225903 |
| Invoice Date | 12/31/04 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 11/01/04 | Restivo | Receipt and review of new pleadings and emails re: ZAI Science Trial. | .70 |
| 11/04/04 | Restivo | Telephone call to Westbrook re: Science Trial hearing issues. | .40 |
| 11/05/04 | Cameron | Telephone call with R. Finke regarding ZAI matters (0.4); review materials from R. Finke regarding ZAI case (0.9). | 1.30 |
| 11/07/04 | Cameron | Review Canadian ZAI-related materials from R. Finke (0.9) and e-mails to J. Restivo regarding same (0.4). | 1.30 |
| 11/08/04 | Cameron | Meet with J. Restivo to follow-up on issues regarding ZAI Science Trial record (0.4); telephone call with E. Westbrook regarding same (0.3); review files for videotapes (0.8). | 1.50 |
| 11/08/04 | Restivo | Review status of hearing and telephone conversation with Westbrook. | .50 |
| 11/09/04 | Cameron | Continued review of materials from R. Finke regarding Canadian ZAI-related actions (0.9); review videotapes for supplementation of record (1.8). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  1225903
60028  ZAI Science Trial                          Page    2
         December 31, 2004

| Date | Name | | Hours |
|------|------|------|-------|
| 11/09/04 | Restivo | Consider additional record submissions re: ZAI Science Trial. | 1.00 |
| 11/10/04 | Cameron | Review of videotapes for purposes of supplementing the record. | 1.40 |
| 11/11/04 | Cameron | Prepare for and participate in telephone call with R. Finke regarding Canadian ZAI-related claims (0.4); further review of videotapes regarding record supplementation (1.4). | 1.80 |
| 11/12/04 | Cameron | Review video tapes for supplementation of record. | .80 |
| 11/15/04 | Cameron | Review tapes regarding supplementation of the record. | 1.10 |
| 11/15/04 | Restivo | Review new pleadings and correspondence relating to ZAI Science Trial. | .50 |
| 11/16/04 | Cameron | Review videotapes and materials to supplement the record. | 1.20 |
| 11/17/04 | Atkinson | Review ZAI Science Trial files for Deposition transcripts. | .40 |
| 11/17/04 | Bentz | Responding to Kirkland & Ellis request for information from ZAI Science Trial. | .40 |
| 11/17/04 | Cameron | Review materials from E. Westbrook regarding record supplementation. | .90 |
| 11/18/04 | Cameron | Prepare for and participate in telephone call with R. Finke, D. Siegel and J. Restivo regarding status of ZAI matter and strategy issues (0.9); meet with J. Restivo regarding same (0.4); finalize review of videotapes and materials to supplement the summary judgment record (2.6); e-mails, telephone call and draft letter regarding same (0.9). | 4.80 |

172573 W. R. Grace & Co.                          Invoice Number  1225903
60028  ZAI Science Trial                          Page    3
       December 31, 2004

       Date    Name                                              Hours
    --------  -----------                                        -----

11/18/04 Restivo       Preparation for (0.6) and           1.50
                       telephone conference (0.9) with D.
                       Siegel, R. Finke and D. Cameron
                       re: ZAI Science Trial issues.

11/19/04 Cameron       Prepare and revise letter to Judge  1.60
                       Fitzgerald re: supplementation of
                       the record (0.8); multiple e-mails
                       with ZAI claimants' counsel re:
                       same (0.6); telephone call with J.
                       Restivo re: same (.2).

11/20/04 Cameron       Review materials relating to ZAI    1.60
                       claims and Disclosure Statement
                       regarding same.

11/21/04 Cameron       Prepare and review draft             .90
                       stipulation regarding record
                       supplementation.

11/22/04 Cameron       Review and revise draft            1.70
                       stipulation re: supplementation of
                       the record (0.8); e-mails
                       regarding same (0.4); meet with J.
                       Restivo regarding ZAI Science
                       Trial status and strategy issues
                       (0.5).

11/23/04 Cameron       E-mails regarding stipulation.       .60

11/23/04 Restivo       Telephone calls with Muha (0.1),     .50
                       Westbrook (0.2) and Finke (0.2).

11/24/04 Cameron       Finalize and prepare stipulation   2.00
                       for filing (0.8); telephone call
                       to R. Finke regarding ZAI issues
                       (0.3); review disclosure statement
                       regarding same (0.9).

11/26/04 Cameron       Review materials relating to         .90
                       Canadian ZAI claims.

11/28/04 Cameron       Review of Canadian ZAI claims.       .90

11/29/04 Cameron       Review of memorandum regarding ZAI   .90
                       claims in Canada.

