# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: March 4, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCT LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE FORTY-SECOND MONTHLY INTERIM PERIOD
### FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | December 1, 2004 through December 31, 2004 |
| Amount of Fees sought as actual, Reasonable, and necessary: | $123,722.25 |
| Amount of Expenses sought as actual, Reasonable, and necessary: | $2,596.89 |

This an: <u>X</u> monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



Docket No. 7721
Date Filed 2/9/05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |

| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
|--------|--------------------------|--------------|-----------|---------------------------------|---------------------------------|
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 10 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $3,000.00.

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 33 Years | Litigation | $495.00 | 53.50 | $26,482.50 |
| Lawrence E. Flatley | Partner | 29 Years | Litigation | $470.00 | 28.00 | $13,160.00 |
| W. Thomas McGough, Jr. | Partner | 26 Years | Litigation | $560.00 | 3.30 | $1,848.00 |
| Thomas M. Freeman | Partner | 21 Years | Litigation | $415.00 | 13.05 | $5,415.75 |
| Douglas E. Cameron | Partner | 19 Years | Litigation | $465.00 | 90.30 | $41,989.50 |
| James W. Bentz | Partner | 15 Years | Litigation | $370.00 | 20.80 | $7,696.00 |
| Stephanie L. Mendelsohn | Partner | 13 Years | Regulatory Litigation | $380.00 | 16.05 | $6,099.00 |
| Andrew J. Muha | Associate | 3 Years | Litigation | $235.00 | 48.50 | $11,397.50 |
| Jayme L. Butcher | Associate | 3 Years | Litigation | $235.00 | 16.80 | $3,948.00 |
| Janice E. Falini | Associate | 1 Year | Bankruptcy | $200.00 | .20 | $40.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 26 Years | Litigation | $145.00 | 36.40 | $5,278.00 |
| John B. Lord | Paralegal | 12 Years | Litigation | $160.00 | 2.30 | $368.00 |

Total Fees:  $123,722.25

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 4.10 | $1,370.50 |
| ZAI Science Trial | 1.70 | $820.50 |
| Fee Applications | 5.20 | $1,203.00 |
| Montana Grand Jury Investigation | 289.10 | $108,813.50 |
| Records Retention Project (Business Operations) | 29.10 | $11,514.75 |
| **Total:** | **329.20** | **$123,722.25** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.50 | $0.45 |
| Duplicating/Printing | $1,843.05 | $135.55 |
| Duplicating -- Outside | $124.40 | $285.10 |
| Postage Expense | $0.60 | $5.64 |
| Other Databases -- Courtlink | $77.28 | ---- |
| Courier Service -- Outside | $12.51 | ---- |
| General Expense - Tabs | $41.94 | ---- |
| Secretarial Overtime | $60.00 | ---- |
| Copies (Business Operations - 60034**) | $5.00 | ---- |
| Courier Service -- Outside (Business Operations – 600034**) | $3.87 | ---- |
| SUBTOTAL | $2,171.15 | $425.74 |
| TOTAL | | **$2,596.89** |

** See attached fee detail for description of expenses.

Dated: February 9, 2005
      Wilmington, Delaware

REED SMITH LLP

/s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
1201 Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail: kgwynne@reedsmith.com

    and

James J. Restivo, Jr., Esquire
Lawrence E. Flatley, Esquire
Douglas E. Cameron, Esquire
435 Sixth Avenue
Pittsburgh, PA  15219
Telephone:  (412) 288-3131
Facsimile:  (412) 288-3063

Special Asbestos Products Liability Defense
Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1236268 |
| Invoice Date | 01/31/05 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 12/01/04 | Cameron | Review Plan and Disclosure Statement regarding asbestos property damage claim litigation issues. | .90 |
| 12/13/04 | Lord | Various response e-mails to A. Muha re: CNO and related fee application inquires. | .30 |
| 12/17/04 | Atkinson | Check files for counsel addresses per D. Carickoff request. | .80 |
| 12/17/04 | Bentz | Review of agenda for Omnibus hearing. | .30 |
| 12/17/04 | Cameron | Review e-mails and telephone call with R. Finke regarding bar date motion. | .50 |
| 12/20/04 | Atkinson | Review files and e-mail to K. Yee regarding attorneys in Paul Price action. | .50 |
| 12/22/04 | Cameron | Review of materials relating to motion for bar date and suggestion to court of protocol relating to litigation issues. | .80 |

TOTAL HOURS    4.10

```
172573 W. R. Grace & Co.                    Invoice Number  1236268
60026  Litigation and Litigation Consulting Page    2
       January 31, 2005
```

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 2.20 | at $ | 465.00 | = | 1,023.00 |
| James W Bentz | 0.30 | at $ | 370.00 | = | 111.00 |
| John B. Lord | 0.30 | at $ | 160.00 | = | 48.00 |
| Maureen L. Atkinson | 1.30 | at $ | 145.00 | = | 188.50 |

```
                     CURRENT FEES                      1,370.50


                                                      ------------
          TOTAL BALANCE DUE UPON RECEIPT               $1,370.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1236269
5400 Broken Sound Blvd., N.W.            Invoice Date       01/31/05
Boca Raton, FL 33487                     Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                                        820.50


              TOTAL BALANCE DUE UPON RECEIPT          $820.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1236269 |
| Invoice Date | 01/31/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 12/02/04 | Cameron | Meet with J. Restivo regarding ZAI Science Trial issues. | .40 |
| 12/02/04 | Restivo | Calls with scheduling clerk, Finke and Westbrook re: ZAI Science Trial issues. | 1.00 |
| 12/03/04 | Cameron | Meet with J. Restivo regarding ZAI issues. | .30 |

TOTAL HOURS    1.70

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| James J. Restivo Jr. | 1.00 at $ 495.00 = | | 495.00 |
| Douglas E. Cameron | 0.70 at $ 465.00 = | | 325.50 |

CURRENT FEES                          820.50

TOTAL BALANCE DUE UPON RECEIPT        $820.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1236270
5400 Broken Sound Blvd., N.W.        Invoice Date       01/31/05
Boca Raton, FL 33487                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                          1,203.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $1,203.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1236270
5400 Broken Sound Blvd., N.W.        Invoice Date        01/31/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|--|------|

| 12/07/04 | Falini | Reviewed Certificate of No Objection for Reed Smith's Fourteenth Interim Quarterly Fee Application. | .20 |
| 12/07/04 | Lord | Research docket and draft CNO/service for 14th quarterly fee application. | .50 |
| 12/08/04 | Lord | Research docket, revise and e-file CNO for 14th quarterly fee application (.4); perfect service for same (.1). | .50 |
| 12/13/04 | Muha | Revisions to November 2004 fee and expense details for monthly fee application (.8); draft report on fee application issues to D. Cameron (.5). | 1.30 |
| 12/22/04 | Lord | Research docket for objections and draft CNO for 40th monthly fee application (.4); prepare service for same (.1) | .50 |
| 12/23/04 | Lord | E-file and perfect service for 40th monthly CNO (.4); draft correspondence to R.Finke re: same (.1). | .50 |
| 12/23/04 | Muha | Revisions to fee/expense detail for November 2004 fee application. | .60 |

