## EXHIBIT A

### Asset Analysis and Recovery (1.10 Hours; $ 792.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $720 | 792.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/30/2004 | PVL | 720.00 | 1.10 | Review e-mail (.1); review 4 miscellaneous filings (.1); teleconference Biswas (.1); review Buckwalter op. re FCR (.3); review LTC 3d quarter report (.1); teleconference Hurford (.4). |

**Total Task Code .01        1.10**

### Business Operations (.10 Hours; $ 79.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $795 | 79.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/30/2004 | EI | 795.00 | 0.10 | Third quarter results. |

**Total Task Code .03        .10**

### Case Administration (52.20 Hours; $ 18,452.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $795 | 238.50 |
| Peter Van N. Lockwood | 14.20 | $720 | 10,224.00 |
| Julie W. Davis | 1.10 | $560 | 616.00 |
| Ronald E. Reinsel | .40 | $540 | 216.00 |

| | | | |
|---|---|---|---|
| Rita C. Tobin | 1.70 | $415 | 705.50 |
| Danielle K. Graham | 1.00 | $270 | 270.00 |
| Robert C. Spohn | 15.70 | $200 | 3,140.00 |
| Andrew D. Katznelson | 10.50 | $175 | 1,837.50 |
| David B. Smith | 7.30 | $165 | 1,204.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/4/2004 | DBS | 165.00 | 0.30 | Review and compile incoming pleadings and correspondence for case files. |
| 10/5/2004 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 10/5/2004 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/05/04 (.2). |
| 10/5/2004 | PVL | 720.00 | 0.10 | Review 12 miscellaneous orders. |
| 10/6/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/06/04 (.3). |
| 10/6/2004 | RER | 540.00 | 0.40 | Review hearing memo re 2019 rulings and follow-up. |
| 10/7/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/7/04 (.1). |
| 10/7/2004 | PVL | 720.00 | 0.10 | Review Hurford e-mail and reply. |
| 10/8/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/08/04 (.3). |
| 10/11/2004 | PVL | 720.00 | 0.60 | Teleconference Wyron, Sakalo and Hurford re KWELM order (.5); review e-mail and reply (.1). |
| 10/12/2004 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/12/04 (.6); search files for specific documents requested by attorney (.3). |
| 10/12/2004 | PVL | 720.00 | 0.50 | Review 4 miscellaneous filings (.1); review Acton lift stay motion (.1); review e-mail (.1); teleconference Baer, Sakalo and Hurford (.2). |

| | | | | |
|---|---|---|---|---|
| 10/12/2004 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI. |
| 10/13/2004 | ADK | 175.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 10/13/2004 | PVL | 720.00 | 0.30 | Review 6 miscellaneous filings (.1); teleconference Hurford (.1); review Peterson memo (.1). |
| 10/13/2004 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/13/04 (.5). |
| 10/14/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/14/04 (.3). |
| 10/15/2004 | PVL | 720.00 | 0.20 | Teleconference Sullivan (.1); review agenda (.1). |
| 10/15/2004 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 10/15/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/15/04 (.1). |
| 10/17/2004 | PVL | 720.00 | 0.10 | Review opinion re MVC injunction. |
| 10/18/2004 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 10/18/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/18/04 (.1). |
| 10/19/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/19/04 (.1). |
| 10/19/2004 | PVL | 720.00 | 0.30 | Review e-mail and reply (.1); review Eskin e-mail and reply (.1); review 8 miscellaneous filings (.1). |
| 10/19/2004 | ADK | 175.00 | 0.50 | Researched payment schedule for past payments received. |
| 10/20/2004 | PVL | 720.00 | 0.10 | Review Fed. Ins. motion to strike ACC brief. |

| 10/20/2004 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/20/04 (.5). |
| 10/21/2004 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/21/04 (.5). |
| 10/21/2004 | PVL | 720.00 | 0.30 | Review 2 miscellaneous filings (.1); review stock transfer motion (.2). |
| 10/22/2004 | ADK | 175.00 | 0.50 | Prepared all relevant materials for upcoming Committee conference call. |
| 10/22/2004 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/22/04 (.2). |
| 10/22/2004 | PVL | 720.00 | 0.10 | Review Grace reply re Gandy. |
| 10/25/2004 | RCT | 415.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 10/25/2004 | PVL | 720.00 | 2.40 | Attend omni hearing (1.6); confer Baena and Sakalo (.3); confer counsel for Wachovia (.2); teleconferences EI (.2); review 14 miscellaneous filings (.1). |
| 10/26/2004 | PVL | 720.00 | 0.50 | Review 6 miscellaneous filings (.1); confer JPC re response to motion to clerk (.4). |
| 10/26/2004 | RCS | 200.00 | 0.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/26/04 (.6); retrieve documents requested by attorney (.2). |
| 10/27/2004 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 10/27/2004 | PVL | 720.00 | 0.50 | Confer JWD (.1); review draft opposition to motion to strike ACC appeal (.2); memo to JPC (.1); teleconference EI (.1). |
| 10/27/2004 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 10/27/04 (.2); search docket and retrieve specific documents requested by attorney. |

| 10/28/2004 | PVL | 720.00 | 0.20 | Review Gerard op. (.1); review ACC resp. re motion to strike appeal (.1). |
|---|---|---|---|---|
| 10/28/2004 | DBS | 165.00 | 1.10 | Prepare exhibits to opposition brief for filing with the court. |
| 10/29/2004 | DBS | 165.00 | 0.50 | Prepare exhibits to opposition brief for filing with the court. |
| 10/29/2004 | PVL | 720.00 | 0.30 | Review e-mail (.2); review grand jury correspondence and press release (.1). |
| 10/29/2004 | ADK | 175.00 | 0.50 | Reviewed and edited minutes from Committee conference call for EI. |
| 10/31/2004 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/1/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/1/04 (.3). |
| 11/1/2004 | EI | 795.00 | 0.30 | T/c Budd re: Libby issues (.2); memo re: Montana grand jury (.1). |
| 11/1/2004 | PVL | 720.00 | 0.20 | Review 18 miscellaneous filings. |
| 11/2/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/2/04 (.3). |
| 11/2/2004 | PVL | 720.00 | 0.20 | Review 6 miscellaneous filings (.1); review opposition to action stay relief (.1). |
| 11/2/2004 | RCT | 415.00 | 0.20 | Review weekly recommendation memo re: EI update. |
| 11/3/2004 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/03/04 (.5). |
| 11/3/2004 | ADK | 175.00 | 0.50 | Prepared all needed materials for upcoming Committee meeting for EI. |
| 11/4/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/04/04 (.1). |
| 11/4/2004 | PVL | 720.00 | 0.10 | Review 2 miscellaneous filings. |

