## EXHIBIT B

### Asset Analysis & Recovery (1.1 Hours; $ 792.00)

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**　　　　**1.1**

### Business Operations (.1 Hours; $ 79.50)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**　　　　**.1**

### Case Administration (52.2 Hours; $ 18,452.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**　　　　**52.2**

### Claim Analysis Objection & Resolution (Asbestos) (3.1 Hours; $ 899.00)

Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**　　　　**3.1**

### Committee, Creditors', Noteholders' or Equity Holders' (2.1 Hours; 1,669.50)

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**　　　　**2.1**

### Employment Applications, Others (.5 Hours; $ 360.00)

- 2 -

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10                     .5**


**Fee Applications, Applicant (13.6 Hours; $ 4,379.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12                13.6**


**Fee Applications, Others (.3 Hours; $ 216.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13                     .3**


**Litigation and Litigation Consulting (157.5 Hours; $67,497.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  157.5**


**Plan & Disclosure Statement (270.9 Hours; $119,541.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  270.9**


**Tax Issues (1.5 Hours; $ 517.50)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

- 3 -

**Total Task Code .19**             **1.5**


**<u>Travel Non-working (5.5 Hours; $ 1,980.00)</u>**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  5.5**


**<u>Valuation (1.2 Hours; $ 954.00)</u>**

Services rendered in this category pertain to the analysis of the Debtors' assets and any claims filed against the estate.

**Total Task Code .22**             **1.2**


**<u>Fee Auditor Matters (.1 Hours; $ 41.50)</u>**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**              **.1**