## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $296.61 |
| Research Material | $23.45 |
| Meals Related to Travel | $32.44 |
| Travel Expenses - Hotel Charges | $158.46 |
| Travel Expenses - Ground Transportation | $36.00 |
| Database Research | $992.82 |
| Xeroxing | $1,002.45 |
| Postage | $1.20 |
| Telecopier/Equitrac | $59.55 |
| Long Distance-Equitrac In-House | $23.71 |
| NYO Long Distance Telephone | $843.00 |
| **Total for Report** | **$ 3,469.69** |

{D0038850:1 }