| Client Number:   4642 | Grace Asbestos Personal Injury Claimants | | Page:   1 |
|---|---|---|---|
| Matter      000 | Disbursements | | 11/23/2004 |

Print Date/Time:
11/23/2004
11:49:35AM
Invoice #

Attn:

## PREBILL  / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 10/31/2004

**Matter      000**
**Disbursements**
Bill Cycle:       Monthly        Style:      il       Start:    4/16/2001

Last Billed : 10/24/2004                              13,655

Trust Amount Available

Total Expenses Billed To Date        $244,291.24

| Billing Empl: | 0120 | Elihu  Inselbuch |
|---|---|---|
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0001 | BSB | Bernard  Bailor | 0.00 | 268.00 | 0.00 | 268.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 18.72 | 0.00 | 18.72 |
| 0234 | RET | Rita E Tower | 0.00 | 0.60 | 0.00 | 0.60 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 21.60 | 0.00 | 21.60 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 732.32 | 0.00 | 732.32 |
| **Total Fees** | | | **0.00** | **1,041.24** | **0.00** | **1,041.24** |

**Summary  by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| **Total Fees** | | | | | | | | |

**Detail Time / Expense  by  Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | ACTUAL Rate | ACTUAL Hours | ACTUAL Amount | BILLING Rate | BILLING Hours | BILLING Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1704965 | Photocopy | E | 10/01/2004 | 0238 | SLG | 0.00 | | $1.95 | 0.00 | | $1.95 | 1.95 |
| 1706241 | Photocopy | E | 10/04/2004 | 0238 | SLG | 0.00 | | $2.70 | 0.00 | | $2.70 | 4.65 |
| 1706254 | Photocopy | E | 10/04/2004 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 5.25 |
| 1706273 | Photocopy | E | 10/04/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 5.55 |
| 1706537 | Federal Express to Lisa Busch from EI on 9/17 | E | 10/05/2004 | 0120 | EI | 0.00 | | $11.45 | 0.00 | | $11.45 | 17.00 |
| 1707816 | Photocopy | E | 10/07/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 17.90 |
| 1708211 | Federal Express to Kris McLean from BSB on 9/20 | E | 10/08/2004 | 0001 | BSB | 0.00 | | $268.00 | 0.00 | | $268.00 | 285.90 |
| 1708219 | Photocopy | E | 10/08/2004 | 0238 | SLG | 0.00 | | $0.60 | 0.00 | | $0.60 | 286.50 |
| 1709219 | Photocopy | E | 10/12/2004 | 0238 | SLG | 0.00 | | $3.90 | 0.00 | | $3.90 | 290.40 |

