IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF FIFTHEENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
                                                                              Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  October 1, 2004 through December 31, 2004

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $217,378.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $3,469.69

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $173,902.80

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $3,469.69

Total Amount of Holdback Fees Sought for applicable period:  $43,475.70

{D0038852:1 }
DOC# - 170098

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 11/30/04; 7062 | 10/1/04-10/31/04 | $21,180.00 (80% of $26,475.00) | $1,041.24 | $21,180.00 (80% of $26,475.00) | $1,041.24 |
| 12/30/04; 7413 | 11/1/04-11/30/04 | $60,159.60 (80% of $75,199.50) | $995.49 | **Pending** | **Pending** |
| 1/31/05; 7658 | 12/1/04-12/31/04 | $92,563.20 (80% of $115,704.00) | $1,432.96 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative Oct to Dec, 2004 Hours | Cumulative Oct to Dec, 2004 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | 1.1 | $ 792.00 | 1.6 | $ 1,051.50 |
| Asset Disposition | .0 | $ .00 | 2.4 | $ 1,524.00 |
| Business Operations | .1 | $ 79.50 | 14.3 | $ 5,686.50 |
| Case Administration | 52.2 | $ 18,452.00 | 1,881.8 | $ 428,771.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 3.1 | $ 899.00 | 1,312.1 | $ 366,708.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .0 | $ .00 | 5.8 | $ 3,476.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | 2.1 | $ 1,669.50 | 84.0 | $ 47,082.50 |
| Employee Benefits/Pension | .0 | $ .00 | 9.0 | $ 4,681.50 |
| Employment Applications, Applicant | .0 | $ .00 | 45.1 | $ 11,352.50 |
| Employment Applications, Others | .5 | $ 360.00 | 40.0 | $ 15,689.00 |

| | | | | |
|---|---|---|---|---|
| Expenses | .0 | $ .00 | .0 | .00 |
| Fee Applications, Applicant | 13.6 | $ 4,379.50 | 287.4 | $ 72,399.50 |
| Fee Applications, Others | .3 | $ 216.00 | 109.6 | $ 40,314.00 |
| Financing | .0 | $ .00 | .1 | 62.50 |
| Hearings | .0 | $ .00 | 56.8 | $ 33,408.00 |
| Litigation and Litigation Consulting | 157.5 | $ 67,497.00 | 1,579.5 | $ 526,332.50 |
| Plan & Disclosure Statement | 270.9 | $ 119,541.00 | 337.3 | $ 156,192.50 |
| Relief from Stay Proceedings | .0 | $ .00 | .3 | $ 193.50 |
| Tax Issues | 1.5 | $ 517.50 | 64.8 | $ 20,914.50 |
| Tax Litigation | .0 | $ .00 | 26.6 | $ 8,733.50 |
| Travel-Non-Working | 5.5 | $ 1,980.00 | 323.1 | $ 64,773.75 |
| Valuation | 1.2 | $ 954.00 | 1.8 | $ 1,422.00 |
| ZAI Science Trial | .0 | $ .00 | 5.9 | $ 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | $ 170.00 |
| Fee Auditor Matters | .1 | $ 41.50 | 2.5 | $ 875.00 |
| **Totals** | **509.7** | **$217,378.50** | **6,192.3** | **$1,813,502.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 10/1/04 – 12/31/04 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 992.82 | $ 72,721.58 |

| Research Material | 23.45 | 2,536.22 |
|---|---:|---:|
| Air Freight & Express Mail | 296.61 | 8,063.20 |
| Outside Local Deliveries | .00 | 696.21 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | .00 | 23,098.19 |
| Professional Fees & Expert Witness Fees | .00 | 14,365.55 |
| Court Reporting/Transcript Service | .00 | 4,555.52 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | .00 | 41,375.51 |
| Meals Related to Travel | 32.44 | 3,374.02 |
| Travel Expenses – Hotel Charges | 158.46 | 13,971.07 |
| Travel Expenses – Ground Transportation | 36.00 | 6,904.46 |
| Travel Expenses – Miscellaneous | .00 | 88.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,103.10 |
| Local Transportation - DC | .00 | 148.64 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 1,002.45 | 44,287.95 |
| Postage | 1.20 | 156.03 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 59.55 | 1,683.70 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 23.71 | 1,809.32 |
| NYO Long Distance Telephone | 843.00 | 2,859.15 |
| Use of Cell/Home Phone | .00 | 529.61 |
| **TOTAL** | **$      $3,469.69** | **$      $247,760.93** |