```
Date: 11/10/04              Legal Analysis Systems, Inc.
Time: 8:00am                                                           Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 10/13/04  Peterson   / (28) Data Analysis                       1.1    660.00
 #7201     Telephone Finch re: liability forecasts; review past 600.00
           forecasts and send summary to Finch and Budd

 10/13/04  Peterson   / (28) Data Analysis                       0.2    120.00
 #7202     Telephone Relles to discuss past forecasts          600.00

 10/13/04  Relles     / (28) Data Analysis                       0.2     75.00
 #7401     Telephone Peterson re: past forecasts               375.00

 10/18/04  Peterson   / (28) Data Analysis                       0.2    120.00
 #7203     Telephone Relles re: status of work                 600.00

 10/18/04  Peterson   / (28) Data Analysis                       0.3    180.00
 #7204     Telephone Relles re: additional projection analyses 600.00

 10/18/04  Relles     / (28) Data Analysis                       0.5    187.50
 #7402     Review and summarize work (.3), telephone Peterson  375.00
           (.2) re: same

 10/18/04  Relles     / (28) Data Analysis                       0.3    112.50
 #7403     Telephone Peterson re: additional projection        375.00
           analyses
------------------------------------------------------------------------------
```

{D0030836:1 }

```
Date: 11/10/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 2

                       W. R. Grace (continued)

              Summary Of Time Charges, By Month and Activity
                      October 2004 - October 2004

   MONTH       ACTIVITY                                          HOURS    AMOUNT
   -----------------------------------------------------------------------------
   October   - (28) Data Analysis                                  2.8   1455.00
   October   - (99) Total                                          2.8   1455.00

   Total     - (28) Data Analysis                                  2.8   1455.00
   Total     - (99) Total                                          2.8   1455.00


   -----------------------------------------------------------------------------
```

{D0030836:1 }

```
Date: 11/10/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 3

                      W. R. Grace (continued)

               Summary Of Time Charges, By Month and Person
                       October 2004 - October 2004

   MONTH      PERSON                                              HOURS     AMOUNT
   ------------------------------------------------------------------------------
   October   - Relles                                               1.0     375.00
   October   - Peterson                                             1.8    1080.00
   October   - Total                                                2.8    1455.00

   Total     - Relles                                               1.0     375.00
   Total     - Peterson                                             1.8    1080.00
   Total     - Total                                                2.8    1455.00


   -----------------------------------------------------------------------------
```

```
Date: 11/10/04            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 4

                     W. R. Grace (continued)

            Summary Of Time Charges, By Activity, Month, and Person
                        October 2004 - October 2004

 MONTH       PERSON                                        HOURS   RATE    AMOUNT
 -------------------------------------------------------------------------------
 (28) Data Analysis

 October   - Relles                                          1.0   375.    375.00
 October   - Peterson                                        1.8   600.   1080.00

 -------------------------------------------------------------------------------
```

{D0030836:1 }