## EXHIBIT A

**APPLICANT:**
Theodore Goldberg
Goldberg, Persky, & White, P.C.
1030 Fifth Avenue
Pittsburgh, PA 15219

**EXPENSES**

| DATE | DETAIL OF EXPENSES | AMOUNT |
|---|---|---|
| July 19, 2004 | Hotel (Marriott Wardman Park) Washington D.C., 1 Night (1/8 of the price $288.21 per night) | $36.03 |
| | Lunch (Marriott Wardman Park) Washington D.C., (1/8 of the price $17.45) | $2.18 |
| | Dinner (Mama Ayesha'a Restaurant) Washington D.C., (1/8 of the price $31.63) | $3.95 |
| July 20, 2004 | Breakfast (Marriott Wardman Park) Washington D.C., (1/8 of the price $25.67) | $3.21 |
| | Tolls (1/8 of the price $8.50) | $1.06 |
| December 7, 2004 | Airfare (U.S. Airways) Roundtrip Pittsburgh, PA to New York, NY (1/8 of the price $949.19) | $118.65 |
| | Miscellaneous (Travel King) Pittsburgh, PA Travel Agent Fee (1/8 of the price $15.00) | $1.87 |
| | Hotel (Sheraton Hotel of New York) New York, NY (1/8 of the price $409.91) | $51.24 |
| | Meal (1/8 of the price $35.16) | $4.40 |
| | Travel (New York Cab Co.) (1/8 of the price $35.00) | $4.38 |
| | Parking (Parking Garage) (1/8 of the price $9.50) | $1.19 |
| December 8, 2004 | Travel (Spectacular Limo Link) from 7th Avenue to LaGuardia Airport (1/8 of the price $60.00) | $7.50 |
| | **TOTAL** | **$235.66** |

{D0038739:1 }