# GOLDBERG PERSKY & WHITE, P.C.

**ATTORNEYS AT LAW**

1030 FIFTH AVENUE, THIRD FLOOR
PITTSBURGH, PENNSYLVANIA 15219-6295

FACSIMILE (412) 471-8308
TELEPHONE (412) 471-3980
EMAIL ADDRESS: info@gpwlaw.com
WEB SITE: www.gpwlaw.com

THEODORE GOLDBERG (PA, WV, MI & DC)
JOEL PERSKY (PA & MI)
THOMAS W. WHITE (PA)
CRAIG L. VANDERGRIFT (PA & WV)
PETER T. PALADINO, JR. (PA, MI & NY)
DAVID P. CHERVENICK (PA & WV)
TERRENCE M. O'BRIEN (PA, MI & WV)
MARK C. MEYER (PA & MI)
JAMES J. BEDORTHA (PA & MI)
LANE A. CLACK (PA & MI)
BRUCE E. MATTOCK (PA & WV)
DAVID B. RODES (PA)
JOSEPH J. CIRILANO (PA & MI)
CHARLES J. McLEIGH (PA & WV)
CHRISTINE L. SALON (PA & MI)
CARLA GUTTILLA (PA)
CINDY STINE (PA & WV)

DIANA N. JACOBS (PA)
BRIAN ALAN PRIM (WV)
LEE W. DAVIS (PA, WV & MI)
JOHN T. TIERNEY III (PA, DC & AZ)
JOHN N. KELSEY (MI)
DARREN K. PARR (PA & IN)
ROBIN M. GRAZIANO (PA)
JOHN R. POMERVILLE (MI)
JASON E. LUCKASEVIC (PA)
JASON T. SHIPP (PA)
STEPHANIE N. BELL (PA)
KENNETH J. FRYNCKO (PA)
CORI J. KAPUSTA (PA)
KAREN E. KOSKOFF (PA, DC, CT)
CARRIE L. FURLAN (PA)
DAVID B. FORDYCE (MI, CA)

**Theodore Goldberg, Esquire**
Goldberg, Persky, Jennings & White, P.C
1030 Fifth Avenue
Pittsburgh, PA  15219
(412) 471-3980
January 31, 2005

Re:    W.R. Grace & Co.
       Chapter 11 – Case Nos. 01-1139 (MFW)

### Expenses for the period ending January 31, 2005

**Bankruptcy Meeting – Washington, D.C. (July 19-20, 2004)**

Meals, hotel, tolls                                              $ 46.70*
    *Only 1/8th charged to W.R. Grace Bankruptcy (see attached)

**Bankruptcy Meeting – New York (December 7 – 8, 2004)**

Hotel, flight, cab, parking, meal                                $ 189.22*
    *Only 1/8th charged to W.R. Grace Bankruptcy (see attached)

**TOTAL EXPENSES TO BE REIMBURSED:**                              $ 235.92

JOHNSTOWN OFFICE:
132 JACKSON STREET
JOHNSTOWN, PA 15901-2134
FAX (814) 539-3981
TELEPHONE (814) 539-4007

GREENSBURG OFFICE:
205 COULTER BUILDING
231 SOUTH MAIN STREET
GREENSBURG, PA 15601-3102
FAX (724) 832-8747
TELEPHONE (724) 836-3305 (GSBG)

MICHIGAN OFFICE:
4800 FASHION SQUARE BLVD.,
SUITE 260
SAGINAW, MI 48604-2602
FAX (989) 799-5727
TELEPHONE (989) 799-4848

WEST VIRGINIA OFFICE:
THE RIVER TOWER
1108 THIRD AVENUE, SUITE 602
HUNTINGTON, WV 25701-1568
FAX (304) 522-1089
TELEPHONE (304) 522-1087

