## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: March 7, 2005 @ 4:00 p.m.** |

## QUARTERLY FEE APPLICATION OF LEXECON, CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

Name of Applicant:    *Lexecon*

Authorized to Provide
Professional Services to:    *Official Committee of Equity Holders*

Date of Retention:    *As of November 1, 2004*

Period for which compensation
and reimbursement is sought:    *October 1, 2004 through and including December 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$51,176.03*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$3,247.68*

This is a(n):    _    monthly    **X**    interim application

**SUMMARY OF MONTHLY FEE STATEMENTS FOR LEXECON**
**OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 1/26/05 7629 | $31,294.67 | $3,056.06 | 2/15/05 | Pending | Pending | $34,350.73 |
| TBD | $19,881.36 | $191.62 | | Pending | Pending | $20,072.98 |
| **Total** | **$51,176.03** | **$3,247.68** | | | | **$54,423.71** |

Currently Unpaid:    Fees          $ 51,176.03
                     Expenses    $   3,247.68

              **TOTAL**    **$  54,423.71**

- 2 -

KL2:2369674.1

## SUMMARY OF OUTSTANDING FEES OWED TO LEXECON
## OCTOBER 1, 2004 - DECEMBER 31, 2004

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| November 1, 2004 - November 30, 2004 | $31,294.67 $3,056.06 | Pending | Pending | $31,294.67 $3,056.06 |
| December 1, 2004 – December 31, 2004 | $19,881.36 $191.62 | Pending | Pending | $19,881.36 $191.62 |
| | | | | |
| **TOTAL** | **$51,176.03 $3,247.68** | **Pending** | **Pending** | **$51,176.03 $3,247.68** |

Currently Unpaid:    Fees:        $   51,176.03
                            Expenses     $      3,247.68

                            TOTAL        $   54,423.71

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bamberger, Gustavo | 525.00 | 22.50 | $11,812.50 |
| Neumann, Lynette | 450.00 | 34.50 | $15,525.00 |
| Stone, Daniel | 340.00 | 54.50 | $18,530.00 |
| **Use of Computer Capability Charge** | | | $5,308.53 |
| **Total** | | **111.50** | **$51,176.03** |

KL2:2369674.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/04 through 12/31/04 | Total Fees for the Period 10/1/04 through 12/31/04 |
|---|---|---|
| Bankruptcy Motions | 0.00 | $0.00 |
| Case Administration | 0.00 | $0.00 |
| Claims Analysis Objection (Asbestos) | 111.50 | $51,176.03 |
| Creditor Committee | 0.00 | $0.00 |
| Fee Applications, Applicant | 0.00 | $0.00 |
| Hearings | 0.00 | $0.00 |
| Plan and Disclosure Statement | 0.00 | $0.00 |
| Reorganization Plan | 0.00 | $0.00 |
| Travel/Non-Working | 0.00 | $0.00 |
| **Total** | **111.50** | **$51,176.03** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/04 through 12/31/04 |
|---|---|
| Travel | $1,031.56 |
| Postage/Delivery | $25.22 |
| Telephone | |
| Data | |
| Printing/Photocopying | $2,142.90 |
| Outside Experts | |
| Working Meals | |
| Transportation | $48.00 |
| **Total** | **$3,247.68** |

KL2:2369674.1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order").  Pursuant to the Amended Administrative Order, Lexecon respectfully requests that, for the period October 1, 2004 through December 31, 2004, it be allowed the total amount of fees of $51,176.03 and disbursements $3,247.68, and that the Debtor be directed to pay all outstanding unpaid amounts.

LEXECON

332 South Michigan Avenue
Suite 1300
Chicago, IL  60604
(312) 322-0210

Consultants to the Official Committee of
Equity Holders

Dated:  February 11, 2005

KL2:2369674.1