IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 7528** |
| _____ ) | | **No Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 7528

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of Buchanan Ingersoll PC[1] for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from November 1, 2004 through November 30, 2004 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than February 1, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $6,929.07[2] upon the filing of this certification and without the need for entry of a Court order approving the application.

---

[1] Buchanan Ingersoll PC ("BIPC") presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred to BIPC when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to BIPC.

[2] The aggregate total is a result of the addition of 80% of the fees sought ($5,765.00) equaling $4,612.00 and 100% of the expenses sought ($2,317.07) during the time frame of November 1, 2004 through November 30, 2004.

| | |
|---|---|
| Dated: February 14, 2005 | BUCHANAN INGERSOLL PC |
| | |
| | */s/ William David Sullivan* |
| | William D. Sullivan (No. 2820) |
| | The Nemours Building |
| | 1007 N. Orange Street, Suite 1110 |
| | Wilmington, DE 19801 |
| | Phone: (302) 428-5500 |
| | FAX:   (302) 428-3996 |
| | sullivanwd@bipc.com |
| | |
| | DELAWARE COUNSEL FOR ZAI CLAIMANTS |

2