# EXHIBIT A

Proposed Budget
for Lexecon LLC, Asbestos Claims Consultant to
The Official Committee of Equity Security Holders

| Month | Budget |
|---|---|
| November 2004 | $38,000 |
| December 2004 | $25,000 |
| Commencing January 2005 | $10,000 per month (on average) |

Notes

1.    Any portion of the $10,000 budgeted amount unused in any month shall carry forward from month to month until used.

2.    The Equity Committee reserves the right to seek an increase in the monthly budget amount once the Court establishes a schedule and procedures for asbestos claims valuation.

KL2:2368208.1