IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Deadline: March 7, 2004** |
| _____ | ) | **Hearing: Only if objection filed** |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 14, 2005, service of the *Verified Application of Lukins & Annis, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1, 2004 through October 31, 2004* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

   February 14, 2005                                        */s/ William D. Sullivan*
        Dated                                                  William D. Sullivan