**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et</u> <u>al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 7, 2005** |
| | ) | **Hearing Date:  Only if objection filed** |

**FEE AND EXPENSE DETAIL FOR THE VERIFIED APPLICATION
OF LUKNS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1. 2004
<u>THROUGH DECEMBER 31, 2004</u>**

**COST REPORT**
Lukins & Annis, P.S.
Time Period 12/01/2004 - 12/16/2004

| DATE | DESCRIPTION | CHARGE |
|---|---|---|
| 12/02/04 | Long Distance Charges | $0.48 |
| 12/02/04 | Long Distance Charges | $0.33 |
| 12/02/04 | Long Distance Charges | $0.60 |
| 12/02/04 | Photocopies | $0.60 |
| 12/02/04 | Photocopies | $0.30 |
| 12/02/04 | Long Distance Charges | $0.03 |
| 12/02/04 | Photocopies | $0.15 |
| 12/02/04 | Long Distance Charges | $0.09 |
| 12/02/04 | Long Distance Charges | $4.26 |
| 12/09/04 | Long Distance Charges | $0.18 |
| 12/10/04 | Long Distance Charges | $0.09 |
|  | **Total** | **$7.11** |