IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 7, 2005** |
| | ) | **Hearing Date: Only if objection filed** |

**FEE DETAIL FOR THE APPLICATION OF THE SCOTT LAW GROUP, P.S., (FORMERLY ASSOCIATED WITH LUKINS & ANNIS, P.S.) FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1. 2004 THROUGH DECEMBER 31, 2004**

**TIME REPORT**

The Scott Law Group, P.S.

Time Period 12/16/2004 - 12/31/2004

**CATEGORY 22: ZAI SCIENCE TRIAL**

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| 12/27/04 | SS | Draft, revise, and finalize fee applications for July, August, September; draft, revise, and finalize 14th quarterly fee application. | 2.00 | $95.00 | $190.00 |
| 12/27/04 | DWS | Review and revise monthly and quarterly fee applications. | 0.30 | $415.00 | $124.50 |
| | | **SUBTOTAL** | **2.30** | | **$314.50** |
| | | **TIME TOTAL:** | **2.30** | | **$314.50** |