## VERIFICATION

STATE OF WASHINGTON     )
                                              )
COUNTY OF SPOKANE       )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)  I am counsel formerly with the applicant law firm Lukins & Annis, P.S., now heading the firm of The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)  I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)  I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 11 day of Feb., 2005.

Kristy L. Bergland
Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/06