**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:** March 7, 2005 |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S.**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM**
**PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004**

Name of Applicant:                                    Lukins & Annis, P.S.

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002

Period for which compensation and
Reimbursement is sought:                            October 1, 2004 through
                                                    October 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 47,541.00

Amount of Expenses Reimbursement:                   $  2,538.15

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |

This is the twenty-fourth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Lukins & Annis attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $405 | 84.4 | $30,942.00 |
| TOTALS | | | | | 84.4 | $30,942.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Kristy L. Bergland | Paralegal | 25 | Litigation | $165 | 100.6 | $16,599.00 |
| TOTALS | | | | | 100.6 | $16,599.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 20-Travel–Non-working | 16.0 Hours | $3,240.00 |
| 22-ZAI Science Trial | 169.0 Hours | $44,301.00 |
| TOTALS | 185.0 Hours | $47,541.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $ 10.38 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | $ 292.07 |
| In-House Duplicating / Printing ($.15 per page) | $ 10.35 |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | $ 1,410.53 |
| Transportation | |
| Air Travel Expense | $ 721.38 |
| Taxi Expense | $ 70.00 |
| Mileage Expense | |
| Travel Meals | $ 5.94 |
| Parking | $ 17.50 |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 2,538.15 |

Dated: <u>February 14</u>, 2005

<div style="margin-left: 45%;">

/s/   William D. Sullivan
_____

William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

</div>

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 7, 2005** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF LUKINS & ANNIS, P.S., FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
<u>PERIOD FROM OCTOBER 1. 2004 THROUGH OCTOBER 31, 2004</u>**

**TIME REPORT**
Lukins & Annis, P.S.
Time Period 10/01/2004 - 10/31/2004

## CATEGORY 20:  TRAVEL-Non-Working

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 10/17/04 | DWS | Travel to Pittsburgh for Science Trial Hearing (billed at 1/2 rate). | 8.00 | $ 202.50 | $ 1,620.00 |
| 10/19/04 | DWS | DWS Return flight to Spokane from Science Trial Hearing (billed at half rate). | 8.00 | $ 202.50 | $ 1,620.00 |
| | | **SUBTOTAL** | **16.00** | | **$ 3,240.00** |

