## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 15, 2005, service of the foregoing *Notice Of Filing Of Fifteenth Interim Quarterly Fee Application Of The Scott Law Group, P.S., And Lukins & Annis, P.S.* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| January 15, 2005 | /s/ William D. Sullivan |
|---|---|
| Dated | William D. Sullivan |