IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 (JKF)<br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEALED AIR CORPORATION and CRYOVAC, INC.,<br>Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, et al.,<br><br>Plaintiffs,<br>v.<br><br>FRESENIUS MEDICAL CARE HOLDINGS, INC. and NATIONAL MEDICAL CARE, INC.,<br><br>Defendants. | Adv. No. 02-2211<br><br><br>Affects Dockets 02-2210 and 02-2211 |

## **ORDER**

Upon motion ("Motion") of the Official Committee of Asbestos Property Damage Claimants (the "PD Committee") of the above-captioned debtors and debtors-in-

possession (the "Debtors") for an order pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9006 and Local Bankruptcy Rule 9006-1(e) authorizing and approving the PD Committee's Motion to Shorten Notice from thirty-two (32) days to thirty-one (31) days regarding the Motion for Entry of Order Approving Fee Applications and Allowing the Payment of Holdbacks, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion to Shorten Notice is Granted.

Dated: _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge