# EXHIBIT 1

# EXHIBIT 1

## Bilzin Sumberg Baena Price & Axelrod LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| September 10, 2002 (#222) | $207,092.50 | $66,165.41 | $41,418.50 |
| November 22, 2002 (#374) | $746,011.50 | $183,568.64 | $149,202.30 |
| March 21, 2003 (#458) | $295,371.00 | $23,644.53 | $59,074.20 |
| August 6, 2003 (#541) | $113,842.50 | $26,895.84 | $22,768.50 |
| November 11, 2003 (#592) | $11,112.00 | $289.80 | $2,222.40 |
| January 29, 2004 (#623) | $3,595.00 | $91.63 | $719.00 |
| April 7, 2004 (#649) | $4,134.00 | $12.87 | $826.80 |
| **TOTALS** | **$1,381,158.50** | **$300,668.72** | **$276,231.70** |