# EXHIBIT 2

# EXHIBIT 2

## Caplin & Drysdale, Chartered

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/14/02 D.I. 364 | $520,007.50 | $0.00 | $104,001.50 |
| 2/6/03 D.I. 433 | $324,234.00 | $0.00 | $64,846.80 |
| 5/14/03 D.I. 496 | $84,029.50 | $0.00 | $16,805.90 |
| 8/15/03 D.I. 544 | $11,037.00 | $0.00 | $2,207.40 |
| 11/14/03 D.I. 594 | $7,514.00 | $0.00 | $1,502.80 |
| 2/13/04 D.I. 628 | $7,532.50 | $0.00 | $1,506.50 |
| 8/16/04 D.I. 683 | $283.00 | $0.00 | $56.50 |
| Total | $954,637.50 | $0.00 | $190,927.40 |

{D0030671:1}