# EXHIBIT 3

# EXHIBIT 3

## Kirkland & Ellis LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| November 27, 2002 (#391) | $2,08,781,00 | $208,917.31 | $416,356.20 |
| March 4, 2003 (#450) | $332,218.00 | $88,430.54 | $66,443.60 |
| May 15, 2003 (#498) | $131,092.00 | $16,494.69 | $26,218.40 |
| August 27, 2003 (#555) | $54,285.50 | $3,937.65 | $10,857.10 |
| Total: | $2,081,781.00 | $317,780.19 | $519,875.30 |