# EXHIBIT 4

## EXHIBIT 4

### Ferry, Joseph & Pearce, P.A.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| December 19, 2002; No. 407 | $18,479.00 | $1,888.39 | $3,695.80 |
| April 1, 2003; No. 464 | $12,059.00 | $971.11 | $2,411.80 |
| February 18, 2004; No. 629 | $5,457.00 | $618.41 | $1,091.40 |
| February 25, 2004; No. 633 | $7,406.00 | $1,373.83 | $1,481.20 |
| March 5, 2004; No. 637 | $3,736.00 | $748.12 | $747.20 |
| January 20, 2005; No. 714 | $2,941.50 | $847.74 | $588.30 |
| January 20, 2005; No. 715 | $1,495.50 | $154.90 | $299.10 |
| TOTAL | $51,574.00 | $6,602.50 | $10,314.80 |