# EXHIBIT 5

# EXHIBIT 5

## Campbell & Levine

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| May 14, 2003 D.I. 497 | $9,865.00 | $281.30 | $1,973.00 |
| August 15, 2003 D.I. 543 | $3,410.00 | $734.62 | $682.00 |
| November 14, 2003 D.I. 593 | $2,242.50 | $642.48 | $448.50 |
| February 13, 2004 D.I. 627 | $1,416.50 | $213.36 | $283.30 |
| May 14, 2004 D.I. 659 | $693.00 | $330.13 | $138.60 |
| August 16, 2004 D.I. 684 | $1,397.50 | $30.00 | $279.50 |
| Total | $19,024.50 | $2,231.89 | $3,804.90 |

{D0030669:1 }