**Exhibit B:**   November Monthly Interim Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 1, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2004
THROUGH NOVEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | November 1, 2004 through November 30, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 23,932.50 |
| Amount of Expenses Reimbursement: | $ 13,414.72 |

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |

This is the Twenty-Eighth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 15.9 | $9,197.50 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 4.5 | $1,800.00 |
| TOTALS | | | | | 20.4 | $10,997.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 89.1 | $11,137.50 |
| Kim Garcia | Lit. Support | 10 | Litigation | $75 | 16.8 | $1,260.00 |
| Kim Camarda | Paralegal | 13 | Litigation | $125 | 4.3 | $537.50 |
| TOTALS | | | | | 110.2 | $12,935.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant | 18.3 | $1,747.50 |
| 20-Travel–Non-working | 2.0 | $650.00 |
| 22-ZAI Science Trial | 111.3 | $21,535.00 |
| TOTALS | 130.6 | $23,932.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express | $5,511.35 |
| Expert Services | $7,903.37 |
| Total | $13,414.72 |

3

Dated:  January 12, 2005
Wilmington, Delaware

                BUCHANAN INGERSOLL PC

                /s/     William D. Sullivan
                William D. Sullivan (No. 2820)
                1007 N. Orange St.
                Suite 1110
                Wilmington, DE  19801
                Phone: (302) 428-5500
                FAX: (302) 428-3996

                -and-

                RICHARDSON PATRICK WESTBROOK
                & BRICKMAN, LLC

                Edward J. Westbrook, Esq.
                1037 Chuck Dawley Blvd., Building A
                Mount Pleasant, SC  29464
                Phone: (843) 727-6513
                FAX: (843) 727-6688

                Lead Counsel For
                Zai Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 1, 2005 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2004 <u>THROUGH NOVEMBER 30, 2004</u>**

| 12/14/2004 | | | | | | | 1 |
|---|---|---|---|---|---|---|---|

# Time report

## 11/01/2004 - 11/30/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

**Day:** 11/01/2004

| 11/01/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.20 | $4,680.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | August 25, 2004 - Travel to DC for meeting with Grace counsel regarding proposed plan of reorganization (work during flight preparing - 1.5 hour), attend meeting and prepare memos regarding same (5.7) [This charge was inadvertently left off the August bill] | | | |

| 11/01/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.60 | $240.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Received and reviewed article regarding personal injury lawsuits filed in Canada regarding exposure to Zonolite Attic Insulation (.4); forward article to Ed Westbrook and Bobby Wood with comments(.2) | | | |

| 11/01/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Research Libby and ZAI databases for binder documents to determine whether Grace actual testing was on production or developmental material | | | |

| 11/01/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.60 | $240.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Received and reviewed article regarding personal injury lawsuits filed in Canada regarding exposure to Zonolite Attic Insulation (.4); Forward article to Ed Westbrook and Bobby Wood (.2) | | | |

**Day:** 11/02/2004

| 11/02/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Research Libby and ZAI databases for binder documents to determine whether Grace actual testing was on production or developmental material | | | |

**Day:** 11/04/2004

| 11/04/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Research Libby and ZAI databases for Grace Canada information | | | |

**Day:** 11/05/2004

| 11/05/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.40 | $260.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Review information regarding proposed resolution, assess impact on ZAI (.3), converstion with ZAI court reporter regarding transcript of hearing (.1) | | | |

**Day:** 11/08/2004

| 11/08/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Conversation with Grace counsel regarding supplementation to the | | | |

