**Exhibit C:** December Monthly Interim Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 1, 2005 |
| | ) | Hearing Date:  TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2004
THROUGH DECEMBER 31, 2004

Name of Applicant:                                Richardson Patrick Westbrook
                                                  & Brickman, LLC

Authorized to Provide Professional Services to:   Zonolite Attic Insulation Claimants

Date of Appointment:                              July 22, 2002

Period for which compensation and
Reimbursement is sought:                          December 1, 2004 through
                                                  December 31, 2004

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $ 9,507.50

Amount of Expenses Reimbursement:                 $ 145.53

This is a:  X monthly   _ interim   _ final application

Prior Application filed:  Yes

1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/04 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/04 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |

This is the Twenty-Seventh RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 1.2 | $780.00 |
| Robert M. Turkewitz | Partner | 17 | Litigation | $400 | 1.1 | $440.00 |
| TOTALS | | | | | 2.3 | $1,220.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 66.3 | $8,287.50 |
| TOTALS | | | | | 66.3 | $8,287.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 68.6 | $9,507.50 |
| TOTALS | 68.6 | $9,507.50 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | 36.13 |
| Duplicating (Internal) | 106.40 |
| Total | $ 145.53 |

3

Dated: January 12, 2005
Wilmington, Delaware

/s/ William D. Sullivan
William D. Sullivan (#2820)
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook
 & Brickman
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC 29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: February 1, 2005 |
| | ) | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

01/07/2005 1

# Time report

## 12/01/2004 - 12/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Day:** 12/01/2004

| 12/01/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.10 | $440.00 |
| rturkewitz | 0000 | | Telephone conference with EPA official regarding vermiculite test method (.5); Received and reviewed documents regarding test method(.2); Email to Ed Westbrook forwarding documents regarding EPA vermiculite test method (.4) | | | |

**Day:** 12/02/2004

| 12/02/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 | $712.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |

**Day:** 12/06/2004

| 12/06/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |

**Day:** 12/07/2004

| 12/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |

**Day:** 12/09/2004

| 12/09/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |

**Day:** 12/13/2004

| 12/13/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript (3); inputting coding information in ZAI database and reviewing for sales information and hot documents (2.5); review Grace 19 installation studies to determine whether used experimental or production material (2) | | | |

**Day:** 12/14/2004

| 12/14/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 | $712.50 |
| lkerrison | 0000 | | Review Grace 19 installation studies to determine whether used experimental or production material | | | |

**Day:** 12/16/2004

| 12/16/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | 0000 | | Complete review of Grace 19 installation studies to determine whether used experimental or production material | | | |

01/07/2005

2

# Time report

## 12/01/2004 - 12/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| 12/16/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.20 | $780.00 |
| ewestbrook | 0000 | | Review Grace filings and dictate ZAI position in response to motions | | | |
| **Day:** | | **12/20/2004** | | | | |
| 12/20/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **12/21/2004** | | | | |
| 12/21/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **12/22/2004** | | | | |
| 12/22/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.20 | $525.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **12/27/2004** | | | | |
| 12/27/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| | |
|---|---|
| **Grand Total:** | $9,507.50 |
| **Expense Grand Total:** | $0.00 |
| **Time Grand Total:** | $9,507.50 |
| **Total Hours/Report:** | 68.60 |
| **Count:** | 13 |

01/10/2005                                                                                                                              1

# Expense report

### 12/01/2004 - 12/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |
| **Transaction:** | **E065** | | | | | |
| **Day:** | | **12/01/2004** | | | | |
| 12/01/2004 | 200106 | Zonolite Science Trial | E065 | $39.13 | 1.00 | $39.13 |
| gmartin | 0000 | | Federal Express Package | | | |
| **Transaction:** | **E360** | | | | | |
| **Day:** | | **12/31/2004** | | | | |
| 12/31/2004 | 200106 | Zonolite Science Trial | E360 | $106.40 | 1.00 | $106.40 |
| kgarcia | 0000 | | Internal copy charges | | | |
| | | | **Grand Total:** | | | **$145.53** |
| | | | **Expense Grand Total:** | | | **$145.53** |
| | | | **Time Grand Total:** | | | **$0.00** |
| | | | **Total Hours/Report:** | | | **0.00** |
| | | | **Count:** | | | **2** |