**Exhibit D:**    Fee and Expense Detail, Verification of Pleadings

<u>VERIFICATION</u>

STATE OF SOUTH CAROLINA        )
                                                      )
COUNTY OF CHARLESTON          )

Edward J. Westbrook, after being duly sworn according to law, deposes and says:

a)      I am counsel with the applicant law firm Richardson, Patrick, Westbrook & Brickman, and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by Richardson, Patrick, Westbrook & Brickman and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of Richardson, Patrick, Westbrook & Brickman.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Edward J. Westbrook, Esq.

SWORN AND SUBSCRIBED
Before me this 20th day of January, 2005.


_____
Notary Public for South Carolina

My Commission Expires
February 4, 2014

01/07/2005

# Time report

### 10/01/2004 - 12/31/2004

1

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |
| **Day:** | | **10/01/2004** | | | | |
| 10/01/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received from Gena Martin and reviewed email regarding research findings (.4); telephone conversation with Canadian attorney regarding his ZAI-related mesothelioma clients (.8); reviewed materials and prepared charts and outline for ZAI Science Trial Hearing.  (4.6) | $400.00 | 5.80 | $2,320.00 |
| 10/01/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for ZAI argument, review briefs in support of summary judgment, make notes of same | $650.00 | 3.40 | $2,210.00 |
| 10/01/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Research on various agencies regarding notification of homeowners regarding ZAI (6.6); prepare memo to Rob Turkewitz regarding findings (.4) | $75.00 | 7.00 | $525.00 |
| **Day:** | | **10/02/2004** | | | | |
| 10/02/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed file and related documents relating to ZAI (2.8); telephone conversation with potential ZAI fact witness (.5); email to Gena Martin regarding removal of all ZAI witnesses since they were deposed (.2); received and reviewed Libby ZAI documents (.5); received from Gena Martin and reviewed charts for presentation of Science Hearing (1.5); received and reviewed email from Ed Westbrook regarding ZAI removal costs (.1); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (3.5) | $400.00 | 9.10 | $3,640.00 |
| 10/02/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Preparation of power point slide presentation pertaining to reintrainment cycle of asbestos, entrainment of asbestos in the air (3.0);research of EPA websites (2.0); | $75.00 | 5.00 | $375.00 |
| **Day:** | | **10/03/2004** | | | | |
| 10/03/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed and organized information regarding Dr. R.J. Lee's consulting work regarding ZAR Reality's asbestos property damage claim (2.0); email to City of New York regarding testing by Dr. R.J. Lee at 100 Church Street (.5); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (.5) | $400.00 | 3.00 | $1,200.00 |
| **Day:** | | **10/04/2004** | | | | |
| 10/04/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received from Aaron Diaz and reviewed memorandum and chart regarding asbestos real estate disclosure laws in the U.S. (1.5); | $400.00 | 8.90 | $3,560.00 |

01/07/2005

# Time report

### 10/01/2004 - 12/31/2004

2

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|------------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| | | | received and reviewed emails regarding Lee deposition and use for Science Hearing (.3); received from Ed Westbrook email regarding outline of Lee deposition for use at Science Hearing (.2); created outline/exhibits regarding Lee deposition for Science Hearing (1.5); email to Aaron Diaz, regarding research (.2); received and reviewed affidavit of homeowner (.5); reviewed additional information regarding Zonolite investigation by a state department of health (.5); received and reviewed page/line designations for deposition of Dr. R.J. Lee for Science Hearing (.4); received from Lizzie Kerrison email regarding television program on vermiculite attic insulation and information regarding ZAI in Canada (.4); email to Gena Martin regarding affidavit of homeowner (.1); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (3.3) | | | |
| 10/04/2004 200106 | | Zonolite Science Trial | L106 | $650.00 | 7.40 | $4,810.00 |
| ewestbrook | 0000 | | Prepare for science trial motions for summary judgment by reviewing prior briefs, working up arguments, reviewing prior notes (7.4) | | | |
| 10/04/2004 200106 | | Zonolite Science Trial | L106 | $125.00 | 8.70 | $1,087.50 |
| lkerrison | 0000 | | Highlight dust testing excerpts in Lee WTC deposition (5); review testing documents (3.7) | | | |
| 10/04/2004 200106 | | Zonolite Science Trial | L106 | $75.00 | 10.50 | $787.50 |
| gmartin | 0000 | | Reviewed email from Rob Turkewitz re: affidavit of homeowner (.3); review of documentation regarding VAI; and forward to Rob for review (.2); review of expert depositions of Ilgren and Wood (2); preparation of power point presentation with regard to Dr. Lee including review of excerpts from his deposition in Taunus Corporation; (8) | | | |
| **Day:** | | **10/05/2004** | | | | |
| 10/05/2004 200106 | | Zonolite Science Trial | L106 | $75.00 | 8.80 | $660.00 |
| gmartin | 0000 | | Preparation of science trial power point presentation (6.0); research and obtain article for trial (.5); telephone conference with expert regarding new developments and prepared email to Rob Turkewitz re: same. (2.3) | | | |
| 10/05/2004 200106 | | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Research different OSHA PEL and STEL background air levels (2.7); Attend meeting with ZAI team regarding status, strategy, etc. (1); Review Grace actual testing for information on production material v. developmental material (2); research for EPA information on how many homes with ZAI (1) | | | |
| 10/05/2004 200106 | | Zonolite Science Trial | L106 | $125.00 | 1.00 | $125.00 |
| kcamarda | 0000 | | Meeting re: trial preparation | | | |
| 10/05/2004 200106 | | Zonolite Science Trial | L106 | $265.00 | 1.00 | $265.00 |
| jward | 0000 | | Conference with team regarding hearing strategy and preparation | | | |
| 10/05/2004 200106 | | Zonolite Science Trial | L106 | $650.00 | 8.20 | $5,330.00 |
| ewestbrook | 0000 | | Staff meeting regarding preparation for argument (1); work on arguments for hearing, preparing charts, demonstratives (7.2) | | | |

