**Exhibit E:**    Description of Fees by Category

| Category | Richardson Patrick Westbrook & Brickman 15th Quarter | Cumulative thru 15th Quarter |
|---|---|---|
| 01 – Asset Analysis and Recovery | | 0.00 |
| 02 – Asset Disposition | | 0.00 |
| 03 – Business Operations | | 0.00 |
| 04 – Case Administration | | 0.00 |
| 05 – Claim Analysis Objection & Resolution (Asbestos) | | 0.00 |
| 06 – Claim Analysis Objection and Resolution (Non-asbestos) | | 0.00 |
| 07 – Committee, Creditors', Noteholders' or Equity Holders' | | 0.00 |
| 08 – Employee Benefits/Pension | | 0.00 |
| 09 – Employment Applications, Applicant | | 0.00 |
| 10 – Employment Applications, Others | | 0.00 |
| 11 – Fee Applications, Applicant | | 0,00 |
| 12 – Fee Applications, Others | | 0.00 |
| 13 – Financing | | 0.00 |
| 14 – Hearings | | 0.00 |
| 15 – Litigation and Litigation Consulting | | 0.00 |
| 16 – Plan and Disclosure Statement | | 0.00 |
| 17 – Relief from Stay Proceedings | | 0.00 |
| 18 – Tax Issues | | 0.00 |
| 19 – Tax Litigation | | 0.00 |
| 20 – Travel – Non-working | | 0,00 |
| 21 – Valuation | | 0.00 |
| 22 – ZAI Science Trial | $243,826.00 | $2,399,634.75 |
| 23 – ZAI Science Trial – Expenses | $37,283.69 | $686,125.72 |
| 24 – Other | | 0.00 |
| 25 – Accounting/Auditing | | 0.00 |
| 26 – Business Analysis | | 0.00 |
| 27 – Corporate Finance | | 0.00 |
| 28 – Data Analysis | | 0.00 |
| **PROJECT CATEGORY – TOTAL FEES** | $243,826.00 | $2,399,634.75 |
| **PROJECT CATEGORY – TOTAL EXPENSES** | $37,283.69 | $686,125.72 |
| **PROJECT CATEGORY – TOTAL FEES AND EXPENSES** | $281,109.69 | $3,085,760.47 |
| FEE APPLICATION – TOTAL FEES | $243,826.00 | $2,399,634.75 |
| FEE APPLICATION – TOTAL EXPENSES | $37,283.69 | $686,125.72 |
| **FEE APPLICATION – TOTAL FEES AND EXPENSES** | $281,109.69 | $3,085,760.47 |