IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

 I, William D. Sullivan, Esquire, hereby certify that on February 15, 2005, service of the *Fifteenth Interim Quarterly Application of Richardson Patrick Westbrook & Brickman, LLC, for Compensation for Services and Reimbursement of Expenses as ZAI Lead Special Counsel for the Interim Period from October 1, 2004 Through December 31, 2004* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

 I certify the foregoing to be true and correct under the penalty of perjury.

  February 15, 2005             */s/ William D. Sullivan*
    Dated                   William D. Sullivan