## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on February 15, 2005, service of the foregoing *Notice Of Hearing On Fifteenth Interim Quarterly Fee Application of Richardson Patrick Westbrook & Brickman, LLC* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
| February 15, 2005 | /s/ William D. Sullivan |
| Dated | William D. Sullivan |