

# EXHIBIT A

October Fee Application

7182

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 6, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

### SUMMARY OF THE THIRTY-SEVENTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Name of Applicant:

Casner & Edwards, LLP

Authorized to Provide Professional Services to:

W. R. Grace & Co., et al., Debtors and Debtors-in-Possession

Date of Retention:

September 18, 2001,
effective as of September 18, 2001

Period for which compensation and
reimbursement is sought:

October 1, 2004 through
October 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                          $4,177.00  (80% = $3,341.60)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:                  $25,118.55

This is an:    X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|----------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/17/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | Pending | Pending |

4

As indicated above, this is the thirty-seventh application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 1.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $230.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 8.70 | $2,001.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 1.60 | $336.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 9.20 | $1,840.00 |
| TOTALS | | | | | 19.50 | $4,177.00 |

**Total Fees:**    **$4,177.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Expense Summary
(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $8.06 |
| Federal Express | $265.52 |
| Photocopying ($0.12/page) | $40.56 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $6.60 |
| Rent Reimbursement | $24,770.81 |
| Miscellaneous | $27.00 |
| TOTAL | $25,118.55 |

**Total Expenses:**    **$25,118.55**

## Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Periods |
|---|---|---|
| Litigation and Litigation Consulting | 8.90 | $1,889.00 |
| Fee Applications, Applicant | 2.10 | $483.00 |
| ZAI Science Trial | 8.50 | $1,805.00 |
| Expenses | N/A | $25,118.55 |
| TOTALS | 19.50 | $29,295.55 |

Dated: December 14, 2004

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/339896

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 6, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## THIRTY-SEVENTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75452
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through October 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/01/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 10/01/04 | MTM | Telephone call from in-house counsel re: potentially responsive privileged documents re: Montana grand jury (.2); review all prior subpoenas re: same (.6). | 0.80 Hrs | $160.00 |
| 10/05/04 | RAM | Telephone call from in-house counsel inquiring about former Libby employee; conference with MTM re: same and determine what he did at Libby (.1). Check for any deposition transcript; no. Telephone call to in-house counsel re: what we know about employee (.1). Emails from/to in-house counsel re: same (.1). | 0.30 Hrs | $69.00 |
| 10/05/04 | MTM | Letter to Kirkland & Ellis counsel re: privileged documents. | 1.20 Hrs | $240.00 |
| 10/06/04 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.2). Telephone call to in-house counsel re: Libby employee; leave message. Read letter to Kirkland & Ellis attorney re: privileged documents (.1). | 0.40 Hrs | $92.00 |
| 10/06/04 | MTM | Revise letter to Kirkland & Ellis counsel re: privileged documents in connection with Montana subpoena. | 0.30 Hrs | $60.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/08/04 | RAM | Telephone conference with in-house counsel re: former Libby employee(.1); messages to ARA and DBM to look for documents re: same (.1); conference with MTM re: same (.1). | 0.30 Hrs | $69.00 |
| 10/13/04 | MTM | Return privileged original documents to Winthrop Square. | 0.70 Hrs | $140.00 |
| 10/14/04 | RAM | Telephone call from in-house counsel inquiring about former Libby employee; conferences with DBM and MTM re: same (.1). Review documents re: same and telephone call to in-house counsel re: same (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.30 Hrs | $69.00 |
| 10/14/04 | DBM | Search for documents re: former Libby employee. | 0.70 Hrs | $147.00 |
| 10/15/04 | RAM | Telephone conference with in-house counsel re: former Libby employee; telephone call to/from in-house counsel re: same (.1). Read selected documents filed in bankruptcy court (.5). | 0.60 Hrs | $138.00 |
| 10/18/04 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | $92.00 |
| 10/20/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 10/21/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 10/21/04 | MTM | Telephone call from in-house counsel re: Libby personnel file (.1); review inventory re: same (.1); obtain files at Winthrop Square (.4); letter to in-house counsel re: same (.1). | 0.70 Hrs | $140.00 |
| 10/22/04 | RAM | Telephone call from/to and with in-house counsel re: defending his deposition in case of asbestos plaintiff suing Louis Robles; discuss facts. | 0.20 Hrs | $46.00 |
| 10/26/04 | MTM | Return Libby personnel file to Winthrop Square. | 0.40 Hrs | $80.00 |
| 10/27/04 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 10/27/04 | MTM | Receipt and review of email from in-house counsel re: Libby personnel file and review inventories re: same. | 0.10 Hrs | $20.00 |
| 10/28/04 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 10/28/04 | MTM | Obtain personnel file for in-house counsel at Winthrop Square (.5); letter to in-house counsel re: same (.1). | 0.60 Hrs | $120.00 |
| 10/29/04 | RAM | Telephone conference with in-house counsel re: facts relevant to his deposition. | 0.40 Hrs | $92.00 |

