# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:  February 2, 2005 at 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF NOVEMBER 1, 2004, THROUGH NOVEMBER 30, 2004, FOR THE QUARTERLY FEE PERIOD OF OCTOBER-DECEMBER 2004**

Name of Applicant: **Woodcock Washburn LLP**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **Retention Order entered January 22, 2003**

Period for which compensation and reimbursement is sought: **November 1, 2004, through November 30, 2004**

Amount of Compensation sought as actual, reasonable and necessary: **$ 203,792.00**

Amount of Expense Reimbursement sought as actual, reasonable and necessary: **$29,179.11**

---

[1]  The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of November 2004. This is the 23rd application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock, and the second application for services in the October - December 2004 quarter. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| TOTAL | | $1,367,304.35 | $251,548.37 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee

Application, Applicant" (totaling $1,012.00) and "Travel Time" (totaling $6,646.00), all fees for which

application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 70.8 | $32,568.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $380.00 | 142.7 | $54,226.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $290.00 | 164.8 | $47,792.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $270.00 | 37.6 | $10,152.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $210.00 | 130.4 | $27,384.00 |
| Brian Cocca | Associate | 2004 | IP Litigation | $195.00 | 6.0 | $1,170.00 |
| Larry Labella | Paralegal | - | IP Litigation | $130.00 | 109.3 | $14,209.00 |
| Paul Perdue | Graphics | - | IP Litigation | $110.0 | 32.0 | $3,520.00 |
| Suzanne Wallace | Paralegal | - | IP Litigation | $ 90.00 | 141.9 | $12,771.00 |

Total Fees:  $ 203,792.00
Blended Rate:  $ 243.92

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described

above for (i) 80% of the amount of $203,792.00 for reasonable and necessary professional services Applicant

has rendered to the Debtors during the Fee Period ($ 163,033.60) and (ii) 100% of the reimbursement of actual

and necessary costs and expenses incurred by applicant during the Fee Period ($29,179.11); and (b) that both

fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated:  January 11, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: **February 2, 2005 at 4:00 p.m.**
Hearing Date: **TBD only if necessary**

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 11/01/2004 | GHL | Continue work on graphics and PowerPoint presentation for Markman hearing, and drafting argument outline; | 4.50 |
| 11/01/2004 | DRB | Preparation of Markman presentation | 5.40 |
| 11/01/2004 | DRB | Coordination of Rule 30(b)(6) Grace witness files and schedules | 0.80 |
| 11/01/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; prepared new documents for production | 3.50 |
| 11/01/2004 | CEZ | Preparation for Wynnewood refinery deposition. | 3.40 |
| 11/01/2004 | KMW | Analysis of documents in support of refinery deposition. | 0.40 |
| 11/01/2004 | KMW | Discussion w/GHL regarding slides and preparation thereof. | 0.90 |
| 11/01/2004 | KMW | Analysis of prior art statement by Intercat in support of invalidity and noninfringement positions. | 0.60 |
| 11/01/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 5.30 |
| 11/01/2004 | PSP | Markman presentation graphics | 8.50 |
| 11/02/2004 | PSP | Markman presentation graphics | 7.50 |
| 11/02/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 6.80 |
| 11/02/2004 | KMW | Analysis of documents and conference w/CEZ in support of refinery deposition. | 0.40 |
| 11/02/2004 | KMW | Preparation of slides in support of Markman. | 0.40 |
| 11/02/2004 | KMW | Analysis of documents in preparation for Intercat's 30(b)(6) deposition of Grace's representative. | 3.60 |
| 11/02/2004 | FTC | Held telecon with Paul Solt. | 0.50 |
| 11/02/2004 | CEZ | Preparation for Wynnewood refinery deposition; reviewed exhibits pre-marked by Intercat; participated in Wynnewood refinery deposition. | 7.80 |
| 11/02/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; prepared files for various file histories | 4.00 |
| 11/02/2004 | DRB | Preparation of Markman hearing | 6.90 |

| | | | |
|---|---|---|---|
| 11/02/2004 | DRB | Document production issues | 0.50 |
| 11/02/2004 | GHL | Continued work on graphics and PowerPoint for markman presentation; development of argument for presentation; | 6.00 |
| 11/03/2004 | GHL | Continued work on Markman presentation; | 6.50 |
| 11/03/2004 | DRB | Preparation of Markman hearing | 5.70 |
| 11/03/2004 | DRB | Meeting with expert concerning invalidity | 0.80 |
| 11/03/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; prepared documents to send to damages expert at Parente; prepared files regarding Markman for Dave Bailey | 6.50 |
| 11/03/2004 | FTC | Held multiple telecons with P. Solt to discuss prior art refrences. | 0.90 |
| 11/03/2004 | FTC | Assembled and categorized documents in preparation for upcoming depositions. | 2.50 |
| 11/03/2004 | KMW | Analysis of Intercat's documents in preparation of Lippert deposition. | 7.50 |
| 11/03/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 8.00 |
| 11/03/2004 | PSP | Markman presentation graphics | 8.50 |
| 11/03/2004 | BAC | Researched whether the entire market value has been applied in a patent infringement suit as a measure of damages where the patent claims alleged to be infringed are throughput methods (such as loading catalysts into a reactor), as compared to a method of making something. Analyzed all cases found through this research. | 6.00 |
| 11/04/2004 | PSP | Markman presentation graphics | 7.00 |
| 11/04/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 7.00 |
| 11/04/2004 | KMW | Analysis of Intercat's documents in preparation for Lippert deposition. | 8.00 |
| 11/04/2004 | CEZ | Reviewed Interact production documents regarding estimating models. | 2.10 |
| 11/04/2004 | CEZ | Collected and reviewed Intercat financial documents in production. | 4.20 |
| 11/04/2004 | DRB | Preparation for Markman hearing | 7.00 |
| 11/04/2004 | DRB | Travel from Philadelphia to Minneapolis for Markman hearing (2.0 - bill 1/2) | 1.00 |

| | | | |
|---|---|---|---|
| 11/04/2004 | GHL | Work on claim construction argument and meeting with Mr. Maggio and expert witness Gerald Teititman in preparation for the scheduled presentation, including discussion of strategy for the presentation; | 9.00 |
| 11/04/2004 | DRB | Preparation for and attendance to Markman hearing | 8.00 |
| 11/04/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions; prepared new documents for production; prepared files regarding Markman for ave Bailey | 8.80 |
| 11/04/2004 | GHL | Travel Time, to St. Paul Minnesota for Markman Hearing (1.5 hours billed at half time) | 0.70 |
| 11/05/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey, Maggio and BP Toledo for upcoming depositions; prepared documents to send to our damages expert at Parente | 7.00 |
| 11/05/2004 | GHL | Further preparation for Markman hearing on claim construction, further meeting with Mr. Maggio regaring the scheduled hearing; representation of Grace at the hearing before Judge Kyle , District Court, District of Minnesota . | 8.00 |
| 11/05/2004 | GHL | Travel time -- return from Markman hearing in St. Paul, Minnesota; 3 hours, billed at half time | 1.50 |
| 11/05/2004 | DRB | Travel from Minneapolis to Philadelphia (3.0 - bill 1/2) | 1.50 |
| 11/05/2004 | CEZ | Reviewed production regarding BP Toledo. | 2.10 |
| 11/05/2004 | CEZ | Negotiated terms for stipulation for extension of discovery and limitation on third party refinery depositions. | 1.30 |
| 11/05/2004 | KMW | Analysis of Intercat's documents in preparation for Lippert deposition. | 6.30 |
| 11/05/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 7.00 |
| 11/05/2004 | FTC | Assembled and categorized documents in preparation for upcoming depositions. | 4.20 |
| 11/05/2004 | PSP | Markman hearing setup assist | 0.50 |
| 11/06/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 6.50 |
| 11/06/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions | 4.50 |

| | | | |
|---|---|---|---|
| 11/06/2004 | GHL | Fee Application, Applicant -- Preparation of fee application for September 2004 | 0.80 |
| 11/07/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio for upcoming depositions | 3.00 |
| 11/07/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 5.00 |
| 11/08/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 7.50 |
| 11/08/2004 | CEZ | Reviewed materials in preparation for BP Toledo deposition. | 2.10 |
| 11/08/2004 | KMW | Analysis of Grace documents in support of upcoming depositions (Jordan, Davey, Petti, Parva). | 7.30 |
| 11/08/2004 | DRB | Preparation for Lippert deposition | 2.50 |
| 11/08/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Albin, Davey, Tang, Jordan, Maggio and BP Toledo; set up deposition with court reporter for Lippert | 9.00 |
| 11/09/2004 | FTC | Assembled and categorized documents in preparation for upcoming depositions. | 4.40 |
| 11/09/2004 | CEZ | Preparation for BP Toledo refinery deposition. | 8.10 |
| 11/09/2004 | DRB | Preparation for Lippert deposition | 3.00 |
| 11/09/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Albin, Davey, Tang, Jordan and Maggio; prepared file regarding Whirl Air; prepared documents to be sent to damages expert at Parente | 7.00 |
| 11/09/2004 | CEZ | Prepared subpoena to Schmidt (loader mfr.) | 1.50 |
| 11/09/2004 | CEZ | Reviewed and analyzed transcript of BP Whiting deposition. | 1.80 |
| 11/09/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 11.50 |
| 11/09/2004 | KMW | Analysis of Grace documents in support of depositions for Petti, Parva, Davey, Jordan. | 7.20 |
| 11/09/2004 | KMW | Analysis of Grace documents for production. | 1.00 |
| 11/10/2004 | KMW | Analysis of Intercat documents and conference w/DRB regarding the same in support of Lippert deposition. | 2.00 |
| 11/10/2004 | KMW | Analysis of Grace documents and preparation of witness binders for Jordan, Petti, Parva, Albin in support of depositions. | 6.90 |

| | | | |
|---|---|---|---|
| 11/10/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 10.50 |
| 11/10/2004 | GHL | Review of witness binder for Mr. Jordan and meeting in our offices with Mr. Jordan to prepare him for his continued deposition as Grace Rule 30(b)(6) deponent on various issues relating to liability and damages; review of issues and documents likely to be addressed during the deposition; | 2.50 |
| 11/10/2004 | GHL | Telephone conference with Mr. Maggio and Mr. Rightmyer regarding deposition issues; | 0.20 |
| 11/10/2004 | DRB | Preparation for deposition of Regis Lippert | 7.00 |
| 11/10/2004 | DRB | Preparation for upcoming deposition of Grace employees | 1.00 |
| 11/10/2004 | DRB | 3.0 hour travel to Chicago for Lippert deposition (bill at 1/.2 per GHL) | 1.50 |
| 11/10/2004 | CEZ | Preparation for BP Toledo refinery deposition; participated in BP Toledo deposition. | 8.70 |
| 11/10/2004 | CEZ | Travel from Toledo; 3.6 hours billed at half time. | 1.80 |
| 11/10/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Albin, Davey, Jordan, Maggio and Lippert; reviewed new documents that needed to be produced to Arnold; scanned in documents for team and client; prepared original documents to send back to Whirl Air | 5.00 |
| 11/10/2004 | FTC | Assembled and categorized documents in preparation for upcoming depositions. | 3.30 |
| 11/11/2004 | FTC | Assembled and categorized documents in preparation for upcoming depositions. | 0.60 |
| 11/11/2004 | FTC | Document review: Interact production. | 1.40 |
| 11/11/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Albin, Davey Valero and Flint Hills refineries; reviewed new documents that needed to be produced to Arnold; prepared documents for Ziegler; updated production logs | 5.00 |
| 11/11/2004 | DRB | 4.0 hour travel from Chicago to Philadelphia from Lippert deposition (bill at 1/2) | 2.00 |
| 11/11/2004 | DRB | Preparation for and taking of deposition of Regis Lippert | 7.80 |
| 11/11/2004 | GHL | Further meeting with Mr. Jordan and damages expert to prepare Mr. Jordan for deposition as Grace 30(b)(6) witness on financial and damage-related issues; | 6.50 |
| 11/11/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Petti, Parva, Tang, Jordan, Davey and Maggio. | 5.00 |

| | | | |
|---|---|---|---|
| 11/11/2004 | CEZ | Reviewed and analyzed transcript of M. Evans deposition. | 2.30 |
| 11/11/2004 | CEZ | Review and analysis of transcripts of depositions of third party refineries. | 5.40 |
| 11/11/2004 | KMW | Analysis of Grace documents, preparation w/client and GHL regarding the same in support of Jordan deposition. | 9.00 |
| 11/11/2004 | KMW | Analysis of Intercat's discovery requests and discussion w/client regarding the same. | 0.30 |
| 11/12/2004 | KMW | Analysis of Grace and discovery documents in support of Jordan deposition; conference w/GHL regarding the same. | 1.00 |
| 11/12/2004 | KMW | Analysis of discovery requests and Intercat's allegations of deficiencies. | 0.50 |
| 11/12/2004 | KMW | Analysis of Grace documents and conference w/DRB regarding same in support of Davey deposition. | 1.50 |
| 11/12/2004 | KMW | Analysis of production documents in support of 30(b)(6) topic of willfulness. | 2.30 |
| 11/12/2004 | KMW | Analysis of Intercat documents in support of Grace's 30(b)(6) deposition of Intercat financial representative, conference with damage consultant. | 1.80 |
| 11/12/2004 | CEZ | Met with damages consultant regarding Intercat financial documents and witness binder for 30(b)(6); corresponded with Intercat regarding deficiencies in financial document production; reviewed Intercat financial documents production. | 7.90 |
| 11/12/2004 | SW | Chronological organization of flagged documents in preparation of witness files for S. Parva and N. Petti; Review, analyze, and flag Grace documents in preparation of witness files for Albin and Maggio; Obtain documents for Flint and Valero Refineries from Grace and Intercat Production. | 5.00 |
| 11/12/2004 | GHL | Continued preparation for defense of Al Jordan's scheduled deposition as 30(b)(6) deponent for Grace on loader operation and financial/damages issues, including review of witness binder and selection of issues to be furtehr discussed with Mr. Jordan in advance of deposition, and development of cross-examination questions based on issues addressed in previous sessions of the deposition; | 1.50 |
| 11/12/2004 | GHL | Preparation for scheduled Rule 30(b)(6) deposition of Intercat on financial and damage-related issues, including review of witness binder and selection and review of documents to be used during the deposition; | 1.50 |
| 11/12/2004 | DRB | Preparation for defense of depositions of Grace personnel | 5.50 |

| | | | |
|---|---|---|---|
| 11/12/2004 | DRB | Analysis of opinion of counsel production | 1.00 |
| 11/12/2004 | LL | Attended to and assisted in the preparation of witness files for Petti, Parva, Albin, and Davey; prepared Intercat documents that needed to be sent to our damages expert at Parente; prepared a file regarding the deposition tanscripts of refineries for Ziegler; prepared subpoena that needed to be served on Monday. | 2.00 |
| 11/13/2004 | LL | Attended to and assisted in the search of documents to send to Dave Bailey regarding Parva and Petti; scanned in various documents; prepared files for our new production documents and updated the production logs; prepared deposition files and prepared documents that needed to be sent to  damages consultant; | 5.00 |
| 11/13/2004 | GHL | Fee Application, Applicant -- preparation of quarterly summary fee application for 14th Quarterly Period | 1.00 |
| 11/14/2004 | GHL | Travel to Columbia MD for defense of Rule 30-b-6 deposition of Grace (2 hours, billed half-time); | 1.00 |
| 11/14/2004 | DRB | Travel to Grace for deposition (2.0 bill at half) | 1.00 |
| 11/14/2004 | LL | Attended to and assisted in the search of documents to send to Dave Bailey at his home regarding Parva and Petti; prepared deposition binder for Dave Bailey | 1.00 |
| 11/15/2004 | LL | Attended to and assisted in the preparation of witness files for Albin, Davey, Valero and Flint Hills refineries; scanned in documents for team and client; performed D&B search on Schmidt Manufacturing; prepared deposition files for Bailey | 4.50 |
| 11/15/2004 | CEZ | Reviewed documents for 30(b)(6) witness binder. | 4.30 |
| 11/15/2004 | CEZ | Preparation for depositions of Velaro refineries. | 3.20 |
| 11/15/2004 | CEZ | Corresponded with T. Wimbiscus and P. Arnold regarding various discovery disputes. | 2.50 |
| 11/15/2004 | FTC | Document review. | 0.50 |
| 11/15/2004 | FTC | Held telecon with third-party weigh systems providers; discuss prior art. | 0.40 |
| 11/15/2004 | DRB | Deposition preparation of Grace employees - Petti, Parva, and Dacey | 8.00 |
| 11/15/2004 | GHL | Defense of Mr. Jordan's continuing deposition as 30-b-6 witness for Grace: meeting with Mr. Jordan at Grace's offices in Columbia to prepare for the deposition, and defense of the deposition; | 8.00 |
| 11/15/2004 | GHL | Travel from deposition in Columbia MD (2 hours, billed at half-time) | 1.00 |

| | | | |
|---|---|---|---|
| 11/15/2004 | SW | Organize documents for Flint and Valero Refineries from Grace and Intercat Production. | 5.00 |
| 11/15/2004 | KMW | Analysis of Grace documents and fact-gathering in support of Maggio/30(b)(6) deposition. | 2.90 |
| 11/15/2004 | KMW | Analysis of Intercat's responses to requests for admission in light of Intercat's positions on prior art, claim infringement, and claim construction. | 5.40 |
| 11/16/2004 | KMW | Analysis of Grace documents in support of willfulness 30(b)(6) deposition. | 3.90 |
| 11/16/2004 | KMW | Analysis of Intercat's responses to Grace's requests for admissions in light of Intercat's claim construction chart and prior art statement. | 3.00 |
| 11/16/2004 | KMW | Telephonic conference w/client regarding document production. | 0.60 |
| 11/16/2004 | GHL | Review of financial documents produced by Intercat, selection of documents for use at scheduled 30-b-6 deposition of Intercat on financial and damage-related issues, and begin preparation of deposition outline; | 2.00 |
| 11/16/2004 | DRB | Defending deposition of Petti and Parva; preparation for deposition of Davey | 8.50 |
| 11/16/2004 | FTC | Prepared and served subpoena to Joseph Grell. | 1.80 |
| 11/16/2004 | CEZ | Reviewed materials in preparation for meeting with J. Press; met with J. Press; corresponded with P. Arnold regarding production deficiencies with respect to Intercat financial documents. | 4.30 |
| 11/16/2004 | CEZ | Met with G. Levin to review documents for 30(b)(6) deposition on damages. | 0.70 |
| 11/16/2004 | CEZ | Reviewed and edited draft subpoena to Rice Lakes. | 0.50 |
| 11/16/2004 | CEZ | Finalized subpoena to Lincoln Contractors. | 0.70 |
| 11/16/2004 | CEZ | Preparation for depositions of Velaro refineries. | 3.20 |
| 11/16/2004 | LL | Attended to and assisted in the preparation of witness files for Maggio, Albin and a binder for our financial expert; prepared subpoena to be served on Lincoln Contracting and a fax to Arnold | 4.00 |
| 11/17/2004 | LL | Attended to and assisted in the preparation of witness files for Maggio and Albin; updated our privilege log with new items; scanned in various documents for team and client; prepared documents to sent to our financial experts at Parente; updated deposition files and performed a D&B search | 5.00 |
| 11/17/2004 | CEZ | Preparation for depositions of Velaro refineries. | 8.70 |

| | | | |
|---|---|---|---|
| 11/17/2004 | CEZ | Telephone discussion with P. Arnold regarding scope of depositions of Velaro refineries. | 0.40 |
| 11/17/2004 | CEZ | Reviewed letter from Velaro reflecting agreed-to topics of deposition. | 0.30 |
| 11/17/2004 | FTC | Telecon with Paul Solt. | 0.10 |
| 11/17/2004 | DRB | Defending deposition of Jordan; preparation for Davey deposition | 9.50 |
| 11/17/2004 | KMW | Analysis of Grace documents in support of willfulness 30(b)(6) deposition. | 3.90 |
| 11/17/2004 | KMW | Fact gathering and deposition topic preparation for Valero depositions; | 2.50 |
| 11/17/2004 | KMW | Telephonic conference w/Schmidt representative regarding Grace's subpoena; legal research and analysis of service on a corporation. | 1.60 |
| 11/17/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Albin and Maggio. | 7.00 |
| 11/18/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Albin and Maggio. | 7.00 |
| 11/18/2004 | KMW | Analysis of Grace documents in support of non-infringement position. | 5.50 |
| 11/18/2004 | KMW | Analysis of Grace documents in preparation for Maggio deposition. | 1.70 |
| 11/18/2004 | DRB | Preparation for deposition of Davey and defending Davey deposition | 7.50 |
| 11/18/2004 | DRB | Case strategy with Robert Maggio and preparation for deposition | 1.50 |
| 11/18/2004 | DRB | Travel from Grace (2.4 hours, bill at half) | 1.20 |
| 11/18/2004 | GHL | Review of refinery deposition transcripts on mattters relevant to Intercat's infringement charges | 0.80 |
| 11/18/2004 | CEZ | Travel from Houston; 4.8 hours billed at half time. | 2.40 |
| 11/18/2004 | CEZ | Discussion with Velaro counsel regarding Velaro letter reflecting agreed-to topics of deposition. | 0.30 |
| 11/18/2004 | CEZ | Preparation for depositions of Velaro refineries; participated in depositions of Velaro refineries. | 8.70 |
| 11/18/2004 | LL | Attended to and assisted in the preparation of witness files for Maggio and Albin; scanned in various documents for team and client; prepared subpoena to be served on Joseph Grell; prepared documents to be sent to Teitman; performed search on Ponca City; prepared Nol-Tec documents for Whitney | 5.00 |

| | | | |
|---|---|---|---|
| 11/19/2004 | CEZ | Drafted alternative proposed stipulation for extension of discovery deadline; telephone discussion with P. Arnold regarding same. | 1.40 |
| 11/19/2004 | CEZ | Reviewed materials relating to refinery's use of Intercat unit. | 1.50 |
| 11/19/2004 | CEZ | Team meeting to discuss scheduling and other discovery-related issues; reviewed materials in preparation for meeting. | 1.60 |
| 11/19/2004 | CEZ | Preparation for BP Toledo deposition. | 3.20 |
| 11/19/2004 | CEZ | Review and analysis of deposition transcripts of refineries. | 2.10 |
| 11/19/2004 | FTC | Team meeting to discuss case status, and preparation therefor. | 2.10 |
| 11/19/2004 | FTC | Reviewed Clemtex loader documents. | 0.40 |
| 11/19/2004 | GHL | Meeting with trial team on status of discovery and strategy for further discovery and presentation of case; | 1.50 |
| 11/19/2004 | DRB | Coordination of discovery schedule | 1.20 |
| 11/19/2004 | DRB | Strategy for discovery and expert reports | 1.80 |
| 11/19/2004 | DRB | Preparation for deposition - Albi; 30(b)(6) willfulness | 1.00 |
| 11/19/2004 | DRB | Analysis of potential public use by Intercat as prior art. | 0.70 |
| 11/19/2004 | KMW | Loader analysis based on testimony and Grace & Nol-Tec documents in support of non-infringement position. | 3.50 |
| 11/19/2004 | KMW | Strategy meeting with trial team; | 1.50 |
| 11/19/2004 | KMW | Analysis of documents in preparation of willfulness 30(b)(6) deposition. | 1.20 |
| 11/19/2004 | KMW | Discovery strategy w/DRB and CEZ. | 1.00 |
| 11/19/2004 | KMW | Preparation of deposition notice for Santos. | 0.50 |
| 11/19/2004 | KMW | Analysis of documents and preparation for Albin deposition. | 0.40 |
| 11/19/2004 | SW | Review, analyze, and flag Grace documents in preparation of witness files for Albin and Maggio. | 7.00 |
| 11/21/2004 | LL | Attended to and assisted in the preparation of documents regarding the witness file of Lenny Albin. | 3.50 |
| 11/22/2004 | LL | Attended to and assisted in the preparation of witness files for Conoco Phillips; finished witness file for Albin; prepared new files of production documents that arrived for Ziegler; prepared refinery binders to be sent to Teitman | 4.00 |
| 11/22/2004 | FTC | Held telecons with Paul Solt regarding prior art; | 1.10 |
| 11/22/2004 | FTC | Reviewed Clemtex loader documents. | 2.40 |

| | | | |
|---|---|---|---|
| 11/22/2004 | CEZ | Prepared for deposition of BP Toledo; participated in BP Toledo deposition. | 6.90 |
| 11/22/2004 | CEZ | Amended stipulation regarding discovery extension; teleconference with P. Arnold to discuss amended stipulation. | 1.20 |
| 11/22/2004 | CEZ | Met with members of trial team regarding prior art; participated in teleconference with expert regarding prior art. | 0.80 |
| 11/22/2004 | CEZ | Met with members of trial team regarding outstanding discovery issues. | 0.70 |
| 11/22/2004 | CEZ | Preparation for deposition of Flint Hills. | 3.40 |
| 11/22/2004 | DRB | Preparation of materials for production; coordination of discovery; analysis of invalidity issues | 3.50 |
| 11/22/2004 | GHL | Review of opinions-of-counsel received by Grace on infringement issues relating to loaders and consideration of privilege-waiver issues attendant to producing opinion to rebut willful infringement charge; | 0.80 |
| 11/22/2004 | SW | Search Grace and Intercat production indexes for documents relating to Concoco Philips and obtain Conoco Philips Documents for witness binder | 6.50 |
| 11/22/2004 | KMW | Analysis of documents regarding loaders in support of non-infringement position. | 3.00 |
| 11/22/2004 | KMW | Analysis of documents and opinion in preparation for 30(b)(6) on willfulness. | 1.60 |
| 11/22/2004 | KMW | Analysis of Grace documents for production. | 1.80 |
| 11/23/2004 | KMW | Analysis of documents in support of non-willfulness 30(b)(6); conference w/DRB regarding the same. | 3.50 |
| 11/23/2004 | KMW | Analysis of Grace information for production; telephonic conference w/client regarding the same. | 1.00 |
| 11/23/2004 | KMW | Analysis of refinery depositions and conference with trial team members regarding the same. | 1.50 |
| 11/23/2004 | KMW | Analysis of document production by both parties and correspondence w/Intercat regarding the same. | 1.00 |
| 11/23/2004 | SW | Organize witness kit for Conoco Philips Refineries; Search Intercat and Grace Indexes for Tesoro Refinery Documents for witness kits | 5.00 |
| 11/23/2004 | GHL | Organization of damages-related documents for 30-b-6 deposition of Intercat; | 0.50 |

| | | | |
|---|---|---|---|
| 11/23/2004 | GHL | Review of formal opinion of non-infringement relating to gain-in-weight loader; consideration of issues relating to privilege waiver to rebut Intercat's claim of willful infringement; | 1.00 |
| 11/23/2004 | DRB | Preparation of witness file for Lenny Albin | 2.10 |
| 11/23/2004 | DRB | Preparation of non-willfulness production documents | 1.50 |
| 11/23/2004 | DRB | Preparation of discovery schedule and coordination with witnesses | 1.00 |
| 11/23/2004 | DRB | Analysis of prior art case | 0.50 |
| 11/23/2004 | CEZ | Preparation for deposition of Flint Hills; reviewed exhibits per-marked by Intercat in preparation for Flint Hills deposition; participated in Flint Hills deposition. | 8.90 |
| 11/23/2004 | CEZ | Met with trial team members regarding outstanding discovery issues. | 0.70 |
| 11/23/2004 | CEZ | Telephone discussion with G. Willison regarding his upcoming deposition. | 0.60 |
| 11/23/2004 | CEZ | Participated in negotiations for stipulation for discovery extension. | 1.20 |
| 11/23/2004 | FTC | Prepared for deposition of Joseph Grell. | 1.90 |
| 11/23/2004 | FTC | Investigated prior art controllers and pneumatic conveying systems. | 1.90 |
| 11/23/2004 | FTC | Reviewed operating manual of Rice Lake Model 810 Controller. | 1.10 |
| 11/23/2004 | LL | Attended to and assisted in the preparation of witness files for Conoco Phillips; attended meeting with Bailey, Ziegler and WHitney to discuss the refinery depositions and production; prepared binders of refineries for Bailey, Whitney and Ziegler; reviewed documents for production and privilege; prepared refinery binders to send to Teitman | 2.00 |
| 11/24/2004 | LL | Attended to and assisted in the preparation of witness files for various refineries; produced new documents and sent to Arnold; updated deposition files | 3.00 |
| 11/24/2004 | FTC | Documented results of investigation into prior art controllers and pneumatic conveying systems. | 0.30 |
| 11/24/2004 | CEZ | Participated in negotiations for stipulation for discovery extension; finalized stipulation for discovery extension. | 2.20 |
| 11/24/2004 | CEZ | Review and analysis of deposition transcripts of refinery depositions. | 3.00 |
| 11/24/2004 | CEZ | Reviewed documents for 30(b)(6) witness binder; met with G. Levin regarding 30(b)(6) deposition and exhibits. | 2.90 |

| | | | |
|---|---|---|---|
| 11/24/2004 | DRB | Preparation for Albin deposition and scheduling depositions of others | 2.00 |
| 11/24/2004 | GHL | Organization of documents for use as eshibits in scheudled 30-b-6 deposition of Intercat on financial anddamages issues; | 1.00 |
| 11/24/2004 | SW | Organize documents for Tesoro Refinery Witness Kit | 4.50 |
| 11/24/2004 | KMW | Analysis of refinery deposition (Citgo) in support of non-infringement position. | 1.00 |
| 11/26/2004 | GHL | Fee Application, Applicant -- preparation of fee application for October 2004. | 1.20 |
| 11/26/2004 | DRB | Preparation of witness files for Lenny Albin deposition | 5.00 |
| 11/29/2004 | DRB | Travel to Grace for preparation of Lenny Albin for deposition (2.4 hours, bill at 1/2) | 1.20 |
| 11/29/2004 | DRB | Preparation of Lenny Albin for deposition | 5.00 |
| 11/29/2004 | DRB | Review of documents for deposition of Lenny Albin | 1.80 |
| 11/29/2004 | LL | Attended to and assisted in the preparation of witness file for Tesoro Refinery; updated production logs; prepared willfulness documents for Bailey; scanned in documents for team and client | 4.00 |
| 11/29/2004 | CEZ | Prepared for deposition of Tesoro, Martinez. | 4.80 |
| 11/29/2004 | CEZ | Prepared for deposition of Rice Lakes; met with F. Carroll regarding Rice Lakes deposition; teleconference with J. Grell. | 4.30 |
| 11/29/2004 | CEZ | Prepare and review witness file for Tesoro, Martinez. | 0.60 |
| 11/29/2004 | KMW | Analysis of refinery depositions in support of non-infringement position. | 3.20 |
| 11/29/2004 | KMW | Meet and confer w/Intercat regarding Intercat's deficiencies in document production. | 0.10 |
| 11/29/2004 | KMW | Follow-up with subpoenaed company Schmidt regarding documents and identification of deponent. | 0.10 |
| 11/29/2004 | KMW | Analysis of Grace documents and preparation for Albin deposition; conference w/DRB regarding the same. | 1.50 |
| 11/29/2004 | KMW | Analysis of Grace documents in support of deposition of Tesoro Martinez; conference w/CEZ regarding the same. | 1.50 |
| 11/29/2004 | SW | Complete organization of Tesoro Refinery Documents and compile witness binder for upcoming deposition; Review, analyze and index exhibits from various refineries' depositions | 7.80 |
| 11/29/2004 | FTC | Prepared for the deposition of Joseph Grell. | 1.50 |
| 11/29/2004 | FTC | Reviewed operating manual for Rice Lakes controller. | 1.30 |

| 11/30/2004 | FTC | Preparation for the deposition of Joseph Grell. | 2.50 |
| 11/30/2004 | SW | Review, analyze and index exhibits from various refineries' depositions; Review, analyze, and flag Intercat documents in preparation of witness file G. Santos | 7.00 |
| 11/30/2004 | KMW | Analysis of Grace's document production in light of discovery requests and alleged deficiencies. | 1.10 |
| 11/30/2004 | KMW | Preparations for willfulness 30(b)(6) deposition and Santos deposition. | 0.50 |
| 11/30/2004 | CEZ | Prepared for deposition of Tesoro, Martinez; participated in deposition of Tesoro, Martinez. | 7.40 |
| 11/30/2004 | CEZ | Prepared for deposition of Rice Lakes. | 4.70 |
| 11/30/2004 | LL | Attended to and assisted in the preparation of witness file for Lake Charles; document search for Ziegler regarding Rice Lakes; review of new production documents for updates and files | 3.00 |
| 11/30/2004 | FTC | Reviewed operating manual for Rice Lakes controller. | 0.50 |
| 11/30/2004 | DRB | Preparation of Lenny Albin for deposition | 1.50 |
| 11/30/2004 | DRB | Defending Lenny Albin deposition | 5.00 |
| 11/30/2004 | DRB | Travel from Grace (2.6 hours, bill at 1/2 ). | 1.30 |
| 11/30/2004 | DRB | Summary of refinery depositions | 0.50 |
| 11/30/2004 | GHL | Review of transcripts of refinery depositions and consideration of infringement issues in view of same; | 1.80 |

SERVICES                    $      203,792.00

| GHL | GARY H. LEVIN | 70.80 | hours at $ | 460.00 |
| DRB | DAVID R. BAILEY | 142.70 | hours at $ | 380.00 |
| CEZ | CHAD E. ZIEGLER | 164.80 | hours at $ | 290.00 |
| FTC | FRANK T. CARROLL | 37.60 | hours at $ | 270.00 |
| KMW | KAREN MILLANE WHITNEY | 130.40 | hours at $ | 210.00 |
| LL | LARRY LABELLA | 109.30 | hours at $ | 130.00 |
| PSP | PAUL S. PERDUE | 32.00 | hours at $ | 110.00 |
| BAC | BRIAN A. COCCA | 6.00 | hours at $ | 195.00 |
| SW | SUZANNE WALLACE | 141.90 | hours at $ | 90.00 |

**DISBURSEMENTS:**

ASSOCIATE SERVICES                                    1,556.38

| | | |
|---|---|---:|
| FACSIMILE | | 58.50 |
| WITNESS/EXPERT FEES | | 3,117.12 |
| COURT REPORTERS | | 1,337.80 |
| POSTAGE & DELIVERY | | 372.23 |
| PHOTOCOPYING | | 11,465.74 |
| COMPUTER SEARCH | | 647.34 |
| TRAVEL & EXPENSES | | 10,624.00 |
| | | |
| DISBURSEMENT TOTAL | $ | 29,179.11 |
| SERVICE TOTAL | $ | 203,792.00 |
| | | |
| **INVOICE TOTAL** | $ | **232,971.11** |

**11/04-11/05/04**     **Travel and Expense:  Vendor David R. Bailey**

**Transportation:**     Purpose of trip:  Markman Hearing in Minneapolis, MN

**Tickets for David R. Bailey**

| | | |
|---|---|---|
| 11/04/04 | USAir flight 1175 | |
| | Philadelphia, PA to Minneapolis, MN | |
| 11/05/04 | USAir Flight 1628 | |
| | Minneapolis, MN to Philadelphia, PA | $ 1,239.20 |

**Tickets for Gerald J. Teitman**

| | | |
|---|---|---|
| 11/04/04 | Northwest Flight 1043 | |
| | Washington Dulles to Minneapolis, MN | |
| 11/05/04 | Northwest Flight 1274 | |
| | Minneapolis, MN to Washington Dulles | $ 1,397.70 |
| **Lodging** | | $ 255.44 |
| **Conference Room at St Paul Hotel for Hearing** | | $ 100.00 |
| **Taxi:** | | $ 48.00 |
| **Miles:** | 40 miles @$0.325 | $ 13.00 |
| **Parking:** | | $ 94.00 |
| **Meals:** | | $ 397.11 |
| | | ———— |
| | TOTAL EXPENSE: | $3,544.45 |

**11/04 – 11/05/04**    **Travel and Expense: Vendor Gary H. Levin**

**Transportation:**    Purpose of trip: Claim Construction Hearing in St. Paul, MN

| | | |
|---|---|---|
| **11/04/04** | USAir flight 1175 | |
| | Philadelphia, PA to Minneapolis, MN | |
| **11/05/04** | USAir Flight 1628 | |
| | Minneapolis, MN to Philadelphia, PA | $1,189.20 |
| **Lodging** | | $ 179.67 |
| **Parking:** | | $ 34.00 |
| **Miles:** | 20 miles @$0.325 | $ 6.50 |
| **Tips and Other Expenses:** | | $ 2.00 |
| | TOTAL EXPENSE: | $1,411.37 |

**11/09 – 11/10/04**    **Travel and Expense:  Vendor Chad Ziegler**

**Transportation:**         Purpose of trip:  BP Refinery Deposition in Toledo, OH

**11/09/04**        Northwest flight 337

               Philadelphia, PA to Detroit, MI

**11/10/04**        Northwest Flight 1782

               Detroit, MI to Philadelphia, PA                          $1,157,20

**Lodging**                                                  $   154.83

**Parking:**                                                 $    61.00

**Car Rental:**                                              $   143.28

**Meals:**                                                   $    20.58

                                              TOTAL EXPENSE:   $1,536.89

**11/10 – 11/11/04**    **Travel and Expense:  Vendor David R. Bailey**

| | | |
|---|---|---|
| **Transportation:** | Purpose of trip:  Regis Lippert Deposition in Chicago, IL | |
| **11/10/04** | USAir flight 224 | |
| | Philadelphia, PA to Chicago, IL | |
| **11/11/04** | USAir Flight 126 | |
| | Chicago, IL to Philadelphia, PA | $   604.79 |
| **Lodging** | | $   454.27 |
| **Parking:** | | $     52.00 |
| **Taxis:** | | $     90.00 |
| **Miles:** | 40 miles @$0.325 | $     13.00 |
| **Meals:** | | $     25.60 |
| **Tips and Other Expenses:** | | $       4.00 |

TOTAL EXPENSE:   $1,243.66

11/11/04     **Travel and Expense: Vendor Gary H. Levin**
         **Transportation:**     Purpose of trip:  Preparation of Al Jordon deposition
         **Meals:**                                                   $    65.66

                                       TOTAL EXPENSE:  $    65.66

**11/14 – 11/15/04    Travel and Expense:  Vendor Chad Ziegler**

    **Transportation:**      Purpose of trip:  Defense of Al Jordan Deposition in
                                       Columbia, MD

| | | |
|---|---|---:|
| **11/14/04** | Amtrak | $ 60.00 |
| **Lodging** | | $ 168.14 |
| **Taxis:** | | $ 33.00 |
| **Miles:** | 20 miles @$0.325 | $ 6.50 |
| **Tips and Other Expenses:** | | $ 2.00 |

                                               TOTAL EXPENSE:  $ 269.64

**11/14 – 11/15/04     Travel and Expense:  Vendor David R. Bailey**

      **Transportation:**    Purpose of trip:  Preparation of and Defending Depositions
                             of Jordan and Davies, in Columbia, MD

| | | |
|---|---|---|
| **Lodging** | | $   751.78 |
| **Parking:** | | $     20.00 |
| **Miles:** | 285 miles @$0.325 | $     92.65 |
| **Meals:** | | $   128.94 |
| | TOTAL EXPENSE: | $   993.37 |

**11/17 – 11/18/04**     **Travel and Expense:  Vendor Chad Ziegler**

| | | |
|---|---|---|
| **Transportation:** | Purpose of trip:  Refinery Deposition in Houston, TX | |
| **11/17/04** | Continental flight 1877 | |
| | Philadelphia, PA to Houston, TX | |
| **11/18/04** | Continental Flight 1923 | |
| | Houston, TX to Philadelphia, PA | $   583.20 |
| **Lodging** | | $   285.80 |
| **Parking:** | | $     69.50 |
| **Meals:** | | $     29.44 |
| **Car Rental:** | | $   157.49 |

TOTAL EXPENSE:   $1,125.43

**11/22 – 11/23/04      Travel and Expense:  Vendor Chad Ziegler**
      **Transportation:**      Purpose of trip:  Preparation for depositions
      **Parking:**                                                      $   36.00

                                                 TOTAL EXPENSE:  $   36.00

**11/29 – 11/30/04      Travel and Expense:  Vendor David R. Bailey**

| | | |
|---|---|---|
| **Transportation:** | Purpose of trip:  Albin Deposition in Columbia, MD | |
| **Lodging** | | $  220.57 |
| **Parking:** | | $   36.00 |
| **Miles:** | 294 miles @$0.325 | $   95.55 |
| **Meals:** | | $   45.41 |
| | TOTAL EXPENSE: | $ 397.53 |