# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Objection deadline: January 10, 2005 at 4:00 p.m. |

## SIXTEENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR OCTOBER 2004

| | |
|---|---|
| Name of Applicant: | Protiviti Inc. |
| Authorized to Provide Services to: | Debtors |
| Date of Retention: | Order dated November 17, 2003, *nunc pro tunc* to June 30, 2003 |
| Period for which compensation and reimbursement is sought: | October 1, 2004 through October 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary | $226,213.06 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary | $18,196.64 |

This is a(n):     X interim          ___ Final application

The total time expended for preparation of applications for the month of October 2004 is approximately 12 hours by all professionals for a total of $2,880.

Prior applications:     None.

Date 12/21/04

Docket # 7288

Local Form 102
(Page 1 of 4 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hendrixson, Marie | Managing Director 18 years | $300.00 | 0.5 | $ 150.00 |
| Bruneau, Lynn | Managing Director, IT 33 years | $360.00 | 1 | $ 360.00 |
| Blanchard, Victor | Associate Director 17 years | $295.00 | 77.5 | $22,862.50 |
| Haggard, Cary | Senior Manager, Info Technology 10 years | $240.00 | 7 | $ 1,680.00 |
| Saxon, Christine | Senior Manager, Info Technology 8 years | $240.00 | 98 | $ 23,520.00 |
| Petito, Matthew | Manager 6 years | $240.00 | 121.5 | $ 29,160.00 |
| Strickler, Kevin | Senior Consultant 5 years | $188.00 | 115.5 | $ 21,714.00 |
| Purvis, Robert | Senior Consultant 33 years | $175.00 | 81 | $ 14,175.50 |
| Martin, John | Senior Consultant 29 years | $175.00 | 140 | $ 24,500.00 |
| Carroll, Michael | Senior Consultant 27 years | $175.00 | 150.3 | $ 26,308.31 |
| Rosen, Lawrence | Senior Consultant 39 years | $175.00 | 116.5 | $ 20,387.50 |
| Drumwright, Joshua | Consultant, Info Technology | $160.00 | 162.2 | $ 25,952.00 |

1

| | 1 year | | | |
|---|---|---|---|---|
| Englemann, Erika | IT Senior Consultant<br><br>3 years | $188.00 | 25 | $4,700.00 |
| Muller, Kathryn | Senior Consultant | $175.00 | 4.3 | $743.75 |
| Bivens, Faith | Administrative Assistant<br><br>5 years | $23.66 | 16 | $378.56 |
| Echarte, Sherrie | Administrative Assistant<br><br>5 years | $23.66 | 32 | $757.12 |
| | | Totals | 1100.3 | $216,213.06 |

2

Local Form 102
(Page 3 of 4 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 12 | $2,880.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br>• Sarbanes-Oxley Compliance Services | 1,100.3 | $216,213.06 |
| Other (Explain)<br>• Renewal for Sarbox Portal Maintenance Agreement | 0 | $10,000 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| **Total** | **1,112.3** | **$229,093.06** |

3

Local Form 102
(Page 4 of 4 Pages)

### EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $12,852.05 |
| Lodging | N/A | $4,912.54 |
| Sundry | N/A | $166.25 |
| Business Meals / Entertainment | N/A | $265.80 |
| **Total Expenses** | | **$18,196.64** |

4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | |

## CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.      I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for October 2004* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.      I have read the Application and I certify as follows:

(a)      The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)      To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)     To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)     The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)     Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)     In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)     In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.


_Marie Hendrixson_
Marie Hendrixson


Dated:  November 28, 2004
        Philadelphia, PA


2

**EXHIBIT "A"**

**Protiviti Inc.**
**W. R. Grace & Co. Time Tracking Summary**
**Period Covered: October 2004**

| Name | Position | Number of Years in Profession | Hourly Billing Rate | Total Hours Billed | Total Fees |
|------|----------|-------------------------------|---------------------|--------------------|------------|
| Hendrixson, Marie | Managing Director | 18 | $ 300.00 | 0.5 | $ 150.00 |
| Bruneau, Lynn | Managing Director, IT | 33 | $ 360.00 | 1.0 | $ 360.00 |
| Blanchard, Victor | Associate Director | 17 | $ 295.00 | 77.5 | $ 22,862.50 |
| Haggard, Cary | Senior Manager, IT | 10 | $ 240.00 | 7.0 | $ 1,680.00 |
| Saxon, Christine | Senior Manager, IT | 8 | $ 240.00 | 98.0 | $ 23,520.00 |
| Petito, Matthew | Manager | 6 | $ 240.00 | 121.5 | $ 29,160.00 |
| Strickler, Kevin | Senior Consultant | 5 | $ 188.00 | 115.5 | $ 21,714.00 |
| Purvis, Robert | Senior Consultant | 33 | $ 175.00 | 81.0 | $ 14,175.00 |
| Martin, John | Senior Consultant | 29 | $ 175.00 | 140.0 | $ 24,500.00 |
| Carroll, Michael | Senior Consultant | 27 | $ 175.00 | 150.3 | $ 26,308.31 |
| Rosen, Lawrence | Senior Consultant | 39 | $ 175.00 | 116.5 | $ 20,387.50 |
| Drumwright, Joshua | Consultant, IT | 1 | $ 160.00 | 162.2 | $ 25,952.00 |
| Englemann, Erika | Senior Consultant, IT | 3 | $ 188.00 | 25.0 | $ 4,700.00 |
| Muller, Kathryn | Senior Consultant | 10 | $ 175.00 | 4.3 | $ 743.75 |
| Bivens, Faith | Administrative Asst. | 5 | $ 23.66 | 16.0 | $ 378.56 |
| Echarte, Sherrie | Administrative Asst. | 5 | $ 23.66 | 32.0 | $ 757.12 |
| | | | Totals | 1,100.3 | $ 216,213.06 |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**    Marie Hendrixson
**Level:**    Managing Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 15-Oct-04 | Discuss with Brian Kenny the entity level questionnaire and overall project status | $ 300.00 | 0.5 | $ 150.00 |
| | **Totals** | | **0.5** | **$ 150.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**    Lynn Bruneau
**Level:**    Managing Director, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 29-Oct-04 | Discussion with Christine Saxon regarding overall project status and remediation | $ 360.00 | 1.0 | $ 360.00 |
| | **Totals** | | **1.0** | **$ 360.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended September 30, 2004**
**(Billed in October 2004)**

**Name:**  Victor Blanchard
**Level:**  Associate Director

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Sep-04 | Conference call with Marie Hendrixson to discuss overall project and areas of concern for Grace; discussed results with project team and Internal Audit | $ 295.00 | 3.5 | $ 1,032.50 |
| 2-Sep-04 | Reviewed Curtis Bay testing and drafted review notes for Kevin Strickler | $ 295.00 | 4.0 | $ 1,180.00 |
| 6-Sep-04 | Finalized review of Curtis Bay and cleared review notes; made modifications to the portal | $ 295.00 | 8.0 | $ 2,360.00 |
| 10-Sep-04 | Finalized review of Curtis Bay and cleared review notes; made modifications to the portal | $ 295.00 | 2.0 | $ 590.00 |
| 13-Sep-04 | Review Environmental workpapers after revisions done in Houston | $ 295.00 | 8.0 | $ 2,360.00 |
| 14-Sep-04 | Review testing documentation for Treasury to date | $ 295.00 | 7.0 | $ 2,065.00 |
| 15-Sep-04 | Meet with Christine Saxon regarding staffing issues, schedule for completing testing, status of documenting information in Portal, overview of status | $ 295.00 | 2.0 | $ 590.00 |
| 16-Sep-04 | Reviewed risk control matrices in the portal for IT testing and discussed findings with Christine Saxon and Lynn Bruneau | $ 295.00 | 6.0 | $ 1,770.00 |
| 17-Sep-04 | Discussed project scope and estimated to complete with project team and Internal Audit | $ 295.00 | 2.0 | $ 590.00 |
| 20-Sep-04 | Reviewed Treasury testing completed and drafted review notes for Kevin Strickler and Matt Petito | $ 295.00 | 8.0 | $ 2,360.00 |
| 23-Sep-04 | Made modifications to process flowcharts, risk control matrices and discussed open Treasury issues with project team | $ 295.00 | 7.0 | $ 2,065.00 |
| 27-Sep-04 | Finalized review of Environment testing; discussed approach with Kevin Strickler and Matt Petito | $ 295.00 | 8.0 | $ 2,360.00 |
| 28-Sep-04 | Reviewed risk control matrix reports for IT testing; ensured testing complete; discussed open issues with Christine Saxon; determined future testing approach | $ 295.00 | 6.0 | $ 1,770.00 |
| 29-Sep-04 | Discussed project scope and estimated to complete with Marie Hendrixson and communicated results of meeting to project team and Internal Audit | $ 295.00 | 4.0 | $ 1,180.00 |
| 30-Sep-04 | Discussed project scope and estimated to complete with project team and Internal Audit | $ 295.00 | 2.0 | $ 590.00 |
| | **Totals** | | **77.5** | **$ 22,862.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:** Cary Haggard
**Level:** Senior Manager, Information Technology

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 4-Oct-04 | Reviewed and analyzed additional requests for SAP work | $ 240 | 1.0 | $ 240.00 |
| 8-Oct-04 | Provided direction to Erika Engelmann as to what testing should be completed and what was completed in the past. Scheduled Erika's time, then adjusted the schedule to reflect WRG request for engagement date change. | $ 240 | 2.0 | $ 480.00 |
| 11-Oct-04 | Reviewed and analyzed additional requests for information, compared prior tests for utilization and sent email to WRG to request information. | $ 240 | 2.0 | $ 480.00 |
| 18-Oct-04 | Discussed current status of project with IT team | $ 240 | 1.0 | $ 240.00 |
| 26-Oct-04 | Discussed current status of project with IT team | $ 240 | 1.0 | $ 240.00 |
| | **Totals** | | **7.0** | **$ 1,680.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

**Name:** Christine Saxon
**Level:** Senior Manager, Information Technology

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 5-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Backup & Recovery into the Portal | $ 240.00 | 5.5 | $ 1,320.00 |
| 5-Oct-04 | Prep for IT SOA Weekly Status Call (complete IT Internal Audit Matrix, complete PwC Matrix, Deviations Matrix, Agenda) | $ 240.00 | 1.0 | $ 240.00 |
| 5-Oct-04 | IT SOA Weekly Status Call with Barb Summerson | $ 240.00 | 1.0 | $ 240.00 |
| 5-Oct-04 | Review deviations with Ed Slotwinski and Greg Covington | $ 240.00 | 0.5 | $ 120.00 |
| 6-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Backup & Recovery into the Portal - FINAL / COMPLETED | $ 240.00 | 3.5 | $ 840.00 |
| 6-Oct-04 | Review testing with Josh Drumwright, review work papers, exceptions. | $ 240.00 | 1.5 | $ 360.00 |
| 6-Oct-04 | Load scanned work papers for Data Center & Operations into the Portal | $ 240.00 | 2.5 | $ 600.00 |
| 6-Oct-04 | Return client calls and client emails (various control owners) | $ 240.00 | 0.5 | $ 120.00 |
| 11-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Data Center & Operations into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 12-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin OS into the Portal | $ 240.00 | 6.0 | $ 1,440.00 |
| 12-Oct-04 | Prep for IT SOA Weekly Status Call (complete IT Internal Audit Matrix, complete PwC Matrix, Deviations Matrix, Agenda) | $ 240.00 | 1.0 | $ 240.00 |
| 12-Oct-04 | IT SOA Weekly Status Call with Barb Summerson | $ 240.00 | 1.0 | $ 240.00 |
| 12-Oct-04 | Review testing with Josh Drumwright, review work papers, exceptions. | $ 240.00 | 2.0 | $ 480.00 |
| 13-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin OS into the Portal - FINAL / COMPLETED | $ 240.00 | 7.0 | $ 1,680.00 |
| 13-Oct-04 | Review testing with Josh Drumwright, review work papers, exceptions. | $ 240.00 | 2.0 | $ 480.00 |
| 13-Oct-04 | Meeting with Marty Krist for testing (SOAR / Ceridian) | $ 240.00 | 0.5 | $ 120.00 |
| 13-Oct-04 | Return client calls and client emails (various control owners) | $ 240.00 | 0.5 | $ 120.00 |
| 14-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin DB into the Portal. | $ 240.00 | 2.0 | $ 480.00 |
| 18-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin DB into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 19-Oct-04 | Prep for IT SOA Weekly Status Call (complete IT Internal Audit Matrix, complete PwC Matrix, Deviations Matrix, Agenda) | $ 240.00 | 1.0 | $ 240.00 |
| 19-Oct-04 | IT SOA Weekly Status Call with Barb Summerson | $ 240.00 | 1.0 | $ 240.00 |
| 20-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin LAN into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 27-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin WAN into the Portal - FINAL / COMPLETED | $ 240.00 | 10.0 | $ 2,400.00 |
| 28-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Change Management SAP into the Portal. | $ 240.00 | 10.0 | $ 2,400.00 |
| 29-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Change Management SAP into the Portal - FINAL / COMPLETED | $ 240.00 | 2.0 | $ 480.00 |
| 29-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Change Management Ceridian into the Portal. | $ 240.00 | 3.0 | $ 720.00 |
| 29-Oct-04 | Format work papers to comply with Grace documentation standards, review, and load (all work papers) for Sec Admin Ceridian into the Portal. | $ 240.00 | 3.0 | $ 720.00 |
| | **Totals** | | 98.0 | $ 23,520.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name: Kevin Strickler
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Oct-04 | Go over Worms remediation points with Thomas Hirsch and Hans Wienz | $ 188.00 | 0.5 | $ 94.00 |
| 1-Oct-04 | Review documentation in Portal | $ 188.00 | 1.0 | $ 188.00 |
| 1-Oct-04 | Develop Worms Financial Reporting process description | $ 188.00 | 1.5 | $ 282.00 |
| 4-Oct-04 | Develop Worms Financial Reporting testplan | $ 188.00 | 2.0 | $ 376.00 |
| 4-Oct-04 | Develop Worms Treasury testplan | $ 188.00 | 1.0 | $ 188.00 |
| 4-Oct-04 | Develop Epemon Financial Reporting testplan | $ 188.00 | 1.0 | $ 188.00 |
| 4-Oct-04 | Upload Epemon documents to Portal | $ 188.00 | 2.0 | $ 376.00 |
| 5-Oct-04 | Finalize Epemon testing and related issues in the Portal | $ 188.00 | 2.0 | $ 376.00 |
| 5-Oct-04 | Update Epemon Payroll Process Description | $ 188.00 | 0.5 | $ 94.00 |
| 5-Oct-04 | Meet with Greg Demory regarding Epemon open items | $ 188.00 | 0.5 | $ 94.00 |
| 5-Oct-04 | Scan Epemon and Worms documents and upload them into the Portal | $ 188.00 | 2.0 | $ 376.00 |
| 5-Oct-04 | Review and upload Epemon Payroll documentation | $ 188.00 | 3.0 | $ 564.00 |
| 6-Oct-04 | Answer review notes for Chicago 65th Street | $ 188.00 | 7.0 | $ 1,316.00 |
| 6-Oct-04 | Answer review notes for Curtis Bay | $ 188.00 | 1.0 | $ 188.00 |
| 7-Oct-04 | Answer review notes for Curtis Bay | $ 188.00 | 5.0 | $ 940.00 |
| 7-Oct-04 | Answer review notes for Cambridge | $ 188.00 | 3.0 | $ 564.00 |
| 8-Oct-04 | Update testing dates in Chicago (all sites), Cambridge, Curtis Bay, and Houston site documentation. | $ 188.00 | 6.0 | $ 1,128.00 |
| 8-Oct-04 | Plan for future work/ site visits | $ 188.00 | 1.0 | $ 188.00 |
| 12-Oct-04 | Discuss remediation approach with Ryan Heaps | $ 188.00 | 0.5 | $ 94.00 |
| 12-Oct-04 | Discuss Curtis Bay Centralized work with Mahmoud Bah | $ 188.00 | 0.5 | $ 94.00 |
| 12-Oct-04 | Answer review notes for Curtis Bay Centralized | $ 188.00 | 6.0 | $ 1,128.00 |
| 13-Oct-04 | Answer review notes for Cambridge | $ 188.00 | 2.0 | $ 376.00 |
| 13-Oct-04 | Discuss pension issue with Matthew Petito and John Martin | $ 188.00 | 0.5 | $ 94.00 |
| 13-Oct-04 | Answer review notes for Curtis Bay Centralized | $ 188.00 | 5.5 | $ 1,034.00 |
| 18-Oct-04 | Answer review notes for Curtis Bay Poly | $ 188.00 | 2.5 | $ 470.00 |
| 18-Oct-04 | Change and upload flow chart for Epemon | $ 188.00 | 0.5 | $ 94.00 |
| 18-Oct-04 | Meet with Mike Carroll regarding Epemon | $ 188.00 | 1.0 | $ 188.00 |
| 18-Oct-04 | Resolve Grace-related IT issues | $ 188.00 | 1.5 | $ 282.00 |
| 20-Oct-04 | Answer review notes for Curtis Bay FCC | $ 188.00 | 1.0 | $ 188.00 |
| 20-Oct-04 | Answer review notes for Chicago 65th Street | $ 188.00 | 1.0 | $ 188.00 |
| 20-Oct-04 | Plan travel for Worms and Chicago site visits | $ 188.00 | 1.0 | $ 188.00 |
| 20-Oct-04 | Follow up on open items for Curtis Bay Centralized | $ 188.00 | 4.0 | $ 752.00 |
| 21-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 2.0 | $ 376.00 |
| 21-Oct-04 | Prepare Worms PBC list | $ 188.00 | 6.0 | $ 1,128.00 |
| 22-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 1.0 | $ 188.00 |
| 22-Oct-04 | Prepare Chicago 65th PBC list | $ 188.00 | 3.0 | $ 564.00 |
| 22-Oct-04 | Follow up on open item for Epemon | $ 188.00 | 0.5 | $ 94.00 |
| 22-Oct-04 | Review Worms PBC list | $ 188.00 | 2.0 | $ 376.00 |
| 22-Oct-04 | Prepare Chicago 65th Virsa Report | $ 188.00 | 0.5 | $ 94.00 |
| 25-Oct-04 | Determine cube location and set up computer and files per request of Barb Summerson | $ 188.00 | 1.0 | $ 188.00 |
| 25-Oct-04 | Prepare Curtis Bay Report | $ 188.00 | 5.0 | $ 940.00 |
| 25-Oct-04 | Update Curtis Bay documents in Portal based on review notes | $ 188.00 | 1.0 | $ 188.00 |
| 25-Oct-04 | Prepare Chicago Credit Memo selection | $ 188.00 | 1.0 | $ 188.00 |
| 26-Oct-04 | Prepare Curtis Bay Virsa Report | $ 188.00 | 0.5 | $ 94.00 |
| 26-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 0.5 | $ 94.00 |
| 26-Oct-04 | Prepare Chicago 65th Virsa Report | $ 188.00 | 0.5 | $ 94.00 |
| 26-Oct-04 | Prepare Chicago 51st Virsa Report | $ 188.00 | 4.0 | $ 752.00 |
| 26-Oct-04 | Discuss Chicago 51st planning with Ryan Heaps, Mahmoud Bah, Shaun Landers, and Loren VanLoan | $ 188.00 | 1.0 | $ 188.00 |
| 26-Oct-04 | Review evaluation with Matthew Petito | $ 188.00 | 1.0 | $ 188.00 |
| 27-Oct-04 | Prepare Chicago 51st Virsa Report | $ 188.00 | 2.0 | $ 376.00 |
| 27-Oct-04 | Finalize Curtis Bay PBC list | $ 188.00 | 2.5 | $ 470.00 |
| 27-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 1.0 | $ 188.00 |
| 27-Oct-04 | Generate and review Portal RCM reports for inquiry controls | $ 188.00 | 1.5 | $ 282.00 |
| 28-Oct-04 | Update Curtis Bay flow charts | $ 188.00 | 0.5 | $ 94.00 |
| 28-Oct-04 | Review inquiry and observation controls and correct them in the Portal | $ 188.00 | 5.0 | $ 940.00 |
| 28-Oct-04 | Discuss client billing issues with Matthew Petito | $ 188.00 | 1.0 | $ 188.00 |
| 28-Oct-04 | Review mergers and acquisitions (M&A) RCM | $ 188.00 | 1.0 | $ 188.00 |
| 28-Oct-04 | Review and resolve Chicago 51st Street VIRSA items | $ 188.00 | 0.5 | $ 94.00 |
| 29-Oct-04 | Review M&A RCM | $ 188.00 | 1.0 | $ 188.00 |
| 29-Oct-04 | Test Davison Corporate Inv. and LIFO analyses | $ 188.00 | 1.5 | $ 282.00 |
| | **Totals** | | 115.5 | $ 21,714.00 |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name: Robert Purvis
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Oct-04 | Worms Inventory Management flowchart revisions | $ 175.00 | 1.5 | $ 262.50 |
| 1-Oct-04 | Worms Inventory Management portal update | $ 175.00 | 0.5 | $ 87.50 |
| 1-Oct-04 | Worms Capital Assets remediation meeting | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Worms Inventory Management review results of final testing for BOM Maintenance and update portal to reflect changed control evaluations. | $ 175.00 | 1.0 | $ 175.00 |
| 11-Oct-04 | Environmental (Internal Reporting) revise process flows and related risks and controls | $ 175.00 | 3.0 | $ 525.00 |
| 11-Oct-04 | Environmental (Internal Reporting) update portal with revised flows and changes to Risk Control Matrix | $ 175.00 | 2.0 | $ 350.00 |
| 11-Oct-04 | Worms Fixed Assets make changes to test workpapers and RCMatrix as result of review notes from S Landers. | $ 175.00 | 1.5 | $ 262.50 |
| 11-Oct-04 | Worms Inventory Management prepare documents for scanning to portal | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Environmental (Regulatory) revise process flows and related risks and controls | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Environmental (Regulatory) update portal with revised flows and changes to Risk Control Matrix | $ 175.00 | 1.0 | $ 175.00 |
| 12-Oct-04 | Worms Fixed Assets make changes to test workpapers and RCMatrix as result of review notes from S Landers. | $ 175.00 | 1.5 | $ 262.50 |
| 12-Oct-04 | Worms Inventory Management scan documents and upload to portal, update portal evaluations | $ 175.00 | 4.0 | $ 700.00 |
| 13-Oct-04 | Environmental (Financial) update RCMatrix in portal, prepare list of documents to request from client | $ 175.00 | 2.0 | $ 350.00 |
| 13-Oct-04 | Treasury make changes to test workpapers and RC Matrix as result of review notes from S Landers | $ 175.00 | 2.5 | $ 437.50 |
| 13-Oct-04 | Environmental prepare PBC document, discuss approach with Matt Petito | $ 175.00 | 1.5 | $ 262.50 |
| 14-Oct-04 | Environmental complete PBC requirements document, discuss with Matt Petito | $ 175.00 | 3.0 | $ 525.00 |
| 14-Oct-04 | Environmental complete revisions to flows and RCMatrix | $ 175.00 | 3.0 | $ 525.00 |
| 14-Oct-04 | Environmental discuss testing requirements with Bill Corcoran | $ 175.00 | 1.0 | $ 175.00 |
| 14-Oct-04 | Environmental discuss with John Martin impact of testing done at GL Close and Financial Reporting. | $ 175.00 | 1.0 | $ 175.00 |
| 15-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 3.0 | $ 525.00 |
| 15-Oct-04 | Treasury clear Shaun Landers' review notes | $ 175.00 | 3.0 | $ 525.00 |
| 18-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 5.0 | $ 875.00 |
| 18-Oct-04 | Treasury clear Shaun Landers' review notes | $ 175.00 | 3.0 | $ 525.00 |
| 19-Oct-04 | Treasury clear Shaun Landers' review notes | $ 175.00 | 4.0 | $ 700.00 |
| 19-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 3.5 | $ 612.50 |
| 19-Oct-04 | Regional Sales combine flow charts (Loren VanLoan) | $ 175.00 | 1.0 | $ 175.00 |
| 20-Oct-04 | Curtis Bay Silicas clear Loren VanLoan's review notes | $ 175.00 | 1.0 | $ 175.00 |
| 20-Oct-04 | Regional Sales combine flow charts (Loren VanLoan) | $ 175.00 | 5.5 | $ 962.50 |
| 20-Oct-04 | Regional Sales update flows with risks and controls (LVL) | $ 175.00 | 1.5 | $ 262.50 |
| 21-Oct-04 | Regional Sales update flows with risks and controls (LVL) | $ 175.00 | 1.5 | $ 262.50 |
| 21-Oct-04 | Regional Sales import and update RCMatrix (Loren VL) | $ 175.00 | 6.0 | $ 1,050.00 |
| 21-Oct-04 | Regional Sales obtain price change information from Livermore, Pompano, and Houston sales coordinators | $ 175.00 | 1.0 | $ 175.00 |
| 22-Oct-04 | Performed environment testing and documented results in the portal | $ 175.00 | 2.5 | $ 437.50 |
| 22-Oct-04 | Discussed and reviewed environment test results with the process owners and Matt Petito | $ 175.00 | 2.0 | $ 350.00 |
| 22-Oct-04 | Reviewed process flowcharts for environment and made appropriate modifications | $ 175.00 | 2.5 | $ 437.50 |
| | Totals | | 81.0 | $14,175.00 |

ProFinVi Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name: John Marth
Level: Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-04 | Warre Accounts Payable Corrective Action Database (CADB) review | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Warre Accounts Payable Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Warre Accounts Payable Remediation summary / hrp | $ 175.00 | 1.0 | $ 175.00 |
| 1-Oct-04 | Warre processing AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 4-Oct-04 | Warre Accounts Payable SAP - Segregation of Duties (SOD) issues | $ 175.00 | 2.0 | $ 350.00 |
| 4-Oct-04 | Warre Reporting AP Process documentation | $ 175.00 | 2.0 | $ 350.00 |
| 4-Oct-04 | Warre Accounts Payable SAP - Auth controls testing | $ 175.00 | 2.0 | $ 350.00 |
| 4-Oct-04 | Warre Accounts Payable Payable issue | $ 175.00 | 1.0 | $ 175.00 |
| 4-Oct-04 | Warre Accounts Payable CADB review | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warre Reporting AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warre processing AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warre test report processing Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Warre Accounts Payable Period document upload | $ 175.00 | 2.0 | $ 350.00 |
| 5-Oct-04 | Corporate Fin Rptg Process discussion - U | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Corporate Fin Rptg SAP - SOD issues | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Corporate Fin Rptg ProfinVi/Cal review | $ 175.00 | 0.5 | $ 87.50 |
| 5-Oct-04 | Corporate Ci Close Sample testing Account analyst | $ 175.00 | 2.0 | $ 350.00 |
| 5-Oct-04 | Corporate Ci Close Process documentation-Account analysis | $ 175.00 | 1.0 | $ 175.00 |
| 5-Oct-04 | Calendar - Davison Ci Close Sample testing-Account analysis | $ 175.00 | 2.0 | $ 525.00 |
| 5-Oct-04 | Corporate Ci Close Process documentation-Access analysis | $ 175.00 | 2.0 | $ 350.00 |
| 7-Oct-04 | Warre Reporting AP Period revision | $ 175.00 | 2.0 | $ 350.00 |
| 7-Oct-04 | Warre processing AP Period revision | $ 175.00 | 2.0 | $ 350.00 |
| 7-Oct-04 | Warre Accounts Payable SAP - auth controls testing | $ 175.00 | 1.5 | $ 262.50 |
| 7-Oct-04 | Structure Control Remediation summary-ProfinVi responses | $ 175.00 | 2.5 | $ 437.50 |
| 8-Oct-04 | Corporate Ci Close Remediation summary analysis | $ 175.00 | 1.0 | $ 175.00 |
| 8-Oct-04 | Calendar - Davison Ci Close Remediation summary analysis | $ 175.00 | 2.0 | $ 350.00 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-Account analysis | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-Journal work | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-Instructions/abstracting | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-GL to SOM | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-SOAR to FV | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Process documentation-FVI disclosures | $ 175.00 | 0.5 | $ 87.50 |
| 8-Oct-04 | Corporate Fin Rptg Sample testing analysis | $ 175.00 | 1.5 | $ 262.50 |
| 12-Oct-04 | Corporate Functions Process discussion - meter | $ 175.00 | 2.5 | $ 437.50 |
| 12-Oct-04 | Corporate Functions Process discussion - Internal Audit (IA) | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Corporate Ci Close Template review | $ 175.00 | 1.5 | $ 262.50 |
| 12-Oct-04 | Corporate Ci Close Sample analysis | $ 175.00 | 2.5 | $ 437.50 |
| 12-Oct-04 | Cal - Davison Ci Close Template revision-Account analyst | $ 175.00 | 1.0 | $ 175.00 |
| 12-Oct-04 | Cal - Davison Ci Close ProfinVion analysis-Account analysis | $ 175.00 | 2.5 | $ 437.50 |
| 12-Oct-04 | Cal - Davison Ci Close Sample selection Account analyst | $ 175.00 | 2.0 | $ 350.00 |
| 12-Oct-04 | Cal - Davison Ci Close Process discussion - IA-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 13-Oct-04 | Cal - Davison Ci Close PBC schedule prep-Account analysis | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Fin Rptg Template review/abstract | $ 175.00 | 1.0 | $ 175.00 |
| 14-Oct-04 | Corporate Fin Rptg ProfinVion analysis-access | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Fin Rptg Sample selection-abstr | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Fin Rptg Sample selection-abstr | $ 175.00 | 2.0 | $ 350.00 |
| 14-Oct-04 | Corporate Fin Rptg Test Document prep-ProfinVi | $ 175.00 | 1.0 | $ 175.00 |
| 14-Oct-04 | Corporate SOAR PBC schedule prep | $ 175.00 | 0.5 | $ 87.50 |
| 14-Oct-04 | Corporate Ci Close PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 14-Oct-04 | Corporate Fin Rptg PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 15-Oct-04 | Corporate Functions Process discussion - meter | $ 175.00 | 0.5 | $ 87.50 |
| 15-Oct-04 | Corporate Functions Process discussion - J | $ 175.00 | 2.0 | $ 350.00 |
| 15-Oct-04 | Corporate Functions Process documentation | $ 175.00 | 2.5 | $ 437.50 |
| 15-Oct-04 | Corporate Functions Flowchart revision | $ 175.00 | 1.0 | $ 175.00 |
| 15-Oct-04 | Cal - Davison Ci Close SAP SOD identification | $ 175.00 | 1.0 | $ 175.00 |
| 15-Oct-04 | Corporate Functions Process documentation | $ 175.00 | 2.0 | $ 350.00 |
| 18-Oct-04 | Davison Ci Close SAP authorization test | $ 175.00 | 0.5 | $ 87.50 |
| 18-Oct-04 | Davison Ci Close SAP SOD identification | $ 175.00 | 2.0 | $ 350.00 |
| 18-Oct-04 | Corporate Ci Close SAP authorization test | $ 175.00 | 0.5 | $ 87.50 |
| 18-Oct-04 | Corporate Ci Close SAP SOD identification | $ 175.00 | 1.5 | $ 262.50 |
| 18-Oct-04 | Davison Ci Close PBC schedule prep-Account analyst | $ 175.00 | 0.5 | $ 87.50 |
| 18-Oct-04 | Corporate Ci Close PBC schedule prep-Account analyst | $ 175.00 | 1.0 | $ 175.00 |
| 18-Oct-04 | Corporate Ci Close Sample selection-Account analys | $ 175.00 | 2.5 | $ 437.50 |
| 19-Oct-04 | Davison Ci Close Sample selection-Account analys | $ 175.00 | 1.5 | $ 262.50 |
| 19-Oct-04 | Corporate Ci Close Sample selection-Account analys | $ 175.00 | 1.5 | $ 262.50 |
| 20-Oct-04 | Corporate Functions Process documentation | $ 175.00 | 4.0 | $ 700.00 |
| 20-Oct-04 | Corporate Functions Process discussion - J | $ 175.00 | 1.0 | $ 175.00 |
| 20-Oct-04 | Corporate Functions Process discussion - meter | $ 175.00 | 0.5 | $ 87.50 |
| 20-Oct-04 | Clerk Key General Remediation needs | $ 175.00 | 1.5 | $ 262.50 |
| 21-Oct-04 | Corporate Ci Close PBC schedule prep-Account analyst | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-Account analyst | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Davison Ci Close PBC schedule prep-IA review | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Ci Close PBC schedule prep-FdL review | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate Ci Close PBC schedule prep-Account analyst | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Ci Close PBC schedule prep-checklist/Access index | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate SOAR PBC schedule prep-summary payable | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate SOAR PBC schedule prep-GL to SOM | $ 175.00 | 0.5 | $ 87.50 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-FVI disclosure | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-checklist/flow index | $ 175.00 | 1.0 | $ 175.00 |
| 21-Oct-04 | Corporate Fin Rptg PBC schedule prep-analysis | $ 175.00 | 1.0 | $ 175.00 |
| 22-Oct-04 | Davison Ci Close Sample testing-Account analyst | $ 175.00 | 2.0 | $ 350.00 |
| 22-Oct-04 | Corporate Ci Close Sample testing-abstr | $ 175.00 | 0.5 | $ 87.50 |
| 22-Oct-04 | Corporate Ci Close Process discussion - analysis-Account analysis | $ 175.00 | 1.5 | $ 262.50 |
| 22-Oct-04 | Davison Ci Close Process discussion - meter-Account analyst | $ 175.00 | 1.0 | $ 175.00 |
| 22-Oct-04 | Davison Ci Close Sample testing-Account analyst | $ 175.00 | 2.0 | $ 350.00 |
| 22-Oct-04 | Davison General SAP - SOD issue | $ 175.00 | 1.0 | $ 175.00 |
| 26-Oct-04 | Corporate Ci Close Sample testing-Account analyst | $ 175.00 | 9.0 | $ 1,400.00 |
| 26-Oct-04 | Corporate Ci Close Sample testing-Account analyst | $ 175.00 | 8.0 | $ 1,400.00 |
| 26-Oct-04 | Corporate Ci Close ProfinVion index | $ 175.00 | 2.0 | $ 350.00 |
| 26-Oct-04 | Corporate Ci Close Sample testing-Account analyst | $ 175.00 | 2.0 | $ 350.00 |
| 27-Oct-04 | Corporate Accounts Payable SAP authorization test | $ 175.00 | 1.0 | $ 175.00 |
| 28-Oct-04 | Corporate Fixed Assets SAP authorization test | $ 175.00 | 1.0 | $ 175.00 |
| 28-Oct-04 | Corporate Ci Close Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 28-Oct-04 | Davison Ci Close Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| | Totals | | 240.0 | $ 34,860.00 |

Pred-M Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

Name: Michel Cerni
Level: Senior Canadian

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended October 31, 2004

**Name:** Lawrence Rosen
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Oct-04 | Curtis Bay, Polyolefin-Clear review points | $ 175 | 1.0 | $ 175.00 |
| 1-Oct-04 | Bankruptcy-Documented test work and results in the portal | $ 175 | 2.0 | $ 350.00 |
| 1-Oct-04 | Treasury-Documented test work, cleared open points | $ 175 | 1.0 | $ 175.00 |
| 4-Oct-04 | Curtis Bay, Polyolefin-Clear review points | $ 175 | 0.5 | $ 87.50 |
| 4-Oct-04 | Financial Reporting and Disclosure-Planned and documented test work | $ 175 | 1.5 | $ 252.50 |
| 4-Oct-04 | Treasury-Documented test work, cleared open points | $ 175 | 6.0 | $ 1,050.00 |
| 5-Oct-04 | Curtis Bay, Polyolefin-Clear review points | $ 175 | 2.0 | $ 350.00 |
| 5-Oct-04 | Income Tax-Reviewed workpaper and planned testwork | $ 175 | 2.5 | $ 437.50 |
| 5-Oct-04 | Financial Reporting and Disclosure-Planned and documented test work | $ 175 | 2.5 | $ 437.50 |
| 5-Oct-04 | Treasury-Documented test work, cleared open points | $ 175 | 1.5 | $ 262.50 |
| 6-Oct-04 | Income Tax-Reviewed workpaper and planned testwork | $ 175 | 8.5 | $ 1,487.50 |
| 7-Oct-04 | Income Tax-Reviewed workpaper and planned testwork | $ 175 | 6.50 | $ 1,137.50 |
| 7-Oct-04 | Bankruptcy-Documented test work and results in the portal | $ 175 | 1.50 | $ 262.50 |
| 8-Oct-04 | Curtis Bay, Polyolefin-Backed up documents | $ 175 | 0.50 | $ 87.50 |
| 8-Oct-04 | Income Tax-Planned testwork and discussed with Matt Petito | $ 175 | 2.50 | $ 437.50 |
| 8-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ 175 | 4.00 | $ 700.00 |
| 11-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 5.50 | $ 962.50 |
| 11-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ 175 | 3.00 | $ 525.00 |
| 12-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 1.50 | $ 262.50 |
| 12-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ 175 | 7.00 | $ 1,225.00 |
| 13-Oct-04 | Income Tax-Documented test work, cleared open points | $ 175 | 3.50 | $ 612.50 |
| 13-Oct-04 | Bankruptcy-Documented test work, cleared open points | $ 175 | 4.50 | $ 787.50 |
| 13-Oct-04 | Curtis Bay, Polyolefin-cleared open points | $ 175 | 0.50 | $ 87.50 |
| 14-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 4.00 | $ 700.00 |
| 14-Oct-04 | Bankruptcy-Documented test work and results in the portal | $ 175 | 4.00 | $ 700.00 |
| 15-Oct-04 | Income Tax-Documented test work, cleared open points | $ 175 | 2.50 | $ 437.50 |
| 15-Oct-04 | Bankruptcy-Documented test work, cleared open points | $ 175 | 1.00 | $ 175.00 |
| 15-Oct-04 | Treasury-Cleared open points with Shaun Landers | $ 175 | 0.50 | $ 87.50 |
| 18-Oct-04 | Treasury-Documented test work, cleared open points | $ 175 | 8.50 | $ 1,487.50 |
| 18-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 0.50 | $ 87.50 |
| 19-Oct-04 | Treasury-Documented -down loaded documents, cleared open points | $ 175 | 1.50 | $ 262.50 |
| 19-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 3.00 | $ 525.00 |
| 19-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ 175 | 1.50 | $ 262.50 |
| 20-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 4.50 | $ 787.50 |
| 20-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ 175 | 3.50 | $ 612.50 |
| 21-Oct-04 | Income Tax-Documented test work and results in the portal | $ 175 | 4.00 | $ 700.00 |
| 21-Oct-04 | Bankruptcy-performed various tests; documented test work and results in the portal; discussed results with process owners and Matt Petito | $ 175 | 4.00 | $ 700.00 |
| 22-Oct-04 | Income Tax-Documented test work, cleared open points | $ 175 | 4.00 | $ 700.00 |
| | **Totals** | | **116.50** | **$ 20,387.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:** Erika Englemann
**Level:** Senior Consultant, IT

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 21-Oct-04 | Phone meeting to discuss scope and objectives for week of Oct 25 2004 for SAP manual testing of controls. | $ 188.00 | 1 | $    188.00 |
| 22-Oct-04 | Create plan for testing. Use existing plan and expand on tests for execution. | $ 188.00 | 2 | $    376.00 |
| 25-Oct-04 | Begin testing.  Meet with head of IT Audit, Barb Summerson, work through test plan.  Execute preliminary manual tests.  Contact appropriate personnel regarding test questions requiring more detail. | $ 188.00 | 8 | $  1,504.00 |
| 26-Oct-04 | Continue to work through test plan with head of IT Audit. Document findings.  Conference call with Cary Haggard of Protiviti to discuss test questions.  Search SAP environment and website for background information. | $ 188.00 | 6 | $  1,128.00 |
| 27-Oct-04 | Upload SAP testing documentation into portal.  Document test results and gaps in testing. | $ 188.00 | 8 | $  1,504.00 |
| | **Totals** | | **25.0** | **$  4,700.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:** Kathryn Muller
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Oct-04 | Flowchart review - BOMs and Routings; validated flowcharts with process owners | $ 175.00 | 0.8 | $ 131.25 |
| 1-Oct-04 | Sample testing SAP rights with Management (HD Reichert) - BOM and Routings | $ 175.00 | 0.8 | $ 131.25 |
| 1-Oct-04 | Portal-document uploads and revisions for inventory management | $ 175.00 | 0.8 | $ 131.25 |
| 1-Oct-04 | Process documentation and selection of documents; finalized testing for inventory management | $ 175.00 | 2.0 | $ 350.00 |
| | **Totals** | | **4.3** | **$ 743.75** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:**    Faith Bivens
**Level:**    Administrative Assistant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 18-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 19-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| | **Totals** | | **16.0** | **$ 378.56** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended October 31, 2004**

**Name:** Sherrie Echarte
**Level:** Administrative Assistant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 20-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 21-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 22-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| 25-Oct-04 | Documented test results; scanned work papers; uploaded test results and scanned papers into the portal | $ 23.66 | 8.0 | $ 189.28 |
| | **Totals** | | **32.0** | **$ 757.12** |

EXHIBIT "B"

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered: October 2004**

**Name:**  Matthew Petito
**Level:**  Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 18-Oct-04 | Prepare monthly invoice and fee application for August 2004, in accordance with bankruptcy policy. Submitted to Marie Hendrixson for review. | $ 240.00 | 5 | $ 1,200.00 |
| 19-Oct-04 | Prepare monthly invoice and fee application for September 2004, in accordance with bankruptcy policy. | $ 240.00 | 5 | $ 1,200.00 |
| 20-Oct-04 | Prepare monthly invoice and fee application for September 2004, in accordance with bankruptcy policy. | $ 240.00 | 2 | $ 480.00 |
| | **Totals** | | **12.0** | **$ 2,880.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: October 2004**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | 12,852.05 |
| Lodging | N/A | $ | 4,912.54 |
| Sundry | N/A | $ | 166.25 |
| Business Meals | N/A | $ | 265.80 |
| Total | | $ | 18,196.64 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

| Expense Detail | | | | | Expense Category | | |

Name: Christine Saxon
Level: Senior Manager, Information Technology

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 5-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 165 miles | 61.13 | 61.13 | | | | 61.13 |
| 5-Oct-04 | Tolls (from Phila to Columbia) | 7.00 | 7.00 | | | | 7.00 |
| 6-Oct-04 | Lodging - Hilton Columbia (1 night) for myself | 215.89 | | 215.89 | | | 215.89 |
| 6-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 165 miles | 61.13 | 61.13 | | | | 61.13 |
| 6-Oct-04 | Tolls (from Columbia to Phila) | 7.00 | 7.00 | | | | 7.00 |
| 7-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 165 miles | 61.13 | 61.13 | | | | 61.13 |
| 7-Oct-04 | Tolls (from Columbia to Phila) | 7.00 | 7.00 | | | | 7.00 |
| 10-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 165 miles | 61.13 | 61.13 | | | | 61.13 |
| 10-Oct-04 | Tolls (from Phila to Columbia) | 7.00 | 7.00 | | | | 7.00 |
| 10-Oct-04 | Lodging - Hilton Columbia (3 nights) for myself | 538.19 | | 538.19 | | | 538.19 |
| 11-Oct-04 | Lunch (C. Saxon only) at WR Grace cafeteria in Columbia | 5.21 | | | | 5.21 | 5.21 |
| 12-Oct-04 | Lunch (C. Saxon only) at WR Grace cafeteria in Columbia | 8.23 | | | | 8.23 | 8.23 |
| 13-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 320 miles | 116.25 | 116.25 | | | | 116.25 |
| 13-Oct-04 | Tolls (from Columbia to Phila) | 14.00 | 14.00 | | | | 14.00 |
| 13-Oct-04 | Lunch (C. Saxon only) at WR Grace cafeteria in Columbia | 6.43 | | | | 6.43 | 6.43 |
| 18-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 320 miles | 116.25 | 116.25 | | | | 116.25 |
| 18-Oct-04 | Tolls (from Columbia to Phila) | 14.00 | 14.00 | | | | 14.00 |
| 20-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 320 miles | 116.25 | 116.25 | | | | 116.25 |
| 20-Oct-04 | Tolls (from Phila to Columbia) | 14.00 | 14.00 | | | | 14.00 |
| 26-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 165 miles | 61.13 | 61.13 | | | | 61.13 |
| 26-Oct-04 | Tolls (from Phila to Columbia) | 7.00 | 7.00 | | | | 7.00 |
| 26-Oct-04 | Lodging - Hilton Garden Inn BWI (1 night) for myself | 247.42 | 247.42 | 247.42 | | | 247.42 |
| 27-Oct-04 | Mileage in excess of normal commute from Columbia to Phila- 165 miles | 61.13 | 61.13 | | | | 61.13 |
| 27-Oct-04 | Tolls (from Columbia to Phila) | 7.00 | 7.00 | | | | 7.00 |
| 28-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 320 miles | 116.25 | 116.25 | | | | 116.25 |
| 28-Oct-04 | Tolls (from Phila to Columbia) | 14.00 | 14.00 | | | | 14.00 |
| 29-Oct-04 | Mileage in excess of normal commute from Phila to Columbia- 320 miles | 116.25 | 116.25 | | | | 116.25 |
| 29-Oct-04 | Tolls (from Columbia to Phila) | 14.00 | 14.00 | | | | 14.00 |
| | Totals | 2,081.40 | 1,060.03 | 1,001.50 | - | 19.87 | 2,081.40 |

Page 20 of 25

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

## Expense Detail

**Expense Category**

Name: Mathew Petito
Level: Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 19-Oct-04 | Roundtrip airfare from Baltimore to Frankfurt Germany at the request of the client, for Sarbanes plant review in Worms Germany | $ 4,917.00 | $ 4,917.00 | | | | $ 4,917.00 |
| 25-Oct-04 | Roundtrip airfare from Baltimore to Boston at the request of the client, for Sarbanes plant review in Cambridge Mass. | $ 239.60 | $ 239.60 | | | | $ 239.60 |
| | Totals | $ 5,156.60 | $ 5,156.60 | $ - | $ - | $ - | $ 5,156.60 |

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 26-Sep-04 | Dinner at Hyatt - Mainz, Germany for myself | $ 34.00 | | | | $ 34.00 | $ 34.00 |
| 27-Sep-04 | Laundry at Hyatt - Mainz, Germany | $ 72.00 | | | $ 72.00 | | $ 72.00 |
| 29-Sep-04 | Telephone at Hyatt - Mainz, Germany | $ 2.00 | | | $ 2.00 | | $ 2.00 |
| 1-Oct-04 | Hotel Hyatt, - Mainz, Germany 5 nights 9/26 to 9/30 for site visit | $ 814.00 | | $ 814.00 | | | $ 814.00 |
| 20-Oct-04 | SW Flight BWI to Chicago and back for site visit, 10/31 returning 11/5, ticket #R2BKWH | $ 255.00 | $ 255.00 | | | | $ 255.00 |
| 20-Oct-04 | American Airlines flight to Worms, Germany and back for site visit 11/13 to 11/19 ticket #098689873 | $ 4,917.00 | $ 4,917.00 | | | | $ 4,917.00 |
| | Totals | $ 6,094.00 | $ 5,172.00 | $ 814.00 | $ 74.00 | $ 34.00 | $ 6,094.00 |

Name: Robert Purvis
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Breakfast alone at Hyatt Hotel, Mainz | $ 24.72 | | | | $ 24.72 | $ 24.72 |
| 1-Oct-04 | Lodging 5 nights at Hyatt Regency Mainz | $ 812.98 | | $ 812.98 | | | $ 812.98 |
| 1-Oct-04 | Laundry at Hyatt Regency Mainz for 5 nights | $ 53.25 | | | $ 53.25 | | $ 53.25 |
| 1-Oct-04 | Lunch alone at Frankfurt airport | $ 17.75 | | | | $ 17.75 | $ 17.75 |
| 8-Oct-04 | Shuttle Dulles airport - Upper Marlboro | $ 115.00 | $ 115.00 | | | | $ 115.00 |
| | Totals | $ 1,023.70 | $ 115.00 | $ 812.98 | $ 53.25 | $ 42.47 | $ 1,023.70 |

Name: John Martin
Level: Senior Consultant

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

## Expense Detail

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Breakfast-Worms Germany-Hyatt-self | $ 10.09 | | | | $ 10.09 | $ 10.09 |
| 1-Oct-04 | Lunch-Frankfurt Airport-self | $ 8.50 | | | | $ 8.50 | $ 8.50 |
| 1-Oct-04 | Hyatt Hotel-Worms Germany-room charges-5 nights | $ 808.95 | $ 808.95 | | | | $ 808.95 |
| 1-Oct-04 | Home to airport roundtrip pickup-Worms Germany trip | $ 15.00 | $ 15.00 | | | | $ 15.00 |
| | Totals | $ 842.54 | $ 823.95 | $ - | $ - | $ 18.59 | $ 842.54 |

**Name:** Michael Carroll
**Level:** Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Worms, Germany site visit - Breakfast - Hyatt Regency, Mainz - Alone (19.56 @1.2615) | $ 24.60 | | | | $ 24.60 | 24.60 |
| 1-Oct-04 | Worms, Germany site visits - Hotel - Hyatt Regency, Mainz - 5 nights 9/26 to 9/30, c/o 10/1 - (128.25€*5*1.2615) | $ 808.94 | | $ 808.94 | | | 808.94 |
| 1-Oct-04 | Worms, Germany site visit - Dinner - American Airlines Lounge - Alone | $ 8.77 | | | | $ 8.77 | 8.77 |
| 1-Oct-04 | Transportation from IAD airport - Taxi Service (IAD to Home, Centreville, VA) | $ 79.00 | 79.00 | | | | 79.00 |
| | Totals | $ 921.31 | $ 79.00 | $ 808.94 | $ - | $ 33.37 | $ 921.31 |

**Name:** Joshua Drumwright
**Level:** Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 4-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 5-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 6-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 7-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 8-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 11-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 12-Oct-04 | Mileage difference (80 miles) over standard commute to office. | $ 30.00 | $ 30.00 | | | | $ 30.00 |

Prodivil Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: October 2004

**Expense Detail**

| Date | Description | | | Expense Category | | | Totals |
|---|---|---|---|---|---|---|---|
| 13-Oct-04 | Mileage difference (80 miles) over standard commute to office. | | $ 30.00 | | | | $ 30.00 |
| 14-Oct-04 | Mileage difference (80 miles) over standard commute to office. | | $ 30.00 | | | | $ 30.00 |
| 15-Oct-04 | Mileage difference (80 miles) over standard commute to office. | | $ 30.00 | | | | $ 30.00 |
| | Totals | | $ 330.00 | $ - | $ - | | $ 330.00 |

Name: Erika Englemann
Level: Senior Consultant, IT

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 25-Oct-04 | Breakfast - Cleveland Hopkins Airport Burger King - alone | $11.75 | | | | $ 11.75 | $ 11.75 |
| 25-Oct-04 | Lunch - Grace Cafeteria in Columbia MD - for myself | $3.50 | | | | $ 3.50 | $ 3.50 |
| 25-Oct-04 | Dinner - Room Service Sheraton Columbia - alone | $20.00 | | | | $ 20.00 | $ 20.00 |
| 26-Oct-04 | Breakfast - Room Service Sheraton Columbia - alone | $13.00 | | | | $ 13.00 | $ 13.00 |
| 26-Oct-04 | Lunch - Grace Cafeteria in Columbia MD - for myself | $10.00 | | | | $ 10.00 | $ 10.00 |
| 26-Oct-04 | Dinner - Room Service Sheraton Columbia - alone | $24.00 | | | | $ 24.00 | $ 24.00 |
| 27-Oct-04 | Breakfast - Room Service Sheraton Columbia - alone | $15.25 | | | | $ 15.25 | $ 15.25 |
| 27-Oct-04 | Lunch with Barb Summerson, Kevin Strickler and Greg Demory at Michele's Restaurant in Columbia MD | $20.00 | | | | $ 20.00 | $ 20.00 |
| 27-Oct-04 | Hotel - Sheraton Columbia - 2 nights for myself | $426.25 | | $ 426.25 | | | 426.25 |
| 25-Oct-04 | Taxi from BWI airport to Grace Columbia office | $40.00 | 40.00 | | | | 40.00 |
| 27-Oct-04 | Taxi to BWI airport from Grace Columbia office | $43.00 | 43.00 | | | | 43.00 |
| 27-Oct-04 | Parking - Cleveland Hopkins Airport | $39.00 | | | 39.00 | | 39.00 |
| | Totals | $665.75 | $ 83.00 | $ 426.25 | $ 39.00 | $ 117.50 | $ 665.75 |

Name: Kathryn Muller
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Oct-04 | Hotel Hyatt Regency, Mainz/Germany - 6 nights for myself | $922.83 | | $ 922.83 | | | $ 922.83 |
| 2-Oct-04 | Hotel Etap Accor Hotel, Munich/Germany - 1 night and one breakfast for one person | $126.04 | | 126.04 | | | 126.04 |
| 3-Oct-04 | Shuttle bus Roissy bus Aeroport Charles de Gaulle, France to Paris Opera, France for myself | $9.99 | $ 9.99 | | | | 9.99 |
| 3-Oct-04 | Train Paris to Rouen / France | $22.48 | 22.48 | | | | 22.48 |
| | Totals | $1,081.34 | $ 32.47 | $ 1,048.87 | $ - | $ - | $ 1,081.34 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|

**Protiviti Inc.**
**W. R. Grace & Co. Expense Tracking**
**Period Covered: October 2004**

| Expense Detail | | Expense Category | | |
|---|---|---|---|---|
| Grand Totals | $ 18,196.64 | $ 12,852.05 | $ 4,912.54 | $ 166.25 | $ 265.80 | $ 18,196.64 |

**EXHIBIT "D"**

**Protiviti Inc.**
**W. R. Grace & Co. Software Licensing Costs**
**Period Covered:  October 2004**

| Agreement | Purpose | Type of License | Total Expenses |
|---|---|---|---|
| Sarbox Portal Maintenance Agreement | Extension of Sarbox Portal maintenance and technical support; approved by Brian Kenny | One-time fee | $   10,000.00 |
| **Total** | | | **$   10,000.00** |