# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.,* | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | Objection deadline:   1/18/05 at 4:00 p.m. |

### SEVENTEENTH MONTHLY FEE APPLICATION OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2004

Name of Applicant:                                           Protiviti Inc.

Authorized to Provide Services to:                   Debtors

Date of Retention:                                              Order dated November 17, 2003,
                                                                              *nunc pro tunc* to June 30, 2003

Period for which compensation
and reimbursement is sought:                           November 1, 2004 through November 30,
                                                                              2004

Amount of Compensation sought
as actual, reasonable and necessary                $102,698.50

Amount of Expense Reimbursement
sought as actual, reasonable and necessary     $3,319.22

This is a(n):            X  interim                          ___ Final application

The total time expended for preparation of applications for the month of November 2004 is approximately 8 hours by all professionals for a total of $1,920.

Prior applications:      None.

Date 12/29/04
Docket # 7392

Local Form 102
(Page 1 of 4 Pages)

## TIMEKEEPER SUMMARY

| Name of Professional | Position of the Applicant / Number of Years Experience in Profession | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Hendrixson, Marie | Managing Director 18 years | $300.00 | 4.25 | $1,275.00 |
| Bruneau, Lynn | Managing Director, IT 33 years | $360.00 | 0.5 | $180.00 |
| Haggard, Cary | Senior Manager, Info Technology 10 years | $240.00 | 3 | $720.00 |
| Saxon, Christine | Senior Manager, Info Technology 8 years | $240.00 | 46 | $11,040.00 |
| Petito, Matthew | Manager 6 years | $240.00 | 139 | $33,360.00 |
| Strickler, Kevin | Senior Consultant 5 years | $188.00 | 121.5 | $22,842.00 |
| Martin, John | Senior Consultant 29 years | $175.00 | 150.5 | $26,337.50 |
| Drumwright, Joshua | Consultant, Info Technology 1 year | $160.00 | 31.4 | $5,024.00 |
| | | Totals | 496.2 | $100,778.50 |

1

Fee Application Narrative

Local Form 102
(Page 3 of 4 Pages)

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 0 | 0 |
| Asset Disposition | 0 | 0 |
| Business Operations | 0 | 0 |
| Case Administration | 0 | 0 |
| Claims Administration and Objections | 0 | 0 |
| Employee Benefits/Pension | 0 | 0 |
| Retention of Professionals | 0 | 0 |
| Fee Applications | 8 | $1,920.00 |
| Fee Application Objections | 0 | 0 |
| Financing | 0 | 0 |
| Security Issues | 0 | 0 |
| Litigation | 0 | 0 |
| Plan and Disclosure Statement | 0 | 0 |
| Relief from Stay Proceedings | 0 | 0 |
| Other (Explain)<br><br>• Sarbanes-Oxley Compliance Services | 496.2 | $100,778.50 |
| Other (Explain) | 0 | 0 |
| Accounting/Auditing | 0 | 0 |
| Business Analysis | 0 | 0 |
| Corporate Finance | 0 | 0 |
| Data Analysis | 0 | 0 |
| Total | 504.2 | $102,698.50 |

Fee Application Narrative

Local Form 102
(Page 4 of 4 Pages)

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,106.10 |
| Lodging | N/A | $1,997.99 |
| Sundry | N/A | $98.00 |
| Business Meals / Entertainment | N/A | $117.13 |
| Total Expenses | | $3,319.22 |

3

Fee Application Narrative

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et. al.*, | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

### CERTIFICATION OF MARIE HENDRIXSON

I, Marie Hendrixson, hereby certify that:

1.     I am a managing director with Protiviti Inc. ("Protiviti"). Protiviti was retained by W.R. Grace & Co. and the other above-captioned debtors (collectively, the "Debtors") as Sarbanes Oxley Compliance Advisors for the Debtors pursuant to Section 327(a) of Title 11 of the United States Code, 11 U.S.C. § 101 and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure. The nature and scope of Protiviti's services are described in the *Monthly Fee Application of Protiviti Inc., Sarbanes Oxley Compliance Advisors for the Debtors, For Allowance of Compensation and Reimbursement of Expenses for November 2004* (the "Application"), which is being submitted contemporaneously with this Certification to this Court. This Certification is made in support of the Application and in compliance with the *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures/or Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members* (the "Amended Administrative Order").

2.     I have read the Application and I certify as follows:

(a)     The expenses for which reimbursement is requested by Protiviti in the Application are reasonable and were necessary and incidental to the services performed by and for the Debtors.

(b)     To the best of my knowledge, information, and belief, formed after

reasonable inquiry, except as expressly stated to the contrary, the Application complies with the mandatory provisions set forth in the Amended Administrative Order.

(c)    To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Administrative Procedures Guidelines.

(d)    The fees and disbursements for which reimbursement is sought in this Application are billed at rates and in accordance with practices customarily employed by Protiviti and generally accepted by the clients of Protiviti.

(e)    Protiviti does not make a profit on the expenses for which it seeks reimbursement in the Application.

(f)    In charging for a particular service, Protiviti does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment, or capital outlay.

(g)    In seeking reimbursement for a service, which Protiviti justifiably purchased from a third party, Protiviti requests reimbursement only for the actual amount billed to Protiviti by the third party vendor and paid by Protiviti to such vendor.

*Marie Hendrixson*
Marie Hendrixson

Dated:    December 28, 2004
          Philadelphia, PA

2

Fee Application Certification

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2004**

Name:   Matthew Petito
Level:   Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 1-Nov-04 | Entrance meeting with Internal Audit, Rick Brown and Chris Cincotta | $ 240.00 | 2 | $    480.00 |
| 1-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 2 | $    480.00 |
| 1-Nov-04 | Performed test of credit applications and credit limits with Charlie Sebestyen | $ 240.00 | 2 | $    480.00 |
| 2-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 3 | $    720.00 |
| 2-Nov-04 | Performed test of credit applications and credit limits with Charlie Sebestyen | $ 240.00 | 1 | $    240.00 |
| 2-Nov-04 | Reviewed process flowcharts and compared to portal risk control matrices; made modifications to process flowcharts | $ 240.00 | 3 | $    720.00 |
| 2-Nov-04 | Discussed open purchase order report and vendor master file report with Loren Van Loan, Mary Beth Luretti and Rick Brown | $ 240.00 | 0.5 | $    120.00 |
| 2-Nov-04 | Reviewed SAP profiles generated by Barb Summerson and determined testing approach | $ 240.00 | 2 | $    480.00 |
| 3-Nov-04 | Performed test of SAP profiles and authorization; documented results in the portal | $ 240.00 | 2 | $    480.00 |
| 3-Nov-04 | Performed test of manufacturing, LIFO reserve, inventory obsolescence, inventory capitalization reviews with Greg Manning and Rick Brown | $ 240.00 | 1 | $    240.00 |
| 3-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 2 | $    480.00 |
| 3-Nov-04 | Modified process descriptions and test plans for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 2 | $    480.00 |
| 3-Nov-04 | Modified process flowcharts for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 1 | $    240.00 |
| 4-Nov-04 | Discussed account analyses with Ryan Heaps, John Martin, Brian Kenny and Rick Brown (conversations held throughout the day) | $ 240.00 | 2 | $    480.00 |
| 4-Nov-04 | Performed test of SAP profiles and authorization; documented results in the portal | $ 240.00 | 1 | $    240.00 |
| 4-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 1.5 | $    360.00 |
| 4-Nov-04 | Updated the Cambridge location matrix in the portal per request of Ryan Heaps | $ 240.00 | 0.5 | $    120.00 |
| 4-Nov-04 | Modified process descriptions and test plans for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 1 | $    240.00 |
| 4-Nov-04 | Modified process flowcharts for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 2 | $    480.00 |
| 4-Nov-04 | Discussed current status of project with Ryan Heaps, Loren VanLoan and John Martin | $ 240.00 | 1 | $    240.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5-Nov-04 | Closing meeting with Internal Audit and process owners for Cambridge review | $ 240.00 | 1 | $ 240.00 |
| 5-Nov-04 | Discussed account analyses with Ryan Heaps, John Martin, Brian Kenny and Rick Brown (conversations held throughout the day) | $ 240.00 | 2 | $ 480.00 |
| 5-Nov-04 | Performed test of SAP profiles and authorization; documented results in the portal | $ 240.00 | 2 | $ 480.00 |
| 5-Nov-04 | Performed test of account analyses with Rick Brown | $ 240.00 | 2 | $ 480.00 |
| 5-Nov-04 | Modified process flowcharts for Cambridge financial reporting, credit and collections, procurement and inventory management | $ 240.00 | 0.5 | $ 120.00 |
| 5-Nov-04 | Discussed current status of project with Ryan Heaps, Loren VanLoan and John Martin | $ 240.00 | 0.5 | $ 120.00 |
| 8-Nov-04 | Orientation with Curtis Bay process owners; initial setup | $ 240.00 | 1 | $ 240.00 |
| 8-Nov-04 | Review process flowcharts for Curtis Bay and ensure agreement to the portal risk control matrices | $ 240.00 | 2 | $ 480.00 |
| 8-Nov-04 | Modify risk control matrices based on review of process flowcharts | $ 240.00 | 1 | $ 240.00 |
| 8-Nov-04 | Review PBC listing and retest schedule to determine testing approach and strategy | $ 240.00 | 0.5 | $ 120.00 |
| 9-Nov-04 | Performed test of Curtis Bay goods receipts; documented results in the portal | $ 240.00 | 2 | $ 480.00 |
| 9-Nov-04 | Performed test of Curtis Bay quarterly review of raw material receipts | $ 240.00 | 1 | $ 240.00 |
| 9-Nov-04 | Performed test of Curtis Bay batch cards; documented results in the portal | $ 240.00 | 1.5 | $ 360.00 |
| 9-Nov-04 | Performed test of Curtis Bay Daily Flash Reports | $ 240.00 | 0.5 | $ 120.00 |
| 9-Nov-04 | Performed test of Curtis Bay manufacturing variance review with Doug Illiof; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 9-Nov-04 | Performed test of Elkridge physical inventory; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 9-Nov-04 | Performed test of SAP authorization controls; documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 9-Nov-04 | Generated list of individuals with inappropriate SAP access for Cambridge and submitted to Rick Brown | $ 240.00 | 0.5 | $ 120.00 |
| 10-Nov-04 | Performed test of Curtis Bay goods receipts; documented results in the portal | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Curtis Bay quarterly review of raw material receipts | $ 240.00 | 0.5 | $ 120.00 |
| 10-Nov-04 | Performed test of Curtis Bay batch cards; documented results in the portal | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Curtis Bay Daily Flash Reports | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Curtis Bay manufacturing variance review with Doug Illiof; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 10-Nov-04 | Performed test of Elkridge physical inventory; documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 10-Nov-04 | Performed test of SAP authorization controls; documented test results in the portal | $ 240.00 | 0.5 | $ 120.00 |
| 10-Nov-04 | Uploaded test documents to the portal and evaluated risks, controls and processes in the portal | $ 240.00 | 2 | $ 480.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 10-Nov-04 | Discussed project status, estimated to complete and audit plan with Brian Kenny, Ryan Heaps and Tom Beirne | $ 240.00 | 1 | $ 240.00 |
| 11-Nov-04 | Finalized Curtis Bay Silicas testing; validated process flowcharts with process owners; documented test results in the portal | $ 240.00 | 4 | $ 960.00 |
| 11-Nov-04 | Finalized Cambridge testing and uploaded test sheets to the portal | $ 240.00 | 4 | $ 960.00 |
| 12-Nov-04 | Prepared for Worms Sarbanes audit; review portal and process flowcharts | $ 240.00 | 2 | $ 480.00 |
| 12-Nov-04 | Met with Ryan Heaps on project status and estimate to complete | $ 240.00 | 0.5 | $ 120.00 |
| 12-Nov-04 | Met with Ryan Heaps, Shaun Landers, Loren VanLoan and John Martin to discuss testing approach for account analyses | $ 240.00 | 1 | $ 240.00 |
| 12-Nov-04 | Finalize Curtis Bay review and scanning; uploaded documents to the portal | $ 240.00 | 3 | $ 720.00 |
| 12-Nov-04 | Discuss project status, expectations, estimated to complete and monthly invoicing process with Marie Hendrixson | $ 240.00 | 1.5 | $ 360.00 |
| 15-Nov-04 | Entrance meeting with process owners in Worms Germany to discuss Sarbanes approach | $ 240.00 | 1 | $ 240.00 |
| 15-Nov-04 | Review process flowcharts and portal risk control matrices to determine approach/items to be tested | $ 240.00 | 3 | $ 720.00 |
| 15-Nov-04 | Discussed accounts payable, payroll and credit and collections processes and test selections with the process owners | $ 240.00 | 2 | $ 480.00 |
| 15-Nov-04 | Performed various tests for accounts payable, payroll and credit and collections; documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 16-Nov-04 | Reviewed SAP profiles for Worms and performed test of authorization | $ 240.00 | 1.5 | $ 360.00 |
| 16-Nov-04 | Performed test of payroll change report and flux analysis | $ 240.00 | 2 | $ 480.00 |
| 16-Nov-04 | Discussed separation of duties conflicts with Shaun Landers | $ 240.00 | 1 | $ 240.00 |
| 16-Nov-04 | Discussed conflict of releasing payment blocks and recording accounts payable with Hanz Diedermartin | $ 240.00 | 1 | $ 240.00 |
| 16-Nov-04 | Discussed conflict of entering invoices and access to EFT terminal with Kevin Strickler | $ 240.00 | 0.5 | $ 120.00 |
| 16-Nov-04 | Performed test of accounts payable invoices and documented test results in the portal | $ 240.00 | 2 | $ 480.00 |
| 16-Nov-04 | Performed test of customer writeoffs and documented test results in the portal | $ 240.00 | 0.5 | $ 120.00 |
| 16-Nov-04 | Performed test of review and approval of American Express invoices and documented results in the portal | $ 240.00 | 0.5 | $ 120.00 |
| 17-Nov-04 | Reviewed SAP profiles for Worms and performed test of authorization | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Performed test of payroll change report and flux analysis | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Discussed separation of duties conflicts with Shaun Landers | $ 240.00 | 0.5 | $ 120.00 |
| 17-Nov-04 | Performed test of accounts payable invoices and documented test results in the portal | $ 240.00 | 2 | $ 480.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 17-Nov-04 | Discussed payroll controls with Shaun Landers, Angela Bauer and Jergin Titz | $ 240.00 | 2 | $ 480.00 |
| 17-Nov-04 | Performed test of customer order review for Curtis Bay and discussed with Linda Anton | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Performed test of monthly reviews of customer orders and release credit holds; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Performed test of monthly review of payment runs for accounts payable | $ 240.00 | 1 | $ 240.00 |
| 17-Nov-04 | Reviewed VIRSA to determine testing approach for separation of duties' conflicts | $ 240.00 | 2 | $ 480.00 |
| 18-Nov-04 | Reviewed SAP profiles for Worms and performed test of authorization | $ 240.00 | 2 | $ 480.00 |
| 18-Nov-04 | Performed test of monthly reviews of customer orders and release credit holds; documented test results in the portal | $ 240.00 | 1 | $ 240.00 |
| 18-Nov-04 | Performed test of monthly review of payment runs for accounts payable | $ 240.00 | 2 | $ 480.00 |
| 18-Nov-04 | Evaluated design and control effectiveness for credit and collections, accounts payable and payroll | $ 240.00 | 3 | $ 720.00 |
| 18-Nov-04 | Discussed bank account separation of duties control with Ryan Heaps and Shaun Landers | $ 240.00 | 0.5 | $ 120.00 |
| 18-Nov-04 | Discussed progress and estimated to complete for Worms project with Ryan Heaps | $ 240.00 | 1 | $ 240.00 |
| 18-Nov-04 | Discuss account analyses controls and testing with Hanz Weinz, Ryan Heaps and Shaun Landers | $ 240.00 | 1 | $ 240.00 |
| 23-Nov-04 | Reviewed Cambridge testing in the portal and discussed with Loren VanLoan on estimated work to be completed | $ 240.00 | 2 | $ 480.00 |
| 23-Nov-04 | Reviewed Curtis Bay testing in the portal and discussed with Shaun Landers on estimated work to be completed | $ 240.00 | 1 · | $ 240.00 |
| 23-Nov-04 | Finalized credit and collections testing for Worms; discussed with Shaun Landers; uploaded results to the portal | $ 240.00 | 2 | $ 480.00 |
| 23-Nov-04 | Finalized accounts payable testing for Worms; discussed with Shaun Landers; uploaded results to the portal | $ 240.00 | 3.5 | $ 840.00 |
| 23-Nov-04 | Finalized payroll testing for Worms; discussed with Shaun Landers; uploaded results to the portal | $ 240.00 | 1 | $ 240.00 |
| 23-Nov-04 | Modified process flowcharts for Worms based on testing and portal risk control matrices | $ 240.00 | 2 | $ 480.00 |
| 23-Nov-04 | Modified test plans and process descriptions for Worms based on testing and portal risk control matrices | $ 240.00 | 1 | $ 240.00 |
| 24-Nov-04 | Modified test plans and process descriptions for Worms based on testing and portal risk control matrices | $ 240.00 | 3 | $ 720.00 |
| 24-Nov-04 | Scanned test documents and uploaded to the portal | $ 240.00 | 2 | $ 480.00 |
| 24-Nov-04 | Discussed open items for Worms Germany with process owners; finalized testing and uploaded results to the portal | $ 240.00 | 2 | $ 480.00 |
| | **Totals** | | **139.0** | **$ 33,360.00** |

Protiviti Inc.
W. R. Grace & Co. Detailed Time Report
Month Ended November 30, 2004

**Name:** Kevin Strickler
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Nov-04 | Set up for site visit in 51st Street Chicago plant | $ 188.00 | 1.0 | $ 188.00 |
| 1-Nov-04 | Review 65th Street Chicago prepared by client listing (PBC) | $ 188.00 | 0.5 | $ 94.00 |
| 1-Nov-04 | Obtain client assistance items from Jamal Hamdar | $ 188.00 | 2.0 | $ 376.00 |
| 1-Nov-04 | Perform Chicago 51st Street testwork for procurement | $ 188.00 | 1.0 | $ 188.00 |
| 1-Nov-04 | Perform Chicago 65th testwork for Inventory management | $ 188.00 | 4.0 | $ 752.00 |
| 2-Nov-04 | Perform Chicago 51st Street testwork | $ 188.00 | 7.0 | $ 1,316.00 |
| 2-Nov-04 | Meet with Eboni Adams regarding various 51st Street issues | $ 188.00 | 0.5 | $ 94.00 |
| 3-Nov-04 | Meet with Eboni Adams regarding various 51st Street issues | $ 188.00 | 0.5 | $ 94.00 |
| 3-Nov-04 | Perform Chicago 51st Street testwork for procurement | $ 188.00 | 3.0 | $ 564.00 |
| 3-Nov-04 | Review and correct Chicago 51st Street testwork | $ 188.00 | 2.0 | $ 376.00 |
| 3-Nov-04 | Review and correct Chicago 65th Street testwork | $ 188.00 | 2.0 | $ 376.00 |
| 3-Nov-04 | Perform Darex Sales Coordinator testwork--Chicago | $ 188.00 | 1.0 | $ 188.00 |
| 4-Nov-04 | Perform Darex Sales Coordinator testwork--Chicago | $ 188.00 | 1.0 | $ 188.00 |
| 4-Nov-04 | Meet with Eboni Adams regarding various 51st Street issues | $ 188.00 | 0.5 | $ 94.00 |
| 4-Nov-04 | Develop Darex Sales Coordinator flowchart | $ 188.00 | 1.0 | $ 188.00 |
| 4-Nov-04 | Resolve Cambridge Payroll issue with John Martin and Matt Petito | $ 188.00 | 0.5 | $ 94.00 |
| 4-Nov-04 | Perform Darex Sales Coordinator testwork | $ 188.00 | 5.0 | $ 940.00 |
| 5-Nov-04 | Finalize Darex Sales Coordinator testwork | $ 188.00 | 4.0 | $ 752.00 |
| 8-Nov-04 | Develop client assistance list for Treasury testing | $ 188.00 | 3.0 | $ 564.00 |
| 8-Nov-04 | Follow up on Treasury testing with Bonita Harsh | $ 188.00 | 1.0 | $ 188.00 |
| 8-Nov-04 | Review mergers and acquisitions risk control matrix per request of Ryan Heaps | $ 188.00 | 2.0 | $ 376.00 |
| 8-Nov-04 | Follow up on Tax and Bankruptcy testing with Matt Petito | $ 188.00 | 1.0 | $ 188.00 |
| 9-Nov-04 | Perform Treasury testing based on open issues; documented test results in the portal | $ 188.00 | 4.0 | $ 752.00 |
| 9-Nov-04 | Perform Davison Silicas testing and documented test results in the portal | $ 188.00 | 0.5 | $ 94.00 |
| 9-Nov-04 | Review Environmental testing, determine necessary changes to risk control matrix, and develop new risk control matrix | $ 188.00 | 2.5 | $ 470.00 |
| 10-Nov-04 | Review SAP access for Columbia and determine testing approach | $ 188.00 | 1.5 | $ 282.00 |
| 10-Nov-04 | Update testing schedule for Chicago 65th Street | $ 188.00 | 1.0 | $ 188.00 |
| 10-Nov-04 | Discuss testing approach with Ryan Heaps, Loren VanLoan, and Mahmoud Bah for open items | $ 188.00 | 1.0 | $ 188.00 |
| 10-Nov-04 | Add VAT and Commission processes to Portal | $ 188.00 | 3.0 | $ 564.00 |
| 10-Nov-04 | Update Chicago 65th Street payroll test | $ 188.00 | 0.5 | $ 94.00 |
| 11-Nov-04 | Perform Treasury testing and documented test results in the portal | $ 188.00 | 1.0 | $ 188.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 11-Nov-04 | Update VAT and Commission flowcharts | $ 188.00 | 2.5 | $ 470.00 |
| 11-Nov-04 | Update Singapore flowcharts | $ 188.00 | 4.0 | $ 752.00 |
| 12-Nov-04 | Prepare Worms SAP Profiles | $ 188.00 | 6.5 | $ 1,222.00 |
| 12-Nov-04 | Scan various Cambridge documents to the portal | $ 188.00 | 1.0 | $ 188.00 |
| 15-Nov-04 | Get set up at Worms (computers, printers, ect.) | $ 188.00 | 1.0 | $ 188.00 |
| 15-Nov-04 | Meet with Thomas Hirsch regarding VAT taxes | $ 188.00 | 0.5 | $ 94.00 |
| 15-Nov-04 | Meet with Peter Koehler about open purchase orders | $ 188.00 | 0.5 | $ 94.00 |
| 15-Nov-04 | Review PBC list and obtain various open items. | $ 188.00 | 3.0 | $ 564.00 |
| 15-Nov-04 | Test Worms Capital Assets process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 16-Nov-04 | Test Worms Capital Assets process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 16-Nov-04 | Test Worms Inventory Management process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 16-Nov-04 | Follow up on PBC items with client personnel | $ 188.00 | 1.0 | $ 188.00 |
| 16-Nov-04 | Update VAT flowcharts | $ 188.00 | 1.0 | $ 188.00 |
| 16-Nov-04 | Test Worms Procurement process and document test results | $ 188.00 | 1.0 | $ 188.00 |
| 17-Nov-04 | Meet with Hans-Dieter Stabb regarding commissions | $ 188.00 | 1.0 | $ 188.00 |
| 17-Nov-04 | Update commissions flowcharts based on meeting with Hans Dieter Staab | $ 188.00 | 0.5 | $ 94.00 |
| 17-Nov-04 | Test Worms Inventory Management process and documented test results | $ 188.00 | 3.0 | $ 564.00 |
| 17-Nov-04 | Test Worms SAP access (various) and documented test results | $ 188.00 | 1.0 | $ 188.00 |
| 17-Nov-04 | Test Worms Treasury process and documented test results | $ 188.00 | 4.0 | $ 752.00 |
| 18-Nov-04 | Meet with Hans-Dieter Stabb regarding commissions | $ 188.00 | 0.5 | $ 94.00 |
| 18-Nov-04 | Test Worms Treasury process and documented test results | $ 188.00 | 1.0 | $ 188.00 |
| 18-Nov-04 | Test Worms Inventory Management process and documented test results | $ 188.00 | 5.0 | $ 940.00 |
| 18-Nov-04 | Review documentation in Portal for Worms | $ 188.00 | 3.0 | $ 564.00 |
| 22-Nov-04 | Document and upload Worms work in the Portal | $ 188.00 | 5.0 | $ 940.00 |
| 22-Nov-04 | Follow up on open Worms items | $ 188.00 | 1.0 | $ 188.00 |
| 23-Nov-04 | Scan documents and upload into Portal | $ 188.00 | 4.0 | $ 752.00 |
| 23-Nov-04 | Finalize Worms flowcharts | $ 188.00 | 2.0 | $ 376.00 |
| 23-Nov-04 | Finalize Treasury testing | $ 188.00 | 1.0 | $ 188.00 |
| | **Totals** | | **121.5** | **$ 22,842.00** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2004**

**Name:** John Martin
**Level:** Senior Consultant

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 1-Nov-04 | Cambridge General Gen meeting | $ 175.00 | 1.5 | $ 262.50 |
| 1-Nov-04 | Cambridge General Network setup | $ 175.00 | 0.5 | $ 87.50 |
| 1-Nov-04 | Cambridge Accounts Payable preliminary process analysis | $ 175.00 | 2.0 | $ 350.00 |
| 1-Nov-04 | Cambridge Accounts Payable Flowchart review | $ 175.00 | 1.0 | $ 175.00 |
| 1-Nov-04 | Cambridge Fixed Assets Preliminary process analysis | $ 175.00 | 1.0 | $ 175.00 |
| 1-Nov-04 | Cambridge Fixed asset additions Preliminary process analysis | $ 175.00 | 1.0 | $ 175.00 |
| 1-Nov-04 | Cambridge Fixed asset additions Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Corporate Pensions Population analysis | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Corporate Pensions Process discussion - IA | $ 175.00 | 2.0 | $ 350.00 |
| 2-Nov-04 | Corporate Pensions Process documentation | $ 175.00 | 2.0 | $ 350.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Portal/RCM review | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Process discussion - owners | $ 175.00 | 1.5 | $ 262.50 |
| 2-Nov-04 | Cambridge Fixed asset additions Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 2-Nov-04 | Cambridge Fixed asset additions Sample selection | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Population analysis | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Sample selection | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Process discussion - owners | $ 175.00 | 0.5 | $ 87.50 |
| 3-Nov-04 | Cambridge Recording AP Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Sample evaluation | $ 175.00 | 4.0 | $ 700.00 |
| 3-Nov-04 | Cambridge Recording AP Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 3-Nov-04 | Cambridge Recording AP Portal-evaluations | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge processing AP Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge processing AP Portal-evaluations | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Recording AP Flowchart revisions | $ 175.00 | 2.0 | $ 350.00 |
| 4-Nov-04 | Cambridge processing AP Flowchart revisions | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Recording AP Portal-document uploads | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge processing AP Portal-document uploads | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge Fixed asset additions Portal-revisions | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Fixed asset additions Portal-evaluations | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge Fixed asset additions Testplan revision | $ 175.00 | 0.5 | $ 87.50 |
| 4-Nov-04 | Cambridge Accounts Payable Testplan revision | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Fixed Assets Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 4-Nov-04 | Cambridge Accounts Payable Process documentation | $ 175.00 | 0.5 | $ 87.50 |
| 5-Nov-04 | Cambridge processing AP Process documentation | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-04 | Cambridge processing AP Portal-document uploads | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-04 | Cambridge processing AP Flowchart revisions | $ 175.00 | 1.5 | $ 262.50 |
| 5-Nov-04 | Cambridge processing AP Portal-evaluations | $ 175.00 | 0.5 | $ 87.50 |
| 5-Nov-04 | Cambridge payroll approval Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 5-Nov-04 | Cambridge payroll approval Portal-revisions | $ 175.00 | 0.5 | $ 87.50 |
| 5-Nov-04 | Cambridge General Remediation comments-prep | $ 175.00 | 0.5 | $ 87.50 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5-Nov-04 | Cambridge General Remediation meeting | $ 175.00 | 2.0 | $ 350.00 |
| 8-Nov-04 | Curtis Bay General Network setup | $ 175.00 | 1.0 | $ 175.00 |
| 8-Nov-04 | Curtis Bay General Corrective Action Database Review | $ 175.00 | 0.5 | $ 87.50 |
| 8-Nov-04 | Curtis Bay General Preliminary process analysis | $ 175.00 | 0.5 | $ 87.50 |
| 8-Nov-04 | Curtis Bay-FCC Inventory Preliminary process analysis | $ 175.00 | 2.0 | $ 350.00 |
| 8-Nov-04 | Curtis Bay-FCC Inventory Portal/RCM review | $ 175.00 | 2.0 | $ 350.00 |
| 8-Nov-04 | Curtis Bay-FCC Recording Goods Receipts Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 8-Nov-04 | Curtis Bay-FCC Inventory Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Recording Goods Receipts Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Physical Inventories Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Maintenance of Bills of Material Sample testing | $ 175.00 | 1.5 | $ 262.50 |
| 9-Nov-04 | Curtis Bay-FCC Recording production Sample testing | $ 175.00 | 0.5 | $ 87.50 |
| 9-Nov-04 | Curtis Bay-FCC Recording Shipments Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Recording Goods Receipts Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Physical Inventories Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 9-Nov-04 | Curtis Bay-FCC Recording Shipments Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Inventory Preliminary process analysis | $ 175.00 | 2.0 | $ 350.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal/RCM review | $ 175.00 | 2.0 | $ 350.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Recording Goods Receipts Process discussion - owners | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Inventory Process discussion - IA | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Recording Goods Receipts Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 10-Nov-04 | Curtis Bay-Hydroprocessing Physical Inventories Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Maintenance of Bills of Material Sample testing | $ 175.00 | 1.5 | $ 262.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording production Sample testing | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording Shipments Sample testing | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording Goods Receipts Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Physical Inventories Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Recording Shipments Sample evaluation | $ 175.00 | 1.0 | $ 175.00 |
| 11-Nov-04 | Curtis Bay-FCC Inventory SAP authorization tests | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-FCC Inventory SAP - Segregation of duties issues | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Inventory SAP authorization tests | $ 175.00 | 0.5 | $ 87.50 |
| 11-Nov-04 | Curtis Bay-Hydroprocessing Inventory SAP - Segregation of duties issues | $ 175.00 | 0.5 | $ 87.50 |
| 12-Nov-04 | Curtis Bay-FCC Inventory Remediation comments-prep | $ 175.00 | 2.0 | $ 350.00 |
| 12-Nov-04 | Curtis Bay-FCC Inventory Remediation meeting | $ 175.00 | 2.0 | $ 350.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 12-Nov-04 | Curtis Bay-Hydroprocessing Inventory Remediation comments-prep | $ 175.00 | 2.0 | $ 350.00 |
| 12-Nov-04 | Curtis Bay-Hydroprocessing Inventory Remediation meeting | $ 175.00 | 2.0 | $ 350.00 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Document scanning | $ 175.00 | 0.5 | $ 87.50 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Portal-document uploads | $ 175.00 | 1.0 | $ 175.00 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Portal-evaluations | $ 175.00 | 1.5 | $ 262.50 |
| 15-Nov-04 | Curtis Bay-FCC Inventory Portal-revisions | $ 175.00 | 1.0 | $ 175.00 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Document scanning | $ 175.00 | 0.5 | $ 87.50 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal-document uploads | $ 175.00 | 1.0 | $ 175.00 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal-evaluations | $ 175.00 | 1.5 | $ 262.50 |
| 15-Nov-04 | Curtis Bay-Hydroprocessing Inventory Portal-revisions | $ 175.00 | 1.0 | $ 175.00 |
| 18-Nov-04 | Corporate-Columbia Fin Rptg PBC schedule prep | $ 175.00 | 2.0 | $ 350.00 |
| 18-Nov-04 | Corporate-Columbia GI Close PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 18-Nov-04 | Corporate-Columbia SOAR PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 18-Nov-04 | Corporate-Columbia Fin Rptg PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 18-Nov-04 | Davison-Columbia GI Close PBC schedule prep | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-04 | Corporate-Columbia Fin Rptg Sample testing-F/S disclosures | $ 175.00 | 1.0 | $ 175.00 |
| 19-Nov-04 | Corporate-Columbia Fin Rptg Sample selection-GL to SOAR | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-04 | Corporate-Columbia GI Close Sample selection-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 19-Nov-04 | Corporate-Columbia Fin Rptg Sample testing-checklist/confirm letters | $ 175.00 | 1.5 | $ 262.50 |
| 19-Nov-04 | Davison-Columbia GI Close Sample selection-Account analysis | $ 175.00 | 2.0 | $ 350.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis A/R domestic | $ 175.00 | 2.0 | $ 350.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis A/R adjustment account | $ 175.00 | 1.0 | $ 175.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis allowance for doubtful accounts | $ 175.00 | 1.5 | $ 262.50 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Inventory-raw materials | $ 175.00 | 2.0 | $ 350.00 |
| 22-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Inventory finished goods | $ 175.00 | 1.5 | $ 262.50 |
| 23-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Capitalized overhead | $ 175.00 | 2.5 | $ 437.50 |
| 23-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Slow moving reserves | $ 175.00 | 2.0 | $ 350.00 |
| 23-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis LIFO adjustments | $ 175.00 | 3.5 | $ 612.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Amortization-Dupont Colloidal | $ 175.00 | 0.5 | $ 87.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Accrued Salaries and wages | $ 175.00 | 1.0 | $ 175.00 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Accrued incentive comp | $ 175.00 | 1.5 | $ 262.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Cash-CB-payroll | $ 175.00 | 0.5 | $ 87.50 |

| | | | | |
|---|---|---|---|---|
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Advances and deposits | $ 175.00 | 1.5 | $ 262.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis GR/IR clearing account | $ 175.00 | 0.5 | $ 87.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis GR/not invoiced | $ 175.00 | 0.5 | $ 87.50 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Trade Payables reconciliation account | $ 175.00 | 1.0 | $ 175.00 |
| 24-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis long term incentive plan | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis other non-current liabilitles | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis pending customer credit notes | $ 175.00 | 0.5 | $ 87.50 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Sales and use tax | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis prepaid taxes | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis Supplies reserves | $ 175.00 | 1.5 | $ 262.50 |
| 29-Nov-04 | Davison-Columbia GI Close Sample testing-Account analysis other accounts collectible | $ 175.00 | 1.0 | $ 175.00 |
| 29-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis Oxy receivable | $ 175.00 | 2.0 | $ 350.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis Long term insurance receivable | $ 175.00 | 2.0 | $ 350.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis Deferred compensation cash value | $ 175.00 | 1.0 | $ 175.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis company owned life insurance | $ 175.00 | 2.0 | $ 350.00 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis departmental accruals | $ 175.00 | 2.5 | $ 437.50 |
| 30-Nov-04 | Corporate-Columbia GI Close Sample testing-Account analysis minimum pension liability | $ 175.00 | 0.5 | $ 87.50 |
| | **Totals** | | **150.5** | **$ 26,337.50** |

**Protiviti Inc.**
**W. R. Grace & Co. Detailed Time Report**
**Month Ended November 30, 2004**

**Name:**  Joshua Drumwright
**Level:**  Consultant, Information Technology

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|---|---|---|---|---|
| 3-Nov-04 | Reviewing reports, drafting and sending e-mail to Chuck Tremblay for followup | $ 160.00 | 0.2 | $ 32.00 |
| 3-Nov-04 | Drafting and sending messages to Greg Covington regarding IT testing | $ 160.00 | 0.1 | $ 16.00 |
| 3-Nov-04 | Discussion with Greg Covington about testing for SAP | $ 160.00 | 0.5 | $ 80.00 |
| 3-Nov-04 | Preparing for discussions with Greg Covington regarding open controls | $ 160.00 | 0.2 | $ 32.00 |
| 4-Nov-04 | Drafting and sending e-mail message to Chuck Tremblay regarding open testing | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Drafting and sending messages to Greg Covington regarding open testing | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Discussions with Greg Covington about testing for SAP controls | $ 160.00 | 1 | $ 160.00 |
| 4-Nov-04 | Drafting and sending e-mail message to Christine Saxon regarding control ITSP 3.5 | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Calling Marty Krist and e-mailing Marty Krist to setup a time to discuss status of his open deviations. | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Discussions with Cary Haggard about testing of ITSP 3.5 | $ 160.00 | 0.2 | $ 32.00 |
| 4-Nov-04 | Reviewing documentation provided by Greg Covington for ITSP 4.1 | $ 160.00 | 0.6 | $ 96.00 |
| 4-Nov-04 | Testing open ITSP controls (ITSP 3.4, 1.2) | $ 160.00 | 1.2 | $ 192.00 |
| 4-Nov-04 | Review of testing summaries and PBC items to determine items needed to finish testing | $ 160.00 | 0.3 | $ 48.00 |
| 4-Nov-04 | Reviewing new emails from Greg Covington and Chuck Tremblay | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Drafting e-mail message to Greg Covington requesting documentation based on conversations | $ 160.00 | 0.1 | $ 16.00 |
| 4-Nov-04 | Reviewing documentation for, Testing control ITSP 3.5, and preparing questions for Greg Covington regarding testing of control | $ 160.00 | 2.6 | $ 416.00 |
| 4-Nov-04 | Preparing for discussions with Greg Covington regarding control 1.2, 3.4, 3.5, 3.7 and 4.1 | $ 160.00 | 0.5 | $ 80.00 |
| 5-Nov-04 | Reviewing open items/testing summaries | $ 160.00 | 0.4 | $ 64.00 |
| 5-Nov-04 | Drafting and sending e-mail message to Cary Haggard with documents obtained from Greg Covington | $ 160.00 | 0.1 | $ 16.00 |
| 5-Nov-04 | Drafting and sending e-mail message to Chuck Tremblay | $ 160.00 | 0.4 | $ 64.00 |
| 5-Nov-04 | Testing and review of testing documentation for Open SAP SA controls | $ 160.00 | 1.6 | $ 256.00 |
| 5-Nov-04 | Reviewing documents obtained from Greg Covington per request of Cary Haggard | $ 160.00 | 0.1 | $ 16.00 |
| 5-Nov-04 | Preparing for discussions with Greg Covington regarding open controls | $ 160.00 | 0.3 | $ 48.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 5-Nov-04 | Discussion with Greg Covington about testing method, results, documentation for SAP SA controls 3.7, 3.5, and 4.1 | $ 160.00 | 3.5 | $ 560.00 |
| 5-Nov-04 | Discussions with Marty Krist regarding SOAR deviations and resolving deviations | $ 160.00 | 0.3 | $ 48.00 |
| 5-Nov-04 | Drafting and sending message to Marty Krist regarding open testing | $ 160.00 | 0.1 | $ 16.00 |
| 5-Nov-04 | Drafting and sending messages to Greg Covington regarding IT testing | $ 160.00 | 0.2 | $ 32.00 |
| 6-Nov-04 | Testing and documenting SAP SA Control 3.4 | $ 160.00 | 1.3 | $ 208.00 |
| 6-Nov-04 | Testing and documenting SAP SA Control 1.2 | $ 160.00 | 1.2 | $ 192.00 |
| 6-Nov-04 | Testing and documenting SAP SA 3.7 | $ 160.00 | 0.5 | $ 80.00 |
| 7-Nov-04 | Drafting e-mail message to Christine Saxon on project status | $ 160.00 | 0.3 | $ 48.00 |
| 7-Nov-04 | Testing and documenting SAP SA 3.7 updating test summary | $ 160.00 | 3.3 | $ 528.00 |
| 7-Nov-04 | Drafting and sending update on testing and open controls to Christine Saxon | $ 160.00 | 0.1 | $ 16.00 |
| 7-Nov-04 | Testing, reviewing, and documenting control ITSR 4.1 and updating test summary | $ 160.00 | 0.7 | $ 112.00 |
| 7-Nov-04 | Testing, reviewing, and documenting control ITSP 4.1 and updating test summary | $ 160.00 | 0.4 | $ 64.00 |
| 7-Nov-04 | Reviewing and preliminary documentation for control 3.5 for ITSP and updating test summary | $ 160.00 | 0.3 | $ 48.00 |
| 7-Nov-04 | Reviewing Testing Summaries/Plans and updating | $ 160.00 | 0.4 | $ 64.00 |
| 8-Nov-04 | Reviewing/updating testing documentation for ITSP 3.7, 3.5, 4.1 and ITSR 4.1 and updating RCM with test summary | $ 160.00 | 1 | $ 160.00 |
| 12-Nov-04 | Reviewing/updating testing documentation for ITSP 3.7, 3.5, 4.1 and ITSR 4.1 and updating RCM with test summary | $ 160.00 | 1 | $ 160.00 |
| 13-Nov-04 | drafting and sending e-mail to Christine Saxon finalizing SOAR and SAP SA testing | $ 160.00 | 0.2 | $ 32.00 |
| 13-Nov-04 | Reviewing/updating testing documentation for ITSP 3.7, 3.5, 4.1 and ITSR 4.1 and updating RCM with test summary | $ 160.00 | 2.3 | $ 368.00 |
| 14-Nov-04 | Updating testing narratives and testing evidence with notations and sending digitizing. | $ 160.00 | 2.7 | $ 432.00 |
| 14-Nov-04 | Drafting and sending e-mail message to Christine Saxon regarding control ITSP 3.5 | $ 160.00 | 0.3 | $ 48.00 |
| 15-Nov-04 | Reviewing documents, and sending e-mail to Christine Saxon for followup | $ 160.00 | 0.4 | $ 64.00 |
| | **Totals** | | **31.4** | **$ 5,024.00** |

EXHIBIT "B"

**Protiviti Inc.**
**W. R. Grace & Co. Preparation of Monthly Fee Applications**
**Period Covered:  November 2004**

**Name:**   Matthew Petito
**Level:**   Manager

| Date | Detailed Task / Activity | Bill Rate | Hours | Fees |
|------|--------------------------|-----------|-------|------|
| 7-Nov-04 | Prepare monthly invoice and fee application for August and September 2004, in accordance with bankruptcy policy. | $ 240.00 | 2 | $      480.00 |
| 8-Nov-04 | Prepare monthly invoice and fee application for September and October 2004, in accordance with bankruptcy policy. | $ 240.00 | 3 | $      720.00 |
| 10-Nov-04 | Prepare monthly invoice and fee application for October 2004, in accordance with bankruptcy policy; submitted to Marie Hendrixson for approval | $ 240.00 | 1 | $      240.00 |
| 11-Nov-04 | Made modifications to the October 2004 monthly fee application | $ 240.00 | 2 | $      480.00 |
| | **Totals** | | **8** | **$   1,920.00** |

**EXHIBIT "C"**

**Protiviti Inc.**
**W. R. Grace & Co. Expense Summary**
**Period Covered: November 2004**

| Expense Category | Service Provider | Total Expenses | |
|---|---|---|---|
| Transportation | N/A | $ | 1,106.10 |
| Lodging | N/A | $ | 1,997.99 |
| Sundry | N/A | $ | 98.00 |
| Business Meals | N/A | $ | 117.13 |
| Total | | $ | 3,319.22 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2004

Expense Detail

Name: Christine Saxon
Level: Senior Manager, Information Technology

Expense Category

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 8-Nov-04 | Mileage in excess of normal commute (310 miles) from Philadelphia to Columbia MD | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 8-Nov-04 | Tolls from Philadelphia to Columbia MD | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 9-Nov-04 | Mileage in excess of normal commute (310 miles) from Columbia MD to Philadelphia | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 9-Nov-04 | Tolls from Columbia MD to Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 10-Nov-04 | Mileage in excess of normal commute (310 miles) from Philadelphia to Columbia MD | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 10-Nov-04 | Tolls from Philadelphia to Columbia MD | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 11-Nov-04 | Mileage in excess of normal commute (310 miles) from Columbia MD to Philadelphia | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 11-Nov-04 | Tolls from Columbia MD to Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 15-Nov-04 | Mileage in excess of normal commute (310 miles) from Philadelphia to Columbia MD | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 15-Nov-04 | Tolls from Philadelphia to Columbia MD | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| 16-Nov-04 | Mileage in excess of normal commute (310 miles) from Columbia MD to Philadelphia | $ 116.25 | $ 116.25 | | | | $ 116.25 |
| 16-Nov-04 | Tolls from Columbia MD to Philadelphia | $ 14.00 | $ 14.00 | | | | $ 14.00 |
| | Totals | $ 781.50 | $ 781.50 | | $ - | $ - | $ 781.50 |

Name: Matthew Pellio
Level: Manager

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 15-Nov-04 | Breakfast at gas station store in Worms for myself (1.80x1.30752) (for euros) | $ 2.35 | | | | $ 2.35 | $ 2.35 |
| 16-Nov-04 | Breakfast at gas station store in Worms for myself (2.00x1.30752) (for euros) | $ 2.62 | | | | $ 2.62 | $ 2.62 |
| 17-Nov-04 | Breakfast at gas station store in Worms for myself (1.60x1.30752) (for euros) | $ 2.09 | | | | $ 2.09 | $ 2.09 |
| 17-Nov-04 | Dinner at Marriott Hotel in Heidelberg Germany for Matt Pellio, Shaun Landers and Kevin Strickler (27.69x1.30752; for euros) | $ 36.21 | | | | $ 36.21 | $ 36.21 |
| 18-Nov-04 | Breakfast at gas station store in Worms for myself (2.80x1.30752) (for euros) | $ 3.66 | | | | $ 3.66 | $ 3.66 |
| 18-Nov-04 | Lunch at McDonalds in Worms for myself (7.80x1.30752 for euros) | $ 10.20 | | | | $ 10.20 | $ 10.20 |
| 19-Nov-04 | Taxi from airport to home in Glen Burnie returning from Frankfurt Germany | $ 25.00 | $ 25.00 | | | | $ 25.00 |
| | Totals | $ 82.13 | $ 25.00 | | $ - | $ 57.13 | $ 82.13 |

Protiviti Inc.
W. R. Grace & Co. Expense Tracking
Period Covered: November 2004

| Expense Detail | | | | Expense Category | | | |
|---|---|---|---|---|---|---|---|

Name: Kevin Strickler
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 16-Nov-04 | Breakfast at Gas Station in Worms, Germany for myself | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 17-Nov-04 | Breakfast at Gas Station in Worms, Germany for myself | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 18-Nov-04 | Breakfast at Gas Station in Worms, Germany for myself | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 18-Nov-04 | Dinner at Coffee shop in Heidelberg, Germany for myself | $ 12.00 | | | | $ 12.00 | $ 12.00 |
| 19-Nov-04 | Lodging at Marriot, Heidelberg, Germany 11/14 to 11/18 for myself | $ 1,003.00 | | $ 1,003.00 | | | $ 1,003.00 |
| 19-Nov-04 | Breakfast at Gas Station in Worms, Germany for myself | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 20-Nov-04 | Parking at BWI (one week) | $ 98.00 | | | $ 98.00 | | $ 98.00 |
| | Totals | $ 1,126.00 | $ - | $ 1,003.00 | $ 98.00 | $ 25.00 | $ 1,126.00 |

Name: John Martin
Level: Senior Consultant

| Date | Description of Expense | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|---|
| 1-Nov-04 | Airfare - Baltimore to Boston for Cambridge Sarbanes assessment | $ 239.60 | $ 239.60 | | | | $ 239.60 |
| 1-Nov-04 | Breakfast-Baltimore-self-airport café | $ 2.00 | | | | $ 2.00 | $ 2.00 |
| 1-Nov-04 | Excess mileage - airport dropoff | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| 2-Nov-04 | Breakfast-Boston-Hilton-self | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 3-Nov-04 | Lunch-Boston-Grace plant-self | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 4-Nov-04 | Breakfast-Boston-Hilton-self | $ 4.00 | | | | $ 4.00 | $ 4.00 |
| 4-Nov-04 | Lunch-Cambridge-Grace plant-self | $ 8.00 | | | | $ 8.00 | $ 8.00 |
| 5-Nov-04 | Lodging-Boston-4 nights-Cambridge SOA | $ 994.99 | | $ 994.99 | | | $ 994.99 |
| 5-Nov-04 | Breakfast-Boston-Hilton-self | $ 3.00 | | | | $ 3.00 | $ 3.00 |
| 5-Nov-04 | Lunch-Cambridge-Grace plant-self | $ 6.00 | | | | $ 6.00 | $ 6.00 |
| 5-Nov-04 | Excess mileage - airport dropoff | $ 30.00 | $ 30.00 | | | | $ 30.00 |
| | Totals | $ 1,329.59 | $ 299.60 | $ 994.99 | $ - | $ 35.00 | $ 1,329.59 |

| | Amount | Transportation | Lodging | Sundry | Business Meals/ Entertainment | Totals |
|---|---|---|---|---|---|---|
| Grand Totals | $ 3,319.22 | $ 1,106.10 | $ 1,997.99 | $ 98.00 | $ 117.13 | $ 3,319.22 |