## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **17th** day of **February, 2005**, a copy of the foregoing *Notice of Twenty-seventh Monthly Fee Application of PricewaterhouseCoopers LLP, Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses for the Month of December 2004* was served on the attached 2002 list by first class mail.

/s/ Kathleen M. Miller
Kathleen M. Miller

{MCM0449.DOC}                           4