## Attachment B To Fee Application
Summary of PwC's Fees By Professional
December 2004

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended December 31, 2004

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 27.7 | $ 22,215.40 |
| Doug Tanner | Audit Partner | 8 | 1310 | 0.3 | $ 393.00 |
| Robert Eydt | SEC Review Partner | 20+ | 1310 | 1.0 | $ 1,310.00 |
| Douglas Parker | Audit Senior Manager | 10+ | 615 | 4.9 | $ 3,013.50 |
| Bradley Leffler | Audit Senior Manager | 9 | 615 | 0.5 | $ 307.50 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 44.0 | $ 27,060.00 |
| Tom Kalinosky | Audit Specialist | 20+ | 782 | 22.0 | $ 17,204.00 |
| Sandra David | Audit Manager | 7 | 526 | 2.2 | $ 1,157.20 |
| Daniel J Shields | Audit Manager | 4 | 526 | 64.5 | $ 33,927.00 |
| Ryan Grady | Audit Senior Associate | 3 | 369 | 93.0 | $ 34,317.00 |
| Aimee Stickley | Audit Senior Associate | 3 | 332 | 0.3 | $ 99.60 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 47.0 | $ 15,604.00 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 119.0 | $ 39,508.00 |
| Michael McDonnell | Audit Associate | 2 | 251 | 9.5 | $ 2,384.50 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 66.9 | $ 16,791.90 |
| Lauren Misler | Audit Associate | <1 | 213 | 51.0 | $ 10,863.00 |
| Douglas Wright | Audit Associate | >2 | 251 | 6.0 | $ 1,506.00 |
| Katie E McDermott | Audit Associate | <1 | 213 | 18.0 | $ 3,834.00 |
| Erica Margolius | Audit Associate | <1 | 213 | 113.5 | $ 24,175.50 |
| Edrus Diane Sprouse | Office Staff | 4 | 119 | 0.2 | $ 23.80 |
| Elizabeth F Piepenbring | Office Staff | 5 | 119 | 2.0 | $ 238.00 |
| | TOTAL | | | 696.0 | $ 255,932.90 |

| | | |
|---|---|---|
| Total at Standard Rate | $ 255,932.90 | |
| 55% Accrual Rate Adjustment | $ (140,763.10) | |
| Total at 45% Accrual Rate | | $15,169.81 |
| Total Hours | | 693.5 |

Professional Profiles
WR Grace Time Tracking - Sarbanes
For the Month Ended December 31, 2004

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Peter Woolf | Partner | 25 | 823 | 10.0 | $ 8,230.00 |
| William Bishop | Audit Partner | 27 | 802 | 2.0 | $ 1,604.00 |
| John Newstead | Audit Senior Manager | 10+ | 689 | 57.0 | $ 39,273.00 |
| Tom Kalinosky | Audit Specialist/Director | 10+ | 782 | 5.0 | $ 3,910.00 |
| Mauren Driscoll | Audit Manager | 5 | 548 | 49.3 | $ 27,016.40 |
| Herman Schutte | Audit Manager | 4 | 526 | 67.5 | $ 35,505.00 |
| Maria Lopez | Tax Manager | 12 | 526 | 14.0 | $ 7,364.00 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 29.5 | $ 10,885.50 |
| Kinnari R Kateja | Audit Senior Associate | 3 | 332 | 145.0 | $ 48,140.00 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 74.5 | $ 27,490.50 |
| Douglas Wright | Audit Associate | >2 | 251 | 82.0 | $ 20,582.00 |
| Leisa Mitchell | Audit Associate | <1 | 213 | 1.0 | $ 213.00 |
| Olivia Spencer | SPA Associate | <1 | 241 | 97.0 | $ 23,377.00 |
| | | TOTAL | | 633.8 | $ 253,590.40 |

Total at Standard Rate $ 253,590.40
35% Accrual Rate Adjustmest $ (88,756.64)
Total at 65% Accrual Rate $164,833.76
Total Hours 633.8

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Total Cost of Time Tracking $ 11,282.00
Less 55% rate reduction $ (6,205.10)
Total Cost of Tracking Time Billed to Grace $ 5,076.90
Total Hours Spent Tracking Time 32.1

## Summary of PwC's Fees By Project Category:
## December 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 32.1 | $5,076.90 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,327.3 | $280,003.57 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,359.4 | $285,080.47 |

Expense Summary
December 2004

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $4,707.60 |
| Lodging | N/A | $2,304.04 |
| Sundry | N/A | $55.50 |
| Business Meals | N/A | $504.64 |
| TOTAL: | | $7,571.78 |