**EXHIBIT B**

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended December 31, 2004

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Maria J. Afuang | Audit | 12/2/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/3/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/6/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/7/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/8/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/9/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/10/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/12/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/13/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/14/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/15/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/16/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/17/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/20/04 | $ 9.50 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/21/04 | $ 9.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/22/04 | $ 9.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit | 12/23/04 | $ 9.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| Ryan Grady | Audit | 12/17/04 | $ 6.00 | | | | Mileage in Excess of Daily Commute (29 miles less 16 base *.375 x2) |
| | Audit | 12/17/04 | $ 13.88 | | | | Mileage in Excess of Daily Commute (37 miles * .375 x2) |
| | Audit | 12/16/04 | $ 13.88 | | | | Mileage in Excess of Daily Commute (37 miles * .375 x2) |
| | Audit | 12/16/04 | $ 6.00 | | | | Mileage in Excess of Daily Commute (29 miles less 16 base * .375 x2) |
| | Audit | 12/5/04 | | | | $ 4.75 | Overtime meal |
| | Audit | 12/7/04 | $ 6.00 | | | | Mileage in Excess of Daily Commute (29 miles less 16 base * .375 x2) |
| | Audit | 12/7/04 | $ 6.00 | | | | Mileage in Excess of Daily Commute (29 miles less 16 base * .375 x2) |
| | Audit | 12/3/04 | $ 55.00 | | | | Taxi ride from home to airport for Remedium trip |
| | Audit | 12/3/04 | $ 1+1.01 | | | | Rental car for trip t: Remedium |
| | Audit | 12/2/04 | | | | $ 91.25 | Dinner for audit (Self, T Kalinosky (PwC), M Obradovich (Grace)) |
| | Audit | 12/3/04 | | $ 270.76 | | | Hotel stay for Remedium visit (12/1 - 12/3) |
| | Audit | 12/3/04 | $ 72.00 | | | | Taxi ride to home from airport for Remedium trip |
| | Audit | 12/3/04 | $ 709.70 | | | | Airfare for Remedium trip (Memphis, TN) |
| Daniel Shields | Audit Manager | 12/1/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/2/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/3/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/6/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/7/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/8/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/9/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/13/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/14/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/15/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/16/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/17/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/20/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/21/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| | Audit Manager | 12/22/2004 | $ 30.00 | | | | Mileage in Excess of Daily Commute (40 miles * .375 x2) |
| Katie McDermott | Audit | 12/3/04 | $ 1.40 | | | | 20 mile drive to/from WR Grace warehouse x .36 per mile |
| William T. Bishop, Jr. | Audit | 12/1/04 | $ 760.70 | $ 136.33 | $ 30.00 | | Trip to Memphis to visit Remedium - Grace subsidary that manages environmental matters |
| Erica Margolius | Audit Associate | 12/1/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/1/2005 | $ 20.00 | | | | Parking at BWI Airport for Lake Charles inventory |
| | Audit Associate | 12/2/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/3/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/7/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/8/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/9/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/10/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/13/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/14/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/15/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/16/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/17/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/18/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/19/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/20/2005 | $ 11.63 | | | | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | Audit Associate | 12/17/2005 | | | $ 7.50 | | Stamps at the Post Office for Cash Confirmations |
| Hazim Ahmad | Senior Associate | 12/1/2004 | $ 196.70 | | | | Airline ticket I: Boston, MA |
| | Senior Associate | 12/2/2004 | $ 25.00 | | | | Travel arrangement fees |
| | Senior Associate | 12/6/2004 | $ 35.00 | | | | Taxi charges from home to airport |
| | Senior Associate | 12/6/2004 | $ 3.00 | | | | Toll fee while in Boston |
| | Senior Associate | 12/6/2004 | | | | $ 5.90 | Lunch while in Boston |
| | Senior Associate | 12/6/2004 | | | | $ 5.53 | Breakfast while in Boston |
| | Senior Associate | 12/6/2004 | | | | $ 100.00 | Group dinner while in Boston (Hazim Ahmad, Hermann Schultes, and Kinnan Kateja) |
| | Senior Associate | 12/7/2004 | | | | $ 3.65 | Breakfast while in Boston |
| | Senior Associate | 12/7/2004 | | | | $ 5.75 | Lunch while in Boston |
| | Senior Associate | 12/7/2004 | | | | $ 45.89 | Group dinner while in Boston (Hazim Ahmad and Kinnan Kateja) |
| | Senior Associate | 12/8/2004 | | | | $ 3.60 | Breakfast while in Boston |
| | Senior Associate | 12/8/2004 | | | | $ 5.00 | Lunch while in Boston |
| | Senior Associate | 12/8/2004 | | | | $ 60.00 | Group dinner while in Boston (Hazim Ahmad and Kinnan Kateja) |
| | Senior Associate | 12/9/2004 | | | | $ 3.30 | Breakfast while in Boston |
| | Senior Associate | 12/9/2004 | | | | $ 3.60 | Lunch while in Boston |
| | Senior Associate | 12/9/2004 | | | | $ 45.00 | Group dinner while in Boston (Hazim Ahmad and Kinnan Kateja) |
| | Senior Associate | 12/10/2004 | | | | $ 1.60 | Breakfast while in Boston |
| | Senior Associate | 12/10/2004 | | | | $ 31.22 | Group lunch while in Boston (Hazim Ahmad and Kinnan Kateja) |
| | Senior Associate | 12/10/2004 | $ 35.00 | | | | Taxi charges from airport to home |
| | Senior Associate | 12/10/2004 | $ 18.59 | | | | Gas (rental car) |
| | Senior Associate | 12/10/2004 | | $ 855.16 | | | Lodging (hotel charges) |
| | Senior Associate | 12/10/2004 | $ 267.55 | | | | Car rental charges |
| Kinnari Kateja | Sarbanes | 12/1/2004 | $ 20.120 | | | | Fuel expense |
| | Sarbanes | 12/1/2004 | $ 29.700 | | | | Air fare from Washington DC to Boston and back |
| | Sarbanes | 12/3/2004 | $ 60.000 | | | | American Express Service Charges for booking the flight tickets |
| | Sarbanes | 12/3/2004 | $ 19.220 | | | | Fuel expense |
| | Sarbanes | 12/6/2004 | $ 30.000 | | | | Taxi charges from home to the Airport to go to Boston |
| | Sarbanes | 12/10/2004 | | $ 715.600 | | | Lodging charges at Boston |
| | Sarbanes | 12/10/2004 | $ 30.000 | | | | Taxi charges from Airport to home on return from Boston |
| | Sarbanes | 12/15/2004 | $ 20.225 | | | | Fuel expense |
| | Sarbanes | 12/29/2004 | $ 20.120 | | | | Fuel expense |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Maged Zeidan | Sarbanes | 12/6/04 | $ 25.00 | | | | Fuel (Columbia MD) |
| | Sarbanes | 12/10/04 | $ 29.50 | | | | Fuel (Columbia MD) |
| | Sarbanes | 12/23/04 | $ 29.00 | | | | Fuel (Columbia MD) |
| Pam Reinhardt | Audit | 12/1/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/2/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/3/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/7/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/8/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/9/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/10/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/13/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/14/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/15/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/16/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/17/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/20/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/21/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/22/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | 12/23/04 | $ 9.00 | | | | Excess mileage to the client site (24 miles * .375 = $9.00) |
| Nicholas Stromann | Audit | 12/1/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/2/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/3/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/6/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/7/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/8/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/9/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/10/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/13/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | Audit | 12/14/04 | $ 7.50 | | | | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| Hermann Schutte | Sarbanes | 12/2/04 | | | | $ 63.34 | Manager/staff meal - Sarbanes Oxley 404 team (Wright, Kaleja, Zeidan, Ahmad and Schutte) |
| | Sarbanes | 12/3/04 | $ 39.00 | | | | Mileage in excess of normal commute (106-4 miles * $0.375/mile) |
| | Sarbanes | 12/3/04 | $ 141.70 | | | | Airfare Dulles to Boston (Cambridge) to Dulles |
| | Sarbanes | 12/7/04 | | $ 178.79 | | | Hotel Accommodation - Hilton, Boston |
| | Sarbanes | 12/7/04 | | | $ 18.00 | | Public Parking at Dulles Airport |
| | Sarbanes | 12/7/04 | $ 50.00 | | | | Taxi Fees in Boston (Grambridge Site visit testing) |
| | Sarbanes | 12/7/04 | $ 9.76 | | | | Mileage in excess of normal commute (30-4 miles * $0.375/mile) |
| | Sarbanes | 12/8/04 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 12/9/04 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 12/10/04 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 12/14/04 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | Sarbanes | 12/15/04 | $ 27.00 | | | | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| Driscoll | Sarbanes | 12/1/04 | $ 11.50 | | | | Tolls, roundtrip home to Grace |
| | Sarbanes | 12/1/04 | $ 99.00 | | | | Mileage, roundtrip home to Grace |
| | Sarbanes | 12/8/04 | | | | $ 6.20 | Lunch |
| | Sarbanes | 12/8/04 | | | | $ 9.22 | Dinner |
| | Sarbanes | 12/9/04 | $ 11.50 | | | | Tolls, roundtrip home to Grace |
| | Sarbanes | 12/9/04 | | | | $ 4.34 | Breakfast |
| | Sarbanes | 12/9/04 | | | | $ 5.50 | Lunch |
| | Sarbanes | 12/9/04 | | $ 147.40 | | | Courtyard hotel, Columbia |
| | Sarbanes | 12/9/04 | $ 99.00 | | | | Mileage, roundtrip home to Grace |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
|---|---|---|---|---|---|---|---|
| | | $ 7,571.78 | $ 4,707.60 | $ 2,304.04 | $ 55.50 | $ 504.64 | |

| | Date | Title | Expenses | Description |
|---|---|---|---|---|

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**For the Month Ended December 31, 2004**

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| Maria J. Afuang | 12/2/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/3/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/6/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/7/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/8/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/9/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/10/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/12/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/13/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/14/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/15/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/16/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/17/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/20/04 | Audit Senior Associate | $ 9.50 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/21/04 | Audit Senior Associate | $ 9.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/22/04 | Audit Senior Associate | $ 9.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/23/04 | Audit Senior Associate | $ 8.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | | | **$ 159.00** | |
| Ryan Grady | 12/17/04 | Senior Associate | $ 6.00 | Mileage in Excess of Daily Commute (29 miles less 16 base *.375 x2) |
| | 12/17/04 | | $ 13.88 | Mileage in Excess of Daily Commute (37 miles *.375 x2) |
| | 12/16/04 | | $ 13.88 | Mileage in Excess of Daily Commute (37 miles *.375 x2) |
| | 12/16/04 | | $ 6.00 | Mileage in Excess of Daily Commute (29 miles less 16 base *.375 x2) |
| | 12/8/04 | | $ 4.75 | Overtime meal |
| | 12/7/04 | | $ 6.00 | Mileage in Excess of Daily Commute (29 miles less 16 base *.375 x2) |
| | 12/7/04 | | $ 6.00 | Mileage in Excess of Daily Commute (29 miles less 16 base *.375 x2) |
| | 12/3/04 | | $ 55.00 | Taxi ride from home to airport for Remedium trip |
| | 12/3/04 | | $ 141.01 | Rental car for trip to Remedium |
| | 12/2/04 | | $ 81.25 | Dinner for audit (Self, T Kalinasky (PwC), M Obradovich (Grace)) |
| | 12/3/04 | | $ 270.76 | Hotel stay for Remedium visit (12/1 - 12/3) |
| | 12/3/04 | | $ 72.00 | Taxi ride to home from airport for Remedium trip |
| | 12/3/04 | | $ 700.70 | Airfare for Remedium trip (Memphis, TN) |
| | | | **$ 1,396.23** | |
| Daniel Shields | 12/1/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/2/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/3/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/6/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/7/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/8/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/9/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/13/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/14/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/15/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/16/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/17/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/20/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/21/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | 12/22/2004 | Audit Manager | $ 30.00 | Mileage in Excess of Daily Commute (40 miles *.375 x2) |
| | | | **$ 450.00** | |
| Katie McDermott | 12/3/04 | Audit Associate | $ 14.40 | 20 mile drive to/from WR Grace warehouse x .36 per mile |
| | | | **$ 14.40** | |
| William T. Bishop, Jr. | 12/1/04 | Audit Partner | $ 760.70 | Trip to Memphis to visit Remedium - Grace subsidiary that manages environmental matters |
| | | | $ 136.33 | Trip to Memphis to visit Remedium - Grace subsidiary that manages environmental matters |
| | | | $ 30.00 | Trip to Memphis to visit Remedium - Grace subsidiary that manages environmental matters |
| | | | **$ 927.03** | |
| Erica Margolius | 12/1/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/1/2005 | Audit Associate | $ 20.00 | Parking at BWI Airport for Lake Charles inventory |
| | 12/2/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/3/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/7/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/8/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/9/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/10/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/13/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/14/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/15/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/16/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/17/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/18/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/19/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/20/2005 | Audit Associate | $ 11.63 | Mileage in excess of normal commute (60.4-29.4 miles * $.375/mile) |
| | 12/17/2005 | Audit Associate | $ 7.50 | Stamps at the Post Office for Cash Confirmations |
| | | | **$ 201.95** | |

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|

**Hazim Ahmad**

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| | 12/1/2004 | Senior Associate | $ | 196.70 | Airline ticket to Boston, MA |
| | 12/2/2004 | Senior Associate | $ | 25.00 | Travel arrangement fees |
| | 12/6/2004 | Senior Associate | $ | 35.00 | Taxi charges from home to airport |
| | 12/6/2004 | Senior Associate | $ | 3.00 | Toll fee while in Boston |
| | 12/6/2004 | Senior Associate | $ | 5.90 | Lunch while in Boston |
| | 12/6/2004 | Senior Associate | $ | 5.53 | Breakfast while in Boston |
| | 12/6/2004 | Senior Associate | $ | 100.00 | Group dinner while in Boston (Hazim Ahmad, Hermann Schuttee, and Kinnari Kateja) |
| | 12/7/2004 | Senior Associate | $ | 3.65 | Breakfast while in Boston |
| | 12/7/2004 | Senior Associate | $ | 5.75 | Lunch while in Boston |
| | 12/7/2004 | Senior Associate | $ | 45.89 | Group dinner while in Boston (Hazim Ahmad and Kinnari Kateja) |
| | 12/8/2004 | Senior Associate | $ | 3.60 | Breakfast while in Boston |
| | 12/8/2004 | Senior Associate | $ | 5.00 | Lunch while in Boston |
| | 12/8/2004 | Senior Associate | $ | 60.00 | Group dinner while in Boston (Hazim Ahmad and Kinnari Kateja) |
| | 12/9/2004 | Senior Associate | $ | 3.30 | Breakfast while in Boston |
| | 12/9/2004 | Senior Associate | $ | 3.60 | Lunch while in Boston |
| | 12/9/2004 | Senior Associate | $ | 45.00 | Group dinner while in Boston (Hazim Ahmad and Kinnari Kateja) |
| | 12/10/2004 | Senior Associate | $ | 1.60 | Breakfast while in Boston |
| | 12/10/2004 | Senior Associate | $ | 31.22 | Group lunch while in Boston (Hazim Ahmad and Kinnari Kateja) |
| | 12/10/2004 | Senior Associate | $ | 35.00 | Taxi charges from airport to home |
| | 12/10/2004 | Senior Associate | $ | 18.59 | Gas (rental car) |
| | 12/10/2004 | Senior Associate | $ | 855.16 | Lodging (hotel charges) |
| | 12/10/2004 | Senior Associate | $ | 257.95 | Car rental charges |
| | | | $ | 1,746.44 | |

**Kinnari Kateja**

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| | 12/1/2004 | Sarbanes | | 20.120 | Fuel expense |
| | 12/1/2004 | Sarbanes | | 429.700 | Air fare from Washington DC to Boston and back |
| | 12/3/2004 | Sarbanes | | 60.000 | American Express Service Charges for booking the flight tickets |
| | 12/3/2004 | Sarbanes | | 19.220 | Fuel expense |
| | 12/6/2004 | Sarbanes | | 30.000 | Taxi charges from home to the Airport to go to Boston |
| | 12/10/2004 | Sarbanes | | 715.600 | Lodging charges at Boston |
| | 12/10/2004 | Sarbanes | | 30.000 | Taxi charges from Airport to home on return from Boston |
| | 12/15/2004 | Sarbanes | | 20.220 | Fuel expense |
| | 12/29/2004 | Sarbanes | | 20.120 | Fuel expense |
| | | | $ | 1,344.98 | |

**Maged Zeidan**

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| | 12/6/04 | Sarbanes | $ | 25.00 | Fuel (Colombia MD) |
| | 12/10/04 | Sarbanes | $ | 29.50 | Fuel (Colombia MD) |
| | 12/23/04 | Sarbanes | $ | 29.00 | Fuel (Colombia MD) |
| | | | $ | 83.50 | |

**Pam Reinhardt**

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| | 12/1/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/2/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/3/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/7/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/8/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/9/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/10/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/13/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/14/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/15/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/16/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/17/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/20/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/21/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/22/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | 12/23/04 | Audit Senior Associate | $ | 9.00 | Excess mileage to the client site (24 miles * .375 = $9.00) |
| | | | $ | 144.00 | |

**Nicholas Stromann**

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| | 12/1/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/2/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/3/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/6/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/7/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/8/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/9/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/10/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/13/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | 12/14/04 | Audit | $ | 7.50 | Mileage in excess of normal commute (48 miles - 28 miles) * $0.375/mile |
| | | | $ | 75.00 | |

**Hermann Schutte**

| | Date | Title | | Expenses | Description |
|---|---|---|---|---|---|
| | 12/2/04 | Sarbanes | $ | 63.34 | Manager/staff meal - Sarbanes Oxley 404 team (Wright, Kateja, Zeidan, Ahmad and Schutte) |
| | 12/3/04 | Sarbanes | $ | 39.00 | Mileage in excess of normal commute (108-4 miles * $0.375/mile) |
| | 12/3/05 | Sarbanes | $ | 141.70 | Airfare Dulles to Boston (Cambridge) to Dulles |
| | 12/7/04 | Sarbanes | $ | 176.79 | Hotel Accommodation - Hilton, Boston |
| | 12/7/04 | Sarbanes | $ | 18.00 | Public Parking at Dulles Airport |
| | 12/7/04 | Sarbanes | $ | 50.00 | Taxi Fees in Boston (Grambridge Site visit testing) |
| | 12/7/04 | Sarbanes | $ | 9.76 | Mileage in excess of normal commute (30-4 miles * $0.375/mile) |
| | 12/8/04 | Sarbanes | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 12/9/04 | Sarbanes | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 12/10/04 | Sarbanes | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 12/14/04 | Sarbanes | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | 12/15/04 | Sarbanes | $ | 27.00 | Mileage in excess of normal commute (76-4 miles * $0.375/mile) |
| | | | $ | 835.59 | |

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| Driscoll | 12/1/04 | Sarbanes | $ | 11.50 | Tolls, roundtrip home to Grace |
| | 12/1/04 | Sarbanes | $ | 99.00 | Mileage, roundtrip home to Grace |
| | 12/8/04 | Sarbanes | $ | 6.20 | Lunch |
| | 12/8/04 | Sarbanes | $ | 9.22 | Dinner |
| | 12/9/04 | Sarbanes | $ | 11.50 | Tolls, roundtrip home to Grace |
| | 12/9/04 | Sarbanes | $ | 4.34 | Breakfast |
| | 12/9/04 | Sarbanes | $ | 5.50 | Lunch |
| | 12/9/04 | Sarbanes | $ | 147.40 | Courtyard hotel, Columbia |
| | 12/9/04 | Sarbanes | $ | 99.00 | Mileage, roundtrip home to Grace |
| | | | $ | 393.66 | |
| | | Total expenses for mont | $ | 7,571.78 | |
| | | | $ | - | |