**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT<br>
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et. al. | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors | : | (Jointly Administered) |

ORDER APPROVING FIFTEENTH QUARTERLY
FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS
AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>

Upon consideration of the Fifteenth Quarterly Fee Application of PricewaterhouseCoopers LLP ("PwC"), Auditors and Tax Consultants for Debtors, for Allowance of Compensation and Reimbursement of Expenses, incurred during the interim period October 1, 2004 through December 31, 2004, dated February 14, 2005 (the "Application"); and upon the Certification of William Bishop in support of the Application; and upon a hearing having been held before this Court to consider the Fifteenth Quarterly Fee Application on June 27, 2005; and upon notice having been given pursuant to Bankruptcy Rule 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto, and sufficient cause having been shown therefor, it is hereby:

ORDERED that the Fifteenth Fee Application are approved, and it is further

ORDERED that the compensation for services rendered in the amount of $859,972.24 (plus $14,350.77 for preparing the related fee applications) and reimbursement of expenses incurred in the amount of $31,689.29 is hereby granted to PwC.

Dated: _____, 2004

_____
United States Bankruptcy Judge