**EXHIBIT B**

## Summary of PwC's Fees By Individual:
## Fifteenth Interim Quarterly Reporting Period
## October 1, 2004 thru December 31, 2004

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 91.0 | 25,184.3 |
| William Choi | Audit Manager | 6 | 526 | 68.6 | 16,237.6 |
| William Bishop | Audit Partner | 27 | 802 | 71.8 | 26,233.4 |
| Tom Kalinosky | Audit Specialist/Director | 10+ | 782 | 47.5 | 19,139.5 |
| Su-Hua Chao | Audit Associate | 5+ | 292 | 85.0 | 11,169.0 |
| Sandra David | Audit Manager | 7 | 526 | 48.0 | 11,361.6 |
| Ryan Grady | Audit Senior Associate | 3 | 369 | 281.3 | 46,709.9 |
| Robert Eydt | SEC Review Partner | 20+ | 1310 | 2.0 | 1,179.0 |
| Peter Woolf | Tax Partner | 25 | 823 | 20.0 | 8,958.5 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 257.4 | 38,455.6 |
| Olivia Spencer | SPA Associate | <1 | 241 | 97.0 | 15,195.1 |
| Nina Govic | Audit Senior Associate | 4 | 369 | 1.0 | 166.1 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 288.2 | 32,552.2 |
| Michael Sadowski | Advisory Senior Associate | 3+ | 440 | 4.5 | 1,287.0 |
| Michael McDonnell | Audit Associate | 2 | 251 | 122.5 | 13,836.4 |
| Mauren Driscoll | Audit Manager | 5 | 548 | 105.1 | 37,436.6 |
| Martin Pretorius | SPA Senior Associate | 5 | 449 | 48.0 | 14,008.8 |
| Maria Lopez | Tax Manager | 12 | 526 | 14.0 | 4,786.6 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 186.8 | 27,907.9 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 198.0 | 47,490.3 |
| Leisa Mitchell | Audit Associate | <1 | 213 | 1.0 | 138.5 |
| Lauren Misler | Audit Associate | <1 | 213 | 303.5 | 29,090.48 |
| Kinnari R Kateja | Audit Senior Associate | 3 | 332 | 263.0 | 56,755.4 |
| Kevin Sacco | SPA Associate | >1 | 241 | 4.5 | 704.9 |
| Katie E McDermott | Audit Associate | <1 | 213 | 18.0 | 1,725.3 |
| Joseph Daniel Meenan | Audit Associate | 1 | 301 | 136.5 | 26,706.2 |
| John Newstead | Audit Senior Manager | 10+ | 689 | | 82,941.8 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | 185.2 |  |
| Jennifer Rowden | Audit Associate | <1 | 213 | 9.0 | 862.7 |
| Herman Schutte | Audit Manager | 4 | 526 | 329.3 | 112,587.7 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 118.0 | 28,302.3 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 74.5 | 17,868.8 |
| Erica Margolius | Audit Associate | <1 | 213 | 362.4 | 34,736.0 |
| Elizabeth F Piepenbring | Office Staff | 5 | 119 | 2.0 | 107.1 |
| Edrus Diane Sprouse | Office Staff | 4 | 119 | 0.2 | 10.7 |
| Douglas Wright | Audit Associate | >2 | 251 | 229.9 | 37,207.0 |
| Douglas Parker | Audit Senior Manager | 10+ | 615 | 5.5 | 1,522.1 |
| Doug Tanner | Audit Partner | 8 | 1310 | 0.3 | 176.9 |
| Dipesh Parmar | Audit Associate | 1 | 251 | 7.5 | 847.1 |
| Daniel Shields | Audit Manager | 4 | 526 | 74.0 | 17,618.4 |
| Bradley Leffler | Audit Senior Manager | 9 | 615 | 0.5 | 138.4 |
| Bianca Rodriguez | Audit Associate | <1 | 213 | 84.1 | 8,061.0 |
| Amanda Williams | Audit Associate | <1 | 213 | 7.0 | 671.0 |
| Aimee Stickley | Audit Senior Associate | 3 | 332 | 12.7 | 1,897.4 |
| Totals |  |  |  | 4,266.3 | $ 859,972.24 |

Summary of PwC's Fees By Project Category:
Fifteenth Interim Quarterly Reporting Period
October 1, 2004 thru December 31, 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 94.8 | $14,350.77 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 4,266.3 | $859,972.24 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 4,361.1 | $872,323.01 |

**EXHIBIT C**

PricewaterhouseCoopers LLP
Summary of Expenses
Fifteenth Interim Reporting Period
October 1, 2004 thru December 31, 2004

| Type of Expense | |
|---|---|
| Transportation | $23,642.35 |
| Lodging | $6,091.31 |
| Sundry | $139.11 |
| Business Meals | $1,816.52 |
| Grand Total for the Fee Period October 1, 2004 through December 31, 2004 | $31,689.29 |