IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO FIRST MONTHLY APPLICATION OF LEXECON, CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**
**[RE: DOCKET NO. 7629]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the First Monthly Application (the "Application") for Compensation of Lexecon,, Consultants to the Official Committee of Equity Holders, filed on January 26, 2005 [Docket No.7629]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on February 15, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

59250v1

are authorized to pay Lexecon $25,035.74 which represents 80% of the fees ($31,294.67) and $3,056.06, which represents 100% of the expenses, for an aggregate amount of $28,091.80, requested in the Application for the period November 1, 2004 through November 30, 2004, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                        KLETT ROONEY LIEBER & SCHORLING
                        A Professional Corporation

                        By:  /s/ Rhonda Thomas
                                Teresa K. D. Currier (No. 3080)
                                Rhonda L. Thomas (No. 4053)
                                1000 West Street, Suite 1410
                                Wilmington, DE  19801
                                (302) 552-4200

                                -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: February 16, 2005

2
WLM #59666 V1 - WR GRACE-CNO RE: NOVEMBER 2004 FEE APP OF LEXECON