# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | October | November | December | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | TOTAL HOURS BILLED | | | |
| Lund, Kenneth | Partner | $ 395.00 | 7.1 | 0 | 0 | $ 2,804.50 |
| Lund, Kenneth | Partner | $ 415.00 | 0 | 0 | 16.5 | $ 6,847.50 |
| Brown, Linnea | Partner | $ 425.00 | 0 | 0 | 1.2 | $ 510.00 |
| Neitzel, Charlotte | Partner | $ 350.00 | 7.3 | 13.9 | 0 | $ 7,420.00 |
| Neitzel, Charlotte | Partner | $ 375.00 | 0 | 0 | 1.1 | $ 412.50 |
| Tracy, Brent | Associate | $ 240.00 | 0 | 3.2 | 0 | $ 768.00 |
| Tracy, Brent | Associate | $ 250.00 | 0 | 0 | 0.5 | $ 125.00 |
| Coggon, Katheryn | Special Counsel | $ 280.00 | 1.3 | 2.8 | 0 | $ 1,148.00 |
| Latuda, Carla | Paralegal | $ 125.00 | 9.6 | 14 | 0 | $ 2,950.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 0 | 0 | 61 | $ 7,930.00 |
| Sherman, Joan | Paralegal | $ 150.00 | 0 | 10.9 | 0 | $ 1,635.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 0 | 0 | 2.4 | $ 384.00 |
| | | | | | | |
| TOTAL | | | 25.3 | 44.8 | 82.7 | $ 32,934.50 |

**Libby, Montana Asbestos Litigation - 00300**

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ 6.90 | $ 314.55 | $ 321.60 | $ 643.05 |
| Facsimilies | $ 2.00 | $ 47.00 | $ - | $ 49.00 |
| Long Distance Telephone | $ - | $ 1.00 | $ - | $ 1.00 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 203.36 | $ - | $ 203.36 | $ 406.72 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ 120.33 | $ 23.65 | $ 234.73 | $ 378.71 |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ 6.50 | $ 6.50 |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ 2.95 | $ 2.95 |
| | | | | $ - |
| TOTAL | $ 332.59 | $ 386.20 | $ 769.14 | $ 1,487.93 |

Holme Roberts & Owen LLP

November 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 684728 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/01/04 | KJC | Telephone conference with M. Joy re Libby cleanup cost estimate (0.20). | 0.20 | $ 56.00 |
| 10/11/04 | CLN | Conference with Dori Kuchinsky re documents requested for Libby track; coordinate with KJCoggon re request from Dori Kuchinsky. | 1.00 | 350.00 |
| 10/11/04 | KJC | Conference with CLNeitzel re historical document searches in response to D. Kuchinsky request. | 0.40 | 112.00 |
| 10/14/04 | KJC | Telephone conference with C. Evans re Berget property (0.30); email re same (0.10). | 0.40 | 112.00 |
| 10/20/04 | CLN | Identify documents re high school tracks in response to request by Dori Kuchinsky. | 6.30 | 2,205.00 |
| 10/20/04 | MCL | Assist CLNeitzel in locating documents re tracks. | 3.30 | 412.50 |
| 10/21/04 | MCL | Assist CLNeitzel in locating information re documents. | 0.30 | 37.50 |
| 10/22/04 | MCL | Locate and provide documents for Richard Finke and Eric Moeller pursuant to request. | 3.50 | 437.50 |
| 10/26/04 | KJC | Review and respond to correspondence re Berget buildings. | 0.30 | 84.00 |
| 10/27/04 | MCL | Telephone conference with Matt Murphy of Casner & Edwards re locating documents for Richard Finke and Will Sparks; research Libby Historical database to locate same; draft letter transmitting same. | 2.50 | 312.50 |
| 10/29/04 | KWL | Telephone conference with Bill Corcoran re Libby investigation issues (.30 hours - no charge); review Access case pleadings (2.10). | 2.10 | 829.50 |

Holme Roberts & Owen LLP

November 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 684728 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 10/30/04 | KWL | Review history of settlement negotiations with EPA (1.90); review Kootenai Development Corporation files re property transfer and environmental issues (3.10). | 5.00 | 1,975.00 |

**Total Fees Through October 31, 2004:**  25.30  $  **6,923.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| KWL | Kenneth W. Lund | Partner | $ 395.00 | 7.10 | $ | 2,804.50 |
| CLN | Charlotte L. Neitzel | Partner | 350.00 | 7.30 | | 2,555.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 1.30 | | 364.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 9.60 | | 1,200.00 |

**Total Fees:**  25.30  $  **6,923.50**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 09/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-638-32923; DATE: 9/17/2004  -  Courier, Acct. 0802-0410-8. 09-08; Robert Emmett Columbia, Md | $   15.67 |
| 09/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-638-32923; DATE: 9/17/2004  -  Courier, Acct. 0802-0410-8. 09-13; Dori Kuchinsky Columbia, Md | 25.30 |
| 09/24/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-638-93540; DATE: 9/24/2004  -  Courier, Acct. 0802-0410-8. 09-15; Richard Senftleben Boca Raton, Fl | 23.44 |
| 09/25/04 | | Other Expense: IRON MOUNTAIN RECORDS Iron Mountain Invoice P120463 Document Storage August 2004 | 203.36 |

Holme Roberts & Owen LLP

November 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 684728 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004  -  Courier, Acct. 0802-0410-8. 09-28; Dori Anne Kuchinsky Leesburg, Va | 27.17 |
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004  -  Courier, Acct. 0802-0410-8. 09-28; Bertram Price White Plains, NY | 28.75 |
| 10/26/04 | 2 | Facsimile | 2.00 |
| 10/27/04 | 46 | Photocopy | 6.90 |

**Total Disbursements:** $ **332.59**

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 6.90 |
| Facsimile | | 2.00 |
| Federal Express | | 120.33 |
| Other Expense | | 203.36 |

**Total Disbursements:** $ **332.59**

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $ *219.96* |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 687698 |
| Client   No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 11/01/04 | MCL | Research Libby databases to locate documents for SCHaraldson. | 0.50 | $    62.50 |
| 11/05/04 | BAT | Telephone conference with Tyler Mace re subpoena issues (0.2); retrieve requested information and draft cover letter re same (0.8); review and respond to email from Matthew Murphy re subpoena issues (0.3). | 1.30 | 312.00 |
| 11/08/04 | MCL | Telephone conference and exchange e-mails with Matthew Murphy of Casner & Edwards re availability of copy Administrative Record and indices (.90 hours); telephone conference with KJCoggon re same (.30 hours); research Libby databases to locate same (3.80 hours). | 5.00 | 625.00 |
| 11/09/04 | MCL | Research database to locate documents pursuant to Tyler Mace's request (2.10 hours); draft letters transmitting same (.40 hours). | 2.50 | 312.50 |
| 11/10/04 | MCL | Read and respond to e-mails re Libby documents. | 0.50 | 62.50 |
| 11/11/04 | MCL | Research database re issues concerning Administrative Record CDs (1.10 hours); research database to locate information pursuant to Matthew Murphy's request (.40 hours). | 1.50 | 187.50 |
| 11/12/04 | CLN | Respond to messages from Dori Kuchinsky re request for 104(e). | 0.30 | 105.00 |
| 11/12/04 | MCL | Research databases to locate documents for Dori Kuchinsky (.70 hours); telephone conference with Matthew Murphy re documents for Jay Hughes (.30 hours); research databases to locate same (3.0 hours). | 4.00 | 500.00 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 687698 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/04 | KJC | Review and respond to correspondence re Universal Land property in Libby. | 0.20 | 56.00 |
| 11/14/04 | KJC | Review and respond to email re document request for Jay Hughes. | 0.20 | 56.00 |
| 11/15/04 | CLN | Conference with Dori Kuchinsky re identifying document to send her. | 0.80 | 280.00 |
| 11/15/04 | KJC | Telephone conference with Robert Emmett re Universal Land property in Libby. | 0.40 | 112.00 |
| 11/15/04 | BAT | Address document issues related to subpoena. | 1.10 | 264.00 |
| 11/15/04 | JLS | Database research re documents for Matthew Murphy (3.00); telephone conferences with BATracy and MCLatuda re same (.40). | 3.40 | 510.00 |
| 11/16/04 | BAT | Address document issues related to subpoena. | 0.80 | 192.00 |
| 11/16/04 | JLS | Database research re documents for Matthew Murphy (2.3); telephone conferences with BATracy re same (0.40). | 2.70 | 405.00 |
| 11/17/04 | CLN | Review Tyler Mace's e-mail (.20); review and compile documents in response to request by Tyler Mace (1.30). | 1.50 | 525.00 |
| 11/17/04 | JLS | Conferences with CLNeitzel and SCHaraldson re documents requested by Kirkland & Ellis (.20); database research re same (.60). | 0.80 | 120.00 |
| 11/18/04 | CLN | Work on response to Tyler Mace's requests for documents. | 5.80 | 2,030.00 |
| 11/18/04 | JLS | Database research for CLNeitzel re document requests from Kirkland and Ellis (1.10); telephone conferences with CLNeitzel and SCHaraldson re same (0.40); telephone conferences with Matthew Murphy re Grace union records and database research re same (0.60). | 2.10 | 315.00 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 687698 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/21/04 | CLN | Review Libby documents to identify documents to send to Tyler Mace in response to his e-mail. | 3.80 | 1,330.00 |
| 11/22/04 | CLN | Telephone conference with Tyler Mace re documents requested (.30); conference with JLSherman re Tyler Mace's question (.30); transmit information to Tyler Mace (.40). | 1.00 | 350.00 |
| 11/23/04 | CLN | Telephone conference with Tyler Mace, KJCoggon, and JLSherman re 104(e) production. | 0.70 | 245.00 |
| 11/23/04 | KJC | Telephone conference with Tyler Mace, CLNeitzel, and JLSherman re subpoena response options and follow up re same. | 0.70 | 196.00 |
| 11/23/04 | JLS | Telephone conference with CLNeitzel, KJCoggon and Tyler Mace re 104(e) production. | 0.70 | 105.00 |
| 11/29/04 | KJC | Telephone conferences with Robert Emmett and Ren Lapidario re interest rate calculation and follow up re same. | 1.30 | 364.00 |
| 11/29/04 | JLS | Read and respond to e-mails re Eschenbach deposition exhibits (0.30); database research re same (0.90). | 1.20 | 180.00 |

**Total Fees Through November 30, 2004:**   44.80   $   9,802.00

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| CLN | Charlotte L. Neitzel | Partner | $ 350.00 | 13.90 | $   4,865.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 280.00 | 2.80 | 784.00 |
| BAT | Brent A. Tracy | Associate | 240.00 | 3.20 | 768.00 |
| JLS | Joan L. Sherman | Paralegal | 150.00 | 10.90 | 1,635.00 |
| MCL | Carla M. Latuda | Paralegal | 125.00 | 14.00 | 1,750.00 |

**Total Fees:**   44.80   $   9,802.00

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 687698 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|

**\*Please note that some individual timekeeper hourly rates will increase effective December 1, 2004**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/01/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-822-32903; DATE: 11/1/2004  -  Courier, Acct. 0802-0410-8. 10-20; Dori Anne Kuchinsky Leesburg, Va | $ | 23.65 |
| 11/09/04 | 1,793 | Photocopy | | 268.95 |
| 11/12/04 | 17 | Facsimile | | 17.00 |
| 11/12/04 | 30 | Facsimile | | 30.00 |
| 11/12/04 | 29 | Photocopy | | 4.35 |
| 11/17/04 | 27 | Photocopy | | 4.05 |
| 11/18/04 | | Long Distance Telephone: 6174265900, 11 Mins., TranTime:09:47 | | 1.00 |
| 11/18/04 | 27 | Photocopy | | 4.05 |
| 11/18/04 | 26 | Photocopy | | 3.90 |
| 11/18/04 | 125 | Photocopy | | 18.75 |
| 11/18/04 | 46 | Photocopy | | 6.90 |
| 11/18/04 | 22 | Photocopy | | 3.30 |
| 11/29/04 | 2 | Photocopy | | 0.30 |
| | | **Total Disbursements:** | $ | **386.20** |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 687698 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 314.55 |
| Facsimile | | 47.00 |
| Long Distance Telephone | | 1.00 |
| Federal Express | | 23.65 |
| **Total Disbursements:** | **$** | **386.20** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$    219.96* |
| 667181 | 05/17/04 | Bill | 568.45 |
| | 09/28/04 | Cash Receipt | -507.07 |
| | *Outstanding Balance on Invoice 667181:* | | *$    61.38* |
| 671980 | 07/09/04 | Bill | 2,748.36 |
| | 11/16/04 | Cash Receipt | -2,241.26 |
| | *Outstanding Balance on Invoice 671980:* | | *$    507.10* |
| 674800 | 08/12/04 | Bill | 765.34 |
| | *Outstanding Balance on Invoice 674800:* | | *$    765.34* |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 689801 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/07/04 | BAT | Telephone conference with MCLatuda re subpoena issues (.20); review and respond to email from Matt Murphy forwarded by MCLatuda (.30). | 0.50 | $   125.00 |
| 12/09/04 | CLN | Review Kirkland & Ellis request for documents. | 0.30 | 112.50 |
| 12/09/04 | MCL | Research databases to locate historical documents for Christopher Chiou of Kirkland & Ellis pursuant to his email request. | 2.50 | 325.00 |
| 12/10/04 | KWL | Telephone conference with Rick Sentfleben re federal indictment issues (.20); telephone conference with Tyler Mace (Kirkland & Ellis) re same (1.00); conference with LBrown re Libby health risk issues (.50). | 1.70 | 705.50 |
| 12/10/04 | CLN | Coordinate with MCLatuda re obtaining documents requested by Kirkland & Ellis. | 0.30 | 112.50 |
| 12/10/04 | MCL | Research databases to locate historical documents for Christopher Chiou of Kirkland & Ellis pursuant to his email request (7.50). | 7.50 | 975.00 |
| 12/11/04 | KWL | Review deposition testimony in Parker personal injury case (2.00). | 2.00 | 830.00 |
| 12/13/04 | MCL | Research databases to locate historical documents for Christopher Chiou pursuant to his email request (2.00); research case files to locate documents for KWLund (4.50). | 6.50 | 845.00 |
| 12/14/04 | LB | Email exchange with Tyler Mace re criminal issue. | 0.10 | 42.50 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 7 |
| Invoice No.: | 689801 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/14/04 | KWL | Review documents and pleadings in response to request from Kirkland & Ellis (3.00); telephone conferences with Tyler Mace and Richard Sentfleben re same (.40); conferences with MCLatuda re same (.60). | 4.00 | 1,660.00 |
| 12/14/04 | MCL | Research databases to locate historical documents for Christopher Chiou of Kirkland & Ellis pursuant to his email request (6.50); draft letter to Christopher Chiou re same (1.00). | 7.50 | 975.00 |
| 12/15/04 | KWL | Review documents and pleadings in response to request from Kirkland & Ellis (3.10); telephone conferences with Tyler Mace and Richard Sentfleben re same (.30); conferences with LBrown re same (.60). | 4.00 | 1,660.00 |
| 12/16/04 | LB | Telephone conference with Tyler Mace (.20); review draft indictment (.90). | 1.10 | 467.50 |
| 12/16/04 | KWL | Review draft Kirkland & Ellis response to DOJ draft indictment. | 2.00 | 830.00 |
| 12/16/04 | CLN | Conference with Dori Kuchinsky (.20); identify documents to send to Tyler Mace (.30). | 0.50 | 187.50 |
| 12/16/04 | MCL | Research database to locate documents for Tyler Mace pursuant to KWLund's request (1.50); review documents in database to reconstruct chronology of document production to EPA (6.00). | 7.50 | 975.00 |
| 12/17/04 | JLS | Telephone conferences with LBrown re upcoming hearing (.20); database research for documents for same (.70). | 0.90 | 144.00 |
| 12/20/04 | MCL | Research database to locate documents re Screening Plant purchase pursuant to LBrown's request (1.50); draft memo re same (1.50); exchange emails with KWLund and JDMcCarthy re same (.50); exchange emails re locating discovery responses for Kirkland & Ellis (.50). | 4.00 | 520.00 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 8 |
| Invoice No.: | | 689801 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 12/21/04 | MCL | Research databases to locate documents for Kirkland & Ellis pursuant to KWLund's request (4.00). | 4.00 | 520.00 |
| 12/22/04 | KWL | Telephone conference with Tyler Mace and LBrown re response to draft indictment (.50); review 104(e) correspondence re same (1.20); review EPA response to FOIA request re Parker property (1.10). | 2.80 | 1,162.00 |
| 12/22/04 | MCL | Research databases to locate documents for Tyler Mace and Matthew Murphy (2.00); research databases and Cost Recovery trial documents to locate information re Weis for LBrown (4.00). | 6.00 | 780.00 |
| 12/23/04 | MCL | Research database and work files to locate information re production of documents to EPA in response to 104(e) requests. | 2.50 | 325.00 |
| 12/23/04 | JLS | Telephone conferences with MCLatuda re production chronology (0.70) | 0.70 | 112.00 |
| 12/28/04 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request (7.50). | 7.50 | 975.00 |
| 12/28/04 | JLS | Telephone conferences with MCLatuda re production chronology (0.40); review and respond to emails re same (0.40). | 0.80 | 128.00 |
| 12/29/04 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request. | 5.00 | 650.00 |
| 12/30/04 | MCL | Conference with KWLund re 104(e) response document production chronology. | 0.50 | 65.00 |

**Total Fees Through December 31, 2004:**    82.70   **$   16,209.00**

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 9 |
| Invoice No.: | | 689801 |
| Client  No.: | | 04339 |
| Matter  No.: | | 00300 |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---:|---:|---:|
| LB | Linnea Brown | Partner | $ 425.00 | 1.20 | $ 510.00 |
| KWL | Kenneth W. Lund | Partner | 415.00 | 16.50 | 6,847.50 |
| CLN | Charlotte L. Neitzel | Partner | 375.00 | 1.10 | 412.50 |
| BAT | Brent A. Tracy | Associate | 250.00 | 0.50 | 125.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 2.40 | 384.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 61.00 | 7,930.00 |
| | | **Total Fees:** | | 82.70 | $ 16,209.00 |

**\*Please note that some individual timekeeper hourly rates have increased effective December 1, 2004**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---:|
| 11/05/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-833-83185; DATE: 11/5/2004  -  Courier, Acct. 0802-0410-8. 10-27; Richard Finke Columbia, Md | $ | 9.61 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004  -  Courier, Acct. 0802-0410-8. 11-05; Tyler Mace Washington, DC | | 22.25 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004  -  Courier, Acct. 0802-0410-8. 11-09; Matthew Murphy Boston, Ma | | 23.98 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004  -  Courier, Acct. 0802-0410-8. 11-09; Tyler Mace Washington, DC | | 20.15 |
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004  -  Courier, Acct. 0802-0410-8. 11-09; Richard Finke Columbia, Md | | 23.98 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 689801 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004 - Courier, Acct. 0802-0410-8. 11-09; Richard Senftleben Boca Raton, Fl | 23.98 |
| 11/19/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-857-85185; DATE: 11/19/2004 - Courier, Acct. 0802-0410-8. 11-12; Dori Anne Kuchinsky Leesburg, Va | 9.75 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-15; Dori Anne Kuchinsky Leesburg, Va | 9.75 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-18; Tyler Mace Washington, DC | 20.15 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-22; Tyler Mace Washington, DC | 9.75 |
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004 - Courier, Acct. 0802-0410-8. 11-19; Matthew Murphy Boston, Ma | 51.63 |
| 12/03/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-881-24755; DATE: 12/3/2004 - Courier, Acct. 0802-0410-8. 11-29; Tyler Mace Washington, DC | 9.75 |
| 12/08/04 | | Other Expense: IRON MOUNTAIN RECORDS P912440 Document Storage October 2004 | 203.36 |
| 12/10/04 | 10 | Color Photocopy | 6.50 |
| 12/10/04 | 55 | Photocopy | 8.25 |
| 12/10/04 | 1,201 | Photocopy | 180.15 |
| 12/10/04 | 760 | Photocopy | 114.00 |
| 12/10/04 | 54 | Tab Stock | 2.70 |
| 12/10/04 | 5 | Tab Stock | 0.25 |
| 12/14/04 | 88 | Photocopy | 13.20 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | | 11 |
| Invoice No.: | | 689801 |
| Client No.: | | 04339 |
| Matter No.: | | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/22/04 | 40 | Photocopy | 6.00 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **769.14** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 321.60 |
| Federal Express | | 234.73 |
| Other Expense | | 203.36 |
| Color Photocopy | | 6.50 |
| Tab Stock | | 2.95 |
| **Total Disbursements:** | **$** | **769.14** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$   219.96* |
| 667181 | 05/17/04 | Bill | 568.45 |
| | 09/28/04 | Cash Receipt | -507.07 |
| | *Outstanding Balance on Invoice 667181:* | | *$    61.38* |
| 671980 | 07/09/04 | Bill | 2,748.36 |

**New York Hillside Litigation - 00340**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | Total Comp. |
| Harris, Colin | Partner | $    350.00 | 0 | 0 | 1.1 | $    385.00 |
| | | | | | | |
| TOTAL | | | 0 | 0 | 1.1 | $    385.00 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 689801 |
| Client  No.: | 04339 |
| Matter  No.: | 00340 |

**Regarding: New York Hillside Litigation**

## Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 12/16/04 | CGH | Review and respond to email re indemnity issues (.10); locate requested documents (.20). | 0.30 | $ | 105.00 |
| 12/20/04 | CGH | Review email from client (.10); review archived documents for document production referenced in discovery (.20); review same re any Samson or other indemnity correspondence (.50). | 0.80 | | 280.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **Total Fees Through December 31, 2004:** | **1.10** | **$** | **385.00** |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| CGH | Colin G. Harris | Partner | $ 350.00 | 1.10 | $ | 385.00 |
| | | **Total Fees:** | | **1.10** | **$** | **385.00** |

**\*Please note that some individual timekeeper hourly rates have increased effective December 1, 2004**

| | | |
|---|---|---|
| **Trust Applied to Matter** | $ | **0.00** |
| **Current Fees and Disbursements** | $ | **385.00** |
| **Total Balance Due This Matter** | $ | **385.00** |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | |
| Flaagan, Elizabeth | Partner | $ 300.00 | 0 | 1 | 0 | $ 300.00 |
| Flaagan, Elizabeth | Partner | $ 325.00 | 0 | 0 | 0.8 | $ 260.00 |
| Haag, Susan | Paralegal | $ 125.00 | 0 | 11.1 | 0 | $ 1,387.50 |
| Haag, Susan | Paralegal | $ 135.00 | 0 | 0 | 2.7 | $ 364.50 |
| | | | | | | |
| TOTAL | | | 0 | 12.1 | 3.5 | $ 2,312.00 |

**Bankruptcy Matters - 00390**

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Photocopies | $            - | $         18.45 | $         16.20 | $         34.65 |
| Facsimilies | $            - | $            - | $            - | $            - |
| Long Distance Telephone | $            - | $            - | $            - | $            - |
| Outside Courier | $            - | $            - | $            - | $            - |
| Travel Expenses | $            - | $            - | $            - | $            - |
| Lexis | $            - | $            - | $            - | $            - |
| Federal Express | $         19.06 | $            - | $         19.50 | $         38.56 |
| Meal Expenses | $            - | $            - | $            - | $            - |
| Research Services | $            - | $            - | $            - | $            - |
| Professional Services | $        915.39 | $        582.52 | $      1,251.87 | $      2,749.78 |
| Postage | $            - | $            - | $            - | $            - |
|  |  |  |  |  |
| TOTAL | $        934.45 | $        600.97 | $      1,287.57 | $      2,822.99 |

Holme Roberts & Owen LLP

November 16, 2004

W.R. Grace

| | |
|---|---|
| Page | 12 |
| Invoice No.: | 684728 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004 - Courier, Acct. 0802-0410-8. 09-27; William Weller Wilmington, De | $ | 9.53 |
| 10/04/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-639-52346; DATE: 10/4/2004 - Courier, Acct. 0802-0410-8. 09-28; William Weller Wilmington, De | | 9.53 |
| 10/14/04 | | Consulting Fee: VENDOR: Morris, James, Hitchens & Williams LLP; INVOICE#: 269160; DATE: 10/14/2004 - Professional Services and disbursements  through 08/31/04 | | 915.39 |
| | | **Total Disbursements:** | $ | **934.45** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 915.39 |
| Federal Express | | 19.06 |
| **Total Disbursements:** | **$** | **934.45** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 14 |
| Invoice No.: | 687698 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/08/04 | EKF | Review and finalize August 2004 monthly fee application (.3); review and revise September 2004 prebills (.5). | 0.80 | $    240.00 |
| 11/08/04 | SH | Calculate August fee application (1.10); compile August fee application (.30); calculate September fee application (1.00). | 2.40 | 300.00 |
| 11/12/04 | SH | Work with accounting re correction on September bills (no charge - .40 hours). | 0.00 | 0.00 |
| 11/15/04 | SH | Review September fee application. | 0.60 | 75.00 |
| 11/16/04 | SH | Draft 13th fee application category spreadsheet (.70); compile September monthly fee application (.40). | 1.10 | 137.50 |
| 11/17/04 | SH | Revise September fee application summary. | 0.20 | 25.00 |
| 11/22/04 | EKF | Review fee auditor's report on thirteenth interim fee application (.20). | 0.20 | 60.00 |
| 11/23/04 | SH | Begin drafting fourteenth interim fee application charts. | 1.00 | 125.00 |
| 11/29/04 | SH | Draft fourteenth interim fee application charts (1.70); begin drafting fourteenth interim fee application (1.20). | 2.90 | 362.50 |
| 11/30/04 | SH | Finalize fourteenth fee application summary. | 2.90 | 362.50 |

**Total Fees Through November 30, 2004:    12.10  $    1,687.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 300.00 | 1.00 | $    300.00 |
| SH | Susan Haag | Paralegal | 125.00 | 11.10 | 1,387.50 |

Holme Roberts & Owen LLP

December 17, 2004

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 687698 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| SH | Susan Haag | Paralegal | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **12.10** | $ **1,687.50** |

**\*Please note that some individual timekeeper hourly rates will increase effective December 1, 2004**

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/08/04 | 42 | Photocopy | $ | 6.30 |
| 11/09/04 | | Consulting Fee: MORRIS JAMES HITCHENS & W Invoice 269942 Professional Services - WR Grace September 2004 | | 582.52 |
| 11/16/04 | 38 | Photocopy | | 5.70 |
| 11/23/04 | 43 | Photocopy | | 6.45 |
| | | **Total Disbursements:** | $ | **600.97** |

## Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 582.52 |
| Photocopy | | 18.45 |
| **Total Disbursements:** | $ | **600.97** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 17 |
| Invoice No.: | 689801 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 12/01/04 | SH | Finalize fourteenth fee application. | 2.30 | $ | 310.50 |
| 12/02/04 | EKF | Review and revise fourteenth interim fee application. | 0.40 | | 130.00 |
| 12/02/04 | SH | Compile fourteenth interim fee application. | 0.40 | | 54.00 |
| 12/14/04 | EKF | Review and revise November 2004 pre-bills/invoices. | 0.40 | | 130.00 |
| | | **Total Fees Through December 31, 2004:** | **3.50** | **$** | **624.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 0.80 | $ | 260.00 |
| SH | Susan Haag | Paralegal | 135.00 | 2.70 | | 364.50 |
| | | **Total Fees:** | | **3.50** | **$** | **624.50** |

**\*Please note that some individual timekeeper hourly rates have increased effective December 1, 2004**

### Itemized Disbursements

| Date | Qty | Description | Amount | |
|---|---|---|---|---|
| 11/12/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-845-80041; DATE: 11/12/2004  -  Courier, Acct. 0802-0410-8. 11-08; William Weller Wilmington, De | $ | 9.75 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 18 |
| Invoice No.: | 689801 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 11/26/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-870-74987; DATE: 11/26/2004  -  Courier, Acct. 0802-0410-8. 11-16; William Weller Wilmington, De | 9.75 |
| 12/02/04 | 108 | Photocopy | 16.20 |
| 12/13/04 | | Consulting Fee: MORRIS JAMES HITCHENS & W 270791 Professional Services through October 31 2004 | 1,251.87 |

| | | |
|---|---|---|
| **Total Disbursements:** | $ | **1,287.57** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,251.87 |
| Photocopy | | 16.20 |
| Federal Express | | 19.50 |
| **Total Disbursements:** $ | | **1,287.57** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | *$    16.41* |
| | | | |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |

## Ninth Circuit Appeal - 00420

| Description | October | November | December | Total |
|---|---|---|---|---|
| | | | | |
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ 1.50 | $ 1.50 |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ 6.05 | $ 6.05 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Service of Process | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Travel Expense | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Other Expenses | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| | | | | |
| TOTAL | $ - | $ - | $ 7.55 | $ 7.55 |

Holme Roberts & Owen LLP

January 17, 2005

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 689801 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/13/04 | 4 | Photocopy | $ 0.60 |
| 12/22/04 | | Long Distance Telephone: 582812661038, 1 Mins., TranTime:13:59 | 1.21 |
| 12/22/04 | | Long Distance Telephone: 582812661038, 1 Mins., TranTime:14:00 | 1.21 |
| 12/22/04 | | Long Distance Telephone: 584148111906, 2 Mins., TranTime:14:01 | 2.42 |
| 12/22/04 | | Long Distance Telephone: 584148111906, 1 Mins., TranTime:14:38 | 1.21 |
| 12/22/04 | 6 | Photocopy | 0.90 |

**Total Disbursements:** $ 7.55

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 1.50 |
| Long Distance Telephone | | 6.05 |

**Total Disbursements:** $ 7.55

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |