# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Kenneth Lund | Partner | Environmental | $395.00 | 7.1 | $2,804.50 |
| Kenneth Lund | Partner | Environmental | $415.00 | 16.5 | $6,847.50 |
| Linnea Brown | Partner | Environmental | $425.00 | 1.2 | $510.00 |
| Charlotte Neitzel | Partner | Environmental | $350.00 | 21.2 | $7,420.00 |
| Charlotte Neitzel | Partner | Environmental | $375.00 | 1.1 | $412.50 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $300.00 | 1.0 | $300.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $325.00 | 0.8 | $260.00 |
| Colin Harris | Partner | Litigation | $350.00 | 1.1 | $385.00 |
| Brent Tracy | Associate | Environmental | $240.00 | 3.2 | $768.00 |
| Brent Tracy | Associate | Environmental | $250.00 | 0.5 | $125.00 |
| Katheryn J. Coggon | Sp. Counsel | Environmental | $280.00 | 4.1 | $1,148.00 |
| Joan Sherman | Paralegal | Environmental | $150.00 | 10.9 | $1,635.00 |
| Joan Sherman | Paralegal | Environmental | $160.00 | 2.4 | $384.00 |
| Susan Haag | Paralegal | Bankruptcy | $125.00 | 11.1 | $1,387.50 |
| Susan Haag | Paralegal | Bankruptcy | $135.00 | 2.7 | $364.50 |
| Carla Latuda | Paralegal | Environmental | $125.00 | 23.6 | $2,950.00 |
| Carla Latuda | Paralegal | Environmental | $130.00 | 61.0 | $7,930.00 |
| **TOTAL** | | | | 169.5 | $35,631.50 |