# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Parking | $0.00 |
| Photocopies | $679.20 |
| Facsimiles | $49.00 |
| Long Distance Telephone | $7.05 |
| Outside Courier | $0.00 |
| Travel Expense | $0.00 |
| Lexis | $0.00 |
| Meal Expenses | $0.00 |
| Tab Stock | $2.95 |
| Other Expenses | $406.72 |
| Velo Binding | $0.00 |
| Federal Express | $417.27 |
| Color Copies | $6.50 |
| Witness Fee | $0.00 |
| Professional Billable Services | $2,749.78 |
| Supplies | $0.00 |
| Research Services | $0.00 |
| **TOTALS** | **$4,318.47** |