IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 9, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY
## & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR
## THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 28, 2005
Invoice 664707 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 12/31/04 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| | | | | |
|---|---|---|---|---|
| 12/16/04 | Review air issues involving potential applicability provisions. | | | |
| | B.F. HAWKINS, JR. | 0.80 hrs. | 290.00/hr | $232.00 |
| 12/17/04 | Review air issues (0.9); review issues with EPA (0.4); provide follow-up (0.2). | | | |
| | B.F. HAWKINS, JR. | 1.50 hrs. | 290.00/hr | $435.00 |

**Fees for Legal Services**..........................................................................................................  **$667.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 2.30 | 290.00 | 667.00 |
| TOTAL | 2.30 | $290.00 | $667.00 |

**Net current billing for this invoice** ...............................................................................  **$667.00**

**GRAND TOTAL**...............................................................................................................  **$667.00**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 12/31/04

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $667.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$667.00** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 1, 2005
Invoice 664809  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 12/31/04 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

12/16/04    Participate in conference call with Steering Committee (0.3); electronic mail memorandum to Attorney Melchers regarding same for distribution to client (0.1).

| | | | |
|---|---|---|---|
| R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |

**Fees for Legal Services**................................................................................................ **$104.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.40 | 260.00 | 104.00 |
| TOTAL | 0.40 | $260.00 | $104.00 |

**Net current billing for this invoice** ........................................................................... **$104.00**

**GRAND TOTAL**........................................................................................................ **$104.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 12/31/04

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $104.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$104.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                             January 28, 2005
ATTN: Lydia Duff, Esq.                                    Invoice 664708 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #           02399/06031                For Services Through 12/31/04
Cost Center #          800148
WR Grace #             001-KL-721490-01-501560
Name of Matter:        Li Tungsten

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/30/04 | Work on document review relating to claims issues. R.T. CARLISLE | 3.20 hrs. | 260.00/hr | $832.00 |
| 12/13/04 | Organize file materials for Attorney Hawkins' review. K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 12/16/04 | Review status of discussions with EPA and review matters with Attorney Melchers. B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |

**Fees for Legal Services**.................................................................................................. **$984.50**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.50 | 290.00 | 145.00 |
| R.T. CARLISLE | 3.20 | 260.00 | 832.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 3.80 | $259.08 | $984.50 |

W. R. Grace & Co.

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 12/16/2004 | Telephone 1-212-637-3165 | 0.05 |
| 12/16/2004 | Telephone 1-410-531-4210 | 0.05 |
| 12/16/2004 | Telephone 1-212-637-3165 | 0.45 |
| 12/16/2004 | Telephone 1-410-531-4210 | 0.15 |

**Total Charges for Other Services Provided/Expenses Incurred**...................................    **$0.70**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.70 |
| TOTAL | $0.70 |

**Net current billing for this invoice** ...................................................................................    **$985.20**

**GRAND TOTAL**.................................................................................................................    **$985.20**

W. R. Grace & Co.

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 12/31/04

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

| | |
|---|---|
| Fees for Professional Services | $984.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.70 |

**Net current billing for this invoice** ...................................................................    **$985.20**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

January 28, 2005
Invoice 664709 Page 1

Our Matter #         02399/06032                        For Services Through 12/31/04
WR Grace #          063-KL-721490-01-0501221
Name of Matter:     Charleston

12/17/04    Message from Mr. Bucens regarding progress with site, submittal of wetlands permit notice,
            and begin review of attached documents on same.
            N.J. SMITH                    0.30 hrs.    290.00/hr              $87.00


Fees for Legal Services.................................................................................................    **$87.00**


## BILLING SUMMARY

|              | Hours | Rate/Hr  | Dollars |
|--------------|-------|----------|---------|
| N.J. SMITH   | 0.30  | 290.00   | 87.00   |
| TOTAL        | 0.30  | $290.00  | $87.00  |


Net current billing for this invoice ...................................................................    **$87.00**

**GRAND TOTAL**...............................................................................................    **$87.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I I009
COLUMBIA, SOUTH CAROLINA 292 I I
TELEPHONE (803) 799-2000

For Services Through 12/31/04

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---|
| Fees for Professional Services | $87.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................... | **$87.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                    January 28, 2005
ATTN: Lydia Duff, Esq.                          Invoice 664710  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06091              For Services Through 12/31/04
Name of Matter:       Fee Applications

| 12/01/04 | Review email from debtor's counsel regarding October Fee Application and update tracking chart. | | | |
|---|---|---|---|---|
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 12/06/04 | Review fee auditor's report for 13th interim period and compare with our numbers to verify. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 12/13/04 | Organize file materials for attorney review. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |
| 12/14/04 | Draft November 2004 Fee Application for attorney review. | | | |
| | A.R. PRICE | 2.50 hrs. | 105.00/hr | $262.50 |
| 12/15/04 | Edit and revise Fee Application for November (0.4); update tracking chart and review Pacer for any information on entry of order for 13th Quarterly Fee Application (0.2). | | | |
| | B.J. BURN | 0.60 hrs. | 220.00/hr | $132.00 |
| 12/17/04 | Review email from co-counsel regarding status of November Fee Application. | | | |
| | B.J. BURN | 0.10 hrs. | 220.00/hr | $22.00 |
| 12/29/04 | Follow up on status of 13th Quarterly Order as well as status of CONO for October Fee Application and update chart. | | | |
| | B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |

**Fees for Legal Services**.......................................................................................................   **$615.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.50 | 220.00 | 330.00 |
| A.R. PRICE | 2.50 | 105.00 | 262.50 |
| K. LUCAS | 0.30 | 75.00 | 22.50 |
| TOTAL | 4.30 | 143.02 | 615.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 11/30/2004 | Federal Express charge | 10.45 |
| 12/16/2004 | Federal Express charge | 10.81 |

**Total Charges for Other Services Provided/Expenses Incurred**...................................... **$21.26**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Fed Ex | 21.26 |
| TOTAL | $21.26 |

**Net current billing for this invoice** .................................................................................. **$636.26**

**GRAND TOTAL**............................................................................................................... **$636.26**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 12/31/04

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $615.00 |
| Charges for Other Services Provided/Expenses Incurred | $21.26 |

Net current billing for this invoice ...............................................................  **$636.26**

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                January 28, 2005
ATTN: Vicki B. Finkelstein                                 Invoice 664711  Page  1
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/09007                    For Services Through 12/31/04
Name of Matter:         Alchem Chemical Co.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/02/04 | Conference call with Grace in house and outside team on coordination of real estate contract and environmental issues, review RMT outline of alternatives, discuss aspects, cost and time (0.6); review draft correspondence from Attorney Holmes to buyer counsel, comment on same to Attorney Holmes (0.2).<br>N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 12/02/04 | Participate in conference call regarding status of contract and how to proceed.<br>J.E. HOLMES | 2.50 hrs. | 260.00/hr | $650.00 |
| 12/03/04 | Leave message for client regarding follow up on decision to produce risk assessment and on final coordination with buyer counsel.<br>N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |

**Fees for Legal Services**..................................................................................................    **$940.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.00 | 290.00 | 290.00 |
| J.E. HOLMES | 2.50 | 260.00 | 650.00 |
| TOTAL | 3.50 | 268.57 | 940.00 |

| Date | Description | | Dollars |
|---|---|---|---|
| 12/02/2004 | Telephone 1-443-535-8439 | | 0.30 |
| 12/02/2004 | Telephone 1-443-535-8439 | | 2.25 |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.55 |
| TOTAL | $2.55 |

**Net current billing for this invoice** ................................................................................    **$942.55**

**GRAND TOTAL**..................................................................................................    **$942.55**

W.R. Grace & Co.

January 28, 2005
Invoice 664711  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 12/31/04

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $940.00 |
| Charges for Other Services Provided/Expenses Incurred | $2.55 |
| Net current billing for this invoice ................................................................ | **$942.55** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC