IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Mar. 9 , 2005 at 4:00p.m. |
| | | Hearing Date :   TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

---

[1] 'The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                              February 11, 2005
5400 BROKEN SOUND BLVD., N.W.                     Invoice No.  26706
BOCA RATON, FL  33487                             Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through   01/31/05

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


| | | | | |
|---|---|---|---|---|
| 01/03/05 | JMA | Receipt and review notice of electronic filing re: Honeywell surreply | .10 | 38.50 |
| 01/03/05 | JMA | Receipt and review notice of electronic filing re: Special Master's 19th Fee Application hearing | .10 | 38.50 |
| 01/03/05 | MEF | Electronic filing of substitution of attorney | .50 | 130.00 |
| 01/03/05 | MEF | Letter to Judge Cavanaugh regarding substitution of attorney | .30 | 78.00 |
| 01/03/05 | MEF | Receipt and review substitution of attorney | .20 | 52.00 |
| 01/04/05 | JMA | Receipt and review notice of electronic filing re: HM (Howrey) substitution of attorney | .10 | 38.50 |
| 01/04/05 | JMA | Phone - K. Coakley re: CHM (Howrey) substitution of attorney | .20 | 77.00 |
| 01/13/05 | JMA | Receipt and review notice of electronic filing re: ICO opposition to Honeywell request for surreply (fees on fees) | .10 | 38.50 |
| 01/13/05 | JMA | Receipt and review ICO opposition to Honeywell request for surreply (fees on fees) | .20 | 77.00 |
| 01/13/05 | JMA | Receipt and review notice of electronic filing re: ICO opposition to Honeywell Rule 60(B) motion | .10 | 38.50 |
| 01/14/05 | JMA | Phone - Judge Cavanaugh's clerk re: trial exhibits | .20 | 77.00 |
| 01/15/05 | JMA | Receipt and review ICO brief opposing Honeywell Rule 60(B)5 motion | .60 | 231.00 |
| 01/19/05 | JMA | Phone - C. Marraro re: hearing on joint motion to dismiss | .30 | 115.50 |
| 01/19/05 | JMA | Phone - Judge Cavanaugh's chambers | .20 | 77.00 |

```
W.R. GRACE & COMPANY                                    February 11, 2005
Client No.              734680                          Page      2
INVOICE NO.             26706
```

| | | | |
|---|---|---|---|
| 01/19/05 JMA | Phone - C. Marraro re: joint motion to dismiss | .20 | 77.00 |
| 01/20/05 JMA | Receipt and review second amendment to RAWP Stipulation and Order | .20 | 77.00 |
| 01/20/05 JMA | Phone - C. Marraro re: hearing on joint motion | .20 | 77.00 |
| 01/20/05 JMA | Receipt and review notice of electronic filing re: Second amendment to RAWP Stipulation and Order | .10 | 38.50 |
| 01/21/05 JMA | Receipt and review notice of electronic filing re: Special Master's fee application | .10 | 38.50 |
| 01/21/05 JMA | Receipt and review notice of electronic filing re: Honeywell reply re: 60(B) motion | .10 | 38.50 |
| 01/21/05 JMA | Receipt and review Honeywell reply re: 60(B) motion | .40 | 154.00 |
| 01/21/05 JMA | Receipt and review notice of electronic filing re: Honeywell reply - motion to file surreply | .10 | 38.50 |
| 01/21/05 JMA | Receipt and review Honeywell reply - motion to file surreply | .20 | 77.00 |
| 01/21/05 JMA | Phone - C. Marraro re: hearing on joint motion | .20 | 77.00 |
| 01/21/05 JMA | Phone - R. Senftleben's secretary | .10 | 38.50 |
| 01/21/05 RCS | Retrieve Grace trial exhibits admitted into evidence from Judge Cavanaugh's chambers with law clerk. | 2.80 | 658.00 |
| 01/21/05 JF | Picked up exhibits from court with R Scrivo. | 2.00 | 190.00 |
| 01/24/05 JMA | Receipt and review letter from Judge Cavanaugh re: 2/2/04 status conference | .20 | 77.00 |
| 01/24/05 JMA | Phone - C. Marraro re: status conference | .20 | 77.00 |
| 01/24/05 JMA | Receipt and review notice of electronic filing re: Special Master's 20th fee application | .10 | 38.50 |
| 01/24/05 JMA | Receipt and review Special Master's 20th fee application | .30 | 115.50 |
| 01/25/05 JMA | Phone - C. Marraro re: 2/2/05 conference | .20 | 77.00 |
| 01/25/05 JMA | Phone - R. Senftleben and C. Marraro re: 2/2/05 conference | .40 | 154.00 |

W.R. GRACE & COMPANY                                      February 11, 2005
Client No.              734680                    Page       3
INVOICE NO.             26706

01/26/05 JMA Receipt and review notice of electronic filing     .10      38.50
             re: order - Special Master's 19th fee
             application

01/26/05 JMA Receipt and review Order approving Special         .20      77.00
             Master's 19th fee application

01/26/05 JMA Receipt and review email from T. Pasuit with       .20      77.00
             agenda for Special Master meeting

01/26/05 JMA Receipt and review letter from K. Coakley to       .10      38.50
             Judge Cavanaugh re: Second Amendment to Order
             re: immediate action items

01/26/05 JMA Receipt and review Second Amendment to Order       .30     115.50
             re: immediate action items

01/31/05 JMA Phone - C. Marraro re: 2/2/05 hearing             .30     115.50


**Fee Applications, Applicant**


01/03/05 MEF Fee Application - PACER search regarding CNO       .30      78.00
             for 33rd Monthly Fee Application

01/10/05 MEF Fee Application - PACER search - CNO for 33rd      .20      52.00
             Fee Application

01/10/05 MEF Fee Application - review CNO for 33rd fee          .20      52.00
             application

01/17/05 MEF Fee Application - review December 2004 fee         .40     104.00
             detail

01/17/05 MEF Fee Application - prepare 34th monthly fee         .60     156.00
             application

01/17/05 MEF Fee Application - begin preparing 15th           1.00     260.00
             quarterly fee application

01/19/05 MEF Fee Application - finalize 34th monthly fee        .40     104.00
             application

01/19/05 MEF Fee Application - letter to P. Cuniff regarding    .20      52.00
             34th monthly fee application

01/25/05 MEF Fee Application - PACER search regarding filing    .20      52.00
             of 34th monthly fee application.

01/27/05 MEF Fee Application - email from Bossay re: 14th       .10      26.00
             quarterly fee application.

W.R. GRACE & COMPANY                                February 11, 2005
Client No.           734680                         Page      4
INVOICE NO.          26706

01/27/05 MEF Fee Application - PACER search regarding 14th      .30      78.00
             Quarterly fee application.

01/27/05 MEF Fee Application - email to Bossay regarding        .20      52.00
             14th quarterly fee application.

01/27/05 MEF Fee Application - email to Bossay regarding        .20      52.00
             July - September fee detail.

01/27/05 MEF Fee Application - PACER search regarding 34th      .10      26.00
             monthly fee application.

01/27/05 MEF Fee Application - review order approving           .20      52.00
             quarterly fee applications for the 13th period.

                                                            -------------
Total Fees:                                                    4,883.50

```
W.R. GRACE & COMPANY                              February 11, 2005
Client No.              734680                    Page        6
INVOICE NO.             26706
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
J M AGNELLO                       385.00   6.70          2579.50
M E FLAX                          260.00   5.60          1456.00
RC SCRIVO                         235.00   2.80           658.00
J FALDUTO                          95.00   2.00           190.00
                      TOTALS              17.10          4883.50
```

# E X H I B I T  B

```
W.R. GRACE & COMPANY                          February 11, 2005
Client No.          734680                    Page      5
INVOICE NO.         26706
```

          Disbursements

Costs Advanced

01/21/05 Costs Advanced PACER 12/04                    2.24

                                      SUBTOTAL:        2.24

01/31/05 Travel Expense                               10.00
01/31/05 Federal Express                              34.00
                                                  -------------
Total Costs                                              46.24
                                                  -------------
Total Due this Matter                                  4,929.74
=============

NAME Robert C. Scrivo    **EXPENSE FORM**    WEEK ENDING 1-21-05

| ITEM | SUN. | | MON. | | TUES. | | WED. | | THURS. | | FRI. | | SAT. | | TOTAL | |
|------|------|--|------|--|-------|--|------|--|--------|--|------|--|------|--|-------|--|
| | | | 1-17 | | 1-18 | | | | 1-20 | | 1-21 | | | | | |
| MEALS | | | | | | | | | | | | | | | | |
| AIRFARE | | | | | | | | | | | | | | | | |
| MILEAGE: | | mi | 31 140 | 50 mi | 11 50 | 25 mi | | mi | 11 50 | 25 mi | 4 20 | 50 mi | | mi | 58.50 | |
| Origination | | | Roseland | | Roseland | | | | Roseland | | Roseland | | | | | |
| Destination | | | Brick | | Hackensack | | | | Glen Rock | | Newark | | | | | |
| TAXI | | | | | | | | | | | | | | | | |
| PARKING | | | | | | | | | | | .5 | 50 | | | 5.50 | |
| TOLLS | | | 3 | 10 | 1 | 40 | | | | | | | | | 4.40 | |
| TELEPHONE | | | | | | | | | | | | | | | | |
| ENTERTAINMENT | | | | | | | | | | | | | | | | |
| TIPS | | | | | | | | | | | | | | | | |
| LODGING | | | | | | | | | | | | | | | | |
| MISC. | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| TOTAL | | | 34 | 60 | 12 | 65 | | | 11 | 25 | 10 | - | | | 68.40 | |

## NON-BILLABLE EXPENSE

| DATE | ITEM | PLACE | PURPOSE | GUESTS/BUS. RELATIONSHIP | AMOUNT |
|------|------|-------|---------|--------------------------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## ALLOCATION TO CLIENT

| CLIENT/MATTER NAME | CLIENT/MATTER NUMBER | EXPENSE DATE | TOTAL AMOUNT | ENT. | BILL |
|--------------------|----------------------|--------------|--------------|------|------|
| Crangle | 153710.2 | 1-17-05 | 34.60 | ✓ | |
| Palamaro | 531745 | 1-18-05 | 12.65 | ✓ | |
| Povoli | 564620.1 | 1-20-05 | 11.25 | ✓ | |
| Grace | 734680.1 | 1-21-05 | 10.- | ✓ | |