IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-1139 (JKF) |

**NOTICE OF FILING OF RULE 2019 STATEMENT OF REPRESENTATION BY
BALDWIN & BALDWIN, LLP
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Baldwin & Baldwin, LLP, in compliance with the October 22, 2004 Order of Court, has filed its Verified Statement pursuant to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE  19801

Dated:  February 18, 2005

    /s/Daniel K. Hogan
Daniel K. Hogan (DE #2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: 302-656-7540
Facsimile: 302-656-7599