## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)** |
| **Debtors.** | Objection Deadline: March 10, 2005 at 4:00 p.m. |
|  | Hearing: Schedule if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SEVENTH MONTHLY INTERIM APPLICATION OF
## SWIDLER BERLIN LLP, COUNSEL TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, formerly Swidler Berlin Shereff Friedman, LLP, counsel to David T.

Austern, Future Claimants' Representative (the "FCR"), has filed and served its Seventh

Monthly Application of Swidler Berlin LLP for Compensation for Services Rendered and

Reimbursement of Expenses as counsel to the FCR for the time period November 1, 2004

through November 30, 2004 seeking payment of fees in the amount of $78,054.40 (80% of

$97,568.00) and expenses in the amount of $4,182.19 (the "Application") for a total of

$82,236.59.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 10, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: February 18, 2005

3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | **Chapter 11** |
| **In re:** | ) | |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: March 10, 2005 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2004 THROUGH NOVEMBER 31, 2004**

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP, formerly Swidler Berlin Shereff Friedman, LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | November 1, 2004 through November 30, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $97,568.00 |
| 80% of fees to be paid: | $78,054.40[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,182.19 |
| Total Fees @ 80% and 100% Expenses: | $82,236.59 |

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    _X_    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 18.00 hours and the corresponding fees are $4,054.00 and $425.23 in expenses for Swidler's fee applications and 4.40 hours and $797.00 in fees and $124.55 in expenses for the FCR and/or is other professional's fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's seventh interim fee application for the period November 1-30, 2004; Swidler has also filed the following:  its sixth interim fee application for the period October 1-31, 2004, on December 3, 2004, in the amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60 for a total of $95,700.40; its fifth interim fee application for the period September 1-30, 2004 on November 16, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses for a total of $129,718.24; its fourth interim fee application for the period August 1-31, 2004 on November 4, 2004 in the amount of  $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses for a total of $42,629.66; its third interim fee application for the period July 1-31, 2004 on November 4, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses for a total of $78,911.65; its second interim fee application for the period June 1-30, 2004 on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2; and its first interim fee application for the period May 1-31, 2004 on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.  To date, Swidler has received a payment from the Debtors in the amount of $363,650.37 representing $333,403.40 in fees (at 80%) and $30,246.97 in expenses (at 100%) for the time period May 24, 2004 through September 30, 2004 and a payment in the amount of $19,993.70 representing the 20% holdback on fees for the time period May and June 2004.

## COMPENSATION SUMMARY

### NOVEMBER 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $605.00 | 39.70 | $24,018.50 |
| Mark J. Plumer | Partner, 11 years in position; 18 years relevant experience; 1987, Insurance Litigation | $520.00 | 7.50 | $3,900.00 |

-2-

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $510.00 | 38.50 | $18,742.00[2] |
| Shara L. Boonshaft | Associate, 3 years in position; 3 years relevant experience; 2002, Insurance Litigation | $205.00 | 10.80 | $2,214.00 |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $310.00 | 10.20 | $3,162.00 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $205.00 | 28.80 | $5,904.00 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $355.00 | 80.70 | $28,648.50 |
| William T. O'Neil | Associate, 15 years in position; 15 years relevant experience; 1990, Insurance Litigation | $360.00 | 1.30 | $468.00 |
| Julie A. Weisman | Of Counsel, 23 years in position; 23 years relevant experience; 1982, Environmental | $375.00 | .80 | $300.00 |
| Rachael M. Barainca | File Clerk | $55.00 | 12.50 | $687.50 |
| John P. Fries | Research Librarian | $140.00 | 1.00 | $140.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 20.50 | $3,587.50 |
| Deborah A. Rogers | Senior Consultant | $180.00 | 21.80 | $3,924.00 |
| Michael A. Scarpato | Senior Consultant | $195.00 | 9.60 | $1,872.00 |
| Total | | | 283.70 | $97,568.00 |
| Blended Rate: $343.91 | | | | |

---

2 This amount represents a reduction of $893.00 for non-working travel.

## COMPENSATION BY PROJECT CATEGORY

### NOVEMBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 20.30 | $3,148.50 |
| Due Diligence | 1.40 | $847.00 |
| Compensation of Professionals-Swidler | 18.00 | $4,054.00 |
| Compensation of Professionals-Other | 4.40 | $797.00 |
| Litigation | 20.10 | $10,589.00 |
| Insurance Matters | 136.90 | $43,901.50 |
| Plan and Disclosure Statement | 75.90 | $31,709.00 |
| Retention of Professionals-Other | 1.60 | $661.50 |
| Travel Time (Non-Working)[3] | 3.50 | $892.50 |
| FCR Retention Appeals | 1.60 | $968.00 |
| **TOTAL** | **283.70** | **$97,568.00** |

## EXPENSE SUMMARY

### NOVEMBER 2004

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $1,289.25 |
| Telephone/Facsimile | $4.11 |
| Postage/Federal Express/Courier Fees | $117.42 |
| Computerized Legal Research | $2,649.05 |
| Travel | $122.36 |
| **TOTAL** | **$4,182.19** |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern, Future Claimants' Representative

Dated: February 18, 2005

---

3 In accordance with the Local Rules of this Court, Swidler bills its hourly rates at a 50% reduced rate for non-working travel time.

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

RICHARD H. WYRON

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ＿ DAY OF FEBRUARY, 2005

Notary Public

My commission expires: _October 31, 2007_

Katherine Ann Swall
Notary Public in and for
The District of Columbia

**EXHIBIT A**

**SWIDLER INVOICES FOR THE TIME PERIOD OF**

**NOVEMBER 1-30, 2004**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280319

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/01/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |
| 11/02/04 | Debra L. Felder | Review docket and various pleadings; update calendar of hearings and deadlines. | 0.40 |
| 11/03/04 | Roger L. Frankel | Review miscellaneous pleadings, docket entries. | 0.70 |
| 11/03/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/03/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 11/04/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 11/05/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/05/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 11/05/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines (.4); review motion to pay legal fees and draft email summary to R. Frankel and R. Wyron regarding same (.6). | 1.00 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 2

CLIENT: 25369
MATTER: .0001
INVOICE: 280319

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/05/04 | Debra O. Fullem | Review docket updates. | 0.10 |
| 11/08/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 11/08/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/08/04 | Roger L. Frankel | Confer with R. Wyron re status. | 0.30 |
| 11/08/04 | Roger L. Frankel | Review Grace application to reimburse officers for legal costs re Montana investigation. | 0.60 |
| 11/08/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/09/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/09/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |
| 11/09/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 11/10/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 11/10/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.60 |
| 11/10/04 | Roger L. Frankel | Confer with R. Wyron re status. | 0.30 |
| 11/11/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/11/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 11/11/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 11/11/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/12/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 11/12/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.30 |
| 11/12/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/15/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 3

CLIENT: 25369
MATTER: .0001
INVOICE: 280319

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/15/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/15/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 1.00 |
| 11/16/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 1.00 |
| 11/16/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 11/17/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/17/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 1.00 |
| 11/18/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 1.00 |
| 11/18/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/19/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/19/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.50 |
| 11/19/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/22/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/22/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 1.00 |
| 11/22/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 11/22/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/23/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 11/23/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.30 |
| 11/24/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.50 |
| 11/24/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 11/24/04 | Matthew W. Cheney | Review summary of pleadings by D. Felder. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 4

CLIENT: 25369
MATTER: .0001
INVOICE: 280319

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/28/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 11/29/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.20 |
| 11/29/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/30/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 11/30/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.90 | $1,149.50 |
| Matthew W. Cheney | $310.00 | 1.20 | $372.00 |
| Debra L. Felder | $205.00 | 3.90 | $799.50 |
| Debra O. Fullem | $175.00 | 0.80 | $140.00 |
| Rachael M. Barainca | $55.00 | 12.50 | $687.50 |
| **TOTAL HOURS & FEES** | | **20.30** | **$3,148.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 751.95 |
| Telephone | 3.05 |
| Westlaw Legal Research | 281.47 |
| Outside Photocopying | 42.60 |
| **TOTAL OTHER CHARGES** | **$1,079.07** |

**CURRENT INVOICE DUE**.................................................................**$4,227.57**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280319

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES.................................................................................................$3,148.50

TOTAL OTHER CHARGES ......................................................................$1,079.07

**TOTAL AMOUNT DUE** .........................................................................**$4,227.57**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280320

CLIENT/CASE: 25369.0004

RE: Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/09/04 | Roger L. Frankel | Review 10-Q for period ending 9-30-04. | 0.90 |
| 11/26/04 | Roger L. Frankel | Review recent 8-K filings of Grace. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.40 | $847.00 |
| **TOTAL HOURS & FEES** | | **1.40** | **$847.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.......................................................................**$847.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0004

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280320

## INVOICE SUMMARY

TOTAL FEES.................................................................................$847.00

TOTAL OTHER CHARGES.............................................................$0.00

**TOTAL AMOUNT DUE** .............................................................**$847.00**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280321

CLIENT/CASE: 25369.0006

RE: Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/01/04 | Scott J. Levitt | Draft answer to Scotts' complaint (2.0); revise motion to intervene (1.5); review allocation memorandum prepared by M. Scarpato (.5). | 4.00 |
| 11/01/04 | Michael A. Scarpato | Confer with S. Levitt re Grace allocations on ▓▓▓▓▓ ▓▓▓▓▓ | 0.10 |
| 11/01/04 | Matthew W. Cheney | Review correspondence from R. Wyron and S. Levitt re Scotts adversary. | 0.20 |
| 11/02/04 | Mark J. Plumer | Office conference with Messrs. Levitt and Scarpato re allocation issues (.7); follow-up (.4). | 1.10 |
| 11/02/04 | Michael A. Scarpato | Confer with M. Plumer re allocation of ▓▓▓▓▓ ▓▓▓▓▓ (.3); work with D. Rogers to compile a list of ▓▓▓▓▓▓ ▓▓▓▓▓ (.6); strategize open tasks with M. Plumer and S. Levitt (0.8); revise summary memo of 10/26/04 allocation meeting (.4). | 2.10 |
| 11/02/04 | Scott J. Levitt | Office conference with Messrs. Plumer and Scarpato re allocation modeling (.8); prepare for same (.2); draft letter to D. Austern re ▓▓▓▓▓ (1.3). | 2.30 |

David Austern, FCR (for W.R. Grace & Co,)                          CLIENT:  25369
12/31/04                                                          MATTER: .0006
Page 2                                                            INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/02/04 | Roger L. Frankel | Confer with M. Plumer re insurance analysis; notes. | 0.50 |
| 11/02/04 | Deborah A. Rogers | Discuss with M. Scarpato ████████████████ ████████████████████████████████ ████████ (.1). create chart ████████████ ████████ (.9); forward same to M. Scarpato (.1). | 1.10 |
| 11/03/04 | Deborah A. Rogers | Meet with M. Scarpato to discuss ████████████████ ████████████████████████████████ ████████. | 0.20 |
| 11/03/04 | Richard H. Wyron | Review memo on Scotts' litigation. | 0.50 |
| 11/03/04 | Scott J. Levitt | Draft memorandum re allocation and other proposed projects (2.5); telephone conference with Grace's counsel, re Scotts' litigation (1.4); draft e-mail re same (.3); review ████████████████████████s (1.5); draft summary of same (1.0). | 6.70 |
| 11/03/04 | Michael A. Scarpato | Confer with D. Rogers re ████████████████ ████████████████(.2); circulate summary memo re 10/26/04 allocation meeting to R. Frankel and R. Wyron (.1). | 0.30 |
| 11/03/04 | Matthew W. Cheney | Review correspondence from S. Levitt re: Scotts adversary. | 0.10 |
| 11/04/04 | Scott J. Levitt | Communicate by e-mail with████████████ re ████████████settlement agreements (.2); revise memorandum re████████████ settlement (.6); draft e-mail to D. Rogers re same (.1). | 0.90 |
| 11/04/04 | Roger L. Frankel | Review M. Scarpato memo re insurance allocation model, various related spreadsheets. | 0.60 |
| 11/04/04 | Deborah A. Rogers | Update settlement charts to reflect the information regarding ████████████, ████████████, ████ ████████████████████. | 2.00 |

David Austern, FCR (for W.R. Grace & Co,) 
12/31/04 
Page 3

CLIENT:   25369 
MATTER:   .0006 
INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/05/04 | Scott J. Levitt | Office conference with M. Plumer re memorandum re proposed insurance analysis projects (.4); revise memorandum re same (.6); review and analyze revised letter to D. Austern re ▇▇▇▇ (.3); research settlements of asbestos claims with ▇▇▇▇ (1.2); draft e-mail re ▇▇▇▇ (.4); communicate by e-mail with ▇▇▇▇ re ▇▇▇▇ settlement agreements (.2); draft memorandum re ▇▇▇▇ background (1.4). | 4.50 |
| 11/05/04 | Michael A. Scarpato | Confer with S. Levitt re ▇▇▇▇ | 0.10 |
| 11/05/04 | Mark J. Plumer | Prepare for office conference with S. Levitt re project status, including task list review (.3); office conference with S. Levitt (.4); review and revise letter re ▇▇▇▇ (.5). | 1.20 |
| 11/08/04 | Mark J. Plumer | Begin preparation for meeting with D. Austern re insurance status, including coordination with S. Levitt re same (.2). | 0.20 |
| 11/08/04 | Scott J. Levitt | Research settlements of ▇▇▇▇ (2.0); draft memorandum re same (1.0); review and analyze ▇▇▇▇ settlement agreement (.8); summarize same (.7); draft memorandum re ▇▇▇▇ (1.5). | 6.00 |
| 11/08/04 | Roger L. Frankel | Review memo re insurance due diligence, letter re ▇▇▇▇ | 0.40 |
| 11/08/04 | Richard H. Wyron | Calls to M. Plumer and S. Levitt re presentation to D. Austern. | 0.30 |
| 11/09/04 | Scott J. Levitt | Telephone conference with Messrs. Scarpato and Zaremby re allocation modeling (.9); prepare for same (.5); draft powerpoint presentation for D. Austern re ▇▇▇▇ (2.3); draft ▇▇▇▇ (3.1). | 6.80 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 4

CLIENT:  25369
MATTER: .0006
INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/09/04 | Michael A. Scarpato | Review and annotate S. Levitt's 11/5/04 memo regarding the pending insurance related tasks (.5); confer with D. Rogers re ▮▮▮▮▮▮▮▮▮▮ (.3); confer with S. Levitt and Mr. Zaremby re ▮▮▮▮▮▮ scenarios (.9); review S. Levitt's summary e-mail of same (.1). | 1.80 |
| 11/09/04 | Mark J. Plumer | Review and revise PowerPoint for 11/12 meeting (1.2); follow-up with Messrs. Levitt and Scarpato re allocations (.3). | 1.50 |
| 11/09/04 | Deborah A. Rogers | Create spreadsheet illustrating ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮; provide same to M. Scarpato (2.5). | 2.50 |
| 11/10/04 | Scott J. Levitt | Office conference with M. Plumer re powerpoint presentation to D. Austern (.3); revise same (.8); revise summary of ▮▮▮▮▮▮▮▮▮▮▮ (.7); office conference with Mr. O'Neil re legal research of ▮▮▮▮▮▮▮▮▮ (.2); prepare for same (.3); draft memorandum re ▮▮▮▮ (2.5). | 4.80 |
| 11/11/04 | Scott J. Levitt | Revise powerpoint presentation re insurance status (.5); review and analyze policies of ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (3.5); draft memorandum re same (1.0); telephone conference with ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮settlement (.2); draft e-mail to M. Plumer re same (.2). | 5.40 |
| 11/11/04 | Matthew W. Cheney | Conference with R. Wyron re: status of Scotts adversary and plan. | 0.20 |
| 11/11/04 | Roger L. Frankel | Review presentation to D. Austern re insurance coverage issues. | 0.60 |
| 11/11/04 | Shara L. Boonshaft | Office telephone conference with Mr. O'Neil re legal research needed re ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)   CLIENT: 25369
12/31/04                                     MATTER: .0006
Page 5                                       INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/11/04 | Deborah A. Rogers | Collect policies for ███████████████████ ███████████; forward same to S. Levitt. | 0.50 |
| 11/11/04 | Deborah A. Rogers | Collect insurance policies for ████████████ ████████████████████████████████████; forward same to S. Levitt. | 0.50 |
| 11/12/04 | Roger L. Frankel | Review insurance coverage issues with D. Austern, M. Plumer and R. Wyron. | 0.90 |
| 11/12/04 | Mark J. Plumer | Prepare for meeting with D. Austern (.8); attend office conference with D. Austern re████████████████ █████ (1.7). | 2.50 |
| 11/12/04 | Scott J. Levitt | Office conference with Messrs. Wyron, Frankel, Plumer, Scarpato and Austern re insurance status update (1.7); prepare for same (1.2); review and analyze██████ ████████████████████prepared by D. Rogers (.6); review and analyze██████████████ ██████████████████████(2.5); draft memorandum re same (1.2). | 7.20 |
| 11/12/04 | Michael A. Scarpato | Review following form language of a████████████ ███████████with S. Levitt (.1); participate in insurance status report presentation to D. Austern (1.7). | 1.80 |
| 11/15/04 | Scott J. Levitt | Review breakdown of██████████████████provided by Grace (.7); communicate by e-mail with Mr. Zaremby re same (.1). | 0.80 |
| 11/15/04 | Deborah A. Rogers | Collect policies from the following companies and forward to S. Levitt: ████████████████████ ███████████████ | 0.50 |
| 11/16/04 | Scott J. Levitt | Review and analyze████████████████████████ (2.1); summarize same (1.7); draft memorandum re ██████████████████████████ (1.0); draft e-mail to M. Plumer re██████████████████████████(.2); review spreadsheet of same provided by Grace (.6); draft e-mail to Mr. Zaremby re ███████████████████ ███████(.2). | 5.80 |

David Austern, FCR (for W.R. Grace & Co,)                                  CLIENT:  25369
12/31/04                                                                   MATTER: .0006
Page 6                                                                     INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/16/04 | Richard H. Wyron | Review status for call to J. Baer (.2); call to J. Baer regarding Scotts' claims date (.2); follow-up email (.1). | 0.50 |
| 11/16/04 | Michael A. Scarpato | Review ███████████████████████████████ ███████████(0.1); correspond with Mr. Levitt re same (0.1). | 0.20 |
| 11/17/04 | Scott J. Levitt | Telephone conference with Messrs. Posner and Zaremby ███████████(.2); review same (.5); draft spreadsheet summarizing███████████████████ (1.8); review and analyze ████████████████████ ████████(1.7); revise memorandum re tasks in progress (.3). | 4.50 |
| 11/17/04 | Deborah A. Rogers | Collect ████████████████████████████████, ██████████████████████████████ deliver to S. Levitt. | 0.50 |
| 11/17/04 | Shara L. Boonshaft | Perform electronic research to ███████████████████ █████████████████████████████████████████ ████████████████████████████(3.2); begin drafting memo summarizing results of research re██ █████████████(.7). | 3.90 |
| 11/18/04 | Shara L. Boonshaft | Review█████████████ cases discussing███████████ ███████████(2.4); draft portions of memo summarizing ███████████████████████████(1.9); edit and revise memo summarizing████████████████ research (1.1). | 5.40 |
| 11/18/04 | Scott J. Levitt | Draft memorandum re█████████████████████████ (1.7); review policies in connection with same (2.5); office conference with M. Plumer re tasks in progress (.5); draft memorandum re████████████ (.6). | 5.30 |
| 11/18/04 | Mark J. Plumer | Office conference with S. Levitt re status of insurance projects (.4); telephone conference with R. Frankel re open issues, particularly███████████████████████████ ████████████████████(.3); review of court order appointing special master (.3). | 1.00 |
| 11/18/04 | Michael A. Scarpato | Confer with S. Levitt re█████████████████████████ ███████████████████, confer with M. Plumer and R. Frankel re████████████████████████████████ █████████████████. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 7

CLIENT: 25369
MATTER: .0006
INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/18/04 | Roger L. Frankel | Telephone conversations with M. Plumer, D. Austern re claims info, ▮▮▮▮▮▮▮▮ e-mail D. Siegel re claims info. | 0.40 |
| 11/19/04 | Michael A. Scarpato | Compile ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ along with D. Rogers. | 2.70 |
| 11/19/04 | Scott J. Levitt | Review and edit memorandum re ▮▮▮▮▮▮▮s ▮▮▮▮▮▮▮▮ prepared by S. Boonshaft (1.0); review policies ▮▮▮▮▮▮▮▮▮▮▮▮ (2.2); draft summary re same (1.5); draft memorandum re ZAI claims (2.0); telephone conference with ▮▮▮▮▮▮▮▮l re disclosure of settlement agreement (.2). | 6.90 |
| 11/19/04 | Shara L. Boonshaft | Office telephone conference with Mr. O'Neil to discuss revisions needed to memo ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.1); add section to memo re ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.7). | 0.80 |
| 11/19/04 | Deborah A. Rogers | Update coverage charts to show ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮(1.0); pull ▮▮▮▮ policies together and deliver to S. Levitt (.5); research financial standing of companies, print Best reports and deliver same to M. Scarpato (5.5). | 7.00 |
| 11/19/04 | William T. O'Neil | Review of draft memo re ▮▮▮▮▮▮▮▮▮▮ and conference with S. Boonshaft re same. | 1.30 |
| 11/22/04 | Shara L. Boonshaft | Make changes to memo outlining ▮▮▮▮▮▮ ▮▮▮▮▮▮▮ per S. Levitt's comments. | 0.60 |
| 11/22/04 | Deborah A. Rogers | Create coverage chart that reflects▮▮▮▮▮▮ (6.0). | 6.00 |
| 11/22/04 | Scott J. Levitt | Telephone conference with Mr. Hughes re▮▮▮▮▮ (.3); draft memorandum re ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮(2.3); revise memorandum re▮▮▮▮▮ ▮▮▮▮▮▮▮(2.1); review ▮▮▮▮▮▮(1.5); review revised coverage chart prepared by D. Rogers (.2); provide edits to S. Boonshaft re ▮▮▮▮▮▮l (.2); telephone conference with Mr. Zaremby re ▮▮▮▮▮▮▮▮▮▮(.2). | 6.80 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 8

CLIENT:  25369
MATTER:  .0006
INVOICE: 280321

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/23/04 | Deborah A. Rogers | Continue searching for ███████████████████ ███████████████████████; report findings to M. Scarpato. | 1.00 |
| 11/24/04 | Michael A. Scarpato | Finalize binder of research on ████████████ along with D. Rogers. | 0.20 |
| 11/30/04 | Scott J. Levitt | Draft PowerPoint presentation (1.8); revise memorandum ████████(.2). | 2.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 3.40 | $2,057.00 |
| Mark J. Plumer | $520.00 | 7.50 | $3,900.00 |
| Richard H. Wyron | $510.00 | 1.30 | $663.00 |
| William T. O'Neil | $360.00 | 1.30 | $468.00 |
| Shara L. Boonshaft | $205.00 | 10.80 | $2,214.00 |
| Matthew W. Cheney | $310.00 | 0.50 | $155.00 |
| Scott J. Levitt | $355.00 | 80.70 | $28,648.50 |
| Deborah A. Rogers | $180.00 | 21.80 | $3,924.00 |
| Michael A. Scarpato | $195.00 | 9.60 | $1,872.00 |
| **TOTAL HOURS & FEES** | | **136.90** | **$43,901.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 48.15 |
| Telephone | 0.61 |
| Westlaw Legal Research | 662.95 |
| Lexis Legal Research | 57.97 |
| Printing | 4.20 |
| Ground Transportation | 13.61 |
| **TOTAL OTHER CHARGES** | **$787.49** |

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280321

OUR REFERENCE: 25369.0006

## INVOICE  SUMMARY

TOTAL FEES ................................................................................................$43,901.50

TOTAL OTHER CHARGES ........................................................................$787.49

**TOTAL AMOUNT DUE** ........................................................................**$44,688.99**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:         Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280322

CLIENT/CASE: 25369.0007

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/01/04 | Roger L. Frankel | Review target letters, subpoenas re District of Montana grand jury investigation. | 0.40 |
| 11/01/04 | Roger L. Frankel | Telephone conference with C. Knauss re ▓▓▓▓▓▓ ▓▓▓▓▓ e-mail re same. | 0.30 |
| 11/02/04 | Julie A. Weisman | Review material from C. Knauss; comment and correspond with C. Knauss re same; conference with R. Frankel re same. | 0.80 |
| 11/05/04 | Richard H. Wyron | Review motions set for 11/15 hearing. | 0.40 |
| 11/08/04 | Richard H. Wyron | Review agenda for 11/15 hearing and confer with R. Frankel. | 0.30 |
| 11/09/04 | Roger L. Frankel | Telephone conference with D. Austern re hearing positions. | 0.20 |
| 11/11/04 | Roger L. Frankel | Review PD Committee response re indemnification (.5); review agenda for hearing (.3); confer with R. Wyron (.3). | 1.10 |
| 11/12/04 | Roger L. Frankel | Review Grace submissions re indemnification. | 0.70 |
| 11/15/04 | Richard H. Wyron | Attend hearing on Debtors' request to indemnify officers and directors, and Committees' opposition. | 0.60 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 2

CLIENT:  25369
MATTER: .0007
INVOICE: 280322

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/16/04 | Roger L. Frankel | Review, in summary fashion, appellant's 9th circuit brief. | 0.60 |
| 11/17/04 | Roger L. Frankel | Telephone conversation with D. Austern re ▇▇▇▇▇ ▇▇▇▇▇ | 0.30 |
| 11/19/04 | Richard H. Wyron | Review proposed order on indemnification and e-mails regarding issues. | 0.50 |
| 11/23/04 | Debra L. Felder | Review pleadings scheduled for December 20 omnibus hearing (1.3); begin drafting summary regarding same (.5). | 1.80 |
| 11/23/04 | Debra L. Felder | Conference with R. Wyron regarding case status. | 0.30 |
| 11/23/04 | Richard H. Wyron | Begin review summary of motion set for 12/20 (.4); calls and review e-mails regarding indemnification order (.8). | 1.20 |
| 11/24/04 | Richard H. Wyron | Review various e-mails and drafts on indemnification order. | 0.90 |
| 11/25/04 | Roger L. Frankel | Review Debtor's Motion For Case Management Order, exhibits thereto. | 2.10 |
| 11/27/04 | Roger L. Frankel | Review Estimation Motion, letter to Judges Buckwalter and Fitzgerald, amended notices. | 1.90 |
| 11/27/04 | Roger L. Frankel | Review various pleadings. | 0.50 |
| 11/28/04 | Roger L. Frankel | Review Estimation Motion, Motion for solicitation and voting procedures; notes re same. | 1.40 |
| 11/29/04 | Roger L. Frankel | Confer with R. Wyron re Grace motions, plan litigation (.5); review plan binder (.3). | 0.80 |
| 11/29/04 | Roger L. Frankel | Confer with R. Wyron re litigation strategy, call with C&D (.5); telephone conversation with D. Austern re litigation issues (.2). | 0.70 |
| 11/29/04 | Roger L. Frankel | Review Grace motion to USDC to refer matters to the bankruptcy court. | 0.80 |
| 11/29/04 | Matthew W. Cheney | Review correspondence from R. Frankel and D. Felder regarding Debtors' Motions and responses to same. | 0.30 |
| 11/29/04 | Matthew W. Cheney | Review pleadings and CMO motion. | 0.30 |
| 11/30/04 | Roger L. Frankel | Review memo re various litigation, plan issues. | 0.90 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 3

CLIENT:  25369
MATTER: .0007
INVOICE: 280322

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 12.70 | $7,683.50 |
| Richard H. Wyron | $510.00 | 3.90 | $1,989.00 |
| Julie A. Weisman | $375.00 | 0.80 | $300.00 |
| Matthew W. Cheney | $310.00 | 0.60 | $186.00 |
| Debra L. Felder | $205.00 | 2.10 | $430.50 |
| **TOTAL HOURS & FEES** | | **20.10** | **$10,589.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE...................................................................$10,589.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0007

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280322

## INVOICE SUMMARY

TOTAL FEES.................................................................................$10,589.00

TOTAL OTHER CHARGES ...............................................................$0.00

**TOTAL AMOUNT DUE** .........................................................**$10,589.00**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280323

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/01/04 | Roger L. Frankel | Telephone conference with J. Radecki re plan issues (.2); review ██████████nalysis from CIBC (.3). | 0.50 |
| 11/01/04 | Roger L. Frankel | Telephone conference with PI and PD re plan issues (.8); telephone conference with J. Radecki, D. Austern re same (.4). | 1.20 |
| 11/01/04 | Matthew W. Cheney | Conference with D. Felder re research and memo on plan issues. | 0.10 |
| 11/02/04 | Roger L. Frankel | Telephone conversation with D. Austern re plan, call with CIBC (.3); telephone conversation with R. Wyron re status (.2). | 0.50 |
| 11/02/04 | Roger L. Frankel | Telephone conversation with D. Austern re ███████ ███████████ review file re ████████████ | 0.60 |
| 11/02/04 | Roger L. Frankel | Telephone conversation with J. Radecki re plan concepts (.2); review CIBC memo with ████████████████ ████████ (.4). | 0.60 |
| 11/02/04 | Roger L. Frankel | Telephone conversations with J. Radecki, D. Austern re ██████████████ review modified spreadsheet. | 0.60 |

David Austern, FCR (for W.R. Grace & Co,)         CLIENT: 25369
12/31/04         MATTER: .0008
Page 2         INVOICE: 280323

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/02/04 | Roger L. Frankel | Conference call with J. Radecki, D. Austern re ▮▮▮▮▮ ▮▮▮▮▮ | 0.50 |
| 11/02/04 | Richard H. Wyron | Review ▮▮▮▮▮▮▮▮ and analysis. | 0.80 |
| 11/03/04 | Richard H. Wyron | Review documents and analysis relating to ▮▮▮▮▮ | 0.90 |
| 11/03/04 | Roger L. Frankel | Review updated ▮▮▮▮▮▮▮▮ from CIBC; telephone conversation with D. Austern re e-mail communication. | 0.60 |
| 11/05/04 | Roger L. Frankel | Review revised v▮▮▮▮▮▮ from CIBC; review related e-mails. | 0.60 |
| 11/05/04 | Richard H. Wyron | Review term sheet (.4); calls to and from CIBC on ▮▮▮▮▮ (.2); call from D. Austern and follow-up with CIBC (.3). | 0.90 |
| 11/08/04 | Richard H. Wyron | Confer with R. Frankel regarding status of plan negotiations (.3); review insurance analysis in preparation for meeting with D. Austern (.9). | 1.20 |
| 11/08/04 | Roger L. Frankel | Telephone conversation with Messrs. Radecki and Brownstein re ▮▮▮▮▮▮▮▮ | 0.30 |
| 11/09/04 | Richard H. Wyron | Review research on potential plan issues. | 1.20 |
| 11/10/04 | Roger L. Frankel | Review spreadsheet proposal sent to Grace. | 0.40 |
| 11/10/04 | Richard H. Wyron | Review various settlement proposals and notes re same. | 0.80 |
| 11/11/04 | Richard H. Wyron | Review e-mails on plan issues and follow-up. | 0.40 |
| 11/12/04 | Richard H. Wyron | Meet with D. Austern on plan issues, and follow-up. | 0.80 |
| 11/12/04 | Roger L. Frankel | Confer with D. Austern re plan process, issues. | 1.00 |
| 11/14/04 | Matthew W. Cheney | Review correspondence from R. Wyron re plan. | 0.10 |
| 11/14/04 | Richard H. Wyron | Begin review of Plan and related filings. | 2.10 |
| 11/15/04 | Richard H. Wyron | Attend hearing on plan issues and scheduling (2.1); confer with parties prior to hearing on scheduling issue (.6); begin review of procedures motion (.7). | 3.40 |
| •11/15/04 | Matthew W. Cheney | Conference with D. Felder re memo on plan issues. | 0.10 |
| 11/15/04 | Roger L. Frankel | Telephone conversations with D. Austern re plan, meeting (.4); telephone conversation with J. Rice re same (.1). | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 3

CLIENT: 25369
MATTER: .0008
INVOICE: 280323

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/16/04 | Roger L. Frankel | Confer with R. Wyron re plan issues, timing. | 0.30 |
| 11/16/04 | Roger L. Frankel | Telephone conversation with E. Inselbuch re meeting in NY, plan, strategic issues (.3); telephone conversation with client re same (.2). | 0.50 |
| 11/16/04 | Richard H. Wyron | Continue review of plan filing. | 1.70 |
| 11/16/04 | Debra L. Felder | Review memorandum by M. Gryzlov regarding plan issues. | 0.50 |
| 11/17/04 | Debra L. Felder | Review research regarding plan issues. | 3.80 |
| 11/17/04 | Richard H. Wyron | Continue review of Plan and related documents. | 1.60 |
| 11/17/04 | Matthew W. Cheney | Conference with D. Felder re: research and finalizing memo. | 0.20 |
| 11/18/04 | Matthew W. Cheney | Draft research memo re plan issues. | 0.90 |
| 11/18/04 | Matthew W. Cheney | Conference with D. Felder re memo. | 0.50 |
| 11/18/04 | Roger L. Frankel | Telephone conversation with D. Austern re meeting with asbestos claimants, case issues. | 0.30 |
| 11/18/04 | Richard H. Wyron | Continue review of Plan documents. | 1.10 |
| 11/18/04 | Debra L. Felder | Review research regarding plan issues (5.5); draft memorandum regarding same (2.0); conference with M. Cheney regarding same (.3). | 7.80 |
| 11/19/04 | Debra L. Felder | Finalize research and memorandum regarding plan issues (9.5); conference with M. Cheney regarding same (.3). | 9.80 |
| 11/19/04 | John P. Fries | Research regarding plan-related issues. | 1.00 |
| 11/19/04 | Matthew W. Cheney | Conference with D. Felder re research memo. | 0.50 |
| 11/19/04 | Matthew W. Cheney | Draft research memo re plan issues. | 4.90 |
| 11/20/04 | Roger L. Frankel | Review filed plan. | 1.30 |
| 11/21/04 | Richard H. Wyron | Review plan documents as filed 11/13. | 1.30 |
| 11/22/04 | Matthew W. Cheney | Conference with R. Wyron re plan and research memo. | 0.20 |
| 11/22/04 | Roger L. Frankel | Review plan of reorganization, glossary, disclosure statement (3.9); telephone conversations with R. Wyron re same (.3). | 4.20 |
| 11/22/04 | Debra L. Felder | Review cases regarding ▅▅▅▅▅▅ | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)　　　　　　CLIENT:  25369
12/31/04　　　　　　　　　　　　　　　　　　　　　　MATTER: .0008
Page 4　　　　　　　　　　　　　　　　　　　　　　　INVOICE: 280323

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/22/04 | Richard H. Wyron | Work on research memo, including review of cases and conferences with attorneys doing the research (1.2); conference with R. Frankel and follow-up (.4); continue review of plan issues (.6); call to CIBC regarding plan (.4); calls regarding ▬▬▬▬▬▬▬▬ (.4). | 3.00 |
| 11/23/04 | Richard H. Wyron | Review plan documents and outline issues. | 1.80 |
| 11/23/04 | Roger L. Frankel | Review series of e-mails re status, filed plan. | 0.20 |
| 11/23/04 | Roger L. Frankel | Review with R. Wyron issues re plan, review of plan; notes re same. | 0.40 |
| 11/23/04 | Roger L. Frankel | Review▬▬▬▬▬▬▬▬▬▬ | 1.80 |
| 11/24/04 | Roger L. Frankel | Review memo of items on for December 20 hearing. | 0.30 |
| 11/27/04 | Debra L. Felder | Review docket and calendar regarding objection deadlines. | 0.20 |
| 11/28/04 | Richard H. Wyron | Review summary e-mail and selected pleadings on matters set for hearing on 12/20 (.8); follow-up e-mails on scheduling (.2). | 1.00 |
| 11/29/04 | Richard H. Wyron | Conference with D. Felder regarding objections to pending motions (.5); continue review of pleadings (.9); conference with R. Frankel on timing and strategy, and notes re follow-up (.6); review 8-K on Libby investigation (.2); call with J. Radecki regarding▬▬▬▬▬ ▬▬▬▬ (.2) | 2.40 |
| 11/30/04 | Richard H. Wyron | Continue review of plan documents (.8); calls regarding objections to motions and deadline (.3). | 1.10 |
| 11/30/04 | Roger L. Frankel | Telephone conversation with D. Austern re settlement meeting (.2); telephone conversation with J. Radecki re presentation (.2). | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 17.60 | $10,648.00 |
| Richard H. Wyron | $510.00 | 27.50 | $14,025.00 |
| Matthew W. Cheney | $310.00 | 7.50 | $2,325.00 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 5

CLIENT:  25369
MATTER: .0008
INVOICE: 280323

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra L. Felder | $205.00 | 22.30 | $4,571.50 |
| John P. Fries | $140.00 | 1.00 | $140.00 |
| **TOTAL HOURS & FEES** | | **75.90** | **$31,709.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Westlaw Legal Research | 665.28 |
| Lexis Legal Research | 981.38 |
| Federal Express | 7.89 |
| Travel/Parking | 18.00 |
| Travel/Tolls | 90.75 |
| **TOTAL OTHER CHARGES** | **$1,763.30** |

**CURRENT INVOICE DUE**..................................................................**$33,472.80**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0008

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280323

## INVOICE SUMMARY

TOTAL FEES......................................................................................$31,709.50

TOTAL OTHER CHARGES ......................................................$1,763.30

**TOTAL AMOUNT DUE** ........................................................**$33,472.80**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280324

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/01/04 | Richard H. Wyron | Review final Tillinghast application as filed (.3); review final engagement letter (.2). | 0.50 |
| 11/08/04 | Roger L. Frankel | Review application and memo re retention of Lexecon by Equity Committee. | 0.40 |
| 11/08/04 | Debra L. Felder | Review pleading regarding Equity Committee's retention of asbestos consultant and draft e-mail summary to R. Frankel and R. Wyron regarding same. | 0.40 |
| 11/10/04 | Debra L. Felder | Telephone conference with C. Hartman regarding status of Tillinghast application. | 0.10 |
| 11/30/04 | Matthew W. Cheney | Review pleadings and opinion affirming appointment of D. Austern as FCR. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.40 | $242.00 |
| Richard H. Wyron | $510.00 | 0.50 | $255.00 |
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 280324

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra L. Felder | $205.00 | 0.50 | $102.50 |
| **TOTAL HOURS & FEES** | | **1.60** | **$661.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**......................................................................**$661.50**

# SWIDLER BERLIN

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0010

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280324

## INVOICE SUMMARY

TOTAL FEES.................................................................................$661.50

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** .............................................................**$661.50**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280325

CLIENT/CASE: 25369.0011

RE:  Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/02/04 | Debra O. Fullem | Review invoices (.5); begin preparation of September fee application (2.0). | 2.50 |
| 11/02/04 | Debra O. Fullem | Conference with R. Frankel regarding payment status; prepare e-mail to R. Frankel regarding same along with information on interim status of amounts due and confirm any payments. | 0.50 |
| 11/04/04 | Debra O. Fullem | Prepare September monthly time summaries of fees and expenses. | 0.30 |
| 11/04/04 | Debra O. Fullem | Finalize and file July and August fee applications. | 2.00 |
| 11/04/04 | Roger L. Frankel | Review and sign 3rd and 4th monthly interim applications for compensation. | 0.20 |
| 11/05/04 | Debra O. Fullem | Review and revise October prebills. | 1.00 |
| 11/09/04 | Debra O. Fullem | Review and revise monthly fee application for September. | 2.00 |
| 11/12/04 | Debra O. Fullem | Review omnibus order by Judge Fitzgerald regarding fee application hearing and deadlines for second quarterly; circulate and discuss with R. Wyron. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 2

CLIENT:  25369<br>
MATTER:  .0011<br>
INVOICE: 280325

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/12/04 | Debra O. Fullem | Prepare e-mail to R. Frankel and R. Wyron regarding filing of July-September second quarterly and deadlines and hearings on same. | 0.20 |
| 11/12/04 | Debra O. Fullem | Review notice regarding timing of filing of monthly and quarterly fee applications. | 0.20 |
| 11/15/04 | Debra O. Fullem | Review fee application files; analyze and update summary of fees and expenses. | 1.00 |
| 11/15/04 | Debra O. Fullem | Prepare summary of October fees and expenses and begin draft of October fee application. | 1.50 |
| 11/15/04 | Richard H. Wyron | Review monthly and Second Quarterly applications, and provide comments to D. Fullem (.8); review October pre-bill (.8). | 1.60 |
| 11/15/04 | Roger L. Frankel | Review, sign fee applications. | 0.30 |
| 11/18/04 | Richard H. Wyron | Review report of fee auditor. | 0.20 |
| 11/18/04 | Debra O. Fullem | Conference with R. Wyron regarding fee auditors final report; review of same. | 0.40 |
| 11/18/04 | Debra O. Fullem | Review and respond to R. Wyron's e-mail regarding final fee report by auditor; review docket for filing by auditor and inform R. Wyron not filed as yet. | 0.20 |
| 11/23/04 | Debra O. Fullem | Prepare summary of October fees and expenses and begin draft of October fee application. | 1.20 |
| 11/29/04 | Debra O. Fullem | Finalize draft of October fee application and forward to R. Wyron for review and comment. | 1.50 |
| 11/29/04 | Debra O. Fullem | Review email from R. Wyron regarding fee auditor's report and confirm numbers are correct; review auditor's final report and note correction to CIBC's expenses; prepare email to R. Wyron re same. | 0.50 |
| 11/30/04 | Roger L. Frankel | Review, sign CNOs. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 0.70 | $423.50 |
| Richard H. Wyron | $510.00 | 1.80 | $918.00 |

David Austern, FCR (for W.R. Grace & Co,)  
12/31/04  
Page 3

CLIENT:  25369  
MATTER: .0011  
INVOICE: 280325

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra O. Fullem | $175.00 | 15.50 | $2,712.50 |
| **TOTAL HOURS & FEES** | | **18.00** | **$4,054.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 319.20 |
| Telephone | 0.45 |
| Postage | 24.38 |
| Federal Express | 81.20 |
| **TOTAL OTHER CHARGES** | **$425.23** |

**CURRENT INVOICE DUE**.................................................................**$4,479.23**

**SWIDLER BERLIN**
FEDERAL IDENTIFICATION
No. 13-2679676

| | |
|---|---|
| WASHINGTON, DC OFFICE<br>THE WASHINGTON HARBOUR<br>3000 K STREET, NW, SUITE 300<br>WASHINGTON, D.C. 20007-5116<br>TELEPHONE (202)424-7500<br>FACSIMILE (202) 424-7647 | NEW YORK OFFICE<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>TELEPHONE (212) 973-0111<br>FACSIMILE (212) 891-9598 |

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0011

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280325

## INVOICE SUMMARY

TOTAL FEES......................................................................$4,054.00

TOTAL OTHER CHARGES .................................................$425.23

**TOTAL AMOUNT DUE** ...............................................**$4,479.23**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:  Citibank, F.S.B.
Account Title:  Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:  254070116
Account No.:  15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280326

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 11/04/04 | Debra O. Fullem | Review e-mail from R. Chatterjee at CIBC regarding fee applications for July, August and September, and related quarterly. | 0.20 |
| 11/08/04 | Debra O. Fullem | Review e-mail from Rit Chatterjee at CIBC regarding language in CIBC's employment application; conference with M. Cheney re same; review rules for specific language on Sections 330 and 331. | 0.50 |
| 11/08/04 | Matthew W. Cheney | Review correspondence from R. Chatterjee re CIBC fee applications. | 0.10 |
| 11/08/04 | Matthew W. Cheney | Conference with D. Fullem re CIBC fee applications. | 0.10 |
| 11/12/04 | Debra O. Fullem | Prepare e-mail to Rit Chatterjee at CIBC regarding status of filings of fee applications for July through September and Second Quarter. | 0.10 |
| 11/12/04 | Debra O. Fullem | Review four CIBC fee applications for the time period July-Septemer and the quarterly fee application (.3); prepare notices of filing and certificates of service for same (.8); prepare e-mail to Celeste Hartman regarding filing of same (.1). | 1.20 |

David Austern, FCR (for W.R. Grace & Co,)
12/31/04
Page 2

CLIENT: 25369
MATTER: .0012
INVOICE: 280326

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/12/04 | Debra O. Fullem | Review billing information from D. Austern for the time period July-September (.2); prepare July-September monthly fee applications and a second quarterly fee application for the time period (1.8). | 2.00 |
| 11/16/04 | Debra O. Fullem | Prepare e-mail to Rit Chatterjee at CIBC to inform him all fee applications filed yesterday and the deadline for objections. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Matthew W. Cheney | $310.00 | 0.20 | $62.00 |
| Debra O. Fullem | $175.00 | 4.20 | $735.00 |
| **TOTAL HOURS & FEES** | | **4.40** | **$797.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 120.60 |
| Postage | 3.95 |
| **TOTAL OTHER CHARGES** | **$124.55** |

**CURRENT INVOICE DUE**.......................................................................**$921.55**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280326

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES.................................................................$797.00

TOTAL OTHER CHARGES.........................................$124.55

**TOTAL AMOUNT DUE** ..............................................**$921.55**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280327

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/15/04 | Richard H. Wyron | Travel to/from Wilmington for hearing. | 3.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $255.00 | 3.50 | $892.50 |
| **TOTAL HOURS & FEES** | | **3.50** | **$892.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**...................................................................**$892.50**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280327

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES.................................................................................$892.50

TOTAL OTHER CHARGES...........................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$892.50**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:         Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:           15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280328

CLIENT/CASE: 25369.0015

RE:  FCR Retention Appeals

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 11/02/04 | Roger L. Frankel | Review ACC opposition to insurers motion to strike. | 0.40 |
| 11/09/04 | Roger L. Frankel | Review Reply of Certain Insurers in Support of Motion to Strike ACC Brief. | 0.30 |
| 11/29/04 | Roger L. Frankel | Review Judge Buckwalter opinion re FCR appointment. | 0.90 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.60 | $968.00 |
| **TOTAL HOURS & FEES** | | **1.60** | **$968.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 2.55 |
| **TOTAL OTHER CHARGES** | **$2.55** |

**CURRENT INVOICE DUE**.......................................................................**$970.55**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0015

INVOICE DATE: 12/31/04
INVOICE NUMBER: 280328

## INVOICE SUMMARY

TOTAL FEES.................................................................................................$968.00

TOTAL OTHER CHARGES ...........................................................................$2.55

**TOTAL AMOUNT DUE** ............................................................................**$970.55**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:          Citibank, F.S.B.
Account Title:          Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:       254070116
Account No.:            15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on February 18, 2004, I caused the *Notice, Cover Sheet to Sixth Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period November 1, 2004 through November 30, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

*Deborah Fullem*

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

**Federal Express**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Regular Mail**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


**Federal Express**

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express and Email: feeaudit@whsmithlaw.com**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail: william.sparks@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


**E-mail: rserrette@stroock.com**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP