## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: March 10, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### EIGHTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, formerly Swidler Berlin Sheriff Friedman, LLP, counsel to David T.

Austern, Future Claimants' Representative (the "FCR"), has filed and served its Eighth Monthly

Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement

of Expenses as counsel to the FCR for the time period December 1, 2004 through December 31,

2004 seeking payment of fees in the amount of $70,817.20 (80% of $88,521.50) and expenses in

the amount of $4,326.10 (the "Application") for a total of $75,143.30.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 10, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future Claimants
Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: February 18, 2005

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)** |
| **Debtors.** | Objection Deadline: February __, 2005 at 4:00 p.m.<br>Hearing: Schedule if Necessary (Negative Notice) |

### COVER SHEET TO EIGHTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP, formerly Swidler Berlin Shereff Friedman, LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | December 1, 2004 through December 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $88,521.50 |
| 80% of fees to be paid: | $70,817.20[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,326.10 |
| Total Fees @ 80% and 100% Expenses: | $75,143.30 |

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    __X__    monthly    ____    final application.

The total time expended for fee application preparation during this time period is 9.20 hours and the corresponding fees are $2,045.50 and $88.21 in expenses for Swidler's fee applications and 2.10 hours and $554.00 in fees and $99.61 in expenses for the FCR and/or is other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's eighth interim fee application for the period December 1-31, 2004; Swidler is simultaneously filing with its December interim fee application, its seventh interim fee application for the period November 1-30, 2004 in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ 4,182.19 for a total of $82,236.59; its sixth interim fee application for the time period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60 for a total of $95,700.40; its fifth interim fee application for the period September 1-30, 2004 on November 16, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses for a total of $129,718.24; its fourth interim fee application for the period August 1-31, 2004 on November 4, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses for a total of $42,629.66; its third interim fee application for the period July 1-31, 2004 on November 4, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses for a total of $78,911.65; its second interim fee application for the period June 1-30, 2004 on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2; and its first interim fee application for the period May 1-31, 2004 on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.   To date, Swidler has received a payment from the Debtors in the amount of $363,650.37 representing $333,403.40 in fees (at 80%) and $30,246.97 in expenses (at 100%) for the time period May 24, 2004 through September 30, 2004 and a payment in the amount of $19,993.70 representing the 20% holdback on fees for the time period May and June 2004.

## COMPENSATION SUMMARY

### DECEMBER 2004

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $605.00 | 34.30 | $20,751.50 |
| Mark J. Plumer | Partner, 11 years in position; 18 years relevant experience; 1987, Insurance Litigation | $520.00 | 5.30 | $2,756.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $510.00 | 49.70 | $24,582.00[2] |
| | | | | |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $310.00 | 26.80 | $8,308.00 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $205.00 | 50.40 | $10,332.00 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $355.00 | 48.70 | $17,288.50 |
| | | | | |
| Rachael M. Barainca | File Clerk | $55.00 | 16.10 | $885.50 |
| John P. Fries | Research Librarian | $140.00 | .80 | $112.00 |
| Debra O. Fullem | Senior Legal Assistant | $175.00 | 11.90 | $2,082.50 |
| Michael A. Scarpato | Senior Consultant | $195.00 | 7.30 | $1,423.50 |
| Total | | | 251.30 | $88,521.50 |
| Blended Rate: $352.25 | | | | |

---

2 This amount represents a reduction of $765.00 for non-working travel.

3

## COMPENSATION BY PROJECT CATEGORY

### DECEMBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 24.40 | $3,246.00 |
| Compensation of Professionals-Swidler | 9.20 | $2,045.50 |
| Compensation of Professionals-Other | 2.10 | $554.00 |
| Litigation | 138.90 | $54,090.50 |
| Insurance Matters | 64.70 | $22,991.50 |
| Plan and Disclosure Statement | 8.30 | $4,565.50 |
| Retention of Professionals-Other | .40 | $82.00 |
| Travel Time (Non-Working)[3] | 3.00 | $765.00 |
| FCR Retention Appeals | .30 | $181.50 |
| **TOTAL** | **251.30** | **$88,521.50** |

## EXPENSE SUMMARY

### DECEMBER 2004

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $1,759.20 |
| Telephone/Facsimile | $16.16 |
| Postage/Federal Express/Courier Fees | $196.72 |
| Computerized Legal Research | $967.36 |
| Travel | $1,386.66 |
| **TOTAL** | **$4,326.10** |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: February 18, 2005

---

3 In accordance with the Local Rules of this Court, Swidler bills its hourly rates at a 50% reduced rate for non-working travel time.

4

**VERIFICATION**

**DISTRICT OF COLUMBIA, TO WIT:**

Richard H. Wyron, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

RICHARD H. WYRON

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 18th DAY OF FEBRUARY, 2005

Notary Public

My commission expires: October 31, 2007

Katherine Ann Swall
Notary Public in and for
The District of Columbia

5

# EXHIBIT A

# SWIDLER INVOICES FOR THE TIME PERIOD

# DECEMBER 1-31, 2004

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281657

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.20 |
| 12/02/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.20 |
| 12/02/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/03/04 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.60 |
| 12/03/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.10 |
| 12/06/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.70 |
| 12/06/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 12/06/04 | Debra O. Fullem | Respond to Mary Lou at D. Austern's office regarding service list question; review and respond to R. Wyron's e-mail re same. | 0.30 |
| 12/06/04 | Debra O. Fullem | Review docket update. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 281657

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 12/07/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/07/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.80 |
| 12/07/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 12/08/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/08/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.50 |
| 12/08/04 | Roger L. Frankel | Telephone conversation with J. Radecki re status, telephone conversation with D. Austern re same. | 0.40 |
| 12/09/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.50 |
| 12/09/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/09/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/10/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 12/10/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.40 |
| 12/13/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 1.50 |
| 12/13/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/14/04 | Roger L. Frankel | Review miscellaneous pleadings, docket entries. | 0.40 |
| 12/14/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.40 |
| 12/15/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.50 |
| 12/15/04 | Roger L. Frankel | Review amended agenda, review items re FCR position. | 0.40 |
| 12/15/04 | Debra L. Felder | Review docket and pleadings and update calendar of hearings and deadlines. | 0.80 |
| 12/16/04 | Debra O. Fullem | Review notice filed by Debtor's counsel regarding proposed protocol for January hearings; forward to R. Wyron for review. | 0.20 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 3

CLIENT:  25369
MATTER: .0001
INVOICE: 281657

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/16/04 | Debra O. Fullem | Review the current docket for information on appearing telephonically at hearing on 12/20/04; prepare e-mail to D. Carickhoff re information for same. | 0.20 |
| 12/16/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.40 |
| 12/17/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates. | 0.50 |
| 12/17/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/17/04 | Roger L. Frankel | Telephone conversation with CIBC re status. | 0.20 |
| 12/17/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 12/17/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/20/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/20/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 12/20/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/20/04 | Matthew W. Cheney | Draft correspondence to R. Wyron re decision from Third Circuit re MCC. | 0.30 |
| 12/21/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |
| 12/21/04 | Matthew W. Cheney | Review pleadings. | 0.20 |
| 12/21/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 12/22/04 | Rachael M. Barainca | Review Court docket; update pleadings binders, record upcoming deadlines and hearing dates, and Plan Motion and Disclosure Objections. | 3.50 |
| 12/23/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders, and put together a binder of Plan Motion and Disclosure Objections. | 3.90 |
| 12/23/04 | Debra O. Fullem | Review docket update. | 0.10 |
| 12/23/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/27/04 | Debra O. Fullem | Review docket update. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)    CLIENT:  25369
01/31/05                                      MATTER: .0001
Page 4                                        INVOICE: 281657

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/28/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/29/04 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 12/29/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 12/29/04 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |
| 12/30/04 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 1.40 | $847.00 |
| Matthew W. Cheney | $310.00 | 1.40 | $434.00 |
| Debra L. Felder | $205.00 | 3.90 | $799.50 |
| Debra O. Fullem | $175.00 | 1.60 | $280.00 |
| Rachael M. Barainca | $55.00 | 16.10 | $885.50 |
| **TOTAL HOURS & FEES** | | **24.40** | **$3,246.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 919.80 |
| Telephone | 12.53 |
| Postage | 15.12 |
| Westlaw Legal Research | 127.65 |
| Meal Charges | 46.54 |
| Travel/Airfare | 896.20 |
| Travel/Meal Expenses | 8.42 |
| Travel/Parking | 36.00 |
| Travel/Taxis | 75.00 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 5

CLIENT:  25369
MATTER: .0001
INVOICE: 281657

| OTHER CHARGES | AMOUNT |
|---|---|
| Travel/Tolls | 10.50 |
| **TOTAL OTHER CHARGES** | **$2,147.76** |

**CURRENT INVOICE DUE**....................................................................**$5,393.76**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

<div style="float:left">

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

</div>

<div style="float:right">

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</div>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281657

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES...........................................................................$3,246.00

TOTAL OTHER CHARGES ....................................................$2,147.76

**TOTAL AMOUNT DUE** ...........................................................**$5,393.76**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:     Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281658

CLIENT/CASE: 25369.0006

RE:  Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/01/04 | Scott J. Levitt | Draft PowerPoint presentation (2.0); review and analyze ████████████████████████████████ed by M. Scarpato (.7). | 2.70 |
| 12/02/04 | Scott J. Levitt | Draft PowerPoint presentation (2.5); revise memorandum ██████(.5). | 3.00 |
| 12/03/04 | Scott J. Levitt | Communicate by e-mail with R. Frankel re █████████ ████████(.1); telephone conference with Mr. Hughes re ██████████████████(.2). | 0.30 |
| 12/03/04 | Roger L. Frankel | Exchange of e-mails re insurance allocation models. | 0.30 |
| 12/06/04 | Scott J. Levitt | Research financial status of ███████████and ████████(1.8); communicate by e-mail with M. Scarpato re████████(.2). | 2.00 |
| 12/07/04 | Scott J. Levitt | Review and analyze additional policies sent by Grace (1.8); summarize same (1.3); research solvency of ███ ██████████████████(1.5); summarize same (.7). | 5.30 |
| 12/07/04 | Michael A. Scarpato | Request from Mr. Zaremby the ████████████████ ████████████████████ | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 2

CLIENT:  25369
MATTER:  .0006
INVOICE:  281658

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/08/04 | Michael A. Scarpato | Confer with Mr. Zaremby re content and format of the requested ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.2); discuss same with S. Levitt (.1). | 0.30 |
| 12/08/04 | Scott J. Levitt | Review and analyze ▮▮▮▮▮▮▮▮▮▮ forwarded by Grace (1.5); draft e-mail to M. Plumer re case status (.2). | 1.70 |
| 12/09/04 | Scott J. Levitt | Research solvency of ▮▮▮▮▮▮▮▮▮▮ (1.5); draft memorandum re same (.5). | 2.00 |
| 12/10/04 | Scott J. Levitt | Draft memorandum re ▮▮▮▮▮▮▮▮▮▮ (2.5); revise notebook of ▮▮▮▮▮▮▮▮▮▮ (2.0); review ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ (1.7). | 6.20 |
| 12/10/04 | John P. Fries | Pull ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for S. Levitt. | 0.80 |
| 12/13/04 | Michael A. Scarpato | Review ▮▮▮▮▮▮▮▮▮▮▮▮▮ received from Mr. Zaremby; discuss same with S. Levitt. | 0.70 |
| 12/13/04 | Scott J. Levitt | Review and analyze pleadings filed in Scott's litigation re motion for a temporary stay (2.5); office telephone conference with M. Scarpato re ▮▮▮▮▮▮▮▮▮ (.2); review memorandum re ▮▮▮▮▮(1.8). | 4.50 |
| 12/13/04 | Richard H. Wyron | Review Scotts' pleadings regarding stay issues. | 1.10 |
| 12/14/04 | Scott J. Levitt | Telephone conference with Mr. Posner re ▮▮▮▮▮ ▮▮▮▮▮▮▮▮ (.3); draft memorandum re▮▮▮▮ (3.7); revise notebook re ▮▮▮ ▮▮▮▮▮▮▮▮▮▮ (1.0); draft e-mail to R. Wyron re pleadings in Scott's litigation (.2) | 5.20 |
| 12/14/04 | Michael A. Scarpato | Confer with S. Levitt re ▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 12/15/04 | Michael A. Scarpato | Compile ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ one Access table. | 1.40 |
| 12/15/04 | Scott J. Levitt | Revise memorandum re ▮▮▮▮▮▮▮▮▮ | 2.50 |

David Austern, FCR (for W.R. Grace & Co,)  
01/31/05  
Page 3

CLIENT:   25369  
MATTER: .0006  
INVOICE: 281658

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/17/04 | Michael A. Scarpato | Massage compilation of the ▇▇▇▇▇ ▇▇▇▇▇ to match the ▇▇▇▇▇ analysis previously received from Mr. Zaremby. | 1.00 |
| 12/17/04 | Richard H. Wyron | Review withdrawal of objection on KMS settlement. | 0.20 |
| 12/20/04 | Michael A. Scarpato | Finish analysis, organization, and cross-referencing of the ▇▇▇▇▇ (2.0); review same with S. Levitt (0.9). | 2.90 |
| 12/20/04 | Scott J. Levitt | Revise memorandum re ▇▇▇▇▇ (1.5); office conference with M. Scarpato re ▇▇▇▇▇ (.2); review spreadsheet re same drafted by M. Scarpato (.5). | 2.20 |
| 12/20/04 | Mark J. Plumer | Schedule meeting with S. Levitt to discuss outstanding issues (.1). | 0.10 |
| 12/21/04 | Scott J. Levitt | Communicate by e-mail with M. Scarpato re ▇▇▇▇▇ (.2); revise memorandum re ▇▇▇▇▇ (1.0). | 1.20 |
| 12/21/04 | Michael A. Scarpato | Confer with Mr. Zaremby re ▇▇▇▇▇ ▇▇▇▇▇ (.5); update database accordingly (.1). | 0.60 |
| 12/22/04 | Michael A. Scarpato | Confer with R. Wyron re approval status of debtor's plan. | 0.20 |
| 12/22/04 | Scott J. Levitt | Office conference with M. Plumer re ▇▇▇▇▇ ▇▇▇▇▇ (1.0); office conference with Messrs. Plumer, Wyron and Frankel re same (.3); draft memorandum re ▇▇▇▇▇ (1.6). | 2.90 |
| 12/22/04 | Roger L. Frankel | Confer with Messrs. Plumer, Levitt and Wyron re status of insurance due diligence; notes re same. | 0.60 |
| 12/22/04 | Mark J. Plumer | Review Levitt memorandum re tasks outstanding (.2); review memorandum re ▇▇▇▇▇ (.6); review memorandum re ▇▇▇▇▇ (1.1.); review memorandum re ▇▇▇▇▇ (.3); review memorandum on ▇▇▇▇▇ (.4); review PowerPoint (draft) (.9.); office conference with S. Levitt (.6); office conference with Messrs. Frankel and Wyron (.4). | 4.50 |
| 12/23/04 | Scott J. Levitt | Revise PowerPoint presentation (.5); draft memorandum re ▇▇▇▇▇ (1.5). | 2.00 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 4

CLIENT: 25369
MATTER: .0006
INVOICE: 281658

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/23/04 | Mark J. Plumer | Review and revise motion (.5); review memoranda from S. Levitt re ███████ and e-mail response (.2). | 0.70 |
| 12/28/04 | Richard H. Wyron | Review ██████████████████ from S. Levitt and provide comments. | 0.40 |
| 12/28/04 | Scott J. Levitt | Revise PowerPoint presentation (2.0); revise memorandum re ██████████████ (1.5); revise memorandum re █████████████████████ (1.0); review M. Plumer's edits to ██████ (.3); communicate by e-mail with Mr. Posner re █████ ███████████ (.2). | 5.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.90 | $544.50 |
| Mark J. Plumer | $520.00 | 5.30 | $2,756.00 |
| Richard H. Wyron | $510.00 | 1.70 | $867.00 |
| Scott J. Levitt | $355.00 | 48.70 | $17,288.50 |
| Michael A. Scarpato | $195.00 | 7.30 | $1,423.50 |
| John P. Fries | $140.00 | 0.80 | $112.00 |
| **TOTAL HOURS & FEES** | | **64.70** | **$22,991.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 10.35 |
| Telephone | 3.63 |
| Westlaw Legal Research | 20.39 |
| Lexis Legal Research | 176.40 |
| Printing | 0.20 |
| **TOTAL OTHER CHARGES** | **$210.97** |

CURRENT INVOICE DUE.................................................................$23,202.47

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0006

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281658

## INVOICE SUMMARY

TOTAL FEES................................................................$22,991.50

TOTAL OTHER CHARGES.......................................$210.97

**TOTAL AMOUNT DUE** ..........................................**$23,202.47**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281659

CLIENT/CASE: 25369.0007

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/04 | Debra L. Felder | Review pleadings. | 1.00 |
| 12/01/04 | Roger L. Frankel | Review motion to extend exclusivity (.4); review pleadings re Libby claimants (.4). | 0.80 |
| 12/01/04 | Roger L. Frankel | Confer with R. Wyron re litigation issues. | 0.30 |
| 12/01/04 | Richard H. Wyron | Telephone calls to and from P. Lockwood on plan motions and related pleadings, and notes re same (.4); confer with R. Frankel (.3); review outline of responses to plan-related motions and research (1.6). | 2.30 |
| 12/02/04 | Roger L. Frankel | Review cases cited in motion for estimation. | 2.40 |
| 12/02/04 | Debra L. Felder | Review ▓▓▓▓▓▓▓▓▓▓ docket regarding estimation procedures (1.5); review and retrieve pleadings re same (6.4). | 7.90 |
| 12/03/04 | Roger L. Frankel | Confer with D. Austern re litigation strategy. | 1.60 |
| 12/03/04 | Roger L. Frankel | Telephone conversation with S. Baena re strategy issues; notes re same. | 0.50 |
| 12/04/04 | Roger L. Frankel | Review PI Committee objection to equity retention of Lexecon. | 0.40 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 2

CLIENT:  25369
MATTER:  .0007
INVOICE: 281659

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/06/04 | Debra L. Felder | Review FCR brief in ██████████████████ ██████████████████████████ 6); e-mail to R. Wyron regarding same (.2); review ███████ ████ regarding same (.5). | 1.30 |
| 12/06/04 | Richard H. Wyron | Review pleadings ████████████████████ ███████████ | 1.10 |
| 12/08/04 | Matthew W. Cheney | Conferences with R. Frankel and D. Felder re objections to plan related motions. | 0.80 |
| 12/08/04 | Debra L. Felder | Review pleadings regarding plan (1.7); conference with R. Frankel and M. Cheney regarding response to pleadings and research issues (.8); conference with M. Cheney regarding same (.5). | 3.00 |
| 12/08/04 | Roger L. Frankel | Confer with M. Cheney, D. Felder re objection to Grace disclosure, etc. (.4); notes re same (.4). | 0.80 |
| 12/09/04 | Roger L. Frankel | Review ██████████ re estimation procedure. | 1.30 |
| 12/09/04 | Roger L. Frankel | Review cases permitting estimation of asbestos claims, earlier responses to CMO motion. | 1.70 |
| 12/09/04 | Debra L. Felder | Research regarding impairment. | 1.40 |
| 12/09/04 | Matthew W. Cheney | Review motions relating to plan issues. | 0.50 |
| 12/09/04 | Matthew W. Cheney | Conference with D. Felder re objection to plan related motions. | 0.10 |
| 12/09/04 | Richard H. Wyron | Review draft outline and notes for 12/21 filings and follow-up on research on plan-related motions. | 2.60 |
| 12/10/04 | Matthew W. Cheney | Review motions relating to plan. | 1.10 |
| 12/10/04 | Debra L. Felder | Research regarding impairment. | 1.50 |
| 12/13/04 | Debra L. Felder | Research regarding impairment. | 1.00 |
| 12/13/04 | Matthew W. Cheney | Conference with D. Felder re research for objection. | 0.10 |
| 12/13/04 | Matthew W. Cheney | Draft objection to plan related motions. | 3.10 |
| 12/14/04 | Matthew W. Cheney | Draft objection to plan-related motions. | 3.20 |
| 12/14/04 | Richard H. Wyron | Review and revise outline on objection to plan-related motions (1.3); review research (2.4). | 3.70 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 3

CLIENT:   25369
MATTER:  .0007
INVOICE: 281659

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 12/14/04 | Debra L. Felder | Conference with R. Wyron and M. Cheney regarding objection to plan related motions. | 0.20 |
| 12/14/04 | Roger L. Frankel | Review with R. Wyron litigation issues, objection re estimation, impairment; notes re same. | 0.40 |
| 12/14/04 | Roger L. Frankel | Review notices, proposed orders re CMO, estimation (.4); notes re same (.2). | 0.60 |
| 12/15/04 | Debra L. Felder | Research regarding impairment (2.5); conference with M. Cheney regarding same (.2); telephone conference with R. Wyron regarding objection to plan related motions (.1). | 2.80 |
| 12/15/04 | Matthew W. Cheney | Draft objection to plan related motions. | 0.50 |
| 12/15/04 | Matthew W. Cheney | Conference with D. Felder re research. | 0.20 |
| 12/15/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re objection. | 0.10 |
| 12/15/04 | Richard H. Wyron | Review e-mails re Debtors' proposal re protocol, and follow-up conversations (.3); review proposed scheduling issues and confer re same (1.0). | 1.30 |
| 12/16/04 | Richard H. Wyron | Review protocol filed by Debtors (.8); confer regarding strategy and notes re follow-up (.6). | 1.40 |
| 12/16/04 | Debra L. Felder | Research regarding plan related issues and objection to Debtors' plan related motions (7.0); conferences with M. Cheney regarding same (.2). | 7.20 |
| 12/16/04 | Matthew W. Cheney | Draft objection to plan related motions. | 9.70 |
| 12/16/04 | Roger L. Frankel | Telephone conversation with D. Austern re status; confer with R. Wyron re hearing. | 0.50 |
| 12/16/04 | Roger L. Frankel | Review Debtor's Suggestion of Protocol; review issues with R. Wyron. | 0.90 |
| 12/17/04 | Roger L. Frankel | Confer with R. Wyron re suggested protocols, hearing on Monday in Pittsburgh (.9); telephone conversations with D. Austern re estimation (.4). | 1.30 |
| 12/17/04 | Roger L. Frankel | Review file, pleadings in preparation for hearing. | 0.90 |
| 12/17/04 | Matthew W. Cheney | Draft objection to plan related motions. | 0.90 |
| 12/17/04 | Debra L. Felder | Research regarding objection to Debtors' plan related motions. | 2.00 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 4

CLIENT:   25369
MATTER: .0007
INVOICE: 281659

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/17/04 | Debra L. Felder | Prepare notice of withdrawal of limited objection to KWELMBS settlement (.5); conferences with R. Meade and J. Phillips regarding same (.4). | 0.90 |
| 12/17/04 | Richard H. Wyron | Review matters scheduled for 12/20 hearing and amended agenda (.4); review and revise draft response on plan-related motions (2.1). | 2.50 |
| 12/18/04 | Roger L. Frankel | Review, revise FCR Omnibus Objection to debtors motion for estimation, disclosure, CMO. | 2.40 |
| 12/19/04 | Roger L. Frankel | Telephone conversation with client re issues in preparation for hearing; notes re same. | 0.40 |
| 12/19/04 | Richard H. Wyron | Continue review of objections to plan-related motions and provide comments. | 2.80 |
| 12/20/04 | Richard H. Wyron | Prepare for hearing on plan-related motions and protocol (1.2); attend hearing and notes re follow-up notes (2.3); review and revise draft objections (1.6). | 5.10 |
| 12/20/04 | Debra L. Felder | Review and revise FCR's objection to Debtors' plan related motions (3.5); research regarding ████████████ ████████████ (.5). | 4.00 |
| 12/20/04 | Debra L. Felder | Conference with M. Cheney regarding revisions to FCR's objection to plan related motions. | 0.20 |
| 12/20/04 | Debra L. Felder | Research regarding ████████████ and impairment. | 2.00 |
| 12/20/04 | Roger L. Frankel | Review, revise objection (consolidated) to estimation motion, CMO, solicitation procedures. | 2.10 |
| 12/20/04 | Roger L. Frankel | Review issues in preparation for hearing, review agenda. | 0.60 |
| 12/20/04 | Roger L. Frankel | Telephone conversation with R. Wyron in preparation for hearing. | 0.30 |
| 12/20/04 | Roger L. Frankel | Attend hearing by telephone. | 2.50 |
| 12/20/04 | Roger L. Frankel | Telephone conversations with D. Austern (.2) and R. Wyron (.3) re hearing, finalizing objection. | 0.50 |
| 12/20/04 | Roger L. Frankel | Review with M. Cheney issues re objection of FCR to disclosure, etc. | 0.30 |
| 12/20/04 | Matthew W. Cheney | Draft objection to disclosure statement and plan related motions. | 2.70 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 5

CLIENT:  25369
MATTER: .0007
INVOICE: 281659

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/20/04 | Matthew W. Cheney | Conference with R. Frankel re hearing on plan objections. | 0.10 |
| 12/20/04 | Matthew W. Cheney | Conference with R. Wyron and D. Felder re plan issues and research. | 0.30 |
| 12/21/04 | Roger L. Frankel | Telephone conversation with R. Wyron re status of draft objection. | 0.20 |
| 12/21/04 | Debra L. Felder | Research regarding ▉▉▉▉▉▉▉▉▉▉▉▉ ▉▉▉▉▉▉▉ (1.0); research regarding ▉▉▉▉ ▉▉▉▉▉▉▉▉▉▉ (2.5). | 3.50 |
| 12/21/04 | Richard H. Wyron | Review and revise objection on plan-related motions (2.6); review PI Committee's filing (2.1). | 4.70 |
| 12/21/04 | Matthew W. Cheney | Draft objection to disclosure statement and plan-related motions. | 1.80 |
| 12/21/04 | Matthew W. Cheney | Conference with D. Felder re research. | 0.10 |
| 12/22/04 | Richard H. Wyron | Final review of FCR objection to plan-related motions (2.3); review PD Committee objection (1.6). | 3.90 |
| 12/22/04 | Debra L. Felder | Revise FCR's objection to Debtors' plan-related motions. | 5.70 |
| 12/22/04 | Roger L. Frankel | Review, edit omnibus objection re disclosure, estimation, solicitation procedures. | 1.30 |
| 12/22/04 | Roger L. Frankel | Confer with D. Austern re omnibus objection. | 1.10 |
| 12/22/04 | Roger L. Frankel | Confer with D. Austern re plan issues, exclusivity. | 0.70 |
| 12/23/04 | Roger L. Frankel | Review estimation motion supplement and exhibits. | 0.60 |
| 12/23/04 | Richard H. Wyron | Review various parties' filings on plan-related motions. | 2.40 |
| 12/23/04 | Debra O. Fullem | Conference with R. Frankel regarding objections to plan and disclosure statement; coordinate with R. Barainca regarding binder of same; review draft of index of objections and revise; update R. Frankel regarding status. | 0.80 |
| 12/24/04 | Roger L. Frankel | Summary review of objections to disclosure and related motions. | 0.60 |
| 12/28/04 | Richard H. Wyron | Review plan-related motions and begin outline of 1/21 hearing issues. | 1.90 |

David Austern, FCR (for W.R. Grace & Co,)    CLIENT:  25369
01/31/05                                     MATTER: .0007
Page 6                                        INVOICE: 281659

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/29/04 | Richard H. Wyron | Continue outline on issues for 1/21 hearing on plan-related motions (1.1); review pleadings filed by other parties (1.8). | 2.90 |
| 12/29/04 | Debra L. Felder | Review docket and pleadings and prepare summary e-mail of upcoming objection deadlines. | 0.50 |
| 12/30/04 | Matthew W. Cheney | Conference with D. Felder re objection to exclusivity. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 28.00 | $16,940.00 |
| Richard H. Wyron | $510.00 | 38.60 | $19,686.00 |
| Matthew W. Cheney | $310.00 | 25.40 | $7,874.00 |
| Debra L. Felder | $205.00 | 46.10 | $9,450.50 |
| Debra O. Fullem | $175.00 | 0.80 | $140.00 |
| **TOTAL HOURS & FEES** | | **138.90** | **$54,090.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 722.10 |
| Postage | 6.69 |
| Westlaw Legal Research | 636.81 |
| Printing | 59.20 |
| **TOTAL OTHER CHARGES** | **$1,424.80** |

**CURRENT INVOICE DUE**.................................................................**$55,515.30**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
OUR REFERENCE: 25369.0007
INVOICE NUMBER: 281659

## INVOICE SUMMARY

TOTAL FEES................................................................................$54,090.50

TOTAL OTHER CHARGES ......................................................$1,424.80

**TOTAL AMOUNT DUE .........................................................$55,515.30**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281660

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/01/04 | Roger L. Frankel | Review TDPs, Best Interest Analysis, as filed. | 1.60 |
| 12/02/04 | Richard H. Wyron | Prepare for meeting with D. Austern. | 1.20 |
| 12/03/04 | Richard H. Wyron | Strategy meeting with R. Frankel and D. Austern, and notes re follow-up. | 1.20 |
| 12/03/04 | Roger L. Frankel | Review CE Third Circuit opinion. | 0.40 |
| 12/06/04 | Richard H. Wyron | Follow-up with ███████████████████████ | 0.30 |
| 12/07/04 | Richard H. Wyron | Follow-up with Debtors' counsel on ████████████████ ███████████ | 0.20 |
| 12/15/04 | Roger L. Frankel | Telephone conversation with D. Austern re plan issues; notes re same. | 0.30 |
| 12/17/04 | Richard H. Wyron | Call with CIBC re status and follow-up (.3); review motions and prepare for 12/20 hearing (1.6). | 1.90 |
| 12/23/04 | Roger L. Frankel | Review filed plan, exhibits (.7); telephone conference with J. Brownstein re ████████████████████ .5). | 1.20 |

David Austern, FCR (for W.R. Grace & Co,)  CLIENT:  25369
01/31/05  MATTER: .0008
Page 2  INVOICE: 281660

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 3.50 | $2,117.50 |
| Richard H. Wyron | $510.00 | 4.80 | $2,448.00 |
| **TOTAL HOURS & FEES** | | **8.30** | **$4,565.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 0.15 |
| Computerized Legal Research | 6.11 |
| Federal Express | 10.49 |
| **TOTAL OTHER CHARGES** | **$16.75** |

**CURRENT INVOICE DUE**...................................................................$4,582.25

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0008

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281660

## INVOICE SUMMARY

TOTAL FEES.................................................................................$4,565.50

TOTAL OTHER CHARGES...........................................................$16.75

**TOTAL AMOUNT DUE** ...........................................................**$4,582.25**

**_REMITTANCE INFORMATION:_**

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281661

CLIENT/CASE: 25369.0010

RE:  Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/06/04 | Debra L. Felder | Review Tillinghast application and engagement letter (.3); telephone conference with C. Hartman regarding certificate of no objection (.1). | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra L. Felder | $205.00 | 0.40 | $82.00 |
| **TOTAL HOURS & FEES** | | **0.40** | **$82.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 24.00 |
| Travel/Airfare | 314.00 |
| **TOTAL OTHER CHARGES** | **$338.00** |

**CURRENT INVOICE DUE**.......................................................................**$420.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281661

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES.................................................................................$82.00

TOTAL OTHER CHARGES................................................................$338.00

**TOTAL AMOUNT DUE** ...............................................................**$420.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281662

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

## FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/02/04 | Debra O. Fullem | File CNOs on CIBC's July and August fee statements. | 0.50 |
| 12/03/04 | Debra O. Fullem | Finalize and coordinate filing of October fee statement. | 0.50 |
| 12/07/04 | Debra O. Fullem | Prepare CNO for Swidler's September fee application. | 0.20 |
| 12/07/04 | Debra O. Fullem | Review e-mail from S. Bossay, fee auditor, regarding May and June fee applications and confirm numbers are correct for Swidler's fees and expenses; conference with R. Wyron re same; prepare reply to S. Bossay. | 0.30 |
| 12/07/04 | Debra O. Fullem | Organize fee application files. | 0.40 |
| 12/07/04 | Debra O. Fullem | Review fee application files. | 0.20 |
| 12/09/04 | Debra O. Fullem | Forward CNO on September monthly to Mr. Sparks at W.R. Grace. | 0.10 |
| 12/09/04 | Debra O. Fullem | Review e-mail from C. Hartman, legal assistant at local counsel's office, regarding filing of CNOs on fee applications. | 0.10 |
| 12/10/04 | Debra O. Fullem | Begin review November prebills. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 2

CLIENT:   25369
MATTER: .0011
INVOICE: 281662

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/10/04 | Debra O. Fullem | Telephone call to Betsy at Bankruptcy Court regarding issue with unsigned CNO; prepare amended CNO on CIBC's August fee application; obtain Rick Wyron's signature; coordinate filing and serving of same. | 0.50 |
| 12/14/04 | Debra O. Fullem | Prepare e-mail to Debtor's counsel regarding information to appear telephonically at fee application hearing. | 0.20 |
| 12/14/04 | Debra O. Fullem | Review fee summary spreadsheet. | 0.20 |
| 12/17/04 | Debra O. Fullem | Conference with R. Frankel and R. Wyron regarding status of payment; review e-mail from Mr. Sparks and forward same to R. Frankel and R. Wyron. | 0.30 |
| 12/20/04 | Debra O. Fullem | Conference with R. Frankel regarding payment made by W.R. Grace and review e-mails regarding same (.3); review payment and fee summary spreadsheets to confirm all is accurate (.4); prepare revised spreadsheets in different format for application of payment (.6); and telephone to and e-mail forwarding to accounting (.1). | 1.40 |
| 12/20/04 | Debra O. Fullem | Organize fee application files. | 0.50 |
| 12/20/04 | Richard H. Wyron | Attend hearing on pending fee applications. | 0.30 |
| 12/23/04 | Debra O. Fullem | Continue and complete review and revision of November prebills. | 1.50 |
| 12/27/04 | Richard H. Wyron | Review November pro formas (.7); review and sign CNOs (.3). | 1.00 |
| 12/27/04 | Debra O. Fullem | Prepare CNO for October fee application; coordinate signature and send to local counsel for filing. | 0.30 |
| 12/27/04 | Debra O. Fullem | Review deadlines for objections to fee applications. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $510.00 | 1.30 | $663.00 |
| Debra O. Fullem | $175.00 | 7.90 | $1,382.50 |
| **TOTAL HOURS & FEES** | | **9.20** | **$2,045.50** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 3

CLIENT: 25369
MATTER: .0011
INVOICE: 281662

| OTHER CHARGES | AMOUNT |
|---|---|
| Postage | 12.76 |
| Federal Express | 75.45 |
| **TOTAL OTHER CHARGES** | **$88.21** |

**CURRENT INVOICE DUE**.....................................................................$2,133.71

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281662

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES.................................................................................$2,045.50

TOTAL OTHER CHARGES ...........................................................$88.21

**TOTAL AMOUNT DUE** .........................................................**$2,133.71**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281663

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 12/07/04 | Debra O. Fullem | Prepare CNOs for D. Austern and CIBC World Markets relating to their July-September monthly fee applications. | 0.60 |
| 12/07/04 | Debra O. Fullem | Review S. Bossay, fee auditor, e-mail regarding May and June fee applications and confirm amounts for D. Austern and CIBC; conference with R. Wyron re same; prepare reply to S. Bossay. | 0.30 |
| 12/09/04 | Debra O. Fullem | Prepare e-mail to Mr. Sparks along with CNOs for D. Austern and CIBC July-September fee statements. | 0.20 |
| 12/09/04 | Debra O. Fullem | Review e-mail from C. Hartman, legal assistant at local counsel's office, regarding CNOs filed on professionals fee applications. | 0.10 |
| 12/09/04 | Roger L. Frankel | Review, sign monthly interim fee applications for D. Austern and CIBC. | 0.20 |
| 12/20/04 | Richard H. Wyron | Attend hearing on pending fee applications. | 0.30 |
| 12/20/04 | Debra O. Fullem | Telephone call from J. Brownstein regarding dial-in information for hearing and agenda; download agenda and obtain dial-in phone number and forward information to J. Brownstein. | 0.40 |

David Austern, FCR (for W.R. Grace & Co,)
01/31/05
Page 2

CLIENT:  25369
MATTER: .0012
INVOICE: 281663

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $605.00 | 0.20 | $121.00 |
| Richard H. Wyron | $510.00 | 0.30 | $153.00 |
| Debra O. Fullem | $175.00 | 1.60 | $280.00 |
| **TOTAL HOURS & FEES** | | **2.10** | **$554.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 23.40 |
| Postage | 4.43 |
| Federal Express | 71.78 |
| **TOTAL OTHER CHARGES** | **$99.61** |

**CURRENT INVOICE DUE**......................................................................**$653.61**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281663

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES ................................................................................. $554.00

TOTAL OTHER CHARGES ....................................................... $99.61

**TOTAL AMOUNT DUE** ........................................................**$653.61**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:     Citibank, F.S.B.
Account Title:    Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:  254070116
Account No.:      15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281664

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/20/04 | Richard H. Wyron | Travel to and from hearing. | 3.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $255.00 | 3.00 | $765.00 |
| **TOTAL HOURS & FEES** | | **3.00** | **$765.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**......................................................................**$765.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281664

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES ............................................................................... $765.00

TOTAL OTHER CHARGES ............................................................ $0.00

**TOTAL AMOUNT DUE** ............................................................ **$765.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281665

CLIENT/CASE: 25369.0015

RE:  FCR Retention Appeals

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER, 2004

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 12/16/04 | Roger L. Frankel | Telephone conversation with D. Austern re request for en banc rehearing; review brief. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $605.00 | 0.30 | $181.50 |
| TOTAL HOURS & FEES | | 0.30 | $181.50 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE.......................................................................$181.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 01/31/05
INVOICE NUMBER: 281665

OUR REFERENCE: 25369.0015

## INVOICE SUMMARY

TOTAL FEES............................................................................$181.50

TOTAL OTHER CHARGES............................................................$0.00

**TOTAL AMOUNT DUE** ............................................................**$181.50**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin Shereff Friedman, LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on February 18, 2005, I caused the *Notice, Cover Sheet to Seventh Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period December 1, 2004 through December 31, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

<u>**SERVICE LIST**</u>

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Federal Express***

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: <u>feeaudit@whsmithlaw.com</u> and slbossay@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


**E-mail: rserrette@stroock.com**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP