IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 7634)

On January 27, 2005, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2004 through September 30, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on February 16, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Rhonda Thomas
    Teresa K. D. Currier (No. 3080)
    Rhonda L. Thomas (No. 4053)
    The Brandywine Building
    1000 West St. - Suite 1410
    Wilmington, DE 19801

-and-

KRLS/Wilm 58403v1

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                              Philip Bentley, Esquire
                                              Gary M. Becker, Esquire
                                              919 Third Avenue
                                              New York, NY 10022
                                              (212) 715-9100
                                              Counsel to the Official Committee of
                                              Equity Holders

Dated: February 17, 2005               Co-Counsel to the Official Committee
                                              of Equity Holders

KRLS/Wilm 58403v1