# TAB 27

### 3.2.8.3 Montana Grand Jury Investigation

On ~~or about October 27, 2004, the United States Department of Justice, District of Montana, sent a letter (the "Target Letter") to counsel for the Debtors, which states, "a Federal Grand Jury is currently conducting an investigation into whether your client, W. R. Grace & Co., was involved in obstructing agency proceedings, violating~~**October 29, 2004, Grace received a letter from the U.S. Attorney for the District of Montana informing the company that it has been named as a target of a** *federal grand jury investigation* **involving possible obstruction of federal agency proceedings, violations of** federal environmental laws, and conspiring with others to violate federal ~~law." Grace is aware that similar letters were also sent to (i) three current officers, and/or employees of Grace and (ii) four former officers, and/or employees of Grace. These individuals include persons who possess important management positions with Performance Chemicals or who held key management positions in Grace's construction products business.~~**environmental laws. This investigation relates to Grace's** *former vermiculite mining and processing activities in Libby, Montana.* **By designating Grace as a "target" of the investigation, the U.S. Attorney is asserting that it has substantial evidence linking the company to the commission of a crime.**

~~Grace believes that the grand jury investigation is related to its *former vermiculite mining and processing activities in Libby, Montana.* The Target Letter, however, does not specifically articulate the scope or purpose of the *federal grand jury investigation,* and Grace has not otherwise been advised of any details concerning the possible violations. Therefore, Grace is presently unable to assess whether the results of this investigation may be material to Grace. Grace has filed a motion seeking Bankruptcy Court approval to pay legal expenses in connection with the grand jury investigation for the current and former officers and employees that have received the Target Letter. The Bankruptcy Court has scheduled the matter for hearing on November 15, 2004.~~

**On February 7, 2005, the U.S. Department of Justice announced the unsealing of a 10-count grand jury indictment against the Parent and seven current or former senior level employees relating to Grace's former vermiculite mining and processing activities in Libby, Montana. The indictment accuses the defendants of (1) conspiracy to violate environmental laws and obstruct federal agency proceedings; (2) violations of the federal Clean Air Act; (3) wire fraud in connection with the sale of allegedly contaminated properties; and (4) obstruction of justice. The grand jury charges that the conspiracy took place from 1976 until 2002 and also charges that the alleged endangerment to the area surrounding Libby continues to the present day. Grace has denied any criminal wrongdoing and intends to vigorously defend itself at trial.**

**Among the employees charged is Robert J. Bettacchi, a senior vice president of Grace and president of the Performance Chemicals business unit. Mr. Bettacchi and two other current employees have been placed on administrative leave with pay so that they may dedicate sufficient time to their defense. Previously, on November 15, 2004, the Bankruptcy Court granted Grace's request to advance legal and defense costs to the employees, subject to a reimbursement obligation if it is later determined that the employees did not meet the standards for indemnification set forth under state corporate law (Docket Nos. 6829 and 7143).**

**Grace is unable to assess whether the indictment, or any conviction resulting therefrom, will have a material adverse effect on the results of operations or financial condition of Grace or affect Grace's bankruptcy proceedings.**