# EXHIBIT C

SSL-DOCS1 1539743v2

**WR GRACE & CO**
**ATTACHMENT B**
**OCTOBER 1, 2004 - DECEMBER 31, 2004**

|  | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Cohen, Joel | 5.3 | $625 | 3,312.50 | 20 |
| Greenberg, Mayer | 20.6 | $ 575 | 11,845.00 | 7 |
| Kruger, Lewis | 92.5 | 750 | 69,375.00 | 35 |
| Pasquale, Kenneth | 115.9 | 575 | 66,642.50 | 6 |
| Speiser, Mark | 151.4 | 695 | 105,223.00 | 18 |
| Wintner, Mark | 1.0 | 660 | 660.00 | 24 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 4.1 | 525 | 2,152.50 | 25 |
| Eichler, Mark | 20.6 | 480 | 9,888.00 | 7 |
| Jazayeri, Peter F. | 3.7 | 315 | 1,165.50 | 5 |
| Keller, Robin | 0.2 | 695 | 139.00 | 17 |
| Keppler, Abbey | 1.0 | 525 | 525.00 | 18 |
| Krieger, Arlene | 493.2 | 525 | 258,930.00 | 21 |
| McEachern Mary E | 122.2 | 395 | 48,269.00 | 6 |
| Parra, Rebecca E. | 60.5 | 260 | 15,730.00 | 2 |
| Strauss, Joseph E. | 47.4 | 445 | 21,093.00 | 8 |
| Thomison, Jessamy K. | 99.6 | 260 | 25,896.00 | 2 |
| Wildes, Denise | 0.6 | 525 | 315.00 | 14 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 60.7 | 195 | 11,836.50 | 3 |
| Defreitas, Vaughn | 30.1 | 130 | 3,913.00 | 17 |
| Mohamed, David | 1.8 | 130 | 234.00 | 16 |
| | | | | |
| **TOTAL** | **1,332.4** | | **$ 657,144.50** | |
| **LESS 50% TRAVEL** | **(7.1)** | | **(4,011.30)** | |
| **TOTAL** | **1,325.3** | | **$ 653,133.20** | |