# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## OCTOBER 1, 2004 - DECEMBER 31, 2004

| | | |
|---|---|---|
| Outside Messenger Service | $ | 386.34 |
| Meals | | 386.13 |
| Local Transportation | | 1,400.35 |
| Long Distance Telephone | | 5,159.12 |
| Duplicating Costs-in House | | 857.90 |
| Duplicating Costs-Outside | | 15.60 |
| O/S Information Services | | 45.62 |
| Miscellaneous | | 20.00 |
| In House Messenger Service | | 272.66 |
| Lexis/Nexis | | 591.18 |
| Facsimile Charges | | 20.00 |
| Travel Expenses - Transportation | | 1,726.78 |
| Travel Expenses - Lodging | | 231.14 |
| Travel Expenses - Meals | | 11.83 |
| Word Processing - Logit | | 330.00 |
| Westlaw | | 14,375.54 |
| | TOTAL | $ 25,830.19 |