IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON FEBRUARY 28, 2005 AT
12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY
WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES
AND HEARING SCHEDULE* [Docket No. 7709]**

UNCONTESTED MATTERS

1. Motion of Citicorp Del-Lease, Inc. for Order Compelling Debtor to Assume or Reject Equipment Leases and Compelling Performance Thereunder [Filed: 12/23/04] (Docket No. 7346)

   Related Documents:

   a. [Proposed] Order Compelling Debtor to Assume or Reject Equipment Leases with Citicorp Del-Lease, Inc. and Compelling Performance Thereunder [Filed 12/23/04] (Docket No. 7346)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Response Deadline: February 11, 2005 at 4:00 p.m. (Extended to 2/18/05 for Debtors)

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Debtors and the movant intend to submit a stipulation resolving this matter at the hearing.**

2. Citicorp Del-Lease, Inc.'s Application for Allowance and Payment of Administrative Claim Pursuant to 11 U.S.C. §365(d)(10) and §503(b) [Filed: 12/23/04] (Docket No. 7347)

   Related Documents:

   a. [Proposed] Order Allowing Administrative Claim of Citicorp Del-Lease, Inc. and Directing Payment of Claim Pursuant to 11 U.S.C. §365(d)(10) and §503(b) [Filed: 12/23/04] (Docket No. 7347)

   Response Deadline: February 11, 2005 at 4:00 p.m. (Extended to 2/18/05 for Debtors)

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: The Debtors and the movant intend to submit a stipulation resolving this matter at the hearing.**

3. Debtors' Motion for an Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 [Filed: 12/30/04] (Docket No. 7416)

   Related Documents:

   a. [Proposed] Order Pursuant to Fed. R. Bankr. P. 9006(b) Further Extending the Period Within Which the Debtors May Remove Actions Pursuant 28 U.S.C. §1452 and Fed. R. Bankr. P. 9027 [Filed: 12/30/04] (Docket No. 7416)

   b. **Certification of No Objection Regarding Docket No. 7416 [Filed: 2/15/05] (Docket No. 7792)**

   Response Deadline: February 11, 2005 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

2

4. Application for an Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code, and Fed. R. Bankr. P. 2014 and 2016, Authorizing the Retention and Employment of GMA Research Corporation as Special Consultant to the Official Committee of Asbestos Property Damage Claimants [Filed: 1/20/05] (Docket No. 7597)

   Related Documents:

   a. Notice of Withdrawal of Application Re: Docket No. 7597 [Filed: 1/21/05] (Docket No. 7616)

   Response Deadline: February 11, 2005 at 4:00 p.m.

   Responses Received: None of the date of this Notice of Agenda.

   Status: The Official Committee of Asbestos Property Damage Claimants has withdrawn this motion. This matter will not go forward.

5. Supplemental Application of David T. Austern, Future Claimants' Representative, for Authorization to Extend Terms of Employment of CIBC World Markets Corp. as Financial Advisor [Filed: 1/24/05] (Docket No. 7613)

   Related Documents:

   a. [Proposed] Order Authorizing David T. Austern, The Future Claimants' Representative, to Extend Terms of Employment of CIBC World Markets Corp. as Financial Advisor [Filed: 1/24/05] (Docket No. 7613)

   b. **Certification of No Objection Regarding Docket No. 7613 [Filed: 2/16/05] (Docket No. 7796)**

   Response Deadline: February 11, 2005 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the application. Accordingly, counsel for the Future Claimants' Representative has filed a certificate of no objection requesting the entry of the order attached to the application.**

6. Debtors' Motion for an Order Approving a Settlement and Release Agreement with Continental Casualty Company [Filed: 1/24/05] (Docket No. 7619)

   Related Documents:

   a. [Proposed] Order Approving the Settlement Agreement and Release with Continental Casualty Company [Filed: 1/24/05] (Docket No. 7619)

3

Response Deadline: February 11, 2005 at 4:00 p.m. *(extended until February 18, 2005 for the Official Committee of Unsecured Creditors, Future Claimants' Representative, Personal Injury Claimants and the Libby Claimants)*

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

7. Debtors' Motion for Authorization to Modify and Expand the Scope of Services Provided By Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. [Filed: 1/24/05] (Docket No. 7620)

   Related Documents:

   a. [Proposed] Order Modifying and Expanding the Scope of Services Provided By Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. [Filed: 1/24/05] (Docket No. 7620)

   b. Affidavit of Joan M. Mcentee in Support of the Application of the Debtors for the Entry of an Order Authorizing the Retention and Employment of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. as a Professional Employed by the Estate for the Debtors [Filed: 2/3/05] (Docket No. 7689)

   c. **Certification of No Objection Regarding Docket No. 7620 [Filed: 2/15/05] (Docket No. 7790)**

   Response Deadline: February 11, 2005 at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**


CONTESTED MATTERS

8. PacifiCorp and the Vancott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim [Filed: 1/14/05] (Docket No. 7571)

   Related Documents: None.

   Response Deadline: February 11, 2005 at 4:00 p.m.

Responses Received:

a. Debtors' Objection to PacifiCorp and the Vancott Bagley Cornwall & McCarthy 401(K) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim [Filed: 2/11/05] (Docket No. 7746).

Status: This matter will go forward.


CLAIMS OBJECTIONS

9. Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525)

   Response Deadline: June 4, 2004 at 4:00 p.m.

   Responses Received: There are no unresolved responses going forward.

   Status: This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to March 21, 2005 at 12:00 p.m.


10. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5527)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received:

    a. New England Construction Company, Inc.'s Response to Debtors' Fifth Omnibus Claim Objection [Filed: 6/4/04] (Docket No. 5716)

    Status: **The Debtors have resolved the objection as it relates to New England Construction Company and expect to present a stipulation regarding the same at the hearing.** This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to March 21, 2005 at 12:00 p.m.


11. Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271)

    Related Documents:

    a. [Proposed] Order Granting Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271)

5

Response Deadline: October 8, 2004 at 4:00 p.m. Extended to October 26, 2004.

Responses Received:

a. Massachusetts Department of Environmental Protection's Opposition to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

b. United States' Objections to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6748)

**Status: The Debtors intend to submit a stipulation resolving this matter at the hearing.**

12. Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) [Filed: 1/12/05] (Docket No. 7544)

**Related Documents:**

**a.   [Proposed] Order Granting Relief Sought in Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) [Filed: 1/12/05] (Docket No. 7544)**

Response Deadline: February 11, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

13. Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 1/12/05] (Docket No. 7545)

Response Deadline: February 11, 2005, extended to February 25, 2005 at 4:00 p.m.

Responses Received:

a. The State of New Jersey, Division of Taxation's Response to Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 2/8/05] (Docket No. 7708)

b. Texas Comptroller of Public Accounts' Response to Debtors' Eighth Omnibus Objection to Claims [Filed: 2/10/05] (Docket No. 7733)

c. Creditor Roadway Express, Inc.'s Response to Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 2/11/05] (Docket No. 7737)

d. Response of Century Indemnity Company, et al. to Debtors' Eighth Omnibus Objection to Claims [Filed: 2/11/05] (Docket No. 7738)

6

e.  Response By the Tennessee Department of Revenue to Debtors Eighth Omnibus Objection to Claims [Filed: 2/11/05] (Docket No. 7741)

Status: This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response, such matter will be continued to March 21, 2005 at 12:00 p.m.

PLAN RELATED MATTERS

14. Amended Disclosure Statement for the Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 1/13/05] (Docket No. 7559)

Related Documents:

a.  Exhibit Book [Filed: 11/13/04] (Docket No. 6897)

b.  Amended Exhibit Book [Filed: 1/13/05] (Docket No. 7561)

c.  **Debtors' Chart Regarding Status of Remaining Objections to Debtors' Disclosure Statement (includes Appendix) [Filed 2/18/05] (Docket No. 7845)**

Response Deadline: December 22, 2004 at 4:00 p.m.

Reply Deadline: January 7, 2005 at 2:00 p.m.

Unresolved Objections:

a.  Objections of Sealed Air Corporation and Cryovac, Inc. to the Adequacy of the Disclosure Statement Accompanying Debtors' Proposed Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 12/21/04] (Docket No. 7286)

c.  (Redacted) Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Proposed Disclosure Statement [Filed: 12/21/04] (Docket No. 7315)

d.  Objection of the Estate of Rosario Rapisardi to Approval of the Disclosure Statement Filed by the Debtors [Filed: 12/22/04] (Docket No. 7329)

e.  Objection of Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. to Disclosure Statement [Filed: 12/22/04] (Docket No. 7331)

f.  Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings [Filed: 12/22/04] (Docket No. 7335)

g.  Objections of the United States Trustee to Approval of Debtors' Disclosure Statement [Filed: 12/22/04] (Docket No. 7342)

h.  Objection of the Official Committee of Asbestos Property Damage Claimants to (I) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (II) Debtors' Motion for a Case

Management Order; (III) Debtors' Motion for Estimation of Asbestos Claims; and (IV) Debtors' Motion for Approval of Confirmation Procedures [Filed: 12/22/04] (Docket No. 7343)

Replies Received:

a. Debtors' Response to Objections to Disclosure Statement [Filed: 1/7/05] (Docket No. 7486)

b. Debtors' Brief Regarding Certain Confirmation Issues [Filed: 1/7/05] (Docket No. 7498]

Status: This matter will go forward. Attached as Schedule 1 is a list of objections that have been resolved.

ADVERSARY MATTERS

15. Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a. Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b. **Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)**

Status: This matter will go forward.

Dated: February 18, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL  60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession