

**New York State Department of Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0300

February 15, 2005

Clerk of the Court
U.S. Bankruptcy Court
Total District of Delaware
Marine Midland Plaza
824 Market Street
Wilmington, DE 19801

Re: Claim withdrawal for W. R. Grace & Co. -Conn
Docket #: 01-01140 JFK

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the Pre-petition amendment 2 proof of claim in the amount of $465.83 with a statement date of 8/4/03. There is no surviving pre-petition period proof of claim.

If you have any questions, please contact me at (518) 457-3160

Sincerely,

Yvonne Shelton
Tax Compliance Rep 1

cc: David Demeter
    Elaine Cole