IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: March 15, 2005 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SEVENTH MONTHLY INTERIM APPLICATION OF
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served his Fourth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the time period November 1, 2004 through November 30, 2004 seeking payment of fees in the amount of $6,520.00 (80% of $8,150.00) and no expenses (the "Application") for a total of $6,520.00.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 15, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683; (ii) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (viii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

SWIDLER BERLIN LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500

Counsel to David T. Austern,
As Future Claimants' Representative

Dated: February 23, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtors. | ) Objection Date: March 15, 2005 at 4:00 p.m. <br> ) Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | November 1, 2004 through November 30, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $8,150.00 |
| 80% of fees to be paid: | $6,520.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $6,520.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___  interim    _X_  monthly    ___  final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is the FCR's seventh interim fee application for the period November 1-30, 2004; the FCR's sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses is being filed simultaneously herewith; the FCR's fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; the FCR's fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004FCR's third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses is being filed simultaneously herewith; the FCR's second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; the FCR's first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY

### NOVEMBER 2004

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 16.30 | $8,150.00 |
| Grand Total: | | | 16.30 | |
| Blended Rate: | | | $500.00 | |

Total Fees:    $8,150.00
Total Hours:   16.30
Blended Rate:  $ 500.00

## COMPENSATION BY PROJECT CATEGORY

### NOVEMBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 16.30 | $8,150.00 |
| **TOTAL** | **16.30** | **$8,150.00** |

## EXPENSE SUMMARY

## NOVEMBER 2004

| Expense Category | Total |
|---|---:|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 18 2005

3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in this case.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 23rd DAY OF FEBRUARY, 2005

Notary Public

My commission expires: 3/31/06

9202462v1

# EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## NOVEMBER 2004

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| 11/1/04 | T/C re settlement with ▓▓▓▓ (.7); T/C R. Frankel, ▓▓▓ re: settlement plans (.3) | 1.00 | $500.00 | $500.00 |
| 11/2/04 | T/C ▓▓▓▓ and ▓▓▓▓ re: settlement (.5); T/C J. Radecki re ▓▓▓ (.2); review of CIBC memorandum re: ▓▓▓▓ (.8); T/C J. Radecki and R. Frankel re ▓▓▓▓ (.3); meeting with ▓▓▓ (.6) | 2.40 | $500.00 | $1,200.00 |
| 11/3/04 | Analysis of ▓▓▓ model then e-mail to asbestos committees re same | .90 | $500.00 | $450.00 |
| 11/4/04 | T/C ▓▓ (.3); T/C ▓▓ (.1); T/C ▓▓ (.2); T/C ▓▓ (.2) -- all re proposed settlement | .80 | $500.00 | $400.00 |
| 11/5/04 | Meeting with ▓▓ re ▓▓ proposal (.8); e-mail to asbestos committees re ▓▓ proposal (.3); T/C ▓▓ re same (.2) | 1.30 | $500.00 | $650.00 |
| 11/7/04 | T/C ▓▓ (.1), J. ▓▓ (.2), ▓▓ (.2) – all in reference to Grace proposal | .50 | $500.00 | $250.00 |
| 11/11/04 | Review of Property Damage Committee objections to criminal case against Grace indemnification motions | .40 | $500.00 | $200.00 |
| 11/12/04 | Review of strategy re debtor Plan filing and Swidler Berlin insurance memoranda and data | 2.30 | $500.00 | $1,150.00 |

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| 11/15/04 | T/C R. Frankel re strategy (.2); preparation of e-mails to ▓▓▓▓▓▓▓▓ re strategy (.4) | .60 | $500.00 | $300.00 |
| 11/16/04 | T/C R. Frankel re Plan documents filed by debtor (.2) and review of Plan documents (4.7) | 4.90 | $500.00 | $2,450.00 |
| 11/17/04 | Review of ▓▓▓▓▓▓▓▓ action (.3); T/C with Frankel (.2) and Siegel (.1) re same | .60 | $500.00 | $300.00 |
| 11/30/04 | T/C E. ▓▓▓▓▓ re settlement (.2); T/C R. Frankel re same (.4) | .60 | $500.00 | $300.00 |
| **TOTAL** | | **16.30** | | **$8,150.00** |

## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on February 23, 2005, I caused the *Notice, Seventh Monthly Interim Application of David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period November 1, 2004 through November 30, 2004, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

*/s/ Debra O. Fullem*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9201776v1