IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) **Chapter 11** |
| W.R. GRACE & CO., et al. | ) **Case No. 01-01139 (JKF)** |
| | ) **(Jointly Administered)** |
| Debtors. | ) Objection Deadline: June 10, 2005 |
| | ) Hearing: June 27, 2005 at 12:00 noon |

NOTICE OF FILING OF
THIRD QUARTERLY INTERIM FEE APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
<u>FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004</u>

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States
Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury
Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage
Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel
to the Debtors-in-Possession Lender; and (8) the Fee Auditor

David T. Austern, Future Claimants' Representative (the "FCR"), has filed and

served his Third Quarterly Interim Fee Application for Compensation and

Reimbursement of Expenses Incurred for the Period October 1, 2004 through December

31, 2004 seeking payment in the amount of $21,300.00 in fees and $53.00 in expenses for

a total of $21,353.00 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 15, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) David T. Austern, FCR for W.R. Grace & Co., c/o Claims Resolution Management Corporation, 3110 Fairview Park Drive, Suite 200, Falls Church, VA 22042-0683; (ii) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Jr., Esquire, Phillips Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (iii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iv) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (v) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena,

Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite

2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824

Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) co-counsel to the

Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire,

Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark

Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201

Market Street, Suite 1500, Wilmington, DE 19801; (vii) co-counsel to the DIP Lender, J.

Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL

60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite

900, P.O Box 25130, Wilmington, DE 19899; (viii) counsel to the Official Committee

of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel

LLP, 919 Third Avenue, New York, NY 10022; (ix) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801;

and (x) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates, Republic

Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the undersigned counsel.

SWIDLER BERLIN SHEREFF FRIEDMAN, LLP

By: _____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Co-Counsel to David T. Austern, Future
Claimants Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: February 23, 2005

-4-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) ) | **Case No. 01-01139 (JKF)** **(Jointly Administered)** |
| Debtors. | ) ) ) | Objection Deadline: June 10, 2005 Hearing: June 27, 2005 at 12:00 noon |

**COVER SHEET TO THIRD QUARTERLY INTERIM FEE APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

**SUMMARY SHEET**

Name of Applicant:                          David T. Austern, Future Claimants
                                                     Representative (the "FCR")

Authorized to Provide                     Not Applicable
Professional Services to:

Date of Retention:                           As of May 24, 2004 (pursuant to this
                                                     Court's Order entered September 27, 2004)

Period for which Compensation and
Reimbursement is sought:                October 1, 2004 – December 31, 2004

Amount of Compensation
sought as Actual Reasonable and       $21,300.00
Necessary:

Amount of Expense Reimbursement
sought as Actual, Reasonable and       $      53.00
Necessary:

This is a      ___ monthly              _x_ interim                ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications: Eighth interim fee application for the period December 1-31, 2004 in the amount of $3,080.00 (80% of $3,850.00) in fees and $14.00 in expenses; seventh interim fee application for the period November 1-30, 2004 in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses; sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses; fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses; FCR's fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses; third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses; second interim fee application for the period June 1-30, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; and the first interim fee application for the period May 25-31, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses

### FCR

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 42.60 | $21,300.00 |
| **Total** | | | **42.60** | **$21,300.00** |

**Total Fees:**     **$21,300.00**
**Total Hours:**     **42.60**
**Blended Rate:**     **$21,300.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 42.60 | $21,300.00 |
| **TOTAL** | **42.60** | **$21,300.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Parking | $53.00 |
| **TOTAL** | **$53.00** |

-2-

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Objection Deadline: June 10, 2005 |
| | ) | Hearing: June 27, 2005 at 12:00 noon |

**THIRD QUARTERLY INTERIM FEE APPLICATION OF**
**DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and this

Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members, signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation

and Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

"Administrative Order"), David T. Austern, the Future Claimants Representative

("FCR") hereby submits this third quarterly interim application (the "Third Quarterly

Interim Application") for an allowance of (i) compensation for professional services

rendered to W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the

period of October 1, 2004 through December 31, 2004 (the "Interim Period"), and (ii) the

reimbursement of expenses incurred during the same period.

By this Third Quarterly Fee Application the FCR seeks the interim allowance of compensation in the amount of $21,300.00 and reimbursement of actual and necessary expenses in the amount of $53.00 for a total of $21,300.00, or 100% of all compensation and expense reimbursement requested, for the period October 1, 2004 through December 31, 2004 (the "Interim Period"). In support of this Second Quarterly Interim Application, the FCR respectfully represents as follows:

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## Background

2. On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. By an Order dated May 24, 2004, the Court appointed the FCR for the above captioned cases, a copy of which is attached hereto as Exhibit A.

## Monthly Fee Applications Covered Herein

4. Simultaneously with the filing of this Third Quarterly Fee Application, the October, November, and December monthly fee applications of the FCR are being filed with the Court pursuant to the Administrative Order.

-2-

5.    The FCR filed its Sixth Monthly Application for Compensation for
Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR
for the Period October 1-31, 2004 (the "Sixth Monthly") requesting $9,300.00 in fees and
$39.00 in expenses simultaneously with the filing of this Third Quarterly. The deadline
to file objections expires March 15, 2005; if no objections are filed with respect to the
Sixth Monthly, a Certificate of No Objection will be filed promptly with the Court. The
Sixth Monthly is attached hereto as Exhibit B.

6.    The FCR filed its Seventh Monthly Application for Compensation for
Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR
for the Period November 1-30, 2004 (the "Fourth Monthly") requesting $8,150.00 in fees
and no expenses simultaneously with the filing of this Third Quarterly. The deadline to
file objections expires March 15, 2005; if no objections are filed with respect to the
Seventh Monthly, a Certificate of No Objection will be filed promptly with the Court.
The Seventh Monthly is attached hereto as Exhibit C.

7.    The FCR filed its Eighth Monthly Application for Compensation for
Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR
for the Period December 1-31, 2004 (the "Eighth Monthly") requesting $3,850.00 in fees
and $14.00 in expenses simultaneously with the filing of this Third Quarterly. The
deadline to file objections expires March 15, 2005; if no objections are filed with respect
to the Eighth Monthly, a Certificate of No Objection will be filed promptly with the
Court. The Eighth Monthly is attached hereto as Exhibit D.

-3-

8.      The Sixth, Seventh, and Eighth Monthly filings covered by this Third

Quarterly Fee Application contain detailed daily time logs describing the actual and

necessary services provided by the FCR during the Interim Period as well as other

detailed information to be included in fee applications. Those monthly applications

attached hereto as Exhibits B-D are incorporated herein by reference.

### Requested Relief

9.      By this Third Quarterly Application, the FCR requests that the Court

approve the interim allowance of compensation for professionals services rendered and

the reimbursement of actual and necessary expenses incurred by the FCR from October 1,

2004 through December 31, 2004. As stated above, the full scope of the services

provided and the related expenses incurred are fully described in the monthly fee

applications for the Interim Period that are being filed with the Court simultaneously with

this Third Quarterly and are attached hereto as Exhibits B-D.

10.     At all relevant times, the FCR has been an disinterested person as that

term is defined in section 101(14) of the Bankruptcy Code and has not represented or

held an interest adverse to the interest of future asbestos claimants.

11.     All services for which compensation is requested by the FCR were

performed in his capacity as FCR and not on behalf of any Debtor, committee, creditor,

or other person.

-4-

12.   Other than the Debtors' obligation to pay fees and expenses allowed by this Court, the FCR has received no payment and no promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases. There is no agreement or understanding between the FCR and any other person for the sharing of compensation to be received for services rendered in this case.

WHEREFORE, the FCR respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period October 1, 2004 through December 31, 2004, an allowance be made to the FCR in the sum of $21,300.00 as compensation for reasonable and necessary professional services rendered and in the sum of $53.00 for the reimbursement of actual and necessary costs and expenses incurred, for a total of $21,353.00, that the Debtors be authorized and directed to pay to FCR the outstanding amount of such sums, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

David T. Austern, Future Claimants Representative
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 18, 2005

-5-

## EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., <u>et al</u>. | Case No. 01-1139 (JKF) Jointly Administered |
| Debtors. | Objection Date: March 15, 2005 at 4:00 p.m. Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO SIXTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004</u>

Name of Applicant: David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional Services to: the Debtors

Date of Retention: May 25, 2004 (appeal pending in the United States District Court for the District of Delaware)

Period for which compensation is sought: October 1, 2004 through October 31, 2004

Amount of Compensation (100%) sought as actual, reasonable, and necessary: $9,300.00

80% of fees to be paid: $7,440.00[1]

Amount of Expense Reimbursement sought as actual, reasonable and necessary: $    39.00

Total Fees @ 80% and 100% Expenses: $7,479.00

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses

This is an:     ___    interim     _X_    monthly     ___    final application.

    The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

    This is the FCR's sixth interim fee application for the period October 1-31, 2004; the FCR's fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; the FCR's fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004; the FCR's third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses was filed on November 15, 2004; the FCR's second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; the FCR's first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY

### OCTOBER 2004

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 18.60 | $9,300.00 |
| Grand Total: | | | 18.60 | |
| Blended Rate: | | | $500.00 | |

Total Fees:    **$9,300.00**
Total Hours:    **18.60**
Blended Rate:    **$  500.00**

## COMPENSATION BY PROJECT CATEGORY

### OCTOBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 18.60 | $9,300.00 |
| **TOTAL** | **18.60** | **$9,300.00** |

2

## EXPENSE SUMMARY

### OCTOBER 2004

| Expense Category | Total |
|---|---|
| Parking | $39.00 |
| **TOTAL** | **$39.00** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 18, 2005

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |

## VERIFICATION

STATE OF VIRGINIA

FAIRFAX COUNTY, TO WIT:

David T. Austern, after being duly sworn according to law, deposes and says:

1.   I am the Future Claimants' Representative appointed by the Court in this case.

2.   I personally performed the work as set forth in the attached Exhibit A.

3.   I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 18th DAY OF FEBRUARY, 2005

_____
Notary Public

My commission expires: 7-31-06

**<u>EXHIBIT A</u>**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**OCTOBER 2004**

**FEE SUMMARY**

| <u>Date</u> | Services | <u>Hours</u> | <u>Rate</u> | <u>Total</u> |
|---|---|---|---|---|
| 10/4/04 | Meeting re: Grace insurance with S. Levitt, R. Frankel, R. Wyron and others | 1.50 | $500.00 | $750.00 |
| 10/7/04 | Meeting with ███████████ re: settlement | .80 | $500.00 | $400.00 |
| 10/8/04 | Telephone conference ("T/C") with ███████ re settlement (.2); T/C ███████ re: settlement (.1); T/C ███████ re ███████ (.2);T/C Frankel re settlement (.1); T/C ███████ re settlement (.2) | .80 | $500.00 | $400.00 |
| 10/11/04 | Series of telephone calls re settlement and scheduling of meeting with ███████ (.1); ███████ (.2); ███████ (.1); ███████ (.2); Frankel (.1); ███████ (.2); ███████ (.2) | 1.10 | $500.00 | $550.00 |
| 10/12/04 | Meeting with R. Frankel and R. Wyron re settlement terms | .50 | $500.00 | $250.00 |
| 10/14/04 | Settlement meeting with ███████████, ███████████████████████, ███████ | 5.80 | $500.00 | $2,900.00 |
| 10/15/04 | T/C with R. Frankel re settlement (.6); T/C with ███████████ and R. Frankel re: settlement (.8) | 1.40 | $500.00 | $700.00 |
| 10/19/04 | Preparation of e-mails for positions and scheduling of 10/20 conference calls (.8); T/C Frankel re terms (.2); review of Grace positions and financials (1.1) | 2.10 | $500.00 | $1,050.00 |
| 10/20/04 | T/C with ███████████████████████ ███████ R. Frankel and others re: settlement | .30 | $500.00 | $150.00 |

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| 10/21/04 | Review of Elliot Associates objection (.2); review of Grace proposal and 3rd Quarter earnings (.7) | .90 | $500.00 | $450.00 |
| 10/26/04 | T/C R. Frankel re previous day's hearing (.2); T/C ███ re strategy (.2); T/C ███████ re settlement (.1); T/C with ██████████, ██████████ and others re settlement (.6); T/C Frankel re previous call (.1) | 1.20 | $500.00 | $600.00 |
| 10/28/04 | T/C J. Radecki, R. Frankel, R. Wyron (.3); T/C with ██████████████████ (.7); review of settlement proposals and terms (.6) | 1.60 | $500.00 | $800.00 |
| 10/29/04 | Review of target letters to Grace from Justice Department and subpoenas plus Grace press release (.3); review of federal statutes (.3) | .60 | $500.00 | $300.00 |
| **TOTAL** | | **18.60** | | **$9,300.00** |

## EXPENSE SUMMARY

## DAVID T. AUSTERN/W.R. GRACE & CO.

### OCTOBER 2004

| Date | Expense | Description |
|------|---------|-------------|
| 10/04/04 | $14.00 | Parking |
| 10/07/04 | $ 8.00 | Parking |
| 10/14/04 | $17.00 | Parking |

## EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | **Case No. 01-1139 (JKF)** |
| | **Jointly Administered** |
| **Debtors.** | Objection Date: March 15, 2005 at 4:00 p.m. |
| | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO SEVENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | November 1, 2004 through November 30, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $8,150.00 |
| 80% of fees to be paid: | $6,520.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   0.00 |
| Total Fees @ 80% and 100% Expenses: | $6,520.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses

This is an:    ___    interim    _X_    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is the FCR's seventh interim fee application for the period November 1-30, 2004; the FCR's sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses is being filed simultaneously herewith; the FCR's fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; the FCR's fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004 FCR's third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses is being filed simultaneously herewith; the FCR's second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; the FCR's first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY

### NOVEMBER 2004

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 16.30 | $8,150.00 |
| Grand Total: | | | 16.30 | |
| Blended Rate: | | | $500.00 | |

Total Fees:        $8,150.00
Total Hours:        16.30
Blended Rate:     $ 500.00

## COMPENSATION BY PROJECT CATEGORY

### NOVEMBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 16.30 | $8,150.00 |
| TOTAL | 16.30 | $8,150.00 |

2

## EXPENSE SUMMARY

### NOVEMBER 2004

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 18 2005

3

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., et al. | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.  I am the Future Claimants' Representative appointed by the Court in this case.

2.  I personally performed the work as set forth in the attached Exhibit A.

3.  I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 23rd DAY OF FEBRUARY, 2005

_____
Notary Public

My commission expires: 3/31/06

9202462v1

**EXHIBIT A**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**NOVEMBER 2004**

**FEE SUMMARY**

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| 11/1/04 | T/C re settlement with ████-████████ ████████ (.7); T/C R. Frankel, ████ re: settlement plans (.3) | 1.00 | $500.00 | $500.00 |
| 11/2/04 | T/C ████ ████████ ████████ and ████████ re: settlement (.5); T/C J. Radecki re ████ (.2); review of CIBC memorandum re: ████████ ████ (.8); T/C J. Radecki and R. Frankel re ████████ (.3); meeting with ████████ (.6) | 2.40 | $500.00 | $1,200.00 |
| 11/3/04 | Analysis of ████ model then e-mail to asbestos committees re same | .90 | $500.00 | $450.00 |
| 11/4/04 | T/C ████ (.3); T/C ████ (.1); T/C ████ (.2); T/C ████ (.2) -- all re proposed settlement | .80 | $500.00 | $400.00 |
| 11/5/04 | Meeting with ████ re ████ proposal (.8); e-mail to asbestos committees re ████ proposal (.3); T/C ████ re same (.2) | 1.30 | $500.00 | $650.00 |
| 11/7/04 | T/C ████ (.1), J. ████ (.2), ████ (.2) – all in reference to Grace proposal | .50 | $500.00 | $250.00 |
| 11/11/04 | Review of Property Damage Committee objections to criminal case against Grace indemnification motions | .40 | $500.00 | $200.00 |
| 11/12/04 | Review of strategy re debtor Plan filing and Swidler Berlin insurance memoranda and data | 2.30 | $500.00 | $1,150.00 |

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| 11/15/04 | T/C R. Frankel re strategy (.2); preparation of e-mails to ████████ re strategy (.4) | .60 | $500.00 | $300.00 |
| 11/16/04 | T/C R. Frankel re Plan documents filed by debtor (.2) and review of Plan documents (4.7) | 4.90 | $500.00 | $2,450.00 |
| 11/17/04 | Review of ████████ action (.3); T/C with Frankel (.2) and Siegel (.1) re same | .60 | $500.00 | $300.00 |
| 11/30/04 | T/C E. ████████ re settlement (.2); T/C R. Frankel re same (.4) | .60 | $500.00 | $300.00 |
| **TOTAL** | | **16.30** | | **$8,150.00** |

# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| Debtors. | ) | Objection Date: March 15, 2005 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO EIGHTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 30, 2004

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | the Debtors |
| Date of Retention: | May 25, 2004 (appeal pending in the United States District Court for the District of Delaware) |
| Period for which compensation is sought: | December 1, 2004 through December 31, 2004 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $3,850.00 |
| 80% of fees to be paid: | $3,080.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   14.00 |
| Total Fees @ 80% and 100% Expenses: | $3,094.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    \_\_\_    interim    <u>X</u>    monthly    \_\_\_    final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. The time spent for this matter will be requested in subsequent monthly interim applications.

This is the FCR's eighth interim fee application for the period December 1-31, 2004; the FCR's seventh interim fee application for the period November 1-30, 2004, in the amount of $6,520.00 (80% of $8,150.00) in fees and no expenses is being filed simultaneously herewith; the FCR's sixth interim fee application for the period October 1-31, 2004, in the amount of $7,440.00 (80% of $9,300.00) in fees and $39.00 in expenses is being filed simultaneously herewith; the FCR's fifth interim fee application for the period September 1-30, 2004, in the amount of $4,280.00 (80% of $5,350.00) and $256.00 in expenses was filed on November 15, 2004; the FCR's fourth interim fee application for the period August 1-31, 2004, in the amount of $7,640.00 (80% of $9,550.00) and $7.00 in expenses was filed on November 15, 2004FCR's third interim fee application for the period July 1-31, 2004, in the amount of $1,000.00 (80% of $1,250.00) and $10.00 in expenses is being filed simultaneously herewith; the FCR's second interim fee application for the period June 1-30, 2004 was filed on September 1, 2004, in the amount of $1,600.00 (80% of $2,000.00) and $14.00 in expenses; the FCR's first interim fee application for the period May 25-31, 2004 was filed on September 1, 2004, in the amount of $5,560.00 (80% of $6,950.00) and $14.00 in expenses.

## COMPENSATION SUMMARY

### DECEMBER 2004

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 7.70 | $3,850.00 |
| Grand Total: | | | 7.70 | $3,850.00 |
| Blended Rate: | | | $500.00 | |

Total Fees:     $3,850.00
Total Hours:        7.70
Blended Rate:   $  500.00

## COMPENSATION BY PROJECT CATEGORY

### DECEMBER 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 7.70 | $3,850.00 |
| TOTAL | 7.70 | $3,850.00 |

2

## EXPENSE SUMMARY

### DECEMBER 2004

| Expense Category | Total |
|---|---|
| Parking | $14.00 |
| **TOTAL** | **$14.00** |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: February 18, 2005

3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. |  |

## VERIFICATION

STATE OF VIRGINIA

FAIRFAX COUNTY, TO WIT:

David T. Austern, after being duly sworn according to law, deposes and says:

1.     I am the Future Claimants' Representative appointed by the Court in this case.

2.     I personally performed the work as set forth in the attached Exhibit A.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 18TH DAY OF FEBRUARY, 2005

Notary Public

My commission expires: 7-31-06

## EXHIBIT A

### DAVID T. AUSTERN/W.R. GRACE & CO.

### DECEMBER 2004

### FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|------|----------|-------|------|-------|
| 12/3/04 | Meeting with R. Frankel, R. Wyron re: litigation strategy | 1.10 | $500.00 | $ 550.00 |
| 12/7/04 | T/C ██████ re ██████ | .20 | $500.00 | $ 100.00 |
| 12/15/04 | T/C ██████ (.1) and R. Frankel (.2) both re ██████, then review of ██████ ██████ (1.7) | 2.00 | $500.00 | $1,000.00 |
| 12/19/04 | Analysis of debtor's treatment of estimation hearing and treatment (1.1) and T/C R. Frankel re same (.1) | 1.20 | $500.00 | $ 600.00 |
| 12/22/04 | Meeting with R. Frankel, R. Wyron re debtor's estimation Plans and objections to Plan and negotiations with other parties (1.4); review of our objections and debtor's Plan (1.8) | 3.20 | $500.00 | $1,600.00 |
| **TOTAL** | | **7.70** | | **$3,850.00** |

**EXPENSE SUMMARY**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**DECEMBER 2004**

| Date | Expense | Description |
|------|---------|-------------|
| 12/3/04 | $14.00 | Parking |
| **TOTAL** | **$14.00** | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.     I am the Future Claimants Representative appointed by the Court in these cases

2.     I have reviewed the Third Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8ᵗʰ DAY OF FEBRUARY, 2005

_____
Notary Public

My commission expires: 7·31·06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

)
In re:                              )
                                    )    **Chapter 11**
**W.R. GRACE & CO., et al.**        )    **Case No. 01-01139 (JKF)**
                                    )    **(Jointly Administered)**
            **Debtors.**            )
_____)

## ORDER GRANTING THIRD QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

David T. Austern, the Future Claimants Representative (the "FCR"), in the above captioned debtors and debtors-in-possession (the "Debtors"), filed his Third Quarterly Interim Application for allowance of compensation and reimbursement of expenses for the time period October 1, 2004 through December 31, 2004 (the "Second Quarterly Application"). The Court has reviewed the Third Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Third Quarterly Application, and any hearing on the Second Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Third Quarterly Application. Accordingly, it is hereby

ORDERED that the Third Quarterly Application of the FCR is GRANTED on an interim basis. The Debtors shall pay to the FCR the sum of $21,300.00 as compensation and $53.00 as reimbursement for expenses for a total of $21,353.00 for services rendered and disbursements incurred by the FCR for the period October 1, 2004 through December 31, 2004, less any amounts which may have been previously paid in connection with the FCR's monthly fee applications for this period.


Dated: _____


_____
United States Bankruptcy Judge

-2-

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on February 23, 2005, I caused a copy of the *Notice, Cover Sheet, Third Quarterly Fee Application of David T. Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2004 through December 31, 2004, Exhibits A-D, Verification and proposed Order* to be served upon those persons listed in the attached Service List No. 1 in the manner so indicated and a copy of the *Notice and Cover Sheet* to be sent by first class mail, postage prepaid, to the parties on the attached Service List No. 2.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

NO. 1

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

SERVICE LIST NO. 2

Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552

(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Frederick B. Rosner, Esquire
JASPAN SCHLESINGER HOFFMAN, LLP
1201 N. Orange Street, Suite 1001
Wilmington, DE 19801

(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

Joseph Grey, Esquire
Stevens & Lee
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Mary M. MaloneyHuss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899

(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Frank Perch, Esquire
Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

(Canadian counsel for Debtor)
Derrick Tay, Esquire
Meighen Demers
P.O. Box 8705, Box 11, Merrill Lynch Canada Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 36th Floor
New York, NY 10022

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA 30309

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street
Suite 945-North Tower
Denver, CO  80202

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1000 Louisiana Street, Suite 4300
Houston, TX  77002-5012

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
875  3rd Avenue
New York, NY  10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ  08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA  94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Josiah Rotenberg
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10020

(Counsel for The Chase Manhattan)
Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

(Counsel for Asbestos Claimants)
Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX  75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

R. Scott Williams
PMG Capital Corp.
Four Falls Corporate Center
West Conshohocken, PA  19428-2961

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Alan Kolod, Esquire
Moses & Singer LLP
1301 Avenue of the Americas
40th Floor
New York, NY  10019-6076

Mr. Thomas Moskie
Bankers Trust Company
Four Albany Street
Fourth Floor
New York, NY  10006

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Charles E. Gibson, III
Attorney at Law
620 North Street, Suite 100
Jackson, MS  39202

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 3000
Houston, Texas  77010

Christopher Beard, Esquire
Beard & Beard
306 N. Market Street
Frederick, MD  21701

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts 02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD 21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
2390 Central Blvd, Suite G
Brownsville, TX 78520

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, New Jersey 07663

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

John M. Klamann
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS  66210

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esquire
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
1 Riverfront Plaza, 2nd Floor
Newark, NJ  07102

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

(Counsel for numerous asbestos claimants)
Damon J. Chargois, Esquire
Foster & Sear, L.L.P.
360 Place Office Park
1201 N. Watson Road, Suite 145
Arlington, TX  76006

(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229

Peter S. Goodman, Esquire
Andrews & Kurth LLP
805 Third Avenue
New York, New York  10022

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, New York  10019-0602

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH  43215

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(Counsel for David Slaughter)
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Greif Bros. Corp.
250 East Wilson Bridge Rd.
Suite 175
Worthington, OH  43085-2323


(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043


Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York  10007


Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona  85007-1278

Russell W. Savory
Gotten, Wilson & Savory, PLLC
200 Jefferson Avenue, Suite 900
Memphis, Tennessee  38103


Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee  38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109

Steven R. Bourne, Esquire
Nutter, McClennen & Fish, LLP
One International Place
Boston, MA  02110-2699

Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
100 North Tryon Street, Suite 4000
Charlotte, North Carolina  28202-4010

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Mr. James A. Bane
KMCC 204029
P.O. Box 710
Keen Mountain, VA  24624

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

Maggic De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey  07105

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, New York  10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri  63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona  85206

David Aelvoet, Esquire
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1000 Tower Life Building
San Antonio, TX  78205

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburg, PA  15222-2302

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730
(Attorney for Toyota Motor Credit)

James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178
(Counsel for Delco Development Company)

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002

(Attorneys for General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, New York 10017-4014

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, Florida 32412-0950

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee 37243
(Counsel for Commissioner of Revenue)

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, South Carolina 29201-1708

Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, California 94105

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein
    McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE 19801


Hancock & Estabrook, LLP
Stephen A. Donato, Esquire
1500 MONY Tower I
P.O. Box 4976
Syracuse, New York 13221-4976

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, New Jersey 08625


Georgia-Pacific Corporation
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, Georgia 30303

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334


Allan H. Ickowitz, Esquire
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

James G. Damon, Esquire
Daniel S. Miller, Esquire
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-2998


Margaret A. Holland
Deputy Attorney General
New Jersey Attorney's General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, New Jersey 08625

Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, Texas 75201-2691

Janet M. Weiss, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166

Vahe Melkonian
President
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Paul P. Daley, Esquire
George W. Shuster, Jr. Esquire
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Sanjay Thapar, Esquire
Pitney, Hardin, Kipp & Szuch LLP
711 Third Avenue, 20th Floor
New York, NY 10017-4014

(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Brian L. Hansen, Esquire
Frank W. DeBorde, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

Mary Wurts
P.O. Box 27
Apache Junction, AZ 85217

Rachel B. Mersky, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street
Wilmington, DE 19801

Deborah L. Thorne, Esquire
FagelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Mark C. Goldberg & Elizabeth V. Heller
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 S. State Route 157, P.O. Box 959
Edwardsville, IL 62025

Jonathan C. Hantke
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, Texas 77032

Thomas M. Sobol, Esquire
Hagens Berman LLP
225 Franklin Street, 26th Floor
Boston, MA 02110

Mohawk Finishing Products, Inc.
P.O. Box 22000
Hickory, N.C. 28603-0200

Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, Texas 75205

Scott Estelle
President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, New York 13166

David E. Cherry
Campbell Cherry Harrison Davis Dove, P.C.
P.O. Drawer 21387
Waco, Texas 76702-1387

Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, New York 14853-2601

S. Jay Novatncy
Citadel Investment Group, LLC
131 South Dearborn Street, 36th Floor
Chicago, Illinois 60603-5553

Thomas D. Walsh, Esquire
McCarter & English LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Todd Meyers, Esquire
Kathleen M. O'Connell, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Longacre Master Fund, Ltd.
Attn: Maurie Shalmone
810 Seventh Avenue, 22nd Floor
New York, NY 10019

Daniel C. Cohn, Esquire
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street
Boston, MA 02110

Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Enron Energy Services
Attn: General Counsel 4HC7.325
4 Houston Center
1221 Lamar Street, Suite 1600
Houston, TX 77010

Charles L. Finke, Assistant General Counsel
Brad Rogers, Attorney
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Jarrett L. Hale, Esquire
The Bleakley Law Firm
101 E. Kennedy Boulevard, Suite 1100
Tampa, Florida 33602

Craig A. Slater, Esquire
Angela M. Demerle, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, New York 14202-2293

Thomas Tew
Tew Cardenas Rebak Kellogg Lehman DeMaria
Tague Raymond & Levine, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, Florida 33131

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE 19801

James E. Wimberley
McPherson, Monk, Hughes, Bradley & Wimberley
LLP
3120 Central Mall Drive
Port Arthur, TX 77642

Thomas O. Bean
Nutter McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

James Sottile, Esq.
Joseph L. Ruby, Esq.
Michael J. Zoeller, Esq.
Baach Robinson & Lewis PLLC
One Thomas Circle, NW
Suite 200
Washington, DC 20005

COZEN O'CONNOR
Jacob C. Cohn, Esq.
1900 Market Street
Philadelphia, PA 19103

Kirk A. Patrick III
CRAWFORD LEWIS, PLLC
450 Laurel St., Suite 1600
P.O. Box 3656
Baton Rouge, Louisiana 70821-3656

Edward B. Cottingham, Jr.
Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC 29465

Daniel M. Glosband, PC
Peter D. Bilowz, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Kforce Inc
Attn: Roger Hammond
1001 East Palm Ave
Tampa, FL 33605

Internal Revenue Service
31 Hopkins Plaza - Room 1150
Baltimore, MD 21201

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
225 Bush Street, 15th Floor
San Francisco, CA 94104

John Preefer, Esq.
JOHN PREEFER
60 East 42nd Street, Suite 1201
New York, NY 10165

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
125 Summer Street, Suite 1300
Boston, MA 02110

Elio Battista Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Swidler Berlin Shereff Friedman LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

Sylvia C. Serrano
1565 Hotel Circle South, # 310
San Diego, CA 92108

Adam G. Landis
Kerri K. Mumford
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, De 19801

Barry D. Kleban, Esq.
Adelman Lavine Gold and Levin, PC
Suite 900, Four Penn Center
Philadelphia, PA 19103

Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

Primex Plastics Corporation
1235 North F Street
Richmond, IN 47374

ATTN: Julie A Ardoin, Esq.
The Murray Law Firm
909 Poydras Street, Suite 2550
New Orleans, LA 70112-4000

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, Delaware 19806

James S. Yoder, Esq.
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

Janice R. Shadduck
105 S. 10th Street
Clenton, Iowa 52732

Standard Services Company, Inc.
14694 Airline Highway
Destrehan, LA 70047

Brian L. Kasprzak, Esq.
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Sergio I. Scuteri, Esq.
211 Benigno Boulevard, Suite 201
Bellmawr, NJ 08031

Neutocrete Systems, Inc.
89 Eastern Steel Road
Milford, CT 06460

J. Robert Nelson, Esq.
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, Utah 84145

Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

R J Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

David P. Primack, Esq.
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254

Michael F. Brown, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Stachyra & Penn
927 Main Street
Racine, WI 53403

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899


Penn Rakauski Law Firm
927 Main Street
Racine, WI 53403

Richard A. O'Halloran, Esq.
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462


Matthew J. Siembieda, Esq.
Benjamin G. Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

William F. McCormick, Esquire
Office of the Attorney General
Bankruptcy Division
425 5th Avenue, North
P.O. Box 20207
Nashville, TN 37202