# FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel: 302.575.1555   Fax: 302.575.1714

WR Grace PD Committee

January 1, 2005 – January 31, 2005

Invoice No.:    15254

RE:    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 13.30 | 2,906.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.80 | 426.00 |
| B18 | Fee Applications, Others - | 3.60 | 416.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 1.10 | 264.00 |
| B25 | Fee Applications, Applicant - | 11.00 | 1,310.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.50 | 120.00 |
| B32 | Litigation and Litigation Consulting - | 1.10 | 264.00 |
| B36 | Plan and Disclosure Statement - | 12.10 | 2,806.50 |
| B37 | Hearings - | 8.70 | 2,088.00 |
| B40 | Employment Applications, Others - | 4.60 | 951.00 |
| B41 | Relief from Stay Litigation - | 0.50 | 120.00 |
| | **Total** | **58.30** | **$11,672.00** |
| | **Grand Total** | **58.30** | **$11,672.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 165.00 | 2.50 | 412.50 |
| Rick S. Miller | 225.00 | 1.30 | 292.50 |
| Steven G. Weiler | 150.00 | 1.70 | 255.00 |
| Theodore J. Tacconelli | 240.00 | 38.80 | 9,312.00 |
| Legal Assistant - AD | 100.00 | 14.00 | 1,400.00 |
| **Total** | | **58.30** | **$11,672.00** |

## DISBURSEMENT SUMMARY

Expense -                                                                                     3,438.34

**Total Disbursements**                                                                       **$3,438.34**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jan-01-05 | *Case Administration* - review Elzufon Austin July, 04 fee app | 0.10 | TJT |
| | *Case Administration* - review Elzufon Austin August, 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review Elzufon Austin Sept., 2004 fee app | 0.10 | TJT |
| | *Case Administration* - review notice of withdrawal of limited objection by future claimant's rep. to debtors' KWELMB Co. settlement motion | 0.10 | TJT |
| | *Case Administration* - review first quarterly fee app of Baker Donelson 2/04-9/04 | 0.10 | TJT |
| | *Case Administration* - review summary of Elzufon Austin's 14th and final fee app | 0.10 | TJT |
| | *Employment Applications, Others* - review debtors' motion to retain Arnet Fox with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review limited objection of Everest Insurance Co. to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review motion by PI Committee to file objection to estimation motion under seal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review PI committee's motion to file objection to disclosure statement under seal | 0.10 | TJT |
| Jan-02-05 | *Case Administration* - review new instructions for telephonic appearances | 0.10 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 12/20/04 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review PI committee's objection to estimation motion (unredacted) | 0.50 | TJT |
| | *Plan and Disclosure Statement* - review PI Committee's objection to disclosure statement (unredacted) | 0.50 | TJT |
| Jan-03-05 | *Case Administration* - confer with TJT re: scheduling issues | 0.10 | RSM |
| | *Case Administration* - review 2019 statement by Gibson Law Firm | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Hoffman Law Firm | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Richardson Patrick | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Scott Law Group | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by N Calhoun Anderson | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Reaud Morgan | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by O'Brien law firm | 0.10 | TJT |
| | *Case Administration* - review 2019 statement Fiben Polk | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Asbestos Processing LAC | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Michael Sterling | 0.10 | TJT |
| | *Case Administration* - review judgment by third circuit re: 7/22/04 order | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Lauding George | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Buchanan Ingersoll | 0.10 | TJT |
| | *Hearings* - prepare letter to J & J Court Transcribers re: 12/20/04 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review limited objection by Fresenius Medical Care Holdings to disclosure statement | 0.30 | TJT |
| | *Case Administration* - update 2002 service list and labels re: 1 removal, 2 notices of appearance, and 1 change of address | 0.40 | AD |
| | *Fee Applications, Applicant* - draft Certificate of No Objection re: Ferry, Joseph & Pearce's 10/04 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Jan-04-05 | *Case Administration* - e-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | *Case Administration* - e-mail to legal assistant re: notice of attorney substitution | 0.10 | LLC |
| | *Case Administration* - review 2019 statement by Fearro and Assoc. | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - review 2019 statement by Wellborn and Houston | 0.10 | TJT |
| | *Case Administration* - review 2049 statement by Madeksho law firm | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Environmental Attorney's Group | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Ryan A Foster and Assoc | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Karon and Dalimonte | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Zeichrer, Ellman | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Ashby and Geddes | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Hoblin Schingler | 0.10 | TJT |
| | *Case Administration* - review email from S Baena re: employment of DMA | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 10/04 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review docket (.1) prepare Certificate of No Objection for filing (.1) e-file and serve Certificate of No Objection (.3) re: Ferry, Joseph & Pearce's 10/04 fee app | 0.50 | AD |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 11/04 invoice and modify for filing | 0.30 | AD |
| | *Fee Applications, Applicant* - draft notice (.2) draft fee app (.2) draft Certificate of Service (.1) re; Ferry, Joseph & Pearce's 11/04 fee app | 0.50 | AD |
| Jan-05-05 | *Case Administration* - e-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | *Case Administration* - review notice of subsitution of counsel re: James Hughes for E Cottingham and forward to paralegal | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: debtors' motion to refer jurisdiction to bankruptcy court for all matters (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review joinder by American Employers Ins. Co. in Certain Insurers objection to estimation motion, et al. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from J Sakalo re: response to ZAI notice/bar date supplement | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's Nov. 2004 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - begin drafting Ferry, Joseph & Pearce's 14th quarterly fee app documents and begin calculating chart totals | 1.70 | AD |
| | *Fee Applications, Applicant* - prepare Ferry, Joseph & Pearce's 11/04 fee app for filing (.1) e-file and serve fee app (.4) | 0.50 | AD |
| Jan-06-05 | *Case Administration* - e-mail to legal assistant re: notice of change of address | 0.10 | LLC |
| | *Case Administration* - attend Committee teleconference | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review stipulation resolving claims of Western Processing Trust | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review stipulation resolving claims of Intech Plastics Corp. | 0.10 | TJT |
| | *Case Administration* - review entry of appearance of American Employees Insurance Co. and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - review certification of counsel re: Scott's Co. 12/20/04 ruling | 0.10 | TJT |
| | *Case Administration* - review letter from B Johnson to court | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.30 | TJT |
| | *Plan and Disclosure Statement* - review draft of objection to ZAI supplement/bar date motion | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - review 3 relevant invoices and draft language for exhibit b to Ferry, Joseph & Pearce's 14th quarterly fee app and exhibit b to Certificate of Service re: same | 1.50 | AD |
| | *Fee Applications, Applicant* - finalize Ferry, Joseph & Pearce's 14th quarterly fee app | 0.20 | AD |
| Jan-07-05 | *Case Administration* - e-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | *Case Administration* - Review e-filing notifications re: notices of non compliance of Rule 2019 | 0.20 | LLC |
| | *Plan and Disclosure Statement* - e-mail from T. Tacconelli re: objection to Debtors' Estimation Motion Supplement | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Prepare Certificate of Service re: objection to Debtors' Estimation Motion Supplement | 0.20 | LLC |
| | *Plan and Disclosure Statement* - Finalize, e-file and serve objection to Debtors' Estimation Motion Supplement | 0.80 | LLC |
| | *Plan and Disclosure Statement* - e-mail to J. Fitzgerald and interested parties re: filing of objection to Debtors' Estimation Motion Supplement | 0.20 | LLC |
| | *Case Administration* - confer with T. Tacconelli re: ZAI claim issue | 0.20 | RSM |
| | *Plan and Disclosure Statement* - review email from S Baena re: email from debtor's counsel regarding disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review email from A Danzeisen re: revised Draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review revised Draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from J Sakalo re: revised Draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review emails from D Speights re: revised draft of objection to ZAI supplement (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - review email from S Baena re: revised draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from J Schwartz re: revised draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from M Dies re: revised draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from T Brandi re: revised draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review second revised draft of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - teleconferences with J Sakalo re: objection to ZAI supplement (x2) | 0.20 | TJT |
| | *Plan and Disclosure Statement* - confer with L Coggins re: objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from J Sakalo re: final version of objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from L Coggins re: objection to ZAI supplement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from E Cabraizer re: objection to ZAI supplement | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 14th quarterly fee app | 0.20 | TJT |
| Jan-08-05 | *Claims Analysis Obj. & Res. (Asbestos)* review debtor's response to PC Committee's motion to strike with attachments | 0.60 | TJT |

| Date | Description | Hours | Init |
|---|---|---|---|
| Jan-09-05 | *Claims Analysis Obj. & Res. (Asbestos)* review joinder by American Legion, et al. in PD Committee's motion to strike with attachment | 0.20 | TJT |
| | *Case Administration* - review response of Keri Evans to debtors' motion for reimbursement of funds to settle certain actions pursuant to National Union employee benefit plan policy | 0.10 | TJT |
| | *Case Administration* - review debtors' monthly operating report for Nov., 2004 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from J Sakalo re: debtor's reply to objections to estimation and cmo papers | 0.10 | TJT |
| Jan-10-05 | *Case Administration* - e-mail to legal assistant re: notice of change of address | 0.10 | LLC |
| | *Case Administration* - e-mail to legal assistant re: notice of substitute attorney | 0.10 | LLC |
| | *Case Administration* - review order granting Richardson Patrick, Lukins Annis motion regarding quarterly fee apps | 0.10 | TJT |
| | *Case Administration* - review notice of substitution of counsel for Burlington Northern and forward to paralegal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review future rep.'s objection to disclosure statement and related motions | 0.50 | TJT |
| | *Case Administration* - update core service group lists and labels re: inclusion of John Phillips | 0.20 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection re: HRA 9th quarterly fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin 14th quarterly fee app (.2) and draft Certificate of Service re:same (.1) | 0.30 | AD |
| Jan-11-05 | *Case Administration* - Review pleading re: notice of substitution of counsel | 0.10 | LLC |
| | *Case Administration* - confer with TJT re: PD claim issues | 0.30 | RSM |
| | *Case Administration* - review supplemental 2019 statement filed Jacobs and Crumpler | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Schroeter and Goldmark | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Matthew Bergman | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Landry and Swarr | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Beaven and Assoc. | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Dies Dies and Henderson | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Shepard Law Firm | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Embry and Neusner | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Hartly and O'Brien | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Joseph Banks | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Wise and Julian | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Paul Benton | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Bruegger and McCullough | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Cumbrest and Cumbrest | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA 9th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 14th quarterly fee app | 0.10 | TJT |
| | *Hearings* - review agenda for 1/21/05 hearing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - prepare email to D Carickhoff re: 1/21/05 hearing | 0.10 | TJT |
|  | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: HRA's 9th quarterly fee app (.3) | 0.50 | AD |
|  | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: Bilzin's 14th quarterly fee app (.3) | 0.50 | AD |
| Jan-12-05 | *Claims Analysis Obj. & Res. (Asbestos)* teleconference with J Pfiffer re: motion to strike and debtors' response to motion to strike | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Jan-13-05 | *Case Administration* - e-mail to A. Delcollo re: notice of appearance | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.50 | TJT |
|  | *Employment Applications, Others* - review email from J Sakalo re: application to retain GMA | 0.10 | TJT |
|  | *Employment Applications, Others* - prepare email to N Mancuso re: application to retain GMA | 0.40 | TJT |
|  | *Employment Applications, Others* - review email from N Mancuso re: GMA retention application | 0.10 | TJT |
|  | *Hearings* - prepare email to D Carickhoff re: 1/21/04 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - review debtors' reply to objections to debtors' motion regarding certain confirmation issues | 0.70 | TJT |
|  | *Plan and Disclosure Statement* - review debtors' response to objections to disclosure statement | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - review debtors' reply in support of cmo | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - review email from S Baena re: current plan documents | 0.10 | TJT |
|  | *Case Administration* - update 2002 service list and labels re: 2 substitutions of counsel, 2 changes of address, and 3 notices of appearance | 0.70 | AD |
|  | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin 10/04 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
|  | *Fee Applications, Others* - draft Certificate of No Objection re: Bilzin 11/04 fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Jan-14-05 | *Employment Applications, Others* - Create subfile, notice and Certificate of Service with 2002 list re: GMA Retention Application | 0.20 | SGW |
|  | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 10/04 fee app | 0.10 | TJT |
|  | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 11/04 fee app | 0.10 | TJT |
|  | *Employment Applications, Others* - confer with S Weiler re: GMA retention app | 0.20 | TJT |
|  | *Employment Applications, Others* - trade emails with N Mancusco re: GMA retention app (x2) | 0.20 | TJT |
|  | *Litigation and Litigation Consulting* - review order referring Sealed Air settlement motion to bankruptcy court | 0.10 | TJT |
|  | *Hearings* - review amended agenda for 1/21/05 hearing | 0.10 | TJT |
|  | *Hearings* - review order by district court cancelling 1/18/05 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - research re: impairment of claim regarding voting on plan vs. receipt of dividend from estate | 1.70 | TJT |
|  | *Plan and Disclosure Statement* - review debtor's chart regarding objections to disclosure statement and potential resolution of objection and review | 1.60 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | amended disclosure statement | | |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: Bilzin 10/04 fee app (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection re: Bilzin 11/04 fee app (.3) | 0.50 | AD |
| Jan-15-05 | *Claims Analysis Obj. & Res. (Non-Asb)* -review debtor's 7th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)*-review debtor's 8th omnibus objection to claims | 0.20 | TJT |
| | *Case Administration* - review summary of PSZY&J 14th quarterly fee app | 0.10 | TJT |
| | *Case Administration* - review response to equity committee to debtor's motion to extend exclusivity | 0.10 | TJT |
| | *Case Administration* - review future claimant's objection to debtors' 7th motion to extend exclusivity | 0.20 | TJT |
| | *Case Administration* - review L Tersigni's 11/04 fee app | 0.10 | TJT |
| | *Case Administration* - review Lukins Annis 8/04 fee app | 0.10 | TJT |
| | *Case Administration* - review Lukins Annis 9/04 fee app | 0.10 | TJT |
| | *Case Administration* - review certification of counsel re: final order limiting certain transfers of equity | 0.10 | TJT |
| | *Case Administration* - trade emails with J Sakalo re: new telephonic appearance procedures (x2) | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review debtors' reply brief re: estimation | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: Buckwalter orders regarding Sealed Air and related issues (x2) | 0.20 | TJT |
| | *Hearings* - prepare Memo to committee re: new telephonic appearance procedures for DE Bank. court | 0.30 | TJT |
| | *Plan and Disclosure Statement* - review debtors' omnibus rely to objections to solicitation and confirmation procedures with attachments | 0.50 | TJT |
| Jan-17-05 | *Employment Applications, Others* - Revise notice (.1); e-mail to J. Sakalo re: status of GMA Retention Application (.1) | 0.20 | SGW |
| | *Case Administration* - review summary of Lukins Annis quarterly fee app July-Sept. 2004 | 0.10 | TJT |
| | *Case Administration* - review affidavit of J Home re: potential work for debtors | 0.10 | TJT |
| | *Case Administration* - review certification of counsel re: proposed order regarding reimbursement of fees and expenses re: National Union Employee Benefit Plan | 0.10 | TJT |
| | *Case Administration* - review Richardson Patrick 11/04 fee app | 0.10 | TJT |
| | *Case Administration* - review Richardson Patrick 12/04 fee app | 0.10 | TJT |
| | *Case Administration* - review Buchanan Ingersoll review 11/04 fee app | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review notice of filing amended disclosure statement and plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review debtors' motion for leave to file reply to objections to estimation supplement with attachment and review proposed reply | 0.50 | TJT |
| | *Relief from Stay Litigation* - review PacificCorp motion for leave to file late proof of claim with attachments | 0.50 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 12/04 pre- | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | bill | | |
| Jan-18-05 | *Hearings* - review agenda for 1/24/05 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to co-counsel re: change of location of 1/24/05 hearing | 0.10 | TJT |
| Jan-19-05 | *Case Administration* - review W Smith and Assoc 12/04 fee app | 0.10 | TJT |
| | *Employment Applications, Others* - review email from N Mancusco re: GMA retention application | 0.10 | TJT |
| | *Employment Applications, Others* - review email from N Mancusco re: affidavit in support of GMA retention application | 0.10 | TJT |
| | *Hearings* - review email from S Baena re: 1/24/05 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to committee members re: 1/24/05 hearing | 0.10 | TJT |
| | *Hearings* - prepare email to V Preston re: 1/21/05 hearing | 0.10 | TJT |
| | *Hearings* - review agenda for 1/24/05 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from J Sakalo re: debtors' motion for leave to file reply to objection to estimation supplement | 0.10 | TJT |
| Jan-20-05 | *Employment Applications, Others* - Review and revise GMA retention application (.2); print, scan, file and arrange for service of same (.4); notify N. Mancuso re: same (.1) | 0.70 | SGW |
| | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | *Employment Applications, Others* - review and revise application to retain GMA | 0.40 | TJT |
| | *Employment Applications, Others* - review affidavit of D Morgan in support of GMA retention application | 0.20 | TJT |
| | *Employment Applications, Others* - review form of order re: GMA retention application | 0.10 | TJT |
| | *Employment Applications, Others* - prepare email to J Sakalo re: GMA retention application | 0.10 | TJT |
| | *Employment Applications, Others* - teleconference with N Mancusco re: GMA retention application | 0.20 | TJT |
| | *Employment Applications, Others* - confer with S Weiler re: GMA retention application | 0.20 | TJT |
| | *Hearings* - review email from S Baena re: 1/24/05 hearing | 0.10 | TJT |
| | *Hearings* - review email from V Preston re: 1/21/05 hearing | 0.10 | TJT |
| Jan-21-05 | *Hearings* - attend bankruptcy court | 5.50 | TJT |
| Jan-22-05 | *Case Administration* - review second supplemental affidavit of D Austern | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review exhibit tab 11 re: retain causes of action | 0.30 | TJT |
| Jan-23-05 | *Case Administration* - review amended 2019 statement of Gillenwalz, Nichol & Assoc. | 0.10 | TJT |
| | *Case Administration* - review notice of withdraw of 2019 statement by Gillenwalz, Nichol & Assoc. | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Moras, Sakalarios and Blackwell | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Porter and Malouf | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by S Kazan | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by G Patterson Kehey | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Booth and McCarthy | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Edward Moody, P.A. | 0.10 | TJT |
| | *Case Administration* - review 2019 statement by Peter Enslein | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - review 2019 statement by Martcell and Bickford | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Brayton and Purcell | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Beavin and Assoc. | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Baron & Budd | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Werb & Sullivan | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Cohn and Whitesell and Landis Rath & Cobb | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Smith Katzenstein | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by F Gerald Maples, P.A. | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Peirce Raimond and Courter | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Stanley Mandell and Iola | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Byrd Gibbs and Martin | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement by Motley Rice | 0.10 | TJT |
| Jan-24-05 | *Employment Applications, Others* - prepare, scan, file and prepare service re: Notice of Withdrawal of GMA Retention App (.5); forward copy to J. Sakalo re: same (.1) | 0.60 | SGW |
|  | *Employment Applications, Others* - review email from J Sakalo re: GMA retention motion | 0.10 | TJT |
|  | *Employment Applications, Others* - prepare email to S Weiler re: withdrawal of GMA retention application | 0.10 | TJT |
|  | *Employment Applications, Others* - review draft of notice of withdrawal of GMA retention application | 0.10 | TJT |
|  | *Hearings* - prepare for hearing | 0.20 | TJT |
|  | *Hearings* - attend bankruptcy court | 0.80 | TJT |
| Jan-25-05 | *Fee Applications, Applicant* - draft Certificate of No Objection (.2) and draft Certificate of Service (.1) re: Ferry, Joseph & Pearce's 11/04 fee app | 0.30 | AD |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's 12/04 bill for filing | 0.30 | AD |
|  | *Fee Applications, Applicant* - draft notice, fee summary and Certificate of Service re: Ferry, Joseph & Pearce's 12/04 fee app | 0.30 | AD |
| Jan-26-05 | *Case Administration* - review amended fee statement of H Douglas Nichol | 0.10 | TJT |
|  | *Case Administration* - review 2019 statement of The Sutter Law Firm | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -teleconference with Whitney Street re: questions regarding treatment of PD claims | 0.10 | TJT |
|  | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 11/04 fee app | 0.10 | TJT |
|  | *Fee Applications, Applicant* - review and revise Ferry, Joseph & Pearce's 12/04 fee app | 0.30 | TJT |
|  | *Fee Applications, Applicant* - review docket (.1) prepare documents for filing (.1) and e-file and serve Certificate of No Objection Ferry, Joseph & Pearce's 11/04 fee app (.3) | 0.50 | AD |
|  | *Fee Applications, Applicant* - confer with T. Tacconelli re: error in 12/04 bill and review bill (.2); confer with billing re: error in 12/04 bill (.1) | 0.30 | AD |
| Jan-27-05 | *Case Administration* - Retrieve voice mail from PD claimant counsel and forward same to T. Tacconelli | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* - attend Committee teleconference | 0.30 | RSM |
|  | *Committee, Creditors', Noteholders' or* -Memo to T. Tacconelli re: 1/27/05 teleconference | 0.10 | RSM |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* -review memorandum from R Miller re: teleconference with committee | 0.10 | TJT |
| | *Fee Applications, Applicant* - review and modify Ferry, Joseph & Pearce's revised 12/04 invoice | 0.30 | AD |
| | *Fee Applications, Applicant* - revise Ferry, Joseph & Pearce's 12/04 fee app documents to reflect revisions and revise Ferry, Joseph & Pearce's 12/04 invoice to include language about hourly rate increases | 0.20 | AD |
| | *Fee Applications, Applicant* - finalize Ferry, Joseph & Pearce's 12/04 fee app | 0.10 | AD |
| | *Fee Applications, Applicant* - draft Certificate of No Objection re: Ferry, Joseph & Pearce's 14th quarterly fee app (.2) and draft Certificate of Service re: same (.1) | 0.30 | AD |
| Jan-28-05 | *Claims Analysis Obj. & Res. (Asbestos)* teleconference with M Clemmons from TN Dept. of Justice re: treatment of PD claims | 0.20 | TJT |
| | *Case Administration* - review supplemental 2019 statement by Landis Rath & Cobb | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 14th quarterly fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review and revise Ferry, Joseph & Pearce's 12/04 fee app | 0.20 | TJT |
| | *Fee Applications, Applicant* - confer with T. Tacconelli re: necessary changes to Ferry, Joseph & Pearce's 12/04 bill | 0.10 | AD |
| | *Fee Applications, Applicant* - confer with billing re: necessary changes to Ferry, Joseph & Pearce's 12/04 bill and review revised 12/04 bill | 0.20 | AD |
| | *Fee Applications, Applicant* - revise Ferry, Joseph & Pearce's 12/04 fee app to include new changes (.1) prepare for filing (.1) e-file and serve Ferry, Joseph & Pearce's 12/04 fee app (.4) | 0.60 | AD |
| | *Fee Applications, Applicant* - review docket (.1) prepare for filing (.1) and e-file and serve Certificate of No Objection re: Ferry, Joseph & Pearce's 14th quarterly fee app (.3) | 0.50 | AD |
| Jan-29-05 | *Case Administration* - review order excluding exclusivity | 0.10 | TJT |
| | *Case Administration* - review final order limiting certain transfers of equity interest | 0.10 | TJT |
| Jan-30-05 | *Case Administration* - review notice of substitution of counsel re: Scott Law Group for Lukins and Annis and forward to paralegal | 0.10 | TJT |
| Jan-31-05 | *Case Administration* - teleconference with J Porte re: federal tax id number for D Hilton | 0.10 | TJT |
| | *Case Administration* - retrieve voice mail message from J Porte re: federal tax id number for D Hilton | 0.10 | TJT |
| | *Hearings* - review email from J Sakalo re: 1/24/05 hearing | 0.10 | TJT |
| | *Hearings* - prepare letter to J&J Court Transcribers re: transcript for 1/21/05 and 1/24/05 *Hearings* | 0.20 | TJT |
| | *Hearings* - prepare email to J Sakalo re: 1/21/05 hearing | 0.10 | TJT |
| | *Totals* | 58.30 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| Jan-05-05 | *Expense* - copying cost | 7.20 |
| | *Expense* - postage | 2.12 |
| | *Expense* - copying cost | 7.20 |
| | *Expense* - postage | 2.12 |
| Jan-06-05 | *Expense* - Blue Marble Logistics - delivery charge | 265.09 |
| Jan-12-05 | *Expense* - Blue Marble Logistics - delivery charge | 240.03 |
| Jan-13-05 | *Expense* - Parcel's, Inc. - copies | 25.00 |
| | *Expense* - Parcel's, Inc. - copies | 100.00 |
| | *Expense* - Blue Marble Logistics | 30.00 |
| Jan-14-05 | *Expense* - copying cost | 13.50 |
| | *Expense* - postage | 4.80 |
| Jan-19-05 | *Expense* - J&J Court Transcribers | 117.70 |
| Jan-20-05 | *Expense* - Tristate Courier & Carriage - delivery charge | 39.00 |
| | *Expense* - Parcel's, Inc. - copies | 2,029.00 |
| Jan-21-05 | *Expense* - PACER Service Center - Period of 10/01/04 - 12/31/04 | 18.55 |
| Jan-26-05 | *Expense* - Blue Marble Logistics | 196.09 |
| | *Expense* - PACER Service Center - Period of 10/01/04 - 12/31/04 | 24.92 |
| | *Expense* - copying cost | 6.75 |
| | *Expense* - postage | 5.40 |
| Jan-28-05 | *Expense* - copying cost | 9.00 |
| | *Expense* - postage | 2.12 |
| Jan-31-05 | *Expense* - Blue Marble Logistics | 292.75 |

*Totals*     *$3,438.34*

**Total Fees & Disbursements**     **$15,110.34**

**Balance Due Now**

$15,110.34