IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**<u>NOTICE OF DOCUMENT ENTERED IN ERROR - DOCKET NO. 7862</u>**

1. On February 22, 2005, the Debtors and Debtors in Possession (the "Debtors") inadvertently filed docket number 7862, *Amended Notice of Agenda of Matters Scheduled for Hearing on February 28, 2005 at 12:00 p.m. Before the Honorable Judith K. Fitzgerald* (the "Amended Agenda") with the wrong image. A new docket entry was made at docket number 7867 to correct the error.

2. To address the incorrectly filed document, the Debtors hereby file this Notice of Document Entered in Error regarding docket number 7862 and request that the

15252-001\DOCS_DE:79255.1
DOCS_DE:105975.1

Amended Agenda filed as Docket No. 7862 be noted by the court as a document entered in error.

Dated: February 23, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp, III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession