

**RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC**

EDWARD J. WESTBROOK
843.727.6513 Direct
843.727.6688 Fax
ewestbrook@rpwb.com

James C. Bradley
Michael J. Brickman
J. David Butler
William M. Connolly
Jerry Hudson Evans
Nina H. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Christian H. Hartley
Kimberly S. Keevers
Gregory A. Lofstead
Christiaan A. Marcum
K. Elizabeth Middleton
Daniel O. Myers
Karl E. Novak
Charles W. Patrick, Jr.
Gordon C. Rhea (CA, DC & USVI only)
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Matthew J. Thiesing
T. Christopher Tuck
Robert M. Turkewitz
Nicholas J. Vogelzang (IL only)
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
Thomas H. Hart, III
James H. Rion, Jr.

February 10, 2005

RECEIVED
FEB 14 2005
JUDITH K. FITZGERALD
BANKRUPTCY JUDGE

Honorable Judith K. Fitzgerald
Chief Judge
U.S. Bankruptcy Court, W.D.PA
5490 US Steel Tower
Pittsburgh, PA 15219

01-1139 JKF

Re:   ZAI Science Trial

Dear Judge Fitzgerald:

Please accept this response to Mr. Restivo's February 3, 2005 letter requesting that the Court now rule on the ZAI cross-motions for summary judgment. At the January 21, 2005 hearing, the Court informed the parties that an expedited ruling on the ZAI motions was not contemplated, given the lack of progress by the other constituencies in moving toward resolution of this bankruptcy. In light of Grace's recent indictment that addresses inter alia Grace's alleged criminal activities in misleading the government about the danger of ZAI, the ZAI Claimants anticipate they may need to request further supplementation of the record depending on what the government's prosecution uncovers. In any event, nothing has transpired since January 21, 2005 that should change the Court's views on sequencing the issues for resolution in this bankruptcy.

Sincerely,

Edward J. Westbrook

EJW/kag
cc:   James Restivo, Esq.
      Peter Van N. Lockwood, Esq.
      Scott Baena, Esq.
      Lou Kruger, Esq.
      Gary Becker, Esq.