IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 25, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Exhibit A

Professional services rendered through: October 31, 2004

**Matter 46**

| 10/21/04 | J.W. Johnson | Assemble interview notes in preparation for drafting of IRS and bankruptcy court filings. | 2.30 |
|---|---|---|---|
| 10/28/04 | M.D. Lerner | Begin review of files provided to us by client, including IRS interview transcripts and transaction files to develop outline of facts for response to NOPA. | 0.50 |
| 10/29/04 | M.D. Lerner | Complete review of transcripts of IRS interviews and consider facts that emerged that can be used in Protest. | 2.00 |
| 10/29/04 | M.D. Lerner | Continue review of source materials to prepare Protest, including Powerpoint presentations and economic analyses of Remedium transaction. | 2.00 |
| 10/29/04 | L.M. Zarlenga | Review memo prepared by Ms. Finke. | 0.30 |
| 10/29/04 | L.M. Zarlenga | Review draft protest outline prepared by K&E. | 0.40 |

**Matter 32**

| 10/18/04 | A.E. Moran | Review bills and court filings. | 0.40 |
|---|---|---|---|
| 10/22/04 | A.E. Moran | Billing:  Review draft quarterly filing; make changes. | 2.10 |
| 10/25/04 | A.E. Moran | BILLING:  Review billing drafts. | 0.70 |
| 10/26/04 | A.E. Moran | BILLS:  Finish bills for April through June. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| J.W. Johnson | 2.30 | 525.00 | 1,207.50 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| M.D. Lerner | 4.50 | 520.00 | 2,340.00 |
| A.E. Moran | 3.80 | 435.00 | 1,653.00 |
| L.M. Zarlenga | 0.70 | 425.00 | 297.50 |
| Total | 11.30 | | 5,498.00 |

Total Fees        $5,498.00

Disbursements:

| Overnight Messenger | 51.91 |
| Duplicating | 15.30 |
| Total Disbursements | $67.21 |

```
                                                STEPTOE &
                                          STEPTOE & JOHNSON LLP
RUN DATE: 02/02/2005
                                          Detail Cost Report
RUN TIME: 10:52:17
                                          Proforma:  347793
PAGE:  1
  012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE
  Cost            Timekeeper
  Code      Date    Number   Name                 Quantity  Rate    Amount
  Ext.     Phone Number        Description
========= ======== ========================= ======== ====== ==========
====== ==================== =========================================
DLFD      10/26/04 00206    Moran, Anne E.        1.00  44.02    44.02
  DLFD    10/26/04 00206    Moran, Anne E.        1.00            44.02
Federal Express from Brian P Kaufman

to Matthew Lemer C/o Andrew Levan

on October 26, 2004.
DLFD      10/26/04 00206    Moran, Anne E.        1.00   7.89     7.89
  DLFD    10/26/04 00206    Moran, Anne E.        1.00             7.89
Federal Express from Anne E Moran

to Karina Yee

on October 26, 2004.
DLFD      10/26/04 Total :                       51.91
DLFD             Total :                         51.91
LASR      10/22/04 00206    Moran, Anne E.        4.00   0.15     0.60
  LASR    10/22/04 00206    Moran, Anne E.        4.00   0.20     0.80
PC/Network Printing

PC LASER  4 Pages Moran, Anne
LASR      10/22/04 00206    Moran, Anne E.        4.00   0.15     0.60
  LASR    10/22/04 00206    Moran, Anne E.        4.00   0.20     0.80
PC/Network Printing

PC LASER  4 Pages Moran, Anne
LASR      10/22/04 00206    Moran, Anne E.        3.00   0.15     0.45
  LASR    10/22/04 00206    Moran, Anne E.        3.00   0.20     0.60
PC/Network Printing

PC LASER  3 Pages Moran, Anne
LASR      10/22/04 00206    Moran, Anne E.       11.00   0.15     1.65
  LASR    10/22/04 00206    Moran, Anne E.       11.00   0.20     2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR      10/22/04 00206    Moran, Anne E.        1.00   0.15     0.15
  LASR    10/22/04 00206    Moran, Anne E.        1.00   0.20     0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
```

```
LASR      10/22/04 Total :                         3.45
LASR      10/25/04 00206    Moran, Anne E.        11.00    0.15       1.65
  LASR    10/25/04 00206    Moran, Anne E.        11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
```

                                                 STEPTOE & JOHNSON LLP
RUN DATE: 02/02/2005

                                                 Detail Cost Report
RUN TIME: 10:52:18

                                                 Proforma:  347793
PAGE:  2
  012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| Ext. | Phone Number | | Description | | | |

```
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      10/25/04 00206    Moran, Anne E.         1.00    0.15       0.15
  LASR    10/25/04 00206    Moran, Anne E.         1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
```

```
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
  LASR   10/25/04 00206    Moran, Anne E.              1.00    0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.             11.00    0.15       1.65
  LASR   10/25/04 00206    Moran, Anne E.             11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR     10/25/04 00206    Moran, Anne E.              1.00    0.15       0.15
```

```
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
```

                                                    STEPTOE & JOHNSON LLP
RUN DATE: 02/02/2005
                                                    Detail Cost Report
RUN TIME: 10:52:18
                                                    Proforma:  347793
PAGE:  3
  012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
  Cost            Timekeeper
  Code     Date   Number   Name                   Quantity  Rate     Amount
  Ext.     Phone Number       Description
========== ======== ========================= ========= ====== ==========
====== ==================== ============================================
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 00206    Moran, Anne E.                    1.00    0.15        0.15
   LASR    10/25/04 00206    Moran, Anne E.                 1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR    10/25/04 Total :                                    7.05
LASR    10/26/04 00206    Moran, Anne E.                   11.00    0.15        1.65
```

```
     LASR    10/26/04 00206    Moran, Anne E.              11.00    0.20        2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.               1.00    0.15        0.15
   LASR    10/26/04 00206    Moran, Anne E.               1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.               1.00    0.15        0.15
   LASR    10/26/04 00206    Moran, Anne E.               1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.               1.00    0.15        0.15
   LASR    10/26/04 00206    Moran, Anne E.               1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.               1.00    0.15        0.15
   LASR    10/26/04 00206    Moran, Anne E.               1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.               1.00    0.15        0.15
   LASR    10/26/04 00206    Moran, Anne E.               1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.               4.00    0.15        0.60
   LASR    10/26/04 00206    Moran, Anne E.               4.00    0.20        0.80
PC/Network Printing

PC LASER  4 Pages Ward, Brenda
LASR       10/26/04 00206    Moran, Anne E.              12.00    0.15        1.80
```

STEPTOE & JOHNSON LLP

RUN DATE: 02/02/2005

Detail Cost Report

RUN TIME: 10:52:18

Proforma:  347793

PAGE:  4

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
  Cost            Timekeeper
  Code      Date   Number   Name                     Quantity  Rate    Amount
  Ext.      Phone Number      Description
========= ======== =============================== ======== ====== ==========
====== ==================== ====================================================
   LASR    10/26/04 00206    Moran, Anne E.             12.00    0.20        2.40
PC/Network Printing

PC LASER  12 Pages Ward, Brenda
LASR       10/26/04  Total :                            4.80
LASR                 Total :                           15.30
```