IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 25, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

Exhibit A

Professional services rendered through: November 30, 2004:  **Matter 46**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/01/04 | M.D. Lerner | Meet with Messrs. Bailey and Johnson to discuss status and work already completed; go over key issues and facts with them. | 0.90 |
| 11/01/04 | M.D. Lerner | Review Board Minutes re Remedium's formation. (Remedium is shorthand for a subsidiary whose expenses are the subject of a disputed tax deduction) | 0.40 |
| 11/01/04 | M.D. Lerner | Review 3 boxes of materials containing source documents regarding the planning and structuring of Remedium transaction. | 2.40 |
| 11/02/04 | M.D. Lerner | Develop extensive list of fact questions to address through documents or interviews to strengthen protest. | 1.40 |
| 11/02/04 | M.D. Lerner | Read Corcoran deposition transcript to extrapolate factual information for Protest. | 2.00 |
| 11/02/04 | M.D. Lerner | Initial review of NOPA prepared by Examination team. | 0.20 |
| 11/02/04 | M.D. Lerner | Meet with Ms. Zarlenga, Ms. MacIvor and Mr. Kidder to allocate tasks for drafting of protest to NOPA. | 0.30 |
| 11/02/04 | M.D. Lerner | Review NOPA in detail to highlight required factual development. | 0.50 |
| 11/02/04 | M.D. Lerner | Go through list of government "hot buttons" from prior case and identify those applicable to Grace. | 0.20 |
| 11/02/04 | M.D. Lerner | Read new Coltec decision and identify common analysis useful to Grace case. | 0.80 |
| 11/02/04 | A.A. MacIvor | Reviewed documents in WR Grace files | 4.10 |
| 11/02/04 | L.M. Zarlenga | Meet with Messrs. Lerner and Kidder and Ms. MacIvor to discuss background of case and the division of duties. | 0.30 |
| 11/02/04 | G.N. Kidder | Meeting with Matt Lerner, Lisa Zarlenga, and Alexis MacIvor to discuss new matter and background information. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/04 | G.N. Kidder | Read and analyze newly issued opinion in Coltec Industries cases. | 1.20 |
| 11/02/04 | A.A. MacIvor | Meeting with team regarding protest and tasks | 0.30 |
| 11/02/04 | A.A. MacIvor | Reviewed protest and other initial material | 1.80 |
| 11/03/04 | M.D. Lerner | Continue review of prior deposition transcripts to extrapolate factual memo for Protest. | 0.80 |
| 11/03/04 | A.A. MacIvor | Reviewed documents in WR Grace files | 3.90 |
| 11/03/04 | G.N. Kidder | Review NOPA, presentation to Internal Revenue Service, and protest outline prepared by Kirkland & Ellis. | 1.30 |
| 11/03/04 | G.N. Kidder | Review and edit draft of memo requesting additional facts related to Remedium transaction. | 0.50 |
| 11/03/04 | A.A. MacIvor | Reviewed and edited first draft of a letter to the client regarding factual questions | 1.00 |
| 11/04/04 | A.A. MacIvor | Reviewed documents in WR Grace files | 6.70 |
| 11/04/04 | L.M. Zarlenga | Request information re status of protest from Mr. Kidder. | 0.10 |
| 11/04/04 | M.D. Lerner | Review Medler deposition to extrrapolate factual information for Protest. | 1.50 |
| 11/04/04 | M.D. Lerner | Review interview notes located in files provided to Steptoe & Johnson. | 0.30 |
| 11/04/04 | M.D. Lerner | Edit the "needed facts" list providing analysis of factual questions that must be answered in Protest. | 1.20 |
| 11/04/04 | M.D. Lerner | Call with Ms. Finke and Mr. Sentfleben to discuss approach and timtable for Protest. | 0.50 |
| 11/04/04 | G.N. Kidder | Draft legal analysis for protest of disallowance on capital loss on remedium transaction. | 2.40 |
| 11/04/04 | L.M. Zarlenga | Teleconference with Messrs. Lerner, Senftleben and Ms. Finke re protest action steps. | 0.50 |
| 11/04/04 | L.M. Zarlenga | Review memo re initial factual development and comment thereon. | 0.40 |
| 11/04/04 | A.A. MacIvor | Proofread and edited letter to client regarding factual questions | 0.20 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/05/04 | A.A. MacIvor | Reviewed documents in WR Grace files | 8.70 |
| 11/05/04 | G.N. Kidder | Discuss facts of Remedium transaction with Alexis MacIvor. | 0.80 |
| 11/05/04 | M.D. Lerner | Finish review of handwritten notes in Grace files. | 0.20 |
| 11/05/04 | M.D. Lerner | Review O'Bradovich deposition to extrapolate factual information for Protest. | 0.50 |
| 11/05/04 | L.M. Zarlenga | Review interview notes and other notes from the files. | 1.10 |
| 11/05/04 | L.M. Zarlenga | Review IRS Revenue Agent Report. | 0.60 |
| 11/05/04 | L.M. Zarlenga | Review Remedium presentation to IRS. | 0.30 |
| 11/05/04 | G.N. Kidder | Draft legal analysis for protest of disallowance on capital loss on remedium transaction. | 5.50 |
| 11/05/04 | A.A. MacIvor | Discussed factual issues with Greg Kidder | 0.80 |
| 11/06/04 | A.A. MacIvor | Continued reviewing documents in WR Grace files | 4.80 |
| 11/06/04 | G.N. Kidder | Draft legal analysis for protest of disallowance on capital loss on remedium transaction. | 4.50 |
| 11/07/04 | A.A. MacIvor | Reviewed relevant documents in files and took notes on factual information | 5.10 |
| 11/08/04 | M.D. Lerner | Read Coltec decision to look for arguments we can use in Protest. | 0.70 |
| 11/08/04 | A.A. MacIvor | Continued reviewing relevant documents and taking notes on factual information | 9.70 |
| 11/08/04 | G.N. Kidder | Draft legal analysis section of protest. | 8.30 |
| 11/08/04 | G.N. Kidder | Discuss facts of Remedium transaction with Alexis MacIvor in order to draft legal analysis. | 0.50 |
| 11/08/04 | M.D. Lerner | Complete review of O'Bradovic deposition, noting factual assertions to be used as Protest. | 1.60 |
| 11/08/04 | L.M. Zarlenga | Review interview notes and other notes from files. | 0.20 |
| 11/08/04 | L.M. Zarlenga | Discuss status of fact statement with Ms. MacIvor. | 0.10 |
| 11/08/04 | A.A. MacIvor | Discuss facts with Greg Kidder | 0.50 |
| 11/09/04 | A.A. MacIvor | Draft factual statement for protest | 9.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/09/04 | L.M. Zarlenga | Review Coltec opinion. | 0.70 |
| 11/10/04 | J. Weixler | Prepare relevant documents reviewed by A. MacIvor for copying. | 2.50 |
| 11/10/04 | L.M. Zarlenga | Review draft statement of facts. | 0.60 |
| 11/10/04 | L.M. Zarlenga | Review draft legal discussion and comment. | 2.80 |
| 11/10/04 | G.N. Kidder | Discuss draft of factual statement for protest with Alexis MacIvor. | 0.20 |
| 11/10/04 | G.N. Kidder | Review draft of factual statement describing Remedium transaction for protest. | 0.30 |
| 11/10/04 | M.D. Lerner | Complete review of selected handwritten notes from transaction planning file. | 0.10 |
| 11/10/04 | A.A. MacIvor | Discuss factual changes to the protest with Greg Kidder | 0.20 |
| 11/10/04 | A.A. MacIvor | Meeting with paralegal and project assistant to discuss the case, their roles, and their current project | 0.30 |
| 11/10/04 | A.A. MacIvor | Continued drafting factual statement for protest | 9.30 |
| 11/10/04 | J. Weixler | Meet with A. MacIvor to discuss preparation of reviewed documents for copying. | 0.30 |
| 11/11/04 | L.M. Zarlenga | Review draft legal discussion and comment. | 2.60 |
| 11/11/04 | G.N. Kidder | Revised draft of legal analysis after comments from Matt Lerner and review of draft factual statement. | 5.00 |
| 11/11/04 | L.M. Zarlenga | Discuss comments with Mr. Kidder. | 0.20 |
| 11/11/04 | M.D. Lerner | Extensive edits and revisions to fact portion of Protest to prepare to send to client tomorrow. | 4.90 |
| 11/11/04 | M.D. Lerner | Edit and revise legal portion of Protest to prepare to send to client tomorrow. | 1.20 |
| 11/11/04 | L.M. Zarlenga | Review revised factual development memo. | 0.50 |
| 11/11/04 | G.N. Kidder | Discuss draft of legal analysis for protest with Lisa Zarlenga. | 0.10 |
| 11/11/04 | G.N. Kidder | Revise draft of legal analysis for protest after comments from Lisa Zarlenga. | 6.30 |

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/11/04 | G.N. Kidder | Research authority to support enhancing incentives for employees as a business purpose to support legal analysis in protest. | 0.50 |
| 11/11/04 | A.A. MacIvor | Revise memo with factual questions by adding answers to some of the questions | 2.30 |
| 11/11/04 | A.A. MacIvor | Revise factual statement | 4.00 |
| 11/11/04 | G.N. Kidder | Discuss draft of legal analysis for protest with Matt Lerner. | 0.10 |
| 11/12/04 | G.N. Kidder | Revise draft of complete protest after comments from Matt Lerner. | 2.10 |
| 11/12/04 | M.D. Lerner | Check redline to be sure desired changes were made to version sent to client. | 0.10 |
| 11/12/04 | G.N. Kidder | Discuss draft of factual statement and open factual issues in protest with Alexis MacIvor. | 0.20 |
| 11/12/04 | M.D. Lerner | Additional significant edits to Protest based upon holdings in Black & Decker and Coltec. | 3.00 |
| 11/12/04 | M.D. Lerner | Prepare transmittal email and send Protest to Mr. Sentfleben and Ms. Finke. | 0.20 |
| 11/12/04 | G.N. Kidder | Discuss draft of complete protest with Matt Lerner. | 0.10 |
| 11/12/04 | A.A. MacIvor | Discuss factual clarifications with Greg Kidder | 0.20 |
| 11/12/04 | A.A. MacIvor | Review documents that will be reviewed by Matt Lerner, Lisa Zarlenga, and Greg Kidder | 3.10 |
| 11/15/04 | M.D. Lerner | Extensive edits to protest and review of factual material to bolster protest. | 4.40 |
| 11/15/04 | G.N. Kidder | Review key documents in binders prepared by Alexis MacIvor describing the facts of the Remedium transaction. | 3.80 |
| 11/15/04 | A.A. MacIvor | Meeting with Greg Kidder to discuss changes to the legal section of the protest | 0.20 |
| 11/15/04 | A.A. MacIvor | Reviewed and edited factual statement | 5.10 |
| 11/15/04 | G.N. Kidder | Review comments on draft protest from Matt Lerner and edit draft accordingly. | 0.80 |
| 11/16/04 | M.D. Lerner | Research factual question regarding note and how it was created. | 0.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/16/04 | A.A. MacIvor | Continued reviewing and editing factual statement; reviewed documents to find specific factual information | 5.80 |
| 11/16/04 | G.N. Kidder | Review depositions, transaction documents, and other documents supporting the facts set forth in the draft protest. | 5.30 |
| 11/16/04 | G.N. Kidder | Review comments on draft protest from Alexs MacIvor and edit draft accordingly. | 0.50 |
| 11/18/04 | M.D. Lerner | Review fact notebooks prepared by Ms. MacIvor to consider additional facts to add to protest. | 1.40 |
| 11/18/04 | M.D. Lerner | Review additional edits to protest to be sure they are correct. | 0.10 |
| 11/19/04 | M.D. Lerner | Review fact notebooks prepared by Ms. MacIvor to consider additional facts to add to protest. | 0.70 |

**Matter 32**

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/02/04 | A.E. Moran | BILLS: Work on response to auditor. | 0.80 |
| 11/17/04 | A.E. Moran | Review bills and obtain clarification of items. | 1.80 |
| 11/18/04 | A.E. Moran | Finish bills for July and September 2004; revise applications. | 3.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 32.80 | 520.00 | 17,056.00 |
| A.E. Moran | 6.20 | 435.00 | 2,697.00 |
| L.M. Zarlenga | 11.00 | 425.00 | 4,675.00 |
| G.N. Kidder | 50.60 | 250.00 | 12,650.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.A. MacIvor | 87.40 | 200.00 | 17,480.00 |
| J. Weixler | 2.80 | 80.00 | 224.00 |
| Total | 190.80 | | 54,782.00 |

|  |  |
|---|---|
| Total Fees | $54,782.00 |

Disbursements:

| | |
|---|---|
| Overnight Messenger | 8.00 |
| Duplicating - Matter 46 | 147.75 |
| Duplicating - Matter 32 | 15.90 |
| Facsimile | 66.00 |
| On-Line Research/Information Retrieval | 213.00 |
| Long Distance Telephone | 5.04 |

| | |
|---|---|
| Total Disbursements | $455.69 |

EXHIBIT B

STEPTOE & JOHNSON LLP

RUN DATE: 02/02/2005

Detail Cost Report

RUN TIME: 10:55:13

Proforma: 347794

PAGE: 1

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
  Cost              Timekeeper
  Code      Date    Number    Name                         Quantity    Rate    Amount
  Ext.      Phone Number      Description
========== ======== =================================== ========  ======  ==========
====== ====================   =================================================
DLFD      11/18/04 00206     Moran, Anne E.                 1.00    8.00       8.00
 DLFD     11/18/04 00206     Moran, Anne E.                 1.00               8.00
Federal Express from Anne E Moran

to Karina Yee

on November 18, 2004.
DUPLDC    11/02/04 02915     MacIvor, Alexis Anne          10.00    0.15       1.50
 DUPLDC   11/02/04 02915     MacIvor, Alexis Anne          10.00    0.20       2.00
10 PHOTOCOPIES MADE BY 02915

DUPLDC    11/02/04 07530     Wieczorek, Joann E.           69.00    0.15      10.35
 DUPLDC   11/02/04 07530     Wieczorek, Joann E.           69.00    0.20      13.80
69 PHOTOCOPIES MADE BY 07530

DUPLDC    11/02/04 Total :                                 11.85
DUPLDC    11/04/04 09066     Merrill,                     381.00    0.15      57.15
 DUPLDC   11/04/04 09066     Merrill,                     381.00    0.20      76.20
381 PHOTOCOPIES MADE BY 09066

DUPLDC    11/05/04 02915     MacIvor, Alexis Anne          14.00    0.15       2.10
 DUPLDC   11/05/04 02915     MacIvor, Alexis Anne          14.00    0.20       2.80
14 PHOTOCOPIES MADE BY 02915

DUPLDC    11/18/04 02915     MacIvor, Alexis Anne          15.00    0.15       2.25
 DUPLDC   11/18/04 02915     MacIvor, Alexis Anne          15.00    0.20       3.00
15 PHOTOCOPIES MADE BY 02915


DUPLDC              Total :                                73.35

FAXDC     11/02/04 09066     Merrill,                      63.00    1.00      63.00
 FAXDC    11/02/04 09066     Merrill,                      63.00    1.15      72.45
DC FAX 63 pages sent to 15613621323

FAXDC     11/05/04 09066     Merrill,                       3.00    1.00       3.00
 FAXDC    11/05/04 09066     Merrill,                       3.00    1.15       3.45
DC FAX 3 pages sent to 14105314545


FAXDC               Total :                                66.00
```

```
LASR       11/01/04 00206    Moran, Anne E.              2.00    0.15         0.30
  LASR     11/01/04 00206    Moran, Anne E.              2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       11/01/04 00206    Moran, Anne E.              2.00    0.15         0.30
  LASR     11/01/04 00206    Moran, Anne E.              2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       11/01/04 00206    Moran, Anne E.              2.00    0.15         0.30
  LASR     11/01/04 00206    Moran, Anne E.              2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       11/01/04 Total :                              0.90
LASR       11/02/04 00206    Moran, Anne E.              1.00    0.15         0.15
  LASR     11/02/04 00206    Moran, Anne E.              1.00    0.20         0.20
PC/Network Printing
```

                                                                    STEPTOE & JOHNSON LLP
RUN DATE: 02/02/2005
                                                                    Detail Cost Report
RUN TIME: 10:55:13
                                                                    Proforma:  347794
PAGE:  2

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
  Cost                Timekeeper
  Code     Date   Number    Name                      Quantity  Rate      Amount
Ext.     Phone Number      Description
========= ======== ============================== ======== ====== ==========
====== ====================     ==================================================

PC LASER   1 Pages Wieczorek, JoAnn
LASR       11/04/04 00206    Moran, Anne E.              2.00    0.15         0.30
  LASR     11/04/04 00206    Moran, Anne E.              2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn
LASR       11/05/04 00206    Moran, Anne E.              1.00    0.15         0.15
  LASR     11/05/04 00206    Moran, Anne E.              1.00    0.20         0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/05/04 00206    Moran, Anne E.             53.00    0.15         7.95
  LASR     11/05/04 00206    Moran, Anne E.             53.00    0.20        10.60
PC/Network Printing

PC LASER   53 Pages Kidder, Gregory
LASR       11/05/04 Total :                              8.10
LASR       11/06/04 00206    Moran, Anne E.             45.00    0.15         6.75
```

```
          LASR     11/06/04 00206      Moran, Anne E.          45.00    0.20       9.00
PC/Network Printing

PC LASER  45 Pages Kidder, Gregory
LASR      11/08/04 00206      Moran, Anne E.              48.00    0.15       7.20
   LASR   11/08/04 00206      Moran, Anne E.              48.00    0.20       9.60
PC/Network Printing

PC LASER  48 Pages Kidder, Gregory
LASR      11/09/04 00206      Moran, Anne E.               5.00    0.15       0.75
   LASR   11/09/04 00206      Moran, Anne E.               5.00    0.20       1.00
PC/Network Printing

PC LASER  5 Pages MacIvor, Alexis
LASR      11/10/04 00206      Moran, Anne E.              16.00    0.15       2.40
   LASR   11/10/04 00206      Moran, Anne E.              16.00    0.20       3.20
PC/Network Printing

PC LASER  16 Pages MacIvor, Alexis
LASR      11/10/04 00206      Moran, Anne E.              16.00    0.15       2.40
   LASR   11/10/04 00206      Moran, Anne E.              16.00    0.20       3.20
PC/Network Printing

PC LASER  16 Pages MacIvor, Alexis
LASR      11/10/04 Total :                                 4.80
LASR      11/11/04 00206      Moran, Anne E.              50.00    0.15       7.50
   LASR   11/11/04 00206     .Moran, Anne E.              50.00    0.20      10.00
PC/Network Printing

PC LASER  50 Pages Kidder, Gregory
LASR      11/11/04 00206      Moran, Anne E.              18.00    0.15       2.70
   LASR   11/11/04 00206      Moran, Anne E.              18.00    0.20       3.60
PC/Network Printing

PC LASER  18 Pages MacIvor, Alexis
LASR      11/11/04 00206      Moran, Anne E.              18.00    0.15       2.70
   LASR   11/11/04 00206      Moran, Anne E.              18.00    0.20       3.60
PC/Network Printing

PC LASER  18 Pages MacIvor, Alexis
LASR      11/11/04 00206      Moran, Anne E.              68.00    0.15      10.20
   LASR   11/11/04 00206      Moran, Anne E.              68.00    0.20      13.60
PC/Network Printing

PC LASER  68 Pages Kidder, Gregory
LASR      11/11/04 00206      Moran, Anne E.              68.00    0.15      10.20
   LASR   11/11/04 00206      Moran, Anne E.              68.00    0.20      13.60
PC/Network Printing

PC LASER  68 Pages Kidder, Gregory

LASR      11/11/04 Total :                                33.30
LASR      11/12/04 00206      Moran, Anne E.              71.00    0.15      10.65
```

```
RUN DATE: 02/02/2005                              STEPTOE & JOHNSON LLP
                                                  Detail Cost Report
RUN TIME: 10:55:13
                                                  Proforma:  347794
PAGE:   3

   012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

   Cost              Timekeeper
   Code      Date    Number   Name                  Quantity    Rate      Amount
   Ext.      Phone Number     Description
   ========  ======  =======  ==========================  ========  ======  ==========
   ======  ====================  ==========================================================
      LASR    11/12/04 00206    Moran, Anne E.          71.00    0.20       14.20
   PC/Network Printing

   PC LASER  71 Pages Kidder, Gregory
   LASR      11/16/04 00206    Moran, Anne E.          22.00    0.15        3.30
      LASR   11/16/04 00206    Moran, Anne E.          22.00    0.20        4.40
   PC/Network Printing

   PC LASER  22 Pages MacIvor, Alexis
   LASR      11/17/04 00206    Moran, Anne E.          16.00    0.15        2.40
      LASR   11/17/04 00206    Moran, Anne E.          16.00    0.20        3.20
   PC/Network Printing

   PC LASER  16 Pages Moran, Anne
   LASR      11/17/04 00206    Moran, Anne E.          17.00    0.15        2.55
      LASR   11/17/04 00206    Moran, Anne E.          17.00    0.20        3.40
   PC/Network Printing

   PC LASER  17 Pages Moran, Anne
   LASR      11/17/04 00206    Moran, Anne E.          15.00    0.15        2.25
      LASR   11/17/04 00206    Moran, Anne E.          15.00    0.20        3.00
   PC/Network Printing

   PC LASER  15 Pages Moran, Anne
   LASR      11/17/04 Total :                           7.20
   LASR      11/18/04 00206    Moran, Anne E.           3.00    0.15        0.45
      LASR   11/18/04 00206    Moran, Anne E.           3.00    0.20        0.60
   PC/Network Printing

   PC LASER  3 Pages Moran, Anne
   LASR      11/18/04 00206    Moran, Anne E.          13.00    0.15        1.95
      LASR   11/18/04 00206    Moran, Anne E.          13.00    0.20        2.60
   PC/Network Printing

   PC LASER  13 Pages Ward, Brenda
   LASR      11/18/04 00206    Moran, Anne E.          11.00    0.15        1.65
      LASR   11/18/04 00206    Moran, Anne E.          11.00    0.20        2.20
   PC/Network Printing

   PC LASER  11 Pages Ward, Brenda
   LASR      11/18/04 00206    Moran, Anne E.           1.00    0.15        0.15
      LASR   11/18/04 00206    Moran, Anne E.           1.00    0.20        0.20
   PC/Network Printing
```

```
PC LASER   1 Pages Ward, Brenda
LASR       11/18/04 00206    Moran, Anne E.             13.00   0.15    1.95
  LASR     11/18/04 00206    Moran, Anne E.             13.00   0.20    2.60
PC/Network Printing

PC LASER   13 Pages Moran, Anne
LASR       11/18/04 00206    Moran, Anne E.              1.00   0.15    0.15
  LASR     11/18/04 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       11/18/04 00206    Moran, Anne E.              1.00   0.15    0.15
  LASR     11/18/04 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/18/04 00206    Moran, Anne E.              1.00   0.15    0.15
  LASR     11/18/04 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/18/04 00206    Moran, Anne E.              1.00   0.15    0.15
  LASR     11/18/04 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       11/18/04 00206    Moran, Anne E.              1.00   0.15    0.15
  LASR     11/18/04 00206    Moran, Anne E.              1.00   0.20    0.20
PC/Network Printing
```

RUN DATE: 02/02/2005                                         STEPTOE & JOHNSON LLP

RUN TIME: 10:55:14                                           Detail Cost Report

PAGE:  4                                                     Proforma:  347794

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
    Cost             Timekeeper
    Code      Date   Number    Name                    Quantity  Rate    Amount
Ext.          Phone Number     Description
========== ======== ========================= ======== ====== ==========
====== =================    =========================================

PC LASER   1 Pages Ward, Brenda
LASR       11/18/04 Total :                               6.90

LASR                Total :                              90.30

TELEDC     11/02/04 00206    Moran, Anne E.              1.00   0.26    0.26
  TELEDC   11/02/04 00206    Moran, Anne E.              1.00           0.26 X
DC Telephone TELEDC 2124796000 FROM EXT. 8024
```

```
TELEDC     11/02/04 00206    Moran, Anne E.          1.00    4.55        4.55
  TELEDC   11/02/04 00206    Moran, Anne E.          1.00                4.55 X
DC Telephone TELEDC 5613621323 FROM EXT. 5059

TELEDC     11/02/04 Total :                          4.81
TELEDC     11/05/04 00206    Moran, Anne E.          1.00    0.23        0.23
  TELEDC   11/05/04 00206    Moran, Anne E.          1.00                0.23 X
DC Telephone TELEDC 4105314545 FROM EXT. 5058


TELEDC              Total :                          5.04

WESTLAW    11/06/04 00206    Moran, Anne E.          1.00 213.00       213.00
  WESTLAW  11/06/04 00206    Moran, Anne E.          1.00              213.00
Westlaw On-Line Research

DC Westlaw Search by:   KIDDER,GREGORY
Total : 012046.00002 PROTEST OF REMEDIUM LOSS DI     455.69


Report Total :                                       455.69
```