IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 25, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

-1-

Exhibit A

Professional services rendered through: December 31, 2004

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/06/04 | M.D. Lerner | Continue review of key document notebooks to bolster protest. | 0.10 |
| 12/09/04 | M.D. Lerner | Continue review of documents in key document notebook to bolster protest. | 1.10 |

Professional services rendered through: December 31, 2004

Matter 32

| Date | Name | Description | Hours |
|---|---|---|---|
| 12/06/04 | A.E. Moran | BILLING: Review auditor question. | 0.20 |
| 12/08/04 | A.E. Moran | BILLING: Respond to auditor questions; check older charts. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 1.20 | 520.00 | 624.00 |
| A.E. Moran | 0.40 | 435.00 | 174.00 |
| Total | 1.60 | | 798.00 |

Total Fees  $798.00

Disbursements:

| | |
|---|---|
| Duplicating | 1,046.25 |
| Duplicating Supplies | 374.00 |

Total Disbursements  $1,420.25

EXHIBIT B

STEPTOE & JOHNSON LLP

RUN TIME: 10:58:49

PAGE: 1

RUN DATE: 02/02/2005
Detail Cost Report

Proforma: 347795

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

```
 Cost              Timekeeper
 Code     Date    Number    Name                    Quantity    Rate     Amount
 Ext.     Phone Number      Description
========= ======= ========================== ========= ====== ===========
====== =================== ============================================
DUPLDC   12/01/04 09066    Merrill,              6951.00   0.15   1,042.65
  DUPLDC 12/01/04 09066    Merrill,              6951.00   0.20   1,390.20
6951 PHOTOCOPIES MADE BY 09066

DUSPDC   12/01/04 09066    Merrill,                 1.00 360.00     360.00
  DUSPDC 12/01/04 09066    Merrill,                 1.00             360.00
DISBURSEMENTS BY 09066

DUSPDC   12/01/04 09066    Merrill,                 1.00  14.00      14.00
  DUSPDC 12/01/04 09066    Merrill,                 1.00              14.00
DISBURSEMENTS BY 09066

DUSPDC   12/01/04 Total :                         374.00

DUSPDC            Total :                         374.00

LASR     12/16/04 00206    Moran, Anne E.         24.00   0.15        3.60
  LASR   12/16/04 00206    Moran, Anne E.         24.00   0.20        4.80
PC/Network Printing

PC LASER  24 Pages Zarlenga, Lisa
Total : 012046.00002 PROTEST OF REMEDIUM LOSS DI    1,420.25


Report Total :                                    1,420.25
```