UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| **W.R. GRACE & CO., et al.,**[1] | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## <u>COURTESY NOTICE RE DOCKET 7797</u>

TO:      ATLANTIC LIGHTING & SUPPLY CO
         526 PLASTERS AVE NE
         ATLANTA, GA 30324


   PLEASE TAKE NOTICE that pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure, we have received and processed a Transfer to **DEBT ACQUISITION COMPANY OF AMERICA V, LLC** of your Claim, Schedule Record **s111871** in the amount of $**746.40**.


.DATED: February 24, 2005            BMC GROUP
                                     Claims Reconciliation and Solicitation Consultant
                                     1330 East Franklin Avenue
                                     El Segundo, California 90245

                                     For and on behalf of Rust Consulting, Inc.
                                     Official Claims and Noticing Agent for the Clerk of the
                                     Court

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

<u>Proof of Service</u>

I, Alison V. Keeny, am over the age of eighteen years and not a party to the within action.

I am employed by BMC Group, the Court Appointed Claims Reconciliation and Solicitation

Consultant, for and on behalf of Rust Consulting, Inc., the Official Claims and Noticing Agent

for the Clerk of the Court, whose business address is 1330 East Franklin Avenue, El Segundo,

California 90245.  On February 24, 2005, I served a copy of the "Courtesy Notice re Docket

7797" upon the following party:

ATLANTIC LIGHTING & SUPPLY CO
526 PLASTERS AVE NE
ATLANTA, GA 30324

DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 HOTEL CIRCLE SOUTH
STE 310
SAN DIEGO, CA 92108

by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully pre-paid,

and deposited in the mail in El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 24, 2005

_____/s/Alison V. Keeny_____
        ALISON V. KEENY