IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** March 17, 2005, |
| | at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

January 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51000192
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | | |
|---|---:|---:|
| Balance due on prior billing | | $395,739.35 |
| For professional services rendered through January 31, 2005: | | 22,423.50 |
| Other Charges: | | |
| TELECOPYING | 5.00 | |
| PHOTOCOPYING | 5.61 | |
| TELEPHONE | 41.85 | |
| OVERTIME | 150.00 | |
| POSTAGE | 0.37 | |
| CALLING CARD | 6.88 | |
| MEALS - LOCAL | 103.35 | |
| | | 313.06 |
| Total Current Charges | | 22,736.56 |
| Total Balance Due | | **$418,475.91** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

NJ\100241.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 01/03/05 | 2.00 | REVIEWED CORRESPONDENCE; PHONE CALLS WITH A. REITANO, B. RAWLYCK |
| MATTHEWS | 01/04/05 | .80 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; CALL WITH J. MCGAHREN |
| MCGAHREN | 01/05/05 | .80 | REVIEW CORRESPONDENCE; PHONE CALL WITH L. MEAD |
| MCGAHREN | 01/10/05 | 2.00 | REVIEW CORRESPONDENCE; PHONE CALLS WITH B. RAWYLCK, A. REITANO; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 01/10/05 | 4.50 | CALLS WITH L. DUFF AND M. MILLER REGARDING STATUS; FINALIZE AND TRANSMIT SETTLEMENT DOCUMENTS; CONFER WITH J. MCGAHREN REGARDING AUDIT RESPONSE; DRAFT SAME |
| MCGAHREN | 01/11/05 | 2.00 | CONFERENCE WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEW CORRESPONDENCE |
| MATTHEWS | 01/11/05 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/12/05 | .40 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 01/12/05 | .60 | CALL WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/13/05 | 6.00 | CONFERENCE CALL WITH L. DUFF AND M. OBRADOVIC; ATTENDED MEETING WITH NJDEP REGARDING NRD; REVIEWED CORRESPONDENCE; PHONE CALL WITH L. MATTHEWS |
| MCGAHREN | 01/14/05 | 3.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEW CORRESPONDENCE; PHONE CALL WITH B. RAWLYCK |
| MATTHEWS | 01/16/05 | .30 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/17/05 | 3.00 | CONFERENCE CALL REGARDING NRD CLAIMS; PHONE CALLS WITH B. RAWLYCK, L. DUFF; DRAFTED LETTER TO NJDEP |
| MATTHEWS | 01/17/05 | .70 | PARTICIPATE IN NRD CONFERENCE CALL; CALL WITH M. MILLER REGARDING ACE REVIEW OF DOCUMENTS |
| MCGAHREN | 01/18/05 | 4.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; PHONE CALLS WITH L. DUFF AND M. OBRADOVIC; REVIEWED CORRESPONDENCE; DRAFT LETTER TO SACCO REGARDING NRD |
| MATTHEWS | 01/18/05 | 1.20 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN NRD CONFERENCE CALL |
| MCGAHREN | 01/19/05 | 2.00 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS; PHONE CALLS WITH B. RAWLYCK AND A. REITANO |
| MATTHEWS | 01/19/05 | .90 | CALLS WITH J. MCGAHREN, P. CERIBELLI AND W. RAWLYCK REGARDING NATURAL RESOURCE DAMAGES OFFER; REVIEW INCOMING CORRESPONDENCE; REVIEW, EDIT AND TRANSMIT DRAFT OFFER |
| MCGAHREN | 01/20/05 | .50 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 01/20/05 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/21/05 | 1.00 | CONFERENCE CALLS WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE |
| MCGAHREN | 01/25/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS |
| MCGAHREN | 01/26/05 | 1.50 | REVIEWED CORRESPONDENCE; CONFERENCE CALL |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

NJ\100241.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | WITH L. MATTHEWS; PHONE CALLS WITH B. RAWLYCK, A. REITANO |
| MCGAHREN | 01/27/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 01/27/05 | 2.40 | CALL WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; FINALIZE NRD OFFER AND ARRANGE FOR TRANSMISSION; REVIEW ACE CHANGES TO SETTLEMENT DOCUMENTS |
| MCGAHREN | 01/28/05 | .50 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MCGAHREN | 01/31/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; PHONE CALLS WITH A. REITANO AND P. CERIBELLI |
| MATTHEWS | 01/31/05 | 1.10 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP WITH M. MILLER REGARDING INSURANCE; ATTEND TO AUDIT RESPONSE; CONFER WITH J. MCGAHREN REGARDING STATUS |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 31.70 | 510.00 | 16,167.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 12.90 | 485.00 | 6,256.50 | ASSOCIATE |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/31/05 | TELECOPYING | TELECOPYING 18133932785 , FAX 029016-0001 FAX | J MCGAHREN | | 5.00 |
| | | ** TOTAL TELECOPYING | | | 5.00 |
| 01/10/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 6.49 |
| 01/11/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 2.66 |
| 01/11/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .39 |
| 01/12/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 8.39 |
| 01/13/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 1.15 |
| 01/14/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .39 |
| 01/18/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.27 |
| 01/18/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .77 |
| 01/19/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .78 |
| 01/24/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 1.52 |
| 01/26/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 1.55 |
| 12/27/04 | TELEPHONE | TELEPHONE - -JOHN MCGAHREN /AT & T WIRELESS, 11/27-12/26/04 | J MCGAHREN | JOHN MCGAHREN | 14.10 |
| | | ** TOTAL TELEPHONE | | | 41.46 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

NJ\100241.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/15/05 | MEALS - LOCAL | MEALS - LOCAL - -THE CERTO GROUP, LLC | J MCGAHREN | THE CERTO GROUP, LLC | 103.35 |
| | | ** TOTAL MEALS - LOCAL | | | 103.35 |
| 01/07/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1001200537681 | JUDITH CHRISTOPHER | | 1.87 |
| 01/27/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1001280500861 | JUDITH CHRISTOPHER | | 1.19 |
| 01/27/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1001280500863 | JUDITH CHRISTOPHER | | .17 |
| 01/31/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002010512571 | JUDITH CHRISTOPHER | | .34 |
| 01/31/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002010512569 | JUDITH CHRISTOPHER | | 2.04 |
| | | ** TOTAL PHOTOCOPYING | | | 5.61 |
| 12/31/04 | TELEPHONE | TELEPHONE | JUDITH CHRISTOPHER | | .39 |
| | | ** TOTAL TELEPHONE | | | .39 |
| 12/29/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 01/14/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT LOCATE & PREP DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 01/18/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & PREP DOCS | JUDITH CHRISTOPHER | | 30.00 |
| | | ** TOTAL OVERTIME | | | 150.00 |
| 01/31/05 | POSTAGE | POSTAGE | J MCGAHREN | | .37 |
| | | ** TOTAL POSTAGE | | | .37 |
| 10/01/04 | CALLING CARD | CALLING CARD - OCTOBER 2004 | J MCGAHREN | | 3.44 |
| 10/01/04 | CALLING CARD | CALLING CARD - OCTOBER 2004 | J MCGAHREN | | 3.44 |
| | | ** TOTAL CALLING CARD | | | 6.88 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY #W51000192

4

NJ\100241.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

January 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No. W51000193
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | | |
|---|---|---|
| Balance due on prior billing | | $27,939.63 |
| For professional services rendered through January 31, 2005: | | 1,062.00 |
| Other Charges: | | |
| PHOTOCOPYING | 1.87 | |
| | | 1.87 |
| Total Current Charges | | 1,063.87 |
| Total Balance Due | | $29,003.50 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| SAVAGE | 01/19/05 | .20 | CONFER WITH J. LEJAVA REGARDING FEE APPLICATION FOR DECEMBER 2004 |
| SAVAGE | 01/20/05 | 3.40 | PREPARE SPECIAL COUNSEL FEE APPLICATION FOR DECEMBER 2004 |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| S SAVAGE | 03640 | 3.60 | 295.00 | 1,062.00 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/22/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1001230578295 | JP LEJAVA | | 1.87 |
| | | ** TOTAL PHOTOCOPYING | | | 1.87 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000193

2