IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-1139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## NOTICE OF STATUS AS A SUBSTANTIAL EQUITYHOLDER[1]

PLEASE TAKE NOTICE that the Reporting Persons referenced on the attached Exhibit A have become a Substantial Equityholder with respect to the equity securities (the "Equity Securities") of W. R. Grace & Co., a debtor and debtor in possession in Case No. 01-1139, pending in the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, as of February 25, 2005, the Reporting Persons Beneficially Own 4,758,888 shares of the Equity Securities of W. R. Grace & Co. The following table sets forth the date(s) on which the Reporting Persons acquired or otherwise became the Beneficial Owner of such Equity Securities:

| Number of Shares | Type of Equity Security | Date Acquired |
|---|---|---|
| 4,758,888 | Common Stock | Prior to February 25, 2005 |

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of each of the Reporting Persons is as set forth opposite such Reporting Person's name on the attached Exhibit A.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, each Reporting Person hereby declares that it has examined this Notice and accompanying attachments (if any) and, to the best of its knowledge and belief, this Notice and any attachments that purport to be part of this Notice are true, correct and complete.

---

[1] For purposes of this Notice, all capitalized terms not defined herein shall have the same meaning as is set forth in the Final Order of this Court, entered January 24, 2005, Limiting Certain Transfers of Equity Securities of the Debtors and Approving Notice Procedures (the "Order"). The Reporting Persons are submitting this Notice as an accommodation to the Debtor, and do not thereby submit to the jurisdiction of the Court or waive any rights or objections they may have regarding the Order or the effect of the Order.

PLEASE TAKE FURTHER NOTICE that this Notice is being (A) filed with the Court, and (B) served upon Kirkland & Ellis LLP, counsel to the Debtors, 200 E. Randolph Drive, Chicago, Illinois 60601, Attn: Janet S. Baer, Esq.

Dated: February 25, 2005
Chicago, Illinois

Respectfully Submitted,

**Kenneth Griffin**

By: _____
Name:    Christopher L. Ramsay, attorney-in-fact

**Citadel Kensington Global Strategies Fund Ltd.**
By: Citadel Limited Partnership, Portfolio
    Manager
By: Citadel Investment Group, L.L.C., its
    General Partner

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate General Counsel

**Citadel Investment Group, L.L.C.**

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate General Counsel

**Citadel Limited Partnership**
By: Citadel Investment Group, L.L.C., its
    General Partner

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate General Counsel

**Citadel Wellington LLC**
By: Citadel Limited Partnership, its Manager
By: Citadel Investment Group, L.L.C., its General
    Partner

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate

**Citadel Equity Fund Ltd.**
By: Citadel Limited Partnership, Portfolio
    Manager
By: Citadel Investment Group, L.L.C., its
    General Partner

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate General Counsel

**Citadel Credit Trading Ltd.**
By: Citadel Limited Partnership, Portfolio
    Manager
By: Citadel Investment Group, L.L.C., its General
    Partner

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate General Counsel

**Citadel Credit Products Ltd.**
By: Citadel Limited Partnership, Portfolio
    Manager
By: Citadel Investment Group, L.L.C., its
    General Partner

By: _____
Name:  Christopher L. Ramsay
Title:   Director & Associate General Counsel