## CERTIFICATE OF SERVICE

I, Robert J. Dehney, certify that I am not less than 18 years of age, and that service of the foregoing **Notice Of Status As A Substantial Equityholder** was caused to be made on February 25, 2005, in the manner indicated upon the entity listed below.

VIA FAX AND FEDERAL EXPRESS

Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
FAX: 312-861-2200

February 25, 2005         _____
Date                                Robert J. Dehney (No. 3578)

452958