**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) | Jointly Administered |
| | ) | **Related Docket No. 7619, 7844** |
| Debtors. | ) | **Feb. 28, 2005 Amended Agenda Item No. 6** |

**WITHDRAWAL OF OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE DEBTORS' MOTION FOR AN ORDER APPROVING A SETTLEMENT RELEASE AGREEMENT WITH CONTINENTAL CASUALTY COMPANY**

PLEASE TAKE NOTICE that the Official Committee of Asbestos Personal Injury Claimants, by and through the undersigned counsel, hereby withdraw the Objection (the "Objection") of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Motion for an Order Approving a Settlement and Release Agreement with Continental Casualty Company.

The Objection is docket number 7844.

Date:   February 28, 2005

CAMPBELL & LEVINE, LLC

 */S/ Mark Hurford*
Marla R. Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 King Street, Suite 300
Wilmington, DE  19801
(302) 426-1900

-and-

CAPLIN & DRYSDALE, CHARTERED
Elihu Inselbuch
399 Park Avenue, 27th Floor
New York, NY  10022-4614
(212) 319-7125

-and-

{D0039549:1 }

CAPLIN & DRYSDALE, CHARTERED
Peter Van N. Lockwood
One Thomas Circle, N.W.
Washington, D.C.  20005
(202) 862-5000

*Counsel to the Official Committee of
    Asbestos Personal Injury Claimants*

{D0039549:1 }