## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 3/18/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### EIGHTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
### GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD OF JANUARY 1, 2005 TO JANUARY 31, 2005

TO:  (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **March 18, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:   February 28, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
|  |  |
| Debtors. | **Objection Deadline: 3/18/05** |
|  | **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### EIGHTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2005 TO JANUARY 31, 2005

Name of Applicant:                                     Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:                                                    David T. Austern, Future Claimants' Representative
                                                                       (the "FCR")

Date of Retention                                        PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:                                                          January 1, 2005 through January 31, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:        $9,247.00

80% of Fees to be Paid:                              $7,397.6

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary: $2,039.47

Total Fees @ 80% and Expenses:               $9,437.07

This is an:             __X__ interim             ____ monthly             ____ final application

The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was 2.0 hours and the corresponding fees are $458.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Pending | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,134.00 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed Dkt No. | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $0.00 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. | $5,796.00 | $1,449.00 | $0.00 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed Dkt No. | N/A | $4,129.20 | N/A |

## CURRENT COMPENSATION SUMMARY

### JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 24.65[1] | $8,627.50 |
| Lynn A. Iannone | Associate/new/2004 litigation/bankruptcy | 225.00 | .10 | $22.50 |
| Celeste A. Hartman | Sr. Paralegal/8 years/20 years prior experience | 130.00 | 4.40 | $572.00 |
| Tanya L. Birdsell | Legal Assistant/NA | 125.00 | .20 | $25.00 |
| Grand Total: | | | | $9,247.00 |
| Blended Rate: | | | | $315.06 |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Fee/Employment Applications | 4.00 | $849.00 |
| Litigation | 23.85 | $8,203.00 |
| Case Administration | 1.30 | $169.00 |
| Plan and Disclosure Statement | .20 | $26.00 |
| Total | 29.35 | $9,247.00 |

---

[1] This is the net hours after the application of a courtesy discount of 1.0 hours, creating a savings of $350.00.

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | |
| Postage | N/A | $1.29 |
| Overnight Courier | Federal Express | $29.48 |
| Photocopies (15¢ per page) | N/A | $44.10 |
| Copy/Mail/Delivery Service | Parcels, Inc. | $845.20 |
| Travel Expenses including air fare, hotel and meals to attend hearings in Pittsburgh, PA | John C. Phillips, Jr. | $1,119.40 |
| Total | | $2,039.47 |

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:   February 28, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## <u>VERIFICATION OF JOHN C. PHILLIPS, JR.</u>

State of Delaware     :

                 : ss

New Castle County   :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1.      I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2.      I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 28th DAY OF FEBRUARY 2005.

Notary Public
My commission expires: _1 - 10 - 06_

TANYA L. BIRDSELL
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 10, 2006

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JANUARY 1, 2005
## THROUGH JANUARY 31, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


February 22, 2005

Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File  WRG-AUS/JCP
Invoice number  55743


      Re:  W. R. Grace & Co.
           David T. Austern
Case No.:  01-01139 (RLB)


                                    30.35      $9,597.00
                                     1.0         $350.00

           Courtesy Discount is 3.29%
              of "gross" hours worked

    Subtotal for FEES only: 01/31/05   29.35      $9,247.00

         Subtotal for COSTS only: 01/31/05      $2,039.47
                                              -------------
    CURRENT PERIOD FEES AND COSTS: 01/31/05     $11,286.47
                                              -------------


***********************************************************
    Please remit duplicate copy with payment.   Thank you.
***********************************************************

Phillips, Goldman & Spence, P.A.

Page  2

February 22, 2005

Swidler Berlin Shereff Friedman, LLP

File  WRG-AUS/JCP
Invoice number  55743

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 4.0 | 849.00 |
| LITIGATION | 23.85 | 8,203.00 |
| CASE ADMINISTRATION | 1.3 | 169.00 |
| PLAN AND DISCLOSURE STATEMENT | 0.2 | 26.00 |
| Subtotal for FEES only: 01/31/05 | 29.35 | $9,247.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 25.65 | 24.65 | 8,627.50 | 1.00 | 350.00 |
| 225.00 | LAI | 0.10 | 0.10 | 22.50 | 0.00 | 0.00 |
| 130.00 | CAH | 4.40 | 4.40 | 572.00 | 0.00 | 0.00 |
| 125.00 | TLB | 0.20 | 0.20 | 25.00 | 0.00 | 0.00 |
| Totals | | 30.35 | 29.35 | 9,247.00 | 1.00 | 350.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05   Page 1

Sort Fields:
Grouping Code
Client Code
Actual Employee Code
Transaction Date

(Paginate)
(Subtotals)

Range Fields:
Client Code
Invoice Number
Case Suffix
Transaction Date

I  WRG  - WRG
I  55743  - 55743
I  AUS  - AUS
E  03/01/04  - 03/31/04

| Cl Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/03/05 | Reconcile checks to invoices. | 0.10 | 13.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/27/05 | Draft Certificate of No Objection for Phillips, Goldman & Spence Nov fee application. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/27/05 | Draft December fee application for Phillips, Goldman & Spence. | 0.70 | 91.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/27/05 | Review of and revise bill and have corrections done; do in final and forward to John C. Phillips, Jr. | 0.40 | 52.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/28/05 | File Certificate of No Objection for CIBC 5th fee application. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 01/28/05 | File Certificate of No Objection for Phillips, Goldman & Spence 6th fee application and file Phillips, Goldman & Spence 7th fee application. | 0.50 | 65.00 | |
| | | | | | ------ | ------ | |
| | | | | | 2.30 | 299.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/15/05 | Review of and revise 12/04 prebill. | 0.30 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/24/05 | E-mail from Rose Meade with enclosure; review of, revise and execute Notice of Supplemental Application of FRC to Extent Employment of CIBC, e-mail to paralegal (2x); review of Exhibits to Application. | 0.50 | 175.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/26/05 | Review of Order Approving Fee Applications including Phillips, Goldman & Spence. | 0.10 | 35.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 01/28/05 | Review of and revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 6th Monthly Fee Application; review of and revise and execute 7th Monthly Fee Application; conference with Celeste A. Hartman. | 0.60 | 210.00 | |
| | | | | | ------ | ------ | |
| | | | | | 1.50 | 525.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | TLB | 01/24/05 | E-file SBSF Sixth Interim Fee Application. | 0.10 | 12.50 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05   Page 2

| C1 Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG   FEE/EMPLOYMENT APPLICATIONS | TLB | 01/24/05 | E-file Austern Application to Extend Employment of CIBC World. | 0.10 | 12.50 | fa |
| | | | | 0.20 | 25.00 | |
| | | | | 4.00 | 849.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05   Page 3

| C1 Code Grouping Code Description | | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | PLAN AND DISCLOSURE STATEMENT | CKH | 01/07/05 | Download and print Objection and Solicitation Extension and review with John C. Phillips, Jr. | 0.20 | 26.00 | ps |
| | | | | | -------- | -------- | |
| | | | | | 0.20 | 26.00 | |
| | | | | | -------- | -------- | |
| | | | | | 0.20 | 26.00 | |
| | | | | | -------- | -------- | |

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05    Page 4

WRG-AUS

| C1 Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 01/06/05 | Download pertinent pleadings. | 0.20 | 26.00 | Ca |
| WRG | CASE ADMINISTRATION | CAH | 01/10/05 | Update docket and obtain copies of pertinent pleadings. | 0.50 | 65.00 | |
| WRG | CASE ADMINISTRATION | CAH | 01/10/05 | Draft e-mail to R. Bello about attendance at Pittsburg Hearings. | 0.40 | 52.00 | |
| WRG | CASE ADMINISTRATION | CAH | 01/10/05 | Phone conference with R. Bello on Court Hearings. | 0.20 | 26.00 | |
| | | | | | --------- | --------- | |
| | | | | | 1.30 | 169.00 | |
| | | | | | --------- | --------- | |
| | | | | | 1.30 | 169.00 | |
| | | | | | --------- | --------- | |

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05    Page 5

| C1 Code | Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| MRG-AUS | | | | | | | |
| MRG | LITIGATION | CAH | 01/11/05 | Phone conference with R. Bello on need for guidance/emergency Hearing to deal with preferences. | 0.30 | 39.00 | Li |
| MRG | LITIGATION | CAH | 01/19/05 | Phone conference with Judge Fitzgerald's clerk on issue with filing. | 0.30 | 39.00 | |
| | | | | | 0.60 | 78.00 | |
| MRG | LITIGATION | JCP | 01/03/05 | Review of miscellaneous pleadings; e-mail from Rick Wyron. | 0.10 | 35.00 | |
| MRG | LITIGATION | JCP | 01/04/05 | Review of miscellaneous pleadings and 2 Orders. | 0.20 | 70.00 | |
| MRG | LITIGATION | JCP | 01/05/05 | Review of miscellaneous pleadings; review of Certain Insurers' Joinder in Objection to Debtors' Motion to Estimate Claims. | 0.20 | 70.00 | |
| MRG | LITIGATION | JCP | 01/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| MRG | LITIGATION | JCP | 01/07/05 | Review of miscellaneous pleadings: review of, revise and review Objection to Debtors' Motion to Extend Exclusivity; conference with Lynn A. Iannone; conference with Celeste A. Hartman. | 0.50 | 175.00 | |
| MRG | LITIGATION | JCP | 01/08/05 | E-mail from local counsel, for Property Damage Committee with enclosure; review of Property Damage Committee's Objection to Debtors' Supplement to Estimation Motion; e-mail to Rick Wyron. | 0.30 | 105.00 | |
| MRG | LITIGATION | JCP | 01/10/05 | Conference with Celeste A. Hartman re: contacting chambers re: Order requiring local counsel to be present in Pittsburgh (.1); review of miscellaneous pleadings (.4); Conference (.2); review of P.D. Committee's Motion to Strike Debtors' Notice of Intent to Object to Claims (.3); review of Debtors' Reply in Support of Motion for Entry of a Case Management Order (.3); review of Debtors' Brief re: Certain Confirmation Issues; review of Debtors' Response to objections to Disclosure Statement (.2). | 1.70 | 595.00 | |
| TMRG | LITIGATION | JCP | 01/11/05 | Conference with Celeste A. Hartman re: appearing in Pittsburgh (.1); e-mail to Rick Wyron (.1); review of Agenda for 01/21/05 Hearing (.1); review of Debtors' Omnibus Reply to Objections to Order re: Solicitation and Confirmation Procedures (.4); review of Revised Order re: Solicitation and Confirmation Procedures (.4); review of Debtors' Reply in Support of Estimation Motion (.5); review of Debtors' Brief re: Certain Confirmation Issues (.4); conference with Tammy A. Patterson re: travel arrangements (2x)(.2); review of Debtors' Response to Motion to Strike Notice of Intent to Object to Claims (.4); review of PD Committee's Joinder in same (.3); review of Debtors' Reply in Support of Motion for Entry of Case Management Order; review of Debtors' Reply in Support of Estimation Motion | 3.70 | 1,295.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05   Page 6

| | C1 Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG-AUS | | | | | | | |
| WRG | | | | ( .4); review of PD Committee's Objection to Debtors' Estimation Motion (.4). | | | |
| WRG | LITIGATION | JCP | 01/13/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 01/14/05 | Preliminary review of Amended Disclosure Statement and Amended Plan (1.3); e-mail to paralegal; conference with paralegal re: 01/21/05 Hearing Notebook (.1). | 1.40 | 490.00 | |
| WRG | LITIGATION | JCP | 01/17/05 | Review of Judge Buckwalter's 01/13/05 Order re: matters to Judge Fitzgerald; review of miscellaneous pleadings and Order; review of Debtor's Motion for Leave to file Reply in Support of Estimation Supplement with enclosure; review of Debtor's Reply. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 01/18/05 | Review of miscellaneous pleadings (.1); review of Amended Agenda for 01/21/05 Hearing (.1); e-mail from Rose Meade with enclosure (2x) (.1); review of Austen's 2nd Supplemental Disclosure Statement (.1); conference with paralegal (.1); review of Agenda for 01/24/05 Hearing (.1). | 0.60 | 210.00 | |
| LMRG | LITIGATION | JCP | 01/20/05 | Travel to Pittsburgh, PA. (Total Travel Time 4 hrs.)(1 hour spent review of materials to prepare for 01/21/05 Hearing)(3 hrs billed at 1/2 hourly rate equals 1.5 hrs.). | 2.50 | 875.00 | |
| LMRG | LITIGATION | JCP | 01/21/05 | Conference with Roger Frankel and Rick Wyron (.2); court appearance re: 01/21/05 Hearing (5.5 Hrs.); Travel Wilmington, DE. (Total Travel Time 6.50 hrs. billed at 1/2 hourly rate equals 3.25 hrs.); e-mail from and e-mail to Lynn A. Iannone re: 01/24/05 Hearing (.1); review of miscellaneous pleadings (.1). | 9.15 | 3,202.50 | |
| WRG | LITIGATION | JCP | 01/22/05 | Review of miscellaneous pleadings; review of Exhibit 11 to Debtor's Exhibit Notebook (Retained Causes of Action). | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 01/24/05 | Telephonic court appearance re: 1/24/05 Hearing. | 1.00 | 350.00 | |
| WRG | LITIGATION | JCP | 01/25/05 | Review of miscellaneous pleadings and Orders; review of Order Extending Exclusivity; review of Debtor's Motion to Approve Settlement with Continental Casualty and proposed Order. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 01/27/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 01/28/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 01/29/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 01/31/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |

--------------  --------------
    23.15          8,102.50
--------------  --------------

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

02/22/05   Page  7

| Cl Code Grouping Code Description | Act Emp | Trans Date | Transaction Description | Billable Hours | Billable Dollars | Grp Cd | Li |
|---|---|---|---|---|---|---|---|
| WRG   LITIGATION | LAI | 01/07/05 | Legal research re: citations in Motion. | 0.10 | 22.50 | | |
| | | | | ------- | ------- | | |
| | | | | 0.10 | 22.50 | | |
| | | | | ------- | ------- | | |
| | | | | 23.85 | 8,203.00 | | |
| | | | | ------- | ------- | | |
| | | | | 29.35 | 9,247.00 | | |
| | | | | ========== | ================ | | |

1 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

### FOR THE TIME PERIOD
### JANUARY 1, 2005
### THROUGH JANUARY 31, 2005

Phillips, Goldman & Spence, P.A.


Page   2


February 22, 2005

Swidler Berlin Shereff Friedman, LLP


File   WRG-AUS/JCP
Invoice number   55743


Re:  W. R. Grace & Co.
     David T. Austern


COSTS ADVANCED

| | | |
|---|---|---:|
| 01/01/05 | Federal Express | 29.48 |
| 01/07/05 | Check No.: 26913 - Parcels, Inc. - document retrieval/service/copy/mail, etc.. | 845.20 |
| 01/19/05 | Photocopies | 44.10 |
| 01/27/05 | Postage | 1.29 |
| 01/31/05 | Check No.: 27145 - John C. Phillips, Jr. - exp. Reimb. | 760.39 |
| 01/31/05 | Check No.: 27248 - John C. Phillips, Jr. - reimbursement expenses from Pittsburgh trip for 1/21 hearing). | 359.01 |

Subtotal for COSTS only: 01/31/05     $2,039.47

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on February 28, 2005, I caused the *Notice, Cover Sheet to the Eighth Monthly Interim Application of Phillips, Goldman & Spence, P.A. , Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period January 1, 2005 through Janaury 31, 2005,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

_Celeste A. Hartman_

CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP