## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION AND ORDER FOR
## ADMISSION PRO HAC VICE

1.      Kevin Gross, a member of the bar of this Court, pursuant to Local Rule 83.5(c), moves the admission pro hac vice of John D. Aldock, Esq. of Goodwin Procter LLP, as counsel for CNA Financial Corporation and its subsidiaries.

The Admittee is admitted, practicing, and in good standing in the bars of the District of Columbia and the State of Maryland and is admitted to practice before the United States District Courts for the Districts of the District of Columbia and Maryland, the United States Court of Appeals for the 3rd, 4th, 10th, 11th and District of Columbia Circuits, and the United States Supreme Court.

Dated: February **25** , 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By:    _____
Kevin Gross, Esq. (I.D. No. 209)
919 North Market Street, Suite 1401
Wilmington, DE 19801
Telephone:    (302) 656-4433
Facsimile:    (302) 658-7567

Local Counsel for CNA Financial Corporation and
Its Subsidiaries

LIBC/2252499.1

2.    The Admittee certifies that he is eligible for admission to this Court and is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, and that he submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action as provided in Local Rule 83.6(i).

_____
John D. Aldock, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:     (202) 346-4240
Facsimile:      (202) 346-4444

3.    MOTION GRANTED.


Dated: _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, Kevin Gross, hereby certify that on this 28th day of February, 2005, I caused a copy of the foregoing to be served upon all persons on the attached Service List by first class mail:

Kevin Gross

**W.R. GRACE & CO.**
**SERVICE LIST**

David B. Siegel
Senior Vice Pres. & General Counsel
WR Grace & Co.
7500 Grace Drive
Columbia, MD 21044

James H. M. Sprayregan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David Carickoff
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
Wilmington, DE 19899-8705

J. Douglas Bacon
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski
Duane Morris, LLP
1100 North Market Street, Suite 1200
P.O. Box 195
Wilmington, DE 19801

Scott L. Baena
Bilzin Sumberg Dunn Baena Price &
Axelrod
2500 First Union Fin. Center
200 South Biscayne Blvd.
Miami, FL 33131-2336

Michael B. Joseph
Ferry, Joseph & Pearce
824 Market Street, Suite 905
Wilmington, DE 19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Philip Bentley
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Teresa K. D. Currier, Esquire
Klett Rooney Lieber & Schorling
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Warren H. Smith
Warren H. Smith & Associates P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201

Frank J. Perch, III, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801