IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & Co., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**VERIFIED STATEMENT OF DRINKER BIDDLE & REATH LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE SETTING FORTH REPRESENTATION OF CREDITORS**

Drinker Biddle & Reath LLP ("Drinker") in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure files this statement in connection with Drinker's representation of two creditors in the above-captioned case and respectfully states:

1. Drinker is a Pennsylvania limited liability partnership with an address at 1100 North Market Street, Suite 1000, Wilmington, Delaware 19801-1254.

2. Drinker represents the following two creditors in the above captioned bankruptcy case:

    a. Seaton Insurance Company, as successor in interest to (i) Unigard Security Insurance Company (formerly Unigard Mutual Insurance Company), (ii) John Hancock Mutual Life Insurance Company, (iii) John Hancock Property & Casualty Holding Company, and (iv) John Hancock Management Company; and

    b. One Beacon America Insurance Company, as successor in interest to (i) Commercial Union Insurance Company, as successor in interest to Employers' Commercial Union Insurance Company of America and Employers' Commercial Union Insurance Company, and (ii) American Employers' Insurance Company.

WM\3580\1

3. As required by the terms of the Amendatory Order, the information required to be disclosed herein by Rule 2019, has been submitted to the Clerk of the Court on compact disc.

The undersigned certifies that the information contained herein and contained on the compact disc supplied to the Court is true and correct to the best of his knowledge.

Dated: February 28, 2005                    DRINKER BIDDLE & REATH LLP

          /s/ David P. Primack
David P. Primack (DE 4449)
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254
(302) 467-4200

-and-

Admitted Pro Hac Vice
Michael F. Brown, Esq.
Andrea L. D'Ambra, Esq.
One Logan Square, 18th and Cherry Streets
Philadelphia, PA 19103-6996
(215) 988-2700