IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION RESOLVING CLAIM OF NEW ENGLAND CONSTRUCTION COMPANY (CLAIM NO. 14396)

This stipulation is entered into this 16th day of February, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and New England Construction Company ("Claimant").

**WHEREAS,** on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

---

1    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

WHEREAS, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

WHEREAS, Claimant filed a proof of claim against the Debtors, described as follows:

| Claim No. | Amount | Priority | Basis |
|-----------|--------|----------|-------|
| 14396 | $127,327.42 | Unsecured, Non-priority | Indemnification |

WHEREAS, the Debtors objected to Claim # 14396 in the Debtors' Fifth Omnibus Objection on the grounds that it has no liability to the Claimant.

NOW, THEREFORE, for good and valuable consideration, the parties hereby stipulate and agree as follows:

1. Claim #14396 shall be allowed, for all purposes in the Debtors' cases, in the amount of $7,000.00 as a general unsecured non-priority pre-petition claim.

2. Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

3. The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to make the Claims Register to reflect that Claim #14396 shall be allowed as outlined herein.

4. Claimant agrees that it is forever barred, estopped, and enjoined from asserting any additional pre-petition claims against the Debtors.

2

5.       The parties shall take whatever additional action, if any, is necessary to make sure that Claim #14396 is treated as outlined herein.

**STIPULATED AND AGREED:**

**NEW ENGLAND CONSTRUCTION COMPANY**

**W. R. GRACE & CO., et al.**

By: _Rachelle R. Green_

Its Attorney
Rachelle R. Green, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, Rhode Island 02903
(401) 455-0700

By: _____

Michael B. Cohan
Senior Corporate Counsel
Legal Services Group
W.R. Grace & Co.-Conn.

3

5.    The parties shall take whatever additional action, if any, is necessary to make sure
that Claim #14396 is treated as outlined herein.

**STIPULATED AND AGREED:**

**NEW ENGLAND CONSTRUCTION COMPANY**

By: _____
    Its Attorney
    Rachelle R. Green, Esq.
    Duffy Sweeney & Scott, Ltd.
    One Turks Head Place, Suite 1200
    Providence, Rhode Island 02903
    (401) 455-0700

**W. R. GRACE & CO., et al.**

By: _____
    Michael B. Cohan
    Senior Corporate Counsel
    Legal Services Group
    W.R. Grace & Co.-Conn.

3