# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: March 21, 2005** |
| | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

Name of Applicant:    Richardson Patrick Westbrook
& Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:    July 22, 2002

Period for which compensation and
Reimbursement is sought:    January 1, 2005 through
January 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:    $ 14,257.50

Amount of Expenses Reimbursement:    $ 1,109.11

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objections served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- 12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |

This is the Twenty-Ninth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 5.3 | $3,445.00 |
| TOTALS | | | | | 5.3 | $3,445.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 79.0 | $9,875.00 |
| Kim Camarda | Paralegal | 13 | Litigation | $125 | 7.5 | $937.50 |
| TOTALS | | | | | 66.3 | $10,812.50 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 91.8 | $14,257.50 |
| TOTALS | 91.8 | $14,257.00 |

## 23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Federal Express Overnight Delivery | $13.45 |
| Westlaw Research | $957.26 |
| Expert Services | $120.00 |
| Duplicating (Internal) | $18.40 |
| Total | $ 1,109.11 |

Dated:  February 28, 2005
Wilmington, Delaware                    BUCHANAN INGERSOLL PC


/s/      *William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., <u>et al.</u>,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: March 21, 2005 |
| | | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

01/31/2005

1

# Time report

### 01/01/2005 - 01/31/2005

| Date<br>Timekeeper | Client No.<br>Matter No. | Client Name | Transaction Code<br>Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **L106** | | | | | |

| **Day:** | | **01/03/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/03/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 7.00 | $875.00 |

| **Day:** | | **01/04/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/04/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 7.00 | $875.00 |

| **Day:** | | **01/06/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/06/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 6.00 | $750.00 |

| **Day:** | | **01/10/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/10/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 8.00 | $1,000.00 |

| **Day:** | | **01/11/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/11/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 6.50 | $812.50 |

| **Day:** | | **01/13/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/13/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 6.50 | $812.50 |

| **Day:** | | **01/18/2005** | | | | |
|---|---|---|---|---|---|---|
| 01/18/2005<br>Ikerrison | 200106<br>0000 | Zonolite Science Trial | L106<br>Inputting coding information in ZAI database and reviewing for sales information and hot documents | $125.00 | 5.50 | $687.50 |

| **Day:** | | **01/19/2005** | | | | |
|---|---|---|---|---|---|---|

01/31/2005

# Time report

## 01/01/2005 - 01/31/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |
| 01/19/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| kcamarda | 0000 | | Reviewed prior hearing transcript and gathered materials for 1/21/05 Grace hearing. | | | |
| **Day:** | | **01/20/2005** | | | | |
| 01/20/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
| ewestbrook | 0000 | | Consultation with PD counsel on ZAI issues | | | |
| 01/20/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/21/2005** | | | | |
| 01/21/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 5.00 | $3,250.00 |
| ewestbrook | 0000 | | Attend (by telephone) court hearing on Grace reorganization plan | | | |
| **Day:** | | **01/24/2005** | | | | |
| 01/24/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.00 | $875.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/25/2005** | | | | |
| 01/25/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/27/2005** | | | | |
| 01/27/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.50 | $687.50 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |
| **Day:** | | **01/31/2005** | | | | |
| 01/31/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

01/31/2005                                                                                                    3

# Time report

**01/01/2005 - 01/31/2005**

| Date | Client No. | Client Name | | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|--------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | | |
| | | | | Grand Total: | | | $14,257.50 |
| | | | | Expense Grand Total: | | | $0.00 |
| | | | | Time Grand Total: | | | $14,257.50 |
| | | | | Total Hours/Report: | | | 91.80 |
| | | | | Count: | | | 15 |

02/10/2005

1

# Expense report

### 01/01/2005 - 01/31/2005

| Date Timekeeper | Client No. Matter No. | Client Name | Transaction Code Description | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| **Transaction:** | **E029** | | | | | |
| **Day:** | | **01/06/2005** | | | | |
| 01/06/2005 kgarcia | 200106 0000 | Zonolite Science Trial | E029 Expert Services rendered by Mundy & Associates | $120.00 | 1.00 | $120.00 |
| **Transaction:** | **E065** | | | | | |
| **Day:** | | **01/04/2005** | | | | |
| 01/04/2005 kgarcia | 200106 0000 | Zonolite Science Trial | E065 Federal express from Ed Westbrook to Jim Restivo | $13.45 | 1.00 | $13.45 |
| **Transaction:** | **E360** | | | | | |
| **Day:** | | **01/31/2005** | | | | |
| 01/31/2005 kgarcia | 200106 0000 | Zonolite Science Trial | E360 Internal copies for the month of January 2005 | $0.20 | 92.00 | $18.40 |
| **Transaction:** | **E370** | | | | | |
| **Day:** | | **01/31/2005** | | | | |
| 01/31/2005 kgarcia | 200106 0000 | Zonolite Science Trial | E370 Westlaw charges | $957.26 | 1.00 | $957.26 |

|  |  |
|---|---|
| **Grand Total:** | **$1,109.11** |
| **Expense Grand Total:** | **$1,109.11** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **4** |