IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

    I, William D. Sullivan, Esquire, hereby certify that on February 28, 2005, service of the *Verified Application Of Richardson Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From January 1, 2005 Through January 31, 2005* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

    I certify the foregoing to be true and correct under the penalty of perjury.

|   |   |
|---|---|
|    February 28, 2005 | */s/ William D. Sullivan* |
| Dated | William D. Sullivan |