```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number 1244600 |
| One Town Center Road | Invoice Date 02/23/05 |
| Boca Raton, FL   33486 | Client Number 172573 |

===============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Expenses                               3,487.39

               TOTAL BALANCE DUE UPON RECEIPT      $3,487.39
                                                            ==============

- 2 -

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA  15251-6074
                   Tax ID# 25-0749630


W.R Grace & Co.                           Invoice Number      1244600
One Town Center Road                      Invoice Date       02/23/05
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60026


==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                                 3.00
    Telephone Expense                              3.40
    Duplicating/Printing/Scanning                742.15
    Westlaw                                      543.22
    Postage Expense                                0.74
    Courier Service - Outside                     66.16
    Outside Duplicating                        1,595.95
    Secretarial Overtime                         307.50
    Lodging                                      121.98
    Transportation                                14.00
    Mileage Expense                               24.30
    Meal and Refreshment Expense                   7.39

               CURRENT EXPENSES                                3,487.39
                                                              ---------

               TOTAL BALANCE DUE UPON RECEIPT                 $3,487.39
                                                              =========
```

```
                           REED SMITH LLP
                           PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R Grace & Co.                              Invoice Number      1244600
One Town Center Road                         Invoice Date       02/23/05
Boca Raton, FL   33486                       Client Number       172573
                                             Matter Number         60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/17/04 | ATTY # 0396: 6 COPIES | .90 |
| 12/17/04 | ATTY # 0396: 7 COPIES | 1.05 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 19.59 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 17.52 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 29.05 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 17.52 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | -17.52 |

```
172573  W. R. Grace & Co.                           Invoice Number  1244600
60026   Litigation and Litigation Consulting        Page    2
        February 23, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 01/03/05 | ATTY # 1911: 3 COPIES | .45 |
| 01/03/05 | ATTY # 1911: 3 COPIES | .45 |
| 01/03/05 | ATTY # 0396; 4 COPIES | .60 |
| 01/03/05 | ATTY # 0396; 58 COPIES | 8.70 |
| 01/03/05 | Secretarial overtime: revise presentation materials for meeting with government. | 105.00 |
| 01/04/05 | ATTY # 0559: 4 COPIES | .60 |
| 01/04/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/04/05 | ATTY # 0559: 4 COPIES | .60 |
| 01/04/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/04/05 | ATTY # 0559: 4 COPIES | .60 |
| 01/04/05 | ATTY # 0559: 5 COPIES | .75 |
| 01/04/05 | ATTY # 0710; 61 COPIES | 9.15 |
| 01/04/05 | ATTY # 0710; 61 COPIES | 9.15 |
| 01/04/05 | ATTY # 0856; 315 COPIES | 47.25 |
| 01/04/05 | ATTY # 0856; 718 COPIES | 107.70 |
| 01/04/05 | ATTY # 0856; 880 COPIES | 132.00 |
| 01/04/05 | Secretarial overtime: revise presentation materials for meeting with government. | 67.50 |
| 01/05/05 | ATTY # 0349: 122 COPIES | 18.30 |
| 01/05/05 | ATTY # 0349: 62 COPIES | 9.30 |
| 01/05/05 | ATTY # 0856; 50 COPIES | 7.50 |
| 01/05/05 | ATTY # 0710; 84 COPIES | 12.60 |
| 01/05/05 | Secretarial overtime: revise presentation materials for meeting with government. | 22.50 |
| 01/05/05 | 303-866-0487/DENVER, CO/5 | .25 |
| 01/05/05 | 561-362-1551/BOCA RATON, FL/11 | .55 |
| 01/05/05 | 202-879-5177/WASHINGTON, DC/6 | .30 |

```
172573  W. R. Grace & Co.                              Invoice Number   1244600
60026   Litigation and Litigation Consulting           Page    3
        February 23, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 01/05/05 | 561-362-1959/BOCA RATON, FL/2 | .10 |
| 01/06/05 | ATTY # 0349: 45 COPIES | 6.75 |
| 01/06/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 01/06/05 | ATTY # 0559: 22 COPIES | 3.30 |
| 01/06/05 | ATTY # 0559: 22 COPIES | 3.30 |
| 01/06/05 | ATTY # 0559: 22 COPIES | 3.30 |
| 01/06/05 | ATTY # 0559: 22 COPIES | 3.30 |
| 01/06/05 | ATTY # 0559: 23 COPIES | 3.45 |
| 01/06/05 | ATTY # 0559: 22 COPIES | 3.30 |
| 01/06/05 | ATTY # 0396: 2 COPIES | .30 |
| 01/06/05 | ATTY # 0710; 212 COPIES | 31.80 |
| 01/06/05 | ATTY # 0710; 38 COPIES | 5.70 |
| 01/06/05 | ATTY # 0856; 4 COPIES | 4.00 |
| 01/07/05 | ATTY # 0718; 172 COPIES | 25.80 |
| 01/10/05 | ATTY # 0559; 1 COPIES | .15 |
| 01/10/05 | ATTY # 0349; 2 COPIES | .30 |
| 01/10/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/10/05 | ATTY # 0396: 1 COPIES | .15 |
| 01/10/05 | ATTY # 0396: 1 COPIES | .15 |
| 01/11/05 | Lodging - -LAWRENCE E. FLATLEY, MEETING IN MONTANA AT US ATTORNEY'S OFFICE 1/6-1/7/05. | 121.98 |
| 01/11/05 | Mileage Expense - - LAWRENCE E. FLATLEY MEETING IN MONTANA AT US ATTORNEY'S OFFICE, 1/6-1/7/05: TRAVEL TO/FROM FROM PITTSBURGH AIRPORT. | 24.30 |
| 01/12/05 | ATTY # 0710: 6 COPIES | .90 |
| 01/13/05 | ATTY # 0559; 1 COPIES | .15 |
| 01/13/05 | ATTY # 0710: 1 COPIES | .15 |
| 01/13/05 | ATTY # 0710: 1 COPIES | .15 |

```
172573 W. R. Grace & Co.                          Invoice Number  1244600
60026  Litigation and Litigation Consulting       Page    4
       February 23, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 01/13/05 | ATTY # 0710: 2 COPIES | .30 |
| 01/13/05 | ATTY # 0710: 6 COPIES | .90 |
| 01/13/05 | ATTY # 0710: 1 COPIES | .15 |
| 01/13/05 | ATTY # 0710: 18 COPIES | 2.70 |
| 01/13/05 | ATTY # 0396: 5 COPIES | .75 |
| 01/14/05 | ATTY # 0559; 163 COPIES | 24.45 |
| 01/14/05 | ATTY # 0559; 233 COPIES | 34.95 |
| 01/14/05 | ATTY # 0559; 5 COPIES | .75 |
| 01/14/05 | Binding Charge | 3.00 |
| 01/18/05 | ATTY # 0349: 8 COPIES | 1.20 |
| 01/19/05 | 954-252-8228/FTLAUDERDL, FL/3 | .15 |
| 01/20/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. - COPYING FOR SERVICE OF CNO. | 64.90 |
| 01/20/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. - COPYING FOR SERVICE OF CNO. | 80.90 |
| 01/20/05 | Postage Expense: ATTY # 0849 | .74 |
| 01/20/05 | ATTY # 0349: 8 COPIES | 1.20 |
| 01/20/05 | ATTY # 0856: 1 COPIES | .15 |
| 01/20/05 | ATTY # 0856: 1 COPIES | .15 |
| 01/20/05 | ATTY # 0856: 2 COPIES | .30 |
| 01/20/05 | ATTY # 0856: 1 COPIES | .15 |
| 01/20/05 | ATTY # 0856: 1 COPIES | .15 |
| 01/20/05 | ATTY # 0856: 138 COPIES | 20.70 |
| 01/20/05 | ATTY # 0856: 68 COPIES | 10.20 |
| 01/20/05 | ATTY # 0349; 1 COPIES | .15 |
| 01/20/05 | ATTY # 0559; 71 COPIES | 10.65 |
| 01/20/05 | ATTY # 0559; 4 COPIES | .60 |

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | | Invoice Number 1244600 |
| 60026 Litigation and Litigation Consulting | | Page 5 |
| February 23, 2005 | | |

| Date | Description | Amount |
|---|---|---|
| 01/20/05 | ATTY # 0559; 40 COPIES | 6.00 |
| 01/20/05 | ATTY # 0559; 2 COPIES | .30 |
| 01/20/05 | ATTY # 0559; 138 COPIES | 20.70 |
| 01/20/05 | ATTY # 0559; 18 COPIES | 2.70 |
| 01/20/05 | ATTY # 0559; 10 COPIES | 1.50 |
| 01/20/05 | ATTY # 0559; 3 COPIES | .45 |
| 01/20/05 | Secretarial Overtime - duplicating, printing, and general secretarial support for hearing on asbestos claims issues. | 112.50 |
| 01/20/05 | Westlaw -Multiple searches and downloads of bankruptcy code provisions, at the direction of Kirkland & Ellis attorneys. | 543.22 |
| 01/21/05 | ATTY # 0559; 117 COPIES | 17.55 |
| 01/21/05 | ATTY # 0559; 118 COPIES | 17.70 |
| 01/21/05 | ATTY # 0559; 146 COPIES | 21.90 |
| 01/21/05 | ATTY # 0349; 64 COPIES | 9.60 |
| 01/21/05 | ATTY # 0559; 4 COPIES | .60 |
| 01/21/05 | ATTY # 0559; 16 COPIES | 2.40 |
| 01/21/05 | ATTY # 0559; 2 COPIES | .30 |
| 01/24/05 | Transportation - - PARKING M. ATKINSON 1/21/05. | 14.00 |
| 01/25/05 | ATTY # 0856; 376 COPIES | 56.40 |
| 01/25/05 | ATTY # 0856: 6 COPIES | .90 |
| 01/25/05 | 202-879-5177/WASHINGTON, DC/8 | .35 |
| 01/25/05 | 312-861-2162/CHICAGO, IL/2 | .10 |
| 01/25/05 | 410-531-4355/COLUMBIA, MD/17 | .85 |
| 01/25/05 | 410-531-4355/COLUMBIA, MD/15 | .75 |
| 01/26/05 | Meal Expense - - LUNCH FOR DAVID BERNICK FOR HEARING ON 1/21/05. | 7.39 |

-8-

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | Invoice Number | 1244600 |
| 60026 Litigation and Litigation Consulting | Page 6 | |
| February 23, 2005 | | |

| Date | Description | Amount |
|---|---|---|
| 01/27/05 | REFRESHMENT EXPENSE --SNACKS AND REFRESHMENTS IN CONF. RM. 9C ON 01/20/05 (FOR HEARING PREPARATIONS) | 57.60 |
| 01/27/05 | Outside Duplicating -- COPYING OF BINDERS FOR GRAND JURY INVESTIGATION PRESENTATION. | 1450.15 |
| 01/31/05 | ATTY # 0710: 7 COPIES | 1.05 |

```
                        CURRENT EXPENSES                3,487.39
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $3,487.39
                                                     ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1244601
5400 Broken Sound Blvd., N.W.            Invoice Date       02/23/05
Boca Raton, FL 33487                     Client Number       172573
```

================================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                                        0.00
    Expenses                                            33.30

                          TOTAL BALANCE DUE UPON RECEIPT             $33.30

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W. R. Grace | Invoice Number 1244601 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date 02/23/05 |
| Boca Raton, FL 33487 | Client Number 172573 |
| | Matter Number 60028 |

===========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 9.00 |
| Telephone Expense | 0.15 |
| Duplicating/Printing/Scanning | 24.15 |

    CURRENT EXPENSES      33.30

    TOTAL BALANCE DUE UPON RECEIPT  $33.30

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W. R. Grace | Invoice Number     1244601 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date       02/23/05 |
| Boca Raton, FL 33487 | Client Number       172573 |
| | Matter Number        60028 |

================================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 12/17/04 | Binding Charge | 9.00 |
| 01/03/05 | ATTY # 0856: 58 COPIES | 8.70 |
| 01/10/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/11/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/12/05 | ATTY # 0349: 66 COPIES | 9.90 |
| 01/14/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/14/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/18/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/18/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/18/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/18/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/18/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/20/05 | 813-393-2785/TAMPA, FL/3 | .15 |
| 01/20/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/20/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/20/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/21/05 | ATTY # 0559: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                          Invoice Number   1244601
60028   ZAI Science Trial                          Page    2
        February 23, 2005


01/24/05    ATTY # 0559: 3 COPIES                                      .45

01/26/05    ATTY # 0559: 4 COPIES                                      .60

01/28/05    ATTY # 0559: 1 COPIES                                      .15


                         CURRENT EXPENSES                            33.30
                                                                -------------
                  TOTAL BALANCE DUE UPON RECEIPT                    $33.30
                                                                =============
```