REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1244605
One Town Center Road                     Invoice Date     02/23/05
Boca Raton, FL    33486                  Client Number      172573

====================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

    Fees                              14,081.50
    Expenses                               0.00

                TOTAL BALANCE DUE UPON RECEIPT      $14,081.50
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1244605
One Town Center Road                     Invoice Date    02/23/05
Boca Raton, FL    33486                  Client Number     172573
                                         Matter Number      60026

==============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|

01/04/05 Cameron        Review draft reply in support of      .80
                        motion for order relating to
                        claims liabilities.

01/05/05 Cameron        Continued review of draft reply in   1.50
                        support of motion regarding
                        estimation and e-mails regarding
                        comments (0.8); review of
                        materials relating to asbestos
                        issues (0.7).

01/05/05 Lord           Update 2002 service list.             .20

01/06/05 Cameron        Review and provide comments to       1.80
                        reply in support of estimation
                        motion and e-mails regarding same
                        (1.2); review related documents
                        (0.6).

01/07/05 Cameron        E-mails regarding reply.              .20

01/10/05 Cameron        Review pleadings (.9) and meet       1.30
                        with J. Restivo regarding status
                        of asbestos estimation issues (.4).

01/10/05 Muha           Meet with D. Cameron re: issues       .20
                        for 1/21/05 hearing.

01/11/05 Cameron        Continued review of materials in     1.80
                        disclosure statement relating to
                        protocols for resolution of
                        asbestos claims litigation.

```
172573 W. R. Grace & Co.                        Invoice Number  1244605
60026  Litigation and Litigation Consulting     Page   2
       February 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/11/05 | Muha | Review briefs filed by debtor re: estimation and case management motions, to prepare summary memorandum re: same for D. Cameron and J. Restivo. | 4.50 |
| 01/12/05 | Cameron | Meet with J. Restivo regarding request from K&E relating to asbestos issues (0.3); review draft summary (0.9); e-mail exchanges with K&E regarding same (0.4); review record for citations (0.6). | 2.20 |
| 01/12/05 | Muha | Draft summary memorandum re: briefs of issues to be argued/considered at January 21 hearing. | 4.50 |
| 01/13/05 | Cameron | Prepare audit letter response. | .90 |
| 01/13/05 | Muha | Revise and circulate to D. Cameron and J. Restivo memorandum re: briefs of issues scheduled for January 21 hearing. | 1.10 |
| 01/17/05 | Restivo | Review of new pleadings, correspondence, etc. | 1.00 |
| 01/18/05 | Cameron | Review materials relating to asbestos issues in bankruptcy process. | .80 |
| 01/18/05 | Restivo | Audit letter response. | 1.00 |
| 01/20/05 | Bentz | Review of agenda for omnibus hearing. | .20 |
| 01/20/05 | Restivo | Continue work on audit letter. | .40 |
| 01/24/05 | Cameron | Review materials relating to property damage and bodily injury liabilities and treatment within Plan. | 1.30 |
| 01/24/05 | Restivo | Review new correspondence and recently-filed materials. | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1244605
60026  Litigation and Litigation Consulting       Page   3
       February 23, 2005


| Date | Name | | Hours |
|------|------|------|------|
| 01/25/05 | Cameron | Telephone call with R. Finke (0.3); review file materials and pleadings relating to PD claims and e-mail to J. Restivo regarding same (1.4); review of materials and notes from post-hearing meeting (0.5). | 2.20 |
| 01/26/05 | Cameron | Meet with J. Restivo and e-mails relating to property damage strategy meeting (0.3); review materials relating to property damage claims (0.9). | 1.20 |
| 01/26/05 | Restivo | Emails and calls re: property damage claims. | .80 |
| 01/27/05 | Flatley | Review e-mails re: Canada and reply to D. Cameron re: same. | .20 |
| 01/28/05 | Cameron | Attention to materials provided by R. Finke and review of property damage materials. | 1.80 |
| 01/31/05 | Restivo | Receipt and review of new pleadings, articles, e-mails. | 1.00 |

                                                TOTAL HOURS    33.40


| TIME SUMMARY | Hours | | Rate | | | Value |
|--------------|-------|----|------|---|---|-------|
| James J. Restivo Jr. | 4.70 | at | $ 525.00 | = | | 2,467.50 |
| Lawrence E. Flatley | 0.20 | at | $ 495.00 | = | | 99.00 |
| Douglas E. Cameron | 17.80 | at | $ 490.00 | = | | 8,722.00 |
| James W Bentz | 0.20 | at | $ 400.00 | = | | 80.00 |
| Andrew J. Muha | 10.30 | at | $ 260.00 | = | | 2,678.00 |
| John B. Lord | 0.20 | at | $ 175.00 | = | | 35.00 |

                   CURRENT FEES                          14,081.50


                                                        ------------
          TOTAL BALANCE DUE UPON RECEIPT                 $14,081.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1244606
5400 Broken Sound Blvd., N.W.        Invoice Date        02/23/05
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

```
     Fees                          4,165.00
     Expenses                          0.00

               TOTAL BALANCE DUE UPON RECEIPT      $4,165.00
                                                 =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1244606
5400 Broken Sound Blvd., N.W.                  Invoice Date       02/23/05
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028


==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

   Date    Name                                              Hours
 --------  -----------                                       -----

01/03/05  Cameron          Review Canadian ZAI claims           .70
                           materials.

01/06/05  Cameron          Review new materials from R. Finke  1.40
                           relating to Canadian ZAI claims.

01/21/05  Cameron          Review materials received from R.  1.30
                           Finke regarding Canadian claims.

01/22/05  Cameron          Continue review of Canadian claims 1.20
                           materials.

01/27/05  Cameron          Telephone call with R. Finke       1.80
                           regarding issues relating to
                           Canadian ZAI claims (0.5); review
                           additional materials from R. Finke
                           regarding same (1.3).

01/31/05  Cameron          Review additional materials from   2.10
                           R. Finke and prepare comments.

                                                              ------

                                        TOTAL HOURS            8.50

```
172573 W. R. Grace & Co.                    Invoice Number  1244606
60028  ZAI Science Trial                    Page    2
       February 23, 2005
```

```
TIME SUMMARY                Hours        Rate        Value
------------------------    ----------------------   -------
Douglas E. Cameron          8.50  at  $  490.00  =   4,165.00

                            CURRENT FEES                        4,165.00

                                                            ------------
                            TOTAL BALANCE DUE UPON RECEIPT     $4,165.00
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1244607 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 02/23/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |


================================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

| Fees | 4,524.00 |
| Expenses | 0.00 |

| TOTAL BALANCE DUE UPON RECEIPT | $4,524.00 |
| | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number     1244607
5400 Broken Sound Blvd., N.W.            Invoice Date      02/23/05
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60029


==========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

```
  Date    Name                                               Hours
--------  -----------                                        -----


01/04/05 Cameron        Review and revise draft fee            .80
                        applications.

01/05/05 Lord           Various e-mails to/from A. Muha        .20
                        re: monthly fee applications.

01/05/05 Muha           Draft summary of verified            1.10
                        application for November 2004 fee
                        application and e-mails to J. Lord
                        re: same.

01/06/05 Cameron        Review and provide revisions to      1.10
                        fee application materials.

01/06/05 Lord           Review and revise Reed Smith 41st    1.30
                        monthly fee application (.9);
                        prepare service for same (.4)

01/06/05 Muha           Prepare November 2004 monthly fee      .70
                        application for filing.

01/07/05 Lord           Revise, e-file and perfect             .80
                        hard/electronic service for Reed
                        Smith 41st monthly fee application.

01/10/05 Muha           Revisions to December 2004           1.10
                        invoices for monthly fee
                        application.

01/13/05 Muha           Attend to issues re: recently          .90
                        filed fee applications (.5);
                        review rate information to prepare
                        fee applications in 2005 (.4).
```

172573  W. R. Grace & Co.                          Invoice Number   1244607
60029   Fee Applications-Applicant                 Page    2
        February 23, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 01/18/05 | Cameron | Memo regarding fee applications (0.4); review and revise fee applications (0.5); meet with A. Muha (0.1). | 1.00 |
| 01/18/05 | Muha | Work on parts of December 2004 monthly fee application. | 1.00 |
| 01/23/05 | Cameron | Review and revise fee application materials. | 1.10 |
| 01/25/05 | Muha | Calls with T. Mace, J. Baer and D. Cameron re: issues for fee applications. | .50 |
| 01/26/05 | Cameron | Review and revise fee application materials. | .80 |
| 01/31/05 | Lord | Draft and e-file CNO for RS 41st monthly fee application (.7); perfect service for same (.1); correspondence to R.Finke re: same (.1). | .90 |
| 01/31/05 | Muha | Prepare summary form for December 2004 monthly application. | .90 |

                                          TOTAL HOURS    14.20


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 4.80 | at $ | 490.00 | = | 2,352.00 |
| Andrew J. Muha | 6.20 | at $ | 260.00 | = | 1,612.00 |
| John B. Lord | 3.20 | at $ | 175.00 | = | 560.00 |

                    CURRENT FEES                        4,524.00


            TOTAL BALANCE DUE UPON RECEIPT             $4,524.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1244608
One Town Center Road                     Invoice Date       02/23/05
Boca Raton, FL    33486                  Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                              21,200.00
    Expenses                               0.00

            TOTAL BALANCE DUE UPON RECEIPT      $21,200.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

Invoice Number      1244608
Invoice Date      02/23/05
Client Number        172573
Matter Number         60030

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 01/10/05 | Cameron | Multiple e-mails regarding arrangements for January 21 hearing. | .80 |
| 01/12/05 | Restivo | Prepare materials for 1/21 argument (2.0); telephone calls with J. Baer et al. (.5). | 2.50 |
| 01/13/05 | Cameron | Attend to issues for 1/21/05 hearing. | .60 |
| 01/13/05 | Restivo | Preparation of material for 1/21 argument. | 1.00 |
| 01/14/05 | Cameron | Multiple e-mails and review of materials relating to preparation for January 21 hearing. | 2.60 |
| 01/15/05 | Cameron | Continued review of materials relating to hearing. | .90 |
| 01/17/05 | Cameron | Multiple e-mails and arrangements for 1/21/05 hearing (0.9); review agenda items regarding same (0.4). | 1.30 |
| 01/18/05 | Atkinson | Assist with January 21 hearing technical support. | .50 |
| 01/18/05 | Cameron | E-mails and telephone calls regarding 1/21/05 hearing and preparation for same (0.9); review materials for hearing (1.8). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  1244608
60030  Hearings                                   Page    2
       February 23, 2005


   Date   Name                                              Hours
  -------- -----------                                      -----


01/18/05 Flatley          Call with D. Cameron regarding        .20
                          hearing plans and status.

01/18/05 Restivo          Calls, emails to Kirkland & Ellis    1.00
                          re:  1/21/ hearing.

01/19/05 Atkinson         Assist with January 21 hearing       2.40
                          technical support issues,
                          including telephone calls to S.
                          Mitchell (Visual Strategy) and to
                          Kirkland & Ellis.

01/19/05 Cameron          Multiple e-mails regarding hearing   3.60
                          preparation (1.4); continued
                          review of materials for hearing
                          (1.8); meet with J. Restivo
                          regarding same (0.4).

01/19/05 Restivo          Preparation for 1/21 hearing,        2.00
                          including calls with J. Baer, W.
                          Sparks, etc.

01/20/05 Atkinson         Assist with responsibilities for     5.60
                          January 21 bankruptcy court
                          hearing, including Westlaw
                          searches and printouts of
                          bankruptcy code sections requested
                          by Kirkland & Ellis associates.

01/20/05 Cameron          Assist with hearing preparation      5.50
                          (3.8); multiple meetings and
                          telephone calls regarding same
                          (0.8); meet with K&E and Grace
                          lawyers re: hearing issues (0.9).

01/20/05 Restivo          Assist in preparation for oral       2.50
                          argument.

01/21/05 Atkinson         Assist with January 21 Bankruptcy    4.10
                          Court hearing.

01/21/05 Cameron          Prepare for and attend portions of   7.60
                          hearing with Grace counsel (4.9);
                          meet with Grace in-house counsel
                          and representatives regarding same
                          (0.9); hearing follow-up meetings
                          (0.9); meet with K&E attorneys
                          (0.5); meet with R. Finke (0.4).

172573  W. R. Grace & Co.                          Invoice Number   1244608
60030   Hearings                                   Page   3
        February 23, 2005


   Date   Name                                                      Hours
-------- -----------                                                -----


01/21/05 Restivo          Assist in preparation for oral            2.00
                          argument (.7) and attend portion
                          of same (1.3).

01/24/05 Cameron          Review materials from 1/21 hearing.        .70

01/31/05 Atkinson         Telephone calls and e-mails to             .40
                          Kirkland & Ellis, J. Fitzgerald's
                          assistant, D. Cameron re:
                          demonstrative drawings used on
                          January 21.

01/31/05 Cameron          Follow up with K&E regarding               .60
                          hearing issues.

                                                                   ------
                                              TOTAL HOURS           51.10

TIME SUMMARY                 Hours        Rate          Value
------------------------     ------------------------   -------
James J. Restivo Jr.         11.00  at  $  525.00  =    5,775.00
Lawrence E. Flatley           0.20  at  $  495.00  =       99.00
Douglas E. Cameron           26.90  at  $  490.00  =   13,181.00
Maureen L. Atkinson          13.00  at  $  165.00  =    2,145.00

                          CURRENT FEES                         21,200.00


                                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT             $21,200.00
                                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1244609
One Town Center Road                     Invoice Date        02/23/05
Boca Raton, FL    33486                  Client Number        172573



===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                          68,790.50
    Expenses                           0.00

              TOTAL BALANCE DUE UPON RECEIPT        $68,790.50
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1244609
One Town Center Road                     Invoice Date       02/23/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|------|------|---|------|

| 01/02/05 | Cameron | Review outline relating to draft presentation and selected documents. | 1.90 |
| 01/03/05 | Cameron | Multiple e-mails and telephone calls relating to conference call and presentation to government (0.7); review outline relating to same (0.8); review government letter regarding investigation (0.8). | 2.30 |
| 01/03/05 | Flatley | Review correspondence and memoranda (0.4); preparation for conference call (1.3); conference call with Grace in-house counsel and outside counsel (0.8); follow-up on call with J. Restivo (0.5); drafting presentation materials (3.5); discussions with A. Muha and J. Restivo about presentation (0.5). | 7.00 |
| 01/03/05 | Muha | Review affidavit and e-mail to J. Restivo re: government reports (0.8); meet with J. Restivo and L. Flatley re: work on presentation to government (1.1); review L. Flatley's file for material to incorporate into presentation (0.8). | 2.70 |

172573  W. R. Grace & Co.                          Invoice Number  1244609
60035   Grand Jury Investigation                   Page    2
        February 23, 2005


    Date    Name                                              Hours
    ------- -----------                                       -----


01/03/05 Restivo          Conference call (1.4) and           6.80
                          preparation of presentation re:
                          grand jury investigation (5.4).


01/04/05 Atkinson         Assemble materials to provide to     .40
                          Grace in-house counsel.


01/04/05 Bentz            Preparation for meeting regarding    1.60
                          government investigation.


01/04/05 Cameron          Continued review of government       6.70
                          letter (0.6); prepare draft memo
                          and rebuttal points (2.1); review
                          of drafts of presentation and
                          supporting documents (2.7); meet
                          with J. Restivo and J. Bentz
                          regarding same (0.4); review
                          documents for outline to provide
                          to Grace counsel (0.4); meet with
                          J. Restivo regarding additional
                          revisions to draft outline (0.5).


01/04/05 Flatley          Review revised draft of             4.10
                          presentation (0.8); meet with A.
                          Muha regarding revisions (0.3);
                          calls with J. Restivo and A. Muha
                          regarding presentation (0.2);
                          review documents and revise
                          sections of presentation (2.8).


01/04/05 Muha             Revisions to draft presentation,    5.30
                          including meetings with L. Flatley
                          and J. Bentz re: same (3.4); meet
                          with J. Restivo to make additional
                          round of revisions (1.9).


01/04/05 Restivo          Preparation of presentation         8.50
                          relating to grand jury
                          investigation.


01/05/05 Atkinson         Review files for copy of materials   .60
                          for presentation.


01/05/05 Bentz            Conferences with Grace counsel and  5.70
                          L. Flatley regarding various Libby
                          issues (2.1); review of medical
                          studies and information regarding
                          same (3.6).

172573 W. R. Grace & Co.                                    Invoice Number   1244609
60035  Grand Jury Investigation                             Page    3
       February 23, 2005


| Date | Name | | Hours |
|------|------|---|-------|

| 01/05/05 | Butcher | Review records to locate support documents. | .30 |
| 01/05/05 | Cameron | Meet with L. Flatley regarding presentation draft (0.3); continued review of draft presentation and additional comments/revisions (2.7); meet with J. Restivo regarding same (0.7); e-mails regarding same (0.9); review of documents relating to presentation issues (2.3). | 6.90 |
| 01/05/05 | Flatley | Review and revise presentation (1.9); meet with A. Muha (0.2); meet with D. Cameron (0.2); further revisions to presentation (3.6); meet with J. Restivo and D. Cameron regarding status (0.2); prepare for oral presentation (2.4). | 8.50 |
| 01/05/05 | Muha | Review and revise draft presentation (0.8); meet with L. Flatley, J. Restivo and D. Cameron re: same (0.4); calls and e-mails to T. Mace re: presentation logistics and technical issues (0.5); finalize issues relating to presentation (1.2). | 2.90 |
| 01/05/05 | Restivo | Preparation for meeting with government. | 8.40 |
| 01/06/05 | Bentz | Work regarding government investigation materials. | .80 |
| 01/06/05 | Cameron | Multiple telephone calls with J. Restivo and L. Flatley regarding presentation materials (0.6); review  additional materials for presentation (1.9). | 2.50 |
| 01/06/05 | Flatley | Review/revise oral presentation outline (3.7); preparation and meet with J. Restivo (1.5); meeting with Grace in-house counsel and J. Restivo on flight | 11.70 |

```
172573  W. R. Grace & Co.                      Invoice Number   1244609
60035   Grand Jury Investigation              Page    4
         February 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | to Montana (4.5); dinner meeting with same in Montana (2.0). | |
| 01/06/05 | Muha | Calls from J. Restivo re: presentation materials (0.3); assist J. Restivo and L. Flatley in final preparation for presentation to government (2.3). | 2.60 |
| 01/06/05 | Restivo | Preparation for Missoula meeting with government, including meetings with team members (9.0); dinner meeeting with attorneys and client (2.0). | 11.00 |
| 01/07/05 | Flatley | Preparation for presentation to government (2.5); meeting with J. Restivo and Grace counsel (1.5); meeting at U.S. Attorney's office and follow-up (2.0); meeting during return flight from Montana (2.5). | 10.00 |
| 01/07/05 | Restivo | Preparation for (4.5) and presentation at meeting with U.S. Attorney in Missoula (2.0). | 6.50 |
| 01/10/05 | Bentz | Review of materials for opposition to indictment. | .50 |
| 01/10/05 | Cameron | Meet with J. Restivo regarding work on grand jury investigation and report of meetings (0.5); meet with L. Flatley regarding same (0.3); various e-mails regarding same (0.6); review of presentation materials (0.9). | 2.30 |
| 01/10/05 | Flatley | Reorganizing after Montana trip (0.5); review and revise presentation draft (1.1); meet with J. Bentz (0.1); meet with J. Butcher (0.2); e-mails and replies (0.1). | 2.00 |
| 01/10/05 | Restivo | Professional services rendered re: grand jury investigation. | 2.00 |
| 01/11/05 | Bentz | Review of correspondence regarding | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1244609
60035  Grand Jury Investigation                   Page    5
       February 23, 2005


| Date | Name | | Hours |
|------|------|---|-------|
| | | government investigation. | |
| 01/11/05 | Cameron | E-mails relating to grand jury investigation (0.3); review presentation materials regarding same (0.8). | 1.10 |
| 01/11/05 | Flatley | E-mails regarding response from the government (0.1); review of materials used for Montana trip (0.9). | 1.00 |
| 01/11/05 | Restivo | Professional services rendered re: grand jury investigation. | 1.20 |
| 01/13/05 | Atkinson | Review hearing binders for deposition transcripts. | .30 |
| 01/14/05 | Cameron | Review materials relating to grand jury investigation. | 1.60 |
| 01/17/05 | Cameron | Review draft presentation materials and research record citations. | 1.40 |
| 01/21/05 | Flatley | E-mails (0.1) and meet with J. Restivo (0.2) re: grand jury investigation. | .30 |
| 01/24/05 | Cameron | Continue review of materials relating to grand jury investigation. | .80 |
| 01/25/05 | Atkinson | Review files for briefs. | 1.10 |
| 01/25/05 | Cameron | Multiple telephone calls with L. Flatley regarding grand jury investigation and e-mails regarding same (0.8); review working materials (0.9). | 1.70 |
| 01/25/05 | Flatley | Call with R. Senftleben and follow-up e-mails and calls re: grand jury issues. | .90 |
| 01/26/05 | Cameron | Review e-mails relating to grand jury investigation issues and planning. | .70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1244609
60035  Grand Jury Investigation            Page   6
       February 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 01/27/05 | Cameron | Follow-up with respect to e-mails on grand jury investigation. | .80 |
| 01/29/05 | Cameron | Review issues relating to grand jury investigation. | .60 |

```
                                            ------
                            TOTAL HOURS     146.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 44.40 | at $ | 525.00 | = | 23,310.00 |
| Lawrence E. Flatley | 45.50 | at $ | 495.00 | = | 22,522.50 |
| Douglas E. Cameron | 31.30 | at $ | 490.00 | = | 15,337.00 |
| James W Bentz | 9.10 | at $ | 400.00 | = | 3,640.00 |
| Jayme L. Butcher | 0.30 | at $ | 250.00 | = | 75.00 |
| Andrew J. Muha | 13.50 | at $ | 260.00 | = | 3,510.00 |
| Maureen L. Atkinson | 2.40 | at $ | 165.00 | = | 396.00 |

```
                 CURRENT FEES                          68,790.50


                                                   ------------
           TOTAL BALANCE DUE UPON RECEIPT           $68,790.50
                                                   ============
```