**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-02D |
|  | STATEMENT NO:    44 |

Asset Disposition

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $368.60 |
| | | |
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -46.40 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -133.20 |
| | TOTAL PAYMENTS | -179.60 |
| | BALANCE DUE | $189.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:     3000-03D |
|  | STATEMENT NO:            39 |

Business Operations

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $468.20 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -91.60 |
| BALANCE DUE | | $376.60 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:    44 |

Case Administration

| | | |
|---|---|---|
| | PREVIOUS BALANCE | $1,588.30 |
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -349.60 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -77.60 |
| | TOTAL PAYMENTS | -427.20 |
| | BALANCE DUE | $1,161.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2005
ACCOUNT NO:    3000-05D
STATEMENT NO:        44

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                                    $7,368.60

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/04/2005 |  |  |  |  |
|  | MTH | Reviewing Order granting motion to file Estimation objection under seal, reviewing JKF procedures re filing under seal, reviewing notice of filing under seal and contents re same. | 0.30 | 84.00 |
| 01/11/2005 |  |  |  |  |
|  | MRE | Review of property damage objection to Debtor's supplement to estimate motion | 0.10 | 29.00 |
| 01/27/2005 |  |  |  |  |
|  | MTH | Reviewing response of Paulette to Asbestos PD Objection to Claim. | 0.10 | 28.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 0.50 | 141.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $280.00 | $112.00 |
| Marla R. Eskin | 0.10 | 290.00 | 29.00 |

TOTAL CURRENT WORK                                                                                    141.00

01/26/2005     Payment - Thank you. (May, 2004 - 80%)                                          -418.00

BALANCE DUE                                                                                    $7,091.60

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-06D |
|  | STATEMENT NO:           44 |

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                                $1,634.00

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/19/2005 |  |  |  |  |
| | MRE | Review of Pacificorp motion to file late POC and revision to recommendation memo regarding same | 0.50 | 145.00 |
| | | FOR CURRENT SERVICES RENDERED | 0.50 | 145.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 0.50 | $290.00 | $145.00 |

TOTAL CURRENT WORK                                                                          145.00

| | | |
|---|---|---|
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -817.60 |

BALANCE DUE                                                                                      $961.40

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

<table>
<tr><td></td><td>Page: 1</td></tr>
</table>

W.R. Grace                                                                01/31/2005
Wilmington  DE                                         ACCOUNT NO:        3000-07D
                                                       STATEMENT NO:            44

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                          $36,203.40

|  |  | HOURS |  |
|---|---|---|---|
| **01/02/2005** | | | |
| PEM | Review weekly recommendation memos from 12/24 and 12/31 (.4) and fee memos (.1) | 0.50 | 162.50 |
| | | | |
| **01/03/2005** | | | |
| DEM | E-filing of 2019 statement of Herschel L. Hobson | 0.20 | 19.00 |
| DEM | E-filing of 2019 statement for Porter & Malouf, P.A. | 0.20 | 19.00 |
| KH | E-file 2019 statement of Edward O. Moody, P.A. | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| MK | Review email and reply re 2019 matter (Bergman); Telephone conference with secretary re same | 0.10 | 10.50 |
| TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| MTH | Review of memorandum summarizing pleadings filed from 12/30/04 through 1/2/05 | 0.10 | 28.00 |
| TD | Preparation of document for e-filing (Porter & Malouf) | 0.10 | 9.50 |
| TD | Preparation of document for e-filing (Lipsitz) | 0.10 | 9.50 |
| TD | Preparation of document for e-filing (H. Hobson) | 0.10 | 9.50 |
| MRE | Review of daily memo for 12/28/04 | 0.10 | 29.00 |
| MRE | review of daily memo for 12/29/04 | 0.10 | 29.00 |
| MRE | Review of daily memo for 12/27/04 | 0.10 | 29.00 |
| | | | |
| **01/04/2005** | | | |
| DEM | E-filing of 2019 statement for Schroeter, Goldmark and Bender | 0.20 | 19.00 |
| DEM | Preparation and e-filing of 2019 statement for Matthew Bergman | 0.30 | 28.50 |
| MTH | Review of memorandum summarizing pleadings filed on 1/3/5 | 0.10 | 28.00 |
| MTH | Review of memorandum summarizing pleadings filed on 12/28 | 0.10 | 28.00 |
| MTH | Review of memorandum summarizing pleadings filed on 12/29 | 0.10 | 28.00 |
| MTH | Reviewing four Orders entered. | 0.10 | 28.00 |

Page: 2
01/31/2005
ACCOUNT NO:        3000-07D
STATEMENT NO:        44

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| DEM | Preparation and e-filing of 2019 Statement for Bevan & Associates | 0.30 | 28.50 |
| DEM | E-file 2019 statement for Dies, Dies and Henderson | 0.20 | 19.00 |
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| PEM | Review daily memo re: pleadings filed | 0.10 | 32.50 |
| MK | Review email and reply; forward information re: 2019 matter | 0.30 | 31.50 |
| KJC | Respond to inquiry re 2019 and assist in compliance with same | 0.30 | 57.00 |
| TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| TD | Preparation of document for e-filing (Shepard Law) | 0.10 | 9.50 |
| TD | Preparation of document for e-filing (DD & H) | 0.10 | 9.50 |
| MRE | Review of daily memo | 0.10 | 29.00 |
| TD | Preparation of document for E-filing | 0.10 | 9.50 |

01/05/2005
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|---|---|---|---|
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| MRE | Addressing 2019 issues | 0.10 | 29.00 |
| MRE | Meeting with MTH on scheduling and status | 0.40 | 116.00 |
| MTH | Review of memorandum summarizing pleadings filed on 1/4/05 | 0.10 | 28.00 |
| MTH | Meeting with MRE on scheduling and status | 0.40 | 112.00 |
| TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| DAC | Review Caplin letter re: Elliot Management. | 0.10 | 37.50 |
| MRE | Review of daily memo | 0.10 | 29.00 |

01/06/2005
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|---|---|---|---|
| PEM | Review daily memo re: pleadings filed | 0.10 | 32.50 |
| MRE | Meeting with MTH regarding upcoming motions and deadlines | 0.20 | 58.00 |
| MTH | Meeting with MRE regarding upcoming motions and deadlines | 0.20 | 56.00 |
| MTH | Review of memorandum summarizing pleadings filed from 12/23 through 12/26 | 0.10 | 28.00 |
| MTH | Review of memorandum summarizing pleadings filed on 1/5 | 0.10 | 28.00 |
| TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |

01/07/2005
| PEM | Review weekly recommendation memo re: pending motions and matters (.3) and fee memo (.1). | 0.40 | 130.00 |
|---|---|---|---|
| DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| DEM | Prepare and distribute Weekly Recommendation Memo to Committee (Fee Apps & Other Matters) | 0.30 | 28.50 |
| MTH | Reviewing correspondence from DEM to Committee re weekly recommendation memoranda | 0.10 | 28.00 |
| MTH | Prepare weekly recommendation memo re motions (.5) and fee applications (.2) | 0.70 | 196.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review of memorandum summarizing pleadings filed on 1/6 | 0.10 | 28.00 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| **01/08/2005** | | | | |
| | MRE | Review of daily memo for 1/6/05 | 0.10 | 29.00 |
| | MRE | Review of daily memo for 1/7/05 | 0.10 | 29.00 |
| **01/10/2005** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.30 | 28.50 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| **01/11/2005** | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Retrieval of documents and preparation of e-mail to PVNL attaching same. | 0.30 | 28.50 |
| | KJC | Review daily pleadings memo dated 1/11/05 | 0.10 | 19.00 |
| | KJC | Review daily pleadings memo dated 1/10/05 | 0.10 | 19.00 |
| | MRE | Drafting e-mail to DEM regarding weekly recommendation memo | 0.10 | 29.00 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| | MRE | Review of daily memo for 1/10/05 | 0.10 | 29.00 |
| | MRE | Review of daily memo in Adversary case for 1/10/05 | 0.10 | 29.00 |
| | MRE | Review of Agenda for January 21, 2005 | 0.10 | 29.00 |
| | MRE | Review of pleadings for January 10, 2005 | 0.10 | 29.00 |
| **01/12/2005** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| | KJC | Review daily pleadings memo dated 1/12/05 | 0.10 | 19.00 |
| | KJC | E-mails with MRE re weekly recommendation memo | 0.10 | 19.00 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| **01/13/2005** | | | | |
| | PEM | Review memo re: pleadings and Orders signed | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.30 | 28.50 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MRE | Review of memorandum summarizing pleadings filed on January 12, 2005 | 0.10 | 29.00 |
| | MRE | Review of e-mail from DEM regarding 2019s | 0.10 | 29.00 |
| | MRE | Review of status memo from PVNL | 0.10 | 29.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PEM | Review updated status report | 0.20 | 65.00 |
| | MTH | Reviewing correspondence from PVNL to committee re status. | 0.20 | 56.00 |
| | KJC | Review daily pleadings memo dated 1/13/05 | 0.10 | 19.00 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| **01/14/2005** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters (.3) and fee memo (.1) | 0.40 | 130.00 |
| | MK | Review voice mail re: 2019 matter, t/c w/D. Massey, reply to plaintiff counsel re same | 0.10 | 10.50 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.20 | 19.00 |
| | DAC | Review counsel's weekly memo. | 0.20 | 75.00 |
| | MTH | Prepare weekly recommendation memo re motions (.6) and fee applications (.2) | 0.80 | 224.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 1/12 | 0.10 | 28.00 |
| | MTH | Review of memorandum summarizing pleadings filed from 1/7 through 1/9 | 0.10 | 28.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 1/13/05 | 0.10 | 28.00 |
| | KJC | Review daily pleadings memo dated 1/14/05 | 0.10 | 19.00 |
| | KJC | Draft weekly recommendation memo | 0.20 | 38.00 |
| | MK | Review committee events calendar | 0.10 | 10.50 |
| **01/16/2005** | | | | |
| | MRE | Review of daily memo for January 13, 2005 | 0.10 | 29.00 |
| | MRE | Review of daily memo for January 14, 2005 | 0.10 | 29.00 |
| **01/17/2005** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation, retrieval and distribution of documents relating to adversary proceeding memo | 0.20 | 19.00 |
| | DEM | Update Attorney Binder | 0.20 | 19.00 |
| | MRE | Review of January 21, 2-005 agenda, e-mail to PVNL regarding same and memo to DEM | 0.40 | 116.00 |
| | MTH | Review of memorandum summarizing pleadings filed from 1/14 through 1/16 | 0.10 | 28.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 1/10 | 0.10 | 28.00 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| | MRE | Review of the daily memo | 0.10 | 29.00 |
| **01/18/2005** | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | E-filing of 2019 statement for The Shannon Law Firm, PLLC | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and | | |

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:             44

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | | orders) | 0.20 | 19.00 |
|  | KJC | Review daily pleadings memo dated 1/17/05 | 0.10 | 19.00 |
|  | KJC | Review adversary proceedings memo | 0.10 | 19.00 |
|  | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| 01/19/2005 | | | | |
|  | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| 01/20/2005 | | | | |
|  | KJC | Review daily pleadings memo dated 1/19/05 | 0.10 | 19.00 |
|  | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| 01/21/2005 | | | | |
|  | PEM | review weekly recommendation memo re: pending motions and matters (.3) and fee memo(.1) | 0.40 | 130.00 |
|  | DAC | Review counsel's weekly memo. | 0.20 | 75.00 |
|  | KJC | Review daily pleadings memo dated 1/21/05 | 0.10 | 19.00 |
|  | KJC | Draft weekly recommendation memo | 0.50 | 95.00 |
|  | KJC | Review weekly fee memo | 0.20 | 38.00 |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
|  | MK | Retrieval of agenda for 1/21/05 hearings; prepare fax to forward same | 0.20 | 21.00 |
|  | MRE | Review of the daily memorandum for 1/19/05. | 0.10 | 29.00 |
|  | MRE | Review daily pleadings memorandum for 1/18/05 | 0.10 | 29.00 |
|  | MRE | Review daily pleadings memorandum for 1/12/05 | 0.10 | 29.00 |
| 01/24/2005 | | | | |
|  | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
|  | MRE | Meeting with creditor regarding status | 0.20 | 58.00 |
|  | MRE | E-mail with committee member | 0.10 | 29.00 |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | MTH | Review of memorandum summarizing pleadings filed on 1/20 | 0.10 | 28.00 |
|  | MTH | Review of memorandum summarizing pleadings filed on 1/18 | 0.10 | 28.00 |
|  | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
|  | MK | Review committee calendar | 0.10 | 10.50 |
|  | MRE | Review daily pleadings memorandum for January 20, 2005. | 0.10 | 29.00 |
| 01/25/2005 | | | | |
|  | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
|  | MTH | Review of memorandum summarizing pleadings filed on 1/24/05 | 0.10 | 28.00 |
|  | MTH | Review of memorandum summarizing pleadings filed from 1/21 through 1/23 | 0.10 | 28.00 |
|  | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |

Page: 6
01/31/2005
ACCOUNT NO:      3000-07D
STATEMENT NO:        44

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MRE | Review daily pleadings memorandum for January 24, 2005. | 0.10 | 29.00 |
| | MRE | Review daily pleadings memorandum for 1/25/05. | 0.10 | 29.00 |
| 01/26/2005 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.30 | 28.50 |
| | DEM | Review Pleadings and electronic filing notices filed in adversary proceedings; preparation relating to adversary proceeding memo | 0.20 | 19.00 |
| | MTH | Discussion with MRE re events at Jan. Omnibus | 0.10 | 28.00 |
| | MRE | Drafting memo to the committee regarding disclosure statement, estimation and omnibus hearing | 3.10 | 899.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 32.50 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| 01/27/2005 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | DEM | Revision of Weekly Recommendation Memo (adding new motions and orders) | 0.10 | 9.50 |
| | MRE | Drafting e-mail to creditor regarding status | 0.20 | 58.00 |
| | DEM | Preparation and e-filing of withdrawal of objection | 0.30 | 28.50 |
| | MTH | Review of memorandum summarizing pleadings filed on 1/26/05 | 0.10 | 28.00 |
| | MTH | Reviewing Orders entered. | 0.10 | 28.00 |
| | TD | Retrieval of documents & distribution of same for daily memo | 0.10 | 9.50 |
| | MRE | Review daily pleadings memorandum for January 26, 2005. | 0.10 | 29.00 |
| 01/28/2005 | | | | |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | MRE | Response to creditor inquiry | 0.20 | 58.00 |
| | MTH | Prepare weekly recommendation memo re fee applications | 0.20 | 56.00 |
| | MTH | Prepare weekly recommendation memo re motions. | 1.00 | 280.00 |
| | PEM | Review weekly recommendation memo re: pending matters (.3) and fee memo (.1) | 0.40 | 130.00 |
| | DAC | Review counsel's weekly memo. | 0.20 | 75.00 |
| | MTH | Review of memorandum summarizing pleadings filed on 1/27 | 0.10 | 28.00 |
| 01/30/2005 | | | | |
| | MRE | Review daily pleadings memorandum for 1/28/05 | 0.10 | 29.00 |
| 01/31/2005 | | | | |
| | MTH | Review of memorandum summarizing pleadings filed on 1/28/05 | 0.10 | 28.00 |
| | DEM | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 19.00 |
| | TD | Retrieval of documents & distribution of same for daily memo. | 0.10 | 9.50 |
| | MK | Review committee events calendar | 0.10 | 10.50 |
| | | FOR CURRENT SERVICES RENDERED | 32.20 | 6,787.00 |

Page: 7
01/31/2005

W.R. Grace

ACCOUNT NO: 3000-07D
STATEMENT NO: 44

Committee, Creditors, Noteholders, Equity Holders

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.70 | $375.00 | $262.50 |
| Philip E. Milch | 3.30 | 325.00 | 1,072.50 |
| Michele Kennedy | 1.00 | 105.00 | 105.00 |
| Mark T. Hurford | 5.90 | 280.00 | 1,652.00 |
| Marla R. Eskin | 7.50 | 290.00 | 2,175.00 |
| Kathleen J. Campbell | 2.20 | 190.00 | 418.00 |
| Diane E. Massey | 9.00 | 95.00 | 855.00 |
| Katherine Hemming | 0.20 | 95.00 | 19.00 |
| Tara Donofrio | 2.40 | 95.00 | 228.00 |

TOTAL CURRENT WORK                                    6,787.00

| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -5,099.20 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -8,144.80 |
| | TOTAL PAYMENTS | -13,244.00 |
| | BALANCE DUE | $29,746.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                           01/31/2005
Wilmington  DE                                                    ACCOUNT NO:        3000-08D
                                                                 STATEMENT NO:              43

Employee Benefits/Pension

PREVIOUS BALANCE                                                               -$270.70

CREDIT BALANCE                                                                  -$270.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                                | Page: 1 |
|--------------------------------|---------|
| W.R. Grace                     | 01/31/2005 |
| Wilmington  DE                 | ACCOUNT NO:    3000-09D |
|                                | STATEMENT NO:          19 |

Employee Applications, Applicant

|            | PREVIOUS BALANCE                          | $75.10 |
|------------|-------------------------------------------|--------|
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%)    | -46.40 |
|            | BALANCE DUE                               | $28.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburg, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
|  | STATEMENT NO:    44 |

Employment Applications, Others

PREVIOUS BALANCE                                                        $7,258.10

|  |  | HOURS |  |
|---|---|---|---|
| **01/25/2005** |  |  |  |
| MTH | Reviewing PD Comm.'s Notice of withdrawal of retention application | 0.10 | 28.00 |
|  |  |  |  |
| **01/27/2005** |  |  |  |
| MRE | Review of Debtors' motion to retain Baker, Donelson, Bearman, Caldwell & Berkowitc, P.C. | 0.20 | 58.00 |
| MRE | Review of CIBC retention application. | 0.20 | 58.00 |
|  |  |  |  |
| **01/28/2005** |  |  |  |
| MTH | Correspondence to and from MRE re AKO Retention Application | 0.30 | 84.00 |
| MTH | Reviewing and revising AKO Retention Application | 0.70 | 196.00 |
| MTH | Telephone conference with PVNL re AKO Retention Application. | 0.30 | 84.00 |
| MTH | Correspondence to PVNL re AKO retention application. | 0.10 | 28.00 |
| MRE | Addressing Horkovich retention matters | 0.30 | 87.00 |
| MTH | Reviewing FR's Supplemental Application to retain CIBC | 0.40 | 112.00 |
| MTH | Reviewing Debtors' Motion to Expand Retention of Baker Donelson | 0.50 | 140.00 |
| MTH | Reviewing correspondence from Tobin re AKO retention application. | 0.10 | 28.00 |
|  |  |  |  |
| **01/31/2005** |  |  |  |
| MTH | Reviewing correspondence from Rita Tobin re AKO retention application. | 0.20 | 56.00 |
| MTH | Reviewing Second Supplemental Statement of Austern. | 0.10 | 28.00 |
|  | FOR CURRENT SERVICES RENDERED | 3.50 | 987.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.80 | $280.00 | $784.00 |
| Marla R. Eskin | 0.70 | 290.00 | 203.00 |

Page: 2

W.R. Grace

01/31/2005

ACCOUNT NO:      3000-10D

STATEMENT NO:            44

Employment Applications, Others

TOTAL CURRENT WORK                                                                      987.00

01/26/2005      Payment - Thank you. (May, 2004 - 80%)                              -1,176.40
01/26/2005      Payment - Thank you. (October, 2004 - 80%)                            -114.80

TOTAL PAYMENTS                                                    -1,291.20

BALANCE DUE                                                          $6,953.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    01/31/2005
Wilmington DE                                                      ACCOUNT NO:        3000-11D
                                                                   STATEMENT NO:             42

Expenses

PREVIOUS BALANCE                                                                        $7,589.33

| | | |
|---|---|---:|
| 01/03/2005 | Parcels - service of 2019 Statements | 43.65 |
| 01/03/2005 | AT&T Long Distance Phone Calls | 4.36 |
| 01/04/2005 | Parcels hand delivery to Bankruptcy Court | 7.50 |
| 01/05/2005 | Parcels hand delivery to Pachulski Stang | 6.25 |
| 01/05/2005 | Parcels hand delivery to Richards Layton & Finger | 6.25 |
| 01/05/2005 | Parcels hand delivery to Bankruptcy Court | 6.25 |
| 01/05/2005 | Parcels hand delivery to Office of U.S. Trustee | 2.08 |
| 01/06/2005 | Parcels hand delivery to the Bayard Firm | 5.00 |
| 01/06/2005 | Parcels hand delivery to Duane Morris | 5.00 |
| 01/06/2005 | Parcels hand delivery to Klett Rooney Lieber & Schorling | 5.00 |
| 01/06/2005 | Parcels hand delivery to Office of U.S. Truste | 5.00 |
| 01/06/2005 | Parcels hand delivery to Ferry & Joseph | 5.00 |
| 01/06/2005 | Parcels hand delivery to Pachulski Stang | 5.00 |
| 01/06/2005 | Parcels - CNO's LTC for October and September | 22.95 |
| 01/08/2005 | Parcels, Inc. - Hand Delivery to Bankruptcy Court on 1/6/05 | 1.25 |
| 01/08/2005 | Parcels, Inc. - Hand Delivery to the Office of U.S. Trustee on 1/6/05 | 1.25 |
| 01/08/2005 | Parcels, Inc. - Hand Delivery to Pachulski Stang on 1/6/05 | 3.75 |
| 01/10/2005 | Parcels hand delivery to Pachulski Stang | 5.00 |
| 01/10/2005 | Parcels hand delivery to the Bayard Firm | 5.00 |
| 01/10/2005 | Parcels hand delivery to Duane Morris | 5.00 |
| 01/10/2005 | Parcels hand delivery to Ferry & Joseph | 5.00 |
| 01/10/2005 | Parcels hand delivery to Klett Rooney Lieber & Schorling | 5.00 |
| 01/10/2005 | Parcels hand delivery to Office of U.S. Trustee | 5.00 |
| 01/20/2005 | Travel - Roundtrip Airfare US Airway from Philadelphia, PA to Pittsburgh, PA | 722.40 |
| 01/20/2005 | Travel - Omni William Penn Hotel in Pittsburgh, PA, 1 night, including tax | 169.86 |
| 01/20/2005 | Travel - Parking Sunpark Scott Way Pittsburgh, PA, 1/20/05-1/21/05 | 29.74 |
| 01/21/2005 | Thomas J. Mackey's Copy Service (Notice of Agenda for 1-21-05 Hearing) | 11.86 |
| 01/21/2005 | Thomas J. Mackey's Copy Service (Notice of Agenda for 1-21-05 Hearing) | 11.37 |
| 01/21/2005 | Icon Copy Service / ordered 1-20-05 / Misc. Documents for Hearing 1-21-05 | 334.16 |

Page: 2
01/31/2005

W.R. Grace

ACCOUNT NO:    3000-11D
STATEMENT NO:           42

Expenses

| | | |
|---|---|---:|
| 01/21/2005 | Meal - Breakfast at Omni William Penn Hotel in Pittsburgh, PA | 15.00 |
| 01/21/2005 | Meal - Dinner at TGI Fridays in Pittsburgh, PA | 10.04 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to Federal Express on 1/19/2005. | 15.00 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to Duane Morris LLP on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to The Bayard Firm on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to Pachulski Stang on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to Ferry & Joseph on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to Klett Rooney Lieber & Schorling on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand Delivery to Office of U.S. Trustee on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand delivery to Ferry & Joseph on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand delivery to Pachulski & Stang on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand delivery to Duane Morris LLP on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand delivery to Klett Rooney Lieber & Schorling on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - Hand delivery to Morris Nichols Arsht & Tunnell on 1/20/05. | 5.00 |
| 01/22/2005 | Parcels, Inc. - C&D (FC) November CNO on 1/20/05. | 23.30 |
| 01/22/2005 | Parcels, Inc. - C&L & C&D November CNO's on 1/20/05. | 48.00 |
| 01/28/2005 | Federal Express to Campbell & Levine in Pittsburgh from Delaware office on 1/21/05 | 57.14 |
| 01/31/2005 | Pacer Charges for the Month of December 2004 | 85.68 |
| 01/31/2005 | Pacer Charges for the Month of December 2004 | 1.19 |
| 01/31/2005 | Parcels, Inc. - Hand Delivery to Pachulski Stang on 1/31/05 | 5.00 |
| 01/31/2005 | Parcels, Inc. - Hand Delivery to Ferry & Joseph on 1/31/05 | 5.00 |
| 01/31/2005 | Parcels, Inc. - Hand Delivery to the Bayard Firm on 1/31/05 | 5.00 |
| 01/31/2005 | Parcels, Inc. - Hand Delivery to Duane Morris LLP on 1/31/05 | 5.00 |
| 01/31/2005 | Parcels, Inc. - Hand Delivery to Office of U.S. Trustee on 1/31/05 | 5.00 |
| 01/31/2005 | Parcels, Inc. - Hand Delivery to Klett Rooney Lieber & Schorling on 1/31/05 | 5.00 |
| 01/31/2005 | Federal Express to Marla Eskin on Jan. 24, 2005 | 45.00 |
| 01/31/2005 | Federal Express to Blitzin Sumberg et. al. on Jan. 22, 2005 | 56.66 |
| 01/31/2005 | Federal Express to Blitzin Sumberg et. al. on Jan. 22, 2005 | 84.46 |
| 01/31/2005 | Federal Express to Blitzin Sumberg et. al. on Jan. 22, 2005 | 56.68 |
| | TOTAL EXPENSES | 2,028.08 |
| | TOTAL CURRENT WORK | 2,028.08 |
| 01/26/2005 | Payment - Thank you. (May, 2004 - 100%) | -1,219.87 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 100%) | -663.35 |
| | TOTAL PAYMENTS | -1,883.22 |
| | BALANCE DUE | $7,734.19 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                01/31/2005
Wilmington  DE                                          ACCOUNT NO:    3000-12D
                                                        STATEMENT NO:        42

Fee Applications, Applicant

PREVIOUS BALANCE                                                        $5,831.80

|  |  | HOURS |  |
|---|---|---|---|
| 01/16/2005 |  |  |  |
| MTH | Reviewing pre-bill. | 1.30 | 364.00 |
| 01/18/2005 |  |  |  |
| MRE | Review and revision to December pre-bill | 0.70 | 203.00 |
| 01/20/2005 |  |  |  |
| KJC | Review and sign CNO re C&L November monthly | 0.20 | 38.00 |
| KH | Review case docket for objection to C&L November Fee Application(.1); Prepare Certificate of No Objection(.2); E-file Certificate of No Objection(.2) | 0.50 | 47.50 |
| 01/26/2005 |  |  |  |
| KJC | Review C&L December monthly application | 0.30 | 57.00 |
| 01/31/2005 |  |  |  |
| KH | Prepare Excel spreadsheet for C&L December Fee Application re: professional hours v. project categories | 0.50 | 47.50 |
| KH | Review email from D. Seitz re: December bill(.1); Prepare C&L December Fee Application(.3); Finalize and e-file December Fee Application(.3) | 0.70 | 66.50 |
|  | FOR CURRENT SERVICES RENDERED | 4.20 | 823.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $280.00 | $364.00 |
| Marla R. Eskin | 0.70 | 290.00 | 203.00 |
| Kathleen J. Campbell | 0.50 | 190.00 | 95.00 |

Page: 2
01/31/2005

W.R. Grace

ACCOUNT NO:        3000-12D
STATEMENT NO:              42

Fee Applications, Applicant

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Katherine Hemming | 1.70 | 95.00 | 161.50 |
| | | | |
| TOTAL CURRENT WORK | | | 823.50 |

| | | |
|---|---|---|
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -525.60 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -1,020.80 |
| | TOTAL PAYMENTS | -1,546.40 |
| | BALANCE DUE | $5,108.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                    01/31/2005
Wilmington  DE                                              ACCOUNT NO:      3000-13D
                                                           STATEMENT NO:             29

Fee Applications, Others

PREVIOUS BALANCE                                                            $8,392.60

|  |  | HOURS |  |
|---|---|---|---|
| **01/03/2005** | | | |
| MTH | Reviewing correspondence from KH to Committee re expense reimbursements. | 0.10 | 28.00 |
| KH | Review November Fee Application of Protiviti Inc.(.1); Update Kaiser Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| **01/05/2005** | | | |
| KH | Review July-September Interim Fee Application of Pachulski, Stang, Ziehl, Young, Jones, & Weintraub(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| **01/06/2005** | | | |
| KH | Review November Fee Application of Ferry, Joseph, & Pearce(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KJC | Review and sign CNO re LTC September application | 0.20 | 38.00 |
| KJC | Review and sign CNO re LTC October application | 0.20 | 38.00 |
| KH | Review case docket for objections to LTC September Fee Application(.1); Prepare Certificate of No Objection(.2); E-file Certificate of No Objection(.2). | 0.50 | 47.50 |
| KH | Review case docket for objections to LTC October Fee Application(.1); Prepare Certificate of No Objection(.2); E-file Certificate of No Objection(.2). | 0.50 | 47.50 |
| **01/07/2005** | | | |
| KH | Review October Fee Application of Holme, Roberts, & Owen(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| KH | Review November Fee Application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review November Fee Application of Wallace, King, Marraro, & Branson(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| **01/10/2005** | | | |
| KH | Review (FC) November Fee Application of Bilzin, Sumberg, Baena, Price, & Axelrod(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review (FC) September-October Fee Application of Bilzin, Sumberg, Baena, Price, & Axelrod(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review (FC) October Fee Application of Ferry, Joseph, & Pearce(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review November Fee Application of Stroock, Stroock, & Lavan(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review November Fee Application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review July-September Interim Fee Application of Ferry, Joseph, & Pearce(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review November Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review email from D. Collins re: November Fee Application(.1); Update LTC November Fee Application(.3); Format and e-file November Fee Application(.3). | 0.70 | 66.50 |
| KJC | Review LTC November monthly application | 0.30 | 57.00 |
| **01/11/2005** | | | |
| KH | Review November Fee Application of Pitney Hardin(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| **01/13/2005** | | | |
| KH | Review September Fee Application of Lukins & Annis(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review August Fee Application of Lukins & Annis(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review October Fee Application of Pachulski, Stang, Ziehl, Young, Jones, & Weintraub(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review November Fee Application of Buchanan Ingersoll(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review November Fee Application of Richardson, Patrick, Westbrook, & Brickman(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KH | Review July-September Interim Fee Application of Lukins & Annis(.1); Update Grace Weekly Recommendation Memo(.1). | 0.20 | 19.00 |
| KJC | Research and e-mails with PVNL on issue of bankruptcy v. non-bankruptcy rates | 0.20 | 38.00 |

Page: 3
W.R. Grace
01/31/2005
ACCOUNT NO:        3000-13D
STATEMENT NO:            29

Fee Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| 01/19/2005 | | | | |
| | KH | Review November Fee Application of PricewaterhouseCoopers(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review December Fee Application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| 01/20/2005 | | | | |
| | KJC | Review and sign CNO re C&D November monthly | 0.20 | 38.00 |
| | KJC | Review and sign CNO re C&D November monthly adversary application | 0.20 | 38.00 |
| | KH | Review case docket for objection to C&D November Fee Application(.1); Prepare Certificate of No Objection(.2); E-file Certificate of No Objection(.2) | 0.50 | 47.50 |
| | KH | Review case docket for objection to C&D (Sealed-Air) November Fee Application(.1); Prepare Certificate of No Objection(.2); E-file Certificate of No Objection(.2) | 0.50 | 47.50 |
| 01/25/2005 | | | | |
| | KH | Review November Fee Application of CIBC World Markets Corp.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review November Fee Application of The Blackstone Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| | KH | Review December Fee Application of The Blackstone Group(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 19.00 |
| 01/26/2005 | | | | |
| | KJC | Review LTC December monthly application | 0.30 | 57.00 |
| | KJC | Review C&D December monthly application | 0.30 | 57.00 |
| 01/31/2005 | | | | |
| | KH | Review email from A. Katznelson re: December fee application(.1); Update C&D December Fee Application(.3); Finalize and e-file December Fee Application(.3) | 0.70 | 66.50 |
| | KH | Review email from D. Collins re: December fee application(.1); Update LTC December Fee Application(.3); Finalize and e-file December Fee Application(.3) | 0.70 | 66.50 |
| | | FOR CURRENT SERVICES RENDERED | 11.10 | 1,253.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $280.00 | $28.00 |
| Kathleen J. Campbell | 1.90 | 190.00 | 361.00 |
| Katherine Hemming | 9.10 | 95.00 | 864.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,253.50 |

Page: 4
01/31/2005

W.R. Grace

ACCOUNT NO:        3000-13D
STATEMENT NO:              29

Fee Applications, Others

| | | |
|---|---|---|
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -1,051.20 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -1,628.00 |
| | TOTAL PAYMENTS | -2,679.20 |
| | BALANCE DUE | $6,966.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2005
ACCOUNT NO:    3000-15D
STATEMENT NO:    44

Hearings

PREVIOUS BALANCE    $10,914.45

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2005 | | | | |
| | PEM | Review hearing memo from 12/20 hearing | 0.10 | 32.50 |
| 01/07/2005 | | | | |
| | MRE | E-mail with DEM regarding hearing | 0.20 | 58.00 |
| | DAC | Review counsel's recommendations. | 0.20 | 75.00 |
| | MTH | Reviewing correspondence from MRE re hearing. | 0.10 | 28.00 |
| 01/11/2005 | | | | |
| | MRE | Review of matters scheduled for hearing | 0.30 | 87.00 |
| | MRE | Meeting with DEM regarding matters for hearing | 0.10 | 29.00 |
| | MRE | Drafting e-mail to DEM regarding hearing matters | 0.10 | 29.00 |
| 01/14/2005 | | | | |
| | MTH | Reviewing correspondence from MRE re hearings next week and discussion with MRE re same. | 0.20 | 56.00 |
| 01/18/2005 | | | | |
| | DEM | Preparation of attorney binder for omnibus hearing (January 21, 2005) | 1.50 | 142.50 |
| 01/19/2005 | | | | |
| | DEM | Preparation of attorney binder for omnibus hearing (January 24, 2005) | 0.30 | 28.50 |
| | DEM | Continued preparation of hearing binders for 1/21/05 hearing. | 0.50 | 47.50 |
| 01/20/2005 | | | | |
| | MRE | Preparation for hearing | 3.00 | 870.00 |

Page: 2
01/31/2005

W.R. Grace

| | ACCOUNT NO: | 3000-15D |
|---|---|---|
| | STATEMENT NO: | 44 |

Hearings

| | | | HOURS | |
|---|---|---|---|---|
| 01/21/2005 | | | | |
| | MRE | Court appearance | 7.00 | 2,030.00 |
| | | | | |
| 01/24/2005 | | | | |
| | MRE | Court appearance for omnibus hearing | 1.00 | 290.00 |
| | MRE | Preparation for court appearance | 0.50 | 145.00 |
| | | | | |
| 01/26/2005 | | | | |
| | PEM | Review 1/25 Hearing memo | 0.10 | 32.50 |
| | DAC | Review of memo re: 1/21/05 hearings. | 0.30 | 112.50 |
| | | FOR CURRENT SERVICES RENDERED | 15.50 | 4,093.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.50 | $375.00 | $187.50 |
| Philip E. Milch | 0.20 | 325.00 | 65.00 |
| Mark T. Hurford | 0.30 | 280.00 | 84.00 |
| Marla R. Eskin | 12.20 | 290.00 | 3,538.00 |
| Diane E. Massey | 2.30 | 95.00 | 218.50 |

| | TOTAL CURRENT WORK | | 4,093.00 |
|---|---|---|---|

| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -1,242.00 |
|---|---|---|
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -1,854.00 |
| | TOTAL PAYMENTS | -3,096.00 |
| | BALANCE DUE | $11,911.45 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:    3000-16D |
| | STATEMENT NO:           29 |

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                         $7,332.50

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **01/05/2005** | | | | |
| | MTH | Reviewing correspondence from D. Carickhoff re KWELMBS settlement motion, ACC objection thereto and response to same. | 0.20 | 56.00 |
| **01/06/2005** | | | | |
| | MTH | Drafting notice of withdrawal of limited objection to KWELMBS settlement. | 0.30 | 84.00 |
| **01/18/2005** | | | | |
| | KJC | Review Third Circuit Order re Sealed Air proceedings and e-mail MRE, MTH re same | 0.20 | 38.00 |
| | KJC | Addressing issues related to January 21, 2005 disclosure statement hearing | 0.80 | 152.00 |
| **01/24/2005** | | | | |
| | MTH | Reviewing correspondence from JPC re correspondence to CA3 re sealed air. | 0.10 | 28.00 |
| **01/26/2005** | | | | |
| | MTH | Reviewing correspondence from CA3 re status of seal air settlement. | 0.10 | 28.00 |
| | MRE | E-mails with MTH regarding letter to 3rd circuit regarding status | 0.10 | 29.00 |
| **01/27/2005** | | | | |
| | MTH | Reviewing and signing notice of withdrawal re KWELMBS settlement | 0.20 | 56.00 |
| **01/28/2005** | | | | |
| | MTH | Call and correspondence to S. Blatnick and J. Baer re Debtors' Motion re CCC Settlement Agreement. | 0.20 | 56.00 |

W.R. Grace

|  |  |  | ACCOUNT NO: | 3000-16D |
|---|---|---|---|---|
|  |  |  | STATEMENT NO: | 29 |

Litigation and Litigation Consulting

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Reviewing Debtors' Motion for approval of settlement with Continental Casualty. | 0.40 | 112.00 |
|  | MTH | Reviewing correspondence from J Baer re CCC settlement and response to same. | 0.10 | 28.00 |
| 01/31/2005 | MTH | Reviewing relevant documents and drafting correspondence to CA3 re status of Sealed Air Settlement. | 1.40 | 392.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 4.10 | 1,059.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.00 | $280.00 | $840.00 |
| Marla R. Eskin | 0.10 | 290.00 | 29.00 |
| Kathleen J. Campbell | 1.00 | 190.00 | 190.00 |
|  |  |  |  |
| TOTAL CURRENT WORK |  |  | 1,059.00 |

| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -1,750.40 |
|---|---|---|
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -1,480.00 |
|  | TOTAL PAYMENTS | -3,230.40 |
|  | BALANCE DUE | $5,161.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 01/31/2005 |
| Wilmington DE | ACCOUNT NO: | 3000-17D |
|  | STATEMENT NO: | 29 |

Plan and Disclosure Statement

PREVIOUS BALANCE $9,285.20

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 01/03/2005 |  |  |  |  |
|  | MTH | Correspondence to PVNL re exclusivity motion. | 0.10 | 28.00 |
|  | MRE | Review of Debtor's motion to extend removal of actions | 0.20 | 58.00 |
| 01/04/2005 |  |  |  |  |
|  | MTH | Reviewing correspondence from PVNL re objections to D/S and Estimation Motion (.1) and Correspondence to D. Cohn re same (.2) | 0.30 | 84.00 |
|  | MTH | Reviewing correspondence from PVNL re Debtors' Motion to Extend Exclusivity and revisions to weekly memo re same. | 0.20 | 56.00 |
|  | MRE | Review of e-mail from MTH regarding exclusivity | 0.10 | 29.00 |
|  | MRE | Review of e-mail from PVNL regarding exclusivity | 0.10 | 29.00 |
|  | MTH | Reviewing Order granting motion to file D/S objection under seal, reviewing JKF procedures re filing under seal, reviewing notice of filing under seal and contents re same. | 0.30 | 84.00 |
| 01/06/2005 |  |  |  |  |
|  | MTH | Correspondence to BAS re Orders granting motions to file under seal and delivery of copies thereof. | 0.20 | 56.00 |
|  | MTH | Reviewing Debtors' Motion to Extend Time to Remove Actions. | 0.30 | 84.00 |
| 01/08/2005 |  |  |  |  |
|  | MRE | Review of Equity response to motion to extend exclusive periods | 0.10 | 29.00 |
| 01/11/2005 |  |  |  |  |
|  | MRE | Review of debtors brief regarding confirmation issues | 0.40 | 116.00 |
|  | MRE | Review of Debtor's objections to solicitation proceeding | 0.30 | 87.00 |
|  | MRE | Review of Debtor's brief regarding confirmation issues | 0.40 | 116.00 |
|  | MRE | Review of Debtor's Response to Disclosure Objections | 0.10 | 29.00 |

W.R. Grace

|  |  |  | ACCOUNT NO: | 3000-17D |
|  |  |  | STATEMENT NO: | 29 |

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MRE | Review of Debtor's Reply to Case Management Order |  | 0.20 | 58.00 |
| MRE | Review of Future Claimant's Representative's Objection to motion to extend exclusive periods for filing a plan |  | 0.20 | 58.00 |
| MRE | Review of Debtor's response to motion to strike notice of intent |  | 0.20 | 58.00 |
| **01/13/2005** |  |  |  |  |
| DAC | Review memo on history and status of plan, process issues and negotiations. |  | 0.30 | 112.50 |
| **01/14/2005** |  |  |  |  |
| PEM | Begin review of amended Plan documents |  | 2.00 | 650.00 |
| **01/15/2005** |  |  |  |  |
| MTH | Reviewing correspondence from MB (x2) re Amended POR and response to same. |  | 0.20 | 56.00 |
| **01/17/2005** |  |  |  |  |
| PEM | Continue review of Plan documents |  | 3.40 | 1,105.00 |
| **01/21/2005** |  |  |  |  |
| MTH | Reviewing FR's Objection to Debtors' Motion to Extend Exclusivity. |  | 0.30 | 84.00 |
| **01/24/2005** |  |  |  |  |
| MTH | Reviewing additional filing re documents for exhibit book. |  | 0.20 | 56.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 10.10 | 3,122.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.30 | $375.00 | $112.50 |
| Philip E. Milch | 5.40 | 325.00 | 1,755.00 |
| Mark T. Hurford | 2.10 | 280.00 | 588.00 |
| Marla R. Eskin | 2.30 | 290.00 | 667.00 |

|  |  |  |  |
|---|---|---|---|
| TOTAL CURRENT WORK |  |  | 3,122.50 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) |  | -733.20 |
| BALANCE DUE |  |  | $11,674.50 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:      3000-18D |
|  | STATEMENT NO:              29 |

Relief from Stay Proceedings

| | PREVIOUS BALANCE | $3,042.70 |
|---|---|---|
| | | |
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -337.20 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -487.60 |
| | TOTAL PAYMENTS | -824.80 |
| | BALANCE DUE | $2,217.90 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:       3000-19D |
|  | STATEMENT NO:            19 |

Tax Issues

| | |
|---|---|
| PREVIOUS BALANCE | $193.10 |
| BALANCE DUE | $193.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


|                   |                |
|-------------------|----------------|
|                   | Page: 1        |
| W.R. Grace        | 01/31/2005     |
| Wilmington  DE    | ACCOUNT NO:  3000-20D |
|                   | STATEMENT NO:    28 |


Tax Litigation


PREVIOUS BALANCE                                          $468.80

BALANCE DUE                                               $468.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2005
ACCOUNT NO:      3000-21D
STATEMENT NO:             20

Travel-Non-Working

PREVIOUS BALANCE                                                                          $745.50

| | | HOURS | |
|---|---|---|---|
| 01/20/2005 | | | |
| MRE | Non-working travel time from Wilmington to Pittsburgh for hearing  (billed at 1/2 tiime) | 1.70 | 493.00 |
| 01/21/2005 | | | |
| MRE | Travel time from Pittsburgh to Philadelphia for hearing (billed at 1/2 time) | 1.70 | 493.00 |
| | FOR CURRENT SERVICES RENDERED | 3.40 | 986.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Marla R. Eskin | 3.40 | $290.00 | $986.00 |

TOTAL CURRENT WORK                                                                     986.00

01/26/2005     Payment - Thank you. (May, 2004 - 80%)                          -324.80

BALANCE DUE                                                                            $1,406.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:        3000-22D |
|  | STATEMENT NO:              33 |

Valuation

PREVIOUS BALANCE                                                      $1,185.00

BALANCE DUE                                                            $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 01/31/2005 |
| Wilmington  DE | ACCOUNT NO:        3000-23D |
| | STATEMENT NO:              33 |

ZAI Science Trial

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $5,913.00 |
| | | |
| 01/26/2005 | Payment - Thank you. (May, 2004 - 80%) | -22.00 |
| 01/26/2005 | Payment - Thank you. (October, 2004 - 80%) | -3,589.60 |
| | TOTAL PAYMENTS | -3,611.60 |
| | BALANCE DUE | $2,301.40 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
01/31/2005
ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-02 Asset Disposition | | | | | |
| 368.60 | 0.00 | 0.00 | 0.00 | -179.60 | $189.00 |
| 3000-03 Business Operations | | | | | |
| 468.20 | 0.00 | 0.00 | 0.00 | -91.60 | $376.60 |
| 3000-04 Case Administration | | | | | |
| 1,588.30 | 0.00 | 0.00 | 0.00 | -427.20 | $1,161.10 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 7,368.60 | 141.00 | 0.00 | 0.00 | -418.00 | $7,091.60 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 1,634.00 | 145.00 | 0.00 | 0.00 | -817.60 | $961.40 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 36,203.40 | 6,787.00 | 0.00 | 0.00 | -13,244.00 | $29,746.40 |
| 3000-08 Employee Benefits/Pension | | | | | |
| -270.70 | 0.00 | 0.00 | 0.00 | 0.00 | -$270.70 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 75.10 | 0.00 | 0.00 | 0.00 | -46.40 | $28.70 |
| 3000-10 Employment Applications, Others | | | | | |
| 7,258.10 | 987.00 | 0.00 | 0.00 | -1,291.20 | $6,953.90 |
| 3000-11 Expenses | | | | | |
| 7,589.33 | 0.00 | 2,028.08 | 0.00 | -1,883.22 | $7,734.19 |

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,831.80 | 823.50 | 0.00 | 0.00 | -1,546.40 | $5,108.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 8,392.60 | 1,253.50 | 0.00 | 0.00 | -2,679.20 | $6,966.90 |
| 3000-15 Hearings | | | | | |
| 10,914.45 | 4,093.00 | 0.00 | 0.00 | -3,096.00 | $11,911.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,332.50 | 1,059.00 | 0.00 | 0.00 | -3,230.40 | $5,161.10 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 9,285.20 | 3,122.50 | 0.00 | 0.00 | -733.20 | $11,674.50 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 3,042.70 | 0.00 | 0.00 | 0.00 | -824.80 | $2,217.90 |
| 3000-19 Tax Issues | | | | | |
| 193.10 | 0.00 | 0.00 | 0.00 | 0.00 | $193.10 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 745.50 | 986.00 | 0.00 | 0.00 | -324.80 | $1,406.70 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 5,913.00 | 0.00 | 0.00 | 0.00 | -3,611.60 | $2,301.40 |
| 115,587.58 | 19,397.50 | 2,028.08 | 0.00 | -34,445.22 | $102,567.94 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.