## EXHIBIT A

### Case Administration (19.10 Hours; $ 6,453.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.90 | $720 | 3,528.00 |
| Julie W. Davis | .40 | $560 | 224.00 |
| Rita C. Tobin | .60 | $415 | 249.00 |
| Robert C. Spohn | 5.70 | $200 | 1,140.00 |
| Andrew D. Katznelson | 7.50 | $175 | 1,312.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/05 | PVL | 720.00 | 0.30 | Review 43 miscellaneous filings. |
| 01/03/05 | PVL | 720.00 | 0.30 | Review 9 miscellaneous filings (.1); teleconference EI (.2). |
| 01/03/05 | RCS | 200.00 | 0.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/03/05 (.8). |
| 01/03/05 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 01/04/05 | PVL | 720.00 | 0.20 | Review 7 miscellaneous filings (.1); review Baena e-mail and reply (.1). |
| 01/04/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re: EI update. |
| 01/04/05 | ADK | 175.00 | 1.50 | Review and classify  recently received court documents and correspondence in order to create database regarding upcoming hearings an dpre-trial and status conferences for EI and RCT. |
| 01/05/05 | PVL | 720.00 | 0.10 | Teleconference Wyron. |
| 01/05/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/05/05 (.4). |

-2-

| 01/06/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/06/05 (.1). |
|---|---|---|---|---|
| 01/07/05 | JWD | 560.00 | 0.40 | Meeting with EI, PVNL, et al., re status of case |
| 01/07/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/07/05 (.4). |
| 01/07/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 01/09/05 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |
| 01/10/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations and dockets for EI update. |
| 01/10/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/10/05 (.2). |
| 01/11/05 | PVL | 720.00 | 0.20 | Review 3 miscellaneous filings. |
| 01/11/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/11/05 (.1). |
| 01/12/05 | PVL | 720.00 | 0.90 | Draft status report to committee (.8); teleconference Klibanow (.1). |
| 01/12/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/12/05 (.4). |
| 01/13/05 | PVL | 720.00 | 0.10 | Memo to committee re status. |
| 01/13/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/13/05 (.4). |
| 01/14/05 | PVL | 720.00 | 0.80 | Teleconference Mirabella. |
| 01/15/05 | PVL | 720.00 | 0.10 | Review 4 miscellaneous filings. |
| 01/17/05 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/17/05 (.6). |

| Date | Initials | Rate | Hours | Description |
|------|----------|------|-------|-------------|
| 01/18/05 | PVL | 720.00 | 0.20 | Review e-mail (.1); review agenda notice (.1). |
| 01/18/05 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/18/05 (.6). |
| 01/18/05 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 01/19/05 | PVL | 720.00 | 0.30 | Review 8 miscellaneous filings (.1); review amended agenda (.1); review e-mail (.1). |
| 01/19/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/19/05 (.2). |
| 01/19/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 01/21/05 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 01/21/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/21/05 (.1). |
| 01/22/05 | PVL | 720.00 | 0.10 | Review e-mail and reply. |
| 01/24/05 | PVL | 720.00 | 0.20 | Confer Campbell and Milch. |
| 01/24/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/24/05 (.3). |
| 01/25/05 | PVL | 720.00 | 0.10 | Review 7 miscellaneous filings. |
| 01/25/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/25/05 (.2). |
| 01/25/05 | ADK | 175.00 | 0.50 | Updated payment schedules with payments received. |
| 01/26/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/26/05 (.1). |
| 01/27/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/27/05. (.2). |

-4-

| 01/27/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 01/28/05 | PVL | 720.00 | 0.70 | Review 3 miscellaneous filings (.1); review 9019 motion re CCC deal (.1); review e-mail (.2); teleconference Wyron (.3). |
| 01/31/05 | PVL | 720.00 | 0.10 | Review e-mail. |
| 01/31/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re EI update. |
| 01/31/05 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/31/05. (.3)   Search dockets for specific filings requested by attorney. (.3) |
| 01/31/05 | ADK | 175.00 | 0.50 | Updated payment schedules with payments received. |

**Total Task Code .04          19.10**

**Claim Analysis Objection & Resolution (Asbestos) (.50 Hours; $ 360.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .50 | $720 | 360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/02/05 | PVL | 720.00 | 0.10 | Review PD Comm. obj re PD notice prop. |
| 01/07/05 | PVL | 720.00 | 0.10 | Review PD comm obj re ZAI bar date. |
| 01/11/05 | PVL | 720.00 | 0.20 | Review WGR reply to PD motion to strike. |
| 01/18/05 | PVL | 720.00 | 0.10 | Review WRG reply to PD obj. re est. |

**Total Task Code .05          .50**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 144.00)**

{D0039558:1 }

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/18/05 | PVL | 720.00 | 0.20 | Review 7th and 8th omni objections. |

**Total Task Code .06          .20**

### Employee Benefits/Pension (.20 Hours; $ 159.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $795 | 159.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/31/05 | EI | 795.00 | 0.20 | Employment contracts. |

**Total Task Code .08          .20**

### Employment Applications, Others (.40 Hours; $ 288.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $720 | 288.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/28/05 | PVL | 720.00 | 0.40 | Review draft AKO retention application (.2); teleconference Hurford re same (.2). |

**Total Task Code .10          .40**

**Fee Applications, Applicant (2.70 Hours; $ 760.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.20 | $415 | 498.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 12/16/04 | RCT | 415.00 | 0.10 | Review prebills. |
| 01/07/05 | RCT | 415.00 | 0.50 | Prebills reviewed. |
| 01/19/05 | RCT | 415.00 | 0.50 | Monthly fee apps reviewed. |
| 01/24/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 01/25/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 01/27/05 | RCT | 415.00 | 0.20 | Review fee app schedules for February. |

**Total Task Code .12        2.70**

**Fee Applications, Others (.10 Hours; $ 72.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/18/05 | PVL | 720.00 | 0.10 | Review 4 fee applications. |

**Total Task Code .13        .10**

**Litigation and Litigation Consulting (17.60 Hours; $ 9,870.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

{D0039558:1 }

| | | | | | |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .20 | | $795 | 159.00 |
| Albert G. Lauber | | 14.30 | | $580 | 8,294.00 |
| Nathan D. Finch | | 2.80 | | $475 | 1,330.00 |
| Brian A. Skretny | | .30 | | $290 | 87.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/03/05 | EI | 795.00 | 0.20 | T/c PVNL re: hearing before Fitzgerald (.2). |
| 01/04/05 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 01/04/05 | AGL | 580.00 | 0.60 | Review emails re FCR brief and section 524(s) argument. |
| 01/06/05 | AGL | 580.00 | 0.70 | Review final version of Objections and Disclosure Statement. |
| 01/07/05 | BAS | 290.00 | 0.30 | Attend all-hands asbestos litigation meeting (.3). |
| 01/07/05 | NDF | 475.00 | 0.30 | Review ZAI claimants pleading (.3). |
| 01/11/05 | AGL | 580.00 | 9.90 | Review Grace replies on Disclosure Statement issues, Confirmation issues, Estimation, and related Exhibits (4.1); legal research in connection with same (2.2); draft memo to PVNL with suggested points for oral argument (3.2). |
| 01/13/05 | AGL | 580.00 | 1.70 | Review debtor's estimation reply (1.1) and emails from KNB and PVNL re same (0.4); prepare notes on arguments to make in response (0.2). |
| 01/14/05 | AGL | 580.00 | 0.40 | Review BAS memo on estimation and research re prior use of questionnaires. |
| 01/18/05 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 01/22/05 | NDF | 475.00 | 2.50 | Review 3d Cir. order - respond to same (.5); outline post trial brief (2.0). |
| 01/27/05 | AGL | 580.00 | 0.20 | Review emails re objections to district court. |
| 01/28/05 | AGL | 580.00 | 0.40 | Review emails re objections to text of disclosure statement. |

**Total Task Code .16**          **17.60**

{D0039558:1 }

-8-

## Plan & Disclosure Statement (35.10 Hours; $ 20,188.50)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 20.00 | $720 | 14,400.00 |
| Julie W. Davis | 3.90 | $560 | 2,184.00 |
| Kimberly N. Brown | 3.10 | $405 | 1,255.50 |
| Brian A. Skretny | 8.10 | $290 | 2,349.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/07/05 | PVL | 720.00 | 1.20 | Review revised POR and DS. |
| 01/10/05 | PVL | 720.00 | 0.50 | Teleconference Kruger (.3); e-mail Massey (.1); teleconference EI (.1). |
| 01/11/05 | PVL | 720.00 | 2.60 | Review e-mail (.2); review WGR reply re DS (.1); review WGR conf. issue reply (.7); e-mail AGL et al re same (.1); review WGR CMO reply (.2); review WGR conf. proc. reply (.1); review WGR est. reply (.6); review PPI opinion and AGL memo re same (.5); review FCR excl. opposition (.1). |
| 01/11/05 | JWD | 560.00 | 3.90 | Review debtor's replies to ACC responses to estimation, solicitation, CMO motions |
| 01/11/05 | KNB | 405.00 | 1.40 | Review Debtors' reply to estimation opposition, Debtors' reply to omnibus objection to disclosure statement, Debtors' brief re confirmation issues, Debtor's reply in support of motion for entry of case management order |
| 01/11/05 | BAS | 290.00 | 0.40 | Per PVNL's request, send e-mail update to asbestos group re: Grace Case Management and Estimation briefing (.4). |
| 01/12/05 | PVL | 720.00 | 0.40 | Review KNB memo re est. reply (.1); review charts re DS objs. (.3). |
| 01/12/05 | KNB | 405.00 | 1.30 | E-mail PVNL, AGL, BAS re points for oral argument on estimation |
| 01/13/05 | PVL | 720.00 | 0.90 | Review amended POR and DS. |

| 01/14/05 | PVL | 720.00 | 0.30 | Review amended POR and DS (.2); review BAS memo (.1). |
| 01/14/05 | BAS | 290.00 | 6.50 | Perform rs and draft memo in response to debtor argument on use of questionnaires in estimation (5.5); participate in follow up e-mail exchange w/ PVNL's memo (1.0). |
| 01/18/05 | PVL | 720.00 | 0.90 | Review e-mail (.1); teleconference Heberling (.6); prep for 1/21 hearing (.2). |
| 01/18/05 | KNB | 405.00 | 0.40 | Review BAS memo re questionnaires (.3); e-mail PVNL re same (.1) |
| 01/18/05 | BAS | 290.00 | 1.00 | Perform follow-up rs for PVNL re: use of questionnaires in estimation (1.0). |
| 01/20/05 | PVL | 720.00 | 7.10 | Prep for DS hearing (5.2); confer Frankel, Wyron, Baena, Sakalo and Dies (1.9). |
| 01/21/05 | PVL | 720.00 | 5.70 | Attend DS hearing (5.6); teleconference EI (.1). |
| 01/26/05 | PVL | 720.00 | 0.20 | Review e-mail and reply (.1); review draft Eskin memo (.1). |
| 01/27/05 | BAS | 290.00 | 0.20 | Email w/KNB and PVNL re PI Committee's Objection to Grace Disclosure Statement (.2). |
| 01/28/05 | PVL | 720.00 | 0.20 | Review Baer e-mail re DS and reply (.1); review e-mail re same (.1). |

**Total Task Code .17          35.10**


**Travel – Non Working (6.80 Hours; $ 2,448.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.80 | $360 | 2,448.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 01/20/05 | PVL | 360.00 | 3.60 | Travel to Pittsburgh. |

| 01/21/05 | PVL | 360.00 | 3.20 | Return travel DC. |

**Total Task Code .21**          **6.80**

{D0039558:1 }

Other Charges:

| | |
|---|---:|
| Database Research | 5,958.52 |
| Long Distance-Equitrac In-House | 5.37 |
| Meals Related to Travel | 28.22 |
| Research Material | 12.32 |
| Telecopier/Equitrac | 21.15 |
| Travel Expenses - Hotel Charges | 169.86 |
| Xeroxing | 290.10 |
| **Total for Report** | **$ 6,485.54** |

{D0039558:1 }