**EXHIBIT B**

**Case Administration (19.3 Hours; $ 6,453.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    19.3

**Claim Analysis Objection & Resolution (Asbestos) (.5 Hours; $ 360.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**    .5

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 144.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**    .2

**Employment Benefits/Pension (.2 Hours; $ 159.00)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**    .2

**Employment Applications, Others (.4 Hours; $ 288.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**    .4

**Fee Applications, Applicant (2.7 Hours; $ 760.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's  fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          2.7**

**Fee Applications others (.1 Hours; $ 72.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .1**

**Litigation and Litigation Consulting (17.6 Hours; $ 9,870.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16          17.6**

**Plan & Disclosure Statement (35.1 Hours; $ 20,188.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          35.1**

**Travel Non-Working (6.8 Hours; $ 2,448.00)**

Services rendered in this category include non-working time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half and attorney's usual hourly rate.

**Total Task Code .21          6.8**