## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Database Research | 5,958.52 |
| Long Distance-Equitrac In-House | 5.37 |
| Meals Related to Travel | 28.22 |
| Research Material | 12.32 |
| Telecopier/Equitrac | 21.15 |
| Travel Expenses - Hotel Charges | 169.86 |
| Xeroxing | 290.10 |
| | |
| **Total for Report** | **$ 6,485.54** |

{D0039560:1 }