| | | | | |
|---|---|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | | | Page:   1 |
| **Matter     000** | **Disbursements** | | | 2/24/2005 |
| | | | | Print Date/Time: |
| | | | | 02/24/2005 |
| | | | | 9:43:08AM |
| Attn: | | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2005

**Matter     000**
**Disbursements**
Bill Cycle:         Monthly              Style:         i1            Start:    4/16/2001

Last Billed : 1/28/2005                                         13,655

Trust Amount Available

Total Expenses Billed To Date      $247,760.93

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 198.08 | 0.00 | 198.08 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 12.32 | 0.00 | 12.32 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 0.30 | 0.00 | 0.30 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.15 | 0.00 | 3.15 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 113.40 | 0.00 | 113.40 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 6,158.29 | 0.00 | 6,158.29 |
| | | | **0.00** | **6,485.54** | **0.00** | **6,485.54** |

**Total Fees**

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1745664 | Database Research- By DKG on 12/16 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $17.32 | 0.00 | | $17.32 | 17.32 |
| 1745665 | Database Research- By DKG on 12/1-8 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $760.75 | 0.00 | | $760.75 | 778.07 |
| 1745666 | Database Research- By HMS on 12/17 & 20 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $1,405.13 | 0.00 | | $1,405.13 | 2,183.20 |
| 1745667 | Database Research- By BAS on 12/1-20 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $3,354.34 | 0.00 | | $3,354.34 | 5,537.54 |
| 1745668 | Database Research- By DKG on 12/8-10 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $34.63 | 0.00 | | $34.63 | 5,572.17 |
| 1746951 | Equitrac - Long Distance to 8054993572 | E | 01/03/2005 | 0999 | C&D | 0.00 | | $1.19 | 0.00 | | $1.19 | 5,573.36 |
| 1747055 | Equitrac - Long Distance to 8054993572 | E | 01/03/2005 | 0999 | C&D | 0.00 | | $0.23 | 0.00 | | $0.23 | 5,573.59 |
| 1747348 | Photocopy | E | 01/03/2005 | 0238 | SLG | 0.00 | | $5.25 | 0.00 | | $5.25 | 5,578.84 |

**Client Number:   4642**               **Grace Asbestos Personal Injury Claimants**                                                                           Page:    1

**Matter      000**                     **Disbursements**                                                                                                      2/24/2005
                                                                                                                                                   Print Date/Time:
                                                                                                                                                       02/24/2005
                                                                                                                                                       9:43:08AM
Attn:                                                                                                                                                  Invoice #

| ID | Description | | Date | Code | User | | Amount | | Total | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1747350 | Photocopy | E | 01/03/2005 | 0238 | SLG | 0.00 | $2.55 | 0.00 | $2.55 | 5,581.39 |
| 1747445 | Fax Transmission to 12145239159 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,581.84 |
| 1747446 | Fax Transmission to 12145239157 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,582.29 |
| 1747447 | Fax Transmission to 12148248100 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,582.89 |
| 1747448 | Fax Transmission to 17136501400 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,583.34 |
| 1747449 | Fax Transmission to 13125516759 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,583.79 |
| 1747450 | Fax Transmission to 18432169290 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,584.24 |
| 1747451 | Fax Transmission to 14067527124 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,584.69 |
| 1747452 | Fax Transmission to 13026565875 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,585.14 |
| 1747453 | Fax Transmission to 15108354913 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,585.59 |
| 1747454 | Fax Transmission to 12165750799 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,586.04 |
| 1747455 | Fax Transmission to 13053796222 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,586.49 |
| 1747456 | Fax Transmission to 14124718308 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,586.94 |
| 1747457 | Fax Transmission to 12123440994 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,587.39 |
| 1747458 | Fax Transmission to 14122615066 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 5,587.54 |
| 1747459 | Fax Transmission to 16179510679 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,587.99 |
| 1747460 | Fax Transmission to 12145239158 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,588.44 |
| 1747461 | Fax Transmission to 12145991171 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 5,588.59 |
| 1747462 | Fax Transmission to 18432169450 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,589.04 |
| 1747463 | Fax Transmission to 18032597305 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 5,589.49 |
| 1747464 | Fax Transmission to 13024269947 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 5,589.64 |
| 1747465 | Fax Transmission to 14122615066 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 5,589.94 |
| 1747466 | Fax Transmission to 12145991171 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 5,590.24 |
| 1747467 | Fax Transmission to 13024269947 | E | 01/04/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 5,590.54 |
| 1747500 | Photocopy | E | 01/04/2005 | 0999 | C&D | 0.00 | $67.95 | 0.00 | $67.95 | 5,658.49 |
| 1748977 | Photocopy | E | 01/07/2005 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 5,660.29 |
| 1749032 | Photocopy | E | 01/07/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 5,661.79 |
| 1749705 | Equitrac - Long Distance to 8054993572 | E | 01/10/2005 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 5,662.08 |
| 1749903 | Photocopy | E | 01/10/2005 | 0238 | SLG | 0.00 | $15.15 | 0.00 | $15.15 | 5,677.23 |
| 1749906 | Photocopy | E | 01/10/2005 | 0238 | SLG | 0.00 | $0.30 | 0.00 | $0.30 | 5,677.53 |
| 1750098 | Equitrac - Long Distance to 8054993572 | E | 01/11/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 5,677.58 |
| 1750182 | Photocopy | E | 01/11/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 5,678.63 |
| 1751588 | Equitrac - Long Distance to 2123199240 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 5,678.78 |
| 1751673 | Fax Transmission to 12145239159 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,679.38 |
| 1751674 | Fax Transmission to 12145239157 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,679.98 |
| 1751675 | Fax Transmission to 12148248100 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,680.58 |
| 1751676 | Fax Transmission to 17136501400 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,681.18 |
| 1751677 | Fax Transmission to 13125516759 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,681.78 |
| 1751679 | Fax Transmission to 18432169290 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,682.38 |
| 1751680 | Fax Transmission to 14067527124 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,682.98 |
| 1751681 | Fax Transmission to 13026565875 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,683.58 |
| 1751684 | Fax Transmission to 15108354913 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,684.18 |
| 1751685 | Fax Transmission to 12165750799 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,684.78 |
| 1751686 | Fax Transmission to 14124718308 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,685.38 |
| 1751687 | Fax Transmission to 12123440994 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,685.98 |
| 1751690 | Fax Transmission to 16179510679 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,686.58 |
| 1751691 | Fax Transmission to 12145239158 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,687.18 |
| 1751694 | Fax Transmission to 12145991171 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,687.78 |
| 1751695 | Fax Transmission to 18432169450 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,688.38 |
| 1751697 | Fax Transmission to 18032597305 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,688.98 |
| 1751699 | Fax Transmission to 13053796222 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,689.58 |
| 1751702 | Fax Transmission to 13024269947 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 5,690.18 |
| 1751703 | Fax Transmission to 14122615066 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 5,690.33 |
| 1751705 | Fax Transmission to 14122615066 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 5,690.48 |
| 1751707 | Fax Transmission to 14122615066 | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 5,690.78 |
| 1751798 | Photocopy | E | 01/13/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 5,691.68 |
| 1752404 | Photocopy | E | 01/14/2005 | 0238 | SLG | 0.00 | $75.30 | 0.00 | $75.30 | 5,766.98 |
| 1752445 | Photocopy | E | 01/14/2005 | 0999 | C&D | 0.00 | $72.15 | 0.00 | $72.15 | 5,839.13 |
| 1752469 | Photocopy | E | 01/14/2005 | 0999 | C&D | 0.00 | $16.20 | 0.00 | $16.20 | 5,855.33 |
| 1752569 | Photocopy | E | 01/15/2005 | 0232 | LK | 0.00 | $3.15 | 0.00 | $3.15 | 5,858.48 |
| 1752712 | Equitrac - Long Distance to 4068621532 | E | 01/18/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 5,858.53 |
| 1752739 | Equitrac - Long Distance to 4067525586 | E | 01/18/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 5,858.58 |
| 1752742 | Equitrac - Long Distance to 4067525566 | E | 01/18/2005 | 0999 | C&D | 0.00 | $0.32 | 0.00 | $0.32 | 5,858.90 |
| 1752750 | Equitrac - Long Distance to 4068621532 | E | 01/18/2005 | 0999 | C&D | 0.00 | $2.68 | 0.00 | $2.68 | 5,861.58 |
| 1752889 | Photocopy | E | 01/18/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 5,862.63 |
| 1752932 | Photocopy | E | 01/18/2005 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 5,863.98 |
| 1753005 | Photocopy | E | 01/18/2005 | 0238 | SLG | 0.00 | $5.70 | 0.00 | $5.70 | 5,869.68 |
| 1753504 | Photocopy | E | 01/19/2005 | 0999 | C&D | 0.00 | $1.05 | 0.00 | $1.05 | 5,870.73 |
| 1754194 | Photocopy | E | 01/21/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 5,871.03 |
| 1754577 | Equitrac - Long Distance to 4067525566 | E | 01/24/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 5,871.09 |
| 1754578 | Equitrac - Long Distance to 4068621532 | E | 01/24/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 5,871.14 |
| 1754585 | Equitrac - Long Distance to 4067527124 | E | 01/24/2005 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 5,871.30 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 2/24/2005 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 02/24/2005 |
| | | | | | | | | | | 9:43:08AM |
| Attn: | | | | | | | | | | Invoice # |
| 1754829 | Photocopy | | E | 01/24/2005 | 0238 | SLG | 0.00 | $2.85 | 0.00 | $2.85 | 5,874.15 |
| 1755374 | Photocopy | | E | 01/25/2005 | 0238 | SLG | 0.00 | $0.15 | 0.00 | $0.15 | 5,874.30 |
| 1755380 | Photocopy | | E | 01/25/2005 | 0999 | C&D | 0.00 | $8.40 | 0.00 | $8.40 | 5,882.70 |
| 1755607 | PVNL; Travel to Pittsburgh for hearing on 1/20-21 for meals | | E | 01/26/2005 | 0020 | PVL | 0.00 | $28.22 | 0.00 | $28.22 | 5,910.92 |
| 1755608 | PVNL; Travel to Pittsburgh for hearing on 1/20-21 for Omni William Penn hotel | | E | 01/26/2005 | 0020 | PVL | 0.00 | $169.86 | 0.00 | $169.86 | 6,080.78 |
| 1755897 | Pacer Service usage for October, November and December | | E | 01/27/2005 | 0120 | EI | 0.00 | $12.32 | 0.00 | $12.32 | 6,093.10 |
| 1756444 | Photocopy | | E | 01/27/2005 | 0138 | BAS | 0.00 | $0.30 | 0.00 | $0.30 | 6,093.40 |
| 1757952 | Photocopy | | E | 01/27/2005 | 0238 | SLG | 0.00 | $4.80 | 0.00 | $4.80 | 6,098.20 |
| 1757750 | Equitrac - Long Distance to 8054993572 | | E | 01/29/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 6,098.29 |
| 1758665 | Photocopy | | E | 01/31/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 6,099.19 |
| 1761153 | Database Research-Westlaw by BAS on 1/11-25 | | E | 01/31/2005 | 0999 | C&D | 0.00 | $386.35 | 0.00 | $386.35 | 6,485.54 |
| **Total Expenses** | | | | | | | 0.00 | $6,485.54 | 0.00 | $6,485.54 | |

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Fees | | | 0.00 | 0.00 |
| Matter Total Expenses | | | 6,485.54 | 6,485.54 |
| Matter Total | | 0.00 | 6,485.54 | 0.00 | 6,485.54 |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | | $6,485.54 | $6,485.54 |
| Prebill Total | | 0.00 | $6,485.54 | 0.00 | $6,485.54 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                        Page:    1
Matter      000                    Disbursements                                                   2/24/2005
                                                                                            Print Date/Time:
                                                                                                 02/24/2005
                                                                                                 9:43:08AM
Attn:                                                                                             Invoice #
 44,175         01/23/2004               476.00              95.20
 46,249         07/27/2004               283.00             283.00
 46,676         08/27/2004            17,596.25           3,519.25
 46,677         08/27/2004               240.00             240.00
 47,097         09/29/2004            54,095.75          10,819.15
 47,114         09/30/2004             6,171.50           6,171.50
 47,336         10/24/2004            12,596.00           2,519.20
 47,743         11/22/2004            26,475.00           5,295.00
 48,023         12/27/2004            76,194.99          76,194.99
 48,027         12/27/2004             1,419.00           1,419.00
 48,421         01/28/2005           117,136.96         117,136.96
                                   1,535,552.20         416,199.04
```