**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

**February 28, 2005**

**Invoice No. 01605**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:    W.R.Grace

For services rendered in connection with the above-captioned matter during the period January 1, 2005 through January 31, 2005 as per the attached analysis.

| Professional Fees  (see Schedule A) | Hours | Amount |
|---|---|---|
| Loreto T. Tersigni  - President | 3.50 | $1,925.00 |
| James Sinclair - Senior Managing Director | 24.20 | $12,463.00 |
| Michael Berkin  - Managing Director | 18.00 | $9,000.00 |
| Susan Plotzky  - Managing Director | 6.80 | $3,400.00 |
| Peter Rubsam  - Managing Director | 9.30 | $4,650.00 |
| Cheryl Wright - Manager | 14.40 | $4,176.00 |
| Dottie-Jo Collins - Manager | 4.20 | $1,218.00 |

| Expenses   (see Schedule C) | |
|---|---|
| Research, Telephone, Xerox | $120.31 |
| **T O T A L** | $36,952.31 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
                    by Task Codes for Court Approved Professionals

**L TERSIGNI CONSULTING, P.C.**
**Certified Public Accountant**

1010 Summer Street - Suite 201
Stamford, CT. 06905
Telephone: 203-252-2564
Facsimile: 203-252-2562

**February 28, 2005**

**Invoice No. 01605**

**Marla R. Eskin, Esq.**
**Campbell & Levine LLC**
**800 N. King Street**
**Suite 300**
**Wilmington, DE.   19801**

# RE:   W.R.Grace

Summary of Professional Services Rendered:   January 1-31, 2005

| Name | Position | Schedule | Rate (2005) | Hours | Amount |
|---|---|---|---|---|---|
| Loreto T. Tersigni | President | Schedule A | $550 | 3.50 | $1,925.00 |
| James Sinclair | Senior Managing Director | Schedule A | $515 | 24.20 | $12,463.00 |
| Michael Berkin | Managing Director | Schedule A | $500 | 18.00 | $9,000.00 |
| Susan Plotzky | Managing Director | Schedule A | $500 | 6.80 | $3,400.00 |
| Peter Rubsam | Managing Director | Schedule A | $500 | 9.30 | $4,650.00 |
| Cheryl Wright | Manager | Schedule A | $290 | 14.40 | $4,176.00 |
| Dottie-Jo Collins | Manager | Schedule A | $290 | 4.20 | $1,218.00 |
| **Total Professional Services- Schedule A:** | | | | 80.40 | $36,832.00 |
| **Total Out of Pocket Expenses- Schedule C:** | | | | | $120.31 |
| **TOTAL   DUE   THIS   INVOICE** | | | | | $36,952.31 |

Please Note:  Schedule B (attached) reflects Professional Services Summary
         by Task Codes for Court Approved Professionals

# W.R. Grace

**Schedule A**

### Services Rendered during the Period: January 1-31, 2005

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| **Loreto Tersigni - President** | | | | | | |
| 1/8/05 | LT | Review engagement status | 26 | 0.70 | $550.00 | $385.00 |
| 1/8/05 | LT | Review monthly fee application including timekeeper daily entries for the month of December 2004 | 11 | 0.30 | $550.00 | $165.00 |
| 1/18/05 | LT | Review Debtors' updated POR and Disclosure Statement | 16 | 1.80 | $550.00 | $990.00 |
| 1/19/05 | LT | Review proposed employment agreement for CEO as requested by ACC counsel | 08 | 0.60 | $550.00 | $330.00 |
| 1/31/05 | LT | Review memorandum from ACC counsel regarding January 26 hearing. | 07 | 0.10 | $550.00 | $55.00 |
| | | **Sub-Total** | | 3.50 | | $1,925.00 |
| **James Sinclair - Senior Managing Director** | | | | | | |
| 1/14/05 | JS | Commence review of amended POR filed with Court on 1/13/05 for due diligence and settlement purposes | 16 | 3.30 | $515.00 | $1,699.50 |
| 1/14/05 | JS | Call with Berkin to discuss amended POR and Disclosure Statement form hearing on 1/21/05. | 16 | 0.40 | $515.00 | $206.00 |
| 1/14/05 | JS | Commence review of amended Disclosure Statement filed with Court on 1/13/05 in preparation for hearing on 1/21/05 and for due diligence and settlement. | 16 | 3.40 | $515.00 | $1,751.00 |
| 1/14/05 | JS | Commence review of amended Exhibit 3, Best Interests Analysis, for due diligence and settlement. | 16 | 3.00 | $515.00 | $1,545.00 |
| 1/14/05 | JS | Continue review of amended Exhibit 3 for due diligence and settlement. | 16 | 0.70 | $515.00 | $360.50 |
| 1/17/05 | JS | Review amended Exhibit 4, Financial History and Pro-Forma Financial Statements for due diligence and settlement. | 16 | 3.30 | $515.00 | $1,699.50 |
| 1/17/05 | JS | Review amended Exhibits 5 through 16 for due diligence and settlement. | 16 | 2.90 | $515.00 | $1,493.50 |
| 1/18/05 | JS | Commence review of Festa/Norris Motion to Court re employment contracts for possible objection to Motion. | 08 | 1.20 | $515.00 | $618.00 |
| 1/19/05 | JS | Continue review of Exhibit 4 to Disclosure Statement/POR, Historical and Pro-Forma Financial Information, in preparation for hearing on 1/21/05 for settlement. | 16 | 1.80 | $515.00 | $927.00 |
| 1/20/05 | JS | Review with Tersigni and Plotzky the Festa-Norris Motion re employment contracts for possible objection to Motion to Court. | 08 | 0.50 | $515.00 | $257.50 |
| 1/20/05 | JS | Discuss with Plotzky her review and analysis of the Festa-Norris employment contracts for possible objection to Motion to Court. | 08 | 0.60 | $515.00 | $309.00 |
| 1/21/05 | JS | Review Festa-Norris Motion re employment contracts with Plotzky for possible objection to Motion to Court. | 08 | 0.60 | $515.00 | $309.00 |
| 1/21/05 | JS | Write memo to Blackstone, adviser to Grace, regarding questions on Festa-Norris Motion for possible objection to Motion to Court. | 08 | 0.80 | $515.00 | $412.00 |
| 1/24/05 | JS | Conference call with Blackstone (Blechman) to discuss Festa-Norris Motion re employment contracts for possible objection to Motion to Court. | 08 | 0.30 | $515.00 | $154.50 |
| 1/31/05 | JS | Memo to and call with Blackstone regarding Festa-Norris Motion in reference to employment contracts for possible objection to Motion to Court. | 08 | 0.50 | $515.00 | $257.50 |

# W.R. Grace

**Schedule A**

## Services Rendered during the Period: January 1-31, 2005

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/31/05 | JS | Discuss Festa-Norris Motion with Tersigni and Plotzky in preparation for conference call with Blackstone, Company and Compensation Adviser for possible objection to Motion to Court. | 08 | 0.30 | $515.00 | $154.50 |
| 1/31/05 | JS | Write, send memorandum to counsel regarding Festa-Norris Motion for possible objection to Motion to Court. | 08 | 0.60 | $515.00 | $309.00 |
| | | **Sub-Total** | | 24.20 | | $12,463.00 |

### Michael Berkin - Managing Director

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/3/05 | MB | Review 12/30/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/10/05 | MB | Review 1/7/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/14/05 | MB | Discuss case status and amended disclosure statement filing with LTC personnel | 16 | 0.80 | $500.00 | $400.00 |
| 1/17/05 | MB | Review 1/14/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/18/05 | MB | Review redline of Exhibit 2-4 in connection with review of Amended Disclosure Statement | 26 | 2.40 | $500.00 | $1,200.00 |
| 1/18/05 | MB | Review amended Plan of Reorganization in connection with review of Amended Disclosure Statement | 26 | 2.30 | $500.00 | $1,150.00 |
| 1/19/05 | MB | Review Festa Norris motion in connection with compensation review | 08 | 1.60 | $500.00 | $800.00 |
| 1/24/05 | MB | Review 1/21/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/26/05 | MB | Review supplemental Festa and Norris letters provided by debtor in connection with assessment of related employment motion | 08 | 1.60 | $500.00 | $800.00 |
| 1/26/05 | MB | Review N. Bubnovich affidavit in connection with assessment of Festa and Norris motions | 08 | 1.00 | $500.00 | $500.00 |
| 1/26/05 | MB | Review Project Middy presentation in connection with acquisition assessment | 01 | 1.40 | $500.00 | $700.00 |
| 1/26/05 | MB | Review and analyze Project Middy financial analysis prepared by debtor financial advisor in connection with acquisition assessment | 01 | 1.70 | $500.00 | $850.00 |
| 1/27/05 | MB | Review fourth quarter operating result press release in connection with monitoring operations | 28 | 1.50 | $500.00 | $750.00 |
| 1/27/05 | MB | Develop issue list resulting from review of fourth quarter operating results | 28 | 0.80 | $500.00 | $400.00 |
| 1/31/05 | MB | Review ACC counsel memorandum summarizing result of omnibus hearing in connection with monitoring case status | 07 | 0.40 | $500.00 | $200.00 |
| 1/31/05 | MB | Review 1/28/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| | | **Sub-Total** | | 18.00 | | $9,000.00 |

### Susan Plotzky - Managing Director

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/20/05 | SP | Review of motion regarding the proposed promotion of the Chief Operating Officer to Chief Executive Officer and the outgoing CEO as a consultant as requested by counsel | 08 | 1.70 | $500.00 | $850.00 |
| 1/20/05 | SP | Review and analyze the proposed CEO Agreement with Mr. Festa | 08 | 1.70 | $500.00 | $850.00 |

# W.R. Grace                                           Schedule A

### Services Rendered during the Period:  January 1-31, 2005

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/20/05 | SP | Review and analyze the proposed Consulting Agreement with Mr. Norris | 08 | 0.60 | $500.00 | $300.00 |
| 1/20/05 | SP | Review and analyze Nick Bubnovich's Affidavit regarding the proposed CEO agreement with Mr. Festa | 08 | 0.60 | $500.00 | $300.00 |
| 1/20/05 | SP | Research and analyze previous executive compensation history and employment agreements pursuant to the proposed CEO agreement | 08 | 2.20 | $500.00 | $1,100.00 |
| | | **Sub-Total** | | 6.80 | | $3,400.00 |

### Peter Rubsam - Managing Director

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/5/05 | PR | Review and analyze Imperial Chemical Industries October 2004 investor presentation business segment review, financial results, regional growth, and earnings for comparable company analysis | 21 | 1.70 | $500.00 | $850.00 |
| 1/6/05 | PR | Review and analyze Cytec December 2004 Citigroup presentation on company outlook, growth strategy, business portfolio and acquisition for comparable company review | 21 | 1.70 | $500.00 | $850.00 |
| 1/19/05 | PR | Review and analyze the terminal year calculation of the DCF valuation and projected growth rates for enterprise value range | 21 | 2.00 | $500.00 | $1,000.00 |
| 1/19/05 | PR | Update and review 2003 4Q estimates of WR Grace and adjust long range forecast accordingly for DCF valuation | 21 | 1.60 | $500.00 | $800.00 |
| 1/19/05 | PR | Update and review DCF enterprise value range and sensitivity to value based on changes to WACC and growth rates | 21 | 2.30 | $500.00 | $1,150.00 |
| | | **Sub-Total** | | 9.30 | | $4,650.00 |

### Cheryl Wright - Manager

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/26/05 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/26/05 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |

# W.R. Grace                                                    Schedule A

### Services Rendered during the Period:  January 1-31, 2005

| Date | | Comment | Task Code | Hours | 2005 Rate | Total |
|---|---|---|---|---|---|---|
| 1/27/05 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| | | **Sub-Total** | | 14.40 | | $4,176.00 |

### Dottie-Jo Collins  -  Manager

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/31/05 | DC | Compilation and consolidation of monthly services rendered | 11 | 3.00 | $290.00 | $870.00 |
| 1/31/05 | DC | Assignment of Monthly Task Codes | 11 | 1.20 | $290.00 | $348.00 |
| | | **Sub-Total** | | 4.20 | | $1,218.00 |
| | | **TOTAL Schedule A** | | 80.40 | | $36,832.00 |

# W.R. Grace

Schedule B

### Services Rendered during the Period: January 1-31, 2005

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/26/05 | MB | Review Project Middy presentation in connection with acquisition assessment | 01 | 1.40 | $500.00 | $700.00 |
| 1/26/05 | MB | Review and analyze Project Middy financial analysis prepared by debtor financial advisor in connection with acquisition assessment | 01 | 1.70 | $500.00 | $850.00 |
| | | **TOTAL Category 1: Asset Analysis and Recovery** | | 3.10 | | $1,550.00 |
| 1/31/05 | LT | Review memorandum from ACC counsel regarding January 26 hearing. | 07 | 0.10 | $550.00 | $55.00 |
| 1/31/05 | MB | Review ACC counsel memorandum summarizing result of omnibus hearing in connection with monitoring case status | 07 | 0.40 | $500.00 | $200.00 |
| | | **TOTAL Category 07: Committee, Creditors', Noteholders** | | 0.50 | | $255.00 |
| 1/18/05 | JS | Commence review of Festa/Norris Motion to Court re employment contracts for possible objection to Motion. | 08 | 1.20 | $515.00 | $618.00 |
| 1/19/05 | LT | Review proposed employment agreement for CEO as requested by ACC counsel | 08 | 0.60 | $550.00 | $330.00 |
| 1/19/05 | MB | Review Festa Norris motion in connection with compensation review | 08 | 1.60 | $500.00 | $800.00 |
| 1/20/05 | JS | Review with Tersigni and Plotzky the Festa-Norris Motion re employment contracts for possible objection to Motion to Court. | 08 | 0.50 | $515.00 | $257.50 |
| 1/20/05 | JS | Discuss with Plotzky her review and analysis of the Festa-Norris employment contracts for possible objection to Motion to Court. | 08 | 0.60 | $515.00 | $309.00 |
| 1/20/05 | SP | Review of motion regarding the proposed promotion of the Chief Operating Officer to Chief Executive Officer and the outgoing CEO as a consultant as requested by counsel | 08 | 1.70 | $500.00 | $850.00 |
| 1/20/05 | SP | Review and analyze the proposed CEO Agreement with Mr. Festa | 08 | 1.70 | $500.00 | $850.00 |
| 1/20/05 | SP | Review and analyze the proposed Consulting Agreement with Mr. Norris | 08 | 0.60 | $500.00 | $300.00 |
| 1/20/05 | SP | Review and analyze Nick Bubnovich's Affidavit regarding the proposed CEO agreement with Mr. Festa | 08 | 0.60 | $500.00 | $300.00 |
| 1/20/05 | SP | Research and analyze previous executive compensation history and employment agreements pursuant to the proposed CEO agreement | 08 | 2.20 | $500.00 | $1,100.00 |
| 1/21/05 | JS | Review Festa-Norris Motion re employment contracts with Plotzky for possible objection to Motion to Court. | 08 | 0.60 | $515.00 | $309.00 |
| 1/21/05 | JS | Write memo to Blackstone, adviser to Grace, regarding questions on Festa-Norris Motion for possible objection to Motion to Court. | 08 | 0.80 | $515.00 | $412.00 |
| 1/24/05 | JS | Conference call with Blackstone (Blechman) to discuss Festa-Norris Motion re employment contracts for possible objection to Motion to Court. | 08 | 0.30 | $515.00 | $154.50 |
| 1/26/05 | MB | Review supplemental Festa and Norris letters provided by debtor in connection with assessment of related employment motion | 08 | 1.60 | $500.00 | $800.00 |
| 1/26/05 | MB | Review N. Bubnovich affidavit in connection with assessment of Festa and Norris motions | 08 | 1.00 | $500.00 | $500.00 |
| 1/31/05 | JS | Memo to and call with Blackstone regarding Festa-Norris Motion in reference to employment contracts for possible objection to Motion to Court. | 08 | 0.50 | $515.00 | $257.50 |
| 1/31/05 | JS | Discuss Festa-Norris Motion with Tersigni and Plotzky in preparation for conference call with Blackstone, Company and Compensation Adviser for possible objection to Motion to Court. | 08 | 0.30 | $515.00 | $154.50 |
| 1/31/05 | JS | Write, send memorandum to counsel regarding Festa-Norris Motion for possible objection to Motion to Court. | 08 | 0.60 | $515.00 | $309.00 |
| | | **TOTAL Category 08: Employee Benefits/Pension** | | 17.00 | | $8,611.00 |
| 1/8/05 | LT | Review monthly fee application including timekeeper daily entries for the month of December 2004 | 11 | 0.30 | $550.00 | $165.00 |
| 1/31/05 | DC | Compilation and consolidation of monthly services rendered | 11 | 3.00 | $290.00 | $870.00 |
| 1/31/05 | DC | Assignment of Monthly Task Codes | 11 | 1.20 | $290.00 | $348.00 |
| | | **TOTAL Category 11: Fee Application-Applicant** | | 4.50 | | $1,383.00 |

# W.R. Grace

**Schedule B**

### Services Rendered during the Period: January 1-31, 2005

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/14/05 | JS | Commence review of amended POR filed with Court on 1/13/05 for due diligence and settlement purposes | 16 | 3.30 | $515.00 | $1,699.50 |
| 1/14/05 | JS | Call with Berkin to discuss amended POR and Disclosure Statement form hearing on 1/21/05. | 16 | 0.40 | $515.00 | $206.00 |
| 1/14/05 | JS | Commence review of amended Disclosure Statement filed with Court on 1/13/05 in preparation for hearing on 1/21/05 and for due diligence and settlement. | 16 | 3.40 | $515.00 | $1,751.00 |
| 1/14/05 | JS | Commence review of amended Exhibit 3, Best Interests Analysis, for due diligence and settlement. | 16 | 3.00 | $515.00 | $1,545.00 |
| 1/14/05 | JS | Continue review of amended Exhibit 3 for due diligence and settlement. | 16 | 0.70 | $515.00 | $360.50 |
| 1/14/05 | MB | Discuss case status and amended disclosure statement filing with LTC personnel | 16 | 0.80 | $500.00 | $400.00 |
| 1/17/05 | JS | Review amended Exhibit 4, Financial History and Pro-Forma Financial Statements for due diligence and settlement. | 16 | 3.30 | $515.00 | $1,699.50 |
| 1/17/05 | JS | Review amended Exhibits 5 through 16 for due diligence and settlement. | 16 | 2.90 | $515.00 | $1,493.50 |
| 1/18/05 | LT | Review Debtors' updated POR and Disclosure Statement | 16 | 1.80 | $550.00 | $990.00 |
| 1/19/05 | JS | Continue review of Exhibit 4 to Disclosure Statement/POR, Historical and Pro-Forma Financial Information, in preparation for hearing on 1/21/05 for settlement. | 16 | 1.80 | $515.00 | $927.00 |
| | | **TOTAL Category 16: Plan and Disclosure Statement** | | 21.40 | | $11,072.00 |
| 1/5/05 | PR | Review and analyze Imperial Chemical Industries October 2004 investor presentation business segment review, financial results, regional growth, and earnings for comparable company analysis | 21 | 1.70 | $500.00 | $850.00 |
| 1/6/05 | PR | Review and analyze Cytec December 2004 Citigroup presentation on company outlook, growth strategy, business portfolio and acquisition for comparable company review | 21 | 1.70 | $500.00 | $850.00 |
| 1/19/05 | PR | Review and analyze the terminal year calculation of the DCF valuation and projected growth rates for enterprise value range | 21 | 2.00 | $500.00 | $1,000.00 |
| 1/19/05 | PR | Update and review 2003 4Q estimates of WR Grace and adjust long range forecast accordingly for DCF valuation | 21 | 1.60 | $500.00 | $800.00 |
| 1/19/05 | PR | Update and review DCF enterprise value range and sensitivity to value based on changes to WACC and growth rates | 21 | 2.30 | $500.00 | $1,150.00 |
| 1/26/05 | CW | Prepare revenues graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/26/05 | CW | Prepare total assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare gross profit margin receivable graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBIT margin graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBIT-to-tangible assets graph for WR Grace and its comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |

# W.R. Grace

Schedule B

### Services Rendered during the Period: January 1-31, 2005

| Date | Associate | Comments | Task Code | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| 1/27/05 | CW | Prepare revenue growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBIT growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare EBITDA growth (indexed) graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare debt-to-equity graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare debt-to-total capital graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 6/30/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare debt-to-EBITDA graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare days receivable graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| 1/27/05 | CW | Prepare inventory turnover graph for WR Grace and 11 comparable companies, showing high, low, median and WR Grace's results for the period from 2000 to LTM 3/31/04 and update links to historical financial statements | 21 | 0.90 | $290.00 | $261.00 |
| | | **TOTAL Category 21: Valuation** | | 23.70 | | $8,826.00 |
| 1/3/05 | MB | Review 12/30/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/8/05 | LT | Review engagement status | 26 | 0.70 | $550.00 | $385.00 |
| 1/10/05 | MB | Review 1/7/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/17/05 | MB | Review 1/14/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/18/05 | MB | Review redline of Exhibit 2-4 in connection with review of Amended Disclosure Statement | 26 | 2.40 | $500.00 | $1,200.00 |
| 1/18/05 | MB | Review amended Plan of Reorganization in connection with review of Amended Disclosure Statement | 26 | 2.30 | $500.00 | $1,150.00 |
| 1/24/05 | MB | Review 1/21/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| 1/31/05 | MB | Review 1/28/04 Calendar of Critical Events and plan for upcoming events | 26 | 0.50 | $500.00 | $250.00 |
| | | **TOTAL Category 26: Business Analysis** | | 7.90 | | $3,985.00 |
| 1/27/05 | MB | Review fourth quarter operating result press release in connection with monitoring operations | 28 | 1.50 | $500.00 | $750.00 |
| 1/27/05 | MB | Develop issue list resulting from review of fourth quarter operating results | 28 | 0.80 | $500.00 | $400.00 |
| | | **TOTAL Category 28: Data Analysis** | | 2.30 | | $1,150.00 |
| | | **TOTAL Schedule B:** | | 80.40 | | $36,832.00 |

# W.R. Grace

**Schedule C**

**Summary of Expenses Incurred by L Tersigni Consulting P.C.**
**Accountant and Financial Advisor**

| Descriptions | Amount |
|---|---|
| Research via PACER | $22.68 |
| Telephone | $18.73 |
| Xerox ( 789 @ $0.10 per page) | $78.90 |
| **Total Expenses incurred from January 1-31, 2005** | $120.31 |