## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

October 31, 2004

In Reference To:   Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     10526

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 10/1/2004 | SLB | begin review of app. and draft of 13th Interim initial report - Wallace King (7.9) | 7.90 | 1,027.00 |
| 10/4/2004 | JAW | detailed review of Carella August, 2004, monthly invoices (1.8) | 1.80 | 243.00 |
|  | SLB | complete draft of 13th Interim initial report - Wallace King (8.3) | 8.30 | 1,079.00 |
|  | JAW | detailed review of Wallace King July, 2004, monthly invoices (1.7) | 1.70 | 229.50 |
| 10/5/2004 | CO | Update database with 07.04 Monthly Invoice of Kramer (.10); 08.04 Monthly Invoice of Bilzin (.10); 06.04 and 05.04 Monthly Invoice of Swindler (.10); 07.04 Monthly Invoice of Pachulski (.10); 07.04 Monthly Invoice of Holme (.10); 08.04 Monthly Invoice of Klett (.10); 04.04, 05.04, and 06.04 Monthly Invoice of Deloitte (.10); 08.04 Monthly Invoice of Capstone (.10); | 0.80 | 32.00 |
|  | PGS | Preparation of September 2004 Monthly Invoice of WHS | 0.70 | 56.00 |
| 10/6/2004 | JBA | draft e-mail to C. Hartman re: electronic documents (.1) | 0.10 | 4.00 |
|  | JBA | Update database with Reed Smith 8.04, and Phillips 5/6.04 pdf and 7.04 pdf | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                                Page      2

|            |     |                                                                                                          | **Hours** | **Amount** |
|------------|-----|----------------------------------------------------------------------------------------------------------|-----------|------------|
| 10/6/2004  | SLB | complete review of app. and draft of 13th Interim initial report - Capstone (8.6)                        | 8.60      | 1,118.00   |
|            | PGS | Preparation of CNO for August 2004                                                                       | 0.10      | 8.00       |
| 10/7/2004  | PGS | Electronic filing with court of September 2004 Monthly Invoice of WHS                                    | 0.10      | 8.00       |
|            | JAW | detailed review of Latham December 1, 2003 to June 30, 2004 monthly invoices (3.5); draft summary of same (0.5) | 4.00 | 540.00 |
|            | JAW | detailed review of Kirkland July, 2004 monthly invoice (6.0)                                             | 6.00      | 810.00     |
|            | SLB | PACER research for 13th Interim applications (3.6)                                                       | 3.60      | 468.00     |
|            | SLB | set up Grace 13th flow chart (1.8) ; begin draft of 13th Interim initial report - K&E (3.0)              | 4.80      | 624.00     |
|            | PGS | Electronic filing with court of CNO for August 2004                                                      | 0.10      | 8.00       |
|            | WHS | receive and review agenda                                                                                | 0.10      | 27.50      |
| 10/8/2004  | DTW | Review and revise Wallace King, K&E and Capstone initial reports for 13th period (.3)                    | 0.30      | 43.50      |
|            | SLB | complete draft of 13th Interim initial report - K&E (8.6)                                                | 8.60      | 1,118.00   |
|            | JAW | detailed review of Swidler June, 2004 monthly invoice (1.8); draft summary of same (0.4)                 | 2.20      | 297.00     |
|            | JAW | detailed review of Capstone August, 2004 monthly invoice (1.6); draft summary of same (0.1)              | 1.70      | 229.50     |
|            | JAW | detailed review of Kirkland July, 2004 monthly invoice (3.9); draft summary of same (0.9)                | 4.80      | 648.00     |
|            | JBA | Update database with Phillips 8.04 e-detail                                                              | 0.10      | 4.00       |

W.R. Grace & Co.     Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/9/2004 | JAW | detailed review of Deloitte May, 2004 monthly invoice (1.5); draft summary of same (0.1) | 1.60 | 216.00 |
| 10/10/2004 | JAW | detailed review of Deloitte April, 2004 monthly invoice (1.8); draft summary of same (0.1) | 1.90 | 256.50 |
| 10/11/2004 | JAW | detailed review of Deloitte June, 2004 monthly invoice (1.1) | 1.10 | 148.50 |
| | SLB | complete draft of 13th Interim initial report - Protiviti (8.4) | 8.40 | 1,092.00 |
| 10/12/2004 | DTW | Review and revise PwC and Protivity 13th interim initial reports (.2). | 0.20 | 29.00 |
| | JAW | draft summary of Deloitte June, 2004, monthly invoice (0.2) | 0.20 | 27.00 |
| | SLB | complete drafts of 13th Interim initial reports PwC and CBBG (8.7) | 8.70 | 1,131.00 |
| | JBA | Update database with Wallace King 8.04 e-detail, and Ferry Joseph 8.04 e-detail | 0.10 | 4.00 |
| 10/13/2004 | SLB | complete review of 13th Interim applications and drafts of final reports - Reed Smith (3.7) ; RPWB (2.7) ; Elzufon (1.9) | 8.30 | 1,079.00 |
| | JBA | draft e-mail to CBBG (M. Flax) attaching 13th Interim IR | 0.10 | 4.00 |
| 10/14/2004 | DTW | Review and revise GBBG initial report 13th period (.1). | 0.10 | 14.50 |
| | SLB | complete drafts of 13th Interim final reports - HRO (2.3); Hamilton (1.4) ; Woodcock (2.7) ; Campbell (1.9) | 8.30 | 1,079.00 |
| | JBA | Update database with Bilzin 9.04 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Caplin 8.04, Campbell 8.04, and Tersigni 8.04 | 0.10 | 4.00 |
| | JBA | Update database with Stroock 9.04 | 0.10 | 4.00 |

| W.R. Grace & Co. | | | Page | 4 |
|---|---|---|---|---|
| | | | **Hours** | **Amount** |
| 10/15/2004 CO | Update database with 08.04 Monthly Invoice of Pitney (.10); 08.04 Monthly Invoice of Pachulski (.10) | | 0.20 | 8.00 |
| WHS | receive and review agenda | | 0.10 | 27.50 |
| SLB | complete review of apps. and drafts of 13th Interim initial report - Blackstone (3.9) ; Tersigni (2.2) ; Legal (.9) | | 7.00 | 910.00 |
| 10/18/2004 JBA | Update database with Hamilton 8.04 e-detail | | 0.10 | 4.00 |
| JBA | Update database with Carella 7.04 - 9.04 e-detail | | 0.10 | 4.00 |
| JBA | Update database with Kramer 7.04 e-detail | | 0.10 | 4.00 |
| JBA | Update database with Capstone 8.04 e-detail | | 0.10 | 4.00 |
| JBA | Update database with PWC 8.04 e-detail | | 0.10 | 4.00 |
| SLB | complete drafts of 13th Interim final reports - CBBG (2.8); Klett (1.4); Pitney Hardin (3.3); Nelson Mullins (1.1) | | 8.60 | 1,118.00 |
| CO | Update database with 08.04 Monthly Invoice of Hamilton (.10); 04.01.04 through 06.30.04 Interim Fee Application of Holme (.10); 05.24.04 through 06.30.04 Monthly Invoice of Philips (.10); 07.04 Monthly Invoice of Protiviti (.10) | | 0.40 | 16.00 |
| 10/19/2004 DTW | Review and revise Blackstone 13th initial report (.1). | | 0.10 | 14.50 |
| SLB | Pacer research regarding 13th Interim quarterly apps. - FTIPM, Ferry Joseph, Swidler Berlin, Phillips Goldman, Goodwin Proctor, Latham and Bilzen (4.7) | | 4.70 | 611.00 |
| SLB | complete draft of 13th Interim final report - PwC (3.7) | | 3.70 | 481.00 |
| CO | Update database with 08.04 Monthly Invoice of Kirkland (.10); 08.04 Monthly Invoice of Caplin (.10); 08.04 Monthly Invoice of Philips (.10); 08.04 Monthly Invoice of Wallace (.10); 08.04 Monthly Invoice of Campbell | | 0.90 | 36.00 |

W.R. Grace & Co.                                                                                                    Page    5

|            |     |                                                                                                                                                                                                                                                                                                           | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
|            |     | (.10); 08.04 Monthly Invoice of Tersigni (.10); 09.04 and 08.04 Monthly Invoice of Carella (.10); 04.01.04 through 06.30.04 Interim Fee Application of Kirkland (.10); 08.04 Monthly Invoice of Reed (.10)                                                                                                                    |           |            |
| 10/20/2004 | JBA | Update database with Pachulski 8.04 e-detail                                                                                                                                                                                                                                                                                | 0.10      | 4.00       |
|            | SLB | complete review of app. and draft of 13th Interim initial report - Swidler (8.5)                                                                                                                                                                                                                                            | 8.50      | 1,105.00   |
|            | CO  | Update database with 08.04 Monthly Invoice of Ferry (.10)                                                                                                                                                                                                                                                                   | 0.10      | 4.00       |
| 10/21/2004 | JBA | Update database with Duane Morris 9.04 pdf e-detail                                                                                                                                                                                                                                                                         | 0.10      | 4.00       |
|            | JAW | detailed review of Protiviti July, 2004, monthly invoice (3.2); draft summary of same (0.3)                                                                                                                                                                                                                                 | 3.50      | 472.50     |
|            | SLB | complete review of apps. and drafts of 13th Interim initial reports - Latham (6.4) ; FTIPM (2.4)                                                                                                                                                                                                                            | 8.80      | 1,144.00   |
|            | JAW | draft summary of Carella August, 2004, monthly invoice (0.5)                                                                                                                                                                                                                                                                | 0.50      | 67.50      |
| 10/22/2004 | SLB | draft e-mails to BMC, Conway, Deloitte, Goodwin, Steptoe, Kramer re. 13th Interim applications (2.4)                                                                                                                                                                                                                        | 2.40      | 312.00     |
|            | SLB | complete draft of 13th Interim initial report - Stroock (5.3)                                                                                                                                                                                                                                                               | 5.30      | 689.00     |
| 10/25/2004 | SLB | complete review of apps. and draft of 13th Interim final reports -  David Austern (1.7); Phillips Goldman (2.4) ; CIBC (3.7)                                                                                                                                                                                                | 7.80      | 1,014.00   |
| 10/26/2004 | DTW | Review and revise 13th interim initial reports for Swidler Steptoe, Latham, and FTI (.4); review and revise Strook 13th initial report and short conference with S. Bossay regarding same (.2).                                                                                                                             | 0.60      | 87.00      |
|            | CO  | Update database with 05.24.04 through 06.30.04 Interim Fee Application of Austern (.10); 06.04.04 through 06.30.04 Interim Fee Application CIBC (.10); 05.24.04 through 06.30.04 Interim Fee Application of Swidler (.10); 09.04 Monthly Invoice of Bilzin (.10); 08.04 Monthly Invoice of Casner (.10); 09.04 Monthly Invoice of Nelson (.10) | 0.60      | 24.00      |

W.R. Grace & Co.                                                                                                          Page     6

|            |     |                                                                                                                                                             | Hours | Amount |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 10/26/2004 | SLB | complete draft of 13th Interim final report - Capstone (3.8) ; complete draft of 13th Interim initial report - Steptoe (4.4)                                | 8.20  | 1,066.00 |
| 10/27/2004 | CO  | Update database with 08.04 and 09.04 Monthly Invoice of Latham (.20); 09.04 Monthly Invoice of Duane (.10); 08.04 Monthly Invoice of Woodcock (.10)         | 0.40  | 16.00 |
|            | SLB | complete drafts and computations of 13th Interim final reports - RPWB, Lukins, Elzufon (5.3) ; complete draft of 13th Interim final report - Blackstone (2.9) | 8.20  | 1,066.00 |
|            | JAW | detailed review of Kirkland August, 2004, monthly invoice (7.5)                                                                                             | 7.50  | 1,012.50 |
| 10/28/2004 | PGS | Electronic filing with court of September 2004 CNO of WHS                                                                                                   | 0.10  | 8.00 |
|            | PGS | Preparation of the September 2004 CNO for WHS                                                                                                               | 0.10  | 8.00 |
|            | SLB | complete draft of 13th Interim final report - Swidler Berlin (7.7) ; update Grace flow chart (.7)                                                           | 8.40  | 1,092.00 |
|            | JAW | detailed review of Kirkland August, 2004, monthly invoice (5.6); draft summary of same (2.0)                                                                | 7.60  | 1,026.00 |
| 10/29/2004 | SLB | compete drafts of 13th Interim final reports - Goodwin (3.2) ; Kramer (2.8) ; begin draft of 13th Interim initial report - Deloitte (2.7)                   | 8.70  | 1,131.00 |
|            | JAW | detailed review of Woodcock August, 2004, monthly invoice (1.7); draft summary of same (0.1)                                                                | 1.80  | 243.00 |
|            | JBA | Update database with Hamilton 9.04 e-detail                                                                                                                 | 0.10  | 4.00 |

**For professional services rendered**                                                                                              **221.40  $28,560.00**

Additional Charges :

|                                                                                        | Price |       |
|----------------------------------------------------------------------------------------|-------|-------|
| Third party copies & document prep/setup of September 2004 Monthly Invoice of WHS      | 23.37 | 23.37 |

W.R. Grace & Co.                                                                                                    Page      7

|  | **Price** | **Amount** |
|---|---:|---:|
| Third party copies & document prep/setup of Initial Report of Wallace, Capstone and Kirkland for the period 04.01.04 - 06.30.04 | 2.93 | 2.93 |
| Third party copies & document prep/setup of Initial Report of PwC for the period 04.01.04 - 06.30.04 | 2.67 | 2.67 |
| Third party copies & document prep/setup of Initial Report of Blackstone for the period 01.01.04 - 06.30.04 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Initial Report of Carella for the period 04.01.04 - 06.30.04 | 0.89 | 0.89 |
| **Total costs** |  | **$30.75** |
| **Total amount of this bill** |  | **$28,590.75** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney Orent | 3.40 | 40.00 | $136.00 |
| Doreen T Williams | 1.30 | 145.00 | $188.50 |
| James A Wehrmann | 47.90 | 135.00 | $6,466.50 |
| Jeff B. Allgood | 1.60 | 40.00 | $64.00 |
| Priscilla G Stidham | 1.20 | 80.00 | $96.00 |
| Stephen L. Bossay | 165.80 | 130.00 | $21,554.00 |
| Warren H Smith | 0.20 | 275.00 | $55.00 |