**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044


December 31, 2004

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10527

Professional Services

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/1/2004 | CO | Update database with 07.01.04 through 09.30.04 Interim Fee Application of Tersigni (.10); 07.01.04 through 09.30.04 Interim Fee Application of LAS (.10); 07.01.04 through 09.30.04 Interim Fee Application of Caplin (.10); 07.01.04 through 09.30.04 Interim Fee Application of Campbell (.10); 10.04 Monthly Invoice 07.01.04 through 09.30.04 of Klett (.10); 10.04 Monthly Invoice of Blackstone (.10); 10.04 Monthly Invoice of Kramer (.10) | 0.80 | 32.00 |
| | JBA | Update database with Klett 10.04 and Kramer 10.04 e-detail | 0.10 | 4.00 |
| 12/2/2004 | CO | Update database with 04.01.04 through 06.30.04 Interim Fee Application of Goodwin (.10); 07.01.04 through 09.30.04 Interim Fee Application of Casner (.10); 07.01.04 through 09.30.04 Interim Fee Application of Pitney (.10); 10.04 Monthly Invoice of Nelson (.10); 07.01.04 through 09.30.04 Interim Fee Application of Conway (.10); 07.01.04 through 09.30.04 Interim Fee Application of Kirkland (.10); 07.01.04 through 09.30.04 Interim Fee Application of Woodcock (.10) | 0.70 | 28.00 |
| | JBA | draft 13th Interim Project Category Spreadsheet | 1.20 | 48.00 |
| | SLB | begin draft of 13th Interim fee and expense charts - (8.7) | 8.70 | 1,131.00 |
| | JAW | detailed review of Kirkland September, 2004, monthly invoice (5.0) | 5.00 | 675.00 |

W.R. Grace & Co. Page 2

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/3/2004 | PGS | Preparation of October 2004 CNO for WHS | 0.10 | 8.00 |
| | SLB | continue drafts of 13th Interim fee and expenses charts (7.6) | 7.60 | 988.00 |
| | JAW | detailed review of Kirkland September, 2004, monthly invoice (10.0) | 10.00 | 1,350.00 |
| 12/4/2004 | JAW | draft summary of Kirkland September, 2004, monthly invoice (1.6) | 1.60 | 216.00 |
| 12/5/2004 | JBA | draft 13th Interim Project Category Spreadsheet | 2.50 | 100.00 |
| 12/6/2004 | SLB | complete draft of 13th Interim fee & expenses charts and e-mail to all applicants - (5.4) | 5.40 | 702.00 |
| | JBA | draft 13th Interim Project Category Spreadsheet | 1.90 | 76.00 |
| | PGS | Electronic filing with court of October 2004 CNO for WHS | 0.10 | 8.00 |
| 12/7/2004 | JBA | draft 13th Interim Project Category Spreadsheet : Corrections to Deloitte fees | 0.10 | 4.00 |
| 12/8/2004 | PGS | Preparation of the November 2004 Monthly Invoice for WHS | 0.60 | 48.00 |
| | CO | Update database with 10.04 Monthly Invoice of Campbell (.10); 10.04 Monthly Invoice of Caplin (.10); 10.04 Monthly Invoice of Swidler (.10); 10.04 Monthly Invoice of Stroock (.10); 10.04 Monthly Invoice of LAS (.10); 10.04 Monthly Invoice of Reed (.10) | 0.60 | 24.00 |
| 12/9/2004 | PGS | Electronic filing with court of November 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| | CO | Update database with 10.04 Monthly Invoice of Capstone (.10); 09.04 Monthly Invoice of Proviti (.10); 10.04 Monthly Invoice of Wallace (.10); 10.04 Monthly Invoice of Kirkland (.10) | 0.40 | 16.00 |
| 12/10/2004 | CO | Update database with 10.04 Monthly Invoice of Tersigni (.10) | 0.10 | 4.00 |

| W.R. Grace & Co. | | | Page | 3 |
|---|---|---|---:|---:|
| | | | **Hours** | **Amount** |
| 12/10/2004 JBA | Update database with Wallace King 10.04 e-detail | | 0.10 | 4.00 |
| JAW | detailed review of Tersigini 14th Interim Fee Application (2.0) | | 2.00 | 270.00 |
| 12/11/2004 JAW | detailed review of Tersigini 14th Interim Fee Application (1.9); draft summary of same (0.1) | | 2.00 | 270.00 |
| JAW | detailed review of Protiviti August, 2004, monthly invoice (4.8); draft summary of same (0.3) | | 5.10 | 688.50 |
| 12/14/2004 WHS | detailed review of e-mail thread re Conway, Delgenio | | 0.10 | 27.50 |
| CO | Update database with 11.04 Monthly Invoice of CBBG (.10) | | 0.10 | 4.00 |
| 12/16/2004 CO | Update database with 10.04 Monthly Invoice of Casner (.10); 10.04 Monthly Invoice of CIBC (.10); 07.01.04 through 09.30.04 Interim Fee Application of Proviti (.10) | | 0.30 | 12.00 |
| 12/17/2004 JBA | Update database with Duane Morris 11.04 e-detail | | 0.10 | 4.00 |
| 12/20/2004 CO | Update database with 10.04 Monthly Invoice of Pitney (.10); 11.04 Monthly Invoice of Duane (.10); 09.04 Monthly Invoice of Pachulski (.10); 10.04 Monthly Invoice of Woodcock (.10); 11.04 Monthly Invoice of Nelson (.10) | | 0.50 | 20.00 |
| WHS | attend omnibus hearing re fees by telephone | | 0.50 | 137.50 |
| JBA | Update database with PWC 10.04 e-detail | | 0.10 | 4.00 |
| 12/22/2004 JAW | detailed review of Stroock October, 2004, monthly invoice (3.3) | | 3.30 | 445.50 |
| 12/23/2004 JAW | draft summary of Stroock October, 2004, monthly invoice (0.4) | | 0.40 | 54.00 |
| JAW | detailed review of Swidler October, 2004, monthly invoice (1.8); draft summary of same (0.1) | | 1.90 | 256.50 |

W.R. Grace & Co. Page 4

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 12/23/2004 | JAW | detailed review of Woodcock October, 2004, monthly invoice (2.8); draft summary of same (0.1) | 2.90 | 391.50 |
| 12/24/2004 | JAW | detailed review of Protiviti September, 2004 monthly invoice (4.2); draft summary of same (0.1) | 4.30 | 580.50 |
| 12/27/2004 | JAW | detailed review of Reed Smith October, 2004 monthly invoice (2.1) | 2.10 | 283.50 |
| | JAW | detailed review of Wallace King August, 2004 monthly invoice (1.8); draft summary of same (0.1) | 1.90 | 256.50 |
| | CO | Update database with 10.04 Monthly Invoice of Proviti (.10); 07.01.04 through 09.30.04 of Hamilton (.10); 07.01.04 through 09.30.04 Interim Fee Application of Bilzin (.10); | 0.30 | 12.00 |
| 12/28/2004 | JAW | draft summary of Reed Smith October, 2004, monthly invoice (1.1) | 1.10 | 148.50 |
| | CO | Update database with 11.04 and 10.04 Monthly Invoice of Bilzin (.10); 11.04 Monthly Invoice of Latham (.10) | 0.20 | 8.00 |
| | JBA | Update database with Pachulski 9.04 e-detail | 0.10 | 4.00 |
| 12/29/2004 | CO | Update database with 11.04 Monthly Invoice of Klett (.10); 11.04 Monthly Invoice of Kramer (.10); 02.01.04 through 11.30.04 Interim Fee Application of Baker (.10); 11.04 Monthly Invoice of Philips (.10) | 0.40 | 16.00 |
| | JBA | Update database with Klett 11.04 e-detail | 0.10 | 4.00 |
| 12/30/2004 | CO | Update database with 11.04 Monthly Invoice of Proviti (.10) | 0.10 | 4.00 |
| 12/31/2004 | JAW | detailed review of Kirkland October, 2004, monthly invoice (5.0) | 5.00 | 675.00 |
| | JBA | draft 14th Interim Project Category Spreadsheet | 2.00 | 80.00 |

**For professional services rendered** **84.60 $10,131.00**

W.R. Grace & Co. Page 5

Additional Charges :

| | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of the Combined Final Report for the 13th Interim Period | 71.01 | 71.01 |
| Third party copies & document prep/setup of the November 2004 Monthly Invoice of WHS | 30.22 | 30.22 |
| Third party copies & document prep/setup of the October 2004 Monthly Invoice of WHS | 28.06 | 28.06 |
| Third party copies & document prep/setup of the Final Report of PwC, Swidler, FTI, Protiviti, Kirkland, Richardson, Lukins, Latham for the period 04.01.04-06.30.04 | 94.14 | 94.14 |
| Third party copies & document prep/setup of the Final Report of Wallace and Steptoe for the period 04.01.04-06.30.04; Combined Final Report for the 13th Interim Period | 94.14 | 94.14 |
| Third party copies & document prep/setup of the Final Report of Deloitte, Carrella and Capstone for the period 04.01.04-06.30.04 | 41.45 | 41.45 |
| Third party copies & document prep/setup of the Final Report of Blackstone, Conway and Elzufon for the period 04.01.04-06.30.04 | 38.07 | 38.07 |
| Third party copies & document prep/setup of the Initial Report of FTI for the period 02.04.04 - 06.30.04; Initial Report of Latham for the period 12.01.03 - 06.30.04 | 3.06 | 3.06 |
| Third party copies & document prep/setup of the 14th Interim Fee Application of WHS | 73.04 | 73.04 |
| Third party copies & document prep/setup of the Initial Report of Swidler for the period 05.01.04-06.30.04; Initial Report of Steptoe for the period 04.01.04 - 06.30.04 | 2.27 | 2.27 |

**Total costs** $475.46

**Total amount of this bill** $10,606.46

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 4.50 | 40.00 | $180.00 |
| James A Wehrmann | 48.60 | 135.00 | $6,561.00 |

W.R. Grace & Co.                                                                                                          Page      6

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Jeff B. Allgood | 8.30 | 40.00 | $332.00 |
| Priscilla G Stidham | 0.90 | 80.00 | $72.00 |
| Stephen L. Bossay | 21.70 | 130.00 | $2,821.00 |
| Warren H Smith | 0.60 | 275.00 | $165.00 |