## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

**Objection Deadline:   March 22, 2005 at 4:00 p.m.**

## THIRTY-NINTH MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD DECEMBER 26, 2004 THROUGH JANUARY 31, 2005

Name of Applicant:

Klett Rooney Lieber & Schorling,
a Professional Corporation

Authorized to Provide
Professional Services to:

The Official Committee of Equity Holders

Date of Retention:

October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:
Amount of fees to be approved
as actual, reasonable and necessary:

December 26, 2004 through January 31, 2005

$25,021.50

Amount of expenses sought as
actual, reasonable and necessary:

$1,466.97

This is a(n): ___ interim          ____ final application.          _x_ monthly application.

The total time expended for the preparation of this application will be included in the next
interim fee application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

58909v1

| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
|---|---|---|---|---|
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40 $457.47 | 7852 2/22/05 |

58909v1

## SUMMARY OF TIME FOR BILLING PERIOD
## DECEMBER 26, 2004 THROUGH JANUARY 31, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|--------------------:|--------------------|-------------------:|
| Teresa K.D. Currier | $470 | 34.5 | $16,215.00 |
| Rhonda L. Thomas | $220 | 29.4 | $6,468.00 |
| Melissa N. Flores | $135 | 4.6 | $621.00 |
| Raelena Y. Taylor | $135 | 12.4 | $1,674.00 |
| Frances A. Panchak | $145 | .3 | $43.50 |
| **TOTAL** | | **81.2** | **$25,021.50** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
## DECEMBER 26, 2004 THROUGH JANUARY 31, 2005

| Project category | Total Hours | Total Fees |
|------------------|-------------|-----------:|
| Asset Disposition | 4.0 | $1,705.00 |
| Business Operations | 1.9 | $693.00 |
| Case Administration | 5.7 | $1,332.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 8.5 | $3,370.00 |
| Employment Applications, Others | 3.5 | $1,177.50 |
| Fee Applications, Applicant | 9.9 | $1,693.00 |
| Fee Applications, Others | 9.3 | $1,821.50 |
| Litigation and Litigation Consulting | 15.6 | $4,707.00 |
| Plan and Disclosure Statement | 22.8 | $8,522.50 |
| **TOTAL** | **81.2** | **$25,021.50** |

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD**
**DECEMBER 26, 2004 THROUGH JANUARY 31, 2005**

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $41.70 |
| Federal Express | $48.20 |
| Professional Services (Pacer) | $29.75 |
| Messenger Services | $568.50 |
| Duplicating Services | $778.82 |
| **TOTAL** | **$1,466.97** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:    /s/ Rhonda L. Thomas
         Teresa K. D. Currier (No. 3080)
         Rhonda L. Thomas (No. 4053)
         1000 West Street, Suite 1410
         Wilmington, DE 19801
         (302) 552-4200

         Co-Counsel to the Official Committee of
         Equity Holders

Dated: March 2, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :  W9600-002
INVOICE :  187467

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/05/05 | TC | REVIEWED STIPULATION SETTLING CLAIMS WITH WESTERN PROCESSING TRUST | .50 |
| 01/05/05 | TC | REVIEWED STIPULATION WITH INTEX | .40 |
| 01/10/05 | TC | REVIEWED CERTIFICATION OF COUNSEL RE TRANSFERS OF EQUITY SECURITIES | .50 |
| 01/21/05 | RLT | REVIEWED MOTION TO APPROVE COMPROMISE DEBTORS' MOTION FOR AN ORDER APPROVING A SETTLEMENT AND RELEASE AGREEMENT WITH CONTINENTAL CASUALTY COMPANY FILED BY W.R. GRACE & CO. | .40 |
| 01/21/05 | RLT | REVIEWED ORDER (FINAL) PURSUANT TO SECTIONS 105(A), 362(A), AND 541 OF THE BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES OF THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES | .30 |
| 01/24/05 | TC | REVIEWED ORDER APPROVING CERTAIN LIMITED TRANSFERS OF EQUITY SECURITIES | .40 |
| 01/24/05 | TC | REVIEWED MOTION TO APPROVE A SETTLEMENT AND RELEASE AGREEMENT WITH CONTINENTAL CASUALTY | .60 |
| 01/26/05 | TC | REVIEWED MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT WITH CONTINENTAL CASUALTY | .50 |
| 01/26/05 | TC | REVIEWED NOTICE OF INTENT TO TRANSFER EQUITY SECURITIES | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A Professional Corporation

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :   W9600-002
INVOICE :   187467

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:   ASSET DISPOSITION

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | .70 | 154.00 |
| T CURRIER | 470.00 | 3.30 | 1551.00 |
| TOTALS |  | 4.00 | 1705.00 |

TOTAL FEES :                                        1,705.00

TOTAL DUE   :                                        1,705.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 28, 2005
MATTER : W9600-003
INVOICE : 187468

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 12/27/04 | TC | REVIEWED MONTHLY OPERATING REPORTS | .50 |
| 01/06/05 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD NOVEMBER 2004 | .80 |
| 01/07/05 | TC | REVIEWED DIP MONTHLY OPERATING REPORT | .60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .80 | 176.00 |
| T CURRIER | 470.00 | 1.10 | 517.00 |
| TOTALS | | 1.90 | 693.00 |

TOTAL FEES :                693.00

TOTAL DUE  :                693.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-004
INVOICE :  187469

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/29/04 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 01/03/05 | RTT | UPDATE 2002 SERVICE LIST RE DERRICK TAY, ESQUIRE | .10 |
| 01/10/05 | RLT | REVIEWED AGENDA FOR 1/21/05 HEARING | .40 |
| 01/17/05 | TC | REVIEWED AMENDED NOTICE OF AGENDA | .40 |
| 01/17/05 | TC | REVIEWED AGENDA OF MATTERS SCHEDULED FOR HEARING 1/24 | .50 |
| 01/18/05 | RLT | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 21, 2005 AT 9:00 A.M. AT THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, | .40 |
| 01/18/05 | TC | REVIEWED AMENDED NOTICE OF MATTERS SCHEDULED FOR HEARING IN PITTSBURGH | .50 |
| 01/19/05 | RLT | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 24, 2005 AT 12:0 P.M. | .30 |
| 01/19/05 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 28, 2005
MATTER : W9600-004
INVOICE : 187469

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 01/19/05 RTT | REVIEW DOCKET | | .10 |
| 01/20/05 RTT | REVIEW RETURNED MAIL AND UPDATE 2002 SERVICE LIST | | 1.00 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.10 | 242.00 |
| R T TAYLOR | 135.00 | 3.20 | 432.00 |
| T CURRIER | 470.00 | 1.40 | 658.00 |
| TOTALS | | 5.70 | 1332.00 |

TOTAL FEES :        1,332.00

TOTAL DUE  :        1,332.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 28, 2005
MATTER : W9600-006
INVOICE : 187470

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/29/04 | RLT | REVIEWED ORDER (THIRD CONTINUATION) GRANTING RELIEF SOUGHT IN DEBTORS' SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 12/29/04 | RLT | REVIEWED ORDER (SIXTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 12/29/04 | RLT | REVIEWED ORDER (FIFTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 12/29/04 | TC | REVIEWED THIRD CONTINUATION ORDER FOR SIXTH OMNIBUS CLAIMS OBJECTION | .40 |
| 12/29/04 | TC | REVIEWED SIXTH CONTINUATION ORDER FOR FOURTH OMNIBUS CLAIMS OBJECTION | .40 |
| 01/06/05 | RLT | REVIEWED MOTION TO STRIKE NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION OF DEBTORS | .20 |
| 01/07/05 | RLT | REVIEWED REPLY DEBTORS OMNIBUS REPLY TO OBJECTIONS AND BRIEF IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE | .30 |
| 01/07/05 | TC | REVIEWED OBJECTION OF ASBESTOS PROPERTY DAMAGE COMMITTEE TO DEBTORS' SUPPLMENT TO ESTIMATION MOTION | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :  W9600-006
INVOICE :  187470

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | |
|---|---|---|
| 01/07/05 TC | REVIEWED LETTER FILED BY BURRELL JOHNSON | .30 |
| 01/07/05 TC | REVIEWED WRGRACE RESPONSE TO MOTION TO STRIKE NOTICE OF INTENT TO OBJECT TO CLAIMS | .70 |
| 01/12/05 RLT | REVIEWED DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) {RESPONSES DUE FEBRUARY 11, 2005 | .30 |
| 01/12/05 RLT | REVIEWED DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY W.R. GRACE & CO | .30 |
| 01/13/05 TC | REVIEWED SEVENTH OMNIBUS MOTION TO OBJECT TO CLAIMS | .60 |
| 01/14/05 RLT | REVIEWED MOTION FOR LEAVE PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN'S MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM FILED BY PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN | .80 |
| 01/14/05 TC | REVIEWED 8TH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .60 |
| 01/14/05 TC | REVIEWED NOTICE OF FILING DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .50 |
| 01/17/05 TC | REVIEWED PACIFICORP AND THE VANCOTT BAGLEY CORNWALL AND MCCARTHY 401(K) PROFIT SHARING PLAN'S MOTION FOR LEAVE TO FILE A LATE PROOF OF CLAIM | 1.50 |
| 01/26/05 TC | RESPONSE OF MARCELLA PAULETTE TO DEBTORS' EIGHTH CLAIM OBJECTION | .40 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :  W9600-006
INVOICE :  187470

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.50 | 550.00 |
| T CURRIER | 470.00 | 6.00 | 2820.00 |
| TOTALS | | 8.50 | 3370.00 |

TOTAL FEES :                        3,370.00

TOTAL DUE  :                        3,370.00

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 28, 2005
                                              MATTER :  W9600-010
                                              INVOICE : 187471
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/11/05 | RLT | REVIEWED APPLICATION TO EMPLOY /APPLICATION FOR AN ORDER PURSUANT TO SECTIONS 1103(A) AND 328(A) OF THE BANKRUPTCY CODE, AND FED.R.BANKR.P. 2014 AND 2016, AUTHORIZING THE RETENTION AND EMPLOYMENT OF GMA RESEARCH CORPORATION AS SPECIAL CONSULTANT TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .50 |
| 01/19/05 | RTT | COMMUNICATION WITH T.CURRIER RE STATUS OF LEXECON'S ORDER APPROVING RETENTION APPLICATION(.2); CONTACT JUDGE FITZGERALD CHAMBERS RE SAME(.1); PREPARE EMAIL TO R.BELLO AT JUDGE FITZGERAL CHAMBERS RE SAME(.2) | .50 |
| 01/21/05 | RLT | REVIEWED SUPPLEMENTAL APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR AUTHORIZATION TO EXTEND TERMS OF EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR | .30 |
| 01/21/05 | RLT | REVIEWED APPLICATION TO EMPLOY DEBTORS' MOTION FOR AUTHORIZATION TO MODIFY AND EXPAND THE SCOPE OF SERVICES PROVIDED BY BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. AS PROFESSIONALS THAT CONDUCT BUSINESS IN CHINA FILED BY W.R. GRACE & CO | .40 |
| 01/24/05 | TC | REVIEWED APPLICATION FOR RETENTION OF GMA RESEARCH AS AN EXPERT TO THE OFFICIAL ASBESTOS PROPERTY DAMAGE COMMITTEE | .60 |
| 01/24/05 | TC | REVIEWED SUPPLEMENT APPLICATION OF DAVID ASTERN TO EMPLOY CIBC | .60 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE    :   FEBRUARY 28, 2005
MATTER  :   W9600-010
INVOICE :   187471
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

01/24/05 TC    REVIEWED MOTION TO APPROVE EXPANSION OF SCOPE          .60
               OF SERVICES OF BAKER DONELSON

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 1.20 | 264.00 |
| R T TAYLOR | 135.00 | .50 | 67.50 |
| T CURRIER | 470.00 | 1.80 | 846.00 |
| TOTALS | | 3.50 | 1177.50 |

TOTAL FEES :                1,177.50

TOTAL DUE  :                1,177.50

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :  W9600-011
INVOICE :  187472

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/27/04 | RTT | DISTRIBUTE KRLS NOVEMBER FEE APPLICATION TO RLT | .10 |
| 12/28/04 | RTT | E-FILE AND SERVE THIRTY-SEVENTH APPLICATION OF KLETT ROONEY FOR PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004(.8); CALENDAR OBJECTION DEADLINE RE SAME(.1) | .90 |
| 12/28/04 | TC | REVIEWED FEE APPLICATION | .70 |
| 12/29/04 | RLT | REVIEWED AND COMMENTED ON KRLS 37TH MONTHLY FEE APPLICATION | .30 |
| 12/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION THIRTY-SEVENTH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMEPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/06/05 | RTT | REVIEW AND RESPOND TO EMAIL FROM J. BEAMON RE INTERIM FEE ORDER | .20 |
| 01/10/05 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR DECEMBER 2004 | 1.00 |
| 01/17/05 | RLT | REVIEWED AND EDITED PREBILLS FOR 12/1/04-12/25/04 | .70 |
| 01/18/05 | MNF | REVIEW EDITS TO PRE-BILLS FOR DEC. 2004; EMAIL ACCTING RE: SAME | .50 |
| 01/18/05 | RTT | DRAFT NO ORDER REQUIRED CNO TO KRLS THIRTY-SEVENTH FEE APPLICATION | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :   W9600-011
INVOICE :   187472

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| | | |
|---|---|---|
| 01/19/05 FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR KRLS' DECEMBER 2004 FEE APPLICATION | .30 |
| 01/19/05 MNF | REVIEW/EDIT AND COMPARE FINAL BILLS FOR DECEMBER 2004 | .60 |
| 01/19/05 MNF | DRAFT KRLS MONTHLY FEE APP FOR DECEMBER 1, 2004 THROUGH DECEMBER 25, 2004 | 1.50 |
| 01/19/05 RLT | REVIEWED AND COMMENTED ON CNO FOR 37TH MONTHLY APPLICATION OF KRLS | .30 |
| 01/20/05 RTT | E-FILE AND SERVE NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO KRLS THIRTY-SEVENTH FEE APP | .60 |
| 01/27/05 RTT | UPDATE FEE APPLICATION SERVICE LIST | .20 |
| 01/28/05 MNF | E-FILE AND SERVE 38TH MONTHLY FEE APP OF KRLS FOR DECEMBER 2004 | 1.00 |
| 01/31/05 RTT | COMMUNICATION WITH T.CURRIER AND J.BEAMON RE QUARTERLY FEE ORDERS | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .30 | 43.50 |
| M N FLORES | 135.00 | 4.60 | 621.00 |
| R L THOMAS | 220.00 | 1.40 | 308.00 |
| R T TAYLOR | 135.00 | 2.90 | 391.50 |
| T CURRIER | 470.00 | .70 | 329.00 |
| TOTALS | | 9.90 | 1693.00 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 28, 2005
MATTER : W9600-011
INVOICE : 187472

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  FEE APPLICATIONS, APPLICANT

TOTAL FEES :          1,693.00

TOTAL DUE  :          1,693.00

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :  FEBRUARY 28, 2005
MATTER :  W9600-012
INVOICE :  187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/28/04 | RTT | E-FILE AND SERVE FORTIETH FEE APPLICATION OF KRAMER LEVIN FOR PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004(.8); CALENDAR OBJECTION DEADLINE RE SAME(.1) | .90 |
| 12/28/04 | RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE KRAMER LEVINS FORTIETH FEE APPLICATION AND KRLS THIRTY-SEVENTH FEE APPLICATION | .40 |
| 12/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 FILED BY CAMPBELL & LEVINE, LLC | .10 |
| 12/29/04 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 12/29/04 | RLT | REVIEWED NOTICE OF SERVICE OF FINAL FEE APPLICATION FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A | .10 |
| 12/29/04 | RLT | REVIEWED FINAL APPLICATION FOR COMPENSATION FOR THE TIME PERIOD OF JULY 1, 2003 THROUGH DECEMBER 28, 2004 FILED BY ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. | .10 |
| 12/29/04 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    FEBRUARY 28, 2005
                                             MATTER :  W9600-012
                                             INVOICE : 187473

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

   RE:  FEE APPLICATIONS, OTHERS


12/29/04 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION              .10
               FORTIETH MONTHLY FEE APPLICATION OF KRAMER
               LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
               OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
               COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
               FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH
               NOVEMBER 30, 2004

12/29/04 RLT   REVIEWED APPLICATION FOR COMPENSATION TENTH                .10
               INTERIM APPLICATION OF CAPSTONE CORPORATE
               RECOVERY, LLC, FINANCIAL ADVISORS TO THE
               OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR
               ALLOWANCE OF COMPENSATION AND FOR SERVICES
               RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
               FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH
               NOVEMBER 30, 2004

12/29/04 RLT   REVIEWED QUARTERLY APPLICATION FOR COMPENSATION            .20
               AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY
               1, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY
               BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ,
               P.C.

12/29/04 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION              .10
               FOR SERVICES RENDERED AND REIMBURSEMENT OF
               EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
               OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
               PERIOD OF OCTOBER 1, 2004 THROGUH OCTOBER 31,
               2004 FILED BY BILZIN SUMBERG BAENA PRICE &
               AXELROD LLP

12/29/04 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION              .10
               FOR SERVICES RENDERED AND REIMBURSEMENT OF
               EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
               OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
               PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30,
               2004

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-012
INVOICE :  187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 12/29/04 RLT | REVIEWED ORDER REGARDING MOTION TO AMEND ORDERS WITH REGARD TO CERTAIN QUARTERLY FEE APPLICATIONS OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLP; LUKINS AND ANNIS, P.C. AND ELZUFON AUSTIN REARDON TARLOV & MONDELL P.A. | .20 |
| 12/29/04 RLT | REVIEWED APPLICATION FOR COMPENSATION SIXTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/05/05 RLT | REVIEWED FOURTEENTH QUARTERLY INTERIM APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .20 |
| 01/06/05 RLT | REVIEWED FORTY-FOURTH MONTHLY INTERIM APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/06/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JACOBS & CRUMPLAR, P.A. | .10 |
| 01/06/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-012
INVOICE : 187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 01/06/05 RLT | REVIEWED THIRTY-EIGHTH MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/07/05 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-SIXTH MONTHLY FEE APPLICATION OF POTTER ANDERSON & CORROON FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF EPIC CAPITAL CORPORATION AND EPIC RESORTS, LLC, FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 01/07/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FORTY-FOURTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES DURING THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/07/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR NOVEMBER 2004 FILED BY KIRKLAND & ELLIS | .10 |
| 01/07/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 (FORTY-FIRST MONTHLY) FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | .10 |
| 01/12/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION DECEMBER 2004 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-012
INVOICE : 187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 01/12/05 RLT | REVIEWED APPLICATION FOR COMPENSATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 01/12/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2004, THROUGH NOVEMBER 30, 2004, FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | .10 |
| 01/12/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/12/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004, FILED BY LUKINS & ANNIS, P.S. | .10 |
| 01/12/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2004, THROUGH DECEMBER 31, 2004, FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | .10 |
| 01/12/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (INTERIM), FILED BY LUKINS & ANNIS | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :  W9600-012
INVOICE :  187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 01/13/05 RLT | REVIEWED APPLICATION FOR COMPENSATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF NOVEMBER 1, 2004, THROUGH NOVEMBER 30, 2004, FOR THE QUARTERLY FEE PERIOD OF OCTOBER -DECEMBER 2004 | .10 |
| 01/18/05 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-SIXTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF NOVEMBER 2004 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 01/18/05 RTT | DRAFT NO ORDER REQUIRED CNO TO KRAMER LEVIN'S FORTIETH FEE APPLICATION | .60 |
| 01/19/05 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-FIFTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 01/20/05 RTT | PREPARE AND E-FILE AFFIDAVIT OF SERVICE RE CNO TO KRAMERS FORTIETH FEE APP AND KRLS THIRTY-SEVENTH FEE APP | .40 |
| 01/20/05 RTT | E-FILE AND SERVE NO ORDER REQUIRED CNO TO KRAMER LEVIN'S FORTIETH | .60 |
| 01/21/05 RLT | REVIEWED SIXTH MONTHLY INTERIM APPLICATION FILED BY CIBC WORLD MARKETS CORP. HEARING | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-012
INVOICE : 187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 01/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (TWENTY-FOURTH) OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE & CO., AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 01/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (TWENTY-FIFTH) OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO W. R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 01/26/05 RTT | E-FILE AND SERVE MONTHLY FEE AND EXPENSE INVOICE FOR LEXECON FOR NOVEMBER 2004(.8); CALENDAR OBJECTION DEADLINE RE SAME(.1) | .90 |
| 01/26/05 TC | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS FOR ALL PROFESSIONALS | .40 |
| 01/26/05 TC | REVIEWED ORDER AUTHORIZING THE RETENTION OF ARENT FOX | .30 |
| 01/27/05 RTT | E-FILE AND SERVE KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR PERIOD JULY 1, 2004 THROUGH SEPTEMBER 30, 2004(.8); CALENDAR OBJECTION DEADLINE RE SAME(.1) | .90 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :   W9600-012
INVOICE :   187473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05     T C

RE:   FEE APPLICATIONS, OTHERS

## TIME SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 3.90 | 858.00 |
| R T TAYLOR | 135.00 | 4.70 | 634.50 |
| T CURRIER | 470.00 | .70 | 329.00 |
| TOTALS | | 9.30 | 1821.50 |

TOTAL FEES :                    1,821.50

TOTAL DUE  :                    1,821.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-015
INVOICE : 187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/28/04 | TC | COMMUNICATION WITH GARY BECKER RE 2019 STATEMENTS | .20 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY RHODEN, LACY, & COLBERT. | .20 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY GOLDBERG, PERSKY, & WHITE, P.C. | .20 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE LANIER LAW FIRM | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY CHRISTOPHER J. MCCARTHY OF BOOTH & MCCARTHY | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY CHRISTOPHER J. MCCARTHY OF BOOTH & MCCARTHY | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY J. MICHAEL RILEY OF JONES, MARTIN, PARRIS & TESSENER | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY WILLIAM K. SCHWARTZ OF HARVIT & SCHWARTZ, L.C. | .10 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    FEBRUARY 28, 2005
                                               MATTER :  W9600-015
                                               INVOICE : 187474


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING


12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY DAVID
                L. MEADE OF SHINABERRY AND MEADE, L.C.

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY PAUL
                A. WEYKAMP OF THE LAW OFFICES OF PAUL A.
                WEYKAMP

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
                WILLIAM FAHEY OF COONEY & CONWAY

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                OF WERB & SULLIVAN PURSUANT TO FEDERAL RULE OF
                BANKRUPTCY PROCEDURE 2019 FILED BY PETERS SMITH
                & COMPANY, YOUPEE

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOSEPH
                C. BLANKS, P.C.

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE
                LAW FIRM OF PAUL T. BENTON

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY WISE &
                JULIAN, P.C.

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOSEPH
                F. BRUEGGER OF BRUEGGER & MCCULLOUGH, P.C.

12/29/04 RLT    REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
                PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOSEPH
                F. BRUEGGER OF BRUEGGER & MCCULLOUGH, P.C.


**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :   W9600-015
INVOICE :   187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MICHELLE WARD OF CUMBEST, CUMBEST, HUNTER & MCCORMICK, P.A | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY STEVEN GOULD OF BROWN & GOULD, LLP. | .10 |
| 12/29/04 | RLT | REVIEWED RESPONSE TO REQUESTED DOCUMENTS FILED FILED BY MINNIE HASSAN | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY BRENT COON & ASSOCIATES | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY EMBRY AND NEUSNER | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JAMES M. O'BRIEN OF HARTLEY & O'BRIEN, PLLC | .10 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY LIPSITZ & PONTERIO, LLC. | .10 |
| 12/29/04 | RLT | REVIEWED DEBTORS' MOTION FOR AN ORDER PURSUANT TO FED.R.BANKR.P. 9006(B) FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. SECTION 1452 AND FED.R.BANKR.P. 9027 | .30 |
| 12/29/04 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY RANDALL D. COLLINS WITH HERSCHEL L. HOBSON | .10 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-015
INVOICE : 187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:   LITIGATION AND LITIGATION CONSULTING


12/29/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
               PATRICK C. MALOUF OF PORTER & MALOUF, P.A.

12/29/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY EDWARD
               O. MOODY, P.A.

12/29/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY WEITZ
               & LUXENBERG

12/29/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JOSEPH
               T. KREMER OF LIPSITZ, GREEN, FAHRINGER ROLL,
               SALISBURY & CAMBRIA, LLP

12/29/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY
               SUZANNE G. KEYS OF THE BYRD, GIBBS & MARTIN,
               PLLC

12/29/04 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY PAUL
               M. MATHENY OF THE LAW OFFICES OF PETER G.
               ANGELOS, P.C

01/03/05 TC    REVIEWED MOTION TO EXTEND REMOVAL PERIOD FOR             .40
               LITIGATION

01/05/05 RLT   REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT          .10
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY MEGAN
               KRAMER OF THE KAESKE LAW FIRM

01/05/05 RLT   REVIEWED RULE 2019 STATEMENT NOTICE OF FILING            .10
               ORIGINALLY FILED 1/3/04. VERIFIED STATEMENT
               PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JACOBS
               & CRUMPLAR, P.A.

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 28, 2005
MATTER :   W9600-015
INVOICE :  187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JANET L. RICE OF SCHROETER, GOLDMARK AND BENDER | .10 |
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE LAW OFFICE OF MATTHEW BERGMAN | .10 |
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY LANDRY & SWARR LLC. | .10 |
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THOMAS BEVAN OF BEVAN & ASSOCIATES, LPA, INC | .10 |
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY PAUL D. HENDERSON OF DIES, DIES AND HENDERSON | .10 |
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT AMENDED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE SHEPARD LAW FIRM. | .10 |
| 01/05/05 | RLT | REVIEWED OBJECTION TO / JOINDER IN CERTAIN INSURERS' LIMITED OBJECTION TO DEBTORS' MOTION FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF AND TO DEBTORS' MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS FOLLOWING PLAN CONFIRMATION | .30 |
| 01/05/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE LAW OFFICES OF PETER T. ENSLEIN | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 28, 2005
MATTER : W9600-015
INVOICE : 187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/05/05 | RLT | REVIEWED STIPULATION RESOLVING CLAIMS BETWEEN W.R. GRACE & CO. AND INTEX PLASTICS CORPORATION. | .30 |
| 01/05/05 | RLT | REVIEWED STIPULATION RESOLVING CLAIMS BETWEEN W.R. GRACE & CO. AND WESTERN PROCESSING TRUST FUND II | .20 |
| 01/05/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION -- SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 | .10 |
| 01/05/05 | TC | REVIEWED JOINDER IN OBJECTION OF CERTAIN INSURERS RE ESTIMATION MOTION | .40 |
| 01/06/05 | RLT | REVIEWED ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO FILE UNDER SEAL ITS OBJECTIONS TO DISCLOSURE STATEMENT | .10 |
| 01/06/05 | RLT | REVIEWED ORDER GRANTING MOTION OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO FILE UNDER SEAL ITS OBJECTION TO DEBTORS' MOTION FOR ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELATED RELIEF | .10 |
| 01/06/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JULIE A. ARDOIN OF THE MURRAY LAW FIRM, 909 POYDRAS STREET, SUITE 2550, NEW ORLEANS, LA. 70112-4000 | .10 |
| 01/06/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JACOBS & CRUMPLAR, P.A. | .10 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      FEBRUARY 28, 2005
MATTER :  W9600-015
INVOICE :   187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/06/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JULIE A. ARDOIN OF THE MURRAY LAW FIRM | | .10 |
| 01/06/05 RLT | REVIEWED JOINDER IN THE OFFICIAL ASBESTOS PROPERTY DAMAGE CLAIMANTS MOTION TO STRIKE THE DEBTORS NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION AND OPPORTUNITY TO SUPPLEMENT CLAIMS AND AFFIDAVIT OF JAMES HUGHES IN SUPPORT THEREOF | | .30 |
| 01/06/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY HOSSLEY*EMBRY, LLP | | .10 |
| 01/06/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY COADY LAW FIRM | | .10 |
| 01/06/05 RLT | REVIEWED RULE 2019 STATEMENT FILED BY PRITCHARD LAW FIRM | | .10 |
| 01/07/05 RLT | REVIEWED RESPONSE TO KERI EVANS' RESPONSE TO DEBTORS' MOTION FOR AN ORDER AUTHORIZING AND APPROVING REIMBURSEMENT OF DEFENSE COSTS AND ADVANCEMENT OF FUNDS TO SETTLE CERTAIN ACTIONS PURSUANT TO NATIONAL UNION'S EMPLOYEE BENEFIT PLAN FIDUCIARY LIABILITY INSURANCE POLICY FILED BY KERI EVANS | | .30 |
| 01/07/05 RLT | REVIEWED REPLY DEBTORS' REPLY IN SUPPORT OF THEIR MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER | | .40 |
| 01/07/05 TC | REVIEWED DEBTORS' REPLY IN SUPPORT OF THEIR MOTION FOR A CASE MANAGEMENT ORDER | | .60 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 28, 2005
MATTER :   W9600-015
INVOICE :  187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:   LITIGATION AND LITIGATION CONSULTING

| | | | |
|---|---|---|---|
| 01/07/05 TC | REVIEWED DEBTORS' REPLY IN SUPPORT OF ESTIMATION MOTION | | .50 |
| 01/07/05 TC | REVIEWED AMERICAN LEGION JOINDER IN MOTION TO STRIKE INTENT TO OBJECT TO CLAIMS | | .30 |
| 01/10/05 TC | REVIEWED KERI EVANS' RESPONSE TO MOTION TO APPROVE REIMBURSEMENT OF DEFENSE COSTS | | .60 |
| 01/11/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY BRAYTON PURCELL | | .10 |
| 01/11/05 RLT | REVIEWED ORDER, SIGNED BY THE HON. RONALD L. BUCKWALTER, THAT UPON CONSIDERATION OF DEBTORS MOTION REQUESTING THE U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE TO REFER JURISDICTION FOR CERTAIN MATTERS TO THE BANKRUPTCY COURT | | .30 |
| 01/11/05 RLT | REVIEWED RESPONSE TO EXHIBIT B, CLAIM #117 FILED BY FREDRICK BROTHERS CORPORATION | | .30 |
| 01/12/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 (INTERIM), FILED BY LUKINS & ANNIS | | .10 |
| 01/12/05 RLT | REVIEWED RULE 2019 STATEMENT RULE 2019 NOTICE OF FILING FILED BY ASBESTOS CLAIMANTS | | .10 |
| 01/12/05 RLT | REVIEWED NOTICE OF WITHDRAWAL OF KERI EVANS' RESPONSE TO DEBTOR'S MOTION FOR AN ORDER AUTHORIZING AND APPROVING REIMBURSEMENT OF DEFENSE COSTS AND ADVANCEMENT OF FUNDS TO SETTLE CERTAIN ACTIONS PURSUANT TO NATIONAL UNION'S EMPLOYEE BENEFIT PLAN FIDUCIARY LIABILITY INSURANCE POLICY | | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER :  W9600-015
INVOICE :  187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 01/12/05 RLT | REVIEWED RESPONSE TO MOTION TO STRIKE NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION OF DEBTORS | .10 |
| 01/12/05 RLT | REVIEWED RULE 2019 STATEMENT FILED BY ASBESTOS CLAIMANTS | .10 |
| 01/13/05 RLT | REVIEWED RULE 2019 STATEMENT REGARDING W.R. GRACE & CO., ET AL. FILED BY ASBESTOS PLAINTIFFS | .10 |
| 01/13/05 RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF JOHN FREDERICK HOME, PARTNER OF ADAM & ADAMS | .10 |
| 01/14/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY LAW OFFICES OF ODEM & ELLIOTT | .10 |
| 01/14/05 TC | REVIEWED BUCHWALTER ORDER REFERRING SEALED AIR LITIGATION TO JUDGE FITZGERALD | .30 |
| 01/17/05 TC | REVIEWED MOTION TO FILE REPLY--AND REPLY--RE ESTIMATION MOTION | .80 |
| 01/18/05 RLT | REVIEWED RULE 2019 STATEMENT NOTICE WITHDRAWAL FILED BY H. DOUGLAS NICHOL | .10 |
| 01/18/05 RLT | REVIEWED RULE 2019 STATEMENT AMENDED NOTICE FILING FILED BY H. DOUGLAS NICHOL | .10 |
| 01/18/05 RLT | REVIEWED RULE 2019 STATEMENT FILED BY WALLACE & GRAHAM, P.A. | .10 |
| 01/18/05 RLT | REVIEWED MOTION FOR LEAVE DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THEIR ESTIMATION SUPPLEMENT | .40 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     FEBRUARY 28, 2005
MATTER :  W9600-015
INVOICE : 187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 01/18/05 RLT | REVIEWED RULE 2019 STATEMENT WRGRACE FILED BY F. GERALD MAPLES, P.A | .10 |
| 01/18/05 TC | REVIEWED SECOND SUPPLEMENTAL STATEMENT OF INTENT OF FUTURES REPRESENTATIVE | .40 |
| 01/19/05 RLT | REVIEWED SUPPLEMENTAL STATEMENT OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE IN ACCORDANCE WITH FED. R. BANKR. P. 2014(A) AND 5002 | .20 |
| 01/19/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY ANTHONY SAKALARIOS, ESQ | .10 |
| 01/19/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE SHANNON LAW FIRM, PLLC. | .10 |
| 01/20/05 RLT | REVIEWED RULE 2019 STATEMENT OF MARTZELL & BICKFORD FILED BY ASBESTOS PLAINTIFFS | .10 |
| 01/21/05 RLT | REVIEWED RULE 2019 STATEMENT AMENDED VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY LEBLANC & WADDELL, LLC. | .10 |
| 01/25/05 RLT | REVIEWED EXHIBIT TAB 11 TO EXHIBIT BOOK - RETAINED CAUSES OF ACTION FILED BY THE DEBTOR | .40 |
| 01/25/05 RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019 FILED BY SILBER PEARLMAN, LLP | .10 |
| 01/26/05 TC | REVIEWED ORDER ALLOWING FILING OF REPLY RE ESTIMATION MOTION | .30 |
| 01/26/05 TC | REVIEWED ORDER APPROVING REIMBURSEMENT OF DEFENSE COSTS TO THE EXTENT NECESSARY | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-015
INVOICE : 187474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 10.50 | 2310.00 |
| T CURRIER | 470.00 | 5.10 | 2397.00 |
| TOTALS | | 15.60 | 4707.00 |

TOTAL FEES :          4,707.00

TOTAL DUE  :          4,707.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-016
INVOICE : 187475

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 12/27/04 | TC | REVIEWED FUTURE CLAIMANTS' CONSOLIDATED OBJECTIONS TO DISCLOSURE STATEMENT AND PLAN RELATED MOTIONS | 1.30 |
| 01/03/05 | TC | REVIEWED ASBESTOS COMMITTEE'S ORDER RE FILING OBJECTIONS TO DISCLOSURE STATEMENT UNDER SEAL | .50 |
| 01/06/05 | RLT | REVIEWED RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS' SEVENTH MOTION PURSUANT TO 11 U.S.C. SECTION 1121(D) FOR AN ORDER MAINTAINING AND FURTHER EXTENDING EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTORS MAY FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF | .20 |
| 01/06/05 | RTT | REVIEW EMAIL FROM CO -COUNSEL RE RESPONSE TO DEBTORS SEVENTH MOTION EXTENDING EXCLUSIVE PERIODS | .10 |
| 01/06/05 | RTT | PREPARE AFFIDAVIT OF SERVICE RE RESPONSE TO DEBTORS SEVENTH MOTION EXTENDING EXCLUSIVE PERIODS | .10 |
| 01/06/05 | RTT | REVISIONS TO RESPONSE TO DEBTORS SEVENTH MOTION EXTENDING EXCLUSIVE PERIODS | .20 |
| 01/06/05 | RTT | DISCUSSION WITH T.CURRIER RE RESPONSE TO DEBTORS SEVENTH MOTION EXTENDING EXCLUSIVE PERIODS | .10 |
| 01/06/05 | RTT | E-FILE AND SERVE RESPONSE TO DEBTORS SEVENTH MOTION EXTENDING EXCLUSIVE PERIODS | .60 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   FEBRUARY 28, 2005
MATTER : W9600-016
INVOICE : 187475

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 01/06/05 TC | REVIEWED EQUITY COMMITTEE RESPONSE TO MOTION TO EXTEND EXCLUSIVITY | .50 |
| 01/06/05 TC | FINALIZED RESPONSE AND FILED SAME | .40 |
| 01/07/05 RLT | REVIEWED OBJECTION TO FUTURE CLAIMANTS' REPRESENTATIVE'S OBJECTION TO DEBTORS' SEVENTH MOTION FOR ORDER FURTHER EXTENDING EXCLUSIVE PERIODS FOR FILING A PLAN AND SOLICITING VOTES THEREON | .30 |
| 01/07/05 RLT | REVIEWED RESPONSE TO DEBTORS' RESPONSE TO OBJECTIONS TO DISCLOSURE STATEMENT FILED BY W.R. GRACE & CO | .30 |
| 01/07/05 RLT | REVIEWED REPLY DEBTORS' REPLY IN SUPPORT OF THEIR ESTIMATION MOTION | .40 |
| 01/07/05 TC | REVIEWED FUTURE CLAIMANTS' OBJECTION TO MOTION FOR 7TH EXTENSION TO EXCLUSIVITY | .50 |
| 01/07/05 TC | REVIEWED DEBTORS' BRIEF ON CONFIRMATION ISSUES | 1.10 |
| 01/07/05 TC | REVIEWED EXCLUSIVITY RESPONSE OF EQUITY COMMITTEE AS FILED | .40 |
| 01/10/05 TC | REVIEWED DEBTORS' OMNIBUS REPLY TO OBJECTIONS TO PLAN PROCEDURES AND SOLICITATION PROCEDURES | 1.60 |
| 01/10/05 TC | REVIEWED DEBTORS' RESPONSE TO DISCLOSURE STATEMENT OBJECTIONS | .60 |
| 01/11/05 TC | REVIEWED NOTICE OF AGENDA FOR HEARING 1/21 | .40 |
| 01/12/05 RLT | REVIEWED NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO DISCLOSURE STATEMENT FOR DEBTORS' PLAN OF REORGANIZATION FILED BY BMW CONSTRUCTORS, INC | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : FEBRUARY 28, 2005
MATTER : W9600-016
INVOICE : 187475

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| | | | |
|---|---|---|---|
| 01/13/05 RLT | REVIEWED NOTICE OF FILING: (1) AMENDED JOINT PLAN OF REORGANIZATION, (2) AMENDED DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE; AND (3) AMENDED EXHIBIT BOOK | .50 |
| 01/13/05 RLT | REVIEWED REDLINE OF THE FOLLOWING EXHIBIT BOOK TABS: TAB 2, TAB 3 AND TAB 4 | .70 |
| 01/13/05 RLT | REVIEWED EXHIBIT /REDLINE TO PLAN (RELATED DOCUMENT(S){7560 ) FILED BY W.R. GRACE & CO. | 1.00 |
| 01/13/05 RLT | REVIEWED REDLINE TO DISCLOSURE STATEMENT | .80 |
| 01/13/05 RLT | REVIEWED DEBTORS' CHARTS REGARDING STATUS OF OBJECTIONS TO DEBTORS' DISCLOSURE STATEMENT | .80 |
| 01/13/05 RLT | REVIEWED AMENDED EXHIBIT BOOK (RELATED DOCUMENT(S){6897 ) FILED BY W.R. GRACE & CO | .50 |
| 01/13/05 RLT | REVIEWED AMENDED DISCLOSURE STATEMENT FOR THE AMENDED JOINT PLAN OF REORGANIZATION PURSUANT TO CHAPTER 11 OF THE UNITED STATES BANKRUPTCY CODE | .80 |
| 01/13/05 RLT | REVIEWED AMENDED PLAN FILED BY W.R. GRACE & CO. | .80 |
| 01/13/05 TC | REVIEWED NOTICE OF AMENDED PLAN AND DISCLOSURE STATEMENT | .30 |
| 01/13/05 TC | REVIEWED REDLINE TO PLAN | .60 |
| 01/13/05 TC | REVIEWED REDLINE TO DISCLOSURE STATEMENT | .80 |
| 01/13/05 TC | REVIEWED DEBTORS' CHART SHOWING STATUS OF OBJECTIONS TO DISCLOSURE STATEMENT | 1.10 |
| 01/13/05 TC | REVIEWED AMENDED DISCLOSURE STATEMENT | .50 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    FEBRUARY 28, 2005
MATTER :  W9600-016
INVOICE : 187475

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05   T C

RE:  PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 01/13/05 TC | REVIEWED AMENDED PLAN | .50 |
| 01/14/05 TC | REVIEWED CHARTS SUMMARIZING OBJECTIONS TO DISCLOSURE STATEMENT | 1.10 |
| 01/14/05 TC | REVIEWED AMENDED EXHIBIT BOOK FOR HEARING | 1.40 |
| 01/21/05 RLT | REVIEWED ORDER FURTHER EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON | .10 |
| 01/24/05 TC | REVIEWED ORDER FURTHER EXTENDING EXCLUSIVITY | .50 |
| 01/26/05 TC | REVIEWED ORDER EXTENDING EXCLUSIVITY | .30 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 7.30 | 1606.00 |
| R T TAYLOR | 135.00 | 1.10 | 148.50 |
| T CURRIER | 470.00 | 14.40 | 6768.00 |
| TOTALS | | 22.80 | 8522.50 |

TOTAL FEES :            8,522.50

TOTAL DUE  :            8,522.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   FEBRUARY 28, 2005
                                            MATTER : W9600-000
                                            INVOICE : 187466


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 01/31/05    T C

    RE:  EXPENSES
```

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 01/03/05 MESSENGER SERVICES -  PARCELS, INC.  - # 27011 | 178.00 |
| 01/05/05 FEDERAL EXPRESS -  FEDEX  - # 7-934-22865 | 21.85 |
| 01/05/05 FEDERAL EXPRESS -  FEDEX  - # 7-934-22865 | 13.76 |
| 01/12/05 REPRODUCTION OF DOCUMENTS | 5.55 |
| 01/13/05 MESSENGER SERVICES -  PARCELS, INC.  - # 27295 | 19.50 |
| 01/13/05 DUPLICATING SERVICES -  PARCELS, INC.  - # 4653 | 212.22 |
| 01/13/05 MESSENGER SERVICES -  PARCELS, INC.  - # 27164 | 185.00 |
| 01/13/05 MESSENGER SERVICES -  PARCELS, INC.  - # 27164 | 8.00 |
| 01/13/05 DUPLICATING SERVICES -  PARCELS, INC.  - # 4678 | 335.02 |
| 01/18/05 REPRODUCTION OF DOCUMENTS | 5.55 |
| 01/19/05 REPRODUCTION OF DOCUMENTS | 0.30 |
| 01/19/05 REPRODUCTION OF DOCUMENTS | 28.50 |
| 01/20/05 REPRODUCTION OF DOCUMENTS | 1.80 |
| 01/25/05 FEDERAL EXPRESS -  FEDEX  - # 7-969-95134 | 12.59 |
| 01/25/05 PROFESSIONAL SERVICES - PACER - 4TH QUARTER 2004 | 20.37 |
| 01/25/05 PROFESSIONAL SERVICES - PACER - 4TH QUARTER 2004 | 2.59 |
| 01/25/05 PROFESSIONAL SERVICES - PACER - 4TH QUARTER 2004 | 6.79 |
| 01/25/05 DUPLICATING SERVICES -  PARCELS, INC.  - # 4696 | 231.58 |
| 01/25/05 MESSENGER SERVICES -  PARCELS, INC.  - # 27416 | 178.00 |

```
                    TOTAL EXPENSE ADVANCES :        1,466.97

                    TOTAL DUE  :                    1,466.97
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.