## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**Objection Deadline: March 23, 2005 at 4:00 p.m.
Hearing date:  To be scheduled, only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Sixth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from January 1, 2004 through Janaury 31, 2005,

---

[1]        The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

seeking compensation in the amount of $41,319.50 and reimbursement for actual and necessary expenses in the amount of $2,508.99 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **March 23, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
      March 3, 2005

                       Respectfully submitted,

                       Michael R. Lastowski (DE I.D. No. 3892)
                       Richard W. Riley (DE I.D. No. 4052)
                       DUANE MORRIS LLP
                       1100 North Market Street, Suite 1200
                       Wilmington, DE 19801
                       Telephone:    (302) 657-4900
                       Facsimile:    (302) 657-4901
                       E-mail:       mlastowski@duanemorris.com

                       - and –

                       William S. Katchen (Admitted in NJ Only)
                       DUANE MORRIS LLP
                       One Riverfront Plaza
                       Newark, New Jersey 07102
                       Telephone:    (973) 424-2000
                       Facsimile:    (973) 424-2001
                       E-mail:       wskatchen@duanemorris.com

                       -and -

                       Lewis Kruger
                       STROOCK & STROOCK & LAVAN LLP
                       180 Maiden Lane
                       New York, New York 10038-4982
                       Telephone:    (212) 806-5400
                       Facsimile:    (212) 806-6006
                       e-mail:        lkruger@stroock.com

                       *Co-Counsel for the Official Committee of Unsecured Creditors of*
                       *W. R. Grace & Co., et al.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                             Chapter 11

**W.R. Grace & Co., et al.**                       Case No. 01-01139 (JKF)

                Debtors                   Jointly Administered

                                  **Objection Date: March 23, 2005 at 4:00 p.m.**
                                  **Hearing Date: To be scheduled, only if objections are**
                                  **timely filed and served**

## THIRTY-SIXTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

Name of Applicant                                  **Duane Morris LLP**

Authorized to Provide
Professional Services to:                          **Official Committee of Unsecured Creditors**

Date of Retention:                                 **April 17, 2001**

Period for which compensation and                  **January 1, 2005 – January 31, 2005**
reimbursement is sought

Amount of Compensation sought as                   **$41,319.50**
actual, reasonable and necessary:

Amount of Expense Reimbursement sought             **$2,508.99**
as actual, reasonable and necessary:

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.50 hours and the
corresponding compensation requested is approximately $277.50[2]

This is the thirty-sixth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-sixth Monthly Fee Application. Time expended for the preparation of this Fee
Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

WLM\205924 1

| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |

WLM\205924 1

## Quarterly Fee Applications

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | | |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | | |
|---|---|---|---|---|---|

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

February 22, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001        Invoice# 1073335                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 01/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 18.50 | hrs. at | $525.00 /hr. = | $9,712.50 |
| MR LASTOWSKI | PARTNER | 0.10 | hrs. at | $495.00 /hr. = | $49.50 |
| WS KATCHEN | PARTNER | 33.30 | hrs. at | $575.00 /hr. = | $19,147.50 |
| WS KATCHEN | PARTNER | 3.60 | hrs. at | $545.00 /hr. = | $1,962.00 |
| JH LEMKIN | ASSOCIATE | 0.70 | hrs. at | $310.00 /hr. = | $217.00 |
| MF HAHN | ASSOCIATE | 22.30 | hrs. at | $290.00 /hr = | $6,467.00 |
| DM SPEERS | PARALEGAL | 4.70 | hrs. at | $205.00 /hr. = | $963.50 |
| DM SOSNOSKI | PARALEGAL | 1.50 | hrs. at | $160.00 /hr. = | $240.00 |
| VL AKIN | PARALEGAL | 13.50 | hrs. at | $185.00 /hr.= | $2,497.50 |
| V MARCHELLO | LEGAL ASSISTAN | 0.70 | hrs. at | $90.00 /hr.= | $63.00 |

$41,319.50


DISBURSEMENTS
DOCUMENT RETRIEVAL                                22.82
LEXIS LEGAL RESEARCH                             557.25
MEETING EXPENSE                                   91.15
MESSENGER SERVICE                                266.50
OVERNIGHT MAIL                                    50.96
OVERTIME RELATED COSTS                            29.87
PRINTING & DUPLICATING                           704.54
TELECOPY                                           7.60
TRAVEL - LOCAL                                    33.00
WESTLAW LEGAL RESEARCH                           745.30
TOTAL DISBURSEMENTS                                              $2,508.99


BALANCE DUE THIS INVOICE                                         $43,828.49

DUANE MORRIS LLP

Duane Morris
February 22, 2005
Page 3

File # K0248-00001                                    INVOICE #  1073335
  W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 1/20/2005 | 003 | MR LASTOWSKI | REVIEW NOVEMBER MONTHLY OPERATING REPORTS | 0.80 | $420.00 |
| | | | Code Total | 0.80 | $420.00 |

Duane Morris
February 22, 2005
Page 4

File # K0248-00001                                                        INVOICE #  1073335
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/5/2005 004 | DM SPEERS | REVIEWING 1/5/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $61.50 |
| 1/5/2005 004 | DM SPEERS | REVIEWING 1/4/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 1/5/2005 004 | VL AKIN | DOWNLOAD PLEADINGS FROM ECF DOCKET | 0.30 | $55.50 |
| 1/6/2005 004 | DM SPEERS | REVIEWING 1/6/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/7/2005 004 | DM SPEERS | REVIEWING 1/7/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.40 | $82.00 |
| 1/7/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.30 | $55.50 |
| 1/10/2005 004 | DM SPEERS | REVIEWING 1/10/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/10/2005 004 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY IN SUPPORT OF MOTION FOR CASE MANAGEMENT ORDER | 0.20 | $105.00 |
| 1/11/2005 004 | DM SPEERS | REVIEWING 1/11/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 1/11/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.30 | $55.50 |
| 1/12/2005 004 | DM SPEERS | REVIEWING 1/12/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/12/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 1/13/2005 004 | DM SPEERS | REVIEWING 1/13/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 1/13/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 1/14/2005 004 | DM SPEERS | REVIEWING 1/14/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/14/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 1/17/2005 004 | DM SPEERS | REVIEWING 1/17/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |

File # K0248-00001                                          INVOICE #  1073335
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/17/2005 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 1/18/2005 004 | DM SPEERS | REVIEWING 1/18/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 1/19/2005 004 | DM SPEERS | REVIEWING 1/19/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 1/20/2005 004 | DM SPEERS | REVIEWING 1/20/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/21/2005 004 | DM SPEERS | REVIEWING 1/21/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/21/2005 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.20 | $37.00 |
| 1/24/2005 004 | DM SPEERS | REVIEWING 1/24/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/24/2005 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST | 0.20 | $18.00 |
| 1/26/2005 004 | DM SPEERS | REVIEWING 1/25/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $61.50 |
| 1/26/2005 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 1/26/2005 004 | VL AKIN | DOWNLOAD PLEADINGS FROM ECF DOCKET | 0.20 | $37.00 |
| 1/27/2005 004 | DM SPEERS | REVIEWING EMAIL FROM WSKATCHEN AND ATTACHED EXHIBT TAB 11 TO EXHIBIT BOOK RE OBTAINING COPY OF EXHIBIT 11(P), SEARCH BMC CORP WEBSITE FOR EXHIBIT 11(P), TELEPHONE BMS CORP RE SAME, E-MAIL WSKATCHEN RE SAME | 0.50 | $102.50 |
| 1/27/2005 004 | DM SPEERS | REVIEWING 1/26/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $61.50 |
| 1/27/2005 004 | DM SPEERS | REVIEWING 1/27/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |

Duane Morris
February 22, 2005
Page 6

File # K0248-00001                                          INVOICE #  1073335
     W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 1/27/2005 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.20 | $18.00 |
| 1/28/2005 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 1/31/2005 004 | DM SPEERS | REVIEWING 1/31/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 1/31/2005 004 | DM SPEERS | SEARCH BMC CORP WEBSITE FOR EXHIBIT 11(P) TO EXHIBIT BOOK FOR WSKATCHEN | 0.20 | $41.00 |
| 1/31/2005 004 | DM SPEERS | REVIEWING 1/28/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| | | Code Total | 7.40 | $1,464.50 |

Duane Morris
February 22, 2005
Page 7

File # K0248-00001                                        INVOICE #  1073335
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 12/21/2004 005 | WS KATCHEN | MEETING WITH TOM MAHER. | 0.80 | $436.00 |
| 1/5/2005 005 | WS KATCHEN | SEND E-MAIL TO STROOCK RE: PLAN. | 0.20 | $115.00 |
| 1/5/2005 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL. | 0.90 | $517.50 |
| 1/5/2005 005 | WS KATCHEN | REVIEW STROOCK'S REPLY. | 0.10 | $57.50 |
| 1/5/2005 005 | WS KATCHEN | REVIEW ARLENE KRIEGER'S E-MAIL. | 0.10 | $57.50 |
| 1/7/2005 005 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY IN SUPPORT OF CLAIMS ESTIMATION MOTION | 0.50 | $262.50 |
| 1/7/2005 005 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO ASBESTOS PROPERTY COMMITTEE' OBJECTION TO THE DEBTOR'S NOTICE OF INTENTION TO OBJECT TO CLAIMS FOR MATERIAL DEFICIENCIES | 0.50 | $262.50 |
| 1/7/2005 005 | WS KATCHEN | RESEARCH ISSUE. | 0.60 | $345.00 |
| 1/7/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH MIKE HAHN RE: RESEARCH ISSUE. | 0.10 | $57.50 |
| 1/10/2005 005 | MR LASTOWSKI | REVIEW JOINDERS TO OPPOSITION TO DEBTOR'S NOTICE OF INTENTION TO OBJECT TO CERTAIN PROPERTY DAMAGE CLAIMS | 0.30 | $157.50 |
| 1/10/2005 005 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON JANUARY 11, 2005. | 1.40 | $805.00 |
| 1/11/2005 005 | DM SOSNOSKI | RETRIEVING DOCKETS RELATING TO DEBTORS' MOTIONS FOR ENTRY OF AN ORDER SEEKING THE ESTIMATION OF ASBESTOS CLAIMS AND CERTAIN RELIEF, FOR THE ENTRY OF AN ORDER APPROVING SOLICITATION AND CONFIRMATION PROCEDURES AND SCHEDULE AND FOR ENTRY OF A CASE MANAGEMENT ORDER ESTABLISHING PROTOCOLS FOR LITIGATING ASBESTOS-RELATED CLAIMS AND ALL SUPPORTING PAPERS PER WSKATCHEN'S REQUEST | 1.50 | $240.00 |
| 1/11/2005 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO MOTION (PD MOTION) | 0.20 | $115.00 |
| 1/11/2005 005 | WS KATCHEN | REVIEW EQUITY COMMITTEE'S RESPONSE ON §1121(D) MOTION. | 0.10 | $57.50 |
| 1/13/2005 005 | WS KATCHEN | REVIEW MATERIALS ON CLAIMS ESTIMATION ALLOWANCE. | 0.90 | $517.50 |
| 1/13/2005 005 | WS KATCHEN | REVIEW DOCUMENTS ON CLAIMS VALIDITY AT 1/2. | 0.50 | $287.50 |
| 1/17/2005 005 | WS KATCHEN | ADDITIONAL RESEARCH ON LOCK-UP ISSUE. | 0.90 | $517.50 |
| 1/17/2005 005 | WS KATCHEN | LEGISLATION STATUS AT 1/2. | 0.60 | $345.00 |
| 1/18/2005 005 | MR LASTOWSKI | REVIEW DEBTOR'S SUPPLEMENT TO CLAIMS ESTIMATION MOTION | 0.50 | $262.50 |
| 1/18/2005 005 | MR LASTOWSKI | REVIEW PACIFIC CORP S MOTION TO FILE A LATE PROOF OF CLAIM | 0.40 | $210.00 |

Duane Morris
February 22, 2005
Page 8

File # K0248-00001                                        INVOICE # 1073335
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 1/18/2005 005 | WS KATCHEN | RESEARCH FOR §502(C) ISSUE AT 1/2. | 1.30 | $747.50 |
| 1/18/2005 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY RE: ZAI ESTIMATION. | 0.20 | $115.00 |
| 1/19/2005 005 | WS KATCHEN | REVIEW MOTION BY PACIFICORP AND VANCOTT BAGLEY C & M FOR LEAVE TO FILE LATE PROOFS OF CLAIM (ENVIRONMENTAL CLAIMS) - RE: §502(E)(1)(B) ISSUE | 0.20 | $115.00 |
| 1/19/2005 005 | WS KATCHEN | ADDITIONAL WORK ON CLAIMS ESTIMATION ISSUES AT 1/2. | 1.50 | $862.50 |
| 1/19/2005 005 | WS KATCHEN | REVIEW AUTHORITIES CITED BY DEBTOR ON CLAIMS ESTIMATION/CAPPING. | 1.20 | $690.00 |
| 1/24/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH TOM MAHER. | 0.20 | $115.00 |
| 1/24/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY. | 0.20 | $115.00 |
| 1/24/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH LEWIS KRUGER. | 0.10 | $57.50 |
| 1/24/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE. | 0.10 | $57.50 |
| 1/25/2005 005 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $115.00 |
| 1/25/2005 005 | WS KATCHEN | REVIEW ORDER EXTENDING TIME RE: §1121(D). | 0.10 | $57.50 |
| 1/25/2005 005 | WS KATCHEN | REVIEW FINAL ORDER TRADING. | 0.10 | $57.50 |
| 1/25/2005 005 | WS KATCHEN | REVIEW MOTIONS. | 0.20 | $115.00 |
| 1/26/2005 005 | WS KATCHEN | RESEARCH ON PRODUCT ID AND CAUSATION AT 1/2. | 1.10 | $632.50 |
| 1/28/2005 005 | WS KATCHEN | REVIEW DEBTOR'S REPLY ON ZAI. | 0.30 | $172.50 |
| 1/28/2005 005 | WS KATCHEN | REVIEW MOTION FOR SETTLEMENT - CONTINENTAL CASUALTY CO. | 0.10 | $57.50 |
| 1/28/2005 005 | WS KATCHEN | REVIEW SUPPLEMENTAL APPLICATION D. AUITERN RE: CIBC. | 0.10 | $57.50 |
| 1/30/2005 005 | WS KATCHEN | REVIEW §524(G) VOTING RESEARCH | 0.80 | $460.00 |
| 1/31/2005 005 | WS KATCHEN | REVIEW KEN PASQUALE'S AGREEMENT | 0.10 | $57.50 |
| | | Code Total | 19.20 | $10,283.50 |

Duane Morris
February 22, 2005
Page 9

File # K0248-00001                                    INVOICE #  1073335
    W.R. GRACE & CO.

| 1/6/2005 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEVIN KELLEY RE: STATUS | 0.20 | $115.00 |
|---|---|---|---|---|
| 1/6/2005 007 | WS KATCHEN | PREPARE FOR COMMITTEE CONFERENCE CALL ON JANUARY 7, 2005. | 0.50 | $287.50 |
| 1/7/2005 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.50 | $287.50 |
| 1/9/2005 007 | WS KATCHEN | RESEARCH ON LOCK-UP. | 0.80 | $460.00 |
| 1/10/2005 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.40 | $210.00 |
| 1/11/2005 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: ZONOLITE/PD/ZAI ISSUES/DEBTOR STATUS ON PLAN SUPPORT AND COMMITTEE/§1121(D)/SEALED AIR AGREEMENT/LC'S. | 0.30 | $172.50 |
| 1/19/2005 007 | MR LASTOWSKI | TELEPHONE CALL TO A. KREIGER RE: STATUS | 0.30 | $157.50 |
| 1/25/2005 007 | WS KATCHEN | CONTINUED WORK ON ESTIMATION ISSUES. | 1.40 | $805.00 |
| 1/26/2005 007 | MR LASTOWSKI | REVIEW FINAL ORDER RESTRICTING TRADING IN EQUITY SECURITIES | 0.40 | $210.00 |
| | | Code Total | 4.80 | $2,705.00 |

File # K0248-00001                                    INVOICE #  1073335
     W.R. GRACE & CO.

| 1/20/2005 010 | MR LASTOWSKI | REVIEW THE ASBESTOS PROPERTY DAMAGE COMMITTEE'S APPLICATION TO RETAIN GMA RESEARCH | 0.30 | $157.50 |
|---|---|---|---|---|
| | | Code Total | 0.30 | $157.50 |

Duane Morris
February 22, 2005
Page 11

File # K0248-00001                                          INVOICE #  1073335
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/7/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NOVEMBER 2004 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 1/7/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING DECEMBER 2004 FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 1/12/2005 | 012 | MR LASTOWSKI | REVIEW AND EXECUTE CERTIFICATE OF NO OBJECTION TO DUANE MORRIS 34TH MONTHLY FEE APPLICATION MONTHLY FEE APPLICATION | 0.10 | $52.50 |
| 1/12/2005 | 012 | VL AKIN | REVIEW AND EDIT DECEMBER 2004 DRAFT BILL FOR DUANE | 0.50 | $92.50 |
| 1/12/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR THE NOVEMBER 2004 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 1/14/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING DECEMBER 2004 FEE APPLICATION | 0.40 | $74.00 |
| 1/17/2005 | 012 | VL AKIN | PREPARE FEE APPLICATION FOR DUANE MORRIS FOR DECEMBER 2004 | 1.00 | $185.00 |
| 1/18/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS DECEMBER 2004 FEE MONTHLY FEE APPLICATION | 0.20 | $105.00 |
| 1/18/2005 | 012 | VL AKIN | REVIEW STATUS OF PAID FEES AND EXPENSES FOR CALENDAR YEAR 2004 | 0.30 | $55.50 |
| 1/18/2005 | 012 | VL AKIN | FILE AND SERVE THIRTY-FIFTH FEE APPLICATION OF DUANE MORRIS. | 0.70 | $129.50 |
| 1/18/2005 | 012 | VL AKIN | UPDATE QUARTERLY FEE CHARTS | 0.70 | $129.50 |
| 1/18/2005 | 012 | VL AKIN | PREPARE 15TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 3.00 | $555.00 |
| 1/19/2005 | 012 | VL AKIN | BILLING MATTERS | 0.10 | $18.50 |
| 1/21/2005 | 012 | VL AKIN | PREPARE 15TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.40 | $74.00 |
| 1/25/2005 | 012 | VL AKIN | PREPARE 15TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.90 | $166.50 |
| 1/26/2005 | 012 | VL AKIN | WORK ON 15TH QUARTERLY FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| | | | Code Total | 9.80 | $1,915.00 |

Duane Morris
February 22, 2005
Page 12

File # K0248-00001                                    INVOICE #  1073335
      W.R. GRACE & CO.

| Date | Code | Attorney | Description | Hours | Amount |
|------|------|----------|-------------|-------|--------|
| 1/7/2005 | 013 | VL AKIN | FILE NOVEMBER 2004 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 1/17/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR NOVEMBER 2004 FEE APPLICATION OF CAPSTONE. | 0.30 | $55.50 |
| 1/18/2005 | 013 | MR LASTOWSKI | REVIEW AND SIGN CAPSTONE 10TH INTERIM MONTHLY FEE APPLICATION | 0.20 | $105.00 |
| 1/18/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE 10TH FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 1/28/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NOVEMBER 2004 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 1/31/2005 | 013 | MF HAHN | REVIEW PLAN SUPPORT AGREEMENT | 0.60 | $174.00 |
| | | | Code Total | 2.10 | $519.50 |

File # K0248-00001                                                        INVOICE #  1073335
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 8/20/2004 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: 8/23/04 OMNIBUS HEARING | 0.10 | $49.50 |
| 1/5/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 12/29/05 | 0.40 | $210.00 |
| 1/18/2005 015 | MR LASTOWSKI | REVIEW 1/24/05 AGENDA NOTICE AND ITEMS IDENTIFIED THEREON | 2.60 | $1,365.00 |
| 1/19/2005 015 | VL AKIN | SET UP TELEPHONIC APPEARANCES FOR STROOCK COUNSEL FOR THE 1/24/05 HEARING IN PITTSBURGH. SEVERAL EMAILS TO AND FROM A. KRUGER REGARDING SAME. | 0.90 | $166.50 |
| 1/24/2005 015 | MR LASTOWSKI | ATTEND 1/24/05 OMNIBUS HEARING (BY PHONE) | 0.90 | $472.50 |
| 1/24/2005 015 | MR LASTOWSKI | PREPARE FOR 1/24/05 OMNIBUS HEARING | 2.10 | $1,102.50 |
| 1/26/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 1/21/05 | 0.20 | $105.00 |
| | | Code Total | 7.20 | $3,471.00 |

File # K0248-00001                                           INVOICE #  1073335
    W.R. GRACE & CO.

| 1/12/2005 016 | JH LEMKIN | REVIEW E-MAILS, CONFER WITH VANESSA AND PREPARE MEMO REGARDING SEALED AIR SETTLEMENT AND COMMITTEE'S POSITION WITH REGARD TO SAME. | 0.40 | $124.00 |
|---|---|---|---|---|
| | | Code Total | 0.40 | $124.00 |

File # K0248-00001                                                    INVOICE #  1073335
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 12/21/2004 017 | WS KATCHEN | ANALYSIS OF PLAN DOCUMENTS; BERNICK'S LETTER TO COURT; ESTIMATION AND CMO ISSUES AND PREPARE FOR MEETING WITH TOM MAHER. | 2.80 | $1,526.00 |
| 1/3/2005 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH A KRIEGER REGARDING PLAN ISSUES | 0.30 | $172.50 |
| 1/4/2005 017 | MF HAHN | REVIEW PLAN AND DISCLOSURE STATEMENT AND RESEARCH ISSUES REGARDING SAME | 2.40 | $696.00 |
| 1/4/2005 017 | WS KATCHEN | REVIEW MEMORANDUM FROM STROOCK ON RULE 2019 ISSUES RAISED IN CONGOLEUM; INTER-OFFICE STRATEGY CONFERENCE WITH M. HAHN ON PLAN ISSUES AND RESEARCH | 0.80 | $460.00 |
| 1/4/2005 017 | WS KATCHEN | REVIEW LATEST EDITS TO DISCLOSURE STATEMENT; REVIEW LATEST DRAFT OF PLAN AND REVIEW DEBTOR'S §1452 MOTION | 2.40 | $1,380.00 |
| 1/5/2005 017 | MF HAHN | RESEARCH PLAN ISSUES | 1.50 | $435.00 |
| 1/5/2005 017 | MF HAHN | REVIEW VOTING PROCEDURES ORDER | 1.30 | $377.00 |
| 1/5/2005 017 | WS KATCHEN | REVIEW CAPSTONE FEASIBILITY ANALYSIS - PLAN FUNDING. | 0.30 | $172.50 |
| 1/5/2005 017 | WS KATCHEN | COMMITTEE CONFERENCE CALL ON PLAN | 0.70 | $402.50 |
| 1/6/2005 017 | MF HAHN | RESEARCH PLAN ISSUES | 0.80 | $232.00 |
| 1/6/2005 017 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSE IN SUPPORT OF EXTENSION OF EXCLUSIVITY | 0.20 | $105.00 |
| 1/6/2005 017 | WS KATCHEN | E-MAIL TO ARLENE KRIEGER RE: PLAN. | 0.10 | $57.50 |
| 1/6/2005 017 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH ARLENE KRIEGER RE:  PLAN. | 0.30 | $172.50 |
| 1/6/2005 017 | WS KATCHEN | REVIEW STROOCK'S E-MAIL ON DEBTOR'S RESPONSE TO PLAN NEGOTIATIONS. | 0.10 | $57.50 |
| 1/7/2005 017 | MF HAHN | RESEARCH ISSUES REGARDING LOCK UP AGREEMENTS; CONFERENCE WITH W. KATCHEN REGARDING SAME | 1.70 | $493.00 |
| 1/7/2005 017 | MR LASTOWSKI | REVIEW ASBESTOS PROPERTY COMMITTEE' OBJECTION TO THE DEBTOR'S SUPPLEMENT TO ITS ESTIMATION MOTION | 0.20 | $105.00 |
| 1/9/2005 017 | WS KATCHEN | REVIEW DEBTOR'S REPLIES ON PLAN OBJECTIONS AND OBJECTIONS TO THE DISCLOSURE STATEMENT. | 2.50 | $1,437.50 |
| 1/10/2005 017 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR APPROVAL OF SOLICITATION PROCEDURES | 0.50 | $262.50 |

File # K0248-00001                                    INVOICE # 1073335
        W.R. GRACE & CO.

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/2005 017 | MR LASTOWSKI | REVIEW DEBTOR'S MEMORANDUM CONCERNING CERTAIN CONFIRMATION ISSUES | 0.40 | $210.00 |
| 1/10/2005 017 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY TO DISCLOSURE STATEMENT OBJECTIONS | 0.20 | $105.00 |
| 1/10/2005 017 | MR LASTOWSKI | REVIEW FUTURE CLAIMS REPRESENTATIVES OBJECTION TO EXTENSION OF EXCLUSIVITY | 0.20 | $105.00 |
| 1/11/2005 017 | MF HAHN | REVIEW DISCLOSURE STATEMENT OBJECTIONS, PLAN OBJECTIONS, OBJECTIONS RELATED TO ESTIMATION MOTION AND CMO MOTION AND DEBTOR'S RESPONSE THERETO | 4.30 | $1,247.00 |
| 1/11/2005 017 | WS KATCHEN | RESEARCH FOR CONFIRMATION ISSUES. | 2.30 | $1,322.50 |
| 1/12/2005 017 | MF HAHN | REVIEW PLAN AND DISCLOSURE STATEMENT PLEADINGS | 1.20 | $348.00 |
| 1/12/2005 017 | WS KATCHEN | REVIEW E-MAIL FROM ARLENE KRIEGER RE: PLAN. | 0.10 | $57.50 |
| 1/12/2005 017 | WS KATCHEN | REVIEW TWO (2) COMMITTEE E-MAILS RE: PLAN. | 0.20 | $115.00 |
| 1/13/2005 017 | WS KATCHEN | REVIEW PLAN DOCUMENTS RECEIVED ON JANUARY 13, 2005. | 0.60 | $345.00 |
| 1/14/2005 017 | MF HAHN | REVIEW BLACKLINED VERSION OF PLAN AND DISCLOSURE STATEMENT, PLAN EXHIBIT BOOK AND GLOSSARY | 3.40 | $986.00 |
| 1/14/2005 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 1.10 | $577.50 |
| 1/14/2005 017 | WS KATCHEN | ANALYSIS OF REVISED DISCLOSURE STATEMENT AND PLAN DOCUMENTS. | 0.90 | $517.50 |
| 1/14/2005 017 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER RE: PLAN STATUS. | 0.10 | $57.50 |
| 1/17/2005 017 | MR LASTOWSKI | REVIEW STATUS OF PLAN NEGOTIATIONS | 0.70 | $367.50 |
| 1/17/2005 017 | MR LASTOWSKI | ANALYSIS OF PLAN CHANGELING INJUNCTION | 3.20 | $1,680.00 |
| 1/17/2005 017 | WS KATCHEN | ANALYSIS OF DEBTOR'S AMENDED PLAN DOCUMENTS AND EXHIBITS. | 1.20 | $690.00 |
| 1/17/2005 017 | WS KATCHEN | WORK ON PLAN ISSUES. | 0.70 | $402.50 |
| 1/19/2005 017 | WS KATCHEN | ADDITIONAL WORK ON LITIGATION PROTOCOL FOR PLAN. | 0.80 | $460.00 |
| 1/21/2005 017 | MR LASTOWSKI | REVIEW LIST OF RETAINED CAUSE OF ACTIONS | 0.50 | $262.50 |
| 1/24/2005 017 | MF HAHN | RESEARCH CHANNELING INJUNCTION, ESTIMATION AND RELATED PLAN ISSUES | 3.00 | $870.00 |
| 1/25/2005 017 | MF HAHN | REVIEW COMBUSTION ENGINEERING AND RESEARCH JURISDICTION AND CHANNELING ISSUES AND RELATED PLAN ISSUES | 1.50 | $435.00 |

Duane Morris
February 22, 2005
Page 17

File # K0248-00001                                          INVOICE #  1073335
        W.R. GRACE & CO.

| 1/26/2005 017 | JH LEMKIN | LOCATE AND DOWNLOAD AND REVIEW EXHIBIT 11 TO DISCLOSURE PER W. KATCHEN'S REQUEST. | 0.30 | $93.00 |
|---|---|---|---|---|
| 1/26/2005 017 | MF HAHN | RESEARCH VOTING AND ESTIMATION ISSUES | 0.60 | $174.00 |
| 1/27/2005 017 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH LEWIS KRUGER RE:  PLAN ISSUES AND CASE STATUS. | 0.30 | $172.50 |
| 1/31/2005 017 | WS KATCHEN | REVIEW PLAN SUPPORT AGREEMENT. | 0.20 | $115.00 |
| | | Code Total | 46.90 | $20,259.50 |

Duane Morris
February 22, 2005
Page 18

File # K0248-00001                          INVOICE #  1073335
   W.R. GRACE & CO.


                          TOTAL SERVICES        _____
                                                 98.90   $41,319.50

File # K0248-00001                                          INVOICE #  1073335
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|--|--------|
| 12/31/2004 | TRAVEL - LOCAL | | 33.00 |
| | | Total: | $33.00 |
| | | | |
| 12/31/2004 | MEETING EXPENSE | | 21.00 |
| 1/31/2005 | MEETING EXPENSE | | 70.15 |
| | | Total: | $91.15 |
| | | | |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 21.00 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 165.60 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 8.40 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.05 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.55 |
| 1/5/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.10 |
| 1/5/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.00 |
| 1/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 152.40 |
| 1/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 6.00 |
| 1/7/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 153.60 |
| 1/7/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.10 |
| 1/10/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.05 |
| 1/10/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 38.40 |
| | | Total: | $557.25 |
| | | | |
| 11/15/2004 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790338607434) | | 15.15 |
| 11/15/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790338579614) | | 8.91 |
| 11/19/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790835731929) | | 8.04 |
| 1/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEPHEN BOSSAY AT WARREN H  SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791449394523) | | 10.96 |
| 1/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791449378078) | | 7.90 |
| | | Total: | $50.96 |

File # K0248-00001                                    INVOICE #  1073335
    W.R. GRACE & CO.

| | | | |
|---|---|---|---|
| 1/4/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 340.33 |
| 1/7/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 404.97 |
| | | Total: | $745.30 |
| 12/31/2004 | MESSENGER SERVICE | | 166.50 |
| 1/31/2005 | MESSENGER SERVICE | | 100.00 |
| | | Total: | $266.50 |
| 1/31/2005 | OVERTIME RELATED COSTS | | 29.87 |
| | | Total: | $29.87 |
| 1/31/2005 | TELECOPY | | 7.60 |
| | | Total: | $7.60 |
| 12/31/2004 | DOCUMENT RETRIEVAL | | 22.82 |
| | | Total: | $22.82 |
| 12/31/2004 | PRINTING & DUPLICATING | | 254.79 |
| 1/31/2005 | PRINTING & DUPLICATING | | 449.75 |
| | | Total: | $704.54 |
| | TOTAL DISBURSEMENTS | | $2,508.99 |