# Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 7545 and |
| | | 2/28/05 Agenda Item 13 |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon the Eighth Omnibus Objection to Claims (the "Eighth Omnibus Objection")[2] filed

by the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an

order expunging and disallowing certain Claims; and no previous application having been made;

and upon consideration of the Eighth Omnibus Objection and all responses thereto; and due and

proper notice of the Eighth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Eighth Omnibus

Objection is granted to the extent not inconsistent with the language herein, with the Orders

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Eighth Omnibus Objection.

previously entered with respect to the Eighth Omnibus Objection, and with the Exhibits attached hereto;[3] and it is further

ORDERED that, to the extent that the relief granted in this Order differs from the relief granted with respect to the Eighth Omnibus Objection by the Orders previously entered with respect to Eighth Omnibus Objection, this Order shall control; and it is further

ORDERED that the Objection to each of the Claims listed on Exhibit A to this Order is sustained, and each of the claims is expunged and disallowed for all purposes; and it is further

ORDERED that the Objection to each of the Reduce and/or Reclassify and Allow Claims listed on Exhibit B to this Order is sustained and the Claims are reduced and reclassified as indicated; and it is further

ORDERED that the Claim listed on Exhibit C, Claim # 783 filed by Roadway Express, Inc., is reduced and allowed as a general unsecured non-priority claim in the amount of $1,636.03; and it is further

ORDERED that pursuant to Fed. R. Bankr. P. 3006 and the withdrawal of this claim by The City of New York Department of Finance, the Claim listed on Exhibit D to this Order, Claim # 110, is hereby withdrawn; and it is further

ORDERED that the Objection to each Claim listed on Exhibit E to this Order is continued to the March 21, 2005 hearing; and it is further

ORDERED that the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved, except as provided for herein; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy

---

3   To the extent that any claim that is the subject of the Eighth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: February ____, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# Exhibit A

Hearing Date: Monday, February 28, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 8 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALAMEDA COUNTY TAX COLLECTOR ATTN: JOHN LAC 1221 OAK STREET OAKLAND CA 94612 | 01-01140 W.R. GRACE & CO.-CONN. | 152 | $2,999.76 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | B&N&K RESTORATION CO INC 223 RANDOLPH AVE CLIFTON NJ 07011 | 01-01140 W.R. GRACE & CO.-CONN. | 1881 | | | NO LIABILITY EXPUNGE | SUSTAINED |
| 3 | CHINA PATENT AGENT HK LTD 22/F GREAT EAGLE CENTRE 23 HARBOUR RD WANCHAI HONG KONG | 01-01139 W.R. GRACE & CO. | 1381 | $6,219.90 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 4 | CITY OF PHILADELPHIA C/O MORTON R BRANZBURG ESQ KLEHR HARRISON HARVEY BRANZBURG & EILERS LLP 260 S BROAD ST PHILADELPHIA PA 19102 | 01-01139 W.R. GRACE & CO. | 157 | $948.39 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 5 | CITY OF PHILADELPHIA C/O MORTON R BRANZBURG ESQ KLEHR HARRISON HARVEY BRANZBURG & EILERS LLP 260 S BROAD ST PHILADELPHIA PA 19102 | 01-01139 W.R. GRACE & CO. | 158 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 6 | DEPARTMENT OF THE TREASURY INTERNAL 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01139 W.R. GRACE & CO. | 15445 | $10,177.92 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 7 | GOVERNMENT OF THE DISTRICT OF COLUMBIA OFFICE OF TAX & REVENUE COLLECTION DIV SPECIAL INVESTIGATION UNIT 941 NORTH CAPITOL ST NE WASHINGTON DC 20002 | 01-01140 W.R. GRACE & CO.-CONN. | 139 | $61,228.25 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 8 | NORTHERN TOOL & EQUIP CO PO BOX 1219 BURNSVILLE MN 55337 | 01-01140 W.R. GRACE & CO.-CONN. | 2075 | $372.57 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

Page 1 of 3

2/24/2005 10:26:54 AM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | PA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE DEPT 280946 HARRISBURG PA 17128-0946 | 01-01140 W.R. GRACE & CO.-CONN. | 15450 | $3,510.00 | (A) | NO LIABILITY EXPUNGE | SUSTAINED |
| 10 | PRINCE GEORGES COUNTY MARYLAND C/O MEYERS RODBELL & ROSENBAUM P.A. 6801 KENILWORTH AVE STE 400 RIVERDALE MD 20737 | 01-01188 LITIGATION MANAGEMENT, INC | 845 | $1,779.29 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 11 | R I DIVISION OF TAXES ONE CAPITOL HILL PROVIDENCE RI 02908 | 01-01139 W.R. GRACE & CO. | 295 | $3,766.00 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 12 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01146 CCHP, INC. | 3862 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 13 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01140 W.R. GRACE & CO.-CONN. | 3863 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 14 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01193 MRA STAFFING SYSTEMS, INC. | 3864 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 15 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS OH 44147 | 01-01198 CC PARTNERS | 3865 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 16 | STATE OF FLORIDA DEPT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE FL 32314-6668 | 01-01191 MRA HOLDINGS CORP. | 80 | $174.07 $200.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 17 | STATE OF NEW MEXICO TAXATION & REVENUE TAXATION & REVENUE DEPT PO BOX 22890 SANTA FE NM 87502-2690 | 01-01140 W.R. GRACE & CO.-CONN. | 352 | $77,000.00 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 18 | TOWN OF CORNELIUS PO BOX 399 CORNELIUS NC 28031 | 01-01139 W.R. GRACE & CO. | 1245 | $719.46 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

2/24/2005 10:26:55 AM

In re: W.R. GRACE & CO., et al

OMNIBUS 8 - EXHIBIT A - SUSTAINED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 19  TYLER, W S<br>SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE  CA  92614 | 01-01139<br>W.R. GRACE & CO. | 886 | $3,308.00 | (U) | INVALID TRANSFER<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

2/24/2005 10:26:55 AM

# Exhibit B

In re: W.R. GRACE & CO., et al

OMNIBUS 8 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BIG RIVER RUBBER & GASKET C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 W.R. GRACE & CO. | 645 | $8,462.46 | (U) | REDUCE AND ALLOW | $6,235.96 | (U) | SUSTAINED |
| 2 | BROWNING FERRIS IND ATTN ROBERT H DAVIS 5757A OATES RD HOUSTON TX 77076 | 01-01139 W.R. GRACE & CO. | 8564 | $2,252.33 | (P) | RECLASSIFY, REDUCE & ALLOW | $436.25 | (U) | SUSTAINED |
| 3 | CONTRARIAN CAPITAL TRADE ASSIGNEE OF LA CHEMICALS LTD ATTN: ALPA JIMENEZ 411 W PUTNAM AVE, SUITE 225 GREENWICH CT 06830 | 01-01140 W.R. GRACE & CO.-CONN. | 9182 | $33,289.15 | (U) | REDUCE AND ALLOW | $26,161.15 | (U) | SUSTAINED |
| 4 | DURRETT SHEPPARD STEEL CO INC 6800 E BALTIMORE ST BALTIMORE MD 21224 | 01-01139 W.R. GRACE & CO. | 956 | $3,875.12 | (U) | REDUCE AND ALLOW | $3,837.22 | (U) | SUSTAINED |
| 5 | HANDEX OF NEW ENGLAND INC ATTN: WILLIAM E TABOR 30941 SUNEAGLE DR MOUNT DORA FL 32757 | 01-01139 W.R. GRACE & CO. | 2438 | $14,958.89 | (U) | REDUCE AND ALLOW | $6,742.13 | (U) | SUSTAINED |
| 6 | J B INDUSTRIES INC C/O ALEX L DIXON 304 CHURCH ST PO BOX 1027 LAGRANGE GA 30241 | 01-01140 W.R. GRACE & CO.-CONN. | 398 | $2,811.36 | (S) | RECLASSIFY, REDUCE & ALLOW | $1,979.93 | (U) | SUSTAINED |
| 7 | LANDAUER INC C/O D&B/RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM MD 21094 | 01-01139 W.R. GRACE & CO. | 696 | $753.20 | (U) | REDUCE AND ALLOW | $663.65 | (U) | SUSTAINED |
| 8 | OVERDALE CORP C/O L C MERTZ 6147 W 65 ST CHICAGO IL 60638 | 01-01139 W.R. GRACE & CO. | 2884 | $135,057.23 | (P) | RECLASSIFY, REDUCE & ALLOW | $62,990.86 | (U) | SUSTAINED |
| 9 | PREFERRED UTILITIES MFG CORP 31 35 SOUTH ST DANBURY CT 06810 | 01-01139 W.R. GRACE & CO. | 20 | $1,400.50 | (P) | RECLASSIFY, REDUCE & ALLOW | $622.50 | (U) | SUSTAINED |

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

2/24/2005 10:30:08 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - SUSTAINED

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 10 SIGMA-ALDRICH INC ATTN: TONI TURNER 3050 SPRUCE ST ST LOUIS MO 63103 | 01-01139 W.R. GRACE & CO. | 610 | $43,009.86 | (U) | REDUCE AND ALLOW | $39,857.62 | (U) | SUSTAINED |
| 11 UNITED STATES CONTAINER ATTN: MARY FREEMAN 4950 S SANTA FE AVE VERNON CA 90058 | 01-01139 W.R. GRACE & CO. | 1081 | $3,015.02 | (P) | RECLASSIFY, REDUCE & ALLOW | $723.18 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

Page 2 of 2

2/24/2005 10:30:08 AM

# Exhibit C

Hearing Date: Monday, February 28, 2005

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT C - SUSTAINED

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 ROADWAY EXPRESS INC 1077 GORGE BLVD P/O BOX 3552 AKRON OH 44309-3552 | 01-01140 W.R. GRACE & CO.-CONN. | 783 | $2,004.34 | (U) | REDUCE AND ALLOW | $1,636.03 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

2/24/2005 10:34:52 AM

# Exhibit D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT D - CLAIM WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | NYC DEPT OF FINANCE<br>BANKRUPTCY & ASSIGNMENT UNIT<br>345 ADAMS ST 10TH FL<br>BROOKLYN NY 11201 | 01-01139<br>W.R. GRACE & CO. | 110 | $2,710,570.00 | (P) | NO LIABILITY<br>EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative          (S) - Secured
(P) - Priority                       (U) - Unsecured

2/24/2005 10:43:03 AM

# Exhibit E

Hearing Date: Monday, February 28, 2005

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01139 W.R. GRACE & CO. | 9572 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 2 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01141 A-1 BIT & TOOL CO.,INC. | 9574 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 3 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01142 ALEWIFE BOSTON LTD. | 9575 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 4 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01143 ALEWIFE LAND CORPORATION | 9576 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 5 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01144 AMICON, INC. | 9577 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 6 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01145 CB BIOMEDICAL, INC. | 9578 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 7 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01146 CCHP, INC. | 9579 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority               (U) - Unsecured

2/24/2005 1:10:46 PM

In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 8 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01147 COALGRACE, INC. | 9580 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 9 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01148 COALGRACE II, INC. | 9581 | (T) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 10 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01149 CREATIVE FOOD 'N FUN COMPANY | 9582 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 11 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01150 DAREX PUERTO RICO, INC. | 9583 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 12 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01151 DEL TACO RESTAURANTS, INC. | 9584 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 13 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01152 DEWEY AND ALMY LLC | 9585 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 14 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01153 ECARG, INC. | 9586 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 15 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01154 FIVE ALEWIFE BOSTON LTD. | 9587 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured
(U) - Unsecured

2/24/2005 1:10:46 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 16 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01155 G C LIMITED PARTNERS I, INC. | 9588 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 17 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01156 G C MANAGEMENT, INC. | 9589 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 18 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01157 GEC MANAGEMENT CORPORATION | 9590 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 19 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01158 GN HOLDINGS, INC. | 9591 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 20 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01159 GPC THOMASVILLE CORP. | 9592 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 21 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01160 GLOUCESTER NEW COMMUNITIES | 9593 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 22 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01161 GRACE A-B INC. | 9594 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 23 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01162 GRACE A-B II INC. | 9595 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

2/24/2005 1:10:46 PM

In re: W.R. GRACE & CO., et al

OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 24 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01163 GRACE CHEMICAL COMPANY OF | 9596 | | | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 25 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01164 GRACE CULINARY SYSTEMS, INC. | 9597 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 26 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01165 GRACE DRILLING COMPANY | 9598 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 27 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01166 GRACE ENERGY CORPORATION | 9599 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 28 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01167 GRACE ENVIRONMENTAL, INC. | 9600 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 29 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01168 GRACE EUROPE, INC. | 9601 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 30 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01169 GRACE H-G INC. | 9602 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 31 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01170 GRACE H-G II INC. | 9603 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority               (U) - Unsecured

2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 32 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01171 GRACE HOTEL SERVICES | 9604 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 33 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01172 GRACE INTERNATIONAL HOLDINGS, | 9605 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 34 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01173 GRACE OFFSHORE COMPANY | 9606 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 35 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01174 GRACE PAR CORPORATION | 9607 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 36 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01175 GRACE PETROLEUM LIBYA | 9608 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 37 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01176 GRACE TARPON INVESTORS, INC. | 9609 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 38 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01177 GRACE VENTURES CORP. | 9610 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 39 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01178 GRACE WASHINGTON, INC. | 9611 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 40 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01179 W.R. GRACE CAPITAL | 9612 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 41 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01180 W.R. GRACE LAND CORPORATION | 9613 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 42 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01181 GRACOAL, INC. | 9614 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 43 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01182 GRACOAL II, INC. | 9615 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 44 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01183 GUANICA-CARIBE LAND | 9616 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 45 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01184 HANOVER SQUARE CORPORATION | 9617 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 46 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01185 HOMCO INTERNATIONAL, INC. | 9618 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 47 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01186 KOOTENAI DEVELOPMENT | 9619 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative          (S) - Secured
(P) - Priority                     (U) - Unsecured

2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 48 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01187 L B REALTY, INC. | 9620 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 49 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01188 LITIGATION MANAGEMENT, INC | 9621 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 50 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01189 MONOLITH ENTERPRISES | 9622 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 51 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01190 MONROE STREET, INC. | 9623 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 52 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01191 MRA HOLDINGS CORP. | 9624 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 53 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01192 MRA INTERMEDCO, INC. | 9625 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 54 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01193 MRA STAFFING SYSTEMS, INC. | 9626 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 55 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01194 REMEDIUM GROUP, INC. | 9627 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
**OMNIBUS 8 - EXHIBIT E - CONTINUED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 56 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01195 SOUTHERN OIL, RESIN & | 9628 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 57 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01196 WATER STREET CORPORATION | 9629 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 58 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01197 AXIAL BASIN RANCH COMPANY | 9630 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 59 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01198 CC PARTNERS | 9631 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 60 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01199 HAYDEN-GULCH WEST COAL | 9632 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 61 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01200 H-G COAL COMPANY | 9633 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 62 | DEPARTMENT OF REVENUE STATE BOX 475 JEFFERSON CITY MO 65105 | 01-01139 W.R. GRACE & CO. | 3816 | $180.05 $3,896.41 | (P) (U) | NO LIABILITY EXPUNGE | $0.00 $0.00 | (P) (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 63 | IBM CORPORATION ATTN: BH SHIDELER TWO LINCOLN CTR 18 W 140 BUTTERFIELD RD OAKBROOK IL 60181-4295 | 01-01139 W.R. GRACE & CO. | 149 | $74,337.14 | (U) | REDUCE AND ALLOW | $60,191.54 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

2/24/2005 1:10:47 PM

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 8 - EXHIBIT E - CONTINUED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 64 | LINKAGE INC<br>16 NEW ENGLAND EXECUTIVE PARK SUITE 205<br>BURLINGTON MA 01803 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1170 | $4,495.00 | (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 65 | NATIONAL UNION FIRE INSURANCE<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 9553 | $46,971,746.00 | (S) | CROSS-DEBTOR DUPLICATE | $0.00 | (S) | CONTINUED TO 3/21/2005 12:00 PM |
| 66 | NEW YORK STATE DEPT OF<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01139<br>W.R. GRACE & CO. | 15165 | $267,817.79 | (U) | REDUCE AND ALLOW | $106,388.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 67 | NY STATE DEPT OF TAXATION AND<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01146<br>CCHP, INC. | 15316 | $7,509.78<br>$4,127.62 | (P)<br>(U) | NO LIABILITY EXPUNGE | $0.00<br>$0.00 | (P)<br>(U) | CONTINUED TO 3/21/2005 12:00 PM |
| 68 | PAULETTE, MARCELLA M<br>287 TOWNSHIP RD 267<br>AMSTERDAM OH 43903-7909 | 01-01139<br>W.R. GRACE & CO. | 2360 | UNKNOWN | (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | CONTINUED TO 3/21/2005 12:00 PM |
| 69 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15324 | $256,629.24 | (A) | NO LIABILITY EXPUNGE | $0.00 | (A) | CONTINUED TO 3/21/2005 12:00 PM |
| 70 | STATE OF NEW JERSEY DEPT OF<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>W.R. GRACE & CO.-CONN. | 871 | $149,730.68 | (P) | REDUCE AND ALLOW | $27,491.00 | (P) | CONTINUED TO 3/21/2005 12:00 PM |
| 71 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139<br>W.R. GRACE & CO. | 15452 | $2,066.55 | (P) | NO LIABILITY EXPUNGE | $0.00 | (P) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 72 | TEXAS COMPTROLLER OF PUBLIC OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 01-01165 | 311 GRACE DRILLING COMPANY | $11,227.67 | (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | CONTINUED TO 3/21/2005 12:00 PM |
| 73 | TOWN OF ACTON MASSACHUSETTS C/O THOMAS O BEAN ESQ 155 SEAPORT BLVD WORLD TRADE CENTER W BOSTON MA 02210 | 01-01139 W.R. GRACE & CO. | 4385 | UNKNOWN | (S) | CROSS-DEBTOR DUPLICATE | $0.00 | (S) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

Page 10 of 10

2/24/2005 1:10:47 PM