Judith K FitchGeorald

Dear ~~Judith Fitzgerald~~ Judge   2/24/05.

My name is Dennis Nelson #94B0694
Case No. 01-01139 (JKF) Chapter 11,
Claim No. 2160, 2161, 2159  RE: W.R. Grace + Corp.

Can you please send me my copies of the claim settlement, and the cover sheet with my name on the claim form, from Jan. 21st 2005 4:pm Et. Al.

Case No. 01-2210, 01-2211,

Air Settlement,

W.R. Grace Corp.
Detba

Jointy claimer Dennis Nelson #94B0694

Discloser statement + Settlement closer
From Jan, 21st 2005 Thur April 6th 2006

Write Back A.S.A.P.

Dennis Nelson  94B0694

← Neck Page

The Facility Play's Games with All my Legal mail. CAN you Get A Lawyer up HERE TO SEE ME oR Get A court order to Get ME TRANSfeRRed out of Attica CORR. I'm AN x-F.B.I. INVEStgatoR Get ME moved To A Federal corR. Facility

WRITE BacK A.S.A.P.

Dennis Wilson