# EXHIBIT A

{D0015842:1 }

# CHART I
## ENTITIES EXCLUDED FROM INDUSTRY PEER GROUP

| Company | TDC ($ millions) | 2004 Sales ($ billions) | Revenue as Multiple of Debtors'[1] |
|---|---|---|---|
| Dow Chemical Co. | $11,546 | $40.2 | 17 |
| PPG Industries Inc. | $9,273 | $9.5 | 4 |
| EI DuPont de Nemours | $9,212 | $27.3 | 11 |

---

[1] The Debtors' 2004 revenues were $2.3 billion.

{D0039800:1}