# EXHIBIT B

{D0015842:1 }

# CHART II

**Industry Peer Group Comparison of CEO TDC to Festa CEO Agreement, including Festa "Emergence Bonus" on a 3-Year Annualized Basis as an Addition to Long-Term Incentive (Excluding the Big Three)**

| TDC Rank | Company | TDC ($ millions) | 2004 Sales ($ billions) |
|---|---|---|---|
| 1 | Ecolab Inc. | $8,096 | $4.2 |
| 2 | Engelhard Corp. | $6,658 | $4.2 |
| 3 | Rohm & Haas Co. | $5,725 | $7.3 |
| 4 | Int'l Flavs & Frags Inc. | $4,646 | $2.0 |
| 5 | W.R. GRACE & CO. | $3,793 | $2.3 |
| 6 | Eastman Chemical Co. | $3,696 | $6.6 |
| MEDIAN | | $3,656 | |
| 7 | Cabot Corp. | $3,615 | $1.9[1] |
| 8 | Great Lakes Chem. Corp. | $3,056 | $1.6 |
| 9 | Fuller H.B. Co. | $2,235 | $1.4[2] |
| 10 | Albemarle Corp. | $1,937 | $1.5 |
| 11 | Sigma Aldrich Corp. | $1,794 | $1.4 |
| 12 | Hercules Inc. | $1,194 | $2.0 |

---

[1] Fiscal year ending 9/30/04.
[2] Fiscal year ending 11/27/04.

{D0039799:1 }