## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>                    Debtors. | Chapter 11<br>Case Nos. 01-1139 through 01-1200 (JKF)<br>(Jointly Administered) |
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL INJURY CLAIMANTS, et al.,<br><br>                    Plaintiffs,<br><br>                    v.<br><br>SEALED AIR CORPORATION and<br>CRYOVAC, INC.,<br>                    Defendants. | Adv. No. 02-2210<br>[LEAD DOCKET] |
| OFFICIAL COMMITTEE OF ASBESTOS<br>PERSONAL INJURY CLAIMANTS, et al.,<br><br>                    Plaintiffs,<br>                    v.<br><br>FRESENIUS MEDICAL CARE<br>HOLDINGS, INC. and<br>NATIONAL MEDICAL CARE, INC.,<br><br>                    Defendants. | Adv. No. 02-2211<br><br>Affects Dockets 02-2210 and 02-2211<br><br>**Objection Deadline: March 4, 2005 @4:00 p.m.**<br>**Hearing Date: March 21, 2005 @12:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING ADVERSARY DOCKET NO. 720
## AND MAIN DOCKET NO. 7785

The undersigned hereby certifies that he has received no answer, objection or any other responsive pleading to the **Motion for Entry of Order Approving Fee Applications and Allowing the Payment of Holdbacks** [Adv. Docket No. 720 and Main Docket No. 7785] (the

"Motion"). The undersigned further certifies that the Court's docket in this case reflects that no

answer, objection or other responsive pleading to the Motion has been filed. Pursuant to the

Notice of Motion, objections to the Motion were to be filed and served no later than March 4,

2005.

It is hereby respectfully requested that the proposed form of order, attached hereto as

Exhibit A, be entered at the earliest convenience of the Court.

Dated: March 7, 2005                    FERRY, JOSEPH & PEARCE, P.A.


                                        /s/ Theodore J. Tacconeli
                                        Theodore J. Tacconelli (No. 2678)
                                        824 Market Street, Suite 904
                                        P.O. Box 1351
                                        Wilmington, DE  19899
                                        (302) 575-1555

                                        -and-

                                        Scott L. Baena, Esquire
                                        Jay M. Sakalo, Esquire
                                        Allyn S. Danzeisen, Esquire
                                        Bilzin, Sumberg, Baena, Price
                                        & Axelrod, LLP
                                        200 South Biscayne Boulevard
                                        Suite 2500
                                        Miami, FL 33131-2336
                                        (305) 374-7580

                                        Co-Counsel to the Official Committee of Asbestos
                                        Property Damage Claimants