# EXHIBIT 2

# Debtors' Second Notice Concerning Intent to Object to Claims for WR Grace

Total number of parties: 21
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party4 |
|---|---|
| 12901 | BMC GROUP, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245-4306 |
| 12901 | BMC GROUP, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245-4306 |
| 12901 | BUTLER, WILLIAM B, BIERSDORF & ASSOCIATES PA, 33 S 6TH ST STE 4100, MINNEAPOLIS, MN 55402 |
| 12901 | CADE, GREGORY A, ENVIRONMENTAL ATTORNEYS GROUP LLC, 1900 28TH AVE S STE 107, HOMEWOOD, AL 35209 |
| 12901 | CARROLL, DANIEL J, DIVISION OF FACILITIES MGMT, 900 SW JACKSON RM 653, TOPEKA, KS 66612-2210 |
| 12901 | CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 |
| 12901 | GOLDBERG, CARL R, FEDERATED LEGAL DEPARTMENT, 170 O'FARRELL ST, SAN FRANCISCO, CA 94102-2202 |
| 12901 | GRANT, JACK A, GRANT & BARROW, 238 HUEY P LONG AVE, GRETNA, LA 70053-5816 |
| 12901 | HERBERLING, JON L, MCGARVEY HEBERLING SULLIVAN, 745 SO MAIN, KALISPELL, MT 59901-5341 |
| 12901 | ISRAEL, DEBORAH J, PIPER RUDNICK LLP, 1200 NINTEENTH ST NW, WASHINGTON, DC 20036 |
| 12901 | KELLEY, LINDA D, VIACOM INC, 11 STANWIX ST, PITTSBURGH, PA 15222 |
| 12901 | LEWIS, TOM, LEWIS HUPPERT & SLOVAK PC, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT 59403-0002 |
| 12901 | MCCALL, ROBERT C, BAGGETT MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA 70606-7820 |
| 12901 | MCGARVEY, ALLAN M, MCGARVEY HEBERLING SULLIVAN & MCGARVEY PC, 745 S MAIN ST, KALISPELL, MT 59901 |
| 12901 | OCONNOR, PATRICIA A, LEVENFELD PEARLSTEIN, 2 N LASALLE 13TH FL, CHICAGO, IL 60602 |
| 12901 | ODOM JR, WILLIAM W, WILLIAM W ODOM JR, 404 WALDRON ST, CORINTH, MS 38834 |
| 12901 | ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512 |
| 12901 | SAIA, FRANK R, FRANK R SAIA, JD, 106 STATE ST, SPRINGFIELD, MA 01103-2034 |
| 12901 | SCHWARTZMAN, DANIEL A, DANIEL A SCHWARTZMAN, 55 5TH AVE 15TH FLOOR, NEW YORK, NY 10003-4301 |
| 12901 | STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 |
| 12901 | SUTHERLAND, FRED H, BEARD & SUTHERLAND, 400 TRAVIS ST STE 1103, SHREVEPORT, LA 71101-5564 |

**Subtotal for this group: 21**