# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re: **W. R. Grace & Co., et al**
Debtor

Case No. **01-01139** Jointly Administered
Reporting Period: **January 2005**

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (con't) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | Not available |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Postpetition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | | Not available |
| Copies of Federal income tax returns filed during reporting period | | | None filed |
| Summary of Unpaid Postpetition Debts | MOR-4 | | See Note #4 |
| Listing of aged accounts payable | | | See Note #4 |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Debtor Questionnaire | MOR-5 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

_____
Date

_____
Signature of Joint Debtor

_____
Date

*Robert M. Tarola*
_____
Signature of Authorized Individual*

*25 February 2005*
_____
Date

Robert M. Tarola
_____
Printed Name of Authorized Individual

Senior Vice President and
Chief Financial Officer
_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## W. R. Grace & Co.
## Monthly Financial Report
## January 31, 2005

## Table of Contents

Chart #

**Form MOR**

**Monthly Operating Report**
Schedule of Cash Receipts and Disbursements ............................................................................. 1    MOR-1
Bank Reconciliations ............................................................................................................................. 2    MOR-1
Combining Statement of Operations - Filing Entities Only ................................................. 3    MOR-2
Combining Balance Sheet - Filing Entities Only ............................................................... 4    MOR-3
Status of Postpetition Taxes ................................................................................................. 5    MOR-4
Accounts Receivable Reconciliation and Aging ............................................................... 6    MOR-5
Debtor Questionnaire ............................................................................................................. 7    MOR-5

**Combined Chapter 11 Filing Entity Statements**
Combined Statement of Operations.......................................................................................... 8
Combined Functional Basis Statement of Cash Flows .................................................. 9
Combined Balance Sheet ......................................................................................................... 10
Notes to Combined Financial Statements ................................................................................. 11

**Bank Statements**

**Federal Income Tax Returns**                                                                    None

**Forward-Looking Information**
This monthly financial report contains forward-looking information that involves risks and uncertainties. For such information, Grace claims the protection of the safe harbor for forward-looking statements contained in the Private Securities Litigation Reform Act of 1995. Actual results could differ materially from the results predicted, and reported results should not be considered as a indication of future performance. Factors that could cause actual results to differ from those contained in the forward-looking information include those factors set forth in Grace's most recent Annual Report on Form 10-K and quarterly reports on Form 10-Q, which have been filed with the Securities Exchange Commission.

**Statement of Confidentiality**
The information contained in the monthly financial report contains confidential information of W. R. Grace & Co. and its subsidiaries (the "Confidential Information"). The Confidential Information has been prepared solely for information purposes and may not be disclosed to any person or entity or reproduced, disseminated or disclosed, in whole or in part, except to officers, directors, employees, and representatives of the recipient ("Representatives") or as required by applicable law or regulation. By receipt of the Confidential Information, each recipient agrees to (1) use the Confidential Information only to enhance its understanding of Grace and its businesses, and (2) inform its Representatives of the confidential nature of such information and direct them to treat such information in accordance with the terms. Each recipient agrees to be responsible for any breach of these provisions by any of its Representatives.

# Monthly Operating Report

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 54,780 | $ - | $ (0) | $ 0 | $ 330,261,771 | $ 0 | $ 744,821 |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | 647,607 | | 621,985 | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 100,000 | | | 56,019 | 55,300,000 | | |
| MISCELLANEOUS | | | | 8,531,847 | | | 1,049 |
| **TOTAL RECEIPTS** | 100,000 | - | 647,607 | 8,587,866 | 55,921,985 | - | 1,049 |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | | | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 203,159 | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 644,004 | | 35,900,000 | | |
| MISCELLANEOUS | | | 3,603 | 8,587,866 | | | |
| **TOTAL DISBURSEMENTS** | 203,159 | - | 647,607 | 8,587,866 | 35,900,000 | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | (103,159) | - | - | - | 20,021,985 | - | 1,049 |
| **CASH - END OF MONTH** | (48,379) | - | (0) | 0 | 350,283,756 | 0 | 745,870 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn
on behalf of other debtor entities.  Such activity may include
salary of employees, legal and professional fees, and other
expenditures, and is generally recorded via intercompany
accounts.  In addition, certain de minimis expenditures,
including state registration fees, business license fees and
certain taxes, of affiliated companies are accounted for in
the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | (col 1) | (col 2) | (col 3) | (col 4) | (col 5) | (col 6) | (col 7) |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 188,104 | $ 2,939,589 | $ - | $ - | $ (0) | $ 0 | $ - |
| **RECEIPTS** | | | | | | | |
| | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 45,654,316 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | 17,992,764 | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | 16,777,870 | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 130,045,505 | | 91,700,000 | 17,561,568 | 3,546 | | 31,637 |
| MISCELLANEOUS | | | | | 1,205 | | |
| TOTAL RECEIPTS | 164,816,139 | 45,654,316 | 91,700,000 | 17,561,568 | 4,752 | - | 31,637 |
| **DISBURSEMENTS** | | | | | | | |
| | | | | | | | |
| PAYROLL | | | | 10,978,007 | | | |
| PAYROLL TAXES | | | | 6,410,260 | | | |
| TRADE PAYABLES - THIRD PARTIES | 995,585 | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | 173,835 | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | 5,880,049 | | | | 4,752 | | 31,637 |
| TRANSFERS OUT - NONFILING ENTITIES | 10,256,442 | 23,211 | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 147,440,566 | 46,803,047 | 90,027,854 | | | | |
| MISCELLANEOUS | | | 1,672,146 | 173,301 | | | |
| TOTAL DISBURSEMENTS | 164,746,477 | 46,826,258 | 91,700,000 | 17,561,568 | 4,752 | - | 31,637 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 69,662 | (1,171,942) | - | - | - | - | |
| CASH - END OF MONTH | 257,766 | 1,787,647 | - | - | (0) | 0 | - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

**W. R. Grace & Co. - Conn**
Schedule of Cash Receipts and Disbursements
MOR-1
January 2005

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ (0) | $ - | $ 0 | $ 0 | $ 0 | $ 38,525 | $ 45,246 | $ 24,472 |
| **RECEIPTS** | | | | | | | | |
| | | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | 35,504,412 | | | | | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | 13,001,144 | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | | |
| DIP BORROWINGS | | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 38,957,960 | | | 1,768,697 | 31,648,426 | | | |
| MISCELLANEOUS | | 4,076,430 | | | | | | |
| **TOTAL RECEIPTS** | 38,957,960 | 4,076,430 | 48,505,556 | 1,768,697 | 31,648,426 | - | - | - |
| **DISBURSEMENTS** | | | | | | | | |
| | | | | | | | | |
| PAYROLL | | | | | | | | |
| PAYROLL TAXES | | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | 37,870,568 | | | 1,466,646 | 31,645,815 | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | | | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | 46,698,455 | | | | | |
| MISCELLANEOUS | (a) 1,087,392 | 4,076,430 | 1,807,101 | 302,051 | 2,611 | | | |
| **TOTAL DISBURSEMENTS** | 37,870,568 | 4,076,430 | 48,505,556 | 1,768,697 | 31,648,426 | - | - | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 1,087,392 | - | - | - | - | - | - | - |
| **CASH - END OF MONTH** | 1,087,392 | - | 0 | 0 | 0 | 38,525 | 45,246 | 24,472 |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

(a) These disbursements include Libby Indictment, legal, and Indemnification costs of $1, 056,805.04.

**W. R. Grace & Co. - Conn**
Schedule of Cash Receipts and Disbursements
MOR-1
January 2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 10,000 | $ - | $ 279,110 | $ 56,345 | $ 17,589 | $ 95,766 | $ - |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | | 14,417 | 414,706 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | | |
| DIP BORROWINGS | | | | | | | |
| TRANSFERS IN - THIRD PARTIES | | | | | | | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | - | | | | | |
| TOTAL RECEIPTS | - | - | - | - | 14,417 | 414,706 | - |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | | | | | 8,334 | | |
| PAYROLL TAXES | | | | | | | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | | |
| DIP PRINCIPAL REPAYMENTS | | | | | | | |
| DIP INTEREST AND USAGE FEES | | | | | | | |
| TRANSFERS OUT - THIRD PARTIES | | | | | 13,312 | | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | | |
| MISCELLANEOUS | | | | | 8,453 | 14,718 | |
| TOTAL DISBURSEMENTS | - | - | - | - | 30,098 | 14,718 | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - | - | (15,681) | 399,988 | - |
| CASH - END OF MONTH | 10,000 | - | 279,110 | 56,345 | 1,907 | 495,754 | - |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W. R. Grace & Co. - Conn**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | PRINCIPAL OPERATING DISBURSEMENT | BANK ACCOUNTS PAYABLE DISBURSEMENT | CASH | CASH | OTHER | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 4,655 | $ 257,835 | $ 349 | $ 43,925 | $ 511,425 | 335,574,304 | $ |
| **RECEIPTS** | | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | 129,077 | | | | 81,716,928 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | | 13,001,144 | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | | - | |
| DIP BORROWINGS | | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | 80,288 | | | | | 19,342,644 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | | 16,777,870 | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | | | | | 367,173,359 | |
| MISCELLANEOUS | | | | | | 12,610,532 | |
| **TOTAL RECEIPTS** | 80,288 | 129,077 | - | - | - | 510,622,476 | |
| **DISBURSEMENTS** | | | | | | | |
| PAYROLL | 406 | | | | | 10,986,747 | |
| PAYROLL TAXES | 44,197 | | | | | 6,454,457 | |
| TRADE PAYABLES - THIRD PARTIES | | | | | | 71,878,614 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | | | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | | | 173,835 | |
| TRANSFERS OUT - THIRD PARTIES | 27,818 | 80,000 | 349 | | | 6,241,076 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | | 10,279,653 | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | | | 367,513,925 | |
| MISCELLANEOUS | 4,779 | 30,222 | | | 617,725 | 17,301,006 | |
| **TOTAL DISBURSEMENTS** | 77,200 | 110,222 | 349 | - | 617,725 | 490,929,313 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | 3,088 | 18,855 | (349) | - | (617,725) | 19,693,163 | |
| CASH - END OF MONTH | 7,743 | 276,689 | 0 | 43,925 | (106,300) | 355,267,467 | $ |

**Note #1**
Various payments are made by W. R. Grace & Co. - Conn on behalf of other debtor entities. Such activity may include salary of employees, legal and professional fees, and other expenditures, and is generally recorded via intercompany accounts. In addition, certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

Chart 1

W.R. Grace & Co.
Schedule of Cash Receipts and Disbursements
MOR-1
January 2005

| | PRIOR MONTH 12/31/04 | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ (0) | $ (0) | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 340,566 | 340,566 | |
| TOTAL RECEIPTS | 340,566 | 340,566 | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 340,566 | 340,566 | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | 340,566 | 340,566 | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| **CASH - END OF MONTH** | $ (0) | $ (0) | $ - |

6 of 13

**Remedium Group, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | | | | CURRENT MONTH | |
| --- | --- | --- | --- | --- | --- |
| | | | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | | $ (245,111) | $ (6,149) | $ (251,260) | |
| **RECEIPTS** | | | | | |
| | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | - | |
| DIP BORROWINGS | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | 6,149 | 6,149 | |
| TRANSFERS IN - NONFILING ENTITIES | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | 340,566 | | 340,566 | |
|    TOTAL RECEIPTS | - | 340,566 | 6,149 | 346,714 | |
| **DISBURSEMENTS** | | | | | |
| | | | | | |
| PAYROLL | | | | - | |
| PAYROLL TAXES | | | | - | |
| TRADE PAYABLES - THIRD PARTIES | | | | - | |
| TRADE PAYABLES - INTERCOMPANY | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | 126,920 | | 126,920 | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | | | - | |
| MISCELLANEOUS | | | | - | |
|    TOTAL DISBURSEMENTS | - | 126,920 | - | 126,920 | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | 213,645 | 6,149 | 219,794 | |
|    CASH - END OF MONTH | - | (31,466) | - | (31,466) | |

*Chart 1*

**Darex Puerto Rico, Inc.**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | | | | | CURRENT MONTH | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH** | $ 4,754,829 | $ 1,500 | $ (51,673) | $ 0 | $ 4,704,656 | |
| **RECEIPTS** | | | | | | |
| | | | | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | 663,150 | | | | 663,150 | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | | | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | | | | - | |
| DIP BORROWINGS | | | | | - | |
| TRANSFERS IN - THIRD PARTIES | | | | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | | | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | 279,071 | | | - | 279,071 | |
| **TOTAL RECEIPTS** | 942,222 | - | - | - | 942,222 | - |
| **DISBURSEMENTS** | | | | | | |
| | | | | | | |
| PAYROLL | 5,467 | | | | 5,467 | |
| PAYROLL TAXES | 2,485 | | | | 2,485 | |
| TRADE PAYABLES - THIRD PARTIES | 246,373 | | | | 246,373 | |
| TRADE PAYABLES - INTERCOMPANY | | | | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | | | | - | |
| DIP PRINCIPAL REPAYMENTS | | | | | - | |
| DIP INTEREST AND USAGE FEES | | | | | - | |
| TRANSFERS OUT - THIRD PARTIES | | | | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | | | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | 279,071 | | | | 279,071 | |
| MISCELLANEOUS | | | | | - | |
| **TOTAL DISBURSEMENTS** | 533,397 | - | - | - | 533,397 | - |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 408,825 | - | - | - | 408,825 | - |
| **CASH - END OF MONTH** | 5,163,654 | 1,500 | (51,673) | 0 | 5,113,481 | - |

*Chart 1*

**CC Partners**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | FILING ENTITY Restricted Acct. #7109500031602 | CURRENT MONTH ACTUALS | CURRENT MONTH PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ - | $ - | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $ - | $ - | $ - |

Chart 1

Kootenai Development Company
Schedule of Cash Receipts and Disbursements
MOR-1
January 2005

| | PER COMPANY BOOKS | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $          5,839 | $          5,839 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
|    TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
|    TOTAL DISBURSEMENTS | - | - | - |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
|    **CASH - END OF MONTH** | $          5,839 | $          5,839 | $                    - |

Chart 1

| Grace Europe, Inc.<br>Schedule of Cash Receipts and Disbursements<br>MOR-1<br>January 2005 | | CURRENT MONTH | |
|---|---|---|---|
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $          - | $          - | |
| **RECEIPTS** | | | |
| | | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION<br>PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW<br>(RECEIPTS LESS DISBURSEMENTS) | - | - | |
| CASH - END OF MONTH | $          - | $          - | $          - |

Chart 1

Gloucester New Communities Company, Inc.
Schedule of Cash Receipts and Disbursements
MOR-1
January 2005

| | CUM. TO DATE | CURRENT MONTH ACTUAL | CURRENT MONTH PROJECTED |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 500 | $ 500 | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| **TOTAL RECEIPTS** | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| **TOTAL DISBURSEMENTS** | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| **CASH - END OF MONTH** | $ 500 | $ 500 | $ - |

Chart 1

**Dewey & Almy, LLC**
**Schedule of Cash Receipts and Disbursements**
**MOR-1**
**January 2005**

| | | CURRENT MONTH | |
| --- | --- | --- | --- |
| | | ACTUAL | PROJECTED |
| CASH BEGINNING OF MONTH | $ - | $ - | |
| **RECEIPTS** | | | |
| | No Activity | | |
| ACCOUNTS RECEIVABLE - THIRD PARTIES | | - | |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | | - | |
| ACCOUNTS RECEIVABLE AS SERVICER FOR GRPI | | - | |
| DIP BORROWINGS | | - | |
| TRANSFERS IN - THIRD PARTIES | | - | |
| TRANSFERS IN - NONFILING ENTITIES | | - | |
| TRANSFERS IN - FILING ENTITY CASH ACCOUNTS | | - | |
| TOTAL RECEIPTS | - | - | - |
| **DISBURSEMENTS** | | | |
| | | | |
| PAYROLL | | - | |
| PAYROLL TAXES | | - | |
| TRADE PAYABLES - THIRD PARTIES | | - | |
| TRADE PAYABLES - INTERCOMPANY | | - | |
| ACCOUNT SECURITIZATION PAYMENTS AS SERVICER FOR GRPI | | - | |
| DIP PRINCIPAL REPAYMENTS | | - | |
| DIP INTEREST AND USAGE FEES | | - | |
| TRANSFERS OUT - THIRD PARTIES | | - | |
| TRANSFERS OUT - NONFILING ENTITIES | | - | |
| TRANSFERS OUT - FILING ENTITY CASH ACCOUNTS | | - | |
| MISCELLANEOUS | | - | |
| TOTAL DISBURSEMENTS | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - | - |
| CASH - END OF MONTH | $ - | $ - | $ - |

13 of 13

Chart 2

W. R. Grace & Co. - Conn
Bank Reconciliations
December 2004
MOR-1

| | 300-0-0357 | 1-5033102 | 2109500028162 | 2075-00000311 | 330720568 |
|---|---|---|---|---|---|
| Balance per books | $ 54,780 | $ - | $ - | $ - | $ 330,261,771 |
| Bank Balance | $ 54,780 | $ - | $ 10,345 | $ - | $ 330,261,771 |
| (+) Deposits in transit | | | | | |
| ( - ) Outstanding checks | | | | | |
| Other | (0) | | (10,345) | | |
| Adjusted bank balance | $ 54,780 | $ - | $ - | $ - | $ 330,261,771 |

| Deposits in Transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Check# | Amount | Check# | Amount | Check# | Amount | Check# | Amount | Check# | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | (10,368) | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | 23 | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | |
| Reclass negative cash balance | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | Account No. 223121A | Account No. 7000257 | Account No. 182301 | Account No. 2000022217 | Account No. 2075000679 |
|---|---|---|---|---|---|
| Balance per books | $ 744,821 | $ 188,104 | $ 2,939,589 | $ - | $ - |
| | | | | | |
| Bank Balance | $ - | $ 188,104 | $ 2,939,589 | $ 1,541,372 | $ - |
| (+) Deposits in transit | | | | | |
| (-) Outstanding checks | | | | | (397,146) |
| Other | 744,821 | | | (1,541,372) | 397,146 |
| Adjusted bank balance | $ 744,821 | $ 188,104 | $ 2,939,589 | $ - | $ - |

| Deposits and transfers | Amount | Other | Amount | Date | Amount | Date | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Outstanding checks | Check | Amount | Check | Amount | Check | Amount | Check | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Detail Available | |

| Other | | Amount | | Amount | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | 745,871 | | | | | | (1,541,372) | | 521,863 |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | (1,050) | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | | | | (124,716) |
| Reclass negative cash balance | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | | |
| Petty cash funds | | | | | | | | | | |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | 07800005800 | 015020015 | 207800005008 | 0784200038781 | 0736000078561 |
|---|---|---|---|---|---|
| Balance per books | $ - | $ - | $ - | $ - | $ - |
| | | | | | |
| Bank Balance | | | $ - | | |
| (+) Deposits in transit | | | | | |
| (-) Outstanding checks | (103) | | | (7,802,932) | (12,204) |
| Other | 103 | | | 7,802,932 | 12,204 |
| Adjusted bank balance | $ - | $ - | $ - | $ - | $ - |

| Deposits in transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount | Ck # | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12586 | (15) | | | | | Detail Available | | Detail Available | |
| | 37009 | (88) | | | | | | | | |

| Other | Amount | | Amount | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | |
| Accounting error | | | | | | | | | 12,746 |
| Interest not recorded on books | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | |
| Unreconciled bank activity | 9,188 | | | | | | (1,252,096) | | |
| Unreconciled ledger activity | | | | | | | 425,377 | | |
| Reclass negative cash balance | (9,085) | | | | | | 8,629,651 | | (542) |
| Returned item adjustment | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | | |
| Petty cash funds | | | | | | | | | |
| Reporting reclass | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | | | | | |
|---|---|---|---|---|---|
| Balance per books | $ - | $ - | $ - | $ 38,525 | $ 45,246 |
| Bank Balance | $ 432,914 | $ - | $ - | $ 47,039 | $ 45,246 |
| (+) Deposits in transit | | | | | |
| ( -) Outstanding checks | | (764,987) | | (4,648) | |
| Other | (432,914) | 764,987 | | (3,866) | |
| Adjusted bank balance | $ - | $ - | $ - | $ 38,525 | $ 45,246 |

**Deposits in Transit**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Outstanding Checks**

| | | Date | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 12/30/04 | (764,987) | | | Detail Available | | | |

**Other**

| | Amount | | Amount | | | | Amount | | |
|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | (432,914) | | 764,987 | | | | | | |
| Accounting error | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | 348 | | |
| Payroll tax payments not recorded | | | | | | | (11,913) | | |
| Unreconciled bank activity | | | | | | | | | |
| Unreconciled ledger activity | | | | | | | 648 | | |
| Reclass negative cash balance | | | | | | | | | |
| Returned item adjustment | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | 7,051 | | |
| Petty cash funds | | | | | | | | | |
| Reporting reclass | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | |

**Chart 2**

W. R. Grace & Co. - Conn
Bank Reconciliations
December 2004
MOR-1

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Balance per books | $ | 24,472 | | $ | 10,000 | $ | - | $ | 279,110 | | $ | 56,345 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bank Balance | $ | 24,472 | . | $ | 10,000 | $ | - | $ | 287,588 | $ | 39,884 |
| (+) Deposits in transit | | | | | | | | | | |
| (-) Outstanding checks | | | | | | | | (9,301) | | |
| Other | | | | | | | | 823 | | 16,461 |
| Adjusted bank balance | $ | 24,472 | | $ | 10,000 | $ | - | $ | 279,110 | $ | 56,345 |

| Deposits in transit | Date | Amount | Date | Amount | Date | Amount | Date | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Outstanding Checks | Check | Amount | Check | Amount | Check | Amount | Check | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Detail Available | | | |

| Other | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Transfers between bank accounts | | | | | | | | | | |
| Accounting error | | | | | | | | | | |
| Interest not recorded on books | | | | | | | | | | |
| Bank fees not recorded on books | | | | | | | | | | |
| Payroll tax payments not recorded | | | | | | | | | | |
| Unreconciled bank activity | | | | | | | | | | |
| Unreconciled ledger activity | . | | | | | | | | | |
| Reclass negative cash balance | | | | | | | | | | |
| Returned item adjustment | | | | | | | | | | |
| Payroll/other activity in transit | | | | | | | | 823 | | 461 |
| Petty cash funds | | | | | | | | | | 16,000 |
| Reporting reclass | | | | | | | | | | |
| Unrecorded deposit | | | | | | | | | | |

Chart 2

**W. R. Grace & Co. - Conn**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | | | | | |
|---|---|---|---|---|---|
| Balance per books | (Soles) 57,580 | $ 95,766 | $ - | (Soles) 15,239 | $ 257,835 |
| | | | | | |
| Bank Balance | 57,580 | $ 95,766 | $ - | 15,239 | $ 257,835 |
| (+) Deposits in transit | | | | | |
| ( -) Outstanding checks | | | | | |
| Other | | | | | |
| Adjusted bank balance | 57,580 | $ 95,766 | $ - | 15,239 | $ 257,835 |

**Deposits in transit**

**Outstanding checks**

**Other**
Transfers between bank accounts
Accounting error
Interest not recorded on books
Bank fees not recorded on books
Payroll tax payments not recorded
Unreconciled bank activity
Unreconciled ledger activity
Reclass negative cash balance
Returned item adjustment
Payroll/other activity in transit
Petty cash funds
Reporting reclass
Unrecorded deposit

Chart 2

**W. R. Grace & Co.**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | Reconciliation Disbursement Account |
|---|---|
| Balance per books | $     - |
| | |
| Bank Balance | $     - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | .... - |
| Other | - |
| Adjusted bank balance | $     - |

| Deposits in Transit | Date | Amount |
|---|---|---|
| | | |

| Outstanding Checks | Check # | Amount |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

Remedium Group, Inc.
Bank Reconciliations
December 2004
MOR-1

| | Bank of America Disbursement Account #8888012 | Bank of America Disbursement Account #60163165 |
|---|---|---|
| Balance per books | $ - | $ (245,111) |
| | | |
| Bank Balance | | |
| (+) Deposits in transit | | |
| ( -) Outstanding checks | | (245,151) |
| Other | | 40 |
| Adjusted bank balance | $ - | $ (245,111) |

| Deposits in transit | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |

| Outstanding Checks | Check # | Amount | Check # | Amount |
|---|---|---|---|---|
| | | | 5718 | (200) |
| | | | 5968 | (455) |
| | | | 5990 | (190) |
| | | | 5995 | -(300) |
| | | | 5997 | (699) |
| | | | 6005 | (337) |
| | | | 6011 | (1,080) |
| | | | 6013 | (154) |
| | | | 6014 | (9,201) |
| | | | 6017 | (30,703) |
| | | | 6018 | (47) |
| | | | 6019 | (42) |
| | | | 6020 | (383) |
| | | | 6021 | (22,017) |
| | | | 6022 | (80,000) |
| | | | 6023 | (272) |
| | | | 6024 | (500) |
| | | | 6025 | (98) |
| | | | 6026 | (1,156) |
| | | | 6027 | (79,481) |
| | | | 6028 | (351) |
| | | | 6029 | (5,422) |
| | | | 6030 | (397) |
| | | | 6031 | (1,073) |
| | | | 6032 | (2,580) |
| | | | 6033 | (70) |
| | | | 6034 | (7,943) |

| Other | | | | |
|---|---|---|---|---|
| Transfers between bank accounts | | | | |
| Accounting error | | | | |
| Interest not recorded on books | | | | |
| Bank fees not recorded on books | | | | |
| Payroll tax payments not recorded | | | | |
| Unreconciled bank activity | | | | |
| Unreconciled ledger activity | | | | |
| Returned item adjustment | | | | |
| Payroll activity in transit | | | | 40 |
| Petty cash funds | | | | |

Chart 2

**CC Partners**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | First Union Operating Account 2159600001002 |
|---|---|
| Balance per books | $          - |
| | |
| Bank Balance | $          - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $          - |
| **Deposits in transit** | |
| | |
| | |
| | |
| **Outstanding Checks** | |
| | |
| | |
| | |
| | |
| **Other** | |
| Transfers between bank accounts | |
| Accounting error | |
| Interest not recorded on books | |
| Bank fees not recorded on books | |
| Payroll tax payments not recorded | |
| Unreconciled bank activity | |
| Unreconciled ledger activity | |
| Returned item adjustment | |
| Payroll activity in transit | |
| Petty cash funds | |

**Darex Puerto Rico, Inc.**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | Operating Acct |
| --- | --- |
| | 8001502 |
| Balance per books | $ 4,754,829 |
| | |
| Bank Balance | $ 4,871,311 |
| (+) Deposits in transit | 171,743 |
| ( -) Outstanding checks | (289,049) |
| Other | 824 |
| Adjusted bank balance | $ 4,754,829 |

| Deposits in Transit | Date | Amount |
| --- | --- | --- |
| | 29-Dec-04 | 7,655 |
| | 30-Dec-04 | 164,312 |
| | 31-Dec-04 | (225) |

| Outstanding Checks | Check # | Amount |
| --- | --- | --- |
| | 15481 | (27) |
| | 15904 | (728) |
| | 16971 | (920) |
| | 17225 | (6,111) |
| | 17278 | (52) |
| | 17283 | (13) |
| | 17288 | (128,682) |
| | 17347 | (972) |
| | 17356 | (1,936) |
| | 17358 | (69) |
| | 17361 | (254) |
| | 17362 | (8,280) |
| | 17363 | (105) |
| | 17364 | (990) |
| | 17365 | (114) |
| | 17366 | (208) |
| | 17369 | (65,741) |
| | 17371 | (8,111) |
| | 17372 | (22,702) |
| | 17373 | (19,355) |
| | 17374 | (972) |
| | 17376 | (445) |
| | 17377 | (101) |
| | 17378 | (126) |
| | 17379 | (1,531) |
| | 17380 | (640) |
| | 17381 | (300) |
| | 17382 | (13,048) |
| | 17383 | (68) |
| | 17384 | (98) |
| | 17385 | (49) |
| | 17386 | (235) |
| | 17387 | (50) |
| | 17388 | (1,095) |
| | 17389 | (1,500) |
| | 17390 | (50) |
| | Various | (3,176) |

| Other | Amount | Amount |
| --- | --- | --- |
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | 824 |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

Chart 2

Grace Europe, Inc.
Bank Reconciliations
December 2004
MOR-1

| | Barclays Bank PLC |
|---|---|
| Balance per books | $ - |
| | |
| Bank Balance | $ - |
| (+) Deposits in transit | - |
| ( -) Outstanding checks | - |
| Other | - |
| Adjusted bank balance | $ - |

| Deposits in transit | Date | Amt. |
|---|---|---|
| | | |
| | | |

| Outstanding Checks | Ck # | Amt. |
|---|---|---|
| | | |

| Other | | |
|---|---|---|
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

*Chart 2*

**Kootenai Development Company**
**Bank Reconciliations**
**December 2004**
**MOR-1**

| | Kootenai Bank Reconciliations 10839474 | |
|---|---|---|
| Balance per books | $ | 5,839 |
| | | |
| Bank Balance | $ | 5,839 |
| (+) Deposits in transit | | |
| ( -) Outstanding checks | | |
| Other | | |
| Adjusted bank balance | $ | 5,839 |
| **Deposits in Transit** | | |
| | | |
| | | |
| **Outstanding Checks** | | |
| | | |
| **Other** | | |
| Transfers between bank accounts | | |
| Accounting error | | |
| Interest not recorded on books | | |
| Bank fees not recorded on books | | |
| Payroll tax payments not recorded | | |
| Unreconciled bank activity | | |
| Unreconciled ledger activity | | |
| Returned item adjustment | | |
| Payroll activity in transit | | |
| Petty cash funds | | |

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended January 31, 2005**

| | W.R. Grace & Co. Conn | W.R. Grace | Holdings | Filing | ACE Ltd | A-1 Inc | Management | Grace Europe | Entities |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Net sales to third parties | $ 73,687,405 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | 23,404,605 | - | - | - | - | - | - | - | - |
| Net sales to filing entities | 255,065 | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 601,235 | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (6,610,790) | 4,123,810 | 730,224 | 19,173 | 845,233 | | 2,602,915 | - | - |
| | 91,337,520 | 4,123,810 | 730,224 | 19,173 | 845,233 | - | 2,602,915 | | |
| Cost of goods sold to third parties | 50,034,115 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | 19,161,222 | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | 268,955 | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | 26,406,991 | - | 6,010 | - | - | 227,510 | - | 2,676 | - |
| Research and development expenses | 3,056,958 | - | - | - | - | - | - | - | - |
| Depreciation and amortization | 4,645,047 | - | 2,323 | - | - | - | - | - | - |
| Interest expense | 4,272,800 | - | - | - | - | - | - | - | - |
| Other (income) expense | (401,155) | - | - | - | - | - | - | - | - |
| | 107,444,933 | - | 8,333 | - | - | 227,510 | - | 2,676 | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (16,107,413) | 4,123,810 | 721,891 | 19,173 | 845,233 | (227,510) | 2,602,915 | (2,676) | - |
| Chapter 11 reorganization expenses, net | (1,976,965) | | | | | | | | |
| (Provision for) benefit from income taxes | 2,044,568 | (1,443,334) | (252,756) | (6,711) | (295,832) | 93 | (911,020) | 937 | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | |
| **Net Income (loss)** | $ (16,039,810) | $ 2,680,476 | $ 469,135 | $ 12,462 | $ 549,401 | $ (227,417) | $ 1,691,895 | $ (1,739) | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended January 31, 2005**

| | W.R. Grace International Holdings | W.R. Grace & Co. - Conn. | Grace A-B... Corporation | A-1 Bit & Tool Co. Inc. | Alewife Boston Ltd. | Alewife Land Corporation | Amicon, Inc. | CB Biomedical, Inc. | CCHP, Inc. | Coalgrace, Inc. | Coalgrace II, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $        - | $  417,148 | $        - | $        - | $       - | $        - | $        - | $        - | $        - | $        - | $        - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | 788,768 | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | 1,450,270 | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | (1,710,564) | - | - | - | - | - | - | - | - | - | - |
| | (260,294) | 1,205,916 | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | 247,866 | 24,082 | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | 801,694 | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | 82,203 | 55,002 | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | 83,346 | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - | - |
| Other (income) expense | 62,391 | - | - | - | - | - | - | - | - | - | - |
| | 62,391 | 1,215,110 | 79,084 | - | - | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | (322,685) | (9,194) | (79,084) | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | 27,195 | (23,324) | 27,679 | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - | - |
| Net income (loss) | $  (295,490) | $  (32,518) | $  (51,405) | $       - | $       - | $        - | $        - | $        - | $        - | $        - | $        - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended January 31, 2005**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - | - | - | - |
| Other (income) expense | - | - | - | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended January 31, 2005**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | | - | - | - | - | - |
| | - | - | - | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | | - | - | - | - | - |
| Research and development expenses | - | - | - | - | | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | | - | - | - | - | - |
| Interest expense | - | - | - | - | | - | - | - | - | - |
| Other (income) expense | - | - | - | - | | - | - | - | - | - |
| | - | - | - | - | | - | - | - | - | - |
| (Loss) Income before Chapter 11 reorganization | | | | | | | | | | |
| expenses, income taxes, minority interest | | | | | | | | | | |
| and equity in net income of non-filing entities | - | - | - | | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | | - | - | - | - | - | - |
| Net Income (loss) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including
state registration fees, business license fees
and certain taxes, of affiliated companies are
accounted for in the statement of operations of
W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended January 31, 2005**

| | Gloucester New Communities Company Inc | Gloucester New Communities Company II Inc | GN Holdings Inc | Grace A-B Inc | Homco International Inc | H-G Coal Company | Grace Energy Corporation |
|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| Cost of goods sold to third parties | - | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | - | - |
| Research and development expenses | - | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | - | - | - | - |
| Interest expense | - | - | - | - | - | - | - |
| Other (income) expense | - | - | - | - | - | - | - |
| | - | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - |
| Net Income (loss) | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Statement of Operations**
**MOR - 2**
**Month Ended January 31, 2005**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Net sales to non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Net sales to filing entities | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | - | - | - | - | - |
| Interest and royalties from filing entities, net | - | - | - | - | - | - | - | - | | - |
| | | | | | | | | | | |
| | - | - | - | | - | - | - | | | - |
| Cost of goods sold to third parties | - | - | - | | - | - | - | - | - | - |
| Cost of goods sold to non-filing entities | - | - | - | | - | - | - | - | - | - |
| Cost of goods sold to filing entities | - | - | - | | - | - | - | - | - | - |
| Selling, general and administrative expenses | - | - | - | | - | - | - | - | - | - |
| Research and development expenses | - | - | - | | - | - | - | - | - | - |
| Depreciation and amortization | - | - | - | | - | - | - | - | - | - |
| Interest expense | - | - | - | | - | - | - | - | - | - |
| Other (income) expense | - | - | - | | - | - | - | - | - | - |
| | | | | | | | | | | |
| | - | - | - | | - | - | - | - | - | - |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | - | - | - | - | - |
| (Provision for) benefit from income taxes | - | - | - | - | - | - | - | - | - | - |
| Minority interest in income of subsidiary | - | - | - | - | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | - | - | - | - | - | - |
| **Net income (loss)** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Note #2**
Certain de minimis expenditures, including state registration fees, business license fees and certain taxes, of affiliated companies are accounted for in the statement of operations of W. R. Grace & Co. - Conn.

W.R. Grace & Co. - Chapter 11 Filing Entities
Combining Statement of Operations
MOR - 2
Month Ended January 31, 2005

| | W.R. Grace & Co. | W.R. Grace & Co. - Conn. | Grace A-B Inc. | Other Filing Entities | Reconciliation & Elim. Method | Combined Filing Entities |
|---|---|---|---|---|---|---|
| Net sales to third parties | $ - | $ - | $ - | $ - | $ - | $ 74,104,553 |
| Net sales to non-filing entities | - | - | - | - | - | 23,404,605 |
| Net sales to filing entities | - | - | - | (1,043,833) | - | - |
| Interest and royalties from non-filing entities, net | - | - | - | - | - | 2,051,505 |
| Interest and royalties from filing entities, net | - | - | - | - | - | - |
| | - | - | - | (1,043,833) | - | 99,560,663 |
| Cost of goods sold to third parties | - | - | - | - | - | 50,306,064 |
| Cost of goods sold to non-filing entities | - | - | - | - | - | 19,161,222 |
| Cost of goods sold to filing entities | - | - | - | (1,070,649) | - | - |
| Selling, general and administrative expenses | - | - | - | - | - | 26,780,393 |
| Research and development expenses | - | - | - | - | - | 3,056,958 |
| Depreciation and amortization | - | - | - | - | - | 4,730,716 |
| Interest expense | - | - | - | - | - | 4,272,800 |
| Other (income) expense | - | - | - | - | - | (338,764) |
| | - | - | - | (1,070,649) | - | 107,969,387 |
| (Loss) income before Chapter 11 reorganization expenses, income taxes, minority interest and equity in net income of non-filing entities | - | - | - | 26,816 | - | (8,408,724) |
| Chapter 11 reorganization expenses, net | - | - | - | - | - | (1,976,965) |
| (Provision for) benefit from income taxes | - | - | - | - | - | (832,505) |
| Minority interest in income of subsidiary | - | - | - | - | - | - |
| Equity in net income of non-filing entities | - | - | - | - | 12,599,628 | 12,599,628 |
| Net income (loss) | $ - | $ - | $ - | $ 26,816 | $ 12,599,628 | $ 1,381,434 |

Note #2
Certain de minimis expenditures, including
state registration fees, business license fees
and certain taxes, of affiliated companies are
accounted for in the statement of operations of
W. R. Grace & Co. - Conn.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | W.R. Grace & Co.-Conn | W.R. Grace & Co. | CB Biomedical Inc. | CCHP Inc. | CB Partners | Del Taco Restaurants Inc. |
|---|--:|--:|--:|--:|--:|--:|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 354,180,075 | $ - | $ (31,466) | $ - | $ - | $ - |
| Accounts and other receivables, net | 112,154,391 | - | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 323,719,572 | (415,558,735) | (12,793,602) | 12,881,887 | (37,796,692) | (10,224,465) |
| Inventories | 77,131,499 | - | | | | |
| Deferred income taxes | 22,397,540 | - | 10,218,797 | | | |
| Other current assets | 22,179,464 | - | | | | |
| Total Current Assets | 911,762,540 | (415,558,735) | (2,606,271) | 12,881,887 | (37,796,692) | (10,224,465) |
| | | | | | | |
| Properties and equipment, net | 355,276,917 | - | 427,512 | | | |
| Goodwill | 14,499,090 | - | | | - | |
| Cash value of company owned life insurance, net of policy loans | 80,199,315 | - | | | - | |
| Deferred income taxes | 1,004,047,741 | - | 29,268,534 | | - | |
| Asbestos-related insurance receivable | 500,000,000 | - | | | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (1,405,396,853) | 903,047,490 | 132,310,994 | 5,070,767 | 219,351,378 | |
| Investment in filing and non-filing entities | 819,297,939 | 241,512,111 | | | - | |
| Other assets | 72,804,389 | | | | - | |
| **Total Assets** | $ 2,352,491,079 | $ 729,000,866 | $ 159,400,768 | $ 17,952,654 | $ 181,554,686 | $ (10,224,465) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ 0 | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | 56,281,870 | - | 7,066 | - | - | - |
| Income taxes payable | 421,201 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 164,956,968 | - | 249,473 | - | - | 1,781 |
| Total Current Liabilities | 221,660,038 | - | 256,539 | - | - | 1,781 |
| | | | | | | |
| Debt payable after one year | | - | - | - | - | - |
| Deferred income taxes | 311,392,185 | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | | - | - | - | - | - |
| Other liabilities | 349,158,800 | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | 882,211,023 | - | 256,539 | - | - | 1,781 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | 648,941,133 | - | - | | - | - |
| Accounts payable | 30,522,800 | - | 665,607 | | - | - |
| Income taxes payable | 109,955,215 | 35,543,397 | (924,073) | 158,095 | 7,391,652 | (13,244) |
| Asbestos-related liability | 1,700,000,000 | - | | | - | |
| Other liabilities | 504,634,761 | - | 112,576,324 | | 32,039,680 | |
| Total Liabilities Subject to Compromise | 2,994,053,909 | 35,543,397 | 112,317,858 | 158,095 | 39,431,332 | (13,244) |
| Total Liabilities | 3,876,264,933 | 35,543,397 | 112,574,397 | 158,095 | 39,431,332 | (11,463) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | | | | | | |
| Common Stock | 83,968,960 | 778,178 | 12,223 | 1,000 | - | 1,000 |
| Paid in capital | 142,809,878 | 422,633,291 | 9,724,449 | 34,052,467 | 56,011,577 | |
| (Accumulated deficit)/Retained earnings | (1,343,910,254) | 395,502,716 | 37,089,699 | (16,258,908) | 86,111,777 | (10,214,002) |
| Treasury stock, at cost | | (125,456,816) | | | | |
| Accumulated other comprehensive loss | (406,642,437) | 100 | | | | |
| Total Shareholders' Equity (Deficit) | (1,523,773,854) | 693,457,469 | 46,826,371 | 17,794,559 | 142,123,354 | (10,213,002) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 2,352,491,079 | $ 729,000,866 | $ 159,400,768 | $ 17,952,654 | $ 181,554,686 | $ (10,224,465) |

Note #3
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | | | | Grace International Holdings Inc. | W.R. Grace & Co. - Conn | A-W Grace Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ 5,113,481 | $ - |
| Accounts and other receivables, net | | 95,242 | | | 1,865,651 | |
| Receivables from/(payables to) filing and non-filing entities, net | (386,938,610) | 5,724,387 | 140,524,854 | (74,796,835) | (2,084,188) | (4,381,139) |
| Inventories | | (0) | | | 237,118 | |
| Deferred income taxes | | 89,758 | | | 3,402 | |
| Other current assets | | | | | 691,631 | |
| **Total Current Assets** | (386,938,610) | 5,909,387 | 140,524,854 | (74,796,835) | 5,827,094 | (4,381,139) |
| | | | | | | |
| Properties and equipment, net | | | | | 635,447 | |
| Goodwill | | | | | 4,377,631 | |
| Cash value of company owned life insurance, net of policy loans | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance receivable | | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | 500,176,391 | (3,283,335) | | 49,265,682 | (689,195) | |
| Investment in filing and non-filing entities | | | | 58,669,464 | | |
| Other assets | | 54,000 | | | 9,593,040 | |
| **Total Assets** | $ 113,237,781 | $ 2,680,053 | $ 140,524,854 | $ 33,138,312 | $ 19,744,017 | $ (4,381,139) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | | 25,604 | | | 902,188 | |
| Income taxes payable | | | | | 75,561 | |
| Asbestos-related liability expected to be disbursed within one year | | | | | | |
| Other current liabilities | | 356,044 | | | 97,719 | |
| **Total Current Liabilities** | | 381,648 | | | 1,075,468 | |
| | | | | | | |
| Debt payable after one year | | | | | | |
| Deferred income taxes | | 0 | | | | |
| Asbestos-related liability expected to be disbursed after one year | | | | | | |
| Other liabilities | | | | 24,557,945 | | |
| **Total Liabilities Not Subject to Compromise** | - | 381,648 | - | 24,557,945 | 1,075,468 | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | | | | | | |
| Accounts payable | | | | | 133,907 | |
| Income taxes payable | 22,774,994 | (967,620) | (150) | (6,481,187) | 2,091,348 | (127,025) |
| Asbestos-related liability | | | | | | |
| Other liabilities | | 256,452 | | | | |
| **Total Liabilities Subject to Compromise** | 22,774,994 | (711,168) | (150) | (6,481,187) | 2,225,255 | (127,025) |
| **Total Liabilities** | 22,774,994 | (329,519) | (150) | 18,076,758 | 3,300,724 | (127,025) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | 112 | | | | | |
| Common Stock | 1,000 | 1,000 | | 1,000 | 1,000 | 200 |
| Paid in capital | (29,267,410) | | 25,358,993 | 61,845,489 | 13,074,177 | 274,606 |
| (Accumulated deficit)/Retained earnings | 119,729,085 | (487,924) | 115,166,011 | (91,028,907) | 3,368,116 | (4,528,920) |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive loss | | 3,496,496 | | 44,243,972 | | |
| **Total Shareholders' Equity (Deficit)** | 90,462,787 | 3,009,572 | 140,525,004 | 15,061,553 | 16,443,293 | (4,254,114) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 113,237,781 | $ 2,680,053 | $ 140,524,854 | $ 33,138,312 | $ 19,744,017 | $ (4,381,139) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | Remedium Group, Inc. | GEC Management Corp. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | - | (57,817,172) | (110) | (330) | (19,771) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,580) | - | (57,817,172) | (110) | (330) | (19,771) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,991,806 |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | - | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (210) | - | - | (110) | (330) | (5,251) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (210) | - | - | (110) | (330) | (5,251) |
| **Total Liabilities** | (210) | - | - | (110) | (330) | (5,251) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | - | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,497,057 |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 55,997,057 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,991,806 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | | | | (Grace Environ) Environmental Inc. | (Grace G-I Holdings) Company of Cuba | (Grace G-II) Ecarg Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 5,839 | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | (10,483) | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | 6,908 | - | - | - | - | - |
| **Total Current Assets** | 2,265 | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable) to filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | 1,630,940 | - | - | - | - | - |
| **Total Assets** | $ 1,633,205 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | 551,649 | 5,000 | - | - | - | - |
| **Total Current Liabilities** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | 551,649 | 5,000 | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (8,122) | (195) | 10,346,794 | (230) | - | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (8,122) | (195) | 10,346,794 | (230) | - | - |
| **Total Liabilities** | 543,527 | 4,805 | 10,346,794 | (230) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | - | 5,150 | - | - |
| Paid in capital | 1,104,954 | 859,233 | 3,671,658 | 5,144,850 | - | - |
| (Accumulated deficit)/Retained earnings | (15,276) | (27,478,060) | 43,427,950 | (12,433,596) | - | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | (99,212) | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 1,089,678 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 1,633,205 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | (Land Development Corporation) | (LLC) | (Sales, Inc.) | (Grace Europe Investments in filing) | (Investments Partners I Funds) | (Enterprises Incorporated) |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | 94,022 | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 5,824,284 | $ (8,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | 3 | - | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (110) | - | (110) | (560) | (560) | (450) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (110) | - | (110) | (560) | (560) | (450) |
| **Total Liabilities** | (110) | - | (110) | (557) | (560) | (450) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | | | |
| Common Stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (10,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (8,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,284 | $ (8,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | Grace H-G Systems Inc. | Grace Group Corporation | Municipal Inc. | GC HG Inc. | Hanover Square Corporation | Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (1,230,613) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | (818) | (110) | (210) | (110) | (30) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | - | (818) | (110) | (210) | (110) | (30) |
| **Total Liabilities** | - | (818) | (110) | (210) | (110) | (30) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (1,230,683) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (1,230,583) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (1,230,613) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | W.R. Grace & Co. - Conn | GEC Management Corp. | Water Street Corporation | Grace Chemical Restated 10-K | Kootenai Development Corporation | New Combined Entities |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables) to filing and non-filing entities, net | 36,708,324 | - | (73,061) | (12,559,518) | (264,688) | (19,471,892) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 36,708,324 | - | (73,061) | (12,559,518) | (264,688) | (19,471,392) |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | 438,445 | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | 6,284,806 | - | - | - | - | - |
| Other assets | - | - | - | - | - | 4,066 |
| **TOTAL ASSETS** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,467,326) |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | 4,066 |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | - |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | (7,650) |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 199 | (3,584) |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (812) | - | (110) | (265) | (759) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (812) | - | (110) | (265) | (759) | - |
| **Total Liabilities** | (812) | - | (110) | (265) | (560) | (3,584) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | - | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | - | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,130 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,467,326) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 23,478,742 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| Inventories | - | | | | | |
| Deferred income taxes | - | | | | | |
| Other current assets | - | | | | | |
| **Total Current Assets** | 23,478,742 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related insurance receivable | - | - | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | |
| Investment in filing and non-filing entities | - | - | - | - | - | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ 23,478,742 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | - | - | - | - | - | |
| **Total Current Liabilities** | - | - | - | - | - | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | |
| Income taxes payable | (1,407) | (300) | (335) | (405) | (185) | (110) |
| Asbestos-related liability | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Subject to Compromise** | (1,407) | (300) | (335) | (405) | (185) | (110) |
| **Total Liabilities** | (1,407) | (300) | (335) | (405) | (185) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | |
| Common Stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | |
| Accumulated other comprehensive loss | - | - | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,478,742 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | Grace Equity Corporation | GEC Management Corporation | Grace Offshore Company | Congarose Inc. | Grace A-B Inc. | Grace A-B II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | | | | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,839 | 875,359 | (5,314) |
| Inventories | | | | | | |
| Deferred income taxes | | | | | | |
| Other current assets | | | | | | |
| Total Current Assets | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,839 | 875,359 | (5,314) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | - | - | - |
| Investment in filing and non-filing entities | 187,272,210 | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,839 | $ 875,359 | $ (5,314) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| Total Current Liabilities | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Not Subject to Compromise | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | | | | | | |
| Income taxes payable | (119) | (110) | - | (360) | (310) | (260) |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| Total Liabilities Subject to Compromise | (119) | (110) | - | (360) | (310) | (260) |
| **Total Liabilities** | (119) | (110) | - | (360) | (310) | (260) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | | | | | |
| Common Stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | - | - |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | | | | | | |
| Total Shareholders' Equity (Deficit) | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,839 | $ 875,359 | $ (5,314) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | | | | Grace... Company | Grace Petroleum Libya Incorporated | A... ...tion Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payable to) filing and non-filing entities, net | 108,080 | 130,215,533 | 145,239,206 | (81,115,113) | 47,407,796 | |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 108,080 | 130,215,533 | 145,239,206 | (81,115,113) | 47,407,796 | - |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 108,080 | $ 130,215,533 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | 27,277,846 | 27,277,846 | - | - | - |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | 27,277,846 | 27,277,846 | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | (360) | 1,749,615 | 1,749,790 | (480) | (110) | - |
| Asbestos-related liability | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (360) | 1,749,615 | 1,749,790 | (480) | (110) | - |
| **Total Liabilities** | (360) | 29,027,461 | 29,027,636 | (480) | (110) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred Stock | - | - | - | - | - | - |
| Common Stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | - |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | - |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | - |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive loss | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 108,080 | $ 130,215,533 | $ 145,239,206 | $ (81,115,113) | $ 47,407,796 | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R.Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | | | | | |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Accounts and other receivables, net | - | - | - | - | |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | .200,000 |
| Inventories | - | - | - | - | |
| Deferred income taxes | - | - | - | - | (24,760,963) |
| Other current assets | - | - | - | - | |
| Total Current Assets | - | - | - | - | (24,560,963) |
| | | | | | |
| Properties and equipment, net | - | - | - | - | - |
| Goodwill | - | - | - | - | - |
| Cash value of company owned life insurance, net of policy loans | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (365,947,877) |
| Asbestos-related insurance receivable | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | (1,326,102,717) | 284,256,915 | 1,800,000 |
| Other assets | - | - | (1,101,282) | - | - |
| **Total Assets** | $ - | $ - | $(1,327,203,999) | $ 284,256,915 | $ (388,708,840) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | |
| Income taxes payable | - | - | - | - | 5,000,000 |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | |
| Other current liabilities | - | - | - | - | (35,560,963) |
| Total Current Liabilities | - | - | - | - | (30,560,963) |
| | | | | | |
| Debt payable after one year | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | (365,947,877) |
| Asbestos-related liability expected to be disbursed after one year | - | - | - | - | |
| Other liabilities | - | - | (100,000) | - | - |
| Total Liabilities Not Subject to Compromise | - | - | (100,000) | - | (396,508,840) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - |
| Accounts payable | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - |
| Asbestos-related liability | - | - | - | - | - |
| Other liabilities | - | - | - | - | - |
| Total Liabilities Subject to Compromise | - | - | - | - | - |
| **Total Liabilities** | - | - | (100,000) | - | (396,508,840) |
| | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred Stock | - | - | | | |
| Common Stock | - | - | (86,493,960) | - | - |
| Paid in capital | - | - | (1,222,570,000) | | |
| (Accumulated deficit)/Retained earnings | - | - | (17,040,039) | 289,598,339 | 2,000,000 |
| Treasury stock, at cost | - | - | | | |
| Accumulated other comprehensive loss | - | - | (1,000,000) | (5,341,424) | 5,800,000 |
| Total Shareholders' Equity (Deficit) | - | - | (1,327,103,999) | 284,256,915 | 7,800,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $(1,327,203,999) | $ 284,256,915 | $ (388,708,840) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W.R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**January 31, 2005**

| | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 359,268,429 |
| Accounts and other receivables, net | 114,115,283 |
| Receivables from/(payables to) filing and non-filing entities, net | 40,546,643 |
| Inventories | 77,368,617 |
| Deferred income taxes | 7,948,534 |
| Other current assets | 22,878,003 |
| **Total Current Assets** | 622,125,509 |
| | |
| Properties and equipment, net | 358,778,321 |
| Goodwill | 18,876,721 |
| Cash value of company owned life insurance, net of policy loans | 80,199,315 |
| Deferred income taxes | 667,368,398 |
| Asbestos-related insurance receivable | 500,000,000 |
| Loans receivable from/(payable to) filing and non-filing entities, net | 349,814,472 |
| Investment in filing and non-filing entities | 472,149,793 |
| Other assets | 82,985,153 |
| **Total Assets** | $ 3,150,297,682 |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Debt payable within one year | $ 0 |
| Accounts payable | 57,220,793 |
| Income taxes payable | 5,496,762 |
| Asbestos-related liability expected to be disbursed within one year | - |
| Other current liabilities | 130,657,873 |
| **Total Current Liabilities** | 193,375,427 |
| | |
| Debt payable after one year | - |
| Deferred income taxes | - |
| Asbestos-related liability expected to be disbursed after one year | - |
| Other liabilities | 373,609,095 |
| **Total Liabilities Not Subject to Compromise** | 566,984,523 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | 648,941,133 |
| Accounts payable | 31,322,314 |
| Income taxes payable | 183,223,290 |
| Asbestos-related liability | 1,700,000,000 |
| Other liabilities | 649,507,218 |
| **Total Liabilities Subject to Compromise** | 3,212,993,955 |
| **Total Liabilities** | 3,779,978,477 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred Stock | 112 |
| Common Stock | 780,855 |
| Paid in capital | 426,301,285 |
| (Accumulated deficit)/Retained earnings | (571,763,727) |
| Treasury stock, at cost | (125,456,816) |
| Accumulated other comprehensive loss | (359,542,505) |
| **Total Shareholders' Equity (Deficit)** | (629,680,796) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 3,150,297,682 |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 5

| W. R. Grace & Co. - Conn  Status of Postpetition Taxes  MOR-4  January 31, 2005 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $         - | $    1,677,331 | $   (1,677,331) | $         - |
| FICA - Employee | 5,226 | 990,350 | (991,544) | 4,032 |
| FICA and payroll- Employer | 294,667 | 990,353 | (1,013,337) | 271,683 |
| Unemployment | - | 233,308 | (233,308) | - |
| Other | - | 138,503 | (138,503) | - |
| **Total Federal Taxes** | $    299,893 | $    4,029,845 | $   (4,054,023) | $    275,715 |
| **State and Local** | | | | |
| Withholding | $         - | $      566,522 | $     (566,522) | $         - |
| Sales & Use | 356,691 | 313,141 | (289,189) | 380,643 |
| Property Taxes | 1,962,647 | 397,508 | (154,776) | 2,205,379 |
| Other | - | | - | - |
| **Total State and Local** | $   2,319,338 | $    1,277,171 | $   (1,010,487) | $   2,586,022 |
| **Total Taxes** | $   2,619,231 | $    5,307,016 | $   (5,064,510) | $   2,861,737 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Remedium Group, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 31, 2005 | | | |
|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $          - | $     13,738 | $    (13,738) | $          - |
| FICA - Employee | - | 6,317 | (6,317) | - |
| FICA and payroll- Employer | - | 6,317 | (6,317) | - |
| Unemployment | - | 544 | (544) | - |
| Other | - | 1,415 | (1,415) | - |
| **Total Federal Taxes** | $          - | $     28,331 | $    (28,331) | $          - |
| **State and Local** | | | | |
| Withholding | $          - | $        552 | $       (552) | $          - |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | - | | - | - |
| **Total State and Local** | $          - | $        552 | $       (552) | $          - |
| **Total Taxes** | $          - | $     28,883 | $    (28,883) | $          - |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Grace Washington, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 31, 2005 | | | |
|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ 3,919 | $ (3,919) | $ - |
| FICA - Employee | - | 1,262 | (1,262) | - |
| FICA and payroll- Employer | - | 1,263 | (1,263) | - |
| Unemployment | - | 56 | (56) | - |
| Other | - | 630 | (630) | - |
| Total Federal Taxes | $ - | $ 7,130 | $ (7,130) | $ - |
| **State and local** | | | | |
| Withholding | $ - | $ 813 | $ (813) | $ - |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | - | | - | - |
| Total State and Local | $ - | $ 813 | $ (813) | $ - |
| Total Taxes | $ - | $ 7,943 | $ (7,943) | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>January 31, 2005 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| **Federal** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| FICA - Employee | - | | - | - |
| FICA and payroll- Employer | - | | - | - |
| Unemployment | - | | - | - |
| Other | - | | - | - |
| Total Federal Taxes | $ - | $ - | $ - | $ - |
| **State and Local** | | | | |
| Withholding | $ - | $ - | $ - | $ - |
| Sales & Use | - | | - | - |
| Property Taxes | - | | - | - |
| Other | - | | - | - |
| Total State and Local | $ - | $ - | $ - | $ - |
| Total Taxes | $ - | $ - | $ - | $ - |

**Note #4**
Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| Darex Puerto Rico, Inc. Status of Postpetition Taxes MOR-4 January 31, 2005 | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Federal** | | | | |
| Withholding | $           - | $ | $           - | $           - |
| FICA - Employee | (1,650) | 570 | (570) | (1,650) |
| FICA and payroll- Employer | - | 570 | (208) | 362 |
| Unemployment | - | 462 | (462) | - |
| Other | - | | - | - |
| **Total Federal Taxes** | $      (1,650) | $      1,602 | $      (1,240) | $      (1,288) |
| **State and Local** | | | | |
| Withholding | $       1,364 | $        883 | $        (883) | $       1,364 |
| Sales & Use | - | | - | - |
| Property Taxes | 336,473 | | - | 336,473 |
| Other | - | | - | - |
| **Total State and Local** | $     337,837 | $        883 | $        (883) | $     337,837 |
| **Total Taxes** | $     336,187 | $      2,485 | $      (2,123) | $     336,549 |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 6

| W. R. Grace & Co. - Conn<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>January 2005 | |
| --- | --- |
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $ 109,865,797 |
| Amounts billed during the period | 73,687,405 |
| Amounts collected during the period | (81,716,928) |
| Other | 4,630,700 |
| Trade accounts receivable at the end of month, gross | $ 106,466,974 |
| **Trade Accounts Receivable Aging** | |
| Current | $   79,731,025 |
| 1-30 days past due | 18,319,523 |
| 31-60 days past due | 6,249,693 |
| +61 days past due | 2,166,733 |
| Trade accounts receivable, gross | 106,466,974 |
| Allowance for doubtful accounts | (797,815) |
| Trade accounts receivable, net | $ 105,669,159 |

| **Notes and Accounts Receivable Reconciliation** | |
| --- | --- |
| Trade accounts receivable, net | $ 105,669,159 |
| Customer notes and drafts receivable | 537,370 |
| Pending customer credit notes | (63,836) |
| Advances and deposits | 4,555,485 |
| Nontrade receivables, net | 1,456,213 |
| Total notes and accounts receivable, net | $ 112,154,391 |

*Chart 6*

| Remedium Group, Inc.<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>January 2005 | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | - |

Chart 6

**Darex Puerto Rico, Inc.**
**Accounts Receivable Reconciliation and Aging**
**MOR-5**
**January 2005**

**Trade Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $ 2,141,077 |
| Amounts billed during the period | 417,148 |
| Amounts collected during the period | (663,150) |
| Other | (19,703) |
| Trade accounts receivable at the end of month, gross | $ 1,875,372 |

**Trade Accounts Receivable Aging**

| | |
|---|---:|
| Current | $ 1,409,301 |
| 1-30 days past due | 349,847 |
| 31-60 days past due | 33,502 |
| +61 days past due | 82,722 |
| Trade accounts receivable, gross | 1,875,372 |
| Allowance for doubtful accounts | (9,721) |
| Trade accounts receivable, net | $ 1,865,651 |

**Notes and Accounts Receivable Reconciliation**

| | |
|---|---:|
| Trade accounts receivable, net | $ 1,865,651 |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | - |
| Total notes and accounts receivable, net | $ 1,865,651 |

Chart 6

| Grace Europe, Inc.<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>January 2005 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $          - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $          - |
| **Trade Accounts Receivable Aging** | |
| Current | $          - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $          - |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $          - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 95,242 |
| Total notes and accounts receivable, net | $     95,242 |

Chart 7

| W.R. Grace & Co., et al | | |
|---|---|---|
| Debtor Questionnaire | | |
| MOR - 5 | | |
| January 2005 | | |
| | Yes | No |
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in affect?  If no, provide and explanation below. | X | |
| 5. Are post-petition accounts payable and tax obligations current and paid to date? If no, provide an explanation. | X (unless disputed in normal course of business) | |

**Note #5**

As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| If assets are sold or transferred outside the normal course of business over $25,000: Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

# Combined Chapter 11 Filing Entity Statements

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities | | |
|---|---|---|
| Combined Statement of Operations | | |
| (In millions) | Month Ended January 31 | |
| | 2005 | 2004 |
| Net sales to third parties | $ 74.1 | $ 68.0 |
| Net sales to non-filing entities | 23.4 | 21.4 |
| Interest and royalties from non-filing entities | 2.1 | 2.5 |
| | 99.6 | 91.9 |
| | | |
| Cost of goods sold to third parties | 50.3 | 46.1 |
| Cost of goods sold to non-filing entities | 19.2 | 18.1 |
| Selling, general and administrative expenses | 22.4 | 17.5 |
| Depreciation and amortization | 4.7 | 4.9 |
| Research and development expenses | 3.1 | 2.7 |
| Net pension expense | 4.3 | 4.0 |
| Interest expense | 4.3 | 1.2 |
| Other (income) expense | (0.4) | 0.1 |
| Provision for asbestos-related litigation, net of estimated insurance recovery | - | - |
| Provision for environmental remediation | - | - |
| | 107.9 | 94.6 |
| Income (loss) before Chapter 11 expenses, income taxes and equity in net income of non-filing entities | (8.3) | (2.7) |
| Chapter 11 expenses, net | (2.0) | (1.3) |
| Benefit from (provision for) income taxes | (0.8) | (1.7) |
| Income (loss) before equity in net income of non-filing entities | (11.1) | (5.7) |
| Equity in net income of non-filing entities | 12.5 | 10.6 |
| Net income (loss) | $ 1.4 | $ 4.9 |

The Notes to Combined Financial Statements are an integral part of these statements.

**Chart 9**

| W. R. Grace & Co. - Chapter 11 Filing Entities | |
|---|---|
| Combined Functional Basis Statement of Cash Flows | |
| *In millions* | Month Ended January 31, 2005 |
| **Core operations cash flow** | |
| Pre-tax income from core operations | $ (0.4) |
| Depreciation and amortization | 4.7 |
| | 4.3 |
| Payments to fund defined benefit pension arrangements | (0.2) |
| Change in Non-Filing entity operating loans and investment | (2.1) |
| Changes in all core assets/liabilities and other | 8.3 |
| Net increase in accounts receivable from Non-Filing entities due to transfer price adjustments | |
| **Core Pre-tax Operating Cash Flow** | **10.3** |
| Capital expenditures | (2.1) |
| **Core Pre-tax Operating Free Cash Flow** | **8.2** |
| **Charges against core reserves** | |
| Restructuring costs | - |
| Pension liabilities | - |
| Deferred compensation | - |
| Self insurance | - |
| Total Spending Against Core Reserves | - |
| **Net Core Cash Flow** | **8.2** |
| **Noncore cash flow** | |
| Proceeds from asset sales | - |
| Benefit proceeds under life insurance policies | 2.0 |
| Cash received from litigation settlement | - |
| Other noncore pretax cash flow | (1.7) |
| **Noncore Pre-tax Cash Flow** | **0.3** |
| **Charges against noncore reserves** | |
| Asbestos | |
| Asbestos claims processing | (0.5) |
| Less - insurance recovery | - |
| Net asbestos payments | (0.5) |
| Environmental remediation | (0.2) |
| Retained obligations and other | - |
| Postretirement benefits | (1.0) |
| Total Spending Against Noncore Reserves | (1.7) |
| **Noncore Cash Flow** | **(1.4)** |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | **6.8** |
| Cash paid for taxes, net of refunds | (0.1) |
| Cash paid for interest, net | - |
| Chapter 11 expenses paid | (1.7) |
| **Cash Flow before Strategic Investments** | **5.0** |
| **Strategic Investments** | |
| Cash paid for businesses acquired | - |
| Proceeds from exercise of stock options | 0.2 |
| Cash used for Strategic Investments | 0.2 |
| **Cash Flow after Strategic Investments** | **5.2** |
| Borrowings under the debtor-in-possession facility, net of fees | (0.2) |
| Net (investing)/financing activities under life insurance policies | 14.3 |
| **Net Cash Flow** | **$ 19.3** |

The Notes to Combined Financial Statements are an integral part of these statements.

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities | | | |
|---|---|---|---|
| Combined Balance Sheet | | | |
| In millions | January 31, 2005 | December 31, 2004 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 359.3 | $ 340.0 | $ 8.6 |
| Trade accounts receivable, less allowance of $0.8 (2004 - $1.0, Filing Date - $0.7) | 108.0 | 111.6 | 32.3 |
| Receivables from non-filing entities, net | 40.5 | 37.8 | 51.2 |
| Inventories | 77.4 | 76.9 | 80.6 |
| Deferred income taxes | 7.9 | 6.6 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 29.0 | 31.5 | 33.4 |
| **Total Current Assets** | 622.1 | 604.4 | 304.0 |
| | | | |
| Properties and equipment, net | 358.8 | 359.9 | 400.4 |
| Goodwill | 18.9 | 18.9 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 80.2 | 96.0 | 64.1 |
| Deferred income taxes | 667.4 | 666.2 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 500.0 | 500.0 | 323.4 |
| Loans receivable from non-filing entities, net | 349.8 | 358.6 | 387.5 |
| Investment in non-filing entities | 472.1 | 468.4 | 121.0 |
| Other assets | 83.0 | 82.8 | 308.5 |
| **Total Assets** | $ 3,150.3 | $ 3,155.2 | $ 2,323.5 |
| | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ - | $ - | $ - |
| Accounts payable | 57.1 | 57.2 | - |
| Income taxes payable | 5.5 | 5.0 | - |
| Other current liabilities | 130.7 | 125.3 | - |
| **Total Current Liabilities** | 193.3 | 187.5 | - |
| | | | |
| Debt payable after one year | - | - | - |
| Other liabilities | 373.7 | 381.8 | 31.8 |
| **Total Liabilities Not Subject to Compromise** | 567.0 | 569.3 | 31.8 |
| | | | |
| **Liabilities Subject to Compromise** | | | |
| Debt, pre-petition plus accrued interest | 648.9 | 645.8 | 511.5 |
| Accounts payable | 31.3 | 31.3 | 43.0 |
| Income taxes payable | 213.2 | 210.4 | 240.1 |
| Asbestos-related liability | 1,700.0 | 1,700.0 | 1,002.8 |
| Other liabilities | 619.6 | 620.2 | 568.6 |
| **Total Liabilities Subject to Compromise** | 3,213.0 | 3,207.7 | 2,366.0 |
| **Total Liabilities** | 3,780.0 | 3,777.0 | 2,397.8 |
| | | | |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 426.3 | 426.5 | 432.6 |
| Accumulated deficit | (571.8) | (573.2) | (201.8) |
| Treasury stock, at cost | (125.5) | (125.9) | (136.4) |
| Accumulated other comprehensive loss | (359.5) | (350.0) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (629.7) | (621.8) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 3,150.3 | $ 3,155.2 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

**Chart 11**

W. R. Grace & Co.
Notes to Combined Financial Statements
January 31, 2005

## 1. Basis of Presentation and Summary of Significant Accounting and Financial Reporting Policies

W. R. Grace & Co., through its subsidiaries, is engaged in specialty chemicals and specialty materials businesses on a worldwide basis through two business segments: "Davison Chemicals," which includes two product groups - refining technologies and specialty materials; and "Performance Chemicals," which includes three product groups – specialty construction chemicals, building materials and sealants and coatings.

W. R. Grace & Co. conducts substantially all of its business through a direct, wholly owned subsidiary, W. R. Grace & Co.-Conn. ("Grace-Conn."). Grace-Conn. owns substantially all of the assets, properties and rights of W. R. Grace & Co. on a consolidated basis, either directly or through subsidiaries.

As used in these notes, the term "Company" refers to W. R. Grace & Co. The term "Grace" refers to the Company and/or one or more of its subsidiaries and, in certain cases, their respective predecessors.

### VOLUNTARY BANKRUPTCY FILING

In response to a sharply increasing number of asbestos-related bodily injury claims, on April 2, 2001 (the "Filing Date"), W. R. Grace & Co. and 61 of its United States subsidiaries and affiliates, including Grace-Conn. (collectively, the "Debtors"), filed voluntary petitions for reorganization (the "Filing") under Chapter 11 of the United States Bankruptcy Code ("Chapter 11" or the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The cases were consolidated and are being jointly administered under case number 01-01139 (the "Chapter 11 Cases"). Grace's non-U.S. subsidiaries and certain of its U.S. subsidiaries were not included in the Filing.

During 2000 and the first quarter of 2001, Grace experienced several adverse developments in its asbestos-related litigation, including: a significant increase in bodily injury claims, higher than expected costs to resolve bodily injury and certain property damage claims, and class action lawsuits

alleging damages from a former attic insulation product. After a thorough review of these developments, the Board of Directors of Grace concluded on April 2, 2001 that a federal court-supervised Chapter 11 process provided the best forum available to achieve fairness in the claims resolution process. Under Chapter 11, the Debtors have continued to operate their businesses as debtors-in-possession under court protection from their creditors and claimants, while using the Chapter 11 process to develop and implement a plan for addressing the asbestos-related claims against them. Since the Filing, all motions necessary to conduct normal business activities have been approved by the Bankruptcy Court.

*Plan of Reorganization* – On November 13, 2004, the Debtors filed a Plan of Reorganization, as well as several associated documents, including a Disclosure Statement (the "Plan"), with the U.S. Bankruptcy Court in Delaware in connection with its Chapter 11 reorganization proceeding. On January 13, 2005, Grace filed an amended Plan and disclosure statement to address certain objections of creditors and other interested parties. The Plan describes the way Grace proposes to satisfy its asbestos and other Chapter 11-related claims.

The Plan will become effective only after a vote of eligible creditors and with the approval of the Bankruptcy Court. Votes on the Plan may not be solicited until the Bankruptcy Court approves the Disclosure Statement.

Under the terms of the Plan, Grace would satisfy claims under the Chapter 11 cases as follows:

Asbestos-Related Claims and Costs
A trust would be established under Section 524(g) of the Bankruptcy Code through which all pending and future asbestos-related claims would be channeled for resolution. The trust would utilize specified trust distribution procedures to satisfy allowed asbestos-related claims and costs, as follows:

1. *Personal injury claims that meet specified exposure and medical criteria (Personal Injury-Symptomatic Eligible or "PI-SE" Claims)* - PI-SE claimants would have to prove that their health is impaired from exposure to Grace's asbestos-containing products.

2. *Personal injury claims that do not meet the exposure and medical criteria necessary to qualify as PI-SE Claims (Personal Injury-Asymptomatic and Other or "PI-AO" Claims)* - This class would contain all other asbestos-related personal injury claims against Grace.

3. *Property damage claims, including claims related to Grace's former Zonolite attic insulation ("ZAI") product ("PD Claims")* - These claimants would have to prove Grace liability for loss of property value or remediation costs related to Grace's asbestos-containing products.

4. *Trust administration costs and legal expenses.*

Grace has requested that the Bankruptcy Court conduct an estimation hearing to determine the amounts that would need to be paid into the trust on the effective date of the Plan to satisfy the estimated liability for each class of asbestos claimants and trust administration costs and expenses over time. The amounts to fund PI-SE Claims, PD Claims and trust administration would be capped at the amount determined through the estimation hearing. Amounts required to fund PI-AO Claims would not be capped.

Asbestos personal injury claimants would have the option to litigate their claims against the trust or, if they meet specified eligibility criteria, accept a settlement amount based on the severity of their disease. Asbestos property damage claimants would be required to litigate their claims through the trust. The Plan provides that, as a condition precedent to confirmation, the maximum aggregate payment for all asbestos-related liabilities (PI-SE, PI-AO and PD including ZAI) and trust administrative costs and expenses cannot exceed $1,613 million, which Grace believes would fund over $2 billion in claims, costs and expenses over time.

The PI-SE Claims, the PD Claims and the related trust administration costs and expenses would be funded with (1) $512.5 million in cash (plus interest accrued at 5.5% from December 21, 2002) and nine million shares of common stock of Sealed Air Corporation pursuant to the terms of the settlement agreement resolving asbestos-related and fraudulent transfer claims against Sealed Air, provided the Bankruptcy Court approves the settlement agreement on terms acceptable to Grace, and (2) Grace common stock. The amount of Grace common stock required to satisfy these claims will vary depending on the liability measures approved by the Bankruptcy Court and the value of the Sealed Air settlement, which varies daily with the accrual of interest and the trading value of Sealed Air stock.

The PI-AO Claims would be funded with warrants exercisable for such number of shares of Grace common stock that, when added to the shares issued directly to the trust on the effective date, would represent 50.1% of the voting securities of Grace. If the common stock issuable upon exercise of the warrants is insufficient to pay all PI-AO Claims, then Grace would be obligated to pay any additional liabilities in cash.

Other Creditors
The Plan provides that all allowed claims other than those covered under the asbestos trust would be paid totally in cash (if such claims qualify as administrative or priority) or 85% in cash and 15% in Grace common stock (if such claims qualify as general unsecured). Grace estimates that approximately $1,248 million of claims, including currently accrued interest, would be satisfied in this manner at the effective date of the Plan, including bank debt, environmental liabilities, non-qualified pension claims, trade payables, litigation, and tax liabilities. Grace would finance these payments with $184 million of cash on hand, $115 million from Fresenius Medical Care Holdings, Inc. paid in settlement of asbestos and other Grace-related claims, $800 million in new debt and $149 million in value of Grace common stock. Grace would satisfy other non-asbestos related liabilities, estimated to be approximately $487 million, (primarily environmental, tax, pension and retirement medical obligations,) as they become due and payable over time. Proceeds from available product liability insurance would supplement operating cash flow to service new debt and liabilities not paid on the effective date of the Plan.

Effect on Grace Common Stock
The Plan provides that Grace common stock will remain outstanding, but that the interests of existing shareholders would be subject to dilution for additional shares of common stock issued under the

Plan. In order to preserve the future tax benefits related to its significant U.S. federal net operating losses ("NOLs"), Grace has obtained a Bankruptcy Court order imposing notice requirements and potential restrictions on stock acquisitions by those persons or entities that (i) currently own 4.75% or more of Grace common stock or (ii) seek to acquire 4.75% or more of Grace common stock. Pursuant to the order, Grace has the right to object in Bankruptcy Court to such persons or entities acquiring Grace common stock if such acquisition would pose a material risk of adversely affecting Grace's ability to utilize its NOLs. Under U.S. tax rules, NOLs are subject to potentially severe limitations in the event of ownership changes triggering a change in control (as defined under the Internal Revenue Code). The order will remain in effect until Grace emerges from Chapter 11.

Grace intends to address all pending and future asbestos-related claims and all other pre-petition claims as outlined in the Plan. However, Grace may not be successful in convincing the Bankruptcy Court and other interested parties to approve its Plan as proposed. In fact, a materially different plan of reorganization may ultimately be approved and under the ultimate plan of reorganization, the interests of the Company's shareholders could be substantially diluted or cancelled. The value of Grace common stock following a plan of reorganization, and the extent of any recovery by non-asbestos-related creditors, will depend principally on the ultimate value assigned to Grace's asbestos-related claims.

As provided by the Bankruptcy Code, the Debtors had the exclusive right to propose a plan of reorganization for a 120-day period following the Filing Date. The Debtors have received extensions of their exclusivity period through May 24, 2005, and extensions of the Debtors' exclusive right to solicit acceptances of a plan of reorganization through July 24, 2005.

*Official Parties to Grace's Chapter 11 Proceedings* – Three creditors' committees, two representing asbestos claimants and the third representing other unsecured creditors, and a committee representing shareholders have been appointed in the Chapter 11 Cases. These committees, and a legal representative of future asbestos claimants, have the right to be heard on all matters that come before the Bankruptcy Court and are likely to play important roles in the Chapter 11 Cases. The Debtors are required to bear certain costs and expenses of the committees and of the future asbestos claimants' representative, including those of their counsel and financial advisors.

The Debtors' Chapter 11 cases had been assigned to Judge Alfred M. Wolin, a senior U.S. District Court Judge who sat in Newark, New Jersey. Judge Wolin was presiding over asbestos bodily injury matters and the fraudulent conveyance litigation described below. He assigned the Debtors' other bankruptcy matters to Judge Judith Fitzgerald, a U.S. bankruptcy judge from the Western District of Pennsylvania, sitting in Wilmington, Delaware. On May 17, 2004, a federal appeals court recused Judge Wolin and on May 27, 2004, Judge Ronald L. Buckwalter, a U.S. District Court Judge from the Eastern District of Pennsylvania, was assigned to the Chapter 11 Cases.

*Claims Filings* – The Bankruptcy Court established a bar date of March 31, 2003 for claims of general unsecured creditors, asbestos-related property damage claims and medical monitoring claims related to asbestos. The bar date did not apply to asbestos-related bodily injury claims or claims related to Zonolite attic insulation, which will be dealt with separately.

Approximately 14,900 proofs of claim were filed by the bar date. Of these claims, approximately 9,400 were non-asbestos related, approximately 4,300 were for asbestos-related property damage, and approximately 1,000 were for medical monitoring. In addition, approximately 500 proofs of claim were filed after the bar date.

Approximately 7,000 of the non-asbestos related claims involve claims by employees or former employees for future retirement benefits such as pension and retiree medical coverage. Grace views most of these claims as contingent and has proposed a plan of reorganization that would retain such benefits. The other non-asbestos related claims include claims for payment of goods and services; taxes; product warranties; principal plus interest under pre-petition credit facilities; amounts due under leases; executory contracts rejected in the Bankruptcy Court; environmental remediation;

indemnification or contribution from actual or potential co-defendants in asbestos-related and other litigation; pending non-asbestos-related litigation; and non-asbestos-related personal injury.

The Debtors' analysis indicates that many claims are duplicates, represent the same claim filed against more than one of the Debtors, lack any supporting documentation, or provide insufficient supporting documentation. As of December 31, 2004, the Debtors had filed with the Bankruptcy Court objections to approximately 1,500 claims, most objections of which were non-substantive (duplicates, no supporting documentation, late filed claims, etc.). Of such claims, 1,031 have been expunged, 195 have been withdrawn, and the remainder are being addressed through dispute resolution procedures approved by the Bankruptcy Court. The Debtors expect to file objections to a substantial number of additional claims and revise their Filing Date liabilities each quarter to reflect their analysis and evaluation of the claims.

The medical monitoring claims were made by individuals who allege exposure to asbestos through Grace's products or operations. These claims, if sustained, would require Grace to fund ongoing health monitoring costs for qualified claimants. However, based on the number and expected cost of such claims, Grace does not believe such claims will have a material effect on its Consolidated Financial Statements.

Grace believes that its recorded liabilities for claims subject to the bar date represent a reasonable estimate of the ultimate allowable amount for claims that are not in dispute or have been submitted with sufficient information to both evaluate merit and estimate the value of the claim. The asbestos-related claims are considered as part of Grace's overall asbestos reserve and are subject to the conditions precedent under the Plan. As claims are resolved, or where better information becomes available and is evaluated, Grace will make adjustments to the liabilities recorded on its financial statements as appropriate. Any such adjustments could be material to its consolidated financial position and results of operations.

*Litigation Proceedings in Bankruptcy Court* – In July 2002, the Bankruptcy Court approved special counsel to represent, at the Debtors' expense, the ZAI claimants in a proceeding to determine certain threshold scientific issues regarding ZAI. On October 18, 2004, the Bankruptcy Court heard oral arguments from the Debtors and the counsel representing the ZAI claimants. The Court indicated that it may require additional proceedings before a decision is issued.

Under the Plan, Grace is proposing an estimation and litigation protocol to measure its asbestos-related liability and to determine the amount of assets required to be contributed at the effective date of the Plan to fund such liability over time. The outcome of this approach may take considerable time, may require protracted litigation and may result in a measurement of allowed asbestos-related claims that differs materially from the $1,613 million that is set forth in the Plan as the maximum amount of such claims, as determined by the Bankruptcy Court, that would satisfy a condition precedent to confirmation of the Plan.

In September 2000, Grace was named in a purported class action lawsuit filed in California Superior Court for the County of San Francisco, alleging that the 1996 reorganization involving a predecessor of Grace and Fresenius Medical Care Holdings, Inc. ("Fresenius") and the 1998 reorganization involving a predecessor of Grace and Sealed Air Corporation ("Sealed Air") were fraudulent transfers. The Bankruptcy Court authorized the Official Committee of Asbestos Personal Injury Claimants and the Official Committee of Asbestos Property Damage Claimants to proceed with claims against Fresenius and Sealed Air on behalf of the Debtors' estates.

On November 29, 2002, Sealed Air and Fresenius each announced that they had reached agreements in principle with such Committees to settle asbestos and fraudulent conveyance claims related to such transactions. Under the terms of the Fresenius settlement, as subsequently revised, Fresenius would contribute $115.0 million to the Debtors' estate as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization, subject to the fulfillment of specified conditions. In July 2003, the Fresenius settlement was approved by the Bankruptcy Court. Under the terms of the proposed Sealed Air settlement, Sealed Air would make a payment of $512.5 million (plus interest at 5.5%

compounded annually, commencing on December 21, 2002) and nine million shares of Sealed Air common stock (valued at $461.7 million as of January 31, 2005), as directed by the Bankruptcy Court upon confirmation of the Debtors' plan of reorganization. The Sealed Air settlement has not been agreed to by the Debtors and remains subject to the approval of the Bankruptcy Court and the fulfillment of specified conditions.

*Impact on Debt Capital* -- All of the Debtors' pre-petition debt is in default due to the Filing. The accompanying Consolidated Balance Sheet reflects the classification of the Debtors' pre-petition debt within "liabilities subject to compromise."

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement with Bank of America, N.A. (the "DIP facility") in the aggregate amount of $250 million. The term of the DIP facility expires on April 1, 2006.

*Accounting Impact* – The accompanying Consolidated Financial Statements have been prepared in accordance with Statement of Position 90-7 ("SOP 90-7"), "Financial Reporting by Entities in Reorganization Under the Bankruptcy Code," promulgated by the American Institute of Certified Public Accountants. SOP 90-7 requires that financial statements of debtors-in-possession be prepared on a going concern basis, which contemplates continuity of operations, realization of assets and liquidation of liabilities in the ordinary course of business. However, as a result of the Filing, the realization of certain of Debtors' assets and the liquidation of certain of Debtors' liabilities are subject to significant uncertainty. While operating as debtors-in-possession, the Debtors may sell or otherwise dispose of assets and liquidate or settle liabilities for amounts other than those reflected in the Consolidated Financial Statements. Further, the ultimate plan of reorganization could materially change the amounts and classifications reported in the Consolidated Financial Statements.

Pursuant to SOP 90-7, Grace's pre-petition liabilities that are subject to compromise are required to be reported separately on the balance sheet at an estimate of the amount that will ultimately be allowed by the Bankruptcy Court. As of January 31, 2005, such pre-petition liabilities include fixed obligations (such as debt and contractual commitments), as well as estimates of costs related to contingent liabilities (such as asbestos-related litigation, environmental remediation, and other claims). Obligations of Grace subsidiaries not covered by the Filing continue to be classified on the Consolidated Balance Sheets based upon maturity dates or the expected dates of payment. SOP 90-7 also requires separate reporting of certain expenses, realized gains and losses, and provisions for losses related to the Filing as reorganization items.

Grace's Consolidated Financial Statements as of December 31, 2004 reflect adjustments to conform to the Plan filed with the Bankruptcy Court in January 2005 as follows:

- *An accrual and charge of $714.8 million to increase Grace's recorded asbestos-related liability to that which is reflected as the maximum amount allowed under the conditions precedent to the Plan* - Under the Plan, Grace is requesting that the Bankruptcy Court determine the aggregate dollar amount, on a net present value basis, that must be funded (the "Funding Amount") into an asbestos trust (established under Section 524(g) of the Bankruptcy Code) to pay all allowed pending and future asbestos-related personal injury and property damage claims and related trust administration costs and expenses on the effective date of the Plan. It is a condition to confirmation that the Bankruptcy Court shall conclude that the Funding Amount is not greater than $1,613 million. This amount, which should be sufficient to fund over $2 billion in pending and future claims, is based on Grace's evaluation of existing personal injury and property damage claims, actuarially-based estimates of future bodily injury claims, and proposed claim payments that reflect past experience and current trends in asbestos litigation. This amount may not be consistent with what the Bankruptcy Court may conclude would be a sufficient Funding Amount. Grace has filed an estimation motion with the Bankruptcy Court to implement a process for determining the Funding Amount, which will be primarily a function of the number of allowed claims and the amount payable per claim. Using this process, Grace will seek to demonstrate,

through the use of detailed claim forms and expert testimony, that the vast majority of claims should not be allowed because they fail to establish any material property damage, health impairment or significant occupational exposure to asbestos from Grace's operations or products. Grace also will seek Bankruptcy Court approval of Grace's proposed payouts for allowed personal injury claims, which will vary depending upon the type of claim and/or a claimant's disease category. If the Bankruptcy Court grants the estimation motion and agrees with Grace's position on the number of, and the amounts to be paid in respect of, allowed personal injury and property damage claims, then Grace believes that the Funding Amount could be less than $1,613 million. However, this outcome is highly uncertain and will depend on a number of Bankruptcy Court rulings. Conversely, the asbestos creditors committees have objected to the estimation process and will continue to assert that Grace's asbestos-related liabilities are substantially higher than $1,613 million, and are in excess of Grace's business value. If the Court accepts the position of the asbestos committees, then any plan of reorganization likely would result in the loss of all or substantially all equity value by current shareholders. Therefore, due to the significant uncertainties of this process and asbestos litigation generally, Grace is not able to estimate a probable Funding Amount that would be accepted by the Bankruptcy Court. However, as Grace is willing to proceed with confirmation of a Plan with a Funding Amount of up to $1,613 million (assuming that other conditions precedent to confirmation of the Plan are satisfied, including the availability of funds from Sealed Air under the settlement agreement described above), Grace is accruing and taking a charge of $714.8 million to increase its recorded asbestos-related liability to reflect the $1,613 million maximum amount allowed as a condition precedent under the Plan plus $87 million for pre-Chapter 11 contractual settlements and judgments and continuing administration. The total asbestos-related reserve as of December 31, 2004 is $1,700 million. Any differences between the Plan as filed and as approved for confirmation could fundamentally change the accounting measurement of Grace's asbestos-related liability and that change could be material.

- *An asset and credit of $238.2 million to increase Grace's estimate of insurance proceeds to which it would be entitled to an aggregate of $500.0 million* - Under Grace's available insurance coverage, the payment of asbestos-related claims and costs will entitle Grace to partial insurance recovery based on the level of asbestos-related liability noted above. The amounts will vary with the type of expenditure and the relevant time period of the covered loss. Grace estimates that, at an ultimate payout of asbestos-related claims of $1,700 million, it should be entitled to approximately $500 million, on a net present value basis, of insurance recovery. Such recovery however would occur only as claims are paid by the asbestos trust, absent an alternative payment arrangement with Grace's insurers.

- *An accrual and charge of $94.1 million to increase Grace's estimate of interest to which general unsecured creditors would be entitled under the Plan* - The Plan states that each holder of an allowed general unsecured claim shall be entitled to post-petition interest if, but for the Filing, the claim would be entitled to accrue or be paid interest in a non-default (or non-overdue payment) situation under applicable non-bankruptcy law. Grace is using interest rates of 6.09% compounded quarterly for pre-petitioned bank debt and 4.19% compounded annually for all other eligible claims or, if applicable, a contractual rate or court imposed rate.

- *An asset and credit of $151.7 million for net income tax benefits related to the items described above* - The net pre-tax effect of the above items on Grace's 2004 Consolidated Statement of Operations was a $570.7 million charge to reflect the net liability aspects of the Plan. The deferred tax benefit on this net liability is $199.7 million at a statutory rate of 35%. Of this amount, $48.0 million exceeds Grace's analysis of the tax assets that can be realized under reasonable scenarios of future taxable income (exclusive of the tax effects under the litigation settlements with Sealed Air

6

and Fresenius). Accordingly, a valuation allowance of $48.0 million has been recorded against the total of Grace's deferred tax assets.

No accounting has been made for the assets available to fund Grace's asbestos-related and other liabilities under the litigation settlements with Sealed Air Corporation and Fresenius Medical Care, as such agreements are subject to conditions which, although expected to be met, have not been satisfied and approved by the Bankruptcy Court. The value available under these litigation settlement agreements, as measured at December 31, 2004, was $1,165.7 million comprised of $115.0 million in cash from Fresenius and $1,050.7 million in cash and stock from Sealed Air.

## Basis of Presentation

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court. Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in the Company's 2003 Annual Report on Form 10-K/A and when filed, its 2004 Annual Report on Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under generally accepted accounting principles; all such adjustments are of a normal recurring nature. All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed. Certain amounts in prior years' Combined Financial Statements have been reclassified to conform to the 2005 presentation.

## Use of Estimates

The preparation of financial statements in conformity with U.S. generally accepted accounting principals requires that management make estimates and assumptions affecting the assets and liabilities reported at the date of the Consolidated Financial Statements, and the revenues and expenses reported for the periods presented. Actual amounts could differ from those estimates. Changes in estimates are recorded in the period identified. Grace's accounting measurements that are most affected by management's estimates of future events are:

- Contingent liabilities such as asbestos-related matters, environmental remediation, income taxes, and retained obligations of divested businesses.
- Pension and post-retirement liabilities that depend on assumptions regarding discount rates and/or total returns on invested funds.
- Depreciation and amortization periods for long-lived assets, including property and equipment, intangible, and other assets.
- Realization values of various assets such as net deferred tax assets, trade receivables, inventories, insurance receivables, income taxes, and goodwill.

The accuracy of these and other estimates may also be materially affected by the uncertainties arising under the Chapter 11 Cases.

## 2. Chapter 11 Related Financial Information

As a result of the Filing, Grace's Consolidated Balance Sheets separately identify the liabilities that are "subject to compromise" as a result of the Chapter 11 proceedings. In Grace's case, "liabilities subject to compromise" represent pre-petition liabilities as determined under U.S. generally accepted accounting principles. Changes to the

recorded amount of such liabilities will be based on developments in the Chapter 11 Cases and management's assessment of the claim amounts that will ultimately be allowed by the Bankruptcy Court. Changes to pre-petition liabilities subsequent to the Filing Date reflect:   1) cash payments under approved court orders; 2) the accrual of interest on pre-petition debt and pre-petition liabilities as discussed in Note 1; 3) accruals for employee-related programs; and 4) changes in estimates related to pre-petition contingent liabilities.

Set forth below is a reconciliation of the changes in pre-filing date liability balances for the period from the Filing Date through January 31, 2005.

| (in millions) | Current Period | Cumulative Since Filing |
|---|---|---|
| Balance, beginning of period .......... | $ 3,207.7 | $ 2,366.0 |
| Cash disbursements and/or reclassifications under Bankruptcy Court orders: | | |
| Freight and distribution order ...... | -- | (5.7) |
| Trade accounts payable order ...... | -- | (9.1) |
| Other court orders including employee wages and benefits, sales and use tax and customer programs ................................. | 1.2 | (249.8) |
| Expense/(income) items: | | |
| Interest on pre-petition liabilities . | 3.9 | 157.0 |
| Employee-related accruals .......... | 0.2 | 20.2 |
| Change in estimate of asbestos-related contingencies ............... | -- | 744.8 |
| Change in estimate of environmental contingencies ... | -- | 240.6 |
| Change in estimate of income tax contingencies .......................... | -- | (25.3) |
| Balance sheet reclassifications ........ | -- | (25.7) |
| Balance, end of period .................... | $ 3,213.0 | $ 3,213.0 |

Pre-Filing Date obligations allowable under current court orders and expected to be paid prior to an adopted plan of reorganization are classified as "liabilities not subject to compromise." Additional liabilities subject to compromise may arise due to the rejection of executory contracts or unexpired leases, or as a result of the allowance of contingent or disputed claims.

## 3. Other Balance Sheet Accounts

| (in millions) | January 31, 2005 | Filing Date |
|---|---|---|
| **Inventories** | | |
| Raw materials ............................ | $ 20.8 | $ 20.3 |
| In process ................................. | 21.6 | 16.2 |
| Finished products ....................... | 67.2 | 63.8 |
| General merchandise ................ | 12.4 | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis ................... | (44.6) | (29.3) |
| | $ 77.4 | $ 80.6 |
| **Other Assets** | | |
| Deferred pension costs............... | $ 3.0 | $ 227.9 |
| Deferred charges ....................... | 35.3 | 40.4 |
| Long-term receivables ............... | 7.5 | 1.9 |
| Long-term investments ............. | -- | 2.1 |
| Patents, licenses and other intangible assets ..................... | 21.9 | 25.2 |
| Pension – unamortized prior service cost ........................... | 15.3 | 8.1 |
| Other assets .............................. | -- | 2.9 |
| | $ 83.0 | $ 308.5 |
| **Other Current Liabilities** | | |
| Accrued compensation ............... | $ 56.7 | $ -- |
| Accrued commissions ............... | 7.6 | -- |
| Customer programs .................. | 19.3 | -- |
| Accrued utilities ...................... | 0.1 | -- |
| Accrued freight ........................ | 3.3 | -- |
| Accrued reorganization fees ..... | 11.6 | -- |
| Other accrued liabilities ............ | 32.1 | -- |
| | $ 130.7 | $ -- |
| **Other Liabilities** | | |
| Deferred royalty income – non-filing entities ................. | $ -- | $ 31.8 |
| Pension – underfunded plans .... | 316.7 | -- |
| Other accrued liabilities ............ | 57.0 | -- |
| | $ 373.7 | $ 31.8 |
| **Other Liabilities Subject to Compromise** | | |
| Other postretirement benefits ... | $ 117.6 | $ 185.4 |
| Environmental remediation ...... | 344.8 | 164.8 |
| Retained obligations of divested businesses ........................... | 55.1 | 75.5 |
| Special pension arrangements ... | 77.6 | 70.8 |
| Deferred compensation ............. | 4.5 | 8.2 |
| Self insurance reserve ............... | 21.4 | 11.8 |
| Accrued interest on pre-petition liabilities. ................................ | 25.3 | -- |
| Other accrued liabilities ............ | 3.3 | 82.1 |
| | $ 649.6 | $ 598.6 |

## 4. Life Insurance

Grace is the beneficiary of life insurance policies on certain current and former employees with a net cash surrender value of $80.2 million at January 31, 2005. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years. The following table summarizes the net cash value at January 31, 2005 and Filing Date:

| Components of Net Cash Value (in millions) | January 31, 2005 | Filing Date |
|---|---|---|
| Gross cash value | $ 103.7 | $ 453.7 |
| Principal – policy loans | (22.9) | (390.3) |
| Accrued interest – policy loans | (0.6) | 0.7 |
| Net cash value | $ 80.2 | $ 64.1 |
| Insurance benefits in force | $ 193.0 | $2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

Grace has reached an agreement with the Internal Revenue Service (the "IRS") to settle tax contingencies with respect to certain of these life insurance policies. In January 2005, Grace surrendered and terminated most of these life insurance policies and received approximately $16 million of net cash value from the termination. As a result of the termination, gross cash value of the policies was reduced by approximately $381 million and policy loans of approximately $365 million were satisfied. Grace's insurance benefits in force was reduced by approximately $2 billion to approximately $191 million.

## 5. Debt

On January 31, 2005, and Filing Date, Grace's debt was as follows:

| Components of Debt (in millions) | January 31, 2005 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility | $ -- | $ -- |
| Other short-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt payable after one year** | | |
| DIP facility | $ -- | $ -- |
| Other long-term borrowings | -- | -- |
| | $ -- | $ -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $ 500.0 | $ 500.0 |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | 14.9 | 1.2 |
| Accrued interest | 134.0 | 2.6 |
| | $ 648.9 | $ 511.5 |

In April 2001, the Debtors entered into the DIP facility for a two-year term in the aggregate amount of $250 million. The DIP facility is secured by a priority lien on substantially all assets of the Debtors, and bears interest based on LIBOR. The Debtors' have extended the term of the DIP facility through April 1, 2006. Grace had no outstanding borrowings under the DIP facility as of January 31, 2005; however, $27.7 million of standby letters of credit were issued and outstanding under the facility. The letters of credit, which reduce available funds under the facility, were issued mainly for trade-related matters such as performance bonds and certain insurance and environmental matters.

The 7.75% Notes were repaid on June 11, 2001, and the 8.0% Notes were repaid on August 15, 2001, by the unaffiliated guarantor of the Notes. Grace's liability with respect to these notes is included in other liabilities subject to compromise as of January 31, 2005.

# Bank Statements

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD  21044-4098

Account No:            910-1-013572
Statement Start Date:  01 DEC 2004
Statement End Date:    31 DEC 2004
Statement Code:        000-USA-21
Statement No:          012
                       Page 1 of 4

## TRANSACTIONS

| | |
|---|---|
| Total Credits | 200,000.00 |
| Total Debits (incl. checks) | 219,682.44 |
| Total Checks Paid | 0.00 |

## BALANCES

| | Opening (01 DEC 2004) | Closing (31 DEC 2004) |
|---|---|---|
| Ledger | | 54,779.84 |
| Collected | | 54,779.84 |

| | Ledger | Collected |
|---|---|---|
| Opening (01 DEC 2004) | 74,462.28 | 74,462.28 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 06DEC | | 06DEC | | USD YOUR: CAP OF 04/12/06 | 100,000.00 | BOOK TRANSFER CREDIT |
| | | | | OUR: 0907300341J0 | | B/O: W.R. GRACE AND COMPANY |
| | | | | | | CAMBRIDGE MA 02140- |
| | | | | | | REF: CHASE MEDICAL ACCT FUNDING |
| 17DEC | | 17DEC | | USD YOUR: CAP OF 04/12/17 | 100,000.00 | BOOK TRANSFER CREDIT |
| | | | | OUR: 2283000352J0 | | B/O: W.R. GRACE AND COMPANY |
| | | | | | | CAMBRIDGE MA 02140- |
| | | | | | | REF: CHASE MEDICAL ACCT FUNDING |
| **DEBITS** | | | | | | |
| 01DEC | 30NOV | 30NOV | | USD OUR: 0433600095WA | 6,253.51 | GOVERNMENT ALLOTMENT DEBIT |
| | | | | | | COVERING DRAFTS TO A/C NO. |
| | | | | | | 002-2-416598 FOR WORK OF 11/30/04 |
| | | | | | | W R GRACE & CO C/O CORPORATE |
| | | | | | | ACCOUNTING 7500 GRACE DRIVE |
| | | | | | | COLUMBIA MD 21044-4098 |
| 02DEC | 01DEC | 01DEC | | USD OUR: 0433700093WA | 10,979.88 | GOVERNMENT ALLOTMENT DEBIT |
| | | | | | | COVERING DRAFTS TO A/C NO. |
| | | | | | | 002-2-416598 FOR WORK OF 12/01/04 |
| | | | | | | W R GRACE & CO C/O CORPORATE |
| | | | | | | ACCOUNTING 7500 GRACE DRIVE |
| | | | | | | COLUMBIA MD 21044-4098 |
| 03DEC | 02DEC | 02DEC | | USD OUR: 0433800093WA | 11,489.63 | GOVERNMENT ALLOTMENT DEBIT |
| | | | | | | COVERING DRAFTS TO A/C NO. |
| | | | | | | 002-2-416598 FOR WORK OF 12/02/04 |
| | | | | | | W R GRACE & CO C/O CORPORATE |
| | | | | | | ACCOUNTING 7500 GRACE DRIVE |
| | | | | | | COLUMBIA MD 21044-4098 |

### Closing Balances

| Date | Amount |
|---|---|
| **LEDGER BALANCES** | |
| 01DEC | 68,208.77 |
| 02DEC | 57,228.89 |
| 03DEC | 45,739.26 |
| 06DEC | 138,547.86 |
| 07DEC | 113,598.53 |
| 08DEC | 103,086.32 |
| 09DEC | 87,677.79 |
| 10DEC | 78,433.91 |
| 13DEC | 73,442.49 |
| 14DEC | 60,954.94 |
| 15DEC | 53,479.38 |
| 16DEC | 41,248.91 |
| 17DEC | 136,324.29 |
| 20DEC | 128,346.12 |
| 21DEC | 116,725.26 |
| 22DEC | 108,936.44 |
| 23DEC | 94,023.84 |
| 24DEC | 86,885.28 |
| 28DEC | 74,527.54 |
| 29DEC | 65,534.05 |
| 30DEC | 59,964.18 |
| 31DEC | 54,779.84 |
| **COLLECTED BALANCES** | |
| 01DEC | 68,208.77 |
| 02DEC | 57,228.89 |
| 03DEC | 45,739.26 |
| 06DEC | 138,547.86 |
| 07DEC | 113,598.53 |

FT CODE:

USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT        US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA   MD   21044-4098

| | |
|---|---|
| Account No: | 910-1-013572 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 31 DEC 2004 |
| Statement Code: | 000-USA-21 |
| Statement No: | 012 |
| | Page 2 of 4 |

**Closing Balances**

| Date | Amount |
|---|---|
| 08DEC | 103,086.32 |
| 09DEC | 87,677.79 |
| 10DEC | 78,433.91 |
| 10DEC | 73,442.49 |
| 13DEC | 60,954.94 |
| 14DEC | 53,479.38 |
| 15DEC | 41,248.91 |
| 16DEC | 136,324.29 |
| 17DEC | 128,346.12 |
| 20DEC | 116,725.26 |
| 21DEC | 108,936.44 |
| 22DEC | 94,023.84 |
| 23DEC | 86,585.28 |
| 24DEC | 74,527.54 |
| 28DEC | 65,534.05 |
| 29DEC | 59,964.18 |
| 30DEC | 54,779.84 |
| 31DEC | |

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 06DEC | 03DEC | 03DEC | | USD OUR: 0434100092WA | 7,191.40 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/03/04 ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 07DEC | 06DEC | 06DEC | | USD OUR: 0434200091WA | 24,949.33 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/06/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 08DEC | 07DEC | 07DEC | | USD OUR: 0434300089WA | 10,512.21 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/07/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 09DEC | 08DEC | 08DEC | | USD OUR: 0434400090WA | 15,408.53 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/08/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10DEC | 09DEC | 09DEC | | USD OUR: 0434500093WA | 9,243.88 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/09/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 10DEC | 10DEC | 10DEC | | USD OUR: 0434800089WA | 4,991.42 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/10/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 13DEC | 13DEC | 13DEC | | USD OUR: 0434900089WA | 12,487.55 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/13/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 14DEC | 14DEC | 14DEC | | USD OUR: 0435000086WA | 7,475.56 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/13/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 |
| 15DEC | 14DEC | | | | | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 DEC 2004
Statement End Date: 31 DEC 2004
Statement Code: 000-USA-21
Statement No: 012
Page 3 of 4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 16DEC | 15DEC | 15DEC | | USD OUR: 0435100088WA | 002-2-416598 FOR WORK OF 12/14/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 12,230.47 | | |
| 17DEC | 16DEC | 16DEC | | USD OUR: 0435200087WA | 002-2-416598 FOR WORK OF 12/15/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 4,924.62 | | |
| 20DEC | 17DEC | 17DEC | | USD OUR: 0435500083WA | 002-2-416598 FOR WORK OF 12/16/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 7,978.17 | | |
| 21DEC | 20DEC | 20DEC | | USD OUR: 0435600088WA | 002-2-416598 FOR WORK OF 12/17/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 11,620.86 | | |
| 22DEC | 21DEC | 21DEC | | USD OUR: 0435700081WA | 002-2-416598 FOR WORK OF 12/20/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 7,788.82 | | |
| 23DEC | 22DEC | 22DEC | | USD OUR: 0435800085WA | 002-2-416598 FOR WORK OF 12/21/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. | 14,912.60 | | |
| 24DEC | 23DEC | 23DEC | | USD OUR: 0435900082WA | 002-2-416598 FOR WORK OF 12/22/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/23/04 W R GRACE & CO C/O CORPORATE | 7,438.56 | | |

TS

W R GRACE & CO
C/O CORPORATE ACCOUNTING
7500 GRACE DRIVE
COLUMBIA  MD 21044-4098

Account No: 910-1-013572
Statement Start Date: 01 DEC 2004
Statement End Date: 31 DEC 2004
Statement Code: 000-USA-21
Statement No: 012
Page 4 of 4

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

ACCOUNTING 7500 GRACE DRIVE
COLUMBIA MD 21044-4098

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28DEC | 27DEC | 27DEC | | USD OUR: 0436300093WA | 12,057.74 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/27/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 29DEC | 28DEC | 28DEC | | USD OUR: 0436400091WA | 8,993.49 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/28/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 30DEC | 29DEC | 29DEC | | USD OUR: 0436500092WA | 5,569.87 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/29/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |
| 31DEC | 30DEC | 30DEC | | USD OUR: 0436600094WA | 5,184.34 | GOVERNMENT ALLOTMENT DEBIT COVERING DRAFTS TO A/C NO. 002-2-416598 FOR WORK OF 12/30/04 W R GRACE & CO C/O CORPORATE ACCOUNTING 7500 GRACE DRIVE COLUMBIA MD 21044-4098 | | |

## CHECKS

*No Activity*



# Commercial Checking

01      2199500021812  036  130         0      0      157,399

00052560 1 MB 0.309 02   MAAD 208

W R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN:PATTY ELLIOTT-GRAY                    CB
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

---

# Commercial Checking

**12/01/2004 thru 12/31/2004**

Account number:        2199500021812
Account owner(s):      W R GRACE AND CO-CONN
                       GENERAL ACCOUNT

Taxpayer ID Number:    135114230

## Account Summary

| | |
|---|---|
| Opening balance 12/01 | $782,532.01 |
| Deposits and other credits | 13,012,830.20 + |
| Other withdrawals and service fees | 13,785,017.21 - |
| Closing balance 12/31 | $10,345.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 12/02 | 654,251.27 | DEPOSIT |
| 12/13 | 390,983.14 | DEPOSIT |
| 12/16 | 107,990.22 | DEPOSIT |
| 12/16 | 630,442.04 | DEPOSIT |
| 12/21 | 10,172,426.30 | DEPOSIT |
| 12/29 | 58.59 | DEPOSIT |
| 12/29 | 3,463.43 | DEPOSIT |
| 12/29 | 54,920.08 | DEPOSIT |
| 12/29 | 998,295.13 | DEPOSIT |
| **Total** | **$13,012,830.20** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 12/03 | 817,807.20 ✓ | FUNDS TRANSFER (ADVICE 041203023090) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        12/03/04  03:20PM |
| 12/07 | 608,976.08 ✓ | FUNDS TRANSFER (ADVICE 041207016059) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=        12/07/04  02:54PM |
| 12/16 | 77.37 ✓ | DEPOSITED ITEM RETURNED ADV # 593676 |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKT INV BKG FL DIVERSIFIED MANUFACTURING**



# Commercial Checking

03      2199500021812  036  130       0    0      157,401

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD    (For the Hearing Impaired) | 800-388-2234 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | **Ck. No.** | **Amount** | **Ck. No.** | **Amount** |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 | | | | |
| | | | Total | |

In Case of Errors or Questions About Your Electronic Transfers: Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

WACHOVIA BANK, N.A. ,  CAP MKT INV BKG FL DIVERSIFIED MANUFACTURING

## Wachovia
Commercial Checking

01   2079900003625 001 108      0 160                Replacement Statement      001

W R GRACE & CO-CONN
62 WHITMORE AVE.                    CB 113
CAMBRIDGE MD 02140

Commercial Checking                              12/01/2004 thru 12/31/2004

Account number:        2079900003625
Account owner(s):      W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

Account Summary

Opening balance 12/01              $0.00
Deposits and other credits         69,154.82 +
Other withdrawals and service fees 69,154.82 -
Closing balance 12/31              $0.00

Deposits and Other Credits
Date        Amount    Description
12/10       29,349.13 ZBA TRANSFER CREDIT                                    000000000000000
                      TRANSFER FROM 2000000282172 W R GRACE & COM
12/23       39,805.69 ZBA TRANSFER CREDIT                                    000000000000000
                      TRANSFER FROM 2000000282172 W R GRACE & COM
Total       $69,154.82

Other Withdrawals and Service Fees

Date        Amount    Description
12/10       29,349.13 AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL             100020043420882
                      CO. ID.          041210 CCD
                      MISC SETTL NCVCHRIDN REMEDIUM  NC
12/23       39,805.69 AUTOMATED DEBIT  REMEDIUM GROUP,  PAYROLL             100020043550960
                      CO. ID.          041223 CCD
                      MISC SETTL NCVCHRIDN REMEDIUM  NC
Total       $69,154.82

Daily Balance Summary

Dates         Amount    Dates          Amount    Dates          Amount
12/10         0.00      12/23          0.00

Commercial Checking

02    2079900003615 001 108        0 160                Replacement Statement        001

Customer Service Information

For questions about your statement
or billing errors, contact us at:        Phone Number    Address

Business Checking, CheckCard & Loan
Accounts                                 800-566-3862    WACHOVIA BANK, NATIONAL ASSOCIATION
TDD  (For the Hearing Impaired)          800-835-7721    NC8502
Commercial Checking & Loan Accounts      800-222-3862    P O BOX 563966
                                                         CHARLOTTE NC 28262-3966

In Case of Errors or Questions About Your Electronic Transfers:  Telephone us at
800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966,
CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is
wrong or if you need more information about a transfer on the statement or receipt.  We
must hear from you no later than 60 days after we sent you the first statement on which the
error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you
   can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly.  If we take more
than 10 business days to do this, we will credit your account for the amount you think is
in error.  You will have use of the money during the time it takes us to complete our
investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Account Number
 318-3323735-8

Financial Advisor
 H P S Group
 (--73807646)

Account Value As Of 12/31/2004
$330,261,770.33

Dividends
01/01/2004 - 12/31/2004      Year To Date
$2,301,246.23                $2,301,246.23

> *MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL BE
> CLOSED ON MONDAY, JANUARY 17TH IN OBSERVANCE
> OF MARTIN LUTHER KING, JR. DAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE
> MONTH OF DECEMBER WAS 2.07%. THE TRADING
> DEADLINE ON JANUARY 14TH IS 3:00 P.M. ET.*

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $116,360,524.10 |
| 01/05/2004 | 01/05/2004 | Shares Purchased By Wire | $8,000,000.00 | $1.00 | $124,360,524.10 |
| 01/06/2004 | 01/06/2004 | Same Day Wire Redemption | $5,700,000.00 | $1.00 | $118,660,524.10 |
| 01/07/2004 | 01/07/2004 | Shares Purchased By Wire | $2,500,000.00 | $1.00 | $121,160,524.10 |
| 01/08/2004 | 01/08/2004 | Same Day Wire Redemption | $5,300,000.00 | $1.00 | $115,860,524.10 |
| 01/09/2004 | 01/09/2004 | Same Day Wire Redemption | $3,700,000.00 | $1.00 | $112,160,524.10 |
| 01/12/2004 | 01/12/2004 | Shares Purchased By Wire | $4,200,000.00 | $1.00 | $116,360,524.10 |
| 01/13/2004 | 01/13/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $117,960,524.10 |
| 01/14/2004 | 01/14/2004 | Shares Purchased By Wire | $2,800,000.00 | $1.00 | $120,760,524.10 |
| 01/15/2004 | 01/15/2004 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $119,760,524.10 |
| 01/16/2004 | 01/16/2004 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $121,560,524.10 |
| 01/20/2004 | 01/20/2004 | Same Day Wire Redemption | $2,800,000.00 | $1.00 | $118,760,524.10 |
| 01/21/2004 | 01/21/2004 | Shares Purchased By Wire | $3,700,000.00 | $1.00 | $122,460,524.10 |
| 01/22/2004 | 01/22/2004 | Same Day Wire Redemption | $5,200,000.00 | $1.00 | $117,260,524.10 |
| 01/23/2004 | 01/23/2004 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $119,960,524.10 |
| 01/26/2004 | 01/26/2004 | Same Day Wire Redemption | $4,000,000.00 | $1.00 | $115,960,524.10 |
| 01/26/2004 | 01/26/2004 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $114,960,524.10 |
| 01/28/2004 | 01/28/2004 | Shares Purchased By Wire | $10,300,000.00 | $1.00 | $125,260,524.10 |
| 01/29/2004 | 01/29/2004 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $123,260,524.10 |

Account Number  318-3323735-8          (page  1 of  8)




**Merrill Lynch** Investment Managers

Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 01/31/2004 | 01/31/2004 | Div Reinvest | $104,857.39 | $1.00 | $123,365,381.49 |
| 02/02/2004 | 02/02/2004 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $126,065,381.49 |
| 02/02/2004 | 02/02/2004 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $128,765,381.49 |
| 02/02/2004 | 02/02/2004 | Same Day Wire Redemption | $2,700,000.00 | $1.00 | $126,065,381.49 |
| 02/03/2004 | 02/03/2004 | Same Day Wire Redemption | $1,500,000.00 | $1.00 | $124,565,381.49 |
| 02/04/2004 | 02/04/2004 | Shares Purchased By Wire | $900,000.00 | $1.00 | $125,465,381.49 |
| 02/05/2004 | 02/05/2004 | Same Day Wire Redemption | $6,500,000.00 | $1.00 | $118,965,381.49 |
| 02/06/2004 | 02/06/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $120,565,381.49 |
| 02/09/2004 | 02/09/2004 | Shares Purchased By Wire | $800,000.00 | $1.00 | $121,365,381.49 |
| 02/09/2004 | 02/09/2004 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $123,665,381.49 |
| 02/10/2004 | 02/10/2004 | Same Day Wire Redemption | $4,900,000.00 | $1.00 | $118,765,381.49 |
| 02/11/2004 | 02/11/2004 | Same Day Wire Redemption | $2,400,000.00 | $1.00 | $116,365,381.49 |
| 02/17/2004 | 02/17/2004 | Same Day Wire Redemption | $3,800,000.00 | $1.00 | $112,565,381.49 |
| 02/18/2004 | 02/18/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $114,465,381.49 |
| 02/19/2004 | 02/19/2004 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $110,565,381.49 |
| 02/20/2004 | 02/20/2004 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $111,965,381.49 |
| 02/23/2004 | 02/23/2004 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $113,765,381.49 |
| 02/24/2004 | 02/24/2004 | Shares Purchased By Wire | $18,200,000.00 | $1.00 | $131,965,381.49 |
| 02/24/2004 | 02/24/2004 | Same Day Wire Redemption | $11,000,000.00 | $1.00 | $120,965,381.49 |
| 02/25/2004 | 02/25/2004 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $119,065,381.49 |
| 02/26/2004 | 02/26/2004 | Same Day Wire Redemption | $2,700,000.00 | $1.00 | $116,365,381.49 |
| 02/27/2004 | 02/27/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $117,965,381.49 |
| 02/29/2004 | 02/29/2004 | Div Reinvest | $95,514.98 | $1.00 | $118,060,896.47 |
| 03/01/2004 | 03/01/2004 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $119,060,896.47 |
| 03/02/2004 | 03/02/2004 | Same Day Wire Redemption | $3,600,000.00 | $1.00 | $115,460,896.47 |
| 03/04/2004 | 03/04/2004 | Same Day Wire Redemption | $5,200,000.00 | $1.00 | $110,260,896.47 |
| 03/05/2004 | 03/05/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $112,360,896.47 |
| 03/08/2004 | 03/08/2004 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $113,660,896.47 |
| 03/09/2004 | 03/09/2004 | Shares Purchased By Wire | $3,400,000.00 | $1.00 | $117,060,896.47 |
| 03/10/2004 | 03/10/2004 | Same Day Wire Redemption | $6,500,000.00 | $1.00 | $110,560,896.47 |
| 03/11/2004 | 03/11/2004 | Same Day Wire Redemption | $15,300,000.00 | $1.00 | $95,260,896.47 |
| 03/12/2004 | 03/12/2004 | Same Day Wire Redemption | $2,500,000.00 | $1.00 | $92,760,896.47 |
| 03/15/2004 | 03/15/2004 | Shares Purchased By Wire | $3,000,000.00 | $1.00 | $95,760,896.47 |
| 03/16/2004 | 03/16/2004 | Same Day Wire Redemption | $6,900,000.00 | $1.00 | $88,860,896.47 |
| 03/17/2004 | 03/17/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $90,760,896.47 |

519575




**Merrill Lynch** Investment Managers          Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar-Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 03/18/2004 | 03/18/2004 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $88,760,896.47 |
| 03/22/2004 | 03/22/2004 | Shares Purchased By Wire | $2,800,000.00 | $1.00 | $91,560,896.47 |
| 03/23/2004 | 03/23/2004 | Same Day Wire Redemption | $3,800,000.00 | $1.00 | $87,760,896.47 |
| 03/24/2004 | 03/24/2004 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $85,460,896.47 |
| 03/25/2004 | 03/25/2004 | Same Day Wire Redemption | $9,100,000.00 | $1.00 | $76,360,896.47 |
| 03/26/2004 | 03/26/2004 | Shares Purchased By Wire | $10,200,000.00 | $1.00 | $86,560,896.47 |
| 03/29/2004 | 03/29/2004 | Shares Purchased By Wire | $24,900,000.00 | $1.00 | $111,460,896.47 |
| 03/29/2004 | 03/29/2004 | Same Day Wire Redemption | $21,000,000.00 | $1.00 | $90,460,896.47 |
| 03/30/2004 | 03/30/2004 | Shares Purchased By Wire | $5,700,000.00 | $1.00 | $96,160,896.47 |
| 03/31/2004 | 03/31/2004 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $97,560,896.47 |
| 03/31/2004 | 03/31/2004 | Div Reinvest | $82,713.78 | $1.00 | $97,643,610.25 |
| 04/01/2004 | 04/01/2004 | Same Day Wire Redemption | $6,500,000.00 | $1.00 | $91,143,610.25 |
| 04/02/2004 | 04/02/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $93,243,610.25 |
| 04/05/2004 | 04/05/2004 | Shares Purchased By Wire | $3,400,000.00 | $1.00 | $96,643,610.25 |
| 04/06/2004 | 04/06/2004 | Shares Purchased By Wire | $3,500,000.00 | $1.00 | $100,143,610.25 |
| 04/07/2004 | 04/07/2004 | Same Day Wire Redemption | $2,800,000.00 | $1.00 | $97,343,610.25 |
| 04/08/2004 | 04/08/2004 | Same Day Wire Redemption | $10,200,000.00 | $1.00 | $87,143,610.25 |
| 04/12/2004 | 04/12/2004 | Shares Purchased By Wire | $3,600,000.00 | $1.00 | $90,743,610.25 |
| 04/15/2004 | 04/15/2004 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $89,343,610.25 |
| 04/16/2004 | 04/16/2004 | Shares Purchased By Wire | $3,300,000.00 | $1.00 | $92,643,610.25 |
| 04/19/2004 | 04/19/2004 | Shares Purchased By Wire | $3,600,000.00 | $1.00 | $96,243,610.25 |
| 04/20/2004 | 04/20/2004 | Same Day Wire Redemption | $4,000,000.00 | $1.00 | $92,243,610.25 |
| 04/21/2004 | 04/21/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $94,143,610.25 |
| 04/22/2004 | 04/22/2004 | Shares Purchased By Wire | $4,500,000.00 | $1.00 | $98,643,610.25 |
| 04/22/2004 | 04/22/2004 | Same Day Wire Redemption | $9,300,000.00 | $1.00 | $89,343,610.25 |
| 04/23/2004 | 04/23/2004 | Shares Purchased By Wire | $4,400,000.00 | $1.00 | $93,743,610.25 |
| 04/26/2004 | 04/26/2004 | Shares Purchased By Wire | $7,900,000.00 | $1.00 | $101,643,610.25 |
| 04/27/2004 | 04/27/2004 | Same Day Wire Redemption | $4,600,000.00 | $1.00 | $97,043,610.25 |
| 04/29/2004 | 04/29/2004 | Same Day Wire Redemption | $1,100,000.00 | $1.00 | $95,943,610.25 |
| 04/30/2004 | 04/30/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $97,543,610.25 |
| 04/30/2004 | 04/30/2004 | Div Reinvest | $75,341.90 | $1.00 | $97,618,952.15 |
| 05/03/2004 | 05/03/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $99,718,952.15 |
| 05/04/2004 | 05/04/2004 | Shares Redeemed | $1,500,000.00 | $1.00 | $98,218,952.15 |
| 05/05/2004 | 05/04/2004 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $99,718,952.15 |
| 05/05/2004 | 05/05/2004 | Same Day Wire Redemption | $1,500,000.00 | $1.00 | $98,218,952.15 |

Account Number  318-3323735-8          (page 3 of 8)




**Merrill Lynch** Investment Managers          Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 05/06/2004 | 05/06/2004 | Same Day Wire Redemption | $3,400,000.00 | $1.00 | $94,818,952.15 |
| 05/07/2004 | 05/07/2004 | Shares Purchased By Wire | $900,000.00 | $1.00 | $95,718,952.15 |
| 05/10/2004 | 05/10/2004 | Shares Purchased By Wire | $60,200,000.00 | $1.00 | $155,918,952.15 |
| 05/11/2004 | 05/11/2004 | Same Day Wire Redemption | $8,400,000.00 | $1.00 | $147,518,952.15 |
| 05/12/2004 | 05/12/2004 | Shares Purchased By Wire | $1,000,000.00 | $1.00 | $148,518,952.15 |
| 05/13/2004 | 05/13/2004 | Same Day Wire Redemption | $4,300,000.00 | $1.00 | $144,218,952.15 |
| 05/14/2004 | 05/14/2004 | Shares Purchased By Wire | $3,100,000.00 | $1.00 | $147,318,952.15 |
| 05/17/2004 | 05/17/2004 | Shares Purchased By Wire | $3,200,000.00 | $1.00 | $150,518,952.15 |
| 05/19/2004 | 05/19/2004 | Same Day Wire Redemption | $2,100,000.00 | $1.00 | $148,418,952.15 |
| 05/20/2004 | 05/20/2004 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $144,518,952.15 |
| 05/21/2004 | 05/21/2004 | Shares Purchased By Wire | $13,100,000.00 | $1.00 | $157,618,952.15 |
| 05/24/2004 | 05/24/2004 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $155,318,952.15 |
| 05/25/2004 | 05/25/2004 | Same Day Wire Redemption | $200,000.00 | $1.00 | $155,118,952.15 |
| 05/25/2004 | 05/25/2004 | Same Day Wire Redemption | $9,900,000.00 | $1.00 | $145,218,952.15 |
| 05/26/2004 | 05/26/2004 | Shares Purchased By Wire | $12,900,000.00 | $1.00 | $158,118,952.15 |
| 05/27/2004 | 05/27/2004 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $159,918,952.15 |
| 05/28/2004 | 05/28/2004 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $162,218,952.15 |
| 05/31/2004 | 05/31/2004 | Div Reinvest | $113,815.86 | $1.00 | $162,332,768.01 |
| 06/01/2004 | 06/01/2004 | Same Day Wire Redemption | $9,900,000.00 | $1.00 | $152,432,768.01 |
| 06/01/2004 | 06/01/2004 | Same Day Wire Redemption | $5,400,000.00 | $1.00 | $147,032,768.01 |
| 06/02/2004 | 06/02/2004 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $145,832,768.01 |
| 06/04/2004 | 06/04/2004 | Shares Purchased By Wire | $4,600,000.00 | $1.00 | $150,432,768.01 |
| 06/07/2004 | 06/07/2004 | Shares Purchased By Wire | $25,400,000.00 | $1.00 | $175,832,768.01 |
| 06/08/2004 | 06/08/2004 | Shares Purchased By Wire | $9,000,000.00 | $1.00 | $184,832,768.01 |
| 06/09/2004 | 06/09/2004 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $183,232,768.01 |
| 06/10/2004 | 06/10/2004 | Same Day Wire Redemption | $8,400,000.00 | $1.00 | $174,832,768.01 |
| 06/14/2004 | 06/14/2004 | Shares Purchased By Wire | $5,400,000.00 | $1.00 | $180,232,768.01 |
| 06/15/2004 | 06/15/2004 | Same Day Wire Redemption | $700,000.00 | $1.00 | $179,532,768.01 |
| 06/16/2004 | 06/16/2004 | Shares Purchased By Wire | $3,200,000.00 | $1.00 | $182,732,768.01 |
| 06/17/2004 | 06/17/2004 | Same Day Wire Redemption | $5,700,000.00 | $1.00 | $177,032,768.01 |
| 06/18/2004 | 06/18/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $179,132,768.01 |
| 06/21/2004 | 06/21/2004 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $177,232,768.01 |
| 06/22/2004 | 06/22/2004 | Same Day Wire Redemption | $4,500,000.00 | $1.00 | $172,732,768.01 |
| 06/23/2004 | 06/23/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $174,632,768.01 |
| 06/24/2004 | 06/24/2004 | Same Day Wire Redemption | $5,700,000.00 | $1.00 | $168,932,768.01 |



**Merrill Lynch** Investment Managers          Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 06/25/2004 | 06/25/2004 | Shares Purchased By Wire | $12,700,000.00 | $1.00 | $181,632,768.01 |
| 06/28/2004 | 06/28/2004 | Shares Purchased By Wire | $13,700,000.00 | $1.00 | $195,332,768.01 |
| 06/28/2004 | 06/28/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $190,932,768.01 |
| 06/29/2004 | 06/29/2004 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $193,632,768.01 |
| 06/30/2004 | 06/30/2004 | Shares Purchased By Wire | $1,200,000.00 | $1.00 | $194,832,768.01 |
| 06/30/2004 | 06/30/2004 | Div Reinvest | $146,426.51 | $1.00 | $194,979,194.52 |
| 07/01/2004 | 07/01/2004 | Same Day Wire Redemption | $2,400,000.00 | $1.00 | $192,579,194.52 |
| 07/02/2004 | 07/02/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $194,679,194.52 |
| 07/07/2004 | 07/07/2004 | Shares Purchased By Wire | $3,300,000.00 | $1.00 | $197,979,194.52 |
| 07/08/2004 | 07/08/2004 | Same Day Wire Redemption | $2,500,000.00 | $1.00 | $195,479,194.52 |
| 07/08/2004 | 07/08/2004 | Same Day Wire Redemption | $4,200,000.00 | $1.00 | $191,279,194.52 |
| 07/12/2004 | 07/12/2004 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $192,579,194.52 |
| 07/13/2004 | 07/13/2004 | Same Day Wire Redemption | $3,900,000.00 | $1.00 | $188,679,194.52 |
| 07/14/2004 | 07/14/2004 | Shares Purchased By Wire | $3,100,000.00 | $1.00 | $191,779,194.52 |
| 07/15/2004 | 07/15/2004 | Same Day Wire Redemption | $800,000.00 | $1.00 | $190,979,194.52 |
| 07/16/2004 | 07/16/2004 | Shares Purchased By Wire | $2,800,000.00 | $1.00 | $193,779,194.52 |
| 07/19/2004 | 07/19/2004 | Shares Purchased By Wire | $4,700,000.00 | $1.00 | $198,479,194.52 |
| 07/20/2004 | 07/20/2004 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $196,579,194.52 |
| 07/21/2004 | 07/21/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $198,179,194.52 |
| 07/22/2004 | 07/22/2004 | Same Day Wire Redemption | $3,000,000.00 | $1.00 | $195,179,194.52 |
| 07/22/2004 | 07/22/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $190,779,194.52 |
| 07/26/2004 | 07/26/2004 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $193,379,194.52 |
| 07/27/2004 | 07/27/2004 | Same Day Wire Redemption | $2,300,000.00 | $1.00 | $191,079,194.52 |
| 07/28/2004 | 07/28/2004 | Same Day Wire Redemption | $3,200,000.00 | $1.00 | $187,879,194.52 |
| 07/29/2004 | 07/29/2004 | Shares Purchased By Wire | $15,600,000.00 | $1.00 | $203,479,194.52 |
| 07/29/2004 | 07/29/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $199,079,194.52 |
| 07/30/2004 | 07/30/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $200,979,194.52 |
| 07/31/2004 | 07/31/2004 | Div Reinvest | $202,297.77 | $1.00 | $201,181,492.29 |
| 08/02/2004 | 08/02/2004 | Same Day Wire Redemption | $50,000,000.00 | $1.00 | $151,181,492.29 |
| 08/03/2004 | 08/03/2004 | Same Day Wire Redemption | $1,000,000.00 | $1.00 | $150,181,492.29 |
| 08/04/2004 | 08/04/2004 | Shares Purchased By Wire | $600,000.00 | $1.00 | $150,781,492.29 |
| 08/05/2004 | 08/05/2004 | Shares Purchased By Wire | $2,100,000.00 | $1.00 | $152,881,492.29 |
| 08/06/2004 | 08/06/2004 | Shares Purchased By Wire | $700,000.00 | $1.00 | $153,581,492.29 |
| 08/09/2004 | 08/09/2004 | Shares Purchased By Wire | $2,300,000.00 | $1.00 | $155,881,492.29 |
| 08/10/2004 | 08/10/2004 | Same Day Wire Redemption | $4,300,000.00 | $1.00 | $151,581,492.29 |



**Merrill Lynch** Investment Managers                    Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 08/11/2004 | 08/11/2004 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $149,981,492.29 |
| 08/12/2004 | 08/12/2004 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $148,581,492.29 |
| 08/13/2004 | 08/13/2004 | Shares Purchased By Wire | $2,600,000.00 | $1.00 | $151,181,492.29 |
| 08/13/2004 | 08/13/2004 | Same Day Wire Redemption | $1,100,000.00 | $1.00 | $150,081,492.29 |
| 08/16/2004 | 08/16/2004 | Shares Purchased By Wire | $3,900,000.00 | $1.00 | $153,981,492.29 |
| 08/17/2004 | 08/17/2004 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $151,981,492.29 |
| 08/18/2004 | 08/18/2004 | Shares Purchased By Wire | $1,800,000.00 | $1.00 | $153,781,492.29 |
| 08/19/2004 | 08/19/2004 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $148,781,492.29 |
| 08/20/2004 | 08/20/2004 | Shares Purchased By Wire | $1,700,000.00 | $1.00 | $150,481,492.29 |
| 08/23/2004 | 08/23/2004 | Same Day Wire Redemption | $1,400,000.00 | $1.00 | $149,081,492.29 |
| 08/24/2004 | 08/24/2004 | Same Day Wire Redemption | $4,000,000.00 | $1.00 | $145,081,492.29 |
| 08/24/2004 | 08/24/2004 | Same Day Wire Redemption | $1,700,000.00 | $1.00 | $143,381,492.29 |
| 08/25/2004 | 08/25/2004 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $142,181,492.29 |
| 08/26/2004 | 08/26/2004 | Same Day Wire Redemption | $6,800,000.00 | $1.00 | $135,381,492.29 |
| 08/27/2004 | 08/27/2004 | Shares Purchased By Wire | $12,800,000.00 | $1.00 | $148,181,492.29 |
| 08/30/2004 | 08/30/2004 | Shares Purchased By Wire | $17,100,000.00 | $1.00 | $165,281,492.29 |
| 08/30/2004 | 08/30/2004 | Same Day Wire Redemption | $6,600,000.00 | $1.00 | $158,681,492.29 |
| 08/31/2004 | 08/31/2004 | Shares Purchased By Wire | $3,800,000.00 | $1.00 | $162,481,492.29 |
| 08/31/2004 | 08/31/2004 | Div Reinvest | $178,166.63 | $1.00 | $162,659,658.92 |
| 09/02/2004 | 09/02/2004 | Same Day Wire Redemption | $2,100,000.00 | $1.00 | $160,559,658.92 |
| 09/03/2004 | 09/03/2004 | Shares Purchased By Wire | $2,400,000.00 | $1.00 | $162,959,658.92 |
| 09/07/2004 | 09/07/2004 | Same Day Wire Redemption | $21,800,000.00 | $1.00 | $141,159,658.92 |
| 09/08/2004 | 09/08/2004 | Shares Purchased By Wire | $900,000.00 | $1.00 | $142,059,658.92 |
| 09/09/2004 | 09/09/2004 | Same Day Wire Redemption | $10,300,000.00 | $1.00 | $131,759,658.92 |
| 09/13/2004 | 09/13/2004 | Shares Purchased By Wire | $5,300,000.00 | $1.00 | $137,059,658.92 |
| 09/14/2004 | 09/14/2004 | Same Day Wire Redemption | $4,700,000.00 | $1.00 | $132,359,658.92 |
| 09/16/2004 | 09/16/2004 | Same Day Wire Redemption | $3,800,000.00 | $1.00 | $128,559,658.92 |
| 09/17/2004 | 09/17/2004 | Shares Purchased By Wire | $8,100,000.00 | $1.00 | $136,659,658.92 |
| 09/20/2004 | 09/20/2004 | Shares Purchased By Wire | $5,300,000.00 | $1.00 | $141,959,658.92 |
| 09/22/2004 | 09/22/2004 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $143,359,658.92 |
| 09/22/2004 | 09/22/2004 | Same Day Wire Redemption | $4,700,000.00 | $1.00 | $138,659,658.92 |
| 09/23/2004 | 09/23/2004 | Same Day Wire Redemption | $10,200,000.00 | $1.00 | $128,459,658.92 |
| 09/24/2004 | 09/24/2004 | Shares Purchased By Wire | $10,500,000.00 | $1.00 | $138,959,658.92 |
| 09/27/2004 | 09/27/2004 | Shares Purchased By Wire | $400,000.00 | $1.00 | $139,359,658.92 |
| 09/28/2004 | 09/28/2004 | Same Day Wire Redemption | $3,700,000.00 | $1.00 | $135,659,658.92 |

519575




**Merrill Lynch**

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 09/29/2004 | 09/29/2004 | Shares Purchased By Wire | $37,300,000.00 | $1.00 | $172,959,658.92 |
| 09/29/2004 | 09/29/2004 | Same Day Wire Redemption | $24,400,000.00 | $1.00 | $148,559,658.92 |
| 09/30/2004 | 09/30/2004 | Shares Purchased By Wire | $16,200,000.00 | $1.00 | $164,759,658.92 |
| 09/30/2004 | 09/30/2004 | Div Reinvest | $181,012.58 | $1.00 | $164,940,671.50 |
| 10/01/2004 | 10/01/2004 | Shares Purchased By Wire | $1,900,000.00 | $1.00 | $166,840,671.50 |
| 10/04/2004 | 10/04/2004 | Shares Purchased By Wire | $3,700,000.00 | $1.00 | $170,540,671.50 |
| 10/05/2004 | 10/05/2004 | Same Day Wire Redemption | $23,000,000.00 | $1.00 | $147,540,671.50 |
| 10/08/2004 | 10/08/2004 | Shares Purchased By Wire | $19,900,000.00 | $1.00 | $167,440,671.50 |
| 10/12/2004 | 10/12/2004 | Same Day Wire Redemption | $4,900,000.00 | $1.00 | $162,540,671.50 |
| 10/13/2004 | 10/13/2004 | Shares Purchased By Wire | $2,700,000.00 | $1.00 | $165,240,671.50 |
| 10/14/2004 | 10/14/2004 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $163,640,671.50 |
| 10/15/2004 | 10/15/2004 | Shares Purchased By Wire | $3,800,000.00 | $1.00 | $167,440,671.50 |
| 10/18/2004 | 10/18/2004 | Shares Purchased By Wire | $2,800,000.00 | $1.00 | $170,240,671.50 |
| 10/19/2004 | 10/19/2004 | Same Day Wire Redemption | $3,800,000.00 | $1.00 | $166,440,671.50 |
| 10/20/2004 | 10/20/2004 | Same Day Wire Redemption | $3,100,000.00 | $1.00 | $163,340,671.50 |
| 10/21/2004 | 10/21/2004 | Shares Purchased By Wire | $63,000,000.00 | $1.00 | $226,340,671.50 |
| 10/22/2004 | 10/22/2004 | Shares Purchased By Wire | $8,600,000.00 | $1.00 | $234,940,671.50 |
| 10/26/2004 | 10/26/2004 | Same Day Wire Redemption | $1,100,000.00 | $1.00 | $233,840,671.50 |
| 10/27/2004 | 10/27/2004 | Shares Purchased By Wire | $1,500,000.00 | $1.00 | $235,340,671.50 |
| 10/28/2004 | 10/28/2004 | Same Day Wire Redemption | $800,000.00 | $1.00 | $234,540,671.50 |
| 10/29/2004 | 10/29/2004 | Same Day Wire Redemption | $1,200,000.00 | $1.00 | $233,340,671.50 |
| 10/31/2004 | 10/31/2004 | Div Reinvest | $270,611.86 | $1.00 | $233,611,283.36 |
| 11/01/2004 | 11/01/2004 | Shares Purchased By Wire | $1,300,000.00 | $1.00 | $234,911,283.36 |
| 11/02/2004 | 11/02/2004 | Same Day Wire Redemption | $400,000.00 | $1.00 | $234,511,283.36 |
| 11/03/2004 | 11/03/2004 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $236,111,283.36 |
| 11/04/2004 | 11/04/2004 | Same Day Wire Redemption | $500,000.00 | $1.00 | $235,611,283.36 |
| 11/05/2004 | 11/05/2004 | Shares Purchased By Wire | $6,100,000.00 | $1.00 | $241,711,283.36 |
| 11/08/2004 | 11/08/2004 | Same Day Wire Redemption | $1,800,000.00 | $1.00 | $239,911,283.36 |
| 11/09/2004 | 11/09/2004 | Same Day Wire Redemption | $3,400,000.00 | $1.00 | $236,511,283.36 |
| 11/10/2004 | 11/10/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $232,111,283.36 |
| 11/12/2004 | 11/12/2004 | Same Day Wire Redemption | $2,000,000.00 | $1.00 | $230,111,283.36 |
| 11/15/2004 | 11/15/2004 | Shares Purchased By Wire | $3,400,000.00 | $1.00 | $233,511,283.36 |
| 11/16/2004 | 11/16/2004 | Same Day Wire Redemption | $1,900,000.00 | $1.00 | $231,611,283.36 |
| 11/18/2004 | 11/18/2004 | Shares Purchased By Wire | $27,600,000.00 | $1.00 | $259,211,283.36 |
| 11/18/2004 | 11/18/2004 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $254,211,283.36 |

 

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 01/01/2004 - 12/31/2004

Account Number
318-3323735-8

## Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance After Transaction |
|---|---|---|---|---|---|
| 11/19/2004 | 11/19/2004 | Shares Purchased By Wire | $13,600,000.00 | $1.00 | $267,811,283.36 |
| 11/23/2004 | 11/23/2004 | Same Day Wire Redemption | $6,200,000.00 | $1.00 | $261,611,283.36 |
| 11/24/2004 | 11/24/2004 | Same Day Wire Redemption | $20,000,000.00 | $1.00 | $241,611,283.36 |
| 11/29/2004 | 11/29/2004 | Shares Purchased By Wire | $12,000,000.00 | $1.00 | $253,611,283.36 |
| 11/29/2004 | 11/29/2004 | Same Day Wire Redemption | $5,500,000.00 | $1.00 | $248,111,283.36 |
| 11/30/2004 | 11/30/2004 | Shares Purchased By Wire | $41,400,000.00 | $1.00 | $289,511,283.36 |
| 11/30/2004 | 11/30/2004 | Same Day Wire Redemption | $13,100,000.00 | $1.00 | $276,411,283.36 |
| 11/30/2004 | 11/30/2004 | Div Reinvest | $366,087.86 | $1.00 | $276,777,371.22 |
| 12/01/2004 | 12/01/2004 | Shares Purchased By Wire | $6,300,000.00 | $1.00 | $283,077,371.22 |
| 12/02/2004 | 12/02/2004 | Same Day Wire Redemption | $1,800,000.00 | $1.00 | $281,277,371.22 |
| 12/06/2004 | 12/06/2004 | Shares Purchased By Wire | $3,900,000.00 | $1.00 | $285,177,371.22 |
| 12/07/2004 | 12/07/2004 | Same Day Wire Redemption | $3,400,000.00 | $1.00 | $281,777,371.22 |
| 12/08/2004 | 12/08/2004 | Shares Purchased By Wire | $4,200,000.00 | $1.00 | $285,977,371.22 |
| 12/09/2004 | 12/09/2004 | Same Day Wire Redemption | $9,600,000.00 | $1.00 | $276,377,371.22 |
| 12/13/2004 | 12/13/2004 | Same Day Wire Redemption | $2,200,000.00 | $1.00 | $274,177,371.22 |
| 12/14/2004 | 12/14/2004 | Same Day Wire Redemption | $2,900,000.00 | $1.00 | $271,277,371.22 |
| 12/15/2004 | 12/15/2004 | Shares Purchased By Wire | $2,000,000.00 | $1.00 | $273,277,371.22 |
| 12/16/2004 | 12/16/2004 | Same Day Wire Redemption | $5,000,000.00 | $1.00 | $268,277,371.22 |
| 12/20/2004 | 12/20/2004 | Shares Purchased By Wire | $2,900,000.00 | $1.00 | $271,177,371.22 |
| 12/21/2004 | 12/21/2004 | Same Day Wire Redemption | $3,400,000.00 | $1.00 | $267,777,371.22 |
| 12/22/2004 | 12/22/2004 | Same Day Wire Redemption | $10,000,000.00 | $1.00 | $257,777,371.22 |
| 12/23/2004 | 12/23/2004 | Same Day Wire Redemption | $1,600,000.00 | $1.00 | $256,177,371.22 |
| 12/27/2004 | 12/27/2004 | Shares Purchased By Wire | $21,400,000.00 | $1.00 | $277,577,371.22 |
| 12/28/2004 | 12/28/2004 | Same Day Wire Redemption | $6,600,000.00 | $1.00 | $270,977,371.22 |
| 12/29/2004 | 12/29/2004 | Shares Purchased By Wire | $18,000,000.00 | $1.00 | $288,977,371.22 |
| 12/29/2004 | 12/29/2004 | Shares Purchased By Wire | $18,400,000.00 | $1.00 | $307,377,371.22 |
| 12/29/2004 | 12/29/2004 | Same Day Wire Redemption | $4,400,000.00 | $1.00 | $302,977,371.22 |
| 12/30/2004 | 12/30/2004 | Same Day Wire Redemption | $2,100,000.00 | $1.00 | $300,877,371.22 |
| 12/31/2004 | 12/31/2004 | Shares Purchased By Wire | $28,900,000.00 | $1.00 | $329,777,371.22 |
| 12/31/2004 | 12/31/2004 | Div Reinvest | $484,399.11 | $1.00 | $330,261,770.33 |
|  |  | Ending Balance |  |  | $330,261,770.33 |

519575




JPMorganChase

TS                    ID

**Statement of Account**

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA  MD  21044

In US Dollars
323-223141
Account No: 323-223141
Statement Start Date: 01 DEC 2004
Statement End Date: 31 DEC 2004
Statement Code: 000-USA-22
Statement No: 012
Page 1 of 1

## TRANSACTIONS

| | Ledger | Adj Ledger | | | ENCLOSURES | |
|---|---|---|---|---|---|---|
| Total Credits | 1 | 745,870.67 | | | Credits | 0 |
| Total Debits (incl. checks) | 1 | 745,870.67 | | | Debits | 0 |
| Total Checks Paid | 0 | 0.00 | | | Checks | 0 |

## BALANCES

| Opening (01 DEC 2004) | | Closing (31 DEC 2004) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|

## CREDITS
03DEC

USD YOUR: NC063870241203D401
OUR: 0433800177IN

745,870.67  NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
ATTN: NANCY QUENSEL
REF: TO REPAY YOUR DEPOSIT FR 04110
4 TO 041203 RATE 1.7500

## DEBITS
03DEC

USD YOUR: ND067880571203D401
OUR: 0433801219IN

745,870.67  NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
ATTN: NANCY QUENSEL
REF: TO ESTABLISH YOUR DEPOSIT FR 0
41203 TO 050104 RATE 2.0000

| Date | Closing Balance | Amount |
|---|---|---|

LEDGER BALANCES
03DEC                    0.00

## CHECKS

*No Activity*

FT CODE:

| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

PMorgan C ~ e Bank. N.A

**JPMorganChase**

Ts

**Statement of Account**

| | In US Dollars |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 15 DEC 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |

Page 1 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 48 | 65,042,260.11 |
| Total Debits (Incl. checks) | 46 | 65,085,539.37 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 DEC 2004) | | Closing (15 DEC 2004) | |
|---|---|---|---|---|
| | Ledger | 292,236.04 | Ledger | 248,956.78 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

## LEDGER BALANCES

| Date | Closing Balance Amount |
|---|---|
| 01DEC | 249,900.60 |
| 02DEC | 295,345.13 |
| 03DEC | 683,823.34 |
| 06DEC | 253,599.75 |
| 07DEC | 384,904.58 |
| 08DEC | 264,301.39 |
| 09DEC | 320,706.63 |
| 10DEC | 303,251.85 |
| 13DEC | 240,823.22 |
| 14DEC | 238,259.82 |
| 15DEC | 248,956.78 |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 01DEC | | | | USD YOUR: 0412014011026<br>OUR: 0591903336FF | 16,101.56 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0412014011026 OBI=ST<br>OCK OPTION EXERCISE TAX NOV 24 2004<br>IMAD: 1201E3B7SDAC005913 |
| 01DEC | | | | USD YOUR: 0412014011022<br>OUR: 0589703336FF | 25,198.10 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0412014011022 OBI=RE<br>F STOCK OPTION EXERCISE COST NOV 24<br>IMAD: 1201E3B7SDAC005905 |
| 01DEC | | | | USD OUR: 3364156338TC | 612,319.71 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:BENEFIT PYMTS<br>ORIG ID:9186003000 DESC DATE:<br>CO ENTRY DESCR:DED PMT SEC:PPD<br>TRACE#:021000024156338 EED:041201<br>IND ID:      4205ACH A<br>IND NAME:W R GRACE     0207-3001 |

**FT CODE:**

| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

PMorgan C' se Bank, N.A.

**JP MorganChase**  Ts

**Statement of Account**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

| | In US Dollars |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 15 DEC 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |

Page 2 of 17

| Ledger Date | Adj Ledger Date | Value Date | F Tr | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 01DEC | | 01DEC | | USD YOUR: O/B BKAM IL CGO  OUR: 0186801336FF | 2,733,398.90 | FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO.-CONN.  COLUMBIA, MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0000000160 RFB=O/B BKAM IL CGO BBI=  =/TIME/10:49  IMAD: 1201G1QFGV2C000397 | | |
| 01DEC | | 01DEC | | USD YOUR: O/B WACHOVIA BK  OUR: 0514207336FF | 5,136,890.72 | FEDWIRE CREDIT  VIA: WACHOVIA BANK BANK OF NC,NA  /053000219  B/O: W R GRACE & CO-CONN  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0000000160 RFB=O/B WACHOVIA BK OBI  =FUNDS TRANSFER FROM DAVISON LOCKBO  IMAD: 1201E3B75D1C004499 | | |
| 02DEC | | 02DEC | | USD YOUR: 0412024000855  OUR: 0409207337FF | 14,005.54 | FEDWIRE CREDIT  VIA: WACHOVIA BANK NA  /031201467  B/O: EMPLOYEE SHAREHOLDER SERVICES  PHILADELPHIA PA-1328  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0000000160 RFB=0412024000855 OBI=ST  OCK OPTION EXERCISE TAX NOV 26 BBI=  IMAD: 1202E3B75DAC004779 | | |
| 02DEC | | 02DEC | | USD YOUR: 0412024000853  OUR: 0402108337FF | 16,320.00 | FEDWIRE CREDIT  VIA: WACHOVIA BANK NA  /031201467  B/O: EMPLOYEE SHAREHOLDER SERVICES  PHILADELPHIA PA-1328  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND COMPANY CAMBRIDGE MA 02140-/AC-0  0000000160 RFB=0412024000853 OBI=RE  F STOCK OPTION EXERCISE COST NOV 26  IMAD: 1202E3B75DAC004776 | | |
| 02DEC | | 02DEC | | USD YOUR: MAESTRO  OUR: 0389007337FF | 1,800,000.00 | FEDWIRE CREDIT  VIA: STATE STREET BANK & TRUST COMP  /011000028  B/O: W R GRACE & CO - CONN | | |

PMorgan C' `e Bank, N.A.

**J Morgan Chase**

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

**In US Dollars**

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 15 DEC 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |

Page 3 of 17

| Ledger Date | Adj Ledger Date | Value Date | F: T: | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 02DEC | | 02DEC | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0153603337FF | COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=MAESTRO OBI=FUND-31<br>8-P 1-S1 ML PREMIER FUND BBI=/TIME<br>IMAD: 1202AIQ002HC001577<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN. | 2,045,507.18 | | |
| 02DEC | | 02DEC | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0156601337FF | COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/12:00<br>IMAD: 1202Q1QFGY2C00707<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | 2,297,117.45 | | |
| 03DEC | | 03DEC | | USD YOUR: 041203400850<br>OUR: 0339097338FF | IMAD: 1202E3B75DIC001796<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=041203400850 OBI=RE<br>F STOCK OPTION EXERCISE COST NOV 29 | 5,400.00 | | |
| 03DEC | | 03DEC | | USD YOUR: 041203400849<br>OUR: 0334514538FF | IMAD: 1203E3B75DAC004159<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=041203400849 OBI=ST | 8,826.41 | | |

PMorgan C` se Bank, N.A.

**JP MorganChase**

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2004
Statement End Date: 15 DEC 2004
Statement Code: S00-USA-22
Statement No: 023

Page 4 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03DEC | | 03DEC | | USD YOUR: 0146902338FF<br>OUR: 0146902338FF | OCK OPTION EXERCISE TAX NOV 29 2004<br>IMAD: 1203 E3B75DAC004155<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC.NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>000000160 O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | 500,000.00 | | |
| 03DEC | | 03DEC | | USD YOUR: 0337216338FF<br>OUR: 0337216338FF | IMAD: 1203EB3B75DIC001907<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>00000000160 RFB=O/B WACHOVIA BK BBI<br>=/TIME/16:20 | 817,807.20 | | |
| 03DEC | | 03DEC | | USD YOUR: 0153507338FF<br>OUR: 0153507338FF | IMAD: 1203ES3B75D2C002288<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/11:56 | 931,023.77 | | |
| 06DEC | | 06DEC | | USD YOUR: 0412064O1017<br>OUR: 0456203341FF | IMAD: 1203G1QFGY2C000424<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=0412064O1017 OBI=ST<br>OCK OPTION EXERCISE TAX NOV 30 BBI= | 933.39 | | |
| 06DEC | | 06DEC | | USD YOUR: 0412064O1016<br>OUR: 0459007341FF | IMAD: 1206E3B75DAC004985<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA | 21,661.58 | | |

JP MorganChase

**Statement of Account**

PMorgan C   se Bank, N.A.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE  MA  02140

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

In US Dollars
016-001257
01 DEC 2004
15 DEC 2004
S00-USA-22
023

Page 5 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06DEC | | 06DEC | | USD YOUR: 0/B WACHOVIA BK OUR: 0242609341FF | 2,337,719.46 | /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFP=041206401016 OBI=RE F STOCK OPTION EXERCISE COST NOV 30 IMAD: 1206E3B75DAC004978 | | |
| 06DEC | | 06DEC | | USD YOUR: 0/B BKAM IL CGO OUR: 0119601341FF | 3,458,469.25 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /0550021 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00000000160 RFB=0/B WACHOVIA BK DBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 1206E3B75D1C002770 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00000000160 RFB=0/B BKAM IL CGO BBI =TIME/11:04 | | |
| 07DEC | | 07DEC | | USD YOUR: 041207040895 OUR: 0423802342FF | 26,440.45 | IMAD: 1206G1QFGV2C000253 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 00000000160 RFB=041207400895 OBI=ST OCK OPTION EXERCISE TAX TD DEC 1 20 IMAD: 1207E3B75DAC004678 | | |
| 07DEC | | 07DEC | | USD YOUR: 041207040894 OUR: 0422902342FF | 125,379.96 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | |

PMorgan C se Bank. N.A.

**JP.MorganChase**

TS

## Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2004
Statement End Date: 15 DEC 2004
Statement Code: S00-USA-22
Statement No: 023

Page 6 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 07DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0296109342FF | 608,976.08 | ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000001Y0 000004894 OBI=RE F STOCK OPTION EXERCISE COST TD DEC IMAD:1207I03N E538I75DAC004669 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000160 RFB=O/B WACHOVIA BK BBI =/TIME/10:54 | | |
| | | 07DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0105607342FF | 826,496.00 | IMAD:1207E538I75D2C001786 FEDWIRE CREDIT VIA: BANK OF AMERICA /0110000359 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000160 RFB=O/B BKAM IL CGO BBI -/TIME/10:01 | | |
| | | 07DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0104009342FF | 1,506,722.25 | IMAD:1207E2091QIF6YZC000262 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD:1207E3875D1C001192 | | |
| | | 07DEC | | USD YOUR: MAESTRO OUR: 0339713342FF | 3,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4929 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000160 RFB=MAESTRO OBI=FUND-31 B=P 1-S 1 ML PREMIER FUND BBI=/TIME IMAD: I207A1Q002CC001340 | | |

PMorgan C⌐ se Bank, N.A.

**J﹒MorganChase**

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | |
|---|---|
| Account No: | 018-001257 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 15 DEC 2004 |
| Statement Code: | S00-USA-22 |
| Statement No: | 023 |

Page 7 of 17

| Ledger Date | Adj Ledger Date | Value Date | F. T. | References | Credit/Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 08DEC | | 08DEC | | USD YOUR: 04120840859 OUR: 0407603343FF | 7,869.71 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /0312014467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000000160 RFB=04120840859 OBI=ST OCK OPTION EXERCISE TAX TD DEC 2 20 IMAD: 1208E3B75DAC005086 | |
| 08DEC | | 08DEC | | USD YOUR: 04120840857 OUR: 0411214343FF | 20,781.34 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /0312014467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000000160 RFB=04120840857 OBI=RE F STOCK OPTION EXERCISE COST TD DEC IMAD: 1208E3B75DAC005080 | |
| 08DEC | | 08DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0119109343FF | 1,380,653.83 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /0530002I B/O: COLUMBIA MD 21044-4098 COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 000000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 1208E3B75DIC001364 | |
| 08DEC | | 08DEC | | USD YOUR: 0004585593 OUR: 4279800343FC | 1,415,604.74 | CHIPS CREDIT VIA: THE BANK OF NOVA SCOTIA /0253 B/O: GRACE CANADA INC OAKVILLE,ONTARIO CANADA REF:NBNF=W.R. GRACE AND COMPANY CA MBRIDGE MA 02140-/AC-000000000160 0 RG=240420204110 OAKVILLE,ONTARIO C ANADA OGB=B N S HIGHWAY 10 N MATHES SSN: 0235585 | |
| 08DEC | | 08DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0113501343FF | 2,589,647.38 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. | |

PMorgan Chase Bank, N.A.

**JP MorganChase**

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2004
Statement End Date: 15 DEC 2004
Statement Code: S00-USA-22
Statement No: 023
Page 8 of 17

| Ledger Date | Adj Ledger Date | Value Date | F. | T. | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI =/TIME/11:16 | | |
|---|---|---|---|---|---|---|---|---|---|
| 09DEC | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0326514344FF | 45,000.00 | IMAD: 1208G1QFGY2C000375 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: ADVANCED REFINING TECHNOLOGIES COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO OBI =ART LLC PAYMENT OF INV#16001935 BB | | |
| 09DEC | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0184508344FF | 909,048.84 | IMAD: 1209G1QFGY2C001450 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI =/TIME/12:35 | | |
| 09DEC | | | | | USD YOUR: O/B WACHOVIA BK OUR: 0184902344FF | 946,002.79 | IMAD: 1209G1QFGY2C000553 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 09DEC | | | | | USD YOUR: MAESTRO OUR: 0368003344FF | 9,600,000.00 | IMAD: 1209E3B75D1C001773 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 | | |

JPMorgan Chase Bank, N.A.

## JPMorganChase

Ts

### Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars
016-001257
Account No: 01 DEC 2004
Statement Start Date: 01 DEC 2004
Statement End Date: 15 DEC 2004
Statement Code: S00-USA-22
Statement No: 023
Page 9 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 10DEC | | 10DEC | | USD YOUR: 04121040898 OUR: 0422803455FF | 20,400.00 | 8-P-1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 1209A1Q002DC001429 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /053201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=04121040898 OBI=RE F STOCK OPTION EXERCISE COST BBI=/T | |
| 10DEC | | 10DEC | | USD YOUR: 04121040895 OUR: 0438093455FF | 35,905.83 | IMAD: 1210E3B75DAC005111 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /053201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=04121040895 OBI=ST OCK OPTION EXERCISE TAX TD DEC 6 20 | |
| 10DEC | | 10DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0283507345FF | 616,987.83 | IMAD: 1210E3B75DAC005109 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B BKAM IL CGO BBI =/TIME/14:24 | |
| 10DEC | | 10DEC | | USD YOUR: O/B WACHOVIA BK OUR: 0277902345FF | 1,031,570.93 | IMAD: 1210G1QF6Y2C000830 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=O/B WACHOVIA BK OBI =FUNDS TRANSFER FROM WACHOVIA LOCKBO | |
| 13DEC | | 13DEC | | USD YOUR: O/B BKAM IL CGO OUR: 0357113348FF | 1,796,898.24 | IMAD: 1210E3B75D1C003204 FEDWIRE CREDIT VIA: BANK OF AMERICA | |

JPMorganChase — Ts

Statement of Account

Account No: 016-001257
Statement Start Date: 01 DEC 2004
Statement End Date: 15 DEC 2004
Statement Code: S00-USA-22
Statement No: 023
Page 10 of 17
In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

JPMorgan Chase Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date / Amount |
|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| 13DEC | | 13DEC | | USD YOUR: MAESTRO OUR: 0431702348FF | 2,200,000.00 | /071000039 B/O:W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B BKAM IL CGO BBI =/TIME/15:17 IMAD: 1213G1QFGV2C000807 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O.W R GRACE & CO - CONN COLUMBIA MD 21044-4029 | |
| 13DEC | | 13DEC | | USD YOUR: 0/B WACHOVIA BK OUR: 0345207348FF | 2,464,085.71 | REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=MAESTRO OBI=FUND-31 8-P-1-S 1 ML PREMIER FUND BBI=/TIME IMAD: 1213A1Q0O2G9C001834 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 | |
| 14DEC | | 14DEC | | USD YOUR: 4349162874J OUR: 0350514349FF | 10,956.80 | REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB=0/B WACHOVIA BK OBI =FUNDS TRANSFER FROM DAVISON LOCKBO IMAD: 1213E3J75D1C003378 FEDWIRE CREDIT VIA: CALYON /026008073 B/O: GRACE BRASIL LTDA BRASIL REF:CHASE NYC/CTR/BNF=W.R. GRACE A ND COMPANY CAMBRIDGE MA 02140-/AC-0 0000000160 RFB#4349162874I OBI=/IN V/92099214 VCP04041860 BBI=/BNF/OBI | |
| 14DEC | | 14DEC | | USD YOUR: 0/B BKAM IL CGO OUR: 0226103349FF | 1,270,045.59 | IMAD: 1214B1Q8631C000470 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | |

**JPMorganChase**

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

| | | |
|---|---|---|
| Account No: | | 016-001257 |
| Statement Start Date: | | 01 DEC 2004 |
| Statement End Date: | | 15 DEC 2004 |
| Statement Code: | | S00-USA-22 |
| Statement No: | | 023 |

Page 11 of 17

| Ledger Date | Adj Ledger Date | Value Date | F. | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 14DEC | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0234502349FF | 1,555,060.94 | ND COMPANY CAMBRIDGE MA 02140-7AC-0<br>0000000160 RFB=O/B BKAM IL CGO BBI<br>=/TIME/19:26<br>IMAD: 1214GIQFGY2CO01149<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO | | |
| 14DEC | | | | USD YOUR: MAESTRO<br>OUR: 0385807349FF | 2,900,000.00 | IMAD: 1214E3B75DIC002332<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=MAESTRO OBI=FUND=31<br>8-P-1-S-1 ML PREMIER FUND BBI=/TIME | | |
| 15DEC | | | | USD OUR: 3501115487TC | 11,402.00 | IMAD: 1214AIQ002CO01444<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901600257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE:021000021115487 EED:041215<br>IND ID:901600257<br>IND NAME:EFT FILE NAME: RP3490D<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>81342199    CO EFF DATE: 04/12/15 | | |
| 15DEC | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0337402350FF | 2,125,989.95 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND COMPANY CAMBRIDGE MA 02140-/AC-0<br>0000000160 RFB=O/B WACHOVIA BK OBI<br>=FUNDS TRANSFER FROM DAVISON LOCKBO<br>IMAD: 1215E3B75DIC003186 | | |

JPMorgan C'   se Bank, N.A.

**JP MorganChase**

**Statement of Account**

PMorgan C' se Bank, N.A

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
ATTN: DARLEN PARIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

In US Dollars

Account No: 016-001257
Statement Start Date: 01 DEC 2004
Statement End Date: 15 DEC 2004
Statement Code: S00-USA-22
Statement No: 023

Page 12 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

15DEC — USD YOUR: O/B BKAM IL CGO / OUR: 0356209350FF — 2,815,632.70

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND COMPANY CAMBRIDGE MA 02140-/AC-0
0000000160.RFB=O/B BKAM IL CGO BBI
=/TIME/13:57
IMAD: 1215G1QF6Y2C001060

**DEBITS**

01DEC — USD OUR: 001638G118XF — 45,502.28

AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032319G705

01DEC — USD YOUR: NONREF / OUR: 2364700336J0 — 170,742.15

FEDWIRE DEBIT
VIA: F12100358
/121000358
A/C: BANK AMERICA BUSINESS CREDIT,
ATTN: JOANN BASDEO 212-503-7642
REF: /TIME/15:51
IMAD: 1201B1QGC06C005284

01DEC — USD YOUR: NONREF / OUR: 1313700336J0 — 650,000.00

BOOK TRANSFER DEBIT
A/C: GRACE INTERNATIONAL HOLDINGS,I
CAMBRIDGE MA 02140-

01DEC — USD YOUR: NONREF / OUR: 2364500336J0 — 1,400,000.00

FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN.
REF: W.R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 1201B1QGC02C005214

01DEC — USD YOUR: NONREF / OUR: 2364600336J0 — 6,300,000.00

FEDWIRE DEBIT
VIA: STATE ST BOS
/011000028
A/C: MERRILL LYNCH PREMIER INSTITUT
REF: FFC TO ACCOUNT 3323735 NO WR G
RACE & CO. - CONN ATTN:MERRILL GROU
P (TRANSFER FUNDS)
IMAD: 1201B1QGC01C004902

02DEC — USD OUR: 001483G114XF — 33,129.02

AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 00032319G705

02DEC — USD YOUR: NONREF / OUR: 1380000337J0 — 194,376.62

CHIPS DEBIT
VIA: DEUTSCHE BANK TRUST CO AMERICA
/0103