DE : W.R. GRACE & CO          NO. DE TEL :          11 FEB. 2005 01:10PM P3

Banco de Crédito »BCP»

## ESTADO DE CUENTA CORRIENTE

| | | | PAGINA | **2 DE 2** |
|---|---|---|---|---|

| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
|---|---|---|
| SOLES | 002-193-001115122058-16 | 193-1115122-0-58 |

W.R. GRACE & CO. SUCURSAL DE LIMA
BCP SAN ISIDRO CASILLA 118
SUC.SAN ISIDRO -R-80
SUC.SAN ISIDRO -R-80
  193
  5009
    (QQF*K3)

EJECUTIVO DE NEGOCIOS: VERA O. MARTIN
OFICINA: SUC SAN ISIDRO
TELEFONO: 442-8642 CELULAR
E-MAIL:

### ACTIVIDADES

| FECHA PROC | FECHA VALOR | DESCRIPCION | MED. AT. * | LUGAR | REFERENCIAS ADICIONALES | | | | | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | | |
| 30-12 | | A 191 0101441 0 | TLC | | 111-008 | 221066 | 13:02 | TLC014 | 4401 | 100.00- | 60,423.52 |
| 30-12 | | A 191 12003105 0 | TLC | | 111-008 | 224651 | 13:05 | TLC016 | 4401 | 604.82- | 59,818.70 |
| 30-12 | | A 193 1097390 0 | TLC | | 111-008 | 218855 | 13:00 | TLC028 | 4401 | 690.20- | 59,128.50 |
| 30-12 | | A 193 1451216 0 | TLC | | 111-008 | 365396 | 16:37 | TLC012 | 4401 | 1,207.90- | 57,920.60 |
| 30-12 | .. | IMPUESTO ITF | INT. | | | | | | 0909 | 2.67- | 57,917.93 |
| 31-12 | | TELEFON T2513932 | INT | | 000-000 | | 04:19 | | 4611 | 306.14- | 57,611.79 |
| 31-12 | | PORTE ESTADO CUENTA | INT | | 193-000 | 838651 | | | 4991 | 3.50- | 57,608.29 |
| 31-12 | | PORTES CREDIBANK | INT | | 111-007 | 936255 | | | 4903 | 3.50- | 57,604.79 |
| 31-12 | | MANTENIMIENTO | INT | | | | | | 0101 | 24.00- | 57,580.79 |
| 31-12 | | IMPUESTO ITF | INT | | | | | | 0909 | .30- | 57,580.49 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES DEL PRESENTE MES

| | TIPO DE OPERACION | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| 1. TRANSACCIONES EN EFECTIVO, CHEQUES Y CARGOS MANUALES | 1001 1009 1010 1018 2903 3001 3002 3011 3901 3902 4001 4002 4005 4006 4007 4012 4014 4015 4016 4017 4018 4019 4024 4028 4029 | 12 | | |
| | TOTAL COMISION | | | |

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 07936715 | 1,600.00 | 07936714 | 920.00 | 07936715 | 6,418.76 | 07936716 | 649.16 |
| 07936717 | 1,700.27 | 07936719 | 623.52 | 07936720 | 799.00 | | |

Impreso por Esabis S.A

N221A (08-02)

DE : W.R. GRACE & CO                    NO. DE TEL :

11 FEB. 2005 01:13PM P4

Banco de Crédito »BCP»

# ESTADO DE CUENTA CORRIENTE

DEL 01/12/2004 AL 31/12/2004
W.R. GRACE & CO. SUCURSAL DE LIMA
BCP SAN ISIDRO CASILLA 118
SUC.SAN ISIDRO -R-80
SUC.SAN ISIDRO -R-80
183
5167

(QQF*K3)

| MONEDA | PACINA 1 DE 2 | |
|---|---|---|
| | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
| DOLARES | 002-193-001125963172-16 | 193-1125963-1-72 |

EJECUTIVO DE NEGOCIOS: VERA O. MARTIN
OFICINA. SUC SAN ISIDRO
TELEFONO: 442-864ŽCELULAR
E-MAIL:

**AVISOS**
IMPORTANTE:SI DENTRO DE 30 DIAS NO SE FORMULAN OBSERVACIONES AL PRESENTE ESTADO, DAREMOS POR CONFORME LA CUENTA Y APROBADO EL SALDO.
EN CASO CONTRARIO SIRVANSE DIRIGIRSE A NUESTRAS OFICINAS PARA ATENDER SUS OBSERVACIONES.
A PARTIR DEL MES DE NOVIEMBRE PARA OPTIMIZAR EL REPARTO DE SUS ESTADOS DE CUENTA SE HA EFECTUADO ALGUNOS CAMBIOS; SI UD. DESEA QUE ES
TE DOCUMENTO SEA ENTREGADO EN UNA LOCALIDAD DIFERENTE A LA ACTUAL, POR FAVOR, SOLICITE EL CAMBIO EN CUALQUIERA DE NUESTRAS OFICINAS,
A SU FUNCIONARIO DE NEGOCIOS O A TRAVES DE BANCA POR TELEFONO VIABCP AL 311-9898.

(*) MED.AT:MEDIO DE ATENCION = VEN:VENTANILLA CAJICAJEROS AUTOMATICOS POS:PUNTO DE VENTA TLC:TELECREDITO INT:INTERNO
BPT:BANCA POR TELEFONO BPI:BANCA POR INTERNET

## RESUMEN DEL MES

| SALDO CONTABLE AL 01/12/2004 | ABONOS (DEPOSITOS) | | CARGOS (RETIROS) | | INTERESES | | SALDO CONTABLE AL 31/12/2004 | SALDO PROMEDIO MES ANTERIOR |
|---|---|---|---|---|---|---|---|---|
| | EFECTIVO | OTROS | CHEQUES | OTROS | ACREEDORES | DEUDORES | | |
| 71,287.95 | 2,622.00 | 97,275.76 | 2,901.50 | 72,516.56 | 0.00 | 0.00 | 95,765.85 | 76,404.49 |
| A + | B + | C - | D - | E + | F - | G = | H | |

## ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED. AT. * | LUGAR | SUC-AGE | NUM. OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 195-000 | 856194 | | | 2912 | 25,193.44 | 96,481.39 |
| 01-12 | | LETRAS COBRANZA | INT | | 111-008 | 062690 | 10:51 | TLC028 | 4401 | 110.67- | 96,570.72 |
| 01-12 | | A 193 1416632 1 | TLC | | 111-008 | 066001 | 10:36 | TLC009 | 4401 | 115.00- | 96,255.72 |
| 01-12 | | A 194 11480517 1 | TLC | | 111-008 | 068764 | 10:40 | TLC003 | 4401 | 1,369.50- | 94,886.22 |
| 01-12 | | A 194 12679290 1 | TLC | | | | | | 0909 | 26.77- | 94,859.45 |
| 01-12 | | IMPUESTO ITF | INT | | 193-000 | 822660 | | | 2912 | 2,198.94 | 97,058.39 |
| 01-12 | | LETRAS COBRANZA | INT | | | | | | 0909 | 2.19- | 97,056.20 |
| 03-12 | | IMPUESTO ITF | INT | AG.NARANGA | 192-069 | 000058 | 10:17 | E75180 | 3001 | 250.00- | 96,806.20 |
| 04-12 | | CHEQUE 08711529 | VEN | | | | | | 0909 | .25- | 96,805.95 |
| 05-12 | | IMPUESTO ITF | INT | | 000-000 | | 05:01 | | 4611 | 2.63- | 96,803.32 |
| 06-12 | | AT&T    00010253    8.59 | INT | | | | | | | | |
| | | IMP.OP.S/. | | | 000-000 | | 05:01 | | 4611 | 3.06- | 96,800.26 |
| 06-12 | | ATAT    00010253 | INT | | | | | | | | |
| | | IMP.OP.S/.    10.00 | | | 000-000 | | 05:01 | | 4611 | 239.97- | 96,560.29 |
| 06-12 | | AT&T    00010253 | INT | | | | | | | | |
| | | IMP.OP.S/.    783.52 | | | 000-000 | | 05:01 | | 4611 | 1,622.87- | 94,937.42 |
| 06-12 | | AT & T  00010253 | INT | | | | | | 0909 | 1.85- | 94,935.57 |
| 06-12 | | IMPUESTO ITF | INT | | 191-000 | 104451 | 10:44 | | 2004 | 1,504.16 | 96,439.73 |
| 09-12 | 08-12 | AB.TR.EXT-RT173956 | VEN | SUC LIMA | | | | | 0909 | 1.50- | 96,438.23 |
| 09-12 | | IMPUESTO ITF | INT | | 191-000 | 173049 | 17:30 | C41269 | 2004 | 1,401.00 | 97,839.23 |
| 10-12 | | AB.TR.EXT-RT182609 | VEN | SUC LIMA | | | | | 0909 | 1.40- | 97,837.83 |
| 10-12 | | IMPUESTO ITF | INT | | 193-000 | 817156 | | | 2912 | 760.20 | 98,598.03 |
| 10-12 | | LETRAS COBRANZA | INT | | 111-008 | 155614 | 13:14 | TLC005 | 4401 | .78.54- | 98,519.49 |
| 15-12 | | A 193 1416632 1 | TLC | | 000-000 | | 03:27 | | 4611 | 1,070.83- | 97,448.66 |
| 15-12 | | NEXTEL  43955 | INT | | | | | | 0909 | 1.90- | 97,446.76 |
| 13-12 | | IMPUESTO ITF | INT | | 000-000 | | 03:57 | | 4611 | 1,622.87- | 95,823.89 |
| 14-12 | | AT & T  00010253 | INT | | | | | | 4981 | 1.00- | 95,822.89 |
| 14-12 | 13-12 | FUKIES AUTOCONNE | INT | | 193-000 | 821465 | 16:30 | HBK132 | 0909 | 1.62- | 95,821.27 |
| 14-12 | | IMPUESTO ITF | INT | | | | | | 2701 | 500.00 | 96,321.27 |
| 15-12 | | TRANSF DE OTRA CTA | BPI | | 111-023 | 086075 | 14:17 | HBK132 | 2912 | 811.33 | 97,132.60 |
| 15-12 | | IMP.OP.S/.    1,640.01 | | | 111-023 | 061058 | | | 2912 | 3,303.20 | 100,435.88 |
| 15-12 | | TRANSF DE OTRA CTA | BPI | | 193-000 | 819350 | | | 0909 | 4.61- | 100,431.19 |
| 15-12 | | LETRAS COBRANZA | INT | | | | | | 2912 | 759.30 | 101,190.49 |
| 15-12 | | IMPUESTO ITF | INT | | 195-000 | 819201 | | | 4510 | 13,000.00- | 88,190.49 |
| 16-12 | | LETRAS COBRANZA | INT | | 111-005 | 144761 | 15:28 | SCHE01 | 0909 | .75- | 88,189.74 |
| 16-12 | | VENTA  ME 3.260000 | INT | | | | | | 4401 | 3,035.32- | 85,154.42 |
| 16-12 | | IMPUESTO ITF | INT | | 111-008 | 089924 | 10:55 | TLC004 | 0909 | .53- | 85,153.39 |
| 17-12 | | A 193 09128109 1 | INT | | | | | | 0909 | 1,904.00 | 87,057.39 |
| 17-12 | | IMPUESTO ITF | INT | AG.EL POLO | 194-055 | 000021 | 09:08 | E89609 | 1018 | 2,461.50- | 84,595.89 |
| 20-12 | | ENTR.EFEC. 000021 | VEN | AG.MFTRO | 194-020 | 000176 | 11:05 | E12917 | 3001 | 5,203.26- | 79,392.63 |
| 20-12 | | CHEQUE 08711552 | VEN | | 111-005 | 000206 | 08:51 | TLC090 | 4401 | 13,000.00- | 64,392.63 |
| 20-12 | | PROVTC 000026 | TLC | | 111-005 | 147399 | 16:17 | SCHE01 | 4510 | 190.00- | 64,202.63 |
| 20-12 | | VENTA  ME 3.260000 | INT | | 000-000 | 805399 | | | 3902 | 9.75- | 64,192.88 |
| 20-12 | | CHQ.DEP.08711531 8CP | INT | | | | | | 0909 | 111.89 | 64,304.77 |
| 22-12 | | IMPUESTO ITF | INT | | 000-000 | 000278 | | | 2905 | | |
| 22-12 | | ENTREGA C/CHEQUES  FUE | INT | | | | | | 0909 | .11- | 64,304.66 |
| 22-12 | | Credito    111.89 | | | | | | | 2912 | 2,205.31 | 66,509.97 |
| 22-12 | | IMPUESTO ITF | INT | | 193-000 | 820295 | | | 0909 | 2.20- | 66,507.77 |
| 23-12 | | LETRAS COBRANZA | INT | | | | | | 2912 | 1,820.36 | 68,328.13 |
| 23-12 | | IMPUESTO ITF | INT | | 193-000 | 815669 | | | 4405 | 90.00- | 68,238.13 |
| 24-12 | | LETRAS COBRANZA | INT | | 193-000 | 000TLC | | | | | |
| 24-12 | | TLC SHL MANT DIC | TLC | | | | | | | | |

N2210(08-02)

4/10

DE : W.R. GRACE & CO          NO. DE TEL :          11 FEB. 2005 01:16PM P5

**Banco de Crédito ≫BCP≫**

## ESTADO DE CUENTA CORRIENTE

W.R. GRACE & CO. SUCURSAL DE LIMA
BCP SAN ISIDRO CASILLA 118
SUC. SAN ISIDRO -R-80
SUC. SAN ISIDRO -R-80
163
5167                    (QQF*K3)

| MONEDA | CODIGO DE CUENTA INTERBANCARIO (CCI) | CODIGO DE CUENTA |
|---|---|---|
| DOLARES | 002-193-001125963172-16 | 193-1125963-1-72 |

PAGINA   2 DE  2

EJECUTIVO DE NEGOCIOS: VERA O. MARTIN
OFICINA: SUC SAN ISIDRO
TELEFONO: 442-8642 CELULAR
E-MAIL:

### ACTIVIDADES

| FECHA PROC. | FECHA VALOR | DESCRIPCION | MED.* | LUGAR | OPER ABS | NUM OP | HORA | ORIGEN | TIPO | CARGO / ABONO | SALDO CONTABLE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-12 | | IMPUESTO ITF | | | - | | | | 0909 | 1.91- | 68,236.22 |
| 26-12 | | TRANSF. DE OTRA CTA | BPI | | 111-023 | 085559 | 10:06 | HBK151 | 2701 | 357.00 | 68,593.22 |
| 26-12 | | IMPUESTO ITF | INT | | - | | | | 0909 | .35- | 68,592.87 |
| 27-12 | | ENTR.EFEC. 000093 | VEN | AG.SAN LUIS | 193-070 | 000093 | 15:08 | E74582 | 1018 | 31.00 | 68,623.87 |
| 27-12 | | ENTR.EFEC. 000092 | VEN | AG.SAN LUIS | 193-070 | 000092 | 16:07 | E74582 | 1018 | 300.00 | 68,923.87 |
| 27-12 | | LETRAS COBRANZA | INT | | 195-000 | 811496 | | | 2912 | 14,395.54 | 83,319.41 |
| 27-12 | | AT&T   00010253 | INT | | 000-000 | | 04:50 | | 4611 | 1.46- | 83,317.95 |
| | | IMP.OP.S/.    4.76 | | | | | | | | | |
| 27-12 | | AT&T   00010253 | INT | | 000-000 | | 04:50 | | 4611 | 2.86- | 83,315.09 |
| | | IMP.OP.S/.    9.28 | | | | | | | | | |
| 27-12 | | AT&T   00010253 | INT | | 000-000 | | 04:50 | | 4611 | 5.43- | 83,309.66 |
| | | IMP.OP.S/.   17.61 | | | | | | | | | |
| 27-12 | | AT&T   00010253 | INT | | 000-000 | | 04:50 | | 4611 | 7.63- | 83,302.03 |
| | | IMP.OP.S/.   24.75 | | | | | | | | | |
| 27-12 | | IMPUESTO ITF. | INT | | - | | | | 0909 | 14.72- | 83,287.31 |
| 28-12 | | LETRAS COBRANZA | INT | | 193-000 | 826634 | | | 2912 | 8,025.18 | 91,312.49 |
| 28-12 | 27-12 | PORTES AUTOSOBRE | # INT | | 193-000 | 822575 | | | 4981 | 1.00- | 91,311.49 |
| 28-12 | | IMPUESTO ITF | INT | | - | | | | 0909 | 8.02- | 91,303.47 |
| 29-12 | | 0000002912 UPS SCS CPE | INT | TLC | 111-008 | 329108 | 18:58 | TLC078 | 2401 | 51.01 | 91,354.48 |
| 29-12 | | ENTREGA C/CHEQUES  FUE | INT | | 000-000 | 000263 | | | 2903 | 264.18 | 91,618.66 |
| 29-12 | 30-12 | O/B Local    264.18 | | | | | | | | | |
| 29-12 | | ENTR.EFEC. 000264 | VEN | AG.C.C.SAN BORJA | 193-001 | 000264 | 18:16 | E75059 | 1018 | 357.00 | 91,975.66 |
| 29-12 | | ENTREGA C/CHEQUES  FUE | INT | | 000-000 | 000262 | | | 2903 | 660.45 | 92,636.11 |
| 29-12 | | Credito    660.45 | | | | | | | | | |
| 29-12 | | LETRAS COBRANZA | INT | | 195-000 | 817904 | | | 2912 | 1,563.34 | 94,199.45 |
| 29-12 | | ENTREGA C/CHEQUES  FUE | INT | | 000-000 | 000258 | | | 2903 | 20,000.00 | 114,199.45 |
| 29-12 | | Credito    20,000.00 | | | | | | | | | |
| 29-12 | | VENTA  ME 3.276000 | # INT | | 111-005 | 154106 | 09:26 | SCHE01 | 4510 | 28,000.00- | 86,199.45 |
| 29-12 | | IMPUESTO ITF | INT | | - | | | | 0909 | 22.88- | 86,176.57 |
| 30-12 | | ENTR.EFEC. 000191 | VEN | AG.METRO | 194-020 | 000191 | 12:12 | E87420 | 1018 | 30.00 | 86,206.57 |
| 30-12 | | LETRAS COBRANZA | INT | | 193-000 | 819524 | | | 2912 | 11,387.93 | 97,594.50 |
| 30-12 | | A 194 1196620 1 | TLC | | 111-008 | 238006 | 13:10 | TLC012 | 4401 | 300.00- | 97,294.50 |
| 30-12 | | A 194 09082485 1 | TLC | | 111-008 | 227866 | 13:09 | TLC036 | 4401 | 350.00- | 96,944.50 |
| 30-12 | | A 193 09128109 1 | TLC | | 111-008 | 232607 | 13:13 | TLC016 | 4401 | 1,156.44- | 95,788.06 |
| 30-12 | | IMPUESTO ITF | INT | | - | | | | 0909 | 13.21- | 95,774.85 |
| 31-12 | | PORTE ESTADO CUENTA | # INT | | 193-000 | 898117 | | | 6991 | 1.00- | 95,773.85 |
| 31-12 | | MANTENIMIENTO | # INT | | - | | | | 0101 | 8.00- | 95,765.85 |

DETALLE DE LA COMISION POR PROCESO DE OPERACIONES DEL PRESENTE MES :

| TIPO DE OPERACION | | NUMERO DE OPERACIONES LIBRES | NUMERO DE OPERACIONES ADICIONALES | SUB-TOTAL COMISION |
|---|---|---|---|---|
| 1. TRANSACCIONES EN EFECTIVO, CHEQUES Y CARGOS MANUALES | 1001 1009 1010 1018 2903 3001 3002 3011 3901 3902 4001 4002 4005 4006 4007 4012 4014 4015 4016 4017 4010 4019 4024 4028 4029 | 12 | | |
| | TOTAL COMISION | | | |

CHEQUES PAGADOS

| NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO | NUMERO | MONTO |
|---|---|---|---|---|---|---|---|
| 08711329 | 250.00 | 08711331 | 190.00 | 08711332 | 2,461.50 | | |

Impreso por Enotria S.A.

N221A (08-02)

# BankBoston

BankBoston N.A. Sucursal del Perú
RUC: 20331285251

## ESTADO DE CUENTA

| Del | 01 DEC 2004 | al | 31 DEC 2004 |
|---|---|---|---|

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA

CHORRILLOS

D.O.I.: 20102001053

Cuenta N° 0154519
Moneda    SOLES
CCI N°    046-001-000000154519-43
Cliente N° 0015787

| FECHA OP. | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 290.74 |
| 01DEC04 | | COM CHEQUERA | 100.80 | | 189.94 |
| 01DEC04 | | PAGO CHEQUE 00000791 | 3,000.00 | | -2,810.06 |
| 01DEC04 | | PORTES NOV-2004 | 6.15 | | -2,816.21 |
| 01DEC04 | | TRANSF MATT FX 3.302 | | 379,730.00 | 376,913.79 |
| 01DEC04 | | TRASF INT A D15582301700 | 41,444.00 | | 335,469.79 |
| 01DEC04 | | TRASF INT A D16585601200 | 46,618.00 | | 288,851.79 |
| 01DEC04 | | ITF | 91.15 | | 288,760.64 |
| 02DEC04 | | PAGO CHEQUE 00000787 | 188.88 | | 288,571.76 |
| 02DEC04 | | PAGO CHEQUE 00000788 | 74.84 | | 288,496.92 |
| 02DEC04 | | PAGO CHEQUE 00000789 | 2,840.64 | | 285,656.28 |
| 02DEC04 | | PAGO CHEQUE 00000790 | 959.07 | | 284,697.21 |
| 02DEC04 | | ITF | 4.04 | | 284,693.17 |
| 03DEC04 | | PAGO CHEQUE 00000797 | 960.00 | | 283,733.17 |
| 03DEC04 | | ITF | 0.96 | | 283,732.21 |
| 06DEC04 | | PAGO CHEQUE 00000792 | 10,210.00 | | 273,522.21 |
| 06DEC04 | | PAGO CHEQUE 00000793 | 40,709.00 | | 232,813.21 |
| 06DEC04 | | PAGO CHEQUE 00000794 | 3,109.00 | | 229,704.21 |
| 08DEC04 | | ITF | 54.01 | | 229,650.20 |
| 09DEC04 | | PAGO CHEQUE 00000799 | 74,796.00 | | 154,854.20 |
| 09DEC04 | | ITF | 74.79 | | 154,779.41 |
| 10DEC04 | | TRASF INT A D16007301200 | 2,565.00 | | 152,214.41 |
| 10DEC04 | | TRASF INT A D16070101300 | 43,464.00 | | 108,750.41 |
| 10DEC04 | | TRASF INT A D16070201100 | 35,522.00 | | 73,228.41 |
| 10DEC04 | | ITF | 81.54 | | 73,146.87 |
| 14DEC04 | | CH CERTIFIC. 00000801 | 1,044.92 | | 72,101.95 |
| 14DEC04 | | CH CERTIFIC. 00000802 | 636.27 | | 71,465.68 |
| 14DEC04 | | CH CERTIFIC. 00000803 | 733.87 | | 70,731.81 |
| 14DEC04 | | COM CH CERT | 49.95 | | 70,681.86 |
| 14DEC04 | | ITF | 2.44 | | 70,679.42 |
| 15DEC04 | | CH DE GEREN ANGEL HERNAN | 883.20 | | 69,796.22 |
| 15DEC04 | | CH DE GEREN ERNESTO CHAV | 883.20 | | 68,913.02 |
| 15DEC04 | | CH DE GEREN GUILLERMO ES | 883.20 | | 68,029.82 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 290.74 | | | | | | |

Estimados clientes
Les informamos que de acuerdo a ley
N° 28194, la tasa del ITF a aplicar
a partir del 1° de Enero es 0.08%

Resumen ITF
Total Transacciones Gravadas      364,411.76
ITF por Transac Gravadas              364.28
ITF por Transac sin Cuenta.             0.00
Total Transacciones no Gravadas   379,736.15

Importante:
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

2    de²

# BankBoston

BankBoston N.A. Sucursal del Perú
RUC: 20331285251

**ESTADO DE CUENTA**

| Del | 01 DEC 2004 | al | 31 DEC 2004 |
|---|---|---|---|

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA

CHORRILLOS

D.O.I.:   20102001053

| | |
|---|---|
| Cuenta Nº | 0154519 |
| Moneda | SOLES |
| CCI Nº | 046-001-000000154519-43 |
| Cliente Nº | 0015787 |

| FECHA OP. | FECHA VALOR | DESCRIPCIÓN | DÉBITOS | CRÉDITOS | SALDOS |
|---|---|---|---|---|---|
| 15DEC04 | | TRASF INT A  D16291801100 | 46,449.00 | | 21,580.82 |
| 15DEC04 | | ITF | 49.08 | | 21,531.74 |
| 16DEC04 | | PAGO CHEQUE  00000800 | 844.80 | | 20,686.94 |
| 16DEC04 | | ITF | 0.84 | | 20,686.10 |
| 20DEC04 | | PAGO CHEQUE  00000804 | 1,695.85 | | 18,990.25 |
| 20DEC04 | | ITF | 1.69 | | 18,988.56 |
| 21DEC04 | | PAGO CHEQUE  00000805 | 3,290.00 | | 15,698.56 |
| 21DEC04 | | ITF | 3.29 | | 15,695.27 |
| 31DEC04 | | PAGO CHEQUE  00000808 | 456.27 | | 15,239.00 |
| 31DEC04 | | ITF | 0.45 | | 15,238.55 |
| | | SALDO CIERRE | | | 15,238.55 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 290.74 | 41 | 364,782.19 | 1 | 379,730.00 | 15,238.55 | 85,599.39 |

Estimados clientes
Les informamos que de acuerdo a ley
Nº 28194,  la tasa del ITF a aplicar
a partir del 1º de Enero es 0.08%

Resumen ITF
| | |
|---|---|
| Total Transacciones Gravadas | 364,411.78 |
| ITF por Transac Gravadas | 364.28 |
| ITF por Transac sin Cuenta | 0.00 |
| Total Transacciones no Gravadas | 379,736.15 |

Importante:
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso mantenga cheque acreseme a nuestras oficinas para atender sus observaciones.



# BankBoston
BankBoston N.A. Sucursal del Perú
RUC: 20331285251

**ESTADO DE CUENTA**

Del 01 DEC 2004    al 31 DEC 2004

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA

CHORRILLOS

D.O.I.: 20102001053

| Cuenta Nº | 0154424 |
|---|---|
| Moneda | DOLARES |
| CCI Nº | 046-001-000000154424-46 |
| Cliente Nº | 0015787 |

| FECHA OP. | FECHA VALOR | DESCRIPCIÓN | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| | | SALDO APERTURA | | | 196,307.43 |
| 01DEC04 | | COB LETRA/FA PAG CC 01/12 | | 7,109.29 | 203,416.72 |
| 01DEC04 | | COM.COB/DESC PAG CC 01/12 | 5.00 | | 203,411.72 |
| 01DEC04 | | PORTES     NOV-2004 | 15.75 | | 203,395.97 |
| 01DEC04 | | TRANSF M/TIT FX 3.302 | 115,000.00 | | 88,395.97 |
| 01DEC04 | | ITF | 7.10 | | 88,388.87 |
| 02DEC04 | 06DEC04 | DEP CH O/BCO OB | | 8,488.21 | 96,877.08 |
| 02DEC04 | | ITF | 8.48 | | 96,868.60 |
| 03DEC04 | | PAGO CHEQUE  00000390 | 90.00 | | 96,778.60 |
| 03DEC04 | | ITF | 0.09 | | 96,778.51 |
| 07DEC04 | 10DEC04 | DEP CH O/BCO OB | | 11,999.00 | 108,777.51 |
| 07DEC04 | 10DEC04 | DEP CH O/BCO OB | | 8,627.04 | 117,404.55 |
| 07DEC04 | | ITF | 20.61 | | 117,383.94 |
| 09DEC04 | | PAGO CHEQUE  00000391 | 167.00 | | 117,216.94 |
| 09DEC04 | | ITF | 0.16 | | 117,216.78 |
| 10DEC04 | | COB LETRA/FA PAG CC 10/12 | | 7,257.58 | 124,474.36 |
| 10DEC04 | | COM.COB/DESC PAG CC 10/12 | 10.00 | | 124,464.36 |
| 10DEC04 | | ITF | 7.26 | | 124,457.10 |
| 13DEC04 | 15DEC04 | DEP CH O/BCO OB | | 11,499.00 | 135,956.10 |
| 13DEC04 | | DEP EFECTIVO OB | | 200.00 | 136,156.10 |
| 13DEC04 | | ITF | 11.69 | | 136,144.41 |
| 14DEC04 | 16DEC04 | DEP CH O/BCO OB | | 1,023.40 | 137,167.81 |
| 14DEC04 | | ITF | 1.02 | | 137,166.79 |
| 15DEC04 | | PAGO CHEQUE  00000392 | 811.33 | | 136,355.46 |
| 15DEC04 | | PAGO CHEQUE  00000393 | 4,500.00 | | 131,855.46 |
| 15DEC04 | | ITF | 5.31 | | 131,850.15 |
| 16DEC04 | 20DEC04 | DEP CH O/BCO OB | | 25,426.49 | 157,276.64 |
| 16DEC04 | | ITF | 25.42 | | 157,251.22 |
| 20DEC04 | 22DEC04 | DEP CH O/BCO OB | | 20,002.90 | 177,254.12 |
| 20DEC04 | 22DEC04 | DEP CH O/BCO OB | | 10,000.00 | 187,254.12 |
| 20DEC04 | | ITF | 30.00 | | 187,224.12 |
| 21DEC04 | | PAGO CHEQUE  00000396 | 2.82 | | 187,221.30 |
| 22DEC04 | | COB LETRA/FA PAG CC 22/12 | | 16,229.35 | 203,450.65 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 186,307.43 | | | | | | |

Estimados clientes
Les Informamos que de acuerdo a ley
Nº 28194, la tasa del ITF a aplicar
a partir del 1º de Enero es 0.08%

**Resumen ITF**

| | |
|---|---|
| Total Transacciones Gravadas | 191,057.32 |
| ITF por Transacc Gravadas | 190.95 |
| ITF por Transacc sin Cuenta | -0.27 |
| Total Transacciones no Gravadas | 115,294.89 |

Importante:

1 de 2

# BankBoston

BankBoston N.A. Sucursal del Perú
RUC: 20331285251

| | 01 DEC 2004 | 31 DEC 2004 |
|---|---|---|
| Del | al | |

W.R. GRACE & CO. - CONN

AV. CONSTELACION AUSTRAL 149
URB. LA CAMPINA

CHORRILLOS

D.O.I.: 20102001053

| | |
|---|---|
| Cuenta Nº | 0154424 |
| Moneda | DOLARES |
| CCI Nº | 046-001-000000154424-46 |
| Cliente Nº | 0015787 |

| FECHA OP. | FECHA VALOR | DESCRIPCION | DEBITOS | CREDITOS | SALDOS |
|---|---|---|---|---|---|
| 22DEC04 | | COM.COB/DESC PAG CC 22/12 | 10.00 | | 203,440.85 |
| 22DEC04 | | PAGO CHEQUE 00000394 | 533.15 | | 202,907.50 |
| 22DEC04 | | PAGO CHEQUE 00000395 | 478.46 | | 202,429.04 |
| 22DEC04 | | ITF | 17.23 | | 202,411.81 |
| 23DEC04 | 27DEC04 | DEP CH O/BCO OB | | 29,999.00 | 232,410.81 |
| 23DEC04 | 27DEC04 | DEP CH O/BCO OB | | 271.32 | 232,682.13 |
| 23DEC04 | | PAGO CHEQUE 00000397 | 202.30 | | 232,479.83 |
| 23DEC04 | | ITF | 30.46 | | 232,449.37 |
| 27DEC04 | 28DEC04 | CH DEVUELTO BCP 9659686 | 271.32 | | 232,178.05 |
| 27DEC04 | | COB LETRA/FA PAG CC 27/12 | | 25,631.18 | 257,809.23 |
| 27DEC04 | | COM CH. DEV BCP 9659686 | 10.00 | | 257,799.23 |
| 27DEC04 | | COM.COB/DESC PAG CC 27/12 | 10.00 | | 257,789.23 |
| 27DEC04 | | ITF | 25.65 | | 257,763.58 |
| 27DEC04 | | DEV ITF CH RECHAZADO | | 0.27 | 257,763.85 |
| 28DEC04 | | PAGO CHEQUE 00000398 | 180.00 | | 257,583.85 |
| 28DEC04 | | ITF | 0.18 | | 257,583.67 |
| 29DEC04 | 31DEC04 | DEP CH O/BCO OB | | 271.32 | 257,854.99 |
| 29DEC04 | | ITF | 0.27 | | 257,854.72 |
| 31DEC04 | | COM CASH MGT BOSTON MAIL | 20.00 | | 257,834.72 |
| 31DEC04 | | ITF | 0.02 | | 257,834.70 |
| 31DEC04 | | SALDO CIERRE | | | 257,834.70 |

| SALDO ANTERIOR | DB | TOTAL DEBITOS | CR | TOTAL CREDITOS | SALDO | SALDO PROMEDIO |
|---|---|---|---|---|---|---|
| 196,307.43 | 35 | 122,508.08 | 17 | 184,035.35 | 257,834.70 | 157,836.96 |

Estimados clientes
Les informamos que de acuerdo a ley
Nº 28194, la tasa del ITF a aplicar
a partir del 1º de Enero es 0.08%

Resumen ITF
| | |
|---|---|
| Total Transacciones Gravadas | 191,057.32 |
| ITF por Transacc Gravadas | 190.95 |
| ITF por Transacc sin Cuenta. | -0.27 |
| Total Transacciones no Gravadas | 115,294.89 |

Importante:
Si dentro de 30 días no se formulan observaciones al presente estado, daremos por conforme la cuenta y aprobado el saldo. En caso contrario sírvase acercarse a nuestras oficinas para atender sus observaciones.

                    4062935143  FNB
ΓΤΩΙ                                              654 P01/01 JAN 24 '05  12:17

Commercial 1049097              FIRST NATIONAL BANK OF MONTANA        1/24/2005 11:04:08 AM
Printed by: LINDA THOMPSON                                            Reporting Institution: 2

## Demand Deposit 1049097 – KOOTENAI DEVELOPMENT COMPANY

|  | Rel | Birthdate | Phone | Tax Identification |
|---|---|---|---|---|
| [01] KOOTENAI DEVELOPMENT COMPANY | * | | [B] (406) 293-3964 | 81-0495013 |
| PO BOX 695 | | | | |
| LIBBY MT 59923-1055 | | | | |

See Signers

Tax Name: [1] KOOTENAI DEVELOPMENT COMPANY

### Account Classification

| | | | | |
|---|---|---|---|---|
| Portfolio: | 121141 | Responsibility Code: | | [0] |
| Product: | [110135] Commercial | Account Type Code: | | [300] Corporation |
| Accounting Branch: | [1] | | | |

### Presentments
No Presentments for Account

### All Transactions

| Description | Debits | Credits | Data | Balance |
|---|---|---|---|---|
| Balance Forward: | | | Nov 30, 2004 | $5,839.12 |
| Service Charge | $5.00 | | Dec 31, 2004 | $5,834.12 |
| ****Statement Produced**** | | | Dec 31, 2004 | $5,834.12 |
| ·Check #1205 | $294.00 | | Jan 11, 2005 | $5,540.12 |
| Balance This Statement: | | | Jan 23, 2005 | $5,540.12 |

JPMorganChase

TS

REMEDIUM GROUP INC
ATTN: DARLEN PARLIN
62 WHITTEMORE AVENUE
CAMBRIDGE MA 02140

Account No:                      3CC-0t943
Statement Start Date:            01 DEC 2004
Statement End Date:              31 DEC 2004
Statement Code:                  00M-USA-00
Statement No:                    0112
                                 Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 2,291,702.31 |
| Total Debits (incl. checks) | 2 | 2,291,702.31 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (01 DEC 2004) | Closing (31 DEC 2004) |
|---|---|---|
| Ledger | 2,291,702.31 | .00 Ledger |

### ENCLOSURES
| | |
|---|---|
| Credits | .00 |
| Debits | |
| Checks | |

## CREDITS

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 10DEC | | | USM DEP REF # 850 | | 4,025.11 | UN-ENCODED DEPOSIT DEPOSIT REFERENCE NUMBER 0000000850 *VALUE DATE: 12/13 100 12/14 3,885 12/15 40 |
| 31DEC | | | USD YOUR: CAP OF 04/12/31 OUR: 05529003366J0 | | 2,287,677.20 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS, I CAMBRIDGE MA 02140- |

## DEBITS

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 10DEC | | | USD OUR: 000949011XF | | 4,025.11 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238B1963 |
| 31DEC | | | USD YOUR: NONREF OUR: 06D5200366J0 | | 2,287,677.20 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) CAMBRIDGE MA 02140- REF: FUNDS MOVEMENT FROM REMEDIUM T O GRACE DE (GIHI INT PYMNT TO REMED .) |

## CHECKS

No Ac....

LEDGER BALANCES
10DEC      0.00
31DEC      0.00

| Date | Closing Balances |
|---|---|

FT CODE:
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THIS ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JPMorganChase

Ts

Statements

Account No:
Statement Start Date: 01 DEC 2004
Statement End Date: 31 DEC 2004
Statement Code: 000-USA-12
Page 1 of 3

ENCLOSURES

| | Credits | |
|---|---|---|
| | Debits | |
| | Checks | |
| | | .00 |

REM....GROUP INC
W R GRACE & CO
MARY BOUCHARD
6... WHITTMORE AVENUE
CAMBRIDGE  MA  02140

| | | |
|---|---|---|
| Total Credits | 18 | 383,087.81 |
| Total Debits (incl. checks) | 56 | 383,087.81 |
| Total Checks Paid | 56 | 383,087.81 |

| | Closing (31 DEC 2004) | Opening (01 DEC 2004) | |
|---|---|---|---|
| | Ledger | Ledger | |
| | .00 | .00 | |

| Date | | | | |
|---|---|---|---|---|
| 01DEC 07DEC | USD | OUR: 041207198SWC | 0.00 42,256.61 | **** Balance **** | OPENING LEDGER BALANCE CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING CLOSING LEDGER BALANCE |
| 07DEC 07DEC 08DEC | USD USD | OUR: 071100826PP OUR: 041208198SWC | .00 646.89 | 42,256.61 **** Balance **** | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING CLOSING LEDGER BALANCE |
| 08DEC 08DEC 09DEC | USD USD | OUR: 081100841PP OUR: 041209198SWC | .00 20,249.72 | 646.89 **** Balance **** | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING CLOSING LEDGER BALANCE |
| 09DEC 09DEC 10DEC | USD USD | OUR: 091100823PP OUR: 041210198SWC | .00 5,061.45 | 20,249.72 **** Balance **** | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING CLOSING LEDGER BALANCE |
| 10DEC 10DEC 14DEC | USD USD | OUR: 101100792PP OUR: 041214198SWC | .00 669.96 | 5,061.45 **** Balance **** | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING CLOSING LEDGER BALANCE |
| 14DEC 14DEC | USD | OUR: 141100833PP | .00 | 669.96 **** Balance **** | CDS FUNDING MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC PACKAGE LISTING CLOSING LEDGER BALANCE |

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS
US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT
US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT
US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

# JPMorganChase

Ts

REMS: TOM GROUP INC
W R GRACE & CO
MARY BUCHARD
62 WHITMORE AVENUE
CAMBRIDGE MA 02140

| Account No: | 601-57-935 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 31 DEC 2004 |
| Statement Code: | 600-USA-12 |
| Statement No: | 012 |
| | Page 2 of 10 |

| Date | | | Amount | Balance | Description |
|---|---|---|---|---|---|
| 15DEC | USD | OUR: 041215198SWC | 171.35 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 15DEC | USD | OUR: 1511000854PP | | 171.35 | ACCOUNT ACTIVITY AT JPMC |
| 15DEC | USD | OUR: 041216198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| 16DEC | | | .00 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 16DEC | USD | OUR: 161100081SPP | 14,101.46 | 14,101.46 | ACCOUNT ACTIVITY AT JPMC |
| 16DEC | USD | OUR: 041217198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| 17DEC | | | .00 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 17DEC | USD | OUR: 171100081SPP | 661.86 | 661.86 | ACCOUNT ACTIVITY AT JPMC |
| 20DEC | USD | OUR: 041220198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| 20DEC | | | .00 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 20DEC | USD | OUR: 201000893PP | 12,425.86 | 12,425.86 | ACCOUNT ACTIVITY AT JPMC |
| 21DEC | USD | OUR: 041221198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| 21DEC | | | .00 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 21DEC | USD | OUR: 211000843PP | 5,975.29 | 5,975.29 | ACCOUNT ACTIVITY AT JPMC |
| 22DEC | USD | OUR: 041222198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| 22DEC | | | .00 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 22DEC | USD | OUR: 221000866PP | 3,228.34 | 3,228.34 | ACCOUNT ACTIVITY AT JPMC |
| 23DEC | USD | OUR: 041223198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| 23DEC | | | .00 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT |
| 23DEC | USD | OUR: 231000878PP | 2,647.92 | 2,647.92 | ACCOUNT ACTIVITY AT JPMC |
| 24DEC | USD | OUR: 041224198SWC | | **** Balance **** | CLOSING LEDGER BALANCE |
| | | | 204,394.05 | | CDS FUNDING |
| | | | | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT ACCOUNT ACTIVITY AT JPMC |

**JPMorganChase**

Statement

TS

REM... GROUP INC
W R GRACE & CO
MARY BUCHARD
62 WHITMORE AVENUE
CAMBRIDGE MA 02140

Account No:           601-601985
Statement Start Date:  01 DEC 2004
Statement End Date:    31 DEC 2004
Statement Code:        000-USA-12
Statement No:          012    135

Page 5 of 5

| Value Date | | Description | Amount | Balance |
|---|---|---|---|---|
| 24DEC | USD OUR: 2411000841PP | PACKAGE LISTING | | **204,394.05 Balance ****** |
| 24DEC | | CLOSING LEDGER BALANCE | | |
| 27DEC | USD OUR: 0412271985WC | CDS FUNDING | 34,588.74 | |
| 27DEC | USD OUR: 2711000820PP | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT | | **34,588.74 Balance ****** |
| 27DEC | | ACCOUNT ACTIVITY AT JPMC | | |
| 28DEC | | PACKAGE LISTING | | |
| 28DEC | USD OUR: 0412281985WC | CLOSING LEDGER BALANCE | 717.89 | |
| 28DEC | USD OUR: 2811000820PP | CDS FUNDING | | **717.89 Balance ****** |
| 28DEC | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT | | |
| 29DEC | USD OUR: 0412291985WC | ACCOUNT ACTIVITY AT JPMC | | |
| 29DEC | | PACKAGE LISTING | | **26,802.28 Balance ****** |
| 29DEC | USD OUR: 2911000812PP | CLOSING LEDGER BALANCE | 26,802.28 | |
| 30DEC | USD OUR: 0412301985WC | CDS FUNDING | | |
| 30DEC | | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT | | **8,238.14 Balance ****** |
| 30DEC | USD OUR: 3011000827PP | ACCOUNT ACTIVITY AT JPMC | 8,238.14 | |
| 30DEC | | PACKAGE LISTING | | |
| 31DEC | USD OUR: 0412311985WC | CLOSING LEDGER BALANCE | | |
| 31DEC | | CDS FUNDING | | **250.00 Balance ****** |
| 31DEC | USD OUR: 3111000841PP | MONEY TRANSFER CREDIT RECEIVED TO FUND YOUR CONTROLLED DISBURSEMENT | 250.00 | |
| 31DEC | | ACCOUNT ACTIVITY AT JPMC | | |
| 31DEC | | PACKAGE LISTING | | **.00 Balance ****** |
| 31DEC | | CLOSING LEDGER BALANCE | .00 | |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

··············SNGLP 20.00                    R9

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

**DAREX PR**

Page    1  of  14

DAREX PUERTO RICO INC
C/O  W.R. GRACE & CO.
ATTN: PAUL MILLIKEN
62 WHITTEMORE AVE
CAMBRIDGE, MA                02140

**Account Number: 0/300153/011**

**Statement Period**

**Nov 27, 2004 - Dec 27, 2004**

## CORPORATE ACCOUNT  AS OF  December 27, 2004

**4704 REGULAR STATEMENT**

## ACCOUNT SUMMARY

| | | |
|---|---|---|
| **OPENING BALANCE** | 4,451,220.49 | |
| 59   DEBITS | 308,863.34 | |
| 55 CHECKS | 286,363.08 | |
| 4 NON-CHECKS | 22,500.26 | *i 8752.75+1415.)8 f  8µ4  1108.13* |
| 10   CREDITS | 728,953.90 | |
| 10 DEPOSITS | 728,953.90 | |
| 0 NON-DEPOSITS | 0.00 | |
| **CLOSING LEDGER** | **4,871,311.05** | |

## DEPOSIT LIST

| Deposit No. | Date | Amount | Deposit No. | Date | Amount |
|---|---|---|---|---|---|
| | 11-29 | 188,707.75 | | 11-30 | 27,540.35 |
| | 12-03 | 85,829.19 | | 12-08 | 38,582.09 |
| | 12-09 | 81,261.04 | | 12-16 | 93,866.56 |
| | 12-20 | 41,919.15 | | 12-21 | 40,293.37 |
| | 12-22 | 47,064.27 | | 12-23 | 83,890.13 |

## CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|
| 17238 | 12-27 | 68.00 | 17292 | 12-27 | 68.00 |
| 17293 | 12-03 | 2,605.00 | 17303 | 11-30 | 75,948.00 |
| 17313 | 11-29 | 2,165.76 | 17314 | 11-29 | 13,549.80 |
| 17315 | 11-30 | 6,451.50 | 17316 | 12-10 | 972.00 |
| 17317 | 12-03 | 4,094.65 | 17318 | 12-10 | 125.95 |
| 17319 | 12-09 | 3,000.00 | 17320 | 11-30 | 12,717.32 |
| 17321 | 12-03 | 225.00 | 17322 | 12-06 | 97.00 |
| 17323 | 12-10 | 3,825.00 | 17324 | 12-13 | 150.00 |
| 17325 | 12-02 | 5,730.06 | 17326 | 12-02 | 248.18 |
| 17327 | 12-14 | 50.00 | 17329 | 12-07 | 16,329.59 |
| 17330 | 12-06 | 6,371.00 | 17331 | 12-10 | 972.00 |
| 17332 | 12-10 | 180.00 | 17333 | 12-16 | 695.00 |
| 17334 | 12-08 | 58.49 | 17335 | 12-13 | 935.00 |
| 17336 | 12-07 | 2,584.26 | 17337 | 12-09 | 185.00 |
| 17338 | 12-14 | 795.00 | 17340 | 12-17 | 8,069.49 |

ANY ERROR OR OMISSION ON THIS STATEMENT MUST BE NOTIFIED IN WRITING TO THE ATTENTION OF CITISERVICE UNIT,
PO BOX 70301, SAN JUAN, PR 00936-8301; OR CONTACT CITISERVICE AT (787) 771-2800 WITHIN THIRTY (30) DAYS FROM
MAILING DATE. YOU  ALSO CAN SEND A MESSAGE USING OUR ELECTRONIC MAIL MESSENGER: citiservice.pr@citicorp.com.
FAILURE TO DO SO WILL SIGNIFY THAT THE STATEMENT IS CORRECT.

A member of citigroup

**DAREX PR**
**DAREX PUERTO RICO INC**

Account Number: 0/300153/011

Statement Period

Nov 27, 2004 - Dec 27, 2004

## CHECKS PAID

| Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|
| 17341 | 12-17 | 16,403.40 | 17342 | 12-20 | 6,451.50 |
| 17343 | 12-20 | 4,967.66 | 17344 | 12-20 | 17,209.01 |
| 17345 | 12-20 | 11,020.59 | 17346 | 12-20 | 16,559.39 |
| 17348 | 12-20 | 13,399.62 | 17349 | 12-23 | 2,360.00 |
| 17350 | 12-24 | 506.99 | 17351 | 12-27 | 1,518.62 |
| 17352 | 12-20 | 6,651.25 | 17353 | 12-21 | 185.97 |
| 17354 | 12-21 | 8,409.94 | 17355 | 12-21 | 203.00 |
| 17357 | 12-22 | 550.00 | 17359 | 12-21 | 125.00 |
| 17367 | 12-27 | 6,688.50 | 101488 | 12-14 | 167.20 |
| 101489 | 12-14 | 967.10 | 101490 | 12-14 | 167.20 |
| 101491 | 12-14 | 1,142.67 | 101492 | 12-13 | 72.34 |
| 101493 | 12-13 | 772.46 | 101494 | 12-16 | 1,218.17 |
| 101495 | 12-16 | 179.45 | | | |

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|------|-------------|-----------|--------|---------|---------|
| 11-27 | OPENING BALANCE | | | | |
| 11-29 | CHARGE BACK ITEM NOT RE-DEPOSITED INSUFFICIENT FUNDS CUST.REF: 0 ACTION: DEBIT CHECK NO:  3830  00 BANK: B.POPULAR RETURNED TIMES: 1 BENEF: 0 | | 18,752.75 | | 4,451,220.49 |
| 11-29 | TOTAL CHECKS PAID | | 15,715.56 | | |
| 11-29 | TOTAL DEPOSITS | | | 188,707.75 | |
| 11-30 | TOTAL CHECKS PAID | | 95,116.82 | | 4,605,459.93 |
| 11-30 | TOTAL DEPOSITS | | | 27,540.35 | |
| 12-02 | TOTAL CHECKS PAID | | 5,978.24 | | 4,537,883.46 |
| 12-03 | TOTAL CHECKS PAID | | 6,924.65 | | 4,531,905.22 |
| 12-03 | TOTAL DEPOSITS | | | 85,829.19 | |
| 12-06 | TOTAL CHECKS PAID | | 6,468.00 | | 4,610,809.76 |
| 12-07 | TOTAL CHECKS PAID | | 18,913.85 | | 4,604,341.76 |
| 12-08 | TOTAL CHECKS PAID | | 58.49 | | 4,585,427.91 |
| 12-08 | TOTAL DEPOSITS | | | 38,582.09 | |
| 12-09 | NAME: TAX SERVICE 702 ENTRY DESC: PMT IMPND INDIVIDUAL ID: C3953-004335520 | | 1,615.38 | | 4,623,951.51 |
| 12-09 | TOTAL CHECKS PAID | | 3,185.00 | | |
| 12-09 | TOTAL DEPOSITS | | | 81,261.04 | |
| 12-10 | TOTAL CHECKS PAID | | 5,874.95 | | 4,700,412.17 |
| 12-13 | DEPOSIT ADJUSTMENT DR OR RE: .REF#  , DATED 20041213 FOR  0.00 ANNUAL FEE FOR LOCKBOX 71425 | | 824.00 | | 4,694,537.22 |
| 12-13 | TOTAL CHECKS PAID | | 1,929.80 | | 4,691,783.42 |
| 12-14 | TOTAL CHECKS PAID | | 2,689.17 | | 4,689,094.25 |
| 12-16 | TOTAL CHECKS PAID | | 2,092.62 | | |
| 12-16 | TOTAL DEPOSITS | | | 93,866.56 | 4,780,868.19 |

A member of citigroup



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

**DAREX PR**
DAREX PUERTO RICO INC

Page    3  of  14

Account Number: 0/300153/011
Statement Period
Nov 27, 2004 - Dec 27, 2004

## DESCRIPTIVE ITEMS

| Date | Description | Serial No | Debits | Credits | Balance |
|------|-------------|-----------|--------|---------|---------|
| 12-17 | TOTAL CHECKS PAID | | 24,472.89 | | |
| 12-20 | TOTAL CHECKS PAID | | 76,259.02 | | 4,756,395.30 |
| 12-20 | TOTAL DEPOSITS | | | | |
| 12-21 | TOTAL CHECKS PAID | | 8,923.91 | 41,919.15 | 4,722,055.43 |
| 12-21 | TOTAL DEPOSITS | | | | |
| 12-22 | NAME: TAX SERVICE 702 ENTRY DESC: PMT IMPND INDIVIDUAL ID: C3953-004402632 | | 1,308.13 | 40,293.37 | 4,753,424.89 |
| 12-22 | TOTAL CHECKS PAID | | | | |
| 12-22 | TOTAL DEPOSITS | | 550.00 | | |
| 12-23 | TOTAL CHECKS PAID | | 2,360.00 | 47,064.27 | 4,798,631.03 |
| 12-23 | TOTAL DEPOSITS | | | | |
| 12-24 | TOTAL CHECKS PAID | | | 83,890.13 | 4,880,161.16 |
| 12-27 | TOTAL CHECKS PAID | | 506.99 | | 4,879,654.17 |
| 12-27 | CLOSING BALANCE | | 8,343.12 | | 4,871,311.05 |
| | | | | | 4,871,311.05 |
| | Total Debits/Credits | | 308,863.34 | 728,953.90 | |

A member of citigroup

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number:** 0/300153/011

**Statement Period**

**Nov 27, 2004 - Dec 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| 17238 | 12/27/2004 | 68.00 |
| 17292 | 12/27/2004 | 68.00 |
| 17293 | 12/03/2004 | 2,605.00 |
| 17303 | 11/30/2004 | 75,948.00 |
| 17313 | 11/30/2004 | 2,165.76 |



Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page    5  of  14

Account Number: 0/300153/011
Statement Period
Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| Check No. | Date | Amount |
|---|---|---|
| 17314 | 11/30/2004 | 13,549.80 |
| 17315 | 12/01/2004 | 6,451.50 |
| 17316 | 12/10/2004 | 972.00 |
| 17317 | 12/03/2004 | 4,094.65 |
| 17318 | 12/10/2004 | 125.95 |

A member of citigroup

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Nov 27, 2004 - Dec 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| | | | | | |
|---|---|---|---|---|---|
| 17319 | 12/09/2004 | 3,000.00 | 17319 | 12/09/2004 | 3,000.00 |
| 17320 | 12/01/2004 | 12,717.32 | 17320 | 12/01/2004 | 12,717.32 |
| 17321 | 12/03/2004 | 225.00 | 17321 | 12/03/2004 | 225.00 |
| 17322 | 12/06/2004 | 97.00 | 17322 | 12/06/2004 | 97.00 |
| 17323 | 12/10/2004 | 3,625.00 | 17323 | 12/10/2004 | 3,625.00 |

Check 17319: PAY ***Three Thousand Dollars And 00 Cents ***$3,000.00

Check 17320: PAY ***Twelve Thousand Seven Hundred And Seventeen Dollars And 32 Cents ***$12,717.32

Check 17321: PAY ***Two Hundred And Twenty Five Dollars And 00 Cents ***$225.00

Check 17322: PAY ***Ninety Seven Dollars And 00 Cents ***$97.00

Check 17323: ***Three Thousand Six Hundred And Twenty Five Dollars And 00 Cents ***$3,625.00

A member of citigroup



**citigroup**

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**

DAREX PUERTO RICO INC

Page    7 of 14

Account Number: 0/300153/011

Statement Period

Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| Check | Date | Amount |
|-------|------|--------|
| 17324 | 12/13/2004 | 150.00 |
| 17325 | 12/02/2004 | 5,730.06 |
| 17326 | 12/02/2004 | 248.18 |
| 17327 | 12/14/2004 | 50.00 |
| 17329 | 12/08/2004 | 16,329.59 |

A member of citigroup

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number: 0/300153/011**

**Statement Period**

**Nov 27, 2004 - Dec 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| | | |
|---|---|---|
| 17330 | 12/07/2004 | 6,371.00 |
| 17331 | 12/10/2004 | 972.00 |
| 17332 | 12/10/2004 | 180.00 |
| 17333 | 12/16/2004 | 695.00 |
| 17334 | 12/08/2004 | 58.49 |



# citigroup

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page    9 of 14

Account Number: 0/300153/011
Statement Period
Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| | | |
|---|---|---|
| 17335 | 12/13/2004 | 935.00 |
| 17336 | 12/07/2004 | 2,584.26 |
| 17337 | 12/09/2004 | 185.00 |
| 17338 | 12/14/2004 | 195.00 |
| 17340 | 12/20/2004 | 8,069.49 |

A member of citigroup

**DAREX PR**

DAREX PUERTO RICO INC

**Account Number:** 0/300153/011

**Statement Period**

**Nov 27, 2004 - Dec 27, 2004**

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| | | |
|---|---|---|
| 17341 | 12/20/2004 | 16,403.40 |
| 17341 | 12/20/2004 | 16,403.40 |
| 17342 | 12/21/2004 | 6,451.50 |
| 17342 | 12/21/2004 | 6,451.50 |
| 17343 | 12/21/2004 | 4,967.66 |
| 17343 | 12/21/2004 | 4,967.66 |
| 17344 | 12/21/2004 | 17,209.01 |
| 17344 | 12/21/2004 | 17,209.01 |
| 17345 | 12/21/2004 | 11,020.59 |
| 17345 | 12/21/2004 | 11,020.59 |

 **citigroup**

Citibank, N.A. - Puerto Rico
Member FDIC

**DAREX PR**
DAREX PUERTO RICO INC

Page    11  of  14

Account Number: 0/300153/011
Statement Period
Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| Check No. | Date | Amount |
|---|---|---|
| 17346 | 12/21/2004 | 16,559.39 |
| 17348 | 12/21/2004 | 13,399.62 |
| 17349 | 12/23/2004 | 2,360.00 |
| 17350 | 12/24/2004 | 506.99 |
| 17351 | 12/27/2004 | 1,518.62 |

**DAREX PR**

DAREX PUERTO RICO INC

Page   12  of  14

Account Number: 0/300153/011

Statement Period

Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| Check No. | Date | Amount |
|---|---|---|
| 17352 | 12/21/2004 | 6,651.25 |
| 17353 | 12/22/2004 | 185.97 |
| 17354 | 12/22/2004 | 8,409.94 |
| 17355 | 12/21/2004 | 203.00 |
| 17357 | 12/22/2004 | 550.00 |



**Citibank, N.A. - Puerto Rico**
**Member FDIC**

DAREX PR
DAREX PUERTO RICO INC

Page    13 of 14

Account Number: 0/300153/011
Statement Period
Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.

| 17359 | 12/21/2004 | 125.00 | | 17359 | 12/21/2004 | 125.00 |
|---|---|---|---|---|---|---|
| 17367 | 12/27/2004 | 6,688.50 | | 17367 | 12/27/2004 | 6,688.50 |
| 101488 | 12/14/2004 | 167.20 | | 101488 | 12/14/2004 | 167.20 |
| 101489 | 12/14/2004 | 967.10 | | 101489 | 12/14/2004 | 967.10 |
| 101490 | 12/14/2004 | 167.20 | | 101490 | 12/14/2004 | 167.20 |

A member of citigroup

**DAREX PR**

DAREX PUERTO RICO INC

Page     14 of 14

Account Number: 0/300153/011

Statement Period

Nov 27, 2004 - Dec 27, 2004

Citibank, N.A. certifica que estas imágenes son copias fieles y exactas de los cheques originales.
Citibank, N.A. certifies that these images are true and exact copies of the original checks.



| | | |
|---|---|---|
| 101491 | 12/14/2004 | 1,142.67 |
| 101491 | 12/14/2004 | 1,142.67 |
| 101492 | 12/13/2004 | 72.34 |
| 101492 | 12/13/2004 | 72.34 |
| 101493 | 12/13/2004 | 772.46 |
| 101493 | 12/13/2004 | 772.46 |
| 101494 | 12/16/2004 | 1,218.17 |
| 101494 | 12/16/2004 | 1,218.17 |
| 101495 | 12/16/2004 | 179.45 |
| 101495 | 12/16/2004 | 179.45 |

A member of citigroup

# Federal Income Tax Returns