UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF CIBC WORLD MARKETS CORP. FOR THE FOURTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C. acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of CIBC World Markets Corp. for the Fourteenth Interim Period (the "Application").

### BACKGROUND

1.  CIBC World Markets Corp. ("CIBC") was retained as financial advisor to David T. Austern, Future Asbestos Claimants Representative. In the Application, CIBC seeks approval of fees totaling $450,000.00 and costs totaling $3,580.19 for its services from July 1, 2004, through September 30, 2004.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on CIBC an initial report based on our review, and received a response from CIBC, portions of which response are quoted herein.

## DISCUSSION

3.      In our initial report, we noted that on September 27, 2004, the Court entered an order authorizing David T. Austern as Future Asbestos Claimants Representative to employ CIBC as financial advisor effective nunc pro tunc as of June 4, 2004. As part of the Retention Order, CIBC seeks monthly fees of $150,000.00. Over the three months of this Application Period, CIBC submitted 592.2 hours of service for an effective hourly rate of $759.88. While we offer no objection per se to the flat-rate billing basis outlined in the Retention Order, we note that the effective hourly rate is high compared to other applicants in this bankruptcy action.

4.      We noted three transportation expense listings totaling $467.37 that lack the supporting detail necessary to fairly assess them. The entries are provided below.

| | | |
|---|---|---|
| Joseph Radecki (car rental) | 8/04/04 (for travel on July 22, 2004) | 65.57 |
| Joseph Radecki (taxi) | 8/04/04 (for travel on July 8, 2004) | 151.20 |
| Joseph Radecki (taxi) | 8/04/04 (for travel on July 22, 2004) | 250.60 |

For each expense, we asked CIBC to provide all points of departure and arrival and the purpose of each charge as it relates to the bankruptcy estate. CIBC responded as follows:

| Expense | Date of Expense | Amount |
|---|---|---|
| Taxi | 7/8/04 | $151.20 |

The expense represents 50% of the roundtrip cost of transportation from Mr. Radecki's home to the airport. The airport transport was needed for Mr. Radecki to attend a meeting in Washington D.C. with David T. Austern, the Future Claimants' Representative in this and other asbestos liability-related cases. As Messrs. Radecki and Austern spent an equal amount of time during this meeting discussing the W.R. Grace matter as well as another case, CIBC billed 50% of the airport transport cost to the estate.

| Expense | Date of Expense | Amount |
|---|---|---|
| Car Rental | 7/22/04 | $65.57 |

The expense relates to a car rental for the CIBC team in connection with a due diligence meeting held at W.R. Grace's headquarters in Columbia, Maryland.

| Expense | Date of Expense | Amount |
|---|---|---|
| Taxi | 7/22/04 | $250.60 |

The expense represents the roundtrip cost of transportation from Mr. Radecki's home to the airport. The airport transport was needed for Mr. Radecki to attend a due diligence meeting held at W.R. Grace's headquarters in Columbia, Maryland.

We appreciate the response. For the car rental expense of July 22, 2004 we offer no objection. For the July 8 and July 22, 2004 taxi expenses, we maintain that while the estate should reimburse reasonable transportation expenses between applicant offices and airports, it should not be responsible for those transportation expenses between applicant firm members' homes and airports. We thus recommend a reduction of $401.80 for these transportation expenses.

## CONCLUSION

5.    Thus we recommend approval of fees totaling $450,000.00 and costs totaling $3,178.39 ($3,580.19 minus $401.80) for CIBC's services from July 1, 2004, through September 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
     Warren H. Smith
     Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 7th day of March, 2005.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Joseph J. Radecki, Jr.
CIBC World Markets Corp.
425 Lexington Avenue
New York, New York 10017

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 141
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801