
IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: March 28, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

March 4, 2005

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of January 1, 2005 through January 31, 2005: | | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (35,000.00) |

Out-of-pocket expenses processed for the period through January 31, 2005:[1]

| | | | |
|---|---|---|---|
| Airfare | $ | 1,001.18 | |
| Ground Transportation | | 148.24 | |
| Communications | | 52.36 | |
| Meals | | 177.69 | |
| Photocopying | | 161.55 | |
| Research | | 806.62 | 2,347.64 |

| | | |
|---|---|---|
| **Total Due** | $ | **142,347.64** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7474

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7474**

|  | GL Detail Jan-05 | Total Expenses |
|---|---:|---:|
| Airfare | $ 1,001.18 | $ 1,001.18 |
| Ground Transportation - Car Service - Elite | 140.24 | 140.24 |
| Ground Transportation - Local Travel | 8.00 | 8.00 |
| Communications - Telephone Conferencing | 52.36 | 52.36 |
| Employee Meals | 177.69 | 177.69 |
| Internal Photocopying | 161.55 | 161.55 |
| Internal Research | 267.90 | 267.90 |
| External Research - Multex | 94.82 | 94.82 |
| External Research - Thomson | 133.67 | 133.67 |
| External Research - Dow Jones | 13.51 | 13.51 |
| External Research - Factset | 238.58 | 238.58 |
| External Research - P.A.C.E.R. | 28.14 | 28.14 |
| External Research - Online Research | 30.00 | 30.00 |
| **Total Expenses** | **$ 2,347.64** | **$ 2,347.64** |

| | |
|---|---:|
| **Airfare** | $ 1,001.18 |
| **Ground Transportation** | 148.24 |
| **Communications** | 52.36 |
| **Meals** | 177.69 |
| **Photocopying** | 161.55 |
| **Research** | 806.62 |
| **Total Expenses** | $ 2,347.64 |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through January 31, 2005**
**Invoice No. 7474**

**Airfare**

| Description | Date | Amount |
|---|---|---|
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY) | 10/21/04 | 238.20 |
| Zilly (one-way coach class flight to Newark, NJ from Baltimore, MD) | 10/21/04 | 249.10 |
| Zilly (round trip coach class flight to/from Baltimore, MD from/to Queens, NY) | 11/17/04 | 513.88 |
| **Subtotal - Airfare** | | **$ 1,001.18** |

**Ground Transportation - Car Service - Elite**

| Description | Date | Amount |
|---|---|---|
| de Almeida (car service home from Blackstone after working late) | 11/18/04 | 50.80 |
| Otero for P. Norris of W.R. Grace (car to client meeting from hotel in New York, NY) | 12/07/04 | 25.30 |
| Otero for P. Norris of W.R. Grace (car to hotel from client meeting in New York, NY) | 12/07/04 | 68.14 |
| Zilly (credit for tolls) | 10/21/04 | (4.00) |
| **Subtotal - Ground Transportation - Car Service - Elite** | | **140.24** |

**Ground Transportation - Local Travel**

| Description | Date | Amount |
|---|---|---|
| Blechman (evening taxi to Blackstone from client meeting) | 12/07/04 | 8.00 |
| **Subtotal - Ground Transportation - Local Travel** | | **8.00** |

**Communications - Teleconferencing**

| Description | Date | Amount |
|---|---|---|
| Blechman | 12/02/04 | 39.60 |
| Blechman | 12/10/04 | 12.76 |
| **Subtotal - Communications - Teleconferencing** | | **52.36** |

**Employee Meals**

| Description | Date | Amount |
|---|---|---|
| Blechman (working dinner meal @ Blackstone) | 11/04/04 | 25.00 |
| Blechman (working dinner meal @ Blackstone) | 11/08/04 | 25.00 |
| Blechman (working dinner meal @ Blackstone) | 12/06/04 | 18.75 |
| Blechman (working dinner meal @ Blackstone) | 12/09/04 | 9.94 |
| Fields (working dinner meal) | 11/05/04 | 24.00 |
| Munfa (working dinner meal @ Blackstone) | 11/08/04 | 25.00 |
| O'Connell (working dinner meal @ Blackstone) | 10/26/04 | 25.00 |
| O'Connell (working dinner meal @ Blackstone) | 11/08/04 | 25.00 |
| **Subtotal - Employee Meals** | | **177.69** |

**Internal Photocopying**

| Description | Date | Amount |
|---|---|---|
| Blechman | 01/10/05 - 01/25/05 | 161.55 |
| **Subtotal - Internal Photocopying** | | **161.55** |

**Internal Research**

| Description | Date | Amount |
|---|---|---|
| Munfa (research re: SDC) | 01/26/05 | 180.00 |
| Munfa (general research) | 01/26/05 | 87.90 |
| **Subtotal - Internal Research** | | **267.90** |

**External Research - Multex**

| Description | Date | Amount |
|---|---|---|
| Munfa (general research) | 01/26/05 | 48.84 |
| Munfa (general research) | 01/26/05 | 30.26 |
| O'Connell (general research) | 01/04/05 | 15.72 |
| **Subtotal - External Research - Multex** | | **94.82** |

**External Research - Thomson**

| Description | Date | Amount |
|---|---|---|
| Munfa (online research for debt issuance) | 01/26/05 | 58.54 |
| Munfa (general research) | 01/27/05 | 16.14 |
| Munfa (comps update) | 01/07/05 | 58.99 |
| **Subtotal - External Research - Thomson** | | **133.67** |

**External Research - Dow Jones**

| Description | Date | Amount |
|---|---|---|
| Munfa (general research) | 01/25/05 | 13.51 |
| **Subtotal - External Research - Dow Jones** | | **13.51** |

**External Research - Factset**

| Description | Date | Amount |
|---|---|---|
| Munfa (research re: SDC) | 01/26/05 | 159.52 |
| Munfa (general research) | 01/26/05 | 79.06 |
| **Subtotal - External Research - Factset** | | **238.58** |

W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2005
Invoice No. 7474

**External Research - P.A.C.E.R.**

| | | |
|---|---|---|
| de Almeida | 10/08/04 | 3.78 |
| de Almeida | 10/19/04 | 1.26 |
| de Almeida | 11/15/04 | 13.86 |
| de Almeida | 11/16/04 | 2.10 |
| de Almeida | 11/17/04 | 2.80 |
| de Almeida | 11/19/04 | 3.85 |
| de Almeida | 11/29/04 | 0.49 |
| Subtotal - External Research - P.A.C.E.R. | | 28.14 |

**External Research - Online Database**

| | | |
|---|---|---|
| Munfa (online research for warrants) | 11/02/04 | 30.00 |
| Subtotal - External Research - Online Database | | 30.00 |
| **Total Expenses** | | **$ 2,347.64** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 86.3 |
| David Blechman | Vice President | 65.5 |
| Jamie O'Connell | Associate | 27.5 |
| J.P. Munfa | Analyst | 11.5 |
| | Total | 190.8 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/24/05 | 0.5 | Case Administration | Read various motions inc. PacifiCorp and Retained Causes of Action |
| Pamela Zilly | 01/28/05 | 0.5 | Case Administration | Read Order limiting Equity Transfers |
| | | 1.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/10/05 | 0.8 | Committee | Call with Francine Gilbert regarding advisor meetings |
| David Blechman | 01/10/05 | 0.3 | Committee | Send e-mail to advisors regarding meeting schedule |
| David Blechman | 01/12/05 | 1.0 | Committee | Respond to Capstone due diligence requests |
| David Blechman | 01/26/05 | 0.8 | Committee | Coordinate logistics for meeting with Unsecured Committee |
| David Blechman | 01/27/05 | 0.5 | Committee | Respond to Capstone due diligence requests |
| David Blechman | 01/28/05 | 1.0 | Committee | Follow up with Committee's advisors on Festa motion |
| David Blechman | 01/31/05 | 1.5 | Committee | Follow up with Committee's advisors, B. McGowan on Festa motion |
| | | **5.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| J.P. Munfa | 01/25/05 | 2.5 | Corporate Finance | Sale-leaseback transaction and chemical sector debt research |
| J.P. Munfa | 01/26/05 | 3.0 | Corporate Finance | Chemical sector debt research |
| | | 5.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/10/05 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: employment motions |
| Pamela Zilly | 01/10/05 | 2.0 | Employee Benefits/Pension | Read draft Norris/Festa motion: review prior motions and employment agreements |
| Pamela Zilly | 01/10/05 | 1.0 | Employee Benefits/Pension | Status meeting with D. Blechman |
| David Blechman | 01/10/05 | 1.0 | Employee Benefits/Pension | Status meeting with Zilly |
| Pamela Zilly | 01/12/05 | 2.0 | Employee Benefits/Pension | Read and provide comments on Festa/Norris motion; call w/B McGowan |
| Pamela Zilly | 01/12/05 | 1.0 | Employee Benefits/Pension | Analysis of Festa contract |
| Pamela Zilly | 01/13/05 | 1.0 | Employee Benefits/Pension | Discussion with D. Blechman re: pending motions |
| David Blechman | 01/13/05 | 1.0 | Employee Benefits/Pension | Review Court motion, meeting with Zilly regarding Court motion |
| Pamela Zilly | 01/17/05 | 1.0 | Employee Benefits/Pension | Calls with B. McGowan, D. Blechman re: Festa/Norris motion |
| David Blechman | 01/17/05 | 1.0 | Employee Benefits/Pension | Review materials regarding Festa motion |
| David Blechman | 01/17/05 | 1.0 | Employee Benefits/Pension | Calls with Zilly and McGowan regarding Festa motion |
| David Blechman | 01/19/05 | 0.5 | Employee Benefits/Pension | Circulate Festa/Norris motion, Middy acquisition materials to Committees' advisors |
| Pamela Zilly | 01/21/05 | 1.0 | Employee Benefits/Pension | Correspondence with B. McGowan, D. Blechman, advisors re: Festa motion |
| David Blechman | 01/21/05 | 1.0 | Employee Benefits/Pension | Correspondence with B. McGowan, C. Troyer re: Festa/Norris motion |
| David Blechman | 01/24/05 | 1.0 | Employee Benefits/Pension | Calls with J. Sinclair, B. McGowan regarding Festa motion |
| Pamela Zilly | 01/25/05 | 0.5 | Employee Benefits/Pension | Status meeting with D. Blechman |
| David Blechman | 01/25/05 | 0.5 | Employee Benefits/Pension | Status meeting with Zilly |
| | | **17.0** | | |

Case 01-01139-AMC    Doc 7977-1    Filed 03/07/05    Page 11 of 15

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/04/05 | 0.5 | Fee Applications | Prepare fee app |
| | | 0.5 | | |

Page 6 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/21/05 | 6.0 | Hearings | Attend Court Hearing via phone |
| David Blechman | 01/21/05 | 5.0 | Hearings | Participate in telephonic Court hearing |
| | | 11.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/03/05 | 1.0 | Plan and Disclosure Statement | Review claims classification, other open issues |
| Pamela Zilly | 01/03/05 | 4.0 | Plan and Disclosure Statement | Review revised Glossary, Plan and Disclosure Statement |
| Pamela Zilly | 01/03/05 | 1.5 | Plan and Disclosure Statement | Call with L. Sinanyan, R. Tarola, M. Shelnitz re: warrant term sheet, claims |
| Pamela Zilly | 01/03/05 | 1.5 | Plan and Disclosure Statement | Review claims classification, other open issues |
| Pamela Zilly | 01/03/05 | 0.5 | Plan and Disclosure Statement | Review revised best interest test analysis |
| David Blechman | 01/03/05 | 1.0 | Plan and Disclosure Statement | Review warrant term sheet, Disclosure Statement language and claims |
| David Blechman | 01/03/05 | 1.5 | Plan and Disclosure Statement | Call regarding warrant term sheet, Disclosure Statement language and claims |
| David Blechman | 01/03/05 | 2.0 | Plan and Disclosure Statement | Analyze claims |
| David Blechman | 01/03/05 | 2.0 | Plan and Disclosure Statement | Read filed objections to POR |
| Jamie O'Connell | 01/03/05 | 1.5 | Plan and Disclosure Statement | Valuation analysis: recent disclosures of comparable companies |
| Jamie O'Connell | 01/03/05 | 1.5 | Plan and Disclosure Statement | Call w/ P. Zilly, D. Blechman, B. Tarola, M. Shelnitz, J. Baer, L. Sinanyan, C. Emerson regarding claims, warrants |
| J.P. Munfa | 01/03/05 | 1.5 | Plan and Disclosure Statement | Comps stock price update |
| Pamela Zilly | 01/04/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR status and ancillary documents |
| Pamela Zilly | 01/04/05 | 2.5 | Plan and Disclosure Statement | Review revised POR model, valuation write-up, best interests test analysis |
| Pamela Zilly | 01/04/05 | 0.5 | Plan and Disclosure Statement | Review revised warrant term sheet |
| Pamela Zilly | 01/04/05 | 0.5 | Plan and Disclosure Statement | Read Debtors' Supplement to Estimation Motion re: ZAI |
| Pamela Zilly | 01/04/05 | 1.5 | Plan and Disclosure Statement | Read filed objections to Plan and Disclosure Statement |
| David Blechman | 01/04/05 | 2.0 | Plan and Disclosure Statement | Complete analysis of claims |
| David Blechman | 01/04/05 | 1.0 | Plan and Disclosure Statement | Weekly update call with management and counsel |
| David Blechman | 01/04/05 | 3.0 | Plan and Disclosure Statement | Markup plan documents for new claims data, call with Tarola re claims |
| David Blechman | 01/04/05 | 1.0 | Plan and Disclosure Statement | Send plan documents markup to counsel, meeting with Jamie O'Connell re model |
| David Blechman | 01/04/05 | 1.3 | Plan and Disclosure Statement | Respond to comments on plan documents |
| David Blechman | 01/04/05 | 1.3 | Plan and Disclosure Statement | Review warrant term sheet, provide comments to counsel |
| Jamie O'Connell | 01/04/05 | 1.0 | Plan and Disclosure Statement | Valuation analysis: recent disclosures of comparable companies |
| Jamie O'Connell | 01/04/05 | 0.5 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding disclosure statement/plan of reorganization |
| Jamie O'Connell | 01/04/05 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 01/04/05 | 2.0 | Plan and Disclosure Statement | Financial model analysis: sources and uses, comparison to November 13 financial projections |
| Jamie O'Connell | 01/05/05 | 2.0 | Plan and Disclosure Statement | Prepare management incentive plan description |
| Pamela Zilly | 01/05/05 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell re: projections |
| Pamela Zilly | 01/05/05 | 3.0 | Plan and Disclosure Statement | Review revised POR model, all revised financial exhibits, provide comments |
| Pamela Zilly | 01/05/05 | 0.5 | Plan and Disclosure Statement | Review environmental claim estimates |
| Pamela Zilly | 01/05/05 | 0.5 | Plan and Disclosure Statement | Review revised Best Interests Test analysis |
| Pamela Zilly | 01/05/05 | 1.0 | Plan and Disclosure Statement | Review claims analysis provided to Capstone |
| David Blechman | 01/05/05 | 0.8 | Plan and Disclosure Statement | Call with Tarola regarding projections |
| David Blechman | 01/05/05 | 1.0 | Plan and Disclosure Statement | Meetings with Zilly and O'Connell regarding projections |
| David Blechman | 01/05/05 | 3.0 | Plan and Disclosure Statement | Update plan documents for new projections |
| David Blechman | 01/05/05 | 0.3 | Plan and Disclosure Statement | Send claims information to Capstone, call with Capstone |
| Jamie O'Connell | 01/05/05 | 3.0 | Plan and Disclosure Statement | Financial model analysis: claims analysis |
| Jamie O'Connell | 01/05/05 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly, D. Blechman re: new projections |
| Pamela Zilly | 01/06/05 | 3.0 | Plan and Disclosure Statement | Review and provide comments on plan, disclosure statement |
| Pamela Zilly | 01/06/05 | 0.8 | Plan and Disclosure Statement | Discussion with D. Blechman re: liabilities subject to compromise reclassification |
| Pamela Zilly | 01/06/05 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: comments to disclosure statement |
| Pamela Zilly | 01/06/05 | 3.0 | Plan and Disclosure Statement | Review of best interest test, financial exhibits |
| David Blechman | 01/06/05 | 0.8 | Plan and Disclosure Statement | Discussion with P. Zilly re: liabilities subject to compromise reclassification |
| David Blechman | 01/06/05 | 5.0 | Plan and Disclosure Statement | Review/revise plan documents |
| David Blechman | 01/06/05 | 1.0 | Plan and Disclosure Statement | Call with Capstone regarding claims |
| David Blechman | 01/06/05 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly re: consolidate Disclosure Statement comments |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/06/05 | 0.5 | Plan and Disclosure Statement | Call with counsel regarding claims |
| Jamie O'Connell | 01/06/05 | 6.5 | Plan and Disclosure Statement | Financial model analysis: best interests test |
| Pamela Zilly | 01/07/05 | 2.5 | Plan and Disclosure Statement | Review revised POR model |
| Pamela Zilly | 01/07/05 | 1.0 | Plan and Disclosure Statement | Status meeting with D. Blechman |
| Pamela Zilly | 01/07/05 | 2.0 | Plan and Disclosure Statement | Review revised POR model, interest reconciliation, reinstated liabilities |
| Pamela Zilly | 01/07/05 | 1.0 | Plan and Disclosure Statement | Status meetings with Zilly |
| David Blechman | 01/07/05 | 0.5 | Plan and Disclosure Statement | Meeting with O'Connell regarding model |
| David Blechman | 01/07/05 | 0.5 | Plan and Disclosure Statement | Call with Tarola regarding accounting and NOLs |
| David Blechman | 01/07/05 | 3.0 | Plan and Disclosure Statement | Update projections and valuation for NOL analysis |
| David Blechman | 01/07/05 | 0.5 | Plan and Disclosure Statement | Call with Capstone regarding NOLs and other tax issues |
| Jamie O'Connell | 01/07/05 | 4.0 | Plan and Disclosure Statement | Financial model analysis: adjustments to reflect new terms |
| Jamie O'Connell | 01/07/05 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: changes to POR model |
| Pamela Zilly | 01/09/05 | 2.0 | Plan and Disclosure Statement | Review, analysis of accrued interest rates, reinstated liabilities |
| Pamela Zilly | 01/10/05 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR filing |
| Pamela Zilly | 01/10/05 | 2.0 | Plan and Disclosure Statement | Read Debtors' Motions in response to various Objections, in Support of CMO |
| Pamela Zilly | 01/11/05 | 1.0 | Plan and Disclosure Statement | Review NOL analysis |
| Pamela Zilly | 01/11/05 | 0.5 | Plan and Disclosure Statement | Call with management, K&E re: open issues on claims |
| Pamela Zilly | 01/11/05 | 2.0 | Plan and Disclosure Statement | Follow-up to questions re: tax claims, letters of credit interest rate |
| Pamela Zilly | 01/11/05 | 0.5 | Plan and Disclosure Statement | Status meeting with D. Blechman |
| Pamela Zilly | 01/11/05 | 1.0 | Plan and Disclosure Statement | Review claims amounts re: accrued interest calculations |
| Pamela Zilly | 01/11/05 | 2.0 | Plan and Disclosure Statement | Read changes to Disclosure Statement, Exhibit 4 |
| David Blechman | 01/11/05 | 0.3 | Plan and Disclosure Statement | Call with Capstone regarding status |
| David Blechman | 01/11/05 | 0.5 | Plan and Disclosure Statement | Calls with Jack McFarland regarding Disclosure Statement language |
| David Blechman | 01/11/05 | 3.5 | Plan and Disclosure Statement | Markup plan documents |
| David Blechman | 01/11/05 | 0.5 | Plan and Disclosure Statement | Status meeting with Zilly |
| David Blechman | 01/11/05 | 0.5 | Plan and Disclosure Statement | Conference call with management and K&E re: disclosure statement/plan of reorganization |
| Jamie O'Connell | 01/11/05 | 0.5 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding disclosure statement/plan of reorganization |
| Jamie O'Connell | 01/11/05 | 1.0 | Plan and Disclosure Statement | Projected NOL use and valuation analysis for C. Troyer of Capstone |
| Jamie O'Connell | 01/11/05 | 0.5 | Plan and Disclosure Statement | Conference call with C. Troyer of Capstone regarding projected NOL use and valuation |
| Pamela Zilly | 01/12/05 | 2.0 | Plan and Disclosure Statement | Review revised POR model for changes to reclassification of liabilities subject to compromise |
| Pamela Zilly | 01/12/05 | 1.5 | Plan and Disclosure Statement | Check best interest test analysis for claim classification revisions |
| Pamela Zilly | 01/12/05 | 5.0 | Plan and Disclosure Statement | Review and finalize disclosure statement, financial exhibits |
| David Blechman | 01/12/05 | 0.8 | Plan and Disclosure Statement | Review Exhibit 4 markup |
| David Blechman | 01/12/05 | 0.5 | Plan and Disclosure Statement | Status meeting with O'Connell |
| Jamie O'Connell | 01/12/05 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: revisions to exhibits |
| Jamie O'Connell | 01/12/05 | 1.5 | Plan and Disclosure Statement | Review of financial statements to be included in plan of reorganization |
| Pamela Zilly | 01/13/05 | 6.0 | Plan and Disclosure Statement | Review final versions of disclosure statement, financial exhibits |
| Pamela Zilly | 01/13/05 | 1.0 | Plan and Disclosure Statement | Check best interest test analysis for claim classification revisions |
| Pamela Zilly | 01/13/05 | 1.5 | Plan and Disclosure Statement | Read Debtors' Motions in response to various Objections |
| David Blechman | 01/13/05 | 3.0 | Plan and Disclosure Statement | Respond to comments on plan documents, markup exhibits |
| David Blechman | 01/13/05 | 2.0 | Plan and Disclosure Statement | Review documents filed with the Court |
| J.P. Munfa | 01/13/05 | 4.5 | Plan and Disclosure Statement | Liquidation analysis |
| Pamela Zilly | 01/14/05 | 1.0 | Plan and Disclosure Statement | Review Disclosure Statement Objections chart |
| Jamie O'Connell | 01/18/05 | 1.0 | Plan and Disclosure Statement | Financial model analysis: cash flow statement |
| Pamela Zilly | 01/19/05 | 1.5 | Plan and Disclosure Statement | Review financial model re: cash flows |
| David Blechman | 01/19/05 | 1.0 | Plan and Disclosure Statement | Review cash flow analysis, discussion with J. O'Connell |
| Jamie O'Connell | 01/19/05 | 0.5 | Plan and Disclosure Statement | Financial model analysis: cash flow statement |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/21/05 | 1.0 | Plan and Disclosure Statement | Review filed documents |
| Pamela Zilly | 01/24/05 | 1.0 | Plan and Disclosure Statement | Working group call |
| | | 150.0 | | |