**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE FOURTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Fourteenth Interim Quarterly Period (collectively referred to hereafter as the "Applications").

**BACKGROUND**

1. Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $181,246.00 and costs totaling $5,185.65 for its services from July 1, 2004, through September 30, 2004.

2. Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $57,699.00 and costs totaling $4,325.19 for its services from July 1, 2004, through September 30, 2004.

3. Capstone Corporate Recovery, LLC ("Capstone") was retained as financial advisors

to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $212,667.25 and costs totaling $2,667.81 for its services from July 1, 2004, through September 30, 2004.

4. Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") was retained as Special Litigation and Environmental Counsel to Debtors. In the Application, CBBG seeks approval of fees totaling $258,508.00 and costs totaling $12,346.06 for its services from July 1, 2004, through September 30, 2004.

5. Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors. In the Application, Casner & Edwards seeks approval of fees totaling $66,584.00 and expenses totaling $42,338.01 for its services from July 1, 2004, through September 30, 2004.

6. David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $16,150.00 and costs totaling $273.00 for his services from July 1, 2004, through September 30, 2004.

7. Duane Morris LLP ("Duane Morris") was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Duane Morris seeks approval of fees totaling $55,509.00 and costs totaling $783.31 for its services from July 1, 2004, through September 30, 2004.

8. Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $21,683.50 and costs totaling $2,494.79 for its services from July 1, 2004, through September 30, 2004.

9. Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the

Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $11,310.00 and costs totaling $0.00 for its services from July 1, 2004, through September 30, 2004.

10. Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees totaling $35,050.00 and costs totaling $2,014.79 for its services from July 1, 2004, through September 30, 2004.

11. Klett Rooney Lieber & Schorling ("Klett Rooney") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Klett Rooney seeks approval of fees totaling $61,893.00 and costs totaling $4,063.50 for its services from July 1, 2004, through September 30, 2004.

12. Kramer, Levin, Naftalis & Frankel, L.L.P. ("Kramer Levin") was retained as counsel to the official committee of equity holders. In the Application, Kramer Levin seeks approval of fees totaling $47,550.00 and costs totaling $995.20 for its services from July 1, 2004, through September 30, 2004.

13. Latham & Watkins, LLP (L&W) was retained as special environmental counsel to the Debtors. In the Application, Latham seeks approval of fees totaling $93,064.00 and costs totaling $5,400.76 for its services from July 1, 2004, through September 30, 2004.

14. Legal Analysis Systems, Inc. ("LAS") was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. In the Application, LAS seeks approval of fees totaling $35,115.00 and costs totaling $492.96 for its services from July 1, 2004, through September 30, 2004.

15. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as

special litigation and environmental counsel for the Debtors. In the Application, Nelson Mullins seeks approval of fees totaling $32,707.00 and costs totaling $589.95 for its services from July 1, 2004, through September 30, 2004.

16. Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $85,547.00 and costs totaling $94,862.01 for its services from July 1, 2004, through September 30, 2004.

17. Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David T. Austern, Future Claimants' Representative. In the Application, PG&S seeks approval of fees totaling $10,863.00 and costs totaling $1,722.87 for its services from July 1, 2004, through September 30, 2004.

18. Pitney, Hardin, Kipp & Szuch, LLP ("Pitney Hardin"), was retained as special counsel to the Debtors. In the Application, Pitney Hardin seeks approval of fees totaling $76,695.00 and costs totaling $14,481.13 for its services from July 1, 2004, through September 30, 2004.

19. Reed Smith LLP ("Reed Smith") was retained as special asbestos products liability defense counsel to the Debtors. In the Application, Reed Smith seeks approval of fees totaling $47,586.50 and costs totaling $1,926.34 for its services from July 1, 2004, through September 30, 2004.

20. Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors. In the Application, Steptoe seeks approval of fees totaling $17,684.00 and costs totaling $1,638.75 for its services from July 1, 2004, through September 30, 2004.

21. Swidler Berlin Shereff Friedman, LLP (SBSF) was retained as counsel to David T.

Austern, legal representative for future asbestos claimants. In the Application, SBSF seeks approval of fees totaling $296,073.25 and costs totaling $14,400.95 for its services from July 1, 2004, through September 30, 2004.

22. L. Tersigni Consulting P.C. ("Tersigni") was retained as accountant and financial advisor for the official committee of asbestos personal injury claimants. In the Application, Tersigni seeks approval of fees totaling $232,592.50 and costs totaling $929.78 for its services from July 1, 2004, through September 30, 2004.

23. Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. In the Application, Woodcock seeks approval of fees totaling $344,359.00 and costs totaling $52,575.43 for its services from July 1, 2004, through September 30, 2004.

24. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

## DISCUSSION

25. We have no objections to, or issues with any of the Applications.

## CONCLUSION

26. Thus for the period of July 1, 2004, through September 30, 2004 we recommend approval of all fees and expenses for the following applicants:

a. BMC - fees totaling $181,246.00 and costs totaling $5,185.65.

b. Campbell - fees totaling $57,699.00 and costs totaling $4,325.19.

c. Capstone - fees totaling $212,667.25 and costs totaling $2,667.81.

d. Carella (CBBG) - fees totaling $258,508.00 and costs totaling $12,346.06.

e. Casner - fees totaling $66,584.00 and expenses totaling $42,338.01.

f. David T. Austern - fees totaling $16,150.00 and costs totaling $273.00.

g. Duane Morris - fees totaling $55,509.00 and costs totaling $783.31.

h. Ferry Joseph - fees totaling $21,683.50 and costs totaling $2,494.79.

i. HRA - fees totaling $11,310.00 and costs totaling $0.00.

j. HRO - fees totaling $35,050.00 and costs totaling $2,014.79.

k. Klett Rooney - fees totaling $61,893.00 and costs totaling $4,063.50.

l. Kramer Levin - fees totaling $47,550.00 and costs totaling $995.20.

m. L&W - fees totaling $93,064.00 and costs totaling $5,400.76.

n. LAS - fees totaling $35,115.00 and costs totaling $492.96.

o. Nelson Mullins - fees totaling $32,707.00 and costs totaling $589.95.

p. Pachulski - fees totaling $85,547.00 and costs totaling $94,862.01.

q. PG&S - fees totaling $10,863.00 and costs totaling $1,722.87.

r. Pitney Hardin - fees totaling $76,695.00 and costs totaling $14,481.13.

s. Reed Smith - fees totaling $47,586.50 and costs totaling $1,926.34.

t. Steptoe - fees totaling $17,684.00 and costs totaling $1,638.75.

u. SBSF - fees totaling $296,073.25 and costs totaling $14,400.95.

v. Tersigni - fees totaling $232,592.50 and costs totaling $929.78.

w. Woodcock - fees totaling $344,359.00 and costs totaling $52,575.43.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:______________________________

Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of March, 2005.

______________________________
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicants**

Sean A. Allen, President
BMC
6096 Upland Terrace South
Seattle, Washington 98118

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Libby Hamilton
Capstone Corporate Recovery, LLC
Park 80 West, Plaza One
Saddle Brook, N.J. 07663

John M. Agnello
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, N.J. 07068-1700

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Philip Bentley, Esq.
Kramer, Levin, Naftalis & Frankel, L.L.P.
919 Third Avenue
New York, NY 10022

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Anthony J. Marchetta, Esq.
Pitney, Hardin, Kipp & Szuch, LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Richard Keuler, Esq.
Reed Smith LLP
1201 Market Street, Ste. 1500
Wilmington, DE 19801

Douglas Cameron
Reed Smith LLP
P. O. Box 2009
Pittsburgh, PA 15230-2009

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Roger Frankel
Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

Loreto T. Tersigni
Dottie Jo Collins
L. Tersigni Consulting P.C.
1010 Summer Street, Suite 201
Stamford, CT 06905

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801