## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP
## <u>FOR THE FOURTEENTH INTERIM PERIOD</u>

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fourteenth Interim Fee Application of Stroock & Stroock & Lavan, LLP</u> (the "Application").

## BACKGROUND

1.      Stroock & Stroock & Lavan, LLP ("Stroock") was retained as counsel to the Official Committee of Unsecured Creditors.  In the Application, Stroock seeks approval of fees totaling $226,754.50 and costs totaling $6,705.08 for its services from July 1, 2004, through September 30, 2004, as well as payment of fees and costs of $67,569.50 for Navigant Consulting ("Navigant"), an asbestos issues expert[1].

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. 330,  Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

---

[1] We do not review the fees and expenses of Navigant per Stroock's request.

Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served on Stroock an initial report based on our review, and received a response from Stroock, portions of which response are quoted herein.

## DISCUSSION

3.    We noted that on September 27, 2004, LK traveled.  The total time spent was 1.50 hours for a fee of $1,125.00.  The entry is provided below.

09/27/04    LK    4.70    ..................; travel to and from Court (1.5).

Rule 2016-2(d)(viii) states, "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates."  We asked Stroock to explain why the cited time entry should not be billed at 50%.  The firm responded as follows:

> The Report notes that the Application seeks reimbursement in the amount of $1,125.00 with respect to Lewis Kruger's 1.5 hours of travel time to and from Court and questions whether the travel time should have been billed at 50% of the regularly hourly rate.  Mr. Kruger traveled to Wilmington to attend the omnibus hearings before Judge Fitzgerald on that date, and in the course of that travel reviewed Grace-related materials.  Accordingly, the time was properly billed to Hearings, Category 0037, rather than Travel - Non-Working, Category 0035.  Stroock's timekeepers are aware that when they travel and do not perform services in connection with these cases that such amounts should be in Category 0035 and billed at 50% of their regular hourly rates. (Report at paragraph 4)

We appreciate the response and offer no objection to this fee.

4.    Finally, we noted two meal expenses totaling $513.62 that require greater explanation.

The entries are provided below.

| 07/09/2004 | VENDOR: Europa; INVOICE#: 2486/3; DATE: 6/29/2004 - L. Kruger | 43.89 |
|---|---|---|
| 08/01/2004 | VENDOR: Seamless Web; INVOICE#: 47514; DATE: 07/28/04 - Petaks Catering; Ordered on 07/27/04; | 469.73 |

We asked Stroock to provide greater detail regarding these expenses.  Stroock responded as follows:

> The Report notes that Stroock seeks reimbursement in the aggregate amount of $513.62 in respect of two expenses for meals for which the Fee Auditor requests additional detail information.  (Report at paragraph 5).
> The first expense, in the amount of $43.89 occurred on June 29, 2004.  This expense was for breakfast provided during a meeting attended by three attorneys at Stroock and two attorneys for David Austern, the futures representative.  The second expense, in the amount of $469.73, was for lunch provided during a Creditors' Committee meeting on July 9, 2004 attended by approximately 25 persons.  Stroock submits that these two expenses should be reimbursed in their entirety.

We appreciate the response and offer no objection to these expenses.

## CONCLUSION

5.    Thus we recommend approval of fees totaling $226,754.50 and costs totaling $6,705.08 for Stroock's services from July 1, 2004, through September 30, 2004, as well as payment of fees and costs of $67,569.50 for Navigant.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
          Warren H. Smith
          Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of March, 2005.

_____
          Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Alexandra Caskadon
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801