UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 Cases |
| W.R. GRACE & CO., *et al.*, ) | |
| ) | Case No. 01-01139 (JJF) |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LISTS

Francis J. Murphy of the Law Firm of Murphy Spadaro and Landon, as counsel for Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies requests that he be removed from any and all service lists in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in these proceedings.

Respectfully submitted,

/s/ Francis J. Murphy
Francis J. Murphy, I.D. No. 223
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
Tel: 302-472-8100
Fax: 302-472-8135
E-Mail: Fmurphy@msllaw.com

Attorneys for Certain Underwriters at
Lloyd's, London and Certain London Market
Insurance Companies

00112283