**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: March 28, 2005 @ 4:00 p.m. |

**FORTY-SECOND MONTHLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *January 1, 2005 through and including
January 31, 2005*

Amount of Compensation sought as
actual, reasonable and necessary: *$132,776.50*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$8,060.80*

This is a(n):    _x_   monthly          __   interim application

KL2:2377541.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |

- 2 -

KL2:2377541.1

| | | | |
|---|---|---|---|
| January 14, 2003 | November 1, 2002<br>November 30, 2002 | $18,704.00<br>$652.12 | $18,704.00<br>$633.86 |
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003 | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003 | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003 | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25,2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |

KL2:2377541.1

| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | $7,110.40<br>$545.85 |
|---|---|---|---|
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
| November 1, 2004 | January 1, 2004<br>March 31, 2004 | $48,415.50<br>$1,840.66 | pending |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$389.30 | $2,874.70[1]<br>$0.00 |
| August 3, 2004 | May 1,2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | $8,672.00<br>$1,279.24 |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | $18,561.60<br>$172.12 |
| October 1, 2004 | July 1, 2004<br>July 31, 2004 | $13,523.50<br>$33.62 | $10,818.40<br>$33.62 |
| October 29, 2004 | August 1, 2004<br>August 31, 2004 | $9,543.50<br>$125.25 | $7,634.80<br>$125.25 |
| November 2, 2004 | September 1, 2004<br>September 30, 2004 | $24,483.00<br>$836.33 | $19,586.40<br>$836.33 |
| November 23, 2004 | October 1, 2004<br>October 31, 2004 | $128,959.00<br>$6,922.76 | $103,167.20<br>$6,922.76 |
| December 28, 2004 | November 1, 2004<br>November 30, 2004 | $153.725.00<br>$4,236.79 | $122,980.00<br>$4,236.79 |
| February 2, 2005 | December 1, 2004<br>December 31, 2004 | $123,833.00<br>$3,246.49 | $102,312.89<br>$3,246.49 |

## SUMMARY OF TIME FOR BILLING PERIOD
## JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Nadler, Ellen R. | 630.00 | 43.40 | $28,644.00 |
| Bentley, Philip | 565.00 | 33.20 | $19,754.00 |
| Mayer, Thomas Moers | 690.00 | 1.40 | $1,015.00 |
| Horowitz, Gregory A. | 525.00 | 57.60 | $32,256.00 |
| Becker, Gary M. | 495.00 | 57.70 | $30,004.00 |
| Novod, Gordon | 390.00 | 8.80 | $3,608.00 |

[1] Kramer Levin has only received the 20% holdback for April 2004. We currently are owed 80% fees ($11,498.80) and 100% expenses ($389.30)

- 4 -

KL2:2377541.1

| | | | |
|---|---|---|---|
| Dimos, Bill | 250.00 | 4.30 | $1,182.50 |
| Koevary. Jonathan T. | 250.00 | 8.90 | $2,447.50 |
| Segal, Amanda J. | 250.00 | 37.30 | $10,257.50 |
| Mangual, Kathleen | 205.00 | 12.30 | $2,521.50 |
| Shea, James | 205.00 | 0.30 | $61.50 |
| Lipton, Matthew | 205.00 | 5.00 | $1,025.00 |
| **Total** | | **270.20** | **$132,776.50** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/05 through 1/31/05 | Total Fees for the Period 1/1/05 through 1/31/05 |
|---|---|---|
| Case Administration | 29.00 | $7,298.50 |
| Creditor Committee | 12.60 | $6,911.50 |
| Bankruptcy Motions | 10.30 | $4,997.50 |
| Reorganization Plan | 62.60 | $24,189.50 |
| Fee Applications, Applicant | 6.90 | $2,517.00 |
| Claim Analysis Objection (Asbestos) | 136.60 | $79,843.50 |
| Hearings | 7.10 | $4,134.50 |
| Travel/Non Working | 5.10 | $2,884.50 |
| **Total** | **270.20** | **$132,776.50** |

KL2:2377541.1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 1/1/05 through 1/31/05 |
|---|---:|
| Veloboundings | $37.50 |
| Tabs | $60.00 |
| Photocopying | $1,808.10 |
| Long-Distance Tel. | $1.18 |
| Westlaw On-Line Research | $342.84 |
| Lexis/Nexis On-Line Research | $2,594.93 |
| Messenger/Courier | $9.96 |
| Cab Fares | $90.00 |
| Meals/In House | $65.00 |
| In-House/Meals | $48.29 |
| Out-of-town Travel | $2,426.90 |
| Meal/T&E | $38.85 |
| Document Retrieval Fees | $537.25 |
| **Total** | **$8,060.80** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____

Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: March 7 , 2005

- 6 -