## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: March 28, 2005 |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## SEVENTH MONTHLY INTERIM APPLICATION OF
## CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Seventh Monthly Application of CIBC World Markets Corp. for Compensation for

Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time

period December 1, 2004 through December 31, 2004 seeking payment of fees in the amount of

$80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $97.39 (the

"Application") for a total of $80,097.39.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 28, 2005 at 4:00 p.m. Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

2

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

      Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

                     SWIDLER BERLIN LLP

                     By: _____

                       Roger Frankel, *pro hac vice admission*
                       Richard H. Wyron, *pro hac vice admission*
                       3000 K Street, NW, Suite 300
                       Washington, DC 20007
                       (202) 424-7500
                       Counsel to David T. Austern,
                       As Future Claimants' Representative

Dated: March 8, 2005

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., <u>et</u> <u>al</u>.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: March 28, 2005 |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**SEVENTH MONTHLY INTERIM APPLICATION OF**
**CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR**
**TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
<u>**DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**</u>

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | December 1, 2004 – December 31, 2004 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $97.39 |

This is a   <u>x</u> monthly            __ interim                ____ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

**DECEMBER 2004**

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 32.0 | NA |
| Case Administration Related | 2.50 | NA |
| Financial Analysis Related | 173.0 | NA |
| Plan & Disclosure Statement Related | 34.0 | NA |
| **TOTAL** | **241.5** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

**DECEMBER 2004**

| Expense Category | Total |
|---|---|
| Research | 97.39 |
| **TOTAL** | **$97.39** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
    Joseph J. Radecki, Jr.
    300 Madison Avenue
    New York, New York 10017
    (212) 885-4744
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: March 7, 2005

---

CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 12/2/2004 | 1.0 | Business operations | Meetings with CIBC team re: various case issues |
| Ritwik Chatterjee | 12/2/2004 | 1.3 | Business operations | Internal CIBC meetings re: various case issues |
| Joanna Wa | 12/2/2004 | 1.3 | Business operations | Internal CIBC meetings re: various case issues |
| Jonathan Brownstein | 12/3/2004 | 2.0 | Business Operations | Review of Case Filings |
| Ritwik Chatterjee | 12/3/2004 | 1.5 | Business operations | Internal CIBC meetings re: various case issues |
| Joseph Radecki | 12/6/2004 | 1.5 | Business operations | Review case docket |
| Jonathan Brownstein | 12/6/2004 | 1.0 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/6/2004 | 1.0 | Business operations | Review case docket |
| Jonathan Brownstein | 12/7/2004 | 0.5 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/7/2004 | 1.8 | Business operations | Review case docket |
| Joseph Radecki | 12/8/2004 | 2.5 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/8/2004 | 2.8 | Business operations | Review case docket |
| Joanna Wa | 12/8/2004 | 2.5 | Business operations | Review case docket; discussion with Brownstein re: same |
| Joseph Radecki | 12/9/2004 | 2.0 | Business operations | Discussion with Radecki re: case issues |
| Jonathan Brownstein | 12/9/2004 | 1.0 | Business operations | Internal CIBC meetings re: various case issues |
| Ritwik Chatterjee | 12/9/2004 | 1.5 | Business operations | Internal CIBC meetings re: various case issues |
| Joanna Wa | 12/9/2004 | 1.5 | Business operations | Internal CIBC meetings re: various case issues |
| Jonathan Brownstein | 12/10/2004 | 0.5 | Business Operations | Review of Case Filings |
| Joanna Wa | 12/10/2004 | 1.0 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/13/2004 | 2.0 | Business operations | Review case docket |
| Joanna Wa | 12/13/2004 | 8.5 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/14/2004 | 2.0 | Valuation analysis | Review financial analysis |
| Jonathan Brownstein | 12/14/2004 | 5.0 | Valuation analysis | Various financial analysis |
| Ritwik Chatterjee | 12/14/2004 | 6.0 | Valuation analysis | Various financial valuation analysis |
| Joanna Wa | 12/14/2004 | 6.0 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/15/2004 | 3.8 | Valuation analysis | Review valuation analysis |
| Jonathan Brownstein | 12/15/2004 | 7.0 | Valuation analysis | Various financial analysis |
| Ritwik Chatterjee | 12/15/2004 | 4.0 | Valuation analysis | Various financial valuation analysis |
| Joanna Wa | 12/15/2004 | 7.0 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/16/2004 | 3.8 | Financial analysis | Review financial analysis |
| Jonathan Brownstein | 12/16/2004 | 5.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 12/16/2004 | 4.5 | Financial analysis/Valuation analysis | Various financial valuation analysis |
| Joanna Wa | 12/16/2004 | 8.3 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/17/2004 | 3.5 | Valuation analysis | Review valuation work by Debtor |
| Jonathan Brownstein | 12/17/2004 | 3.5 | Valuation analysis | Review of Debtor's Valuation, review of case filings |
| Ritwik Chatterjee | 12/17/2004 | 3.0 | Valuation analysis | Review of Debtor's Valuation |
| Joanna Wa | 12/17/2004 | 6.3 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/20/2004 | 1.8 | Plan and Disclosure Statement | Review other filings in case |
| Jonathan Brownstein | 12/20/2004 | 2.5 | Hearing Attendance | Attending via telephone hearing held on December 20, 2004 |
| Joanna Wa | 12/20/2004 | 3.0 | Valuation analysis | Review debtor's valuation |
| Joseph Radecki | 12/21/2004 | 1.5 | Plan and Disclosure Statement | Review other filings in case, meet with team re: various analysis |
| Jonathan Brownstein | 12/21/2004 | 6.0 | Plan and Disclosure Statement / Financial | Various financial analysis |
| Ritwik Chatterjee | 12/21/2004 | 6.0 | Financial Analysis | Various financial valuation analysis; CIBC team meeting re: same topic |
| Joanna Wa | 12/21/2004 | 6.0 | Financial analysis / valuation | Financial analysis and valuation work, internal team meetings re: same |
| Joseph Radecki | 12/22/2004 | 4.0 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 12/22/2004 | 4.3 | Financial Analysis | Various financial analysis |
| Ritwik Chatterjee | 12/22/2004 | 2.0 | Valuation analysis | Valuation, discussions with Wa re: same |
| Joanna Wa | 12/22/2004 | 4.0 | Financial analysis / valuation | Financial analysis and valuation work, Discussions with Chatterjee re: same |
| Joseph Radecki | 12/23/2004 | 2.8 | Valuation analysis | Review valuation analysis |
| Jonathan Brownstein | 12/23/2004 | 4.5 | Valuation analysis | Various valuation analysis |
| Ritwik Chatterjee | 12/23/2004 | 3.0 | Business operations | Review case docket, discussions with Wa re: financial analysis |
| Joanna Wa | 12/23/2004 | 5.0 | Financial analysis / valuation | Financial analysis and valuation work, Discussions with Chatterjee re: same |
| Jonathan Brownstein | 12/24/2004 | 6.8 | Valuation analysis | Various valuation analysis |
| Joseph Radecki | 12/27/2004 | 3.0 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 12/27/2004 | 6.0 | Plan and Disclosure Statement / Financial | Various financial analysis |
| Ritwik Chatterjee | 12/27/2004 | 6.0 | Plan and Disclosure Statement / Financial | Various financial analysis |
| Joanna Wa | 12/27/2004 | 6.0 | Financial Analysis/ Plan & DS | Financial analysis and valuation work |
| Joseph Radecki | 12/28/2004 | 3.3 | Financial analysis | Various financial analysis |
| Jonathan Brownstein | 12/28/2004 | 6.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 12/28/2004 | 4.0 | Financial analysis | Various recovery analysis, other financial analysis |
| Joanna Wa | 12/28/2004 | 5.5 | Financial analysis | Recovery analyses |
| Joseph Radecki | 12/29/2004 | 2.0 | Plan Analysis / Financial analysis | Discussion of recoveries in case with team members, analysis re: same |
| Jonathan Brownstein | 12/29/2004 | 6.3 | Plan Analysis | Preparation of Recovery Analysis / Comparison to Prior Negotiations, discuss same with internal group |
| Ritwik Chatterjee | 12/29/2004 | 3.8 | Financial analysis | Various recovery analysis, other financial analysis |
| Joanna Wa | 12/29/2004 | 4.0 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/30/2004 | 1.8 | Plan Analysis | Comparison of recovery scenarios to previous negotiations |
| Jonathan Brownstein | 12/30/2004 | 3.0 | Plan Analysis | Preparation of Recovery Analysis / Comparison to Prior Negotiations |

# EXHIBIT B

### W.R. Grace & Co.
### CIBC Expense Detail Report (December 1, 2004 – December 31, 2004)

| Expense Item | Date Posted | Amount |
|---|---|---|
| Thomson Financial | 12/03/04 | 47.69 |
| Thomsom Financial | 12/13/04 | <u>49.70</u> |
| Subtotal Research: | | $97.39 |
| **TOTAL EXPENSES** | | **$97.39** |

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                          |     |                           |
|--------------------------|-----|---------------------------|
| In re:                   | )   | **Chapter 11**            |
|                          | )   |                           |
| **W.R. GRACE & CO., et al.,** | )   | **Case No. 01-01139 (JKF)** |
|                          | )   |                           |
|                          | )   | **(Jointly Administered)** |
| Debtors.                 | )   |                           |

## AFFIDAVIT

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1.      I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.        I have reviewed the Seventh Monthly Interim Application of CIBC World

Markets Corp. for the time period December 1, 2004 through December 31, 2004 and state that

the information set forth therein is true and correct to the best of my knowledge, information and

belief.

_____
Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 7th day of March, 2005

_____

My commission expires:



## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on March 8, 2005, I caused the *Notice, Seventh Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period December 1, 2004 through December 31, 2004, Affidavit, Exhibit A, and Exhibit B,* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

***Regular Mail***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets, P.O. Box 27
Wilmington, DE 19899

***Regular Mail***
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

***Regular Mail and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

***Regular Mail and E-mail: william.sparks@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

***E-mail: meskin@del.camlev.com***
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP