IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 28, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5



# NELSON MULLINS

Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

February 22, 2005  
Invoice 668823  Page 1

Our Matter #         02399/06000                    For Services Through 01/31/05  
WR Grace #           063-KL-721490-01-501251  
Name of Matter:      General

| Date | Description | | |
|---|---|---|---|
| 01/04/05 | Confer with Attorney Hawkins regarding air applicability issue (0.1); review notes and regulations relating to issue (1.1); detailed voice mail message to agency to clarify issue (0.1); status memorandum to client (0.1); confer with agency representatives (0.4); research regarding EPA materials available (0.9). | | |
| | R.T. CARLISLE                 2.70 hrs.   260.00/hr | | $702.00 |
| 01/05/05 | Review electronic mail memoranda from agency contact (0.1); forward same to Ms. Duff (0.1); review agency's documents on relevant section (0.7); participate in conference call on applicability issue (0.8); review follow-up electronic mail memoranda (0.1); electronic mail memorandum to Attorney Hawkins regarding call (0.1); assign to Paralegal Jennings task of locating additional documents to be reviewed (0.1). | | |
| | R.T. CARLISLE                 2.00 hrs.   260.00/hr | | $520.00 |
| 01/05/05 | Confer with Attorney Carlisle regarding Federal Regulations requested, and then begin on-line research for same. | | |
| | L.J. JENNINGS                 0.90 hrs.   125.00/hr | | $112.50 |
| 01/05/05 | Provide Paralegal Jennings with SIC code manual to be reviewed per her request. | | |
| | K. LUCAS                      0.30 hrs.   75.00/hr | | $22.50 |
| 01/06/05 | Review information relating to applicability issue (1.7); call to EPA contact regarding availability of documents (0.1); assign to Paralegal Jennings task of locating additional relevant information (0.1); follow-up review of information (0.4); | | |
| | R.T. CARLISLE                 2.30 hrs.   260.00/hr | | $598.00 |
| 01/06/05 | Research Lexis for Federal Register documents requested by Attorney Carlisle. | | |
| | L.J. JENNINGS                 0.40 hrs.   125.00/hr | | $50.00 |
| 01/06/05 | On-line research and book review to locate SIC/NAICS Codes, per Attorney Carlisle's request. | | |
| | L.J. JENNINGS                 1.10 hrs.   125.00/hr | | $137.50 |
| 01/06/05 | Continue on-line research to pull and collate multiple Federal Regulations for Attorney Carlisle's review. | | |
| | L.J. JENNINGS                 1.00 hrs.   125.00/hr | | $125.00 |

| Date | Description | | | |
|---|---|---|---|---|
| 01/07/05 | Review documents related to applicability (1.1); communication with agency contact regarding transmission of background document regarding applicability issue (0.2). | | | |
| | R.T. CARLISLE | 1.30 hrs. | 260.00/hr | $338.00 |
| 01/09/05 | Review background documents. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |
| 01/10/05 | Respond to question regarding air applicability issue (0.3); review background information on air applicability issue forwarded from Attorney Carlisle (0.4); review additional information on applicability of Subpart UUU and provide input to Attorney Carlisle for follow-up work (1.1). | | | |
| | B.F. HAWKINS, JR. | 1.80 hrs. | 290.00/hr | $522.00 |
| 01/10/05 | Complete review of background documents (1.6); confer with client regarding applicability issue (0.9); electronic mail memorandum to Attorney Hawkins regarding conference call and action items (0.2); communications with Attorney Hawkins regarding same (0.2). | | | |
| | R.T. CARLISLE | 2.90 hrs. | 260.00/hr | $754.00 |
| 01/11/05 | Review information on air applicability question. | | | |
| | B.F. HAWKINS, JR. | 0.40 hrs. | 290.00/hr | $116.00 |
| 01/18/05 | Confer with Attorney Carlisle regarding status of audit request. | | | |
| | L.J. JENNINGS | 0.10 hrs. | 125.00/hr | $12.50 |
| 01/19/05 | Continue development of response to audit letter, conformance to procedures for response. | | | |
| | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
| 01/19/05 | Review incoming correspondence for two separate issues, then instruct Project Assistant Lucas regarding updating file with same. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 125.00/hr | $50.00 |
| 01/20/05 | Locate and provide information for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 01/21/05 | Locate and provide information for Attorney Hawkins' review. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 01/24/05 | Review Audit Response Letter. | | | |
| | M.D. BRYAN | 0.30 hrs. | 400.00/hr | $120.00 |
| 01/24/05 | Complete audit response, coordinate with reviewer, Attorney Bryan, and send to accountant. | | | |
| | N.J. SMITH | 1.40 hrs. | 290.00/hr | $406.00 |
| 01/24/05 | Confer with Attorney Smith and Accounting Department to assist with completion of audit request for client, then review summaries and multiple other documents to prepare correspondence to Attorneys Melchers and Carlisle requesting factual edits, per request of Attorney Smith. | | | |
| | L.J. JENNINGS | 1.30 hrs. | 125.00/hr | $162.50 |
| 01/25/05 | Complete response letter with Attorney Bryan's comments. | | | |
| | N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 01/25/05 | Review audit response letter. | | | |
| | M.D. BRYAN | 0.10 hrs. | 400.00/hr | $40.00 |
| 01/25/05 | Review draft response to auditor's request (0.1); confer with Attorney Smith regarding scope of request (0.1); confer with Attorney Melchers regarding status of Beaco Road and Li Tungsten sites (0.2); draft revisions to response to auditor's request and transmit same to Attorney Smith and Paralegal Jennings (0.2). | | | |
| | R.T. CARLISLE | 0.60 hrs. | 260.00/hr | $156.00 |

| | | | |
|---|---|---|---|
| 01/25/05 | Create folder for incoming information regarding bankruptcy (0.3); create expando for new air applicability issue update same with correspondence folder containing incoming correspondence (0.5); create new expando for "real estate work" and create correspondence folder then collate and add same (0.5); create pleadings/orders folder and index for incoming order then update real estate work expando with same (0.4). | | |
| | K. LUCAS | 1.70 hrs.   75.00/hr | $127.50 |

**Fees for Legal Services**.................................................................................................. **$5,574.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.90 | 290.00 | 841.00 |
| B.F. HAWKINS, JR. | 2.20 | 290.00 | 638.00 |
| M.D. BRYAN | 0.40 | 400.00 | 160.00 |
| R.T. CARLISLE | 12.00 | 260.00 | 3,120.00 |
| L.J. JENNINGS | 5.20 | 125.00 | 650.00 |
| K. LUCAS | 2.20 | 75.00 | 165.00 |
| TOTAL | 24.90 | $223.86 | $5,574.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 01/04/2005 | Telephone 1-202-564-7016 | 0.10 |
| 01/06/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 2.00 | 0.71 |
| 01/06/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 | 0.39 |
| 01/06/2005 | Service: NEXIS SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 0.36 |
| 01/06/2005 | Service: NEXIS SERVICE; Charge Type: SEARCHES; Quantity: 2.00 | 6.83 |
| 01/06/2005 | Telephone 1-202-564-7016 | 0.10 |
| 01/06/2005 | Telephone 1-212-637-3165 | 0.05 |
| 01/07/2005 | Telephone 1-609-720-4346 | 0.05 |
| 01/10/2005 | Telephone 1-410-531-4210 | 0.05 |
| 01/12/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 3.00 | 23.36 |
| 01/13/2005 | Telephone 1-212-637-3165 | 0.10 |
| 01/13/2005 | Telephone 1-212-637-3165 | 0.10 |
| 01/14/2005 | Telephone 1-212-637-3165 | 0.05 |
| 01/19/2005 | Telephone 1-410-531-4210 | 0.05 |
| 01/25/2005 | Telephone 1-410-531-4210 | 0.15 |
| 01/27/2005 | Telephone 1-212-637-3165 | 0.20 |
| 01/28/2005 | Telephone 1-212-637-3165 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred**................................... **$32.75**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 31.65 |
| Telephone | 1.10 |
| TOTAL | $32.75 |

**Net current billing for this invoice** ............................................................................... **$5,606.75**

**GRAND TOTAL**............................................................................................................... **$5,606.75**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $5,574.00 |
| Charges for Other Services Provided/Expenses Incurred | $32.75 |
| **Net current billing for this invoice** ............................................................. | **$5,606.75** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  February 22, 2005
ATTN: Lydia Duff, Esq.  Invoice 668824  Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #     02399/06003                       For Services Through 01/31/05
WR Grace #       063-KL-721490-01-501270
Name of Matter:  Beaco Road Site

01/21/05   Locate and provide information to Attorney Carlisle for scheduled conference call.
           L.J. JENNINGS                  0.20 hrs.   125.00/hr            $25.00

01/25/05   Update file with incoming correspondence for Attorney Carlisle.
           K. LUCAS                       0.10 hrs.   75.00/hr              $7.50

**Fees for Legal Services**............................................................................ **$32.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 0.30 | $108.33 | $32.50 |

**Net current billing for this invoice** .................................................................. **$32.50**

**GRAND TOTAL**....................................................................................................... **$32.50**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---:|
| Fees for Professional Services | $32.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ............................................................... | **$32.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON
### Nelson Mullins Riley & Scarborough, L.L.P.
# MULLINS

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

February 22, 2005  
Invoice 668825  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/31/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

01/20/05   Begin review of RMT submittal to DHEC received today.  
N.J. SMITH                                         0.30 hrs.    290.00/hr                    $87.00

01/26/05   Review message and information regarding stormwater discharge (0.1); complete review of submittal to DHEC after approval of delineation, note isolated wetlands and potential issue for DHEC on wetland impacts not under Nationwide Permit program (0.4).  
N.J. SMITH                                         0.50 hrs.    290.00/hr                    $145.00

**Fees for Legal Services** ................................................................................................ **$232.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.80 | 290.00 | 232.00 |
| TOTAL | 0.80 | $290.00 | $232.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

01/20/2005    Photocopies 27 Page(s)                                                                    1.35  
**Total Charges for Other Services Provided/Expenses Incurred** .................................... **$1.35**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| TOTAL | $1.35 |

**Net current billing for this invoice** .......................................................................... **$233.35**

**GRAND TOTAL**............................................................................................................ **$233.35**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $232.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.35 |
| **Net current billing for this invoice** | **$233.35** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON MULLINS

### Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

February 22, 2005  
Invoice 668829  Page  1

Our Matter #         02399/06091                          For Services Through 01/31/05  
Name of Matter:     Fee Applications


| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/26/05 | Call from Attorney Melchers regarding status of 14th Interim Fee Application and other matters. | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/26/05 | Edit and revise Project Category Summary spreadsheet. | B.J. BURN | 0.70 hrs. | 220.00/hr | $154.00 |
| 01/26/05 | Follow up on status of 15th Quarterly Fee Application (0.1); update tracking chart (0.1). | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/26/05 | Draft 15th Quarterly Fee Application for attorney review. | A.R. PRICE | 2.10 hrs. | 105.00/hr | $220.50 |
| 01/27/05 | Edit 15th Quarterly Fee Application and review. | B.J. BURN | 0.50 hrs. | 220.00/hr | $110.00 |
| 01/27/05 | Research Pacer for entry of Order on 13th Quarterly Fee Application and update chart (0.1); update Attorney Hawkins on same (0.1). | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/27/05 | Finalize 15th Quarterly Fee Application for attorney review. | A.R. PRICE | 1.30 hrs. | 105.00/hr | $136.50 |
| 01/31/05 | Further edits and revisions to 15th Quarterly Fee Application | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |

**Fees for Legal Services** ................................................................................ **$797.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 2.00 | 220.00 | 440.00 |
| A.R. PRICE | 3.40 | 105.00 | 357.00 |
| TOTAL | 5.40 | 147.59 | 797.00 |

**Net current billing for this invoice** .................................................................................... **$797.00**

**GRAND TOTAL**............................................................................................................... **$797.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---|
| Fees for Professional Services | $797.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$797.00** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON MULLINS
Nelson Mullins Riley & Scarborough, L.L.P.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                           February 22, 2005
ATTN: Vicki B. Finkelstein                              Invoice 668830  Page 1
7500 Grace Drive
Columbia, MD  21044


Our Matter #         02399/09007                    For Services Through 01/31/05
Name of Matter:      Alchem Chemical Co.


01/20/05   Review client documents (0.9); prepare first amendment to contract for purchase and sale of Fulton County property (1.1); telephone conferences with Mr. McKenzie and Ms. Finklestein regarding same (0.5).
           J.E. HOLMES                            2.50 hrs.   260.00/hr          $650.00

01/25/05   Review submittal to EPA on assessment plan.
           N.J. SMITH                             0.20 hrs.   290.00/hr           $58.00

**Fees for Legal Services** .................................................................................. **$708.00**

### BILLING SUMMARY

|            | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.20  | 290.00  | 58.00   |
| J.E. HOLMES| 2.50  | 260.00  | 650.00  |
| TOTAL      | 2.70  | 262.22  | 708.00  |

**Net current billing for this invoice** ................................................................. **$708.00**

**GRAND TOTAL** ........................................................................................... **$708.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

---

Fees for Professional Services                                           $708.00
Charges for Other Services Provided/Expenses Incurred                    $0.00

**Net current billing for this invoice** ............................................................... **$708.00**

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC