## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: March 28, 2005 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### NINTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, formerly Swidler Berlin Shereff Friedman, LLP, counsel to David T.

Austern, Future Claimants' Representative (the "FCR"), has filed and served its Eighth Monthly

Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement

of Expenses as counsel to the FCR for the time period January 1, 2005 through January 31, 2005

seeking payment of fees in the amount of $50,702.60 (80% of $63,378.25) and expenses in the

amount of $7,490.31 (the "Application") for a total of $58,192.91.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **March 28, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

      Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By: _____

    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC 20007
    (202) 424-7500
    Co-Counsel to David T. Austern, Future Claimants
    Representative

    --and--

    PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)
    Co-Counsel to David T. Austern, Future Claimants
    Representative

Dated: March 8, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| Debtors. | ) | Objection Deadline: March 28, 2005 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO NINTH MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JANUARY 1, 2005 THROUGH JANUARY 31, 2005</u>**

Name of Applicant:                     Swidler Berlin LLP, formerly Swidler Berlin
                                       Shereff Friedman, LLP ("SBSF")

Authorized to Provide Professional
Services to:                           David T. Austern, Future Claimants' Representative
                                       (the "FCR")

Date of Retention:                     SBSF Retention Order entered September 27, 2004

Period for which compensation is
sought:                                January 1, 2005 through January 31, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:  $63,378.25

80% of fees to be paid:                $50,702.60[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $ 7,490.31

Total Fees @ 80% and 100%
Expenses:                              $58,192.91

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized
  and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    X    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 3.40 hours and the corresponding fees are $635.50 and $8.31 in expenses for SBSF's fee applications and .40 hours and $78.00 in fees and $895.30 in expenses for the FCR and/or is other professional's fee applications.   Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's ninth interim fee application for the period January 1-31, 2005; Swidler has also filed the following:  its eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses for a total amount of $75,143.30; its seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ $4,182.19 for a total of $82,236.59; its sixth interim fee application for the time period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60 for a total of $95,700.40; its fifth interim fee application for the period September 1-30, 2004 on November 16, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses for a total of $129,718.24; its fourth interim fee application for the period August 1-31, 2004 on November 4, 2004 in the amount of  $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses for a total of $42,629.66; its third interim fee application for the period July 1-31, 2004 on November 4, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses for a total of $78,911.65; its second interim fee application for the period June 1-30, 2004 on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2; and its first interim fee application for the period May 1-31, 2004 on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.  To date, Swidler has received a payment from the Debtors in the amount of $363,650.37 representing $333,403.40 in fees (at 80%) and $30,246.97 in expenses (at 100%) for the time period May 24, 2004 through September 30, 2004 and a payment in the amount of $19,993.70 representing the 20% holdback on fees for the time period May and June 2004.

2

## COMPENSATION SUMMARY

### JANUARY 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 36.70 | $23,445.75[3] |
| Mark J. Plumer | Partner, 11 years in position; 18 years relevant experience; 1987, Insurance Litigation | $555.00 | .60 | $333.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 46.80 | $23,871.00[4] |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $355.00 | 1.30 | $461.50 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 35.60 | $9,078.00 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | 6.20 | $2,418.00 |
| Rachael M. Barainca | File Clerk | $60.00 | 40.60 | $2,436.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 3.40 | $663.00 |
| Michael A. Scarpato | Senior Consultant | $210.00 | 3.20 | $672.00 |
| Total | | | 174.40 | $63,378.25 |
| Blended Rate: $363.40 | | | | |

---

2 The hourly billing rates reflect Swidler's 2005 rates which went into effect January 1, 2005.

3 This amount reflects a 50% reduction in the amount of $225.75 for non-working travel time.

4 This amount reflects a 50% reduction in the amount of $1,635.00 for non-working travel time.

## COMPENSATION BY PROJECT CATEGORY

### JANUARY 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 28.80 | $3,006.00 |
| Compensation of Professionals-Swidler | 3.40 | $635.50 |
| Compensation of Professionals-Other | .40 | $78.00 |
| Litigation | 72.00 | $41,493.00 |
| Insurance Matters | 12.10 | $4,627.50 |
| Plan and Disclosure Statement | 40.40 | $8,384.50 |
| Retention of Professionals-Other | 10.60 | $3,293.00 |
| Travel Time (Non-Working)[5] | 6.70 | $1,860.75 |
| TOTAL | 174.40 | $63,378.25 |

## EXPENSE SUMMARY

### JANUARY 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $3,969.15 |
| Telephone/Facsimile | $9.02 |
| Postage/Federal Express/Courier Fees | $90.80 |
| Computerized Legal Research | $2,110.92 |
| Pacer | $31.72 |
| Travel | $1,278.70 |
| TOTAL | $7,490.31 |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: March 8, 2005

---

5 In accordance with the Local Rules of this Court, SBSF bills its hourly rates at a 50% reduced rate for non-working travel time.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## <u>VERIFICATION</u>

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.     I am a partner of the applicant law firm Swidler Berlin LLP ("SBSF") and have been admitted *pro hac vice* to appear in these cases.

2.     I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the invoices attached as Exhibit A hereto.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8th DAY OF MARCH, 2005

Notary Public

My commission expires: October 31, 2007

Katherine Ann Swall
Notary Public in and for
The District of Columbia

# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# <u>JANUARY 1-31, 2005</u>

# SWIDLER BERLIN

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05

CLIENT/CASE: 25369.0001

INVOICE NUMBER: 283115

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (1.5). | 3.00 |
| 01/03/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/04/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/04/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (1.0). | 2.50 |
| 01/05/05 | Roger L. Frankel | Review docket entries. | 0.30 |
| 01/06/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |
| 01/07/05 | Rachael M. Barainca | Review Court docket (.3); download documents and distribute (.3); update pleadings binders (.9). | 1.50 |
| 01/10/05 | Rachael M. Barainca | Review Court docket (.3); download documents and distribute (.3); update pleadings binders (.9). | 1.50 |
| 01/10/05 | Debra O. Fullem | Review docket update. | 0.10 |

David Austern, FCR (for W.R. Grace & Co,)                        CLIENT:  25369
02/28/05                                                         MATTER: .0001
Page 2                                                           INVOICE: 283115

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/10/05 | Debra L. Felder | Telephone conference with J. Brownstein regarding upcoming hearings. | 0.20 |
| 01/11/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (1.0). | 2.50 |
| 01/12/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (1.0). | 2.00 |
| 01/12/05 | Roger L. Frankel | Telephone conference with D. Austern re case status, issues. | 0.30 |
| 01/13/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (.5). | 2.00 |
| 01/14/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (.5). | 1.50 |
| 01/14/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/14/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 01/15/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/18/05 | Roger L. Frankel | Review 8-K. | 0.20 |
| 01/18/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/18/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (1.0). | 2.00 |
| 01/19/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 01/21/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/21/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/21/05 | Rachael M. Barainca | Review Court docket and download documents and distribute (.5); update pleadings binders (.5). | 1.00 |
| 01/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 01/24/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |

David Austern, FCR (for W.R. Grace & Co,)  
02/28/05  
Page 3

CLIENT:  25369  
MATTER: .0001  
INVOICE: 283115

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 01/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 01/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 01/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 01/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 01/28/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/29/05 | Roger L. Frankel | Review Grace 8K dated January 26. | 0.40 |
| 01/29/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/31/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 1.20 | $774.00 |
| Debra L. Felder | $255.00 | 2.40 | $612.00 |
| Debra O. Fullem | $195.00 | 0.80 | $156.00 |
| Rachael M. Barainca | $60.00 | 24.40 | $1,464.00 |
| **TOTAL HOURS & FEES** | | **28.80** | **$3,006.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 1,704.00 |
| Telephone | 8.09 |
| Postage | 10.06 |
| **TOTAL OTHER CHARGES** | **$1,722.15** |

David Austern, FCR (for W.R. Grace & Co,)

CLIENT:  25369

02/28/05

MATTER: .0001

Page 4

INVOICE: 283115

**CURRENT INVOICE DUE**......................................................................**$4,728.15**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

| | |
|---|---|
| WASHINGTON, DC OFFICE<br>THE WASHINGTON HARBOUR<br>3000 K STREET, NW, SUITE 300<br>WASHINGTON, D.C. 20007-5116<br>TELEPHONE (202)424-7500<br>FACSIMILE (202) 424-7647 | NEW YORK OFFICE<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>TELEPHONE (212) 973-0111<br>FACSIMILE (212) 891-9598 |

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05

OUR REFERENCE: 25369.0001                                        INVOICE NUMBER: 283115

## INVOICE SUMMARY

TOTAL FEES.................................................................................$3,006.00

TOTAL OTHER CHARGES.....................................................$1,722.15

**TOTAL AMOUNT DUE** ...........................................................**$4,728.15**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
| | |
|---|---|
| Name of Bank: | Citibank, F.S.B. |
| Account Title: | Swidler Berlin Shereff Friedman, LLP |
| ABA Routing No.: | 254070116 |
| Account No.: | 15076288 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

**SWIDLER BERLIN**

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283120

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/05 | Debra O. Fullem | Review November invoices sent to D. Austern; prepare summary of fees and expenses for same. | 0.70 |
| 01/03/05 | Debra O. Fullem | Review and respond to e-mail from D. Felder regarding time entries by J. Fries. | 0.20 |
| 01/10/05 | Richard H. Wyron | Begin review of December pre-bill. | 0.30 |
| 01/11/05 | Richard H. Wyron | Review December pre-bills. | 0.20 |
| 01/19/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (.5). | 1.50 |
| 01/24/05 | Debra O. Fullem | Review and revise December prebill. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 0.50 | $272.50 |
| Debra O. Fullem | $195.00 | 1.40 | $273.00 |
| Rachael M. Barainca | $60.00 | 1.50 | $90.00 |
| **TOTAL HOURS & FEES** | | **3.40** | **$635.50** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
02/28/05                                          MATTER: .0011
Page 2                                            INVOICE: 283120

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 3.75 |
| Postage | 4.56 |
| **TOTAL OTHER CHARGES** | **$8.31** |

**CURRENT INVOICE DUE**......................................................................**$643.81**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0011

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283120

## INVOICE SUMMARY

TOTAL FEES............................................................................$635.50

TOTAL OTHER CHARGES.................................................................$8.31

**TOTAL AMOUNT DUE** ............................................................**$643.81**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283121

CLIENT/CASE: 25369.0012

RE:  Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/25/05 | Debra O. Fullem | Telephone call from Rit Chatterjee at CIBC regarding CNO on October; prepare CNO for same. | 0.30 |
| 01/28/05 | Debra O. Fullem | Review docket information on CIBC's CNO for October fee application. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 0.40 | $78.00 |
| **TOTAL HOURS & FEES** | | **0.40** | **$78.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 859.05 |
| Federal Express | 36.25 |
| **TOTAL OTHER CHARGES** | **$895.30** |

CURRENT INVOICE DUE.................................................................$973.30

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 283121

## INVOICE SUMMARY

TOTAL FEES.................................................................................................$78.00

TOTAL OTHER CHARGES........................................................................$895.30

**TOTAL AMOUNT DUE** ...........................................................................**$973.30**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283117

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/01/05 | Debra L. Felder | Review various pleadings regarding upcoming objection deadlines and update calendar (.5); review pleadings and prepare e-mail summary to R. Frankel, R. Wyron and M. Cheney regarding same (2.7). | 3.20 |
| 01/02/05 | Roger L. Frankel | Review objections to Disclosure and other Confirmation Motions filed by PI Committee, PD Committee, Sealed Air, US Trustee, US (environmental), Libby Claimants. | 3.90 |
| 01/03/05 | Debra L. Felder | Telephone conference with R. Wyron regarding upcoming objection deadlines. | 0.10 |
| 01/03/05 | Richard H. Wyron | Review pleadings on plan-related motions and continue preparation for 1/21 hearing. | 2.30 |
| 01/06/05 | Richard H. Wyron | Review and begin to revise draft objection to exclusivity. | 0.80 |
| 01/07/05 | Richard H. Wyron | Revise objection to exclusivity (.7). | 0.70 |
| 01/07/05 | Roger L. Frankel | Review, revise objection to motion to extend exclusivity (1.2); review, edit revised objection (.4). | 1.60 |
| 01/10/05 | Roger L. Frankel | Review docket entries re various Grace filings. | 0.30 |

David Austern, FCR (for W.R. Grace & Co,)                                    CLIENT:  25369
02/28/05                                                                      MATTER:  .0007
Page 2                                                                        INVOICE: 283117

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/11/05 | Roger L. Frankel | Review various reply briefs of debtor re CMO, confirmation, disclosure. | 2.40 |
| 01/12/05 | Richard H. Wyron | Continue preparation for 1/21 hearing (1.9); review pleadings and organize with R. Barainca (.7); review case calendar and begin hearing outline (.6). | 3.20 |
| 01/13/05 | Richard H. Wyron | Review pleadings filed in connection with plan-related motions and disclosure statement objections. | 0.90 |
| 01/14/05 | Richard H. Wyron | Review Debtors' amended filings to continue preparation for 1/21 hearing. | 2.90 |
| 01/14/05 | Roger L. Frankel | Review debtors' reply in support of Estimation Motion. | 1.20 |
| 01/17/05 | Richard H. Wyron | Prepare for 1/21 hearing by beginning review of debtors' amended documents (1.7); call with J. Radecki re update (.2). | 1.90 |
| 01/18/05 | Richard H. Wyron | Review amended pleadings for 1/21 hearing, including Amended Plan, Amended Disclosure Statement, ZAI motions, Amended Glossary and other pleadings. | 7.20 |
| 01/18/05 | Roger L. Frankel | Review agenda for January 21 hearing; begin to prepare notes re hearing. | 0.60 |
| 01/19/05 | Roger L. Frankel | Review agenda for 1/24 hearing; notes re same. | 0.30 |
| 01/19/05 | Roger L. Frankel | Review confirmation brief of Grace; review notes re argument. | 0.90 |
| 01/19/05 | Roger L. Frankel | Prepare notes, review pleadings in connection with 1/21 hearing. | 0.60 |
| 01/19/05 | Richard H. Wyron | Continue review of pleadings to prepare for 1/21 and 1/24 hearings regarding plan-related motions and disclosure statement (4.2); confer with R. Frankel re strategy and hearings, and follow-up notes (.6). | 4.80 |
| 01/20/05 | Richard H. Wyron | Continue review of pleadings for hearing on 1/21 (including Debtors' replies) (1.8); confer with R. Frankel as to strategy and follow-up notes (.4); meet with PI and PD Committee Counsel to discuss hearing and strategy (1.3). | 3.50 |
| 01/20/05 | Roger L. Frankel | Review modified plan, modified disclosure, chart re modified disclosure, related papers. | 3.50 |

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
02/28/05                                                   MATTER: .0007
Page 3                                               INVOICE: 283117

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/20/05 | Roger L. Frankel | Review various briefs, pleadings in connection with January 21 hearing. | 1.70 |
| 01/20/05 | Roger L. Frankel | Prepare notes for argument for January 21 hearing during travel to Pittsburgh (2.9); confer with R. Wyron re hearing during travel (.4). | 3.30 |
| 01/20/05 | Roger L. Frankel | Confer with Messrs. Baena, Sokolow, Wyron, Lockwood in preparation for hearing. | 2.00 |
| 01/21/05 | Roger L. Frankel | Review file in preparation for hearing (.7); confer with R. Wyron in preparation for hearing (1.2). | 1.90 |
| 01/21/05 | Roger L. Frankel | Attend hearing on objections to disclosure, estimation procedure in Pittsburgh. | 5.70 |
| 01/21/05 | Roger L. Frankel | Telephone conference with client re hearing; prepare notes re hearing during travel to DC. | 2.00 |
| 01/21/05 | Richard H. Wyron | Prepare for hearing, including conference with R. Frankel (1.2); attend hearing on disclosure and plan-related motions (5.3). | 6.50 |
| 01/24/05 | Richard H. Wyron | Participate telephonically in hearing on PD issues and related matters. | 1.20 |
| 01/25/05 | Richard H. Wyron | Call with CIBC as to status and follow-up notes. | 0.20 |
| 01/26/05 | Roger L. Frankel | Telephone conference with D. Austern re estimation process. | 0.20 |
| 01/28/05 | Richard H. Wyron | Review e-mails on Disclosure Statement and draft response. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 32.10 | $20,704.50 |
| Richard H. Wyron | $545.00 | 36.60 | $19,947.00 |
| Debra L. Felder | $255.00 | 3.30 | $841.50 |
| **TOTAL HOURS & FEES** | | **72.00** | **$41,493.00** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 4

CLIENT:  25369
MATTER: .0007
INVOICE: 283117

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 1,334.55 |
| Travel/Airfare | 916.40 |
| Travel/Lodging | 215.46 |
| Travel/Misc. | 58.12 |
| Travel/Parking | 44.00 |
| Travel/Taxis | 35.00 |
| Travel/Tolls | 9.72 |
| **TOTAL OTHER CHARGES** | **$2,613.25** |

**CURRENT INVOICE DUE**.................................................................**$44,106.25**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05

OUR REFERENCE: 25369.0007

INVOICE NUMBER: 283117

## INVOICE SUMMARY

TOTAL FEES......................................................................................$41,493.00

TOTAL OTHER CHARGES..................................................................$2,613.25

**TOTAL AMOUNT DUE** ........................................................**$44,106.25**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0006

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283116

RE:  Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/03/05 | Michael A. Scarpato | Review S. Levitt's memo re proposed ▮▮▮▮▮ ▮▮▮▮ discounts (.2); discuss application of same to the allocation results, with S. Levitt (.2). | 0.40 |
| 01/04/05 | Michael A. Scarpato | Create an allocation results matrix based on S. Levitt's proposed discounts. | 1.90 |
| 01/05/05 | Michael A. Scarpato | Review discounted allocation matrix with S. Levitt; revise and print same. | 0.90 |
| 01/07/05 | Scott J. Levitt | Revise presentation re insurance. | 1.00 |
| 01/10/05 | Scott J. Levitt | Communicate by e-mail with Messrs. Craig and Hughes re ▮▮▮▮▮ settlement agreement. | 0.50 |
| 01/11/05 | Scott J. Levitt | Telephone conference with ▮▮▮▮▮▮▮ re ▮▮▮ settlement agreements (.1); communicate by e-mail with Ms. Baer re Scotts litigation (.2). | 0.30 |
| 01/18/05 | Scott J. Levitt | Review and analyze disclosure statement, plan of reorganization and exhibits thereto (1.3); communicate by e-mail with Messrs. Wyron and Hughes re same (.2). | 1.50 |

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 2

CLIENT: 25369
MATTER: .0006
INVOICE: 283116

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/21/05 | Scott J. Levitt | Review and summarize ▮▮▮▮▮settlement agreements (2.2); draft e-mail to R. Wyron re Disclosure Statement (.1). | 2.30 |
| 01/21/05 | Mark J. Plumer | Office conference with S. Levitt re case status (.1). | 0.10 |
| 01/25/05 | Richard H. Wyron | Call to S. Levitt and review e-mails regarding Continental Casualty settlement notes. | 0.60 |
| 01/25/05 | Scott J. Levitt | Review motion to approve CNA settlement (.3); draft e-mail to R. Wyron re same (.1). | 0.40 |
| 01/25/05 | Mark J. Plumer | Follow-up with R. Wyron (.1) and S. Levitt (.1) re project status; review new allocation runs (.3). | 0.50 |
| 01/28/05 | Roger L. Frankel | Confer with R. Wyron re Continental Casualty settlement (.2); review debtors motion to approve (.4). | 0.60 |
| 01/28/05 | Richard H. Wyron | Telephone call with P. Lockwood on Continental 9019 and follow-up (.6); calls to M. Plumer and S. Levitt (.1); call with R. Frankel (.2). | 0.90 |
| 01/31/05 | Scott J. Levitt | Draft e-mail to M. Plumer re efforts to procure confidential ▮▮▮▮settlement agreements (.2). | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 0.60 | $387.00 |
| Mark J. Plumer | $555.00 | 0.60 | $333.00 |
| Richard H. Wyron | $545.00 | 1.50 | $817.50 |
| Scott J. Levitt | $390.00 | 6.20 | $2,418.00 |
| Michael A. Scarpato | $210.00 | 3.20 | $672.00 |
| **TOTAL HOURS & FEES** | | **12.10** | **$4,627.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 59.40 |
| Telephone | 0.93 |

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 3

CLIENT:  25369
MATTER: .0006
INVOICE: 283116

| OTHER CHARGES | AMOUNT |
|---|---|
| Westlaw Legal Research | 46.21 |
| Printing | 8.40 |
| **TOTAL OTHER CHARGES** | **$114.94** |

**CURRENT INVOICE DUE**....................................................................$4,742.44

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

| | |
|---|---|
| WASHINGTON, DC OFFICE<br>THE WASHINGTON HARBOUR<br>3000 K STREET, NW, SUITE 300<br>WASHINGTON, D.C. 20007-5116<br>TELEPHONE (202)424-7500<br>FACSIMILE (202) 424-7647 | NEW YORK OFFICE<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>TELEPHONE (212) 973-0111<br>FACSIMILE (212) 891-9598 |

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0006

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283116

## INVOICE  SUMMARY

TOTAL FEES..............................................................................$4,627.50

TOTAL OTHER CHARGES ........................................................$114.94

**TOTAL AMOUNT DUE** ..........................................................**$4,742.44**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
| | |
|---|---|
| Name of Bank: | Citibank, F.S.B. |
| Account Title: | Swidler Berlin Shereff Friedman, LLP |
| ABA Routing No.: | 254070116 |
| Account No.: | 15076288 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

**BILLING ATTORNEY COPY**

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283118

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/03/05 | Debra L. Felder | Research regarding motions to extend exclusive periods and Section 1121(d). | 1.30 |
| 01/03/05 | Roger L. Frankel | Review memo re various deadlines, pleadings to which responses are required. | 0.70 |
| 01/04/05 | Matthew W. Cheney | Conference with D. Felder re objection to exclusivity. | 0.10 |
| 01/04/05 | Debra L. Felder | Research regarding objection to motion to extend exclusivity (2.0); draft opposition regarding same (3.5). | 5.50 |
| 01/05/05 | Debra L. Felder | Review case law regarding Section 1121(d) (3.3); draft opposition to exclusivity motion (2.7). | 6.00 |
| 01/06/05 | Debra L. Felder | Conference with R. Wyron regarding opposition to exclusivity motion (.2); review same (3.0); review case law regarding same (4.6). | 7.80 |
| 01/06/05 | Matthew W. Cheney | Revise objection to exclusivity. | 0.70 |
| 01/07/05 | Debra L. Felder | Review and finalize opposition to exclusivity motion (1.4); conference with R. Meade regarding same (.2); telephone conference with R. Wyron regarding same (.1). | 1.70 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 2

CLIENT: 25369
MATTER: .0008
INVOICE: 283118

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/07/05 | Rachael M. Barainca | Create binders with the Plan Related Motion and Objections. | 1.50 |
| 01/10/05 | Rachael M. Barainca | Create binders with the Plan Related Motion and Objections. | 1.50 |
| 01/11/05 | Rachael M. Barainca | Create binders with the Plan Related Motion and Objections. | 2.50 |
| 01/12/05 | Rachael M. Barainca | Create binders with the Plan Related Motion and Objections. | 2.70 |
| 01/13/05 | Rachael M. Barainca | Create binders with the Plan Related Motion and Objections. | 2.50 |
| 01/14/05 | Rachael M. Barainca | Create binders with the Plan Related Motion and Objections. | 2.00 |
| 01/18/05 | Rachael M. Barainca | Create binder containing the amended agenda for the January 21, 2005 Hearing. | 2.00 |
| 01/19/05 | Roger L. Frankel | Series of e-mails re amended plan and disclosure. | 0.30 |
| 01/20/05 | Matthew W. Cheney | Research re plan issues. | 0.50 |
| 01/24/05 | Roger L. Frankel | Review exhibit to plan re causes of action. | 0.50 |
| 01/28/05 | Roger L. Frankel | Review series of e-mails with Lockwood re disclosure, confer with R. Wyron re FCR response on disclosure. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 2.10 | $1,354.50 |
| Matthew W. Cheney | $355.00 | 1.30 | $461.50 |
| Debra L. Felder | $255.00 | 22.30 | $5,686.50 |
| Rachael M. Barainca | $60.00 | 14.70 | $882.00 |
| TOTAL HOURS & FEES | | 40.40 | $8,384.50 |

| OTHER CHARGES | AMOUNT |
|---|---|
| Postage | 12.45 |

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 3

CLIENT: 25369
MATTER: .0008
INVOICE: 283118

| OTHER CHARGES | AMOUNT |
|---|---|
| Westlaw Legal Research | 2,062.38 |
| Lexis Legal Research | 2.33 |
| Delivery Service | 27.48 |
| Publications/Subscriptions | 31.72 |
| **TOTAL OTHER CHARGES** | **$2,136.36** |

**CURRENT INVOICE DUE**...................................................................**$10,520.86**

Swidler Berlin LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283118

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES.................................................................$8,384.50

TOTAL OTHER CHARGES.................................................$2,136.36

**TOTAL AMOUNT DUE** ..........................................................**$10,520.86**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**

| | |
|---|---|
| Name of Bank: | Citibank, F.S.B. |
| Account Title: | Swidler Berlin Shereff Friedman, LLP |
| ABA Routing No.: | 254070116 |
| Account No.: | 15076288 |

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
CLIENT/CASE: 25369.0010          INVOICE NUMBER: 283119

RE:  Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 01/13/05 | Debra O. Fullem | Draft second supplemental declaration of D. Austern re Arent Fox and other matters per discussion with R. Wyron; forward draft to R. Wyron for review and comment. | 0.80 |
| 01/14/05 | Richard H. Wyron | Revise draft Austern disclosure in connection with Debtors' application to employ Arent Fox (.4); call to C. Flowe at Arent Fox re screen (.2). | 0.60 |
| 01/17/05 | Richard H. Wyron | Finalize draft of Second Supplemental Disclosure for D. Austern (.2); review engagement letter for CIBC (.2). | 0.40 |
| 01/18/05 | Richard H. Wyron | Finalize Second Supplemental Disclosure of D. Austern (.2); finalize CIBC engagement letter (.2); call with D. Austern and follow-up (.2). | 0.60 |
| 01/18/05 | Debra L. Felder | Telephone conference with R. Wyron re application to extend employment of CIBC (.1); review engagement letter and application to employ CIBC (.3); prepare application to extend terms of CIBC's engagement (4.4). | 4.80 |
| 01/20/05 | Debra L. Felder | Review application to extend terms of employment of CIBC. | 1.90 |

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 2

CLIENT:  25369
MATTER: .0010
INVOICE: 283119

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/24/05 | Debra L. Felder | Telephone conference with R. Wyron re application to extend terms of employment of CIBC (.1); revise and finalize same for filing (.8). | 0.90 |
| 01/24/05 | Richard H. Wyron | Review application to expand CIBC's engagement (.2); call to J. Baer at K&E (.1); call with J. Radecki regarding application (.2); confer with D. Felder regarding finalizing and filing CIBC application (.1). | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 2.20 | $1,199.00 |
| Debra L. Felder | $255.00 | 7.60 | $1,938.00 |
| Debra O. Fullem | $195.00 | 0.80 | $156.00 |
| **TOTAL HOURS & FEES** | | **10.60** | **$3,293.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**................................................................**$3,293.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0010

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283119

## INVOICE SUMMARY

TOTAL FEES...................................................................................$3.293.00

TOTAL OTHER CHARGES.............................................................$0.00

**TOTAL AMOUNT DUE** ..........................................................**$3,293.00**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Citibank, F.S.B.
Account Title:         Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:           15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SPIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283122

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/20/05 | Richard H. Wyron | Travel to Pittsburgh for hearing on 1/21. | 3.00 |
| 01/21/05 | Richard H. Wyron | Return to DC from hearing. | 3.00 |
| 01/21/05 | Roger L. Frankel | Travel to DC from hearing. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $322.50 | 0.70 | $225.75 |
| Richard H. Wyron | $272.50 | 6.00 | $1,635.00 |
| **TOTAL HOURS & FEES** | | **6.70** | **$1,860.75** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

CURRENT INVOICE DUE...................................................................$1,860.75

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

| | |
|---|---|
| WASHINGTON, DC OFFICE | NEW YORK OFFICE |
| THE WASHINGTON HARBOUR | THE CHRYSLER BUILDING |
| 3000 K STREET, NW, SUITE 300 | 405 LEXINGTON AVENUE |
| WASHINGTON, D.C. 20007-5116 | NEW YORK, NY 10174 |
| TELEPHONE (202)424-7500 | TELEPHONE (212) 973-0111 |
| FACSIMILE (202) 424-7647 | FACSIMILE (212) 891-9598 |

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0014

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283122

## INVOICE SUMMARY

TOTAL FEES...............................................................................$1,860.75

TOTAL OTHER CHARGES ...........................................................$0.00

**TOTAL AMOUNT DUE** ........................................................**$1,860.75**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank. F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on March 8, 2005, I caused the *Notice, Cover Sheet to Ninth Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period January 1, 2005 through January 31, 2005, Verification and Exhibit A,* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.


Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Regular Mail*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets, P.O. Box 27
Wilmington, DE  19899

*Regular Mail*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Regular Mail and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Regular Mail and E-mail: william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: rserrette@stroock.com**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP