# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: March 28, 2005 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Brown, Linnea | Partner | $ 425.00 | 2.9 | $ 1,232.50 |
| Lund, Kenneth | Partner | $ 415.00 | 6.5 | $ 2,697.50 |
| Neitzel, Charlotte | Partner | $ 375.00 | 5.1 | $ 1,912.50 |
| Harris, Colin | Partner | $ 350.00 | 0.3 | $ 105.00 |
| Coggon, Katheryn | Special Counsel | $ 300.00 | 4.4 | $ 1,320.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 3.7 | $ 592.00 |
| Latuda, Carla | Paralegal | $ 130.00 | 24.3 | $ 3,159.00 |
| Newhams, Susan | Info. Specialist | $ 145.00 | 1.0 | $ 145.00 |
| | | | | |
| **Total** | | | **48.20** | **11,163.50** |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $        - |
| Photocopies | $     12.60 |
| Facsimiles | $     53.00 |
| Long Distance Telephone | $      4.10 |
| Outside Courier | $        - |
| Westlaw | $      3.47 |
| Travel Expense | $        - |
| Outside Reporduction | $        - |
| Federal Express | $     79.35 |
| Research Service | $        - |
| Tab Stock | $        - |
| Other Expenses | $        - |
| Color Copies | $        - |
| **Total** | **$    152.52** |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 6 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/22/04 | LB | Prepare for and telephone conference with Tyler Mace and KWLund re factual information re letter to DOJ and AUSA (.60);  prepare follow-up correspondence to Tyler Mace re same (.30). | 0.90 | $    382.50 |
| 01/03/05 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request. | 7.50 | 975.00 |
| 01/04/05 | LB | Review correspondence from US responding to Grace letter re draft indictment (.20); review Elizabeth Anderson expert report and portions of Weis materials (1.00); draft email to Tyler Mace responding to his request re Weis risk memo (.40); telephone conference with Tyler Mace re same (.20); telephone conference with KWLund re same (.20). | 2.00 | 850.00 |
| 01/04/05 | CLN | Conference with Dori Kuchinsky re Whitehouse allegations (.30); identify Whitehouse documents to send to Dori Kuchinsky in response to her request for the source of Whitehouse allegations regarding 250 cases, more than 29 household and 11 non-occupational and documents critiquing Whitehouse studies (3.50). | 3.80 | 1,425.00 |
| 01/04/05 | MCL | Draft document re 104(e) response document production chronology pursuant to KWLund's request. | 7.00 | 910.00 |
| 01/05/05 | CLN | Conference with Jim Bentz re documents needed for upcoming meeting (.30); conference with Dori Kuchinsky and transmit documents requested by Jim Bentz to prepare for meeting with US on Friday (.70). | 1.00 | 375.00 |
| 01/05/05 | MCL | Finalize document re 104(e) response document production chronology (1.00); telephone conference with KWLund re same (.20); draft email to Tyler Mace  re same (.30). | 1.50 | 195.00 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | | |
|---|---|---|
| Page | 7 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

## Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/05/05 | JLS | Database research to locate documents for Tyler Mace of Kirkland and Ellis. | 0.80 | 128.00 |
| 01/14/05 | KJC | Telephone conference with KWLund re issues on Libby. | 0.20 | 60.00 |
| 01/18/05 | KJC | Review and revise email re US Attorney request. | 0.80 | 240.00 |
| 01/20/05 | CGH | Review email from KWLund re documents requested by client (.10); review archive file list and request additional boxes in search for PRI 2154 (.10); email to KWLund re status and location of same (.10). | 0.30 | 105.00 |
| 01/25/05 | KWL | Review draft response to DOJ at request of Tyler Mace (2.60); telephone conference with Tyler Mace re same (.40). | 3.00 | 1,245.00 |
| 01/25/05 | KJC | Respond to requests from Mark Grummer and Tyler Mace. | 2.20 | 660.00 |
| 01/26/05 | KWL | Telephone conference with KJCoggon re Kirkland & Ellis response letter (.30); review additional EPA documentation re DOJ response issues (1.80); review draft letter to DOJ at request of Tyler Mace (.90). | 3.00 | 1,245.00 |
| 01/26/05 | MCL | Locate and provide documents and information re 104(c) responses for KJCoggon (1.00). | 1.00 | 130.00 |
| 01/27/05 | JLS | Respond to request from Bob Merriam for documents shipments to expanding plants including conferences with KJCoggon (0.20); database research re same (1.40); read and respond to e-mails re same (0.20). | 1.80 | 288.00 |
| 01/28/05 | CLN | Telephone conference with Dori Kuchinsky re Whitehouse letter on Asbestos Legislation (.20); conference with SCHaraldson re location of same (.10). | 0.30 | 112.50 |
| 01/28/05 | SKN | Search for written testimony to Senate Judiciary Committee by Alan Whitehouse re impact of pending asbestos legislation on citizens of Libby, Montana. | 1.00 | 145.00 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 8 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/31/05 | KWL | Telephone conference with Richard Finke re Grace shipping records (.20); conference with KJCoggon re same (.30). | 0.50 | 207.50 |
| 01/31/05 | KJC | Respond to inquiry from Kirkland & Ellis and client (0.90); conference with KWLund re same (0.30). | 1.20 | 360.00 |
| 01/31/05 | MCL | Read and respond to e-mails re requests for documents and production box information from Matthew Murphy (.50); research databases to locate information re same (3.50); draft spreadsheet re same (3.00); conference with KJCoggon re task assignments (.30). | 7.30 | 949.00 |
| 01/31/05 | JLS | Respond to request from Bob Merriam for documents shipments to expanding plants including conferences with KJCoggon (0.20); review Eschenbach documents (0.90). | 1.10 | 176.00 |

**Total Fees Through January 31, 2005:**    **48.20**  **$  11,163.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|----------|------|----------|------|-------|-------|
| LB | Linnea Brown | Partner | $ 425.00 | 2.90 | $  1,232.50 |
| KWL | Kenneth W. Lund | Partner | 415.00 | 6.50 | 2,697.50 |
| CLN | Charlotte L. Neitzel | Partner | 375.00 | 5.10 | 1,912.50 |
| CGH | Colin G. Harris | Partner | 350.00 | 0.30 | 105.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 4.40 | 1,320.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 3.70 | 592.00 |
| MCL | Carla M. Latuda | Paralegal | 130.00 | 24.30 | 3,159.00 |
| SKN | Susan Newhams | Information Specialist | 145.00 | 1.00 | 145.00 |
| | | **Total Fees:** | | **48.20** | **$  11,163.50** |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/13/04 | | Long Distance Telephone: 4105314355, 15 Mins., TranTime:09:25 | $ 1.40 |
| 12/16/04 | | Long Distance Telephone: 2028795177, 28 Mins., TranTime:16:01 | 2.70 |
| 12/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-906-23566; DATE: 12/17/2004 - Courier, Acct. 0802-0410-8. 12-10; Christopher Chiou Washington, DC | 41.92 |
| 12/17/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-906-23566; DATE: 12/17/2004 - Courier, Acct. 0802-0410-8. 12-14; Christopher Chiou Washington, DC | 16.92 |
| 12/24/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-920-03606; DATE: 12/24/2004 - Courier, Acct. 0802-0410-8. 12-17; Richard Senfteben Boca Raton, Fl | 20.51 |
| 01/04/05 | 53 | Facsimile | 53.00 |
| 01/21/05 | 84 | Photocopy | 12.60 |
| 01/28/05 | 1 | Westlaw | 3.47 |

**Total Disbursements:**            $   152.52

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 10 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00300 |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 12.60 |
| Facsimile | | 53.00 |
| Long Distance Telephone | | 4.10 |
| Federal Express | | 79.35 |
| Westlaw | | 3.47 |
| **Total Disbursements:** | **$** | **152.52** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *219.96* |
| 667181 | 05/17/04 | Bill | | 568.45 |
| | 02/15/05 | Cash Receipt | | -61.38 |
| | *Outstanding Balance on Invoice 667181:* | | *$* | *0.00* |
| 671980 | 07/09/04 | Bill | | 2,748.36 |
| | 02/15/05 | Cash Receipt | | -507.10 |
| | *Outstanding Balance on Invoice 671980:* | | *$* | *0.00* |
| 674800 | 08/12/04 | Bill | | 765.34 |
| | 12/23/04 | Cash Receipt | | -659.34 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | January | Total Comp |
|------|----------|-------------|---------|------------|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.3 | $ 422.50 |
| Haag, Susan | Paralegal | $ 135.00 | 4.0 | $ 540.00 |
| | | | | |
| **Total** | | | **5.30** | **$ 962.50** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 16.50 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 16.62 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| Total | $ 33.12 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 15 |
| Invoice No.: | 692460 |
| Client   No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 01/03/05 | EKF | Review and finalize October 2004 monthly fee application. | 0.20 | $ | 65.00 |
| 01/03/05 | SH | Calculate October 2004 monthly fee application. | 1.40 | | 189.00 |
| 01/04/05 | SH | Compile October 2004 monthly fee application. | 0.40 | | 54.00 |
| 01/11/05 | EKF | Review and revise December 2004 prebill/invoice. | 0.30 | | 97.50 |
| 01/27/05 | EKF | Review and revise monthly fee application for November 2004. | 0.30 | | 97.50 |
| 01/27/05 | SH | Draft November fee application (.80); compile and file November fee application (.30); draft December fee application (.80). | 1.90 | | 256.50 |
| 01/28/05 | EKF | Initial review of amended disclosure statement. | 0.50 | | 162.50 |
| 01/28/05 | SH | Compile and file December fee application. | 0.30 | | 40.50 |

| | | **Total Fees Through January 31, 2005:** | **5.30** | **$** | **962.50** |
|---|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.30 | $ | 422.50 |
| SH | Susan Haag | Paralegal | 135.00 | 4.00 | | 540.00 |
| | | **Total Fees:** | | **5.30** | **$** | **962.50** |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 16 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/10/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-893-34153; DATE: 12/10/2004 - Courier, Acct. 0802-0410-8. 12-02; William Weller Wilmington, De | $ | 16.62 |
| 01/04/05 | 28 | Photocopy | | 4.20 |
| 01/27/05 | 36 | Photocopy | | 5.40 |
| 01/28/05 | 46 | Photocopy | | 6.90 |
| | | **Total Disbursements:** | $ | **33.12** |

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 16.50 |
| Federal Express | | 16.62 |
| **Total Disbursements:** | $ | **33.12** |

## Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ | *16.41* |
| | | | | |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | | January | Total | Comp |
|---|---|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ | 300.00 | 26 | $ | 7,800.00 |
| Brown, Linnea | Partner | $ | 425.00 | 13.6 | $ | 5,780.00 |
| Sherman, Joan | Paralegal | $ | 160.00 | 1.7 | $ | 272.00 |
| Floyd, Mary Beth | Info. Specialist | $ | 135.00 | 2.3 | $ | 310.50 |
| | | | | | | |
| **Total** | | | | **43.60** | **$** | **14,162.50** |

Expenses

**Matter 00420 - Ninth Circuit Appeal**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 102.30 |
| Facsimile | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 19.84 |
| Outside Courier | $ - |
| Lexis | $ 199.50 |
| Travel Expense | $ - |
| Meal Expenses | $ - |
| Other Expenses | $ - |
| Color Photocopy | $ 3.25 |
| Tab Stock | $ 0.35 |
| **Total** | **$ 325.24** |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 19 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/12/05 | KJC | Review email and material re preparation for oral argument. | 0.50 | $  150.00 |
| 01/14/05 | KJC | Telephone conference with LBrown re preparation for oral argument. | 0.30 | 90.00 |
| 01/18/05 | KJC | Telephone conference with Chris Landau re preparation for appeal hearing (.20); preparation for appeal hearing (2.60). | 2.80 | 840.00 |
| 01/20/05 | LB | Scope work re 9th Circuit oral argument preparation assistance (.10); telephone conference with KJCoggon re same (.10); voice mail to MBFloyd re same (.10). | 0.30 | 127.50 |
| 01/20/05 | KJC | Preparation for appeal hearing including telephone conference with LBrown. | 4.20 | 1,260.00 |
| 01/21/05 | KJC | Prepare for appeal hearing. | 1.30 | 390.00 |
| 01/21/05 | MBF | Lexis search for cases cited in appellate briefs for LBrown. | 2.30 | 310.50 |
| 01/23/05 | LB | Prepare for meeting with KJCoggon re 9th Circuit oral argument including review of cases. | 6.50 | 2,762.50 |
| 01/24/05 | LB | Complete review of cases (3.00); conference with KJCoggon re same re preparation for her meetings with Kirkland & Ellis re appeal (3.80). | 6.80 | 2,890.00 |
| 01/24/05 | KJC | Preparation for appeal hearing including conference with LBrown. | 4.80 | 1,440.00 |
| 01/25/05 | KJC | Telephone conference with Chris Landau re preparation for oral argument (1.20); preparation for oral argument (1.10). | 2.30 | 690.00 |
| 01/26/05 | KJC | Telephone conference with Chris Landau and John O'Quinn re oral argument. | 2.80 | 840.00 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 20 |
| Invoice No.: | 692460 |
| Client No.: | 04339 |
| Matter No.: | 00420 |

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/27/05 | KJC | Preparation for oral argument. | 1.70 | 510.00 |
| 01/30/05 | KJC | Preparation for oral argument. | 0.80 | 240.00 |
| 01/31/05 | KJC | Preparation for oral argument. | 4.50 | 1,350.00 |
| 01/31/05 | JLS | Respond to request from Kirkland & Ellis re documents for appeal brief including database research (1.40); conferences with KJCoggon re same (0.30). | 1.70 | 272.00 |

**Total Fees Through January 31, 2005:    43.60   $   14,162.50**

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| LB | Linnea Brown | Partner | $ 425.00 | 13.60 | $  5,780.00 |
| KJC | Katheryn J. Coggon | Special Counsel | 300.00 | 26.00 | 7,800.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 1.70 | 272.00 |
| MBF | Mary Beth Floyd | Information Specialist | 135.00 | 2.30 | 310.50 |

**Total Fees:    43.60   $   14,162.50**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/31/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-931-53203; DATE: 12/31/2004  -  Courier, Acct. 0802-0410-8. 12-22; Chris Landau Washington, DC | $   9.92 |

Holme Roberts & Owen LLP

February 15, 2005

W.R. Grace

| | |
|---|---|
| Page | 21 |
| Invoice No.: | 692460 |
| Client  No.: | 04339 |
| Matter  No.: | 00420 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/31/04 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-931-53203; DATE: 12/31/2004 - Courier, Acct. 0802-0410-8. 12-22; Tyler Mace Washington, DC | 9.92 |
| 01/21/05 | 1 | Lexis | 99.22 |
| 01/24/05 | 1 | Lexis | 100.28 |
| 01/31/05 | 5 | Color Photocopy | 3.25 |
| 01/31/05 | 328 | Photocopy | 49.20 |
| 01/31/05 | 8 | Photocopy | 1.20 |
| 01/31/05 | 292 | Photocopy | 43.80 |
| 01/31/05 | 54 | Photocopy | 8.10 |
| 01/31/05 | 7 | Tab Stock | 0.35 |

**Total Disbursements:**  $  **325.24**

### Disbursement Summary

| | | |
|---|---|---|
| Photocopy | $ | 102.30 |
| Federal Express | | 19.84 |
| Lexis | | 199.50 |
| Color Photocopy | | 3.25 |
| Tab Stock | | 0.35 |

**Total Disbursements:**  $  **325.24**

Computer-assisted legal research, such as Lexis and Westlaw, is used for the direct benefit of our clients, saving a significant amount of time required by an attorney performing the same function manually.  We pass on to you only our cost of this service, as reflected above, as a substantial reduction in the overall cost of delivering our legal services.