IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO SECOND MONTHLY APPLICATION OF LEXECON, CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**
**[RE: DOCKET NO. 7757]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Second Monthly Application (the "Application") for Compensation of Lexecon, Consultants to the Official Committee of Equity Holders, filed on February 14, 2005 [Docket No.7757]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on March 8, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

59250v1

are authorized to pay Lexecon $15,905.08 which represents 80% of the fees ($19,881.36) and $191.62, which represents 100% of the expenses, for an aggregate amount of $16,096.70, requested in the Application for the period December 1, 2004 through December 31, 2004, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Rhonda Thomas
    Teresa K. D. Currier (No. 3080)
    Rhonda L. Thomas (No. 4053)
    1000 West Street, Suite 1410
    Wilmington, DE 19801
    (302) 552-4200

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Gary M. Becker, Esquire
919 Third Avenue
New York, NY 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: March 9, 2005