IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 7761)

On February 14, 2005, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Fifteenth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from October 1, 2004 through December 25, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on March 7, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                              KLETT ROONEY LIEBER & SCHORLING
                                              A Professional Corporation

                                              By: /s/ Rhonda Thomas
                                                   Teresa K. D. Currier (No. 3080)
                                                   Rhonda L. Thomas (No. 4053)
                                                   The Brandywine Building
                                                   1000 West St. - Suite 1410
                                                   Wilmington, DE 19801

                                                     -and-

KRLS/Wilm 58748v1

                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                Philip Bentley, Esquire
                Robert T. Schmidt, Esquire
                919 Third Avenue
                New York, NY 10022
                (212) 715-9100
                Counsel to the Official Committee of
                Equity Holders

Dated: March 8, 2005          Co-Counsel to the Official Committee
                                    of Equity Holders

KRLS/Wilm 58748v1