IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 7767)

On February 14, 2005, Lexecon, ("Lexecon"), Consultants to the Official Committee of Equity Holders, filed its First Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from October 1, 2004 through December 31, 2004 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on March 7, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                           KLETT ROONEY LIEBER & SCHORLING
                                                           A Professional Corporation

                                                           By: /s/ Rhonda Thomas
                                                                Teresa K. D. Currier (No. 3080)
                                                                Rhonda L. Thomas (No. 4053)
                                                                The Brandywine Building
                                                                1000 West St. - Suite 1410
                                                                Wilmington, DE 19801

                                                                             -and-

KRLS/Wilm 58748v1

                                       KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                       Philip Bentley, Esquire
                                       Robert T. Schmidt, Esquire
                                       919 Third Avenue
                                       New York, NY 10022
                                       (212) 715-9100
                                       Counsel to the Official Committee of
                                       Equity Holders

Dated: March 8, 2005                 Co-Counsel to the Official Committee
                                       of Equity Holders

KRLS/Wilm 58748v1