IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO. et al., | ) | Case No: 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned law firm appears in the above-captioned Chapter 11 cases as counsel to Certain Underwriters at Lloyd's, London and Certain London Market Companies and requests copies of all notices, motions, pleadings, and other documents given or served in these cases pursuant to Fed. R. Bankr. P. 2002 or otherwise.

Dated: Wilmington, Delaware
       March 10, 2005

LINKLATERS

*/s/ Mary K. Warren/*

Mary K. Warren, Esq.
Brenda D. DiLuigi, Esq.
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
Telephone: (212) 424-9080
Facsimile: (212) 424-9100

Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies