# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 · MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 · FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM · WWW.BILZIN.COM

February 28, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  89430

FOR PROFESSIONAL SERVICES RENDERED
THROUGH December 31, 2004

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 01- Case Administration | | | Client No. 74817/15537 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 12/01/04 | ASD | 1.40 | 406.00 | Research and review of medical records issues. |
| 12/01/04 | ASD | 0.90 | 261.00 | Review of reference motion and research regarding same (.9). |
| 12/02/04 | ASD | 0.90 | 261.00 | Review Combustion Engineering decision. |
| 12/02/04 | ASD | 2.70 | 783.00 | Research regarding Pope issues and memorandum filed in various cases. |
| 12/02/04 | WV | 1.80 | 198.00 | Pull dockets and print out documents from pacer. |
| 12/03/04 | ASD | 0.10 | 29.00 | Review of proposed settlement agreement (.1). |
| 12/03/04 | WV | 1.50 | 165.00 | Pull dockets and print out documents from pacer. |
| 12/06/04 | ASD | 0.40 | 116.00 | Review of proposed orders on CMO motion and an estimation motion (.4). |
| 12/06/04 | WV | 1.50 | 165.00 | Pull dockets and print out documents from pacer. |
| 12/08/04 | WV | 1.80 | 198.00 | Pull dockets and print out documents from pacer. |
| 12/09/04 | ASD | 0.20 | 58.00 | Research and review articles impact of 3rd Circuit ruling in CE bankruptcy. |
| 12/10/04 | ASD | 0.30 | 87.00 | Research regarding new asbestos legislation proposal. |
| 12/10/04 | NGM | 0.20 | 58.00 | Review draft of disclosure objection. |
| 12/10/04 | CB | 1.50 | 165.00 | Retrieve dockets from Pacer and print out documents. |
| 12/10/04 | CB | 0.80 | 88.00 | Compile list of Daily Docket Reports and Create Public Working File. |
| 12/14/04 | ASD | 0.50 | 145.00 | Review reply to Motion to Stay (.3); review Debtor's reply to Motion to Stay issues (.2). |
| 12/14/04 | ASD | 0.40 | 116.00 | Review recently file Pope documents (.4). |
| 12/14/04 | ASD | 0.40 | 116.00 | Review recently filed Pope documents (.4). |
| 12/14/04 | CB | 1.00 | 110.00 | Retrieve daily dockets from Pacer and print out documents. |
| 12/15/04 | JMS | 0.70 | 203.00 | Multiple telephone conferences with D. Speights and M. Dies regarding rule 2019 issues |
| 12/16/04 | ASD | 0.90 | 261.00 | Review of new proposed protocol and letter sent to Judge (.6); review and respond to emails regarding proposed protocol (.3). |
| 12/16/04 | SLB | 1.40 | 770.00 | Email to J. Baer regarding protocols (.2); review debtor's correspondence with courts (.3); review debtor's protocol motion (.7); email exchange with R. Frankel regarding same (.2). |
| 12/16/04 | CB | 1.60 | 176.00 | Retrieve daily dockets from Pacer and print out documents. |
| 12/17/04 | JMS | 1.10 | 319.00 | Telephone conference with D. Speights regarding 2019 issues (.4); review hearing agenda/binder (.7) |
| 12/20/04 | JMS | 1.30 | 377.00 | Review motion to pay expenses regarding fiduciary lawsuits (.5); conference with M. Dies regarding all pending matters (.8) |
| 12/20/04 | CB | 1.00 | 110.00 | Retrieve daily dockets from Pacer and print out documents. |
| 12/22/04 | SLB | 0.20 | 110.00 | Emails to and from P. Lockwood regarding referral to J. Fitzgerald (.2). |
| 12/23/04 | ASD | 0.50 | 145.00 | Research and review pleadings on the Pope issues (.5) (split with USG). |
| 12/27/04 | JMS | 0.70 | 203.00 | Emails with M. Dies and D. Scott regarding Committee call and follow-up emails with A. Danzeisen thereon |
| 12/29/04 | ASD | 0.30 | 87.00 | Review various 2019 statements (.3). |
| 12/29/04 | ASD | 0.90 | 261.00 | Review insurer's objections based on Combustion Engineering Opinion (.9). |
| 12/30/04 | ASD | 0.60 | 174.00 | Research regarding asbestos legislation status and provide summary of editorial regarding asbestos legislation. |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 2

| | | | | |
|---|---|---|---|---|
| 12/30/04 | JMS | 0.90 | 261.00 | Emails with A. Danzeisen regarding Committee call (.4); review emails from A. Danzeisen regarding data on Notices of Intent (.5) |
| 12/30/04 | CB | 1.00 | 110.00 | Retrieve daily dockets from Pacer and print out documents. |
| 12/31/04 | ASD | 0.50 | 145.00 | Research regarding recent ruling on Montana as to Libby plant (.5). |

**PROFESSIONAL SERVICES** $7,237.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 10/25/04 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 63703; DATE: 10/31/2004 - Transportation service | 44.90 |
| 10/25/04 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 63703; DATE: 10/31/2004 - Transportation service | 71.30 |
| 11/03/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - .#BILZIN01 | 24.19 |
| 11/04/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - Acct.#BILZIN01 | 35.93 |
| 11/08/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - Acct.#BILZIN01 | 1.01 |
| 11/09/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - Acct.#BILZIN01 | 25.95 |
| 11/10/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - Acct.#BILZIN01 | 2.51 |
| 11/11/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - Acct.#BILZIN01 | 27.74 |
| 11/12/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807827523; DATE: 11/30/2004 - Westlaw Charges | 16.88 |
| 11/17/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 807827523; DATE: 11/30/2004 - Westlaw Charges | 321.91 |
| 11/18/04 | Long Distance Telephone-Outside ServicesVENDOR: CONNECT-US COMMUNICATIONS LLC; INVOICE#: 4113072385; DATE: 11/30/2004 - Acct.#BILZIN01 | 8.96 |
| 11/24/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 787840978; DATE: 12/1/2004 | 6.20 |
| 12/01/04 | Photocopies 86.0000pgs @ 0.15/pg | 12.90 |
| 12/01/04 | Long Distance Telephone(302) 426-0166 | 3.96 |
| 12/02/04 | Photocopies 83.0000pgs @ 0.15/pg | 12.45 |
| 12/02/04 | Photocopies 23.0000pgs @ 0.15/pg | 3.45 |
| 12/02/04 | Photocopies 361.0000pgs @ 0.15/pg | 54.15 |
| 12/02/04 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 12/02/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 12/02/04 | Long Distance Telephone(831) 626-1350 | 1.98 |
| 12/02/04 | Long Distance Telephone(202) 862-5065 | 1.98 |
| 12/02/04 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 4123174841; DATE: 12/31/2004 - Acct.#BILZIN01 | 72.54 |
| 12/03/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 12/03/04 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 4123174841; DATE: 12/31/2004 - Acct.#BILZIN01 | 20.67 |
| 12/06/04 | Long Distance Telephone(212) 225-2314 | 6.93 |
| 12/07/04 | Photocopies  8.0000pgs @ 0.15/pg | 1.20 |
| 12/07/04 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 12/07/04 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 12/07/04 | Long Distance Telephone(831) 626-1350 | 0.99 |
| 12/08/04 | Photocopies  406.0000pgs @ 0.15/pg | 60.90 |
| 12/08/04 | Long Distance Telephone(831) 626-1350 | 1.98 |
| 12/08/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 789781915;  DATE: 12/13/2004 | 8.40 |
| 12/09/04 | Long Distance Telephone(803) 943-4444 | 10.89 |
| 12/10/04 | Miscellaneous CostsVENDOR: MEALEY PUBLICATIONS, INC.; INVOICE#: 1251695; DATE: 12/10/2004 - Client #15537 | 426.93 |
| 12/13/04 | Photocopies  6.0000pgs @ 0.15/pg | 0.90 |
| 12/13/04 | Long Distance Telephone(215) 597-3084 | 2.97 |
| 12/13/04 | Long Distance Telephone(312) 861-2000 | 1.98 |
| 12/13/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 790515518;  DATE: 12/17/2004 | 12.86 |
| 12/14/04 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 12/14/04 | Long Distance Telephone(813) 690-5168 | 3.96 |
| 12/14/04 | Long Distance Telephone(803) 943-6047 | 8.91 |
| 12/14/04 | Long Distance Telephone(409) 883-4394 | 2.97 |
| 12/14/04 | Long Distance Telephone(409) 883-4394 | 2.97 |
| 12/14/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 12/14/04 | Long Distance Telephone(409) 883-7136 | 2.97 |
| 12/14/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808037326; DATE: 12/31/2004 - Westlaw Charges | 333.64 |
| 12/15/04 | Photocopies  49.0000pgs @ 0.15/pg | 7.35 |
| 12/15/04 | Photocopies  12.0000pgs @ 0.15/pg | 1.80 |
| 12/15/04 | Long Distance Telephone(202) 841-8555 | 8.91 |
| 12/16/04 | Photocopies  10.0000pgs @ 0.15/pg | 1.50 |
| 12/16/04 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 4123174841; DATE: 12/31/2004 - Acct.#BILZIN01 | 36.98 |
| 12/17/04 | Photocopies  630.0000pgs @ 0.15/pg | 94.50 |
| 12/17/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 12/19/04 | AirfareTravel to Pittsburgh - VENDOR: Continental Travel; INVOICE#: 326420; DATE: 12/17/2004 - Clients | 740.90 |
| 12/19/04 | MealsTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 3.13 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 12/19/04 | Long Distance Telephone-Outside ServicesFrom Office Depot - VENDOR: JAY M. SAKALO; INVOICE#: JMS-01/10/05; DATE: 1/10/2005 - Client | 21.00 |
| 12/20/04 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 12/20/04 | MealsTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 48.99 |
| 12/20/04 | MealsTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 80.44 |
| 12/20/04 | MealsTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 3.41 |
| 12/20/04 | Long Distance Telephone-Outside ServicesFax charges - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 86.00 |
| 12/21/04 | Telecopies   13.0000pgs @ 1.00/pg | 13.00 |
| 12/21/04 | Telecopies   14.0000pgs @ 1.00/pg | 14.00 |
| 12/21/04 | Telecopies   13.0000pgs @ 1.00/pg | 13.00 |
| 12/21/04 | LodgingTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/21/04; DATE: 12/21/2004 - Client | 148.98 |
| 12/21/04 | Fares, Mileage, ParkingTaxi fares - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/21/04; DATE: 12/21/2004 - Client | 21.50 |
| 12/21/04 | MealsTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-12/21/04; DATE: 12/21/2004 - Client | 9.01 |
| 12/21/04 | AirfareTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 740.90 |
| 12/21/04 | LodgingTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 79.23 |
| 12/21/04 | Fares, Mileage, ParkingTaxi fares - Travel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 42.50 |
| 12/21/04 | MealsTravel to Pittsburgh - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 10.63 |
| 12/21/04 | Long Distance Telephone-Outside ServicesInternet Access - PAYEE: SCOTT L. BAENA; REQUEST#: 48308; DATE: 12/28/2004. | 5.33 |
| 12/21/04 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 792114503;  DATE: 12/24/2004 | 55.46 |
| 12/22/04 | Photocopies  77.0000pgs @ 0.15/pg | 11.55 |
| 12/22/04 | Long Distance Telephone(843) 727-6513 | 0.99 |
| 12/22/04 | Long Distance Telephone(843) 727-6513 | 0.99 |
| 12/22/04 | Long Distance Telephone(509) 455-3978 | 14.85 |
| 12/22/04 | Long Distance Telephone(409) 779-0523 | 3.96 |
| 12/22/04 | Long Distance Telephone(509) 455-3978 | 6.93 |
| 12/22/04 | Long Distance Telephone(409) 779-0523 | 4.95 |
| 12/22/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 12/22/04 | Long Distance Telephone(843) 727-6513 | 0.99 |
| 12/22/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 12/22/04 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 12/22/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808037326; DATE: 12/31/2004 - West law Charges | 392.85 |
| 12/23/04 | Photocopies  315.0000pgs @ 0.15/pg | 47.25 |
| 12/23/04 | Photocopies  1765.0000pgs @ 0.15/pg | 264.75 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---:|
| 12/23/04 | Photocopies  93.0000pgs @ 0.15/pg | 13.95 |
| 12/23/04 | Photocopies  226.0000pgs @ 0.15/pg | 33.90 |
| 12/23/04 | Long Distance Telephone(302) 575-1555 | 3.96 |
| 12/30/04 | Long Distance Telephone(803) 943-4444 | 1.98 |
| 12/30/04 | Long Distance Telephone(803) 943-4444 | 2.97 |
| 12/31/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808037326; DATE: 12/31/2004 - Westlaw Charges | 293.93 |
| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 - Pacer charges | 427.35 |
| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 - Pacer charges | 125.65 |
| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 - Pacer charges | 4.62 |

**TOTAL COSTS ADVANCED**                                                                    $5,635.56

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.60 | $550.00 | $880.00 |
| Danzeisen, Allyn S | 11.90 | $290.00 | $3,451.00 |
| Sakalo, Jay M | 4.70 | $290.00 | $1,363.00 |
| Mancuso, Nathan G | 0.20 | $290.00 | $58.00 |
| Van Dijk, Wendy | 6.60 | $110.00 | $726.00 |
| Brenneman, Carrie | 6.90 | $110.00 | $759.00 |
| *TOTAL* | *31.90* | | *$7,237.00* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,481.80 |
| Photocopies | $622.50 |
| Fares, Mileage, Parking | $180.20 |
| Telecopies | $48.00 |
| Federal Express | $82.92 |
| Long Distance Telephone | $123.75 |
| Long Distance Telephone-Outside Services | $368.81 |
| Lodging | $228.21 |
| Meals | $155.61 |
| Miscellaneous Costs | $426.93 |
| Pacer - Online Services | $557.62 |
| Westlaw-Online Legal Research | $1,359.21 |
| TOTAL | $5,667.56 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$12,872.56**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:    03 - Creditors Committee

Client No. 74817/15539

| 12/02/04 | ASD | 1.40 | 406.00 | Email Committee regarding CE 3rd Circuit opinion (.2); prepare for and attend Committee call (1.2). |
|---|---|---|---|---|
| 12/02/04 | SLB | 1.60 | 880.00 | Preparation for and attend committee meeting (1.6). |
| 12/02/04 | JMS | 1.60 | 464.00 | Prepare for and attend Committee call |
| 12/07/04 | ASD | 0.20 | 58.00 | Email committee summary of issues (.2). |
| 12/09/04 | ASD | 1.20 | 348.00 | Prepare for and attend committee meeting (1.2). |
| 12/09/04 | SLB | 0.50 | 275.00 | Committee meeting (.5). |
| 12/09/04 | JMS | 1.10 | 319.00 | Prepare for and attend Committee call |
| 12/14/04 | ASD | 0.20 | 58.00 | Review email to Committee regarding disclosure issues (.2). |
| 12/16/04 | ASD | 1.10 | 319.00 | Prepare for and attend committee call (.8); interoffice conference with S. Baena regarding committee issues (.3) |
| 12/16/04 | SLB | 0.50 | 275.00 | Committee meeting (.5). |
| 12/16/04 | JMS | 0.80 | 232.00 | Committee call |
| 12/17/04 | ASD | 0.20 | 58.00 | Email committee members regarding recent filings. |
| 12/21/04 | ASD | 0.90 | 261.00 | Review and respond to committee email (.2); research regarding committee member inquiry (.7). |
| 12/23/04 | ASD | 0.90 | 261.00 | Prepare for and attend Grace Committee call (.9). |
| 12/23/04 | SLB | 1.00 | 550.00 | Prepare for and conduct committee meeting (1.0). |
| 12/23/04 | JMS | 0.90 | 261.00 | Prepare for and attend Committee call |
| 12/29/04 | ASD | 0.30 | 87.00 | Review and respond to committee member request (.3). |
| 12/30/04 | ASD | 0.20 | 58.00 | Email Committee member regarding committee issue review responses. |

**PROFESSIONAL SERVICES**                                                                $5,170.00

**COSTS ADVANCED**

| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 - Pacer charges | 8.54 |
|---|---|---|

**TOTAL COSTS ADVANCED**                                                                $8.54

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.60 | $550.00 | $1,980.00 |
| Danzeisen, Allyn S | 6.60 | $290.00 | $1,914.00 |
| Sakalo, Jay M | 4.40 | $290.00 | $1,276.00 |
| *TOTAL* | *14.60* | | *$5,170.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Pacer - Online Services | $8.54 |
|---|---|
| TOTAL | $8.54 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 7

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                    $5,178.54

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:       07 - Applicant's Fee Application                                           Client No. 74817/15543

| | | | | |
|---|---|---|---|---|
| 12/07/04 | LMF | 3.90 | 468.00 | Attention to quarterly application for Bilzin (3.9). |
| 12/09/04 | ASD | 0.50 | 145.00 | Review quarterly fee application (.4); interoffice conference with L. Flores regarding fee application (.1). |
| 12/10/04 | LMF | 1.20 | 144.00 | Revise, finalize and attend to filing of quarterly application (1.2). |
| 12/13/04 | LMF | 0.80 | 96.00 | Review and edit November prebills for Bilzin (.8). |
| 12/15/04 | ASD | 0.30 | 87.00 | Review and revise monthly fee applications (.3). |
| 12/16/04 | LMF | 0.50 | 60.00 | Attend to filing Hamilton Rabinovitz's October and November fees (.5). |

**PROFESSIONAL SERVICES**                                                           $1,000.00

**COSTS ADVANCED**

| | | |
|---|---|---|
| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 – Pacer charges | 17.01 |

**TOTAL COSTS ADVANCED**                                                            $17.01

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.80 | $290.00 | $232.00 |
| Flores, Luisa M | 6.40 | $120.00 | $768.00 |
| *TOTAL* | *7.20* | | *$1,000.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| | |
|---|---|
| Pacer - Online Services | $17.01 |
| TOTAL | $17.01 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                      **$1,017.01**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 08 - Hearings | | | Client No. 74817/15544 |

| 12/16/04 | SLB | 0.20 | 110.00 | Interoffice conference with J. Sakalo regarding preparation for 12/20 hearing (.2). |
|---|---|---|---|---|
| 12/17/04 | SLB | 1.50 | 825.00 | Prepare for 12/20 hearing (1.5). |
| 12/19/04 | SLB | 0.60 | 330.00 | Prepare for 12/20 hearing (.6). |
| 12/20/04 | SLB | 6.20 | 3,410.00 | Conference with M. Dies and J. Sakalo and prepare for 12/20 hearing (1.2); attend hearing (5.0). |
| 12/20/04 | JMS | 3.30 | 957.00 | Prepare for and attend omnibus hearing |

**PROFESSIONAL SERVICES**                                                       $5,632.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 8.50 | $550.00 | $4,675.00 |
| Sakalo, Jay M | 3.30 | $290.00 | $957.00 |
| *TOTAL* | *11.80* | | *$5,632.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                $5,632.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|--|--|--|--|--|
| RE: | 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) | | | Client No. 74817/15545 |

| | | | | |
|--|--|--|--|--|
| 12/03/04 | ASD | 1.10 | 319.00 | Review and research claims objection issues (1.1). |
| 12/09/04 | ASD | 1.80 | 522.00 | Review of notice of intent to object to claims (.3); research regarding objection requirements (.6); interoffice conference with with Jay M. Sakalo regarding claims objection (.2); interoffice conference with with Scott L. Baena and Jay M. Sakalo regarding claims objection process (.4); review email correspondence regarding notice of intent (.3). |
| 12/09/04 | ASD | 0.50 | 145.00 | Research regarding claims objection (.5). |
| 12/09/04 | SLB | 0.40 | 220.00 | Telephone call from D. Speights regarding notices of intent (.2); emails to J. Baer regarding same (.2). |
| 12/09/04 | LMF | 0.70 | 84.00 | Attention to notice of intent to object to claims (.7). |
| 12/09/04 | JMS | 1.20 | 348.00 | Address issues related to "Notice of Intent to Object" and conferences with A. Danzeisen thereon (1.2) |
| 12/10/04 | ASD | 0.40 | 116.00 | Interoffice conference with Luisa Flores and Carrie Brenneman regarding claims analysis project (.4). |
| 12/10/04 | LMF | 1.50 | 180.00 | Review with W. Van Dijk excel spreadsheet on all pd claims (.4); review exhibit to notice of intent to object to claims (.3); meet with A. Danzeisen, C. Brennenman regarding project (.4); meet with A. Ortiz regarding reports needed (.4). |
| 12/13/04 | LMF | 0.70 | 84.00 | Meet with W. Van Dijk, C. Brennenman and B. Baena regarding report and analysis of intent to object to pd claims (.7). |
| 12/13/04 | JMS | 0.50 | 145.00 | Email to and telephone conference with S. Blatnick regarding claims matrix (.3); email to L. Flores thereon (.2) |
| 12/13/04 | BAB | 3.00 | 330.00 | Input data into excel spreadsheet re: claimants notice of insufficiency (3). |
| 12/13/04 | CB | 4.50 | 495.00 | Review claimant list re Speights & Runyan and mark claimants who intend to file objections. |
| 12/14/04 | ASD | 0.60 | 174.00 | Review PD Claims objection issues (.6). |
| 12/14/04 | LMF | 2.00 | 240.00 | Work with project assistants regarding analysis of objection to pd claims (2.0). |
| 12/14/04 | BAB | 3.50 | 385.00 | Input data into excel spreadsheet re: claimants notice of insufficiency (3.5). |
| 12/14/04 | CB | 3.50 | 385.00 | Review claimant list re Speights & Runyan and mark claimants who intend to file objections. |
| 12/15/04 | ASD | 1.30 | 377.00 | Begin research of motion to strike (1.3). |
| 12/15/04 | ASD | 2.40 | 696.00 | Continue review of PD Claims. |
| 12/15/04 | BAB | 1.00 | 110.00 | Create excel spreadsheet regarding creditors and their respective claim numbers that aren't listed on primary spreadsheet (1). |
| 12/16/04 | ASD | 4.60 | 1,334.00 | Continue work on claims objection issues (4.3); review of affidavit of Notice of Intent (.3). |
| 12/17/04 | ASD | 2.90 | 841.00 | Continue work on PD claims objections. |
| 12/17/04 | ASD | 1.70 | 493.00 | Continue work on PD Claims objections. |
| 12/17/04 | BAB | 1.90 | 209.00 | Download and print pleadings for hearing (.9); create labels for folders and redwell to insert pleadings into (.6); and create shipping label and send via fedex (.3); call hotel where fedex is being delieevered to make sure they are aware of shipment (.1). |
| 12/17/04 | BAB | 0.30 | 33.00 | Meet with Allyn Danzeisen regarding Owen's Corning's pleadings to be downloaded and scanned (.3). |
| 12/18/04 | ASD | 12.30 | 3,567.00 | Continue work on Motion to Strike (7.2); continue research objections to PD claims (5.1). |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 12/20/04 | ASD | 0.80 | 232.00 | Research regarding Gateway objections (.8). |
|----------|-----|------|--------|---------------------------------------------|
| 12/20/04 | ASD | 1.90 | 551.00 | Continue work on PD claims analysis (1.9). |
| 12/20/04 | SLB | 1.00 | 550.00 | Finalize objection to notice of intent (1.0). |
| 12/20/04 | JMS | 1.80 | 522.00 | Review and revise motion to strike notices of intent |
| 12/20/04 | BAB | 3.50 | 385.00 | Download and print "Initial Objections" regarding Owens Corning (1.0); download and print caselaw (1.5); and downlaod and print pleadings (1.0). |
| 12/20/04 | CB | 1.00 | 110.00 | Print out docket and retrieve documents on Pacer re claims. |
| 12/21/04 | JMS | 0.50 | 145.00 | Multiple emails with D. Speights regarding notices of intent |
| 12/21/04 | BAB | 0.10 | 11.00 | Make sure disk with Initial Objections is scanned properly and print out copy (.1); |
| 12/21/04 | BAB | 0.50 | 55.00 | Download and print caselaw pertaining to Owen's Corning "Initial Responses" (.5); |
| 12/22/04 | ASD | 1.30 | 377.00 | Continue research of PD Claims state law application (1.3). |
| 12/22/04 | JMS | 0.50 | 145.00 | Telephone conference with D. Speights regarding notices of intent (.3); conference with S. Baena thereon and follow-up email to D. Speights (.2) |
| 12/22/04 | BAB | 0.60 | 66.00 | Revise statues of limitations for Allyn Danzeisen re: Owen's Corning (.6). |
| 12/22/04 | CB | 1.00 | 110.00 | Print out docket and retrieve documents on Pacer re claims. |
| 12/23/04 | ASD | 1.60 | 464.00 | Continue claims analysis and application of state law (1.6). |
| 12/27/04 | JMS | 1.00 | 290.00 | Emails with A. Danzeisen and D. Speights regarding Notices of Intent to Object (.6); email to T. Tacconelli thereon (.4) |
| 12/29/04 | ASD | 2.40 | 696.00 | Continue claims analysis (1.6); review of Grace potential objections to various claims (.8). |
| 12/31/04 | ASD | 0.80 | 232.00 | Review and respond to emails regarding notice of deficiencies(.2); research regarding notices of deficiency (.6). |
| 12/31/04 | JMS | 0.40 | 116.00 | Emails with D. Speights and A. Danzeisen regarding further questions on Notices of Intent |

**PROFESSIONAL SERVICES**                                    $16,889.00

**COSTS ADVANCED**

| 12/21/04 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808037326; DATE: 12/31/2004 - Westlaw Charges | 146.43 |
|----------|---------------------------------------------------------------------------------------------------------------------|--------|
| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 - Pacer charges | 5.39 |

**TOTAL COSTS ADVANCED**                                    $151.82

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 1.40 | $550.00 | $770.00 |
| Danzeisen, Allyn S | 38.40 | $290.00 | $11,136.00 |
| Sakalo, Jay M | 5.90 | $290.00 | $1,711.00 |
| Flores, Luisa M | 4.90 | $120.00 | $588.00 |
| Baena, Brad | 14.40 | $110.00 | $1,584.00 |
| Brenneman, Carrie | 10.00 | $110.00 | $1,100.00 |
| *TOTAL* | *75.00* | | *$16,889.00* |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $5.39 |
| Westlaw-Online Legal Research | $146.43 |
| TOTAL | $151.82 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**              **$17,040.82**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  |  | Atty - SLB |
|--|--|--|--|--|--|
| RE: | 10 - Travel | | | | Client No. 74817/15546 |

| 12/19/04 | SLB | 2.20 | 1,210.00 | Travel to Pittsburgh (2.2). |
|----------|-----|------|----------|-----------------------------|
| 12/19/04 | JMS | 1.00 | 290.00   | Non-working travel to Pittsburgh |
| 12/21/04 | SLB | 3.20 | 1,760.00 | Return to Miami from Pittsburgh (3.2). |

**PROFESSIONAL SERVICES**                                                   $3,260.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|------------|-------|------|-------|
| Baena, Scott L | 5.40 | $550.00 | $2,970.00 |
| Sakalo, Jay M | 1.00 | $290.00 | $290.00 |
| *TOTAL* | *6.40* | | *$3,260.00* |

**Less 50% Discount on Travel**                                            **-$1,630.00**

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**             **$1,630.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 14

Atty - SLB
RE:     18 - Plan & Disclosure Statement                    Client No. 74817/15554

| | | | | |
|---|---|---|---|---|
| 12/01/04 | ASD | 3.20 | 928.00 | Research regarding Trust distribution procedures (.8); continue work on disclosure and plan issues (2.4). |
| 12/01/04 | SLB | 4.40 | 2,420.00 | Analysis of CMO motion and development of response (3.8); interoffice conference with J. Sakalo regarding same (.3); email from and to D. Speights regarding TDPs (.3). |
| 12/01/04 | JMS | 2.80 | 812.00 | Continue review of disclosure statement issues (1.5); research regarding disclosure statement omissions (1.3) |
| 12/02/04 | ASD | 1.90 | 551.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding plan and disclosure issues (1.9). |
| 12/02/04 | SLB | 3.80 | 2,090.00 | Telephone conference with P. Lockwood regarding objections to disclosure statement, etc. (.5); interoffice conference with J. Sakalo and A. Danzeisen regarding tasks to be performed (.2); continued review and analysis of plan and motions (3.1). |
| 12/02/04 | JMS | 2.50 | 725.00 | Telephone conference with P. Lockwood, S. Baena regarding plan issues (.5); conference with A. Danzeisen, S. Baena regarding plan objections (.4); research disclosure statement issues (1.6) |
| 12/03/04 | ASD | 3.30 | 957.00 | Interoffice conference with Jay Sakalo and Nate Mancuso regarding disclosure statement issues (.4); continue work on disclosure and plan issues (2.9). |
| 12/03/04 | SLB | 6.30 | 3,465.00 | Continued analysis and drafting of objections to disclosure statement and plan motions (5.5); telephone call from R. Frankel regarding same (.5); memo to committee regarding same (.3). |
| 12/03/04 | JMS | 1.20 | 348.00 | Conference with N. Mancuso, A. Danzeisen regarding objections to disclosure statement and related motion and follow up conference with N. Mancuso. |
| 12/03/04 | NGM | 4.20 | 1,218.00 | Meet with J. Sakalo and A. Danzeisen regarding objections to Disclosure Statement (.4); read and review issues re: Disclosure Statement (3.0); follow up with J. Sakalo regarding same (.8). |
| 12/04/04 | SLB | 2.10 | 1,155.00 | Email to M. Brodsky regarding estimation (.2); continued analysis and pages of objections to estimation motion (1.6); email to D. Hilton regarding same (.3). |
| 12/04/04 | JMS | 2.80 | 812.00 | Multiple emails with S. Baena regarding plan issues (1.3); work on issues related to disclosure objections (1.5) |
| 12/05/04 | ASD | 12.40 | 3,596.00 | Continue work on disclosure and estimation issues. |
| 12/05/04 | SLB | 3.90 | 2,145.00 | Review prior CMO materials and other historical information and continued preparation of objections to plan documents (3.9). |
| 12/05/04 | JMS | 2.90 | 841.00 | Review Combustion Engineering opinion (1.2); work on disclosure objection (1.3); emails to S. Baena thereon (.4) |
| 12/05/04 | NGM | 4.00 | 1,160.00 | Research regarding plan issues. |
| 12/06/04 | ASD | 12.80 | 3,712.00 | Prepare summary for committee and Plan documents (5.3); continue work on Plan and Disclosure issues (7.2); interoffice conference with Nate Mancuso regarding Plan issues (.3). |
| 12/06/04 | SLB | 4.20 | 2,310.00 | Continued preparation of objections, etc. (4.2). |
| 12/06/04 | JMS | 2.00 | 580.00 | Conferences with D. Speights, M. Dies regarding plan issues (1.0); conference with D. Hilton regarding plan (.5); telephone conference with S. Baena regarding plan related documents (.5). |
| 12/06/04 | NGM | 0.30 | 87.00 | Meet with A. Danzeisen regarding Plan issues. |
| 12/06/04 | NGM | 0.50 | 145.00 | Draft e-mail report regarding questions and thoughts on issues regarding Plan & Disclosure Statement; follow-up regarding |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | same. |
| 12/06/04 | NGM | 6.50 | 1,885.00 | Research regarding numerous legal issues regarding Plan & Disclosure Statement. |
| 12/07/04 | ASD | 4.50 | 1,305.00 | Interoffice conference with Scott L. Baena and Nate Mancuso regarding Plan documents and impairment issues (1.0); continue work on Plan objection issues (3.5). |
| 12/07/04 | SLB | 6.00 | 3,300.00 | Review plan summary and transmit to committee with status report (.9); continued preparation of objections including research and conference with A. Danzeisen and N. Mancuso (5.1). |
| 12/07/04 | JMS | 0.40 | 116.00 | Telephone conference with S. Baena regarding objections to disclosure statement and related issues |
| 12/07/04 | NGM | 2.50 | 725.00 | Continued research regarding substantive consolidation and related issues. |
| 12/07/04 | NGM | 1.00 | 290.00 | Meeting with S. Baena, A. Danzeisen regarding Grace plan and Disclosure Statement; strategy regarding same. |
| 12/07/04 | NGM | 1.20 | 348.00 | Draft insert to brief regarding impairment. |
| 12/08/04 | ASD | 6.60 | 1,914.00 | Continue research regarding estimation issues and 502(c) and 524(g) interplay (3.7); prepare summary of estimation process (.6); interoffice conference with with Scott L. Baena, Jay M. Sakalo, Nate Mancuso and Jim Hass regarding estimation issues in Plan (1.0); interoffice conference with with Scott L. Baena, Jay M. Sakalo, and Nate Mancuso regarding estimation and Plan issues (1.3). |
| 12/08/04 | SLB | 7.10 | 3,905.00 | Telephone conference with J. Hass et al regarding estimation motion objections, etc. (1.0); interoffice conference with J. Sakalo, A. Danzeisen and N. Mancuso regarding objections to plan, etc. (1.2); continued drafting and research of objections (4.9). |
| 12/08/04 | JMS | 4.90 | 1,421.00 | Conference with S. Baena regarding status of objections, strategy (.8); continue working on disclosure statement issues (1.3); telephone conference with J. Hass, S. Baena, A. Danzeisen regarding estimation issues and plan issues (1.5); conference with S. Baena, A. Danzeisen, N. Mancuso regarding status of objections and brainstorm session (1.3) |
| 12/08/04 | NGM | 3.00 | 870.00 | Work on brief insert regarding impairment and review Combustion Engineering opinion. |
| 12/08/04 | NGM | 0.80 | 232.00 | Research regarding substantive consolidation. |
| 12/08/04 | NGM | 2.50 | 725.00 | Conference call with J. Hass, meeting regarding plan, estimation issues. |
| 12/09/04 | ASD | 2.40 | 696.00 | Research regarding Plan and Disclosure issues relating to objection in other bankruptcies (2.4). |
| 12/09/04 | SLB | 7.50 | 4,125.00 | Preparation of objections to estimation motion, etc. (7.5). |
| 12/09/04 | JMS | 5.90 | 1,711.00 | Continue working on objection to disclosure statement and related objections (4.8); conferences with S. Baena thereon (1.1) |
| 12/09/04 | NGM | 1.20 | 348.00 | Continue research regarding substantive consolidation. |
| 12/10/04 | ASD | 7.70 | 2,233.00 | Research regarding defenses raised in CMO and Plan (3.9); research regarding state law impact (3.8). |
| 12/10/04 | SLB | 7.80 | 4,290.00 | Continued research and preparation of objections (7.8). |
| 12/10/04 | JMS | 7.50 | 2,175.00 | Continue draft of objection to disclosure statement and related motions, including conferences with S. Baena, N. Mancuso thereon |
| 12/11/04 | JMS | 0.80 | 232.00 | Research absolute priority issues |
| 12/13/04 | ASD | 4.70 | 1,363.00 | Continue work on disclosure statement and plan issues (2.1); continue work on estimation issues (2.6). |
| 12/13/04 | SLB | 6.50 | 3,575.00 | Complete first draft of objections and circulate to working group |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | for comments (6.5). |
| 12/13/04 | JMS | 5.80 | 1,682.00 | Review current draft of objection (3.8); research absolute priority issues (1.5); telephone conference with D. Rosenbloom regarding plan (.5) |
| 12/13/04 | WV | 0.50 | 55.00 | Prepare spreadsheets with claims for Speights and non Speights claims (.5). |
| 12/13/04 | NGM | 0.50 | 145.00 | Review draft of disclosure objection and discuss various PD issues with A. Danseizen. |
| 12/14/04 | ASD | 3.10 | 899.00 | Interoffice conference with Scott Baena, Jay Sakalo and Nate Mancuso regarding objections to CMO Motion, Estimation Motion, Procedures Motion and Disclosure Statement (3.1). |
| 12/14/04 | SLB | 8.10 | 4,455.00 | Finalize draft of objections and circulate to committee and meet with A. Danziesen, J. Sakalo and N. Mancuso (8.1). |
| 12/14/04 | JMS | 4.70 | 1,363.00 | Telephone conference with M. Wolfson regarding plan issues (.9); emails thereon (.4); telephone conference with M. Palabras (property damage claimant) regarding Plan (.3); conference with S. Baena, A. Danzeisen, N. Mancuso regarding revisions to disclosure statement objections and related documents (3.1) |
| 12/14/04 | NGM | 4.00 | 1,160.00 | Review draft of objection to Disclosure Statement and meeting regarding same. |
| 12/15/04 | ASD | 1.90 | 551.00 | Continue work on disclosures and plan objection (1.9). |
| 12/15/04 | SLB | 3.00 | 1,650.00 | Email to D. Speights and M. Dies regarding estimation process (.4); revisions to objections (.4); email from J. Baer regarding protocol motion (.2); conference with J. Hass regarding estimation issues (2.0). |
| 12/15/04 | JMS | 5.00 | 1,450.00 | Conferences with S. Baena regarding objection to disclosure statement and related motions (.7); conference with S. Baena, J. Hass regarding same (2.0); follow-up meeting with J. Hass regarding related issues (1.5); email from J. Baer regarding "suggested protocol" and review thereof (.8) |
| 12/16/04 | ASD | 2.10 | 609.00 | Make revisions to objections including ZAI improvements (2.1). |
| 12/16/04 | SLB | 2.30 | 1,265.00 | Review sealed air disclosure statement objections (.5); revise objections (.9); review ZAI objection for inclusion (.8); email to A.. Danzeisen regarding same (.1). |
| 12/16/04 | JMS | 4.80 | 1,392.00 | Continue revisions to disclosure statement objections and related motions (2.5); review open issues with S. Baena and A. Danzeisen (1.0); review comments from committee member (.5); address issues related to Debtors' filing of suggested protocol and emails thereon (.8) |
| 12/17/04 | JMS | 3.80 | 1,102.00 | Continue revisions to objections (3.1); telephone conference with R. Wyron regarding KWELMBS issues (.3); emails with M. Hurford and local counsel regarding withdrawal of objection (.4) |
| 12/19/04 | JMS | 4.30 | 1,247.00 | Continue revisions to objection to disclosure statement and related motions and conferences with S. Baena thereon |
| 12/20/04 | ASD | 2.20 | 638.00 | Review comments to objection from PD committee members (.6); research regarding objections to Disclosure Statement (1.6). |
| 12/20/04 | SLB | 1.00 | 550.00 | Finalize objections to disclosure statement, etc. (1.0). |
| 12/20/04 | JMS | 3.60 | 1,044.00 | Conferences with M. Dies regarding objections to disclosure statement and conferences with R. Wyron thereon (1.8); continue objections thereto (1.8) |
| 12/21/04 | ASD | 5.60 | 1,624.00 | Review various objections filed in opposition to Disclosure Statement (4.9); continue work on our objection (.7). |
| 12/22/04 | ASD | 2.80 | 812.00 | Finalize objection to Plan and Disclosure Statement (2.8). |
| 12/22/04 | ASD | 2.60 | 754.00 | Review of proposed Bar Date and Notice Program issues for ZAI (2.6). |
| 12/22/04 | SLB | 0.50 | 275.00 | Further revisions to objections (.3); telephone call from T. Hilsee |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | regarding ZAI notice program (.2). |
| 12/22/04 | JMS | 6.30 | 1,827.00 | Finalize objections to disclosure statement and related motions, including multiple telephone conferences and emails with M. Dies, Dr. Scott, E. Westbrook (5.9); email transmittals regarding same (.4) |
| 12/23/04 | JMS | 4.00 | 1,160.00 | Review objections filed by Future claimants' representative and Personal Injury Committee (1.6); review ZAI supplement issues and historical documents (2.4) |
| 12/23/04 | NGM | 0.50 | 145.00 | Preliminary review and additional objections to supplemental pleadings and objections; discuss with A. Danzeisen. |
| 12/24/04 | JMS | 0.80 | 232.00 | Review emails regarding ZAI supplement and notice issues |
| 12/30/04 | ASD | 6.40 | 1,856.00 | Begin work on objection to Debtor's proposals for ZAI Bar Data and Notice program (6.4). |
| 12/31/04 | ASD | 6.70 | 1,943.00 | Continue work on responses to ZAI proposal (6.7). |

**PROFESSIONAL SERVICES**      $99,726.00

### COSTS ADVANCED

| | | |
|---|---|---|
| 12/31/04 | Pacer - Online ServicesVENDOR: PACER SERVICE CENTER; INVOICE#: 10/01/04-12/31/04; DATE: 12/31/2004 - Pacer charges | 23.87 |

**TOTAL COSTS ADVANCED**      $23.87

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 74.50 | $550.00 | $40,975.00 |
| Danzeisen, Allyn S | 92.90 | $290.00 | $26,941.00 |
| Sakalo, Jay M | 76.80 | $290.00 | $22,272.00 |
| Mancuso, Nathan G | 32.70 | $290.00 | $9,483.00 |
| Van Dijk, Wendy | 0.50 | $110.00 | $55.00 |
| *TOTAL* | *277.40* | | *$99,726.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Pacer - Online Services | $23.87 |
| TOTAL | $23.87 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**      $99,749.87

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 18

Atty - SLB

RE:      30 - Fee Application of Others                                   Client No. 74817/17781

| | | | | |
|---|---|---|---|---|
| 12/01/04 | ASD | 0.20 | 58.00 | Review two fee application (.2). |
| 12/02/04 | ASD | 0.10 | 29.00 | Review of fee auditor report. |
| 12/07/04 | LMF | 1.90 | 228.00 | Attention to quarterly application for Hamilton, Rabinovitz & Alschuler (1.9). |
| 12/10/04 | LMF | 0.60 | 72.00 | Attend to finalizing and filing quarterly application for Hamilton Rabinovitz (.6). |
| 12/10/04 | JMS | 1.20 | 348.00 | Multiple telephone conferences with G. Boyer regarding 12th interim application (.8); review documents thereon (.4) |
| 12/13/04 | LMF | 0.80 | 96.00 | Review Hamilton, Rabinovitz statement for October and prepare notice and summary for same (.8). |
| 12/13/04 | LMF | 0.80 | 96.00 | Update PD committee request for reimbursement of expenses (.8). |
| 12/16/04 | LMF | 0.50 | 60.00 | Attend to filing Hamilton Rabinovitz's October and November fees (.5). |
| 12/17/04 | ASD | 0.10 | 29.00 | Review of fee application. |

**PROFESSIONAL SERVICES**                                             $1,016.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.40 | $290.00 | $116.00 |
| Sakalo, Jay M | 1.20 | $290.00 | $348.00 |
| Flores, Luisa M | 4.60 | $120.00 | $552.00 |
| *TOTAL* | *6.20* | | *$1,016.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                **$1,016.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 19

| | | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 31 - Retention of Others | | | Client No. 74817/17782 |

| 12/03/04 | JMS | 0.70 | 203.00 | Review draft objection to Lexecon and conference with S. Baena thereon (.4); emails from and to M. Hurford thereon (.3) |
|---|---|---|---|---|
| 12/23/04 | JMS | 0.20 | 58.00 | Email from J. Baer regarding Lexecon |

**PROFESSIONAL SERVICES** $261.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.90 | $290.00 | $261.00 |
| *TOTAL* | *0.90* | | *$261.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $261.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 20

## CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|---|---|---|
| Danzeisen, Allyn S | 151.00 | $43,790.00 |
| Baena, Scott L | 95.00 | $52,250.00 |
| Flores, Luisa M | 15.90 | $1,908.00 |
| Sakalo, Jay M | 98.20 | $28,478.00 |
| Baena, Brad | 14.40 | $1,584.00 |
| Van Dijk, Wendy | 7.10 | $781.00 |
| Mancuso, Nathan G | 32.90 | $9,541.00 |
| Brenneman, Carrie | 16.90 | $1,859.00 |
| Less 50% Discount on Travel | | -$1,630.00 |
| TOTAL PROFESSIONAL FEES THIS PERIOD | | $138,561.00 |

## CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $1,481.80 |
| Photocopies | $622.50 |
| Fares, Mileage, Parking | $180.20 |
| Telecopies | $48.00 |
| Federal Express | $82.92 |
| Long Distance Telephone | $123.75 |
| Long Distance Telephone-Outside Services | $368.81 |
| Lodging | $228.21 |
| Meals | $155.61 |
| Miscellaneous Costs | $426.93 |
| Pacer - Online Services | $612.43 |
| Westlaw-Online Legal Research | $1,505.64 |

TOTAL COSTS ADVANCED THIS PERIOD     $5,836.80

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 21

*TOTAL AMOUNT DUE THIS PERIOD*                                        *$144,397.80*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

## CLIENT SUMMARY

|  | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 12/31/04** **WR Grace-Official Committee of Prope** | | | | |
| 01- Case Administration/15537 | $7,237.00 | $5,635.56 | $0.00 | $12,872.56 |
| 03 - Creditors Committee/15539 | $5,170.00 | $8.54 | $0.00 | $5,178.54 |
| 07 - Applicant's Fee Application/15543 | $1,000.00 | $17.01 | $0.00 | $1,017.01 |
| 08 - Hearings/15544 | $5,632.00 | $0.00 | $0.00 | $5,632.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $16,889.00 | $151.82 | $0.00 | $17,040.82 |
| 10 - Travel/15546 | $1,630.00 | $0.00 | $0.00 | $1,630.00 |
| 18 - Plan & Disclosure Statement/15554 | $99,726.00 | $23.87 | $0.00 | $99,749.87 |
| 30 - Fee Application of Others/17781 | $1,016.00 | $0.00 | $0.00 | $1,016.00 |
| 31 - Retention of Others/17782 | $261.00 | $0.00 | $0.00 | $261.00 |
| *Client Total* | *$138,561.00* | *$5,836.80* | *$0.00* | *$144,397.80* |