# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
E-MAIL: INFO@BILZIN.COM • WWW.BILZIN.COM

March 4, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 89521

FOR PROFESSIONAL SERVICES RENDERED
THROUGH January 31, 2005

Atty - SLB
RE:     01- Case Administration                                          Client No. 74817/15537

| | | | | |
|---|---|---|---|---|
| 01/03/05 | ASD | 0.90 | 270.00 | Research regarding status of asbestos bankruptcies and legislation (.9). |
| 01/03/05 | SLB | 0.10 | 57.50 | Email to D. Scott regarding retention of GMA (.1). |
| 01/04/05 | ASD | 1.50 | 450.00 | Telephone conferences with Scott Baena, Jay Sakalo, Martin Dies and Daniel Speights regarding PD Claims issues (1.5). |
| 01/04/05 | SLB | 1.60 | 920.00 | Telephone conference with M. Dies and D. Speights on "open issues" that require resolution or action (1.0); telephone conference with D. Speights and T. Taconnelli regarding impact of PD claims objections in Owens Corning on Grace case (.4); emails to and from P. Lockwood regarding objection to exclusivity (.2). |
| 01/04/05 | LMF | 0.50 | 62.50 | Assist with preparation for estimation hearing (.5). |
| 01/04/05 | JMS | 1.50 | 450.00 | Conferences with S. Baena, A. Danzeisen regarding all pending matters |
| 01/04/05 | CB | 1.00 | 115.00 | Retrieve daily dockets from Pacer and print out documents. |
| 01/05/05 | JMS | 0.30 | 90.00 | Review docket |
| 01/05/05 | FMM | 4.40 | 550.00 | Download documents from pacer in preparation for hearing on 1/13/04; organize documents in binders; prepare index. |
| 01/06/05 | FMM | 1.60 | 200.00 | Continue downloading documents from pacer in preparation for hearing on 1/13/04; organize documents in binders; prepare index. |
| 01/06/05 | CB | 1.10 | 126.50 | Retrieve daily dockets from Pacer and print out documents. |
| 01/07/05 | SLB | 0.70 | 402.50 | Review numerous various pleadings (.7). |
| 01/07/05 | FMM | 0.70 | 87.50 | Download additional documents from pacer in preparation for hearing on 1/13/04. |
| 01/10/05 | ASD | 0.30 | 90.00 | Research regarding tort reform (.3). |
| 01/10/05 | NGM | 0.50 | 150.00 | Preliminary review of Debtors' reply briefs and discuss with A. Danseizen. |
| 01/10/05 | CB | 1.60 | 184.00 | Retrieve daily dockets from Pacer and print out documents. |
| 01/11/05 | ASD | 0.70 | 210.00 | Research regarding asbestos legislation (.4); research regarding Ohio ruling on medical requirements (.3). |
| 01/11/05 | FMM | 2.40 | 300.00 | Download and print documents from pacer in preparation for hearing on 1/13/04; organize in binders; update index. |
| 01/11/05 | NGM | 2.00 | 600.00 | Review Debtor's reply briefs and discuss with A. Danzeisen; research regarding impairment. |
| 01/12/05 | ASD | 0.20 | 60.00 | Research regarding new asbestos legislation proposal. |
| 01/12/05 | ASD | 0.40 | 120.00 | Research regarding Ohio ruling medical criteria legislation. |
| 01/12/05 | FMM | 3.10 | 387.50 | Download and print documents from pacer in preparation for hearing on 1/13/04; organize in binders; update index. |
| 01/12/05 | NGM | 1.00 | 300.00 | Continue research on impairment issues. |
| 01/12/05 | CB | 1.00 | 115.00 | Retrieve daily dockets from Pacer and print out documents. |
| 01/14/05 | LMF | 0.80 | 100.00 | Assist B. Baena with preparation for hearing on WR Grace (.8). |
| 01/14/05 | CB | 1.70 | 195.50 | Retrieve daily dockets from Pacer and print out documents. |
| 01/15/05 | JMS | 0.70 | 210.00 | Emails with T. Tacconelli regarding telephonic hearings (.4); review Baltimore Sun news article (.3) |
| 01/18/05 | JMS | 0.40 | 120.00 | Review dockets |
| 01/18/05 | BAB | 2.50 | 287.50 | Print debtor's pleadings (tabs) and correlate to our documents for Jay Sakalo (2.5) |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 01/18/05 | NGM | 3.00 | 900.00 | Meeting regarding 1/21 hearing and impairment issues; follow-up regarding same. |
| 01/19/05 | ASD | 0.40 | 120.00 | Research regarding Canadian Zonolite claims (.4). |
| 01/19/05 | BAB | 6.80 | 782.00 | Download case law (2.5); print case law (2.2); create indexes (.7); put case law and inserts into appropriate binders in alphabetical order (.6), box various documents and binders into banker boxes to be FedExed (.3); and prepare shipping labels (.5). |
| 01/19/05 | NGM | 1.20 | 360.00 | Research regarding PPI Enters. and Solar King cases regarding impairment under 1124; discuss with J. Sakalo. |
| 01/19/05 | CB | 0.70 | 80.50 | Retrieve daily dockets from Pacer and print out documents. |
| 01/19/05 | CB | 3.50 | 402.50 | Retrieve documents from Westlaw re Rule 42 Common Trials, create index, and prepare hearings binder for January 21, 2005 hearing (2.4); retrieve and print transcripts, deposition, and various documents for hearing redwell (1.1). |
| 01/20/05 | NGM | 0.70 | 210.00 | Research regarding punitive damages and impairment; e-mails with A. Danseizen regarding same. |
| 01/24/05 | ASD | 0.50 | 150.00 | Review Pacific Corp. motion to file late Proof of Claim (.5). |
| 01/24/05 | ASD | 0.40 | 120.00 | Review two non-substantive claims objections (.4). |
| 01/25/05 | CB | 0.90 | 103.50 | Retrieve daily dockets from Pacer and print out documents. |
| 01/26/05 | JMS | 0.60 | 180.00 | Telephone conference with W. Street (counsel to PD claimant) |
| 01/27/05 | CB | 0.80 | 92.00 | Retrieve daily dockets from Pacer and print out documents. |
| 01/28/05 | JMS | 1.10 | 330.00 | Review and substantially revise draft order on motion to strike notices of intent. |
| 01/31/05 | SLB | 0.50 | 287.50 | Email to D. Speights and M. Dies regarding mass tort litigation in Grace case (.2); review motion to approve Continental Casualty settlement (.3). |
| 01/31/05 | JMS | 1.30 | 390.00 | Telephone conference with M. Wolfson regarding status (.3); revise draft order on motion to strike and e-mail with S. Baena thereon (.3); e-mails with T. Tacconelli regarding hearing transcripts (,2); review docket (.3); e-mails with D. Speights regarding transcripts (.2). |

**PROFESSIONAL SERVICES**                                                                 $11,719.00

**COSTS ADVANCED**

| 01/03/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |
| 01/04/05 | Long Distance Telephone(803) 943-4444 | 107.91 |
| 01/04/05 | Long Distance Telephone(409) 886-0541 | 105.93 |
| 01/04/05 | Long Distance Telephone(302) 575-1555 | 42.57 |
| 01/04/05 | Long Distance Telephone(803) 943-6047 | 20.79 |
| 01/05/05 | Photocopies  4.0000pgs @ 0.15/pg | 0.60 |
| 01/05/05 | Photocopies  37.0000pgs @ 0.15/pg | 5.55 |
| 01/05/05 | Photocopies  187.0000pgs @ 0.15/pg | 28.05 |
| 01/05/05 | Photocopies  6.0000pgs @ 0.15/pg | 0.90 |
| 01/05/05 | Photocopies  52.0000pgs @ 0.15/pg | 7.80 |
| 01/05/05 | Telecopies   10.0000pgs @ 1.00/pg | 10.00 |
| 01/05/05 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 01/05/05 | Long Distance Telephone(803) 943-4444 | 9.90 |
| 01/05/05 | Long Distance Telephone(843) 727-6672 | 1.98 |
| 01/05/05 | Long Distance Telephone(843) 216-6509 | 3.96 |
| 01/05/05 | Long Distance Telephone(202) 841-8555 | 0.99 |
| 01/05/05 | Long Distance Telephone(831) 626-1350 | 0.99 |
| 01/06/05 | Photocopies  52.0000pgs @ 0.15/pg | 7.80 |
| 01/06/05 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 01/06/05 | Long Distance Telephone(843) 727-6513 | 0.99 |

| 01/06/05 | Long Distance Telephone(843) 727-6688 | 0.99 |
|---|---|---|
| 01/07/05 | Photocopies 4.0000pgs @ 0.15/pg | 0.60 |
| 01/07/05 | Long Distance Telephone(843) 524-5708 | 2.97 |
| 01/07/05 | Long Distance Telephone(843) 524-5708 | 3.96 |
| 01/07/05 | Long Distance Telephone(843) 524-5708 | 2.97 |
| 01/07/05 | Long Distance Telephone(843) 727-6513 | 3.96 |
| 01/07/05 | Long Distance Telephone(302) 575-1555 | 2.97 |
| 01/07/05 | Long Distance Telephone(803) 943-4444 | 5.94 |
| 01/07/05 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 01/07/05 | Long Distance Telephone(813) 690-5168 | 1.98 |
| | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; | |
| 01/07/05 | INVOICE#: 795086919; DATE: 1/12/2005 | 12.40 |
| 01/10/05 | Photocopies 207.0000pgs @ 0.15/pg | 31.05 |
| 01/10/05 | Long Distance Telephone(302) 652-4100 | 0.99 |
| 01/10/05 | Long Distance Telephone(202) 841-8555 | 0.99 |
| 01/11/05 | Photocopies 138.0000pgs @ 0.15/pg | 20.70 |
| 01/11/05 | Photocopies 300.0000pgs @ 0.15/pg | 45.00 |
| 01/12/05 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 327720; DATE: 1/11/2005 - Client | 439.20 |
| 01/12/05 | AirfareAgency fee - Travel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 327648; DATE: 1/10/2005 - Client | 17.50 |
| 01/12/05 | Photocopies 3.0000pgs @ 0.15/pg | 0.45 |
| 01/12/05 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 01/12/05 | Long Distance Telephone(215) 597-3084 | 1.98 |
| 01/12/05 | Long Distance Telephone(831) 626-1350 | 1.98 |
| 01/13/05 | Long Distance Telephone(302) 652-4100 | 3.96 |
| 01/13/05 | Long Distance Telephone(425) 827-1251 | 8.91 |
| 01/14/05 | Photocopies 16.0000pgs @ 0.15/pg | 2.40 |
| 01/14/05 | Photocopies 234.0000pgs @ 0.15/pg | 35.10 |
| 01/14/05 | Photocopies 27.0000pgs @ 0.15/pg | 4.05 |
| 01/14/05 | Long Distance Telephone(409) 883-4394 | 34.65 |
| 01/14/05 | Long Distance Telephone(843) 524-5708 | 23.76 |
| 01/14/05 | Long Distance Telephone(410) 332-6672 | 7.92 |
| 01/16/05 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 328065; DATE: 1/14/2005 - Client | 686.40 |
| 01/18/05 | Photocopies 14.0000pgs @ 0.15/pg | 2.10 |
| 01/18/05 | Photocopies 1.0000pgs @ 0.15/pg | 0.15 |
| 01/18/05 | Long Distance Telephone(212) 735-3550 | 4.95 |
| 01/18/05 | Long Distance Telephone(412) 281-7100 | 2.97 |
| 01/18/05 | Long Distance Telephone(412) 281-3700 | 2.97 |
| 01/18/05 | Long Distance Telephone(412) 471-4000 | 2.97 |
| 01/18/05 | Long Distance Telephone(215) 925-1263 | 2.97 |
| 01/18/05 | Long Distance Telephone(215) 925-1263 | 5.94 |
| 01/19/05 | Photocopies 218.0000pgs @ 0.15/pg | 32.70 |
| 01/19/05 | Photocopies 203.0000pgs @ 0.15/pg | 30.45 |
| 01/19/05 | Photocopies 867.0000pgs @ 0.15/pg | 130.05 |
| 01/19/05 | Photocopies 914.0000pgs @ 0.15/pg | 137.10 |
| 01/19/05 | Long Distance Telephone(509) 455-3978 | 26.73 |
| 01/19/05 | Long Distance Telephone(412) 281-7100 | 1.98 |
| 01/20/05 | AirfareTravel to Pittsburgh - VENDOR: Continental Travel; INVOICE#: 328106; DATE: 1/14/2005 - Client - 15537 | 1,167.60 |

| 01/20/05 | Telecopies 17.0000pgs @ 1.00/pg | 17.00 |
|---|---|---|
| 01/20/05 | Telecopies 1.0000pgs @ 1.00/pg | 1.00 |
| 01/20/05 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 01/20/05 | Long Distance Telephone(412) 553-5250 | 4.95 |
| 01/20/05 | Long Distance Telephone(412) 553-5252 | 3.96 |
| 01/21/05 | AirfareTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/21/05; DATE: 1/21/2005 - Client - 15537 | 1,242.60 |
| 01/21/05 | LodgingTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/21/05; DATE: 1/21/2005 - Client - 15537 | 169.86 |
| 01/21/05 | Fares, Mileage, ParkingTaxi Fares - Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/21/05; DATE: 1/21/2005 - Client - 15537 | 80.00 |
| 01/21/05 | Fares, Mileage, ParkingAirport Parking - Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/21/05; DATE: 1/21/2005 - Client - 15537 | 50.00 |
| 01/21/05 | MealsTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/21/05; DATE: 1/21/2005 - Client - 15537 | 110.35 |
| 01/21/05 | Long Distance Telephone-Outside ServicesFaxe charge - Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-01/21/05; DATE: 1/21/2005 - Client - 15537 | 69.75 |
| 01/23/05 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 328111; DATE: 1/14/2005 - Client - 15537 | 878.40 |
| 01/23/05 | AirfareTravel to Pittsburg - VENDOR: Continental Travel; INVOICE#: 328367; DATE: 1/19/2005 - Client - 15537 | 929.80 |
| 01/24/05 | Telecopies 6.0000pgs @ 1.00/pg | 6.00 |
| 01/24/05 | Long Distance Telephone(843) 524-5708 | 11.88 |
| 01/24/05 | Long Distance Telephone(803) 943-4599 | 1.98 |
| 01/26/05 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 01/26/05 | Long Distance Telephone(831) 626-1350 | 0.99 |
| 01/26/05 | Long Distance Telephone(415) 983-1792 | 16.83 |
| 01/26/05 | Long Distance Telephone(415) 983-1792 | 7.92 |
| 01/26/05 | Long Distance Telephone(803) 943-4444 | 15.84 |
| 01/26/05 | Long Distance Telephone(409) 384-8444 | 5.94 |
| 01/27/05 | Photocopies 61.0000pgs @ 0.15/pg | 9.15 |
| 01/27/05 | Long Distance Telephone(409) 882-9595 | 4.95 |
| 01/28/05 | Long Distance Telephone(615) 741-1935 | 3.96 |
| 01/31/05 | Long Distance Telephone(813) 225-4119 | 1.80 |

**TOTAL COSTS ADVANCED** $6,970.42

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.90 | $575.00 | $1,667.50 |
| Danzeisen, Allyn S | 5.30 | $300.00 | $1,590.00 |
| Sakalo, Jay M | 5.90 | $300.00 | $1,770.00 |
| Mancuso, Nathan G | 8.40 | $300.00 | $2,520.00 |
| Flores, Luisa M | 1.30 | $125.00 | $162.50 |
| Baena, Brad | 9.30 | $115.00 | $1,069.50 |
| Matas, Fanny M | 12.20 | $125.00 | $1,525.00 |
| Brenneman, Carrie | 12.30 | $115.00 | $1,414.50 |

*TOTAL*                          *57.60*                    *$11,719.00*

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $5,361.50 |
| Photocopies | $532.20 |
| Fares, Mileage, Parking | $130.00 |
| Telecopies | $44.00 |
| Federal Express | $12.40 |
| Long Distance Telephone | $540.36 |
| Long Distance Telephone-Outside Services | $69.75 |
| Lodging | $169.86 |
| Meals | $110.35 |
| TOTAL | $6,970.42 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$18,689.42**

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 02 - Debtors' Business Operations | | | Client No. 74817/15538 |

| 01/10/05 | SLB | 0.30 | 172.50 | Review debtors' November 2004 operating report (.3). |
|---|---|---|---|---|
| 01/11/05 | JMS | 0.60 | 180.00 | Review November Monthly Operating Report and telephone conference with G. Boyer thereon |

**PROFESSIONAL SERVICES** $352.50

**COSTS ADVANCED**

| 12/10/04 | Long Distance Telephone(212) 813-1703 | 4.95 |
|---|---|---|
| 01/11/05 | Long Distance Telephone(212) 813-1703 | 0.99 |

**TOTAL COSTS ADVANCED** $5.94

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | $575.00 | $172.50 |
| Sakalo, Jay M | 0.60 | $300.00 | $180.00 |
| *TOTAL* | *0.90* | | *$352.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Long Distance Telephone | $5.94 |
|---|---|
| TOTAL | $5.94 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $358.44

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB
Client No. 74817/15539

RE:    03 - Creditors Committee

| 01/06/05 | ASD | 1.00 | 300.00 | Review and respond to inquires from Committee members (.4); prepare for and attend Committee call (.6). |
| 01/13/05 | SLB | 0.60 | 345.00 | Telephone conference with committee (.6). |
| 01/13/05 | JMS | 0.70 | 210.00 | Committee call |
| 01/14/05 | ASD | 0.40 | 120.00 | Review and respond to email from committee co-chair. |
| 01/22/05 | SLB | 0.40 | 230.00 | Email from and to M. Dies regarding property damage issues (.2); email to and from E. Westbrook regarding same (.2). |
| 01/27/05 | SLB | 0.40 | 230.00 | Committee conference call (.4). |
| 01/27/05 | JMS | 0.40 | 120.00 | Committee call. |

**PROFESSIONAL SERVICES**                                                     $1,555.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.40 | $575.00 | $805.00 |
| Danzeisen, Allyn S | 1.40 | $300.00 | $420.00 |
| Sakalo, Jay M | 1.10 | $300.00 | $330.00 |
| *TOTAL* | *3.90* | | *$1,555.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$1,555.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 8

Atty - SLB
Client No. 74817/15540

RE:     04 - Retention of Professionals

| | | | | |
|---|---|---|---|---|
| 01/12/05 | NGM | 1.50 | 450.00 | Draft retention application on "awareness" expert; e-mails to J. Sakalo regarding same. |
| 01/13/05 | NGM | 1.00 | 300.00 | Speak to Don Morgan regarding retention, revise application and affidavit, etc. |
| 01/14/05 | NGM | 1.00 | 300.00 | Revise and circulate GMA retention application; follow-up with Don Morgan regarding same. |
| 01/19/05 | NGM | 0.70 | 210.00 | Finalize and coordinate filing, etc. of GMA retention application. |
| 01/20/05 | NGM | 0.20 | 60.00 | Telephone conference with local counsel regarding GMA retention application. |
| 01/24/05 | JMS | 0.60 | 180.00 | E-mail exchange with committee members regarding GMA retention (.4); e-mail to T. Tacconelli thereon (.2) |

**PROFESSIONAL SERVICES**                                                    $1,500.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 0.60 | $300.00 | $180.00 |
| Mancuso, Nathan G | 4.40 | $300.00 | $1,320.00 |
| *TOTAL* | *5.00* | | *$1,500.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$1,500.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | | Atty - SLB |
|---|---|---|---|---|---|
| RE: | 07 - Applicant's Fee Application | | | | Client No. 74817/15543 |

01/27/05    LMF    1.30    162.50    Review and edits to prebill (1.3).

**PROFESSIONAL SERVICES**    $162.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Flores, Luisa M | 1.30 | $125.00 | $162.50 |
| *TOTAL* | *1.30* | | *$162.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$162.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 10

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | | 08 - Hearings | | Client No. 74817/15544 |

| 01/20/05 | SLB | 9.00 | 5,175.00 | Prepare for 1/21 hearing including review of materials and case law, interoffice conference with A. Danzeisen and J. Sakalo and conference with R. Frankel and P. Lockwood, et al (9.0). |
|---|---|---|---|---|
| 01/21/05 | SLB | 6.00 | 3,450.00 | Hearing on various plan matters (6.0). |
| 01/21/05 | JMS | 6.00 | 1,800.00 | Attend hearing |
| 01/24/05 | SLB | 2.00 | 1,150.00 | Prepare for 1/24 hearing (.8); telephone call from D. Speights regarding same (.2); court appearance regarding various motions (1.0). |
| 01/24/05 | JMS | 1.50 | 450.00 | Attend hearing regarding omnibus hearing (1.0); prepare for hearing (.5). |

**PROFESSIONAL SERVICES**                                   $12,025.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 17.00 | $575.00 | $9,775.00 |
| Sakalo, Jay M | 7.50 | $300.00 | $2,250.00 |
| *TOTAL* | *24.50* | | *$12,025.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $12,025.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 11

RE:    09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)    

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 01/03/05 | ASD | 5.00 | 1,500.00 | Research regarding defenses asserted by Grace (2.9); research regarding notices of deficiency (1.6); review and respond to various emails regarding deficiencies (.5). |
| 01/03/05 | JMS | 2.00 | 600.00 | Continue review and analysis of claims subject of notice of intent and revise database (1.2); multiple emails with D. Speights thereon (.8) |
| 01/04/05 | ASD | 2.90 | 870.00 | Begin review and research of estimation issues (2.9). |
| 01/04/05 | ASD | 0.30 | 90.00 | Review and respond to various emails relating to notices of deficiency (.3). |
| 01/04/05 | JMS | 0.60 | 180.00 | Emails with D. Speights, S. Murdough regarding Notices of Insufficiency |
| 01/05/05 | ASD | 0.80 | 240.00 | Continue review of claims analysis (.8). |
| 01/05/05 | ASD | 3.10 | 930.00 | Continue review and research of estimation issues (3.1). |
| 01/06/05 | ASD | 5.70 | 1,710.00 | Research regarding State claims analysis (5.7). |
| 01/07/05 | ASD | 4.40 | 1,320.00 | Continue research of estimation issues (3.8); review various emails in relation to ZAI objection (.2); research regarding ZAI objection (.4). |
| 01/08/05 | ASD | 1.90 | 570.00 | Continue research of estimation issues (1.9). |
| 01/09/05 | ASD | 3.70 | 1,110.00 | Continue research of estimation issues (3.7). |
| 01/10/05 | ASD | 3.20 | 960.00 | Continue research and review on estimation issues (3.2). |
| 01/10/05 | ASD | 0.60 | 180.00 | Review reply regarding motion to strike notices (.3); review of joinder to motion to strike (.3). |
| 01/11/05 | ASD | 4.50 | 1,350.00 | Conference with Scott Baena, Jay Sakalo, Dan Speights, Martin Dies and Jim Hass regarding PD Claims issues. |
| 01/11/05 | ASD | 2.40 | 720.00 | Continue work on estimation issues (2.4). |
| 01/12/05 | ASD | 5.50 | 1,650.00 | Continue work on estimation issues including research of B-reader complaint (2.7); working travel to attend estimation hearing (2.8). |
| 01/13/05 | ASD | 4.60 | 1,380.00 | Attend hearing on PI estimation issues (3.5) continue research of medical estimation issues (2.1) |
| 01/14/05 | ASD | 4.00 | 1,200.00 | Attend hearing on PI estimation issues (3.6); research regarding estimation issues (.4) |
| 01/16/05 | ASD | 2.60 | 780.00 | Begin draft of estimation issues (2.6) |
| 01/17/05 | ASD | 5.70 | 1,710.00 | Attend hearing on PI estimation issues (3.6); continue research and draft of estimation issues (2.1) |
| 01/18/05 | ASD | 3.90 | 1,170.00 | Attend hearing on PI estimation issues (3.9). |
| 01/19/05 | ASD | 6.30 | 1,890.00 | Attend hearing on PI estimation issues (4.1); continue draft of memo on estimation issues (2.2) |
| 01/20/05 | ASD | 1.10 | 330.00 | Continue draft of memo on estimation (1.1) |
| 01/24/05 | ASD | 2.50 | 750.00 | Research regarding claim (2.2); interoffice conference with Anthony Box and Luisa Flores regarding expert research (.3). |
| 01/24/05 | LMF | 0.30 | 37.50 | Meet with A. Danzeisen regarding project on expert reports. |
| 01/26/05 | LMF | 0.50 | 62.50 | Attention to project on expert reports (.5). |
| 01/26/05 | JMS | 0.40 | 120.00 | Telephone conference with D. Speights regarding notices of intent |
| 01/27/05 | LMF | 0.50 | 62.50 | Attention to review and research for expert reports (.5). |
| 01/28/05 | SLB | 0.90 | 517.50 | Review debtors' proposed order on "gateway objections" and email to J. Sakalo regarding same (.3); conference with J. Sakalo regarding revisions to such proposed order (.6). |
| 01/28/05 | JMS | 0.40 | 120.00 | Telephone conference with M. Clemons regarding PD claims. |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 01/31/05 | SLB | 0.90 | 517.50 | Review transcript of 10/25 OC hearing concerning treatment of PD claims (.4); review decisional law regarding property damage statute of limitations issues (.5). |

**PROFESSIONAL SERVICES**                                   $24,627.50

**COSTS ADVANCED**

| 01/03/05 | Staff Overtime | 121.73 |

**TOTAL COSTS ADVANCED**                                   $121.73

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.80 | $575.00 | $1,035.00 |
| Danzeisen, Allyn S | 74.70 | $300.00 | $22,410.00 |
| Sakalo, Jay M | 3.40 | $300.00 | $1,020.00 |
| Flores, Luisa M | 1.30 | $125.00 | $162.50 |
| *TOTAL* | *81.20* | | *$24,627.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Staff Overtime | $121.73 |
|---|---|
| TOTAL | $121.73 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $24,749.23

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 13

|  |  | Atty - SLB |
| --- | --- | --- |
| RE: | 10 - Travel | Client No. 74817/15546 |

| 01/14/05 | ASD | 2.40 | 720.00 | Return travel from Philadelphia. |
| --- | --- | --- | --- | --- |
| 01/16/05 | ASD | 2.30 | 690.00 | Non-working travel to Estimation Hearing (2.3). |
| 01/20/05 | ASD | 0.80 | 240.00 | Non-working travel. |
| 01/20/05 | SLB | 3.00 | 1,725.00 | Travel to Pittsburgh (3.0). |
| 01/21/05 | ASD | 7.10 | 2,130.00 | Non-working travel. |
| 01/21/05 | SLB | 7.50 | 4,312.50 | Return to Miami (7.5). |
| 01/21/05 | JMS | 5.00 | 1,500.00 | Non-working travel home |

PROFESSIONAL SERVICES $11,317.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 10.50 | $575.00 | $6,037.50 |
| Danzeisen, Allyn S | 12.60 | $300.00 | $3,780.00 |
| Sakalo, Jay M | 5.00 | $300.00 | $1,500.00 |
| *TOTAL* | *28.10* | | *$11,317.50* |

**Less 50% Discount on Travel** -$5,658.75

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $5,658.75

RE:      18 - Plan & Disclosure Statement

| | | | | |
|---|---|---|---|---|
| 01/02/05 | ASD | 6.60 | 1,980.00 | Research regarding ZAI rulings relating to disclosures and notices (1.3); draft response regarding supplement to disclosure statement (5.3). |
| 01/03/05 | ASD | 3.90 | 1,170.00 | Continue work on supplement to disclosure statement (2.8); interoffice conference with Scott Baena and Jay Sakalo regarding disclosure issues (1.1). |
| 01/03/05 | SLB | 2.60 | 1,495.00 | Email to J. Baer regarding revised plan (.1); conference with A. Danzeisen and J. Sakalo regarding preparation for 1/21 hearing and responses to pending motions, etc. (2.5). |
| 01/03/05 | JMS | 1.80 | 540.00 | Review certain insurers objection to estimation motion (.3); review and revise response to ZAI estimation supplement and conferences with A. Danzeisen and S. Baena thereon (1.1); telephone conference with J. Hass regarding expert issues (.4) |
| 01/04/05 | ASD | 0.80 | 240.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding disclosure statement issues (.8). |
| 01/04/05 | SLB | 0.80 | 460.00 | Revise ZAI objection (.8). |
| 01/04/05 | JMS | 2.00 | 600.00 | Conferences with S. Baena, A. Danzeisen regarding hearings on plan issues (.8); begin draft of outline for hearings (1.2) |
| 01/05/05 | ASD | 2.60 | 780.00 | Continue research of supplemental disclosure issue (2.6). |
| 01/05/05 | JMS | 3.60 | 1,080.00 | Review and revise ZAI supplemental objection (1.2); conferences with A. Danzeisen and S. Baena thereon (.4); telephone conference with R. Turkewitz thereon (.3); review selected hearing transcripts (1.3); telephone conference with J. Hass regarding estimation issues and research thereon (.4) |
| 01/06/05 | ASD | 0.80 | 240.00 | Review revision to ZAI Supplemental response and forward for comment (.5); review comments from Committee (.3). |
| 01/06/05 | JMS | 1.50 | 450.00 | Emails with E. Westbrook, M. Dies, A. Danzeisen regarding ZAI supplement objection (1.2); review revised draft (.3) |
| 01/07/05 | SLB | 4.20 | 2,415.00 | Review proposed redraft of ZAI response, telephone call from and emails from, telephone calls to and emails to D. Speights, M. Dies, J. Schwartz, T. Brandi regarding same, prepare revisions to same based thereon (3.5); telephone call from E. Westbrook regarding revisions and make same (.7). |
| 01/07/05 | JMS | 5.50 | 1,650.00 | Finalize ZAI supplement objection, including multiple conferences and emails with S. Baena, M. Dies, D. Speights, E. Westbrook thereon (3.8); review future claimants representative's objection to exclusivity (.7); review joinder to motion to strike (.3); telephone conference with M. Wolfson regarding plan status (.7) |
| 01/08/05 | JMS | 3.60 | 1,080.00 | Review Debtors' reply briefs (3.1); email to S. Baena thereon (.3); email to Committee thereon (.2) |
| 01/10/05 | ASD | 3.80 | 1,140.00 | Review of replies to objections to disclosure statement and related motions (1.5); research regarding defenses raised by debtors in related motions to disclosure (2.3). |
| 01/10/05 | SLB | 1.60 | 920.00 | Review debtors' responses to confirmation objections and various plan motions (1.6). |
| 01/10/05 | JMS | 2.80 | 840.00 | Telephone conference with M. Wolfson regarding Grace's recent filings (.4); email to J. Baer regarding motion to strike (.2); emails with S. Baena, A. Danzeisen regarding Debtors' responses to objections (1.0); review issues thereon (.7); address issues |

| | | | | related to Debtors' response to Motion to Strike and multiple emails with S. Blatnick and J. Baer thereon (.5) |
|---|---|---|---|---|
| 01/11/05 | ASD | 1.00 | 300.00 | Meeting with Scott Baena, Jay Sakalo and Jim Hass. |
| 01/11/05 | SLB | 6.00 | 3,450.00 | Conference with D. Speights, M. Dies and J. Hass regarding estimation issues (6.0). |
| 01/11/05 | JMS | 6.00 | 1,800.00 | Meet with M. Dies, D. Speights (.5); meet with M. Dies, D. Speights, J. Hass, A. Danzeisen (4.5); meet with J. Hass, S. Baena, A. Danzeisen (1.0) |
| 01/12/05 | ASD | 0.30 | 90.00 | Review disclosure State objection chart (.3). |
| 01/12/05 | JMS | 2.60 | 780.00 | Review proposed substitute pages to Disclosure Statement and emails with A. Johnson, conferences with S. Baena thereon (.9); review articles regarding Ohio legislation (.5); review CSFB pretrial brief in Owens (1.2). |
| 01/13/05 | ASD | 3.10 | 930.00 | Review and research redline documents of disclosure issues (3.1). |
| 01/13/05 | SLB | 3.60 | 2,070.00 | Prepare for 1/21 hearing (3.6). |
| 01/13/05 | JMS | 0.60 | 180.00 | Address issues related to objection |
| 01/14/05 | SLB | 4.70 | 2,702.50 | Telephone call from M. Dies regarding preparation for 1/21 hearing (.4); review amended plan and amended disclosure statement (3.1); prepare for 1/21 hearing (1.2). |
| 01/14/05 | JMS | 1.20 | 360.00 | Telephone conference with D. Speights, M. Dies, S. Baena regarding strategy for hearing (.4); conference with S. Baena thereon (.3); review docket of amended agreements (.3); review Buckwalter orders regarding transfer of personal injury issues and Sealed Air (.2) |
| 01/15/05 | ASD | 3.10 | 930.00 | Begin preparation for disclosure statement hearing. |
| 01/16/05 | ASD | 0.80 | 240.00 | Continue preparation for disclosure statement. |
| 01/17/05 | ASD | 1.80 | 540.00 | Continue preparation for disclosure statement hearing. |
| 01/17/05 | JMS | 3.00 | 900.00 | Emails from and to J. Katz regarding amended plan of reorganization (.4); review summary of first two days of Owens Corning estimation hearing (.4); emails with A. Danzeisen thereon (.3); email to M. Dies, D. Speights, S. Baena regarding same (.3); emails regarding trial briefs (.3); research regarding plan issues and email to S. Baena thereon (1.3) |
| 01/18/05 | ASD | 6.60 | 1,980.00 | Research issues in preparation for disclosure statement hearing (5.7); telephone conference with Scott Baena and Jay Sakalo (.3); prepare memo on disclosure hearing issues (.6). |
| 01/18/05 | SLB | 7.50 | 4,312.50 | Review reports on estimation prepared by A. Danzeisen (.8); telephone call from H. Wasserstein regarding plan (.2); prepare for 1/21 hearing (6.5). |
| 01/18/05 | LMF | 1.20 | 150.00 | Download various documents and send to A. Danzeisen in Philadelphia (1.2). |
| 01/18/05 | JMS | 5.50 | 1,650.00 | Prepare for disclosure statement hearing, including research of impairment and estimation issues, conferences with S. Baena and N. Mancuso (4.6); conferences with B. Baena regarding hearing notebooks (.4); review Debtors' motion to file reply regarding ZAI estimation (.5) |
| 01/19/05 | ASD | 3.10 | 930.00 | Continue preparation for disclosure statement (3.1). |
| 01/19/05 | SLB | 7.20 | 4,140.00 | Prepare for 1/21 hearing (7.2). |
| 01/19/05 | LMF | 2.40 | 300.00 | Work with B. Baena, D. Williams and C. Brenneman in putting together notebooks and case law for hearing (2.4). |
| 01/19/05 | JMS | 6.00 | 1,800.00 | Prepare for hearing on 1/21, including review of documents, conferences with S. Baena and telephone conferences with Committee members |
| 01/20/05 | ASD | 10.80 | 3,240.00 | Continue preparation for disclosure statement hearing (including 2.1 hours working travel) (10.8). |

| 01/20/05 | JMS | 10.80 | 3,240.00 | Prepare for disclosure statement hearing, including conferences with S. Baena and A. Danzeisen and dinner meeting with personal injury Committee counsel and future claimant's representative counsel (10.0); prepare chart of remaining disclosure statement objections (.8) |
| 01/21/05 | ASD | 8.90 | 2,670.00 | Prepare for and attend disclosure statement hearing (8.9). |
| 01/21/05 | ASD | 1.50 | 450.00 | Meeting with Scott Baena, Jay Sakalo and Expert. |
| 01/21/05 | SLB | 1.50 | 862.50 | Conference with J. Hass regarding estimation hearing procedures and preparation (1.5). |
| 01/21/05 | JMS | 2.00 | 600.00 | Pre-hearing meeting with D. Scott, M. Dies, S. Baena (1.0); meeting with J. Hass and S. Baena after hearing (1.0) |
| 01/26/05 | SLB | 0.20 | 115.00 | Telephone call from T. Hilsee regarding ZAI estimation issues (.2). |
| 01/26/05 | JMS | 0.40 | 120.00 | E-mail from/to A. Johnson regarding PD objections to disclosure statement. |
| 01/27/05 | JMS | 1.60 | 480.00 | Telephone conference with M. Wolfson regarding plan (.1); lengthy e-mail to debtors regarding status of PD objections to disclosure statement (1.5). |
| 01/28/05 | SLB | 0.20 | 115.00 | Email from and to P. Lockwood regarding objections to disclosure statement (.2). |
| 01/31/05 | SLB | 1.20 | 690.00 | Organize estimation materials (1.2). |

**PROFESSIONAL SERVICES**                                                                                    $60,197.50

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 41.30 | $575.00 | $23,747.50 |
| Danzeisen, Allyn S | 59.50 | $300.00 | $17,850.00 |
| Sakalo, Jay M | 60.50 | $300.00 | $18,150.00 |
| Flores, Luisa M | 3.60 | $125.00 | $450.00 |
| *TOTAL* | *164.90* | | *$60,197.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$60,197.50**

|  |  |  |  |  |  | Atty - SLB |
| --- | --- | --- | --- | --- | --- | --- |
| RE: | | 30 - Fee Application of Others | | | | Client No. 74817/17781 |

| 01/13/05 | JMS | 0.20 | 60.00 | Email to D. Speights regarding bill |
| 01/24/05 | ASD | 0.80 | 240.00 | Review of fee applications (.8). |

**PROFESSIONAL SERVICES**                                                                              $300.00

**COSTS ADVANCED**

| 01/13/05 | Long Distance Telephone(970) 925-0000 | 4.95 |

**TOTAL COSTS ADVANCED**                                                                                $4.95

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Danzeisen, Allyn S | 0.80 | $300.00 | $240.00 |
| Sakalo, Jay M | 0.20 | $300.00 | $60.00 |
| *TOTAL* | *1.00* | | *$300.00* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Long Distance Telephone | $4.95 |
| TOTAL | $4.95 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**               **$304.95**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 18

Atty - SLB
RE:    31 - Retention of Others                              Client No. 74817/17782

| 01/12/05 | JMS | 0.50 | 150.00 | Conference with and emails with N. Mancuso regarding GMA retention |
| 01/13/05 | JMS | 0.40 | 120.00 | Email regarding GMA retention application |
| 01/17/05 | JMS | 0.40 | 120.00 | Revise GMA retention application |

**PROFESSIONAL SERVICES**                                        $390.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.30 | $300.00 | $390.00 |
| *TOTAL* | *1.30* | | *$390.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $390.00

### *CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|------------|-------|-------|
| *Danzeisen, Allyn S* | *154.30* | $46,290.00 |
| *Baena, Scott L* | *75.20* | $43,240.00 |
| *Flores, Luisa M* | *7.50* | $937.50 |
| *Sakalo, Jay M* | *86.10* | $25,830.00 |
| *Baena, Brad* | *9.30* | $1,069.50 |
| *Matas, Fanny M* | *12.20* | $1,525.00 |
| *Mancuso, Nathan G* | *12.80* | $3,840.00 |
| *Brenneman, Carrie* | *12.30* | $1,414.50 |
| *Less 50% Discount on Travel* | | *-$5,658.75* |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | *$118,487.75* |

### *CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Airfare* | *$5,361.50* |
| *Photocopies* | *$532.20* |
| *Fares, Mileage, Parking* | *$130.00* |
| *Telecopies* | *$44.00* |
| *Federal Express* | *$12.40* |
| *Long Distance Telephone* | *$551.25* |
| *Long Distance Telephone-Outside Services* | *$69.75* |
| *Lodging* | *$169.86* |
| *Meals* | *$110.35* |
| *Staff Overtime* | *$121.73* |

*TOTAL COSTS ADVANCED THIS PERIOD*                    *$7,103.04*

*TOTAL AMOUNT DUE THIS PERIOD*                    <u>*$125,590.79*</u>

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

---

*CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 01/31/05** **WR Grace-Official Committee of Prope** | | | | |
| 01- Case Administration/15537 | $11,719.00 | $6,970.42 | $0.00 | $18,689.42 |
| 02 - Debtors' Business Operations/15538 | $352.50 | $5.94 | $0.00 | $358.44 |
| 03 - Creditors Committee/15539 | $1,555.00 | $0.00 | $0.00 | $1,555.00 |
| 04 - Retention of Professionals/15540 | $1,500.00 | $0.00 | $0.00 | $1,500.00 |
| 07 - Applicant's Fee Application/15543 | $162.50 | $0.00 | $0.00 | $162.50 |
| 08 - Hearings/15544 | $12,025.00 | $0.00 | $0.00 | $12,025.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $24,627.50 | $121.73 | $0.00 | $24,749.23 |
| 10 - Travel/15546 | $5,658.75 | $0.00 | $0.00 | $5,658.75 |
| 18 - Plan & Disclosure Statement/15554 | $60,197.50 | $0.00 | $0.00 | $60,197.50 |
| 30 - Fee Application of Others/17781 | $300.00 | $4.95 | $0.00 | $304.95 |
| 31 - Retention of Others/17782 | $390.00 | $0.00 | $0.00 | $390.00 |
| *Client Total* | *$118,487.75* | *$7,103.04* | *$0.00* | *$125,590.79* |