# Exhibit A

Vanderslice Affidavit

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**AFFIDAVIT OF THOMAS A. VANDERSLICE IN SUPPORT OF THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO AN EMPLOYMENT AGREEMENT WITH ITS CURRENT CHIEF OPERATING OFFICER ("COO") UNDER WHICH HE WOULD ASSUME THE POSITION OF <u>CHIEF EXECUTIVE OFFICER OF THE DEBTORS ("CEO")</u>**

I, Thomas A. Vanderslice, being first duly sworn, on oath, state as follows:

1. I make this affidavit based on my own personal knowledge and belief.

2. I am the Lead Independent Director of the Board of Directors of W. R. Grace & Co (the "Board"). The Board consists of the following persons: John F. Akers, H. Furlong Baldwin, Ronald C. Cambre, Marye Anne Fox, Alfred E. Festa, John J. Murphy, Paul Norris, and myself. The Board has determined that all directors other than Messrs. Festa and Norris are independent. As Lead Independent Director, I preside at all executive sessions of independent directors.

3. I submit this affidavit in support of the *Motion of the Debtors for an Order Authorizing the Debtors to Enter into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement With the Current CEO Whereby He Would Provide Consulting Services Related to the Debtors' Chapter 11 Cases*, and for the

specific purpose of describing the steps taken by the Board before extending Alfred M. Festa the position as CEO of the Debtors.

4. The Debtors hired Mr. Festa as COO and President in the fall of 2003. At the time of Mr. Festa's hiring, the Board identified Mr. Festa as a potential successor to Mr. Norris as CEO of the Debtors.

5. Shortly after learning that the Debtors' current CEO, Paul Norris, was planning to retire, the Board convened and determined that, based upon his demonstrated leadership as COO and President, Mr. Festa was the most qualified candidate to succeed Mr. Norris as CEO. The Board has been extremely impressed with Mr. Festa's performance, the initiatives he has undertaken since joining the company, and the success of the business under his direction. The Board considered him to be the logical and best choice to succeed Mr. Norris as the Debtors' CEO.

6. While negotiating Mr. Festa's compensation package, the Board relied upon information from their compensation consultant, Nick Bubnovich (of Watson Wyatt Worldwide's Human Capital), with respect to the "market rate" for CEOs in similar positions. Based upon Mr. Bubnovich's advice and negotiations with Mr. Festa, the Debtors have offered Mr. Festa a compensation package that includes an "Emergence Bonus."

7. The "Emergence Bonus" was designed to retain Mr. Festa as CEO for an extended period of time to provide continuity of leadership and strategic direction. While the timing of the payment of the bonus was based in part on emergence from chapter 11, the primary purpose of the bonus was to retain Mr. Festa for at least four years (i.e., to November 2008) in order to assist the Debtors in achieving their long-term growth goals and maximizing the value

Case 01-01139-AMC    Doc 8015-2    Filed 03/11/05    Page 4 of 4

03/10/2005  15:21    4105314414                WR GRACE                            PAGE 01/02
Oct 21 04 05:05p     THOMAS VANDERSLICE        541 403 4496                        p.1
03/10/2005  13:44    4105314414                WR GRACE                            PAGE 04/04

of the Debtors' estate for all stakeholders. At the same time, the Board also recognized the benefits of incentivizing Mr. Festa to lead the Debtors out of chapter 11 and structured the bonus in a manner that could accelerate payment if Mr. Festa is able to lead the Debtors out of chapter 11 prior to the retention payment dates.

Thomas A. Vanderslice

SWORN to and SUBSCRIBED
before me this 10 day
of March, 2005

Notary Public

Nancy Yates
My Commission DD243331
Expires August 20, 2007

3