# Exhibit A

## W.R. Grace - 14th Interim (July - September, 2004)
## Fees and Expenses with Fee Auditor Recommendations
## Exhibit A-1

| BAKER DONALDSON | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7390 | $136,000.00 | $810.95 | $136,000.00 | $810.95 |
| Total: | **$136,000.00** | **$810.95** | **$136,000.00** | **$810.95** |

| BANKRUPTCY MANAGEMENT CORPORATION | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7701 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| Total: | **$181,246.00** | **$5,185.65** | **$181,246.00** | **$5,185.65** |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7232 | $111,531.00 | $8,362.36 | $111,531.00 | $8,187.30 |
| Total: | **$111,531.00** | **$8,362.36** | **$111,531.00** | **$8,187.30** |

| BLACKSTONE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6926 | $525,000.00 | $22,158.70 | $525,000.00 | $22,003.84 |
| Total: | **$525,000.00** | **$22,158.70** | **$525,000.00** | **$22,003.84** |

| CAMPBELL AND LEVINE | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6906 | $57,699.00 | $4,325.19 | $57,699.00 | $4,325.19 |
| Total: | **$57,699.00** | **$4,325.19** | **$57,699.00** | **$4,325.19** |

| CAPLIN AND DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6909 | $84,288.00 | $5,306.98 | $84,288.00 | $5,279.58 |
| Total: | **$84,288.00** | **$5,306.98** | **$84,288.00** | **$5,279.58** |

| CAPSTONE CORPORATE RECOVERY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6905 | $212,667.25 | $2,667.81 | $212,667.25 | $2,667.81 |
| Total: | $212,667.25 | $2,667.81 | $212,667.25 | $2,667.81 |

| CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6676 | $258,508.00 | $12,346.06 | $258,508.00 | $12,346.06 |
| Total: | $258,508.00 | $12,346.06 | $258,508.00 | $12,346.06 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6967 | $66,584.00 | $42,338.01 | $66,584.00 | $42,338.01 |
| Total: | $66,584.00 | $42,338.01 | $66,584.00 | $42,338.01 |

| CIBC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6922 | $450,000.00 | $3,580.19 | $450,000.00 | $3,178.39 |
| Total: | $450,000.00 | $3,580.19 | $450,000.00 | $3,178.39 |

| CONWAY DEL GENIO | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6986 | $150,000.00 | $2,721.77 | $150,000.00 | $2,569.11 |
| Total: | $150,000.00 | $2,721.77 | $150,000.00 | $2,569.11 |

| DAVID T. AUSTERN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6917 | $16,150.00 | $273.00 | $16,150.00 | $273.00 |
| Total: | $16,150.00 | $273.00 | $16,150.00 | $273.00 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6925 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |
| Total: | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| ELZUFON AUSTIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7378 | $7,774.50 | $5,345.31 | $7,774.50 | $5,345.31 |
| Total: | $7,774.50 | $5,345.31 | $7,774.50 | $5,345.31 |

| FERRY & JOSEPH, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7505 | $21,683.50 | $2,494.79 | $21,683.50 | $2,494.79 |
| Total: | $21,683.50 | $2,494.79 | $21,683.50 | $2,494.79 |

| HAMILTON, RABINOVITZ & ALSCHULER, Inc. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7231 | $11,310.00 | $0.00 | $11,310.00 | $0.00 |
| Total: | $11,310.00 | $0.00 | $11,310.00 | $0.00 |

| HOLME ROBERTS AND OWEN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7109 | $35,050.00 | $2,014.79 | $35,050.00 | $2,014.79 |
| Total: | $35,050.00 | $2,014.79 | $35,050.00 | $2,014.79 |

| KIRKLAND & ELLIS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6976 | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |
| Total: | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |

| KLETT ROONEY LIEBER AND SCHORLING | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7027 | $61,893.00 | $4,063.50 | $61,893.00 | $4,063.50 |
| Total: | $61,893.00 | $4,063.50 | $61,893.00 | $4,063.50 |

| KRAMER LEVIN NAFTALIS & FRANKEL | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7634 | $47,550.00 | $995.20 | $47,550.00 | $995.20 |
| Total: | $47,550.00 | $995.20 | $47,550.00 | $995.20 |

| LATHAM & WATKINS |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7699 | $93,064.00 | $5,400.76 | $93,064.00 | $5,400.76 |
| Total: | $93,064.00 | $5,400.76 | $93,064.00 | $5,400.76 |

| LEGAL ANALYSIS |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6908 | $35,115.00 | $492.96 | $35,115.00 | $492.96 |
| Total: | $35,115.00 | $492.96 | $35,115.00 | $492.96 |

| LUKINS & ANINS |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7530 | $9,723.00 | $151.20 | $9,723.00 | $151.20 |
| Total: | $9,723.00 | $151.20 | $9,723.00 | $151.20 |

| NELSON MULLINS RILEY and SCARBOROUGH, LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6777 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| Total: | $32,707.00 | $589.95 | $32,707.00 | $589.95 |

| PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB, P.C. |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7445 | $85,547.00 | $94,862.01 | $85,547.00 | $94,862.01 |
| Total: | $85,547.00 | $94,862.01 | $85,547.00 | $94,862.01 |

| PHILLIPS GOLDMAN |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6940 | $10,863.00 | $1,722.87 | $10,863.00 | $1,722.87 |
| Total: | $10,863.00 | $1,722.87 | $10,863.00 | $1,722.87 |

| PITNEY, HARDIN, KIPP AND SZUCH LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6966 | $76,695.00 | $14,481.13 | $76,695.00 | $14,481.13 |
| Total: | $76,695.00 | $14,481.13 | $76,695.00 | $14,481.13 |

| PRICEWATERHOUSECOOPERS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6904 | $550,318.00 | $28,866.62 | $550,318.00 | $28,866.62 |
| Total: | **$550,318.00** | **$28,866.62** | **$550,318.00** | **$28,866.62** |

| PROTIVITI | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7813 | $710,336.72 | $60,263.52 | $710,336.72 | $56,731.72 |
| Total: | **$710,336.72** | **$60,263.52** | **$710,336.72** | **$56,731.72** |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6863 | $47,586.50 | $1,926.34 | $47,586.50 | $1,926.34 |
| Total: | **$47,586.50** | **$1,926.34** | **$47,586.50** | **$1,926.34** |

| RICHARDSON PATRICK | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7051 | $57,536.50 | $374.29 | $57,536.50 | $374.29 |
| Total: | **$57,536.50** | **$374.29** | **$57,536.50** | **$374.29** |

| WARREN H. SMITH & ASSOCIATES | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6913 | $40,736.50 | $570.04 | $40,736.50 | $570.04 |
| Total: | **$40,736.50** | **$570.04** | **$40,736.50** | **$570.04** |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7673 | $17,684.00 | $1,638.75 | $17,684.00 | $1,638.75 |
| Total: | **$17,684.00** | **$1,638.75** | **$17,684.00** | **$1,638.75** |

| STROOCK & STROOCK & LAVAN LLP[1] |
|---|

---

[1] Stroock expense total includes $67,569.50 for fees and costs of Navigant Consulting.

| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|
| 6871 | $226,754.50 | $74,274.58 | $226,754.50 | $74,274.58 |
| Total: | $226,754.50 | $74,274.58 | $226,754.50 | $74,274.58 |

| SWIDLER BERLIN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6935 | $296,073.25 | $14,400.95 | $296,073.25 | $14,400.95 |
| Total: | $296,073.25 | $14,400.95 | $296,073.25 | $14,400.95 |

| L. TERSIGNI CONSULTING, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6908 | $232,592.50 | $929.78 | $232,592.50 | $929.78 |
| Total: | $232,592.50 | $929.78 | $232,592.50 | $929.78 |

| WALLACE KING MARRARO & BRANSON PLLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 7024 | $356,997.80 | $155,507.21 | $356,693.30 | $154,486.67 |
| Total: | $356,997.80 | $155,507.21 | $356,693.30 | $154,486.67 |

| WOODCOCK & WASHBURN | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 6975 | $344,359.00 | $52,575.43 | $344,359.00 | $52,575.43 |
| Total: | $344,359.00 | $52,575.43 | $344,359.00 | $52,575.43 |