# Exhibit A

| Category | Bankruptcy Management Corporation | | Bilzin Sumberg | |
|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 4,527.50 |
| 03 - Business Operations | 0.00 | 0.00 | 2,198.00 | 26,758.50 |
| 04 - Case Administration | 25,991.50 | 636,771.50 | 29,122.00 | 530,921.15 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 15,763.50 | 193,696.00 | 1,799.00 | 52,620.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 37,659.50 | 678,384.00 | 551.00 | 1,499.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 17,104.00 | 153,906.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 24,882.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 5,044.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 41,020.50 |
| 11 - Fee Applications, Applicant | 15,834.00 | 156,204.50 | 2,332.00 | 77,789.70 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 3,481.00 | 51,297.80 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 9,402.50 |
| 14 - Hearings | 0.00 | 0.00 | 2,955.00 | 61,765.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 29,107.50 | 832,885.50 |
| 16 - Plan and Disclosure Statement | 1,839.00 | 1,881.00 | 17,060.00 | 63,724.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 4,793.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 29,928.75 | 4,003.50 | 84,080.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 33,447.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 369.45 |
| 24 - Other | 0.00 | 0.00 | 1,818.00 | 24,490.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 63,158.50 | 392,834.50 | 0.00 | 220.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 160,246.00 | 2,089,700.25 | 111,531.00 | 2,084,856.15 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,185.65 | 106,707.29 | 8,362.36 | 691,461.80 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 165,431.65 | 2,196,407.54 | 119,893.36 | 2,776,317.95 |
| FEE APPLICATION - TOTAL FEES | 181,246.00 | 2,110,700.25 | 111,531.00 | 2,084,314.15 |
| FEE APPLICATION - TOTAL EXPENSES | 5,185.65 | 106,707.29 | 8,362.36 | 691,461.80 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 186,431.65 | 2,217,407.54 | 119,893.36 | 2,775,775.95 |

| Category | Blackstone Group [3] 14th Quarter | Blackstone Group [3] Cumulative thru 14th Quarter | Campbell & Levine 14th Quarter | Campbell & Levine Cumulative thru 14th Quarter | Caplin & Drysdale 14th Quarter | Caplin & Drysdale Cumulative thru 14th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 18,088.00 | 0.00 | 109.50 |
| 02 - Asset Disposition | 0.00 | 12,095.55 | 276.50 | 7,263.00 | 0.00 | 1,250.00 |
| 03 - Business Operations | 0.00 | 0.00 | 774.00 | 4,967.00 | 68.50 | 5,675.50 |
| 04 - Case Administration | 8,520.14 | 205,237.91 | 55.00 | 44,321.50 | 17,974.50 | 402,069.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 28,702.00 | 3,555.50 | 356,653.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 63,625.25 | 42,491.27 | 1,975.00 | 11,798.50 | 479.50 | 3,202.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 52,162.90 | 435,677.38 | 25,460.00 | 184,144.00 | 2,760.00 | 44,667.50 |
| 08 - Employee Benefits/Pension | 0.00 | 421,698.02 | 2,947.50 | 21,529.00 | 0.00 | 4,525.50 |
| 09 - Employment Applications, Applicant | 4,290.72 | 12,283.14 | 0.00 | 5,409.50 | 0.00 | 8,214.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 85.50 | 9,529.50 | 137.00 | 15,522.50 |
| 11 - Fee Applications, Applicant | 0.00 | 60,030.69 | 2,197.00 | 39,542.00 | 3,070.00 | 71,085.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 4,697.00 | 70,702.50 | 491.00 | 40,109.50 |
| 13 - Financing | 1,225.92 | 97,490.92 | 0.00 | 1,042.00 | 0.00 | 62.50 |
| 14 - Hearings | 919.44 | 36,252.34 | 4,939.50 | 46,959.25 | 416.00 | 33,824.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 7,195.00 | 61,431.50 | 26,212.50 | 453,755.50 |
| 16 - Plan and Disclosure Statement | 157,285.54 | 0.00 | 261.00 | 14,691.50 | 5,381.50 | 37,863.50 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 4,094.50 | 14,541.50 | 0.00 | 193.50 |
| 18 - Tax Issues | 17,162.88 | 120,559.43 | 690.50 | 3,573.00 | 0.00 | 19,831.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,733.50 |
| 20 - Travel - Non-working | 16,000.19 | 145,726.79 | 110.00 | 2,480.50 | 822.00 | 58,799.25 |
| 21 - Valuation | 53,634.00 | 1,005,103.46 | 0.00 | 692.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 559.00 | 15,678.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 100,280.26 | 44,691.78 | 1,382.00 | 4,095.00 | 187.50 | 375.00 |
| 25 - Accounting/Auditing | 0.00 | 5,136.99 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 49,892.76 | 1,320,670.68 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 229,020.81 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 170.00 |
| PROJECT CATEGORY - TOTAL FEES | 525,000.00 | 5,244,167.19 | 57,699.00 | 611,181.25 | 84,288.00 | 1,650,980.25 |
| PROJECT CATEGORY - TOTAL EXPENSES | 22,158.70 | 111,854.40 | 4,325.19 | 87,298.13 | 5,306.98 | 248,417.16 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 547,158.70 | 5,356,021.59 | 62,024.19 | 698,479.38 | 89,594.98 | 1,899,397.41 |
| FEE APPLICATION - TOTAL FEES | 525,000.00 | 5,244,167.19 | 57,699.00 | 612,439.25 | 84,288.00 | 1,650,980.25 |
| FEE APPLICATION - TOTAL EXPENSES | 22,158.70 | 11,854.40 | 4,325.19 | 83,197.72 | 5,306.98 | 248,417.16 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 547,158.70 | 5,256,021.59 | 62,024.19 | 695,636.97 | 89,594.98 | 1,899,397.41 |

| Category | Capstone Corp. Recovery | | Carella Byrne | | Casner & Edwards | |
|---|---|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter |
| 01 - Asset Analysis and Recovery | 13,738.50 | 69,259.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 112.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 4,884.00 | 5,034.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 10,083.00 | 23,911.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 22,101.50 | 23,807.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 8,168.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 2,812.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 14,915.00 | 57,760.50 | 6,537.50 | 82,583.50 | 2,996.00 | 46,353.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 118,233.75 | 325,903.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 2,175.00 | 2,175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 251,208.00 | 1,898,540.00 | 61,686.00 | 1,936,482.50 |
| 16 - Plan and Disclosure Statement | 13,595.50 | 21,209.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 14,119.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 81.00 | 762.50 | 15,173.75 | 0.00 | 0.00 |
| 21 - Valuation | 1,251.00 | 46,402.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 1,902.00 | 163,135.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 3.36 | 8,879.94 |
| 24 - Other | 11,690.00 | 44,351.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 212,667.25 | 645,106.25 | 258,508.00 | 1,996,297.25 | 66,587.36 | 2,145,971.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,667.81 | 10,693.99 | 12,346.06 | 90,395.26 | 42,338.01 | 533,841.86 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 215,335.06 | 655,800.24 | 270,854.06 | 2,086,692.51 | 108,925.37 | 2,679,812.86 |
| FEE APPLICATION - TOTAL FEES | 212,667.25 | 645,025.25 | 258,508.00 | 1,972,709.76 | 66,584.00 | 2,145,971.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2667.81 | 10,693.99 | 12,346.06 | 90,029.95 | 42,338.01 | 533,841.86 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 215,335.06 | 655,719.24 | 270,854.06 | 2,062,739.71 | 108,922.01 | 2,679,812.86 |

| Category | Committee: Asbestos Property Damage | | Conway Del Genio [3] | |
|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.0 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.0 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.0 | 31.70 |
| 04 - Case Administration | 0.00 | 0.00 | 0.0 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.0 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 345.90 | 0.0 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 8.5 | 367.30 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.0 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.0 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 518.50 | 30.4 | 639.80 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.0 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.0 | 0.00 |
| 14 - Hearings | 0.00 | 27.90 | 2.4 | 36.40 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.0 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.0 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.0 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.0 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.0 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 115.10 | 20.0 | 156.60 |
| 21 - Valuation | 0.00 | 0.00 | 0.0 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.0 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.0 | 0.00 |
| 24 - Other | 0.00 | 88.00 | 3.8 | 106.90 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.0 | 0.00 |
| 26 - Business Analysis | 0.00 | 763.70 | 44.6 | 850.50 |
| 27 - Corporate Finance | 0.00 | 1,263.60 | 157.1 | 1,700.70 |
| 28 - Data Analysis | 0.00 | 494.00 | 13.2 | 507.20 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 3,616.70 | 150,000.00 | 3,198,217.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 31,268.47 | 2,721.77 | 36,711.67 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 0.00 | 34,885.17 | 152,721.77 | 3,234,928.67 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 1,998,216.87 | 150,000.00 | 3,198,217.00 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 31,268.47 | 2,721.77 | 36,711.67 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 0.00 | 2,029,485.34 | 152,721.77 | 3,234,928.67 |

| Category | David T. Austern | | Deloitte & Touche | | Duane Morris | |
|---|---|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,426.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 148.50 | 1,361.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 1,039.50 | 10,000.50 |
| 04 - Case Administration | 3,650.00 | 6,854.50 | 0.00 | 0.00 | 3,338.00 | 88,256.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 3,050.00 | 3,050.00 | 0.00 | 0.00 | 20,257.00 | 188,059.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 643.00 | 5,453.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 990.00 | 45,207.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 | 3,337.50 |
| 09 - Employment Applications, Applicant | 0.00 | 20,768.50 | 0.00 | 0.00 | 2,960.50 | 18,461.00 |
| 10 - Employment Applications, Others | 0.00 | 11,320.00 | 0.00 | 0.00 | 4,305.50 | 29,176.00 |
| 11 - Fee Applications, Applicant | 0.00 | 123.50 | 0.00 | 41,003.00 | 4,087.50 | 42,766.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 3,194.50 | 44,064.50 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,811.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 8,074.00 | 58,086.00 |
| 15 - Litigation and Litigation Consulting | 200.00 | 7,074.00 | 0.00 | 0.00 | 1,570.00 | 104,441.00 |
| 16 - Plan and Disclosure Statement | 400.00 | 400.00 | 0.00 | 0.00 | 1,683.00 | 3,610.80 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 2,920.50 | 8,597.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 461,835.00 | 198.00 | 780.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| 20 - Travel - Non-working | 2,400.00 | 3,005.00 | 0.00 | 50.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 636.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 6,450.00 | 84,235.50 | 0.00 | 183,199.70 | 0.00 | 4,959.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 453,011.50 | 0.00 | 578.50 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,949.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 594.00 |
| PROJECT CATEGORY - TOTAL FEES | 16,150.00 | 136,831.00 | 0.00 | 1,139,099.20 | 55,508.50 | 669,706.80 |
| PROJECT CATEGORY - TOTAL EXPENSES | 273.00 | 16,119.02 | 0.00 | 23,571.00 | 783.31 | 50,052.62 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES | 16,423.00 | 152,950.02 | 0.00 | 1,162,670.20 | 56,291.81 | 719,759.42 |
| FEE APPLICATION - TOTAL FEES | 16,150.00 | 136,831.00 | 0.00 | 1,139,050.00 | 55,509.00 | 670,750.90 |
| FEE APPLICATION - TOTAL EXPENSES | 273.00 | 16,119.02 | 0.00 | 23,571.00 | 783.31 | 50,052.62 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 16,423.00 | 152,950.02 | 0.00 | 1,162,621.00 | 56,292.31 | 720,803.52 |

| Category | Elzufon Austin | | Ferry & Joseph | | FTI Policano & Manzo | |
|---|---|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter | 13th Quarter | Cumulative thru 13th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 5,375.50 | 74,154.25 | 0.00 | 18,392.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 945.00 | 2,090.00 | 0.00 | 128,658.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 1,827.50 | 29,077.00 | 0.00 | 134,389.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 163,775.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 444.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 157.50 | 4,849.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 1,908.00 | 33,406.50 | 0.00 | 201,035.50 |
| 12 - Fee Applications, Others | 7,686.50 | 30,957.50 | 3,351.00 | 28,749.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 1,845.00 | 17,552.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 5,601.00 | 76,176.75 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 90.00 | 215.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 337.50 | 3,990.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 88.00 | 29,526.50 | 0.00 | 3,930.50 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 5,116.85 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 245.50 | 515.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 750,279.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 842,737.75 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | 0.00 | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 7,774.50 | 60,484.00 | 21,683.50 | 275,149.50 | 0.00 | 2,354,812.75 |
| PROJECT CATEGORY - TOTAL EXPENSES | 5,345.31 | 26,612.34 | 2,494.79 | 81,626.11 | 0.00 | 51,215.48 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 13,119.81 | 87,096.34 | 24,178.29 | 356,775.61 | 0.00 | 2,406,028.23 |
| FEE APPLICATION - TOTAL FEES | 7,774.50 | 60,494.00 | 21,683.50 | 275,329.50 | 0.00 | 2,354,812.75 |
| FEE APPLICATION - TOTAL EXPENSES | 5,345.31 | 26,612.34 | 2,494.79 | 81,626.11 | 0.00 | 52,963.78 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 13,119.81 | 87,106.34 | 24,178.29 | 356,955.61 | 0.00 | 2,407,776.53 |

| Category | Goodwin Procter | | Hamilton Rabinovitz | |
|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 2,460.00 | 83,587.50 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 8,850.00 | 113,210.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 0.00 | 0.00 | 0.00 | 1,785.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 2,390.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 222,259.50 | 0.00 | 187.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | 0.00 | | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 222,259.50 | 11,310.00 | 201,160.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 14,642.41 | 0.00 | 11,776.19 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 0.00 | 236,901.91 | 11,310.00 | 212,936.19 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 222,259.50 | 11,310.00 | 201,460.00 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 14,642.41 | 0.00 | 11,776.19 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 0.00 | 236,901.91 | 11,310.00 | 213,236.19 |

| Category | Holme Roberts 14th Quarter | Holme Roberts Cumulative thru 14th Quarter | Kirkland & Ellis 14th Quarter | Kirkland & Ellis Cumulative thru 14th Quarter | Klett Rooney 14th Quarter | Klett Rooney Cumulative thru 14th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 215,009.50 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 2,034.50 | 200,224.00 | 6,379.00 | 14,767.50 |
| 03 - Business Operations | 0.00 | 0.00 | 16,535.00 | 136,800.50 | 1,147.50 | 10,955.00 |
| 04 - Case Administration | 0.00 | 0.00 | 106,458.50 | 1,738,776.00 | 3,993.50 | 66,238.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 192,419.00 | 1,179,341.50 | 0.00 | 4,605.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 163,634.50 | 757,777.50 | 10,864.50 | 36,315.50 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 157,756.50 | 1,461.00 | 8,697.50 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 939.00 | 292,278.50 | 1,402.00 | 5,978.50 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 218.00 | 335.00 | 0.00 | 3,400.50 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 4,730.50 | 388,286.50 | 6,461.50 | 17,026.00 |
| 11 - Fee Applications, Applicant | 0.00 | 87,401.03 | 18,108.00 | 388,722.00 | 6,938.00 | 49,869.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 1,495.50 | 45,791.50 | 7,387.00 | 52,008.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 171,493.00 | 0.00 | 942.00 |
| 14 - Hearings | 0.00 | 0.00 | 20,465.00 | 564,494.50 | 3,790.50 | 24,001.00 |
| 15 - Litigation and Litigation Consulting | 35,050.00 | 8,029,021.07 | 449,132.00 | 5,348,903.00 | 8,513.00 | 52,885.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 1,190,445.50 | 1,580,610.00 | 0.00 | 6,093.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 6,883.50 | 312,808.50 | 3,372.00 | 8,643.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 73,164.00 | 232,001.00 | 0.00 | 154.50 |
| 19 - Tax Litigation | 0.00 | 0.00 | 40,194.00 | 539,827.00 | 0.00 | 89.00 |
| 20 - Travel - Non-working | 0.00 | 144,327.50 | 19,763.00 | 277,840.50 | 0.00 | 1,070.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 2,310.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 79,124.50 | 183.50 | 10,360.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 151,243.50 | 0.00 | 1,035.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 154.50 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 35,050.00 | 8,260,749.60 | 2,306,619.50 | 14,761,754.50 | 61,893.00 | 375,134.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 2,014.79 | 792,062.91 | 106,410.37 | 912,673.66 | 4,063.50 | 28,635.18 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[3] | 37,064.79 | 9,052,812.51 | 2,413,029.87 | 15,674,428.16 | 65,956.50 | 403,769.68 |
| FEE APPLICATION - TOTAL FEES | 35,050.00 | 8,264,843.25 | 2,306,619.50 | 14,761,754.50 | 61,893.00 | 383,327.00 |
| FEE APPLICATION - TOTAL EXPENSES | 2,014.79 | 795,108.53 | 106,410.37 | 912,673.56 | 4,063.50 | 30,247.27 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 37,064.79 | 9,059,951.78 | 2,413,029.87 | 15,674,428.06 | 65,956.50 | 413,574.27 |

| Category | Kramer Levin 14th Quarter | Kramer Levin Cumulative thru 14th Quarter | Latham & Watkins 14th Quarter | Latham & Watkins Cumulative thru 14th Quarter | Legal Analysis Systems 14th Quarter | Legal Analysis Systems Cumulative thru 14th Quarter | Lukins & Annis 14th Quarter | Lukins & Annis Cumulative thru 14th Quarter |
|---|---|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 1,975.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 6,640.00 | 219,627.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Administration & Resolution (Asbestos) | 3,405.00 | 178,625.50 | 0.00 | 0.00 | 0.00 | 89,265.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 7,756.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 19,241.00 | 107,626.50 | 0.00 | 0.00 | 3,157.50 | 25,293.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 2,059.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 5,569.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 2,470.50 | 63,041.50 | 0.00 | 0.00 | 0.00 | 4,061.00 | 0.00 | 0.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 179.00 | 0.00 | 0.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 14 - Hearings | 3,960.00 | 59,886.00 | 0.00 | 0.00 | 0.00 | 131,210.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 75,973.00 | 0.00 | 0.00 | 0.00 | 286,384.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 6,565.50 | 7,860.50 | 0.00 | 0.00 | 0.00 | 68,930.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 370.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 2,970.00 | 14,194.00 | 0.00 | 0.00 | 450.00 | 19,990.00 | 0.00 | 8,996.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 2,492.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9,723.00 | 482,752.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30,883.91 |
| 24 - Other | 2,298.00 | 32,118.50 | 93,064.00 | 304,783.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 31,504.50 | 258,800.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 2,499.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 47,550.00 | 781,853.00 | 93,064.00 | 304,783.00 | 35,112.00 | 884,283.00 | 9,723.00 | 491,748.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 995.20 | 54,458.70 | 5,400.76 | 12,328.26 | 492.96 | 28,922.36 | 151.20 | 40,170.72 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 48,545.20 | 836,311.70 | 98,464.76 | 317,111.26 | 35,604.96 | 913,205.36 | 9,874.20 | 531,918.72 |
| FEE APPLICATION - TOTAL FEES | 47,550.00 | 787,720.00 | 93,064.00 | 304,783.00 | 35,112.00 | 895,513.00 | 9,723.00 | 491,748.00 |
| FEE APPLICATION - TOTAL EXPENSES | 995.20 | 54,455.70 | 5,400.76 | 12,328.26 | 492.96 | 29,551.62 | 151.20 | 40,171.42 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 48,545.20 | 842,175.70 | 98,464.76 | 317,111.26 | 35,604.96 | 925,064.62 | 9,874.20 | 531,919.42 |

| Category | Nelson Mullins 14th Quarter | Nelson Mullins Cumulative thru 14th Quarter | Pachulski Stang 14th Quarter | Pachulski Stang Cumulative thru 14th Quarter | Philips, Goldman 14th Quarter | Philips, Goldman Cumulative thru 14th Quarter | Pitney Hardin 14th Quarter | Pitney Hardin Cumulative thru 14th Quarter |
|---|---|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 4,782.00 | 0.00 | 0.00 | 0.00 | 3,888.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 3,169.50 | 16,863.00 | 0.00 | 0.00 | 0.00 | 13,881.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 18,876.00 | 0.00 | 0.00 | 0.00 | 88,741.00 |
| 04 - Case Administration | 0.00 | 0.00 | 15,106.00 | 209,241.00 | 91.00 | 91.00 | 10,989.00 | 443,007.60 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 6,698.00 | 12,963.50 | 0.00 | 0.00 | 0.00 | 6,449.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 1,386.00 | 32,830.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 27,443.50 | 0.00 | 0.00 | 0.00 | 1,830.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 1,739.00 | 11,448.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 98.50 | 0.00 | 0.00 | 0.00 | 882.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 4,658.00 | 42,902.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 4,621.00 | 110,773.50 | 4,975.50 | 116,601.00 | 7,595.00 | 7,595.00 | 4,075.00 | 74,899.50 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 15,465.00 | 159,883.25 | 0.00 | 0.00 | 0.00 | 1,179.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 6,908.50 | 0.00 | 0.00 | 0.00 | 201.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 169,586.00 | 0.00 | 0.00 | 0.00 | 72,325.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 29,990.00 | 192,718.50 | 3,177.00 | 3,177.00 | 61,617.50 | 1,752,830.10 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 6,212.00 | 0.00 | 0.00 | 0.00 | 41,393.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 1,190.00 | 26,153.50 | 0.00 | 0.00 | 0.00 | 185.50 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 553.50 | 0.00 | 0.00 | 0.00 | 4,247.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 1,819.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 241.40 | 0.00 | 4,567.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 813.00 | 23,027.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 420.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 28,086.00 | 592,414.50 | 357.00 | 21,762.00 | 0.00 | 0.00 | 13.50 | 11,445.50 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 32,707.00 | 703,429.40 | 85,547.00 | 1,107,240.50 | 10,863.00 | 10,863.00 | 76,695.00 | 2,517,375.20 |
| PROJECT CATEGORY - TOTAL EXPENSES | 589.95 | 10,425.86 | 94,862.01 | 991,326.30 | 1,722.87 | 1,722.87 | 14,481.13 | 315,837.97 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 33,296.95 | 713,855.26 | 180,409.01 | 2,098,566.80 | 12,585.87 | 12,585.87 | 91,176.13 | 2,833,213.17 |
| FEE APPLICATION - TOTAL FEES | 32,707.00 | 703,188.00 | 85,547.00 | 1,115,051.50 | 10,863.00 | 10,863.00 | 76,695.00 | 2,523,915.20 |
| FEE APPLICATION - TOTAL EXPENSES | 589.95 | 10,667.26 | 94,862.01 | 990,486.30 | 1,722.87 | 1,722.87 | 14,481.13 | 315,837.97 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 33,296.95 | 713,855.26 | 180,409.01 | 2,105,537.80 | 12,585.87 | 12,585.87 | 91,176.13 | 2,839,753.17 |

| Category | PricewaterhouseCoopers LLP[5] | | Protiviti | | Reed Smith | |
|---|---|---|---|---|---|---|
| | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter | 14th Quarter | Cumulative thru 14th Quarter |
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 430.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,419.50 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,890.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 11,936.04 | 54,222.14 | 7,227.50 | 38,445.00 | 4,092.00 | 101,157.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 550.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 3,074.50 | 52,939.50 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 11,606.00 | 2,109,541.50 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38,999.75 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 28,814.00 | 1,899,864.50 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 456.73 | 194,239.27 |
| 24 - Other | 0.00 | 0.00 | 691,704.00 | 2,397,049.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 538,381.96 | 3,263,437.08 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | 0.00 | 0.00 | | |
| **PROJECT CATEGORY - TOTAL FEES** | **550,318.00** | **3,317,659.22** | **698,931.50** | **2,436,044.00** | **47,586.50** | **4,254,241.75** |
| PROJECT CATEGORY - TOTAL EXPENSES | 28,866.62 | 104,799.92 | 60,263.52 | 240,279.91 | 2,383.07 | 581,930.97 |
| **PROJECT CATEGORY - TOTAL FEES AND EXPENSES**[1] | **579,184.62** | **3,422,459.14** | **759,195.02** | **2,676,323.91** | **49,969.57** | **4,836,172.72** |
| FEE APPLICATION - TOTAL FEES | 550,318.00 | 3,312,202.63 | 698,931.50 | 2,436,043.50 | 47,586.50 | 4,250,204.75 |
| FEE APPLICATION - TOTAL EXPENSES | 28,866.62 | 114,237.02 | 60,263.52 | 247,454.04 | 2,383.07 | 638,104.73 |
| **FEE APPLICATION - TOTAL FEES AND EXPENSES**[2] | **579,184.62** | **3,426,439.65** | **759,195.02** | **2,683,497.54** | **49,969.57** | **4,888,309.48** |

| Category | Richardson Patrick 14th Quarter | Richardson Patrick Cumulative thru 14th Quarter | Warren Smith & Assoc., P.C. 14th Quarter | Warren Smith & Assoc., P.C. Cumulative thru 14th Quarter | Steptoe & Johnson 14th Quarter | Steptoe & Johnson Cumulative thru 14th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 285.00 | 9,890.00 | 512.00 | 5,069.50 | 3,610.50 | 67,043.00 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 10,863.50 | 682,862.00 |
| 20 - Travel - Non-working | 0.00 | 15,299.75 | 0.00 | 0.00 | 3,210.00 | 26,273.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 - ZAI Science Trial | 57,251.50 | 2,130,619.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 284,614.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 40,224.50 | 727,088.02 | 0.00 | 0.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 57,536.50 | 2,155,808.75 | 40,736.50 | 732,157.52 | 17,684.00 | 776,178.00 |
| PROJECT CATEGORY - TOTAL EXPENSES | 374.29 | 648,842.03 | 47.38 | 12,006.99 | 1,638.75 | 41,639.76 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 57,910.79 | 2,804,650.78 | 40,783.88 | 744,164.51 | 19,322.75 | 817,817.76 |
| FEE APPLICATION - TOTAL FEES | 57,536.50 | 2,155,808.75 | 40,736.50 | 682,937.52 | 17,684.00 | 778,851.00 |
| FEE APPLICATION - TOTAL EXPENSES | 374.50 | 648,842.24 | 47.38 | 12,006.99 | 1,638.75 | 41,639.76 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 57,911.00 | 2,804,650.99 | 40,783.88 | 694,944.51 | 19,322.75 | 820,490.76 |

| Category | Stroock & Stroock6 14th Quarter | Stroock & Stroock6 Cumulative thru 14th Quarter | Swidler Berlin 14th Quarter | Swidler Berlin Cumulative thru 14th Quarter | L. Tersigni 14th Quarter | L. Tersigni Cumulative thru 14th Quarter |
|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 2,620.50 | 97,477.52 | 0.00 | 0.00 | 5,130.00 | 5,130.00 |
| 02 - Asset Disposition | 0.00 | 20,554.50 | 0.00 | 0.00 | 3,990.00 | 3,990.00 |
| 03 - Business Operations | 1,942.50 | 101,749.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04 - Case Administration | 21,772.50 | 453,937.50 | 12,414.00 | 15,618.50 | 0.00 | 0.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 12,475.00 | 491,659.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 18,203.00 | 59,309.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 43,042.50 | 563,136.00 | 0.00 | 0.00 | 26,145.00 | 155,711.75 |
| 08 - Employee Benefits/Pension | 7,324.50 | 170,199.00 | 0.00 | 0.00 | 8,645.00 | 85,911.00 |
| 09 - Employment Applications, Applicant | 0.00 | 0.00 | 28,274.50 | 49,043.00 | 0.00 | 0.00 |
| 10 - Employment Applications, Others | 1,207.50 | 100,134.50 | 27,296.00 | 38,616.00 | 0.00 | 0.00 |
| 11 - Fee Applications, Applicant | 18,267.00 | 260,462.00 | 4,083.50 | 4,207.00 | 8,960.00 | 57,052.75 |
| 12 - Fee Applications, Others | 4,017.00 | 34,225.50 | 1,315.00 | 1,315.00 | 0.00 | 0.00 |
| 13 - Financing | 0.00 | 8,157.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 - Hearings | 15,127.50 | 186,046.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 - Litigation and Litigation Consulting | 5,935.00 | 432,436.50 | 9,555.00 | 16,429.00 | 0.00 | 374,409.25 |
| 16 - Plan and Disclosure Statement | 49,499.00 | 205,607.00 | 54,402.00 | 54,402.00 | 46,265.00 | 54,102.50 |
| 17 - Relief from Stay Proceedings | 52.50 | 11,795.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 - Tax Issues | 23,464.50 | 338,239.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 - Travel - Non-working | 0.00 | 33,957.50 | 3,432.25 | 4,037.25 | 1,007.50 | 30,750.00 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 82,030.00 | 643,203.25 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 - Other | 1,804.50 | 14,042.00 | 155,301.00 | 233,086.50 | 0.00 | 0.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,316.00 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 38,234.00 | 410,053.25 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 12,186.00 | 136,908.75 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROJECT CATEGORY - TOTAL FEES | 226,755.00 | 3,583,126.02 | 296,073.25 | 416,754.25 | 232,592.50 | 1,960,538.50 |
| PROJECT CATEGORY - TOTAL EXPENSES | 6,705.08 | 543,593.03 | 14,400.95 | 30,246.97 | 929.78 | 20,026.71 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES | 233,460.08 | 4,126,719.05 | 310,474.20 | 447,001.22 | 233,522.28 | 1,980,565.21 |
| FEE APPLICATION - TOTAL FEES | 226,702.50 | 3,578,039.77 | 296,073.25 | 416,754.25 | 232,592.50 | 1,963,553.50 |
| FEE APPLICATION - TOTAL EXPENSES | 6,705.08 | 877,098.50 | 14,400.95 | 30,246.97 | 929.78 | 20,053.71 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES | 233,407.58 | 4,455,138.27 | 310,474.20 | 447,001.22 | 233,522.28 | 1,983,607.21 |

| Category | Wachtell Lipton 13th Quarter | Cumulative thru 13th Quarter | Wallace King7 14th Quarter | Cumulative thru 14th Quarter | Woodcock Washburn 14th Quarter | Cumulative thru 14th Quarter | TOTAL 14th Quarter | TOTAL Cumulative thru 14th Quarter (10),(11),(12),(13),(14),(15) |
|---|---|---|---|---|---|---|---|---|
| 01 - Asset Analysis and Recovery | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 7,750.50 | $ 252,054.50 |
| 02 - Asset Disposition | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 15,998.00 | $ 266,102.50 |
| 03 - Business Operations | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 23,705.00 | $ 304,716.50 |
| 04 - Case Administration | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 249,276.00 | $ 4,577,566.00 |
| 05 - Claim Analysis Objection & Resolution (Asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 266,167.00 | $ 2,593,833.00 |
| 06 - Claim Analysis Objection & Resolution (Non-asbestos) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 235,396.00 | $ 1,553,220.00 |
| 07 - Committee, Creditors', Noteholders', or Equity Holders' | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 141,188.50 | $ 1,118,793.25 |
| 08 - Employee Benefits/Pension | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 23,096.00 | $ 623,049.50 |
| 09 - Employment Applications, Applicant | 0.00 | 1,120.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 3,178.50 | $ 53,868.00 |
| 10 - Employment Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 21,743.00 | $ 549,520.00 |
| 11 - Fee Applications, Applicant | 0.00 | 3,006.25 | 0.00 | 27,764.50 | 2,070.00 | 12,450.50 | $ 129,882.54 | $ 1,966,462.37 |
| 12 - Fee Applications, Others | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 51,265.50 | $ 531,149.55 |
| 13 - Financing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ 196,391.50 |
| 14 - Hearings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 64,647.00 | $ 1,307,756.75 |
| 15 - Litigation and Litigation Consulting | 0.00 | 129,940.50 | 482,105.00 | 6,016,031.60 | 334,602.00 | 1,198,075.75 | $ 1,801,130.50 | $ 25,402,434.42 |
| 16 - Plan and Disclosure Statement | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 1,319,089.50 | $ 1,936,685.80 |
| 17 - Relief from Stay Proceedings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 18,513.00 | $ 376,338.00 |
| 18 - Tax Issues | 0.00 | 54,579.50 | 0.00 | 0.00 | 0.00 | 0.00 | $ 97,517.00 | $ 339,185.00 |
| 19 - Tax Litigation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 51,057.50 | $ 1,233,425.50 |
| 20 - Travel - Non-working | 0.00 | 0.00 | 9,310.00 | 65,755.50 | 7,687.00 | 32,067.50 | $ 50,433.00 | $ 803,079.65 |
| 21 - Valuation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 82,030.00 | $ 646,205.25 |
| 22 - ZAI Science Trial | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 99,334.00 | $ 2,801,227.00 |
| 23 - ZAI Science Trial - Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 460.09 | $ 239,909.42 |
| 24 - Other | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 36,192.00 | $ 846,446.00 |
| 25 - Accounting/Auditing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 578,606.46 | $ 3,994,419.60 |
| 26 - Business Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 38,234.00 | $ 1,163,281.25 |
| 27 - Corporate Finance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ - | $ 115,545.50 |
| 28 - Data Analysis | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 106,849.00 | $ 1,631,281.00 |
| 30 - Fraudulent Conveyance (Adv. Proceeding) | | | | | | | | |
| PROJECT CATEGORY - TOTAL FEES | 0.00 | 188,646.25 | 491,415.00 | 6,109,551.60 | 344,359.00 | 1,242,593.75 | $ 6,210,015.36 | $ 65,713,972.58 |
| PROJECT CATEGORY - TOTAL EXPENSES | 0.00 | 1,515.75 | 155,507.21 | 1,158,744.26 | 52,575.43 | 175,683.35 | $ 584,456.85 | $ 6,402,674.00 |
| PROJECT CATEGORY - TOTAL FEES AND EXPENSES[1] | 0.00 | 190,162.00 | 646,922.21 | 7,268,295.86 | 396,934.43 | 1,418,277.10 | $ 6,794,472.21 | $ 72,116,646.58 |
| FEE APPLICATION - TOTAL FEES | 0.00 | 188,646.25 | 491,415.00 | 5,544,886.70 | 344,359.00 | 1,242,593.75 | $ 6,230,960.00 | $ 69,871,132.17 |
| FEE APPLICATION - TOTAL EXPENSES | 0.00 | 26,683.05 | 155,507.21 | 1,158,904.89 | 52,575.43 | 182,008.40 | $ 584,457.06 | $ 6,246,265.76 |
| FEE APPLICATION - TOTAL FEES AND EXPENSES[2] | 0.00 | 215,329.30 | 646,922.21 | 6,703,791.59 | 396,934.43 | 1,424,602.15 | $ 6,815,417.06 | $ 76,117,397.93 |

1 Amounts represent the total fees and expenses by Project Category reported to us. Due to some Project Category discrepancies Project Category totals do not always match fee application totals.

2 Amounts represent the total fees and expenses requested as set forth in the fee application.

3 Category amounts are measured in hours; totals are dollar values for the flat fees requested for the quarter.

4 Category amounts in "OTHER" for Nelson Mullins represent fees for environmental projects.

5 Amounts for PricewaterhouseCoopers reflect a 55% reduction in standard fees billed with regard to general audit work performed. PricewaterhouseCoopers bills 65% of its standard fees for those activities related to the federally required portion of the audit under the Sarbanes Oxley Act.

6 Expense totals for Stroock include fees and costs of Navigant Consulting

7 Fee application amounts for Wallace King reflect a 40% reduction for time spent with regard to the Honeywell litigation.