IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MARCH 21, 2005 AT
### 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

### PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [Docket No. 7709]

CONTINUED MATTERS

1.  Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271)

    Related Documents:

    a.  [Proposed] Order Granting Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 8/27/04] (Docket No. 6271)

    Response Deadline: October 8, 2004 at 4:00 p.m. Extended to October 26, 2004.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Responses Received:

a. Massachusetts Department of Environmental Protection's Opposition to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

b. United States' Objections to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6748)

Status: The parties request that this matter be continued until April 25, 2005 at 12:00 p.m..

2. Debtors' Motion for Approval of the Joint Stipulation and Consent Order of the Debtors and the St. Paul Companies, Inc. Concerning the Classification and Treatment of St. Paul's Claim with Respect to the Solow Appeal Bond and for Modification of the Automatic Stay [Filed: 2/14/05] (Docket No. 7775)

Response Deadline: March 4, 2005 at 4:00 p.m. (Extended until April 8, 2005 at 4:00 p.m. for the Property Damage Committee, Solow, and the General Unsecured Creditors' Committee)

Responses Received: None as of the date of this Notice of Agenda.

Status: The parties request that this matter be continued until April 25, 2005 at 12:00 p.m.

3. Application of the Debtors for the Entry of an Order Authorizing Employment of Cahill, Gordon & Reindel as Special Counsel to the Debtors [Filed: 2/14/05] (Docket No. 7776)

Related Documents:

a. [Proposed] Order Approving the Application of the Debtors for the Entry of an Order Authorizing Employment of Cahill, Gordon & Reindel as Special Counsel to the Debtors [Filed: 2/14/05] (Docket No. 7776)

b. Affidavit of Kevin J. Burke in Support of Application of the Debtors for the Entry of an Order Authorizing Employment of Cahill Gordon & Reindel LLP as Special Counsel to the Debtors [Filed: 2/23/05] (Docket No. 7873)

Response Deadline: March 4, 2005 at 4:00 p.m. (Extended until April 8, 2005 at 4:00 p.m. for the Property Damage Committee and Solow)

Responses Received: None as of the date of this Notice of Agenda.

Status: The parties request that this matter be continued until April 25, 2005 at 12:00 p.m..

91100-001\DOCS_DE:106119.5

UNCONTESTED MATTERS

4.  Fourteenth and Final Quarterly Fee Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. for Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Zonolite Attic Insulation Claimants for the Period from July 1, 2004 Through December 28, 2004 [Filed: 12/28/05] (Docket No. 7378)

    Related Documents:

    a.  [Proposed] Order Granting Final Fee Application [Filed: 12/28/04] (Docket No. 7378)

    Response Deadline: January 17, 2004 at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

5.  Debtors' Motion for Authorization to Modify and Expand the Scope of Services Provided By Woodcock Washburn LLP [Filed: 2/11/05] (Docket No. 7743)

    Related Documents:

    a.  [Proposed] Order Modifying and Expanding the Scope of Services Provided By Woodcock Washburn LLP [Filed: 2/11/05] (Docket No. 7743)

    b.  **Certification of No Objection Regarding Docket No. 7743 [Filed: 3/8/05] (Docket No. 7990)**

    Response Deadline: March 4, 2005 at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

3

91100-001\DOCS_DE:106119.5

CONTESTED MATTER

6. Motion of the Debtors for an Order Authorizing the Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He Would Provide Consulting Services Related to Debtors' Chapter 11 Cases [Filed: 2/11/05] (Docket No. 7753)

   Related Documents:

   a. [Proposed] Order Authorizing Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He Would Provide Consulting Services Related to Debtors' Chapter 11 Cases [Filed: 2/11/05](Docket No. 7753)

   Response Deadline: March 4, 2005 at 4:00 p.m.

   Responses Received:

   a. Objection of the Official Committee of Asbestos Property Damage Claimants to the Motion of the Debtors for an Order Authorizing the Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He Would Provide Consulting Services Related to Debtors' Chapter 11 Cases [Filed: 3/4/05] (Docket No. 7959)

   b. The Future Claimants Representative's Limited Objection to the Motion of the Debtors for an Order Authorizing the Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He Would Provide Consulting Services Related to Debtors' Chapter 11 Cases [Filed: 3/4/05] (Docket No. 7962)

   c. **Response and Objection of the Official Committee of Asbestos Personal Injury Claimants to the Motion of the Debtors for an Order Authorizing the Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He Would Provide Consulting Services Related to Debtors' Chapter 11 Cases [Filed: 3/4/05] (Docket No. 7963)**

Replies Received:

a. Debtors' Motion for Leave to File a Reply in Further Support of the Motion of the Debtors for an Order Authorizing the Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He would Provide Consulting Services Related to the Debtors' Chapter 11 Cases [Filed: 3/11/05] (Docket No. 8015)

   i. Debtors' Reply in Support of the Motion of the Debtors for an Order Authorizing the Debtors to Enter Into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement with the Current CEO Whereby He would Provide Consulting Services Related to the Debtors' Chapter 11 Cases [Filed: 3/11/05] (Exhibit 1, Docket No. 8015)

Status: This matter will go forward.


UNCONTESTED MATTER

7. Debtors' Motion for an Order Authorizing the Debtors to Enter Into a Settlement Agreement with the Internal Revenue Service with Respect to Certain Tax Claims Arising in the Debtors to Pay: (1) All Indemnified Taxes Due Pursuant to Such Agreement and (2) All State Indemnified Taxes Due for the Debtors' 1990 – 1992 Taxable Years [Filed: 2/14/05] (Docket No. 7779)

Related Documents:

a. [Proposed] Order Authorizing the Debtors to Enter Into a Settlement Agreement with the Internal Revenue Service with Respect to Certain Tax Claims Arising in the Debtors to Pay: (1) All Indemnified Taxes Due Pursuant to Such Agreement and (2) All State Indemnified Taxes Due for the Debtors' 1990 – 1992 Taxable Years [Filed: 2/14/05](Docket No. 7779)

b. **Certification of No Objection Regarding Docket No. 7779 [Filed: 3/8/05] (Docket No. 7993)**

Response Deadline: March 4, 2005 at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

ADVERSARY PROCEEDINGS

8.  Motion for Entry of Order Approving Fee Applications and Allowing the Payment of Holdbacks [Filed: 2/15/05] (Case No. 01-1139, Docket No. 7785 and Adv. Pro. No. 02-2210, Docket No. 720)

    Related Documents:

    a.  Modified Order [Entered 2/23/05] (Adv. Pro. No. 02-2210, Docket No. 723)

    b.  **Certification of No Objection Regarding Adversary Docket No. 720 and Main Docket No. 7785 [Filed: 3/7/05] (Docket No.**

    Response Deadline: March 4, 2005 at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: No parties have objected to the relief requested in the motion. Accordingly, the Official Committee of Asbestos Property Damage Claimants has filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

QUARTERLY FEE APPLICATIONS

9.  Fourteenth Quarterly Interim Applications of Counsel to the Debtors and Statutory Committees for Compensation for Services Rendered and Reimbursement of Expenses for the Period July 1, 2004 Through September 30, 2004.

    Related Documents:

    a.  Certification of Counsel Regarding Fourteenth Quarter Project Category Summary for the Fourteenth Interim Fee Period and Certain Prior Amounts [Filed: TBD] **(Docket No. 8019)**

    b.  Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fourteenth Period and Certain Prior Amounts [Filed: TBD] **(Docket No. 8018)**

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will be going forward.

6

CLAIMS OBJECTIONS

10. Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5525)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received:

    a. Response of Spaulding & Slye Construction LP (Claim No. 203) to Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 6/3/04] (Docket No. 5701)

    Status: The hearing regarding the disputed claim of Spaulding & Slye (the only remaining disputed claim) is continued to April 25, 2005 at 12:00 p.m.

11. Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 5/5/04] (Docket No. 5527)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received:

    a. Response to Debtors' Fifth Omnibus Objection filed by Peter P. Pearson [Filed 5/20/04] (Docket No. 5637)

    b. Supplement to Formal Response to Debtors' Fifth Omnibus Objection to Claims filed by Peter P. Pearson [Filed 6/1/2004]] (Docket No. 5685)

    c. Debtors' Motion for Leave to File Debtors' Reply to Response and Supplemental Response Filed By Peter Pearson to the Fifth Omnibus Objection to Claims [Filed: 3/4/05] (Docket No. 7961)

        i. Debtors' Reply to Response and Supplemental Response Filed by Peter P. Pearson to the Fifth Omnibus Objection to Claims [Filed 3/4/05] (Docket No. 7961, Exhibit 1)

    Status: This matter will go forward only with respect to the claim of Peter P. Pearson. The matter will be continued to April 25, 2005 at 12:00 p.m., with respect to the remaining unresolved disputed claims.

12. Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 1/12/05] (Docket No. 7545)

    Response Deadline: February 11, 2005, extended to February 25, 2005 at 4:00 p.m.

91100-001\DOCS_DE:106119.5

Responses Received: (none listed as no contested matters are going forward)

Status: This matter will go forward with respect to any claims where the relief sought is unopposed. However, where a claimant has filed a response and such dispute is unresolved, such matters will be continued to April 25, 2005 at 12:00 p.m.

## STATUS CONFERENCE

13. Amended Disclosure Statement for the Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code [Filed: 1/13/05] (Docket No. 7559)

    Related Documents:

    a. Exhibit Book [Filed: 11/13/04] (Docket No. 6897)

    b. Amended Exhibit Book [Filed: 1/13/05] (Docket No. 7561)

    c. Debtors' Chart Regarding Status of Remaining Objections to Debtors' Disclosure Statement (includes Appendix) [Filed 2/18/05] (Docket No. 7845)

    Response Deadline: December 22, 2004 at 4:00 p.m.

    Reply Deadline: January 7, 2005 at 2:00 p.m.

    Unresolved Objections:

    a. Objections of Sealed Air Corporation and Cryovac, Inc. to the Adequacy of the Disclosure Statement Accompanying Debtors' Proposed Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [Filed: 12/21/04] (Docket No. 7286)

    b. (Redacted) Objection of the Official Committee of Asbestos Personal Injury Claimants to the Debtors' Proposed Disclosure Statement [Filed: 12/21/04] (Docket No. 7315)

    c. Objection of Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd. to Disclosure Statement [Filed: 12/22/04] (Docket No. 7331)

    d. Libby Claimants' Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings [Filed: 12/22/04] (Docket No. 7335)

    e. Objections of the United States Trustee to Approval of Debtors' Disclosure Statement [Filed: 12/22/04] (Docket No. 7342)

    f. Objection of the Official Committee of Asbestos Property Damage Claimants to (I) Disclosure Statement for Debtors' Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code; (II) Debtors' Motion for a Case Management Order; (III) Debtors' Motion for Estimation of Asbestos Claims; and

(IV) Debtors' Motion for Approval of Confirmation Procedures [Filed: 12/22/04] (Docket No. 7343)

<u>Replies Received:</u>

a. Debtors' Response to Objections to Disclosure Statement [Filed: 1/7/05] (Docket No. 7486)

b. Debtors' Brief Regarding Certain Confirmation Issues [Filed: 1/7/05] (Docket No. 7498]

<u>Status:</u> A status report on the pending objections will go forward. Attached as <u>Schedule 1</u> is a list of objections that have been resolved.

14. Case Management/Estimation Issues

<u>Status:</u> A status report on this matter will go forward.

Dated: March 14, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_____
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

9