# SCHEDULE 1

# SCHEDULE 1

## Resolved Objections to the Disclosure Statement

| No. | Objection Party | Status |
|---|---|---|
|  | BMW Constructors, Inc.<br>(Docket No. 7238) | This objection has been resolved |
|  | Fresenius Medical Care Holdings, Inc. and National Medical Care, Inc. ("Fresenius")<br>(Docket No. 7247) | This objection has been resolved |
|  | Town of Acton, Massachusetts<br>(Docket No. 7263) | This objection has been resolved |
|  | Keri Evans<br>(Docket No. 7277) | This objection has been resolved |
|  | American International Group, Inc. (AIG)<br>(Docket No. 7293) | This objection has been resolved |
|  | Everest Reinsurance Company & Mt. McKinley Insurance Company<br>(Docket No. 7303) | This objection has been resolved |
|  | Longacre Master Fund, Ltd.<br>(Docket No. 7323) | This objection has been resolved |
|  | State of Montana Department of Environmental Quality, Department of Public Health and Human Services and Risk Management and Tort Defense Division<br>(Docket No. 7330) | This objection has been resolved |
|  | U.S. Attorney (DOJ and EPA)<br>(Docket No. 7341) | This objection has been resolved |
|  | U.S. Securities and Exchange Commission<br><br>(Letter received December 10, 2004) | This objection has been resolved |
|  | Pension Benefit Guaranty Corporation<br><br>(Informal e-mail correspondence) | This objection has been resolved |