# HR&A                                          INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

November 15, 2004

Invoice No. HRA20041115

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of October, 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br> 2.3 hours @ $ 500 per hour | $ 1,150.00 |
| James E. Hass<br>47.4 hours @ $ 500 per hour | 23,700.00 |
| Paul J. Silvern<br> 2.2 hours @ $ 400 per hour | 880.00 |
| **TOTAL FEES:** | **$ 25,730.00** |

### EXPENSES

| | |
|---|---:|
| Courier | $ 24.49 |
| **TOTAL FEES & EXPENSES:** | **$ 25,754.49** |

*Please remit to **new** corporate address below:*          Federal Tax I.D. 94-2360125

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          WASHINGTON DC    NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of October, 2004 .

| | FFR | JEH | PJS | |
|---|---|---|---|---|
| 10/01/2004 | | | | |
| 10/02/2004 | | | | |
| 10/03/2004 | | | | |
| 10/04/2004 | | | | |
| 10/05/2004 | | | | |
| 10/06/2004 | | | | |
| 10/07/2004 | | | | |
| 10/08/2004 | | 4.20 | | |
| 10/09/2004 | | | | |
| 10/10/2004 | | | | |
| 10/11/2004 | | | | |
| 10/12/2004 | | | | |
| 10/13/2004 | | | | |
| 10/14/2004 | | | | |
| 10/15/2004 | | | | |
| 10/16/2004 | | | | |
| 10/17/2004 | | | | |
| 10/18/2004 | | 5.50 | | |
| 10/19/2004 | | 4.50 | | |
| 10/20/2004 | 1.00 | 5.20 | 0.50 | |
| 10/21/2004 | 1.00 | 3.80 | 1.10 | |
| 10/22/2004 | 0.30 | 6.20 | | |
| 10/23/2004 | | | | |
| 10/24/2004 | | | | |
| 10/25/2004 | | | | |
| 10/26/2004 | | | | |
| 10/27/2004 | | | 0.10 | |
| 10/28/2004 | | 12.20 | 0.50 | |
| 10/29/2004 | | 5.80 | | |
| 10/30/2004 | | | | |
| 10/31/2004 | | | | Total Hours |
| Hours | 2.30 | 47.40 | 2.20 | 51.90 |
| Rate | $500 | $500 | $400 | Total Fees |
| | $1,150.00 | $23,700.00 | $880.00 | $25,730.00 |

OCTOBER, 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME   TASK

10/20/04  0.5  Assemble TDPS at request of James Hass.
          0.5  Find original CDs with Grace data at request of James
               Hass.

10/21/04  0.8  Assemble comparisons of TDPs and send to Josh Cohen.
          E-mail explaining content.
          0.2  Talk with Paul Silvern re: Grace offer.

10/22/04  0.3  E-mails to James Hass re: prior estimation reports.

TOTAL:    2.3

OCTOBER, 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE     TIME  TASK

10/08/04  4.2  Meeting of Scott Baena, Jay Sakalo, Martin Dies and D.
          Speights with Grace legal and management team to discuss
          settlement and plan of reorganization.

10/18/04  5.5  Research on occupational categories of exposure related
          to W.R. Grace.

10/19/04  4.5  Continuing research on occupational exposures.

10/20/04  5.2  Analyzing other modeling efforts that use exposure
          criteria in BI estimation.

10/21/04  3.8  Analysis of supporting data in B-reader study of non-
          malignant case.

10/22/04  6.2  Development of spreadsheets to mimic B-reader study
          results.

10/28/04  4.8  Analyzing Peterson BI report in Sealed Air per
          assignment by Jay Sakalo.

10/28/04  7.4  Detailed analysis of Crane Master Settlement Agreement
          as a model for a Grace TDP.

10/29/04  5.8  Analysis of Fred Dunbar's  BI report for OC, as a
          comparison to Mark Peterson's Grace analysis.

TOTAL:   47.4

OCTOBER 2004, TIME LOG OF PAUL J. SILVERN (PJS)

DATE      TIME   TASK

                 Case Administration

10/20/04  0.5  Review bodily injury data files.

10/21/04  1.1  Participate in Property Damage(PD)Committee call re:
               case status (1.0); Voice mail message for Francine F. Rabinovitz
               re: PD Committee call (0.1).

10/27/04  0.1  Review Elliott International motion objecting to
               proposed extension of exclusivity.

10/28/04  0.5  Participate in PD Committee call re: case status.

TOTAL:    2.2