# Exhibit A

Hearing Date: Monday, February 28, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ALAMEDA COUNTY TAX COLLECTOR ATTN: JOHN LAC 1221 OAK STREET OAKLAND CA 94612 | 01-01140 W.R. GRACE & CO.-CONN. | 152 | $2,969.76 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 2 | B&N&K RESTORATION CO INC 223 RANDOLPH AVE CLIFTON NJ 07011 | 01-01140 W.R. GRACE & CO.-CONN. | 1881 | | | NO LIABILITY EXPUNGE | SUSTAINED |
| 3 | CHINA PATENT AGENT HK LTD 22/F GREAT EAGLE CENTRE 23 HARBOUR RD WANCHAI HONG KONG | 01-01139 W.R. GRACE & CO. | 1381 | $6,219.90 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 4 | CITY OF PHILADELPHIA C/O MORTON R BRANZBURG ESQ KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP 260 S BROAD ST PHILADELPHIA PA 19102 | 01-01139 W.R. GRACE & CO. | 157 | $948.39 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 5 | CITY OF PHILADELPHIA C/O MORTON R BRANZBURG ESQ KLEHR HARRISON HARVEY BRANZBURG & ELLERS LLP 260 S BROAD ST PHILADELPHIA PA 19102 | 01-01139 W.R. GRACE & CO. | 158 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 6 | DEPARTMENT OF THE TREASURY INTERNAL 31 HOPKINS PLAZA ROOM 1150 BALTIMORE MD 21201 | 01-01139 W.R. GRACE & CO. | 15545 | $10,177.92 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 7 | GOVERNMENT OF THE DISTRICT OF COLUMBIA OFFICE OF TAX & REVENUE COLLECTION DIV SPECIAL INVESTIGATION UNIT 941 NORTH CAPITOL ST NE WASHINGTON DC 20002 | 01-01140 W.R. GRACE & CO.-CONN. | 139 | $31,226.25 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 8 | NORTHERN TOOL & EQUIP CO PO BOX 1219 BURNSVILLE MN 55337 | 01-01140 W.R. GRACE & CO.-CONN. | 2075 | $372.57 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority             (U) - Unsecured

2/24/2005 10:26:54 AM

In re: W.R. GRACE & CO., et al

## OMNIBUS 8 - EXHIBIT A - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | PA DEPARTMENT OF REVENUE BUREAU OF COMPLIANCE DEPT 280946 HARRISBURG  PA 17128-0946 | 01-01140 W.R. GRACE & CO.-CONN. | 15450 | $3,510.00 | (A) | NO LIABILITY EXPUNGE | SUSTAINED |
| 10 | PRINCE GEORGES COUNTY MARYLAND C/O MEYERS RODBELL & ROSENBAUM P.A. 6801 KENILWORTH AVE STE 400 RIVERDALE  MD 20737 | 01-01168 LITIGATION MANAGEMENT, INC | 845 | $1,779.29 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 11 | R I DIVISION OF TAXES ONE CAPITOL HILL PROVIDENCE  RI 02908 | 01-01139 W.R. GRACE & CO. | 295 | $3,766.00 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 12 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS  OH 44147 | 01-01146 CCHP, INC. | 3862 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 13 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS  OH 44147 | 01-01140 W.R. GRACE & CO.-CONN. | 3863 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 14 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS  OH 44147 | 01-01193 MRA STAFFING SYSTEMS, INC. | 3864 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 15 | REGIONAL INCOME TAX AGENCY ATTN LEGAL DEPT PO BOX 470537 BROADVIEW HEIGHTS  OH 44147 | 01-01196 CC PARTNERS | 3865 | UNKNOWN | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 16 | STATE OF FLORIDA DEPT OF REVENUE BANKRUPTCY SECTION PO BOX 6668 TALLAHASSEE  FL 32314-6668 | 01-01191 MRA HOLDINGS CORP. | 80 | $174.07 $200.00 | (P) (U) | NO LIABILITY EXPUNGE | SUSTAINED |
| 17 | STATE OF NEW MEXICO TAXATION & REVENUE TAXATION & REVENUE DEPT PO BOX 25650 SANTA FE  NM 87502-2650 | 01-01140 W.R. GRACE & CO.-CONN. | 352 | $77,000.00 | (P) | NO LIABILITY EXPUNGE | SUSTAINED |
| 18 | TOWN OF CORNELIUS PO BOX 399 CORNELIUS  NC 28031 | 01-01139 W.R. GRACE & CO. | 1245 | $719.46 | (U) | NO LIABILITY EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

Page 2 of 3

2/24/2005 10:26:55 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT A - SUSTAINED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 19  TYLER, W S<br>SIERRA CAPITAL<br>2099 WHITE RD STE 255<br>IRVINE, CA 92614 | 01-01139<br>W.R. GRACE & CO. | 866 | $3,305.00 | (U) | INVALID TRANSFER<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority               (U) - Unsecured

Page 3 of 3

2/24/2005 10:26:55 AM