# Exhibit B

Hearing Date: Monday, February 28, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | BIG RIVER RUBBER & GASKET<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 645 | $8,462.46 | (U) | REDUCE AND ALLOW | $6,235.96 | (U) | SUSTAINED |
| 2 | BROWNING FERRIS IND<br>ATTN: ROBERT H DAVIS<br>5757A OATES RD<br>HOUSTON TX 77078 | 01-01139<br>W.R. GRACE & CO. | 8564 | $2,252.33 | (P) | RECLASSIFY, REDUCE & ALLOW | $436.25 | (U) | SUSTAINED |
| 3 | CONTRARIAN CAPITAL TRADE<br>ASSIGNEE OF LA CHEMICALS LTD<br>ATTN: ALPA JIMENEZ<br>411 W PUTNAM AVE, SUITE 225<br>GREENWICH CT 06830 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9182 | $32,269.15 | (U) | REDUCE AND ALLOW | $26,161.15 | (U) | SUSTAINED |
| 4 | DURRETT SHEPPARD STEEL CO INC<br>6600 E BALTIMORE ST<br>BALTIMORE MD 21224 | 01-01139<br>W.R. GRACE & CO. | 956 | $3,875.12 | (U) | REDUCE AND ALLOW | $3,837.22 | (U) | SUSTAINED |
| 5 | HANDEX OF NEW ENGLAND INC<br>ATTN: WILLIAM E TABOR<br>30941 SUNEAGLE DR<br>MOUNT DORA FL 32757 | 01-01139<br>W.R. GRACE & CO. | 2438 | $14,958.89 | (U) | REDUCE AND ALLOW | $6,742.13 | (U) | SUSTAINED |
| 6 | J B INDUSTRIES INC<br>C/O ALEX L DIXON<br>304 CHURCH ST<br>PO BOX 1027<br>LAGRANGE GA 30241 | 01-01140<br>W.R. GRACE & CO.-CONN. | 398 | $2,811.36 | (S) | RECLASSIFY, REDUCE & ALLOW | $1,979.93 | (U) | SUSTAINED |
| 7 | LANDAUER INC<br>C/O D&B/RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 696 | $753.20 | (U) | REDUCE AND ALLOW | $663.65 | (U) | SUSTAINED |
| 8 | OVERDALE CORP<br>C/O L C MERTZ<br>6147 W 65 ST<br>CHICAGO IL 60638 | 01-01139<br>W.R. GRACE & CO. | 2684 | $135,057.23 | (P) | RECLASSIFY, REDUCE & ALLOW | $62,990.86 | (U) | SUSTAINED |
| 9 | PREFERRED UTILITIES MFG CORP<br>31 35 SOUTH ST<br>DANBURY CT 06810 | 01-01139<br>W.R. GRACE & CO. | 20 | $1,400.50 | (P) | RECLASSIFY, REDUCE & ALLOW | $822.50 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | SIGMA-ALDRICH INC<br>ATTN: TONI TURNER<br>3050 SPRUCE ST<br>ST LOUIS MO 63103 | 01-01139<br>W.R. GRACE & CO. | 610 | $43,009.86 | (U) | REDUCE AND ALLOW | $39,857.62 | (U) | | SUSTAINED |
| 11 | UNITED STATES CONTAINER<br>ATTN: MARY FREEMAN<br>4950 S SANTA FE AVE<br>VERNON CA 90058 | 01-01139<br>W.R. GRACE & CO. | 1061 | $3,015.02 | (P) | RECLASSIFY, REDUCE & ALLOW | $723.16 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 2 of 2                                    2/24/2005 10:30:06 AM