# Exhibit C

Hearing Date: Monday, February 28, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT C - SUSTAINED

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1  ROADWAY EXPRESS INC<br>1077 GORGE BLVD<br>PO BOX 3562<br>AKRON  OH  44309-3562 | 01-01140<br>W.R. GRACE & CO.-CONN. | 783 | $2,004.34  (U) | REDUCE AND ALLOW | $1,636.03  (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

2/24/2005 10:34:52 AM