# Exhibit D

Hearing Date: Monday, February 28, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 8 - EXHIBIT D - CLAIM WITHDRAWN

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 NYC DEPT OF FINANCE BANKRUPTCY & ASSIGNMENT UNIT 345 ADAMS ST 10TH FL BROOKLYN NY 11201 | 01-01139 W.R. GRACE & CO. | 110 | $2,710,570.00 | (P) | NO LIABILITY EXPUNGE | CLAIM WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

2/24/2005 10:43:03 AM