# Exhibit E

In re: **W.R. GRACE & CO., et al**
OMNIBUS 8 - EXHIBIT E - CONTINUED

Hearing Date: Monday, February 28, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01139 W.R. GRACE & CO. | 9572 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 2 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01141 A-1 BIT & TOOL CO., INC. | 9574 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 3 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01142 ALEWIFE BOSTON LTD. | 9575 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 4 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01143 ALEWIFE LAND CORPORATION | 9576 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 5 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01144 AMICON, INC. | 9577 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 6 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01145 CB BIOMEDICAL, INC. | 9578 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 7 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01146 CCHP, INC. | 9579 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 8 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01147 COALGRACE, INC. | 9580 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 9 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01148 COALGRACE II, INC. | 9581 | (T) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 10 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01149 CREATIVE FOOD 'N FUN COMPANY | 9582 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 11 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01150 DAREX PUERTO RICO, INC. | 9583 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 12 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01151 DEL TACO RESTAURANTS, INC. | 9584 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 13 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01152 DEWEY AND ALMY LLC | 9585 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 14 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01153 ECARG, INC. | 9586 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 15 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01154 FIVE ALEWIFE BOSTON LTD. | 9587 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 16 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01155 G-C LIMITED PARTNERS I, INC. | 9588 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 17 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01156 G C MANAGEMENT, INC. | 9589 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 18 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01157 GEC MANAGEMENT CORPORATION | 9590 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 19 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01158 GN HOLDINGS, INC. | 9591 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 20 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01159 GPC THOMASVILLE CORP. | 9592 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 21 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01160 GLOUCESTER NEW COMMUNITIES | 9593 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 22 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01161 GRACE A-B INC. | 9594 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 23 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01162 GRACE A-B II INC. | 9595 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority           (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 24 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01163 GRACE CHEMICAL COMPANY OF | 9596 | | | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 25 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01164 GRACE CULINARY SYSTEMS, INC. | 9597 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 26 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01165 GRACE DRILLING COMPANY | 9598 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 27 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01166 GRACE ENERGY CORPORATION | 9599 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 28 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01167 GRACE ENVIRONMENTAL, INC. | 9600 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 29 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01168 GRACE EUROPE, INC. | 9601 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 30 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01169 GRACE H-G INC. | 9602 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 31 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01170 GRACE H-G II INC. | 9603 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 8 - EXHIBIT E - CONTINUED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class*** | Relief Requested | Allowed Claim Amount* | Claim Class*** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 32 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01171 GRACE HOTEL SERVICES | 9604 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 33 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01172 GRACE INTERNATIONAL HOLDINGS, | 9605 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 34 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01173 GRACE OFFSHORE COMPANY | 9606 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 35 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01174 GRACE PAR CORPORATION | 9607 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 36 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01175 GRACE PETROLEUM LIBYA | 9608 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 37 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01176 GRACE TARPON INVESTORS, INC. | 9609 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 38 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01177 GRACE VENTURES CORP. | 9610 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 39 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01178 GRACE WASHINGTON, INC. | 9611 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Class | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 40 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01179 W.R. GRACE CAPITAL | 9612 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 41 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01180 W.R. GRACE LAND CORPORATION | 9613 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 42 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01181 GRACOAL, INC. | 9614 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 43 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01182 GRACOAL II, INC. | 9615 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 44 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01183 GUANICA-CARIBE LAND | 9616 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 45 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01184 HANOVER SQUARE CORPORATION | 9617 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 46 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01185 HOMCO INTERNATIONAL, INC. | 9618 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 47 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01186 KOOTENAI DEVELOPMENT | 9619 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
**OMNIBUS 8 - EXHIBIT E - CONTINUED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class*** | Relief Requested | Allowed Claim Amount* | Claim Class*** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 48 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01187 LB REALTY, INC. | 9620 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 49 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01188 LITIGATION MANAGEMENT, INC | 9621 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 50 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01189 MONOLITH ENTERPRISES | 9622 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 51 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01190 MONROE STREET, INC. | 9623 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 52 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01191 MRA HOLDINGS CORP. | 9624 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 53 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01192 MRA INTERMEDCO, INC. | 9625 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 54 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01193 MRA STAFFING SYSTEMS, INC. | 9626 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 55 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01194 REMEDIUM GROUP, INC. | 9627 | UNKNOWN (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (S) - Secured
(P) - Priority (U) - Unsecured

2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 56 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01195 SOUTHERN OIL, RESIN & | 9628 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 57 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01196 WATER STREET CORPORATION | 9629 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 58 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01197 AXIAL BASIN RANCH COMPANY | 9630 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 59 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01198 CC PARTNERS | 9631 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 60 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01199 HAYDEN-GULCH WEST COAL | 9632 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 61 | CENTURY INDEMNITY COMPANY ET C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA, PA 19103-7395 | 01-01200 H-G COAL COMPANY | 9633 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 62 | DEPARTMENT OF REVENUE STATE BOX 475 JEFFERSON CITY MO 65105 | 01-01139 W.R. GRACE & CO. | 3815 | $180.05 $3,895.41 | (P) (U) | NO LIABILITY EXPUNGE | $0.00 $0.00 | (P) (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 63 | IBM CORPORATION ATTN: BH SHEDELER TWO LINCOLN CTR 18 W140 BUTTERFIELD RD OAKBROOK, IL 60181-4295 | 01-01139 W.R. GRACE & CO. | 149 | $74,337.14 | (U) | REDUCE AND ALLOW | $60,191.54 | (U) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 8 of 10    2/24/2005 1:10:47 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 64 | LINKAGE INC<br>16 NEW ENGLAND EXECUTIVE PARK<br>SUITE 205<br>BURLINGTON MA 01803 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1178 | $4,495.00 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 65 | NATIONAL UNION FIRE INSURANCE<br>C/O MICHAEL S DAVIS ESQ<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 LEXINGTON AVE<br>NEW YORK NY 10022 | 01-01139<br>W.R. GRACE & CO. | 9553 | $46,971,746.00 (S) | CROSS-DEBTOR DUPLICATE | $0.00 | (S) | CONTINUED TO 3/21/2005 12:00 PM |
| 66 | NEW YORK STATE DEPT OF<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01139<br>W.R. GRACE & CO. | 15165 | $267,817.79 (U) | REDUCE AND ALLOW | $106,368.00 | (U) | CONTINUED TO 3/21/2005 12:00 PM |
| 67 | NY STATE DEPT OF TAXATION AND<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY NY 12205-0300 | 01-01146<br>CCHP, INC. | 15318 | $7,509.78 (P)<br>$4,127.62 (U) | NO LIABILITY EXPUNGE | $0.00<br>$0.00 | (P)<br>(U) | CONTINUED TO 3/21/2005 12:00 PM |
| 68 | PAULETTE, MARCELLA M<br>287 TOWNSHIP RD 267<br>AMSTERDAM OH 43903-7909 | 01-01139<br>W.R. GRACE & CO. | 2350 | UNKNOWN (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | CONTINUED TO 3/21/2005 12:00 PM |
| 69 | STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15324 | $258,629.24 (A) | NO LIABILITY EXPUNGE | $0.00 | (A) | CONTINUED TO 3/21/2005 12:00 PM |
| 70 | STATE OF NEW JERSEY DEPT OF<br>DIVISION OF TAXATION<br>PO BOX 245<br>TRENTON NJ 08695-0245 | 01-01140<br>W.R. GRACE & CO.-CONN. | 871 | $149,730.68 (P) | REDUCE AND ALLOW | $27,491.00 | (P) | CONTINUED TO 3/21/2005 12:00 PM |
| 71 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139<br>W.R. GRACE & CO. | 15452 | $2,065.55 (P) | NO LIABILITY EXPUNGE | $0.00 | (P) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT E - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 72 | TEXAS COMPTROLLER OF PUBLIC OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 01-01155 GRACE DRILLING COMPANY | 311 | $11,227.57 (S) | NO LIABILITY EXPUNGE | $0.00 (S) | CONTINUED TO 3/21/2005 12:00 PM |
| 73 | TOWN OF ACTON MASSACHUSETTS C/O THOMAS O BEAN ESQ 155 SEAPORT BLVD WORLD TRADE CENTER W BOSTON MA 02210 | 01-01139 W.R. GRACE & CO. | 4385 | UNKNOWN (S) | CROSS-DEBTOR DUPLICATE | $0.00 (S) | CONTINUED TO 3/21/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 10 of 10

2/24/2005 1:10:47 PM