# Exhibit D

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT D - STIPULATION

Hearing Date: Monday, February 28, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Allowed Claim Amount* Class** | Relief Requested |
|---|---|---|---|---|---|---|
| 1 | NEW ENGLAND CONSTRUCTIN CO<br>DUFFY & SWEENEY LTD<br>ONE TURKS HEAD BLDG<br>STE 1200<br>PROVIDENCE RI 02903<br>W.R. GRACE & CO. | 01-01139 | 14396 | $127,327.42 (U) | $7,000.00 (U) | STIPULATION |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured