# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. <u>et al</u>.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**April 4, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
 **if objections are timely filed and served**.

## <u>NOTICE OF FILING OF MONTHLY FEE APPLICATION</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Strook & Strook & Lavan LLP ("Strook"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Forty-Sixth Monthly Fee

Application of Strook & Strook & Lavan LLP for Interim Compensation and for

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Reimbursement of Expenses for the services rendered during the period January 1, 2005 through January 31, 2005, seeking compensation in the amount of $187,168.00, reimbursement for actual and necessary expenses in the amount of $4,411.55, and reimbursement for Navigant for the month of January 2005 in the amount of $15,686.00.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**April 4, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.

Dated:  March 15, 2005
       Wilmington, DE

**RESPECTFULLY SUBMITTED,**

          /s/ Michael R. Lastowski
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:      mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:      wskatchen@duanemorris.com

       and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:      lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:**
**April 4, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled only**
**if objections are timely filed and served.**

### FORTY-SIXTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **January 1, 2005 – January 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$187,168.00 (80% - $149,734.40)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$4,411.55 (Stroock)**<br>**$15,686.00 (Navigant January)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Forty Fifth Monthly Fee Statement and the Fifteenth Quarterly Fee Application is approximately 22.0 hours and the corresponding compensation requested is approximately $5,594.00.*

**Attachment A**

**Monthly Interim Fee Applications**

|  |  | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01-4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01-7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02-04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002 D.I.2324 | 05/01/02 – 05/31/02 | $74,910.75 | $2,9154.43 (Stroock) $43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002 D.I.2495 | 06/01/02 – 06/30/02 | $73,096.75 | $2,054.05 (Stroock) $114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002 D.I.2720 | 07/01/02 – 07/31/02 | $90,903.27 | $1,250.79 (Stroock) $11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002 D.I.2898 | 08/01/02 – 08/31/02 | $93,151.25 | $11,539.51 (Stroock) $5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002 D.I.2981 | 09/01/02 – 09/30/02 | $96,613.25 | $15,567.77 (Stroock) $771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002 D.I.3129 | 10/1/02 – 10/31/02 | $68,404.00 | $2,956.54 (Stroock) $1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003 D.I.3286 | 11/1/02 – 11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003 D.I.3349 | 12/1/02 – 12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003 D.I.3552 | 1/1/03 – 1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003 D.I.3626 | 2/1/03 – 2/28/03 | $76,313.00 | $2,022.78 (Stroock) $1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003 D.I. 3718 | 3/1/03 – 3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003 D.I. 3850 | 4/1/03 – 4/30/03 | $60,269.00 | $814.02 (Stroock) $2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003 D.I. 3983 | 5/1/03 – 5/31/03 | $111,990.50 | $691.84 (Stroock) $9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003 D.I. 4152 | 6/1/03 – 6/30/03 | $43,824.00 | $1,220.42 (Stroock) $61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003 D.I. 4381 | 7/1/03 – 7/31/03 | $79,090.50 | $2,301.33 (Stroock) $14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003 D.I. 4512 | 8/1/03 – 8/31/03 | $69,927.00 | $1,164.19 (Stroock) $12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003<br>D.I. 4625 | 9/1/03 –<br>9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 –<br>10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 –<br>11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant<br>f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 –<br>12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant<br>f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 –<br>1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant<br>f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 –<br>2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant<br>f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004<br>D.I. 5498 | 3/1/04 –<br>3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004<br>D.I. 5803 | 4/1/04 –<br>4/30/04 | $99,136.00 | $3,518.96 (Stroock)<br>$1,515.00 (Navigant<br>February)<br>$49,667.00 (Navigant<br>March)<br>$80,307.11 (Navigant<br>April) | $79,308.80 | $135,008.07 |
| July 2, 2004<br>D.I. 5917 | 5/1/04 –<br>5/31/04 | $134,324.50 | $2,409.97 (Stroock)<br>$78,360.05 (Navigant<br>May) | $107,459.60 | $80,770.02 |
| August 2, 2004<br>D.I. 6105 | 6/1/04 –<br>6/30/04 | $120,501.00 | $1,831.49 (Stroock)<br>$62,625.00 (Navigant<br>June) | $96,400.80 | $64,456.49 |
| September 9, 2004<br>D.I. 6341 | 7/1/04 –<br>7/31/04 | $72,394.00 | $3,461.84 (Stroock)<br>$40,427.50 (Navigant<br>July) | $57,915.20 | $43,889.34 |
| September 23, 2004<br>D.I. 6444 | 8/1/04 –<br>8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |

| October 14, 2004 D.I. 6625 | 9/1/04 – 9/30/04 | $83,903.50 | $1,535.61 (Stroock) $27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
|---|---|---|---|---|---|
| December 3, 2004 D.I. 7086 | 10/1/04 – 10/31/04 | $200,155.50 | $1,368.18 (Stroock) $ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005 D.I. 7481 | 11/1/04 – 11/30/04 | $218,608.50 | $14,019.09 (Stroock) $25,102.80 (Navigant October) $27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005 D.I. 7667 | 12/1/04 – 12/31/04 | $235,503.70 | $10,442.92 (Stroock) $62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |

**WR GRACE & CO**
**ATTACHMENT B**
**JANUARY 1, 2005 - JANUARY 31, 2005**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 17.3 | $ 575 | $      9,947.50 | 7 |
| Kruger, Lewis | 60.2 | 750 | 45,150.00 | 35 |
| Neidell, Martin | 0.7 | 725 | 507.50 | 25 |
| Pasquale, Kenneth | 42.5 | 575 | 24,437.50 | 6 |
| Speiser, Mark | 16.5 | 695 | 11,467.50 | 18 |
| | | | | |
| **Associates** | | | | |
| Eichler, Mark | 17.6 | 480 | 8,448.00 | 7 |
| Krieger, Arlene | 146.7 | 525 | 77,017.50 | 21 |
| McEachern Mary E | 10.0 | 395 | 3,950.00 | 6 |
| Thomison, Jessamy K. | 12.3 | 260 | 3,198.00 | 2 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 6.5 | 195 | 1,267.50 | 3 |
| Defreitas, Vaughn | 11.2 | 130 | 1,456.00 | 17 |
| Holzberg, Ethel | 6.5 | 195 | 1,267.50 | 33 |
| Mohamed, David | 5.8 | 130 | 754.00 | 16 |
| Serrette, Rosemarie | 1.6 | 195 | 312.00 | 17 |
| | | | | |
| **TOTAL** | **355.4** | | **$ 189,180.50** | |
| **LESS 50% TRAVEL** | **(3.5)** | | **(2,012.50)** | |
| **TOTAL** | **351.9** | | **$ 187,168.00** | |

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JANUARY 1, 2005 - JANUARY 31, 2005**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 12.5 | $      7,760.00 |
| 0008 | Asset Analysis Recovery | 0.3 | 157.50 |
| 0013 | Business Operations | 2.8 | 1,605.00 |
| 0014 | Case Administration | 18.2 | 4,257.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.3 | 682.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 41.5 | 24,432.50 |
| 0018 | Fee Application, Applicant | 22.0 | 5,594.00 |
| 0019 | Creditor Inquiries | 2.4 | 1,732.50 |
| 0020 | Fee Application, Others | 0.3 | 58.50 |
| 0021 | Employee Benefits, Pension | 4.9 | 2,572.50 |
| 0035 | Travel - Non Working | 7.0 | 4,025.00 |
| 0036 | Plan and Disclosure Statement | 166.3 | 91,735.50 |
| 0037 | Hearings | 38.7 | 24,965.00 |
| 0040 | Employment Applications - Others | 2.3 | 1,207.50 |
| 0047 | Tax Issues | 34.9 | 18,395.50 |
|  |  |  |  |
|  | **SUB TOTAL** | **355.4** | **$      189,180.50** |
|  | **LESS 50% TRAVEL** | **(3.5)** | **(2,012.50)** |
|  | **TOTAL** | **351.9** | **$      187,168.00** |

# STROOCK

## INVOICE

| DATE | March 14, 2005 |
|---|---|
| INVOICE NO. | 346779 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through January 31, 2005, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/07/2005 | Conference call K. Wallace re asbestos legislation (.4). | Krieger, A. | 0.4 |
| 01/07/2005 | Telephone conference R. Cantor, L. Chambers (with L. Kruger and A. Krieger) re: estimation issues (.5). | Pasquale, K. | 0.5 |
| 01/10/2005 | Attend to R. Farrell memorandum on asbestos tort reform legislation. | Krieger, A. | 0.2 |
| 01/10/2005 | Telephone conference with Peter Lockwood re ACC filing objection to Grace exclusivity extension and discussion of open issues, ZAI, PD, ACC claims estimation (.9). | Kruger, L. | 0.9 |
| 01/10/2005 | Attention to Specter draft asbestos bill (.5). | Pasquale, K. | 0.5 |
| 01/12/2005 | Review Navigant analysis of Specter bill (.3). | Kruger, L. | 0.3 |
| 01/13/2005 | Attend to orders issued by Judge Buckwalter granting Debtor's motion to refer the Sealed Air matter and certain asbestos related matters to Judge Fitzgerald and canceling the hearing thereon (.1); memorandum to LK, KP re same (.1). | Krieger, A. | 0.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/14/2005 | Attend to articles and memoranda on asbestos tort reform (.4). | Krieger, A. | 0.4 |
| 01/17/2005 | Attended Dr. Peterson's testimony and cross-examination in Owens Corning re: estimation of asbestos liabilities (2.5). | Kruger, L. | 2.5 |
| 01/18/2005 | Review debtors' motion for leave to file a reply with respect to estimation and proposed reply (.4). | Kruger, L. | 0.4 |
| 01/20/2005 | Attend to Congress Daily article on asbestos reform legislation (.1). | Krieger, A. | 0.1 |
| 01/25/2005 | Attend to the PD Committee's motion to retain GMA Research Corporation as special consultant in connection with ZAI claims (.2); attend to memorandum from Navigant Consulting re asbestos reform legislation (.1). | Krieger, A. | 0.3 |
| 01/25/2005 | Review Navigant memo re legislation (.2); attention to estimation CMO issues (.3) | Kruger, L. | 0.5 |
| 01/26/2005 | Attend to motion for proposed settlement with Continental Casualty Company (.3). | Krieger, A. | 0.3 |
| 01/27/2005 | Review report on Senate Watson (.2); review Article in Boston Globe re Libby (.3). | Kruger, L. | 0.5 |
| 01/28/2005 | Exchanged memoranda with S. Blatnick re requested copy of the Continental Casualty Settlement Agreement (.2). | Krieger, A. | 0.2 |
| 01/28/2005 | Attend to transcript of October 18, 2004 hearings before the Court. | Krieger, A. | 3.4 |
| 01/31/2005 | Attend to motion for approval of settlement with Continental Casualty (.6); attend to memorandum to Debtors' counsel re questions regarding settlement (.3). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.4 | $ 525 | $ 3,360.00 |
| Kruger, Lewis | 5.1 | 750 | 3,825.00 |
| Pasquale, Kenneth | 1.0 | 575 | 575.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 7,760.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 7,760.00 |
|---|---|

| RE | Asset Analysis and Recovery<br>699843  0008 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/31/2005 | Attend to Capstone analysis on Midevensa acquisition (.2); telephone call C. Troyer re Midevensa acquisition (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.3 | $ 525 | $ 157.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 157.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 157.50 |
|---|---|

| RE | Business Operations<br>699843  0013 | | |
|----|------|------|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/18/2005 | Attended to review of proposed final order re equity trading restrictions (.4). | Krieger, A. | 0.4 |
| 01/25/2005 | Attend to Grace's financial report for November 2004 (1.3). | Krieger, A. | 1.3 |
| 01/25/2005 | Review financial report (.6). | Kruger, L. | 0.6 |
| 01/26/2005 | Exchanged memoranda with C. Troyer re inquiry regarding the Company's intended business operations in China through non-Debtor subsidiaries (.2). | Krieger, A. | 0.2 |
| 01/27/2005 | Exchanged memoranda with C. Troyer re Grace operations in China (.3). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.2 | $ 525 | $ 1,155.00 |
| Kruger, Lewis | 0.6 | 750 | 450.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,605.00 |
|------|------|

| TOTAL FOR THIS MATTER | $ 1,605.00 |
|------|------|

| RE | Case Administration 699843  0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2005 | Set up conference call per A. Krieger. | Caskadon, A. | 0.2 |
| 01/03/2005 | Attended to recently filed documents and distribute same re Transcript Hearing held 12/20/04 (.1) Orders granting motions relating to personal injury (.3) | Defreitas, V. | 0.4 |
| 01/04/2005 | Attended to recently docketed pleading and distribute same re Objection to / Joinder Objection to Motion for Order Seeking the Estimation of Claims and Relief and to Motion for Case Management Order (.1), retrieved Letter Filed by Burrell Johnson (.1). | Defreitas, V. | 0.2 |
| 01/05/2005 | Researched recently filed documents and distribute same re Certification of Counsel filed by The Lanier Law Firm (.1); Stipulation Resolving Claims Between Western Processing Trust Fund II. & Intex Plastics Corporation (.2). | Defreitas, V. | 0.3 |
| 01/05/2005 | Update various case documents by assigning file categories in preparation for addition to central database. | Defreitas, V. | 1.8 |
| 01/06/2005 | Retrieved various docketed pleadings and distribute same re CNO Filed by L. Tersigni Consulting (.1), Transcript Hearing Held 9/27/04 (.1), Operating Report for Nov 2004 (.1) Researched response to re Response in Support of 7th Motion for Order Extending Exclusive Periods to file Plan(.1) | Defreitas, V. | 0.4 |
| 01/07/2005 | Review and update case docket no. 01-1139 (.3), Retrieve and distribute recently filed pleadings (.4) | Defreitas, V. | 0.7 |
| 01/10/2005 | Obtain Pleading for Mayer Greenberg (.4); set up conference call for Committee (.2). | Caskadon, A. | 0.6 |
| 01/11/2005 | Attended to and distribute same re CNO's Filed by Hamilton, Rabinovitz & Alschuler and by Bilzin Sumberg Baena Price & Axelrod LLP.(.2) | Defreitas, V. | 0.2 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/12/2005 | Review and update case docket no. 01-1139 (.2), Retrieved and distribute recently docketed pleadings (.5) | Defreitas, V. | 0.7 |
| 01/12/2005 | Exchanged memoranda with R. Cantor and then M. Lyman re communications (.2). | Krieger, A. | 0.2 |
| 01/13/2005 | Retrieved documents and update case re Orders, signed by the Hon. Ronald L. Buckwalter (.2) Attended to and distribute recently docketed pleadings (.8) | Defreitas, V. | 1.0 |
| 01/14/2005 | Researched docket to attain recently entered pleadings and distribute same | Defreitas, V. | 0.6 |
| 01/14/2005 | Attend to files. | Krieger, A. | 1.3 |
| 01/14/2005 | Attend to order re Town of Acton stay relief motion (.1); order authorizing debtors to advance legal fees (.1); order approving retention of Lexecon LLC (.1). | Krieger, A. | 0.3 |
| 01/18/2005 | Review proposed order limiting equity trading (.2); review of agendas for hearing on 1/21 and 1/24 (.2). | Kruger, L. | 0.4 |
| 01/19/2005 | Attend to amended agenda notice regarding January 24, 2005 hearings and office conferences LK re same (.3); exchanged memoranda with KP re same (.2); memoranda to M. Lastowski re same (.1); exchanged multiple memoranda M. Lastowski office re telephonic participation (.4). | Krieger, A. | 1.0 |
| 01/19/2005 | Review amended agenda for 1/24 hearing and office conference with A. Krieger regarding same (.2); review Congressional report on Spector bill (.2). | Kruger, L. | 0.4 |
| 01/19/2005 | Review case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.9). | Mohamed, D. | 1.2 |
| 01/20/2005 | Retrieved via AK's email request re various documents referred to in Jan 24 agenda hearing. | Defreitas, V. | 0.7 |
| 01/24/2005 | Memoranda to LK, KP re meeting with Grace's representatives (.1); attend to recently filed | Krieger, A. | 0.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings (.3); memorandum to MG, ME re final order restricting certain equity transfers (.1). | | |
| 01/24/2005 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.5). | Mohamed, D. | 0.8 |
| 01/25/2005 | Retrieved and distribute re Response to Eighth Omnibus Objection to Claim, CNO regarding Pitney Hardins' | Defreitas, V. | 0.2 |
| 01/26/2005 | Retrieved recently filed orders from hearing and distribute same | Defreitas, V. | 0.5 |
| 01/26/2005 | Exchanged memoranda with L. Sinanyan re plan documents discussion (.1). | Krieger, A. | 0.1 |
| 01/27/2005 | Review and update various case documents received from attorneys to assign central file categories in preparation for central database. | Defreitas, V. | 2.6 |
| 01/28/2005 | Retrieved CNO's from recently filed monthly fee application and distribute same | Defreitas, V. | 0.5 |
| 01/31/2005 | Review and update case docket no. 01-1139 (.2); Retrieve and distribute recently filed pleadings (.2) | Defreitas, V. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 0.8 | $ 195 | $ 156.00 |
| Defreitas, Vaughn | 11.2 | 130 | 1,456.00 |
| Krieger, Arlene | 3.4 | 525 | 1,785.00 |
| Kruger, Lewis | 0.8 | 750 | 600.00 |
| Mohamed, David | 2.0 | 130 | 260.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,257.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,257.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/14/2005 | Attend to Debtors' motion for leave to file reply to New England Construction Company's response to objected to claim (.1); attend to Debtors' motion authorizing defense costs and advancement of funds to settle actions under National Union's policy (.4). | Krieger, A. | 0.5 |
| 01/26/2005 | Attend to Citicorp Del-Lease motions to compel assumption or rejection of lease and for payment of administrative rent (.8). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 1.3 | $ 525 | $ 682.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 682.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 682.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/03/2005 | Telephone call Tom Maher re revised plan and disclosure statement terms, proposed termination provisions (.2); office conference LK, MAS re Committee conference call (.2); memorandum to the Committee plan-related matters and conference call for 1/5/05 (.3); attend to memoranda to the Committee re reviewed plan and disclosure statement, and related exhibits and motions (.9); attend to memoranda from members of the Committee (.2); memoranda to P. McGrath re environmental liabilities information and revised disclosure statement (.3). | Krieger, A. | 2.1 |
| 01/04/2005 | Telephone call T. Maher re plan documents, termination provisions (.2); attend to Committee memorandum re Termination Conditions (1.3); exchanged memoranda with plan working group re Committee memorandum, and revised memorandum to reflect same (.4); office conference MAS re same (.2); memorandum to the Committee re memorandum on Termination Conditions (.1); memorandum to the Committee re updated Plan comparison from Capstone (.3); memorandum to Pat McGrath re filed plan documents (.2). | Krieger, A. | 2.8 |
| 01/04/2005 | Review Capstone plan comparison. | Kruger, L. | 0.2 |
| 01/04/2005 | Telephone call with T. Maher regarding plan documents and termination conditions (.2); review memo to Committee regarding termination provisions (.8). | Kruger, L. | 1.0 |
| 01/05/2005 | Telephone call L.Chambers re Navigant personnel change (.1); office conference LK re Committee member conversation, termination provisions (.2); office conference KP re Navigant change, agenda for call (.2); conference call meeting of the Committee (.8); follow up office conference plan working group re Committee call (.2); memorandum to the Committee re revised confirmation | Krieger, A. | 1.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | procedures documentation (.2). | | |
| 01/05/2005 | Office conference with A. Krieger and K. Pasquale preparing for Committee call (.2); telephone call with M. Chehi regarding plan issues and Committee's role (.3); telephone conference with Committee regarding issues of release from plan proponent status and Committee's position (.9); telephone conference with A. Krieger, M. Speiser and K. Pasquale regarding Committee's views; telephone call with J. Baer regarding same (.3); review of Debtors revised reply regarding estimation (.6) and Debtors reply to Case Management Order regarding protocols (.5); review brief regarding certain confirmation issues (.7); telephone call with T. Maher regarding status and strategy (.3). | Kruger, L. | 3.8 |
| 01/05/2005 | Conference call with Committee re: plan issues (1.2). | Pasquale, K. | 1.2 |
| 01/06/2005 | Memoranda to the Committee re 1/7/05 conference call and preliminary response to proposed termination provisions (.6); further memorandum to the Committee re discussion with counsel re termination provisions (.2); exchanged memoranda with LK re same (.1); memoranda from the Committee members re 1/7/05 conference call (.2). | Krieger, A. | 1.1 |
| 01/06/2005 | Telephone calls with T. Maher regarding status of document and Debtors' response to termination issues (.6). | Kruger, L. | 0.6 |
| 01/07/2005 | Office conferences LK re termination conditions (.2) conference call meeting of the Committee re discussions regarding termination provisions (.5); follow up office conference LK , KP re same (.4); conference call J. Baer re termination provisions, other plan-related (.3); office conference M Eichler re Sealed Air Agreement (.2); memorandum from Committee member re termination provisions (.1); attend to memorandum to the Committee re briefs and responses filed to Disclosure Statement objections, and objections to estimation and case management pleadings (.4); attend to memoranda to the | Krieger, A. | 3.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee re revised plan documents (1.1). | | |
| 01/07/2005 | Conference call with Committee re: plan issues (.4). | Pasquale, K. | 0.4 |
| 01/09/2005 | Reviewed case law from local counsel re plan support termination issue (.8). | Krieger, A. | 0.8 |
| 01/10/2005 | Memoranda to the Committee re Navigant Consulting memorandum on asbestos tort reform legislation and Senator Specter's draft bill (.3); conference call LK and Tom Maher re conversation with Paul Norris regarding termination conditions, other (.3); office conference MG and ME re Sealed Air issues (.2); extended office conference MG, KP, S. Joffee re Sealed Air settlement agreement analyses for the Committee (1.6); exchanged memoranda with M. McEachern re case law review on a Committee as a co-proponent of a plan (.2); attend to case law forwarded by M. McEachern (.7); memorandum to the Committee re 1/11/05 conference call (.1); memorandum to Plan working group re case law on a Committee as a plan proponent (.1); attend to Sealed Air related pleadings (.2). | Krieger, A. | 3.7 |
| 01/10/2005 | Telephone conference with Greg Bray re issues for Wachovia re LC's (.3) office conference with AK re interest rate issues (.2); office conference with AK re my telephone conference with Lockwood (.2); review revised disclosure document and objection chart (.8); office conference with AK re exclusivity objections (.1); telephone conference with AK and telephone conference with Maher re his telephone conference with Paul Norris re termination conditions (.3); review caselaw re committees as co proponents (.2). | Kruger, L. | 2.1 |
| 01/11/2005 | Exchanged memoranda with LK re Company's position on termination provisions (.2); memorandum to J. Baer re termination provisions (.1); prepare updated termination conditions memorandum (.1); conference call meeting of the Committee re withdrawal provisions, exclusivity, other (.4); telephone call G. Bray re plan and disclosure statement comments (.3); exchanged memoranda with KP | Krieger, A. | 1.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re Sealed Air related pleadings (.1); memorandum to LK re substance of conversation with J. Baer re termination provisions (.2); exchanged memorandum with M. Lastowski re plan support agreement (.1). | | |
| 01/12/2005 | Telephone call R. Cantor re case materials (.3); prepare correspondence to J. Baer confirming the agreement between the Debtors and the Committee on plan proponent conditions (.6); office conferences LK re letter to Jan Baer (.1); telephone call Tom Maher re signature block (.1); exchanged memoranda with T. Maher re Debtors' agreement to withdrawal provisions (.2); memorandum to the Committee re final form of proposed withdrawal provisions (.2); attend to memorandum to the Committee (without Sealed Air) re position re the Sealed Air agreement (.2); memorandum to the Committee re letter agreement setting forth withdrawal conditions (.1). | Krieger, A. | 1.8 |
| 01/12/2005 | Review revised letter to Jan Baer re proponent withdrawal circumstances (.3);  Office conference with AK re withdrawal letter (.1); review memo to Committee re: issues (.2). | Kruger, L. | 0.6 |
| 01/13/2005 | Memoranda to the Committee re plan documents to be filed today (.8); exchanged memoranda with G. Bray re letter agreement, plan terms (.3). | Krieger, A. | 1.1 |
| 01/13/2005 | Emails with A. Krieger regarding Debtor's response regarding co-proponent's termination (.4); review email response of J. Baer regarding execution of letter by Debtors (.2). | Kruger, L. | 0.6 |
| 01/14/2005 | Attend to memoranda to the Committee re plan documents filed 1/13/05 and black lines reflecting changes to 11/13/04 filed plan documents (1.4); exchanged memoranda with Committee member re termination of provisions exclusivity request (.4). | Krieger, A. | 1.8 |
| 01/14/2005 | Review debtors' motion to retain Arent Fox (.2); review of documents filed 1-13-05 (.6); attend to Debtors' motion re addition to estimation motion (.2). | Kruger, L. | 1.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/19/2005 | Multiple memoranda to G. Bray re plan documents (.3). | Krieger, A. | 0.3 |
| 01/20/2005 | Memorandum to the Committee re asbestos reform legislation (.3); exchanged memoranda with C. Troyer re proposed annual meeting date with the Debtors (.1); exchanged memoranda with LK re same (.1). | Krieger, A. | 0.5 |
| 01/21/2005 | Attend to memorandum to the Committee re 1/21/05 hearing (2.1). | Krieger, A. | 2.1 |
| 01/23/2005 | Attend to memorandum to the Committee re 1/21/05 hearing (1.2). | Krieger, A. | 1.2 |
| 01/24/2005 | Attend to memorandum to the Committee re 1/21/05 hearings (.8); memorandum to LK, KP re Grace/Committee meeting (.1). | Krieger, A. | 0.9 |
| 01/25/2005 | Attend to memorandum to the Committee re 1/21/05 hearings (.3); exchanged memoranda with M. Lyman re court's rulings (.2). | Krieger, A. | 0.5 |
| 01/25/2005 | Review memo to Committee re 1-21-05 court hearing (.2). | Kruger, L. | 0.2 |
| 01/26/2005 | Memorandum to the Committee re Exhibit 11 to the Exhibit Book and April 14, 2005 meeting with the Company (.2). | Krieger, A. | 0.2 |
| 01/27/2005 | Office conference LK re plan support agreement (.1); revised plan support agreement to reflect LK, AGK comments (.4); memorandum to MAS, KP revised agreement (.1). | Krieger, A. | 0.6 |
| 01/27/2005 | Review proposed Plan Support Agreement (.7) and office conference with AK re Plan Support Agreement (.2). | Kruger, L. | 0.9 |
| 01/28/2005 | Memorandum to T. Maher re draft Plan Support Agreement (.1). | Krieger, A. | 0.1 |
| 01/31/2005 | Exchanged memoranda with T. Maher re plan support agreement (.2); memorandum to the Committee re plan support agreement (.2). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|------------------|--|-------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 28.5 | $ 525 | $ 14,962.50 |
| Kruger, Lewis | 11.4 | 750 | 8,550.00 |
| Pasquale, Kenneth | 1.6 | 575 | 920.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,432.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 24,432.50 |
|---|---|

| | | | |
|---|---|---|---|
| RE | Fee Application, Applicant 699843  0018 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/04/2005 | Attend to review of November fee statement. | Krieger, A. | 0.9 |
| 01/05/2005 | Review back-up for November fee statement (.4); office conference R. Serrette re same (.1). | Krieger, A. | 0.5 |
| 01/05/2005 | Assist in preparation of notice of filing of Stroock's thirty-fourth monthly fee application (.4); conference with R. Serrette re: same (.8); t/c with accounting dept. re: charts for Stroock's fee application (.3); proof-read time entries list (.9); prepare affidavit of service re: fee application (.2); t/c with A. Caskadon re: service of Stroock's fee application (.3); t/c with local counsel re: preparation of Stroock's fee application (.2); retrieve and duplicate Stroock's thirty-third fee application for review (.3). | Mohamed, D. | 3.4 |
| 01/05/2005 | Assisted D. Mohamed to prepare Stroock's fee application for the month of November for filing and service. | Serrette, R. | 1.3 |
| 01/06/2005 | O/c R. Serrette re: Grace November (.4); o/c D. Azrilen re: same (.3). | Caskadon, A. | 0.7 |
| 01/06/2005 | Conference w/A. Caskadon re: Stroock's thirty-fourth monthly fee application (.2), retrieve for R. Serrette Stroock's thirty-third monthly fee application (.2). | Mohamed, D. | 0.4 |
| 01/07/2005 | Prepare and serve November fee statement. | Caskadon, A. | 1.6 |
| 01/12/2005 | Reviewed time posted in all matters for the month of December (2.0); made transfers and revisions where required (1.3). | Holzberg, E. | 3.3 |
| 01/13/2005 | Reviewed revisions made and continued to edit application. | Holzberg, E. | 1.1 |
| 01/14/2005 | Reviewed edits to Monthly Bill and gave to AGK for her review. | Holzberg, E. | 2.1 |
| 01/18/2005 | Review Grace November disbursements. | Caskadon, A. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/21/2005 | Review December fee detail. | Caskadon, A. | 1.8 |
| 01/24/2005 | Attend to review of December 2004 time detail (2.3). | Krieger, A. | 2.3 |
| 01/26/2005 | Review fee statement per A.Krieger's changes. | Caskadon, A. | 1.2 |
| 01/27/2005 | Finalize December 2004 fee detail (.9); office conference AC re same and preparation of quarterly fee application (.1). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 5.7 | $ 195 | $ 1,111.50 |
| Holzberg, Ethel | 6.5 | 195 | 1,267.50 |
| Krieger, Arlene | 4.7 | 525 | 2,467.50 |
| Mohamed, David | 3.8 | 130 | 494.00 |
| Serrette, Rosemarie | 1.3 | 195 | 253.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,594.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,594.00 |
|-----------------------|------------|

| RE | Creditor Inquiries 699843  0019 | | |
|----|------------------|------|-------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/12/2005 | Attend to Jan. Baer memo re Sealed Air (.2); review POR & disclosure document (.6). | Kruger, L. | 0.8 |
| 01/12/2005 | Telephone conference with bank debt holder re status of POR (.3). | Kruger, L. | 0.3 |
| 01/19/2005 | Telephone call creditor re chapter 11 plan status (.2). | Krieger, A. | 0.2 |
| 01/19/2005 | Telephone call with bank debt creditor (.2). | Kruger, L. | 0.2 |
| 01/26/2005 | Telephone conference with creditor re accrued interest (.4). | Kruger, L. | 0.4 |
| 01/28/2005 | Review revised plan support agreement. | Kruger, L. | 0.4 |
| 01/31/2005 | Telephone call creditor re inquiry regarding case status (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 0.3 | $ 525 | $ 157.50 |
| Kruger, Lewis | 2.1 | 750 | 1,575.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,732.50 | |
|------------------------------------------|-----------|--|

| TOTAL FOR THIS MATTER | $ 1,732.50 | |
|-----------------------|-----------|--|

| RE | Fee Application, Others<br>699843  0020 | | |
|----|------|------|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/05/2005 | Telephone conference with Navigant regarding submission of their Oct & Nov. invoices (.1); review revisions of same (.2). | Serrette, R. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Serrette, Rosemarie | 0.3 | $ 195 | $ 58.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 58.50 | |
|------------------------------------------|---------|--|

| TOTAL FOR THIS MATTER | $ 58.50 | |
|-----------------------|---------|--|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Employee Benefits, Pension<br>699843  0021 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/19/2005 | Exchanged memoranda with C. Troyer re draft Festa/Norris compensation agreement motion (.1). | Krieger, A. | 0.1 |
| 01/20/2005 | Attend to review of draft motion on Fred Festa's compensation agreement and P. Norris' consulting agreement (.3); office conference MAS re same (.2); telephone call C. Troyer re same (.2); follow-up memorandum to C. Troyer re same (.1); office conference LK re Festa motion and request for deferral to March hearing (.1). | Krieger, A. | 0.9 |
| 01/28/2005 | Exchanged memoranda with C. Troyer re motion for approval of the proposed Festa and Norris compensation arrangements (.2). | Krieger, A. | 0.2 |
| 01/31/2005 | Attend to review of Festa/Norris compensation motion and exhibits (2.6); attend to Capstone analysis thereof (.3); memorandum to C. Troyer re above (.1); telephone call C. Troyer re Festa/Norris compensation motions (.7) | Krieger, A. | 3.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.9 | $ 525 | $ 2,572.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,572.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,572.50 |
|-----------------------|------------|

| RE | Expenses |
| | 699843  0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

### MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 26.10 |
| Meals | 26.01 |
| Local Transportation | 391.86 |
| Long Distance Telephone | 109.22 |
| Duplicating Costs-in House | 473.70 |
| Postage | 0.74 |
| In House Messenger Service | 28.57 |
| Travel Expenses - Transportation | 1616.40 |
| Travel Expenses - Lodging | 364.65 |
| Travel Expenses - Meals | 17.38 |
| Westlaw | 1350.92 |
| Word Processing - Logit | 6.00 |

| TOTAL DISBURSEMENTS/CHARGES | $ 4,411.55 |

| TOTAL FOR THIS MATTER | $ 4,411.55 |

| RE | Travel - Non Working 699843 0035 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/20/2005 | Travel to Pittsburgh re: 1/20 court hearing (3.5). | Pasquale, K. | 3.5 |
| 01/21/2005 | Return travel from Pittsburgh court hearing (3.5). | Pasquale, K. | 3.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 7.0 | $ 575 | $ 4,025.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,025.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,025.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Plan and Disclosure Statement 699843 0036 | | |
|---|---|---|---|
| DATE | DESCRIPTION | NAME | HOURS |
| 01/02/2005 | Memorandum to plan working group re revised plan and disclosure statement, termination provisions, and proposed further changes thereto (1.8). | Krieger, A. | 1.8 |
| 01/02/2005 | Reviewed documents and memos, re: plan disclosure and memo to A. Krieger re: plan issues. | Speiser, M. | 1.6 |
| 01/03/2005 | Attend to memoranda from Debtors' counsel re revised brief on critical issues and memoranda to plan working group (.2); exchanged memoranda with MAS re plan provisions (.2); memoranda to Capstone re proposed insertions to best interest analyses discussions (.1); attend to draft of replies to the objections filed to the Debtors' plan-related motions (1.7); attend to the review of case law re: impairment (.9); attend to 12/20/04 hearing transcript and memorandum to plan working group regarding same (.8); office conference LK re discussion with Debtors' counsel regarding plan-related issues (.2); exchanged memoranda with Jan Baer re plan related matters discussion (.2); office conference and exchanged memoranda with LK, MAS, KP re plan related discussion with the Debtors (.3); attend to orders entered granting the PI asbestos committee's requests to file unredacted objections to Debtors' estimation motion and disclosure statement under seal (.2). | Krieger, A. | 4.8 |
| 01/03/2005 | Reviewed revised POR and disclosure document (.6); review draft brief in support of confirmation issues (.6); review debtors draft reply regarding Case Management order (.4); office conference with M. Speiser and A. Krieger considering the debtors documents, issues and strategy (.4); telephone call with T. Maher regarding Debtors' responses and answers (.3); telephone call with M. Abrams regarding interest rate and POR progress (.3). | Kruger, L. | 2.6 |
| 01/03/2005 | Memos from and office conferences A. Krieger | Speiser, M. | 2.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | re: plan issues (.3); received and revised memo re: plan claims (.3); received and revised plan related documents (1.7). | | |
| 01/03/2005 | Review and summarize objections to disclosure statement. | Thomison, J. | 4.5 |
| 01/04/2005 | Attend to C. Troyer' updated  plan analyses (.2); memoranda to plan working group re updated analysis (.2); exchanged memoranda with KP re critical issues brief (.2); telephone call C. Troyer re updated plan analysis (.2); attend to revised confirmation procedures pleadings (1.9); attend to review of impairment case law (.7); memo from J. Baer and office conference LK re same (.2); attend to review of selected disclosure statement provisions (.4); exchanged memoranda with J. Baer re plan related matters (.1); exchanged memoranda with J. Thomison re preparation of memorandum on plan documents objections (.1). | Krieger, A. | 4.2 |
| 01/04/2005 | Review draft of debtors' responses to plan objections (1.3); office conference with A. Krieger regarding J. Baer's memo (.2). | Kruger, L. | 1.5 |
| 01/04/2005 | Attention to Debtors' draft replies to plan-related objections (2.5); attention to Capstone plan analysis (.3) | Pasquale, K. | 2.8 |
| 01/04/2005 | Memos from A. Krieger and K. Pasquale re: plan issues (.1); work on plan brief issues (.8); received and reviewed Capstone plan memo (.4); work on plan proponent issues (.7). | Speiser, M. | 2.0 |
| 01/04/2005 | Review and summarize objections to disclosure statement. | Thomison, J. | 7.8 |
| 01/05/2005 | Memorandum to plan working group re draft objection replies (.1); exchanged memoranda with J. Friedland re disclosure statement objection response (.1); telephone call C. Troyer re Disclosure Statement comments (.4); extended office conference MAS re Disclosure Statement comments, confirmation procedures comments, plan comments (1.4); attend to memorandum to M. Neidell re disclaimer language for disclosure statement (.5); attend to | Krieger, A. | 6.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum setting forth disclosure statement comments (1.4); exchanged memoranda with C. Troyer re same (.2); prepare memorandum to J. Baer, B. Spiegel re termination provisions (.3); exchanged memoranda with WS Katchen re plan treatment inquiry (.3); memorandum from M.Neidell re disclosure statement comments (.1); exchanged memoranda with plan working group re memorandum to Debtors' counsel setting forth termination provisions, memorandum to Debtors' counsel providing additional disclosure statement and exhibits comments (.4); prepared memorandum re comment to latest proposed confirmation procedures (.9); memorandum to R. Bennett re comments to confirmation procedures (.1). | | |
| 01/05/2005 | Review disclosure schedule. | Neidell, M. | 0.7 |
| 01/05/2005 | Attention to Debtors' revised drafts of plan-related replies and submissions (CMO, estimation, DS, etc.) (2.4); attention to revised draft plan and DS (2.0). | Pasquale, K. | 4.4 |
| 01/05/2005 | Reviewed documents and memos and issues re: same and office conferences A. Krieger re: plan issues and conference call with A. Krieger and C. Troyer re: plan issues (2.0); conference call with Committee and conference with L. Kruger, A. Krieger and K. Pasquale re: plan (1.1). | Speiser, M. | 3.1 |
| 01/06/2005 | Memoranda to plan working group re further revised plan documents and briefs (.2); review amended briefs - critical issues (.6); attend to revised confirmation procedures brief (.2); attend to further amended plan and glossary of terms (.6); attend to revised amended disclosure statement (1.4); telephone calls C. Troyer re disclosure statement changes (.3); memorandum to MG and ME re documents for review (.2); conference call Debtors' representatives, equity committee re responses to objections, Committee termination conditions (.6); exchanged memoranda with R. Douglas re confirmation procedures (.2); exchanged memoranda with R. Bennett re comments to confirmation procedures response and procedures (.3); office conferences M. | Krieger, A. | 9.5 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Eichler re disclosure statement modifications, company position on Sealed Air Agreement (.7); telephone calls L. Sinanyan re comments to the plan, glossary of terms (.6), disclosure statement (.7); other related issues (.3); exchanged memoranda to plan working group re delay in filing plan documents (.2); office conference LK, KP re same and Company position on Sealed Air settlement agreement (.4); conference call Jan Baer re termination provisions, Sealed Air Agreement (.3); attend to response to disclosure statement objections (.5); attend to Capstone's revised best interest analysis (.2); memorandum to plan working group re revised best interest analysis (.1); attend to Capstone reinstated claims detail (.2); exchanged memoranda with KP re status of Debtors' motion to refer certain plan-related matters to the Bankruptcy Court (.1); exchange memoranda with Debtors counsel re motion (.1); attend to memoranda from MG re additional plan documents comments, equity transfer restriction provisions (.2), | | |
| 01/06/2005 | Review revised Critical Confirmation Memo, estimation response and CMO response (1.8); telephone conference with A. Krieger, K. Pasquale, Debtors and Equity Committee Counsel reviewing Critical Confirmation Memo, estimation, CMO, plan and disclosure document and termination of co-proponent role (.7); review POR and disclosure document (1.7); office conference with K. Pasquale, A. Krieger and by phone with J. Baer re Debtors' response to termination of co-proponent's position and strategy (.7). | Kruger, L. | 4.9 |
| 01/06/2005 | Conference call with Debtors re: plan reply submissions (.5); attention to further revised replies and plan/DS (2.7); office conferences Kruger, Krieger re: same (.3). | Pasquale, K. | 3.5 |
| 01/06/2005 | Received and revised memos re: plan issues (1.0); reviewed draft pleadings re: plan and estimation motions (1.0). | Speiser, M. | 2.0 |
| 01/07/2005 | Exchanged memoranda with MG, M. Eichler re plan's restrictions and with MG re disclosure statement comments (.3); exchanged | Krieger, A. | 5.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memoranda with C. Troyer re disclosure statement comments (.4); memorandum to L. Sinanyan re additional disclosure statement comments (.4); office conference MAS re Sealed Air Agreement position, discussions re termination  provisions (.4); office conference LK re case law on termination issues (.1); office conference M. McEachern re case law on termination issues, plan status (.3); attend to review of Debtors' filed pleadings in response to objection to the Disclosure Statement (.2); office conferences LK, KP re filed pleadings (.3); office conference LK re plan signature block inquiry (.1) ; telephone call L. Chambers and R. Cantor re conference call (.2); exchanged memoranda with LK, KP re conference call with Navigant Consulting (.1); conference call LK, KP and Navigant (.5); attend to filed pleadings (.6); attend to review of chart of disclosure statement objections/resolutions (.8); exchanged memoranda with L. Sinanyan re disclosure statement objection/resolution charts, revised plan documents (.2); attend to objections to Debtors' motion to extend exclusivity filed by the futures representative and PD Committee (.3); exchanged memoranda with LK, KP re exclusivity objections (.1). | | |
| 01/07/2005 | Office conference with AK re termination conditions (.2); conf. call with Committee re termination conditions (.5); office conference with KP & AK following to Committee call (.4); conf. call with Jan Baer re termination provisions (.3); review memo to Committee re revised plan documents (.5); office conference with KP and AK re filed pleadings (.2); Review debtors filing in response to objections to disclosure document (.2); office conference with AK re case law on termination issue (.1); review estimation reply (.2); review reply to CMO objections (.2); review Grace brief in support of confirmation procedures motion (.2); review brief in support of critical threshold confirmation issues (.4); telephone conference with AK, KP and Letitia Chambers & Robin Cantor of Navigant re estimation issues (.5); review revised plan & disclosure document (2.3). | Kruger, L. | 6.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/07/2005 | Meet with A. Krieger re: research (.3); research re: Committee as a plan proponent (3.7). | McEachern, M. | 4.0 |
| 01/07/2005 | Attention to myriad plan-related issues (2.0); conference call J. Baer re: same (.2); attention to latest drafts of replies and plan/DS documents (2.2); attention to F. Rep. exclusivity objection to PD's 2AI bar date objection (.3). | Pasquale, K. | 5.0 |
| 01/07/2005 | Office conferences L. Kruger, A. Krieger & K. Pasquale re: plan issues (.7); work on plan issues (.5); received and reviewed memos and documents re: plan and exclusivity issues (.5). | Speiser, M. | 1.7 |
| 01/09/2005 | Attend to review of interim amended plan (1.3); attend to PD Committee's supplemental objection to the estimation motion (.8) | Krieger, A. | 2.1 |
| 01/09/2005 | Review cases re: Committee as a plan proponent. | McEachern, M. | 1.4 |
| 01/10/2005 | Attend to review of glossary (.3); attend to review of Capstone analyses on distributable value (.2); attend to review of revised Disclosure Statement and chart reflecting responses to objections received (3.6); exchanged memoranda with C. Troyer re additional comments to plan document (.1); office conference LK re exclusivity objections (.1); office conference LK re substance of conversation with P. Lockwood (.2); exchanged memoranda with AC re equity trading restriction's motion (.1); extended telephone call C.Troyer re disclosure statement comments (.9); exchange memoranda with MG, ME, SC re comments to risk, and tax sections of disclosure statement (.2). | Krieger, A. | 5.7 |
| 01/10/2005 | Attention to revised draft, DS. | Kruger, L. | 0.6 |
| 01/10/2005 | Research re: Committee as a plan proponent (3.8); correspondence re: same (.8). | McEachern, M. | 4.6 |
| 01/10/2005 | Attention to further revised draft, DS (2.0); conference call with FTI, Capstone, SSL re: tax issues (1.5). | Pasquale, K. | 3.5 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/11/2005 | Exchanged memoranda with MAS re plan treatment for Indemnified Taxes (.3); telephone call C. Troyer re NOL issue discussed 1/10/05 (.2); exchanged memorandum with L. Sinanyan re comments to plan documents (.2); attend to S. Joffee memorandum re disclosure statement modification (.1); office conference J. Baer re Committee position on withdrawal conditions (.3); exchanged memorandum with ME re additional comments to the Disclosure Statement (.2); complete review of disclosure statement and other plan documents (1.2); extended telephone call L. Sinanyan re comments to revised plan and disclosure statement (1.5). | Krieger, A. | 4.0 |
| 01/11/2005 | Telephone call with A. Krieger regarding termination issues (.2); telephone call with A. Krieger and J. Baer regarding Debtor's response to termination issues (.4); telephone conference with Committee regarding status of POR, disclosure document, termination provisions (.8); attend to Navigant's email regarding Specter bill hearing (.2). | Kruger, L. | 1.6 |
| 01/11/2005 | Attention to Sealed Air agreement re: DS and tax issues (2.4); telephone conference J. Baer re: plan issues (.2). | Pasquale, K. | 2.5 |
| 01/11/2005 | Reviewed memos re: termination events (.1); memo to and from A. Krieger re: plan issues (.1). | Speiser, M. | 0.2 |
| 01/12/2005 | Attend to further revised liquidation analysis and draft replies (1.1); memoranda to plan working group forwarding Capstone NOL analysis, revised disclosure statement chart and revised liquidation analysis (.2) exchanged memoranda with L. Sinanyan re Signature block for Committee (.1); correspondence to J. Baer re agreement withdrawal conditions (.2); telephone call MAS re withdrawal conditions and revised disclosure statement footnote to reflect same (.4); memorandum to plan working group to reflect the same (.2); prepare footnote for disclosure statement incorporating withdrawal provisions (.6); memorandum from Jan Baer re request from Sealed Air as to Committee's position on approval of the | Krieger, A. | 7.0 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| | settlement agreement (.1); office conferences KP re same and then telephone conference T. Maher re same (.4); memorandum from Jan Baer re comments to letter agreement regarding withdrawal conditions and exchanged memoranda with KP, LK and telephone call LK re same (.4); prepare revised forms of letter and forward same to T. Maher (.4); telephone call T. Maher re same (.1); further memoranda to and from J. Baer re letter agreement modifications (.2); attend to review of disclosure statement objection chart (1.4); attend to preparation of revised letter agreement regarding Committee's plan proponent withdrawal circumstances and memorandum to J. Baer re same (.4); exchanged memoranda with L. Sinanyan re further modifications to plan, disclosure statement and Exhibit 4 (.5); exchanged memoranda with C. Troyer re additional comments to Exhibits 3 an 4 (.3). | | |
| 01/12/2005 | Review debtor liquidation analysis (.6) and review of disclosure objection chart (.8). | Kruger, L. | 1.4 |
| 01/12/2005 | Attention to plan issues (Sealed Air) (.6); telephone conference T. Maher re: same (.1). | Pasquale, K. | 0.7 |
| 01/12/2005 | Memos from A. Krieger re: termination events (.1); memos re: plan issues (.1); received and reviewed memos re: plan and disclosure documents (.2). | Speiser, M. | 0.2 |
| 01/13/2005 | Exchanged memoranda with L. Sinanyan re revised plan documents (.4); exchanged memoranda with LK re release of signature page pending receipt of executed letter agreement (.1); exchanged memoranda with T. Maher re signature page for plan (.2); attend to review of 1/13/05 drafts of plan, disclosure statement (1.2); attend to memorandum to J. Baer re execution of letter agreement (.2); exchanged memoranda with LK, KP re change in Class 9 text, other (.5); telephone call LK re status of receipt of letter agreement (.1); telephone calls T. Maher re letter agreement and conversations with P. Norris and Jan Baer re same (.3); telephone call Jan Baer re execution of letter agreement (.1); | Krieger, A. | 3.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to J. Baer re Committee's position on Sealed Air (.1); telephone call L. Sinanyan re revisions to plan documents (.4). | | |
| 01/13/2005 | Memos re: plan issues and telephone call A. Krieger re: plan issues. | Speiser, M. | 0.5 |
| 01/14/2005 | Attend to 1/13/05 filed plan documents (.8); attend to Debtors' motion for leave to file supplement to estimation motion (.3). | Krieger, A. | 1.1 |
| 01/16/2005 | Attend to review of Debtors' Estimation Motion Supplement (.8); PD Committee's motion to strike Debtors' notice in regard to materially deficient claims (.8). | Krieger, A. | 1.6 |
| 01/17/2005 | Attend to review of Debtors reply in support of CMO (.3); Debtors' response to Disclosure Statement Objections (.2); Debtors' reply in support of Estimation motion (.9); PD Committee's objection to Debtors' Estimation Motion Supplement (.5); Debtors' response to PD Committee's motion to strike notice regarding materially deficient claims (.2); attend to review of 12/20/04 hearing transcript (.3); Joinder in PD Committee's motion to Strike Debtor's notice (.2). | Krieger, A. | 2.6 |
| 01/18/2005 | Attend to Debtors' motion for leave to file a reply in further support of their Estimation Motion Supplement and the proposed reply (.7); office conference MAS re status of plan filing (.4); telephone call L. Sinanyan re list of allowed unsecured claim (.1); memorandum to MAS re L. Sinanyan conversation (.1); attend to review of 12/20/04 hearing transcript (1.4); attend to Debtors brief regarding confirmation issues (.6). | Krieger, A. | 3.3 |
| 01/18/2005 | Reviewed memos and documents re: plan (.5); office conference A. Krieger re: plan and disclosure and Committee support agreement (.2). | Speiser, M. | 0.7 |
| 01/19/2005 | Attend to Debtors' brief on confirmation issues (.6); exchanged memoranda with C. Troyer re further plan documents' comments (.2); attend to January 13, 2005 Disclosure Statement and related documents  (2.9); memoranda to MG, | Krieger, A. | 4.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
|  | ME re plan documents (.2); attend to C. Troyer analysis on NOL's (.2); exchanged memoranda with CT re NOL discussion (.1). |  |  |
| 01/19/2005 | Review January 13 disclosure document (1.1); review debtors' brief on key confirmation issues (.3). | Kruger, L. | 1.4 |
| 01/20/2005 | Attend to preparation of plan support agreement (3.6). | Krieger, A. | 3.6 |
| 01/20/2005 | Office conference A. Krieger re: plan related issues (.1); received and reviewed memos re: plan related matter (.1). | Speiser, M. | 0.2 |
| 01/21/2005 | Attend to plan support agreement (1.2). | Krieger, A. | 1.2 |
| 01/21/2005 | Attend by teleconference part of the hearing on impairment and section 524(g) issues (.8); and office conferences A. Krieger re: same (.5). | Speiser, M. | 1.3 |
| 01/23/2005 | Attend to review and revision to draft plan support agreement (1.2). | Krieger, A. | 1.2 |
| 01/24/2005 | Office conference MAS re 1/21/05 hearings (.2); attend to preparation of plan support agreement (.8). | Krieger, A. | 1.0 |
| 01/24/2005 | Office conferences A. Krieger re plan issues (.2); reviewed memo (.1). | Speiser, M. | 0.3 |
| 01/25/2005 | Attend to further modifications to plan support agreement (.6); memorandum to plan working group re draft agreement (.1); attend to Exhibit 11 - retained causes of action (.3). | Krieger, A. | 1.0 |
| 01/25/2005 | Attention to draft plan support agreement (.4); attention to estimation CMO issues (.8). | Pasquale, K. | 1.2 |
| 01/26/2005 | Attend to review of Plan as filed (1.0); attend to review of Glossary of Plan Terms (.2); extended telephone call L. Sinanyan re plan documents comments and status; resolution of disclosure statement objections (1.0). | Krieger, A. | 2.2 |
| 01/26/2005 | Office conference LK re 1/25/05 press release (.1); attend to press release (.4); office conference LK re same (.1); telephone call C. Troyer re interest change noted in press release | Krieger, A. | 1.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.1); memorandum to LK re press release (.2); attend to interest rate recalculation from C. Troyer (.1); memorandum to plan working group re reconciliation (.1). | | |
| 01/26/2005 | Review of plan as filed & glossary of items (.6); office conference with AK re press release (.4) and review Troyer memo re interest rate reconciliation (.3). | Kruger, L. | 1.3 |
| 01/26/2005 | teleconference with J. Cohen re: plan issues. | Pasquale, K. | 0.5 |
| 01/26/2005 | Memos from A. Krieger and Capstone re plan issues. | Speiser, M. | 0.2 |
| 01/27/2005 | Memorandum to plan working group, MG re responses to certain outstanding points in the plan documents (.1); attend to L. Sinanyan memorandum re outstanding points, Exhibit 16 (.2); exchanged memoranda with C. Troyer re responses to open points, further proposed language (.5); telephone call P. McGrath re plan status, hearing before Judge Fitzgerald (.3); memoranda to P. McGrath re 1/13/05 plan documents (.3); memorandum to L. Sinanyan re proposed text changes to the disclosure statement (.2). | Krieger, A. | 1.6 |
| 01/27/2005 | Memo from A. Krieger re plan issues (.1); reviewed revised draft of support agreement (.1). | Speiser, M. | 0.2 |
| 01/28/2005 | Attend to revisions to the plan support agreement (.8); memorandum to plan working group re revised agreement (.1). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 81.2 | $ 525 | $ 42,630.00 |
| Kruger, Lewis | 21.5 | 750 | 16,125.00 |
| McEachern Mary E | 10.0 | 395 | 3,950.00 |
| Neidell, Martin | 0.7 | 725 | 507.50 |
| Pasquale, Kenneth | 24.1 | 575 | 13,857.50 |
| Speiser, Mark | 16.5 | 695 | 11,467.50 |
| Thomison, Jessamy K. | 12.3 | 260 | 3,198.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 91,735.50 | |

| TOTAL FOR THIS MATTER | $ 91,735.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038–4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Hearings<br>699843  0037 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/18/2005 | Attend to review of agenda notices for 1/21/05 and 1/24/05 hearing (.2); attended to order in respect of telephonic participation in Delaware cases (.1). | Krieger, A. | 0.3 |
| 01/20/2005 | Office conference LK re documentation for hearing (.1); preparation of documentation for LK and office conference LK re same (1.6); attend to review of certain pleadings and case law for 1/21/05 hearing (1.7). | Krieger, A. | 3.4 |
| 01/20/2005 | En route to Pittsburgh, PA for Court hearing on 1/21/05 (4.5); review of briefs of parties regarding issues for Court regarding impairment, voting, estimation and case management (2.7); office conference with A. Krieger regarding issues for Court hearing (.3). | Kruger, L. | 7.5 |
| 01/20/2005 | Preparation for Court hearing (2.0). | Pasquale, K. | 2.0 |
| 01/21/2005 | Court hearing by telephone on impairment, disclosure statement objections, voting, other issues (5.5). | Krieger, A. | 5.5 |
| 01/21/2005 | Attend Court hearing  in Pittsburgh, PA regarding impairment, voting, estimation, case management, PD estimation, exclusivity and objections to disclosure document (6.0); travel from Pittsburgh, PA to NY review documents re: exclusivity en route (4.3). | Kruger, L. | 10.3 |
| 01/21/2005 | Court hearing re: Disclosure Statement. | Pasquale, K. | 6.0 |
| 01/23/2005 | Attend to review of Scotts Company-related pleadings for 1/24/05 hearing. | Krieger, A. | 0.6 |
| 01/24/2005 | Attend to review of pleadings for today's hearings (.5); attend to Court hearing (by telephone) (.9). | Krieger, A. | 1.4 |
| 01/24/2005 | Telephone conference with the court regarding agenda, PD issues, plans and disclosure document status, claim objections and Scotts Company, et al. (.9). | Kruger, L. | 0.9 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 01/24/2005 | Participated in omnibus Court hearings (by telephone) (.8). | Pasquale, K. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 11.2 | $ 525 | $ 5,880.00 |
| Kruger, Lewis | 18.7 | 750 | 14,025.00 |
| Pasquale, Kenneth | 8.8 | 575 | 5,060.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 24,965.00 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 24,965.00 |
|------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Employment Applications - Others 699843 0040 | | |
| --- | --- | --- | --- |
| DATE | DESCRIPTION | NAME | HOURS |
| 01/14/2005 | Debtors' motion to employ Arent Fox (.7). | Krieger, A. | 0.7 |
| 01/26/2005 | Attend to Debtors' motion to modify and expand services provided for Baker Donelson firm and initial motion filed in May 2004 (.8); attend to D. Austern's supplemental application to extend terms of retention of CIBC and CIBC compensation requests (.8). | Krieger, A. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene | 2.3 | $ 525 | $ 1,207.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,207.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 1,207.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1

| RE | Tax Issues 699843  0047 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 01/06/2005 | Reviewing latest drafts of DS & Plan (2.3); discussing changes w/M. Greenberg (.5); providing comments to A. Krieger (.5). | Eichler, M. | 3.3 |
| 01/06/2005 | Review plan and disclosure. | Greenberg, M. | 2.7 |
| 01/07/2005 | Reviewing Sealed Air settlement agreement and analyzing tax consequences to Grace of implementing terms of settlement agreement. | Eichler, M. | 3.7 |
| 01/07/2005 | Review agreement and analysis re: negative impacts to Grace. | Greenberg, M. | 2.5 |
| 01/10/2005 | Discussion w/M. Greenberg and S. Joffe re: tax issues raised by Sealed Air settlement (1.2); t/c with Elyse Filon same (.8); reviewing and commenting on latest drafts of Plan and DS (2.3); meeting to discuss tax and other issues raised by Sealed Air agreement (1.8); discussing sealed air issues and trading restrictions w/M. Greenberg (.7). | Eichler, M. | 6.8 |
| 01/10/2005 | Call with M. Eichler and discussion with S. Joffe (.9); review revised documents re: impact of SA settlement (1.3); call with E. Filon re: issues relating to Sealed Air payment (.9); call/meeting with Pasquale, Eichler, Joffe and Krieger (1.2). | Greenberg, M. | 4.3 |
| 01/11/2005 | Drafting language re: NOL risk to be added to DS (.6); call w/M. Greenberg & S. Joffe re: tax issues raised by Sealed Air settlement (1.2). | Eichler, M. | 1.8 |
| 01/11/2005 | Call with Joffe re: alternative characterizations of SA settlement (.7); draft chart and review documents re: same (2.5); call with Joffe, Eichler, Schwartzman re: NOL of Grace and impact of SA (.9). | Greenberg, M. | 4.1 |
| 01/12/2005 | Reviewing spreadsheets re: NOL analysis. | Eichler, M. | 0.7 |
| 01/12/2005 | Review NOL schedules, analysis and e-mails re same. | Greenberg, M. | 1.5 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|------------|------|-------|
| 01/13/2005 | Analyzing schedules re: NOL analysis (.6); call with C. Troyer re: same (.7). | Eichler, M. | 1.3 |
| 01/13/2005 | E-mails with Joffe and Troyer re: NOL issues; analysis and discussion with ME re: same (1.); call with Joffe, Eichler, Troyer et al re: NOL and SA issues (1.2). | Greenberg, M. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 17.6 | $ 480 | $ 8,448.00 |
| Greenberg, Mayer | 17.3 | 575 | 9,947.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 18,395.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 18,395.50 |
|-----------------------|-------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 189,180.50 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 4,411.55 |
| TOTAL BILL | $ 193,592.05 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JANUARY 1, 2005 - JANUARY 31, 2005**

| | |
|---|---:|
| Outside Messenger Service | $      26.10 |
| Meals | 26.01 |
| Local Transportation | 391.86 |
| Long Distance Telephone | 109.22 |
| Duplicating Costs-in House | 473.70 |
| Postage | 0.74 |
| In House Messenger Service | 28.57 |
| Travel Expenses - Transportation | 1,616.40 |
| Travel Expenses - Lodging | 364.65 |
| Travel Expenses - Meals | 17.38 |
| Westlaw | 1,350.92 |
| Word Processing - Logit | 6.00 |
| | |
| **TOTAL** | **$   4,411.55** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | March 14, 2005 |
|---|---|
| INVOICE NO. | 346779 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES RENDERED in the captioned matter for the period through January 31, 2005, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

**Outside Messenger Service**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Virginia Akin Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198008294 | 6.03 |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., 7500 Grace Drive, COLUMBIA, MD 21044 Tracking #:1Z10X8270198493322 | 6.03 |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, 844 N King Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198506700 | 6.03 |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198909712 | 8.01 |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Virginia Akin Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198008294 | -6.03 |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO | -6.03 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | David B. Siegal WR Grace & Co., 7500 Grace Drive, COLUMBIA, MD 21044 Tracking #:1Z10X8270198493322 | |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, 844 N King Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198506700 | -6.03 |
| 01/05/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198909712 | -8.01 |
| 01/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196094856 | 8.01 |
| 01/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, 844 N King Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196247440 | 6.03 |
| 01/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., 7500 Grace Drive, COLUMBIA, MD 21044 Tracking #:1Z10X8270196786868 | 6.03 |
| 01/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827025; DATE: 01/08/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Virginia Akin Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199528631 | 6.03 |

**Outside Messenger Service Total**       **26.10**

**Meals**

| 01/05/2005 | VENDOR: Seamless Web; INVOICE#: 61065; DATE: 01/12/05 - Circa NY (Dey St.); | 11.78 |
| 01/18/2005 | VENDOR: Seamless Web; INVOICE#: 61768; DATE: 01/26/05 - Hale & Hearty Soups (Maiden Lane); | 14.23 |

**Meals Total**       **26.01**

**Local Transportation**

| 01/05/2005 | VENDOR: Petty Cash; INVOICE#: PC0105; DATE: 1/5/2005 A Krieger late cab 12/31/04 | 17.00 |
| 01/10/2005 | NYC Two Ways Inc. KRIEGER 01/10/05 15:00 M from 180 | 30.09 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | MAIDEN to E 88 ST | |
| 01/10/2005 | NYC Two Ways Inc. EICHLER 01/10/05 20:44 M from 180 MAIDEN to LI CEDARHURST | 74.32 |
| 01/12/2005 | NYC Two Ways Inc A Krieger 12/16/04 180 Maiden Lane to 10 East End | 30.09 |
| 01/12/2005 | NYC Two Ways Inc M Speiser 12/23/04 180 Maiden Lane to 525 E 80 | 30.09 |
| 01/12/2005 | NYC Two Ways Inc. KRIEGER 01/12/05 20:32 M from 180 MAIDEN to 80    EAST EN | 30.09 |
| 01/20/2005 | NYC Two Ways Inc. SPEISER 12/20/04 20:26 M from 180 MAIDEN to 525  E 80 ST | 30.09 |
| 01/20/2005 | NYC Two Ways Inc. SPEISER 01/03/05 19:40 M from 180 MAIDEN to 525  E 80 ST | 30.09 |
| 01/25/2005 | VENDOR: Ken Pasquale; INVOICE#: 1/24/05; DATE: 1/25/2005 1/20 -1/21 TAXI RE COURT HEAR.IN PA | 120.00 |
| | **Local Transportation Total** | **391.86** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 01/03/2005 | EXTN.5544, TEL.201-587-7128, S.T.16:20, DUR.07:54 | 3.04 |
| 01/04/2005 | EXTN.5544, TEL.201-587-7128, S.T.11:51, DUR.04:00 | 1.52 |
| 01/05/2005 | EXTN.5475, TEL.302-657-4900, S.T.15:26, DUR.06:00 | 2.28 |
| 01/05/2005 | EXTN.5492, TEL.202-371-9770, S.T.16:11, DUR.00:42 | 0.38 |
| 01/05/2005 | EXTN.5492, TEL.202-371-9770, S.T.16:12, DUR.06:30 | 2.66 |
| 01/05/2005 | EXTN.5492, TEL.410-454-6211, S.T.16:19, DUR.01:54 | 0.76 |
| 01/05/2005 | EXTN.5562, TEL.703-739-0800, S.T.12:03, DUR.01:00 | 0.38 |
| 01/05/2005 | EXTN.6409, TEL.312-861-2162, S.T.15:23, DUR.01:36 | 0.76 |
| 01/05/2005 | EXTN.6409, TEL.312-861-2162, S.T.15:23, DUR.00:06 | 0.38 |
| 01/06/2005 | EXTN.5431, TEL.312-861-2162, S.T.17:34, DUR.15:18 | 6.08 |
| 01/06/2005 | EXTN.5544, TEL.201-587-7128, S.T.10:32, DUR.11:48 | 4.56 |
| 01/06/2005 | EXTN.5544, TEL.213-680-8209, S.T.13:46, DUR.01:12 | 0.76 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/06/2005 | EXTN.5544, TEL.213-680-8209, S.T.18:55, DUR.01:06 | 0.76 |
| 01/07/2005 | EXTN.5965, TEL.312-861-2162, S.T.11:00, DUR.06:18 | 2.66 |
| 01/10/2005 | EXTN.5431, TEL.202-862-5065, S.T.11:18, DUR.00:18 | 0.38 |
| 01/10/2005 | EXTN.5964, TEL.201-587-7111, S.T.18:02, DUR.1:07:30 | 25.24 |
| 01/10/2005 | EXTN.6286, TEL.561-362-1312, S.T.13:12, DUR.44:54 | 17.10 |
| 01/11/2005 | EXTN.5544, TEL.312-861-2162, S.T.11:50, DUR.05:54 | 2.28 |
| 01/11/2005 | EXTN.5544, TEL.213-892-4470, S.T.15:28, DUR.16:42 | 6.46 |
| 01/11/2005 | EXTN.5544, TEL.312-861-2162, S.T.16:01, DUR.04:00 | 1.52 |
| 01/13/2005 | EXTN.3544, TEL.312-861-2162, S.T.09:56, DUR.01:06 | 0.76 |
| 01/13/2005 | EXTN.5544, TEL.213-680-8209, S.T.10:23, DUR.01:54 | 0.76 |
| 01/13/2005 | EXTN.5544, TEL.213-680-8209, S.T.13:15, DUR.14:06 | 5.70 |
| 01/20/2005 | EXTN.5544, TEL.201-587-7128, S.T.10:56, DUR.07:12 | 3.04 |
| 01/26/2005 | EXTN.5544, TEL.201-587-7128, S.T.10:55, DUR.04:42 | 1.90 |
| 01/31/2005 | EXTN.5544, TEL.201-587-7128, S.T.16:33, DUR.44:54 | 17.10 |
| | **Long Distance Telephone Total** | **109.22** |

**Duplicating Costs-in House**

| | | |
|------|---|---|
| 01/06/2005 | | 6.30 |
| 01/06/2005 | | 0.20 |
| 01/07/2005 | | 0.60 |
| 01/07/2005 | | 34.00 |
| 01/07/2005 | | 0.30 |
| 01/07/2005 | | 1.20 |
| 01/10/2005 | | 0.20 |
| 01/12/2005 | | 0.80 |
| 01/14/2005 | | 18.10 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 01/14/2005 | | 168.50 |
| 01/14/2005 | | 146.90 |
| 01/14/2005 | | 69.90 |
| 01/20/2005 | | 15.90 |
| 01/20/2005 | | 4.60 |
| 01/20/2005 | | 2.60 |
| 01/20/2005 | | 2.00 |
| 01/20/2005 | | 0.80 |
| 01/24/2005 | | 0.60 |
| 01/26/2005 | | 0.20 |
| | **Duplicating Costs-in House Total** | **473.70** |

**Postage**

| 01/12/2005 | Postage Charged by  on 01/12/2005 | 0.37 |
|------|-------------|--------|
| 01/12/2005 | Postage Charged by  on 01/12/2005 | 0.37 |
| | **Postage Total** | **0.74** |

**In House Messenger Service**

| 01/20/2005 | Early Bird Messenger 01/14/05 Vehicle Rush from Krieger, Arlene to RES-ARLENE G. KRIGER, 10 EAST END AVE | 28.57 |
|------|-------------|--------|
| | **In House Messenger Service Total** | **28.57** |

**Travel Expenses - Transportation**

| 01/05/2005 | VENDOR: Ken Pasquale; INVOICE#: 1/5/05; DATE: 1/5/2005 - 12/14 TAXI RE TRIP TO CHI | 138.00 |
|------|-------------|--------|
| 01/20/2005 | AMEX KRIEGER/ARLENE on 12/10/2004 | 47.00 |
| 01/20/2005 | AMEX KRIEGER/ARLENE LGA ORD LGA on 12/10/2004 | 686.70 |
| 01/20/2005 | AMEX PASQUALE/KENNETH on 12/10/2004 | 47.00 |
| 01/20/2005 | AMEX PASQUALE/KENNETH EWR ORD EWR on 12/10/2004 | 676.70 |
| 01/26/2005 | VENDOR: Lewis Kruger; INVOICE#: 1/26/05; DATE: 1/26/2005 - | 21.00 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 1/20-21 ATTEND COURT HEAR. IN PA | |

**Travel Expenses - Transportation Total**                                    **1,616.40**

**Travel Expenses - Lodging**

| 01/25/2005 | VENDOR: Ken Pasquale; INVOICE#: 1/24/05; DATE: 1/25/2005 - 1/20-1/21 COURT HEAR IN PA | 136.80 |
| 01/26/2005 | VENDOR: Lewis Kruger; INVOICE#: 1/26/05; DATE: 1/26/2005 - 1/20-21 ATTEND COURT HEAR. IN PA | 227.85 |

**Travel Expenses - Lodging Total**                                            **364.65**

**Travel Expenses - Meals**

| 01/25/2005 | VENDOR: Ken Pasquale; INVOICE#: 1/24/05; DATE: 1/25/2005 - 1/20-1/21 COURT HEAR IN PA | 17.38 |

**Travel Expenses - Meals Total**                                             **17.38**

**Westlaw**

| 01/03/2005 | Duration 0:05:26; By Krieger, Arlene | 63.56 |
| 01/03/2005 | Duration 0:26:05; By Speiser, Mark | 220.97 |
| 01/03/2005 | Duration 0:00:00; By Thomison, Jessamy K. | 176.50 |
| 01/04/2005 | Duration 0:00:47; By Pasquale, Kenneth | 4.88 |
| 01/07/2005 | Duration 1:25:46; By McEachern Mary E | 604.04 |
| 01/10/2005 | Duration 0:25:11; By McEachern Mary E | 220.51 |
| 01/20/2005 | Duration 0:04:39; By Krieger, Arlene | 60.46 |

**Westlaw Total**                                                              **1,350.92**

**Word Processing - Logit**

| 01/02/2005 | | 6.00 |

**Word Processing - Logit Total**                                             **6.00**

| TOTAL DISBURSEMENTS/CHARGES | $ 4,411.55 |
|------|------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1553303v1



1801 K Street NW, Suite 500
Washington, DC 20005
202.973.2400 phone
202.973.2401 fax

February 16, 2005

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

### For Services Rendered For
### WR Grace Creditor's Committee - January 2005

**Professional Fees:**

| | | | |
|---|---|---|---:|
| PM | 7.50 hrs. @ | $400 | $3,000.00 |
| RC | 2.70 hrs. @ | $400 | 1,080.00 |
| JS | 4.80 hrs. @ | $270 | 1,296.00 |
| AC | 31.70 hrs. @ | $270 | 8,559.00 |
| ML | 4.70 hrs. @ | $250 | 1,175.00 |
| DW | 2.00 hrs. @ | $250 | 500.00 |
| DW | 0.50 hrs. @ | $120 | 60.00 |

**Total Professional Fees**...............................................................................**$15,670.00**

**Expenses:**

Ground Transportation / Auto Expense          $          16.00

**Total Expenses**......................................................................................................**$16.00**

**Total Amount Due for January Services and Expenses**.............................**$15,686.00**

**Outstanding Invoices:**

| | | | |
|---|---|---|---:|
| Inv No. | 145281 | October 20, 2004 | 24,659.00 |
| Inv No. | 146293 | November 23, 2004 | 25,102.40 |
| Inv No. | 147178 | December 15, 2004 | 27,972.34 |
| Inv No. | 148818 | January 24, 2005 | 62,687.97 |

**Total Outstanding Invoices**.............................................................................**$140,421.71**

**Total Amount Due For January Services, Expenses and Outstanding Invoices**.......**$156,107.71**

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 150020



1801 K Street NW, Suite 500
Washington, DC 20005
202.973.2400 phone
202.973.2401 fax

## REMITTANCE
## PAGE

Please return this sheet with your payment.

Project Name:  WR Grace Creditor's Committee

Project #: 113758

Invoice #:  150020

Invoice Date:  February 16, 2005

Balance Due:  $156,107.71

Federal Tax ID #:  36 - 4094854

| | |
|---|---|
| Please mail or Fedex Payment to: | Navigant Consulting, Inc.<br>4511 Paysphere Circle<br>Chicago, IL 60674 |
| or | |
| Wire  your Payment to: | LaSalle Bank<br>135 S. LaSalle<br>Chicago, IL  60674<br>ABA# 071000505<br>ACCT# 5800151127 |

Thank you for your business.

Navigant Consulting, Inc. Project No.: 113758          Invoice No.: 150020



1801 K Street NW, Suite 500
Washington, DC 20005
202.973.2400  phone
202.973.2401  fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| CANTOR, ROBIN | 1/19/2005 | 1.30 | Reviewed case materials. Researched case and industry information. Reviewed analytical issues for estimation assumptions and data. |
| CANTOR, ROBIN | 1/27/2005 | 0.80 | Teleconference with staff re non-malignant estimation methodology. |
| CANTOR, ROBIN | 1/31/2005 | 0.60 | Reviewed case materials related to billing and correspondence from clients. Discussed billing and case management with staff. |
| CAVALLO, ALEXANDER | 1/3/2005 | 1.30 | Analyzed Grace asbestos claims. |
| CAVALLO, ALEXANDER | 1/5/2005 | 0.30 | Conference call with project manager |
| CAVALLO, ALEXANDER | 1/7/2005 | 0.40 | Analyzed Grace asbestos claims data. |
| CAVALLO, ALEXANDER | 1/11/2005 | 2.30 | Analyzed Grace nonmalignat claims. |
| CAVALLO, ALEXANDER | 1/13/2005 | 3.20 | Analyzed Grace claims data. |
| CAVALLO, ALEXANDER | 1/14/2005 | 4.60 | Analyzed Grace claims data. |
| CAVALLO, ALEXANDER | 1/22/2005 | 4.30 | Developed econometric model for nonmalignant projections. |
| CAVALLO, ALEXANDER | 1/23/2005 | 1.20 | Developed econometric model for nonmalignant projections. |
| CAVALLO, ALEXANDER | 1/24/2005 | 5.10 | Reviewed analysis of Grace future non-malignant claims. |
| CAVALLO, ALEXANDER | 1/25/2005 | 4.80 | Reviewed analysis of Grace future non-malignant claims. |
| CAVALLO, ALEXANDER | 1/27/2005 | 2.40 | Reviewed analysis of Grace future non-malignant claims. |
| CAVALLO, ALEXANDER | 1/27/2005 | 1.80 | Attended phone conference to discuss projections of non-malignant claims. |
| LYMAN, MARY | 1/5/2005 | 0.50 | Conference call |
| LYMAN, MARY | 1/5/2005 | 0.20 | Phone call with expert |
| LYMAN, MARY | 1/10/2005 | 1.00 | Analysis of new asbestos reform bill: compared-Becker draft of FAIR Act to S. 2209 , began outlining differences (pro-rated among four clients) |



1801 K Street NW, Suite 500
Washington, DC 20005
202.973.2400  phone
202.973.2401  fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| LYMAN, MARY | 1/11/2005 | 1.70 | Analysis of new asbestos legislation: compared-Becker drafts of FAIR Act to S. 2209 and each other, wrote memo analyzing differences |
| LYMAN, MARY | 1/21/2005 | 0.50 | Review and edit pro forma |
| LYMAN, MARY | 1/27/2005 | 0.50 | Administrative research and report on billing status |
| LYMAN, MARY | 1/27/2005 | 0.30 | Teleconference with staff re nonmalignant estimation methodology. |
| MCGRATH, PATRICK J. | 1/5/2005 | 1.50 | Review draft disclosure statement, created memo regarding observations and potential analyses |
| MCGRATH, PATRICK J. | 1/6/2005 | 2.50 | Review draft disclosure statement, created memo regarding observations and potential analyses |
| MCGRATH, PATRICK J. | 1/7/2005 | 1.50 | Review draft disclosure statement, created memo regarding observations and potential analyses |
| MCGRATH, PATRICK J. | 1/27/2005 | 0.50 | Review draft plan |
| MCGRATH, PATRICK J. | 1/28/2005 | 1.50 | Review draft plan |
| SIRGO, JORGE | 1/19/2005 | 1.40 | Update run of national exposure in disease incidence model. |
| SIRGO, JORGE | 1/27/2005 | 1.00 | Team meeting regarding nonmalignant estimation methods for disease incidence model. |
| SIRGO, JORGE | 1/28/2005 | 1.10 | Review materials for lung cancer incidence/mortality in disease incidence model. |
| SIRGO, JORGE | 1/31/2005 | 1.30 | Review lung cancer analysis for disease incidence model modifications. |
| WAINWRIGHT, DONALD | 1/24/2005 | 0.30 | Creation of narrative for January 2005 billing for December 2004 services. |
| WAINWRIGHT, DONALD | 1/25/2005 | 0.20 | Revision of January 2005 narrative and billing. |
| WITHERSPOON, DAVID | 1/27/2005 | 1.50 | Teleconference with staff re nonmalignant estimation methodology. |



1801 K Street NW, Suite 500
Washington, DC 20005
202.973.2400  phone
202.973.2401  fax

| Timekeeper | Work Date | Hours | Narrative |
|---|---|---|---|
| WITHERSPOON, DAVID | 1/28/2005 | 0.50 | Teleconference with staff re nonmalignant estimation methodology |