# HR&A                                                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

December 23, 2004

Invoice No. HRA20041220

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of November, 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 500 per hour | $ 1,150.00 |
| James E. Hass<br>65.0 hours @ $ 500 per hour<br>5.0 hours @ $ 250 per hour | 32,500.00<br>1,250.00 |
| Paul J. Silvern<br>3.3 hours @ $ 400 per hour | 1,320.00 |
| Paul Honig<br>5.0 hours @ $ 250 per hour | 1,250.00 |
| Joshua Katz<br>42.9 hours @ $ 175 per hour | 7,507.50 |
| **TOTAL FEES:** | **$ 44,977.50** |

### EXPENSES

---

*Please remit to **new** corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          WASHINGTON DC    NEW YORK

| | |
|---|---|
| Courier | $ 61.63 |
| **TOTAL FEES & EXPENSES:** | **$ 45,093.13** |

*Please remit to <u>new</u> corporate address below:*

P.O. Box 222681 Carmel, California 93922  Tel: (831) 626-1350  Fax: (831) 626-1351
Northern California        Los Angeles        Washington DC    New York

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of November, 2004.

|  | FFR | JEH | JEH | PJS | PH | JSK |  |
|---|---|---|---|---|---|---|---|
| 10/01/2004 |  | 4.20 |  |  |  | 3.50 |  |
| 11/02/2004 |  | 8.60 |  |  |  | 6.50 |  |
| 11/03/2004 | 1.80 | 5.10 |  |  |  | 1.50 |  |
| 11/04/2004 | 0.50 | 8.60 |  | 0.80 | 1.50 | 2.00 |  |
| 11/05/2004 |  | 5.80 |  |  |  |  |  |
| 11/06/2004 |  |  |  |  | 2.00 |  |  |
| 11/07/2004 |  |  |  |  |  |  |  |
| 11/08/2004 |  | 6.40 |  |  |  |  |  |
| 11/09/2004 |  | 3.80 |  |  | 1.50 | 6.50 |  |
| 11/10/2004 |  |  |  |  |  | 2.50 |  |
| 11/11/2004 |  | 4.90 |  | 0.50 |  | 4.50 |  |
| 11/12/2004 |  | 2.50 | 5.00 |  |  |  |  |
| 11/13/2004 |  |  |  |  |  |  |  |
| 11/14/2004 |  |  |  |  |  |  |  |
| 11/15/2004 |  |  |  | 0.30 |  |  |  |
| 11/16/2004 |  | 6.20 |  |  |  | 2.80 |  |
| 11/17/2004 |  | 2.40 |  |  |  | 2.00 |  |
| 11/18/2004 |  | 2.50 |  | 1.70 |  |  |  |
| 11/19/2004 |  |  |  |  |  | 6.00 |  |
| 11/20/2004 |  |  |  |  |  |  |  |
| 11/21/2004 |  |  |  |  |  |  |  |
| 11/22/2004 |  |  |  |  |  |  |  |
| 11/23/2004 |  |  |  |  |  |  |  |
| 11/24/2004 |  |  |  |  |  |  |  |
| 11/25/2004 |  |  |  |  |  |  |  |
| 11/26/2004 |  |  |  |  |  |  |  |
| 11/27/2004 |  |  |  |  |  |  |  |
| 11/28/2004 |  |  |  |  |  |  |  |
| 11/29/2004 |  |  |  |  |  |  |  |
| 11/30/2004 |  | 4.00 |  |  |  | 5.10 | Total Hours |
| Hours | 2.30 | 65.00 | 5.00 | 3.30 | 5.00 | 42.90 | 123.50 |
| Rate | $500 | $500 | $250.00 | $400.00 | $250.00 | $175.00 | Total Fees |
|  | $1,150.00 | $32,500.00 | $1,250.00 | $1,320.00 | $1,250.00 | $7,507.50 | $44,977.50 |

NOVEMBER 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE            TIME TASK

11/03/04    0.8  Talk with James Hass re: estimation methodology.
            1.0  Find and send various materials to inform James Hass
                 re: estimation analysis.

11/04/04    0.5  Update from Paul Silvern on phone conference via voice
            mail and reply.

TOTAL:     2.3

TOTAL:     2.3

NOVEMBER 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE      TIME  TASK

11/01/04  4.2  Analyzing basic asbestos studies from Peterson and Dunbar, and original Selikoff study.
          2.2  Analyzing Peterson's analysis of 1998 Grace BI claims.

11/02/04  6.4  Analyzing D. Bernick proposal and valuation on Grace.

11/03/04  4.3  Development of analysis for Grace TDP for conference call with Scott Baena.
          0.8  Call from Francine F. Rabinovits re: estimation methodology.

11/04/04  4.0  Analysis of industry specific exposures in Nicholson asbestos report.
          4.1  Analysis of Vasquez reports on asbestos rates by industry.
          0.5  Weekly Bilzin call.
          0.4  Conversation with Paul K. Honig to review project's goals.

11/05/04  5.5  Analysis of W.R. Grace BI data set.
          0.3  Discussion with Joshua Katz about methodology for BI claims.

11/08/04  4.2  Analyzing W.R. Grace BI data set from 97-99 for trends in occupational categories.
          2.2  Developing comparison index of Grace and other asbestos stocks.

11/09/04  2.6  Continued analysis of occupational codes in Nicholson BI study and in census data.
          0.7  Discussion with Joshua Katz and Paul K. Honig about W.R. Grace database.
          0.5  Discussion with Joshua Katz about next steps.

11/11/04  4.3  Starting work for presentation to Bilzin on the BI related issues such as Grace related occupations.
          0.6  Discussion with Joshua Katz about presentation.

11/12/04  2.5  Travel to Bilzin office.
          2.5  Meeting with Scott Baena and Jay Sakalo to discuss presentation on Grace BI issues and Nicholson study.
          2.5  Travel from Bilzin to DC.

11/16/04  5.8  Analyzing draft Grace POR.
          0.4  Discussion with Joshua Katz about next steps.

11/17/04  2.4  Analyzing motion for estimation hearing.

```
NOVEMBER 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE      TIME TASK

11/18/04   2.5 Review of data from Original CMO Motion Exhibit K,
               sample of 500 Grace BI claims.

11/30/04   3.6 Analyzing recent market prices and August 10Q filing by
               Grace.
           0.4 Discussion with Joshua Katz about Property Damage
               estimation memo.

TOTAL:    70.0
```

NOVEMBER 2004, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| | | Case Administration |
| 11/04/04 | 0.5 | Participate in Property Damage(PD)Committee call re: case status. |
| | 0.3 | Voice mail messages for Francine F. Rabinovitz and James E. Hass re: PD Committee call. |
| 11/11/04 | 0.4 | Participate in PD Committee call re: case status. |
| | 0.1 | Voice mail messages for Francine F. Rabinovitz re: PD Committee call. |
| 11/15/04 | 0.3 | Review news stories about Grace Plan of Reorganization filing. |
| 11/18/04 | 0.2 | Participate in PD Committee call re: case status. |
| | 1.5 | Preliminary review of Grace Plan of Reorganization. |
| TOTAL | 3.3 | |

NOVEMBER 2004 TIME LOG OF PAUL K. HONIG (PKH);

<u>DATE</u>     <u>TIME</u> <u>TASK</u>

11/04/04  1.5  Conversation with James E. Hass re: review project's goals (0.4); examined data on CDs received earlier (1.1).

11/07/04  2.0  Investigate CD containing Grace's 1999 BI claims, examined SPSS files & noted that virtually all observations have industry coded as CONST.

11/09/04  0.8  Examine all CDs & create pictures of directories & files; email snapshots of files on CDs to James E. Hass.

11/09/04  0.7  Discussion with Joshua Katz and James E. Hass about the W.R. Grace database.

TOTAL:    5.0

NOVEMBER 2004, TIME LOG OF JOSHUA KATZ (JK)

DATE      TIME      TASK

11/01/04   3.5   Review of Dunbar OC report. Review of Crane 8k.

11/03/04   6.5   Summary of Crane settlement for conference call (2.7); review of Peterson estimate and modeling of possibilities during negotiation and effect on Property Damage claim (2.9); conference call with Bilzin et al 0.9).

11/04/04   1.5   Review of materials for W.R. Grace conference call. Grace conference call.

11/05/04   2.0   Review of Nicholson article (0.4); discussion with James E. Hass about possible methodology for BI claims (0.3); research on breakdown of construction industry as it applies to W.R. Grace (1.0); correspondence with LOC about researching industry statistics (0.3).

11/09/04   6.5   Discussion with James E. Hass and Paul K. Honig about the Grace database (0.7); discussion with James E. Hass about next steps (0.5); production of power point slides for November 12, 2004 meeting in Miami, outlining current work on W.R. Grace and next steps (5.3).

11/10/04   2.5   Further work on presentation materials for November 12th meeting.

11/11/04   4.5   W. R. Grace conference call attendance and notes for James E. Hass (0.7); discussions with James E. Hass about presentation (0.6); updating and editing presentation sections on next steps, to include edits recommended by James E. Hass (3.2).

11/16/04   2.8   Discussions with James Hass about next steps and current climate (0.4); review of disc and POR (2.4).

11/17/04   2.0   Further review of disc and beginning analysis of scenarios.

11/19/04   6.0   Analysis of stock prices of asbestos companies and comparison against relevant events (Wolin, legislation, etc.). Involved the location and culling of stock prices for major asbestos companies (2.0); review of asbestos time line through news searches (1.5); review of SEC filing for major asbestos players (1.0); input into power point slides for reference (1.5).

NOVEMBER 2004, TIME LOG OF JOSHUA KATZ (JK)

<u>DATE</u>        <u>TIME</u>        <u>TASK</u>

11/30/04   5.1   Review of Grace Disclosure statement and POR for consideration of Property Damage (PD) estimate (1.2); beginning of PD estimation memo (1.5); discussion with James E. Hass about PD estimation memo (0.4); review of other asbestos SEC filings to determine context of PE estimation memo (2.0).

TOTAL:   42.9