# Exhibit A

In re: W.R. GRACE & CO., et al
OMNIBUS 4 - EXHIBIT A - CONTINUED

Hearing Date: Monday, February 28, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLPW.R. GRACE & CO.-CONN.<br>125 SUMMER STR<br>BOSTON MA  02110 | 01-01140 | 203 | $1,403,017.00 (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 3/21/2005 12:30 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured