# Exhibit A

In re: W.R. GRACE & CO., et al
## OMNIBUS 7 - EXHIBIT A - SUSTAINED - EXPUNGE

Hearing Date: Monday, February 28, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CHEVRON TEXACO SERVICES CO<br>PO BOX 9034<br>ROOM 3432OD<br>CONCORD CA 94524-1934 | 01-01139<br>W.R. GRACE & CO. | 15454 | $22,680.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 2 | HEPACO INC<br>2711 BURCH DR<br>CHARLOTTE NC 28269 | 01-01139<br>W.R. GRACE & CO. | 15459 | $13,578.00 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |
| 3 | LANGAN ENGINEERING &<br>ENVIRONMENTAL SERV<br>C/O FOSTER AND MAZZIE<br>10 FURLER ST<br>PO BOX 209<br>TOTOWA NJ 07512 | 01-01139<br>W.R. GRACE & CO. | 15458 | $22,056.64 | (U) | LATE FILED<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority             (U) - Unsecured