# Exhibit B

# In re: W.R. GRACE & CO., et al

Hearing Date: Monday, February 28, 2005

## OMNIBUS 7 - EXHIBIT B - SUSTAINED - SURVIVING CLAIMS

| | Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF AT&T CORPORATION ATTN: ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 Relief Requested: EXPUNGE | 01-01139 | 15451 | $903,636.85 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF AT&T ATTN: ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 15444 | $903,636.85 | (U) |
| 2 | CONTRARIAN CAPITAL TRADE CLAIMS LP Relief Requested: EXPUNGE | 01-01139 | 8770 | $662,978.56 | (U) | CONTRARIAN CAPITAL TRADE CLAIMS LP ASSIGNEE OF AT&T CORPORATION ATTN: ALPA JIMENEZ 411 W PUTNAM AVE STE 225 GREENWICH CT 06830 | 01-01139 | 15451 | $903,636.85 | (U) |
| 3 | DICKINSON WRIGHT PLLC C/O MICHAEL C HAMMER ESQ 500 WOODWARD AVE #4000 DETROIT MI 48226 Relief Requested: EXPUNGE | 01-01139 | 2001 | $172,510.61 | (U) | DICKINSON WRIGHT PLLC MICHAEL C HAMMER ESQ 500 WOODWARD AVE #4000 DETROIT MI 48226 | 01-01139 | 15461 | $66,531.21 | (U) |
| 4 | LANGAN ENGINEERING & ENVIRONMENTAL C/O FOSTER AND MAZZIE 19 FURLER ST PO BOX 209 TOTOWA NJ 07512 Relief Requested: EXPUNGE | 01-01139 | 15456 | $22,055.64 | (U) | LANGAN ENGINEERING & ENVIRONMENTAL S C/O FOSTER AND MAZZIE 19 FURLER ST PO BOX 209 TOTOWA NJ 07512 | 01-01139 | 2703 | $22,055.64 | (U) |
| 5 | SPARTANBURG COUNTY TAX COLLECTOR ATTN: JEAN R JAMESON PO BOX 3060 SPARTANBURG SC 29304 Relief Requested: EXPUNGE | 01-01139 | 787 | $5,756.92 | (P) | SPARTANBURG COUNTY TAX COLLECTOR ATTN: JEAN R JAMESON PO BOX 3060 SPARTANBURG SC 29304 | 01-01139 | 15438 | $5,074.88 | (S) |
| 6 | STATE OF INDIANA DEPT OF REVENUE INDIANA GOVERNMENT CTR N 100 N SENATE AVE ROOM N203 INDIANAPOLIS IN 46204-2253 Relief Requested: EXPUNGE | 01-01139 | 15382 | $348.00 | (A) | INDIANA DEPARTMENT OF REVENUE COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION 100 N SENATE AVE INDIANAPOLIS IN 46204-2253 | 01-01140 | 15369 | $9,619.24 | (A) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or late fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

2/24/2005 12:44:16 PM

## In re: W.R. GRACE & CO., et al

## OMNIBUS 7 - EXHIBIT B - SUSTAINED - SURVIVING CLAIMS

### CLAIMS TO BE EXPUNGED

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 7 SUKENIK, RICHARD N<br>PO BOX 33207<br>PALM BEACH GARDENS FL 33420-3207 | 01-01139 | 19449<br>Relief Requested: EXPUNGE | $22,615.64 | (A) |
| 8 TENNESSEE DEPT OF REVENUE<br>ATTN: WILBUR E HOOKS<br>4TH FL<br>ANDREW JACKSON STATE OFFICE BLDG<br>NASHVILLE TN 37242 | 01-01139 | 611<br>Relief Requested: EXPUNGE | $173,401.79 | (A) |
| 9 TENNESSEE DEPT OF REVENUE<br>ATTN: WILBUR E HOOKS<br>TAX ENFORCEMENT DIVISION<br>4TH FL ANDREW JACKSON BLDG<br>NASHVILLE TN 37242 | 01-01139 | 613<br>Relief Requested: EXPUNGE | $136,825.35<br>$5.00 | (P)<br>(U) |
| 10 THE COMMONWEALTH OF MASSACHUSETT<br>C/O ANNE CHAN<br>TAX EXAMINER<br>BOX 55484<br>BOSTON MA 02205-5484 | 01-01140 | 15333<br>Relief Requested: EXPUNGE | $35,423,945.08 | (P) |

### SURVIVING CLAIM

| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| SUKENIK, RICHARD N<br>PO BOX 33207<br>PALM BEACH GARDENS FL 33420-3207 | 01-01139 | 18356 | $29,165.81 | (A) |
| TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 15453 | $144,342.65 | (A) |
| TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>PO BOX 20207<br>NASHVILLE TN 37202-0207 | 01-01139 | 15452 | $2,006.55 | (P) |
| THE COMMONWEALTH OF MASSACHUSETTS<br>C/O ANNE CHAN<br>LITIGATION BUREAU BANKRUPTCY UNIT<br>BOX 9564<br>BOSTON MA 02114-9564 | 01-01140 | 15370 | $34,805,361.23 | (P) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

2/24/2005 12:44:16 PM