# HR&A                                                                INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

January 20, 2005

Invoice No. HRA20050120

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of December, 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.0 hours @ $ 500 per hour | $ 1,000.00 |
| James E. Hass<br>28.7 hours @ $ 500 per hour | 14,350.00 |
| Paul J. Silvern<br>2.1 hours @ $ 400 per hour | 840.00 |
| Joshua Katz<br>43.3 hours @ $ 175 per hour | 7,595.00 |
| **TOTAL FEES:** | **$ 23,785.00** |

### EXPENSES

| | |
|---|---:|
| Courier | $ 41.90 |
| **TOTAL FEES & EXPENSES:** | **$ 23,826.90** |

*Please remit to new corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA        LOS ANGELES        WASHINGTON DC    NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace). For the month of December, 2004.

| | FFR | JEH | PJS | JSK | |
|---|---|---|---|---|---|
| 12/01/2004 | | | | | |
| 11/02/2004 | | | | | |
| 12/03/2004 | | | | | |
| 12/04/2004 | | | | | |
| 12/05/2004 | | | 0.10 | | |
| 12/06/2004 | | 0.50 | | 4.00 | |
| 12/07/2004 | | | | | |
| 12/08/2004 | | | | | |
| 12/09/2004 | | | | 0.60 | |
| 12/10/2004 | | | | 2.00 | |
| 12/11/2004 | | | | | |
| 12/12/2004 | | | | | |
| 12/13/2004 | | 3.80 | | | |
| 12/14/2004 | | 4.00 | 1.50 | | |
| 12/15/2004 | | 8.40 | | 6.60 | |
| 12/16/2004 | | 9.00 | 0.20 | 2.00 | |
| 12/17/2004 | | | | | |
| 12/18/2004 | | | | | |
| 12/19/2004 | | | | | |
| 12/20/2004 | | | | 2.00 | |
| 12/21/2004 | | | 0.30 | 2.00 | |
| 12/22/2004 | | | | | |
| 12/23/2004 | | 3.00 | | | |
| 12/24/2004 | | | | 7.90 | |
| 12/25/2004 | | | | 3.10 | |
| 12/26/2004 | | | | | |
| 12/27/2004 | | | | 4.10 | |
| 12/28/2004 | | | | 1.00 | |
| 12/29/2004 | | | | 3.90 | |
| 12/30/2004 | 2.00 | | | 4.20 | |
| 12/31/2004 | | | | | Total Hours |
| Hours | 2.00 | 28.70 | 2.10 | 43.40 | 76.20 |
| Rate | $500 | $500 | $400.00 | $175.00 | Total Fees |
| | $1,000.00 | $14,350.00 | $840.00 | $7,595.00 | $23,785.00 |

DECEMBER 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME TASK

12/30/04    2.0  Read objections of the Official Committee of
     Asbestos Property Damage Claimants to disclosure statement,
     motion for CMO, motion for estimation
              and for approval of confirmation procedures.
TOTAL:      2.0

DECEMBER 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE        TIME TASK

12/06/04      0.5 Discussion with Joshua Katz about next steps and data project for Paul Honig.

12/13/04      3.8 Analyzing PD estimation section to Grace CMO.

12/14/04      4.0 Travel to Miami for meeting with Bilzin.

12/15/04      2.1 Continuing meeting on Grace POR with Jay Sakalo.
12/15/04      2.0 Meeting with Jay Sakalo and Scott Baena from Bilzin concerning Grace POR.
12/15/04      4.0 Analyzing Bilzin draft response to Grace POR.

12/15/04      0.3 Discussion of objection and other issues with Joshua Katz.

12/16/04      4.0 Travel time, return to DC from Miami.

12/16/04      0.8 Bilzin weekly conference call.

12/16/04      4.2 Preparing draft responses to Grace POR concerning PD estimation.

12/23/04      3.0 Reading objection motions to Grace POR.

TOTAL:       28.7

DECEMBER 2004, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>          <u>TIME</u> <u>TASK</u>

### Case Administration

12/05/04     0.1   Review objections to Equity Committee's application to retain Lexecon.

12/14/04     1.5   Review draft objections to Disclosure Statement, Plan of Reorganization and related Grace filings.

12/16/04     0.2   Review Debtor's scheduling recommendations to the court.

12/21/04     0.3   Review Debtor's proposed ZAI Bar Date and Notice Program.

TOTAL        2.1

DECEMBER 2004, TIME LOG OF JOSHUA KATZ (JK)

<u>DATE</u>        <u>TIME</u> <u>TASK</u>

12/06/04     4.0  Review of Celotex databases of claims (1.9). Analysis by legal counsel and filings (1.6). Discussion with James E. Hass about next steps, data analysis project for Paul Honig (0.5).

12/09/04     0.6  Weekly conference call.

12/10/04     2.0  Review of Grace PD claims database (1.0); comparison with Celotex data (1.0).

12/15/04     1.0  Analysis of draft objection to POR.
             0.3  Discussion of objection and other issues with James E. Hass.
             5.3  Preparation of slides on strategies if estimation hearing goes through and/or estimating PD claims.

12/16/04     0.8  Edit and review of PD estimation section for POR response.
             0.6  Review of activity regarding potential asbestos legislation.
             0.6  Update of slides given James E. Hass discussion.

12/22/04     2.0  Beginning of production of BI model that utilizes and can adapt to various estimators criteria. Primarily review of other models (HR&A, Petersen, etc.)

12/23/04     0.9  Grace conference call.
             0.3  Review correspondence between James E. Hass and Jay Sakalo.
             0.3  Review of Lexicon consulting personnel.
             0.5  Further work on BI model.

12/24/04     1.0  BI modeling: establishing propensity to sue sheet, and tying to Nicholson, building basic shell for TDP values.
             1.7  Creation of screens and related formulas.
             0.8  Creation of claiming rate lookup table.
             0.8  Currents modeling.
             1.9  Future forecasting.
             0.6  Defense cost modeling.
             0.9  Summary sheet with averages and aggregates.

DECEMBER 2004, TIME LOG OF JOSHUA KATZ (JK) continued

<u>DATE</u>          <u>TIME</u> <u>TASK</u>


12/25/04      0.5   Review of BI model. Import of case data to verify data.
              0.4   Discovery of error-correction of defense forecast problem.
              1.0   Discovery of error related to lookup table of claiming rates.
              0.7   Polishing of summary sheet and model appearance.
              0.5   Writing of notes and questions for James E. Hass.


12/27/04      0.5   More comprehensive test of model: discovery and correction of defense forecasting issue.
              0.5   Review of effect of rounding issues- reapply test data with more detail to correct.
              1.1   Building in of separate start years for currents & futures, and for base years regarding inflation.
              0.3   Update of explainer/ question sheet.
              0.2   Adjustment of unresolved claims sheet to distribute payment over more years.
              0.3   Review of full model before sending to James E. Hass.
              1.2   Review of PD objections to Disclosure Statement.

12/28/04      1.0   Review of recent SEC filings and news on Grace (8ks, Montana issue, etc.)

12/29/04      3.9   Close reading and analysis of Elements of Bankruptcy. Chapters 1-4, parts of Chapter 6.

12/30/04      4.1   Close reading and analysis of Elements of Bankruptcy. Chapters 7-11. Review of relevant sections of Bankruptcy code itself.

TOTAL:        43.4