# HR&A

# INVOICE

Hamilton, Rabinovitz & Alschuler, Inc.
*Policy, Financial & Management Consultants*

February 16, 2005

No. HRA20050216

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of January, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.8 hours @ $ 500 per hour | $   900.00 |
| James E. Hass<br>42.6 hours @ $ 500 per hour | 21,300.00 |
| Paul J. Silvern<br>5.4 hours @ $ 400 per hour | 2,160.00 |
| Paul K. Honig<br>22.8 hours @ $ 250 per hour | 5,700.00 |
| Joshua Katz<br>32.8 hours @ $ 175 per hour | 5,740.50 |
| Gina G. Lewis<br>0.5 hours @ $ 150 per hour | 75.00 |
| **TOTAL FEES:** | **$ 35,875.00** |

<u>continued</u>

*Please remit to <u>new</u> corporate address below:*

P.O. Box 222681 Carmel, California 93922  Tel: (831) 626-1350  Fax: (831) 626-1351
Northern California          Los Angeles          Washington DC   New York

## **EXPENSES**

    Expenses of Paul K. Honig
    Data Entry: Notice of Deficience Forms
    6 boxes total of 2,232 records      $ 2,008.80

    Courier      11.13

        **Total Expenses**      **$ 2,019.93**

        **TOTAL FEES & EXPENSES:**      **$ 37,894.93**

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of January 2005.

| | FFR | JEH | PJS | PKH | JSK | GGL | |
|---|---|---|---|---|---|---|---|
| 01/01/2005 | | | | | | | |
| 01/02/2005 | | | | | | | |
| 01/03/2005 | | | | 1.80 | | | |
| 01/04/2005 | | | | | | | |
| 01/05/2005 | | | 0.50 | | | | |
| 01/06/2005 | | 4.90 | 0.30 | 1.20 | | | |
| 01/07/2005 | | 5.00 | 0.30 | | | | |
| 01/08/2005 | | 8.70 | | 1.10 | | | |
| 01/09/2005 | | 4.90 | 2.00 | | | | |
| 01/10/2005 | | 4.50 | | 1.70 | | | |
| 01/11/2005 | | 6.00 | | | 9.30 | | |
| 01/12/2005 | | | | | 3.70 | | |
| 01/13/2005 | 1.80 | | 1.00 | | 5.20 | 0.50 | |
| 01/14/2005 | | | | 1.00 | | | |
| 01/15/2005 | | | | | | | |
| 01/16/2005 | | | | | | | |
| 01/17/2005 | | | | 2.50 | 3.30 | | |
| 01/18/2005 | | | | | 1.20 | | |
| 01/19/2005 | | | | 3.00 | 8.00 | | |
| 01/20/2005 | | 2.10 | 1.00 | | | | |
| 01/21/2005 | | 6.20 | | | | | |
| 01/22/2005 | | | | | | | |
| 01/23/2005 | | | | | | | |
| 01/24/2005 | | | | 4.00 | | | |
| 01/25/2005 | | | | 3.50 | | | |
| 01/26/2005 | | | | 2.50 | | | |
| 01/27/2005 | | | 0.30 | 0.50 | 0.60 | | |
| 01/28/2005 | | | | | 1.00 | | |
| 01/29/2005 | | | | | | | |
| 01/30/2005 | | | | | | | |
| 01/31/2005 | | | | | | | Total Hours |
| Hours | 1.80 | 42.60 | 5.40 | 22.80 | 32.80 | 0.50 | 105.90 |
| Rate | $500 | $500 | $400.00 | $250.00 | $175.00 | $150.00 | Total Fees |
| | $900.00 | $21,300.00 | $2,160.00 | $5,700.00 | $5,740.00 | $75.00 | $35,875.00 |

JANUARY 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE       TIME    TASK

01/13/05  1.8    Quick review of Debtors reply brief.

TOTAL:          1.8

JANUARY 2005 TIME LOG OF JAMES E. HASS (JEH)

DATE     TIME    TASK

01/09/05  1.4    Reading debtors response to objections: confirmation issues.
          3.5    Reading CMO Reply.

01/10/05  5.0    Travel to Miami for meeting with Bilzin staff and Property Damage (PD) Committee.

01/11/05  2.0    Meeting with key PD Committee members, Scott Baena, Jay Sakalo and Allyn Danzisen about preparation for POR hearing.
          2.5    Continuing to meet with PD Committee members and lawyers.
          1.2    Follow up on meeting with Bilzin staff.
          3.0    Return trip to Washington DC.

01/12/05  1.8    Producing interpolated estimate of Grace BI claims using other cases for an initial recovery estimate for PD claims.
          1.3    Discussions with Joshua Katz on Grace BI values, and impact on PD recoveries.
          1.8    Analysis, with Joshua Katz, of Grace PD database for claims with no objections.

01/13/05  2.0    Discussions with Joshua Katz on Grace PD recovery given various BI recoveries.
          2.0    Charting presentation on PD - BI trade-offs and negotiation alternatives.
          0.5    Weekly Grace-Bilzin call.

01/19/05  2.4    Analyzing ZAI supplemental brief.
          3.0    Analyzing debtors redlined disclosure statement.
          0.6    Discussion with Joshua Katz about presentation.

01/20/05  2.1    Editing power point presentation from Joshua Katz on Peterson BI estimate and Grace PD database.

01/21/05  6.2    Attending hearing in Pittsburgh on Grace POR.

01/27/05  0.3    Discussion with Joshua Katz about Grace conference call.

TOTAL:    42.6

JANUARY 2005, TIME LOG OF PAUL J. SILVERN (PJS)

<u>DATE</u>       <u>TIME</u>    <u>TASK</u>

### Case Administration

01/05/05  0.3    Review e-mails and other correspondence from Property Damage (PD) Committee counsel re: Debtor's proposed Zonolite Notice Program.
          0.2    Review PD Committee's draft Objections to Debtor's Estimation Supplement re: Zonolite Bar Date and proposed Notice Program.

01/06/05  0.3    Participate in PD Committee call re: case status.

01/07/05  0.3    Review revised PD Committee's draft Objections to Debtor's Estimation Supplement re: Zonolite Bar Date and proposed Notice Program.

01/09/05  2.0    Review Debtor's response to Objections re: proposed Disclosure Statement, Case Management Order and Estimation Order.

01/13/05  0.5    Participate in PD Committee call re: case status.
          0.5    Review Debtor's amended Plan of Reorganization, Disclosure Statement and Glossary of Terms.

01/20/05  1.0    Review Debtor's motion and exhibits re: Reply in Support of Proposed Estimation Order.

01/27/05  0.3    Phone call with Joshua Katz re: PD Committee call.

TOTAL           5.4

JANUARY 2005, TIME LOG OF PAUL K HONIG (PKH)

DATE      TIME    TASK

01/03/05  1.8    Receive 2 boxes & files from data entry; administrative accounting; work with staff to streamline data entry of repetitive values.

01/06/05  1.2    Receive and process another box & file from data entry.

01/08/05  1.1    Receive and process another box & file from data entry.

01/10/05  1.7    Receive and process another box & file from data entry; begin inspecting data entry files for processing.

01/14/05  1.0    Respond to James Hass' status query on progress of data entry tasks; inform him of one component not keyed -- too complex for data entry staff.

01/17/05  2.5    Convert Access data entry files to Stata; retain for each file only those records with corresponding documents.

01/19/05  3.0    Convert other Access data entry files to Stata; retain for each file only those records with corresponding documents.

01/24/05  4.0    Convert Access data entry files to Stata; report that not all records have accompanying hard copy docs.

01/25/05  3.5    Write James Hass regarding concerns re: relation of hard copy to electronic records; data entry started with some values already recorded in a spreadsheet & imported to the Access table.

01/26/05  2.5    Concerned with one data entry file - some values appear not to be in file. Had data entry staff review and retransmit data file.

01/27/05  0.5    Discuss current status of project with Joshua Katz (0.2); forward him earlier project
                                e-mails (0.3).

TOTAL:    22.8

JANUARY 2005, TIME LOG OF JOSHUA S. KATZ (JKS)

<u>DATE</u>     <u>TIME</u>     <u>TASK</u>

01/11/05  9.3     Review of Excel document of Grace Property Damage database (1.0). Analysis for breakdown by state, law firm, and rejection criteria (3.2); review of recent news articles related to the asbestos legislation and today's hearing (0.5); further breakdown of database and review for production of memo for James Hass (2.0); production of memo on Grace PD database for James Hass (2.6).

01/12/05  3.7     Analysis with James Hass of scenarios for outcomes of Grace bankruptcy (1.1). Further analysis of Grace database based on legal counsel and rejection criteria (1.9); discussion/update from James Hass about Miami meetings and strategies (0.7).

01/13/05  5.2     Grace conference call (0.5); beginning of PowerPoint on positions of BI and PD as bankruptcy moves forward (1.9); meeting with James Hass about scenarios, developing assignments (1.7); analysis of recovery amounts for PD given valuation (0.3); analysis of recovery for BI given valuation and a PD payment percentage (0.8).

01/17/05  3.3     Review of amended plan and disclosure statement (1.3); work on BI analysis section for PowerPoint breakdown of Peterson (1.7); review of recent news on asbestos legislation (0.3)

01/18/05  1.2     Incorporation of details from amended plan into presentation (0.5); sensitivity test for PD given recovery rates and valuation (0.7)

01/19/05  8.0     Discussion with James Hass about presentation and what needs amending/added (0.6); revise PowerPoint: Libby section research and writing (0.8); TDP and Cancer normal analysis of BI estimate (1.3); incorporation into PowerPoint (0.4); inclusion of recovery analysis for POR for BI and PD into respective slides (1.5); summary slide on Grace PD database (0.5); reformatting and incorporation of PD database analysis into slid (0.8); reformatting and incorporation of law firm analysis (1.3); Stats moving forward (0.3); review, edit, reformat (0.5)

JANUARY 2005, TIME LOG OF JOSHUA S. KATZ (JSK) (continued)

<u>DATE</u>     <u>TIME</u>     <u>TASK</u>

01/26/05  0.6    Review of press release on 4th quarter results from Business Wire/Yahoo Finance.

01/27/05  1.5    Grace conference call (0.4); discussion with James Hass about Grace call (0.3); discussion with Paul Silvern about Grace call (0.3); Discuss project status with Paul Honig (0.2); review of Economist & WSJ articles on legislation (0.3).

      32.8