

**FINANCE**
**NEW • YORK**
THE CITY OF NEW YORK
DEPARTMENT OF FINANCE

February 25, 2005

*Court Clerk, US Bankruptcy Court*
*824 Market Street*
*Wilmington, Delaware 19801*

**SUBJECT: WR Grace & Co., EtAl**

| | |
|---|---|
| **DOCKET NO:** | 01-1139 |
| **EMPLOYER ID. NO:** | 13-3461988 |
| **AMOUNT:** | $2,710,570.00 |
| **REFERENCE NO:** | 01X248 |

Please withdraw our claim filed on or about May 25, 2001 in the amount of $2,710,570.00.
Reason: **No Additional Tax Due.**

_Feb. 23, 2005_                                    _Joshua Frankel_
Date                                                     Joshua Frankel
                                                              Unit Head,
                                                              Bankruptcy & Assignment
                                                              (718) 403-3686