

**Hilsoft Notifications**
123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120

# Invoice

| DATE | INVOICE # |
|---|---|
| 01/26/2005 | 44254 |

**BILL TO**

Bilzin Sumberg Dunn Baena Price & Axelrod
Luisa Flores
First Union Financial Center, Suite 2501
Miami, Florida 33131

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W.R. Grace Bankruptcy. TH: Todd Hilsee, BC: Barbara Coyle, GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SO: Stephanie Orlando | | |
| TH | 0.3 | 03/09/2004 | Phone with J.Sakalo, re: class size and estimation procedures in class claim situations. | 350.00 | 105.00 |
| TH | 4.7 | 12/22/2004 | Initial review of submission on renewed motion for Bar Date by debtor; review prior submission; study previous affidavits and deposition testimony by Kinsella; call with S. Baena, re: debtor's notice and Bar Date submission; call from D. Scott, re: renewed Bar Date motion and issues of adequacy and whether notice could overcome underlying difficulties. | 350.00 | 1,645.00 |
| BC | 1 | 12/23/2004 | Study ZAI Bar Date Notice Program proposed by Kinsella, in preparation for Affidavit regarding the proposal. | 275.00 | 275.00 |
| GI | 3.8 | 12/23/2004 | Analyze the Defendants' notice program; staff meeting to discuss concerns with the Defendant's notice program. | 250.00 | 950.00 |
| BC | 0.5 | 12/23/2004 | Meet with staff to discuss issues, deficiencies, and potential dangers to consumers in conjunction with Debtor's proposed notice documents. | 275.00 | 137.50 |

Fed Tax ID 23-2785427
Thank You.

**Total**



**Hilsoft Notifications**
*123 East Broad Street*
*Souderton, PA 18964-0120*
*(215) 721-2120*

# Invoice

| DATE | INVOICE # |
|---|---|
| 01/26/2005 | 44254 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center, Suite 2501<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| TH | 4.8 | 12/23/2004 | Review notice program provided by Debtor's expert; study reach and frequency of notice; study content of notices; study design of notices; study notice plan; meet with staff and discuss notice plan and deficiencies; initial review of motions and pleadings pertaining to notice issues and Bar Date issues as they pertain to due process. | 350.00 | 1,680.00 |
| SW | 5 | 12/23/2004 | Review Zonolite Bar Date and notice proposal. | 250.00 | 1,250.00 |
| TH | 8.9 | 12/24/2004 | Review all notes and staff information; study outline and prepare bullet point summary; compare notice plan with prior notice plan point by point; initial study of latest EPA public information about insulation; prepare report for S. Baena on notice issues, problems and recommendations in connection with debtor's Bar Date notice program proposal. | 350.00 | 3,115.00 |
| SO | 2 | 01/18/2005 | Research Zonolite Attic Insulation articles, alerts, warning, advice given as a result of having or coming in contact with the insolation. | 100.00 | 200.00 |
| SO | 2.5 | 01/19/2005 | Research, and began to highlight and document my findings. | 100.00 | 250.00 |
| SW | 6 | 01/19/2005 | Research web based survey; write memo of findings and make recommendations for nationwide survey of awareness of Zonolite. | 250.00 | 1,500.00 |
| SW | 2 | 01/20/2005 | Research web based survey; write memo of findings and make recommendations for nationwide survey of awareness of Zonolite. | 250.00 | 500.00 |
| SO | 3 | 01/20/2005 | Research and develop documentation of any type of notification or warnings given to public involving the W.R. Grace/Zonolite case. | 100.00 | 300.00 |

Fed Tax ID 23-2785427
Thank You.

**Total**



**Hilsoft Notifications**
123 East Broad Street
Souderton, PA 18964-0120
(215) 721-2120

# Invoice

| DATE | INVOICE # |
|---|---|
| 01/26/2005 | 44254 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center, Suite 2501<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| Reimb Group | | 11/24/2003 | Phone call on 11/14/03 | 0.19 | 0.19 |
| | | 01/26/2004 | Phone call on 12/18/03. | 0.38 | 0.38 |
| | | 03/22/2004 | Phone calls from 02/18/04 to 03/01/04. | 2.59 | 2.59 |
| | | 01/24/2005 | Phone calls from 12/12/04 to 01/12/05. | 2.88 | 2.88 |
| | | | Total Reimbursable Expenses | | 6.04 |
| TH | 2.1 | 01/24/2005 | Study data and research findings on existence of warnings from EPA and state agencies on treatment and handling of Zonolite. | 350.00 | 735.00 |
| TH | 1.4 | 01/25/2005 | Study options for research into awareness of Zonolite and its potential dangers on a national scale. | 350.00 | 490.00 |
| TH | 3.4 | 01/26/2005 | Call with S. Baena re: hearing on Bar Date and Judge's rulings; discuss research on awareness of Zonolite potential dangers and results of hearing with staff; review research on regulatory agency warnings and alerts as they pertain to debtors proposed form of notice for Bar Date. | 350.00 | 1,190.00 |

Fed Tax ID 23-2785427
Thank You.

**Total**   $14,328.54