IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              Bankruptcy No.
W. R. Grace & Co.                           01-1139-JKF

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P RULE 2019

JEFFERY T. GAUGHAN, being first duly sworn, hereby deposes and states as follows:

1.     I, Jeffery T. Gaughan, am an attorney with the law firm of Baggett, McCall, Burgess, Watson, & Gaughan, 3006 Country Club Road, Lake Charles, Louisiana 70605.

2.     This Verified Statement is filed in accordance with Rule 2019 (a) of the Federal Rules of Bankruptcy Procedure.

3.     The law firm of Baggett, McCall, Burgess, Waston, & Gaughan has been retained as counsel for the claimants listed the Exhibits (hereinafter "Crediors").

4.     The address of each Creditor is listed on the Exhibits along with the Creditor's address.

5.     I certify under penalty of perjury that the law firm of Baggett, McCall, Burgess, Watson, & Gaughan has the following:

    1.     A blank, but unredacted, exemplar or an actual copy, of each form of agreement or instrument, if any, whereby such entity is empowered to act on behalf of creditors or equity security holders in this case;

    2.     An Execl spreadsheet in electronic format in substantially the form attached hereto as Exhibit A containing the following data;

        a.     name of each creditor or equity security holder represented by the entity filing the 2019 Statement;

        b.     the personal address of each such creditor or equity security holder:

Dated: *March 8 2005*

Respectfully Submitted,

_____
WILLIAM B. BAGGETT, SR.
BAGGETT, MCCALL, BURGESS,
WATSON & GAUGHAN
JEFFERY T. GAUGHAN
3006 COUNTRY CLUB ROAD
LAKE CHARLES, LA 70605
TELEPHONE: (337) 478–8888
FAX: (337) 478-8946

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. |
| Owens Corning, | 00-3837-JKF |
| W. R. Grace & Co. | 01-1139-JKF |
| USG Corporation | 01-2094-JKF |
| The Flintkote Company | 04-11300-JKF |
| Flintkote Mines Limited | 01-12440 |

**CERTIFICATE OF SERVICE**

I, Jeffery T. Gaughan, hereby certify that on _March 8_, 2005, I caused a caused a true and correct copy of the Verified Statement in Connection with the Representation of Creditors as Required by F.R.B.P. Rule 2019 to be served on all parties on the attached service list by first-class mail, postage prepaid and/or facsimile.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: _March 8, 2005_    Respectfully Submitted,

_____
WILLIAM B. BAGGETT, SR.
BAGGETT, MCCALL, BURGESS,
WATSON & GAUGHAN
JEFFERY T. GAUGHAN
3006 COUNTRY CLUB ROAD
LAKE CHARLES, LA 70605
TELEPHONE: (337) 478-8888
FAX: (337) 478-8946