**Exhibit A**
October 2004 Fee Application

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: )
                           )
W. R. GRACE & CO., et al.,[1] )
                           )
                           )
            Debtors. )

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

**VERIFICATION**

Christopher H. Marraro, after being duly sworn according to law, deposes and says:

1.      I am a member in good standing of the bars of the State of New Jersey and

District of Columbia.

2.      I have personally performed certain of, and overseen the legal services

rendered by Wallace King Marraro & Branson PLLC as special litigation and environmental counsel

to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by

the lawyers and other persons in the firm.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

3.    The facts set forth in the foregoing Application are true and correct to the best

of my knowledge, information and belief.



Christopher M. Marraro

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 3rd day of December 2004.

Notary Public

My Commission Expires:

BRENDA SELF
Notary Public
District of Columbia
My Comm. Expires January 1, 2008

-2-

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., *et al* | ) | Case No.  01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

**SUMMARY COVER SHEET TO FORTY THIRD MONTHLY INTERIM
APPLICATION OF WALLACE KING MARRARO & BRANSON PLLC
FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
<u>OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004</u>**

| | |
|---|---|
| Name of Applicant: | Wallace King Marraro & Branson PLLC. ("WKMB") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | October 1, 2004 through October 31, 2004. |
| Amount of compensation sought as actual, reasonable and necessary | $34,986.80 for the period October 1, 2004 through, October 31, 2004 (80% of $43,733.50 after 40% discount for Honeywell matter) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,727.26 for the period October 1, 2004 through October 31, 2004. |

This is a:        Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 through | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through 6/30/03 | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
|---|---|---|---|---|---|
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.80 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/11/04 | 5/1/04 through 5/31/04 | $167,326.80 | $28,642.23 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/13/04 | 6/1/04 through 6/30/04 | $97,163.70 | $29,968.45 | No Objections Served on Counsel | No Objections Served on Counsel |
| 9/22/04 | 7/1/04 through 7/31/04 | $100,843.00 | $122,550.38 | No Objections Served on Counsel | No Objections Served on Counsel |
| 10/6/04 | 8/1/04 | $108,066.20 | $9,384.00 | No | No |

| | through 8/31/04 | | | Objections Served on Counsel | Objections Served on Counsel |
|---|---|---|---|---|---|
| 11/18/04 | 9/1/04 through 9/30/04 | $148,088.40 | $$23,572.83 | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the forty third application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

Summary of Compensation Requested

| Name of Professional Individual | Position year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Christopher Marraro | Partner | $475 | 78.5 | $37,287.50 |
| William Hughes | Counsel | $380 | 52.1 | $19,798.00 |
| Alec C. Zacaroli | Associate | $250 | 4.6 | $1,150.00 |
| Natasha A. Bynum | Legal Clerk | $110 | 30.5 | $3,355.00 |
| | | | | |

Total Fees                          $61,590.50
Less 40% Discount for Allied    $(17,857.00)

Balance Due                         $43,733.50

Total Hours                          165.7

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---|
| Copying | $359.85 |
| Facsimile | $42.00 |
| Online Research | $1,100.75 |
| Telephone | $85.32 |
| Federal Express | $20.62 |
| Postage | $4.20 |
| Delivery Services/messengers | $114.52 |
| | |
| Total | $1,727.26 |



**WALLACE KING MARRARO & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

December 02, 2004

Akos Nagy
W. R. Grace & Company
7500 Grace Drive
Columbia, MD 21044

Invoice#    2287

For Professional Services Rendered in Connection with General Matters - Matter 11

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 10/19/2004 | CHM | Analyze oil companies appeal statement. (2.0). | 2.00 |
|  |  |  | **Amount** |
|  | Total fees | 2.00 | 950.00 |
|  | Total Amount of This Bill |  | $950.00 |
|  | Balance Due |  | $950.00 |

### Timekeeper Summary

| Name |  | Hours | Rate |
|---|---|---|---|
| Marraro, Christopher H. | Partner | 2.00 | $475.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC  20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD  21044

Invoice#    2288

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

## Professional Services:

|            |      |                                                                                                                                              | Hours |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------|------:|
| 10/04/2004 | WFH  | Review trial record and complete outline of rebuttal points (re Zotos' reply brief) for use in connection with oral argument (8.4); conference with Mr. Hogan re same (.2). | 8.60 |
| 10/06/2004 | CHM  | Review Zotos reply and research issues on exhibits cited (4.5). | 4.50 |
| 10/08/2004 | CHM  | Prepare Motion to Strike Joint Appendix (3.5); conference with client re same (0.5). | 4.00 |
| 10/08/2004 | CHM  | Review Zotos Exhibits in Findings of Fact (3.5). | 3.50 |
| 10/15/2004 | CHM  | Review billing issues with SI as per conference with client (1.0). | 1.00 |
| 10/22/2004 | CHM  | Telephone conference with SI group re invoices (.8). | 0.80 |
| 10/25/2004 | CHM  | Outline parties position on substances and review trial transcript on opposing points (2.6). | 2.60 |
| 10/26/2004 | CHM  | Review trial exhibits on opposing points on hazardous substance issues. (3.0) | 3.00 |

|            |       | **Amount** |
|------------|------:|-----------:|
| Total fees | 28.00 | 12,483.00  |

Page 2

Disbursements:

| | |
|---|---:|
| Online research | 1,100.75 |
| Delivery services/messengers | 82.80 |
| | |
| Total disbursements | $1,183.55 |
| | |
| Total Amount of This Bill | $13,666.55 |
| | |
| Balance Due | $13,666.55 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---:|
| Marraro, Christopher H. | Partner | 19.40 | $475.00 |
| Hughes, William F. | Counsel | 8.60 | $380.00 |


Wallace
King
Marraro
&
Branson

**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Richard Senftleben
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

Invoice#    2289

For Professional Services Rendered in Connection with Honeywell, Inc. - Matter 6

Professional Services:

| | | | Hours |
|---|---|---|---|
| 10/01/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.2); review and analyze document to be integrated into existing case files (5.4). | 5.60 |
| 10/01/2004 | CHM | Meeting with Mr. A. Nagy (2.5); conference with Mr. Daneker re Site 157 issues (1.0). | 3.50 |
| 10/01/2004 | CHM | Work on final brief (4.5); conference with Carella Byrne re same (0.5). | 5.00 |
| 10/04/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.9); review and analyze document to be integrated into existing case files (5.1); produce documents requested by Mr. Hughes (1.5). | 7.50 |
| 10/04/2004 | WFH | Review Honeywell correspondence re Third Circuit oral argument and "finality" of district court's 8/26 fee order (0.5); review Honeywell's motion to supplement record on stay motion (0.3); conference with Mr. Marraro re settlement (0.3). | 1.10 |

| 10/05/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.7); review and analyze document to be integrated into existing case files (1.0); produce all correspondence related to the Joint Appendix per Mr. Hughes' request (1.1); create list of all filings re: the Joint Appendix and e-mail same to Mr. Hughes (1.0). | 3.80 |
|---|---|---|---|
| 10/05/2004 | WFH | Review plaintiff's supplemental fee application and letter to the 3rd Circuit re Grace settlement (0.5); conference with Mr. Marraro re extraneous documents submitted by Honeywell in joint appendix and preparation of motion to strike same (0.4); review pertinent appendix materials in connection with motion to strike (1.2); research in connection with strike motion (2.4); work on motion to strike (4.9). | 9.40 |
| 10/05/2004 | CHM | Review final briefs of all parties (5.2); conference with client re same (0.5); prepare letter to Honeywell re site 157 (0.8 ). | 6.50 |
| 10/06/2004 | NAB | Review Honeywell's Brief and Reply Brief for David Field Opening Statement citation (JA1000-1016) (1.0); produce documents requested by Mr. Marraro and Mr. Hughes (2.1); review and analyze document to be integrated into existing case files (1.9). | 5.00 |
| 10/06/2004 | WFH | Conferences with Ms. Flax and Mr. Marraro re motion to strike and work on same (8.8). | 8.80 |
| 10/06/2004 | CHM | Conference with client re brief and motion (0.5). | 0.50 |
| 10/06/2004 | ACZ | Legal research re motions related to Joint Appendix (3.7); conferences with Messrs. Marraro and Hughes re same (.9). | 4.60 |
| 10/07/2004 | NAB | Prepare exhibits for Motion to Strike (.3); prepare daily correspondence log and e-mail same to case attorneys (.6); review and analyze document to be integrated into existing case files (3.5); produce documents requested by Mr. Hughes (.8). | 5.20 |
| 10/07/2004 | WFH | Conference with Mr. Marraro re motion to strike and work on same (8.7); review recent correspondence and submittals to Special Master re site remediation (.6). | 9.30 |

| 10/07/2004 | CHM | Review draft language in revised Order re Honeywell Corporation (0.6); conference with Honeywell and J. Baer re same (0.8). | 1.40 |
|---|---|---|---|
| 10/08/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.3). | 0.30 |
| 10/08/2004 | WFH | Revise motion to strike to incorporate Mr. Marraro's and Ms. Flax's comments and confer with CM re same (4.3); review the parties' corrected appellate briefs (1.2); review correspondence from plaintiff re finality of district court's order awarding RCRA fees and conduct research on same (0.5); evaluate Honeywell's latest progress report to the Special Master re the site remediation (0.3). | 6.30 |
| 10/11/2004 | WFH | Conference with Ms. Millian re her concurrence on the joint motion to strike (0.2); finalize motion and coordinate filing and service of same (7.6); research regarding site remediation issue (0.5); review correspondence from parties re supersedeas bond for appeal of RCRA fee order (0.3). | 8.60 |
| 10/11/2004 | CHM | Final review and edit Motion to Strike (0.8); conference with ICO re same (0.5). | 1.30 |
| 10/12/2004 | NAB | Prepare Daily Correspondence log and e-mail same to case attorneys (.5); prepare exhibits for Motions to Strike (.6). | 1.10 |
| 10/13/2004 | CHM | Review Special Master correspondence, privacy issues in preparation for October 22nd meeting (2.5); conference call with client re same (0.5). | 3.00 |
| 10/14/2004 | CHM | Conference with client re Order and other issues (1.0); conference with Milch re same (0.5); prepare letter to Milch re settlement issues and McGovern authorization (2.0). | 3.50 |
| 10/15/2004 | CHM | Prepare authorization (0.8); conference with Daneker re clearing up issues (1.0); conference with Agnello re various matters (0.6). | 2.40 |
| 10/18/2004 | CHM | Conference with Agnello re various real property issues in transfer (1.5); conference with client re same (0.5). | 2.00 |

| 10/20/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.4). | 0.40 |
|---|---|---|---|
| 10/20/2004 | CHM | Travel from Washington DC to Newark New Jersey (1.8). (Note: Travel time billed at 50%; 10% here or 1.6 and 40% at end of statement.) | 1.60 |
| 10/20/2004 | CHM | All day meeting in New Jersey re Closing and Settlement (9.0). | 9.00 |
| 10/20/2004 | CHM | Travel from Newark New Jersey to Washington DC (2.1). (Note: Travel time billed at 50%; 10% here or 1.8 and 40% at end of statement.) | 1.80 |
| 10/21/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 10/21/2004 | CHM | Review final transfer of documents (2.0). | 2.00 |
| 10/22/2004 | CHM | Conference with A&P re dismissal documents (0.8); conference with A. Nagy (0.4). | 1.20 |
| 10/25/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2). | 0.20 |
| 10/26/2004 | NAB | Prepare daily correspondence log and e-mail same to case attorneys (.2); review and analyze document to be integrated into existing case files (1.0). | 1.20 |
| 10/28/2004 | CHM | Prepare letter to 3rd Circuit and prepare motion to dismiss case (4.0). | 4.00 |
| 10/29/2004 | CHM | Comment and finalize documents to Court and several conference calls to Honeywell counsel re same. (1.0). | 1.00 |

|  | | | **Amount** |
|---|---|---|---|
| Total fees | | 128.30 | 44,642.50 |

Disbursements:

| Copying | 359.85 |
|---|---|
| Facsimile | 42.00 |
| Telephone | 85.32 |
| Delivery services/messengers | 31.72 |
| Postage | 4.20 |
| Federal Express | 20.62 |
| Total disbursements | $543.71 |

Page 5

| | |
|---|---:|
| Total Amount of This Bill | $45,186.21 |
| Less Deduction of 40% of Fees Per Agreement | $17,857.00 |
| Balance Due | $27,329.21 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---:|---:|
| Zacaroli, Alec C. | Associate | 4.60 | $250.00 |
| Marraro, Christopher H. | Partner | 49.70 | $475.00 |
| Bynum, Natasha A. | Legal Clerk | 30.50 | $110.00 |
| Hughes, William F. | Counsel | 43.50 | $380.00 |



**WALLACE KING MARRARO & BRANSON, PLLC**
**1050 THOMAS JEFFERSON STREET, N.W.**
**WASHINGTON, DC 20007**

**Phone 202.204.1000**
**Fax 202.204.1001**

December 02, 2004

Lydia Duff
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2290

For Professional Services Rendered in Connection with Acton Matter - Matter 13

Professional Services:

|  |  |  | **Hours** |
|---|---|---|---|
| 10/01/2004 | CHM | Conference with Ms. Duff. (0.5). | 0.50 |
| 10/01/2004 | CHM | Conference call with team re various property issues. (1.1). | 1.10 |
| 10/14/2004 | CHM | Review documents on employees knowledge/procedure withheld documents. (2.5). | 2.50 |
| 10/15/2004 | CHM | Conference with A. Nagy re Willowbend (0.8), | 0.80 |
| 10/22/2004 | CHM | Review various emails re next step (.5). | 0.50 |
| 10/27/2004 | CHM | Conference with Willowbend re meeting and issues. (1.2) | 1.20 |
| 10/28/2004 | CHM | Review EPA document re land use at Acton from A. Nagy (0.8). | 0.80 |

|  |  | **Amount** |
|---|---|---|
| Total fees | 7.40 | 3,515.00 |
| Total Amount of This Bill | | $3,515.00 |
| Balance Due | | $3,515.00 |

## Timekeeper Summary

| Name | | Hours | Rate |
| --- | --- | --- | --- |
| Marraro, Christopher H. | Partner | 7.40 | $475.00 |