# EXHIBIT C

# EXHIBIT C

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004[2]

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 04/30/04 | Paid Investigative Consultants for service #10501 S#5948 | 1611.25 |
| 09/09/04 | Pd Aetna Central Judicial Services; JOB; Ck# 267214 | 11.00 |
| 09/30/04 | PD MEAL EXPENSE; WSH | 15.90 |
| 09/30/04 | PD MEAL EXPENSE; WSH | 3.60 |
| 10/07/04 | PD UPS TO SPRINGFIELD NJ; WSH; INV# 81207414 | 7.74 |
| 10/12/04 | PD UPS TO SPRINGFIELD, NJ; WSH; INV # 81207424 | 7.74 |
| 10/18/04 | PD UPS TO COLUMBIA MD; WSH; CK# 267000 | 10.78 |
| 10/18/04 | PD UPS TO BOCA RATON FL; WSH; CK# 267000 | 17.81 |
| 10/18/04 | PD UPS TO MEMPHIS TN; WSH; CK# 267000 | 16.41 |
| | Duplicating | 111.58 |
| | Superior Court Charge | 10.75 |
| | Matter Total Engagement Cost | 1,824.56 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 10/13/04 | PD UPS TO WILMINGTON, DE; KMJ; INV # 81207424 | 7.74 |
| | Duplicating | 15.96 |
| | Matter Total Engagement Cost | 23.70 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 10/28/04 | DOCUMENT ACCESS FACILITY--OCTOBER 2004 | 2864.00 |
| | Duplicating | 7.84 |
| | Matter Total Engagement Cost | 2,871.84 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---|
| 10/09/04 | Pd UPS to Columbia MD; BG; Ck# 266513 | 6.30 |
| 10/09/04 | Pd UPS to Columbia MD; BG; Ck# 266513 | 6.30 |

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications for this period.

| | | |
|---|---|---:|
| 10/09/04 | Pd UPS Adjustment; BG; Ck# 266513 | 1.20 |
| | Duplicating | 33.04 |
| | Matter Total Engagement Cost | 46.84 |

## EXPENSES FOR THE FEE PERIOD
## NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 11/11/04 | Paid HCK#153665 to Suffolk County Sheriff for Sheriff's fees for execution against real property, #10501, S#6093 | 423.74 |
| 11/11/04 | Pd Fedex to Westhampton NY; JOB; Ck# 268211 | 13.49 |
| | Computer Assisted Research | 352.05 |
| | Duplicating | 74.46 |
| | Postage | 1.29 |
| | Matter Total Engagement Cost | 865.03 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 11/15/04 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207474 | 7.74 |
| 11/16/04 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207474 | 7.74 |
| | Duplicating | 17.78 |
| | Matter Total Engagement Cost | 33.26 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---:|
| 02/19/04 | Paid Skyline Duplication #10501 S#6094 | 430.65 |
| 04/20/04 | Paid Skyline Duplication #10501 S#6094 | 223.08 |
| 05/18/04 | Paid Skyline Duplication #10501 S#6094 | 335.79 |
| 06/14/04 | Paid Skyline Duplication #10501 S#6094 | 5516.66 |
| 08/11/04 | Paid Skyline Duplication #10501 S#6094 | 887.88 |
| 10/18/04 | PD INTEGRITY EXPRESS TO NEW YORK NY; MEW; CK# 267881 | 124.35 |
| 11/30/04 | DOCUMENT ACCESS FACILITY--NOVEMBER 2004 | 2864.00 |
| | Matter Total Engagement Cost | 10,382.41 |

Engagement Costs – Tahari, Ltd.

| | | |
|---|---|---:|
| 11/05/04 | Pd expenses to Appealtech for 17 copies; BMB; CK# 268056 | 445.36 |
| 11/06/04 | Pd UPS to Columbia MD; BG; Inv# 18448W454 | 6.38 |

58

| Date | Description | Amount |
|---|---|---|
| 11/18/04 | PD UPS TO NEW YORK NY; BEM; INV# 81207474 | 7.74 |
| 11/20/04 | Pd UPS to Columbia MD; BG; INV# 18448W474 | 6.38 |
| 11/20/04 | Pd UPS to Columbia MD; BG; INV# 18448W474 | 6.38 |
| | Computer Assisted Research | 133.51 |
| | Duplicating | 91.42 |
| | Matter Total Engagement Cost | 697.17 |

## EXPENSES FOR THE FEE PERIOD
## DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004

Engagement Costs – Weja, Inc.

| Date | Description | Amount |
|---|---|---|
| 09/15/04 | Pd Aetna Central Judicial Services; SSW; Ck# 268562 | 50.00 |
| 10/04/04 | Pd Aetna Central Judicial Services; SSW; Ck# 268562 | 5.00 |
| 11/23/04 | Pd Fedex to Westhampton NY; JOB; Ck# 268516 | 13.49 |
| 12/22/04 | PD UPS TO CHERRY HILL NJ; RGR; INV# 81207524 | 7.74 |
| 12/22/04 | PD UPS TO TRENTON NJ; RGR; INV# 81207524 | 7.74 |
| 12/27/04 | Paid Romanelli's #54567 S#6231 | 18.86 |
| 12/27/04 | PD UPS TO BOCA RATON FL; WSH; CK# 269915 | 37.21 |
| 12/27/04 | PD UPS TO COLUMBIA MD; WSH; CK# 269915 | 14.38 |
| | Computer Assisted Research | 729.52 |
| | Duplicating | 333.88 |
| | Postage | 3.14 |
| | Telephone | 7.65 |
| | Matter Total Engagement Cost | 1,228.61 |

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 12/15/04 | PD UPS TO WILMINGTON DE; KMJ; CK# 269414 | 7.74 |
| | Duplicating | 15.68 |
| | Matter Total Engagement Cost | 23.42 |

Engagement Costs – NY Superfund Action

| Date | Description | Amount |
|---|---|---|
| 11/17/04 | PD INTEGRITY EXP TO NEW YORK NY; MEW; CK# 268795 | 112.35 |
| 12/14/04 | PD INTEGRITY EXP TO NEW YORK NY; MEW; INV# 13607 | 106.35 |
| 12/14/04 | PD UPS TO NEW YORK, NY; BEM; CK# 269406 | 7.74 |
| 12/31/04 | PD UPS TO NEW YORK NY; MEW; CK# 269414 | 7.74 |
| 12/31/04 | Document Access Facility December 2004 | 2864.00 |
| | Computer Assisted Research | 137.09 |

59

| | |
|---|---:|
| Duplicating | 15.40 |
| Matter Total Engagement Cost | 3,250.67 |