# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: 1/6/05 at 4:00 p.m. |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FOURTH INTERIM PERIOD, FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004, FOR THE QUARTER OF OCTOBER 2004 – DECEMBER 2004**

Name of Applicant: **Nelson Mullins Riley & Scarborough, L.L.P.**

Authorized to Provide Professional Services to: **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession**

Date of Retention: **July 19, 2001**

Period for which compensation and reimbursement is sought: **November 1, 2004 - November 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,          **$5,993.00 for the period**
reasonable, and necessary:


Amount of expense reimbursement sought as
actual, reasonable, and necessary:                **$32.75 for the period**


This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(2.90)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ **(326.00)**.


Prior fee applications:

| Date Filed | Period Covered | Requested Fees | Expenses | Approved Fees | Expenses |
|---|---|---|---|---|---|
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26, 792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |

2

| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
|---|---|---|---|---|---|
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |

3

| May 12, 2004 | January 1, 2004-January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004-March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004-April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004-May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | Pending | Pending |
| September 7, 2004 | July 1, 2004-July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004-September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | Pending | Pending |
| December 1, 2004 | October 1, 2004-October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Newman J. Smith | Partner | 26 years | Environmental | $275.00 | 3.60 | $990.00 |
| Joseph M. Melchers | Partner | 14 years | Environmental | $250.00 | 9.00 | $2,250.00 |
| Rose-Marie T. Carlisle | Of Counsel | 21 years | Environmental | $250.00 | .80 | $200.00 |
| J.E. Holmes | Of Counsel | 11 years | Real Estate | $250.00 | 6.00 | $1,500.00 |
| Betsy J. Burn | Associate | 4 Years | Bankruptcy | $190.00 | 2.20 | $418.00 |

Grand Total for Fees:  $5,358.00
Blended Rate:          $248.06

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Anne R. Price | Paralegal | 2 years | Bankruptcy | $100.00 | 5.70 | $570.00 |
| Karla Lucas | Project Assistant | 1 year | Environmental | $65.00 | 1.00 | $65.00 |

Grand Total for Fees:    $635.00
Blended Rate:    $94.78

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06030 | Aiken-Title V Permit App. Iss | .50 | $32.50 |
| 02399/06031 | Li Tungsten | 6.50 | $1,569.50 |
| 02399/06091 | Fee Applications | 10.40 | $1,594.50 |
| 02399/06092 | Laurens County Property | .90 | $206.50 |
| 02399/09007 | Alchem Chemical Co. | 10.00 | $2,590.00 |
| **TOTAL** | | **28.30** | **$5,993.00** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $.40 |
| Photocopies | $5.15 |
| CopyOut | $27.20 |
| **Total** | **$32.75** |

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139(JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |

## **VERIFICATION**

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1.      I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2.      I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this _____ day of _____, 2004

_____ (L.S.)

Notary Public for South Carolina

My Commission Expires: __9/3/09__

7

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                         December 9, 2004
ATTN: Lydia Duff, Esq.                              Invoice 654592 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06030                    For Services Through 11/30/04
WR Grace #            032-KL-721400-00-5250472
Name of Matter:      Aiken-Title V Permit App. Iss

| | | | | |
|---|---|---|---|---|
| 11/23/04 | Provide material for Attorney Carlisle. | | | |
| | K. LUCAS | 0.50 hrs. | 65.00/hr | $32.50 |

Fees for Legal Services.................................................................................................. $32.50

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. LUCAS | 0.50 | 65.00 | 32.50 |
| TOTAL | 0.50 | $65.00 | $32.50 |

Net current billing for this invoice ................................................................................. $32.50

GRAND TOTAL.............................................................................................................. $32.50

W. R. Grace & Co.

December 9, 2004
Invoice 654592 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06030
Aiken-Title V Permit App. Iss

| | |
|---|---|
| Fees for Professional Services | $32.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$32.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 9, 2004
Invoice 654593 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 11/30/04 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/10/04 | Several calls regarding negotiations (0.5); prepare for and telephone conference with EPA contact regarding negotiations and status of matter and notes on same (0.5), review notes and prepare memo to Ms. Duff (0.2).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/11/04 | Review memo from Ms. Duff and respond to same.<br>J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/15/04 | Review notice regarding comment period on radionuclide contamination proposed plan, review memo regarding extension (0.1); analyze impact of negotiations on consent decree and issues to address (1.1).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/16/04 | Review consent decree provisions and confer with Attorney Burn regarding bankruptcy issues on same (0.7); prepare for negotiation call (0.4) reply to memo from Ms. Duff regarding status of same (0.1).<br>J.M. MELCHERS | 1.20 hrs. | 250.00/hr | $300.00 |
| 11/22/04 | Evaluate and annotate draft consent order (1.4); review records of discussions on negotiations and prepare message to EPA (0.3); telephone message to Ms. Duff (0.1); telephone conference with her regarding draft order and negotiations status (0.2).<br>J.M. MELCHERS | 2.00 hrs. | 250.00/hr | $500.00 |
| 11/23/04 | Provide materials for Attorney Melchers.<br>K. LUCAS | 0.30 hrs. | 65.00/hr | $19.50 |
| 11/29/04 | Follow-up regarding negotiations and telephone conference with Ms. Duff regarding same (0.2); prepare memo regarding status (0.1).<br>J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/30/04 | Telephone conference with EPA office staff.<br>J.M. MELCHERS | 0.10 hrs. | 250.00/hr | $25.00 |

Fees for Legal Services................................................................................. **$1,569.50**

W. R. Grace & Co.

December 9, 2004
Invoice 654593 Page 2

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 6.20 | 250.00 | 1,550.00 |
| K. LUCAS | 0.30 | 65.00 | 19.50 |
| TOTAL | 6.50 | $241.46 | $1,569.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/10/2004 | Telephone 1-212-637-3165 | 0.15 |
| 11/22/2004 | Telephone 1-410-531-4210 | 0.05 |
| 11/24/2004 | VENDOR: Ikon Office Solutions; INVOICE#: L07129809; DATE: 11/24/2004 | 27.20 |
| 11/29/2004 | Telephone 1-410-531-4210 | 0.15 |
| 11/30/2004 | Telephone 1-212-637-3165 | 0.05 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$27.60** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 27.20 |
| Telephone | 0.40 |
| TOTAL | $27.60 |

Net current billing for this invoice .................................................................. $1,597.10

**GRAND TOTAL**..................................................................................... **$1,597.10**

W. R. Grace & Co.

December 9, 2004
Invoice 654593 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I 1009
COLUMBIA, SOUTH CAROLINA  292 I I
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06031
Li Tungsten

---

| | | |
|---|---|---|
| Fees for Professional Services | $1,569.50 | |
| Charges for Other Services Provided/Expenses Incurred | $27.60 | |
| **Net current billing for this invoice** ................................................................ | | **$1,597.10** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

December 6, 2004
Invoice 654594 Page 1

Our Matter #          02399/06091                    For Services Through 11/30/04
Name of Matter:       Fee Applications

| | | | | |
|---|---|---|---|---|
| 11/03/04 | Research issue regarding orders approving payments in 2002 upon question raised by client. | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 11/11/04 | Review October 2004 Fee Application attachments for privilege issues and telephone conference with Attorney Smith regarding information on same. | | | |
| | J.M. MELCHERS | 0.70 hrs. | 250.00/hr | $175.00 |
| 11/16/04 | Review bills and begin drafting October 2004 Interim Fee Application. | | | |
| | A.R. PRICE | 1.80 hrs. | 100.00/hr | $180.00 |
| 11/17/04 | Review memos from Attorney Burn regarding Alchem entries for October 2004 Interim Fee Application, respond to same and prepare memo to Attorney Smith. | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/17/04 | Review bills from May through October in the Alchem matter to ensure they conform with bankruptcy court requirements (0.3); update to Attorneys Hawkins, Melchers, and Plowman on same (0.1). | | | |
| | B.J. BURN | 0.40 hrs. | 190.00/hr | $76.00 |
| 11/18/04 | Review memo from Attorney Burn regarding restrictions on invoice charges and review October 2004 Interim Fee Application attachments for compliance (0.2); review memo regarding compliance issues (0.1). | | | |
| | J.M. MELCHERS | 0.30 hrs. | 250.00/hr | $75.00 |
| 11/23/04 | Review Fee Auditor's final report for the 13th Interim Period and review and respond to memo regarding same. | | | |
| | J.M. MELCHERS | 0.20 hrs. | 250.00/hr | $50.00 |
| 11/23/04 | Review additional new bill invoices and incorporate into draft of October 2004 Interim Fee Application. | | | |
| | A.R. PRICE | 3.90 hrs. | 100.00/hr | $390.00 |
| 11/23/04 | Update file with incoming materials for Attorney Melchers. | | | |
| | K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |

W. R. Grace & Co.

December 6, 2004
Invoice 654594 Page 2

| | | | | |
|---|---|---|---|---|
| 11/24/04 | Edit and revise October 2004 Interim Fee Application (0.5); review PACER for Fee Auditor's report for 13th Quarterly Fee Application (0.2); review PACER for CONO for September 2004 Interim Fee Application (0.2); update tracking chart and forward CONO to Attorney Melchers for client (0.2). | | | |
| | B.J. BURN | 1.10 hrs. | 190.00/hr | $209.00 |
| 11/29/04 | Review and edit draft Fee Application documents for October, 2004 (0.5), review memo from Attorney Burn regarding September 2004 Interim Fee Application CONO and confer with her regarding real estate counsel designation and order and follow-up for October 2004 Interim Fee Application (0.2); review Amended Fee Auditor's Final Report for 13th Interim Period and telephone call regarding same (0.2). | | | |
| | J.M. MELCHERS | 0.90 hrs. | 250.00/hr | $225.00 |
| 11/29/04 | Review amended fee auditor's report for the 13th period for any changes to treatment of NMRS' fee applications. | | | |
| | B.J. BURN | 0.20 hrs. | 190.00/hr | $38.00 |
| 11/30/04 | Follow up on revised Verification and status of October 2004 Interim Fee Application. | | | |
| | B.J. BURN | 0.10 hrs. | 190.00/hr | $19.00 |

**Fees for Legal Services**............................................................................................... **$1,594.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| J.M. MELCHERS | 2.40 | 250.00 | 600.00 |
| B.J. BURN | 2.20 | 190.00 | 418.00 |
| A.R. PRICE | 5.70 | 100.00 | 570.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 10.40 | 153.32 | 1,594.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 11/16/2004 | Photocopies 30 Page(s) | 1.50 |
| 11/17/2004 | Photocopies 34 Page(s) | 1.70 |
| 11/29/2004 | Photocopies 39 Page(s) | 1.95 |
| **Total Charges for Other Services Provided/Expenses Incurred**................................... | | **$5.15** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 5.15 |
| TOTAL | $5.15 |

**Net current billing for this invoice** ................................................................................ **$1,599.65**

**GRAND TOTAL**.............................................................................................................. **$1,599.65**

W. R. Grace & Co.

December 6, 2004
Invoice 654594 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06091
Fee Applications

---

| | |
|---|---|
| Fees for Professional Services | $1,594.50 |
| Charges for Other Services Provided/Expenses Incurred | $5.15 |
| **Net current billing for this invoice** ................................................................. | **$1,599.65** |

---

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Robert A. Emmett, Esq.
7500 Grace Drive
Columbia, MD 21044

December 9, 2004
Invoice 655866  Page 1

Our Matter #          02399/06092                    For Services Through 11/30/04
Name of Matter:       Laurens County Property

| | | | | |
|---|---|---|---|---|
| 11/04/04 | Draft restrictive covenants.<br>R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/08/04 | Confer with Attorney Fant regarding his suggested revisions to draft restrictive covenant (0.2); electronic mail memorandum to client regarding draft declaration and need for related documents (0.2).<br>R.T. CARLISLE | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/23/04 | Provide materials for Attorney Carlisle.<br>K. LUCAS | 0.10 hrs. | 65.00/hr | $6.50 |

**Fees for Legal Services**.............................................................................................. **$206.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.80 | 250.00 | 200.00 |
| K. LUCAS | 0.10 | 65.00 | 6.50 |
| TOTAL | 0.90 | 229.44 | 206.50 |

**Net current billing for this invoice** ................................................................. **$206.50**

**GRAND TOTAL**................................................................................................. **$206.50**

W. R. Grace & Co.

December 9, 2004
Invoice 655866  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/06092
Laurens County Property

| | |
|---|---|
| Fees for Professional Services | $206.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** .................................................................. | **$206.50** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          December 9, 2004
ATTN: Robert A. Emmett, Esq.                      Invoice 655001 Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #              02399/09007                  For Services Through 11/30/04
Name of Matter:          Alchem Chemical Co.

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 11/15/04 | Review draft correspondence and attachments to Mr. Emmett regarding Mr. Plowman's work on site purchase agreement (0.2), confer with Attorney Hawkins regarding work and telephone conference with Attorney Smith regarding same (0.2).<br>J.M. MELCHERS | 0.40 hrs. | 250.00/hr | $100.00 |
| 11/16/04 | Message from Ms. Johns regarding EPA letter and coordinating call with Mr. Schlecht (0.2); message to same with schedule (0.1).<br>N.J. SMITH | 0.30 hrs. | 275.00/hr | $82.50 |
| 11/17/04 | Review CAP and recent amended CAP, prepare for conference call with Ms. Johns and Mr. Schlecht (0.3); conference call with same to discuss scope of response to EPA letter addressing CAP (1.0).<br>N.J. SMITH | 1.30 hrs. | 275.00/hr | $357.50 |
| 11/17/04 | Review sales contract and file correspondence to respond to buyer counsel.<br>J.E. HOLMES | 2.00 hrs. | 250.00/hr | $500.00 |
| 11/22/04 | Review information from real estate section on purchaser questions and request for schedule (0.2); forward report to Ms. Johns (0.1); review comments from Ms. Johns on RMT expanded plan for response to EPA comment letter (0.3); telephone conference with Ms. Johns regarding coordination for meeting on purchaser interest and scope of response to EPA (0.3).<br>N.J. SMITH | 0.90 hrs. | 275.00/hr | $247.50 |
| 11/24/04 | Review message from Ms. Johns regarding EPA and schedule for call (0.1); review deed restrictions for example for call (0.3); telephone conference with Ms. Kellam and Mr. Mundy of EPD regarding deed notices and forms for non-listed sites (0.7).<br>N.J. SMITH | 1.10 hrs. | 275.00/hr | $302.50 |
| 11/30/04 | Review client documents and title commitment with exception documents.<br>J.E. HOLMES | 4.00 hrs. | 250.00/hr | $1,000.00 |

**Fees for Legal Services**................................................................................................... **$2,590.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|--|-------|---------|---------|

W. R. Grace & Co.

December 9, 2004
Invoice 655001  Page 2

| | | | |
|---|---|---|---|
| J.M. MELCHERS | 0.40 | 250.00 | 100.00 |
| N.J. SMITH | 3.60 | 275.00 | 990.00 |
| J.E. HOLMES | 6.00 | 250.00 | 1,500.00 |
| TOTAL | 10.00 | 259.00 | 2,590.00 |

Net current billing for this invoice .................................................................................. **$2,590.00**

GRAND TOTAL............................................................................................................... **$2,590.00**

W. R. Grace & Co.

December 9, 2004
Invoice 655001  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

For Services Through 11/30/04

Our Matter # 02399/09007
Alchem Chemical Co.

---

| | |
|---|---|
| Fees for Professional Services | $2,590.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$2,590.00** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                    )    Chapter 11
                                          )
W. R. GRACE & CO., et al.,[1]             )    Case No. 01-1139 (JKF)
                                          )    Jointly Administered
                    Debtors.              )

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE          )
                           )SS
COUNTY OF NEW CASTLE       )

     Karina Yee, being duly sworn according to law, deposes and says that she is
employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-
counsel for the Debtors, in the above-captioned action, and that on the 17th day of December,
2004 she caused a copy of the following document(s) to be served upon the attached service
list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Application of Nelson Mullins Riley & Scarborough, L.L.P. for
Compensation for Services and Reimbursement of Expenses as Special
Counsel to W. R. Grace & Co., et al., for the Fourth Interim Period, from
November 1, 2004 through November 30, 2004, for the Quarter of
October 2004 – December 2004

_Karina Yee_
Karina Yee

Sworn to and subscribed before
me this\11th\ day of December, 2004

Notary Public
My Commission Expires: 7-31-05

MARLENE S. CHAPPE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 31, 2005

-2-

DOCS_DE:103840.1

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP