*BUDREWICZ*

# GENERAL POWER OF ATTORNEY

To: Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP (Lipsitz, Green)
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

The undersigned claimant hereby authorizes Lipsitz, Green attorneys, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

(a)   ACandS

(b)   A.P. Green

(c)   ARMSTRONG WORLD INDUSTRIES, INC.,
      successor in interest to ARMSTRONG CORK COMPANY

(d)   ASBESTOS CLAIMS MANAGEMENT CORPORATION,
      f/k/a NATIONAL GYPSUM COMPANY, ASBESTOSPRAY CORP.,

(e)   COMBUSTION ENGINEERING, INC.,

(g)   CONGOLEUM

(f)   FIBREBOARD CORPORATION

(g)   THE FLINTKOTE COMPANY

(h)   GAF CORPORATION

(i)   GASKET HOLDING, INC., f/k/a FLEXITALIC, INC., f/k/a FLEXITALIC COMPANY, INC.

(l)   GLOBAL INDUSTRIAL TECHNOLOGIES, INC.

(j    HARBISON-WALKER REFRACTORIES COMPANY,

(k)   KAISER ALUMINUM CORPORATION

(l)   KAISER ALUMINUM & CHEMICAL CORPORATION

(m)   OWENS CORNING

(n)   PITTSBURG CORNING CORPORATION

1

(o) QUIGLEY COMPANY, INC., a subsidiary of PFIZER, INC.,

(p) NORTH AMERICAN REFRACTORIES

(q) T & N PLC.,

(r) UNITED STATES GYPSUM COMPANY (USG Corp.)

(s) UNITED STATES MINERAL PRODUCTS COMPANY,
formerly known as UNITED STATES MINERAL WOOL COMPANY,

(t) WORTHINGTON CORPORATION,

(u) W.R. GRACE & CO.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Lipsitz, Green to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of November, 2004.

Signed: *Victoria Budrewicz*

Claimant's SSN: 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

Address: 6516 Ralph Court
Niagara Falls, N.Y 14304



p. PETER BUDREWICZ

2

*KOGLER*

## GENERAL POWER OF ATTORNEY

To: Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP (Lipsitz, Green)
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

The undersigned claimant hereby authorizes Lipsitz, Green attorneys, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

- (a) ACandS
- (b) A.P. Green
- (c) ARMSTRONG WORLD INDUSTRIES, INC., successor in interest to ARMSTRONG CORK COMPANY
- (d) ASBESTOS CLAIMS MANAGEMENT CORPORATION, f/k/a NATIONAL GYPSUM COMPANY, ASBESTOSPRAY CORP.,
- (e) COMBUSTION ENGINEERING, INC.,
- (g) CONGOLEUM
- (f) FIBREBOARD CORPORATION
- (g) THE FLINTKOTE COMPANY
- (h) GAF CORPORATION
- (i) GASKET HOLDING, INC., f/k/a FLEXITALIC, INC., f/k/a FLEXITALIC COMPANY, INC.
- (I) GLOBAL INDUSTRIAL TECHNOLOGIES, INC.
- (j) HARBISON-WALKER REFRACTORIES COMPANY,
- (k) KAISER ALUMINUM CORPORATION
- (l) KAISER ALUMINUM & CHEMICAL CORPORATION
- (m) OWENS CORNING
- (n) PITTSBURG CORNING CORPORATION

1

(o) QUIGLEY COMPANY, INC., a subsidiary of PFIZER, INC.,

(p) NORTH AMERICAN REFRACTORIES

(q) T & N PLC.,

(r) UNITED STATES GYPSUM COMPANY (USG Corp.)

(s) UNITED STATES MINERAL PRODUCTS COMPANY,
formerly known as UNITED STATES MINERAL WOOL COMPANY,

(t) WORTHINGTON CORPORATION,

(u) W.R. GRACE & CO.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Lipsitz, Green to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _18_ day of December, 2004.

Signed: _[signature]_

Claimant's SSN: _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_

Address: _1460 [illegible] Blvd apt 1_
_[illegible], N.Y. 14224_

RECEIVED DEC 21 2004

2    /s/ TERRENCE G. KOGLER

*ZERINO*

# GENERAL POWER OF ATTORNEY

To: Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP (Lipsitz, Green)
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

The undersigned claimant hereby authorizes Lipsitz, Green attorneys, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

(a) ACandS

(b) A.P. Green

(c) ARMSTRONG WORLD INDUSTRIES, INC.,
successor in interest to ARMSTRONG CORK COMPANY

(d) ASBESTOS CLAIMS MANAGEMENT CORPORATION,
f/k/a NATIONAL GYPSUM COMPANY, ASBESTOSPRAY CORP.,

(e) COMBUSTION ENGINEERING, INC.,

(g) CONGOLEUM

(f) FIBREBOARD CORPORATION

(g) THE FLINTKOTE COMPANY

(h) GAF CORPORATION

(i) GASKET HOLDING, INC., f/k/a FLEXITALIC, INC., f/k/a FLEXITALIC COMPANY, INC.

(l) GLOBAL INDUSTRIAL TECHNOLOGIES, INC.

(j) HARBISON-WALKER REFRACTORIES COMPANY,

(k) KAISER ALUMINUM CORPORATION

(l) KAISER ALUMINUM & CHEMICAL CORPORATION

(m) OWENS CORNING

(n) PITTSBURG CORNING CORPORATION

1

- (o) QUIGLEY COMPANY, INC., a subsidiary of PFIZER, INC.,
- (p) NORTH AMERICAN REFRACTORIES
- (q) T & N PLC.,
- (r) UNITED STATES GYPSUM COMPANY (USG Corp.)
- (s) UNITED STATES MINERAL PRODUCTS COMPANY, formerly known as UNITED STATES MINERAL WOOL COMPANY,
- (t) WORTHINGTON CORPORATION,
- (u) W.R. GRACE & CO.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Lipsitz, Green to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of November, 2004.

Signed: _Joseph R Zinino_

Claimant's SSN: 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

Address: PO Box 896
Denver, NC 28037-0896



RECEIVED DEC 2 7 2004

2

*Kan Kolensky*

# GENERAL POWER OF ATTORNEY

To: Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP (Lipsitz, Green)
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

The undersigned claimant hereby authorizes Lipsitz, Green attorneys, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

(a) ACandS

(b) A.P. Green

(c) ARMSTRONG WORLD INDUSTRIES, INC., successor in interest to ARMSTRONG CORK COMPANY

(d) ASBESTOS CLAIMS MANAGEMENT CORPORATION, f/k/a NATIONAL GYPSUM COMPANY, ASBESTOSPRAY CORP.,

(e) COMBUSTION ENGINEERING, INC.,

(g) CONGOLEUM

(f) FIBREBOARD CORPORATION

(g) THE FLINTKOTE COMPANY

(h) GAF CORPORATION

(i) GASKET HOLDING, INC., f/k/a FLEXITALIC, INC., f/k/a FLEXITALIC COMPANY, INC.

(l) GLOBAL INDUSTRIAL TECHNOLOGIES, INC.

(j) HARBISON-WALKER REFRACTORIES COMPANY,

(k) KAISER ALUMINUM CORPORATION

(l) KAISER ALUMINUM & CHEMICAL CORPORATION

(m) OWENS CORNING

(n) PITTSBURG CORNING CORPORATION

1

(o) QUIGLEY COMPANY, INC., a subsidiary of PFIZER, INC.,

(p) NORTH AMERICAN REFRACTORIES

(q) T & N PLC.,

(r) UNITED STATES GYPSUM COMPANY (USG Corp.)

(s) UNITED STATES MINERAL PRODUCTS COMPANY,
formerly known as UNITED STATES MINERAL WOOL COMPANY,

(t) WORTHINGTON CORPORATION,

(u) W.R. GRACE & CO.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Lipsitz, Green to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of November, 2004.

Signed: _Patricia Lee_

Claimant's SSN: 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

Address: 12644 - Brookview Manor
Bella Vista, Ca
96008

JAN 18 2005

2

# GENERAL POWER OF ATTORNEY

To:   Lipsitz, Green, Fahringer, Roll, Salisbury & Cambria LLP (Lipsitz, Green)
42 Delaware Avenue, Suite 300
Buffalo, New York 14202

The undersigned claimant hereby authorizes Lipsitz, Green attorneys, as attorney in fact for the undersigned and with full power of substitution, to vote on any questions that may be lawfully submitted to creditors of any debtors who have filed for bankruptcy in a United States Bankruptcy Court, including but not limited to:

(a)   ACandS

(b)   A.P. Green

(c)   ARMSTRONG WORLD INDUSTRIES, INC.,
      successor in interest to ARMSTRONG CORK COMPANY

(d)   ASBESTOS CLAIMS MANAGEMENT CORPORATION,
      f/k/a NATIONAL GYPSUM COMPANY, ASBESTOSPRAY CORP.,

(e)   COMBUSTION ENGINEERING, INC.,

(g)   CONGOLEUM

(f)   FIBREBOARD CORPORATION

(g)   THE FLINTKOTE COMPANY

(h)   GAF CORPORATION

(i)   GASKET HOLDING, INC., f/k/a  FLEXITALIC, INC., f/k/a  FLEXITALIC COMPANY, INC.

(l)   GLOBAL INDUSTRIAL TECHNOLOGIES, INC.

(j    HARBISON-WALKER REFRACTORIES COMPANY,

(k)   KAISER ALUMINUM CORPORATION

(l)   KAISER ALUMINUM & CHEMICAL CORPORATION

(m)   OWENS CORNING

(n)   PITTSBURG CORNING CORPORATION

1

(o) QUIGLEY COMPANY, INC., a subsidiary of PFIZER, INC.,

(p) NORTH AMERICAN REFRACTORIES

(q) T & N PLC.,

(r) UNITED STATES GYPSUM COMPANY (USG Corp.)

(s) UNITED STATES MINERAL PRODUCTS COMPANY,
formerly known as UNITED STATES MINERAL WOOL COMPANY,

(t) WORTHINGTON CORPORATION,

(u) W.R. GRACE & CO.

and in general to perform any act not constituting the practice of law for the undersigned in all matters arising in those cases. This Power of Attorney specifically empowers Lipsitz, Green to vote on behalf of the undersigned claimant on any Plan of Reorganization on which undersigned claimant is entitled to vote. Furthermore, the undersigned claimant intends for this authorization to extend to any current debtors not specifically identified above, or any entity against which the undersigned claimant may have an assertable claim who may at some point in the future file for bankruptcy in any United States Bankruptcy Court and become a debtor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25 day of February, 2005.

Signed: _____
Ronald Drabcyzk

Claimant's SSN: 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

Address: 3047 Duluth Street,
Niagara Falls, NY 14305

2