## Lipsitz, Green WR Grace Bankruptcy Claims

| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | First Name & Middle Initial of Creditor/equity security holder | Last Name | Street Address | City | State | Zip Code | Reserved | Form of agreement/instrument empowering entity to act on behalf of creditors or equity security holders | Amount of claim of creditor if liquidated (claim is assumed to be unliquidated if blank) | Date of acquisition of creditor's claim if acquired within 1 year prior to 4/16/2000 | For personal injury claimants. type of disease & for all other claimants. the nature of the claim or interest | Pertinent facts & circumstances regarding employment of counsel or indenture trustee. and. in the case of a committee. the name or names of the entity at whose instance directly or indirectly the employment directly or indirectly the employment was arranged or the committee was organized or agreed to act (reference additional exhibits if necessary) |
| 2 | Victoria Budrewicz, as Executrix of the Estate of Peter J. | Budrewicz | 6516 Ralph Court | Niagara Falls | NY | 14304 | | POA | | | Pleural | Retained by claimant for asbestos injury litigation |
| 3 | Antonia Toczek, as Executrix for the Estate of Terrence | Kogler | 1460 Southwestern Blvd., Apt. 1 | W. Seneca | NY | 14224 | | POA | | | Mesothelioma | Retained by claimant for asbestos injury litigation |
| 4 | Joseph | Zerino | P.O. Box 452 | Lockport | NY | 14095 | | POA | | | Pleural | Retained by claimant for asbestos injury litigation |
| 5 | Patricia Lee, as Voluntary Administratrix of the Estate of Walter C. | Kankolenski | 12644 Brookview Manor Drive | Bella Vista | CA | 96008 | | POA | 1000 | | Pleural | Retained by claimant for asbestos injury litigation |
| 6 | Ronald | Drabczyk | 487 25th Street | Niagara Falls | NY | 14303 | | POA | | | Mesothelioma | Retained by claimant for asbestos injury litigation |

1