**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10977
**Claimant:** REGIONAL MED CTR FKA SPARKS MEM. HOSPITA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10978
**Claimant:** FOX CHAPEL COUNTRY CLUB,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10979
**Claimant:** CORRY MEMORIAL HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10980
**Claimant:** ROBINSON AUDITORIUM,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10981
**Claimant:** SHERATON HOTEL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10982
**Claimant:** ALLEGHENY GENERAL HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10983
**Claimant:** 3570 WEST LAKE BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10984
**Claimant:** MARTHA WASHINGTON HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10985
**Claimant:** SOUTHERN LIFE INSURANCE COMPANY,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10986
**Claimant:** HENRY CLAY BRICK HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10987
**Claimant:** SEQUOIA HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10988
**Claimant:** LONG ISLAND TRUST,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10989
**Claimant:** ROTUNDA A AIRPORT TERMINAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10990
**Claimant:** TRANSAMERICA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

   ☐ No documents were provided.

   ☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

   ☐ No documents were provided.

   ☑ Documents provided are insufficient because:

   they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

   ☑ No documents were provided.

   ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

   ☐ No documents were provided.

   ☑ Documents provided are insufficient because:

   building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10991
**Claimant:** SANTA TERESA HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10992
**Claimant:** SECURITY PACIFIC BANK,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10993
**Claimant:** GILA COUNTY HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10994
**Claimant:** PERMANENT SAVINGS & LOAN BLDG.,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10995
**Claimant:** NORTH ARKANSAS REGIONAL MEDICAL CENTER,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10996
**Claimant:** MASONIC BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10997
**Claimant:** 1ST NATIONAL BANK,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10998
**Claimant:** ST. LUKE`S HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:** ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 10999
**Claimant:** SHADYSIDE HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11000
**Claimant:** LONG ISLAND JEWISH HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **<u>Category 1 Claim:</u>**     ☐ Category 1 Comments:

　16. Documents relating to the purchase and/or installation of the product in the property.

　　　☐ No documents were provided.

　　　☐ Documents provided are insufficient because:

　18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

　　　☐ No documents were provided.

　　　☑ Documents provided are insufficient because:

　　　they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

　22. Documents concerning efforts to remove, contain and/or abate the Grace product.

　　　☑ No documents were provided.

　　　☐ Documents provided are insufficient because:

　26. Documents concerning testing or sampling for asbestos in the property.

　　　☐ No documents were provided.

　　　☑ Documents provided are insufficient because:

　　　building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11001
**Claimant:** STANDARD OIL BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:** ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11002
**Claimant:** TEMPLE ADATH YESRAN,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11003
**Claimant:** SCHUYLER HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11004
**Claimant:** HOWLAND HOOK TERMINAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**      ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11005
**Claimant:** YWCA OF THE HARTFORD REGION,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11006
**Claimant:** STANDARD OIL BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

      they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

      they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

      building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11007
**Claimant:** WELLS FARGO BANK,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11009
**Claimant:** 211 MAIN STREET BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11010
**Claimant:** RUDEN BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**  ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11011
**Claimant:** FAR-MAR COMPANY,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11012
**Claimant:** CROCKER PLAZA COMPANY,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **<u>Category 1 Claim:</u>**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11013
**Claimant:** LIBERTY MUTUAL INSURANCE BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11014
**Claimant:** TRANSAMERICA FKA OCCIDENTAL LIFE INS COM,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11015
**Claimant:** TARZANA MEDICAL CENTER,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11016
**Claimant:** ST. MARY`S HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **<u>Category 1 Claim:</u>**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11017
**Claimant:** SENIOR CITIZENS BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11018
**Claimant:** SANTA TERESA MEDICAL OFFICE BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11019
**Claimant:** QUANTAS OFFICE BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11020
**Claimant:** PACIFIC GAS & ELECTRIC BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**       ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11021
**Claimant:** PACIFIC GAS & ELECTRIC BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11022
**Claimant:** NOB HILL APARTMENTS,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11023
**Claimant:** MERCY HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11024
**Claimant:** MEDICAL RESEARCH CTR NKA CA INST OF MED,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11025
**Claimant:** SALINAS VALLEY MEMORIAL HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

    they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

    they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

    building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11026
**Claimant:** JOHN MUIR HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11027
**Claimant:** BERGDORF BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11028
**Claimant:** SECURITY PACIFIC BANK BUILDING,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **<u>Category 1 Claim:</u>**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11029
**Claimant:** EASTMAN KODAK BUILDING #213,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11030
**Claimant:** EASTMAN KODAK BUILDING #317,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11031
**Claimant:** EASTMAN KODAK BUILDING #211,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11032
**Claimant:** EASTMAN KODAK BUILDING #82,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11033
**Claimant:** EL CAMINO HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11034
**Claimant:** SANTA ROSA HOSPITAL,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11035
**Claimant:** EASTMAN KODAK BUILDING #69,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**        ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11036
**Claimant:** TWO ALLEGHENY CENTER,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

   ☐ No documents were provided.

   ☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

   ☐ No documents were provided.

   ☑ Documents provided are insufficient because:

   they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

   ☑ No documents were provided.

   ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

   ☐ No documents were provided.

   ☑ Documents provided are insufficient because:

   building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11037
**Claimant:** ONE ALLEGHENY CENTER,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11038
**Claimant:** EASTMAN KODAK BUILDING #9,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11039
**Claimant:** FORT SMITH CONVENTION CTR & CIVIC AUDITO,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

  16. Documents relating to the purchase and/or installation of the product in the property.

  ☐ No documents were provided.

  ☑ Documents provided are insufficient because:

  they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

  18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

  ☐ No documents were provided.

  ☑ Documents provided are insufficient because:

  they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

  22. Documents concerning efforts to remove, contain and/or abate the Grace product.

  ☑ No documents were provided.

  ☐ Documents provided are insufficient because:

  26. Documents concerning testing or sampling for asbestos in the property.

  ☐ No documents were provided.

  ☑ Documents provided are insufficient because:

  building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11040
**Claimant:** DUANE ARNOLD ENERGY CENTER,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**     ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11041
**Claimant:** SAFEWAY STORE,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11042
**Claimant:** CARNEGIE MUSEUM,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11043
**Claimant:** GRANT VILLAGE,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**  ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11044
**Claimant:** CONNECTICUT HISTORICAL SOCIETY,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11045
**Claimant:** WELLS FARGO BUILDING FKA 550 CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** STEINMEYER, AMANDA G
**Law Firm:** SPEIGHTS & RUNYAN
**Claim Number:** 11046
**Claimant:** MIDICENTERS OF AMERICA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

　　16. Documents relating to the purchase and/or installation of the product in the property.

　　　　☐ No documents were provided.

　　　　☐ Documents provided are insufficient because:

　　18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

　　　　☐ No documents were provided.

　　　　☑ Documents provided are insufficient because:

　　　　they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

　　22. Documents concerning efforts to remove, contain and/or abate the Grace product.

　　　　☑ No documents were provided.

　　　　☐ Documents provided are insufficient because:

　　26. Documents concerning testing or sampling for asbestos in the property.

　　　　☐ No documents were provided.

　　　　☑ Documents provided are insufficient because:

　　　　building air sample results were not included.