IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: June 10, 2004 at 4:00 p.m. |
| | ) | Hearing Date: June 27, 2005 at 12:00 p.m. |

**NOTICE OF FILING OF
THIRD QUARTERLY INTERIM FEE APPLICATION OF
CIBC WORLD MARKETS, INC., FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FOR THE PERIOD
OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

TO:     (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States
        Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury
        Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage
        Claimants; (6) Counsel to the Official Committee of Equity Holders;
        (7) Counsel to the Debtors-in-Possession Lender; (8) the Fee Auditor; and
        (9) Parties on the Service List

CIBC World Markets, Inc ("CIBC"), has filed and served its Third Quarterly

Interim Fee Application for Compensation and Reimbursement of Expenses Incurred for

the Period October 1, 2004 through December 31, 2004 seeking payment in the amount

of $450,000.00 and $2,726.28 in expenses for a total of $452,726.28 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members dated April 17, 2002 (the "Administrative Order")

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 10, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T Austern, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Jr., Esquire, Phillips, Goldman & Spence, P A, 1200 North Broom Street, Wilmington, DE 19806 ; (ii) co-counsel for the Debtors, David M Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B Joseph, Esquire, Ferry & Joseph, P A., 824 Market Street, Suite 904, P O Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and

-2-

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J Perch, Esquire, 844 N King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H Smith, Warren H Smith and Associates, Republic Center, 325 N St. Paul, Suite 4080, Dallas, TX 75201

Any questions regarding this Notice or attachments may be directed to the undersigned counsel

Respectfully submitted,

PHILLIPS, GOLDMAN & SPENCE, P A.

John C Phillips, Jr (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern,
Future Claimants Representative

Dated: March 18, 2005

-3-

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: June 10, 2004 at 4:00 p.m. |
| | ) | Hearing Date: June 27, 2005 at 12:00 p.m. |

### THIRD QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD MARKETS CORP., AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENAVIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

### SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | As of June 4, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which compensation and reimbursement is sought: | October 1, 2004 – December 31, 2004 |
| Amount of Compensation sought as actual, reasonable and necessary: | $450,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,726.28 |

This is a _____ monthly      _x_ interim      _____ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

October 1, 2004 – December 31, 2004

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Case Administration/Filings Related | 57 5 | NA |
| Business Operations/Business Results Related | 295 4 | NA |
| Financial Analysis | 287 6 | NA |
| Plan & Disclosure Statement | 165 5 | NA |
| Settlement Analysis | 32.3 | NA |
| TOTAL | 838.2 | NA |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

October 1, 2004 – December 31, 2004

| Expense Category | Total |
|---|---|
| Telephone | $97 88 |
| Transportation | 135 41 |
| Meals | 64 00 |
| Desktop Publishing/Printing | 1,283 33 |
| Research | 1,145.66 |
| TOTAL | $2,726.28[2] |

---

CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour by category is not applicable

CIBC previously asked for fees in the amount of $2,866 71 in the monthly applications covered by this third quarterly interim fee application. CIBC has voluntarily reduced its total expense reimbursement request for the quarter by a total of $140 43, $103 43 of which relates to late-night office meals and $37 00 relates to late-night transportation costs

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: June 10, 2005 at 4:00 p.m. |
| | ) | Hearing Date: June 27, 2005 at 12:00 p.m. |

**THIRD QUARTERLY INTERIM FEE APPLICATION OF
CIBC WORLD MARKETS CORP., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

Pursuant to 328(a) U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Retention Order (as defined herein), and this Court's Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Procedures"), CIBC World Markets Corp. ("CIBC") hereby submits this third quarterly interim application (the "Third Quarterly Interim Application") for an allowance of (i) compensation for professional services rendered to the future claimants' representative of W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the period of October 1, 2004 through December 31, 2004 (the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period. In support of this Third Quarterly Interim Application, CIBC respectfully represents as follows:

### I.    Jurisdiction

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## II.  **Background**

2.  On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code

3.  By an Order dated May 24, 2004, the Court appointed David T. Austern as the Legal Representative for Future Asbestos Claimants (the "FCR") for the above captioned cases The same Order authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee (Section 1103 of the bankruptcy code)  On June 17, 2004, the FCR applied to this Court for an order authorizing the retention of CIBC pursuant to an engagement agreement dated June 4, 2004 (the "Engagement Agreement") as his financial advisor

4.  On September 27, 2004, this Court entered an order (the "Retention Order") authorizing the FCR to employ CIBC as financial advisor effective nunc pro tunc as of the June 4, 2004 pursuant to the terms of the Engagement Agreement  A copy of the Retention Order is annexed hereto as Exhibit C

## III.  **Summary of Services Rendered**

5.  The financial services provided to the FCR by CIBC during this period included but was not limited to:

(a)  Conducting due diligence and familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the specialty chemicals industry in which the Debtor operates;

(b)  Conducting due diligence and familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the financial condition of the Debtors' businesses;

(c) Conducting due diligence and familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the operations of the Debtors' businesses;

(d) Advising the FCR with respect to a proposed restructuring and implementation of a trust as contemplated under Section 524(g) of the Bankruptcy Code including analyzing, negotiating and effecting a plan of reorganization or recapitalization for the Debtors;

(e) Reviewing and analyzing the Debtors' claim analysis and contemplated plan treatment;

(f) Familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the Court docket and the numerous motions and orders filed in connection with this case;

(g) Analyzing the financial impact on the Debtor of current motions in this case, including those related to pension funding and other economic matters;

(h) Evaluating the financial effect of the implementation of any plan of reorganization upon the assets or securities of the Debtors; and

(i) Performing valuation analyses on the Debtors and their assets

## IV.  CIBC's Request for Compensation and Expense Reimbursement

6.  Pursuant to the Procedures, professionals may request monthly compensation and the reimbursement of expenses incurred. The notice parties listed in the Procedures may object to such a request. If no notice party objects to a professional's request within twenty (20) days after the date of service of the request, the applicable professional may submit to this Court a certification of no objection whereupon the Debtors are authorized to pay 80% of the fees and 100% of the expenses requested

7.  Furthermore, and also pursuant to the Procedures, professionals are to file with this Court and serve upon the notice parties a quarterly request for interim approval and allowance of the monthly fee applications filed during the quarter. If this Court grants the relief requested in these quarterly requests, the Debtors are authorized and directed to pay 100% of the fees and expenses requested in the monthly fee applications for the applicable quarter (less amounts previously paid as a result of monthly fee applications)

8.    With this Third Quarterly Interim Application, CIBC seeks interim allowance of
compensation in the amount of $450,000.00, representing three monthly fees of $150,000.00 for
the period of October 1, 2004 through December 31, 2004

9.    During the Third Interim Period, CIBC has recorded expenses in the amount of
$2,726.28[1] The actual and necessary costs and expenses for which CIBC seeks reimbursement
include the following:

a.    ***Research*** -- It is CIBC's practice to use financial market research in
providing financial advisory services  This primarily consists of research
reports on public companies and market/industry reports issued by
investment banks other than CIBC as well as other research services.
The charge to the client is actual cost. without a premium

b.    ***Transportation*** -- CIBC charges clients for necessary transportation
costs related to travel to and from an airport and necessary airfare costs
or other costs in connection with travel to meetings, due diligence, etc.
The charge to the client is actual cost, without a premium

c.    ***Meals*** -- CIBC charges clients for meal/catering costs incurred when
meeting with clients or other case professionals. The charge to the client
is actual cost, without a premium

d.    ***Telephone*** -- CIBC charges clients for mobile telephone charges.
Necessary mobile phone usage is reimbursed to professionals submitting
an appropriate bill.

e.    **Printing/Desktop Publishing** -- CIBC charges clients for outsourced
desktop publishing costs and printing charges associated with the
production of presentations and similar materials. The charge to the
client is actual cost, without a premium.

## V.   Relief Requested

10.    With this Third Quarterly Interim Application, CIBC requests that this Court
approve the interim allowance of compensation for professional services rendered and the
reimbursement of actual and necessary expenses incurred during the Interim Period

---

[1] CIBC previously asked for fees in the amount of $2 866 71 in the monthly applications covered by this third quarterly interim fee
application  CIBC has voluntarily reduced its total expense reimbursement request for the quarter by a total of $140 43, $103 43
of which relates to late-night office meals and $37 00 relates to late-night transportation costs

11.  Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, and such compensation and reimbursement which has been or may be paid pursuant to the Procedures, CIBC has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

12.  Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, CIBC has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, for all these reasons, CIBC respectfully requests that the Court allow CIBC the sum of $450,000.00 in fees and expenses of $2,726.28 for a total compensation of $452,726.28 for the period October 1, 2004 to December 31, 2004, that such sums be authorized for payment, and that the Court grant such other and further relief as is just and proper.

Dated: March 15, 2005

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to Davis T. Austern
Future Claimants' Representative

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joanna Wu | 10/4/2004 | 1.5 | Business Operations | Review industry reports |
| Joseph Radecki | 10/4/2004 | 4.0 | Business Operations | Review & Preparation of Report to FCR |
| Jonathan Brownstein | 10/4/2004 | 4.3 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/4/2004 | 6.0 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/4/2004 | 8.5 | Business Operations | Preparation of Report to FCR |
| Joseph Radecki | 10/5/2004 | 2.8 | Business Operations | Review & Preparation of Report to FCR |
| Jonathan Brownstein | 10/5/2004 | 3.3 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/5/2004 | 7.5 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/5/2004 | 8.0 | Business Operations | Preparation of Report to FCR |
| Joseph Radecki | 10/6/2004 | 1.0 | Business Operations | Review & Preparation of Report to FCR; internal meetings re: same |
| Jonathan Brownstein | 10/6/2004 | 6.0 | Business Operations | Preparation of Report to FCR; internal meetings to review |
| Ritwik Chatterjee | 10/6/2004 | 7.5 | Business Operations | CIBC team meetings; Preparation of Report to FCR |
| Joanna Wu | 10/6/2004 | 0.8 | Business Operations | Meetings and discussions with CIBC deal team |
| Joseph Radecki | 10/7/2004 | 5.8 | Business Operations | Review & Preparation of Report to FCR |
| Jonathan Brownstein | 10/7/2004 | 9.8 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/7/2004 | 11.0 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/7/2004 | 3.0 | Financial Analysis | Review of historical Financial Statements for valuation update |
| Joseph Radecki | 10/8/2004 | 2.5 | Business Operations | Review & Preparation of Report to FCR |
| Jonathan Brownstein | 10/8/2004 | 5.1 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/8/2004 | 8.0 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/8/2004 | 2.3 | Financial Analysis | Review of historical Financial Statements for valuation update |
| Ritwik Chatterjee | 10/9/2004 | 3.8 | Business Operations | Preparation of Report to FCR |
| Joseph Radecki | 10/11/2004 | 2.0 | Business Operations | Review & Preparation of Report to FCR; internal meetings re: same |
| Jonathan Brownstein | 10/11/2004 | 2.0 | Business Operations | Preparation of Report to FCR; internal meetings to review |
| Ritwik Chatterjee | 10/11/2004 | 6.0 | Business Operations | CIBC team meetings; Preparation of Report to FCR |
| Joanna Wu | 10/11/2004 | 7.1 | Business Operations | Discussions with CIBC deal team; Preparation of Report to FCR |
| Joseph Radecki | 10/12/2004 | 3.3 | Business Operations | Review & Preparation of Report to FCR |
| Jonathan Brownstein | 10/12/2004 | 3.3 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/12/2004 | 5.6 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/12/2004 | 2.0 | Financial Analysis | Review of Operating Results from Management |
| Ritwik Chatterjee | 10/13/2004 | 9.3 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/13/2004 | 7.0 | Business Operations | Preparation of Report to FCR |
| Joseph Radecki | 10/14/2004 | 3.0 | Business Operations | Review & Preparation of Report to FCR |
| Joseph Radecki | 10/14/2004 | 1.0 | Business Operations | Review & Preparation of Report to FCR |
| Ritwik Chatterjee | 10/14/2004 | 8.0 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/14/2004 | 7.8 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/15/2004 | 6.8 | Business Operations | Preparation of Report to FCR; internal discussions re: same |
| Joanna Wu | 10/15/2004 | 11.0 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/17/2004 | 6.3 | Business Operations | Preparation of Report to FCR |
| Ritwik Chatterjee | 10/18/2004 | 7.3 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/18/2004 | 8.0 | Business Operations | Preparation of Report to FCR |
| Joseph Radecki | 10/19/2004 | 4.0 | Business Operations | Review & Preparation of Report to FCR |
| Jonathan Brownstein | 10/19/2004 | 4.0 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/19/2004 | 9.8 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/20/2004 | 6.0 | Business Operations | Preparation of Report to FCR |
| Joanna Wu | 10/21/2004 | 7.3 | Business Operations | Preparation of Report to FCR |
| Joseph Radecki | 10/25/2004 | 2.3 | Settlement Analysis | Review of valuation work and settlement topics; discussions with CIBC |
| Jonathan Brownstein | 10/25/2004 | 1.0 | Case Filings | Review of Recent Docket Filings/Motions |
| Jonathan Brownstein | 10/25/2004 | 1.3 | Settlement Analysis | Review of Proposed Resolution and Valuation; internal meetings to review and discuss general case issues; Discussions with Tersigni/Blackstone |
| Ritwik Chatterjee | 10/25/2004 | 4.0 | Case Filings | Review of Recent Docket Filings/Motions; review warrant issues |
| Ritwik Chatterjee | 10/25/2004 | 2.3 | Settlement Analysis | Review of Proposed Deal Resolution; Internal meetings re: same; Talks with Blackstone and Tersigni Group |
| Joanna Wu | 10/25/2004 | 3.3 | Financial Analysis | Update LTM financial results; Internal meetings and discussions |
| Joseph Radecki | 10/26/2004 | 3.5 | Settlement Analysis | Review of valuation work and settlement topics; discussions with CIBC |
| Ritwik Chatterjee | 10/26/2004 | 2.0 | Case Filings | Review of Recent Docket Filings/Motions |
| Joanna Wu | 10/26/2004 | 3.0 | Case Filings | Review of documents filed with Court |

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 10/27/2004 | 1.0 | Business Results | Review of Q3 Results Press Release |
| Joseph Radecki | 10/27/2004 | 2.8 | Settlement Analysis | Review of Proposed Resolution and Valuation, discussions with CIBC |
| Jonathan Brownstein | 10/27/2004 | 1.0 | Business Results | Review of Q3 Results Press Release |
| Jonathan Brownstein | 10/27/2004 | 2.0 | Settlement Analysis | Review of Proposed Resolution and Valuation, internal meetings to review and discuss general case issues; Discussions with Tersigni/Blackstone |
| Ritwik Chatterjee | 10/27/2004 | 1.0 | Case Filings | Review of Recent Docket Filings/Motions |
| Ritwik Chatterjee | 10/27/2004 | 2.5 | Settlement Analysis | Review of Proposed Resolution and Valuation. Internal meetings re same. Talks with Blackstone and Tersigni Group |
| Joanna Wu | 10/27/2004 | 5.8 | Financial Analysis | Review financial information released compare with peer results |
| Joseph Radecki | 10/28/2004 | 5.0 | Settlement Analysis | Review of Proposed Resolution and Valuation, discussions with CIBC team/Blackstone/Tersigni Consulting re same |
| Jonathan Brownstein | 10/28/2004 | 7.0 | Settlement Analysis | Review of Proposed Resolution and Valuation, internal meetings to review and discuss general case issues; Discussions with Tersigni/Blackstone |
| Ritwik Chatterjee | 10/28/2004 | 1.8 | Business Results | CIBC team meetings  Review of quarterly financial press release from Company |
| Ritwik Chatterjee | 10/28/2004 | 4.8 | Settlement Analysis | Review of Proposed Resolution and Valuation  Internal meetings re same. Talks with Blackstone and Tersigni Group |
| Joanna Wu | 10/28/2004 | 6.3 | Financial Analysis | Review financial information released  compare with peer results, discussions re same internal team |
| Joseph Radecki | 10/29/2004 | 2.3 | Financial Analysis | Review of comparable financial analysis |
| Ritwik Chatterjee | 10/29/2004 | 5.0 | Settlement Analysis | Review of Proposed Resolution and Valuation |
| Joanna Wu | 10/30/2004 | 4.3 | Settlement analysis | Valuation work  review settlement proposal |
| Joseph Radecki | 11/1/2004 | 2.0 | Settlement Discussions / Analysis | CIBC internal discussions / Analysis of Potential Settlement Alternatives |
| Jonathan Brownstein | 11/1/2004 | 1.8 | Settlement Discussions / Analysis | Discussions / Analysis of Potential Settlement Alternatives |
| Ritwik Chatterjee | 11/1/2004 | 3.3 | Settlement Discussions / Analysis | CIBC Team meetings. Analysis of Potential Settlement Alternatives |
| Joanna Wu | 11/1/2004 | 1.5 | Settlement Discussions / Analysis | CIBC Team meetings |
| Joseph Radecki | 11/2/2004 | 2.8 | Settlement Analysis | Discussions and analysis regarding various settlement issues |
| Jonathan Brownstein | 11/2/2004 | 7.8 | Settlement Analysis | Analysis of Various Alternative Settlements |
| Ritwik Chatterjee | 11/2/2004 | 4.0 | Settlement Analysis | Review and analysis of settlement alternatives |
| Ritwik Chatterjee | 11/3/2004 | 1.3 | Settlement Analysis | Review and analysis of settlement alternatives |
| Joseph Radecki | 11/4/2004 | 1.3 | Business Operations | Review of Case Filings |
| Jonathan Brownstein | 11/4/2004 | 5.0 | Financial Analysis | Review of Q3 Financial Statements  Monthly Operating and Financial Reports |
| Ritwik Chatterjee | 11/4/2004 | 6.3 | Financial Analysis | Review of quarterly results and related analysis |
| Joanna Wu | 11/4/2004 | 7.3 | Financial Analysis | Financial analysis / Review of Q financials |
| Joseph Radecki | 11/5/2004 | 2.5 | Financial Analysis | Review of quarterly financial results |
| Jonathan Brownstein | 11/5/2004 | 0.5 | Business Operations | Review of Case Filings |
| Jonathan Brownstein | 11/5/2004 | 1.5 | Case Administration | Preparation / Review of Fee Applications |
| Jonathan Brownstein | 11/5/2004 | 2.3 | Financial Analysis | Review of Q3 Financial Results - Prepare for Q1 Call with Management |
| Jonathan Brownstein | 11/5/2004 | 2.5 | Settlement Analysis | Analysis of Various Alternative Settlements |
| Ritwik Chatterjee | 11/5/2004 | 1.5 | Financial Analysis | Quarterly financial results and related analysis review |
| Ritwik Chatterjee | 11/5/2004 | 2.5 | Settlement Analysis | Analysis of Various Alternative Settlements  review case docket |
| Joseph Radecki | 11/8/2004 | 1.0 | Financial Analysis | Conference call (case professionals & management) re  quarterly results |
| Jonathan Brownstein | 11/8/2004 | 1.0 | Financial Analysis | Q3 Updated Conference Call with Management / Other Professionals |
| Ritwik Chatterjee | 11/8/2004 | 1.0 | Financial Analysis | Call re. Quarterly financial results and related analysis; Quarterly financial results and related analysis |
| Joanna Wu | 11/8/2004 | 4.5 | Financial Analysis | Call re  Q financial results. Financial analysis re  same |
| Joseph Radecki | 11/9/2004 | 1.8 | Business Operations | Review of Case Filings |
| Ritwik Chatterjee | 11/9/2004 | 1.3 | Business Operations | Internal CIBC meetings re various case issues |
| Joanna Wu | 11/9/2004 | 1.3 | Business Operations | Internal CIBC meetings re various case issues |
| Joseph Radecki | 11/10/2004 | 2.5 | Business Operations | Review of Case Filings |
| Joanna Wu | 11/10/2004 | 5.0 | Financial Analysis | Financial and valuation analysis |
| Joanna Wu | 11/11/2004 | 6.0 | Financial Analysis | Financial and valuation analysis |
| Joseph Radecki | 11/12/2004 | 1.0 | Business Operations | Review of Case Filings |
| Jonathan Brownstein | 11/12/2004 | 0.5 | Business Operations | Review of Case Filings |
| Ritwik Chatterjee | 11/12/2004 | 1.0 | Financial Analysis | Various financial analyses on Company |
| Joseph Radecki | 11/15/2004 | 4.0 | Plan and Disclosure Statement | Review of Debtors  Plan of Reorg/Disclosure Statement |
| Jonathan Brownstein | 11/15/2004 | 8.8 | Plan and Disclosure Statement | Review of Debtors  Disclosure Statement and Plan of Reorganization |
| Ritwik Chatterjee | 11/15/2004 | 1.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Joanna Wu | 11/15/2004 | 4.0 | Plan and Disclosure Statement | Review POR/DS from court docket |
| Joseph Radecki | 11/16/2004 | 2.5 | Business Operations | Review of various Case Filings |
| Jonathan Brownstein | 11/16/2004 | 4.8 | Plan and Disclosure Statement | Review of Debtors  Disclosure Statement and Plan of Reorganization |
| Ritwik Chatterjee | 11/16/2004 | 3.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Joanna Wu | 11/16/2004 | 11.0 | Financial Analysis | Valuation analysis (comparable public companies) |
| Joseph Radecki | 11/17/2004 | 3.8 | Plan and Disclosure Statement | Review of Debtors  Plan of Reorg/Disclosure Statement |
| Ritwik Chatterjee | 11/17/2004 | 7.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Joanna Wu | 11/17/2004 | 8.3 | Financial Analysis | Valuation analysis (comparable public companies) |

2

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 11/18/2004 | 6.3 | Plan and Disclosure Statement | Review of Debtors' Disclosure Statement and Plan of Reorganization |
| Ritwik Chatterjee | 11/18/2004 | 6.5 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits; Update of report to FCR |
| Joanna Wu | 11/18/2004 | 7.0 | Plan and Disclosure Statement | Update FCR valuation analysis from POR/DS information; financial analysis |
| Joseph Radecki | 11/19/2004 | 3.0 | Plan and Disclosure Statement | Draft presentation report to FCR |
| Jonathan Brownstein | 11/19/2004 | 0.5 | Business Operations | Review of Case Filings |
| Jonathan Brownstein | 11/19/2004 | 7.5 | Plan and Disclosure Statement | Preparation of Report to FCR |
| Ritwik Chatterjee | 11/19/2004 | 4.5 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits; Update of report to FCR |
| Joanna Wu | 11/19/2004 | 8.3 | Plan and Disclosure Statement | Update FCR valuation analysis from POR/DS information; financial analysis |
| Joseph Radecki | 11/22/2004 | 3.5 | Plan and Disclosure Statement | Review update of presentation report to FCR |
| Jonathan Brownstein | 11/22/2004 | 6.0 | Plan and Disclosure Statement | Preparation of Report to FCR |
| Ritwik Chatterjee | 11/22/2004 | 7.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits; Update of report to FCR |
| Joanna Wu | 11/22/2004 | 6.0 | Plan and Disclosure Statement | Update FCR valuation analysis from POR/DS information; financial analysis |
| Joseph Radecki | 11/23/2004 | 2.0 | Plan and Disclosure Statement | Review update of presentation report to FCR |
| Joanna Wu | 11/23/2004 | 9.5 | Financial Analysis | Financial and valuation analysis |
| Joseph Radecki | 11/24/2004 | 2.0 | Plan and Disclosure Statement | Draft presentation report to FCR |
| Jonathan Brownstein | 11/24/2004 | 2.0 | Plan and Disclosure Statement | Preparation of Report to FCR |
| Ritwik Chatterjee | 11/24/2004 | 4.0 | Plan and Disclosure Statement | Review Plan of Reorganization and related exhibits |
| Joanna Wu | 11/24/2004 | 2.5 | Plan and Disclosure Statement | Review POR/DS from court docket |
| Ritwik Chatterjee | 11/29/2004 | 6.8 | Plan and Disclosure Statement | Update of report to FCR, various related financial analysis |
| Joanna Wu | 11/29/2004 | 7.5 | Financial Analysis | Update FCR analysis |
| Joseph Radecki | 11/30/2004 | 4.0 | Financial Analysis | Review financial analysis |
| Ritwik Chatterjee | 11/30/2004 | 7.5 | Plan and Disclosure Statement | Update of report to FCR, various related financial analysis |
| Joanna Wu | 11/30/2004 | 5.5 | Financial Analysis | Update FCR analysis |
| Jonathan Brownstein | 12/2/2004 | 1.0 | Business operations | Meetings with CIBC team re. various case issues |
| Ritwik Chatterjee | 12/2/2004 | 1.3 | Business operations | Internal CIBC meetings re. various case issues |
| Joanna Wu | 12/2/2004 | 1.3 | Business operations | Internal CIBC meetings re. various case issues |
| Jonathan Brownstein | 12/3/2004 | 1.0 | Business Operations | Review of Case Filings |
| Ritwik Chatterjee | 12/3/2004 | 1.5 | Business operations | Internal CIBC meetings re. various case issues |
| Joseph Radecki | 12/6/2004 | 1.5 | Business operations | Review case docket |
| Jonathan Brownstein | 12/6/2004 | 1.0 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/6/2004 | 1.0 | Business operations | Review case docket |
| Jonathan Brownstein | 12/7/2004 | 0.5 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/7/2004 | 1.8 | Business operations | Review case docket |
| Joseph Radecki | 12/8/2004 | 2.5 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/8/2004 | 2.8 | Business operations | Review case docket |
| Joanna Wu | 12/8/2004 | 2.5 | Business operations | Review case docket |
| Joseph Radecki | 12/9/2004 | 2.0 | Business operations | Review case docket; discussion with Brownstein re. same |
| Ritwik Chatterjee | 12/9/2004 | 1.5 | Business operations | Internal CIBC meetings re. various case issues |
| Joanna Wu | 12/9/2004 | 1.5 | Business operations | Internal CIBC meetings re. various case issues |
| Jonathan Brownstein | 12/9/2004 | 1.0 | Business operations | Discussion with Radecki re. case issues |
| Jonathan Brownstein | 12/10/2004 | 0.5 | Business Operations | Review of Case Filings |
| Joanna Wu | 12/10/2004 | 1.0 | Business operations | Review case docket |
| Ritwik Chatterjee | 12/13/2004 | 2.0 | Business operations | Review case docket |
| Joanna Wu | 12/13/2004 | 8.5 | Financial analysis - valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/14/2004 | 2.0 | Valuation analysis | Review financial analysis |
| Jonathan Brownstein | 12/14/2004 | 5.0 | Valuation analysis | Various financial analysis |
| Ritwik Chatterjee | 12/14/2004 | 6.0 | Valuation analysis | Various financial valuation analysis |
| Joanna Wu | 12/14/2004 | 6.0 | Financial analysis - valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/15/2004 | 3.8 | Valuation analysis | Review valuation analysis |
| Jonathan Brownstein | 12/15/2004 | 7.0 | Valuation analysis | Various financial analysis |
| Ritwik Chatterjee | 12/15/2004 | 4.0 | Valuation analysis | Various financial valuation analysis |
| Joanna Wu | 12/15/2004 | 7.0 | Financial analysis - valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/16/2004 | 1.8 | Financial analysis | Review financial analysis |
| Jonathan Brownstein | 12/16/2004 | 5.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 12/16/2004 | 4.5 | Financial analysis/Valuation analysis | Various financial valuation analysis |
| Joanna Wu | 12/16/2004 | 8.3 | Financial analysis - valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/17/2004 | 3.5 | Valuation analysis | Review valuation work by Debtor |
| Jonathan Brownstein | 12/17/2004 | 3.5 | Valuation analysis | Review of Debtor's Valuation, review of case filings |
| Ritwik Chatterjee | 12/17/2004 | 3.0 | Valuation analysis | Review of Debtor's Valuation |
| Joanna Wu | 12/17/2004 | 6.3 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/20/2004 | 1.5 | Plan and Disclosure Statement | Review other filings in case |
| Jonathan Brownstein | 12/20/2004 | 2.5 | Hearing Attendance | Attending via telephone hearing held on December 20, 2004 |
| Joanna Wu | 12/20/2004 | 5.0 | Valuation analysis | Review debtor's valuation |

3

| | | | | |
|---|---|---|---|---|
| Joseph Radecki | 12/21/2004 | 1.5 | Plan and Disclosure Statement | Review other filings in case, meet with team re various analysis |
| Jonathan Brownstein | 12/21/2004 | 6.0 | Plan and Disclosure Statement / Financial Analysis | Various financial analysis |
| Ritwik Chatterjee | 12/21/2004 | 6.0 | Financial Analysis | Various financial valuation analysis. CIBC team meeting re same topic |
| Ivanna Wu | 12/21/2004 | 6.0 | Financial analysis / valuation | Financial analysis and valuation work internal team meetings re same |
| Joseph Radecki | 12/22/2004 | 4.0 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 12/22/2004 | 4.3 | Financial Analysis | Various financial analysis |
| Ritwik Chatterjee | 12/22/2004 | 2.0 | Valuation analysis | Valuation discussions with Wu re same |
| Ivanna Wu | 12/22/2004 | 4.0 | Financial analysis / valuation | Financial analysis and valuation work. Discussions with Chatterjee re same |
| Joseph Radecki | 12/23/2004 | 2.8 | Valuation analysis | Review valuation analysis |
| Jonathan Brownstein | 12/23/2004 | 4.8 | Valuation analysis | Various valuation analysis |
| Ritwik Chatterjee | 12/23/2004 | 3.0 | Business operations | Review case docket discussions with WA re. financial analysis |
| Ivanna Wu | 12/23/2004 | 5.0 | Financial analysis / valuation | Financial analysis and valuation work. Discussions with Chatterjee re same |
| Jonathan Brownstein | 12/24/2004 | 6.8 | Valuation analysis | Various valuation analysis |
| Joseph Radecki | 12/27/2004 | 3.0 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 12/27/2004 | 6.0 | Plan and Disclosure Statement / Financial Analysis | Various financial analysis |
| Ritwik Chatterjee | 12/27/2004 | 6.0 | Plan and Disclosure Statement / Financial Analysis | Various financial analysis |
| Ivanna Wu | 12/27/2004 | 6.0 | Financial Analysis/ Plan & DS | Financial analysis and valuation work |
| Joseph Radecki | 12/28/2004 | 3.1 | Financial analysis | Various financial analysis |
| Jonathan Brownstein | 12/28/2004 | 6.0 | Financial analysis | Various financial analysis |
| Ritwik Chatterjee | 12/28/2004 | 4.0 | Financial analysis | Various recovery analysis, other financial analysis |
| Ivanna Wu | 12/28/2004 | 5.5 | Financial analysis | Recovery analyses |
| Joseph Radecki | 12/29/2004 | 2.0 | Plan Analysis / Financial analysis | Discussion of recoveries in case with team members  analysis re same |
| Jonathan Brownstein | 12/29/2004 | 6.3 | Plan Analysis | Preparation of Recovery Analysis / Comparison to Prior Negotiations  discuss same with internal group |
| Ritwik Chatterjee | 12/29/2004 | 3.8 | Financial analysis | Various recovery analysis, other financial analysis |
| Ivanna Wu | 12/29/2004 | 4.0 | Financial analysis / valuation | Financial analysis and valuation work |
| Joseph Radecki | 12/30/2004 | 1.8 | Plan Analysis | Comparison of recovery scenarios to previous negotiations |
| Jonathan Brownstein | 12/30/2004 | 3.0 | Plan Analysis | Preparation of Recovery Analysis / Comparison to Prior Negotiations |

# EXHIBIT B

### W.R. Grace & Co.
### CIBC Expense Detail Report (October 1, 2004 – December 31, 2004)
### (with date expense was posted)

### October

Transportation
| | | |
|---|---|---|
| Joe Radecki (car rental) | 10/12/04 * | $61.31 |
| Joe Radecki (taxi) | 10/12/04 * | 9.60 |
| Joe Radecki (train) | 10/12/04 * | 58.50 |
| Joe Radecki (parking) | 10/12/04 ** | 6.00 |

Telephone
| | | |
|---|---|---|
| Joe Radecki | 10/12/04 | 97.88 |

Research
| | | |
|---|---|---|
| Headway Corporate Staffing Services | 10/19/04 | 912.00 |

### November

Meals
| | | |
|---|---|---|
| Meal - Joe Radecki | 11/03/04 | 64.00 |

Research
| | | |
|---|---|---|
| Dow Jones Reuters | 11/01/04 | 2.54 |
| Thomson Financial | 11/01/04 | 35.73 |
| Headway Corp Staffing Services | 11/17/04 | 98.00 |

Printing/DP
| | | |
|---|---|---|
| Printing & Desktop Publishing | Various | 1,283.33 |

### December

Research
| | | |
|---|---|---|
| Thomson Financial | 12/03/04 | 47.69 |
| Thomsom Financial | 12/13/04 | 49.70 |

** For travel on September 2, 2004
* For travel on September 27, 2004

5

# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., et al. | ) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)
Ref. Docket Nos 5833, 5950, 5979,
5981 & 6208
4/27/04 agendas

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, Future Claimants'

Representative ("Future Claimants' Representative") in the above-captioned chapter 11 cases of

W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under

section 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to

employ and retain CIBC World Markets Corp. ("CIBC") as his financial advisor; and the Court

having reviewed the Application and the accompanying Declaration of Joseph J. Radecki, Jr. (the

"Radecki Declaration"), a Managing Director of CIBC; and the Court being satisfied from the

Radecki Declaration that CIBC neither holds nor represents any interest adverse to the Future

Claimants' Representative on the matters upon which CIBC is to be engaged; and it appearing

that the relief requested is in the best interests of the Future Claimants' Representative and the

Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding

is a core proceeding pursuant to 28 U.S.C. § 158(a); and it appearing that notice of the

Application was good and sufficient under the particular circumstances and that no other or

further notice need be given and upon the record herein; and it further appearing that the terms

and conditions of CIBC's employment as further described in the Application and the Radecki

Declaration are reasonable and necessary; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application be, and it hereby is, approved;

2.    Pursuant to section 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T Austern as the Future Claimants' Representative [Docket No 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain CIBC as financial advisor effective as of June 4, 2004, upon the terms, and to perform the services, set forth in the Application and the Radecki Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3.    The indemnification provisions set forth in the engagement letter between the Future Claimants' Representative and CIBC, attached to the Radecki Declaration as Exhibit 1, including Annex A thereto (the "Engagement Agreement"), are incorporated by reference and are hereby approved;

4.    CIBC shall be compensated in accordance with the terms of the Engagement Agreement and section 328(a) of the Bankruptcy Code, subject to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and as may be fixed by order of this Court, including the Administrative Compensation Order(s) entered in these cases; and

5.    The fees and expenses of CIBC allowed by the Court shall be an administrative expenses of the Debtors' estates

Dated: ___9/17___, 2004

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| W.R. GRACE & CO., et al., | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## <u>AFFIDAVIT</u>

STATE OF NEW YORK    )
                       ) ss :
COUNTY OF NEW YORK )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1     I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2     No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3     I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4    I have reviewed the Third Quarterly Interim Application of CIBC World Markets Corp for the time period October 1, 2004 through December 31, 2004 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief

Joseph F Radecki, Jr

Sworn to and subscribed before me
this/___day of March, 2005

My commission expires:



THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

ORDER GRANTING THIRD QUARTERLY INTERIM APPLICATION OF CIBC
WORLD MARKETS CORP. FOR COMPENSATION AND FOR REIMBURSEMENT OF
EXPENSES FOR OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

CIBC World Markets Corp ("CIBC"), as financial advisor to the captioned debtors and

debtors-in-possession (the "Debtors"), filed its Third Quarterly Interim Application for allowance

of compensation and reimbursement of expenses for October 1, 2004 through December 31, 2004

(the "Third Quarterly Application") The Court has reviewed the Third Quarterly Application

and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U S C. Sections 157

and 1334; and (b) notice of the Third Quarterly Application, and any hearing on the Third

Quarterly Application, was adequate under the circumstances; and (c) all persons with standing

have been afforded the opportunity to be heard on the Third Quarterly Application  Accordingly,

it is hereby ORDERED that the Third Quarterly Application of CIBC is GRANTED on an

interim basis. The Debtors shall pay to CIBC the sum of $450,000.00 as compensation and

$2,726 28 as reimbursement for expenses for a total of $452,726.28 for services rendered and

disbursements incurred by CIBC for the period October 1, 2004 through December 31, 2004, less

any amounts which may have been previously paid in connection with the monthly fee

applications

Dated: _____

_____
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN , do hereby certify that I am over the age of 18 and on March 18, 2005, I caused a copy of the *Notice, Third Quarterly Fee Application of CIBC World Markets, Inc., Financial Advisor to David T Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2004 through December 31, 2004, Exhibits A-C, Verification and proposed Order* to be served upon those persons listed in the attached Service List in the manner so indicated.

Celeste A. Hartman, Senior Paralegal
Phillips Goldman & Spence, PA

***Hand Delivery and E-mail: ljones@pszyj.com***
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

***Via First Class U.S. Mail***
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
***Via Hand Delivery***

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

***Via Federal Express and E-mail: feeaudit@whsmithlaw.com***
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

***Via Federal Express and E-mail: william.sparks@grace.com***
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Propery Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Propery Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP