## Attachment B To Fee Application
Summary of PwC's Fees By Professional
January 2005

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended January 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 69.4 | $ 55,658.80 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 56.0 | $ 34,440.00 |
| Sandra David | Audit Manager | 7 | 526 | 61.5 | $ 32,349.00 |
| Daniel J Shields | Audit Manager | 4 | 526 | 80.1 | $ 42,132.60 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 206.6 | $ 68,591.20 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 202.0 | $ 67,064.00 |
| Michael McDonnell | Audit Associate | 2 | 251 | 148.5 | $ 37,273.50 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 136.3 | $ 34,211.30 |
| Lauren Misler | Audit Associate | <1 | 213 | 209.0 | $ 44,517.00 |
| Douglas Wright | Audit Associate | >2 | 251 | 2.0 | $ 502.00 |
| Erica Margolius | Audit Associate | <1 | 213 | 199.5 | $ 42,493.50 |
| Elizabeth F Piepenbring | Office Staff | 5 | 119 | 0.5 | $ 59.50 |
| John Fillo | Advisory Director | 29 | 802 | 1.0 | $ 802.00 |
| Gregory Nicholson | Tax Senior Manager | 9 | 615 | 2.0 | $ 1,230.00 |
| Su-Hua Chao | Tax Manager | 8 | 526 | 108.5 | $ 57,071.00 |
| John Bottini | Tax Manager | 18 | 526 | 3.2 | $ 1,683.20 |
| Bianca Rodriguez | Audit Associate | 1 | 213 | 115.0 | $ 24,495.00 |
| Kyle VanNiel | Audit Associate | < 1 | 213 | 1.0 | $ 213.00 |
| | | TOTAL | | 1,602.1 | $ 544,786.60 |

Total at Standard Rate                                $ 544,786.60
55% Accrual Rate Adjustmest                           $ (299,632.63)
Total at 45% Accrual Rate                                            $ 245,153.97

Total Hours                                                          1,602.1

{10000835.DOC}

Professional Profiles
WR Grace Time Tracking - Sarbanes
For the Month Ended January 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 2.0 | $ 1,604.00 |
| John Newstead | Audit Senior Manager | 10+ | 689 | 45.5 | $ 31,349.50 |
| Mauren Driscoll | Audit Manager | 5 | 548 | 27.2 | $ 14,905.60 |
| Herman Schutte | Audit Manager | 4 | 526 | 90.0 | $ 47,340.00 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 101.0 | $ 37,269.00 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 132.5 | $ 48,892.50 |
| Douglas Wright | Audit Associate | >2 | 251 | 4.0 | $ 1,004.00 |
| Olivia Spencer | Audit Associate | <1 | 213 | 53.0 | $ 11,289.00 |
| | | TOTAL | | 455.2 | $ 193,653.60 |

|   |   |
|---|---|
| Total at Standard Rate | $ 193,653.60 |
| 35% Accrual Rate Adjustment | $ (67,778.76) |
| Total at 65% Accrual Rate | $ 125,874.84 |
| Total Hours | 455.2 |
| | |
| Total Fee Requested January 2005 | $ 371,028.81 |
| Total Hours January 2005 | 2,057.3 |

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | |
|---|---|
| Total Cost of Time Tracking | $ 3,643.70 |
| Less 55% rate reduction | $ (2,004.04) |
| Total Cost of Tracking Time Billed to Grace | $ 1,639.67 |
| Total Hours Spent Tracking Time | $ 15.40 |

{10000835.DOC}

## Summary of PwC's Fees By Project Category:
## December 2004

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 15.4 | $3,643.70 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,057.3 | $371,028.81 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,072.7 | $374,672.51 |

{10000835.DOC}

Expense Summary
January 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $2,966.93 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $82.79 |
| Business Meals | N/A | $1,096.39 |
| TOTAL: | | $4,146.11 |

{10000835.DOC}