**EXHIBIT B**

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended January 31, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T. Bishop, Jr. | Audit Partner | 1/6/05 | | | | $ 98.46 | Lunch with audit team - T Hutcherson, R Grady, D Shields, J Afuang, P Reinhardt, L Misler, E Margolius (PwC) - at Bella Luna, Columbia, MD |
| | Audit Partner | 1/20/05 | $ 406.90 | | $ 15.00 | | Visit to Grace Performance Chemicals in Cambridge, MA and our audit team there |
| | Audit Partner | 1/20/05 | | | | $ 97.95 | Lunch with Grace Boston audit team - S David, M McDonnell, B Rodriguez, S Chao, N Barrett (PwC) at Summer Shack, Cambridge, MA |
| | Audit Partner | 1/24/05 | | | | $ 80.99 | Lunch with B Tarola (Grace) and R Bromark (PwC) at King's Contrivance, Columbia, MD |
| Daniel Shields | Audit Manager | 1/3/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/4/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/5/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/6/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/7/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/14/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/17/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/18/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/19/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/21/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/23/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/24/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/26/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/27/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/28/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Manager | 1/31/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| Pam Reinhardt | Audit Senior Associate | 1/5/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/6/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/10/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/11/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/12/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/13/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/14/05 | $ 9.72 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit Senior Associate | 1/15/05 | $ 17.02 | | | | Excess mileage to the client site (42 miles * .405 = $17.02) |
| | Audit Senior Associate | 1/15/05 | | | | $ 11.04 | Breakfast for the team on a Saturday at Grace |
| | Audit Senior Associate | 1/17/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/18/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/19/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/20/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/21/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/24/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/25/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/26/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/27/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/28/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit Senior Associate | 1/31/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| Maria J. Afuang | Audit Senior Associate | 1/19/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/20/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/21/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/24/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/25/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/26/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/27/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/28/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/29/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit Senior Associate | 1/31/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| Su Chao | Audit Tax Manager | 1/13/05 | | | $ 16.75 | | Overtime - Dinner |
| | Audit Tax Manager | 1/14/05 | | | $ 13.00 | | Overtime - Dinner |
| | Audit Tax Manager | 1/15/05 | | | $ 10.00 | | Lunch on Saturday |
| | Audit Tax Manager | 1/19/05 | $ 60.00 | | | | Taxi fare from Alewife to Quincy at 11pm |
| Michael McDonnell | Audit | 1/9/05 | $ 7.00 | | | | $5 for parking (picking up files) and $2 for mass pike tolls |
| | Audit | 1/10/05 | $ 2.00 | | | | $2 for mass pike tolls |
| | Audit | 1/11/05 | $ 2.00 | | | | $2 for mass pike tolls |
| | Audit | 1/12/05 | $ 2.00 | | | | $2 for mass pike tolls |
| | Audit | 1/13/05 | $ 9.00 | | | | $2 for mass pike tolls and $7 for parking at Boston for files |
| | Audit | 1/15/05 | | | | $ 28.91 | Team overtime dinner |
| | Audit | 1/16/05 | $ 2.00 | | | | $2 for mass pike tolls |
| | Audit | 1/17/05 | $ 2.00 | | | $ 24.00 | $2 for mass pike tolls and $24 for team overtime dinner |
| | Audit | 1/18/05 | $ 2.00 | | | $ 55.91 | $2 for mass pike tolls and $55.91 for team overtime dinner |
| | Audit | 1/19/05 | | | | $ 40.11 | $40.11 for team overtime dinner |
| | | | | | | | Note the team consisted of Sandy David, Nick Barrett, Bianca Rodriguez, and Su-hua chao. |
| Nicholas Stromann | Audit | 1/10/05 | $ 21.06 | | | | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
| | Audit | 1/11/05 | $ 21.06 | | | | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
| | Audit | 1/11/05 | | | | $ 89.52 | Overtime dinner for self, R. Grady, P.Reinhardt, L. Misler, E. Margolius, J. Afuang, D. Shields |
| | Audit | 1/12/05 | $ 21.06 | | | | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
| | Audit | 1/13/05 | $ 21.06 | | | | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
| | Audit | 1/14/05 | $ 21.06 | | | | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
| | Audit | 1/15/05 | $ 32.40 | | | | Mileage to client on Saturday (80 miles *$0.405/mile) |
| | Audit | 1/15/05 | | | | $ 39.47 | Overtime lunch on Saturday for self, R. Grady, P. Reinhardt, L. Misler, E. Margolius, J. Afuang, D. Shields |
| | Audit | 1/17/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile ---Note: difference b/c new, faster route |
| | Audit | 1/18/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/19/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/20/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/21/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/24/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/25/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/26/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/27/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/28/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 1/31/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| Erica Margolius | Audit | 1/3/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/4/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/5/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/6/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/10/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/11/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | Audit | 1/12/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/13/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/14/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/15/2005 | $ 24.71 | | | | Mileage for weekend commute (61 * $.405/mile) |
| | Audit | 1/17/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/18/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/19/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/20/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/21/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/24/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/25/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/26/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/27/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/28/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/31/2005 | $ 12.56 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
| | Audit | 1/24/2005 | | | | $ 125.82 | Overtime Meals (Applebees) |
| | Audit | 1/20/2005 | | | | $ 65.79 | Donna's Cafe in Columbia |
| | Audit | 1/17/2005 | | | | $ 69.62 | Overtime Meals (Champps Americana) |
| | Audit | 1/18/2005 | | | | $ 97.71 | Overtime Meals (Donna's Café) |
| | Audit | 1/14/2005 | | | $ 13.65 | | US Postal Service for Stamps for Confirmations |
| | Audit | 1/13/2005 | | | | $ 65.56 | Overtime Meals (TGI Fridays) |
| | Audit | 1/12/2005 | | | | $ 83.58 | Overtime Meals (Champps Americana) |
| | Audit | 1/10/2005 | | | | $ 21.95 | Overtime Meals (Subway Sandwiches) |
| | Audit | 1/6/2005 | | | $ 14.39 | | US Postal Service for Stamps for Confirmations |
| Hermann Schulte | Sarbanes | 1/11/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/12/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/13/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/14/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/18/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/19/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/20/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/21/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/24/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/25/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/26/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/27/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/28/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 1/31/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| Hazim Ahmad | SeniorAssociate | 1/4/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/5/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/6/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/7/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/10/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/11/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/12/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/13/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/17/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/18/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/19/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/20/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/24/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/25/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/26/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/27/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/28/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | SeniorAssociate | 1/31/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| Maged Zeidan | Sarbanes | 1/18/05 | $ 26.00 | | | | Fuel (Colombia MD) |
| | | 1/20/05 | $ 21.00 | | | | Fuel (Colombia MD) |
| Bianca Rodriguez | | 1/10/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/11/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/12/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/13/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/14/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/15/05 | $ 10.80 | | | | Mileage reimbursement for roundtrip commuting on saturday(27 miles) = 27 miles * .40 |
| | | 1/17/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/18/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/19/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/20/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | 1/21/05 | $ 6.00 | | | | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| Summary | | Total $ 4,146.11 | Transportation $ 2,966.93 | Lodging - | Sundry $ 82.79 | Business Meals $ 1,096.39 | |

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **CONSOLIDATED AUDIT-EXPENSE DETAIL** | | | | |
| For the Month Ended January 31, 2005 | | | | |
| William T. Bishop, Jr. | 1/6/05 | Audit Partner | $ 98.46 | Lunch with audit team - T Hutcherson, R Grady, D Shields, J Afuang, P Reinhardt, L Misler, E Margolius (PwC) - at Bella Luna, Columbia, MD |
| | 1/20/05 | Audit Partner | 406.90 | Visit to Grace Performance Chemicals in Cambridge, MA and our audit team there |
| | 1/20/05 | Audit Partner | 15.00 | Visit to Grace Performance Chemicals in Cambridge, MA and our audit team there |
| | 1/20/05 | Audit Partner | 97.95 | Lunch with Grace Boston audit team - S David, M McDonnell, B Rodriguez, S Chao, N Barrett (PwC) at Summer Shack, Cambridge, MA |
| | 1/24/05 | Audit Partner | 80.99 | Lunch with B Tarola (Grace) and R Bromark (PwC) at King's Contrivance, Columbia, MD |
| | | | **$ 699.30** | |
| Daniel Shields | 1/3/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/4/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/5/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/6/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/7/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/14/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/17/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/18/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/19/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/21/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/23/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/24/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/26/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/27/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/28/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/31/2005 | Audit Manager | 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | | | **$ 518.40** | |
| Pam Reinhardt | 1/5/05 | Audit Senior Associate | $ 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/6/05 | Audit Senior Associate | 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/10/05 | Audit Senior Associate | 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/11/05 | Audit Senior Associate | 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/12/05 | Audit Senior Associate | 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/13/05 | Audit Senior Associate | 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/14/05 | Audit Senior Associate | 9.72 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 1/15/05 | Audit Senior Associate | 17.02 | Excess mileage to the client site (42 miles * .405 = $17.02) |
| | 1/15/05 | Audit Senior Associate | 11.04 | Breakfast for the team on a Saturday at Grace |
| | 1/17/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/18/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/19/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/20/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/21/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/24/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/25/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/26/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/27/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/28/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 1/31/05 | Audit Senior Associate | 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | | | **$ 149.56** | |
| Maria J. Afuang | 1/19/05 | Audit Senior Associate | $ 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/20/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/21/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/24/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/25/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/26/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/27/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/28/05 | Audit Senior Associate | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/29/05 | Audit Senior Associate | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 1/31/05 | Audit Senior Associate | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | | | **$ 101.20** | |
| Su Chao | 1/13/05 | Audit Tax Manager | $ 16.75 | Overtime - Dinner |
| | 1/14/05 | Audit Tax Manager | 13.00 | Overtime - Dinner |
| | 1/15/05 | Audit Tax Manager | 10.00 | Lunch on Saturday |
| | 1/19/05 | Audit Tax Manager | 60.00 | Taxi fare from Alwife to Quincy at 11pm |
| | | | **$ 99.75** | |
| Michael McDonnell | 1/9/05 | Audit | $ 7.00 | $5 for parking (picking up files) and $2 for mass pike tolls |
| | 1/10/05 | Audit | 2.00 | $2 for mass pike tolls |
| | 1/11/05 | Audit | 2.00 | $2 for mass pike tolls |
| | 1/12/05 | Audit | 2.00 | $2 for mass pike tolls |
| | 1/13/05 | Audit | 9.00 | $2 for mass pike tolls and $7 for parking at Boston for files. |
| | 1/15/05 | Audit | 28.91 | Team overtime dinner |
| | 1/16/05 | Audit | 2.00 | $2 for mass pike tolls |
| | 1/17/05 | Audit | 2.00 | $2 for mass pike tolls and $24 for team overtime dinner |
| | 1/18/05 | Audit | 2.00 | $2 for mass pike tolls and $55.91 for team overtime dinner |
| | 1/19/05 | Audit | 24.00 | $2 for mass pike tolls and $24 for team overtime dinner |
| | 1/18/05 | Audit | 55.91 | $2 for mass pike tolls and $55.91 for team overtime dinner |
| | 1/19/05 | Audit | 40.11 | $40.11 for team overtime dinner |
| | | | **$ 176.93** | |

|  | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| Nicholas Stromann | 1/10/05 | Audit | $ | 21.06 | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
|  | 1/11/05 | Audit | $ | 21.06 | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
|  | 1/11/05 | Audit | $ | 89.52 | Overtime dinner for self, R. Grady, P.Reinhardt, L. Misler, E. Margolius, J. Afuang, D. Shields |
|  | 1/12/05 | Audit | $ | 21.06 | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
|  | 1/13/05 | Audit | $ | 21.06 | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
|  | 1/14/05 | Audit | $ | 21.06 | Mileage in excess of normal commute (80-28 miles)*$0.405/mile |
|  | 1/15/05 | Audit | $ | 32.40 | Mileage to client on Saturday (80 miles *$0.405/mile) |
|  | 1/15/05 | Audit | $ | 39.47 | Overtime lunch on Saturday for self, R. Grady, P. Reinhardt, L. Misler, E. Margolius, J. Afuang, D. Shields |
|  | 1/17/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile ---Note: difference b/c new, faster route |
|  | 1/18/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/19/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/20/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/21/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/24/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/25/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/26/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/27/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/28/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  | 1/31/05 | Audit | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
|  |  |  | **$** | **516.17** |  |
| Erica Margolius | 1/3/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/4/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/5/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/6/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/10/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/11/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/12/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/13/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/14/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/15/2005 | Audit Associate | $ | 24.71 | Mileage for weekend commute (61 * $.405/mile) |
|  | 1/17/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/18/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/19/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/20/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/21/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/24/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/25/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/26/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/27/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/28/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/31/2005 | Audit Associate | $ | 12.56 | Mileage in excess of normal commute (60.2-29.2 miles * $.405/mile) |
|  | 1/24/2005 | Audit Associate | $ | 125.82 | Overtime Meals (Applebees) |
|  | 1/20/2005 | Audit Associate | $ | 65.79 | Donna's Café in Columbia |
|  | 1/17/2005 | Audit Associate | $ | 69.62 | Overtime Meals (Champps Americana) |
|  | 1/18/2005 | Audit Associate | $ | 97.71 | Overtime Meals (Donna's Café) |
|  | 1/14/2005 | Audit Associate | $ | 13.65 | US Postal Service for Stamps for Confirmations |
|  | 1/13/2005 | Audit Associate | $ | 65.56 | Overtime Meals (TGI Fridays) |
|  | 1/12/2005 | Audit Associate | $ | 83.58 | Overtime Meals (Champps Americana) |
|  | 1/10/2005 | Audit Associate | $ | 21.95 | Overtime Meals (Subway Sandwiches) |
|  | 1/6/2005 | Audit Associate | $ | 14.39 | US Postal Service for Stamps for Confirmations |
|  |  |  | **$** | **833.88** |  |
| Hermann Schutte | 1/11/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/12/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/13/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/14/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/18/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/19/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/20/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/21/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/24/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/25/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/26/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/27/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/28/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/31/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  |  |  | **$** | **408.24** |  |
| Hazim Ahmad | 1/4/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/5/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/6/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/7/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/10/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/11/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/12/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/13/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/17/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/18/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/19/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/20/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/24/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/25/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/26/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/27/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/28/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  | 1/31/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
|  |  |  | **$** | **524.88** |  |

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| Maged Zeidan | 1/18/05 | Sarbanes | $ | 26.00 | Fuel (Colombia MD) |
| | 1/20/05 | | $ | 21.00 | Fuel (Colombia MD) |
| | | | **$ 47.00** | | |
| Bianca Rodriguez | 1/10/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/11/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/12/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/13/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/14/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/15/05 | Audit Associate | $ | 10.80 | Mileage reimbursement for roundtrip commuting on saturday(27 miles) = 27 miles * .40 |
| | 1/17/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/18/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/19/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/20/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | 1/21/05 | Audit Associate | $ | 6.00 | Mileage reimbursement for roundtrip commuting (27 miles) minus normal commute (12 miles) = 15 miles * .40 |
| | | | **$ 70.80** | | |

Total expenses for month **$ 4,146.11**