# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD JANUARY 1, 2004 THROUGH JANUARY 31, 2005

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/03/05 | | Address execution issues in NJ. | | |
| 4 | | W. Hatfield | 0.4 | 134.00 |
| 01/03/05 | | Address brief appendix and filing issues in appeal. | | |
| 15 | | W. Hatfield | 0.5 | 167.50 |
| 01/03/05 | | Address Teich settlement status. | | |
| 4 | | R. Rose | 0.3 | 127.50 |
| 01/03/05 | | Receipt and review of correspondence from W. Biehl regarding payment of Teich judgment. | | |
| 15 | | R. Gottilla | 0.5 | 182.50 |
| 01/03/05 | | Preparation of lienor's list regarding sale of real property, including multiple telephone conferences with Suffolk County Sheriff regarding same. | | |
| 15 | | J. Borg | 0.6 | 180.00 |
| 01/03/05 | | Follow-up with Court regarding motion for over length brief. | | |
| 15 | | F. Stella | 0.7 | 182.00 |
| 01/04/05 | | Respond to client request on inquiry for retained claims in Bankruptcy. | | |
| 4 | | W. Hatfield | 0.7 | 234.50 |
| 01/04/05 | | Address Tiech issues and judgment. | | |
| 4 | | W. Hatfield | 0.3 | 100.50 |
| 01/04/05 | | Address Teich settlement of judgment. | | |
| 4 | | R. Rose | 0.4 | 170.00 |
| 01/04/05 | | Follow up regarding F. Biehl and payment of portion of Teich judgment by insurance carriers. | | |
| 15 | | R. Gottilla | 0.3 | 109.50 |
| 01/05/05 | | Address draft letter on Tiech issues for judgment and post-judgment interest. | | |
| 15 | | W. Hatfield | 0.9 | 301.50 |
| 01/05/05 | | Attend to transcript issues. | | |
| 15 | | W. Hatfield | 0.2 | 67.00 |

2

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/05/05<br>4 | Review draft letter to Teich counsel concerning payment of judgment and discuss with B. Hatfield.<br>R. Rose | | 0.2 | 85.00 |
| 01/05/05<br>15 | Receipt and review of letter from Biehl regarding partial payment of judgment and attention to drafting letter to Biehl to reserve clients' rights re Appeal.<br>R. Gottilla | | 1.2 | 438.00 |
| 01/05/05<br>15 | Draft letter to Court regarding transcript.<br>F. Stella | | 0.5 | 130.00 |
| 01/06/05<br>4 | Address Teich issues.<br>W. Hatfield | | 0.4 | 134.00 |
| 01/06/05<br>15 | Drafting revisions to Biehl letter.<br>R. Gottilla | | 0.4 | 146.00 |
| 01/07/05<br>4 | Address document management and cemetery items.<br>W. Hatfield | | 0.4 | 134.00 |
| 01/13/05<br>4 | Address memos on Tiech issues.<br>W. Hatfield | | 0.4 | 134.00 |
| 01/13/05<br>15 | Telephone conference with Sheriff's Office regarding Notice to be served upon W. Teich, including review/analysis correspondence from Sheriff's Office regarding same, preparation of correspondence to A. Nagy regarding same, and telephone conference with J. Rodriguez regarding updated Title Search for same.<br>J. Borg | | 1.4 | 420.00 |
| 01/14/05<br>4 | Address case issues.<br>W. Hatfield | | 0.3 | 100.50 |
| 01/17/05<br>4 | Address case issues.<br>W. Hatfield | | 0.2 | 67.00 |
| 01/18/05<br>4 | Respond to client inquiry.<br>W. Hatfield | | 0.3 | 100.50 |
| 01/18/05<br>15 | Multiple telephone conferences with Sheriff regarding service of Notice of Publication.<br>J. Borg | | 0.6 | 180.00 |
| 01/20/05 | Telephone from Sunoco counsel and confirming letter concerning extension | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 4 | of time to answer brief based on Grace motion to file overlength brief.<br>R. Rose | | 0.3 | 127.50 |
| 01/20/05<br>15 | Receipt and review of Order for Discovery entered by the Court, including telephone call to F. Biehl and preparation of correspondence to Teich serving Order for Discovery.<br>R. Gottilla | | 0.7 | 255.50 |
| 01/20/05<br>15 | Numerous telephone conferences with Essex Co. Sheriff regarding service of documents upon W. Teich<br>J. Borg | | 0.4 | 120.00 |
| 01/24/05<br>4 | Address strategy in case.<br>W. Hatfield | | 0.3 | 100.50 |
| 01/24/05<br>4 | Address settlement status regarding Teich.<br>R. Rose | | 0.3 | 127.50 |
| 01/24/05<br>15 | Preparation of Certification of Mailing relative to Order for Discovery.<br>R. Gottilla | | 0.3 | 109.50 |
| 01/25/05<br>4 | Address site remedial issues/property status.<br>W. Hatfield | | 0.4 | 134.00 |
| 01/26/05<br>15 | Address appeal issues.<br>W. Hatfield | | 0.2 | 67.00 |
| 01/26/05<br>15 | Receipt and review of letter from Biehl regarding status of insurance company payments and request to withhold post-judgment discovery hearing and execution sale.<br>R. Gottilla | | 0.4 | 146.00 |
| 01/27/05<br>15 | Address memos on Teich issues.<br>W. Hatfield | | 0.7 | 234.50 |
| 01/27/05<br>15 | Review/Analysis numerous correspondence regarding satisfaction of judgment and cancellation of sale, including telephone conference with Suffolk Co. Sheriff regarding same, telephone conference with Essex Co. Sheriff regarding service of notices upon W. Teichm and preparation of correspondence to J. Rodriguez regarding updated Title Search.<br>J. Borg | | 0.9 | 270.00 |
| 01/28/05<br>15 | Attend to schedule and leave for over length brief.<br>W. Hatfield | | 0.4 | 134.00 |
| 01/28/05 | Telephone conference with F. Biehl regarding status of receipt of insurance | | | |

| | checks. | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.3 | 109.50 |
| 01/28/05 | Telephone conferences with Suffolk Co. Sheriff regarding possible cancellation of sale and telephone conference with Essex Co. Sheriff regarding service of Legal Notices of sale of Southampton property. | | |
| 15 | J. Borg | 0.4 | 120.00 |
| 01/31/05 | Address settlement status. | | |
| 4 | R. Rose | 0.2 | 85.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 1.7 | 425.00 | 722.50 |
| R. Gottilla | 15 | 4.1 | 365.00 | 1,496.50 |
| W. Hatfield | 4 | 4.1 | 335.00 | 1,373.50 |
| | 15 | 2.9 | 335.00 | 971.50 |
| J. Borg | 15 | 4.3 | 300.00 | 1,290.00 |
| F. Stella | 15 | 1.2 | 260.00 | 312.00 |
| TOTAL | | 18.3 | | 6,166.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 01/03/05 | Review and revise Pitney Hardin's November, 2004 Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 112.50 |
| 01/03/05 | Conducted database searches and reviewed file documents in the NY Superfund matter as requested by M. Waller regarding retrieval of information needed to prepared disclosure statements. | | |
| 4 | S. Parker | 0.4 | 50.00 |
| 01/04/05 | Respond to request for retained claims information for Grace. | | |
| 4 | W. Hatfield | 1.2 | 402.00 |
| 01/05/05 | Address request by K&E with A. Nagy. | | |
| 4 | W. Hatfield | 0.4 | 134.00 |
| 01/05/05 | Revised November 2004 fee application and attention to forwarding to S. McFarland for filing of same. | | |
| 11 | K. Jasket | 1.0 | 235.00 |
| 01/13/05 | Reviewed docket entries for Order regarding 13th Interim Period. | | |
| 11 | K. Jasket | 0.2 | 47.00 |

5

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 01/14/05 | Audit response. | | | |
| 4 | A. Marchetta | | 0.3 | 157.50 |
| 01/25/05 | Reviewed docket for Order regarding the 13th Interim Period and conferred with D. Carickhoff regarding same. | | | |
| 11 | K. Jasket | | 0.2 | 47.00 |
| 01/26/05 | Receipt and review of Order regarding 13th Interim Period and CNO for October 2004 and attention to forwarding same to A. Marchetta and S. Zuber. | | | |
| 11 | K. Jasket | | 0.2 | 47.00 |
| 01/31/05 | Drafted December 2004 fee application. | | | |
| 11 | K. Jasket | | 2.8 | 658.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 11 | 0.3 | 525.00 | 157.50 |
| S. Zuber | 11 | 0.3 | 375.00 | 112.50 |
| W. Hatfield | 4 | 1.6 | 335.00 | 536.00 |
| K. Jasket | 11 | 4.4 | 235.00 | 1,034.00 |
| S. Parker | 4 | 0.4 | 125.00 | 50.00 |
| TOTAL | | 7.0 | | 1,890.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 113203 Insurance Investigation

| Date | Description | | Hours | Fee |
|---|---|---|---|---|
| 01/03/05 | Follow up with M. Waller regarding information to client. | | | |
| 4 | A. Marchetta | | 0.3 | 157.50 |
| 01/03/05 | Reviewing settlement agreements and charts for preparation of analysis regarding Libby claims and follow up with A. Marchetta regarding same. | | | |
| 4 | M. Waller | | 1.7 | 637.50 |
| 01/04/05 | Follow up with W. Hatfield regarding information required regarding retained claims and call to A. Nagy regarding same. | | | |
| 15 | M. Waller | | 0.3 | 112.50 |
| 01/04/05 | Draft e-mail to J. Scordo regarding information required regarding retained claims and follow up with same. | | | |
| 15 | M. Waller | | 0.3 | 112.50 |
| 01/04/05 | Review information from B. Hatfield and follow up with same regarding | | | |

6

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | call to A. Nagy concerning identification of any retained claims. | | | |
| 15 | | M. Waller | 0.3 | 112.50 |
| 01/04/05 | Follow-up with A. Marchetta regarding status of insurance review and analysis. | | | |
| 15 | | M. Waller | 0.2 | 75.00 |
| 01/04/05 | Review settlement agreements to prepare analysis regarding Libby claims. | | | |
| 15 | | M. Waller | 2.2 | 825.00 |
| 01/05/05 | Follow up with J. Scordo regarding retained claims. | | | |
| 15 | | M. Waller | 0.2 | 75.00 |
| 01/05/05 | Review memorandum to A. Nagy regarding identification of retained claims. | | | |
| 15 | | M. Waller | 0.1 | 37.50 |
| 01/05/05 | Reviewing insurance policies received from J. Posner and coverage charts. | | | |
| 15 | | M. Waller | 1.9 | 712.50 |
| 01/06/05 | Finalizing information regarding identified retained claims | | | |
| 15 | | M. Waller | 1.2 | 450.00 |
| 01/06/05 | Drafting e-mail memorandum to J. Posner and F. Zaremby regarding information regarding identified retained claims. | | | |
| 15 | | M. Waller | 0.3 | 112.50 |
| 01/06/05 | Telephone conference with J. Posner regarding retained claim information and Libby coverage issues. | | | |
| 15 | | M. Waller | 0.3 | 112.50 |
| 01/06/05 | Draft e-mail to R. Finke regarding retained claim information. | | | |
| 15 | | M. Waller | 0.3 | 112.50 |
| 01/06/05 | Follow up e-mail to R. Finke regarding retained claims regarding potential Libby related claims. | | | |
| 15 | | M. Waller | 0.3 | 112.50 |
| 01/06/05 | Reviewing insurance policies received from J. Posner and reviewing factual information regarding Libby mine. | | | |
| 15 | | M. Waller | 2.9 | 1,087.50 |
| 01/07/05 | Reviewing insurance policies received from J. Posner and reviewing factual information regarding Libby mine. | | | |
| 15 | | M. Waller | 0.7 | 262.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/07/05 15 | Review follow up request from bankruptcy counsel to revise disclosure regarding New York insurance coverage actions.<br>M. Waller | 0.2 | 75.00 |
| 01/07/05 15 | Telephone conference with J. Posner regarding disclosure regarding New York insurance coverage actions.<br>M. Waller | 0.3 | 112.50 |
| 01/07/05 15 | Drafting additions and revisions to disclosure and draft e-mail memorandum and explanatory e-mail memorandum to bankruptcy counsel.<br>M. Waller | 0.4 | 150.00 |
| 01/07/05 15 | Follow up with W. Hatfield regarding retained claims concerning which A. Nagy may have knowledge and review e-mail to A. Nagy regarding same.<br>M. Waller | 0.3 | 112.50 |
| 01/10/05 15 | Telephone conference with A. Nagy regarding identification of retained claims for bankruptcy and review e-mail from same.<br>M. Waller | 0.4 | 150.00 |
| 01/10/05 15 | Draft memorandum to A. Nagy regarding identification of retained claims for bankruptcy<br>M. Waller | 0.3 | 112.50 |
| 01/10/05 15 | Draft memorandum to B. Benjamin regarding identification of retained claims for bankruptcy (Tahari).<br>M. Waller | 0.3 | 112.50 |
| 01/10/05 4 | Review of files at annex for documents relating to the Zonolite Mine site in Libby, Montana including performing database searches, reviewing attorney files, site files and storage boxes.<br>D. Florence | 3.5 | 402.50 |
| 01/11/05 4 | Work with M. Waller regarding issues regarding coverage of Libby property damage claims.<br>A. Marchetta | 0.6 | 315.00 |
| 01/11/05 15 | Review information from B. Benjamin regarding Tahari matter and identification of same as retained claim.<br>M. Waller | 0.2 | 75.00 |
| 01/11/05 15 | Review information from R. Marriam regarding identification of retained claims.<br>M. Waller | 0.1 | 37.50 |
| 01/12/05 | Review e-mail memorandum from L. Sinanyan regarding summary of NY | | |

| Date | Description / Timekeeper | Hours | Amount |
|---|---|---|---|
| 15 | insurance coverage actions<br>M. Waller | 0.1 | 37.50 |
| 01/12/05<br>15 | Telephone conference with L. Sinanyan regarding summary of NY insurance coverage actions<br>M. Waller | 0.3 | 112.50 |
| 01/13/05<br>15 | Follow up with S. Parker regarding additional Libby site/factual materials.<br>M. Waller | 0.2 | 75.00 |
| 01/13/05<br>15 | Reviewing policy and settlement documents in connection with evaluation of coverage for Libby Claims.<br>M. Waller | 1.8 | 675.00 |
| 01/13/05<br>4 | Work with S. Parker regarding review and compilation of files regarding Zonolite Mining Company.<br>D. Florence | 1.5 | 172.50 |
| 01/13/05<br>4 | Worked with D. Florence regarding review of indices and corresponding files regarding compilation of documents pertaining to the operation of the Libby site.<br>S. Parker | 1.5 | 187.50 |
| 01/13/05<br>4 | Worked with M. Waller regarding scope of materials needed regarding Libby site.<br>S. Parker | 0.2 | 25.00 |
| 01/14/05<br>4 | Follow up regarding client request for information concerning insurance coverage analysis.<br>A. Marchetta | 0.3 | 157.50 |
| 01/14/05<br>15 | Follow up with S. Parker regarding additional Libby site/factual materials.<br>M. Waller | 0.3 | 112.50 |
| 01/14/05<br>15 | Reviewing boxes of documents regarding Libby asbestos claims and insurance documents regarding same.<br>M. Waller | 2.0 | 750.00 |
| 01/14/05<br>15 | Drafting follow up memorandum to R. Finke regarding identification of retained claims and follow up calls with A. Nagy.<br>M. Waller | 0.4 | 150.00 |
| 01/14/05<br>4 | Worked with M. Waller regarding follow up on additional site and factual documents regarding Libby site.<br>S. Parker | 0.3 | 37.50 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 01/15/05 | Review asbestos claim materials and settlement agreements and policies in connection Libby, Montana, claims analysis. | M. Waller | 4.0 | 1,500.00 |
| 01/18/05 15 | Reviewing excess insurance policies in connection with evaluation of coverage for Libby asbestos claims. | M. Waller | 2.2 | 825.00 |
| 01/19/05 4 | Follow up with M. Waller regarding investigation of coverage issues and with S. Parker re information for same; review information. | A. Marchetta | 0.5 | 262.50 |
| 01/19/05 15 | Reviewing claim files and insurance information regarding Libby asbestos claims and asbestos claims. | M. Waller | 2.0 | 750.00 |
| 01/19/05 15 | Confer with A. Marchetta regarding status of review of settlement documents and policy information for preparation of coverage opinion regarding Libby. | M. Waller | 0.2 | 75.00 |
| 01/20/05 15 | Reviewing insurance and claim information regarding Libby asbestos claims. | M. Waller | 3.4 | 1,275.00 |
| 01/20/05 15 | Draft e-mail memorandum to J. Posner requesting additional insurance information. | M. Waller | 0.1 | 37.50 |
| 01/21/05 15 | Confer with J. Posner regarding claim and policy information reflected in spreadsheets from F. Zaremby. | M. Waller | 0.3 | 112.50 |
| 01/21/05 15 | Reviewing settlement information and outlining status and availability of coverage for memorandum summarizing same. | M. Waller | 3.9 | 1,462.50 |
| 01/21/05 15 | Follow up with F. Zaremby regarding policy information in spreadsheets and review response from F. Zaremby. | M. Waller | 0.2 | 75.00 |
| 01/24/05 15 | Continuing review of settlement agreements and noting releases and scope of each. | M. Waller | 2.3 | 862.50 |
| 01/24/05 | Telephone conference with J. Posner regarding insurance analysis regarding | | | |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | Libby property damage claims. | | | |
| 15 | M. Waller | | 0.8 | 300.00 |
| 01/24/05 | Confer with S. Morley regarding additional allocation research. | | | |
| 15 | M. Waller | | 0.2 | 75.00 |
| 01/24/05 | Met with Mike Waller. Received research assignment regarding allocation under New York law. | | | |
| 15 | S. Morley | | 0.2 | 38.00 |
| 01/25/05 | Review settlement agreements and policies in connection with analysis of availability of insurance coverage for property damage claims arising from Libby, Montana; | | | |
| 15 | M. Waller | | 3.8 | 1,425.00 |
| 01/25/05 | Telephone conference with J. Posner regarding insurance review regarding Libby environmental claims. | | | |
| 15 | M. Waller | | 0.4 | 150.00 |
| 01/25/05 | Researched New York law regarding trigger of coverage and allocation of insurance. | | | |
| 15 | S. Morley | | 3.9 | 741.00 |
| 01/26/05 | Review settlement agreements and policies in connection with analysis of availability of insurance coverage for property damage claims arising from Libby, Montana. | | | |
| 15 | M. Waller | | 4.6 | 1,725.00 |
| 01/26/05 | Draft memorandum to J. Posner regarding insolvent excess carriers. | | | |
| 15 | M. Waller | | 0.3 | 112.50 |
| 01/26/05 | Continued research of New York law for trigger of coverage and allocation of an insurance claims. | | | |
| 15 | S. Morley | | 2.3 | 437.00 |
| 01/27/05 | Follow up e-mails with J. Posner regarding insolvency of certain carriers providing insurance to Grace. | | | |
| 15 | M. Waller | | 0.2 | 75.00 |
| 01/27/05 | Continuing to review settlement agreements and policies and drafting memorandum regarding availability of insurance coverage for property damage claims arising from Libby, Montana. | | | |
| 15 | M. Waller | | 2.9 | 1,087.50 |
| 01/27/05 | Began drafting memorandum regarding New York law for trigger of coverage and allocation of an insurance claim. | | | |

| Date | Description | Task Code | Timekeeper | Hours | Fee |
|---|---|---|---|---|---|
|  |  | 15 | S. Morley | 3.1 | 589.00 |
| 01/27/05 | Meeting with M. Waller regarding the content and structure of memorandum treating New York law for trigger of coverage and allocation of an insurance claims. | 15 | S. Morley | 0.2 | 38.00 |
| 01/28/05 | Review settlement agreements and policies and drafting memorandum regarding availability of insurance coverage for Libby claims. | 15 | M. Waller | 2.7 | 1,012.50 |
| 01/28/05 | Drafting memorandum regarding New York law for trigger of coverage and allocation of an insurance claims. | 15 | S. Morley | 1.2 | 228.00 |
| 01/31/05 | Drafting memorandum analyzing possibility of coverage for property damage claims arising from Grace business-related operations in Libby, Montana. | 15 | M. Waller | 5.9 | 2,212.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.7 | 525.00 | 892.50 |
| M. Waller | 15 | 61.2 | 375.00 | 22,950.00 |
| S. Morley | 15 | 10.9 | 190.00 | 2,071.00 |
| D. Florence | 15 | 5.0 | 115.00 | 575.00 |
| S. Parker | 15 | 2.0 | 125.00 | 250.00 |
| TOTAL |  | 80.8 |  | 26,738.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 072757 Intercat, Inc. et al.

| Date | Description | Task Code | Timekeeper | Hours | Fee |
|---|---|---|---|---|---|
| 01/06/05 | Follow up with N. Alt regarding Conoco payments and impact, if any, upon Grace's claims in Chapter 11 case. | 4 | S. Zuber | 0.2 | 75.00 |
| 01/10/05 | Various correspondence to and from I. Greene regarding Conoco payment issue. | 4 | S. Zuber | 0.3 | 112.50 |
| 01/12/05 | Receipt, review and analysis of : (i) Satisfaction of Judgment as to Conoco; and (ii) Agreement in satisfaction of Judgment against Conoco. | 4 | S. Zuber | 0.6 | 225.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/12/05 | Telephone conversation with N. Alt regarding Conoco dispute and Intercat's claim that W.R. Grace's claim must be reduced. | | |
| 4 | S. Zuber | 0.4 | 150.00 |
| 01/13/05 | Further review and analysis of Agreement in Satisfaction of Judgment against Conoco. | | |
| 4 | S. Zuber | 0.4 | 150.00 |
| 01/13/05 | Telephone conversation with N. Alt regarding Conoco agreements and claim dispute with Intercat; and prepare memo regarding call. | | |
| 4 | S. Zuber | 0.3 | 112.50 |
| 01/13/05 | Confer with A. Marchetta regarding Conoco dispute - status and strategy. | | |
| 4 | S. Zuber | 0.2 | 75.00 |
| 01/17/05 | Review and analysis of letter from Grace to Conoco regarding Lake Charles refinery purchases (additional backup regarding Intercat's claim that Grace's claim in Chapter 11 must be reduced). | | |
| 4 | S. Zuber | 0.3 | 112.50 |
| 01/17/05 | Correspondence to N. Alt regarding Conoco dispute, including strategy and confidentiality issues. | | |
| 4 | S. Zuber | 0.4 | 150.00 |
| 01/18/05 | Follow up with S. Zuber regarding Conoco issue. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| 01/18/05 | Continued review and analysis of Conoco settlement issues. | | |
| 4 | S. Zuber | 0.4 | 150.00 |
| 01/18/05 | Correspondence to and from N. Alt regarding Conoco issues. | | |
| 4 | S. Zuber | 0.4 | 150.00 |
| 01/18/05 | Telephone conversation with I. Greene regarding Grace's position on Conoco settlement. | | |
| 4 | S. Zuber | 0.3 | 112.50 |
| 01/19/05 | Correspondence from and to N. Alt regarding Conoco pricing and settlement issues. | | |
| 4 | S. Zuber | 0.2 | 75.00 |
| 01/19/05 | Telephone conversation with N. Alt regarding Conoco issues, including details on product pricing under settlement agreement. | | |
| 4 | S. Zuber | 0.2 | 75.00 |
| 01/25/05 | Prepare draft correspondence to I. Greene setting forth Grace's position | | |

| | | | |
|---|---|---|---|
| | regarding Intercat's claim that Grace should reduce its claim on account of Graces alleged "product overcharges" to Conoco Inc., and forward draft to N. Alt for review and comment. | | |
| 4 | S. Zuber | 1.1 | 412.50 |
| 01/26/05 | Receipt and review of N. Alt's proposed changes to correspondence to I. Greene regarding Conoco settlement. | | |
| 4 | S. Zuber | 0.2 | 75.00 |
| 01/26/05 | Revise correspondence to I. Greene, per N. Alt's comments; and forward correspondence to I. Greene. | | |
| 4 | S. Zuber | 0.4 | 150.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.3 | 525.00 | 157.50 |
| S. Zuber | 4 | 6.3 | 375.00 | 2,362.50 |
| TOTAL | | 6.6 | | 2,520.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| | | | |
|---|---|---|---|
| 01/04/05 | Review cleanup status and respond to client request on inquiry for retained claims in Bankruptcy. | | |
| 4 | W. Hatfield | 0.5 | 167.50 |
| 01/28/05 | Call with Pennoni on status; memo to client on DEP schedule for report review. | | |
| 4 | W. Hatfield | 0.4 | 134.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 0.9 | 335.00 | 301.50 |
| TOTAL | | 0.9 | | 301.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | |
|---|---|---|---|
| 01/03/05 | Follow up regarding status of signed CNA settlement agreement. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/03/05 15 | Draft follow up request to E. DeCristofaro for original copy of settlement agreement as signed by CNA. | M. Waller | 0.1 | 37.50 |
| 01/03/05 15 | Reviewing Unigard pleadings and drafting summary regarding insurance coverage claims in response to request from PD committee, as received from L. Sinanyan. | M. Waller | 1.6 | 600.00 |
| 01/04/05 15 | Reviewing motion in support of application for approval of settlement agreement as received from J. McFarlane. | M. Waller | 0.4 | 150.00 |
| 01/04/05 15 | Follow up with J. Posner and J. McFarlane regarding CNA settlement agreement. | M. Waller | 0.2 | 75.00 |
| 01/05/05 4 | Follow up regarding CNA settlement agreement. | A. Marchetta | 0.2 | 105.00 |
| 01/05/05 15 | Reviewing motion in support of application for approval of settlement agreement, comparing same to Settlement Agreement, drafting additions and revisions to same. | M. Waller | 0.9 | 337.50 |
| 01/05/05 15 | Draft memo to J. McFarlane regarding revisions to motion in support of application for approval of settlement agreement. | M. Waller | 0.2 | 75.00 |
| 01/05/05 15 | Reviewing revisions to motion from J. McFarlane and respond to same. | M. Waller | 0.3 | 112.50 |
| 01/05/05 15 | Finalize motion and draft e-mail memorandum to CNA counsel regarding same and again requesting original copy of executed agreement. | M. Waller | 0.7 | 262.50 |
| 01/05/05 15 | Draft letter to CNA counsel requesting original copy of fully executed settlement agreement. | M. Waller | 0.3 | 112.50 |
| 01/06/05 15 | Review e-memorandum from E. DeCristofaro regarding settlement agreement as executed by CNA and forward same to A. Marchetta. | M. Waller | 0.2 | 75.00 |
| 01/10/05 | Review draft response to Minnesota request for information and preparing revisions. | | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |
| 01/11/05 | Follow up with M. Waller regarding response to request from Minnesota Pollution Control Agency. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |
| 01/11/05 | Review e-mail memorandum from J. Posner to R. Emmett regarding revisions to letter to Minnesota in response to request for information. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/11/05 | Finalizing revisions to response to information request from Minnesota and exchanging e-mails with J. Posner regarding same. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 01/11/05 | Confer with A. Marchetta regarding response to request from Minnesota Pollution Control Agency | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/11/05 | Draft e-mail to client regarding revisions to MPCA request for information and Attachment C. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/11/05 | Draft memorandum to J. Posner regarding revisions to response to MN request for information; | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/14/05 | Draft e-mail to CNA counsel requesting signed copy of settlement agreement and comments on proposed motion for acceptance of same in bankruptcy and review response from CNA counsel. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/14/05 | Receive request from J. Posner to review draft 10-K disclosure regarding NY coverage actions and to update same and respond. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/14/05 | Draft e-mail to A. Marchetta regarding status of receiving fully signed settlement agreement from CNA and comments to draft motion for approval of same in bankruptcy. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/14/05 | Reviewing 10-K legal proceedings section, prepare revisions to same and draft e-mail to J. Posner and A. Marchetta regarding revisions. | | |
| 15 | M. Waller | 1.1 | 412.50 |
| 01/17/05 | Drafting additions and revisions to disclosure and forward comments to J. Posner. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |
| 01/17/05 | Review follow up e-mail memoranda from client and J. Posner regarding corporate disclosure; | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/17/05 | Review fully executed settlement as received from CNA counsel and scan and forward with e-mail to J. Posner, bankruptcy counsel, and Grace. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/19/05 | Receive e-mail correspondence from CNA counsel, E. DeCristofaro regarding comments to motion to submit Settlement Agreement in bankruptcy; Follow up regarding same. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/20/05 | Draft memo to and confer with A. Marchetta regarding failure of CNA to provide comments to draft motion for submission of Settlement Agreement in bankruptcy | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/20/05 | Draft memo to and confer with A. Marchetta regarding failure of CNA to provide comments to draft motion for submission of Settlement Agreement in bankruptcy. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 01/20/05 | Draft e-mail memo to CNA counsel that motion for approval of settlement agreement in bankruptcy will be finalized. | | |
| 15 | M. Waller | 0.1 | 37.50 |
| 01/20/05 | Receive e-mail memo to CNA counsel noting that CNA will have comments to motion for approval of settlement agreement in bankruptcy | | |
| 15 | M. Waller | 0.1 | 37.50 |
| 01/20/05 | Follow up with M. Waller regarding confirmation on settlement agreement in bankruptcy. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| 01/21/05 | Review insurance coverage spreadsheets from F. Zaremby and compare same to information from review of policies; | | |
| 15 | M. Waller | 1.8 | 675.00 |
| 01/24/05 | Review e-mail from J. Baer re finalizing motion to submit settlement agreement for approval in bankruptcy. | | |
| 15 | M. Waller | 0.1 | 37.50 |
| 01/24/05 | Review e-mail from E. DeCristofaro and forward comment to J. Baer | | |

17

| Date | Description | Hours | Amount |
|---|---|---|---|
| | regarding same and finalizing motion for approval of settlement agreement. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/24/05 | Review e-mail from S. Blatnick regarding gradual pollution coverage under CNA policies and telephone conference with same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/24/05 | Review CNA policies to confirm reference to gradual pollution per call from S. Blatnick regarding gradual pollution and follow up call to same regarding footnote. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 01/24/05 | Follow up with J. Posner regarding reference to gradual pollution in footnote to motion seeking approval of CNA settlement agreement and draft memo pursuant to same to J. Baer and S. Blatnick; Receive e-mail replies to same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 01/31/05 | Draft additions and revisions to 10K statement regarding Environmental Insurance Litigation and memorandum to J. Posner explaining same. | | |
| 15 | M. Waller | 0.7 | 262.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.9 | 525.00 | 472.50 |
| M. Waller | 15 | 14.3 | 375.00 | 5,362.50 |
| TOTAL | | 15.2 | | 5,835.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| Date | Description | Hours | Amount |
|---|---|---|---|
| 01/06/05 | Review/analysis Tahari's proposed counter order of ejectment. | | |
| 15 | B. Benjamin | 0.2 | 78.00 |
| 01/06/05 | Draft correspondence to V. Finkelstein and A. Nagy regarding Tahari proposed counter order of ejectment. | | |
| 15 | B. Benjamin | 0.1 | 39.00 |
| 01/11/05 | Draft summary of action for Retained Claims report. | | |
| 15 | B. Benjamin | 0.4 | 156.00 |
| 01/11/05 | Telephone conference with C. Boubol, counsel for Trizec, regarding submission of proposed order of eviction, discovery issues. | | |
| 15 | B. Benjamin | 0.2 | 78.00 |

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 01/21/05 15 | Review/analysis executed Order and Judgment of Eviction | B. Benjamin | 0.1 | 39.00 |
| 01/21/05 15 | Draft correspondence to C. Boubol, attorney for Trizec, forwarding executed Order and Judgment of Eviction. | B. Benjamin | 0.1 | 39.00 |
| 01/21/05 15 | Telephone conference with C. Boubol, attorney for Trizec, regarding issuance of Order of Eviction against Tahari. | B. Benjamin | 0.1 | 39.00 |
| 01/27/05 4 | Follow up regarding issues on eviction. | A. Marchetta | 0.2 | 105.00 |
| 01/27/05 15 | Telephone conference with C. Boubol, counsel for Trizec, regarding eviction of Tahari, adjournment of compliance conference, discovery obligations. | B. Benjamin | 0.2 | 78.00 |
| 01/27/05 15 | Telephone conference with D. Rozenholc, counsel for Tahari regarding adjournment of compliance conference. | B. Benjamin | 0.1 | 39.00 |
| 01/27/05 15 | Draft correspondence to V. Finkelstein regarding adjournment of compliance conference, eviction of Tahari. | B. Benjamin | 0.2 | 78.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.2 | 525.00 | 105.00 |
| B. Benjamin | 15 | 1.7 | 390.00 | 663.00 |
| TOTAL | | 1.9 | | 768.00 |