# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## JANUARY 1, 2005 THROUGH JANUARY 31, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 12/27/04 | PD GEN MESS TO TRENTON NJ; FBS; CK# 270088[2] | 98.24 |
| 12/27/04 | PD GEN MESS TO FLORHAM PARK NJ; FBS; CK# 270088 | 43.00 |
| 12/27/04 | PD GEN MESS TO ROSELAND NJ; FBS; CK# 270088 | 33.21 |
| 12/27/04 | PD GEN MESS TO SOMERVILLE NJ; FBS; CK# 270088 | 50.21 |
| 12/27/04 | PD GEN MESS TO SUMMIT NJ; FBS; CK# 270088 | 47.12 |
| 01/21/05 | Paid HCK#153870 to Essex County Sheriff for service of process fee, #10501, S#6331[3] | 32.40 |
| | Superior Court Charge | 30.00 |
| | Matter Total Engagement Cost | 334.18 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 01/05/05 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207025 | 7.74 |
| | Duplicating | 22.68 |
| | Matter Total Engagement Cost | 30.42 |

Engagement Costs – New York Superfund Action

| | | |
|---|---|---|
| 12/17/04 | PD INTEGRITY EXP TO NEW YORK NY; MEW; CK# 270090[4] | 112.35 |
| 01/31/05 | DOCUMENT ACCESS FACILITY JANUARY 2005 | 2864.00 |
| | Duplicating | 5.46 |
| | Telephone | 4.60 |
| | Matter Total Engagement Cost | 2,986.41 |

---

[2] *See* General Messenger Service, Inc. Invoice Number 106730 dated 1/03/05 attached hereto as Exhibit 1. This invoice references all General Messenger Service, Inc. charges for this matter for this fee period.

[3] *See* Pitney, Hardin, Kipp & Szuch LLP check requisition dated 1/24/05 attached hereto as Exhibit 2.

[4] *See* Integrity Express Inc. Invoice Number 13688 dated 12/31/2004 attached hereto as Exhibit 3.

# EXHIBIT 1

# GENERAL MESSENGER SERVICE, INC.

| | |
|---|---|
| INVOICE NUMBER | CUSTOMER NUMBER |
| 106730 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 1/03/05 | 811.97 |

PITNEY HARDIN LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE FOR PERIOD ENDING | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 106730 | 1/02/05 | 811.97 | 1 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | TOTAL |
|---|---|---|---|---|---|
| 12/30/04 | 747890 | RSH | PITNEY HARDIN LLP            MORRIS COUNTY COURTHOUSE<br>200 CAMPUS DRIVE<br>FLORHAM PARK    NJ 07932    MORRISTOWN    NJ 07960<br>Caller: ADELE/OSTROV    Time: 14:45<br>Signed: MISS MCELOISE/CLERK    Time: 16:21<br>Your Ref.:003532.107856 | BASE RATE : 26.00<br>INSURANCE : .25<br>SURCHGFUEL: .78 | 27.03 |
| | | | Total Charges for Ref. - 003532.107856:    27.03 | | |
| 12/30/04 | 747880 | RSH | LINENS & THINGS             PITNEY HARDIN LLP<br>6 BRIGHTON RD             200 CAMPUS DRIVE<br>CLIFTON    NJ 07011    FLORHAM PARK    NJ 07932<br>Caller: DONNA/7103    Time: 12:05<br>Signed: MR C.KOELLER-M/R    Time: 14:12<br>Your Ref.:046480.108351 | BASE RATE : 45.50<br>INSURANCE : .25<br>SURCHGFUEL: 1.37 | 47.12 |
| | | | Total Charges for Ref. - 046480.108351:    47.12 | | |
| 12/28/04 | 747773 | RSH | PITNEY HARDIN LLP          EPSTIEN BECKER GREEN<br>200 CAMPUS DRIVE           2 GATEWAY CENTER<br>FLORHAM PARK    NJ 07932    NEWARK    NJ 07100<br>Caller: MARY 7316    Time: 14:41    Wait: 20 Min<br>Signed: ANNA/RECEP    12 FL    Time: 16:26<br>Your Ref.:046984.068556 | BASE RATE : 42.00<br>WAIT TIME : 6.25<br>INSURANCE : .25<br>SURCHGFUEL: 1.26 | 49.76 |
| | | | Total Charges for Ref. - 046984.068556:    49.76 | | |
| 12/27/04 | 747708 | RSH | PITNEY HARDIN LLP          APPELLATE DIVISION<br>200 CAMPUS DRIVE           25 WEST MARKET/HUGHES JUSTICE<br>FLORHAM PARK    NJ 07932    TRENTON    NJ 08600<br>Caller: FRANCES STELLA    Time: 10:18    33<br>Signed: MS DAVIS    Time: 13:05<br>Your Ref.:082910.065656 | BASE RATE : 83.00<br>WAIT TIME : 12.50<br>INSURANCE : .25<br>SURCHGFUEL: 2.49 | 98.24 |
| 12/27/04 | 747709 | R/T | APPELLATE DIVISION          PITNEY HARDIN LLP<br>25 WEST MARKET/HUGHES JUSTICE    200 CAMPUS DRIVE<br>TRENTON    NJ 08600    FLORHAM PARK    NJ 07932<br>Caller: FRANCES STELLA    Time: 10:18<br>Signed: MR JEFFERSON-M/R    Time: 16:15<br>Your Ref.:082910.065656 | BASE RATE : 41.50<br>INSURANCE : .25<br>SURCHGFUEL: 1.25 | 43.00 |
| 12/27/04 | 747710 | RSH | PITNEY HARDIN LLP          SORIANO HINKLE<br>200 CAMPUS DRIVE           75 EISENHOWER PARKWAY<br>FLORHAM PARK    NJ 07932    ROSELAND    NJ 07068<br>Caller: FRANCES STELLA    Time: 10:20<br>Signed: MRS ALVAREZ/RECEPTION    Time: 14:04<br>Your Ref.:082910.065656 | BASE RATE : 32.00<br>INSURANCE : .25<br>SURCHGFUEL: .96 | 33.21 |
| | | | | TOTAL ▶ | Continued |

INVOICE PAYMENT DUE UPON RECEIPT

# GENERAL MESSENGER SERVICE, INC.

| INVOICE NUMBER | CUSTOMER NUMBER |
|---|---|
| 106730 | 800 |
| INVOICE DATE | INVOICE TOTAL |
| 1/03/05 | 811.97 |

PITNEY HARDIN LLP
Attn: EILEEN LOUISA
200 CAMPUS DRIVE
FLORHAM PARK, NJ 07932

P.O. Box 2166
Morristown, NJ 07962-2166
Tel: (973) 538-4420
Fax: (973) 538-6019

Please tear at perforation and return top portion with your payment.

| CUSTOMER NO. | INVOICE NO. | INVOICE DATE | INVOICE TOTAL | PAGE |
|---|---|---|---|---|
| 800 | 106730 | 1/02/05 | 811.97 | 2 |

| DATE | JOB NO. | SVC TYPE | SERVICE DETAIL | CHARGE BREAKDOWN | | TOTAL |
|---|---|---|---|---|---|---|
| 12/27/04 | 747711 | RSH | PITNEY HARDIN LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Caller: FRANCES STELLA  Time: 10:20 / Signed: ELLEN KRAMER/RECEPTION  Time: 12:22 — NORRIS MCLAUGHLIN / 721 RT 202-206 / SOMERVILLE  NJ 08807 / Your Ref.:082910.065656 | BASE RATE: INSURANCE: SURCHGFUEL: | 48.50 .25 1.46 | 50.21 |
| 12/27/04 | 747712 | RSH | PITNEY HARDIN LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Caller: FRANCES STELLA  Time: 10:21 / Signed: MRS RUGERIO-RECEPTION  Time: 13:02 — HARTLAUB DOTTEN & TERRY / 573 SPRINGFIELD AVENUE / SUMMIT  NJ 07901 / Your Ref.:082910.065656 | BASE RATE: INSURANCE: SURCHGFUEL: | 45.50 .25 1.37 | 47.12 |
| | | | Total Charges for Ref. - 082910.065656:  271.78 | | | |
| 12/27/04 | 747713 | RSH | PITNEY HARDIN LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Caller: FRANCES STELLA  Time: 10:22 / Signed: JUDY LANSING  Time: 14:40 — JUDY LANSING, ESQ / 525 EAST COUNTY LINE RD / LAKEWOOD  NJ 08701 / Your Ref.:087375.107911 | BASE RATE: INSURANCE: SURCHGFUEL: | 108.00 .25 3.24 | 111.49 |
| | | | Total Charges for Ref. - 087375.107911:  111.49 | | | |
| 12/31/04 | 747874 | RSH | CAPITAL HEALTH SYSTEM / 7540 BRUNSWICK AVE / TRENTON  NJ 08600 / Caller: HOLLY 8186  Time: 10:59 / Signed: MARIA  Time: 14:15 — PITNEY HARDIN LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Wait: 30 Min / Your Ref.:099998.00000010 | BASE RATE: WAIT TIME: INSURANCE: SURCHGFUEL: | 83.00 12.50 .25 2.49 | 98.24 |
| | | | Total Charges for Ref. - 099998.0000010:  98.24 | | | |
| 12/29/04 | 747817 | RSH | LONGWOOD INDUSTRIES / 325 COLUMBIA TURNPIKE / FLORHAM PARK  NJ 07932 / Caller: SARAH/BRUINOOGE  Time: 10:46 / Signed: MR JEFFERSON  Time: 11:22 — PITNEY HARDIN LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Your Ref.:099998.000010 | BASE RATE: INSURANCE: SURCHGFUEL: | 26.00 .25 .78 | 27.03 |
| 12/29/04 | 747827 | RSH | KUSHNER COMPANY / 18 COLUMBIA TURNPIKE / FLORHAM PARK  NJ 07932 / Caller: SARAH/BRUINOOGE  Time: 13:46 / Signed: MR KOHLER- M/R  Time: 14:16 — PITNEY HARDIN LLP / 200 CAMPUS DRIVE / FLORHAM PARK  NJ 07932 / Wait: 16 Min / Your Ref.:099998.000010 | BASE RATE: WAIT TIME: INSURANCE: SURCHGFUEL: | 26.00 6.25 .25 .78 | 33.28 |

TOTAL ▶  Continued

INVOICE PAYMENT DUE UPON RECEIPT

# EXHIBIT 2

082910.065656
Service of process fee
$32.40
1/21/05

#16
#6331

APPROVED
VENDOR NO. 12432
CHECK NO. 153870
10.54

— Sheriff of Essex County

ALREADY ENTERED
IN COMPUTER

1/26

DEPOSITING

**PITNEY, HARDIN, KIPP & SZUCH LLP**
P.O. BOX 1945
MORRISTOWN, NEW JERSEY 07962-1945

Nº 153870

55-760/312 (006)

PNC Bank, N.A.
NEW JERSEY 060
161 MADISON AVENUE, MORRISTOWN, NJ 07960

PAY  Thirty Two Dollars and Forty Cents

TO THE ORDER OF  Essex County Sheriff

ACCOUNTS PAYABLE FILE COPY

| DATE | AMOUNT |
|------|--------|
| 1/21/05 | $32.40 |

PITNEY, HARDIN, KIPP & SZUCH LLP

**NON NEGOTIABLE**
AUTHORIZED SIGNATURE

⑈153870⑈ ⑆031207607⑆ 8100460510⑈

---

**PITNEY, HARDIN, KIPP & SZUCH LLP**
**CHECK REQUISITION**

PAYEE: ESSEX COUNTY SHERIFF   DATE: 1/21/05
CLIENT: 082910                 NO:
MATTER: 065656                 NO:
DESCRIPTION: Service of process fee

AMOUNT $ 32.40

AUTHORIZED SIGNATURE

# EXHIBIT 3

# INTEGRITY EXPRESS INC.

**Your Courier Service**
**Your Job-Your Way**

ONE LACKAWANNA PLACE STE B
P.O. BOX 857
MORRISTOWN, NJ 07963-0857
(973) 326-1500  FAX (973) 631-1113

Invoice Submitted To:

**PITNEY, HARDIN, LLP**
PO BOX 1945
FLORHAM PARK, NJ 07932
Attn: EILEEN M. LOUISA

## INVOICE

| INVOICE NUMBER | PAGE |
|---|---|
| 13688 | 1 of 3 |
| CLIENT NUMBER | TERMS |
| 221 | NET DUE |
| INVOICE DATE | |
| 12/31/2004 | |
| INVOICE TOTAL | |
| $987.00 | |

| Order Date / Order Num / Service / Reference / Caller | Pickup Address | Drop Off Address | Recieved By: / Received By Time - Date |
|---|---|---|---|

| Base Charge | Piece | Minutes | Pounds | Miles | Insurance | Quoted Rate | Expense | Other1 | Other2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/17/2004 98566 NY RATES 082913.000009-WALLER CHARICE JONES X7427 | PITNEY HARDIN 200 CAMPUS DR-M/R FLORHAM PARK  NJ 07932 | USDC-SOUTHERN DIST OF NY 500 PEARL ST NEW YORK  NY 10007 | STAMPED 3:35 PM  12/17/2004 | | | | | | | |
| $55.00 | 1 | 68 $24.00 | | 35 | 1 $1.00 | | | TOLL/GAS $9.85 | PARKING $22.50 | $112.35 |
| 12/17/2004 98589 RUSH 026956.103386-HALASZ EVELYN CHIARELLO X74 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | BRESSLER AMERY ROSS 325 COLUMBIA TPK FLORHAM PARK  NJ 07932 | MS S ROBERTSON 3:20 PM  12/17/2004 | | | | | | | |
| $23.00 | 2 | | | 0 | $1.00 | | | GAS SUR $2.00 | | $26.00 |
| 12/20/2004 98631 RUSH 003661.112612-CICERO JESSICA TINER X7425 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | USDC-NEWARK 50 WALNUT ST NEWARK  NJ 07102 | MS DRAYTON 2:18 PM -  12/20/2004 | | | | | | | |
| $23.00 | 1 | 17 $6.00 | | 26 $16.00 | 1 $1.00 | | | GAS SUR $3.00 | | $49.00 |
| 12/20/2004 98631RT RUSH 003661.112612-CICERO JESSICA TINER X7425 | USDC-NEWARK 50 WALNUT ST NEWARK  NJ 07102 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | MR JEFFERSON 3:41 PM  12/20/2004 | | | | | | | |
| $23.40 | 1 | 17 $6.00 | | 26 | $1.00 | | | GAS SUR $2.00 | | $32.40 |
| 12/21/2004 98688 RUSH 026956.103386-HALASZ EVELYN CHIARELLO X74 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | BRESSLER AMERY ROSS 325 COLUMBIA TPK FLORHAM PARK  NJ 07932 | MS ROBERTSON 4:25 PM  12/21/2004 | | | | | | | |
| $23.00 | 2 | | | 0 | $1.00 | | | GAS SUR $2.00 | | $26.00 |
| 12/23/2004 98818 RUSH 001287.091492 MUHLSTOCK JESSICA TINER X7425 | PITNEY HARDIN 200 CAMPUS DR-M/R IN BACK FLORHAM PARK  NJ 07932 | MCCARTER & ENGLISH 4 GATEWAY CTR 100 MULBERRY ST NEWARK  NJ 07102 | MR ANTHONY 4:50 PM  12/23/2004 | | | | | | | |
| $23.00 | 1 | | | 26 $16.00 | 1 $1.00 | | | GAS SUR $3.00 | | $43.00 |

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | : Chapter 11 |
| | : Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : (Jointly Administered) |
| | : |
| Debtors. | : Objection Deadline: April 4, 2005 |
| | : Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1283457A01030905

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: March 9, 2005

Respectfully submitted,  
PITNEY HARDIN LLP

*[signature]*  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950

2