**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 11, 2005 at 4:00 p.m.
Hearing date: To be scheduled, only if objections
are timely filed and served.**

**NOTICE OF FILING OF MONTHLY FEE APPLICATION**

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Seventh Monthly Fee Application of Duane

Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the

Official Committee of Unsecured Creditors for the period from February 1, 2005 through February 28,

---

[1]        The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2005, seeking compensation in the amount of $19,744.50 and reimbursement for actual and necessary expenses in the amount of $176.37 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **April 11, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
          March 21, 2005

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:      (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:      (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:      (212) 806-5400
Facsimile:      (212) 806-6006
e-mail:         lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                   Chapter 11

**W.R. Grace & Co., et al.**              Case No. 01-01139 (JKF)

              Debtors.    Jointly Administered

**Objection Date: April 11, 2005 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**


### THIRTY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
### FOR COMPENSATION FOR SERVICES RENDERED AND
### REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
### FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **February 1, 2005 – February 28, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$19,744.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$176.37** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.50 hours and the corresponding compensation requested is approximately $277.50[2]

This is the thirty-seventh monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-seventh Monthly Fee Application  Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01-7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02-3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

WLM\206579 1

| | | | | | |
|---|---|---|---|---|---|
| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |

## Quarterly Fee Applications

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | | |

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

March 18, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001          Invoice# 1079371                                        IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 02/28/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.30 hrs. at | $525.00 /hr. = | $4,882.50 | |
| RW RILEY | PARTNER | 3.80 hrs. at | $415.00 /hr. = | $1,577.00 | |
| WS KATCHEN | PARTNER | 14.40 hrs. at | $575.00 /hr. = | $8,280.00 | |
| MF HAHN | ASSOCIATE | 9.40 hrs. at | $290.00 /hr. = | $2,726.00 | |
| DM SPEERS | PARALEGAL | 3.90 hrs. at | $205.00 /hr. = | $799.50 | |
| VL AKIN | PARALEGAL | 7.90 hrs. at | $185.00 /hr. = | $1,461.50 | |
| V MARCHELLO | LEGAL ASSISTAN | 0.20 hrs. at | $90.00 /hr. = | $18.00 | |
| | | | | | $19,744.50 |

DISBURSEMENTS
MEETING EXPENSE                                   76.84
OVERNIGHT MAIL                                    44.90
OVERTIME RELATED COSTS                            12.80
PRINTING & DUPLICATING                            29.40
TELEPHONE                                         12.43
TOTAL DISBURSEMENTS                                                    $176.37

BALANCE DUE THIS INVOICE                                               $19,920.87

PREVIOUS BALANCE                                                       $93,245.10

TOTAL BALANCE DUE                                                     $113,165.97

Duane Morris
March 18, 2005
Page 2

File # K0248-00001                                      INVOICE #  1079371
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 2/14/2005 | 003 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO ENTER INTO EMPLOYMENT AGREEMENT WITH COO (FESTA) | 0.20 | $115.00 |
| | | | Code Total | 0.20 | $115.00 |

File # K0248-00001                                                    INVOICE #  1079371
      W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 1/13/2005 | 004 | MF HAHN | REVIEW DRAFT OF PROPOSED ASBESTOS LEGISLATION | 1.20 | $348.00 |
| 1/26/2005 | 004 | MF HAHN | RESEARCH VOTING AND ESTIMATION ISSUES | 0.60 | $174.00 |
| 2/1/2005 | 004 | DM SPEERS | REVIEWING 2/1/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.30 | $61.50 |
| 2/2/2005 | 004 | DM SPEERS | REVIEWING 2/2/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/3/2005 | 004 | DM SPEERS | REVIEWING 2/3/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $20.50 |
| 2/4/2005 | 004 | DM SPEERS | REVIEWING 2/4/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/7/2005 | 004 | DM SPEERS | REVIEWING 2/7/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/8/2005 | 004 | DM SPEERS | REVIEWING 2/8/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/8/2005 | 004 | MF HAHN | REVIEW FEDERAL INDICTMENT REGARDING LIBBY MINE | 1.30 | $377.00 |
| 2/8/2005 | 004 | MF HAHN | RESEARCH ALLOWANCE OF PUNITIVE DAMAGES | 0.60 | $174.00 |
| 2/10/2005 | 004 | DM SPEERS | REVIEWING 2/9/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.30 | $61.50 |
| 2/10/2005 | 004 | DM SPEERS | REVIEWING 2/10/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $20.50 |
| 2/11/2005 | 004 | DM SPEERS | REVIEWING 2/11/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $20.50 |
| 2/14/2005 | 004 | DM SPEERS | REVIEWING 2/14/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.30 | $61.50 |
| 2/14/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES. | 0.20 | $37.00 |

Duane Morris
March 18, 2005
Page 4

File # K0248-00001                                          INVOICE # 1079371
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/15/2005 | 004 | DM SPEERS | REVIEWING 2/15/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $20.50 |
| 2/16/2005 | 004 | DM SPEERS | REVIEWING 2/16/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.40 | $82.00 |
| 2/17/2005 | 004 | DM SPEERS | REVIEWING 2/17/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/18/2005 | 004 | DM SPEERS | REVIEWING 2/18/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $20.50 |
| 2/22/2005 | 004 | DM SPEERS | REVIEWING 2/21/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/22/2005 | 004 | DM SPEERS | REVIEWING 2/22/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.10 | $20.50 |
| 2/23/2005 | 004 | DM SPEERS | REVIEWING 2/23/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/23/2005 | 004 | WS KATCHEN | REVIEW AMENDED COMMITTEE BY-LAWS. | 0.10 | $57.50 |
| 2/24/2005 | 004 | DM SPEERS | REVIEWING 2/24/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.20 | $41.00 |
| 2/24/2005 | 004 | RW RILEY | REVIEWING AGENDA FOR 2/28 OMNIBUS HEARING AND PREPARATION FOR HEARING RE: REVIEWING MATTERS GOING FORWARD AT 2/28 HEARING | 1.20 | $498.00 |
| 2/25/2005 | 004 | DM SPEERS | REVIEWING 2/25/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN. | 0.40 | $82.00 |
| 2/28/2005 | 004 | RW RILEY | ATTENDING OMNIBUS HEARING RE STATUS OF DISCLOSURE STATEMENT AND OTHER MATTERS. | 2.10 | $871.50 |
| 2/28/2005 | 004 | WS KATCHEN | REVIEW D. AUSTERN FEE APPLICATION. | 0.10 | $57.50 |
| | | | Code Total | 11.30 | $3,394.00 |

Duane Morris
March 18, 2005
Page 5

File # K0248-00001                                    INVOICE # 1079371
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/2/2005 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS 118 F.3D 635 PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 2/2/2005 | 005 | V MARCHELLO | RETRIEVE FROM LEXIS 818 A. 2D 914 PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 2/2/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE E-MAIL ON PLAN SUPPORT AGREEMENT | 0.20 | $115.00 |
| 2/2/2005 | 005 | WS KATCHEN | REVIEW AUTHORITIES FOR PLAN SUPPORT AGREEMENT. | 0.70 | $402.50 |
| 2/2/2005 | 005 | WS KATCHEN | PREPARE FOR MEETING WITH COMMITTEE ON PLAN SUPPORT AGREEMENT, INCLUDING REMEDIES. | 1.40 | $805.00 |
| 2/2/2005 | 005 | WS KATCHEN | CONTINUED RESEARCH ON §524(G) VOTING ISSUE | 1.80 | $1,035.00 |
| 2/3/2005 | 005 | WS KATCHEN | REVIEW WITH COMMITTEE MEMBER SEALED AIR AND STRATEGY. | 0.30 | $172.50 |
| 2/4/2005 | 005 | WS KATCHEN | TWO (2) TELEPHONE CONFERENCES WITH MEMBER OF COMMITTEE. | 0.30 | $172.50 |
| 2/4/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE/CAPSTONE MEMO RE: RETENTION BONUS (FESTA). | 0.30 | $172.50 |
| 2/7/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE E-MAILS RE: SEALED AIR OBJECTION. | 0.20 | $115.00 |
| 2/7/2005 | 005 | WS KATCHEN | REVIEW MODEL SUPPORT AGREEMENT FOR PACIFIC GAS & ELECTRIC. | 0.20 | $115.00 |
| 2/7/2005 | 005 | WS KATCHEN | REVIEW REVISED SUPPORT AGREEMENT. | 0.10 | $57.50 |
| 2/7/2005 | 005 | WS KATCHEN | REVIEW PRESS RELEASE RE: LIBBY INDICTMENTS | 0.10 | $57.50 |
| 2/7/2005 | 005 | WS KATCHEN | REVIEW ACC LETTER TO THE THIRD CIRCUIT. | 0.10 | $57.50 |
| 2/8/2005 | 005 | WS KATCHEN | REVIEW PRESS RELEASES ON INDICTMENT. | 0.20 | $115.00 |
| 2/8/2005 | 005 | WS KATCHEN | RESEARCH ISSUE FOR PLAN | 0.30 | $172.50 |
| 2/8/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE MEMOS | 0.20 | $115.00 |
| 2/8/2005 | 005 | WS KATCHEN | REVIEW INDICTMENT V. W. R. GRACE, ET AL. | 1.00 | $575.00 |
| 2/8/2005 | 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH KEN PASQUALE RE: INDICTMENT. | 0.20 | $115.00 |
| 2/10/2005 | 005 | VL AKIN | RESEARCH THE DOCKET REGARDING OBJECTIONS TO MOTION TO FILE LATE FILED CLAIMS. | 0.40 | $74.00 |
| 2/10/2005 | 005 | WS KATCHEN | ADDITIONAL WORK ON §524(G) VOTING ISSUE | 1.30 | $747.50 |
| 2/10/2005 | 005 | WS KATCHEN | E-MAIL STROOCK RE: §524(G) ISSUE. | 0.20 | $115.00 |
| 2/10/2005 | 005 | WS KATCHEN | REPLY TO ARLENE KRIEGER. | 0.10 | $57.50 |
| 2/10/2005 | 005 | WS KATCHEN | REPLY TO KEN PASQUALE. | 0.20 | $115.00 |
| 2/10/2005 | 005 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES | 0.90 | $517.50 |
| 2/11/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE E-MAIL. | 0.10 | $57.50 |
| 2/14/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTIONS TO CLAIM 7031, ET. SEQ. | 0.20 | $115.00 |

Duane Morris
March 18, 2005
Page 6

File # K0248-00001                                              INVOICE #  1079371
        W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/15/2005 005 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.10 | $57.50 |
| 2/15/2005 005 | WS KATCHEN | REVIEW BY-LAWS AND PREPARE FOR FEBRUARY 16, 2005 COMMITTEE MEETING | 0.10 | $57.50 |
| 2/15/2005 005 | WS KATCHEN | REVIEW BLACKLINED DISCLOSURE STATEMENT. | 0.50 | $287.50 |
| 2/16/2005 005 | WS KATCHEN | COMMITTEE CONFERENCE CALL. | 0.20 | $115.00 |
| 2/16/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE RE: LIBBY CLAIM. | 0.10 | $57.50 |
| 2/23/2005 005 | WS KATCHEN | REVIEW AGENDA AND AMENDED AGENDA. | 0.10 | $57.50 |
| 2/23/2005 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO APPROVE SETTLEMENT WITH IRS. | 0.20 | $115.00 |
| 2/23/2005 005 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO PACIFICORP AND VANCOTT BAGLEY MOTION | 0.30 | $172.50 |
| 2/23/2005 005 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR APPROVAL STIPULATION WITH ST. PAUL CO. (SOLOW APPEAL BOND). | 0.10 | $57.50 |
| 2/24/2005 005 | WS KATCHEN | REVIEW LEGISLATION STATUS AND UPDATE. | 0.20 | $115.00 |
| 2/28/2005 005 | WS KATCHEN | RESEARCH JANUARY 25, 2005 THIRD CIRCUIT OPINION AND E-MAIL KEN PASQUALE. | 0.50 | $287.50 |
| 2/28/2005 005 | WS KATCHEN | TELEPHONE CONFERENCE WITH RICH RILEY RE: DISCLOSURE STATEMENT HEARING; LATE-CLAIMS MOTION DISALLOWED; SEALED AIR. | 0.20 | $115.00 |
| | | Code Total | 13.80 | $7,682.00 |

Duane Morris
March 18, 2005
Page 7

File # K0248-00001                                           INVOICE #  1079371
      W.R. GRACE & CO.


| | | | | |
|---|---|---|---|---|
| 2/8/2005 007 | MR LASTOWSKI | TELEPHONE CALL FROM INGERSOLL RAND (UNSECURED CREDITOR) RE:CASE STATUS | 0 40 | $210 00 |
| | | Code Total | 0.40 | $210.00 |

Duane Morris
March 18, 2005
Page 8

File # K0248-00001                                    INVOICE #  1079371
      W.R. GRACE & CO.

| 2/28/2005 009 | WS KATCHEN | REVIEW CAHILL RETENTION APPLICATION. | 0.20 | $115.00 |
| | | Code Total | 0.20 | $115.00 |

Duane Morris
March 18, 2005
Page 9

File # K0248-00001                                        INVOICE #  1079371
      W.R. GRACE & CO.

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/28/2005 | 010 | MR LASTOWSKI | REVIEW RETENTION PAPERS RELATING TO RETENTION OF CAHILL GORDON AS SPECIAL COUNSEL | 0.20 | $105.00 |
| | | | Code Total | 0.20 | $105.00 |

File # K0248-00001                                            INVOICE #  1079371
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 2/4/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING DUANE MORRIS JANUARY 2004 FEE APP | 0.30 | $55.50 |
| 2/8/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DECEMBER 2004 FEE APPLICATION OF DUANE MORRIS | 0.30 | $55.50 |
| 2/9/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 15TH QUARTERLY FEE APPLICATION | 0.90 | $472.50 |
| 2/9/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION FOR DUANE MORRIS 39TH MONTLY FEE APPLICATION | 0.90 | $472.50 |
| 2/9/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE DECEMBER 2004 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 2/14/2005 | 012 | VL AKIN | EDIT COMPENSATION CHART FOR 15TH QUARTERLY FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 2/14/2005 | 012 | VL AKIN | FILE AND SERVE 15TH QUARTERLY FEE APPLICATION OF DUANE MORRIS | 0.80 | $148.00 |
| 2/16/2005 | 012 | VL AKIN | REVIEW JANUARY 2005 DRAFT BILL, EDIT SAME | 0.50 | $92.50 |
| 2/24/2005 | 012 | RW RILEY | REVIEWING DUANE MORRIS FEE APPLICATION FOR 1/05 | 0.20 | $83.00 |
| 2/24/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR STROOCK 'S DECEMBER 2004 FEE APPLICATION | 0.30 | $55.50 |
| 2/24/2005 | 012 | VL AKIN | PREPARE JANUARY 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 2/25/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING DUANE MORRIS FEE APPLICATION FOR 1/05 | 0.30 | $124.50 |
| 2/28/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING JANUARY 2005 BILL | 0.30 | $55.50 |
| | | | Code Total | 6.30 | $1,892.50 |

Duane Morris
March 18, 2005
Page 11

File # K0248-00001                                    INVOICE #  1079371
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/2/2005 013 | MR LASTOWSKI | EXECUTE CERTIFICATE OF NO OBJECTION TO STROOCK FORTY-FOURTH FEE APPLICATION | 0.10 | $52.50 |
| 2/2/2005 013 | VL AKIN | FILE DECEMBER 2004 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 2/2/2005 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION TO THE NOVEMBER 2004 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 2/2/2005 013 | VL AKIN | FILE DECEMBER 2004 FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 2/8/2005 013 | MF HAHN | RESEARCH ALLOWANCE OF PUNITIVE DAMAGES | 0.60 | $174.00 |
| 2/8/2005 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING NINTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 2/9/2005 013 | MR LASTOWSKI | REVIEW AND SIGN CERTIFICATE OF NO OBJECTION FOR NINTH INTERIM FEE APPLICATION OF CAPSTONE RECOVERY GROUP | 0.90 | $472.50 |
| 2/9/2005 013 | VL AKIN | FILE FOURTH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 2/9/2005 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING OCTOBER 2004 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 2/22/2005 013 | VL AKIN | FILE 15TH QUARTERLY FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 2/23/2005 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR DECEMBER 2004 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 2/23/2005 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING DECEMBER 2004 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 2/24/2005 013 | MR LASTOWSKI | REVIEW AND SIGN CNO (CAPSTONE 11TH INTERIM FEE APPLICATION) | 0.10 | $52.50 |
| 2/24/2005 013 | MR LASTOWSKI | REVIEW AND SIGN CNO (STROOCK 45TH INTERIM FEE APPLICATION) | 0.10 | $52.50 |
| 2/24/2005 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION FOR CAPSTONE'S DECEMBER 2004 FEE APPLICATION | 0.30 | $55.50 |
| | | Code Total | 5.10 | $1,414.50 |

File # K0248-00001                                               INVOICE #  1079371
      W.R. GRACE & CO.

| 2/27/2005 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE AND READ AGENDA ITEMS IN PREPARATION FOR OMNIBUS HEARING | 2.30 | $1,207.50 |
|-----------|-----|--------------|------|------|------|
|           |     |              | Code Total | 2.30 | $1,207.50 |

File # K0248-00001                                    INVOICE #  1079371
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/14/2005 016 | WS KATCHEN | REVIEW COMMITTEE MEMO ON DEBTOR'S SETTLEMENT PROPOSAL CNA. | 0.20 | $115.00 |
| 2/23/2005 016 | WS KATCHEN | REVIEW ACC OBJECTION TO PROPOSED SETTLEMENT WITH CONT. CAS. CO. | 0.10 | $57.50 |
| 2/28/2005 016 | MR LASTOWSKI | REVIEW DEBTOR'S SETTLEMENT STIPULATION WITH NEW ENGLAND CONSTRUCTION COMPANY | 0.20 | $105.00 |
| | | Code Total | 0.50 | $277.50 |

Duane Morris
March 18, 2005
Page 14

File # K0248-00001                                          INVOICE # 1079371
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 2/1/2005 017 | MF HAHN | RESEARCH ESTIMATION AND CAPPING ISSUES | 1.50 | $435.00 |
| 2/2/2005 017 | MF HAHN | REVIEW PLAN SUPPORT AGREEMENT AND PROPOSED COMMENTS/REVISIONS THERETO | 1.00 | $290.00 |
| 2/2/2005 017 | MF HAHN | FOLLOW UP RESEARCH REGARDING LOCK UP AGREEMENTS AND PLAN SUPPORT AGREEMENTS; CONFERENCE WITH W. KATCHEN REGARDING SAME | 1.30 | $377.00 |
| 2/7/2005 017 | MF HAHN | REVIEW REVISED PLAN SUPPORT AGREEMENT AND COMMENTS IN RESPONSE TO SKADDEN'S COMMENTS | 0.70 | $203.00 |
| 2/7/2005 017 | MF HAHN | RESEARCH ALLOWANCE OF PUNITIVE DAMAGES | 0.60 | $174.00 |
| 2/21/2005 017 | MR LASTOWSKI | REVIEW PLAN AND DISCLOSURE STATEMENT, DISCLOSURE STATEMENT OBJECTIONS AND DEBTORS SUMMARY OF OBJECTIONS | 3.20 | $1,680.00 |
| | | Code Total | 8.30 | $3,159.00 |

Duane Morris
March 18, 2005
Page 15

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1079371

| | | | | |
|---|---|---|---|---|
| 2/24/2005 018 | WS KATCHEN | REVIEW DEBTOR'S CHART ON DISCLOSURE STATEMENT OBJECTIONS. | 0.30 | $172.50 |
| | | Code Total | 0.30 | $172.50 |

March 18, 2005
Page 16

File # K0248-00001                                    INVOICE #  1079371
    W.R. GRACE & CO.

| | | |
|---|---|---|
| TOTAL SERVICES | 48.90 | $19,744 50 |

File # K0248-00001                                    INVOICE #  1079371
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2005 | TELEPHONE | | 5.49 |
| 2/28/2005 | TELEPHONE | | 6.94 |
| | | Total: | $12.43 |
| | | | |
| 2/28/2005 | MEETING EXPENSE | | 76.84 |
| | | Total: | $76.84 |
| | | | |
| 1/24/2005 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S KATCHEN ESQ. (TRACKING #846466232786) | | 20.35 |
| 2/14/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARRENN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790918372160) | | 15.64 |
| 2/14/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790426256978) | | 8.91 |
| | | Total: | $44.90 |
| | | | |
| 2/28/2005 | OVERTIME RELATED COSTS | | 12.80 |
| | | Total: | $12.80 |
| | | | |
| 2/28/2005 | PRINTING & DUPLICATING | | 29.40 |
| | | Total: | $29.40 |
| | | | |
| | | TOTAL DISBURSEMENTS | $176.37 |