IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

In Re:

W.R. Grace & Co.  Bankruptcy No. 01-1139-JKF
 Debtor  Chapter 11

### NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that Counsel for the Plaintiffs have a new mailing address of:

> Morris, Sakalarios & Blackwell, PLLC
> Post Office Drawer 1858
> Hattiesburg, MS 39403-1858
> (601) 544-3343 Telephone
> (601) 544-9814 Facsimile (new number)

RESPECTFULLY SUBMITTED:

_____
ANTHONY SAKALARIOS
Counsel for Plaintiffs

ANTHONY SAKALARIOS, MBN. 6415
MORRIS, SAKALARIOS & BLACKWELL, PLLC
Post Office Drawer 1858
Hattiesburg, Mississippi 39401
Telephone: (601) 544-3343
Facsimile: (601) 544-9814

## **CERTIFICATE OF SERVICE**

I, Anthony Sakalarios, of the law firm of Morris, Sakalarios, & Blackwell, PLLC, do hereby certify that I have this day caused to be served, *via* electronic mail, a true and correct copy of Plaintiffs' *Notice of Change of Address* to all counsel of record.

This the 21st day of March, 2005

ANTHONY SAKALARIOS