# DENECHAUD AND DENECHAUD, L.L.P.
### Attorneys at Law
### Established 1901

1010 Common Street, Suite 3010
New Orleans, Louisiana 70112
Phone (504) 522-4756
Fax (504) 568-0783
Email danddlaw@bellsouth.net

Charles I. Denechaud (1879-1956)
Charles I. Denechaud, Jr. (1912-1999)
Charles I. Denechaud, III
Otto B. Schoenfeld
Edward B. Denechaud
Richard A. Bordelon
F. Evans Schmidt
Ralph J. Aucoin

March 11, 2005

David D. Bird, Clerk of Court
United State Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, Delaware 19801

    RE:    W.R. Grace & Co., et al - Chapter 11
              Case Nos 01-1139 through 01-1200 (JJF)

Dear Mr. Bird:

    Please change my address in the Court's computer system to reflect my current address as follows:

> Richard A. Bordelon, Bar No. 14091
> Denechaud and Denechaud, L.L.P.
> 1010 Common Street, Suite 3010
> New Orleans, LA 70112
>
> Telephone No.: (504) 522-4756
> Fax No.:       (504) 568-0783

    Thank you for your assistance.

Very truly yours,

DENECHAUD AND DENECHAUD, L.L.P.

Richard A. Bordelon

RAB/scn