# EXHIBIT A

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class*** | Relief Requested | Allowed Claim Amount | Claim Class*** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLP<br>125 SUMMER STR<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 203 | $1,403,017.00 (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 4/25/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

3/17/2005 10:48:45 AM