# EXHIBIT A

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL UNION FIRE INSURANCE C/O MICHAEL S DAVIS ESQ ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVE NEW YORK NY 10022 | 01-01139 W.R. GRACE & CO. | 9553 | $46,971,746.00 | (S) | CROSS-DEBTOR DUPLICATE | $0.00 | (S) | | CONTINUED TO 4/25/2005 12:00 PM |
| 2 | NEW YORK STATE DEPT OF BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01139 W.R. GRACE & CO. | 15165 | $267,817.79 | (U) | REDUCE AND ALLOW | $106,368.00 | (U) | | CONTINUED TO 4/25/2005 12:00 PM |
| 3 | NY STATE DEPT OF TAXATION AND BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01146 CCHP, INC. | 15316 | $7,509.78 $4,127.62 | (P) (U) | NO LIABILITY EXPUNGE | $0.00 $0.00 | (P) (U) | | CONTINUED TO 4/25/2005 12:00 PM |
| 4 | PAULETTE, MARCELLA M 267 TOWNSHIP RD 267 AMSTERDAM OH 43903-7909 | 01-01139 W.R. GRACE & CO. | 2360 | UNKNOWN | (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | | CONTINUED TO 4/25/2005 12:00 PM |
| 5 | STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.-CONN. | 15324 | $258,629.24 | (A) | NO LIABILITY EXPUNGE | $0.00 | (A) | | CONTINUED TO 4/25/2005 12:00 PM |
| 6 | STATE OF NEW JERSEY DEPT OF DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.-CONN. | 571 | $149,730.68 | (P) | REDUCE AND ALLOW | $27,491.00 | (P) | | CONTINUED TO 4/25/2005 12:00 PM |
| 7 | TENNESSEE DEPT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE TN 37202-0207 | 01-01139 W.R. GRACE & CO. | 15452 | $2,086.55 | (P) | NO LIABILITY EXPUNGE | $0.00 | (P) | | CONTINUED TO 4/25/2005 12:00 PM |
| 8 | TEXAS COMPTROLLER OF PUBLIC OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 01-01165 GRACE DRILLING COMPANY | 311 | $11,227.67 | (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | | CONTINUED TO 4/25/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

Page 1 of 1

3/17/2005 3:11:14 PM