# EXHIBIT B

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01139 W.R. GRACE & CO. | 9672 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 2 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01141 A-1 BIT & TOOL CO., INC. | 9674 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 3 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01142 ALEWIFE BOSTON LTD. | 9675 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 4 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01143 ALEWIFE LAND CORPORATION | 9676 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 5 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01144 AMICON, INC. | 9677 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 6 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01145 CB BIOMEDICAL, INC. | 9678 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 7 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01146 CCHP, INC. | 9679 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 8 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01147 COALGRACE, INC. | 9680 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01148<br>COALGRACE II, INC. | 9681 | | (T) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 10 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | 9682 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 11 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01150<br>DAREX PUERTO RICO, INC. | 9683 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 12 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 9684 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 13 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01152<br>DEWEY AND ALMY LLC | 9685 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 14 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01153<br>ECARG, INC. | 9686 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 15 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01154<br>FIVE ALEWIFE BOSTON LTD. | 9687 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 16 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01155<br>G C LIMITED PARTNERS I, INC. | 9688 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 17 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01156<br>G C MANAGEMENT, INC. | 9689 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 18 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01157<br>GEC MANAGEMENT CORPORATION | 9590 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 19 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01158<br>GN HOLDINGS, INC. | 9591 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 20 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01159<br>GPC THOMASVILLE CORP. | 9592 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 21 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01160<br>GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 9593 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 22 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01161<br>GRACE A-B INC. | 9594 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 23 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01162<br>GRACE A-B II INC. | 9595 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 24 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01163<br>GRACE CHEMICAL COMPANY OF CUBA | 9596 | | | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 25 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01164<br>GRACE CULINARY SYSTEMS, INC. | 9597 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 26 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01165<br>GRACE DRILLING COMPANY | 9598 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number / Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 27 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01166   9599<br>GRACE ENERGY CORPORATION | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 28 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01167   9600<br>GRACE ENVIRONMENTAL, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 29 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01168   9601<br>GRACE EUROPE, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 30 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01169   9602<br>GRACE H-G INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 31 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01170   9603<br>GRACE H-G II INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 32 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01171   9604<br>GRACE HOTEL SERVICES CORPORATION | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 33 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01172   9605<br>GRACE INTERNATIONAL HOLDINGS, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 34 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01173   9606<br>GRACE OFFSHORE COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 35 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01174   9607<br>GRACE PAR CORPORATION | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
   (P) - Priority          (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 36 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01175<br>GRACE PETROLEUM LIBYA INCORPORATED | 9608 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 37 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01176<br>GRACE TARPON INVESTORS, INC. | 9609 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 38 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01177<br>GRACE VENTURES CORP. | 9610 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 39 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01178<br>GRACE WASHINGTON, INC. | 9611 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 40 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 9612 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 41 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01180<br>W.R. GRACE LAND CORPORATION | 9613 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 42 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01181<br>GRACOAL, INC. | 9614 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 43 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01182<br>GRACOAL II, INC. | 9615 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 44 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA, PA 19103-7395 | 01-01183<br>GUANICA-CARIBE LAND DEVELOPMENT CORPORATION | 9616 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class*** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 45 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01184 HANOVER SQUARE CORPORATION | 9617 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 46 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01185 HOMCO INTERNATIONAL, INC. | 9618 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 47 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01186 KOOTENAI DEVELOPMENT COMPANY | 9619 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 48 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01187 L B REALTY, INC. | 9620 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 49 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01188 LITIGATION MANAGEMENT, INC | 9621 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 50 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01189 MONOLITH ENTERPRISES INCORPORATED | 9622 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 51 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01190 MONROE STREET, INC. | 9623 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 52 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01191 MRA HOLDINGS CORP. | 9624 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 53 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01192 MRA INTERMEDCO, INC. | 9625 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

***(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number / Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 54 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01193  9626<br>MRA STAFFING SYSTEMS, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 55 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01194  9627<br>REMEDIUM GROUP, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 56 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01195  9628<br>SOUTHERN OIL, RESIN & FIBERGLASS, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 57 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01196  9629<br>WATER STREET CORPORATION | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 58 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01197  9630<br>AXIAL BASIN RANCH COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 59 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01198  9631<br>CC PARTNERS | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 60 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01199  9632<br>HAYDEN-GULCH WEST COAL COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 61 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01200  9633<br>H-G COAL COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE<br>EXPUNGE | WITHDRAWN |
| 62 | DEPARTMENT OF REVENUE STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY MO 65105 | 01-01139  3816<br>W.R. GRACE & CO. | $180.05<br>$3,896.41 | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 63 | TOWN OF ACTON MASSACHUSETTS<br>C/O THOMAS O BEAN ESQ<br>155 SEAPORT BLVD WORLD TRADE CENTER W<br>BOSTON, MA 02210 | 01-01139<br>W.R. GRACE & CO. | 4365 | UNKNOWN | (S) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 8 of 8

3/17/2005 3:13:38 PM