# EXHIBIT C

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Relief Requested | Allowed Claim Amount** | Claim Class*** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | IBM CORPORATION<br>ATTN: BH SHIDELER<br>TWO LINCOLN CTR<br>18 W140 BUTTERFIELD RD<br>OAKBROOK, IL 60181-4295 | 01-01139<br>W.R. GRACE & CO. | 149 | $74,337.14  (U) | REDUCE AND ALLOW | $60,191.54 | (U) | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

Page 1 of 1

3/17/2005 11:27:29 AM