# EXHIBIT D

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LINKAGE INC<br>16 NEW ENGLAND EXECUTIVE PARK<br>SUITE 205<br>BURLINGTON, MA 01803 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1170 | $4,495.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\*\*(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

3/17/2005 11:29:24 AM

Page 1 of 1