IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 7930 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING THE MONTHLY APPLICATION OF CAPLIN & DRYSDALE, CHARTERED, COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005**
<u>**(DOCKET NO. 7930)**</u>

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1.  Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Caplin & Drysdale, Chartered ("Caplin & Drysdale"), submitted on March 1, 2005 a monthly application ("Application") [Docket No. 7930] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

2.  Objections to the Application were to be filed and served on or before March 21, 2005. No objections to the Application have been received by the undersigned.

{D0040276:1 }

Moreover, the Court's docket reflects that no objections to the Application were filed.

In accordance with the Amended Administrative Order, upon the filing of this Certificate of No Objection, the Debtors are authorized to pay Caplin & Drysdale eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application.

            CAPLIN & DRYSDALE, CHARTERED
            Elihu Inselbuch
            399 Park Avenue
            New York, NY  10022
            (212) 319-7125

            -and-

            CAPLIN & DRYSDALE, CHARTERED
            Peter Van N. Lockwood
            One Thomas Circle, N.W.
            Washington, D.C.  20005
            (202) 862-5000

            - and -

            CAMPBELL & LEVINE, LLC

            */s/Kathleen J. Campbell*
            Kathleen J. Campbell (I.D. #4229)
            800 N. King Street
            Suite 300
            Wilmington, DE  19899
            (302) 426-1900

            Counsel for the Official Committee
              of Asbestos Personal Injury Claimants

Dated: March 22, 2005