# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |

### STIPULATION AND AGREED ORDER FOR BRIEFING ON PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN'S MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM

WHEREAS, on February 28, 2005, the Court heard legal argument on the PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim (the "Motion"); and

WHEREAS the Court requested briefing on the Motion with respect to the issue of a debtor's inquiry notice obligation to find a current owner of property which the debtor does not lease and does not use versus the creditor or interest holder's obligation to file a transfer of claim or proof of the claim timely; and

WHEREAS the Court advised that no brief is to exceed twenty (20) pages; and

WHEREAS the Court instructed PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan (the "Movants") to submit a briefing schedule under certification of counsel; and

WHEREAS the Movants and the Debtors have reached agreement as to the briefing schedule as set forth herein.

IT IS HEREBY ORDERED as follows:

1. PacifiCorp's and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan's brief shall be filed and served on or before April 4, 2005.

2. The Debtors' brief shall be filed and served on or before April 25, 2005.

| | |
|---|---|
| **LEBOEUF, LAMB, GREENE & MACRAE**<br>Steven J. McCardell, Esquire<br>Jared L. Inouye, Esquire<br>1000 Kearns Building<br>136 South Main Street<br>Salt Lake City, UT 84101-1685<br>(801) 320-6700<br><br>Counsel to PacifiCorp<br><br>-and-<br><br>**VANCOTT, BAGLEY, CORNWALL & MCCARTHY**<br>J. Robert Nelson, Esquire<br>50 South Main Street<br>Salt Lake City, UT 84144-0450<br>(801) 237-0270<br><br>Counsel to the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan | **LANDIS RATH & COBB LLP**<br><br>_/s/ signature_<br>Richard S. Cobb (ID No. 3157)<br>Megan N. Harper (ID No. 4103)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>Counsel to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan |

|  | **KIRKLAND & ELLIS LLP**<br>James H. M. Sprayregen, P.C.<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, IL 60601<br>312-864-2000<br><br>and<br><br>**PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.**<br><br>/s/ _____<br>Laura Davis Jones (I.D. No. 2436)<br>David W. Carickhoff, Jr. (I.D. No. 3715)<br>919 Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br><br><br>Counsel to the Debtors |

SO APPROVED AND ORDERED this ___ day of _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

3