IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

John, C. Phillips, Jr. of the law firm Phillips Goldman & Spence P.A. (the "Movant"), a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Monique D. Almy of the law firm Swidler Berlin LLP at the address listed on the following page (the "Admittee"), to represent and act as bankruptcy counsel for David T. Austern as the Court-appointed Future Claimants' Representative in the above-captioned jointly administered proceedings. The Admittee is admitted, practicing, and in good standing in the State of Maryland and the District of Columbia.

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (facsimile)

Dated: March 14, 2005

Dkt. No. 8035

Date Filed: 3-15-05

The Admittee certifies that she is eligible for admission *pro hac vice* to this Court, is admitted to practice and in good standing in the jurisdictions shown in the paragraph above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these jointly administered proceedings, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

*[signature]*
Monique D. Almy
MD Bar No. 04479; DC Bar No. 478929
SWIDLER BERLIN LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007
(202) 424-7500

MOTION GRANTED.

BY THE COURT:

Dated: 3/21, 2005

*[signature]*
Judith K. Fitzgerald
United States Bankruptcy Judge

2