**EXHIBIT 2**

# Dkt No. 8028 - 7th Omni 4 Continuation Order for WR Grace

Total number of parties: 1
Preferred Mode of Service: US Mail (1st Class)

## Exhibit 2 - WR Grace Mailing

Svc Lst   Name and Address of Served Party

13245    SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110

Subtotal for this group: 1