**EXHIBIT 2**

# Dkt No. 8030 - Order re 7th Omnibus Objection (Non-Substantive) for WR Grace

**Total number of parties:** 12
**Preferred Mode of Service:** US Mail (1st Class)

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 13247 | CHEVRON TEXACO SERVICES CO, PO BOX 9034, ROOM 34320D, CONCORD, CA 94524-1934 |
| 13247 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T CORPORATION, ATTN: ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 13247 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ASSIGNEE OF AT&T, ATTN ALPA JIMENEZ, 411 W PUTNAM AVE STE 225, GREENWICH, CT 06830 |
| 13247 | DICKINSON WRIGHT PLLC, C/O MICHAEL C HAMMER ESQ, 500 WOODWARD AVE #4000, DETROIT, MI 48226 |
| 13247 | HEPACO INC, 2711 BURCH DR, CHARLOTTE, NC 28269 |
| 13247 | LANGAN ENGINEERING & ENVIRONMENTAL SERV, C/O FOSTER AND MAZZIE, 10 FURLER ST, PO BOX 209, TOTOWA, NJ 07512 |
| 13247 | SPARTANBURG COUNTY TAX COLLECTOR, ATTN: JEAN R JAMESON, PO BOX 3060, SPARTANBURG, SC 29304 |
| 13247 | STATE OF INDIANA, DEPT OF REVENUE, INDIANA GOVERNMENT CTR N, 100 N SENATE AVE ROOM N203, INDIANAPOLIS, IN 46204-2253 |
| 13247 | SUKENIK, RICHARD N, PO BOX 33207, PALM BEACH GARDENS, FL 33420-3207 |
| 13247 | TENNESSEE DEPT OF REVENUE, ATTN: WILBUR E HOOKS, 4TH FL, ANDREW JACKSON STATE OFFICE BLDG, NASHVILLE, TN 37242 |
| 13247 | TENNESSEE DEPT OF REVENUE, ATTN: WILBUR E HOOKS, TAX ENFORCEMENT DIVISION, 4TH FL ANDREW JACKSON BLDG, NASHVILLE, TN 37242 |
| 13247 | THE COMMONWEALTH OF MASSACHUSETTS, C/O ANNE CHAN, TAX EXAMINER, BOX 55484, BOSTON, MA 02205-5484 |

**Subtotal for this group:** 12

WR Grace