# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 13, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR DELOITTE & TOUCHE LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

DOCS_DE:106716.1

**W.R. Grace**
**Hours Spent by Each Person**
July 1 through July 31, 2004 (D&T LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 5.5 | $660 | $3,630 | $785 |
| Melissa Stephanou | 8.5 | $440 | $3,740 | $0 |
| Matthew Frank | 15.0 | $440 | $6,600 | $12 |
| Robin Raley | 1.0 | $230 | $230 | $0 |
| Guillermo Del Nogal | 17.5 | $230 | $4,025 | $0 |
| Deb Chmielewski | 0.3 | $65 | $20 | $0 |
| *Total Customs & International Trade Services Fees* | 47.8 | | $18,245 | $797 |
| Bryan Collins | 3.0 | $600 | $1,800 | $6,000 |
| *Total National Tax Services Fees* | 3.0 | | $1,800 | $0 |
| Robin Raley | 3.0 | $230 | $690 | $0 |
| *Total Monthly Statement & Fee Application Fees* | | | | |
| **Total D&T Fees for July** | 53.8 | | $20,735 | $6,797 |
| | | Blended Rat | $385.40 | |

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|------------------|-------------|-------|--------------|-------------------|----------|
| 6/4/2004 | BC | Ruling Request | Filing fee for ruling request filed with the IRS. | 0.0 | $600 | $0 | $6,000 |
| 7/7/2004 | MM | Customs Audit | Reviewed respons to cf 28 | 2.0 | $660 | $1,320 | $0 |
| 7/7/2004 | MS | Customs Audit | CF28 response meeting with Deloitte team | 1.5 | $440 | $660 | $0 |
| 7/7/2004 | MS | Customs Audit | Discussion with M. Mcguire re: facts of CF 28 | 2.0 | $440 | $880 | $0 |
| 7/7/2004 | GD | Customs Audit | Review docs for NAFTA CF-28 response | 3.0 | $230 | $690 | $0 |
| 7/8/2004 | MM | Customs Audit | Call with client re: FA | 1.0 | $660 | $660 | $0 |
| 7/8/2004 | MS | Customs Audit | Discussion with G. Del Nogal re: CF28 | 1.5 | $440 | $660 | $0 |
| 7/8/2004 | GD | Customs Audit | Discussion with M. McGuire, M. Stephanou,, | 0.5 | $230 | $115 | $0 |
| 7/8/2004 | GD | Customs Audit | Reviewed documents for NAFTA CF28 response | 1.0 | $230 | $230 | $0 |
| 7/8/2004 | GD | Customs Audit | Sent email to client requesting classifications and origin | 0.5 | $230 | $115 | $0 |
| 7/9/2004 | MS | Customs Audit | Discussion re CF28 with client | 1.0 | $440 | $440 | $0 |

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/10/2004 | BC | Ruling Request | Telephone call with IRS personnel regarding the ruling request filed with them regarding the lonely parent exception to the SRLY rules. | 1.0 | $600 | $600 | |
| 7/12/2004 | DC | Admin | PHONE CALL | 0.3 | $65 | $20 | $0 |
| 7/13/2004 | MM | Customs Audit | Prepared for web cast | 1.5 | $660 | $990 | $0 |
| 7/13/2004 | MM | Customs Audit | Web cast | 1.0 | $660 | $660 | $0 |
| 7/14/2004 | RR | Fee Application/Billing | Prepared billing summary for June | 2.0 | $230 | $460 | $0 |
| 7/14/2004 | GD | Customs Audit | Reviewed materials provided re: CF-28 | 0.5 | $230 | $115 | $0 |
| 7/14/2004 | GD | Customs Audit | Discussed materials provided re: CF-28 with Melissa | 0.5 | $230 | $115 | $0 |
| 7/14/2004 | BC | Ruling Request | Telephone call with IRS personnel regarding the ruling request filed with them regarding the lonely parent exception to the SRLY rules. | 1.0 | $600 | $600 | |
| 7/15/2004 | BC | Ruling Request | Telephone call with Elyse Filon regarding update from IRS on ruling request filed with the IRS regarding the lonely parent exception to the SRLY | 1.0 | $600 | $600 | |
| 7/16/2004 | GD | Customs Audit | Review status with Matt and Melissa, set up meeting for Monday | 0.5 | $230 | $115 | $0 |
| 7/19/2004 | MS | Customs Audit | Meeting re CF28 with G. Del Nogal and M. Frank | 1.5 | $440 | $660 | $0 |

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/19/2004 | MF | Customs Audit | Review of CF28 issues and responses; | 1.0 | $440 | $440 | $0 |
| 7/19/2004 | MF | Customs Audit | Review of FA follow-up issues | 1.0 | $440 | $440 | $0 |
| 7/19/2004 | GD | Customs Audit | Meeting with M. Frank and M. Stephanou re: discuss status and trying to coordinate with TP group to arrange meeting to discuss financials | 1.0 | $230 | $230 | $0 |
| 7/20/2004 | MF | Customs Audit | Weekly status call with N. Phillips and FA team | 1.0 | $440 | $440 | $0 |
| 7/20/2004 | MF | Customs Audit | Review of client timeline and documentation. | 0.5 | $440 | $220 | $0 |
| 7/20/2004 | MF | Customs Audit | Provided information on how to void importer identification numbers. | 1.0 | $440 | $440 | $0 |
| 7/20/2004 | GD | Customs Audit | Drafting response to CF-28, revisions, and formatting deliverables | 4.0 | $230 | $920 | $0 |
| 7/21/2004 | MS | Customs Audit | Follow up on CF28 status | 0.5 | $440 | $220 | $0 |
| 7/21/2004 | MF | Customs Audit | Telephone calls with Nasos Phillips re: FA | 0.5 | $440 | $220 | $0 |
| 7/21/2004 | MF | Customs Audit | Review of implementation plan and client documents | 0.5 | $440 | $220 | $0 |
| 7/21/2004 | GD | Customs Audit | Preperation of response to CF-28, draft response, create and revise supporting exhibit spreadsheets | 3.0 | $230 | $690 | $0 |

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/22/2004 | MS | Customs Audit | Follow up on CF28 status | 0.5 | $440 | $220 | $0 |
| 7/22/2004 | MF | Customs Audit | Parking downtown after client visit to Darex with Nasos Phillips | 0.0 | $440 | $0 | $12 |
| 7/22/2004 | MF | Customs Audit | On-site meeting with Nasos Phillips at Darex; | 3.0 | $440 | $1,320 | $0 |
| 7/22/2004 | MF | Customs Audit | Review/edit of CF28 response | 1.0 | $440 | $440 | $0 |
| 7/22/2004 | GD | Customs Audit | Preperation of response to CF-28, draft response, create and revise supporting exhibit spreadsheets | 2.0 | $230 | $460 | $0 |
| 7/23/2004 | MF | Customs Audit | Determination of post-entry audit samples size; | 0.5 | $440 | $220 | $0 |
| 7/23/2004 | MF | Customs Audit | Review of implementation plan | 0.5 | $440 | $220 | $0 |
| 7/23/2004 | MF | Customs Audit | Draft of response to CBP findings letter | 1.0 | $440 | $440 | $0 |
| 7/23/2004 | RR | Customs Audit | Redacted info from CIP | 1.0 | $230 | $230 | $0 |
| 7/23/2004 | RR | Fee Application/Billing | Revisions of Grace June Billing | 1.0 | $230 | $230 | $0 |
| 7/25/2004 | MM | Customs Audit | Expenses - rental car | 0.0 | $660 | $0 | $95 |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|------|--------|-----------------|-------------|-------|-------------|-------------------|----------|
| 7/25/2004 | MM | Customs Audit | Expenses - hotel | 0.0 | $660 | $0 | $99 |
| 7/25/2004 | MM | Customs Audit | Expenses - airfare | 0.0 | $660 | $0 | $537 |
| 7/25/2004 | MM | Customs Audit | Expenses - parking | 0.0 | $660 | $0 | $39 |
| 7/25/2004 | MM | Customs Audit | Expenses - hotel tax | 0.0 | $660 | $0 | $15 |
| 7/26/2004 | GD | Customs Audit | Call with Debbie Fearn-Wright regarding follow-up questions on CF-28 response. | 0.5 | $230 | $115 | $0 |
| 7/26/2004 | GD | Customs Audit | Drafted update re: CF-28 to M. Stephanou | 0.5 | $230 | $115 | $0 |
| 7/27/2004 | MF | Customs Audit | Review of CF28 response and data | 1.0 | $440 | $440 | $0 |
| 7/28/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | $440 | $440 | $0 |
| 7/28/2004 | MF | Customs Audit | Review of implementation plan and documentation | 0.5 | $440 | $220 | $0 |
| 7/29/2004 | MF | Customs Audit | Draft of summary of our FOIA data analysis process for the FA Team; | 0.5 | $440 | $220 | $0 |
| 7/29/2004 | MF | Customs Audit | Review of implementation plan | 0.5 | $440 | $220 | $0 |
| | | | **Totals** | **53.8** | | **$20,735** | **$6,797** |