# EXHIBIT A

## EXHIBIT A

## VERIFICATION

MC LEAN                         :
                                :
COMMONWEALTH OF VIRGINIA :

Larry D. Ishol, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant accounting firm of Deloitte & Touche LLP.

b) I have personal knowledge of Deloitte & Touche LLP's retention as customs services providers and tax advisors to the Debtors in these chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Larry D. Ishol
Partner

SWORN AND SUBSCRIBED
before me this 14th day of March, 2005.

City of Fairfax, Commonwealth of Virginia

_____
Notary Public
My Commission Expires: March 31, 2008

91100-001\DOCS_DE:79005.1

-8-

TOTAL P.04