# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 13, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR DELOITTE & TOUCHE LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

-1-

**W.R. Grace**
**Hours Spent by Each Person**
August 1 through August 21, 2004 (Deloitte & Touche LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 9.0 | $660 | $5,940 | $0 |
| Matthew Frank | 18.0 | $440 | $7,920 | $722 |
| Fred Levitan | 0.8 | $310 | $248 | $0 |
| Guillermo Del Nogal | 0.0 | $230 | $0 | $0 |
| **Total Customs & International Trade Services Fees** | 27.8 | | $14,108 | $722 |
| N/A | 0.0 | 0 | $0 | $0 |
| **Total National Tax Services Fees 8/1/2004 to 8/21/2004** | 0.0 | | $0 | $0 |
| N/A | 0.0 | 0 | $0 | $0 |
| **Total Monthly Statement & Fee Application Fees** | | | | |
| **Total D&T Fees for August** | 27.8 | | $14,108 | $722 |
| | | Blended Rate | $507.48 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/2/2004 | MF | Customs Audit | Phone call with Nasos Phillips to discuss upcoming meeting and implementation plan | 0.5 | 440 | $ 220.00 | 0 |
| 8/2/2004 | MF | Customs Audit | Review implementation plan and client issues | 0.5 | 440 | $ 220.00 | 0 |
| 8/2/2004 | MM | Customs Audit | Discussions with Matt regarding implementation plan and draft procedures | 1.0 | 660 | $ 660.00 | 0 |
| 8/4/2004 | MF | Customs Audit | Flight to and from Grace in Massachusetts | 0.0 | 440 | $ - | 574 |
| 8/4/2004 | MF | Customs Audit | Hotel Room expenses | 0.0 | 440 | $ - | 99 |
| 8/4/2004 | MF | Customs Audit | Hotel Tax expenses | 0.0 | 440 | $ - | 10 |
| 8/4/2004 | MF | Customs Audit | Parking at airport during trip to Grace | 0.0 | 440 | $ - | 39 |
| 8/5/2004 | MF | Customs Audit | Onsite meeting at Grace to discuss implemenation plan and action steps | 8.0 | 440 | $ 3,520.00 | 0 |
| 8/5/2004 | MM | Customs Audit | Onsite meeting at Grace for implementation plan | 8.0 | 660 | $ 5,280.00 | 0 |
| 8/10/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/13/2004 | MF | Customs Audit | Telephone calls with Nasos Phillips and Norm McIntosh regarding response to findings letter | 0.5 | 440 | $ 220.00 | 0 |
| 8/16/2004 | MF | Customs Audit | Analysis of HTS9801 information in FOIA | 0.5 | 440 | $ 220.00 | 0 |
| 8/16/2004 | MF | Customs Audit | Draft letter in response to 9801 findings | 0.5 | 440 | $ 220.00 | 0 |
| 8/17/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/19/2004 | MF | Customs Audit | Review and edit response to CBP findings letter | 1.5 | 440 | $ 660.00 | 0 |
| 8/20/2004 | MF | Customs Audit | Conference call to finalize response to findings letter | 2.0 | 440 | $ 880.00 | 0 |
| 8/20/2004 | MF | Customs Audit | Research follow-up issues | 2.0 | 440 | $ 880.00 | 0 |
| 8/20/2004 | FL | Customs Audit | Analyzed HTS9801 documentation requirements and discussed it with Matt | 0.8 | 310 | $ 248.00 | 0 |
| | | | **Total** | **27.8** | | **$ 14,108.00** | **$ 722.00** |