# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: April 13, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR DELOITTE
## CONSULTING LLP'S MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

DOCS_DE:106717.1

**W.R. Grace & Co.**
**Hours Spent by Each Person In Deloitte Consulting**
July 1 through July 31, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Zach Georgeson | 0.8 | $250 | $200 | 0 |
| Nick Bubnovich | 1.0 | $620 | $620 | 0 |
| *Total Human Capital Services Fees* | 1.8 | | $820 | $0 |
| | | | | |
| Zach Georgeson | 2.3 | $250 | $575 | 0 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 2.3 | | $575 | $0 |
| | | | | |
| **TOTAL DC FEES DUE FOR JULY** | **4.1** | | **$1,395** | **$0** |
| | | | | |
| | Blended Rate | | $340.24 | |

# W.R. Grace & Co.
## Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 7/7/2004 | ZG | Fee Application/Billing | Corresponded with Grace billing team regarding June bill. Also discussed with team the second interim bill for fiscal 2004. | 0.5 | 250 | $125 | 0 |
| 7/20/2004 | ZG | Fee Application/Billing | Worked with Chicago billing team to reconcile invoices and checks that the company had sent. | 1.8 | 250 | $450 | 0 |
| 7/22/2004 | ZG | Compensation Benchmarking | Met with Nick Bubnovich to discuss the specifics of the Total Direct Compensation analysis that is to be performed in July/August for the outgoing CEO. | 0.3 | 250 | $75 | 0 |
| 7/27/2004 | ZG | Compensation Benchmarking | Conversation with Brian McGowan to discuss the Paul Norris' retirement from the company and the compensation data needed to benchmark the incoming Chief Executive Officer. | 0.5 | 250 | $125 | 0 |
| 7/28/2004 | NB | Compensation Benchmarking | Discuss w/ Brian need to benchmark COO and CEO pay, as well as establish consulting fee range for Paul; followup calls w/ Brian and Jay Caap of Kirkland. Meet w/ Zack. | 1.0 | 620 | $620 | 0 |
| | | **Total** | | **4.1** | | **$1,395** | **$ -** |