# EXHIBIT A

## EXHIBIT A

## VERIFICATION

CHICAGO           :
                  :
ILLINOIS          :

Steven Kraus, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant consulting firm of Deloitte Consulting LLP.

b) I have personal knowledge of Deloitte Consulting LLP's retention as compensation advisory services providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Steven Kraus
Principal

SWORN AND SUBSCRIBED
before me this 14th day of March, 2005.

_Barbara Knight_
Notary Public
My Commission Expires: Aug 21, 2005

Official Seal
Barbara Knight
Notary Public State of Illinois
My Commission Expires 08/21/05

91100-001\DOCS_DE:79005.1

-7-