# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: April 13, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR DELOITTE
CONSULTING LLP'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM AUGUST 1, 2004 THROUGH AUGUST 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

-1-

**W.R. Grace & Co.**
**Hours Spent by Each Person In Deloitte Consulting LLP**
August 1 through August 30, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Amber Hardin | 2.3 | $65 | $146 | 0 |
| Zach Georgeson | 16.2 | $250 | $4,050 | 0 |
| Nick Bubnovich (From 8/1/2004 - 8/21/2004) | 2.0 | $620 | $1,240 | 0 |
| *Total Human Capital Services Fees* | 20.5 | | $5,436 | $0 |
| Zach Georgeson | 8.0 | $250 | $2,000 | 0 |
| *Total Monthly Statement & Fee Application* | 8.0 | | $2,000 | $0 |
| **TOTAL DELOITTE CONSULTING FEES DUE FOR AUGUST** | **28.5** | | **$7,436** | **$0** |
| | Blended Rate | | $261.38 | |

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/11/2004 | ZG | Compensation Benchmarking | Began work on the CEO compensation analysis. Pulled the proxy surveys from online subscription service and printed out the relevant sections. | 0.8 | 250 | $200 | 0 |
| 8/16/2004 | ZG | Compensation Benchmarking | Reviewed data sent from equilar. Pulled the proxies for each peer company and orgranized the data sheets so that proper review could | 0.8 | 250 | $200 | 0 |
| 8/17/2004 | ZG | Compensation Benchmarking | Reviewed compensation data provided by Equilar to ensure its accuracy. Developed charts and tables to summarize the compensation data. Began to prepare first draft of CEO letter for | 3.5 | 250 | $875 | 0 |
| 8/18/2004 | ZG | Compensation Benchmarking | Continued to work on CEO compensation letter for 3 hours. | 3.3 | 250 | $825 | 0 |
| 8/18/2004 | NB | Compensation Benchmarking | Meet w/ Zack and review and discuss COO and CEO benchmarking data and our draft letter. | 1.0 | 620 | $620 | 0 |
| 8/19/2004 | ZG | Billing/Fee Application | Worked on billing request from W.R. Grace. Summarized the amount that has been billed to date and analyzed the Certificates of No Objection filed for 2004. Discussed with Nick Bubnovich. (1.3). Continued to prepare CEO compensation letter. (4.2). | 5.5 | 250 | $1,375 | 0 |
| 8/20/2004 | NB | Compensation Benchmarking | Review data on COO and CEO pay and revise Zach's draft letter | 1.0 | 620 | $620 | 0 |
| 8/20/2004 | ZG | Compensation Benchmarking | Continued to prepare letter to Brian McGowan that addressed CEO and COO 25th, median and 75th compensation levels. Prepared exhibits for the letter that summarized the Total Direct Compensation analyses. Reviewed with Nick | 2.8 | 250 | $700 | 0 |
| 8/23/2004 | AH | Compensation Benchmarking | Misc. revisions to letter for Brian | 2.3 | 65 | $146 | 0 |
| 8/23/2004 | ZG | Compensation Benchmarking | Continued to modify CEO TDC analysis. Worked with Nick to revise the wording in the letter to Brian McGowan. Updated several tables and graphics in the letter. | 3.2 | 250 | $800 | 0 |
| 8/24/2004 | ZG | Compensation Benchmarking | Met with Nick to discuss modifications to the CEO TDC letter. | 0.5 | 250 | $125 | 0 |
| 8/25/2004 | ZG | Compensation Benchmarking | Continued to work on the CEO TDC analysis for Paul Norris and Fred Festa. Updated Appendices to reflect suggested formatting changes. Met with Nick to discuss. | 1.3 | 250 | $325 | 0 |
| 8/30/2004 | ZG | Billing/Fee Application | Prepared chargeable hour and expense summary schedules for the 2nd Quarter Interim Fee Application for Tony Scoles review. | 2.5 | 250 | $625 | 0 |
| | | | **Totals** | **28.5** | | **$7,436** | **$0** |