IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: April 13, 2005, at 4:00 p.m..** | |
| | ) **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

**THIRD MONTHLY APPLICATION OF
DELOITTE CONSULTING LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004**

<u>Name of Applicant</u>: Deloitte Consulting LLP ("Deloitte Consulting").

<u>Authorized to Provide Professional Services to</u>: The above-captioned debtors and debtors-in-possession.

<u>Date of Retention</u>: September 27, 2004.

<u>Period for which Compensation and Reimbursement is Sought</u>: September 1, 2004 through September 30, 2004.

<u>Amount of Compensation Sought as Actual, Reasonable and Necessary</u>: $3,408.00

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

| | |
|---|---:|
| <u>Less 20% Holdback for Hourly Rate Services</u>: | <u>($681.60)</u> |
| <u>Amount of Payment Requested Hereunder</u>: | $2,726.40 |

<u>Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary</u>: $12.00

This is a:    <u>xx</u> monthly        _ interim        _ final application.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (PJW) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) **Objection Date: April 13, 2005, at 4:00 p.m.** | |
| | ) **Hearing Date: Scheduled if Necessary (Negative Notice)** | |

## THIRD MONTHLY APPLICATION OF DELOITTE CONSULTING LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

This third monthly application (this "Application") of Deloitte Consulting LLP ("Deloitte Consulting") is for fees for services rendered in connection with Deloitte Consulting's provision of compensation advisory services to the Debtors during the period from September 1, 2004 through September 30, 2004. Attached hereto as Exhibit A is the Verification of Steven Kraus of Deloitte Consulting.

## **BACKGROUND**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

The Order Pursuant to U.S.C. 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 201(b) and 5002 Authorizing the Employment and Retention of Deloitte Consulting LLP as Compensation Advisors to the Debtors Nunc Pro Tunc to July 1, 2004 was entered by this Court on September 27, 2004. Prior to July 1, 2004, such compensation services were provided by Deloitte & Touche LLP ("Deloitte & Touche"). As of July 1, 2004, Deloitte & Touche is no longer providing compensation services to the Debtors. Deloitte Consulting is not seeking expense reimbursement for the provision of compensation services in this Application, but may seek such reimbursement in future fee applications.

## FEE AND EXPENSE REIMBURSEMENT DETAIL

Below are the following tables setting forth the fees sought by Deloitte Consulting hereunder in this Application: (a) a table containing a summary of fees sought by professional, reflecting the professionals' name, position, hourly billing rate, total hours billed and total fees sought for the provision of compensation advisory services; and (b) tables containing a summary of fees sought for the provision of compensation advisory services, and the preparation of monthly statements and fee applications, broken into project categories.

In addition to the foregoing tables, attached hereto is Exhibit B, pertaining to the compensation advisory services, consisting of (a) a chart summarizing the fees sought by Deloitte Consulting by project category, and (b) schedules reflecting the daily summary of fees sought setting forth the date the services were provided, the professionals providing services, a description of the services, the hours expended providing the services, the professionals' hourly billing rates, and the total fees sought

## Summary of Fees Sought by Professional

| Name of Professional Individual | Position and Service Line | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Amber Hardin | Administrative Assistant | $65 | .50 | $33 |
| Zach Georgeson | Senior Consultant – Human Capital | $250 | 13.5 | $3,375 |

Total Fees:    $3,408
Total Hours:   14.0
Blended Rate:  $243.39

## Compensation Advisory Services by Project Category

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Compensation Benchmarking | .5 | $33 |
| TOTAL | | $33 |

## Monthly Statement and Fee Application Preparation

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Fee Application/Billing | 13.5 | $3,375 |
| TOTAL | | $3,375 |

## Expense Summary

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Taxi | | $12 |
| TOTAL | | $12 |

Dated: Mar. 14, 2005

DELOITTE CONSULTING LLP



Steven Kraus, Principal
180 N. Stetson Avenue
Chicago, IL 60601-6779
Telephone: (312) 946-3041
Facsimile: (312) 297-3041

Compensation Advisory Services providers for Debtors and Debtors in Possession

91100-001\DOCS_DE:79005.1

-6-