# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:  April 13, 2005 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### FEE DETAIL FOR DELOITTE
### CONSULTING LLP'S MONTHLY FEE APPLICATION FOR
### THE PERIOD FROM SEPTEMBER 1, 2004 THROUGH SEPTEMBER 30, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

**W.R. Grace & Co.**
**Hours Spent by Each Person In Deloitte Consulting**
September 1 through September 30, 2004

| Employee | Hours | Billing Rate | Total Fees | Expenses |
|---|---|---|---|---|
| Amber Hardin | 0.5 | $65 | $33 | 0 |
| *Total Human Capital Services Fees* | 0.5 | | $33 | $0 |
| Zach Georgeson | 13.5 | $250 | $3,375 | 12 |
| *Total Monthly Statement & Fee Application Preparation Fees* | 13.5 | | $3,375 | $12 |
| **TOTAL DC FEES DUE FOR SEPTEMBER** | **14.0** | | **$3,408** | **$12** |

Blended Rate    $243.39

# W.R. Grace & Co.
Daily Summary of Fees and Expenses

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/2/2004 | AH | Compensation Benchmarking | Revised the final deliverable that was sent to W.R. Grace regarding the compensation benchmarking analysis. | 0.5 | 65 | $33 | 0 |
| 9/10/2004 | ZG | Fee Application/Billing | Prepared the billing detail for April, May, June for each of the three groups. Organized data into summary sheets and checked each number. | 3.0 | 250 | $750 | 0 |
| 9/15/2004 | ZG | Fee Application/Billing | Stayed late at night to prepare April, May, June monthly applications for General Counsel's office. The expense relates to a taxi cab ride from the office to my | 0.0 | 0 | $0 | 12 |
| 9/15/2004 | ZG | Fee Application/Billing | Prepared monthly applications for April, May and June. | 3.5 | 250 | $875 | 0 |
| 9/16/2004 | ZG | Fee Application/Billing | Continued to assist the General Counsel's office with the preparation of April, May and June 2004 monthly fee | 4.0 | 250 | $1,000 | 0 |
| 9/22/2004 | ZG | Fee Application/Billing | Continued to make revisions to April, May and June Billing detail for Sue Halci and | 1.0 | 250 | $250 | 0 |
| 9/23/2004 | ZG | Fee Application/Billing | Continued to make revisions to April, May and June Billing detail for Sue Halci and | 2.0 | 250 | $500 | 0 |
| | | | **Total** | **14.0** | | **$3,408** | **$12** |