IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 5527 and |
| | ) | 3/21/05 Agenda Item 11 |

**CERTIFICATION OF COUNSEL REGARDING
SEVENTH CONTINUATION ORDER GRANTING THE RELIEF
SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
(SUBSTANTIVE) AS TO CONTINUED OBJECTIONS**

1.    On May 5, 2004, the above-captioned debtors and debtors in possession

(collectively, the "Debtors") filed the *Debtors' Fifth Omnibus Objection to Claims (Substantive)*

(the "Fifth Omnibus Claim Objection") (Docket No. 5527) with the United States Bankruptcy

Court for the District of Delaware (the "Court"), 824 Market Street, Wilmington, Delaware

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

19801. Objections and responses to the Fifth Omnibus Claim Objection were to be filed on or before June 4, 2004. This deadline was extended for certain parties.

2.    At the hearing on March 21, 2005, the Debtors indicated that they would submit an order regarding the Fifth Omnibus Claim Objection under certification of counsel. Accordingly, attached hereto is a revised proposed order that (i) continues the hearing on the Fifth Omnibus Claim Objection as it relates to the disputed claims listed on Exhibit A to the proposed order to the omnibus hearing scheduled for April, 25, 2005, (ii) continues the hearing on the Fifth Omnibus Claim Objection as it relates to the disputed claims listed on Exhibit B to the proposed order to the omnibus hearing scheduled for May 16, 2005, and (iii) establishes a schedule for the filing and prosecution of any motions for summary judgment related to Claim No. 2281 filed by Peter P. Pearson (as set forth by this Court at the hearing except for the June 6, 2005 hearing date, which was obtained from the Court after the hearing).

3.    The Debtors respectfully request that the Court enter the proposed order

attached hereto as <u>Exhibit A</u> at its earliest convenience.


Dated:  March 24, 2005

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES &
WEINTRAUB P.C.

*Scotta E. McFarland*

Laura Davis Jones (Bar No. 2436)
Scotta E. McFarland (Bar No. 4184)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

# Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 5527 and 3/21/05 Agenda** |
| | ) | **Item No. 11** |

## SEVENTH CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1.    On May 5, 2004, the Debtors filed their Fifth Omnibus Objection[2] to Claims (the "Fifth Omnibus Objection") [Docket No. 5527]. The deadline to respond to the Fifth Omnibus Objection was June 4, 2004.

2.    On July 19, 2004, the Court entered the Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims [Docket No. 6007].

3.    On August 23, 2004, the Court entered the Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6264].

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]    Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

4.     On September 30, 2004, the Court entered the Second Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6506].

5.     On October 25, 2004, the Court entered the Third Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6739].

6.     On November 15, 2004, the Court entered the Fourth Continuation Order Granting the Relief Sought in the Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6960].

7.     On December 20, 2004, the Court entered the Fifth Continuation Order Granting the Relief Sought in the Debtors Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 7400].

8.     On March 15, 2005, the Court entered the Sixth Continuation Order Granting the Relief Sought in the Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 8025].

NOW, THEREFORE, upon consideration of the Debtors' Fifth Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each Claim listed on Exhibit A to this Order is continued to the April 25, 2005 omnibus hearing; and it is further

ORDERED that the Objection to each Claim listed on <u>Exhibit B</u> to this Order is continued to the May 16, 2005 omnibus hearing; and it is further

ORDERED that the Objection to the Claim listed on <u>Exhibit C</u>, Claim #2281 filed by Peter P. Pearson, is continued to the April 25, 2005 omnibus hearing for a status conference with the following schedule for the filing of motions for summary judgment: (1) the deadline by which any party may file a motion for summary judgment is April 12, 2005; (2) responses to any motion for summary judgment filed are due on or before May 12, 2005; (3) replies, which shall not exceed five (5) pages, are due on or before May 27, 2005; and (6) the hearing on any such filed motion for summary judgment is scheduled for June 6, 2005 at 9:00 a.m. The parties may appear at the June 6, 2005 hearing telephonically. The Debtors shall be responsible for setting up the call and for giving Mr. Pearson notice by email of the dial-in information; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: Monday, March 21, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L / 129 WOOD DR / IOWA PARK TX 76367-1127 | 01-01140 W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 2 | ARCHER, MICHELLE B / 129 WOOD CIR / IOWA PARK TX 76367-1127 | 01-01140 W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 3 | BUREAU OF CUSTOMS AND BORDER PROTECTION / 6026 LAKESIDE BLVD / PO BOX 68911 / INDIANAPOLIS IN 46268 | 01-01140 W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN UNKNOWN | (P) (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 4 | BUREAU OF CUSTOMS AND BORDER PROTECTION / 6026 LAKESIDE BLVD / PO BOX 68911 / INDIANAPOLIS IN 46268 | 01-01140 W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN UNKNOWN | (P) (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 5 | CITY OF CAMBRIDGE MASSACHUSETTS / C/O STEPHEN D ANDERSON ESQ / ANDERSON & KREIGER LLP / 43 THORNDIKE ST / CAMBRIDGE MA 02141 | 01-01140 W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 6 | CITY OF CAMBRIDGE MASSACHUSETTS / C/O STEPHEN D ANDERSON ESQ / ANDERSON & KREIGER LLP / 43 THORNDIKE ST / CAMBRIDGE MA 02141 | 01-01139 W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 7 | DILLINGHAM-MANSON JOINT VENTURE / MANSON CONSTRUCTION / ATTN PRESIDENT / 5209 E MARGINAL WAY S / SEATTLE WA 98124 | 01-01140 W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 8 | DILLINGHAM-MANSON JOINT VENTURE / MANSON CONSTRUCTION / ATTN PRESIDENT / 5209 E MARGINAL WAY S / SEATTLE WA 98124 | 01-01139 W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 9 | DILLINGHAM-MANSON JOINT VENTURE / MANSON CONSTRUCTION / ATTN PRESIDENT / 5209 E MARGINAL WAY S / SEATTLE WA 98124 | 01-01140 W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

3/17/2005 11:08:25 AM

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 11 | MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 12 | MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 13 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 14 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

3/17/2005 11:08:25 AM

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
### OMNIBUS 5 - EXHIBIT B - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 5/16/2005 12:00PM |
| 2 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 5/16/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 1

3/17/2005 11:04:50 AM

Hearing Date: Monday, March 21, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT C - CONTINUED - EXPUNGE

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 1 PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

3/23/2005 9:38:02 AM

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

## **AFFIDAVIT OF SERVICE**

|  |  |  |
|---|---|---|
| STATE OF DELAWARE | ) |  |
|  | )SS |  |
| COUNTY OF NEW CASTLE | ) |  |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 24th day of March 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.    **CERTIFICATION OF COUNSEL REGARDING SEVENTH
CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN
DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS
(SUBSTANTIVE) AS TO CONTINUED OBJECTIONS.**

Dated: March 24, 2005

_Patricia E. Cuniff_
Patricia E. Cuniff

Sworn to and subscribed before
me this 24th day of March, 2005

_Vanessa A. Preston_
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
**Notary Public - State of Delaware**
My Comm. Expires March 21, 2006

91100-001\DOCS_DE:69393.19

DOCS_DE:105858.12

W. R. Grace Core Group Service List
Case No. 01-1139 (JKF)
Document Number: 27348
07 – Hand Delivery
11 – First Class Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine
Chase Manhattan Centre
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*First Class Mail*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Equity Committee Counsel)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

*First Class Mail*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*First Class Mail*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC 20007

*First Class Mail*
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806