# Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.;[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 5527 and 3/21/05 Agenda** |
| | ) | **Item No. 11** |

### SEVENTH CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS

1.     On May 5, 2004, the Debtors filed their Fifth Omnibus Objection[2] to Claims (the "Fifth Omnibus Objection") [Docket No. 5527].  The deadline to respond to the Fifth Omnibus Objection was June 4, 2004.

2.     On July 19, 2004, the Court entered the Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims [Docket No. 6007].

3.     On August 23, 2004, the Court entered the Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6264].

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]     Capitalized terms used but not defined herein are as defined in the Debtors' Fifth Omnibus Objection.

4.    On September 30, 2004, the Court entered the Second Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6506].

5.    On October 25, 2004, the Court entered the Third Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6739].

6.    On November 15, 2004, the Court entered the Fourth Continuation Order Granting the Relief Sought in the Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 6960].

7.    On December 20, 2004, the Court entered the Fifth Continuation Order Granting the Relief Sought in the Debtors Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 7400].

8.    On March 15, 2005, the Court entered the Sixth Continuation Order Granting the Relief Sought in the Debtors' Fifth Omnibus Objection to Claims (Substantive) as to Continued Objections [Docket No. 8025].

NOW, THEREFORE, upon consideration of the Debtors' Fifth Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the Objection to each Claim listed on <u>Exhibit A</u> to this Order is continued to the April 25, 2005 omnibus hearing; and it is further

ORDERED that the Objection to each Claim listed on <u>Exhibit B</u> to this Order is continued to the May 16, 2005 omnibus hearing; and it is further

ORDERED that the Objection to the Claim listed on <u>Exhibit C</u>, Claim #2281 filed by Peter P. Pearson, is continued to the April 25, 2005 omnibus hearing for a status conference with the following s chedule for t he filing o f m otions f or s ummary j udgment: ( 1) t he d eadline b y which any party may file a motion for summary judgment is April 12, 2005; (2) responses to any motion for summary judgment filed are due on or before May 12, 2005; (3) replies, which shall not exceed five (5) pages, are due on or before May 27, 2005; and (6) the hearing on any such filed motion for summary judgment is scheduled for June 6, 2005 at 9:00 a.m. The parties may appear at the June 6, 2005 hearing telephonically. The Debtors shall be responsible for setting up the call and for giving Mr. Pearson notice by email of the dial-in information; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: Monday, March 21, 2005

# In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L<br>129 WOOD DR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 2 | ARCHER, MICHELLE B<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 3 | BUREAU OF CUSTOMS AND BORDER<br>PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 4 | BUREAU OF CUSTOMS AND BORDER<br>PROTECTION<br>6026 LAKESIDE BLVD<br>PO BOX 68911<br>INDIANAPOLIS IN 46268 | 01-01140<br>W.R. GRACE & CO.-CONN. | 8742 | UNKNOWN<br>UNKNOWN | (P)<br>(U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 5 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 6 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 7 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 8 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 9 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 1 of 2

3/17/2005 11:08:25 AM

In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 10 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 11 | MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 12 | MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORI<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 13 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |
| 14 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative        (S) - Secured
(P) - Priority                (U) - Unsecured

3/17/2005 11:08:25 AM

## In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT B - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 5/16/2005 12:00PM |
| 2 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 5/16/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority                 (U) - Unsecured

3/17/2005 11:04:50 AM

Hearing Date: Monday, March 21, 2005

In re: W.R. GRACE & CO., et al

OMNIBUS 5 - EXHIBIT C - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2281 | $741,600.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 4/25/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

3/23/2005 9:38:02 AM