IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 14, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S FORTIETH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/347674

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number 78755
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through January 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/03/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.5). | 0.70 Hrs | $161.00 |
| 01/05/05 | RAM | Review documents requested by attorney for Grace employee (.5) and conference with MTM re: same (.2). Telephone conference with Kirkland Ellis attorney and MTM re: same (.4). | 1.10 Hrs | $253.00 |
| 01/05/05 | MTM | Receipt and review of email and documents from Kirkland & Ellis counsel re: privileged documents (.3); review documents at Winthrop Square re: same (1.2); conference with RAM re: same (.2); telephone call to Kirkland & Ellis counsel re: same (.4); letter to Kirkland & Ellis counsel re: same (.3); review documents for context re: privileged documents (1.9). | 4.30 Hrs | $860.00 |
| 01/06/05 | RAM | Read selected documents filed in bankruptcy court (.2). Conferences with MTM re: previously privileged documents (.1) and documents authored by Grace employee (.1) and re: summary of meeting with AUSA (.1). Read certain documents (.1). Conference with PM re: searching for documents (.1). | 0.70 Hrs | $161.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/06/05 | MTM | Continue review of "context" documents re: request from counsel for Grace employee to produce privileged documents (1.9); telephone call from two in-house counsel re: same (.6); conference with ARA re: documents at Winthrop Square (.3); telephone call from in-house counsel re: Libby personnel file (.3); review list re: Libby personnel file (.1); receipt and review of Reed Smith's response to draft indictment (1.0); review documents from Winthrop Square previously privileged category (.9); telephone call from in-house paralegal requesting original privileged documents (.2); telephone call to Hoyle Morris & Kerr re: same (.3); search for original privileged documents at Winthrop Square (1.1); send privileged documents to Kirkland & Ellis counsel in Montana (.3); conference with RAM re: privilege waived documents (.4). | 7.40 Hrs | $1,480.00 |
| 01/07/05 | RAM | Conferences with MTM re: reviewing previously privileged documents for any relevance to grand jury subpoena (.4). Read list of previously privileged documents (.2). Telephone calls to in-house counsel and Kirkland Ellis attorney re: same (.2). Read memorandum re: same (.1). Read selected documents filed in bankruptcy court (.3). Read outline of presentation to AUSA prepared by Reed Smith (.5). | 1.70 Hrs | $391.00 |
| 01/07/05 | MTM | Review privilege waived list for references to documents sought in grand jury subpoenas (4.3); conference with ARA re: reviewing Hoyle Morris & Kerr privileged lists at Winthrop Square (.3); conferences with RAM re: privileged lists (.4); telephone call to in-house counsel and Kirkland & Ellis counsel re: same (.4); review certain documents from previously privileged documents at Winthrop Square (2.9). | 8.30 Hrs | $1,660.00 |
| 01/10/05 | RAM | Read memo summarizing meeting with AUSA (.1). Read selected documents filed in bankruptcy court (.3). Conference with MTM re: reviewing previously privileged documents for any relevance to grand jury subpoena (.2). | 0.60 Hrs | $138.00 |
| 01/10/05 | MTM | Receipt and review of email from in-house Grace counsel re: meeting in Montana with prosecutors (.2); telephone call from two in-house counsel re: document issues (.3) conference with RAM re: same (.2); telephone call from in-house counsel re: certain document (.2); conference with ARA re: locating documents in the privilege waived boxes (.3); conference call with Kirkland & Ellis counsel and in-house counsel re: review of 7 boxes of privilege | 6.80 Hrs | $1,360.00 |

Page 2

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
|  |  | waived documents (.3); conference with ARA re: document review (.4); email from Kirkland & Ellis counsel re: context documents which reference the fiber committee (.3); telephone call to Kirkland & Ellis counsel re: same (.2); review documents sent to Kirkland & Ellis in the summer and fall of 2004 re: same (2.1); email Kirkland & Ellis counsel re: same (.3); review privilege waived documents (2.0). |  |  |
| 01/11/05 | RAM | Read emails re: documents and re: AUSA's response to presentation. | 0.10 Hrs | $23.00 |
| 01/11/05 | MTM | Letter to Kirkland & Ellis counsel re: balance of context documents (.4); receipt and review of email re: meeting in Missoula (.2); continue review privilege waived documents (7.6); email to Kirkland & Ellis counsel re: same (.5). | 8.70 Hrs | $1,740.00 |
| 01/12/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read letter re: documents sent to Kirkland & Ellis (.1). | 0.20 Hrs | $46.00 |
| 01/12/05 | MTM | Review copies from privilege waived boxes to send to Kirkland & Ellis counsel (1.1); letter to Kirkland & Ellis counsel re: same (.7); receipt and review of collection of all 104(3) requests from EPA re: privilege waived documents (.6). | 2.40 Hrs | $480.00 |
| 01/13/05 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $230.00 |
| 01/13/05 | MTM | Continue review of 104(e) request re: privilege waived documents. | 1.70 Hrs | $340.00 |
| 01/14/05 | RAM | Read certain documents (.3). Read selected documents filed in bankruptcy court (.5). | 0.80 Hrs | $184.00 |
| 01/14/05 | DBM | Search for and draft report on documents per MTM's request. | 3.70 Hrs | $777.00 |
| 01/14/05 | MTM | Receipt and review of email from Kirkland & Ellis counsel re: McDonald depositions (.2); review list and respond to email (.9); telephone call to ARA re: review of Dr. McDonald depositions (.3); receipt and review of documents from Kirkland & Ellis counsel for which he seeks attachments (1.0); email to Kirkland & Ellis counsel re: same (.3); email to Kirkland & Ellis and in-house counsel re: problems associated with document search (.5). | 3.20 Hrs | $640.00 |
| 01/15/05 | RAM | Draft response to auditor's letter. | 0.10 Hrs | $23.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/18/05 | RAM | Send draft response to auditor's letter to in-house counsel for review. | 0.10 Hrs | $23.00 |
| 01/18/05 | MTM | Review depositions at Winthrop Square requested by Kirkland & Ellis counsel (1.0); receipt and review of email from Kirkland & Ellis counsel re: documents requested by counsel for former Grace employee (.2); reply to same (.3); search for requested documents (.7); receipt and review of additional document requests from Kirkland & Ellis counsel (.3); review transcripts of former Grace employee at Winthrop Square re: same (.8); telephone call from ARA re: review of McDonald depositions (.2); email to Kirkland & Ellis counsel re: document review (.2). | 3.70 Hrs | $740.00 |
| 01/19/05 | RAM | Telephone call from in-house counsel re: response to auditor's letter; finalize response and mail it to auditors (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.5). Conference with MTM re: searching for attachments to certain documents (.). | 0.80 Hrs | $184.00 |
| 01/19/05 | DBM | Search for documents re: former Grace employees, per MTM. | 1.50 Hrs | $315.00 |
| 01/19/05 | MTM | Review McDonald transcripts re: Libby testimony (.3); letter to Kirkland & Ellis counsel re: same (.2); telephone call from in-house counsel re: Libby personnel file; review inventory and telephone call to ARA re: same (.1); receipt and review of results of search for particular documents (.3); telephone call to in-house counsel re: search problems (.2); telephone call to ARA re: obtaining particular documents (.2); telephone call from ARA re: same (.2). | 1.50 Hrs | $300.00 |
| 01/20/05 | DBM | Search for Grace employee's documents per MTM. | 0.80 Hrs | $168.00 |
| 01/20/05 | MTM | Review list of documents for which Kirkland & Ellis has asked us to search (.8); conference with DBM re: new search (.2); receipt and review of former Grace employee's documents from Winthrop Square (.4); conference with ARA re: new search for Grace employee's documents (.2); telephone call to ARA re: same (.2); email to Kirkland & Ellis counsel re: same (.2); letter to Kirkland & Ellis counsel re: same (.3). | 2.30 Hrs | $460.00 |
| 01/25/05 | RAM | Read and comment on draft letter from Kirkland & Ellis to AUSA (.5). Telephone conference with MTM re: suggested edits (.2). | 0.70 Hrs | $161.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/25/05 | MTM | Receipt and review of email from in-house counsel and draft letter to prosecutors (1.1); telephone call to in-house counsel re: same (.2); telephone call to RAM re: same (.2); telephone call to Kirkland & Ellis counsel re: same (.3). | 1.80 Hrs | $360.00 |
| 01/27/05 | MTM | Telephone call from in-house counsel for certain documents of Grace employee (.3); email to Holme Roberts paralegal re: same (.3); review document binders re: same (1.2). | 1.80 Hrs | $360.00 |
| 01/28/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 01/31/05 | MTM | Telephone call from in-house counsel to follow up on request for Grace employee documents (.1); telephone call to Holme Roberts paralegal re: same (.1); receipt and review of fax from in-house counsel re: same (.1); email to Holme Roberts paralegal re: same (.2); receipt and review of email from Holme Roberts paralegal re: same (.1). | 0.60 Hrs | $120.00 |
| | | | TOTAL LEGAL SERVICES | $14,161.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 8.70 Hrs | 230/hr | $2,001.00 |
| DONNA B. MACKENNA | 6.00 Hrs | 210/hr | $1,260.00 |
| MATTHEW T. MURPHY | 54.50 Hrs | 200/hr | $10,900.00 |
| | 69.20 Hrs | | $14,161.00 |

TOTAL THIS BILL    $14,161.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number 78756
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through January 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/03/05 | RAM | Work on November fee application. | 0.10 Hrs | $23.00 |
| 01/04/05 | RAM | Email from in-house counsel that fee application may be filed; finalize fee application and send it to Delaware counsel to file. | 0.20 Hrs | $46.00 |
| 01/15/05 | RAM | Work on December fee application. | 1.10 Hrs | $253.00 |
| 01/19/05 | RAM | Work on December fee application (.7); send it to in-house counsels for review (.1). | 0.80 Hrs | $184.00 |
| 01/20/05 | RAM | Finalize December fee application. | 0.10 Hrs | $23.00 |
| 01/21/05 | RAM | Telephone call from in-house counsel that fee application is OK to be filed. | 0.10 Hrs | No charge |
| 01/25/05 | RAM | Send fee application to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| | | TOTAL LEGAL SERVICES | | $552.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.40 Hrs | 230/hr | $552.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 230/hr | No charge |
| | 2.50 Hrs | | $552.00 |

TOTAL THIS BILL  $552.00