# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number 78757
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2005

EXCESS POSTAGE $1.29

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 01/03/05 | FEDERAL EXPRESS 12/20/04 TO: Kirkland & Ellis Attorney From: MTM | 14.06 |
| 01/07/05 | FEDERAL EXPRESS - 12/27/04 TO: W.R. Grace & Co. FROM: MTM | 31.19 |
| 01/07/05 | FEDERAL EXPRESS - 12/23/04 TO: W. R. Grace & Co. FROM: MTM | 31.19 |
| 01/07/05 | FEDERAL EXPRESS - 12/27/04 TO: Kirkland & Ellis Attorney FROM: MTM | 26.50 |
| 01/07/05 | FEDERAL EXPRESS - 12/23/04 TO: Kirkland & Ellis Attorney FROM: MTM | 8.72 |
| 01/25/05 | To Kirkland Ellis Attorney from MTM - 01/12/05 | 21.94 |
| 01/25/05 | To Kirkland Ellis Attorney from MTM - 01/10/05 | 32.34 |
| 01/25/05 | To Kirkland Ellis Attorney from MTM - 01/11/05 | 32.34 |
| 01/25/05 | To in-house counsel from MTM - 01/12/05 | 35.05 |
| 01/25/05 | To Kirkland & Ellis Attorney from MTM - 01/12/05 | 29.86 |
| 01/25/05 | To in-house counsel from MTM - 01/10/05 | 32.11 |

$295.30

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2005

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 01/10/05 | MERRILL COMM - Libby personnel file requested by in-house counsel 12/23/04 | 19.53 |
| 01/27/05 | MERRILL COMM - Copy of Libby personnel file for in-house counsel | 7.19 |
| 01/27/05 | MERRILL COMM - Copies of deposition transcripts to send to Kirkland & Ellis and W. R. Grace 1/19/05 | 149.68 |
| | | $176.40 |

PHOTOCOPYING

| | | |
|---|---|---|
| 01/05/05 | 42 copies at .12 per copy | 5.04 |
| 01/05/05 | 1 copies at .12 per copy | 0.12 |
| 01/05/05 | 19 copies at .10 per copy | 2.28 |
| 01/06/05 | 10 copies at .12 per copy | 1.20 |
| 01/06/05 | 36 copies at .12 per copy | 4.32 |
| 01/06/05 | 20 copies at .12 per copy | 2.40 |
| 01/06/05 | 59 copies at .12 per copy | 7.08 |
| 01/07/05 | 532 copies at .12 per copy | 63.84 |
| 01/07/05 | 465 copies at .12 per copy | 55.80 |
| 01/07/05 | 303 copies at .10 per copy | 36.36 |
| 01/07/05 | 420 copies at .12 per copy | 50.40 |
| 01/10/05 | 454 copies at .12 per copy | 54.48 |
| 01/10/05 | 136 copies at .12 per copy | 16.32 |
| 01/10/05 | 255 copies at .12 per copy | 30.60 |
| 01/10/05 | 4 copies at .12 per copy | 0.48 |
| 01/10/05 | 198 copies at .12 per copy | 23.76 |
| 01/10/05 | 66 copies at .12 per copy | 7.92 |
| 01/10/05 | 2 copies at .12 per copy | 0.24 |
| 01/10/05 | 124 copies at .12 per copy | 14.88 |
| 01/10/05 | 1 copies at .12 per copy | 0.12 |
| 01/10/05 | 13 copies at .12 per copy | 1.56 |
| 01/11/05 | 107 copies at .12 per copy | 12.84 |
| 01/11/05 | 1 copies at .12 per copy | 0.12 |
| 01/11/05 | 93 copies at .12 per copy | 11.16 |
| 01/12/05 | 57 copies at .12 per copy | 6.84 |
| 01/19/05 | 2 copies at .12 per copy | 0.24 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2005

PHOTOCOPYING

| | | |
|---|---|---|
| 01/20/05 | 4copies at .12 per copy | 0.48 |
| 01/20/05 | 1copies at .12 per copy | 0.12 |

$411.00

TELEPHONE

| | | | |
|---|---|---|---|
| 12/12/04 | 308 | 4435353495 | 19.25 |
| 01/05/05 | 308 | 2028795177 | 2.53 |
| 01/06/05 | 329 | 2159815700 | 1.32 |
| 01/06/05 | 329 | 5613621554 | 0.66 |
| 01/06/05 | 329 | 2028795000 | 0.44 |
| 01/07/05 | 329 | 5612261729 | 2.20 |
| 01/10/05 | 308 | 2028795177 | 2.53 |
| 01/10/05 | 357 | 7037298587 | 2.20 |
| 01/10/05 | 357 | 4065232595 | 1.10 |
| 01/10/05 | 357 | 2028795200 | 6.60 |
| 01/10/05 | 357 | 2028795200 | 14.30 |
| 01/19/05 | 357 | 4105314783 | 1.10 |
| 01/19/05 | 357 | 4105314783 | 1.10 |
| 01/19/05 | 357 | 4105314711 | 1.10 |
| 01/19/05 | 329 | 5613621551 | 0.44 |
| 01/25/05 | 329 | 5613621551 | 0.44 |

$57.31

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 01/03/05 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - January 2005 | 12,229.33 |

$12,229.33

MISCELLANEOUS

| | | |
|---|---|---|
| 01/10/05 | RECORDKEEPER ARCHIVE - Monthly storage fee (Jan. 2005) and retrieval of boxes to search for materials to send to Kirkland & Ellis (12/10-15/04) | 564.15 |
| 01/27/05 | MERRILL COMM - 3 Copies of documents to send to Kirkland Ellis counsel and Grace on 1/12/05 | 541.16 |

$1,105.31

David B. Siegel

|  |  |
|---|---:|
| TOTAL DISBURSEMENTS | $14,275.94 |
| TOTAL THIS BILL | $14,275.94 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number 78758
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through January 31, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 01/25/05 | To Scotta McFarland Esq. from R. Murphy - 01/04/05 | 13.13 |
| | | $13.13 |

PHOTOCOPYING

| | | |
|---|---|---|
| 01/04/05 | 94 copies at .12 per copy | 11.28 |
| 01/25/05 | 127 copies at .12 per copy | 15.24 |
| | | $26.52 |

TELEPHONE

| | | | |
|---|---|---|---|
| 01/19/05 | 357 | 5613621583 | 2.20 |
| | | | $2.20 |

TOTAL DISBURSEMENTS    $41.85

Page 1

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $41.85 |