IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: Apr./4, 2005 at 4:00p.m.** |
| | | **Hearing Date :   TDB only if necessary** |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY                    March 21, 2005
5400 BROKEN SOUND BLVD., N.W.           Invoice No.  27277
BOCA RATON, FL 33487                    Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


For Professional Services Rendered through    02/28/05

Matter #          734680.1         VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


| | | | |
|---|---|---|---|
| 02/01/05 | JMA | Receipt and review notice of electronic filing re: Honeywell appearance of counsel | .10    38.50 |
| 02/02/05 | JMA | Review file for conference/hearing before Judge Cavanaugh | 1.00    385.00 |
| 02/02/05 | JMA | Attend conference/hearing before Judge Cavanaugh | 2.80    1078.00 |
| 02/02/05 | JMA | Phone - C. Marraro re: results of conference/hearing | .30    115.50 |
| 02/02/05 | JMA | Phone - R. Senftleben and C. Marraro re: results of conference/hearing before Judge Cavanaugh | .30    115.50 |
| 02/08/05 | JMA | Receipt and review Honeywell notice of electronic filing re: approval of 100%design | .10    38.50 |
| 02/08/05 | JMA | Receipt and review proposed Order re: 100% Design | .10    38.50 |
| 02/09/05 | LF | Review Wong Depositions regarding 30 (b)(6) Deposition | .30    28.50 |
| 02/10/05 | LF | Phone call regarding changes to cite; Review same | .30    28.50 |
| 02/14/05 | JMA | Receipt and review notice of electronic filing re: exhibits to 100% Design Report | .20    77.00 |
| 02/17/05 | LF | Phone call to West Law regarding changes on site; Prepare letter regarding same | .20    19.00 |
| 02/18/05 | JMA | Receipt and review Special Master's Tenth Progress Report | .40    154.00 |
| 02/19/05 | JMA | Phone - C. Marraro and R. Senftleben re: Third Circuit Decision | .20    77.00 |

```
W.R. GRACE & COMPANY                                    March 21, 2005
Client No.            734680                    Page      3
INVOICE NO.           27277
```

02/21/05 JMA Receipt and review special Master proposed      .20    77.00
             Order re: 100% Design

02/21/05 JMA Receipt and review ICO opposition to            .40   154.00
             Honeywell/Grace joint motion

02/25/05 JMA Receipt and review notice of electronic filing  .10    38.50
             re: ICO reply to 60(b) motion

02/25/05 JMA Receipt and review Order extending time for ICO .10    38.50
             reply to 60(b) motion

**Fee Application, Applicants**

02/01/05 JMA Review and execute 15th Quarterly Fee           .40   154.00
             Application

02/01/05 JMA Receipt and review Order approving 13th         .20    77.00
             Quarterly Fee Application

02/01/05 MEF Fee application Pacer search 34th monthly fee   .20    52.00
             application.

02/01/05 MEF Fee Application-revise and finalize 15th        .40   104.00
             Quarterly fee application.

02/01/05 MEF Fee application-letter to P. Cuniff re: 15th    .20    52.00
             Quarterly fee application.

02/10/05 MEF Fee detail - review January fee detail          .20    52.00

02/10/05 MEF Fee detail - begin preparing 35th fee detail    .60   156.00

02/11/05 MEF Fee application - letter to Curiff regarding    .20    52.00
             34th monthly fee application.

02/19/05 MEF Fee application - PACER search regarding CNO    .30    78.00
             for December 2004 application; January 2005
             monthly fee application.

02/19/05 MEF Fee application - review CNO regarding December .20    52.00
             2004 fee application.

Total Fees:                                                      3,330.50

W.R. GRACE & COMPANY                                         March 21, 2005
Client No.                   734680                         Page      3
INVOICE NO.                  27277

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE    HOURS           FEES
J M AGNELLO                      385.00    6.90          2656.50
M E FLAX                         260.00    2.30           598.00
LAURA FLORENCE                    95.00     .80            76.00
                        TOTALS            10.00          3330.50
```