**EXHIBIT B**

```
W.R. GRACE & COMPANY                              March 21, 2005
Client No.              734680                    Page       3
INVOICE NO.             27277


         Disbursements

02/28/05 Faxes                                        21.00
02/28/05 Computer Searches                             8.80
02/28/05 Federal Express                              41.00
                                                   -------------
Total Costs                                                70.80
                                                   -------------
Total Due this Matter                                   3,401.30
==============
```