IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** April 14, 2005, |
| | | at 4:00 p.m. (prevailing eastern time) |

<u>**FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY**</u>
<u>**SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION**</u>
<u>**FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**</u>

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Ne..... Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax Identification No: 95-2018373

**INVOICE**

February 28, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W51000316
File No.  029016-0001

Re: <u>**HATCO REMEDIATION**</u>

| | |
|---|---:|
| Balance due on prior billing | $118,968.69 |
| For professional services rendered through February 28, 2005: | 19,223.00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 247.84 | |
| TELEPHONE | 162.44 | |
| FEDERAL EXPRESS | 20.28 | |
| OVERTIME | 180.00 | |
| CALLING CARD | 0.90 | |
| | | 611.46 |

| | |
|---|---:|
| Total Current Charges | 19,834.46 |
| Total Balance Due | $138,803.15 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY #W51000316

NJ\102101.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 02/01/05 | .50 | REVIEWED CORRESPONDENCE (.03); CONFERRED WITH L. MATTHEWS (.02) |
| MATTHEWS | 02/01/05 | 2.80 | FINALIZE AND TRANSMIT SETTLEMENT DOCUMENTS TO P. BROSS AND GROUP REPRESENTATIVES (2.5); CALL TO P. BROSS REGARDING SAME (0.2); REVIEW INCOMING CORRESPONDENCE (0.1) |
| MCGAHREN | 02/02/05 | .50 | REVIEWED CORRESPONDENCE (0.3); CONFERRED WITH L. MATTHEWS (0.2) |
| MATTHEWS | 02/02/05 | .20 | REVIEW INCOMING CORRESPONDENCE (0.1); REPLY TO P. BROSS REGARDING SETTLEMENT DOCUMENTS (0.1) |
| MCGAHREN | 02/03/05 | 1.00 | REVIEWED CORRESPONDENCE (0.3); CONFERENCE WITH L. MATTHEWS (0.2); |
| ZECCHINO | 02/03/05 | .50 | ATTENTION TO ISSUES REGARDING STORAGE OF CASE MATERIALS. |
| MCGAHREN | 02/04/05 | .50 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 02/07/05 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 02/08/05 | 1.00 | STATUS CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES |
| MATTHEWS | 02/08/05 | 2.10 | ATTEND TO FILE (0.6); PREPARE FOR AND PARTICIPATE IN STATUS CONFERENCE CALL (1.2); REVIEW INCOMING CORRESPONDENCE (0.3); |
| MCGAHREN | 02/09/05 | .50 | REVIEW CORRESPONDENCE (0.3); CONFERENCE WITH L. MATTHEWS (0.2) |
| MATTHEWS | 02/10/05 | .30 | REVIEW INCOMING CORRESPONDENCE (0.1); FORWARD REQUESTED INFORMATION TO P. BROSS (0.2) |
| MCGAHREN | 02/11/05 | 1.50 | STATUS CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 02/11/05 | .80 | PARTICIPATE IN STATUS CONFERENCE CALL (0.7); REVIEW INCOMING CORRESPONDENCE (0.1); |
| MCGAHREN | 02/14/05 | 1.00 | REVIEWED CORRESPONDENCE(.30); PHONE CALL WITH M. OBRADOVIC(.40); CONFERENCE WITH L. MATTHEWS(.30) |
| MATTHEWS | 02/14/05 | 1.80 | DRAFT DOCUMENT STATUS AND ACTION ITEMS TABLE (1.5); REVIEW INCOMING CORRESPONDENCE (0.1); ATTEND TO REQUESTS FROM P. BROSS (0.2) |
| MATTHEWS | 02/16/05 | 8.50 | PARTICIPATE IN NEGOTIATION MEETING WITH P. BROSS |
| MCGAHREN | 02/17/05 | 1.50 | REVIEW CORRESPONDENCE (.50); PHONE CALL WITH A. REITANO (.50); REVIEWED DOCUMENTS (.25); CONFERENCE WITH L. MATTHEWS (.25) |
| MATTHEWS | 02/17/05 | 2.80 | REVIEW INCOMING CORRESPONDENCE (0.2); FINALIZE SETTLEMENT DOCUMENTS AND TRANSMIT TO P. BROSS (2.6) |
| MCGAHREN | 02/18/05 | 1.00 | REVIEWED CORRESPONDENCE (.50); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 02/18/05 | 1.50 | CALLS WITH L. DUFF AND J. POTTS REGARDING P. BROSS' REQUESTS (0.4); RESPOND TO SAME (0.9); REVIEW INCOMING CORRESPONDENCE (0.2) |
| MATTHEWS | 02/22/05 | 1.40 | REVIEW INCOMING CORRESPONDENCE (0.1); ATTEND TO P. BROSS' COMMENTS ON REVITALIZATION SETTLEMENT AGREEMENT AND REVISE SAME (1.3); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W61000316

2

NA102101.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 02/23/05 | 1.80 | REVIEW INCOMING CORRESPONDENCE (0.2); CALL WITH M. MILLER REGARDING STATUS (0.2); PARTICIPATE IN STATUS CONFERENCE CALL (1.4); |
| MCGAHREN | 02/24/05 | 2.00 | PHONE CALLS WITH M. OBRADOVIC, A. REITANO (1.5); REVIEWED CORRESPONDENCE (.50) |
| MATTHEWS | 02/25/05 | .80 | REVIEW INCOMING CORRESPONDENCE (0.3); CALL WITH A. REITANO REGARDING STATUS AND SCOPE OF COVENANT ISSUE (0.5) |
| MCGAHREN | 02/28/05 | 1.50 | PHONE CALL WITH M. OBRADOVIC (.50); REVIEWED CORRESPONDENCE (.50); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 02/28/05 | 1.30 | REVIEW INCOMING CORRESPONDENCE (0.2); PARTICIPATE IN STATUS CONFERENCE CALL (1.1) |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 12.50 | 510.00 | 6,375.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 26.30 | 485.00 | 12,755.50 | CONTRACT ASSOC |
| EA ZECCHINO | 17151 | .50 | 185.00 | 92.50 | ANALYST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 02/08/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 02/18/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 4.60 |
| 02/28/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| | | ** TOTAL TELEPHONE | | | 5.38 |
| 01/27/05 | FEDERAL EXPRESS | JOHN SACCO TRENTONNJ 08625 792192469361 01/27/05 799208969 | J MCGAHREN | | 8.32 |
| 02/01/05 | FEDERAL EXPRESS | PHYLLIS E BROSS ESQ TRENTONNJ 08625 850881390660 02/01/05 799168564 | LD MATTHEWS | | 11.96 |
| | | ** TOTAL FEDERAL EXPRESS | | | 20.28 |
| 11/02/04 | PHOTOCOPYING | PHOTOCOPYING -- BOWNE BUSINESS SOLUTIONS | LD MATTHEWS | BOWNE BUSINESS SOLUTIONS | 247.33 |
| | | ** TOTAL PHOTOCOPYING | | | 247.33 |
| 01/11/05 | TELEPHONE | TELEPHONE --AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 32.90 |
| 01/13/05 | TELEPHONE | TELEPHONE --AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | .57 |
| 01/13/05 | TELEPHONE | TELEPHONE --AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 30.93 |
| 01/13/05 | TELEPHONE | TELEPHONE --AT&T TELECONFERENCE | J MCGAHREN | AT&T TELECONFERENCE | 3.70 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000316

NA\102101.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/14/05 | TELEPHONE | SERVICES TELEPHONE --AT&T TELECONFERENCE SERVICES | J MCGAHREN | SERVICES AT&T TELECONFERENCE SERVICES | 13.37 |
| 01/17/05 | TELEPHONE | TELEPHONE --AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 31.65 |
| 01/18/05 | TELEPHONE | TELEPHONE --AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 39.34 |
| | | ** TOTAL TELEPHONE | | | 152.46 |
| 02/11/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002260511689 | JUDITH CHRISTOPHER | | .17 |
| 02/14/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002260511691 | JUDITH CHRISTOPHER | | .34 |
| | | ** TOTAL PHOTOCOPYING | | | .51 |
| 01/31/05 | TELEPHONE | TELEPHONE | J MCGAHREN | | 3.82 |
| 01/31/05 | TELEPHONE | TELEPHONE | JUDITH CHRISTOPHER | | .78 |
| | | ** TOTAL TELEPHONE | | | 4.60 |
| 01/27/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - LOC & PREP DOCS | JUDITH CHRISTOPHER | | 30.00 |
| 02/03/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 02/04/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 90.00 |
| | | ** TOTAL OVERTIME | | | 180.00 |
| 12/01/04 | CALLING CARD | CALLING CARD - DECEMBER 2004 | J MCGAHREN | | .90 |
| | | ** TOTAL CALLING CARD | | | .90 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000316

4

NJ\102101.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINSᴸᴸᴾ

Tax Identification No: 95-2018373

**INVOICE**

February 28, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W51000317
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---|
| Balance due on prior billing | $10,219.05 |
| For professional services rendered through February 28, 2005: | 2,842.00 |

Other Charges:

| | | |
|---|---|---|
| PHOTOCOPYING | 11.56 | |
| TELEPHONE | 4.99 | |
| | | 16.55 |

| | |
|---|---|
| Total Current Charges | 2,858.55 |
| Total Balance Due | $13,077.60 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000317

NJ\102477.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEJAVA | 02/02/05 | .10 | TELEPHONE CALL WITH S. BOSSAY REGARDING PREPARATION AND FILING OF INTERIM FEE APPLICATION |
| LEJAVA | 02/04/05 | 2.80 | PREPARATION OF INTERIM FEE APPLICATION FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 QUARTER (2.6); TELEPHONE CALL WITH P. CUNIFF OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. (.2) |
| SAVAGE | 02/22/05 | 2.60 | PREPARE SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR JANUARY (2.5);  CONFER WITH J. LEJAVA REGARDING SAME (.1) |
| LEJAVA | 02/23/05 | 1.00 | REVIEW OF DRAFT JANUARY 2005 FEE APPLICATION (.2); REVISE FEE APPLICATION AND FORWARD SAME TO P. CUNIFF FOR FILING (.8); |
| LEJAVA | 02/24/05 | 1.10 | REVIEW AND FINALIZE JANUARY 2005 MONTHLY FEE APPLICATION |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 5.00 | 415.00 | 2,075.00 | ASSOCIATE, SR. |
| S SAVAGE | 03640 | 2.60 | 295.00 | 767.00 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 02/04/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 2.68 |
| 02/08/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 1.54 |
| 02/24/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| | | ** TOTAL TELEPHONE | | | 4.99 |
| 02/04/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1002050533981 | JP LEJAVA | | 9.52 |
| 02/23/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1002260511695 | JP LEJAVA | | .17 |
| 02/23/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1002260511693 | JP LEJAVA | | 1.87 |
| | | ** TOTAL PHOTOCOPYING | | | 11.56 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W61000317

2

NA102477.1