**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 7378

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fourteenth And Final Quarterly Fee Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. For Compensation For Services Rendered And Reimbursement Of Expenses As Delaware Counsel To The Zonolite Attic Insulation Claimants For The Period From July 1, 2004 Through December 28, 2004 (Docket No. 7378) (the "Final Application").  The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Final Application has been filed. Pursuant to the Final Application, objections were to be filed and served no later than January 17, 2005.

The Final Application is listed on the Notice Of Agenda Of Matter Schedule For Hearing On March 21, 2005 At 12:00 P.M. Before The Honorable Judith K. Fitzgerald (D.I. 8020, filed 3/14/05) (the "March 21 Agenda") as Item Number 4.  This Court entered an Order approving Elzufon Austin Reardon Tarlov & Mondell, P.A.'s ("EART&M") fees on an interim basis, with respect to Number 9 on the March 21 Agenda.  EART&M does not request any additional fees other than those fees which have been approved on an interim basis but does request the entry of a Final Order approving those fees which have been previously approved on an interim basis. The undersigned certifies that the Final Application reflects the total amount of compensation for

services rendered and expenses incurred by EART&M as Delaware Counsel to the Zonolite Attic Insulation Claimants in the above captioned proceeding. The undersigned further certifies that EART&M will not seek any additional compensation for services rendered or reimbursement of expenses incurred as Delaware counsel to the Zonolite Attic Insulation Claimants in the above captioned proceeding.

    The undersigned respectfully requests that this Court entered the Order substantially in the form attached hereto as Exhibit A, approving the Final Application.

Dated: March 28, 2005　　　　　　　　　ELZUFON AUSTIN REARDON
      Wilmington, Delaware　　　　　　　　TARLOV & MONDELL, P.A.

                                          */s/ Charles J. Brown, III*
                                          Charles J. Brown, III (Bar No. 3368)
                                          300 Delaware Avenue, Suite 1700
                                          P.O. Box 1630
                                          Wilmington, DE  19899
                                          Phone: (302) 428-3181
                                          FAX: (302) 777-7244

                                          Delaware Counsel For ZAI Claimants