# **Exhibit A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER APPROVING FINAL FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ZONOLITE ATTIC INSULATION CLAIMANTS FOR THE PERIOD FROM JULY 22, 2002 THROUGH DECEMBER 28, 2004 (Re: D.I. 7378)**

Elzufon Austin Reardon Tarlov & Mondell, P.A. ("EARTM") as Delaware counsel to ZAI Claimants in the above-referenced bankruptcy case, filed the Fourteenth And Final Quarterly Fee Application of Elzufon Austin Reardon Tarlov & Mondell, P.A. For Compensation For Services Rendered And Reimbursement of Expenses As Delaware Counsel To The Zonolite Attic Insulation Claimants For The Period From July 1, 2004 Through December 28, 2004 (D.I. 7378) (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all person with standing have been afforded the opportunity to be heard on the Final Application.

The Court has also approved on an interim basis the Final Application through the entry of the Order Approving Quarterly Fee Application For The Fourteenth Period And Certain Prior Amounts (D.I. 8081, entered 3/21/05) (the "Quarterly Order").

Accordingly, it is hereby

ORDERED that the Final Application is GRANTED on an final basis.[1]

Dated: _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] EARTM has been approved, on an interim basis for the sum of $60,507.00 as compensation and $27,661.89 as reimbursement of expenses, for a total of $88,168.89 for services rendered and disbursements incurred by EARTM for the period July 22, 2002 through December 28, 2004.