## CERTIFICATE OF SERVICE

      I, Charles J. Brown, III, Esquire, hereby certify that on March 28, 2005, service of the foregoing *Certification of No Objection Regarding Docket No.7378* was made upon the attached Service List via first class mail.

Dated: March 28, 2005
      Wilmington, Delaware                                   */s/ Charles J. Brown, III*
                                                            Charles J. Brown, III