UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| W.R. GRACE & CO., et al., | ) |
|  | ) Case No. 01-1139 (JKF) |
| Debtors. | ) |
|  | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**TERMINATION OF CM/ECF NOTICES**

NOW COMES the undersigned counsel, Peter D. Bilowz of Goulston & Storrs, P.C., requesting withdrawal of his appearance on behalf in this case and termination of the delivery of CM/ECF Notices to this office.

Dated: March 29, 2005         /s/ Peter D. Bilowz
                              Peter D. Bilowz (BBO #651383)
                              Goulston & Storrs, P.C.
                              400 Atlantic Avenue
                              Boston, MA 02110-3333
                              Tel: 617-482-1776
                              Fax: 617-574-4112

GSDOCS-1403328-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) ) ) | |

## **CERTIFICATE OF SERVICE**

I, Peter D. Bilowz, hereby certify that on this 29th day of March, 2005, I caused to be served a copy of the **Notice of Withdrawal of Appearance and Request for Termination of CM/ECF Notices** via first-class mail, postage prepaid, upon the parties listed on the attached Service List.

Dated: March 29, 2005                    /s/ Peter D. Bilowz
                                                         Peter D. Bilowz (BBO #651383)
                                                         Goulston & Storrs, P.C.
                                                         400 Atlantic Avenue
                                                         Boston, MA 02110-3333
                                                         Tel:  617-482-1776
                                                         Fax:  617-574-4112

| | |
|---|---|
| David W. Carickhoff, Jr<br>Pachulski Stang Ziehl Young & Jones<br>919 N. Market St.<br>16th Floor<br>Wilmington, DE 19899-8705 | Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lock Box 35<br>Wilmington, DE 19801 |
| Lewis Kruger, Esq.<br>Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, NY 10038-4982 | Richard W. Riley, Esq.<br>Duane Morris LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246 |