REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co. | Invoice Number ****** |
| One Town Center Road | Invoice Date 03/23/05 |
| Boca Raton, FL   33486 | Client Number 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

Fees                                            18,270.00


                    TOTAL BALANCE DUE UPON RECEIPT        $18,270.00
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                               Invoice Number       ******
One Town Center Road                          Invoice Date       03/23/05
Boca Raton, FL    33486                       Client Number        172573
                                              Matter Number         60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/05 | Cameron | Review materials relating to treatment of potential asbestos-related liability items within plan of reorganization. | 1.80 |
| 02/02/05 | Cameron | Telephone call with R. Finke regarding asbestos property damage issues (0.4); telephone call with consultant regarding same (0.4); multiple e-mails with K&E regarding asbestos property damage issues  (0.5). | 1.30 |
| 02/03/05 | Cameron | Continued review of materials relating to asbestos property damage issues. | 1.10 |
| 02/05/05 | Cameron | Revisions to draft summaries per R. Finke's request. | 1.10 |
| 02/06/05 | Cameron | Additional revisions to draft summaries in preparation for meeting with Grace in-house counsel. | .80 |
| 02/07/05 | Cameron | Multiple e-mails with R. Finke regarding asbestos-related issues (0.9); continued review of file materials and preparation of detailed historical legal and factual summaries relating to asbestos issues per request of R. Finke (2.8). | 3.70 |

```
172573 W. R. Grace & Co.                        Invoice Number  ******
60026  Litigation and Litigation Consulting      Page    2
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|------|------|
| 02/08/05 | Cameron | E-mails regarding status of meetings (0.2); review and revise summaries for meeting with R. Finke (0.6). | .80 |
| 02/09/05 | Cameron | Review summary prepared by R. Finke. | .70 |
| 02/10/05 | Cameron | Review of materials from R. Finke regarding NIOSH and EPA analysis of asbestos issues (1.7); e-mail regarding same (0.5); additional work on asbestos issue summaries for R. Finke and outside counsel (0.9). | 3.10 |
| 02/11/05 | Cameron | Telephone call with R. Finke and review of e-mails and materials regarding asbestos testing issues. | 1.10 |
| 02/11/05 | Lord | Update 2002 service list. | .80 |
| 02/13/05 | Cameron | Review and revise summaries for R. Finke. | .90 |
| 02/14/05 | Cameron | Research additional files and briefs to update summaries (1.9); review materials from J. Baer regarding asbestos claims in Canada (0.4); review historical data and summary materials from R. Finke (0.9). | 3.20 |
| 02/15/05 | Cameron | Review, revise and finalize initial draft summaries for R. Finke regarding asbestos liability issues (1.9); e-mails regarding same (0.4). | 2.30 |
| 02/16/05 | Cameron | E-mails with R. Finke regarding Canadian asbestos issues (0.3); review summaries related to same (0.9). | 1.20 |
| 02/17/05 | Cameron | Additional research and work on summaries for R. Finke (1.3); review materials from R. Finke (.6). | 1.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  ******
60026  Litigation and Litigation Consulting  Page    3
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/18/05 | Cameron | Multiple e-mails with R. Finke regarding issues relating to draft summaries (.7); prepare and make further revisions to  summaries for R. Finke (1.2); review website information for summaries (.8); review historical government documents for summaries (1.2). | 3.90 |
| 02/19/05 | Cameron | Additional review of summaries. | .90 |
| 02/20/05 | Cameron | Continued review of file documents and pleadings for summaries (.9); review and revise memo (.8). | 1.70 |
| 02/21/05 | Cameron | Finalize draft of memo and e-mail regarding same (.8); review material from R. Finke (.5). | 1.30 |
| 02/22/05 | Cameron | Multiple e-mails to/from R. Finke regarding Canadian asbestos claims (.6);  review of materials re: same (.9). | 1.50 |
| 02/23/05 | Cameron | Review multiple e-mails and materials received from R. Finke in response to request concerning Canadian asbestos claims. | .90 |
| 02/24/05 | Cameron | Review various materials received from R. Finke relating to Canadian asbestos issues. | 1.20 |
| 02/28/05 | Cameron | Review materials from R. Finke relating to asbestos issues in Canada. | .60 |

```
                                            ------
                                 TOTAL HOURS  37.80


                                     ------------
```

172573 W. R. Grace & Co.                       Invoice Number   ******
60026  Litigation and Litigation Consulting        Page   4
       March 23, 2005

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 37.00 at $ 490.00 = | | 18,130.00 |
| John B. Lord | 0.80 at $ 175.00 = | | 140.00 |
| CURRENT FEES | | | 18,270.00 |
| TOTAL BALANCE DUE UPON RECEIPT | | | $18,270.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                  Invoice Number      1255879
5400 Broken Sound Blvd., N.W.                Invoice Date       03/23/05
Boca Raton, FL 33487                         Client Number       172573



===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

     Fees                                    6,469.50

                    TOTAL BALANCE DUE UPON RECEIPT          $6,469.50
                                                           ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                Invoice Number        1255879
5400 Broken Sound Blvd., N.W.              Invoice Date          03/23/05
Boca Raton, FL 33487                       Client Number          172573
                                           Matter Number           60028


==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|---|------|
| 02/01/05 | Cameron | Review materials relating to Canadian ZAI claims and respond to R. Finke regarding same. | .90 |
| 02/01/05 | Restivo | Telephone calls with Westbrook, Finke, Ziegler, Cameron re: ZAI issues. | 1.50 |
| 02/02/05 | Cameron | Telephone call with R. Finke regarding Canadian ZAI claim issues (0.5); review presentation materials and begin preparation of memo per R. Finke request (1.8). | 2.30 |
| 02/02/05 | Restivo | Draft and revise letter to court re: ZAI issues. | 1.00 |
| 02/03/05 | Cameron | Continued review of presentation materials and preparation of summaries per R. Finke request. | 1.60 |
| 02/04/05 | Cameron | Continued reviews and revisions to memos per R. Finke request. | 1.30 |
| 02/07/05 | Restivo | Receipt and review of new material re: ZAI issues. | .70 |
| 02/08/05 | Restivo | Telephone calls with E. Westbrook (.3), R. Beber (.4) re: ZAI issues. | .70 |
| 02/15/05 | Restivo | Review of newly received material re: ZAI issues. | 1.00 |

```
172573 W. R. Grace & Co.                    Invoice Number   1255879
60028  ZAI Science Trial                    Page    2
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/20/05 | Butcher | Research EPA and NIOSH pronouncements regarding attic insulation. | .30 |
| 02/21/05 | Cameron | Review fee application materials regarding Science Trial issues. | .60 |
| 02/25/05 | Cameron | E-mails from R. Finke and telephone conference regarding issue relating to ZAI claims. | .80 |
| 02/26/05 | Cameron | Review materials from R. Finke re: ZAI claims. | .30 |

```
                                            ------
                                TOTAL HOURS   13.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 4.90 | at $ | 525.00 | = | 2,572.50 |
| Douglas E. Cameron | 7.80 | at $ | 490.00 | = | 3,822.00 |
| Jayme L. Butcher | 0.30 | at $ | 250.00 | = | 75.00 |

```
                CURRENT FEES                         6,469.50


                                                  ------------
         TOTAL BALANCE DUE UPON RECEIPT             $6,469.50
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                      Invoice Number        1255880
5400 Broken Sound Blvd., N.W.                    Invoice Date          03/23/05
Boca Raton, FL 33487                             Client Number          172573
                                                 Matter Number           60029


==========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 02/02/05 | Lord | E-mail to A. Muha re: December monthly fee application. | .10 |
| 02/03/05 | Cameron | Review January 2005 monthly fee application materials. | .50 |
| 02/03/05 | Muha | Work on summary form for December 2004 monthly fee application. | 1.10 |
| 02/04/05 | Lord | E-mail to A. Muha re: December monthly fee application (.1); review and revise same (.2). | .30 |
| 02/04/05 | Muha | Finalize December 2004 fee application for filing (1.0); work on preparing quarterly application for October-December 2004 (3.4). | 4.40 |
| 02/06/05 | Muha | Review and detailed revisions to DBR for January 2005 monthly application. | 1.70 |
| 02/07/05 | Lord | Review and prepare Reed Smith 42nd monthly fee application for e-filing and service. | 1.50 |
| 02/08/05 | Lord | Respond to e-mail from A. Muha re: quarterly fee application. | .10 |
| 02/08/05 | Muha | Work on quarterly fee application summary materials (.6); correspondence with J. Lord and S. Greives re: finalizing and filing quarterly fee application | .90 |

```
172573 W. R. Grace & Co.                    Invoice Number   1255880
60029  Fee Applications-Applicant           Page    2
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | materials (.3). | |
| 02/09/05 | Lord | E-file and perfect service of Reed Smith 42nd monthly fee application. | 1.20 |
| 02/10/05 | Muha | Revisions to January monthly fee application. | 1.90 |
| 02/11/05 | Lord | Review, revise and prepare Reed Smith 15th quarterly fee application for e-filing and service. | 1.80 |
| 02/14/05 | Lord | E-file and perfect service for Reed Smith 15th quarterly fee application. | 1.50 |
| 02/19/05 | Cameron | Review and revise January 2005 monthly fee application materials. | .80 |
| 02/21/05 | Muha | Additional revisions to January 2005 fee and expense invoices for monthly fee application (.8); briefly meet with D. Cameron re: same (.1). | .90 |
| 02/23/05 | Muha | Draft and revise summary form for January 2005 monthly fee application. | 1.30 |
| 02/25/05 | Muha | Finalize January 2005 fee application materials and forward to J. Lord with instructions on filing. | .80 |
| 02/28/05 | Lord | Continue to review and revise monthly fee application. | .30 |

```
                                              ------
                                   TOTAL HOURS  21.10
```

172573  W. R. Grace & Co.                    Invoice Number  1255880
60029   Fee Applications-Applicant           Page    3
        March 23, 2005

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| Douglas E. Cameron | 1.30 | at $ | 490.00 | = | 637.00 |
| Andrew J. Muha | 13.00 | at $ | 260.00 | = | 3,380.00 |
| John B. Lord | 6.80 | at $ | 175.00 | = | 1,190.00 |

                        CURRENT FEES                      5,207.00

                                                      ------------
            TOTAL BALANCE DUE UPON RECEIPT              $5,207.00
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number        1255881
One Town Center Road                         Invoice Date         03/23/05
Boca Raton, FL    33486                      Client Number          172573
                                             Matter Number           60030


=============================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 02/07/05 | Cameron | Attend to issues relating to 1/21 hearing (0.2); review transcript from same (0.9). | 1.10 |
| 02/09/05 | Cameron | Attend to hearing issues. | .60 |
| | | TOTAL HOURS | 1.70 |


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.70  at  $  490.00  = | | 833.00 |
| | CURRENT FEES | | 833.00 |
| | TOTAL BALANCE DUE UPON RECEIPT | | $833.00 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number        1255882
One Town Center Road                     Invoice Date          03/23/05
Boca Raton, FL    33486                  Client Number          172573

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

    Fees                              9,958.50
    Expenses                              0.00

                TOTAL BALANCE DUE UPON RECEIPT        $9,958.50
                                                 ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1255882
One Town Center Road                     Invoice Date        03/23/05
Boca Raton, FL    33486                   Client Number        172573
                                         Matter Number         60035


========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

    Date   Name                                               Hours
 --------  ----------                                         -----

 02/01/05 Flatley        E-mails and responses about status     .30
                         of investigation.

 02/03/05 Flatley        Review various D. Cameron e-mails       .30
                         and reply thereto.

 02/07/05 Cameron        Multiple e-mails regarding              .80
                         government indictment.

 02/07/05 Flatley        E-mails to team regarding              .40
                         indictment and news stories.

 02/08/05 Cameron        Review of indictment and press        2.40
                         reports regarding same (1.9);
                         multiple e-mails regarding same
                         (0.5).

 02/08/05 Flatley        Preliminary review of indictment.      .70

 02/09/05 Cameron        Continue review of indictment and     2.10
                         additional press reports regarding
                         same (0.9); preparation of outline
                         of issues (0.8); multiple e-mails
                         regarding same (0.4).

 02/09/05 Flatley        Review e-mails regarding U.S.          .20
                         Attorney press conference.

 02/10/05 Cameron        Additional review of indictment      1.30
                         and continued work on outline of
                         issues (1.1); meet with L. Flatley
                         re: same (0.2).

```
172573 W. R. Grace & Co.                    Invoice Number  1255882
60035  Grand Jury Investigation             Page   2
       March 23, 2005


    Date   Name                                           Hours
  -------- -----------                                    -----


02/10/05 Flatley      Listen to NPR segment re:            3.50
                      indictment and e-mails re: same
                      (0.2); detailed review of
                      indictment and outline of review
                      (3.3).

02/11/05 Cameron      Review outline from L. Flatley       1.10
                      regarding indictment (0.7);
                      multiple telephone calls and
                      e-mails regarding same (0.4).

02/11/05 Flatley      Revisions to memo on indictment       .60
                      and e-mail to Reed Smith team.

02/11/05 Muha         Review memorandum from L. Flatley     .60
                      re: indictment against W.R. Grace
                      and e-mail to D. Cameron re: same.

02/12/05 Cameron      Detailed review of indictment and    1.20
                      summary notes regarding same.

02/14/05 Atkinson     Obtain copies of draft indictment     .30
                      and indictment to conduct red-line
                      comparison.

02/14/05 Flatley      Review additional news articles       .30
                      re: indictment.

02/14/05 Restivo      Review new materials re:              .50
                      indictment.

02/15/05 Cameron      Review press reports (0.4) and        .90
                      outline of issues relating to
                      indictment (0.5).

02/17/05 Cameron      Review new press reports and          .70
                      materials relating to indictment.

02/22/05 Cameron      Review of extensive summary          2.10
                      materials provided by R. Finke
                      regarding grand jury investigation.

02/23/05 Flatley      Call with W. Sparks and quick         .40
                      follow-up with D. Cameron re:
                      indictment issues.

                                                         ------
                                      TOTAL HOURS         20.70
```

```
172573  W. R. Grace & Co.                        Invoice Number   1255882
60035   Grand Jury Investigation                 Page    3
        March 23, 2005


   TIME SUMMARY              Hours          Rate          Value

   ----------------------    ---------------------       -------
   James J. Restivo Jr.      0.50   at  $  525.00  =       262.50
   Lawrence E. Flatley       6.70   at  $  495.00  =     3,316.50
   Douglas E. Cameron       12.60   at  $  490.00  =     6,174.00
   Andrew J. Muha            0.60   at  $  260.00  =       156.00
   Maureen L. Atkinson       0.30   at  $  165.00  =        49.50

                            CURRENT FEES                           9,958.50


                                                          ------------
         TOTAL BALANCE DUE UPON RECEIPT                    $9,958.50
                                                          ==============
```