```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W.R Grace & Co.                        Invoice Number        1255895
One Town Center Road                   Invoice Date          03/23/05
Boca Raton, FL   33486                 Client Number          172573



===========================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                                      0.00
    Expenses                              2,700.49

               TOTAL BALANCE DUE UPON RECEIPT           $2,700.49
                                                        ==============
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630


   W.R Grace & Co.                         Invoice Number         1255895
   One Town Center Road                    Invoice Date          03/23/05
   Boca Raton, FL   33486                  Client Number          172573
                                           Matter Number           60026
```

============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
     Telephone Expense                              4.75
     PACER                                         61.04
     Duplicating/Printing/Scanning                312.75
     Courier Service - Outside                     10.77
     Outside Duplicating                          942.68
     Taxi Expense                                  25.00
     Meal Expense                               1,066.37
     General Expense (Software Licensing Fee)     277.13

                CURRENT EXPENSES                              2,700.49
                                                           -------------

                TOTAL BALANCE DUE UPON RECEIPT              $2,700.49
                                                           =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number  1255895 |
| One Town Center Road | Invoice Date    03/23/05 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number     60026 |

===========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 01/20/05 | Licensing fees for Reed Smith secretaries to use "visio" software in assisting Kirkland & Ellis attorneys in preparation for 1/21/05 hearing in Pittsburgh. | 277.13 |
| 01/25/05 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Ginny Wolfe, Senior Manning Selvage & Lee (WASHINGTON DC 20036). | 10.77 |
| 01/31/05 | 312-861-2034/CHICAGO, IL/4 | .15 |
| 01/31/05 | 312-861-2034/CHICAGO, IL/2 | .10 |
| 01/31/05 | PACER--Electronic docket service access charge. | 61.04 |
| 02/01/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/02/05 | 410-531-4355/COLUMBIA, MD/16 | .80 |
| 02/02/05 | 410-531-4355/COLUMBIA, MD/25 | 1.20 |
| 02/03/05 | ATTY # 0559; 223 COPIES | 33.45 |
| 02/04/05 | ATTY # 0710: 8 COPIES | 1.20 |
| 02/04/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/04/05 | ATTY # 0710: 41 COPIES | 6.15 |
| 02/04/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/04/05 | ATTY # 0710: 31 COPIES | 4.65 |

```
172573  W. R. Grace & Co.                          Invoice Number   1255895
60026   Litigation and Litigation Consulting       Page    2
        March 23, 2005
```

| Date | Description | Amount |
|---|---|---:|
| 02/07/05 | 905-896-7611/COOKSVILLE, ON/3 | .20 |
| 02/07/05 | ATTY # 0856; 765 COPIES | 114.75 |
| 02/07/05 | ATTY # 0559; 223 COPIES | 33.45 |
| 02/07/05 | ATTY # 0710: 18 COPIES | 2.70 |
| 02/07/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 02/07/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/07/05 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/07/05 | ATTY # 0559: 24 COPIES | 3.60 |
| 02/07/05 | ATTY # 0710: 8 COPIES | 1.20 |
| 02/08/05 | ATTY # 0559; 50 COPIES | 7.50 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/08/05 | ATTY # 0710: 6 COPIES | .90 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/09/05 | ATTY # 0718; 253 COPIES | 37.95 |
| 02/09/05 | ATTY # 0718; 2 COPIES | .30 |
| 02/09/05 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/05 | ATTY # 0559: 4 COPIES | .60 |
| 02/09/05 | ATTY # 0559: 1 COPIES | .15 |
| 02/10/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/10/05 | ATTY # 0396: 10 COPIES | 1.50 |
| 02/10/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/10/05 | ATTY # 0559: 32 COPIES | 4.80 |
| 02/10/05 | ATTY # 0559: 8 COPIES | 1.20 |

```
```

```
172573  W. R. Grace & Co.                              Invoice Number   1255895
60026   Litigation and Litigation Consulting          Page    3
        March 23, 2005
```

| Date | Description | Amount |
|---|---|---|
| 02/11/05 | Meal Expense - - VENDOR: EADIES KITCHEN & MARKET -- BREAKFAST ITEMS FOR 20 ON 1/21/05 FOR HEARING PREP. | 176.53 |
| 02/11/05 | Meal Expense - - VENDOR: MONTE CELLO'S PIZZA--FOOD FOR LATE EVENING MEETING FOR 6 ON 1/20/05 IN PREPARATION FOR 01/21/05 HEARING. | 46.62 |
| 02/11/05 | 410-531-4355/COLUMBIA, MD/20 | 1.00 |
| 02/11/05 | ATTY # 0718; 87 COPIES | 13.05 |
| 02/11/05 | ATTY # 0887: 44 COPIES | 6.60 |
| 02/11/05 | ATTY # 0396: 5 COPIES | .75 |
| 02/11/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/14/05 | ATTY # 0856; 12 COPIES | 1.80 |
| 02/14/05 | ATTY # 0559; 11 COPIES | 1.65 |
| 02/15/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/15/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/15/05 | ATTY # 0559: 1 COPIES | .15 |
| 02/15/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/15/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/15/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/15/05 | ATTY # 0559: 3 COPIES | .45 |
| 02/15/05 | ATTY # 0559: 13 COPIES | 1.95 |
| 02/15/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/15/05 | ATTY # 0559: 1 COPIES | .15 |
| 02/16/05 | Outside Duplicating - - Color copies of items used at the 1/21/05 hearing. | 95.23 |
| 02/16/05 | ATTY # 0349: 5 COPIES | .75 |
| 02/16/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/16/05 | ATTY # 0349: 1 COPIES | .15 |

```
172573  W. R. Grace & Co.                              Invoice Number   1255895
60026   Litigation and Litigation Consulting           Page    4
        March 23, 2005
```

| | | |
|---|---|---|
| 02/17/05 | Meal Expense -- VENDORS:MRC FOOD SERVICES AND MARK'S GRILLE - CLIENT MTG. FOR 20 PEOPLE ON 1/20/05 IN PREPARATION FOR 01/21/05 HEARING. | 344.21 |
| 02/17/05 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/18/05 | Meal Expense - - VENDORS: LIANG'S HUNAN AND QUIZNO'S CLASSIC SUBS -- LUNCH FOR 20 ON 1/21/05 IN RELATION TO HEARING. | 347.17 |
| 02/18/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/18/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/18/05 | ATTY # 0559: 2 COPIES | .30 |
| 02/18/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/21/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/21/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/22/05 | Outside Duplicating - - Copying of materials for service of CNO for monthly fee application. | 63.10 |
| 02/23/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/23/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/24/05 | Taxi Expense - -(01/06/05)Travel for attendance at meeting with U.S. attorney in Missoula, MT. | 7.00 |
| 02/24/05 | Taxi Expense - - 1/20/05 Travel to Castle Shannon following after-hours work in preparation for 1/21/05 hearing. | 18.00 |
| 02/24/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/24/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/24/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/24/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/25/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/25/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/25/05 | 410-531-4355/COLUMBIA, MD/26 | 1.30 |

```
172573  W. R. Grace & Co.                          Invoice Number   1255895
 60026  Litigation and Litigation Consulting       Page    5
        March 23, 2005


 02/28/05   Outside Duplicating - - Copying for hard copy       784.35
            service of quarterly fee application.

                         CURRENT EXPENSES                     2,700.49
                                                            ------------
                    TOTAL BALANCE DUE UPON RECEIPT            $2,700.49
                                                            ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number        1255896
5400 Broken Sound Blvd., N.W.            Invoice Date          03/23/05
Boca Raton, FL 33487                     Client Number          172573
```

==============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

```
    Fees                                      0.00
    Expenses                                 18.52

                    TOTAL BALANCE DUE UPON RECEIPT          $18.52
                                                        =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1255896
5400 Broken Sound Blvd., N.W.            Invoice Date       03/23/05
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

     Telephone Expense                              1.30
     Duplicating/Printing/Scanning                 15.00
     Postage Expense                                2.22

               CURRENT EXPENSES                                        18.52
                                                                 -------------

               TOTAL BALANCE DUE UPON RECEIPT                         $18.52
                                                                 =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number       1255896
5400 Broken Sound Blvd., N.W.            Invoice Date        03/23/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028
```

======================================================================

Re: (60028)   ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/01/05 | 843-727-6513/CHARLESTON, SC/14 | .70 |
| 02/01/05 | 410-531-4355/COLUMBIA, MD/13 | .60 |
| 02/02/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/02/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/03/05 | ATTY # 0349; 7 COPIES | 1.05 |
| 02/03/05 | ATTY # 0349: 4 COPIES | .60 |
| 02/03/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/03/05 | Postage Expense | 2.22 |
| 02/07/05 | ATTY # 0559: 5 COPIES | .75 |
| 02/07/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/17/05 | ATTY # 0559: 5 COPIES | .75 |
| 02/17/05 | ATTY # 0559: 10 COPIES | 1.50 |
| 02/17/05 | ATTY # 0559: 10 COPIES | 1.50 |

```
172573  W. R. Grace & Co.                      Invoice Number   1255896
 60028  ZAI Science Trial                      Page    2
        March 23, 2005


  02/18/05    ATTY # 0559: 6 COPIES                                 .90

  02/18/05    ATTY # 0559: 4 COPIES                                 .60

  02/18/05    ATTY # 0559: 1 COPIES                                 .15

  02/18/05    ATTY # 0559: 4 COPIES                                 .60

  02/18/05    ATTY # 0559: 4 COPIES                                 .60


                         CURRENT EXPENSES                         18.52
                                                            -------------
                         TOTAL BALANCE DUE UPON RECEIPT          $18.52
                                                            =============
```