11/29/04 Restivo       Telephone call with R. Finke       1.00
                       (0.4); review status of record in
                       ZAI Science Trial (0.6).

172573 W. R. Grace & Co.
60028  ZAI Science Trial
         December 31, 2004

Invoice Number  1225903
Page    4

| Date | Name | | Hours |
|------|------|------|-------|
| 11/30/04 | Cameron | Meet with J. Restivo regarding calls with ZAI counsel and Grace in-house counsel (0.3); review materials received from Grace regarding ZAI Canadian class actions (1.8). | 2.10 |
| 11/30/04 | Restivo | Telephone calls and meetings with Finke (0.3), Westbrook (0.4) and Cameron (0.3). | 1.00 |

TOTAL HOURS    39.90

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| James J. Restivo Jr. | 7.10 | at $ | 495.00 | = | 3,514.50 |
| Douglas E. Cameron | 32.00 | at $ | 465.00 | = | 14,880.00 |
| James W Bentz | 0.40 | at $ | 370.00 | = | 148.00 |
| Maureen L. Atkinson | 0.40 | at $ | 145.00 | = | 58.00 |

CURRENT FEES                                    18,600.50


TOTAL BALANCE DUE UPON RECEIPT        $18,600.50

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number     1225904
5400 Broken Sound Blvd., N.W.        Invoice Date       12/31/04
Boca Raton, FL 33487                 Client Number       172573
```

==========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

   Fees                           2,971.00

                TOTAL BALANCE DUE UPON RECEIPT     $2,971.00
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1225904 |
| Invoice Date | 12/31/04 |
| Client Number | 172573 |
| Matter Number | 60029 |

============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 11/02/04 | Falini | Reviewed CNO for Reed Smith's 38th monthly fee application. | .20 |
| 11/02/04 | Lord | Revise, e-file and perfect service for CNO for 38th monthly application (.4); draft correspondence to Grace re: same (.2). | .60 |
| 11/04/04 | Muha | Detailed revisions to October 2004 fee and expense detail to comply with fee auditor's guidelines. | 1.50 |
| 11/05/04 | Muha | Revisions to October 2004 monthly fee application. | 1.20 |
| 11/08/04 | Lord | Research docket for hearing date for interim fee application (.2); review, revise and prepare 14th interim fee application for e-filing and service (.9). | 1.10 |
| 11/09/04 | Falini | Reviewed Reed Smith's 14th quarterly fee application (0.3). | .30 |
| 11/10/04 | Lord | Revise and e-file RS 14th quarterly fee application (.8); revise and perfect service for same (.6). | 1.40 |
| 11/10/04 | Muha | Additional revisions to October 2004 fee and expense details for monthly fee application. | .70 |

172573  W. R. Grace & Co.                          Invoice Number   1225904
60029   Fee Applications-Applicant                 Page    2
        December 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 11/16/04 | Muha | Attend to various fee application issues re: pending fee applications and October 2004 application. | .80 |
| 11/19/04 | Lord | Discussion with K. Gwynne re: response to call from Trustee regarding 39th monthly fee application (.1); respond to Trustee re: same (.2). | .30 |
| 11/22/04 | Muha | Draft summary form for October 2004 fee application. | 1.30 |
| 11/23/04 | Falini | Reviewed CNO for Reed Smith's 39th monthly fee application (0.2); reviewed Reed Smith's 40th monthly fee application (0.5). | .70 |
| 11/23/04 | Lord | Research docket and draft CNO/service for 39th monthly fee application (.4); e-mails with A. Muha re: same (.1); review, revise and prepare 40th monthly fee application for e-filing and service (1.0). | 1.50 |
| 11/23/04 | Muha | Continue drafting and revising summary form for October 2004 fee application (1.3); final review and correspondence with J. Lord re: filing (0.3). | 1.60 |
| 11/24/04 | Lord | E-file and perfect service of CNO for 39th monthly application (.4); prepare correspondence to R. Finke re: same (.1). | .50 |
| 11/24/04 | Muha | Correspondence re: filing of monthly fee application and review information re: CNO for September 2004 application. | .30 |
| 11/29/04 | Lord | E-file and perfect hard/electronic service for 40th monthly fee application. | .80 |

                                                            ------
                                        TOTAL HOURS          14.80

172573  W. R. Grace & Co.                          Invoice Number   1225904
60029   Fee Applications-Applicant                 Page    3
        December 31, 2004

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Andrew J. Muha | 7.40 | at $ | 235.00 | = | 1,739.00 |
| Janice E. Falini | 1.20 | at $ | 200.00 | = | 240.00 |
| John B. Lord | 6.20 | at $ | 160.00 | = | 992.00 |

                         CURRENT FEES                             2,971.00

                                                             ------------
                 TOTAL BALANCE DUE UPON RECEIPT                 $2,971.00
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL    33486                  Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


Expenses                          1,499.46

                TOTAL BALANCE DUE UPON RECEIPT        $1,499.46
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number         60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Courtlink                           23.73
    Duplicating/Printing/Scanning       87.00
    Courier Service - Outside           16.08
    Outside Duplicating              1,372.65

              CURRENT EXPENSES                     1,499.46
                                                 -------------

              TOTAL BALANCE DUE UPON RECEIPT      $1,499.46
                                                 =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R Grace & Co.                        Invoice Number      1225906
One Town Center Road                   Invoice Date      12/31/04
Boca Raton, FL    33486                Client Number       172573
                                       Matter Number        60026
```

=========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/31/04 | PACER--Electronic docket document retrieval services. | 23.73 |
| 11/01/04 | ATTY # 0887: 44 COPIES | 6.60 |
| 11/02/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/10/04 | ATTY # 0718; 242 COPIES | 36.30 |
| 11/17/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/17/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/23/04 | ATTY # 0885; 18 COPIES | 2.70 |
| 11/23/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                          Invoice Number  1225906
60026  Litigation and Litigation Consulting       Page   2
       December 31, 2004


| | | |
|---|---|---:|
| 11/23/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/24/04 | ATTY # 0718; 12 COPIES | 1.80 |
| 11/29/04 | Outside Duplicating - - Copying for hardcopy service of monthly fee application materials. | 61.30 |
| 11/29/04 | ATTY # 0710: 9 COPIES | 1.35 |
| 11/29/04 | ATTY # 0559: 6 COPIES | .90 |
| 11/29/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 11/29/04 | ATTY # 0718; 176 COPIES | 26.40 |
| 11/29/04 | ATTY # 0559; 12 COPIES | 1.80 |
| 11/30/04 | Outside Duplicating - -Copying for hardcopy service of quarterly fee application materials. | 250.40 |
| 11/30/04 | Outside Duplicating - -Copying for hardcopy service of quarterly fee application materials. | 1060.95 |

                              CURRENT EXPENSES              1,499.46
                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $1,499.46
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1225907
5400 Broken Sound Blvd., N.W.        Invoice Date        12/31/04
Boca Raton, FL 33487                 Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

   Expenses                            359.45


            TOTAL BALANCE DUE UPON RECEIPT         $359.45
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                             Invoice Number      1225907
5400 Broken Sound Blvd., N.W.           Invoice Date       12/31/04
Boca Raton, FL 33487                    Client Number       172573
                                        Matter Number        60028

==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                          3.00
    Telephone Expense                       1.65
    Duplicating/Printing/Scanning          70.50
    Postage Expense                         2.49
    Courier Service - Outside              18.57
    Meal Expense                          263.24

            CURRENT EXPENSES                            359.45
                                                  -------------

            TOTAL BALANCE DUE UPON RECEIPT         $359.45
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1225907
5400 Broken Sound Blvd., N.W.            Invoice Date       12/31/04
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


========================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/01/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/06/04 | Meal Expense - - VENDOR:MARK'S GRILLE & CATERING - (DOUG CAMERON)-Lunch for 12 people in Conference Room 9 A/B during lunch break in ZAI Science Trial (10/18/04) | 201.48 |
| 11/08/04 | 843-727-6513/CHARLESTON, SC/8 | .40 |
| 11/08/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | Meal Expense - - VENDOR:QUIZNO'S CLASSIC SUBS (DOUG CAMERON)--Lunch for 6 people for strategy meeting luncheon in preparation for ZAI Science Trial (10/14/04) | 61.76 |
| 11/09/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885: 2 COPIES | .30 |
| 11/17/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885; 23 COPIES | 3.45 |
| 11/17/04 | ATTY # 0856; 30 COPIES | 4.50 |
| 11/17/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/18/04 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number   1225907
60028  ZAI Science Trial                          Page   2
       December 31, 2004

| | | |
|---|---|---|
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 3 COPIES | .45 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/19/04 | ATTY # 0559: 4 COPIES | .60 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/19/04 | ATTY # 0559; 24 COPIES | 3.60 |
| 11/19/04 | ATTY # 0559; 13 COPIES | 1.95 |
| 11/19/04 | ATTY # 0559; 1 COPIES | .15 |
| 11/19/04 | Postage Expense | .83 |
| 11/19/04 | Postage Expense | 1.06 |
| 11/22/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 3 COPIES | .45 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | ATTY # 0559: 2 COPIES | .30 |
| 11/22/04 | Binding Charge | 3.00 |
| 11/22/04 | 301-315-0200/ROCKVILLE, MD/2 | .10 |
| 11/23/04 | 561-362-1533/BOCA RATON, FL/10 | .50 |
| 11/23/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/23/04 | ATTY # 0885: 2 COPIES | .30 |

```
172573  W. R. Grace & Co.                    Invoice Number  1225907
60028   ZAI Science Trial                    Page    3
        December 31, 2004
```

| Date | Description | Amount |
|------|-------------|-------:|
| 11/23/04 | Postage Expense | .60 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 6 COPIES | .90 |
| 11/24/04 | ATTY # 0701: 3 COPIES | .45 |
| 11/24/04 | ATTY # 0856; 57 COPIES | 8.55 |
| 11/24/04 | ATTY # 0701; 89 COPIES | 13.35 |
| 11/24/04 | ATTY # 0701; 2 COPIES | .30 |
| 11/24/04 | ATTY # 0559; 36 COPIES | 5.40 |
| 11/24/04 | Courier Service - 00843 UPS - Shipped from Jayme Butcher, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace & Co. (BOCA RATON FL 33487). | 18.57 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/30/04 | 843-727-6513/CHARLESTON, SC/11 | .55 |
| 11/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559; 33 COPIES | 4.95 |

```
                          CURRENT EXPENSES              359.45
                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT          $359.45
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL    33486                  Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


     Expenses                              1,499.46

                        TOTAL BALANCE DUE UPON RECEIPT        $1,499.46
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date       12/31/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Courtlink                              23.73
        Duplicating/Printing/Scanning          87.00
        Courier Service - Outside              16.08
        Outside Duplicating                 1,372.65

                CURRENT EXPENSES                        1,499.46
                                                     -------------

                TOTAL BALANCE DUE UPON RECEIPT        $1,499.46
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1225906
One Town Center Road                     Invoice Date      12/31/04
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/31/04 | PACER--Electronic docket document retrieval services. | 23.73 |
| 11/01/04 | ATTY # 0887: 44 COPIES | 6.60 |
| 11/02/04 | ATTY # 0718; 18 COPIES | 2.70 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/09/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/10/04 | ATTY # 0718; 242 COPIES | 36.30 |
| 11/17/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 11/17/04 | Courier Service - 00843 UPS - Shipped from James Bentz, Reed Smith LLP - Pittsburgh to Christopher C. Chiou, Kirkland & Ellis LLP (WASHINGTON DC 20005). | 8.04 |
| 11/23/04 | ATTY # 0885; 18 COPIES | 2.70 |
| 11/23/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |
| 11/23/04 | ATTY # 0710: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                          Invoice Number  1225906
60026  Litigation and Litigation Consulting        Page    2
       December 31, 2004


11/23/04    Courier Service - 00843 UPS - Shipped from          8.04
            James Bentz, Reed Smith LLP - Pittsburgh to
            Christopher C. Chiou, Kirkland & Ellis LLP
            (WASHINGTON DC 20005).

11/24/04    ATTY # 0718; 12 COPIES                              1.80

11/29/04    Outside Duplicating - - Copying for hardcopy       61.30
            service of monthly fee application materials.

11/29/04    ATTY # 0710: 9 COPIES                               1.35

11/29/04    ATTY # 0559: 6 COPIES                                .90


11/29/04    ATTY # 0559: 12 COPIES                              1.80


11/29/04    ATTY # 0718; 176 COPIES                            26.40

11/29/04    ATTY # 0559; 12 COPIES                              1.80

11/30/04    Outside Duplicating - -Copying for hardcopy       250.40
            service of quarterly fee application materials.

11/30/04    Outside Duplicating - -Copying for hardcopy      1060.95
            service of quarterly fee application materials.

                        CURRENT EXPENSES                     1,499.46
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $1,499.46
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1225907
5400 Broken Sound Blvd., N.W.        Invoice Date       12/31/04
Boca Raton, FL 33487                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

   Expenses                       359.45


            TOTAL BALANCE DUE UPON RECEIPT        $359.45
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1225907
5400 Broken Sound Blvd., N.W.        Invoice Date       12/31/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

      Binding Charge                      3.00
      Telephone Expense                   1.65
      Duplicating/Printing/Scanning      70.50
      Postage Expense                     2.49
      Courier Service - Outside          18.57
      Meal Expense                      263.24

              CURRENT EXPENSES                      359.45
                                               --------------

              TOTAL BALANCE DUE UPON RECEIPT      $359.45
                                               ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1225907
5400 Broken Sound Blvd., N.W.        Invoice Date       12/31/04
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/01/04 | ATTY # 0349: 1 COPIES | .15 |
| 11/06/04 | Meal Expense - - VENDOR:MARK'S GRILLE & CATERING - (DOUG CAMERON)-Lunch for 12 people in Conference Room 9 A/B during lunch break in ZAI Science Trial (10/18/04) | 201.48 |
| 11/08/04 | 843-727-6513/CHARLESTON, SC/8 | .40 |
| 11/08/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | Meal Expense - - VENDOR:QUIZNO'S CLASSIC SUBS (DOUG CAMERON)--Lunch for 6 people for strategy meeting luncheon in preparation for ZAI Science Trial (10/14/04) | 61.76 |
| 11/09/04 | ATTY # 0559; 32 COPIES | 4.80 |
| 11/09/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885: 2 COPIES | .30 |
| 11/17/04 | ATTY # 0885: 1 COPIES | .15 |
| 11/17/04 | ATTY # 0885; 23 COPIES | 3.45 |
| 11/17/04 | ATTY # 0856; 30 COPIES | 4.50 |
| 11/17/04 | ATTY # 0885; 1 COPIES | .15 |
| 11/18/04 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 11/19/04 | ATTY # 0559: 9 COPIES | 1.35 |
| 11/19/04 | ATTY # 0559: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1225907
60028  ZAI Science Trial                          Page   2
       December 31, 2004


11/19/04   ATTY # 0559: 1 COPIES                              .15

11/19/04   ATTY # 0559: 3 COPIES                              .45

11/19/04   ATTY # 0559: 1 COPIES                              .15

11/19/04   ATTY # 0559: 1 COPIES                              .15

11/19/04   ATTY # 0559: 1 COPIES                              .15

11/19/04   ATTY # 0559: 1 COPIES                              .15

11/19/04   ATTY # 0559: 4 COPIES                              .60

11/19/04   ATTY # 0559: 9 COPIES                             1.35

11/19/04   ATTY # 0559: 2 COPIES                              .30

11/19/04   ATTY # 0559: 2 COPIES                              .30

11/19/04   ATTY # 0559; 24 COPIES                            3.60

11/19/04   ATTY # 0559; 13 COPIES                            1.95

11/19/04   ATTY # 0559; 1 COPIES                              .15

11/19/04   Postage Expense                                    .83

11/19/04   Postage Expense                                   1.06

11/22/04   ATTY # 0349: 2 COPIES                              .30

11/22/04   ATTY # 0559: 7 COPIES                             1.05

11/22/04   ATTY # 0559: 2 COPIES                              .30

11/22/04   ATTY # 0559: 3 COPIES                              .45

11/22/04   ATTY # 0559: 2 COPIES                              .30

11/22/04   ATTY # 0559: 2 COPIES                              .30

11/22/04   Binding Charge                                    3.00

11/22/04   301-315-0200/ROCKVILLE, MD/2                       .10

11/23/04   561-362-1533/BOCA RATON, FL/10                     .50

11/23/04   ATTY # 0885: 1 COPIES                              .15

11/23/04   ATTY # 0885: 2 COPIES                              .30

172573  W. R. Grace & Co.
60028  ZAI Science Trial
       December 31, 2004

Invoice Number  1225907
Page   3

| Date | Description | Amount |
|------|-------------|-------|
| 11/23/04 | Postage Expense | .60 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 1 COPIES | .15 |
| 11/24/04 | ATTY # 0701: 6 COPIES | .90 |
| 11/24/04 | ATTY # 0701: 3 COPIES | .45 |
| 11/24/04 | ATTY # 0856; 57 COPIES | 8.55 |
| 11/24/04 | ATTY # 0701; 89 COPIES | 13.35 |
| 11/24/04 | ATTY # 0701; 2 COPIES | .30 |
| 11/24/04 | ATTY # 0559; 36 COPIES | 5.40 |
| 11/24/04 | Courier Service - 00843 UPS - Shipped from Jayme Butcher, Reed Smith LLP - Pittsburgh to Richard C. Finke, Esq., W.R. Grace & Co. (BOCA RATON FL 33487). | 18.57 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/29/04 | ATTY # 0559; 16 COPIES | 2.40 |
| 11/30/04 | 843-727-6513/CHARLESTON, SC/11 | .55 |
| 11/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559: 1 COPIES | .15 |
| 11/30/04 | ATTY # 0559; 33 COPIES | 4.95 |

CURRENT EXPENSES                    359.45
                              ------------
TOTAL BALANCE DUE UPON RECEIPT       $359.45
                              ============