```
172573  W. R. Grace & Co.                    Invoice Number  1236270
60029   Fee Applications-Applicant           Page    2
        January 31, 2005


    Date   Name                                              Hours
  -------- -----------                                       -----


  12/28/04 Cameron          Review of materials relating to    .60
                            fee applications and e-mails
                            regarding same.


  12/29/04 Muha             Additional revisions to November   .50
                            2004 monthly fee application.

                                                            ------
                                          TOTAL HOURS         5.20


  TIME SUMMARY            Hours        Rate         Value
  ------------------------ -----------------------  -------
  Douglas E. Cameron       0.60  at  $  465.00  =   279.00
  Andrew J. Muha           2.40  at  $  235.00  =   564.00
  Janice E. Falini         0.20  at  $  200.00  =    40.00
  John B. Lord             2.00  at  $  160.00  =   320.00

                           CURRENT FEES                      1,203.00


                                                          ------------
              TOTAL BALANCE DUE UPON RECEIPT                $1,203.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1181025 |
| One Town Center Road | Invoice Date | 02/04/05 |
| Boca Raton, FL    33486 | Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60034)  Records Retention Project (Business Operations)

Fees                                6,664.00
Expenses                                0.00

        TOTAL BALANCE DUE UPON RECEIPT        $6,664.00
                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1181025
One Town Center Road                     Date                02/04/05
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60034

==============================================================================

Re: (60034)  Records Retention Project (Business Operations)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2004

  Date    Name                                                   Hours
-------- -----------                                             -----

06/30/04 Freeman          Telephone conference with Mr.           .40
                          Whittier re: record management
                          program policy review.

07/02/04 Freeman          Review of record retention             .90
                          schedule and distribution
                          memorandum and office conference
                          with Ms. Mendelsohn re: strategy
                          and proposal for future handling,
                          including telephone message for
                          Mr. Whittier.

07/02/04 Mendelsohn       Review record retention materials     1.00
                          from client.

07/06/04 Freeman          Prepare for and participate in        1.00
                          telephone conference with Mr.
                          Whittier and Ms. Mendelsohn re:
                          record retention policy.

07/06/04 Mendelsohn       Analysis regarding questions to        .80
                          raise in discussion with Mr.
                          Whittier and recommendations to
                          make (.2);  telephone conference
                          with Mr. Whittier regarding record
                          management schedule that is to be
                          distributed (.6).

07/12/04 Freeman          Review and revise draft litigation    1.20
                          hold letter and records management
                          questionnaires to IT personnel and
                          business representatives.

172573  W. R. Grace & Co.                           Invoice Number  1181025
60034   Records Retention Project                   Page    2
        February 4, 2004

| Date | Name | | Hours |
|------|------|---|-------|
| 07/12/04 | Mendelsohn | Customize data identification and IT questionnaires before providing to Mr. Whittier (1.8); draft exemplar document preservation letter to employees (\6); review Mr. Whittier's draft memo to accompany distribution of policy and consider what background and statement of purpose language could be included (.9). | 3.30 |
| 07/13/04 | Freeman | Revise questionnaires for Mr. Whittier re: records management program (1.2) and revise memorandum re: revision of retention schedules (1.4). | 2.60 |
| 07/13/04 | Mendelsohn | Review and revise statement of purpose and benefits to incude in memo to be distribued along with draft policy and retention schedule . | .60 |
| 07/14/04 | Freeman | Exchange e-mails with Mr. Whittier re: record management program re: status and future handling (.3); office conference with Ms. Mendelsohn re: further review and revision of retention schedule and outline of proposal to Mr. Whittier for development, implementation and enforcement of the record management program (.4). | .70 |
| 07/14/04 | Mendelsohn | Review record retention schedule and analysis regarding organization of same and categorize records covered by currect schedule. | 1.40 |
| 07/15/04 | Freeman | Office conference with Ms. Mendelsohn re: W. R. Grace retention periods (.6); telephone conference with Mr. Whittier re: record retention management and action plan (.6). | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1181025
60034  Records Retention Project            Page   3
       February 4, 2004


   Date   Name                                              Hours
-------- -----------                                        -----

07/15/04 Mendelsohn      Further anlaysis of record          1.70
                         retention schedule to formulate
                         recommendation for organizing by
                         functional areas (1.3) and
                         telephone conference with Mr.
                         Whittier regarding same (0.4).

                                                            ------
                                       TOTAL HOURS           16.80


TIME SUMMARY                 Hours        Rate        Value
------------------------  ----------------------   --------
Thomas M. Freeman         8.00  at  $  415.00  =   3,320.00
Stephanie L. Mendelsohn   8.80  at  $  380.00  =   3,344.00

                          CURRENT FEES                        6,664.00


                                                          ------------
                    TOTAL BALANCE DUE UPON RECEIPT          $6,664.00
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number      1236683 |
| One Town Center Road | Invoice Date      02/04/05 |
| Boca Raton, FL    33486 | Client Number      172573 |

================================================================================

Re: W. R. Grace & Co.


(60034)  Records Retention Project (Business Operations)

| | |
|---|---|
| Fees | 4,850.75 |
| Expenses | 8.87 |
| | ------------ |
| TOTAL BALANCE DUE UPON RECEIPT | $4,859.62 |
| | ============ |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1236683
One Town Center Road                     Invoice Date    02/04/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60034


==============================================================================

Re: (60034)  Records Retention Project (Business Operations)

FOR PROFESSIONAL SERVICES PROVIDED FROM AUGUST 1, 2004 THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 08/02/04 | Mendelsohn | Review and analysis of version of Grace Policy 424 that Mr. Whittier redlined and reorganize so that records that serve similar functions are grouped together | 1.20 |
| 08/04/04 | Freeman | Review and revision of record retention schedule (1.2); conference with Ms. Jensen re use of database for revision of schedule (.2). | 1.40 |
| 08/04/04 | Mendelsohn | Prepare memo to distribution list regarding background of project, need for update of existing policy, and benefits from records management (.8); analysis regarding organization of current plan and identify additional functional types of records that are represented such as general corporate records and recognize accordingly and continue to edit and revise retention schedule (1.4); analysis regarding specifications for database that can collect responses from distribution list (.4) | 2.60 |
| 08/05/04 | Freeman | Review and revise retention schedule (1.1); revise draft policy (1.2); outline pending issues and action plan (1.1) and | 3.65 |

172573 W. R. Grace & Co.                    Invoice Number  1236683
60034  Records Retention Project            Page   2
       February 4, 2005

    Date   Name                                              Hours
    ------ ----------                                        -----

                    review and revise database (.25).

08/05/04 Mendelsohn    Continue to review and revise         3.45
                       retention schedule, identify
                       questions to resolve that will
                       impact ability to verify retention
                       periods such as geographic scope
                       of policy (.9) and write memo with
                       questions and action items (2.3);
                       review exemplar database and
                       reformulate fields that will be
                       included and views that will be
                       available (.25)

                                                            ------
                                        TOTAL HOURS          12.30


TIME SUMMARY            Hours        Rate        Value
--------------------   ---------   ---------   --------
Thomas M. Freeman       5.05  at  $ 415.00  =  2,095.75
Stephanie L. Mendelsohn 7.25  at  $ 380.00  =  2,755.00

                       CURRENT FEES                       4,850.75


FOR COSTS ADVANCED AND EXPENSES INCURRED:

08/05/04   ATTY # 5494: 3 COPIES                             .45

08/05/04   ATTY # 5494: 5 COPIES                             .75

08/05/04   ATTY # 5494: 14 COPIES                           1.60

08/05/04   ATTY # 5494: 12 COPIES                           1.30

08/05/04   ATTY # 5460: 3 COPIES                             .45

08/05/04   ATTY # 5460: 3 COPIES                             .45

08/05/04   Courier Service - UPS - Shipped from             3.87
           Linda Pringle, Reed Smith LLP - Oakland to Scott
           Whittier, W.R. Grace (COLUMBIA MD 21044)

                       CURRENT EXPENSES                      8.87
                                                        ------------
                       TOTAL BALANCE DUE UPON RECEIPT   $4,859.62
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1236271
One Town Center Road                     Invoice Date      01/31/05
Boca Raton, FL    33486                  Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                          108,813.50
    Expenses                            0.00

           TOTAL BALANCE DUE UPON RECEIPT      $108,813.50
                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1236271
One Town Center Road                     Invoice Date        01/31/05
Boca Raton, FL    33486                  Client Number         172573
                                         Matter Number          60035

========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH DECEMBER 31, 2004

| Date | Name | | Hours |
|------|------|------|-------|
| 12/01/04 | Atkinson | Prepare list of depositions (0.7); review files from storage (1.1). | 1.80 |
| 12/02/04 | Atkinson | Locate deposition transcripts. | .40 |
| 12/03/04 | Atkinson | Collect e-mail copies of deposition transcripts. | .70 |
| 12/03/04 | Cameron | Multiple e-mails and telephone calls regarding grand jury investigation (1.4); review materials from R. Finke regarding same (0.8). | 2.20 |
| 12/05/04 | Cameron | Review materials relating to grand jury investigation. | 1.80 |
| 12/06/04 | Cameron | Meet with J. Restivo and e-mails relating to grand jury issues. | .80 |
| 12/07/04 | Bentz | Review of government subpoena. | .40 |
| 12/07/04 | Cameron | Meet with J. Restivo regarding grand jury issue. | .80 |
| 12/07/04 | Restivo | Telephone calls and meetings re: subpoena. | 1.00 |
| 12/08/04 | Cameron | Continued review of materials and meetings with T. McGough regarding issues relating to Montana investigation (2.4); follow-up telephone calls with R. Finke regarding same (0.4); multiple | 3.10 |

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page    2
       January 31, 2005


    Date    Name                                              Hours
    ------- -----------                                       -----
                        telephone calls with J. Restivo
                        regarding same (0.3).

12/08/04 McGough Jr.    Conference with D. Cameron re:          2.00
                        Montana situation and review of
                        documents.

12/09/04 Atkinson       Draft letter and transcript copy         .80
                        of deposition/exhibits.

12/09/04 Cameron        Telephone call with R. Finke and       5.10
                        T. McGough regarding grand jury
                        investigation (0.3); meet with T.
                        McGough regarding same (0.4);
                        follow-up telephone call with
                        Grace in-house counsel (.4);
                        e-mails regarding same (0.8);
                        review materials relating to grand
                        jury investigation (2.1); review
                        deposition testimony per Kirkland
                        & Ellis request (0.8); meet with
                        J. Restivo regarding same (0.3).

12/09/04 McGough Jr.    Conferences with D. Cameron.            .50

12/09/04 Restivo        Discussions with Reed Smith team       1.50
                        re: grand jury inviestigation.

12/10/04 Atkinson       Per D. Cameron e-mail requests,         .90
                        locate, copies made of Grace
                        documents.

12/10/04 Cameron        Multiple e-mails relating to grand     7.10
                        jury investigation (1.4); research
                        and review materials to provide to
                        in-house counsel and K&E (1.9);
                        prepare and revise summary of
                        comments to grand jury materials
                        received from in-house counsel
                        (3.3); telephone call with L.
                        Flatley regarding same (0.3);
                        telephone call with J. Restivo
                        regarding same (0.2).

12/10/04 Flatley        Review and respond to e-mails          3.10
                        (0.2); review draft indictment,
                        outline thoughts and e-mail to

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035 Grand Jury Investigation                    Page    3
       January 31, 2005

     Date    Name                                                Hours
     ------- -----------                                         -----


                          clients with comments on the
                          indictment (2.6); call with D.
                          Cameron and review his e-mail on
                          draft indictment (0.3).

     12/10/04 Restivo     Telephone call with D. Cameron re:        .30
                          government investigation.

     12/11/04 Cameron     Review materials relating to grand       1.90
                          jury investigation and e-mails re:
                          same.

     12/13/04 Atkinson    Arrange to have materials scanned         .60
                          to send to Kirkland & Ellis.

     12/13/04 Cameron     Additional research for materials        3.40
                          requested by K&E and e-mails
                          regarding grand jury investigation
                          (1.1); telephone call with Grace
                          in-house counsel and L. Flatley
                          regarding same (0.4); follow-up
                          e-mails regarding same (0.3);
                          review grand jury materials in
                          preparation for conference calls
                          with Grace counsel (1.4);
                          telephone call with J. Restivo
                          regarding same (0.2).

     12/13/04 Flatley     E-mails re: scheduling call (0.1);        .30
                          call with D. Cameron re: proposed
                          conference call and preparation
                          for it(0.2).

     12/13/04 McGough Jr.  Review of grand jury investigation       .80
                          materials.

     12/13/04 Restivo     Review materials and information         1.00
                          re: grand jury matters.

     12/14/04 Atkinson    Review grand jury investigation         1.60
                          documents.

     12/14/04 Butcher     Meeting with D. Cameron and A.          1.10
                          Muha re: grand jury investigation
                          (.20); review materials re: grand
                          jury investigation and assignment
                          (.90).

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page   4
        January 31, 2005


    Date   Name                                              Hours
    ------ -----------                                       -----

    12/14/04 Cameron          Review of documents and           5.80
                              preparation for conference call
                              with client and co-counsel
                              regarding grand jury investigation
                              strategy (1.8); participate in
                              conference call regarding same
                              (1.1); follow-up meeting regarding
                              allocation of responsibilities,
                              identification of tasks and
                              identification of necessary data
                              (0.4); begin collection of data
                              and organization of outline for
                              presentation relating to grand
                              jury investigation (2.2); meet
                              with J. Butcher, A. Muha and M.
                              Atkinson regarding same (0.3).

    12/14/04 Flatley          Prepare for conference call        2.60
                              (1.10); conference call with
                              client and co-counsel and
                              follow-up with J. Restivo and D.
                              Cameron (1.50).

    12/14/04 Muha             Meet with D. Cameron re: work       .40
                              relating to government
                              investigation (0.3); forward
                              materials to D. Cameron (0.1).

    12/14/04 Restivo          Preparation for (0.7) and          2.50
                              conference call with client and
                              follow-up meetings (1.8) re:
                              government action.

    12/15/04 Butcher          Review documents relating to grand  .80
                              jury investigation.

    12/15/04 Cameron          Review materials received from     3.70
                              counsel (1.80); continued review
                              of outline and summaries (1.90).

    12/15/04 Flatley          Begin review of documents          1.50
                              referenced in grand jury
                              investigation.

    12/15/04 Restivo          Review and parse draft government  2.00
                              investigation document.

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
January 31, 2005

Invoice Number   1236271
Page   5

| Date | Name | | Hours |
| ------ | ------ | --- | ----- |
| 12/16/04 | Atkinson | Attend strategy meeting with J. Restivo, L. Flatley, D. Cameron, A. Muha re: response to grand jury investigation (1.60); searches for documents for materials for A. Muha and L. Flatley (1.40); review files re: proposed findings (.30). | 3.30 |
| 12/16/04 | Cameron | Prepare for and attend strategy meeting with J. Restivo, L. Flatley, A. Muha and M. Atkinson regarding allocation of responsibility for grand jury investigation matter and discussion of outlines for substantive presentations (1.9); review documents received from counsel and begin preparation of outline and summary materials (2.7); review draft letter and begin work on comments (0.9). | 5.50 |
| 12/16/04 | Flatley | Prepare for and attend meeting with Reed Smith team and follow-up with A. Muha about response (1.8); reviewing government documents and outlining response (3.0). | 4.80 |
| 12/16/04 | Muha | Prepare for and attend team meeting with Reed Smith team re: government investigation (1.6); begin review of report and documents and draft materials to begin work on response (4.9). | 6.50 |
| 12/16/04 | Restivo | Prepare for and attend strategy planning re: government investigation (1.5) and review new government materials (0.5). | 2.00 |
| 12/17/04 | Atkinson | Searches and review files for documents. | 4.40 |
| 12/17/04 | Cameron | Review and comment on draft letter Letter re: grand jury investigation (1.8); calls and emails to client and team re: investigation (1.4); work on draft response outline (2.9). | 6.10 |

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page   6
        January 31, 2005


| Date | Name | | Hours |
|------|------|--|-------|

| 12/17/04 | Flatley | Review draft letter and e-mails on it (.50); call with D. Cameron (.20);  work on response to issuess raised in grand jury investigation (7.40). | 8.10 |
| 12/17/04 | Muha | Review and analyze government documents (6.6); draft memorandum (3.6). | 10.20 |
| 12/17/04 | Restivo | Begin compiling response to specific allegations of government. | 5.00 |
| 12/18/04 | Cameron | Review draft indictment, draft letter to government and various file documents to prepare and revise draft bullet-point outline for presentation. | 2.50 |
| 12/18/04 | Restivo | Continue work on response. | 3.50 |
| 12/19/04 | Cameron | Continued document review and preparation of presentation. | 2.00 |
| 12/20/04 | Atkinson | Searches for documents for response (1.9); copies of reports to D. Cameron (1.2); review files for references (0.7). | 3.80 |
| 12/20/04 | Bentz | Work in response to portions of Government's grand jury investigation. | 4.50 |
| 12/20/04 | Butcher | Review documents relating to response. | 1.60 |
| 12/20/04 | Cameron | Multiple meetings with J. Restivo regarding grand jury investigation work (0.8); multiple telephone calls with L. Flatley regarding same (0.4); meet with J. Bentz regarding same (0.5); prepare, review and revise portions of draft outline response (3.2); review of extensive documents to assist preparation of presentation (2.9). | 7.80 |

172573 W. R. Grace & Co.                          Invoice Number  1236271
60035  Grand Jury Investigation                   Page    7
       January 31, 2005


        Date   Name                                               Hours
     --------  -----------                                        -----


     12/20/04 Flatley         Continue work on response to          3.50
                              issues raised in grand jury
                              investigation (3.10); with J.
                              Bentz (.10); call with D. Cameron
                              (.20); call with A. Muha (.10).

     12/20/04 Muha            Work on materials in response to      4.60
                              grand jury investigation.

     12/20/04 Restivo         Continue work on resonse to grand     6.80
                              jury investigation.

     12/21/04 Atkinson        Perform searches for documents to     2.70
                              respond to grand jury
                              investigation, and copies of same
                              (0.6); review multiple files for
                              documents to D. Cameron in
                              connection with response to draft
                              indictment (2.1).

     12/21/04 Butcher         Assist in preparation of portions     3.60
                              of response.

     12/21/04 Cameron         Continued review of and revisions     6.90
                              to outline for presentation
                              relating to grand jury
                              investigation (5.8); meet with J.
                              Restivo regarding same (0.3);
                              multiple e-mails regarding same
                              (0.8).

     12/21/04 Flatley         Continue work on portions of          3.90
                              response.

     12/21/04 Muha            Review and revise parts of outline    5.90
                              for response (3.2); meet with J.
                              Butcher (0.5), L. Flatley (0.3)
                              and J. Bentz (0.2) re: same; meet
                              with J. Restivo re: documents
                              (0.3); research additional
                              documents for response (1.4).

     12/21/04 Restivo         Continue work on response.            6.60

     12/22/04 Atkinson        Searches regarding testing (1.0);     3.80
                              review files, documents copied for
                              response (2.8).

     12/22/04 Bentz           Work on portions of response.         4.80

172573 W. R. Grace & Co.                      Invoice Number  1236271
60035  Grand Jury Investigation              Page   8
       January 31, 2005


    Date   Name                                                  Hours
 --------  -----------                                           -----

 12/22/04 Butcher           Assist in preparing portions of      2.40
                            response.

 12/22/04 Cameron           Continued preparation and review     8.70
                            of and revisions to proposed
                            outline of presentation relating
                            to grand jury investigation (4.9);
                            multiple meetings with J. Restivo
                            and e-mails regarding same (0.9);
                            review of government documents and
                            rebuttal documents (2.9).

 12/22/04 Muha              Revisions to portions of new         7.50
                            drafts of response (2.2);  review
                            documents relating to outline and
                            add references (3.7); assemble
                            outline/summary (1.6).

 12/22/04 Restivo           Continue work on response,           7.10
                            including meetings with D.
                            Cameron, L. Flatley, A. Muha and
                            J. Butcher re: same.

 12/23/04 Atkinson          Locate documents for response.        .80

 12/23/04 Bentz             Continue work on portions of         4.60
                            response.

 12/23/04 Butcher           Assist in preparation of portions    3.20
                            of response.

 12/23/04 Cameron           Review of revised outline and        1.60
                            minimum changes.

 12/23/04 Muha              Meet with J. Restivo to review and   3.20
                            revise draft response.

 12/23/04 Restivo           Continue work on response,           5.00
                            including meeting with A. Muha re:
                            documentation.

 12/26/04 Cameron           Review additional documents for      2.40
                            use in outline.

 12/27/04 Atkinson          Meeting with Grace Team to review    6.50
                            and complete response (2.6);
                            prepare and review materials for
                            Kirkland & Ellis, W.R. Grace, and
                            J. Restivo (3.9).

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
       January 31, 2005

Invoice Number  1236271
Page   9

| Date | Name | | Hours |
|------|------|---|-------|
| 12/27/04 | Bentz | Attending meeting regarding response (2.7); work on portions of response, including review of additional documents (2.1). | 4.80 |
| 12/27/04 | Butcher | Attend team meeting (2.7); assist in revision of part of response (1.4). | 4.10 |
| 12/27/04 | Cameron | Review and revise draft outline (1.2); prepare for and attend portion of meeting with various Grace team members regarding outline (2.4); follow-up e-mails and telephone calls regarding same (0.8). | 4.40 |
| 12/27/04 | Muha | Review latest draft of response outline and J. Bentz' comments to same (0.8); attend team meeting to discuss strategy and revisions/additions to response (2.7); continue review, analysis and revisions to final version of response (4.1). | 7.60 |
| 12/27/04 | Restivo | Continue work on response. | 7.20 |
| 12/28/04 | Atkinson | Prepare binders of materials relating to response to draft indictment for D. Cameron, L. Flatley and J. Restivo (1.9). | 2.40 |
| 12/28/04 | Bentz | Continue work on portions of response. | 1.40 |
| 12/28/04 | Cameron | Review of final outline (0.7) and review/organization of extensive documents (1.9). | 2.60 |
| 12/28/04 | Restivo | Review and revise response. | 1.00 |
| 12/29/04 | Atkinson | Prepare materials for use with response. | .60 |
| 12/29/04 | Flatley | Review and reply to e-mails relating to grand jury investigation. | .20 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
     January 31, 2005

Invoice Number   1236271
Page   10

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 12/29/04 | Muha | Reorganize outline materials. | .20 |
| 12/31/04 | Cameron | E-mails regarding meeting and preparation issues. | .60 |

TOTAL HOURS   289.10

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| James J. Restivo Jr. | 52.50 | at $ | 495.00 | = | 25,987.50 |
| Lawrence E. Flatley | 28.00 | at $ | 470.00 | = | 13,160.00 |
| W. Thomas McGough, Jr. | 3.30 | at $ | 560.00 | = | 1,848.00 |
| Douglas E. Cameron | 86.80 | at $ | 465.00 | = | 40,362.00 |
| James W Bentz | 20.50 | at $ | 370.00 | = | 7,585.00 |
| Jayme L. Butcher | 16.80 | at $ | 235.00 | = | 3,948.00 |
| Andrew J. Muha | 46.10 | at $ | 235.00 | = | 10,833.50 |
| Maureen L. Atkinson | 35.10 | at $ | 145.00 | = | 5,089.50 |

CURRENT FEES                          108,813.50

TOTAL BALANCE DUE UPON RECEIPT        $108,813.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | | |
|---|---|---|
| Invoice Number | 1236274 |
| Invoice Date | 01/31/05 |
| Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Expenses                           2,162.28

                TOTAL BALANCE DUE UPON RECEIPT        $2,162.28
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1236274
One Town Center Road                     Invoice Date        01/31/05
Boca Raton, FL    33486                  Client Number         172573
                                         Matter Number          60026

========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                          2.50
    Courtlink                                 77.28
    Duplicating/Printing/Scanning          1,843.05
    Postage Expense                            0.60
    Courier Service - Outside                 12.51
    Outside Duplicating                      124.40
    Secretarial Overtime                      60.00
    General Expense                           41.94

                CURRENT EXPENSES                          2,162.28
                                                       --------------

                TOTAL BALANCE DUE UPON RECEIPT          $2,162.28
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1236274
One Town Center Road                     Invoice Date       01/31/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026

===================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 11/30/04 | PACER--Electronic docket document retrieval charges. | 68.88 |
| 12/01/04 | ATTY # 0710: 18 COPIES | 2.70 |
| 12/06/04 | ATTY #0885: 1 COPY | .15 |
| 12/08/04 | 410-531-4355/COLUMBIA, MD/26 | 1.30 |
| 12/09/04 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson Reed Smith LLP, Pittsburgh to Tyler Mace, Esq. Kirkland & Ellis (WASHINGTON DC 20005).  1Z2644280194476914 | 12.51 |
| 12/10/04 | ATTY # 0856; 222 COPIES | 33.30 |
| 12/10/04 | ATTY # 0856; 60 COPIES | 9.00 |
| 12/10/04 | ATTY # 0856; 169 COPIES | 25.35 |
| 12/10/04 | ATTY # 0559: 4 COPIES | .60 |
| 12/10/04 | ATTY # 0559: 4 COPIES | .60 |
| 12/10/04 | ATTY # 0559: 4 COPIES | .60 |
| 12/10/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 12/10/04 | Duplicating/Printing/Scanning | -3.15 |
| 12/13/04 | ATTY # 0349: 15 COPIES | 2.25 |
| 12/13/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/14/04 | ATTY # 0559; 4 COPIES | .60 |

```
172573 W. R. Grace & Co.                        Invoice Number  1236274
 60026  Litigation and Litigation Consulting     Page    2
        January 31, 2005
```

| Date | Description | Amount |
|---|---|---|
| 12/14/04 | ATTY # 0559; 4 COPIES | .60 |
| 12/14/04 | ATTY # 0349; 4 COPIES | .60 |
| 12/14/04 | ATTY # 0559; 170 COPIES | 25.50 |
| 12/14/04 | ATTY # 0856; 6 COPIES | .90 |
| 12/14/04 | ATTY # 0856; 14 COPIES | 2.10 |
| 12/14/04 | ATTY # 0856; 8 COPIES | 1.20 |
| 12/14/04 | ATTY # 0856; 44 COPIES | 6.60 |
| 12/14/04 | ATTY # 0856; 14 COPIES | 2.10 |
| 12/14/04 | ATTY # 0856; 12 COPIES | 1.80 |
| 12/14/04 | ATTY # 0349: 66 COPIES | 9.90 |
| 12/14/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/14/04 | ATTY # 0396: 1 COPIES | .15 |
| 12/14/04 | ATTY # 0396: 1 COPIES | .15 |
| 12/15/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/15/04 | ATTY # 0559; 112 COPIES | 16.80 |
| 12/15/04 | ATTY # 0559; 8 COPIES | 1.20 |
| 12/15/04 | ATTY # 0559; 40 COPIES | 6.00 |
| 12/15/04 | ATTY # 0559; 2588 COPIES | 388.20 |
| 12/16/04 | Outside Duplicating - - Copying for hard-copy service of CNO. | 61.30 |
| 12/16/04 | ATTY # 0701: 119 COPIES | 17.85 |
| 12/16/04 | ATTY # 0710: 4 COPIES | .60 |
| 12/16/04 | ATTY # 0710: 10 COPIES | 1.50 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |
| 12/16/04 | ATTY # 0396: 2 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number   1236274
  60026  Litigation and Litigation Consulting      Page    3
         January 31, 2005

| 12/16/04 | ATTY # 0856: 1 COPIES | .15 |
|---|---|---|
| 12/16/04 | ATTY # 0710; 235 COPIES | 35.25 |
| 12/16/04 | ATTY # 0856; 212 COPIES | 31.80 |
| 12/16/04 | ATTY # 0856; 32 COPIES | 4.80 |
| 12/16/04 | ATTY # 0856; 43 COPIES | 6.45 |
| 12/16/04 | ATTY # 0856; 45 COPIES | 6.75 |
| 12/17/04 | ATTY # 0710: 8 COPIES | 1.20 |
| 12/17/04 | ATTY # 0559: 11 COPIES | 1.65 |
| 12/17/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/17/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/17/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/17/04 | ATTY # 0559: 12 COPIES | 1.80 |
| 12/17/04 | ATTY # 0396: 3 COPIES | .45 |
| 12/17/04 | ATTY # 0396: 5 COPIES | .75 |
| 12/17/04 | ATTY # 0396: 5 COPIES | .75 |
| 12/17/04 | ATTY # 0396: 10 COPIES | 1.50 |
| 12/17/04 | 561-362-1533/BOCA RATON, FL/9 | .45 |
| 12/17/04 | ATTY # 0856; 9 COPIES | 1.35 |
| 12/17/04 | ATTY # 0710; 33 COPIES | 4.95 |
| 12/17/04 | ATTY # 0559; 455 COPIES | 68.25 |
| 12/17/04 | Duplicating/Printing/Scanning | -13.05 |
| 12/20/04 | Revisions to DI | 15.00 |
| 12/20/04 | ATTY # 0710; 153 COPIES | 22.95 |
| 12/20/04 | ATTY # 0856; 296 COPIES | 44.40 |
| 12/20/04 | ATTY # 0856; 174 COPIES | 26.10 |
| 12/20/04 | ATTY # 0856; 428 COPIES | 64.20 |

172573 W. R. Grace & Co.                          Invoice Number  1236274
 60026  Litigation and Litigation Consulting      Page   4
        January 31, 2005

12/20/04    ATTY # 0885; 177 COPIES                       26.55

12/20/04    ATTY # 0349; 15 COPIES                         2.25

12/20/04    ATTY # 0349; 2 COPIES                           .30

12/20/04    ATTY # 0559; 284 COPIES                       42.60

12/20/04    ATTY # 0710: 35 COPIES                         5.25

12/20/04    ATTY # 0559: 1 COPIES                           .15

12/20/04    ATTY # 0559: 2 COPIES                           .30

12/20/04    ATTY # 0559: 3 COPIES                           .45

12/20/04    ATTY # 0559: 3 COPIES                           .45

12/20/04    ATTY # 0559: 3 COPIES                           .45

12/20/04    ATTY # 0349: 2 COPIES                           .30

12/20/04    ATTY # 0349: 5 COPIES                           .75

12/20/04    ATTY # 0349: 5 COPIES                           .75

12/20/04    ATTY # 0349: 1 COPIES                           .15

12/20/04    ATTY # 0349: 2 COPIES                           .30

12/20/04    ATTY # 0349: 37 COPIES                         5.55

12/20/04    ATTY # 0349: 83 COPIES                        12.45

12/20/04    ATTY # 0349: 8 COPIES                          1.20

12/20/04    ATTY # 0349: 12 COPIES                         1.80

12/20/04    ATTY # 0349: 24 COPIES                         3.60

12/20/04    ATTY # 0349: 24 COPIES                         3.60

12/21/04    Revisions to DI                              45.00

12/21/04    ATTY # 0856; 14 COPIES                         2.10

12/21/04    ATTY # 0856; 109 COPIES                       16.35

12/21/04    ATTY # 0559; 15 COPIES                         2.25

12/21/04    ATTY # 0559; 44 COPIES                         6.60

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
      January 31, 2005

Invoice Number  1236274
Page    5

| Date | Description | Amount |
|---|---|---|
| 12/21/04 | ATTY # 0559; 14 COPIES | 2.10 |
| 12/21/04 | Postage Expense | .60 |
| 12/21/04 | ATTY # 0349: 1 COPY | .15 |
| 12/21/04 | ATTY # 0710: 35 COPIES | 5.25 |
| 12/21/04 | ATTY # 0710: 35 COPIES | 5.25 |
| 12/21/04 | ATTY # 0710: 76 COPIES | 11.40 |
| 12/21/04 | ATTY # 0710: 38 COPIES | 5.70 |
| 12/21/04 | ATTY # 0559: 26 COPIES | 3.90 |
| 12/21/04 | ATTY # 0559: 7 COPIES | 1.05 |
| 12/21/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/21/04 | ATTY # 0559: 5 COPIES | .75 |
| 12/21/04 | ATTY # 0559: 3 COPIES | .45 |
| 12/21/04 | ATTY # 0559: 3 COPIES | .45 |
| 12/21/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/21/04 | ATTY # 0559: 3 COPIES | .45 |
| 12/21/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 12/21/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/21/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/21/04 | ATTY # 0396: 6 COPIES | .90 |
| 12/21/04 | ATTY # 0349: 5 COPIES | .75 |
| 12/21/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/21/04 | ATTY # 0559: 2 COPIES | .30 |
| 12/21/04 | ATTY # 0349: 5 COPIES | .75 |
| 12/21/04 | ATTY # 0349: 32 COPIES | 4.80 |
| 12/21/04 | ATTY # 0349: 26 COPIES | 3.90 |

172573 W. R. Grace & Co.                          Invoice Number  1236274
 60026  Litigation and Litigation Consulting       Page   6
        January 31, 2005

| | | |
|---|---|---:|
| 12/21/04 | ATTY # 0349: 26 COPIES | 3.90 |
| 12/21/04 | ATTY # 0349: 26 COPIES | 3.90 |
| 12/21/04 | ATTY # 0349: 52 COPIES | 7.80 |
| 12/21/04 | ATTY # 0349: 269 COPIES | 40.35 |
| 12/21/04 | 561-362-1551/BOCA RATON, FL/16 | .75 |
| 12/22/04 | ATTY # 0856; 429 COPIES | 64.35 |
| 12/22/04 | ATTY # 0856; 350 COPIES | 52.50 |
| 12/22/04 | ATTY # 0559; 7 COPIES | 1.05 |
| 12/22/04 | ATTY # 0559; 136 COPIES | 20.40 |
| 12/22/04 | ATTY # 0856; 22 COPIES | 3.30 |
| 12/22/04 | ATTY # 0856; 36 COPIES | 5.40 |
| 12/22/04 | ATTY # 0856; 237 COPIES | 35.55 |
| 12/22/04 | ATTY # 0856; 102 COPIES | 15.30 |
| 12/22/04 | ATTY # 0710; 62 COPIES | 9.30 |
| 12/22/04 | ATTY # 0710; 20 COPIES | 3.00 |
| 12/22/04 | ATTY # 0710; 14 COPIES | 2.10 |
| 12/22/04 | ATTY # 0856; 135 COPIES | 20.25 |
| 12/22/04 | ATTY # 0710; 55 COPIES | 8.25 |
| 12/22/04 | ATTY # 0710; 630 COPIES | 94.50 |
| 12/22/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/04 | ATTY # 0559: 6 COPIES | .90 |
| 12/22/04 | ATTY # 0559: 8 COPIES | 1.20 |
| 12/22/04 | ATTY # 0559: 5 COPIES | .75 |
| 12/22/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/22/04 | ATTY # 0559: 20 COPIES | 3.00 |

172573 W. R. Grace & Co.                          Invoice Number   1236274
  60026  Litigation and Litigation Consulting     Page    7
         January 31, 2005

12/22/04    ATTY # 0559: 2 COPIES                             .30

12/22/04    ATTY # 0559: 11 COPIES                          1.65

12/22/04    ATTY # 0559: 10 COPIES                          1.50

12/22/04    ATTY # 0559: 21 COPIES                          3.15

12/22/04    ATTY # 0559: 8 COPIES                           1.20

12/22/04    ATTY # 0856: 9 COPIES                           1.35

12/22/04    ATTY # 0856: 1 COPIES                            .15

12/22/04    ATTY # 0349: 50 COPIES                          7.50

12/22/04    ATTY # 0349: 10 COPIES                          1.50

12/22/04    ATTY # 0349: 51 COPIES                          7.65

12/22/04    ATTY # 0349: 5 COPIES                            .75

12/22/04    ATTY # 0349: 51 COPIES                          7.65

12/22/04    ATTY # 0349: 56 COPIES                          8.40

12/22/04    ATTY # 0349: 55 COPIES                          8.25

12/22/04    ATTY # 0349: 51 COPIES                          7.65

12/22/04    ATTY # 0349: 50 COPIES                          7.50

12/22/04    ATTY # 0349: 57 COPIES                          8.55

12/22/04    ATTY # 0559: 5 COPIES                            .75

12/23/04    ATTY # 0559; 16 COPIES                          2.40

12/23/04    ATTY # 0349: 56 COPIES                          8.40

12/23/04    ATTY # 0349: 61 COPIES                          9.15

12/23/04    ATTY # 0349: 2 COPIES                            .30

12/23/04    ATTY # 0349: 1 COPIES                            .15

12/23/04    ATTY # 0349: 83 COPIES                         12.45

12/27/04    ATTY # 0856; 84 COPIES                         12.60

12/27/04    ATTY # 0856; 12 COPIES                          1.80

172573 W. R. Grace & Co.                        Invoice Number  1236274
 60026  Litigation and Litigation Consulting    Page   8
        January 31, 2005

| Date | Description | Amount |
|---|---|---|
| 12/27/04 | ATTY # 0856; 354 COPIES | 53.10 |
| 12/27/04 | ATTY # 0856; 236 COPIES | 35.40 |
| 12/27/04 | ATTY # 0856; 76 COPIES | 11.40 |
| 12/27/04 | ATTY # 0701; 22 COPIES | 3.30 |
| 12/27/04 | ATTY # 0856; 66 COPIES | 9.90 |
| 12/27/04 | ATTY # 0349; 9 COPIES | 1.35 |
| 12/27/04 | ATTY # 0856; 62 COPIES | 9.30 |
| 12/27/04 | ATTY # 0349: 7 COPIES | 1.05 |
| 12/27/04 | ATTY # 0349: 76 COPIES | 11.40 |
| 12/27/04 | ATTY # 0349: 58 COPIES | 8.70 |
| 12/27/04 | ATTY # 0349: 59 COPIES | 8.85 |
| 12/27/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/27/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/28/04 | ATTY # 0856; 382 COPIES | 57.30 |
| 12/28/04 | ATTY # 0856; 59 COPIES | 8.85 |
| 12/28/04 | ATTY # 0856; 246 COPIES | 36.90 |
| 12/28/04 | ATTY # 0349: 7 COPIES | 1.05 |
| 12/28/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/28/04 | ATTY # 0559: 1 COPIES | .15 |
| 12/28/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/29/04 | Outside Duplicating - - Copying for hard-copy service of CNO. | 63.10 |
| 12/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/30/04 | ATTY # 0349: 2 COPIES | .30 |
| 12/30/04 | ATTY # 0710: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
    January 31, 2005

Invoice Number   1236274
Page    9

| Date | Description | Amount |
|---|---|---|
| 12/31/04 | General Expense - -Tabs for binders of documents attached to draft indictment response. | 3.00 |
| 12/31/04 | General Expense - -Tabs for binders of documents attached to draft indictment response. | 11.98 |
| 12/31/04 | General Expense - -Tabs for binders of documents attached to draft indictment response. | 26.96 |
| 12/31/04 | PACER - - Electronic Docket Retrieval Charge | 8.40 |

CURRENT EXPENSES      2,162.28
------------
TOTAL BALANCE DUE UPON RECEIPT      $2,162.28
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1236275
5400 Broken Sound Blvd., N.W.            Invoice Date       01/31/05
Boca Raton, FL 33487                     Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial


    Expenses                        425.74

                TOTAL BALANCE DUE UPON RECEIPT        $425.74
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                             Invoice Number        1236275
5400 Broken Sound Blvd., N.W.           Invoice Date         01/31/05
Boca Raton, FL 33487                    Client Number          172573
                                        Matter Number           60028

==============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                       0.45
        Duplicating/Printing/Scanning         134.55
        Postage Expense                         5.64
        Outside Duplicating                   285.10

                        CURRENT EXPENSES                   425.74
                                                    -------------

                TOTAL BALANCE DUE UPON RECEIPT            $425.74
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1236275
5400 Broken Sound Blvd., N.W.        Invoice Date      01/31/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


================================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

12/01/04    ATTY # 0856: 1 COPIES                        .15

12/01/04    ATTY # 0856: 1 COPIES                        .15

12/01/04    ATTY # 0856: 1 COPIES                        .15

12/01/04    ATTY # 0856: 1 COPIES                        .15

12/02/04    561-362-1533/BOCA RATON, FL/3                .15

12/02/04    561-362-1554/BOCA RATON, FL/4                .20

12/02/04    561-362-1533/BOCA RATON, FL/2                .10

12/03/04    ATTY # 0856; 107 COPIES                    16.05

12/03/04    ATTY # 0856; 44 COPIES                      6.60

12/06/04    Postage Expense                             4.90

12/09/04    ATTY # 0856; 74 COPIES                     11.10

12/09/04    ATTY # 0856; 463 COPIES                    69.45

12/09/04    ATTY # 0856; 74 COPIES                     11.10

12/09/04    ATTY # 0856: 2 COPIES                        .30

12/09/04    ATTY # 0856: 3 COPIES                        .45

12/09/04    Postage Expense                              .74

12/10/04    ATTY # 0559; 28 COPIES                      4.20

12/10/04    ATTY # 0559; 6 COPIES                        .90

172573 W. R. Grace & Co.                    Invoice Number  1236275
60028  ZAI Science Trial                     Page   2
       January 31, 2005


12/10/04    ATTY # 0559; 86 COPIES                          12.90

12/10/04    ATTY # 0559; 2 COPIES                             .30

12/10/04    ATTY # 0559: 2 COPIES                             .30

12/10/04    ATTY # 0559: 2 COPIES                             .30

12/15/04    Outside Duplicating - -Duplication of           285.10
            videotapes of ZAI exposure test trials.

                          CURRENT EXPENSES                  425.74
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT    $425.74
                                                        =============