| 11/5/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/05/04 (.3). |
| 11/5/2004 | PVL | 720.00 | 0.20 | Review motion re officer defense fees (.1); review e-mail (.1). |
| 11/8/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/08/04 (.1). |
| 11/9/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/09/04  (.1). |
| 11/10/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/10/04 (.1). |
| 11/10/2004 | JWD | 560.00 | 0.40 | Review filings for 11/8-9 |
| 11/11/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/11/04 (.1). |
| 11/12/2004 | JWD | 560.00 | 0.40 | Review filings/correspondence for 11/10-11 |
| 11/12/2004 | JWD | 560.00 | 0.30 | Review agendas for 11/15 hearing, weekly calendars |
| 11/14/2004 | PVL | 720.00 | 0.10 | Review e-mail. |
| 11/15/2004 | PVL | 720.00 | 0.20 | Review 6 miscellaneous filings (.1); review e-mail (.1). |
| 11/15/2004 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/15/04 (.5). |
| 11/15/2004 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 11/15/2004 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 11/16/2004 | PVL | 720.00 | 0.10 | Review Eskin memo and reply. |
| 11/16/2004 | DBS | 165.00 | 1.60 | Compile pleadings for attorney review. |

| 11/16/2004 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/16/04 (.4). |
| 11/17/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/17/04 (.1). |
| 11/17/2004 | ADK | 175.00 | 1.00 | Updated ADK and RCT casebooks and fee books. |
| 11/17/2004 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 11/18/2004 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence receive 11/18/02 (.4). |
| 11/18/2004 | PVL | 720.00 | 0.20 | Review 9 miscellaneous filings. |
| 11/19/2004 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 11/19/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/19/04 (.1). |
| 11/19/2004 | DBS | 165.00 | 0.70 | Search files for memorandum for attorney review. |
| 11/21/2004 | PVL | 720.00 | 0.80 | Review WRG motion re Scotts. |
| 11/22/2004 | PVL | 720.00 | 0.30 | Review 14 miscellaneous filings (.2); e-mail Hurford (.1). |
| 11/23/2004 | DBS | 165.00 | 1.10 | Compile and distribute pleadings for attorney review. |
| 11/23/2004 | PVL | 720.00 | 0.10 | Review 3 miscellaneous filings. |
| 11/23/2004 | DKG | 270.00 | 1.00 | Discussion of case issues with PVNL. |
| 11/24/2004 | DBS | 165.00 | 1.50 | Compile and distribute pleadings for attorney review. |
| 11/29/2004 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/29/04 (.2). |
| 11/29/2004 | PVL | 720.00 | 0.10 | Review 5 miscellaneous filings. |
| 11/30/2004 | DBS | 165.00 | 0.20 | Retrieve court opinion for attorney review. |

| 11/30/2004 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 11/30/04 (.6). |
| 11/30/2004 | RCT | 415.00 | 0.20 | Review local counsel recommendations re: EI update (.2). |
| 11/30/2004 | ADK | 175.00 | 0.50 | Perform review of recently received court documents to identify upcoming hearings and pre-trial and status conferences for EI. |
| 12/1/2004 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/01/04 (.5). |
| 12/1/2004 | DBS | 165.00 | 0.30 | Review court docket. |
| 12/2/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/02/04 (.1). |
| 12/3/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/03/04 (.3). |
| 12/3/2004 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re: EI update. |
| 12/3/2004 | ADK | 175.00 | 1.00 | Created and organized 2005 monthly filing schedule for monthly and interim fee applications. |
| 12/5/2004 | PVL | 720.00 | 0.10 | Review 5 miscellaneous filings. |
| 12/6/2004 | PVL | 720.00 | 0.20 | Teleconference Kivett. |
| 12/7/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received **12/07/04 (.1).** |
| 12/7/2004 | PVL | 720.00 | 0.20 | Review 10/04 MOR (.1); review 5 miscellaneous filings (.1). |
| 12/7/2004 | RCT | 415.00 | 0.10 | Conference with EI re: Horkovich appointment. |
| 12/8/2004 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers and pleadings and correspondence received 12/08/04 (.5). |

| 12/9/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/09/04 (.1). |
| 12/10/2004 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/10/04 (.2). |
| 12/10/2004 | PVL | 720.00 | 0.30 | Review 8 miscellaneous filings (.1); e-mail AGL (.1); teleconference Hurford (.1). |
| 12/13/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/13/04 (.1). |
| 12/14/2004 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/14/04 (.3). |
| 12/14/2004 | RCT | 415.00 | 0.20 | Review weekly local counsel recommendation and docket re: EI update. |
| 12/15/2004 | PVL | 720.00 | 0.10 | Review agenda. |
| 12/15/2004 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/15/04 (.4). |
| 12/16/2004 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/16/04 (.2). |
| 12/17/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/17/04 (.1). |
| 12/19/2004 | PVL | 720.00 | 0.30 | Review 7 miscellaneous filings (.1); prep for hearing (.2). |
| 12/20/2004 | PVL | 720.00 | 2.80 | Attend omni hearing (2.6); confer Milch and Eskin (.2). |
| 12/20/2004 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re: EI update. |
| 12/20/2004 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 12/20/2004 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and |

| | | | | correspondence received 12/20/04 (.3); retrieve documents electronically from docket and check in house indices for specific documents requested by attorney (.4). |
|---|---|---|---|---|
| 12/21/2004 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/21/04 (.4). |
| 12/21/2004 | PVL | 720.00 | 0.20 | Review 24 miscellaneous filings. |
| 12/22/2004 | PVL | 720.00 | 0.40 | Review 8 miscellaneous filings (.1); e-mail Chambers (.1); review draft Lexeon order and reply (.1); review Eskin memo and reply (.1). |
| 12/22/2004 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/22/04 (.7). |
| 12/23/2004 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/23/04 (.5); retrieve documents requested by attorney from docket and in-house databases (.4). |
| 12/27/2004 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/27/04 (.1). |
| 12/28/2004 | PVL | 720.00 | 0.10 | Review 2 miscellaneous filings. |
| 12/28/2004 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 12/28/04 (.4). |
| 12/29/2004 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |

**Total Task Code .04**       **52.20**


## Claim Analysis Objection & Resolution (Asbestos) (3.10 Hours; $ 899.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| John P. Cunningham | 3.10 | $290 | 899.00 |

{D0038847:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2004 | JPC | 290.00 | 1.00 | Review developments in asbestos litigation. |
| 10/4/2004 | JPC | 290.00 | 0.80 | Review developments in asbestos litigation. |
| 10/5/2004 | JPC | 290.00 | 0.50 | Review developments in asbestos litigation. |
| 10/6/2004 | JPC | 290.00 | 0.40 | Review developments in asbestos litigation. |
| 10/7/2004 | JPC | 290.00 | 0.40 | Review developments in asbestos litigation. |

**Total Task Code .05**    **3.10**

## Committee, Creditors', Noteholders' or Equity Holders' (2.10 Hours; $ 1,669.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.10 | $795 | 1,669.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/23/2004 | EI | 795.00 | 0.20 | Work to prepare for call (.2). |
| 11/2/2004 | EI | 795.00 | 0.70 | Memo to committee re: insurance counsel (.3); t/c L. Tersigni and t/c Rice re: negotiations (.2); memo re: grand jury (.2). |
| 11/8/2004 | EI | 795.00 | 0.90 | Committee call (.5); t/c Horkovich (.2); t/c Joe Frank (.2). |
| 12/7/2004 | EI | 795.00 | 0.30 | Conference all Committee chairs to review status (total time of 4.0 hours divided among 16 cases). |

**Total Task Code .07**    **2.10**

## Employment Applications, Others (.50 Hours; $ 360.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $720 | 360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/2/2004 | PVL | 720.00 | 0.10 | Review Tillinghast retention application. |
| 11/15/2004 | PVL | 720.00 | 0.10 | Review Lexecon retention application. |
| 12/3/2004 | PVL | 720.00 | 0.30 | Review draft opposition re Lexecon retention application and e-mail Hurford. |

**Total Task Code .10          .50**

## Fee Applications, Applicant (13.60 Hours; $ 4,379.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |
| Trevor W. Swett | 1.00 | $560 | 560.00 |
| Rita C. Tobin | 6.50 | $415 | 2,697.50 |
| Andrew D. Katznelson | 6.00 | $175 | 1,050.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/5/2004 | RCT | 415.00 | 0.10 | Review fee app schedule for October. |
| 10/13/2004 | RCT | 415.00 | 0.50 | Review prebills. |
| 10/14/2004 | RCT | 415.00 | 0.50 | Review exhibits to monthly fee apps. |
| 10/18/2004 | RCT | 415.00 | 0.20 | Address fee issue. |
| 10/21/2004 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 10/22/2004 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 10/22/2004 | RCT | 415.00 | 0.50 | Review final of monthly fee app. |

| 10/29/2004 | RCT | 415.00 | 0.20 | Review fee app schedule for November. |
| 11/3/2004 | RCT | 415.00 | 0.20 | Review fee schedules for December and conference with ADK. |
| 11/4/2004 | PVL | 720.00 | 0.10 | Review e-mail re fee applications. |
| 11/5/2004 | TWS | 560.00 | 1.00 | Read holdback motion (.2); conf J.Riggleman re draft exhibits (.2); TCs Campbell & Levine re same (.2); TCs and e-mail to A.Danzeisen (.4) |
| 11/5/2004 | RCT | 415.00 | 0.50 | Review interim fee apps. |
| 11/5/2004 | RCT | 415.00 | 0.20 | Review interim fee apps. |
| 11/5/2004 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 11/8/2004 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 11/11/2004 | RCT | 415.00 | 0.50 | Review prebills. |
| 11/15/2004 | RCT | 415.00 | 0.50 | Review exhibits. |
| 11/23/2004 | RCT | 415.00 | 0.50 | Review fee apps. |
| 11/23/2004 | ADK | 175.00 | 1.50 | Worked on fee application. |
| 11/29/2004 | RCT | 415.00 | 0.20 | Review schedules for Dec. fee apps. |
| 12/16/2004 | RCT | 415.00 | 0.50 | Review prebills. |
| 12/17/2004 | RCT | 415.00 | 0.50 | Review exhibits. |
| 12/20/2004 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 12/21/2004 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 12/21/2004 | RCT | 415.00 | 0.50 | Review fee applications (monthly). |
| 12/22/2004 | RCT | 415.00 | 0.20 | Review 2004 fee and expense totals. |
| 12/30/2004 | RCT | 415.00 | 0.20 | Review January fee app schedules. |

**Total Task Code .12        13.60**

**Fee Applications, Others (.30 Hours; $ 216.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $720 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 11/3/2004 | PVL | 720.00 | 0.10 | Review 4 fee appl. filings. |
| 11/22/2004 | PVL | 720.00 | 0.10 | Review 9 fee applications. |
| 12/3/2004 | PVL | 720.00 | 0.10 | Review 5 fee applications. |
| **Total Task Code .13** | | **.30** | | |

### Litigation and Litigation Consulting (157.50 Hours; $ 67,497.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 5.70 | $795 | 4,531.50 |
| Peter Van N. Lockwood | .90 | $720 | 648.00 |
| Walter B. Slocombe | 3.80 | $590 | 2,242.00 |
| Albert G. Lauber | 56.70 | $580 | 32,886.00 |
| Trevor W. Swett | 2.00 | $560 | 1,120.00 |
| Nathan D. Finch | 8.30 | $475 | 3,942.50 |
| Max C. Heerman | 1.00 | $325 | 325.00 |
| John P. Cunningham | 45.20 | $290 | 13,108.00 |
| Danielle K. Graham | 24.30 | $270 | 6,561.00 |
| Harry M. Schwirck | 6.10 | $255 | 1,555.50 |
| Ada I. Odum | 3.50 | $165 | 577.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/1/2004 | NDF | 475.00 | 0.20 | Review recent docket entries (.2). |
| 10/6/2004 | NDF | 475.00 | 0.60 | Prepare materials re various valuation issues (.6). |
| 10/7/2004 | NDF | 475.00 | 0.40 | Analysis of voting issue (.4). |
| 10/15/2004 | EI | 795.00 | 0.30 | T/c Rice re: his notes and motions. |
| 10/18/2004 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 10/18/2004 | EI | 795.00 | 1.00 | Work on Rice memo and draft memo (1.0). |

| | | | | |
|---|---|---|---|---|
| 10/19/2004 | JPC | 290.00 | 1.60 | Rvw Insurers' motion to strike pleading re: FCR appeal (1.1); corresp w/local counsel, NDF, and PVNL re: same (0.5). |
| 10/20/2004 | NDF | 475.00 | 0.20 | Review emails re extension of time (.2). |
| 10/21/2004 | JPC | 290.00 | 1.90 | Begin drafting response to Insurers' motion to strike pleading re: FCR appeal (0.5); conduct research for same (1.4) |
| 10/22/2004 | JPC | 290.00 | 4.80 | Continue drafting response to Insurers' motion to strike pleading regarding FCR appeal (0.9); continue research for same (3.6); corresp with local counsel regarding filing and service of same (0.3). |
| 10/22/2004 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 10/25/2004 | JPC | 290.00 | 5.20 | Continue drafting response to Insurers' motion to strike pleading re: FCR appeal (2.1); continue research for same (2.9); corresp w/local counsel re: exhibits for same (0.2). |
| 10/26/2004 | JPC | 290.00 | 4.80 | Continue drafting response to Insurers' motion to strike pleading re: FCR appeal (2.2); continue research for same (2.6). |
| 10/27/2004 | JPC | 290.00 | 5.00 | Continue drafting response to Insurers' motion to strike pleading regarding FCR appeal (3.9); continue research for same (1.1). |
| 10/28/2004 | NDF | 475.00 | 0.70 | T/c Cohen re insurance issue (.3); read opinion re bankruptcy injunction (.2); memo EI, PVNL re insurance issue (.2). |
| 10/28/2004 | WBS | 590.00 | 0.20 | Rev 3d Cir. order. |
| 10/28/2004 | JPC | 290.00 | 4.40 | Edit response to insurers' motion to strike pleading re: FCR appeal (1.3); finish rs for same (2.1); corresp. w/ local counsel re: filing and service of same (.8); conf. w/ DBS re: exhibits for response (.2). |
| 10/29/2004 | JPC | 290.00 | 2.80 | Finalize response to Insurers' motion to strike pleading re: FCR appeal (1.1); corresp. w/ local counsel re: filing and service of same (1.3); conf. w/ DBS re: same (.4). |

| 10/29/2004 | NDF | 475.00 | 2.00 | Work on memo to committee re insurance issues (1.5); review target letter and subpoenas from DOJ to Grace (.5). |
| 11/2/2004 | NDF | 475.00 | 3.00 | Revise and edit memo re insurance issues (3.0). |
| 11/4/2004 | NDF | 475.00 | 0.40 | Review various insurance related docs (.4). |
| 11/5/2004 | JPC | 290.00 | 0.30 | Review corresp w/counsel for Legal Rep. (0.3). |
| 11/8/2004 | AGL | 580.00 | 0.20 | Review schedule of pending matters. |
| 11/9/2004 | JPC | 290.00 | 0.50 | Rvw incoming pleadings and correspondence (0.5). |
| 11/10/2004 | JPC | 290.00 | 0.20 | Corresp w/local counsel re: FCR designation appeal (0.2). |
| 11/11/2004 | AGL | 580.00 | 0.20 | Review amended agenda for 11/15 hearing. |
| 11/11/2004 | JPC | 290.00 | 0.60 | Follow up corresp w/local counsel re: FCR designation appeal (0.1); read Insurers' reply brief on motion to strike (0.5). |
| 11/12/2004 | EI | 795.00 | 0.40 | Memos re: meeting (.2); t/c Eskin re: calendar (.2). |
| 11/15/2004 | NDF | 475.00 | 0.80 | Read draft plan (.8). |
| 11/16/2004 | JPC | 290.00 | 3.40 | Review items relating to WR Grace plan of reorganization and related filings (3.4). |
| 11/17/2004 | JPC | 290.00 | 2.70 | Review items relating to WR Grace plan of reorganization and related filings (2.7). |
| 11/19/2004 | JPC | 290.00 | 0.70 | Review items relating to WR Grace plan of reorganization and related filings (0.7). |
| 11/22/2004 | JPC | 290.00 | 1.30 | Review items relating to WR Grace plan of reorganization and related filings (1.3). |
| 11/22/2004 | WBS | 590.00 | 1.00 | Initial review of motions for CMO, estimation, litigation protocol. |
| 11/22/2004 | EI | 795.00 | 1.00 | T/c PVNL re: status of all issues. |
| 11/23/2004 | WBS | 590.00 | 2.60 | Rev motions on CMO, est. litig protocol, conferences with PVNL re same (1.3), meeting to organize responses, lay out basic approach with PVNL, KNB, AGL, etc. (1.0), conference KNB re overall approach (.3). |

| 11/23/2004 | JPC | 290.00 | 4.00 | Review items relating to WR Grace plan of reorganization and related filings (1.1); review motion for entry of order seeking estimation and motion for entry of case mgmt order (2.9). |
| 11/23/2004 | MCH | 325.00 | 0.20 | Conf. with DBS and asb. practice group re: Grace estimation documents (.20) |
| 11/23/2004 | TWS | 560.00 | 0.90 | Luncheon meeting to discuss Grace motions and responses |
| 11/24/2004 | JPC | 290.00 | 1.00 | Continue review of items relating to WR Grace plan of reorganization and related filings (1.0) |
| 11/30/2004 | EI | 795.00 | 0.20 | T/c Austern re: status (.2). |
| 12/1/2004 | DKG | 270.00 | 3.50 | Conduct research re propriety of expert testimony; discuss the same with KNB. |
| 12/1/2004 | MCH | 325.00 | 0.20 | Review Debtor's proposed estimation method. |
| 12/1/2004 | TWS | 560.00 | 1.10 | Conf KNB re estimation issues (.1); conf EI, PVNL and KNB re estimation issues (1.0) |
| 12/1/2004 | EI | 795.00 | 1.00 | T/c J. Heberling re: Brodsky (.2); t/c KNB re: response papers (.5); t/c KNB/PVNL/TWS re: same (.3). |
| 12/2/2004 | AGL | 580.00 | 2.20 | Continue work on outline of Opp. to Disc. St. (1.6); memo to PVNL and KNB re same and interface with Opp. to Grace's estimation motion (0.6). |
| 12/2/2004 | AGL | 580.00 | 7.40 | Begin drafting opp. to Disc. Statement (5.8); legal research in connection with same (1.2); memo to PVNL, KNB & BAS re further points to be addressed (0.4). |
| 12/3/2004 | AGL | 580.00 | 3.30 | Review CA3 opinion in Combustion Engineering and make notes for use in ACC objection to Grace disclosure statement. |
| 12/3/2004 | PVL | 720.00 | 0.50 | Teleconferences Hurford re Scotts inj. motion. |
| 12/3/2004 | DKG | 270.00 | 3.00 | Continue research re expert testimony issues; draft summary re the same. |
| 12/5/2004 | AGL | 580.00 | 0.30 | Review PVNL and KNB comments on outline of objections to Disc. St. |

| | | | | |
|---|---|---|---|---|
| 12/6/2004 | AGL | 580.00 | 5.30 | Begin work on drafting objections to the debtors' disclosure statement (4.7); legal research in connection with same (0 .6). |
| 12/6/2004 | AGL | 580.00 | 0.90 | Conference w/PVNL re arguments to advance re "impairment." |
| 12/6/2004 | AGL | 580.00 | 1.20 | Conference w/KNB re arguments of advance concerning estimation motion, TDP, CMO, and disclosure statement. |
| 12/6/2004 | AGL | 580.00 | 3.40 | Continue work on objections to disclosure statement (1.4); legal research in connection with same (2.0). |
| 12/6/2004 | AGL | 580.00 | 0.70 | Emails to PVNL and KNB re arguments to advance re estimation and impairment. |
| 12/6/2004 | AGL | 580.00 | 1.20 | Continue work on objections to disclosure statement. |
| 12/7/2004 | AGL | 580.00 | 0.30 | Review amended CMO motion and order; memo to KNB re objection to same. |
| 12/7/2004 | AGL | 580.00 | 9.40 | Continue work on objections to disclosure statement (6.2); legal research in connection with same (3.2). |
| 12/7/2004 | EI | 795.00 | 0.10 | T/c Horkovich re: retention. |
| 12/8/2004 | DKG | 270.00 | 7.00 | Continue research and analysis of case law re Daubert and expert testimony issues; draft memo re the same. |
| 12/8/2004 | AGL | 580.00 | 0.30 | Exchange emails w/KNB re response to estimation motion. |
| 12/8/2004 | AGL | 580.00 | 2.20 | Continue work on objections to disclosure statement. |
| 12/9/2004 | AGL | 580.00 | 1.60 | Legal research for use in drafting objections to disclosure statement (sections 1126(f) and 524(g)). |
| 12/9/2004 | AGL | 580.00 | 0.90 | Review KNB outline of response to debtors estimation motion. |
| 12/9/2004 | AGL | 580.00 | 0.60 | Memo to KNB re comments on outline and additional arguments re estimation. |
| 12/9/2004 | AGL | 580.00 | 2.40 | Work on objections to disclosure statement. |
| 12/9/2004 | AGL | 580.00 | 3.20 | Continue work on objections to disclosure statement. |

| 12/9/2004 | DKG | 270.00 | 6.00 | Continue research and analysis of Daubert expert testimony issues. |
|---|---|---|---|---|
| 12/9/2004 | MCH | 325.00 | 0.30 | Review expert depositions regarding asbestos med. issues. |
| 12/10/2004 | AGL | 580.00 | 8.80 | Legal research for use in drafting objections to disclosure statement (2.1); complete drafting and revising of objections (6.3); send draft to EI, PVNL, KNB and BAS with cover memo (0.4). |
| 12/10/2004 | DKG | 270.00 | 4.80 | Finalize memo re Daubert issues. |
| 12/12/2004 | PVL | 720.00 | 0.30 | Review Webber, Simmons Cooper and Lanier oppositions re Scotts inj. |
| 12/13/2004 | AGL | 580.00 | 0.30 | Review emails and comments on draft Obj. to Disc. St. |
| 12/13/2004 | HMS | 255.00 | 2.40 | Drafting objection to motion for entry of case management order |
| 12/16/2004 | AIO | 165.00 | 1.50 | Retrieved pleadings per attorney request. |
| 12/17/2004 | AIO | 165.00 | 1.00 | Pulled several pleadings from online docket per attorney request. |
| 12/17/2004 | HMS | 255.00 | 2.00 | Cite-checking opposition to estimation motions |
| 12/17/2004 | EI | 795.00 | 1.70 | Edited briefs in transit (1.5); conf BAS re: same (.2). |
| 12/19/2004 | PVL | 720.00 | 0.10 | Review Grace reply re Scotts motion. |
| 12/20/2004 | HMS | 255.00 | 1.70 | Cite-checking opposition to reorganization brief |
| 12/20/2004 | AIO | 165.00 | 1.00 | Pulled documents for attorney review. |
| 12/21/2004 | MCH | 325.00 | 0.30 | Review briefs filed by Cte. re: estimation. |

**Total Task Code .16**       **157.50**

**Plan & Disclosure Statement (270.90 Hours; $ 119,541.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.90 | $795 | 3,100.50 |
| Peter Van N. Lockwood | 24.60 | $720 | 17,712.00 |
| Albert G. Lauber | 43.50 | $580 | 25,230.00 |
| Julie W. Davis | 30.30 | $560 | 16,968.00 |
| Kimberly N. Brown | 66.10 | $405 | 26,770.50 |
| Max C. Heerman | 1.00 | $325 | 325.00 |
| Brian A. Skretny | 101.50 | $290 | 29,435.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/12/2004 | EI | 795.00 | 0.20 | T/c Budd re: negotiations. |
| 10/14/2004 | EI | 795.00 | 0.20 | T/c Rice re: discussions. |
| 10/15/2004 | PVL | 720.00 | 0.10 | Teleconference EI. |
| 10/19/2004 | PVL | 720.00 | 0.40 | Review Rice memo (.1); teleconference Cohn (.2); teleconference EI (.1). |
| 10/22/2004 | EI | 795.00 | 0.70 | Memo to Committee and conference call set up (.7). |
| 10/25/2004 | EI | 795.00 | 1.50 | Conference call re: status. |
| 10/25/2004 | JWD | 560.00 | 0.50 | Review 2019 order (.2); telephone conference with P. Milch (.3) |
| 10/27/2004 | JWD | 560.00 | 0.40 | Revise, edit memo re 2019 order, draft cover memo re same |
| 11/5/2004 | PVL | 720.00 | 0.10 | Review Cohn letter and att. re TDP. |
| 11/7/2004 | EI | 795.00 | 0.50 | Read Libby materials. |
| 11/9/2004 | EI | 795.00 | 0.20 | T/c Austern re: status (.1); t/c Budd re: status (.1). |
| 11/10/2004 | JWD | 560.00 | 0.30 | Draft memo re compliance with revised 2019 orders, filing requirements |
| 11/15/2004 | PVL | 720.00 | 0.40 | Review DS. |

| 11/16/2004 | JWD | 560.00 | 5.90 | Review debtors Plan and Disclosure Statement (2.5); review exhibit book (1.9); motion for estimation (1.5) |
| 11/16/2004 | EI | 795.00 | 0.40 | T/c Rice re: status (.2); t/c Frankel re: meeting schedule (.2). |
| 11/18/2004 | PVL | 720.00 | 2.40 | Review WRG conf. proc. motion (.2); review DS (2); review Bernick letter to courts (.2). |
| 11/18/2004 | EI | 795.00 | 0.20 | Memo re: schedule (.2). |
| 11/21/2004 | PVL | 720.00 | 3.40 | Review DS (.5); review POR (1.9); review CMO motion (1). |
| 11/22/2004 | PVL | 720.00 | 0.80 | Teleconference EI re POR. |
| 11/23/2004 | JWD | 560.00 | 6.00 | Conference with PVNL re debtors' Plan issues (1.1); review Plan documents (4.9) |
| 11/23/2004 | BAS | 290.00 | 1.20 | Attending meeting of asbestos group led by PVNL (1.0); meet w/ AGL re future assignment arising from above meeting (.2). |
| 11/23/2004 | PVL | 720.00 | 1.70 | Confer WBS (.4); confer AGL, WBS, KNB et al re POR, DS etc. (1.3). |
| 11/23/2004 | AGL | 580.00 | 6.80 | Meet w/PVNL, et al. re response to Grave proposed plan and disclosure statement (1.2); begin review of Grace plan and related documents (4.1); legal research re section 524(g) (1.2); conference w/BAS re legal research on issue of "impairment" (0.3). |
| 11/23/2004 | KNB | 405.00 | 4.10 | Meeting with asbestos litigation group re plan and estimation papers (1.4); read same (2.2); confer with AGL, WBS re same (.5) |
| 11/24/2004 | KNB | 405.00 | 4.40 | Review estimation and plan documents (3.8); confer with AGL re same (.3); memo to file re same (.3) |
| 11/24/2004 | AGL | 580.00 | 0.50 | Conference w/KNB re division of labor briefing and structure of Grace litigation scheme (0.3); legal research re same (0.2). |
| 11/24/2004 | AGL | 580.00 | 2.80 | Legal research in connection with objection to disclosure statement (11 USC 1124, 1126, 1129). |
| 11/24/2004 | PVL | 720.00 | 0.90 | Teleconferences AGL re POR etc. |

| | | | | |
|---|---|---|---|---|
| 11/24/2004 | AGL | 580.00 | 0.70 | Conference w/PVNL re strategy and arguments for brief opposing Grace Disclosure Statement. |
| 11/25/2004 | AGL | 580.00 | 2.40 | Review Disclosure Statement and make notes for response to same. |
| 11/26/2004 | AGL | 580.00 | 8.50 | Review exhibit book accompanying Plan and Disclosure Statement, including proposed TOP for asbestos claims and make notes for response to same (3.2); review proposed Estimation Procedures to make notes for response to same (2.2); review Proposed CMO for post-confirmation litigation and make notes for response to same (3.1). |
| 11/27/2004 | AGL | 580.00 | 4.70 | Legal research for use in response to Disclosure Statement (section 524(g) and section 1124). |
| 11/28/2004 | PVL | 720.00 | 0.20 | E-mail AGL, BAS. |
| 11/29/2004 | AGL | 580.00 | 3.10 | Legal research for use in response to Disclosure Statement (section 1126 and section 1124). |
| 11/29/2004 | AGL | 580.00 | 5.30 | Begin outline of response to Disclosure Statement. |
| 11/29/2004 | BAS | 290.00 | 2.50 | Rs 'impaired' claims for AGL (2.5) |
| 11/29/2004 | KNB | 405.00 | 1.20 | Review motion to refer matters to bankruptcy court |
| 11/29/2004 | MCH | 325.00 | 0.80 | Research estimation issues for KNB. |
| 11/29/2004 | PVL | 720.00 | 1.00 | Review excl motion (.1); teleconference EI (.1); review motion re ref. (.2); teleconference Wyron (.6). |
| 11/30/2004 | PVL | 720.00 | 1.00 | Confer KNB re est. resp. |
| 11/30/2004 | KNB | 405.00 | 4.60 | Confer with PVNL re estimation motion (1.0); review prior filings on same (2.6); review motion to refer matters to bankruptcy court (1.0) |
| 11/30/2004 | MCH | 325.00 | 0.20 | Legal research re: estimation. |
| 11/30/2004 | BAS | 290.00 | 7.50 | Rs 'impaired' claims for AGL (7.5). |
| 11/30/2004 | AGL | 580.00 | 8.70 | Continue work on outline of Objections to Disclosure Statement (5.1); legal research in connection with same (3.6). |

| 11/30/2004 | JWD | 560.00 | 5.30 | Review Plan, TDP, Trust Agreement, CMO, estimation materials (2.5); outline memo re same (1.9); review decision and order re insurer appeal (.9) |
| 12/1/2004 | KNB | 405.00 | 6.00 | Memo to file re estimation (4.7); TC with EI re same (.3); TCN with EI, PVNL, TWS re same (1.0) |
| 12/1/2004 | PVL | 720.00 | 0.40 | Teleconference EI; teleconference EI, TWS, KNB (.3). |
| 12/1/2004 | BAS | 290.00 | 6.30 | Meet w/ JWD re: review of proposed case management order; (.3); perform rs for AGL re: objection to proposed disclosure statement (6.0). |
| 12/2/2004 | PVL | 720.00 | 0.60 | Teleconference Baena. |
| 12/2/2004 | JWD | 560.00 | 5.50 | Research impairment issues (2.1); draft memo re PI claims procedures under Plan (3.4) |
| 12/2/2004 | BAS | 290.00 | 5.30 | Perform rs for AGL re: objection to proposed disclosure statement (5.3). |
| 12/3/2004 | KNB | 405.00 | 0.50 | Review AGL e-mail re Plan objections (.2); e-mail re same (.3) |
| 12/3/2004 | PVL | 720.00 | 0.40 | Review AGL draft opposition re DS. |
| 12/3/2004 | BAS | 290.00 | 9.00 | Complete rs and draft memo for AGL re: objection to proposed disclosure statement (9.0). |
| 12/4/2004 | PVL | 720.00 | 0.10 | E-mail AGL re brief. |
| 12/5/2004 | JWD | 560.00 | 0.30 | Revise Third Circuit opinion in Combustion Engineering |
| 12/6/2004 | KNB | 405.00 | 4.80 | Confer with AGL re Plan objections (1.2); review AGL outline (.7); review Plan, estimation motion, CMO motion and proposed TDPs in preparing response to estimation (2.6); review JWD memo re proposed TDPs (.3) |
| 12/6/2004 | JWD | 560.00 | 1.90 | Revise, edit memo re treatment of claims under Plan documents |
| 12/6/2004 | BAS | 290.00 | 4.00 | Complete memo re: objection to proposed disclosure statement (3.0); review JWD memo re claims liquidation procedures under the debtors' TDP (1.0). |

{D0038847:1 }

| 12/6/2004 | PVL | 720.00 | 1.80 | Confer AGL re DS issues (1.3); review JWD memo re TDP (.4); e-mail KNB and AGL (.1). |
| 12/7/2004 | KNB | 405.00 | 5.00 | Draft opposition to estimation motion |
| 12/7/2004 | PVL | 720.00 | 0.30 | E-mail KNB et al (.2); review prop orders re est. and CMO (.1). |
| 12/7/2004 | BAS | 290.00 | 5.50 | Review procedures in UNR and Western Macarthur bankruptcies for purposes of objection to Grace's proposed disclosure statement (3.0); same for Manville (2.5). |
| 12/7/2004 | JWD | 560.00 | 1.90 | Respond to questions, comments re memo re treatment of claims under defendant's Plan |
| 12/8/2004 | KNB | 405.00 | 6.70 | Confer with DG re CMO motion (.1); confer with HMS re CMO motion (.1); read CMO motion (.1); draft opposition to estimation brief (6.4) |
| 12/9/2004 | KNB | 405.00 | 0.20 | Read e-mail re estimation (.1); e-mail to AGL re same (.1) |
| 12/9/2004 | BAS | 290.00 | 4.00 | Review AGL's draft objection to disclosure statement and perform follow-up rs per AGL's request (4.0). |
| 12/10/2004 | JWD | 560.00 | 0.20 | Review 2019 orders, draft e-mails re same to P. Milch, S. Lawson |
| 12/11/2004 | PVL | 720.00 | 0.90 | Review draft DS objs. |
| 12/12/2004 | PVL | 720.00 | 0.20 | Memo to BAS re DS objs. |
| 12/13/2004 | KNB | 405.00 | 3.90 | Review HMS draft opposition to CMO motion (.4); edit same (.4); e-mail to BAS re same, opposition to confirmation procedures motion (.2); review AGL draft objections to disclosure statement (.5); review DKG memo re expert testimony (.3); draft opposition to estimation motion (2.1) |
| 12/13/2004 | BAS | 290.00 | 7.00 | Modify draft objection to disclosure statement per PVNL's comments (5.0); draft objection to confirmation procedures motion (2.0). |
| 12/14/2004 | BAS | 290.00 | 9.00 | Further modify draft objection to disclosure statement (2.5); perform rs for KNB re objection to estimation motion (6.5). |
| 12/14/2004 | KNB | 405.00 | 7.00 | Draft opposition to estimation brief |

| 12/15/2004 | KNB | 405.00 | 7.40 | Draft estimation brief (7.0); confer with PVNL re same (.4) |
| 12/15/2004 | PVL | 720.00 | 2.60 | Review e-mail (.1); review draft CMO resp. (.1); confer KNB (.4); confer BAS (.3); review draft opposition brief re DS (.8); review draft Sealed Air DS obj. (.2); review draft brief re est. (.7). |
| 12/15/2004 | BAS | 290.00 | 5.30 | Discuss draft briefs w/ PVNL (.3); perform rs for KNB re objection to estimation motion (4.5); modify draft objection to disclosure statement (.5). |
| 12/16/2004 | BAS | 290.00 | 7.30 | Modify objection to estimation motion in accord w/ PVNL's comments (4.5); modify objection to disclosure statement in accord with PVNL's comments (2.8). |
| 12/16/2004 | PVL | 720.00 | 0.60 | Teleconference Cohn. |
| 12/17/2004 | KNB | 405.00 | 0.70 | TCN with PVNL, BAS re estimation (.3); TCN with BAS re same (.2); TCN with BAS re voting procedures motion (.2) |
| 12/17/2004 | BAS | 290.00 | 6.60 | Draft objection to confirmation procedures motion (1.8); meet w/ EI re comments on objection to estimation motion and objection to disclosure statement (.2); discuss EI's comments w/ KNB (.2); discuss EI's comments w/ KNB & PVNL (.3); edit objection to estimation motion per KNB's instruction (3.5); modify objection to confirmation procedures motion per PVNL's edits (.6). |
| 12/17/2004 | PVL | 720.00 | 0.90 | Teleconference KNB and BAS (.3); review e-mail (.1); review prop. protocol (.1); confer EI (.1); teleconference Wyron (.1); review draft resp re conf. proc (.2). |
| 12/18/2004 | JWD | 560.00 | 0.20 | Review calendar of upcoming hearings/events. |
| 12/19/2004 | BAS | 290.00 | 3.50 | Review case cites and cites to record in disclosure statement objection (3.5). |
| 12/20/2004 | BAS | 290.00 | 11.00 | Review case cites and cites to record in objection to estimation motion (3.5); incorporate final edits, complete cite-checking, and prepare to file i) objection to estimation motion, ii) objection to disclosure statement; iii) objection to case |

|  |  |  |  | management order; iv) objection to confirmation procedures motion (7.5). |
|---|---|---|---|---|
| 12/20/2004 | KNB | 405.00 | 5.50 | Confer with BAS, JWD re 524 issue (.3); draft estimation brief (3.9); review objections to disclosure statement (.2); confer with BAS re same (.2); confer with JWD re same (.3); review BAS draft section for disclosure statement objections (.2); review JWD draft section for disclosure statement objections (.2); review draft voting procedures opposition (.2) |
| 12/21/2004 | KNB | 405.00 | 4.10 | Confer with BAS re filing estimation brief under seal (.2); review and edit estimation brief (1.1); review and edit disclosure statement objection (1.7); review and edit voting procedure objection (.5); review and edit objection to motion re confirmation hearing deadlines (.4); review Debtors' draft estimation order (.2) |
| 12/21/2004 | JWD | 560.00 | 1.90 | Review, edit estimation brief, C&W response, objections to DS (1.9). |
| 12/21/2004 | BAS | 290.00 | 6.50 | Complete preparation of briefs for filing (2.5); work w/ Mark Hurford to file i) objection to estimation motion; ii) objection to disclosure statement; iii) objection to case management order; iv) objection to confirmation procedures motion (4.0). |
| 12/22/2004 | PVL | 720.00 | 1.10 | Confer NDF (.1); review ACC briefs (.5); review e-mail and reply (.1); review FCR DS opposition (.4). |
| 12/23/2004 | PVL | 720.00 | 1.60 | Review PD Comm objs re DS, CMO and est. motions. |
| 12/28/2004 | PVL | 720.00 | 0.70 | Review ZAI bar date motion (.2); review Sealed Air DC objs (.2); review Fresenius DS objs (.2); review UCC resps re DS, est (.1). |

**Total Task Code .17**　　　　**270.90**


**Tax Issues (1.50 Hours; $ 517.50)**


| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Neal M. Kochman | 1.50 | $345 | 517.50 |

{D0038847:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/22/2004 | NMK | 345.00 | 1.50 | Review debtor's emergency motion to preserve NOLs |

**Total Task Code .19**  **1.50**


## Travel – Non Working (5.50 Hours; $ 1,980.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.50 | $360 | 1,980.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/25/2004 | PVL | 360.00 | 1.70 | Travel to/from Wilmington (1/3 time). |
| 12/19/2004 | PVL | 360.00 | 2.80 | Travel to Pittsburgh (half). |
| 12/21/2004 | PVL | 360.00 | 1.00 | Return travel to DC (half). |

**Total Task Code .21**  **5.50**


## Valuation (1.20 Hours; $ 954.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.20 | $795 | 954.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/19/2004 | EI | 795.00 | 0.50 | Further work on numbers (.3); t/c Larry Tersigni re: same (.2). |
| 10/21/2004 | EI | 795.00 | 0.20 | Numbers memo. |
| 11/9/2004 | EI | 795.00 | 0.50 | T/c Budd re: status of negotiations (.2); t/c Tersigni/Sinclair re: same (.3). |

**Total Task Code .22          1.20**


## Fee Auditor Matters (.10 Hours; $ 41.50)


| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .10 | $415 | 41.50 |


| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/19/2004 | RCT | 415.00 | 0.10 | Review fee auditor correspondence re: fee issue. |


**Total Task Code .32          .10**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $296.61 |
| Research Material | $23.45 |
| Meals Related to Travel | $32.44 |
| Travel Expenses - Hotel Charges | $158.46 |
| Travel Expenses - Ground Transportation | $36.00 |
| Database Research | $992.82 |
| Xeroxing | $1,002.45 |
| Postage | $1.20 |
| Telecopier/Equitrac | $59.55 |
| Long Distance-Equitrac In-House | $23.71 |
| NYO Long Distance Telephone | $843.00 |

**Total for Report**          **$ 3,469.69**

{D0038847:1 }