Matter     000                Disbursements

Attn:                                                                                                                                Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1709615 | Equitrac - Long Distance to 2145239157 | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 290.50 |
| 1709666 | Equitrac - Long Distance to 3024261900 | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 290.59 |
| 1709692 | Equitrac - Long Distance to 2145236265 | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 290.64 |
| 1709796 | Fax Transmission to 12145239157 | E | 10/13/2004 | 0234 | RET | 0.00 | $0.60 | 0.00 | $0.60 | 291.24 |
| 1709883 | Photocopy | E | 10/13/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 291.99 |
| 1711667 | Equitrac - Long Distance to 7324312027 | E | 10/15/2004 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 292.27 |
| 1711890 | Photocopy | E | 10/15/2004 | 0238 | SLG | 0.00 | $3.75 | 0.00 | $3.75 | 296.02 |
| 1711911 | Photocopy | E | 10/15/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 297.07 |
| 1712462 | Photocopy | E | 10/18/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 297.97 |
| 1712517 | Photocopy | E | 10/18/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 298.87 |
| 1712534 | Photocopy | E | 10/18/2004 | 0999 | C&D | 0.00 | $3.90 | 0.00 | $3.90 | 302.77 |
| 1712706 | Equitrac - Long Distance to 3024260166 | E | 10/19/2004 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 303.01 |
| 1712743 | Equitrac - Long Distance to 6179512505 | E | 10/19/2004 | 0999 | C&D | 0.00 | $1.26 | 0.00 | $1.26 | 304.27 |
| 1712938 | Photocopy | E | 10/19/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 305.02 |
| 1712982 | Photocopy | E | 10/19/2004 | 0238 | SLG | 0.00 | $3.60 | 0.00 | $3.60 | 308.62 |
| 1713248 | Federal Express to Katie Hemming from EI on 9/28 | E | 10/20/2004 | 0120 | EI | 0.00 | $7.27 | 0.00 | $7.27 | 315.89 |
| 1713284 | Equitrac - Long Distance to 8432169159 | E | 10/20/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 315.94 |
| 1713863 | Photocopy | E | 10/21/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 317.74 |
| 1713962 | Photocopy | E | 10/21/2004 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 323.14 |
| 1714237 | Fax Transmission to 12145239159 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 323.74 |
| 1714238 | Fax Transmission to 12145239157 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 323.89 |
| 1714239 | Fax Transmission to 12145239158 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 324.49 |
| 1714240 | Fax Transmission to 12145239157 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 324.94 |
| 1714241 | Fax Transmission to 12145991171 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 325.54 |
| 1714242 | Fax Transmission to 12148248100 | E | 10/22/2004 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 326.74 |
| 1714244 | Fax Transmission to 17136501400 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 327.34 |
| 1714245 | Fax Transmission to 13125516759 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 327.94 |
| 1714246 | Fax Transmission to 18432169290 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 328.54 |
| 1714247 | Fax Transmission to 13026565875 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 329.14 |
| 1714248 | Fax Transmission to 14067527124 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 329.74 |
| 1714249 | Fax Transmission to 15108354913 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.34 |
| 1714251 | Fax Transmission to 12165750799 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 330.94 |
| 1714252 | Fax Transmission to 13053796222 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 331.54 |
| 1714253 | Fax Transmission to 14124718308 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 332.14 |
| 1714254 | Fax Transmission to 12123440994 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 332.74 |
| 1714255 | Fax Transmission to 16179510679 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 333.34 |
| 1714258 | Fax Transmission to 13024269947 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 333.94 |
| 1714259 | Fax Transmission to 14122615066 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 334.54 |
| 1714260 | Fax Transmission to 18432169450 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.14 |
| 1714261 | Fax Transmission to 18032597305 | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 335.74 |
| 1714280 | Photocopy | E | 10/22/2004 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 336.94 |
| 1714286 | Photocopy | E | 10/22/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 337.84 |
| 1714363 | Photocopy | E | 10/22/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 339.19 |
| 1714393 | Photocopy | E | 10/22/2004 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 341.29 |
| 1714396 | Photocopy | E | 10/22/2004 | 0999 | C&D | 0.00 | $3.60 | 0.00 | $3.60 | 344.89 |
| 1714543 | NYO Long Distance Telephone- 9/1-9/30 | E | 10/25/2004 | 0999 | C&D | 0.00 | $1.86 | 0.00 | $1.86 | 346.75 |
| 1715057 | Photocopy | E | 10/25/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 348.10 |
| 1715065 | Photocopy | E | 10/25/2004 | 0999 | C&D | 0.00 | $8.10 | 0.00 | $8.10 | 356.20 |
| 1715646 | Photocopy | E | 10/26/2004 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 356.50 |
| 1716714 | Photocopy | E | 10/27/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 356.80 |
| 1717858 | Photocopy | E | 10/28/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 357.55 |
| 1717890 | Photocopy | E | 10/28/2004 | 0999 | C&D | 0.00 | $2.85 | 0.00 | $2.85 | 360.40 |
| 1718732 | Equitrac - Long Distance to 3024261900 | E | 10/29/2004 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 360.48 |
| 1720481 | Database Research by JPC on 10/26 & 28 | E | 10/31/2004 | 0999 | C&D | 0.00 | $622.44 | 0.00 | $622.44 | 982.92 |
| 1720482 | Database Research by SRB on 10/27 | E | 10/31/2004 | 0999 | C&D | 0.00 | $58.32 | 0.00 | $58.32 | 1,041.24 |
| **Total Expenses** | | | | | | 0.00 | $1,041.24 | 0.00 | $1,041.24 | |

Matter Total Fees                                                      0.00                              0.00

Matter Total Expenses                                               1,041.24                         1,041.24

Matter Total                                          0.00          1,041.24          0.00          1,041.24

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                    Page:  1

Matter     000                          Disbursements                                                              11/23/2004
                                                                                                            Print Date/Time:
                                                                                                                   11/23/2004
                                                                                                                  11:49:35AM
Attn:                                                                                                              Invoice #


          Prebill Total Fees


          Prebill Total Expenses                                                        $1,041.24              $1,041.24


          Prebill Total                                               0.00              $1,041.24      0.00    $1,041.24


**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|-----------|-------------|--------------|-----------|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,746.88 | 12,746.88 |
|  |  | 1,376,326.97 | 249,593.81 |


PREBILL  / CONTROL  REPORT
                              Trans Date Range:  1/1/1950  to: 11/30/2004

Matter     000
Disbursements
Bill Cycle:        Monthly        Style:       i1        Start:    4/16/2001
                                            Last Billed : 11/22/2004                    13,655

| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | Page:  1 |
|---|---|---|
| Matter      000 | Disbursements | 11/23/2004 |

Print Date/Time:
11/23/2004
11:49:35AM
Invoice #

Attn:

Trust Amount Available

Total Expenses Billed To Date        $245,332.48

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 16.20 | 0.00 | 16.20 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 2.46 | 0.00 | 2.46 |
| 0187 | NDF | Nathan D Finch | 0.00 | 1.20 | 0.00 | 1.20 |
| 0208 | MP | Mitzie  Patrick | 0.00 | 22.50 | 0.00 | 22.50 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.00 | 0.00 | 3.00 |
| 0234 | RET | Rita E Tower | 0.00 | 2.55 | 0.00 | 2.55 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 36.90 | 0.00 | 36.90 |
| 0244 | AT | Ann  Taylor | 0.00 | 32.40 | 0.00 | 32.40 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 1.35 | 0.00 | 1.35 |
| 0251 | JO | Joan  O'Brien | 0.00 | 3.45 | 0.00 | 3.45 |
| 0308 | DBS | David B Smith | 0.00 | 256.95 | 0.00 | 256.95 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 616.53 | 0.00 | 616.53 |
| | | | **0.00** | **995.49** | **0.00** | **995.49** |

**Total Fees**

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1719791 | Photocopy | E | 11/01/2004 | 0999 | C&D | 0.00 | $19.95 | 0.00 | $19.95 | 19.95 |
| 1719800 | Photocopy | E | 11/01/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 20.25 |
| 1720218 | Fax Transmission to 12145239159 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 21.00 |
| 1720219 | Fax Transmission to 12145239157 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 21.75 |
| 1720220 | Fax Transmission to 12145239158 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 22.50 |
| 1720221 | Fax Transmission to 12145991171 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 22.95 |
| 1720222 | Fax Transmission to 17136501400 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 23.70 |
| 1720223 | Fax Transmission to 12145991171 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 24.00 |
| 1720224 | Fax Transmission to 12148248100 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 24.75 |
| 1720225 | Fax Transmission to 13125516759 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 25.50 |
| 1720228 | Fax Transmission to 18432169290 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 26.25 |
| 1720230 | Fax Transmission to 14067527124 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 27.00 |
| 1720234 | Fax Transmission to 13026565875 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 27.75 |
| 1720235 | Fax Transmission to 15108354913 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 28.50 |
| 1720238 | Fax Transmission to 12165750799 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 29.25 |
| 1720240 | Fax Transmission to 13053796222 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 30.00 |
| 1720242 | Fax Transmission to 14124718308 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 30.75 |
| 1720244 | Fax Transmission to 12123440994 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 31.50 |

Matter      000              Disbursements

Attn:

| ID | Description | | Date | Code | Init | | Amount | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1720246 | Fax Transmission to 16179510679 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 32.25 |
| 1720248 | Fax Transmission to 13024269947 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 33.00 |
| 1720250 | Fax Transmission to 14122615066 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 33.15 |
| 1720252 | Fax Transmission to 18432169450 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 33.90 |
| 1720253 | Fax Transmission to 14122615066 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 34.50 |
| 1720254 | Fax Transmission to 18032597305 | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 35.25 |
| 1720291 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $3.15 | 0.00 | $3.15 | 38.40 |
| 1720293 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $2.70 | 0.00 | $2.70 | 41.10 |
| 1720294 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 42.15 |
| 1720298 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 43.50 |
| 1720303 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 43.80 |
| 1720307 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $4.95 | 0.00 | $4.95 | 48.75 |
| 1720380 | Photocopy | E | 11/02/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 49.35 |
| 1721212 | Photocopy | E | 11/04/2004 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 51.45 |
| 1721222 | Photocopy | E | 11/04/2004 | 0999 | C&D | 0.00 | $6.00 | 0.00 | $6.00 | 57.45 |
| 1721663 | Photocopy | E | 11/04/2004 | 0999 | C&D | 0.00 | $22.65 | 0.00 | $22.65 | 80.10 |
| 1721740 | Photocopy | E | 11/04/2004 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 80.40 |
| 1721772 | Photocopy | E | 11/05/2004 | 0999 | C&D | 0.00 | $4.35 | 0.00 | $4.35 | 84.75 |
| 1721821 | Photocopy | E | 11/05/2004 | 0020 | PVL | 0.00 | $9.00 | 0.00 | $9.00 | 93.75 |
| 1721847 | Photocopy | E | 11/05/2004 | 0999 | C&D | 0.00 | $3.00 | 0.00 | $3.00 | 96.75 |
| 1721849 | Photocopy | E | 11/05/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 98.55 |
| 1721851 | Photocopy | E | 11/05/2004 | 0999 | C&D | 0.00 | $13.20 | 0.00 | $13.20 | 111.75 |
| 1721918 | Federal Express to Katie Hemming from EI on 10/22 | E | 11/05/2004 | 0120 | EI | 0.00 | $2.46 | 0.00 | $2.46 | 114.21 |
| 1721466 | Equitrac - Long Distance to 3053502388 | E | 11/05/2004 | 0999 | C&D | 0.00 | $0.24 | 0.00 | $0.24 | 114.45 |
| 1722229 | Photocopy | E | 11/08/2004 | 0238 | SLG | 0.00 | $3.00 | 0.00 | $3.00 | 117.45 |
| 1722280 | Photocopy | E | 11/08/2004 | 0999 | C&D | 0.00 | $21.00 | 0.00 | $21.00 | 138.45 |
| 1722322 | Photocopy | E | 11/08/2004 | 0238 | SLG | 0.00 | $5.55 | 0.00 | $5.55 | 144.00 |
| 1722431 | Pacer Service Center;  Usage for the period July through September 2004 | E | 11/09/2004 | 0999 | C&D | 0.00 | $23.45 | 0.00 | $23.45 | 167.45 |
| 1723007 | Photocopy | E | 11/09/2004 | 0234 | RET | 0.00 | $2.55 | 0.00 | $2.55 | 170.00 |
| 1723525 | Photocopy | E | 11/10/2004 | 0251 | JO | 0.00 | $0.75 | 0.00 | $0.75 | 170.75 |
| 1723526 | Photocopy | E | 11/10/2004 | 0251 | JO | 0.00 | $2.70 | 0.00 | $2.70 | 173.45 |
| 1724023 | Photocopy | E | 11/11/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 174.35 |
| 1725054 | Equitrac - Long Distance to 8054993572 | E | 11/12/2004 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 174.41 |
| 1725277 | Photocopy | E | 11/12/2004 | 0238 | SLG | 0.00 | $3.45 | 0.00 | $3.45 | 177.86 |
| 1725615 | Equitrac - Long Distance to 8054993572 | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 177.91 |
| 1725679 | Fax Transmission to 12145239159 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 179.41 |
| 1725680 | Fax Transmission to 12145239158 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 180.91 |
| 1725681 | Fax Transmission to 12145239157 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 182.41 |
| 1725682 | Fax Transmission to 12145991171 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 183.76 |
| 1725683 | Fax Transmission to 17136501400 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 185.26 |
| 1725684 | Fax Transmission to 12145991171 | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 185.41 |
| 1725685 | Fax Transmission to 12148248100 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 186.91 |
| 1725686 | Fax Transmission to 13125516759 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 188.41 |
| 1725687 | Fax Transmission to 18432169290 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 189.91 |
| 1725688 | Fax Transmission to 14067527124 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 191.41 |
| 1725689 | Fax Transmission to 13026565875 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 192.91 |
| 1725690 | Fax Transmission to 15108354913 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 194.41 |
| 1725691 | Fax Transmission to 13053796222 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 195.91 |
| 1725692 | Fax Transmission to 12165750799 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 197.41 |
| 1725694 | Fax Transmission to 14124718308 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 198.91 |
| 1725695 | Fax Transmission to 12123440994 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 200.41 |
| 1725696 | Fax Transmission to 16179510679 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 201.91 |
| 1725697 | Fax Transmission to 13024269947 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 203.41 |
| 1725698 | Fax Transmission to 14122615066 | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 203.56 |
| 1725699 | Fax Transmission to 18432169450 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 205.06 |
| 1725700 | Fax Transmission to 14122615066 | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 205.21 |
| 1725701 | Fax Transmission to 18032597305 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 206.71 |
| 1725702 | Fax Transmission to 14122615066 | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 206.86 |
| 1725703 | Fax Transmission to 14122615066 | E | 11/15/2004 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 207.91 |
| 1725794 | Photocopy | E | 11/15/2004 | 0232 | LK | 0.00 | $3.00 | 0.00 | $3.00 | 210.91 |
| 1725846 | Photocopy | E | 11/15/2004 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 211.81 |
| 1726486 | Photocopy | E | 11/16/2004 | 0308 | DBS | 0.00 | $44.70 | 0.00 | $44.70 | 256.51 |
| 1726516 | Photocopy | E | 11/16/2004 | 0238 | SLG | 0.00 | $0.90 | 0.00 | $0.90 | 257.41 |
| 1727433 | Equitrac - Long Distance to 8054993572 | E | 11/18/2004 | 0999 | C&D | 0.00 | $0.33 | 0.00 | $0.33 | 257.74 |
| 1727545 | Postage | E | 11/18/2004 | 0187 | NDF | 0.00 | $1.20 | 0.00 | $1.20 | 258.94 |
| 1727684 | Photocopy | E | 11/18/2004 | 0238 | SLG | 0.00 | $17.25 | 0.00 | $17.25 | 276.19 |
| 1727967 | Equitrac - Long Distance to 8054993572 | E | 11/19/2004 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 276.28 |
| 1727980 | Equitrac - Long Distance to 8054993572 | E | 11/19/2004 | 0999 | C&D | 0.00 | $1.94 | 0.00 | $1.94 | 278.22 |
| 1727993 | Equitrac - Long Distance to 8054993572 | E | 11/19/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 278.27 |
| 1728003 | Equitrac - Long Distance to 8054993572 | E | 11/19/2004 | 0999 | C&D | 0.00 | $1.72 | 0.00 | $1.72 | 279.99 |
| 1728598 | Equitrac - Long Distance to 2123199240 | E | 11/22/2004 | 0999 | C&D | 0.00 | $3.97 | 0.00 | $3.97 | 283.96 |

Client Number:  4642          **Grace Asbestos Personal Injury Claimants**                                          Page:  1

**Matter     000**                    **Disbursements**

11/23/2004
Print Date/Time:
11/23/2004
11:49:35AM
Invoice #

Attn:

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1728602 | Equitrac - Long Distance to 2126446755 | E | 11/22/2004 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 284.14 |
| 1728690 | Fax Transmission to 12126446755 | E | 11/22/2004 | 0245 | PT | 0.00 | $1.35 | 0.00 | $1.35 | 285.49 |
| 1728792 | Photocopy | E | 11/22/2004 | 0999 | C&D | 0.00 | $3.75 | 0.00 | $3.75 | 289.24 |
| 1728795 | Photocopy | E | 11/22/2004 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 289.84 |
| 1729244 | Photocopy | E | 11/23/2004 | 0999 | C&D | 0.00 | $1.35 | 0.00 | $1.35 | 291.19 |
| 1729282 | Photocopy | E | 11/23/2004 | 0020 | PVL | 0.00 | $7.20 | 0.00 | $7.20 | 298.39 |
| 1729300 | Photocopy | E | 11/23/2004 | 0208 | MP | 0.00 | $11.85 | 0.00 | $11.85 | 310.24 |
| 1729301 | Photocopy | E | 11/23/2004 | 0208 | MP | 0.00 | $10.65 | 0.00 | $10.65 | 320.89 |
| 1729331 | Photocopy | E | 11/23/2004 | 0999 | C&D | 0.00 | $192.60 | 0.00 | $192.60 | 513.49 |
| 1729351 | Photocopy | E | 11/23/2004 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 520.69 |
| 1729796 | Equitrac - Long Distance to 8054993572 | E | 11/24/2004 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 520.74 |
| 1729892 | Photocopy | E | 11/24/2004 | 0308 | DBS | 0.00 | $33.00 | 0.00 | $33.00 | 553.74 |
| 1729893 | Photocopy | E | 11/24/2004 | 0308 | DBS | 0.00 | $70.05 | 0.00 | $70.05 | 623.79 |
| 1729898 | Photocopy | E | 11/24/2004 | 0308 | DBS | 0.00 | $109.20 | 0.00 | $109.20 | 732.99 |
| 1729932 | Photocopy | E | 11/24/2004 | 0999 | C&D | 0.00 | $44.40 | 0.00 | $44.40 | 777.39 |
| 1729940 | Photocopy | E | 11/24/2004 | 0999 | C&D | 0.00 | $71.70 | 0.00 | $71.70 | 849.09 |
| 1731168 | Photocopy | E | 11/29/2004 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 850.89 |
| 1731191 | Photocopy | E | 11/29/2004 | 0238 | SLG | 0.00 | $0.60 | 0.00 | $0.60 | 851.49 |
| 1731197 | Photocopy | E | 11/29/2004 | 0238 | SLG | 0.00 | $5.85 | 0.00 | $5.85 | 857.34 |
| 1731201 | Photocopy | E | 11/29/2004 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 857.64 |
| 1732178 | Equitrac - Long Distance to 3024261900 | E | 11/30/2004 | 0999 | C&D | 0.00 | $2.54 | 0.00 | $2.54 | 860.18 |
| 1732358 | Photocopy | E | 11/30/2004 | 0244 | AT | 0.00 | $32.40 | 0.00 | $32.40 | 892.58 |
| 1733902 | Database Research by BAS on 11/30 | E | 11/30/2004 | 0999 | C&D | 0.00 | $102.91 | 0.00 | $102.91 | 995.49 |
| **Total Expenses** | | | | | | 0.00 | $995.49 | 0.00 | $995.49 | |

Matter Total Fees                                                    0.00                      0.00

Matter Total Expenses                                              995.49                    995.49

Matter Total                                          0.00        995.49         0.00       995.49

Prebill Total Fees

Prebill Total Expenses                                           $995.49                   $995.49

Prebill Total                                         0.00       $995.49        0.00       $995.49

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |

Client Number:   4642          Grace Asbestos Personal Injury Claimants                                    Page:   1

Matter      000               Disbursements                                                    11/23/2004
                                                                                        Print Date/Time:
                                                                                               11/23/2004
                                                                                               11:49:35AM
Attn:                                                                                          Invoice #
41,745      05/22/2003            4,425.50          885.10
42,071      06/27/2003            3,191.00          638.20
42,259      07/25/2003            3,420.50          684.10
42,639      08/28/2003            1,935.50          387.10
42,954      09/29/2003            3,733.00          746.60
43,234      10/14/2003            1,845.50          369.10
43,557      11/20/2003            5,865.50        1,173.10
43,916      12/29/2003            1,191.00          238.20
44,175      01/23/2004              476.00           95.20
45,687      05/30/2004            5,256.00        1,051.20
45,940      06/28/2004           13,553.84       13,553.84
46,248      07/27/2004           43,040.00        8,608.00
46,249      07/27/2004              283.00          283.00
46,676      08/27/2004           17,596.25        3,519.25
46,677      08/27/2004              240.00          240.00
47,097      09/29/2004           54,095.75       10,819.15
47,114      09/30/2004            6,171.50        6,171.50
47,336      10/24/2004           12,746.88       12,746.88
47,743      11/22/2004           27,516.24       27,516.24
                              1,403,843.21      277,110.05


# PREBILL  / CONTROL  REPORT
Trans Date Range:  1/1/1950  to: 12/31/2004

Matter       000
Disbursements
Bill Cycle:       Monthly        Style:      i1        Start:    4/16/2001
                                              Last Billed : 12/27/2004                    13,655


Trust Amount Available

                    Total Expenses Billed To Date        $246,327.97

                                        Billing Empl:        0120    Elihu  Inselbuch
                                        Responsible Empl:    0120    Elihu  Inselbuch
                                        Alternate Empl:      0120    Elihu  Inselbuch
                                        Originating Empl:    0120    Elihu  Inselbuch


Summary  by Employee

| Empl | Initials | Name | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|------|----------|------|-------|--------|-------|--------|
| | | | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 226.90 | 0.00 | 226.90 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 13.35 | 0.00 | 13.35 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 7.43 | 0.00 | 7.43 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 0.60 | 0.00 | 0.60 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 2.40 | 0.00 | 2.40 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 59.10 | 0.00 | 59.10 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 7.50 | 0.00 | 7.50 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,115.68 | 0.00 | 1,115.68 |
| | | | **0.00** | **1,432.96** | **0.00** | **1,432.96** |

**Total Fees**

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | | | | 11/23/2004 |

Print Date/Time:
11/23/2004
11:49:35AM
Attn:                                                                                                                                Invoice #

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1732989 | Equitrac - Long Distance to 2123199240 | E | 12/01/2004 | 0999 | C&D | 0.00 | | $0.20 | 0.00 | | $0.20 | 0.20 |
| 1733622 | Equitrac - Long Distance to 3053502403 | E | 12/02/2004 | 0999 | C&D | 0.00 | | $3.99 | 0.00 | | $3.99 | 4.19 |
| 1733782 | Photocopy | E | 12/02/2004 | 0232 | LK | 0.00 | | $1.80 | 0.00 | | $1.80 | 5.99 |
| 1733787 | Photocopy | E | 12/02/2004 | 0245 | PT | 0.00 | | $7.50 | 0.00 | | $7.50 | 13.49 |
| 1734259 | Equitrac - Long Distance to 3024261900 | E | 12/03/2004 | 0999 | C&D | 0.00 | | $1.45 | 0.00 | | $1.45 | 14.94 |
| 1734268 | Equitrac - Long Distance to 3024261900 | E | 12/03/2004 | 0999 | C&D | 0.00 | | $0.26 | 0.00 | | $0.26 | 15.20 |
| 1734269 | Equitrac - Long Distance to 3024261900 | E | 12/03/2004 | 0999 | C&D | 0.00 | | $0.26 | 0.00 | | $0.26 | 15.46 |
| 1734659 | Equitrac - Long Distance to 2145236612 | E | 12/06/2004 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 15.51 |
| 1734796 | Photocopy | E | 12/06/2004 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 16.11 |
| 1734904 | Photocopy | E | 12/06/2004 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 17.61 |
| 1734909 | Photocopy | E | 12/06/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 18.51 |
| 1734964 | Federal Express to Katie Hemming from EI on 11/23 | E | 12/07/2004 | 0120 | EI | 0.00 | | $7.43 | 0.00 | | $7.43 | 25.94 |
| 1735326 | Photocopy | E | 12/07/2004 | 0999 | C&D | 0.00 | | $1.35 | 0.00 | | $1.35 | 27.29 |
| 1735931 | Database Research By DS 11/30 | E | 12/09/2004 | 0999 | C&D | 0.00 | | $11.10 | 0.00 | | $11.10 | 38.39 |
| 1735950 | NYO Long Distance Telephone 10/1/04-10/31/04 | E | 12/09/2004 | 0999 | C&D | 0.00 | | $2.14 | 0.00 | | $2.14 | 40.53 |
| 1735958 | NYO Long Distance Telephone 10/1/04-10/31/04 | E | 12/09/2004 | 0999 | C&D | 0.00 | | $5.79 | 0.00 | | $5.79 | 46.32 |
| 1736440 | Photocopy | E | 12/09/2004 | 0999 | C&D | 0.00 | | $3.60 | 0.00 | | $3.60 | 49.92 |
| 1736813 | Equitrac - Long Distance to 3024269910 | E | 12/10/2004 | 0999 | C&D | 0.00 | | $0.17 | 0.00 | | $0.17 | 50.09 |
| 1737685 | Photocopy | E | 12/13/2004 | 0999 | C&D | 0.00 | | $1.35 | 0.00 | | $1.35 | 51.44 |
| 1739135 | Equitrac - Long Distance to 2123198798 | E | 12/15/2004 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 51.49 |
| 1739243 | Photocopy | E | 12/15/2004 | 0999 | C&D | 0.00 | | $1.35 | 0.00 | | $1.35 | 52.84 |
| 1739339 | Photocopy | E | 12/15/2004 | 0999 | C&D | 0.00 | | $10.50 | 0.00 | | $10.50 | 63.34 |
| 1739366 | Photocopy | E | 12/15/2004 | 0138 | BAS | 0.00 | | $0.60 | 0.00 | | $0.60 | 63.94 |
| 1739903 | Photocopy | E | 12/16/2004 | 0238 | SLG | 0.00 | | $0.45 | 0.00 | | $0.45 | 64.39 |
| 1740399 | Photocopy | E | 12/17/2004 | 0101 | RCS | 0.00 | | $13.35 | 0.00 | | $13.35 | 77.74 |
| 1740409 | Photocopy | E | 12/17/2004 | 0238 | SLG | 0.00 | | $0.90 | 0.00 | | $0.90 | 78.64 |
| 1740430 | Photocopy | E | 12/17/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 78.94 |
| 1740956 | Equitrac - Long Distance to 2127076731 | E | 12/20/2004 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 78.99 |
| 1741151 | Photocopy | E | 12/20/2004 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 79.89 |
| 1741164 | Photocopy | E | 12/20/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 80.04 |
| 1741589 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.14 | 0.00 | | $0.14 | 80.18 |
| 1741596 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.37 | 0.00 | | $0.37 | 80.55 |
| 1741624 | Equitrac - Long Distance to 8054993572 | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 80.60 |
| 1741636 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.09 | 0.00 | | $0.09 | 80.69 |
| 1741657 | Equitrac - Long Distance to 3024269910 | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.66 | 0.00 | | $0.66 | 81.35 |
| 1741666 | Equitrac - Long Distance to 8054993572 | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.08 | 0.00 | | $0.08 | 81.43 |
| 1741797 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 81.58 |
| 1741808 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | | $10.80 | 0.00 | | $10.80 | 92.38 |
| 1741850 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | | $4.20 | 0.00 | | $4.20 | 96.58 |
| 1741859 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | | $3.00 | 0.00 | | $3.00 | 99.58 |
| 1741879 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | | $3.00 | 0.00 | | $3.00 | 102.58 |
| 1741882 | Photocopy | E | 12/21/2004 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 102.88 |
| 1741912 | Database Research By HS 12/17 | E | 12/22/2004 | 0999 | C&D | 0.00 | | $43.36 | 0.00 | | $43.36 | 146.24 |
| 1742713 | Equitrac - Long Distance to 8054993572 | E | 12/22/2004 | 0999 | C&D | 0.00 | | $0.14 | 0.00 | | $0.14 | 146.38 |
| 1742835 | Photocopy | E | 12/22/2004 | 0238 | SLG | 0.00 | | $0.45 | 0.00 | | $0.45 | 146.83 |
| 1742854 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | | $1.80 | 0.00 | | $1.80 | 148.63 |
| 1742867 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | | $4.20 | 0.00 | | $4.20 | 152.83 |
| 1742876 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | | $0.45 | 0.00 | | $0.45 | 153.28 |
| 1742892 | Photocopy | E | 12/22/2004 | 0999 | C&D | 0.00 | | $4.65 | 0.00 | | $4.65 | 157.93 |
| 1742979 | PVNL;  travel to Pittsburgh for hearings on 12/19-21 for meals  (split with 2814) | E | 12/23/2004 | 0020 | PVL | 0.00 | | $26.44 | 0.00 | | $26.44 | 184.37 |
| 1742980 | PVNL;  travel to Pittsburgh for hearings on 12/19-21 for Omni William Penn  (split with 2814) | E | 12/23/2004 | 0020 | PVL | 0.00 | | $158.46 | 0.00 | | $158.46 | 342.83 |
| 1743139 | Photocopy | E | 12/23/2004 | 0238 | SLG | 0.00 | | $0.90 | 0.00 | | $0.90 | 343.73 |

**Client Number:  4642**          **Grace Asbestos Personal Injury Claimants**

**Matter      000**                **Disbursements**

Print Date/Time:
11/23/2004
11/23/2004
11:49:35AM
Invoice #

Attn:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1743140 | Photocopy | E | 12/23/2004 | 0238 | SLG | 0.00 | $10.20 | 0.00 | $10.20 | 353.93 |
| 1743191 | Photocopy | E | 12/23/2004 | 0238 | SLG | 0.00 | $10.35 | 0.00 | $10.35 | 364.28 |
| 1743830 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $19.20 | 0.00 | $19.20 | 383.48 |
| 1743882 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $10.05 | 0.00 | $10.05 | 393.53 |
| 1743884 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $4.35 | 0.00 | $4.35 | 397.88 |
| 1743886 | Photocopy | E | 12/27/2004 | 0238 | SLG | 0.00 | $2.25 | 0.00 | $2.25 | 400.13 |
| 1744639 | NYO Long Distance Telephone -11/1-11/30/Committee Conf. Call | E | 12/29/2004 | 0999 | C&D | 0.00 | $643.97 | 0.00 | $643.97 | 1,044.10 |
| 1744645 | NYO Long Distance Telephone -11/1-11/30/ Committee Conf. call | E | 12/29/2004 | 0999 | C&D | 0.00 | $184.55 | 0.00 | $184.55 | 1,228.65 |
| 1744665 | NYO Long Distance Telephone -11/1-11/30 | E | 12/29/2004 | 0999 | C&D | 0.00 | $4.69 | 0.00 | $4.69 | 1,233.34 |
| 1744745 | Petty Cash  PVNL cab expenses in Pittsburgh on | E | 12/29/2004 | 0020 | PVL | 0.00 | $21.00 | 0.00 | $21.00 | 1,254.34 |
| 1744746 | Petty Cash  PVNL meal expense in Pittsburgh on | E | 12/29/2004 | 0020 | PVL | 0.00 | $6.00 | 0.00 | $6.00 | 1,260.34 |
| 1744747 | Petty Cash  PVNL airport parking expense for travel to Pittsburgh on | E | 12/29/2004 | 0020 | PVL | 0.00 | $15.00 | 0.00 | $15.00 | 1,275.34 |
| 1744920 | Equitrac - Long Distance to 8054993572 | E | 12/29/2004 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 1,275.61 |
| 1745296 | Equitrac - Long Distance to 8054993572 | E | 12/30/2004 | 0999 | C&D | 0.00 | $2.06 | 0.00 | $2.06 | 1,277.67 |
| 1745562 | Photocopy | E | 12/30/2004 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 1,278.12 |
| 1745563 | Photocopy | E | 12/30/2004 | 0232 | LK | 0.00 | $0.15 | 0.00 | $0.15 | 1,278.27 |
| 1745835 | Database Research by KNB on 12/14 | E | 12/30/2004 | 0999 | C&D | 0.00 | $154.69 | 0.00 | $154.69 | 1,432.96 |
| **Total Expenses** | | | | | | 0.00 | $1,432.96 | 0.00 | $1,432.96 | |

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 1,432.96 | | 1,432.96 |
| Matter Total | 0.00 | 1,432.96 | 0.00 | 1,432.96 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $1,432.96 | | $1,432.96 |
| Prebill Total | 0.00 | $1,432.96 | 0.00 | $1,432.96 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |

Client Number:   4642                    Grace Asbestos Personal Injury Claimants                                    Page:   1

Matter      000                          Disbursements

11/23/2004
Print Date/Time:
11/23/2004
11:49:35AM
Invoice #

Attn:

| | | | |
|---|---|---|---|
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 45,687 | 05/30/2004 | 5,256.00 | 1,051.20 |
| 45,940 | 06/28/2004 | 13,553.84 | 13,553.84 |
| 46,248 | 07/27/2004 | 43,040.00 | 8,608.00 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,596.00 | 2,519.20 |
| 47,743 | 11/22/2004 | 27,516.24 | 27,516.24 |
| 48,023 | 12/27/2004 | 76,194.99 | 76,194.99 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| | | 1,481,306.32 | 344,496.36 |