# Memo

           Accounting Department

FROM:       Theodore Goldberg

DATE:       January 10, 2005

           Reimbursements – Bankruptcy Meeting
           New York – 12/7 – 12/8/04

---

The following expenses should be split among the following bankruptcies:

| | |
|---|---|
| Armstrong World Bankruptcy | A986-01-24 |
| G-I Holdings (GAF) | G1574-01-24 |
| Global Technologies (H-W) | H2365-01-24 |
| North American Refractories | N618-01-24 |
| Owens-Corning | O383-01-24 |
| Pittsburgh Corning | P1690-01-01 |
| United States Gypsum | U147-01-24 |
| W.R. Grace | W2000-01-24 |

| | |
|---|---|
| Sheraton Hotel | $409.91 |
| Flight: | $964.19 |
| Cab fares | $ 35.00 |
| Cab fares | $ 60.00 |
| Parking | $   9.50 |
| Meal | $  35.16 |
| **Total:** | **$1,513.76** |

(Charge $189.22 to each bankruptcy number).

Attachments

# Sheraton Hotels of New York

SHERATON MANHATTAN
SHERATON NEW YORK
SHERATON RUSSELL

SHERATON NEW YORK HOTEL & TOWERS
811 Seventh Avenue
New York, NY 10019
Tel: 212-581-1000  Fax: 212-262-4410

G Mr Theodore Goldberg
U
E 261 Trotwood West Dr
S Pittsburgh, PA 15241
T United States

ROOM RATE      1835
NO. PERS      359.00
FOLIO         1
PAGE          5726331    EX-A
ARRIVE        1
DEPART        07-DEC-04  12:03
PAYMENT       08-DEC-04  12:00
              VI

TRAVEL AGENT
CHARGE TO
AGENT INFO

| DATE | REFERENCE | DESCRIPTION | DEBIT CREDIT |
|---|---|---|---|
| 07-DEC-04 | RT1835 | Room Chrg Retail | 359.00 |
| 07-DEC-04 | RT1835 | Room Sales Tax | 30.96 |
| 07-DEC-04 | RT1835 | City/Local Tax | 17.95 |
| 07-DEC-04 | RT1835 | Occupan/Tourism Tax | 2.00 |
| 08-DEC-04 | VI | Visa NY | 409.91- |
| | | Total-Due | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Room & Tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 07-DEC-04 | 409.91 | 0.00 | 0.00 | 0.00 | 0.00 | 409.91 | 0.00 |
| Total | 409.91 | 0.00 | 0.00 | 0.00 | 0.00 | 409.91 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 718
Starpoints for this visit A50840237947.

| Mr Theodore Goldberg | ROOM | DEPART | AGENT | Sheraton New York |
|---|---|---|---|---|
| FOLIO: 5726331  07-DEC-04 | 1835 | | | Tel: 212-581-1000 |

CUSTOMER SERVICE SHERATON MANHATTAN / NEW YORK / RUSSELL 800-538-5558




**TRAVEL KING OF PITTSBURGH, INC.**
TWO GATEWAY CENTER • SUITE 1627 • PITTSBURGH, PA 15222-1425
TELEPHONE: (412) 471-6686 • FAX: (412) 471-0907 • EMAIL: TVLKING@MSN.COM
WWW.TRAVELKINGOFPITTSBURGH.COM

GOLDBERG/TED

```
GOLDBERG PERSKY AND WHITE              471-3980-B
1030 FITH AVENUE                       471-8308-FAX
PITTSBURGH PA    15219


         DEC 06 2004        9922133    MDKQW6    GPJW       AL5PL

07 DEC 04 - TUESDAY
  US AIRWAYS       908 COACH CLASS    EQUIP-AIRBUS A320 JET
  LV: PITTSBURGH          745A        NONSTOP         MILES-  335    CONFIRMED
  AR: NYC/LAGUARDIA       901A        ELAPSED TIME- 1:16
                                      SEAT-20C
  FREQ FLYER US      3501522

HYATT                          01 NT/S - OUT 08DEC             CONFIRMED
PARK HYATT WASH.               1 ROOM/S                 GUARANTEE-CREDIT CARD
24TH AT M STREET NW            RATE-       325.00       GUARANTEED
WASHINGTON DC 20037            PHONE-202 789-1234
FAX-202 419 6795
                               NAME-GOLDBERG TED
                               CONFIRMATION-HY0044272857
CANCEL BY 6PM HOTEL TIME DECEMBER 06 TO AVOID PENALTY

                      SURFACE TRANSPORTATION

08 DEC 04 - WEDNESDAY
  US AIRWAYS        45 COACH CLASS    EQUIP-AIRBUS A320 JET
  LV: WASH/REAGAN         330P        NONSTOP         MILES-  205    CONFIRMED
  AR: PITTSBURGH          429P        ELAPSED TIME-  :59
                                      SEAT- 7C
  FREQ FLYER US      3501522


YOUR FREQUENT FLYER NUMBER HAS BEEN ENTERED
PLEASE RETAIN COPY OF TKT UNTIL MILEAGE HAS BEEN CREDITED
THANK YOU FOR CALLING TRAVEL KING.


TICKET NUMBER/S:
GOLDBERG/TED                       1219814681     BA CARD          914.19
                                   ELECTRONIC


      AIR TRANSPORTATION   831.62   TAX         82.57   TTL         914.19
                                    SERVICE FEE                      35.00
                                    SUB TOTAL                       949.19
                                    CREDIT CARD PAYMENT             949.19-
                                    AMOUNT DUE                        0.00
```

 **TRAVEL KING OF PITTSBURGH, INC.** 
TWO GATEWAY CENTER • SUITE 1627 • PITTSBURGH, PA 15222-1425
TELEPHONE: (412) 471-6686 • FAX: (412) 471-0907 • EMAIL: TVLKING@MSN.COM
WWW.TRAVELKINGOFPITTSBURGH.COM

GOLDBERG/TED

```
GOLDBERG PERSKY AND WHITE         471-3980-B
1030 FITH AVENUE                  471-8308-FAX
PITTSBURGH PA    15219


     DEC 06 2004      9922134    MHKBXP   GPJW      AL5PL

07 DEC 04 - TUESDAY

 CONFIRMED  - SEE SEPARATE ITINERARY




                                   SERVICE FEE            15.00
                                   SUB TOTAL             15.00
                                   CREDIT CARD PAYMENT   15.00-
                                   AMOUNT DUE             0.00
```



| | CAB |
|---|---|
| Account # Information | |
| Name: | |
| Pick Up Address: | 811 7av |
| Destination: | LGA |
| VI MC Amex DC DS CH CA | Authorization # |

20% that was added In The Gratuity Box Is The Driver's Tip
Invoice # 568312    COPY 2 - OFFICE

| Date: 10/08/04 | Limousine Trip Voucher/Receipt |
|---|---|
| Res. Time: Am/Pm | Please Initial ↓ | Reservation # |
| P/U Time: Am/Pm | | Fare |
| Drop Off: Am/Pm | | Stops |
| Total: Hrs Min | | W.T. |
| Stop 1 W.T. Min Initial | | Gratuity (20%) |
| Stop 2 W.T. Min | | Tel. |
| Stop 3 W.T. Min | | Tolls |
| Driver #: Car Type Ordered | | Park |
| Signature... | | Misc1. |
| | | Misc2. |
| X Signature | | Total 60 00 |



$34.60 + 3.70 = 38.30

# Memo

TO:     Accounting Department

FROM:   Theodore Goldberg

DATE:   September 8, 2004

RE:     Visa Reimbursement
        Bankruptcy Meeting: Washington, D.C.
        July 19 – 20, 2004

---

Please issue a check made payable to me in the amount of $373.57.

This should be divided among the following bankruptcies ($46.70 each):

| | |
|---|---|
| Armstrong World Bankruptcy | A986-01-24 |
| G-I Holdings (GAF) | G1574-01-24 |
| Global Technologies (H-W) | H2365-01-24 |
| North American Refractories | N618-01-24 |
| Owens-Corning | O383-01-24 |
| Pittsburgh Corning | P1690-01-01 |
| United States Gypsum | U147-01-24 |
| W.R. Grace | W2000-01-24 |

**Breakdown**

| | |
|---|---|
| Meals | $ 31.63 |
| Meals | $ 17.45 |
| Meals | $ 25.67 |
| Hotel | $ 288.21 |
| Tolls | $   8.50 |
| Misc. | $   2.11 |
| **Total:** | **$373.57** |

Attachments

## US AIRWAYS
### DIVIDEND MILES

THEODORE GOLDBERG
CAROL L GOLDBERG
Account Number:

Your US Airways®

| New Balance |
| Total Credit Line |
| Cash Limit |
| Overlimit Amount |
| Minimum Payment Due |

24-Hour Customer Service
For Lost or Stolen Cards

## Bank of America

### Customer Corner

Earn more Dividend Miles and access your account without using your card. Use the attached check for new purchases or write it to yourself for cash. You'll earn 1 mile for every $1 spent up to your card's mileage maximum. The check will post as a Cash Advance and is subject to the 3% fee with a $10 minimum and the Cash APR stated in your Cardholder Agreement. This check cannot be used to pay a Bank of America credit card account. Offer expires 10/31/2004.



| Jul 20 | Jul 17 | 400 | | | |
| | | 879 | | | |
| Jul 23 | Jul 22 | 265 | | | |
| Jul 23 | Jul 21 | 144 | MARRIOTT 337W0 WARDMAN PK | WASHINGTON DC | $288.21 |
| Jul 23 | Jul 19 | 080 | MARRIOTT 337W0 F&B | WASHINGTON DC | $17.45 |
| Jul 23 | Jul 20 | 153 | MARRIOTT 337W0 F&B | WASHINGTON DC | $25.67 |
| Jul 23 | Jul 21 | 400 | | | |

BK
at Dulles

Please return remit coupon
with your payment ↓



```
WH SMITH GIFT SHOP # 206
300 NEWSPAPERS           1.00 T

          SUBTOTAL       1.00
          TAX            0.06
          TOTAL          1.06
          CASH          (5.00)
          CHANGE         3.94

Cshr 3015: DAWID              83  # 104
Register: REG3 Jul 19 2004  1:19 PM
              Thank You
```

```
           & & & 501 & & &
       DULLES AIRPORT MARRIOTT HOTEL
       *****HOTEL GIFT SHOP*******

20006 HAZEL
-------------------------------
2125  JUL20'04 10:10AM
-------------------------------

  1  77 Paper Goods         1.00

      Sub-Total:            1.00
      Tax                   0.05
      TOTAL:                1.05
      CASH                  5.05
      Change Due            4.00
```

```
& & & 401 & & &
***** CREDIT CARD VOUCHER *****
*******************************
      WARDMAN PARK MARRIOTT HOTEL
              Washington, DC
                Restaurant
CHECK:         4239
TABLE:         12/1
SERVER:        10 JOSE R
DATE:          JUL20'04  8:54AM
CARD TYPE:     VISA/MASTERCARD
ACCT #:        XXXXXXXXXXXX2583
EXP DATE:      XX/XX
AUTH CODE:     068231

SUBTOTAL:              21.67

GRATUITY $       4—

TOTAL    $       25.67

SIGNATURE _____
```

```
& & & 401 & & &
***** CREDIT CARD VOUCHER *****
*******************************
      WARDMAN PARK MARRIOTT HOTEL
              Washington, DC
                Restaurant
CHECK:         4122
TABLE:         40/1
SERVER:        16 SARA
DATE:          JUL19'04  1:57PM
CARD TYPE:     VISA/MASTERCARD
ACCT #:        XXXXXXXXXXXX2583
EXP DATE:      XX/XX
AUTH CODE:     058053
          THEODORE GOLDBERG

SUBTOTAL:              14.85

GRATUITY $       2.60

TOTAL    $       17.45

SIGNATURE _____
```