## CATEGORY 22:  ZAI SCIENCE TRIAL

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 10/04/04 | DWS | Analyze Grace case management order pleadings and Court transcripts in preparation for motion to strike Kilpatrick motion (1.8); work regarding development of illustrative exhibits (2.6). | 4.40 | $ 405.00 | $ 1,782.00 |
| 10/04/04 | KLB | Preparation for science trial (1.5); research regarding Washington nuisance case and begin preparation of overview of excerpts of cases citing same (2.5). | 4.00 | $ 165.00 | $ 660.00 |
| 10/05/04 | DWS | Analyze updates to state CPA statutes and case law regarding legal issues pertinent to summary judgment briefing (3.0); review legal summaries by paralegal regarding science trial issues (1.1). | 4.10 | $ 405.00 | $ 1,660.50 |
| 10/05/04 | KLB | Zonolite Science Trial Preparation:  continue work on review of case law and preparation of excerpts and overview of cases citing Washington nuisance (sanitarium) case (1.5); legal research regarding certain cases cited by Grace in informational brief (.5); begin review and summary of expert reports regarding airborne asbestos fibers (2.0); additional legal research regarding injury to property and begin review of case law (2.5). | 6.50 | $ 165.00 | $ 1,072.50 |
| 10/06/04 | DWS | Meeting with paralegal regarding preparation of exhibits for science trial (.5); phone call from co-counsel regarding science trial preparations (.3); continued review of hearing transcripts (1.8); review and preparation of regulatory materials pertinent to summary | 4.50 | $ 405.00 | $ 1,822.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | judgment motion (1.9). | | | |
| 10/06/04 | KLB | Science Trial Preparation:  work on database of Consumer Protection research (all states), including revisions to fields/forms in database and updates to legal analyses (2.5); office conference with partner regarding research needed for science trial hearings (.8); begin work on exemplar exhibit showing timeline of litigation events (1.2); legal research (review law reviews and case law) regarding Injury to Property and stigma damages (3.0); legal research regarding updates to consumer protection laws in key states (2.0). | 9.50 | $ 165.00 | $ 1,567.50 |
| 10/07/04 | DWS | Review legal summaries from paralegal regarding multiple science trial issues (1.0); review case law updates from paralegal regarding summary judgment issues in preparation for science trial (1.3); meeting with paralegal regarding summary judgment hearing exhibits (1.0). | 3.30 | $ 405.00 | $ 1,336.50 |
| 10/07/04 | KLB | Office conference with Legal Assistant regarding science trial preparation (.3); legal research regarding Washington Property Damage harms/injury (3.5); research and review Consumer Protection Act legal remedies for Washington (.7); research and shepardize Restatement of Torts 928 (1.5); legal research/review law review article regarding consumer protection issues (1.0). | 7.00 | $ 165.00 | $ 1,155.00 |
| 10/08/04 | DWS | Continued legal work regarding multistate CPA claims in preparation for summary judgment hearing (2.2); review factual updates from co-counsel regarding science trial (1.3); meeting with paralegal regarding preparation of science trial briefs (.6); conduct additional legal analysis regarding property damage harms non-CPA contexts (1.0). | 5.10 | $ 405.00 | $ 2,065.50 |
| 10/08/04 | KLB | Office conference with partner regarding illustrative exhibits and additional research needed in preparation for science trial (.5); review expansion plant information and work on illustrative exhibit regarding same (.8); review expert witness reports regarding admissions of ZAI containing/releasing asbestos (2.0); prepare summary of key legal issues/cases regarding Washington Real Property damages (1.2); review Washington Property Damage case regarding EIFS siding (.5); | 8.50 | $ 165.00 | $ 1,402.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | continue legal research regarding real property harm (1.5); begin work on illustrative (PowerPoint) exhibits (2.0). | | | |
| 10/09/04 | KLB | Preparation for science trial:  work on illustrative exhibits/PowerPoint Presentation (4.0); review recent Consumer Protection Action case law (2.0). | 6.00 | $    165.00 | $     990.00 |
| 10/10/04 | KLB | Preparation for Science Trial:  Review expert witness reports and preparation of illustrative exhibit depicting quotes regarding ZAI containing and releasing asbestos (2.5); review state laws regarding CPA reliance and preparation of illustrative exhibit depicting states with reliance requirements (3.0); reviisions to PowerPoint illustrative exhibits (1.5); continue review of CPA case law and treatises regarding exemplars of property damages awarded under consumer protection laws (2.0). | 9.00 | $    165.00 | $  1,485.00 |
| 10/11/04 | DWS | Continued preparation for hearing on summary judgment motions (5.3); review legal research regarding CPA causation, regulatory burden, and loss of use issues (3.0). | 8.30 | $    405.00 | $  3,361.50 |
| 10/11/04 | KLB | Science Trial Preparation:  meet with partner regarding PowerPoint revisions and additional slides/exhibits needed (1.0); Begin research regarding states with seller disclosure laws (2.5); legal research regarding property damages/harm (2.0); review class proofs of claim and emails from/to co-counsel regarding same (.5); office conference with legal assistants regarding projects to prepare for science trial (.7); review and summary of key bankruptcy case (.8); revisions to PowerPoint presentation slides (2.5). | 10.00 | $    165.00 | $  1,650.00 |
| 10/12/04 | DWS | Draft multiple working briefs in preparation for science trial summary judgment motions (4.0); meeting with paralegal regarding power point presentations (1.0); review multiple legal summaries and transcript summaries in preparation for hearing (2.8). | 7.80 | $    405.00 | $  3,159.00 |
| 10/12/04 | KLB | Science Trial Preparation:  Calls from co-counsel's office regarding exhibits needed and search for/provide same (.6); internet research and review information regarding location of expansion plants (.5); review and prepare | 10.50 | $    165.00 | $  1,732.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| | | summary of exemplars of consumer protection property damage cases (e.g. siding cases, mold cases, paint cases, etc) (6.8); review and pull key quote from Washington consumer protection cases for PowerPoint slide (.6); creation of additional PowerPoint slides and revisions to existing slides (2.0). | | | |
| 10/13/04 | DWS | Final office preparation for science trial (7.2); meeting with litigation team regarding final preparations and logistics for science trial (1.0). | 8.20 | $   405.00 | $ 3,321.00 |
| 10/13/04 | KLB | Science Trial Preparation:  review exhibits before the Court and prepare summary of the evidence submitted regarding damages experienced by ZAI homeowners (3.8); prepare summary relating to positions of Grace employees Wood and Locke (.4); prepare CDs of briefing, case law, and exhibits for use at science trial (.8); continue work on PowerPoint slides and add slides regarding harm and aversion quotes (2.5). | 7.50 | $   165.00 | $ 1,237.50 |
| 10/14/04 | KLB | Science Trial Preparation:  Additional research regarding state disclosures laws and update to table regarding same (1.4); Preparation of additional PowerPoint slides, including case quotes and quotes from transcripts (2.4); compilation of additional materials and CDs of exhibits to federal express for science trial (1.0); telephone calls and preparation of materials to federal express to Expert Kilpatrick regarding remediation and estimation of homes with Zonolite (3.0). | 7.80 | $   165.00 | $ 1,287.00 |
| 10/15/04 | DWS | Review case law updates in preparation for hearings on cross motions for summary judgment. | 3.10 | $   405.00 | $ 1,255.50 |
| 10/15/04 | KLB | Science Trial Preparation:  work on additional revisions to PowerPoint Presentation and creation of additional slides (asbestos regulations, homeowner quotes) (4.0); calls from partner regarding additional information needed for science trial (.3); review additional sales data and instructions regarding providing same to Expert Kilpatrick (.5); review Grace Claims Bar Date Notice materials and prepare summary of definition of Zonolite claims (1.5). | 6.30 | $   165.00 | $ 1,039.50 |
| 10/16/04 | DWS | Prepare multiple briefs for oral argument of | 7.90 | $   405.00 | $ 3,199.50 |

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|------------|-------------|-------|-------------|-------|
| | | Kilpatrick motion and summary judgment motion regarding CPA claims (6.6); review court transcripts, deposition transcripts, and briefing in preparation of final oral arguments (1.3). | | | |
| 10/16/04 | KLB | Science Trial Preparation:  Calls and emails from and to partner regarding additional science trial preparation work needed (.5); review Grace 1970 memorandum regarding sales and prepare comparison relating to our numbers based on pounds produced (1.8); review law review article regarding environmental damage cases (.8); provide additional sales information to Expert Kilpatrick (.2); Additional updates and revisions to PowerPoint slides and download of same  (1.7). | 5.00 | $   165.00 | $   825.00 |
| 10/17/04 | DWS | Preparation for science trial hearing (1.7); meeting with litigation team regarding same (.5). | 2.20 | $   405.00 | $   891.00 |
| 10/17/04 | KLB | Science Trial Preparation:  Create additional PowerPoint slide regarding remodeling (.7); emails to and from partner regarding PowerPoint revisions (.3). | 1.00 | $   165.00 | $   165.00 |
| 10/18/04 | DWS | Meeting with litigation team in preparation for science trial hearing (1.5); attend science trial hearing (8.0). | 9.50 | $   405.00 | $ 3,847.50 |
| 10/18/04 | KLB | Science Trial Preparation:   Email from partner and additional revisions to PowerPoint  slides (.3); Revision to State map exhibit  (.2); calls from partner and co-counsel regarding providing of PowerPoint  presentation for copying (.3); break down  PowerPoint Presentation into emailable slides  and pdfs and email same to co-counsel (1.0); telephone call from partner regarding hearing (.2) | 2.00 | $   165.00 | $   330.00 |
| | | **SUBTOTAL** | **169.00** | | **$44,301.00** |
| | | **TIME TOTAL:** | **185.00** | | **$47,541.00** |

## COST REPORT
Lukins & Annis, P.S.
Time Period 10/01/2004 - 10/31/2004

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 10/05/04 | Photocopies | $2.25 |
| 10/06/04 | Long Distance Charges | $0.24 |
| 10/06/04 | Long Distance Charges | $0.09 |
| 10/12/04 | Long Distance Charges | $0.09 |
| 10/12/04 | Long Distance Charges | $0.21 |
| 10/12/04 | Long Distance Charges | $0.03 |
| 10/13/04 | Photocopies | $0.45 |
| 10/14/04 | Long Distance Charges | $0.45 |
| 10/14/04 | Long Distance Charges | $0.27 |
| 10/14/04 | Long Distance Charges | $0.18 |
| 10/14/04 | Long Distance Charges | $0.87 |
| 10/14/04 | Photocopies | $3.60 |
| 10/15/04 | Photocopies | $2.70 |
| 10/15/04 | Long Distance Charges | $0.30 |
| 10/18/04 | Travel agent fees for Plane Fare to Pittsburgh for 10/18/04 Hearing in Pittsburgh | $25.00 |
| 10/18/04 | Plane Fare for 10/18/04 Hearing in Pittsburgh | $696.38 |
| 10/18/04 | Cabfare for 10/18/04 Hearing in Pittsburgh | $35.00 |
| 10/18/04 | Meal for 10/18/04 Hearing in Pittsburgh | $5.94 |
| 10/18/04 | Lodging for 10/18/04 Hearing in Pittsburgh | $1,410.53 |

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 10/18/04 | Cabfare for 10/18/04 Hearing in Pittsburgh | $35.00 |
| 10/18/04 | Parking at Spokane Airport for 10/18/04 Hearing in Pittsburgh | $17.50 |
| 10/19/04 | Long Distance Charges | $0.06 |
| 10/20/04 | Photocopies | $1.35 |
| 10/20/04 | Long Distance Charges | $3.60 |
| 10/20/04 | Long Distance Charges | $0.21 |
| 10/21/04 | Long Distance Charges | $1.56 |
| 10/21/04 | Long Distance Charges | $0.42 |
| 10/22/04 | Long Distance Charges | $0.57 |
| 10/26/04 | Long Distance Charges | $0.66 |
| 10/26/04 | Long Distance Charges | $0.09 |
| 10/27/04 | Long Distance Charges | $0.48 |
| | **Total** | **$2,246.08** |

<u>VERIFICATION</u>

STATE OF WASHINGTON          )
                                                      )
COUNTY OF SPOKANE           )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)       I am counsel formerly with the applicant law firm Lukins & Annis, P.S. and have been admitted to appear before this Court.

b)       I have personally performed many of the legal services rendered by Lukins & Annis, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Lukins & Annis, P.S.

c)       I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this ___11___ day of ___Feb___ , 2005.

Notary Public for Washington
Residing at Spokane
My Commission Expires: ___9/10/06___



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:** March 7, 2005 |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE VERIFIED APPLICATION OF LUKINS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 15, 2004

| | |
|---|---|
| Name of Applicant: | Lukins & Annis, P.S. |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | December 1, 2004 through December 15, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $          0 |
| Amount of Expenses Reimbursement: | $       7.11 |

This is a:  <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | Pending | Pending |

This is the twenty-fifth Lukins & Annis application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | $    6.06 |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | $    1.05 |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $    7.11 |

Dated:  February 14        , 2005

/s/  William D. Sullivan
William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 7, 2005** |
| | ) | **Hearing Date:  Only if objection filed** |

**FEE AND EXPENSE DETAIL FOR THE VERIFIED APPLICATION
OF LUKNS & ANNIS, P.S. FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1. 2004
<u>THROUGH DECEMBER 31, 2004</u>**

## COST REPORT

Lukins & Annis, P.S.

Time Period 12/01/2004 - 12/16/2004

| DATE | DESCRIPTION | CHARGE |
|------|-------------|--------|
| 12/02/04 | Long Distance Charges | $0.48 |
| 12/02/04 | Long Distance Charges | $0.33 |
| 12/02/04 | Long Distance Charges | $0.60 |
| 12/02/04 | Photocopies | $0.60 |
| 12/02/04 | Photocopies | $0.30 |
| 12/02/04 | Long Distance Charges | $0.03 |
| 12/02/04 | Photocopies | $0.15 |
| 12/02/04 | Long Distance Charges | $0.09 |
| 12/02/04 | Long Distance Charges | $4.26 |
| 12/09/04 | Long Distance Charges | $0.18 |
| 12/10/04 | Long Distance Charges | $0.09 |
| | **Total** | **$7.11** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:** March 7, 2005 |
| | ) | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT GROUP, P.S.**
**(FORMERLY ASSOCIATED WITH LUKINS & ANNIS, P.S.) FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD**
**FROM DECEMBER 16, 2004 THROUGH DECEMBER 31, 2004**[1]

| | |
|---|---|
| Name of Applicant: | The Scott Law Group, P.S. (formerly associated with Lukins & Annis, P.S.) |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | December 16, 2004 through December 31, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $      314.50 |
| Amount of Expenses Reimbursement: | $        0 |

This is a: <u>X</u> monthly     _ interim     _ final application

Prior Application filed:  Yes

---

1.   In addition to this application of the The Scott Law Group, P.S., for allowance of interim fees for December, 2004, the firm of Lukins & Annis, P.S., with which Scott attorney Darrell Scott, Esq. was formerly associated, has filed a contemporaneous application for the month of December, seeking allowance of certain expenses incurred by Lukins & Annis during the relevant period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | Pending | Pending |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | Pending | Pending |

This is the twenty-sixth Scott Law Group (formerly associated with Lukins & Annis) application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 6 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $565.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Darrell W. Scott | Partner | 15 | Litigation | $415 | .3 | $124.50 |
| TOTALS | | | | | .3 | $124.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Samantha Simatos | Legal Asst. | 12 | Litigation | $95 | 2.0 | $190.00 |
| TOTALS | | | | | 2.0 | $190.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 22-ZAI Science Trial | 2.3 Hours | $314.50 |
| TOTALS | 2.3 Hours | $314.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Computer Assisted Legal Research | |
| Telephone Expense | |
| Telephone Expense – Outside | |
| Facsimile ($1.00 per page) | |
| Postage Expense | |
| Courier & Express Carriers | |
| In-House Duplicating / Printing ($.15 per page) | |
| Outside Duplicating / Printing (color photocopies) | |
| Lodging | |
| Transportation | |
| Air Travel Expense | |
| Taxi Expense | |
| Mileage Expense | |
| Travel Meals | |
| Parking | |
| General Expense | |
| Expert Services | |
| Books/Videos | |
| Other (Explain): | |
| Total: | $ 0 |

Dated: ___February 14___, 2005

/s/  William D. Sullivan
William D. Sullivan, Esq.
Buchanan Ingersoll, PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Darrell W. Scott, Esq.
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906
(formerly associated with Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 7, 2005** |
| | **)** | **Hearing Date:  Only if objection filed** |

**FEE DETAIL FOR THE APPLICATION OF THE SCOTT LAW GROUP,
P.S., (FORMERLY ASSOCIATED WITH LUKINS & ANNIS, P.S.) FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD
<u>FROM DECEMBER 1. 2004 THROUGH DECEMBER 31, 2004</u>**

**TIME REPORT**

The Scott Law Group, P.S.

Time Period 12/16/2004 - 12/31/2004

**CATEGORY 22:  ZAI SCIENCE TRIAL**

| Date | Timekeeper | Description | Hours | Hourly Rate | Total |
|------|-----------|-------------|-------|-------------|-------|
| 12/27/04 | SS | Draft, revise, and finalize fee applications for July, August, September; draft, revise, and finalize 14th quarterly fee application. | 2.00 | $95.00 | $190.00 |
| 12/27/04 | DWS | Review and revise monthly and quarterly fee applications. | 0.30 | $415.00 | $124.50 |
| | | **SUBTOTAL** | **2.30** | | **$314.50** |
| | | **TIME TOTAL:** | **2.30** | | **$314.50** |