12/14/2004

# Time report

## 11/01/2004 - 11/30/2004

2

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| | | | record (.1); emails from Lizzie Kerrison regarding personal injury situation with developments regarding potential danger of ZAI for science trial issues and emails to staff regarding same (.2) | | | |
| 11/08/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.30 | $787.50 |
| lkerrison | 0000 | | Research Libby and ZAI databases for Grace Canada information and compile documents | | | |
| **Day:** | | **11/09/2004** | | | | |
| 11/09/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.60 | $825.00 |
| lkerrison | 0000 | | Compile Canda documents and create timeline with research | | | |
| 11/09/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.80 | $320.00 |
| rturkewitz | 0000 | | Email from Ed Westbrook regarding supplementing of record (.1); Reviewed file and forwarded to Ed Westbrook letter from EPA regarding Lee (.2); Reviewed video excerpts and forwarded to Ed Westbrook (.5) | | | |
| **Day:** | | **11/11/2004** | | | | |
| 11/11/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.60 | $825.00 |
| lkerrison | 0000 | | Compile Canda documents and create timeline with research and research Grace corporate information | | | |
| **Day:** | | **11/12/2004** | | | | |
| 11/12/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.30 | $537.50 |
| kcamarda | 0000 | | Review of trial transcript for all charts referenced and supply copies of charts not included in Judge's notebook. | | | |
| 11/12/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.40 | $910.00 |
| ewestbrook | 0000 | | Review legal memo regarding ZAI discussions with Grace (.3); review status of supplemental video to be supplied to court on ZAI simulations following hearing and work on getting it into proper format for court to view (.4); discussions with Kim Camarda regarding demonstratives used at ZAI Science Trial that have not yet been supplied to court, but were referenced in the motions hearing presentation and review of same (.7) | | | |
| **Day:** | | **11/15/2004** | | | | |
| 11/15/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
| ewestbrook | 0000 | | Attend Grace Omnibus hearing by telephone regarding Grace reorganization, other matters, send and receive numerous emails regarding potential meeting with other claimants regarding Grace in response to filing of Plan of Reorganization | | | |
| 11/15/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Continue creating Canada timeline (2.5); summarize Lee deposition regarding testing (4.2) | | | |

12/14/2004

3

# Time report

## 11/01/2004 - 11/30/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 11/15/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.30 | $120.00 |
| rturkewitz | 0000 | | Telephone conversation with witness (Leon Cohen) regarding ZAI Science Hearing and status of case (.3) | | | |
| **Day:** | | **11/16/2004** | | | | |
| 11/16/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Continue summarizing Lee deposition regarding testing (4.5); organize emails on computer regarding ZAI (2) | | | |
| **Day:** | | **11/18/2004** | | | | |
| 11/18/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.60 | $700.00 |
| lkerrison | 0000 | | Coding and inputting information for Canada documents in ZAI database | | | |
| **Day:** | | **11/19/2004** | | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.60 | $390.00 |
| ewestbrook | 0000 | | Emails with Grace counsel regarding supplemental materials, discussions with counsel regarding ZAI status (.6) | | | |
| **Day:** | | **11/22/2004** | | | | |
| 11/22/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.20 | $1,025.00 |
| lkerrison | 0000 | | Complete coding Canada documents on ZAI database and complete Canada timeline (4); continue summarizing Lee deposition (4.2) | | | |
| **Day:** | | **11/23/2004** | | | | |
| 11/23/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.70 | $962.50 |
| lkerrison | 0000 | | Complete summary of Lee deposition (2.5); begin summarizing 10/18/04 MSJ Hearing (5.2) | | | |
| 11/23/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | Communications with Grace counsel regarding Court's suggestion of settlement, review emails | | | |
| **Day:** | | **11/29/2004** | | | | |
| 11/29/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.90 | $760.00 |
| rturkewitz | 0000 | | Reviewed file regarding vermiculite attic insulation sampling method (.3); Telephone conversation with EPA regarding participants of ZAI Testing Method Panel (.5); Email to Ed Westbrook regarding same (.2); Telephone conversation with consultant regarding EPA sampling method for ZAI (.3); Reviewed documents regarding meetings for ZAI sampling method (.4); Telephone conversation with Ed Westbrook regarding same, and forwarded documents to him for his review (.2) | | | |

12/14/2004 10:20:16 AM Garcia, Kimberly A.

12/14/2004

# Time report

## 11/01/2004 - 11/30/2004

4

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 11/29/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| lkerrison | 0000 | | Continue summarizing 10/18/04 MSJ Hearing transcript | | | |

| **Day:** | | **11/30/2004** | | | | |
|---|---|---|---|---|---|---|
| 11/30/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Continue summarizing 10/18/04 MSJ Hearing transcript | | | |
| 11/30/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.30 | $120.00 |
| rturkewitz | 0000 | | Received and reviewed message from EPA regarding vermiculite attic insulation testing method (.2); Left message for EPA official regarding EPA vermiculite testing method (.1) | | | |

| **Transaction:** | **L116** |
|---|---|

| **Day:** | | **11/01/2004** | | | | |
|---|---|---|---|---|---|---|
| 11/01/2004 | 200106 | Zonolite Science Trial | L116 | $325.00 | 2.00 | $650.00 |
| ewestbrook | 0000 | | Travel back to Charleston from Charlotte for meeting with Grace regarding proposed plan of reorganization (billed at half rate) | | | |

| **Transaction:** | **L150** |
|---|---|

| **Day:** | | **11/12/2004** | | | | |
|---|---|---|---|---|---|---|
| 11/12/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 4.50 | $337.50 |
| kgarcia | 0000 | | Begin work on September and October monthly applications | | | |

| **Day:** | | **11/15/2004** | | | | |
|---|---|---|---|---|---|---|
| 11/15/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.50 | $187.50 |
| kgarcia | 0000 | | Continue work on September and October monthly applications | | | |

| **Day:** | | **11/16/2004** | | | | |
|---|---|---|---|---|---|---|
| 11/16/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 4.00 | $300.00 |
| kgarcia | 0000 | | Continue work on September and October monthly applications | | | |

| **Day:** | | **11/17/2004** | | | | |
|---|---|---|---|---|---|---|
| 11/17/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.50 | $112.50 |
| kgarcia | 0000 | | Continue work on September and October monthly applications | | | |
| 11/17/2004 | 200106 | Zonolite Science Trial | L150 | $325.00 | 1.00 | $325.00 |
| ewestbrook | 0000 | | Work on billing matters for September and October bills (billed at half rate) | | | |

| **Day:** | | **11/19/2004** |
|---|---|---|

12/14/2004

5

# Time report

### 11/01/2004 - 11/30/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.50 | $112.50 |
| kgarcia | 0000 | | Finalize September and October monthly applications and send to local counsel for filing | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L150 | $325.00 | 0.50 | $162.50 |
| ewestbrook | 0000 | | Work on 14th Quarterly bill (.5) (billed at half rate) | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.00 | $150.00 |
| kgarcia | 0000 | | Prepare 14th Quarterly bill | | | |
| **Day:** | | **11/23/2004** | | | | |
| 11/23/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 0.80 | $60.00 |
| kgarcia | 0000 | | Finalize 14th Quarterly bill and send to local counsel for filing | | | |

|  |  |
|---:|---:|
| **Grand Total:** | **$23,932.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$23,932.50** |
| **Total Hours/Report:** | **130.60** |
| **Count:** | **37** |

12/13/2004

# Expense report

### 11/01/2004 - 11/30/2004

1

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** E029

**Day:** 11/23/2004

| 11/23/2004 | 200106 | Zonolite Science Trial | E029 | $7,653.37 | 1.00 | $7,653.37 |
| kgarcia | 0000 | | Expert Services - Munday & Associates | | | |

**Day:** 11/30/2004

| 11/30/2004 | 200106 | Zonolite Science Trial | E029 | $250.00 | 1.00 | $250.00 |
| kgarcia | 0000 | | Expert Services - Compass Environmental | | | |

**Transaction:** E065

**Day:** 11/04/2004

| 11/04/2004 | 200106 | Zonolite Science Trial | E065 | $819.81 | 1.00 | $819.81 |
| kgarcia | 0000 | | Federal Express charges for computer equipment boxes delivered to the hotel from the office for the hearing (6 boxes) | | | |

| 11/04/2004 | 200106 | Zonolite Science Trial | E065 | $14.48 | 1.00 | $14.48 |
| kgarcia | 0000 | | Federal express package to Rob Turkewitz | | | |

**Day:** 11/09/2004

| 11/09/2004 | 200106 | Zonolite Science Trial | E065 | $4,677.06 | 1.00 | $4,677.06 |
| kgarcia | 0000 | | Federal express packages sent to and from from Pittsburgh from MSJ hearing (67 boxes) | | | |

| | | | **Grand Total:** | | | **$13,414.72** |
| | | | **Expense Grand Total:** | | | **$13,414.72** |
| | | | **Time Grand Total:** | | | **$0.00** |
| | | | **Total Hours/Report:** | | | **0.00** |
| | | | **Count:** | | | **5** |