# Time report

## 10/01/2004 - 12/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 10/05/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 6.90 | $2,760.00 |
| rturkewitz | 0000 | | Received from Aaron Diaz and reviewed email regarding research (.1); received and reviewed email from City of New York regarding work by Dr. R.J. Lee (.2); forwarded affidavit of homeowner to Ed Westbrook for his review (.1); received and reviewed email from Ed Westbrook regarding homeowner affidavit (.1); email to Darrell Scott regarding ZAI removals (.4); reviewed email from Gena Martin regarding Dr. Lee's dust testing (.2); telephone conversation with Jim Restivo regarding proposed agenda (.3); received and reviewed proposed agenda (.5); memo to Ed Westbrook regarding agenda for Science Hearing (.5); correspondence to EPA regarding information on website concerning asbestos (.3); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (3.2); attended meeting regarding ZAI science trial (1) | | | |
| 10/05/2004 | 200106 | Zonolite Science Trial | L106 | $240.00 | 6.50 | $1,560.00 |
| bwood | 0000 | | Review real estate data from experts' reports, experts' depositions, articles, and reliance materials to prepare a position paper on the extent and frequency of renovation activities by homeowners and contractors (5.5); attend team meeting regarding strategy and preparation (1) | | | |
| **Day:** | | **10/06/2004** | | | | |
| 10/06/2004 | 200106 | Zonolite Science Trial | L106 | $240.00 | 6.70 | $1,608.00 |
| bwood | 0000 | | Create graphic for hearing summarizing renovation facts with revisions (2.2); Review and analyze Anderson's risk assessment calculations from her expert report and deposition (2.5); Review briefs for arguments for and against use and validity of risk assessments and review Anderson deposition for assumptions and re-calculation testimony (2.0) | | | |
| 10/06/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 6.10 | $2,440.00 |
| rturkewitz | 0000 | | Reviewed affidavit of homeowner regarding update on removal of ZAI in his home (.5); conference with Gena Martin regarding correspondence to homeowner (.3); reviewed and prepared page/line designations for testimony of Tom Hamilton for ZAI Hearing (2.0); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (3.3) | | | |
| 10/06/2004 | 200106 | Zonolite Science Trial | L106 | $75.00 | 8.30 | $622.50 |
| gmartin | 0000 | | Review of expert depositions of Mylnarek, Corn, and Wolter; preparation of science trial pointer point presentation (7.5); telephone conference with expert regarding report to EPA, obtained and forwarded to Rob for review for trial (.5); conference with Rob Turkewitz re: correspondence to homeowner (.3) | | | |
| **Day:** | | **10/07/2004** | | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.70 | $1,087.50 |
| gmartin | 0000 | | Preparation of science trial power point presentation | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 | $712.50 |
| lkerrison | 0000 | | Study and organize backup materials for hearing charts (5.7) | | | |

# Time report

## 10/01/2004 - 12/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.30 | $79.50 |
| jward | 0000 | | Conference with Ms. Camarda regarding assistance needed compiling references for hearing charts (.1); research and revise charts (.2) | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 13.50 | $5,400.00 |
| rturkewitz | 0000 | | Received and reviewed documentation regarding EPA's testing and research into tremolite exposures (2.0); telephone conversation with Darrell Scott regarding status of ZAI Science Trial and research into the statutes on disclosure of asbestos in real estate transactions (.5); forwarded information on real estate transactions to Darrell Scott (.2); memo to Ed Westbrook regarding EPA's response to 9/11 and standards for asbestos dust testing (.5); received from Jim Restivo and reviewed email confirming conversations regarding proposed agenda (.4); email to Ed Westbrook regarding presentation (.2); Email to Jodi Hanshaw regarding downloading of information from EPA website on asbestos (.3); reviewed email from Jodi Hanshaw regarding same (.1); reviewed EPA information regarding explanation of 1% rule, and summarized documents in email to Ed Westbrook (2.5); conference call with Ed Westbrook regarding status of ZAI (.2); email to Ed Westbrook regarding strategy for Hearing (.2); received and reviewed information from EPA regarding Libby ZAI clean up report (.2); reviewed and forwarded to Ed Westbrook excerpts from EPA World Trade Center Dust Study (.4); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (5.8) | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.20 | $130.00 |
| ewestbrook | 0000 | | Telephone conversation with Rob Turkewitz regarding status of ZAI | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.10 | $12.50 |
| kcamarda | 0000 | | Conversation with Jay Ward regarding gathering information for charts needed for the Science Trial | | | |
| 10/07/2004 | 200106 | Zonolite Science Trial | L106 | $240.00 | 2.50 | $600.00 |
| bwood | 0000 | | Prepare several charts with back-up from articles, depositions, and reliance materials | | | |
| **Day:** | | **10/08/2004** | | | | |
| 10/08/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 7.00 | $2,800.00 |
| rturkewitz | 0000 | | Received and reviewed documents regarding dust testing performed (1.5); received from David Cole and Jodi Hanshaw information regarding downloading of information from EPA website on asbestos (.2); reviewed air test results for various simulations and forwarded breakdown to Adam Lorenz (1.5); conference with Gena Martin regarding homeowner(.2); communications regarding dust testing (.3); reviewed video regarding ZAI-related mesotheliomas and forwarded to Ed Westbrook (1.0); reviewed email from Ed Westbrook regarding Hughson testimony on tremolite (.2); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (2.1) | | | |
| 10/08/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 9.10 | $5,915.00 |
| ewestbrook | 0000 | | Continue work on preparation for argument, preparing outlines for various sections and sending assignments (9.1) | | | |

01/07/2005

5

# Time report

## 10/01/2004 - 12/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/08/2004 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 0.60 | $159.00 |
| | | | Research and revise charts; prepare chart outlining Dr. Anderson's conclusions | | | |
| 10/08/2004 kcamarda | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| | | | Organize and highlight back-up information for Jay Ward's charts | | | |
| 10/08/2004 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 3.00 | $225.00 |
| | | | check and update testing charts for hearing (3.0) | | | |
| 10/08/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| | | | Check and update testing charts for hearing | | | |
| 10/08/2004 gmartin | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 7.50 | $562.50 |
| | | | Preparation of power point presentation for trial; (6.0); telephone conversations with potential claimants concerning the zonolite attic insulation in their home and resulting damages (1.3); conference with Rob Turkewitz re: same (.2) | | | |
| **Day:** | **10/09/2004** | | | | | |
| 10/09/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 6.50 | $4,225.00 |
| | | | Continue to work on preparation for ZAI Science Trial | | | |
| 10/09/2004 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 1.80 | $720.00 |
| | | | Reviewed ZAR Realty dust testing (1.0); email to Ed Westbrook summarizing ZAR Reality test results involving Dr. R.J. Lee (.8) | | | |
| **Day:** | **10/10/2004** | | | | | |
| 10/10/2004 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 4.50 | $1,800.00 |
| | | | Received and reviewed article regarding asbestos disease in Libby, Montana (.4); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (4.1) | | | |
| 10/10/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 2.10 | $1,365.00 |
| | | | Continue to work on preparation for ZAI Science Trial | | | |
| **Day:** | **10/11/2004** | | | | | |
| 10/11/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 | $650.00 | 9.20 | $5,980.00 |
| | | | Continue to work on preparation for ZAI Science Trial | | | |
| 10/11/2004 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 | $400.00 | 8.00 | $3,200.00 |
| | | | Received and reviewed various emails regarding ZAI issues (1.5); reviewed American Thoracic Society Guidelines that mention Zonolite insulation (1.5); reviewed materials and gathered photographs for use as demonstrative exhibits (1.2); email to Ed Westbrook regarding dust testing (.4); received and reviewed charts regarding ZAI safety precautions (.4); received from Jay Ward and reviewed dust testing | | | |

01/07/2005

6

# Time report

## 10/01/2004 - 12/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name Description | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | admissibility chart and other charts for ZAI Hearing (1.0); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (2.0) | | | |
| 10/11/2004 jward | 200106 0000 | Zonolite Science Trial | L106 | $265.00 | 6.40 | $1,696.00 |
| | | Research and prepare numerous demonstrative exhibits for use in hearing | | | | |
| 10/11/2004 alorenz | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 6.80 | $510.00 |
| | | Updating testing charts (1.8); compiling documents for use in Judge's notebook (5.0) | | | | |
| 10/11/2004 kcamarda | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| | | Gathering and organizing materials for Judge's notebook in preparation for hearing | | | | |
| 10/11/2004 emaynard | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 9.00 | $1,125.00 |
| | | Preparing Powerpoint Presentation including Graphs, Charts, and blow-ups. | | | | |
| 10/11/2004 gmartin | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 7.50 | $562.50 |
| | | Preparation of science trial power point presentation for trial which includes EPA slides, MAS slides, expert testimony slides, etc. | | | | |
| 10/11/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| | | Work on various charts and review backup infromation for ZAI Science Trial hearing | | | | |
| 10/11/2004 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 6.50 | $1,560.00 |
| | | Gather information from experts' files, reports, and depositions to create a concise biography/summary of opinions on each expert to present to the court in the form of slides | | | | |
| **Day:** | **10/12/2004** | | | | | |
| 10/12/2004 bwood | 200106 0000 | Zonolite Science Trial | L106 | $240.00 | 6.20 | $1,488.00 |
| | | Review conclusions from expert for brief presentation to court (0.8); Meet with A. Lorenz to review Kerrison's charts and supporting materials, and to edit for accuracy (2.3); Review homeowner depositions and summaries for renovation summaries to calculate risk assessments for individual homeowner activities and create charts explaining calculations - (3.1) | | | | |
| 10/12/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| | | Work on various charts and review / update backup information for ZAI Science Trial hearing | | | | |
| 10/12/2004 gmartin | 200106 0000 | Zonolite Science Trial | L106 | $75.00 | 7.50 | $562.50 |
| | | Various conversations with potential claimants regarding removal of VAI | | | | |

01/07/2005

7

# Time report

## 10/01/2004 - 12/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | from thier homes (.5); preparation of cleavage fragment presentation for trial (7.0 hours) | | | |
| 10/12/2004 emaynard | 200106 0000 | Zonolite Science Trial | L106 <br> Preparing Powerpoint Presentation including Graphs, Charts, and blow-ups. | $125.00 | 9.00 | $1,125.00 |
| 10/12/2004 alorenz | 200106 0000 | Zonolite Science Trial | L106 <br> Meeting with Bobby Wood reviewing testing charts and supporting materials (2.3); Meeting with Rob Turkewitz regarding fiber size calculations (.3); Organize materials for judge's notebooks (1.0); Update charts for trial (4.0) | $75.00 | 7.60 | $570.00 |
| 10/12/2004 jward | 200106 0000 | Zonolite Science Trial | L106 <br> Research and prepare numerous demonstrative exhibits for use in hearing | $265.00 | 5.70 | $1,510.50 |
| 10/12/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 <br> Continue to work on preparation for ZAI Science Trial including outlines, summaries, material for charts, assignments. | $650.00 | 11.50 | $7,475.00 |
| 10/12/2004 kcamarda | 200106 0000 | Zonolite Science Trial | L106 <br> Organize numerous documents for Judge's notebook and charts back-up notebook in preparation for hearing. | $125.00 | 9.00 | $1,125.00 |
| 10/12/2004 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 <br> Sent, received and reviewed various emails regarding ZAI issues (1.4); retrieved and reviewed cases on asbestos property damage (.5); telephone conversations with experts regarding decisions subsequent to Armstrong opinion, and summarized in email to Ed Westbrook (1.5);review of backup data concerning fiber size (1.5); reviewed MAS report and forwarded email to Ed Westbrook regarding results of lift sampling (.4); reviewed and revised charts (1.0); forwarded micro graphs to expert for discussion (.3); conference with Adam Lorenz regarding fiber size calculations (.3); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (.6) | $400.00 | 7.50 | $3,000.00 |
| **Day:** | | **10/13/2004** | | | | |
| 10/13/2004 rturkewitz | 200106 0000 | Zonolite Science Trial | L106 <br> Reviewed various emails regarding ZAI issues (1); reviewed MAS reports and telephone conversations with expert regarding reasons for variation of counts (1.0); email to Ed Westbrook regarding impact of indirect method on amphibole asbestos (1.0); phone conversation with Ed Westbrook regarding ASTM approval (.2); email to consultant regarding inquiring about ASTM approval methods (.2); reviewed homeowner testimony and affidavit (.5); received and reviewed response from consultant regarding ASTM approval methods (.3); review correspondence regarding scheduling and logistics for ZAI Science Hearing (.5); received from Gena Martin and reviewed summary of recent asbestos science decisions (1.5); conference with Tom Gressette regarding use of dust testing and the requirements for use of same (.1); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (3.7) | $400.00 | 10.00 | $4,000.00 |

# Time report

## 10/01/2004 - 12/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/13/2004 tgressette | 200106 0000 | Zonolite Science Trial | L106 — Conference with Rob Turkewitz regarding use of dust testing and the requirements for use of same (.1); review of case law regarding dust testing (2.5) | $235.00 | 2.60 | $611.00 |
| 10/13/2004 kcamarda | 200106 0000 | Zonolite Science Trial | L106 — Organized numerous documents for Judge's notebook and charts back-up notebook in preparation for hearing. | $125.00 | 8.00 | $1,000.00 |
| 10/13/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 — Prepare for argument including preparing charts, revising charts, reviewing articles, prior testimony,depositions, formulating and revising notes (11.4); conversation with Rob Turkewitz regarding ASTM approval (.2) | $650.00 | 11.60 | $7,540.00 |
| 10/13/2004 alorenz | 200106 0000 | Zonolite Science Trial | L106 — Updated trial charts (5.0) Compile exhibits for notebooks (4.5) | $75.00 | 9.50 | $712.50 |
| 10/13/2004 emaynard | 200106 0000 | Zonolite Science Trial | L106 — Preparing Powerpoint Presentation including Graphs, Charts, and blow-ups. | $125.00 | 8.00 | $1,000.00 |
| 10/13/2004 gmartin | 200106 0000 | Zonolite Science Trial | L106 — Obtain deposition of Thomas Hamilton for review by Rob; begin preparation of summary of prior cases relating to motions to exclude expert testimony of Dr. Longo, Dr. Hatfield and Dr. Millette along with other experts; (5.5); Telephone conference and correspondence to homeowner (.5); Review of deposition of Kevin Kalman (1.5); Review of deposition of Ralph Mold (1.5); Work on cleavage fragment presentation (2.5) | $75.00 | 11.50 | $862.50 |
| 10/13/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 — Work on various charts and review / update backup infromation for ZAI Science Trial hearing | $125.00 | 6.50 | $812.50 |
| 10/13/2004 bwood | 200106 0000 | Zonolite Science Trial | L106 — Review data on chart describing settled dust (0.4); Compile documentary back-up for graph comparing of ZAI dust levels to other dust levels, including several revisions to chart and data used (3.2); Created three charts (using different figures and calculations) with accompanying data back-up demonstrating flaws and corrections in risk assessment (3.7) | $240.00 | 7.30 | $1,752.00 |
| **Day:** | | **10/14/2004** | | | | |
| 10/14/2004 bwood | 200106 0000 | Zonolite Science Trial | L106 — Gather data on simulations to rebut Anderson data, including time durations, frequency, and exposures (2.2); Calculate corrections for risk assessments and create explanatory graphic (3.1); Perform re-calculations and gather research to create chart re: risk assessment assumptions (2.0); Confirm data on trial exhibits (1.5) | $240.00 | 8.80 | $2,112.00 |

# Time report

## 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/14/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Work on various charts and review / update backup information for ZAI Science Trial hearing | $125.00 | 9.20 | $1,150.00 |
| 10/14/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Finish summary of prior cases relating to expert testimony (3.0); preparation of notebook for trial of cases for trial (1.0); Work on cleavage fragment presentation for trial (5.8) | $75.00 | 9.80 | $735.00 |
| 10/14/2004<br>emaynard | 200106<br>0000 | Zonolite Science Trial | L106<br>Preparing Powerpoint Presentation including Graphs, Charts, and blow-ups. | $125.00 | 8.50 | $1,062.50 |
| 10/14/2004<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Updating charts for hearing (3.5), organizing notebooks (4.4) | $75.00 | 7.90 | $592.50 |
| 10/14/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue work on argument preparation, review and revise charts, prepare presentation, calls to Court regarding logistics, communications with Grace Counsel regarding same, numerous conversations with various attorneys and staff members regarding preparation | $650.00 | 9.50 | $6,175.00 |
| 10/14/2004<br>kcamarda | 200106<br>0000 | Zonolite Science Trial | L106<br>Organized numerous documents for Judge's notebook and charts back-up notebooks in preparation for hearing. | $125.00 | 7.80 | $975.00 |
| 10/14/2004<br>tgressette | 200106<br>0000 | Zonolite Science Trial | L106<br>Conference with Rob Turkewitz regarding use of dust testing and the requirement for use of same (.2); conferences with Ed Westbrook regarding dust testing (.3); prepared and produced research and documentation regarding use of dust testing and the requirement for use of same (7.0) | $235.00 | 7.50 | $1,762.50 |
| 10/14/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Email to Adam Lorenz regarding Dr. Lee reliance materials (.2); received from Lizzie Kerrison and reviewed email regarding Dr. Lee's testing protocol (.1); received and forwarded air testing chart to Adam Lorenz for revision (.2); conference with Tom Gressette regarding use of dust testing and the requirement for use of same (.2); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (11.0) | $400.00 | 11.70 | $4,680.00 |
| **Day:** | **10/15/2004** | | | | | |
| 10/15/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Reviewed materials from Tom Gressette regarding use of dust testing and the requirements for use of same (.2); telephone conversation with expert regarding variation of testing (.8); email to Jay Ward regarding variation in testing results (.5); email to consultant regarding variation of test results (.2); received from Gena Martin and reviewed email to | $400.00 | 6.50 | $2,600.00 |

# Time report

## 10/01/2004 - 12/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | homeowner regarding removal of ZAI (.2); received and reviewed information from homeowner regarding his removal of ZAI from his home (.2); conference with Gena Martin regarding homeowner situation (.3); email to homeowner regarding his removal of ZAI (.2); conference with Bobby Wood regarding a bench brief on use of Tyndall Beam and review of briefs (.8); phone conference with EJW, regarding status and scheduling (.8); phone conference with Gena Martin regarding travel to Pittsburgh and set up (.5); continued reviewing materials and preparing charts and outline for ZAI Science Trial Hearing (1.8) | | | |
| 10/15/2004 ewestbrook | 200106 0000 | Zonolite Science Trial | L106 Prepare notes for oral argument, review supporting documents | $650.00 | 3.60 | $2,340.00 |
| 10/15/2004 kcamarda | 200106 0000 | Zonolite Science Trial | L106 Organized numerous documents for Judge's notebook (7.0); packed, labeled and shipped boxes for trial (2) | $125.00 | 9.00 | $1,125.00 |
| 10/15/2004 alorenz | 200106 0000 | Zonolite Science Trial | L106 Organized numerous documents for Judge's notebook (6.0); packed and shipped boxes for trial (1.5) | $75.00 | 7.50 | $562.50 |
| 10/15/2004 emaynard | 200106 0000 | Zonolite Science Trial | L106 Preparing Powerpoint Presentation including Graphs, Charts, and blow-ups. | $125.00 | 9.00 | $1,125.00 |
| 10/15/2004 gmartin | 200106 0000 | Zonolite Science Trial | L106 Preparation for ZAI science trial which includes revising power point presentation (8.5); follow-up calls and email correspondence to homeowner regarding obtaining documentation and information on the removal of vermiculite from his home for trial purposes (.5); conference with Rob Turkewitz re: homeowner situation (.3); Phone conference with Rob Turkewitz re: travel to Pittsburgh and set up (.5) | $75.00 | 9.80 | $735.00 |
| 10/15/2004 lkerrison | 200106 0000 | Zonolite Science Trial | L106 Work on various charts and review / update backup infromation for ZAI Science Trial hearing | $125.00 | 7.50 | $937.50 |
| 10/15/2004 bwood | 200106 0000 | Zonolite Science Trial | L106 Final changes to charts, graphics, and back-up materials for hearing after meetings with EJW and Eric Maynard (2.5); Edit and finalize chart re: risk assessments, including citations for back-up (2.6); Gather and review briefs, research, and write bench brief on the admissibility of simulation videos and Tyndall beam (3.2); conversation with Rob Turkewitz regarding Tyndall Beam brief and review of briefs (.8) | $240.00 | 9.10 | $2,184.00 |
| **Day:** | **10/16/2004** | | | | | |
| 10/16/2004 bwood | 200106 0000 | Zonolite Science Trial | L106 Gather materials for hearing (0.5); Final edits and finish bench brief on simulations and Tyndall beam (1.0) | $240.00 | 1.50 | $360.00 |
| 10/16/2004 | 200106 | Zonolite Science Trial | L106 | $75.00 | 5.80 | $435.00 |

01/07/2005                                                                                              11

# Time report

## 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| gmartin | 0000 | | Receive and review of information from homeowner concerning removal of vermiculate from his home and forward to Rob Turkewitz for his review for trial (2);  organization of work room; compile documents for trial (1.5); preparation of exhibit/attachment list for trial (2.3) | | | |
| 10/16/2004 | 200106 | Zonolite Science Trial | L106 | $75.00 | 2.00 | $150.00 |
| alorenz | 0000 | | Organization of work room (0.8); Organized Judge's notebooks (1.2) | | | |
| 10/16/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 3.80 | $1,520.00 |
| rturkewitz | 0000 | | Received and reviewed draft bench brief on Tyndall Beam evidence and made revisions (1.2); email to Bobby Wood regarding same (.1); reviewed and revised outline for arguments for ZAI Science Trial Hearing regarding  Lee Motion and miscallenous issues (2.5) | | | |
| **Day:** | | **10/17/2004** | | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 15.00 | $6,000.00 |
| rturkewitz | 0000 | | Travel from Charleston to Pittsburgh reviewing documents and preparing outline (6.0); continued reviewing materials and preparing outline in preparation for Hearing (9.0) | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $75.00 | 12.00 | $900.00 |
| alorenz | 0000 | | Organizing materials for trial notebooks, updating charts, preparing information for presentations | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 9.00 | $1,125.00 |
| kcamarda | 0000 | | Organizing materials for use at hearing, including preparation of Judge's notebook and Defendant's notebook. | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $265.00 | 0.60 | $159.00 |
| jward | 0000 | | Research co-efficient of variation issues; multiple telephone conversations with Mr. Wood regarding same; draft e-mail message to Mr. Wood regarding same | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 16.20 | $10,530.00 |
| ewestbrook | 0000 | | Travel from Greenvile to Pittsburgh, work en route preparing notes for argument, reviewing cases (6); Upon arrival, work on preparing for argument, review cases, organize Judge's reference notebook materials and related to argument outline, gather additional materials for argument and numerous conferences with other attorneys and staff regarding preparations for next day's hearing (10.2) | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 9.00 | $1,125.00 |
| emaynard | 0000 | | Set up trial computers, and prepared Charts and Diagrams for hearing. | | | |
| 10/17/2004 | 200106 | Zonolite Science Trial | L106 | $75.00 | 18.00 | $1,350.00 |
| gmartin | 0000 | | Trial preparation which includes compiling exhibits for trial; preparation of power point slides for trial; revise slides for trial; (13.5); preparation of judge's notebook and counsel notebooks for trial; (2.5); revise exhibit/attachment list for trial (2.0) | | | |

# Time report

## 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/17/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Travel from Charleston to Pittsburgh reviewing documents and charts (6); searched for documents requested for hearing (11.5) | $125.00 | 17.50 | $2,187.50 |
| 10/17/2004<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Review and summarize Turkewitz's materials on Dr. Lee, including WTC documents, testimony transcripts, and Lee report (3.6); Finalize expert slides for hearing (1.4); Research and telephone call to J. Ward re: coefficient of variation issue (0.5); Reviewing and gathering citations from depositions and reliance materials for various issues that would be addressed in Westbrook's argument to court (2.5) | $240.00 | 8.00 | $1,920.00 |
| **Day:** | **10/18/2004** | | | | | |
| 10/18/2004<br>bwood | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend ZAI hearing (10); Re-organizing, packing, and preparing to ship materials back to Charleston  (1.5) | $240.00 | 11.50 | $2,760.00 |
| 10/18/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend ZAI hearing (10), reorganizing materials afterward (2) | $125.00 | 12.00 | $1,500.00 |
| 10/18/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Prepare for and attend ZAI Science Trial's summary judgment hearing, present argument (10) | $650.00 | 10.00 | $6,500.00 |
| 10/18/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L106<br>Attend ZAI science trial; made revisions to power point slide presentations and attachments. (10.) Packed up documents and equipment to be federal expressed back to Charleston (2.0) | $75.00 | 12.00 | $900.00 |
| 10/18/2004<br>jward | 200106<br>0000 | Zonolite Science Trial | L106<br>Research ATSDR Libby study issues; multiple telephone calls with Mr. Wood regarding same; draft e-mail messages to Mr. Wood regarding same | $265.00 | 0.80 | $212.00 |
| 10/18/2004<br>kcamarda | 200106<br>0000 | Zonolite Science Trial | L106<br>Attended ZAI hearing (10.0); packed and shipped boxes to be FedEx'd back to Charleston (2.0) | $125.00 | 12.00 | $1,500.00 |
| 10/18/2004<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L106<br>Deliver documents to courtroom, attend ZAI hearing (10); reorganize, packed and prepared boxes for shippng back to Charleston (2) | $75.00 | 12.00 | $900.00 |
| 10/18/2004<br>emaynard | 200106<br>0000 | Zonolite Science Trial | L106<br>Attended ZAI hearing (10.0); packed and shipped boxes to be FedEx'd back to Charleston (2.0) | $125.00 | 12.00 | $1,500.00 |
| 10/18/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 14.00 | $5,600.00 |

# Time report

## 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Continued preparing for Hearing (4.0); attended and participated in Hearing (10.0) | | | |

| **Day:** | | **10/21/2004** | | | | |
|---|---|---|---|---|---|---|

| 10/21/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.40 | $260.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Conversations with Darrell Scott regarding follow-up per Judge's suggestion and calculations preliminary to meetings that the Court suggested (.2); review emails regarding meetings with other PD constituents regarding Court's suggestion of settlement (.2) | | | |

| 10/21/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Reorganize  ZAI materials for hearing follow-up | | | |

| **Day:** | | **10/22/2004** | | | | |
|---|---|---|---|---|---|---|

| 10/22/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Received from consultant information regarding update on Dr. Lee's use of indirect dust testing method (.2) | | | |

| **Day:** | | **10/25/2004** | | | | |
|---|---|---|---|---|---|---|

| 10/25/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.20 | $80.00 |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Email to Ed Westbrook regarding Grace's 3rd quarter financial results with reference to statements regarding Zonolite Attic Insulation (.2) | | | |

| 10/25/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.60 | $825.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Research binder and screened material information in Libby and ZAI database to determine which material in Grace actual testing was product material v. developmental material (5.3); request information from consultant regarding office locations throughout Canada (.3); conversation with potential claimants regarding information on ZAI (1) | | | |

| 10/25/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.70 | $1,105.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Participate in status conference on requests to extend time to file a plan due to settlement discussions, attending in case questions came up regarding ZAI posture in light of Court's recent comments that ZAI and Grace should have serious settlement discussions (1.5); email to co-counsel regarding status of ZAI science trial (.2) | | | |

| **Day:** | | **10/26/2004** | | | | |
|---|---|---|---|---|---|---|

| 10/26/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.60 | $825.00 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Draft letter regarding ZAI and pull together all the information to be sent (3); Research binder and screened material in Libby and ZAI database to determine which material in Grace actual testing was product material v. developmental material (3.6) | | | |

| **Day:** | | **10/28/2004** | | | | |
|---|---|---|---|---|---|---|

01/07/2005

# Time report

### 10/01/2004 - 12/31/2004

14

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/28/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research binder and screened material in Libby and ZAI database to determine which material in Grace actual testing was product material v. developmental material | $125.00 | 6.60 | $825.00 |
| **Day:** | | **11/01/2004** | | | | |
| 11/01/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed article regarding personal injury lawsuits filed in Canada regarding exposure to Zonolite Attic Insulation (.4); forward article to Ed Westbrook and Bobby Wood with comments(.2) | $400.00 | 0.60 | $240.00 |
| 11/01/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>August 25, 2004 - Travel to DC for meeting with Grace counsel regarding proposed plan of reorganization (work during flight preparing - 1.5 hour), attend meeting and prepare memos regarding same (5.7) [This charge was inadvertently leff off the August bill] | $650.00 | 7.20 | $4,680.00 |
| 11/01/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Received and reviewed article regarding personal injury lawsuits filed in Canada regarding exposure to Zonolite Attic Insulation (.4); Forward article to Ed Westbrook and Bobby Wood (.2) | $400.00 | 0.60 | $240.00 |
| 11/01/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research Libby and ZAI databases for binder documents to determine whether Grace actual testing was on production or developmental material | $125.00 | 7.00 | $875.00 |
| **Day:** | | **11/02/2004** | | | | |
| 11/02/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research Libby and ZAI databases for binder documents to determine whether Grace actual testing was on production or developmental material | $125.00 | 6.50 | $812.50 |
| **Day:** | | **11/04/2004** | | | | |
| 11/04/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Research Libby and ZAI databases for Grace Canada information | $125.00 | 6.70 | $837.50 |
| **Day:** | | **11/05/2004** | | | | |
| 11/05/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review information regarding proposed resolution, assess impact on ZAI (.3), converstion with ZAI court reporter regarding transcript of hearing (.1) | $650.00 | 0.40 | $260.00 |
| **Day:** | | **11/08/2004** | | | | |

# Time report

### 10/01/2004 - 12/31/2004

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 11/08/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.30 | $787.50 |
| lkerrison | 0000 | | Research Libby and ZAI databases for Grace Canada information and compile documents | | | |
| 11/08/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | Conversation with Grace counsel regarding supplementation to the record (.1); emails from Lizzie Kerrison regarding personal injury situation with developments regarding potential danger of ZAI for science trial issues and emails to staff regarding same (.2) | | | |
| **Day:** | | **11/09/2004** | | | | |
| 11/09/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.60 | $825.00 |
| lkerrison | 0000 | | Compile Canda documents and create timeline with research | | | |
| 11/09/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.80 | $320.00 |
| rturkewitz | 0000 | | Email from Ed Westbrook regarding supplementing of record (.1); Reviewed file and forwarded to Ed Westbrook letter from EPA regarding Lee (.2); Reviewed video excerpts and forwarded to Ed Westbrook (.5) | | | |
| **Day:** | | **11/11/2004** | | | | |
| 11/11/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.60 | $825.00 |
| lkerrison | 0000 | | Compile Canda documents and create timeline with research and research Grace corporate information | | | |
| **Day:** | | **11/12/2004** | | | | |
| 11/12/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 1.40 | $910.00 |
| ewestbrook | 0000 | | Review legal memo regarding ZAI discussions with Grace (.3); review status of supplemental video to be supplied to court on ZAI simulations following hearing and work on getting it into proper format for court to view (.4); discussions with Kim Camarda regarding demonstratives used at ZAI Science Trial that have not yet been supplied to court, but were referenced in the motions hearing presentation and review of same (.7) | | | |
| 11/12/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.30 | $537.50 |
| kcamarda | 0000 | | Review of trial transcript for all charts referenced and supply copies of charts not included in Judge's notebook. | | | |
| **Day:** | | **11/15/2004** | | | | |
| 11/15/2004 | 200106 | Zonolite Science Trial | L106 | $650.00 | 2.20 | $1,430.00 |
| ewestbrook | 0000 | | Attend Grace Omnibus hearing by telephone regarding Grace reorganization, other matters, send and receive numerous emails regarding potential meeting with other claimants regarding Grace in response to filing of Plan of Reorganization | | | |

# Time report

### 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/15/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue creating Canada timeline (2.5); summarize Lee deposition regarding testing (4.2) | $125.00 | 6.70 | $837.50 |
| 11/15/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L106<br>Telephone conversation with witness (Leon Cohen) regarding ZAI Science Hearing and status of case (.3) | $400.00 | 0.30 | $120.00 |
| **Day:** | **11/16/2004** | | | | | |
| 11/16/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue summarizing Lee deposition regarding testing (4.5); organize emails on computer regarding ZAI (2) | $125.00 | 6.50 | $812.50 |
| **Day:** | **11/18/2004** | | | | | |
| 11/18/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Coding and inputting information for Canada documents in ZAI database | $125.00 | 5.60 | $700.00 |
| **Day:** | **11/19/2004** | | | | | |
| 11/19/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Emails with Grace counsel regarding supplemental materials, discussions with counsel regarding ZAI status (.6) | $650.00 | 0.60 | $390.00 |
| **Day:** | **11/22/2004** | | | | | |
| 11/22/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Complete coding Canada documents on ZAI database and complete Canada timeline (4); continue summarizing Lee deposition (4.2) | $125.00 | 8.20 | $1,025.00 |
| **Day:** | **11/23/2004** | | | | | |
| 11/23/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Complete summary of Lee deposition (2.5); begin summarizing 10/18/04 MSJ Hearing (5.2) | $125.00 | 7.70 | $962.50 |
| 11/23/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Communications with Grace counsel regarding Court's suggestion of settlement, review emails | $650.00 | 0.30 | $195.00 |
| **Day:** | **11/29/2004** | | | | | |
| 11/29/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Continue summarizing 10/18/04 MSJ Hearing transcript | $125.00 | 8.00 | $1,000.00 |
| 11/29/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.90 | $760.00 |

# Time report

### 10/01/2004 - 12/31/2004

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| rturkewitz | 0000 | | Reviewed file regarding vermiculite attic insulation sampling method (.3); Telephone conversation with EPA regarding participants of ZAI Testing Method Panel (.5); Email to Ed Westbrook regarding same (.2); Telephone conversation with consultant regarding EPA sampling method for ZAI (.3); Reviewed documents regarding meetings for ZAI sampling method (.4); Telephone conversation with Ed Westbrook regarding same, and forwarded documents to him for his review (.2) | | | |
| **Day:** | | **11/30/2004** | | | | |
| 11/30/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 0.30 | $120.00 |
| rturkewitz | 0000 | | Received and reviewed message from EPA regarding vermiculite attic insulation testing method (.2); Left message for EPA official regarding EPA vermiculite testing method (.1) | | | |
| 11/30/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Continue summarizing 10/18/04 MSJ Hearing transcript | | | |
| **Day:** | | **12/01/2004** | | | | |
| 12/01/2004 | 200106 | Zonolite Science Trial | L106 | $400.00 | 1.10 | $440.00 |
| rturkewitz | 0000 | | Telephone conference with EPA official regarding vermiculite test method (.5); Received and reviewed documents regarding test method(.2); Email to Ed Westbrook forwarding documents regarding EPA vermiculite test method (.4) | | | |
| **Day:** | | **12/02/2004** | | | | |
| 12/02/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.70 | $712.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |
| **Day:** | | **12/06/2004** | | | | |
| 12/06/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |
| **Day:** | | **12/07/2004** | | | | |
| 12/07/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.70 | $837.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |
| **Day:** | | **12/09/2004** | | | | |
| 12/09/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.00 | $750.00 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript | | | |
| **Day:** | | **12/13/2004** | | | | |
| 12/13/2004 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| lkerrison | 0000 | | Summarize 10/18/04 Motion for Summary Judgment Hearing transcript (3); inputting coding information in ZAI database and reviewing for sales | | | |

01/07/2005                                                                                      18

# Time report

### 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| | | | information and hot documents (2.5); review Grace 19 installation studies to determine whether used experimental or production material (2) | | | |
| **Day:** | | **12/14/2004** | | | | |
| 12/14/2004<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace 19 installation studies to determine whether used experimental or production material | $125.00 | 5.70 | $712.50 |
| **Day:** | | **12/16/2004** | | | | |
| 12/16/2004<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Complete review of Grace 19 installation studies to determine whether used experimental or production material | $125.00 | 3.00 | $375.00 |
| 12/16/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L106<br>Review Grace filings and dictate ZAI position in response to motions | $650.00 | 1.20 | $780.00 |
| **Day:** | | **12/20/2004** | | | | |
| 12/20/2004<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 7.00 | $875.00 |
| **Day:** | | **12/21/2004** | | | | |
| 12/21/2004<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 7.00 | $875.00 |
| **Day:** | | **12/22/2004** | | | | |
| 12/22/2004<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 4.20 | $525.00 |
| **Day:** | | **12/27/2004** | | | | |
| 12/27/2004<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 7.00 | $875.00 |

**Transaction:**       **L116**

| **Day:** | | **10/16/2004** | | | | |
|---|---|---|---|---|---|---|

01/07/2005

# Time report

### 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/16/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Charleston to Pittsburg for ZAI science trial (billed at half rate) | $37.50 | 6.00 | $225.00 |
| 10/16/2004<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Charleston to Pittsburgh (billed at half rate) | $37.50 | 6.00 | $225.00 |
| **Day:** | | **10/17/2004** | | | | |
| 10/17/2004<br>kcamarda | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Charleston to Pittsburgh (billed at half-rate) | $62.50 | 6.00 | $375.00 |
| 10/17/2004<br>emaynard | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Charleston to Pittsburgh (billed at half-rate) | $62.50 | 6.00 | $375.00 |
| 10/17/2004<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel to Pittsburgh from Charleston (billed at half rate) | $120.00 | 6.00 | $720.00 |
| **Day:** | | **10/19/2004** | | | | |
| 10/19/2004<br>bwood | 200106<br>0000 | Zonolite Science Trial | L116<br>Tavel back to Charleston from Pittsburgh (billed at half rate) | $240.00 | 8.00 | $1,920.00 |
| 10/19/2004<br>alorenz | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Pittsburgh to Charleston (billed at half rate) | $37.50 | 8.00 | $300.00 |
| 10/19/2004<br>kcamarda | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Pittsburgh to Charleston (billed at half-rate) | $62.50 | 8.00 | $500.00 |
| 10/19/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L116<br>Return from Pittsburgh to Charleston (billed at half rate) | $325.00 | 8.00 | $2,600.00 |
| 10/19/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Pittsburg to Charleston (Billed at half-rate) | $37.50 | 8.00 | $300.00 |
| 10/19/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | L116<br>Traveled from Pittsburgh back to Charleston (8 hrs- billed at half rate) | $62.50 | 8.00 | $500.00 |
| 10/19/2004<br>rturkewitz | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel from Pittsburgh to Charleston (8.0 - billed at half rate) | $200.00 | 8.00 | $1,600.00 |
| **Day:** | | **11/01/2004** | | | | |
| 11/01/2004<br>ewestbrook | 200106<br>0000 | Zonolite Science Trial | L116<br>Travel back to Charleston from Charlotte for meeting with Grace regarding proposed plan of reorganization (billed at half rate) | $325.00 | 2.00 | $650.00 |
| **Transaction:** | | **L150** | | | | |
| **Day:** | | **11/12/2004** | | | | |

01/07/2005

# Time report

### 10/01/2004 - 12/31/2004

20

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 11/12/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 4.50 | $337.50 |
| kgarcia | 0000 | | Begin work on September and October monthly applications | | | |
| **Day:** | | **11/15/2004** | | | | |
| 11/15/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.50 | $187.50 |
| kgarcia | 0000 | | Continue work on September and October monthly applications | | | |
| **Day:** | | **11/16/2004** | | | | |
| 11/16/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 4.00 | $300.00 |
| kgarcia | 0000 | | Continue work on September and October monthly applications | | | |
| **Day:** | | **11/17/2004** | | | | |
| 11/17/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.50 | $112.50 |
| kgarcia | 0000 | | Continue work on September and October monthly applications | | | |
| 11/17/2004 | 200106 | Zonolite Science Trial | L150 | $325.00 | 1.00 | $325.00 |
| ewestbrook | 0000 | | Work on billing matters for September and October bills (billed at half rate) | | | |
| **Day:** | | **11/19/2004** | | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L150 | $325.00 | 0.50 | $162.50 |
| ewestbrook | 0000 | | Work on 14th Quarterly bill (.5) (billed at half rate) | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 2.00 | $150.00 |
| kgarcia | 0000 | | Prepare 14th Quarterly bill | | | |
| 11/19/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 1.50 | $112.50 |
| kgarcia | 0000 | | Finalize  September and October monthly applications and send to local counsel for filing | | | |
| **Day:** | | **11/23/2004** | | | | |
| 11/23/2004 | 200106 | Zonolite Science Trial | L150 | $75.00 | 0.80 | $60.00 |
| kgarcia | 0000 | | Finalize 14th Quarterly bill and send to local counsel for filing | | | |

| | | |
|---|---|---|
| **Grand Total:** | | **$243,826.00** |
| **Expense Grand Total:** | | **$0.00** |
| **Time Grand Total:** | | **$243,826.00** |
| **Total Hours/Report:** | | **1,095.10** |
| **Count:** | | **174** |

01/10/2005

1

# Expense report

### 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Day:** | | **10/19/2004** | | | | |
| 10/19/2004 | 200106 | Zonolite Science Trial | E124 | $12.62 | 1.00 | $12.62 |
| kgarcia | 0000 | | Jason Shealey - reimbursement for supplies needed for ZAI Science Trial | | | |
| **Day:** | | **10/21/2004** | | | | |
| 10/21/2004 | 200106 | Zonolite Science Trial | E060 | $2,025.06 | 1.00 | $2,025.06 |
| kgarcia | 0000 | | ProCopy, Inc. - Scanning and burning CD of Reliance Materials for ZAI Science Trial | | | |
| 10/21/2004 | 200106 | Zonolite Science Trial | E090 | $2,563.04 | 1.00 | $2,563.04 |
| gmartin | 0000 | | Gena Martin - Travel to Pittsburgh, PA for ZAI Science Trial.  This charge includes:<br><br>10/16/2004<br>Lunch - $10.55<br>Dinner - $100.00 (for GM and AL, was actually more but because of guidelines only charging case $100)<br>Other - $12.14<br>Tips - $27.00<br>Airfare - $2,327.78 (Tickets for GM and AL at $1,093.89 each)<br><br>October 17, 2004<br>Breakfast - $7.00<br><br>October 18, 2004<br>Lunch - $5.14<br><br>October 19, 2004<br>Lunch - $11.43<br>Other - $14.00<br>Parking - $48.00 | | | |
| 10/21/2004 | 200106 | Zonolite Science Trial | E012 | $190.00 | 1.00 | $190.00 |
| kgarcia | 0000 | | Aaron Dias - Contract research work on issues relating to ZAI Science Trial | | | |
| **Day:** | | **10/22/2004** | | | | |
| 10/22/2004 | 200106 | Zonolite Science Trial | E090 | $152.28 | 1.00 | $152.28 |
| alorenz | 0000 | | Adam Lorenz - Travel to Pittsburgh, PA for ZAI Science Trial.  This charge includes:<br><br>October 16, 2004<br>Taxi - (For AL and GM, from airport to hotel) - $35.04<br>Tips - $30.00<br><br>October 17, 2004<br>Copies - $25.05<br><br>October 18, 2004<br>Copies - $18.65<br><br>October 19, 2004<br>Lunch - $11.54<br>Parking - $32.00 | | | |

01/10/2005

2

# Expense report

### 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/22/2004<br>lkerrison | 200106<br>0000 | Zonolite Science Trial | E090<br><br>Lizzie Kerrison - Travel to Pittsburgh, PA for ZAI Science Trial.  This charge includes:<br><br>October 17, 2004<br>Lunch - $7.04<br>Mileage  $5.63 (From home to airport)<br><br>October 18, 2004<br>Lunch - $68.60 (11 sandwiches for our team at trial)<br>Copies - $36.02<br><br>October 19, 2004<br>Lunch - $14.41 (for LK and EM)<br>Parking - $24.00<br>Mileage - $5.62 (from airport to home) | $161.32 | 1.00 | $161.32 |
| 10/22/2004<br>bwood | 200106<br>0000 | Zonolite Science Trial | E090<br><br>Bobby Wood - Travel to Pittsburgh, PA for ZAI Science Trial.  This charge includes:<br><br>October 17, 2004<br>Lunch - $6.38<br>Mileage  $5.63 (From home to airport)<br><br>October 19, 2004<br>Lunch - $7.25<br>Parking - $24.00<br>Airfare - $1154.39<br>Mileage - $5.62 | $1,203.27 | 1.00 | $1,203.27 |

**Day:**　　　　　**10/25/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/25/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E029<br><br>Materials Analytical Services, Inc. - Expert Services | $625.00 | 1.00 | $625.00 |

**Day:**　　　　　**10/26/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/26/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E029<br><br>Armax, Inc. - Expert Services | $2,721.72 | 1.00 | $2,721.72 |

**Day:**　　　　　**10/27/2004**

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| 10/27/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E065<br><br>Federal Express Delivery - Numerous boxes being sent to Pittsburgh for trial (10/16/2004) | $1,089.60 | 1.00 | $1,089.60 |
| 10/27/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E065<br><br>Federal Express Delivery - To Rob Turkewitz from potential fact witness | $13.94 | 1.00 | $13.94 |
| 10/27/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E065<br><br>Federal Express Delivery - To Rob Turkewitz from potential fact witness | $13.94 | 1.00 | $13.94 |

01/10/2005                                                                                                    3

# Expense report

**10/01/2004 - 12/31/2004**

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Day:**               **10/29/2004**

| 10/29/2004 | 200106 | Zonolite Science Trial | E090 | $11,651.21 | 1.00 | $11,651.21 |
|------|------|------|------|------|------|------|
| ewestbrook | 0000 | | Edward J. Westbrook - Travel to Pittsburgh, PA to attend hearing. This charge includes: | | | |

10/17/2004
Breakfast - $2.16
Airfare - $5,526.95 (tickets for EJW, KG, KC, EM, LK; 4 @$1109.39, 1 $1089.39 (EJW left from Greenvile as opposed to Charleston)

10/18/2004
Dinner - $650 (for 13 people, was actually more but because of guidelines only submitting $50/person)

October 19, 2004
Car Rental - $251.82

Hotel Bill:  $5,220.28 (included 10 rooms for attorneys, staff and work room, 9 @169.86, 1 @ 285 - 2 of the rooms at $169.86 for three nights, the rest for two nights = $3,967.20; Copies made at the hotel = $170.25; Phone Charges = $326.58; Various Room Service for 9 people throughout stay - $513.25; Parking $48; Shipping boxes out of hotel - $195)

| 10/29/2004 | 200106 | Zonolite Science Trial | E090 | $135.73 | 1.00 | $135.73 |
|------|------|------|------|------|------|------|
| kgarcia | 0000 | | Kim Garcia - Travel to Pittsburgh, PA to attend hearing.  This charge includes: | | | |

10/17/2004
Lunch - $13.53 (for KC and KG)
Mileage - $9.38 (Home to airport)

10/19/2004
Lunch - $18.80 (for KC and KG)
Other - $7.65
Taxi - $53 (for KC, KG, AL, GM from hotel to airport)
Parking - $24.00
Mileage - $9.37 (Airport to home)

| 10/29/2004 | 200106 | Zonolite Science Trial | E090 | $1,164.70 | 1.00 | $1,164.70 |
|------|------|------|------|------|------|------|
| rturkewitz | 0000 | | Rob Turkewitz - Travel to Pittsburgh, PA to attend hearing.  This charge includes: | | | |

10/17/2004
Lunch - $6.38
Mileage  $13.01 (roundtrip home to airport)

10/19/2004
Lunch - $6.92
Tips - $5.00
Parking - $24.00
Airfare - $1109.39

**Day:**               **11/04/2004**

| 11/04/2004 | 200106 | Zonolite Science Trial | E065 | $819.81 | 1.00 | $819.81 |
|------|------|------|------|------|------|------|

01/10/2005                                                                                                                          4

# Expense report

## 10/01/2004 - 12/31/2004

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| kgarcia | 0000 | | Federal Express charges for computer equipment boxes delivered to the hotel from the office for the hearing (6 boxes) | | | |
| 11/04/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E065<br>Federal express package to Rob Turkewitz | $14.48 | 1.00 | $14.48 |
| **Day:** | | **11/09/2004** | | | | |
| 11/09/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E065<br>Federal express packages sent to and from  from Pittsburgh from MSJ hearing (67 boxes) | $4,677.06 | 1.00 | $4,677.06 |
| **Day:** | | **11/23/2004** | | | | |
| 11/23/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E029<br>Expert Services - Munday & Associates | $7,653.37 | 1.00 | $7,653.37 |
| **Day:** | | **11/30/2004** | | | | |
| 11/30/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E029<br>Expert Services - Compass Environmental | $250.00 | 1.00 | $250.00 |
| **Day:** | | **12/01/2004** | | | | |
| 12/01/2004<br>gmartin | 200106<br>0000 | Zonolite Science Trial | E065<br>Federal Express Package | $39.13 | 1.00 | $39.13 |
| **Day:** | | **12/31/2004** | | | | |
| 12/31/2004<br>kgarcia | 200106<br>0000 | Zonolite Science Trial | E360<br>Internal copy charges | $106.40 | 1.00 | $106.40 |

| | |
|---|---|
| **Grand Total:** | **$37,283.68** |
| **Expense Grand Total:** | **$37,283.68** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **22** |