David B. Siegel

|  | | | TOTAL LEGAL SERVICES | $1,889.00 |
|--|--|--|--|--|

**LEGAL SERVICES SUMMARY**

| | | | |
|--|--|--|--|
| ROBERT A. MURPHY | 3.40 Hrs | 230/hr | $782.00 |
| DONNA B. MACKENNA | 0.70 Hrs | 210/hr | $147.00 |
| MATTHEW T. MURPHY | 4.80 Hrs | 200/hr | $960.00 |
| | 8.90 Hrs | | $1,889.00 |

TOTAL THIS BILL    $1,889.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number 75453
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through October 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/05/04 | RAM | Telephone conference with in-house counsel re: August fee application. | 0.10 Hrs | $23.00 |
| 10/06/04 | RAM | Telephone conference with in-house counsel re: August fee application (.1); revise fee application per telephone conference (.8); telephone conference with second in-house counsel re: August fee application (.1). | 1.00 Hrs | $230.00 |
| 10/14/04 | RAM | Finalize August fee application and send it to Delaware counsel for filing. | 0.10 Hrs | $23.00 |
| 10/29/04 | RAM | Work on September fee application. | 0.90 Hrs | $207.00 |
| | | TOTAL LEGAL SERVICES | | $483.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|------|------|------|------|------|
| ROBERT A. MURPHY | | 2.10 Hrs | 230/hr | $483.00 |
| | | 2.10 Hrs | | $483.00 |

David B. Siegel

TOTAL THIS BILL    $483.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number  75454
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through October 31, 2004

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/12/04 | MTM | Receipt and review of email from Reed Smith paralegal re: vermiculite sample for Science Trial hearing (.1); review vermiculite sample inventories re: same (.2); telephone call to Reed Smith paralegal re: same (.1); email to Reed Smith paralegal and in-house counsel at Grace re: same (.1). | 0.50 Hrs | $100.00 |
| 10/13/04 | RAM | Read emails re: locating a sample of vermiculite for Reed Smith attorney for hearing; conference with MTM re: same. | 0.10 Hrs | $23.00 |
| 10/25/04 | RAM | Read email from in-house counsel re: any knowledge of Micafil; conferences with MTM re: same (.2). Have search made for documents and review results of search (.8). Read resource binders for any reference to Micafil (1.4). Telephone call to in-house counsel re: results (.1). | 2.50 Hrs | $575.00 |
| 10/25/04 | DBM | Search for mica fill documents. | 0.90 Hrs | $189.00 |
| 10/25/04 | MTM | Receipt and review of emails from in-house counsel and RAM re: Mica Fill (.1); review document re: same (.2). | 0.30 Hrs | $60.00 |
| 10/26/04 | RAM | Telephone conference with in-house counsel and conferences with MTM re: Micafil (.3). Telephone call to second in-house counsel and leave message re: what information we have (.1). | 0.40 Hrs | $92.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 10/26/04 | MTM | Review advertising materials and documents re: Mica Fill (1.0); conference with RAM re: same (.2). | 1.20 Hrs | $240.00 |
| 10/27/04 | RAM | Conference with MTM re: whether a particular document re: ZAI is privileged; read emails re: same. | 0.20 Hrs | $46.00 |
| 10/27/04 | MTM | Receipt and review of email from in-house counsel re: ZAI document (.2); respond to email re: same (.2); receipt and review of document at issue in prior email (.2); review file re: same (.4); telephone call to Holme Roberts paralegal re: additional information on this document (.3); telephone call from Holme Roberts paralegal with details on document (.2); email to in-house counsel re: same (.3); receipt and review of email from two in-house counsels re: document (.2); telephone call to Holme Roberts paralegal re: same (.3); email to in-house counsel re: document (.1). | 2.40 Hrs | $480.00 |
| | | TOTAL LEGAL SERVICES | | $1,805.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|------|------|------|------|------|
| ROBERT A. MURPHY | 3.20 Hrs | 230/hr | $736.00 | |
| DONNA B. MACKENNA | 0.90 Hrs | 210/hr | $189.00 | |
| MATTHEW T. MURPHY | 4.40 Hrs | 200/hr | $880.00 | |
| | 8.50 Hrs | | $1,805.00 | |

TOTAL THIS BILL    $1,805.00

## EXHIBIT B
### (Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

December 13, 2004

Bill Number  75455
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2004

EXCESS POSTAGE                                          $8.06

FEDERAL EXPRESS

| Date | Description | | |
|------|-------------|------|------|
| 10/31/04 | To in-house counsel from MTM - 8/20/04. | 29.53 | |
| 10/31/04 | To in-house counsel from RAM - 8/20/04 | 17.31 | |
| 10/31/04 | To Kirkland & Ellis attorney from MTM - 9/3/04. | 62.61 | |
| 10/31/04 | To Kirkland & Ellis attorney from MTM - 8/20/04. | 27.53 | |
| 10/31/04 | To Kirkland & Ellis attorney from RAM - 8/20/04 | 22.64 | |
| 10/31/04 | To Kirkland & Ellis attorney from MTM - 9/3/04. | 62.61 | |
| 10/31/04 | To Vice President, ARPC from MTM - 8/18/04. | 25.09 | |
| | | | $247.32 |

PHOTOCOPYING

| Date | Description | | |
|------|-------------|------|------|
| 10/21/04 | 22 copies .12 per copy | 2.64 | |
| 10/28/04 | 24 copies @ .12 per copy | 2.88 | |
| | | | $5.52 |

TELEPHONE

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through October 31, 2004

TELEPHONE

| 10/01/04 | 329 | 5613621551 | 0.66 | |
| 10/27/04 | 329 | 3038660478 | 0.44 | |
| | | | | $1.10 |

RENT REIMBURSEMENT

| 10/01/04 | BOSTON CAPITAL INSTI -rent and utilities for document repository at One Winthrop Square - September 2004 | 12,599.69 | |
| 10/30/04 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - October 2004 | 12,171.12 | |
| | | | $24,770.81 |

MISCELLANEOUS

| 10/01/04 | RECORDKEEPER ARCHIVE - pickup 8 boxes for storage on 08/05/04 | 27.00 | |
| | | | $27.00 |

|  | TOTAL DISBURSEMENTS | $25,059.81 |
| --- | --- | --- |
|  | TOTAL THIS BILL | $25,059.81 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

December 13, 2004

Bill Number  75456
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through October 31, 2004

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/31/04 | To Scotta McFarland from RAM - 8/16/04. | 18.20 | |
| | | | $18.20 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 10/06/04 | 169 copies at .12 per copy | 20.28 | |
| 10/14/04 | 34 copies at  .12 per copy | 4.08 | |
| 10/14/04 | 89 copies .12 per copy | 10.68 | |
| | | | $35.04 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 10/11/04 | 357 | 4105314545 | 3.30 | |
| 10/11/04 | 357 | 5613621583 | 2.20 | |
| | | | | $5.50 |

David B. Siegel

TOTAL DISBURSEMENTS          $58.74

TOTAL THIS BILL          $58.74

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Karina Yee, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 15th day of December,

2004 she caused a copy of the following document(s) to be served upon the attached service

list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Thirty-Seventh Monthly Application of Casner & Edwards, LLP for
Compensation for Services and Reimbursement of Expenses as Special
Litigation Counsel to Debtors for the Period from for October 1, 2004
through October 31, 2004

_____
Karina Yee

Sworn to and subscribed before
me this ___ day of December, 2004

Notary Public
My Commission Expires: _03-21-06_

-2-

DOCS_DE:100447.97

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and
carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP