# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------)
                                                           )
In re                                                      )       Chapter 11
                                                           )
W. R. GRACE & CO., et al.,[1]                              )       Case No. 01-01139 (JJF)
                                                           )       (Jointly Administered)
                                                           )
                      Debtors.                             )
                                                           )
-----------------------------------------------------------)
```

## AFFIDAVIT OF MARVIN A. TENENBAUM IN SUPPORT OF APPLICATION FOR ORDER PURSUANT TO SECTIONS 1103(a) AND 328(a) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014 AND 2016 AUTHORIZING RETENTION AND EMPLOYMENT OF LECG, LLC AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS, NUNC PRO TUNC TO FEBRUARY 17, 2005

STATE OF ILLINOIS)
                                    ss.:
COUNTY OF COOK)

Marvin A. Tenenbaum, being duly sworn, deposes and says:

      1.     I am General Counsel of LECG, LLC ("**LECG**" or, the "**Firm**"), which maintains an office at 1100 17th Street, Suite 1100, Washington D.C 20036, telephone: (202) 973-0296 fax: (202) 986-0052.

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp., (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.     This affidavit is being submitted in support of the Application for Order Pursuant to Sections 1103(a) and 328(a) of The Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of LECG, LLC as Consultants to the Official Committee of Property Damage Claimants (the **"PD Committee"**), *Nunc Pro Tunc* to February 17, 2005 (the **"Application"**).

3.     Except as otherwise noted, I have personal knowledge of the facts stated herein and, if called as a witness, could competently testify thereto. Certain disclosures herein relate to matters within the knowledge of other administrative personnel at LECG who report to me and based upon information that I received from them.

4.     LECG is a leading expert services firm that conducts economic and financial analyses to provide objective opinions and advice to resolve complex disputes and inform legislative, judicial, regulatory and business decision makers. LECG provides independent expert testimony, original authoritative studies and strategic advice. Moreover, LECG is well qualified to serve the PD Committee as a consultant on matters related to property damage claims, in that, among other things, its consultants have substantial experience in advising creditors in the estimation of the value and number of property damage claims in other "mass-tort" reorganizations. In particular, James E. Hass, a director of LECG, has provided services of this nature to creditors in the USG Corporation bankruptcy proceedings.

## TERMS OF LECG'S RETENTION

5.     LECG will render professional claims advisory and related services for the PD Committee as needed throughout the course of the Chapter 11 Cases, including:

a.   Estimation of the value of asbestos property damage claims;

b.   Development of claims procedures to be used in the development of financial models of payments and assets of an asbestos settlement trust;

c.   Assessing proposals made by the Debtors or other parties, including, without limitation, proposals from other creditors' committees;

d.   Assisting the PD Committee in respect of the Debtors' proposed plan of reorganization and any other plan(s) hereafter filed, as well as in negotiations with various parties in respect thereof;

e.   Rendering expert testimony as required by the PD Committee; and

f.   Such other advisory services as may be requested by the PD Committee from time to time.

6.     LECG has agreed to be compensated for its services on an hourly basis, in accordance with its usual and customary billing practices, subject to allowance by this Court in accordance with applicable law. The current hourly rates LECG charges for its consultants are attached hereto as Schedule 1.

7.     In addition, subject to allowance by this Court in accordance with applicable law, LECG shall bill the Debtors monthly for reimbursement of all of its reasonable out-of-pocket expenses incurred in connection with LECG's employment.

8.     No promises have been received by LECG as to compensation in connection with these cases other than as outlined in this affidavit and the Application in accordance with the provisions of the Bankruptcy Code. LECG has no agreement with any other entity to share any compensation received.

9.     The terms of LECG employment and compensation as described in this affidavit and the Application are consistent with employment and compensation

arrangements typically entered into by LECG when providing such advisory services, and are competitive with those arrangements entered into by other advisory firms when rendering comparable services.

## DISCLOSURE CONCERNING CONFLICTS

10.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after due inquiry, LECG has not been engaged by any of the Debtors, creditors, attorneys or other entities listed on Exhibit A attached hereto, nor does it have a financial interest in any of those parties, except as follows:

In matters entirely unrelated to these Chapter 11 Cases, LECG has provided services to the parties listed on Exhibit B attached hereto. LECG will not provide professional services to such parties in the future on matters related to the Chapter 11 Cases.

11.     In addition to the above relationships, given the large number of unsecured creditors and other parties in interest in the Chapter 11 Cases, there may be other unsecured creditors and parties in interest that have engaged LECG in the past or have presently engaged LECG to provide consulting services. While LECG may have provided, be presently providing or may in the future provide, services to parties in interest in these cases, none of those relationships or matters have or will have any connection with the Chapter 11 Cases. LECG will file supplementary affidavits regarding this retention if additional relevant information is obtained.

12.     LECG is not and was never a creditor, an equity security holder or an insider of any of the Debtors.

13.     Accordingly, to the best of my knowledge, information and belief, LECG is a "disinterested person" as such term is defined by 11 U.S.C. § 101(14).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28 day of March, 2005.

Marvin A. Tenenbaum

Sworn to and subscribed before me
this 28th day of March, 2005

Notary Public
State of Illinois

OFFICIAL SEAL
JOYCE M KING
NOTARY PUBLIC   STATE OF ILLINOIS
MY COMMISSION EXPIRES: 08-04-06

## SCHEDULE 1

| Position | Rate |
|---|---|
| Directors & Principals | $200 - $800 |
| Senior Professional Staff | $195 - $520 |
| Associates | $165 - $245 |
| Research Analyst | $150 - $190 |

## EXHIBIT A

## DEBTORS

W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.)
W. R. Grace & Co.-Conn.
A-I Bit & Tool Co., Inc.
Alewife Boston Ltd
Alewife Land Corporation
Amicon, Ins.
CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.)
CCHP, Inc.
Coalgracc, Inc.
Coalgracc II, Ins.
Creative Food 'N Fun Company
Darex Puerto Rico, Inc.
Del Taco Restaurants, Inc.
Dewey and Almy, LLC (f/k/a Dewey and Almy Company)
Ecarg, Inc.
Five Alewife Boston Ltd.
G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.)
G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.)
GEC Management Corporation
GN Holdings, Inc.
GPC Thomasville Corp
Gloucester New Communities Company, Inc.
Grace A-B Inc.
Grace A-B 11 Inc.
Grace Chemical Company of Cuba
Grace Culinary Systems, Inc.
Grace Drilling Company
Grace Energy Corporation
Grace Environmental, Inc.
Grace Europe. Inc.
Grace H-G Inc.
Grace H-G II Inc,
Grace Hotel Services Corporation
Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.)
Grace Offshore Company
Grace PAR Corporation
Grace Petroleum Libya Incorporated
Grace Tarpon Investors, Inc.
Grace Ventures Corp.
Grace Washington, Inc.
W. R. Grace Capital Corporation
W. R. Grace Land Corporation
Gracoal, Inc.
Gracoal II, Inc.
Guanica-Caribe Land Development Corporation
Hanover Square Corporation
Homco International, Inc.
Kootenai Development Company
L B Realty, Inc.
Litigation Management, Inc. (f/k/a GHSC Holding, Inc.Grace JVH, Inc., Asbestos Management, Inc.)
Monolith Enterprises, Incorporated

Monroe Street, Ins.
MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation)
MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.),MRA Staffing Systems, Inc. (f/k/a British Nursing
Association, Inc.)
Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson
& Curving, Inc.)
Southern Oil, Resin & Fiberglass, Inc.
Water Street Corporation
Axial Basin Ranch Company
CC Partners (f/k/a Cross Country Staffing)
Hayden-Gulch West Coal Company
H-G Coal Company

## BANK CREDITORS

ABN Amro Bank, N.V.
Bank of America, N.A.
Bank of New York
Bank of Nova Scotia
Barclays Bank, PLC
CEDE & Co. (Indenture trustee)
Citibank, N.A.
Commerzbank, A.G.
Credit Lyonnais
Credit Suisse First Boston Corp.
Deposit Guaranty Corp. (Indenture trustee)
Dresdner Bank, A.G.
First Union Bank
Hapoalim
HSBC/MarineMidland
J.P. Morgan Chase & Co.
Lloyds Bank, Dubai
Northern Trust Bank
The Chase Manhattan Bank (agent)
The Depository Trust Company
Wachovia Bank and Trust Company, N.A.

## DIRECTORS AND OFFICERS

Akos L. Nagy
Alicia Burke
Anthony G. Riddlesperger
D/F/ Garvey
David B. Suiegel
David M. Cleary
David Nakashige
Dudley L. Bobolts
Elyse Napoli-Filon
Fabio Tegiacchi
Gregory E. Poling
Henry C. Lyons
J. Elder
John F. Akers
John J. Murphy

Kang Hui Shen
Mark A. Shelnitz
Martin Hunter
Marye Anne Fox
Michael A. Miller
Michael N. Piergrossi
O. Mario Favorito
Paul Bettacchi
Paul J. Norris
Paul McMahon
R.H. Locke
Robert A. Maggio
Robert F. Jenkins
Robert J. Bettacchi
Robert J. Medler
Robert M. Tarola
Robert P. Turner
Ronald C. Cambre
Ruth E. Rowan
Susan E. Farnsworth
Susan Eccher
Thomas A. Vanderslice
W. Brian McGowan
William L. Baker
William L. Monroe
William M. Corcoran

## INVENTORY SETTLEMENT AGMTS WITH LAW FORMS

Campbell, Cherry, Harrison & Dove, L.L.P.
Cooney & Conway
Foster & Sear
Goldberrg, Persky, Jennings & White, P.C.
Law Offices of David Lipman, P.C.
Reaud, Morgan & Quinn, Inc.
Robles & Gonzales, P.A.
Silber & Pearlman, P.C.
Weritz & Luxenberg, P.C.

## ISSUERS OF OUTSTANDING LTRS OF CREDIT

ABN AMRO Bank, N.V.
Bank of America, N.A.
Citibank, N.A.
J.P. Morgan Chase & CO.
Wachovia Bank & Trust Company, N.A.

## ISSUERS OF OUTSTANDING SURETY BONDS

American International Group, Inc.
Fireman's Fund Insurance Co.
St. Paul Companies, Inc.
The Hartford Financial Services Group, Inc.
The Travelers Insurance Co.

## LESSORS

LLC/SM1/Southwestern Management, Inc.
2700 Stemmons
710, Inc.
A. Copeland Enterprises
A. Dong Oriental Grocery and Gifts, Inc.
Abnet Realty Co. (Wm. Langfan & Aaron Ziegelman) BE Holding Corp.
Accomplishments Through People, Inc.
AIP Properties
Alexander Summer, Inc.
Aliferia (UJ's Family Restaurant)
Allstore Realty Group
AMB Property L.P.
AMCAP/Denver Ltd. Partnership
American Property Investors XI
American United Life Insurance Co.
APAC Teleservices, Inc.
Appollo Cards, Inc.
Arbor Vitae Company, N.V.
ASIC Alliance Corporation
Associates Enterprises of Houston
Atlash Corporation, N.V.
Autozone, Inc.
Aztec Restaurants (El Torita-La Fiesta)
B & N Enterprises
Baltivest, N.V.
Banker's Life of Des Moines, Iowa
Baronial Corporation, N.V.
Barrand, Inc.
Baydale, Inc. //AMFAC Merchandising Corp.
Bell Canyon Investments Company, N.V.
Berch Corporation, N.V.
Besswell Corporation, N.V.
Birchwood at Jericho Associates
Bixby Ranch Company
Blakenship Villas of Clovis, Inc.
Boeing Court Partners
Broadway Place I
Bruce & Brent Spectkeret, Tracey Deatsch, Deborah Frostholm
Buccola Family Trust
Buen Dia Land Company N.V.
Builders Emporium Corp.
Builders Emporium (East), Inc.
Byer Properties
C & S, Inc.
Cabernet Company, N.V.
Caburan Land Company N.V.
Campamar Land Company N.V.
Caringello Investments II
Carlisle Property Co.
Carrow's
Casa Bonita, Inc.
Cassco Land Co., Inc.
Cavil Properties, Inc.
Cedar Square, A Texas General Partnership

CFS
Channel Home Centers
Channel Home Centers Realty Corp.
Channel Lumber Company
Channel of Route 10
Charger Land Company
Chart Towne Partnership
Chattanooga Food Systems, Inc.
Chi Chi's Inc.
Child World, Inc.
Citizens and Southern Bank of W. Georgia
City Federal Savings & Loan Association
City/County of San Francisco – Public Utilities Commission
Clayton Dean
 Coco's
Community Distributors, Inc.
Craddock Diversified Enterprises
Crested Butte EquitiesCo.
D & B of Hollywood
DAS Restaurants, Inc.
Dave Christensen, Inc. (successor in-interest-Bellevue Hilton)
Daylin, Inc.
De Nada Restaurants, Inc.
DELCO Development Co. of Gastonia/H.C. Associates
DELCO Development Co. of Tyvola
Delta Acquisitions. Ltd.
Dr/Mrs Robert Schmidt
DT Propiedades
Dunn International Corporation
Dunn International of Georgia, Inc.
El Torito
El Toro Properties/Corp & Ludo and Gloria Bevilacqua
Elaine Power Figures Salons, Inc.
Eminent Interantional Enterprises, Inc.
Evelyn Art Gallery
Fairland Land Company, N.V.
Fast Food Properties
FBL Partners
Fedi, Fedi, Jaworski & Santini
FFCA/IIP
Fidelity Syndications, Inc.
First Harris Associates, Ltd.
First National Bank of Bloomington
Forshaw, Elizabeth
Frank & Marianne Sorci
Frederick J. & Pamela M. Axelberd
Freed Realty Company
Freeport Center Associates
Galahad Real Estate Corp.
Gardner-Smith Associates/Broad River Mall Assoc., L.P./Hitchner, Witt & Co.
Garec Ltd. Partnership
Gaston Healthcare, Inc.
Gene Biggli Properties
General Mills
Goodwill Industries of Greater New York, Inc.
Green Angel Investments Co., N.V.

Green Pastures, Inc.
Grupe – Squaw Valley Company Ltd.
Handy City Division
Hary & Elise Grimmer
H-B, Inc.
Heathcliffe Investment Co., N.V.
Herman's Sporting Goods, Inc.
Hines Interest Limited Partnership
Home Builders Emporium-NY
Homer J. Rader
HQ/Hechinger Property Company
H-T Enterprises V
Hugh M. Tarbutton
Ingram Plaza Company
International Protective Coating Corp. (successor to Pyrotec Industries, Inc.)
Investcal Develop Co.
Investcal Realty
J & J Rentals
J.C. Food Corporation
J.E. Smith
Jack Astor's Leasing
James G., James H. Ayres and Mary Jane Ayers
Jericho Restaurant Associates
Jew, Anthony, MD
John & Susan Youngson
John H. Baker III
John L. Stevenson
Jojo's
Joseph and Inez Foundation
Joyce Aln
JP Forney Jr., Trustee; Elinor L. Foreny; James B. Davis and R.C. Bennett, Trustee
Keg Restaurant
Keystone Realty Company
Kravco Copmpany; Lehigh Valley Associates
Kwo-Tai Richard Sun & Ivy Hsiao-Ming Chen S???
La Jolla Village Professional Center Associates
La Mesa Crossroads
Laguna Hills Investment Company
Lampeter Joint Venture (Basser and Kaufman)
Larnet N.V.
LaSalle National Bank – Trust #100609
Lathampton Corporation
Leverett Corporation N.V.
Lewis RE Trust, et al.
Life Time Floors, Inc.
Lismore Corporation N.V.
Lister Properties Co.
Listoville N.V.
Lynda Ward
M.S.B. Properties
M/M John Santapadre
Malibu Land Company N.V.
Mamiye Brothers
Manor Development Co.
Margaret & Mike Conrotto
Mark Hankin and Hanmar Assoc. MLP

MARS, Inc.
Marshall's of Milford, Connecticut, Inc.
Marshall's of Waterbury, Connecticut, Inc.
Marshall's of Wayne
Marshall's, Inc.
Mantinvest, Inc. N.V.
Mattauck Plaza Associates (successor to Simon Konover)
MCC Group Northglenn, LTD.
MCC Group-Mesquite # Joint Venture
McCutchin Brothers Joint Venture II
Mercury Mall Associates
Merlot Corporation N.V.
MGSC Corp.
Milford Associates
Missouri Limited Partnership
Mr. Beef Restaurants, Inc.
Meyers Corner Development Corporation
New England Mutual Life Ins. Co.
Ninfa's (Rodco L.C.)
NoHy
Northern Hydraulics, Inc.
Northwest Village Limited
Olive Garden
Ollie's Bargain Outlet, Inc.
Orchard Supply Building Co.
Pascar, Inc.
Pancho's Mexican Buffet
Paragon Steakhouse Restaurants, Inc.
Parland Realty
Pennsylvania Ltd. Partnership
Pepper Square Venture I
Perrot N.V. and Lowell Corporation
PFRS Dublin Corp.
PH Associates
Phoenix Concepts Corporation
Pier 1 Imports
Pile-Pal Associates
Pinata, Inc.
Plaza Camino Real
Plus Foods Discount, Inc.
Princessa Land Company, N.V.
Principle Life Insurance Co.
Profit Sharing Trust
PRS Boyle Rd. Corp./Selden Center Associates/Net Realty Holding
Quick Foods, Inc. dba Taco Villa
Quivira 95 Company
Quortrop Petroleum Products, Inc.
Rhodes, Inc.
Richard & Kathryn Rossman
Richard L. Crawford and Geren Crawford Real Estate Investments
Robert V. McKeen & Co.
Robin Roach & Andrew P. Wieland
RREEF USA Fkunde – III
Russell J. & Milton F. & Joyce Bruzzone
S. Klein department Stores, Inc.
S.A.H. Partnership

Safari Realty Co., Inc.
Safeway Stores, Inc.
Safia, Inc.
Savmart of New Jersey, inc.
Schantz, Schntz & Pernell
Scott William Wood
Serota & Sons
Shapell Industries of N. California, Inc.
Shepler's Inc.
Sheplers of Texas
Silver Shadow Land Company
Snack, Inc.
So. Pacific Dev. Co.
Soil Trust
Sota Bento Land Company, N.V.
South Planfield Holding, Inc.
Southern Pacific development
Southview Mexican Ltd. Partnership
Springs Associates
Springs Assoc, L.P.
Stanmel Corp.
Stein Mart, Inc.
Stephen Pontiac – Cadillac, Inc.
Sterling Projects, Inc.
Sylvor, Robert
T/H Associates
Taaz, L.L.C.
Taco Del Sur, Inc.
Taco Villa, Inc.
Terrin Holding, Co.
The Fabric Emporium
The Geat Atlantic and Pacific Tea Company
The Lincoln National Life Insurance Co.
The Lionel Corporation & Lionel Leisure, Inc.
The Oaks % Key Center
The Pep Boys – Manny, Moe & Jack
The Price Company
The Salvation Amy
The Syder Living Trust
The Volt Company
Theodore, Judith, Edward & Thelma Bradford
Tony Roma's a/k/a Romacorp, Inc.
Topps of Totowa
Trammel Crow Co.
Two Forty Associates
Two Guys from Harrison – New York, Inc.
United benefit Life Insurance Company
Urban Village Partners
Vess J. Barnes, Joyce A. Barnes & Terry Smith as Trustees of Barnes Jewelry, Inc.
Village Parkway Venture
Vincent & Rose Di Tommaso
Vintage Faire Assoc.
Virginia Square Ltd.
Volare Investments Co.
Vornado, Inc.
W.H.C. Realty Corp. (successor to Simon Konover)

Wal-Mart Stores, Inc.
Watson Land Company a/k/a/ Chomerics. Inc.
Wayne Industries, Inc.
Weingarten Realty Investors
Weingarten Realty, Inc.
Wendy's West York Associates
Westbar Limited Partnership
Whataburger, Inc.
Whittaker/Valey River Prtners
Who Songs & Larry's
Wickes Companies, Inc.
William K. Lanfaan and Aaron Ziegelman
Winfield Group
Wm. & Grace Carcia
Woodfair Venture, Ltd.
WRG Assoc. Four
WRG Assoc. Seven
WRG Assoc. Six
WRG Associates Five
WRG III, L.P.

## PLAINTIFF AND PARTIES IN INTEREST TO NON-ASBESTOS LITIGATION

Baker, William C.
Del Taco, Inc.
Fisher, Montgomery r.
Jacques, Eber E.
Miller, Bradford H.
Ormsbee, Sharon R.
Rea, marilyn
State of Idaho Department of Administration
The Fisher Trust
A.P. Green Industries, Inc.
Abigail Reddoor
Ada Public Library
Adam Chase
Adams County Public Library
Akron City School District
Akron-Summit County Public Library
Alexander Local Schools
Alexandria Public Library
Allegheny Solvents and chemicals Company
Allen Youpee
Amanda Clearcreek Local School District
Amchem Products, Inc.
American Petrofina, Inc.
American Trading & Production Corp.
Amherst Public Library
Amoco Corporation
Amoco Shipping Company
Amos Memorial Public Library
Anchor Chemical company
Andres Oil company
Anna Four Bear Anthony Wayne Local School District
Arcanum Public Library
Arthur F. Hazen & Son, Inc.

ASARCO Incorporated
Ashland Oil, Inc.
Ashland Public Library
Ashtabula County District Library
Athens city School District
Atlantic Richfield Company
Austintown Local School District
Avon Lake City School District
Avon Lake Public Library
B.P Oil Corporation
Baker & Taylor, Inc.
Barberton City School District
Barberton Public Library
Basic, Inc.
Bay Village City School District
Beachwood city School District
Bearings and Transmissions, Inc.
Bearings, Inc.
Beaver Alkali Products
Beavercreek city School District
Beazer East, Inc.
Bedford City School District
Bellefontaine City School District
Bellevue Public Library
Berry Bearing Company
Betz Laboratories, Inc.
BetzDearborn, Inc. (f/k/a/ Grace Dearborn Company)
Bexley Public Library
Bigelow-Liptak company
Birchard Public Library of Sandusky Co.
Blackhawk Chemical Company
Blackships, Inc.
Bloom Carroll Local School District
Bloomfield-Mespo Local School District
Blufffton-Richland Public Library
Boron Oil Company
Bostik, Inc.
Botkins Local School District
Boyer chemical Laboratory Company
Brecksville-Broadview Hts. City School District
Brenda Helms
Bristol Local School District
Bristol Public Library
Brittany Youpee
Buckeye Central Local School District
Buckeye Valley Local Schools
Bucyrus Public Library
Burrell Corporation
Calgon Corporation
Canal Fulton Public Library
Canal Winchester Local School District
Cardington Lincoln Local School District
Carnegie Public Library
Cary Youpee
Centerville City School District
Central Sate University

Champaign County Library
Chardon Local School district
Chares Four Bear – Jonathon Little
Charles Four Bear – Foray four Bear
Charles Four Bear – Whirlwind
Charles Four Bear II
Charles Jurgens
Charles Urban
Charline Garrison
Chas Kurz & Co.
Chevron Products Company
Chevron shipping Company
Chevron U.S.A., Inc.
Circleville City School District
 Clark county Public Library
Claymont School District Public Library
Clermont County Public Library
Cleveland Hts. – Univ. Hts. City School District
Cleveland Municipal School district
Cleveland Public Library
Cleveland State University
Cloverleaf local School district
Clyde Public Library
Coldwater Public Library
Colowyo Coal Company, LP
Columbiana Public Library
Columbus Metropolitan Library
Columbus State Community College
Cosden Pipe Line Co.
Coshocton city School District
Coshocton Public Library
Coventry Local School District
Credit Suisse First Boston corp.
Crestline Public Library
Crestwood Local School District
Cryovac Sealed Air Corporation
Cuyahoga County Public Library
Cuyahoga Falls School District
Cuyahoga Heights Local School District
D.A. Stuart Oil Co., Ltd.
Dale Kester
Danville Local School District
David Bleazard
David Grainger
Dawn Grainger
Dayton and Montgomery County Public Library
Defiance Public Library
Delaware County District Library
Delphos Public Library
Denise Grainger
DeShazer, jack
Dextrex Corp.
Diane L. Walker
Diane Walker
Didier Taylor Refractories Corp.
Donna Buckles-Whitmer

Dover Public Library
Dow Chemical USA
Dwight Youpee
E. Cleveland City School District
E. F. Houghton & Company
E. Palestine Memorial Public Library
East Clinton Local School District
East Guernsey Local School District
Eastwood Local School District
Ella M. Everhard Public Library
Elmwood Local School District
Elyria Public Library
English China Clays, Inc.
Erica Bleazard
Euclid Public Library
Eugene Abbott
Evergreen Local School District
Exxon Co. USA
Fairfield County District Library
Fairfield Local School District
Fairfield Union Local School District
Fairlawn Local School District
Fairport Public Library
FINA Oil and Chemical company
FINA, Inc.
Findlay Hancock County Public Library
Fiske Bros. Refining co.
Forest-Jackson Public Library
Franklin City School District
Franklin Public Library
Fremont City School District
Fresenius Medical Care, Inc.
Fresenius National Medical Care, Inc.
Fresenius U.S.A., Inc.
Frontier Local School District
G. Whitfield Richards
Galion Public Library Association
Gary Bowen
Gateway Industrial Supply
Geauga County Public Library
Gene r. Smith
General Refractories co.
Genoa Area Local School District
George Baker, Sr.
George F. Richer, Jr.
George Ricker, Jr.
George Ricker, Sr.
Geraldine Nelson
Girard City School District
Girard Free Library
Gnadenhutten Public Library
Gojer, Inc.
Grafton-Midview Public Library
Grand Saw & Machine, Inc.
Granville Public Library
Greene County Public Library

Gulf Oil Corp.
Hamilton Local School District
Harbison-Walker Refractories Co.
Harbor-Topky Memorial Library
Hardin-Houston Local School District
Harris Elmore Public Library
Harrison Thompson
Harry Barsky
Harry Miller Corporation
Hatco Corporation
Hazen Petroleum, Inc.
Helen Ricker
Herrick Memorial Public Library
Hess Tankership, Co.
Highland county District Library
Highland Local School District
Hilliard City School District
Hillsboro City School District
Hocking Technical College
Holmes County District Public Library
Housley-Kimmich Company
Hubbard Exempted Village School District
Hubbard Public Library
Humble Oil & Refining co.
Huron Public Library
Huthnance International, Inc.
Huthnance-Grace Offshore Company
Ida Rupp Public Library
Imperial Metallic Lubricants, Inc.
Imperial Oil & Grease Co.
Independence Local School District
Industrial Petroleum Chemicals
Iris Doss
Iris Rose Doss
Iris Youpee
Irma Reddoor
Jackson Local School District
James Doss, Jr.
James Gill
James Gill, on behalf of California General Public
James Pishioneri
James Wright
Jamestown Paint & Varnish Company
Jefferson Area Local School District
Jefferson Township Local School District
Jesse Doss
Joan Kelley
Joan Mary Kelley
John Roberts
Johnstown Monroe Local School District
Jose Ramon Liaguna Del Pino
Josi Youpee
Kaiser Aluminum & Chemical Sales
Kaneb Pipe Line Operating Partnership
Kathleen Tennison
Kaublsch Memorial Public Library

Kennametal
Kenston Local School District
Kent Free Library
Keystone Tankership Corp.
Kingsville Public Library
Kinsman Free Public Library
Kirtland Public Library
L.O. Burrell Company
L.P.S. Research Laboratories, Inc.
Laboratory Equipment Co.
Lake Local School District

Lakeland Community college
Lakeview Local Schools
Lakewood Public Library
Lane Public Library
Laura Bleazard
Lawrence Bullock
Lebanon Public Library
Leetonia Community Public Library
Lerah Parker
Liberty Center Public Library
Liberty Union Thurston Local Schools
Licking Heights Local School District
Lima Public Library
Little Miami Local School District
Logan county District Library
Logan Elm Local School District
London City School District
London Public Library
Lorain Public Library
Loudonville Public Library
Louisville Public Library
MacKenzie Memorial Public Library
Magnaflux Corporation
Mahguib El-Arabi
Mansfield-Richland County Public Library
Maple Heights City School District
Marathon Oil
Margaret Abbott
Marine Navigation Co., Inc.
Marine Transport Lines
Marvin K. Youpee, Sr.
Marvin Memorial Library
Marvin Youpee, Jr.
Marysville Exempted Village School District
Marysville Public Library
Mason Public Library
Massillon Public Library
Maumee City School District
Maurice A. Knight Company
McKesson Chemical co.
McKinley Memorial Library
Medical College of Ohio
Medina County District Library
Mel Parker

Perrysburg Exempted Village School Dis.
Peter Casarino
PETRO Resources, Inc.
Pettisville Local School District
Pickerington Local School District
Pioneer Natural Resources Co.
Pioneer Natural Resources USA, Inc.
Plain City Library
Plain Local School District
Poland Local School District
Port Clinton city School District
Prudential Lines, Inc.
Public Library of Cincinnati & Hamilton
Putnam County District Library
Quaker Chemical Corporation
R. Mesquita, in behalf of California General
Ralph A. Hiller Company
Ray Engineering
Reed Memorial Library
Reilly Tar & Chemical Corporation
Rene Martell
Revere local School District
Reynoldsburg city School District
Richard Jones
Richard Mesquite
Ritter Public Library
River Valley Local School District
Robinson Insulation company
Rockford Carnegie Library
Rocky River City School District
Ross Bleazard
Ruppel Perry
Russia Local School district
Salem City School District
Salem Public Library
Samson Hydrocarbons Company
Sandusky Public Library
Saville & Co.
Sealed Air Corporation (US)
Seneca East Public Library
Shell Pipeline Corporation
Sinclair Community College
Solon City School District
Southeastern Local School District
Southern State Community College
Southwest Licking Local School District
Southwest Public Library
Springfield Local School District
St. Paris Public Library
Springfield Local School District
St. Paris Public Library
Stark County District Library
State of Michigan, Dept. of Corrections
State of Ohio
Stauffer Chemical Co.
Stow-Munroe Falls Public Library

Mentor Public Library
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Mesa Petroleum co.
Metropolitan Urology, PSC
Miamisburg City School District
Middletown-Monroe School District
Middletown Public Library
Milton Union Public Library
Minerals Management Service, Inc.
Minerva Public Library
Mobil Oil Co.
Mohawk Community Library
Monsanto Company
Montpelier Exempted Village School dist.
Montpelier Public Library
Murphy Exploration & Production co.
Murphy Oil USA, Inc.
N.Y. Hillside, a/k/a NY (Hillside), Inc. & NY
Petro (Hillside) Inc.
Napoleon Public Library
National Chemsearch Corp.
National Medical Care, Inc.
National Tankers Corp.
Nelsonville – York City School District
Never-Seez Compound Corporation
Neville Chemical Company
New Lexington City School District
Newton Falls Exempted Village Sch. Dist.
Newton Falls Public Library
Noel Harrison
Nordonia Hills School district
North American Refractories Co.
North Baltimore public Library
North Canton City School District
North Canton Public Library
North Olmstead City School District
North Royalton City School District
Northridge Local School District
Northwood Local School District
O.Y. Sea Freight
Oak harbor Public Library
Oakwood City School district
Oberlin Public Library
Ontario Local School District
Oregon City School District
Orrville Public Library
Ostego Local School District
Paint Valley Local School District
Parkin Chemical Company
Pataskala Public Library
Patrick Henry Sch. Dist. Public Library
Paulding County Carnegie Library
Pauline Spiker
Pemberville Public Library
Perry Public Library
Perry School District (Fayettesville, IN)

Sun Company
Support Services Terminal, Inc.
Support Terminal Services, Inc.
Support Terminals Operating Partnership, L.P.
Susan Eccher
T.J. Stevenson & Co.
Taco Tico Acquisition Corp.
Taco Tico, Inc.
Taylor Memorial Public Library
Teays Valley Local School District
Texaco Marine Services, Inc.
Texaco Refining and Marketing, Inc.
Texaco, Inc.
Texize Chemicals, Inc.
The Filtron Co., Inc.
The Steco Corp.
Thomas Coco
Tiffin-Seneca Public Library
Tipp City Public Library
Toledo City School District
Travis Abner
Travix Abner on behalf of the Calif. Gen'l
Triad Local School District
Tri-County north Local Schools
Trimble Local School District
Trivian Grainger
Troy City School District
Troy-Miami County Public Library
Tuscarawas County Public Library
Twin Valley Community Local School district
Twinsburg City School District
Twinsburg Public Library
Union Carbide Corporation
Union Oil Co. of California
Union Pacific Railroad Company
United Fruit Company
United Refining Company
United States Department of Interior
United States Steel Corp.
Upper Arlington City School District
Upper Arlington Public Library
Upper Sandusky Community Library
Upper Sandusky Exempted Village Sch. District
Valley View Local School District
Versailles Exempted Village School District
Viola Gilstrap
Wadsworth City School District
Wapakoneta City School District
Warren Whitmer
Warrensville Heights City School District
Warren-Trumbull County Public Library
Washington Court House City Schools
Washington State Community College
Washington-Centerville Public Library
Waterloo Local School District
Way Public Library

Wayne County Public Library
Wayne Local School District
West Geauga Local School District
Westerville City School District
Westerville Public Library
Willard Manning
Willard Memorial Library
William K. Schmied, M.D.
William Ricker
William Youpee III
Wilmington Public Library of Clinton County
Wolf Creek Local School District
Woodmore Local School District
Woodridge Local School District
Worthington Public Library
Wyatt Overton
Yellow Springs Ex Village Sch. District
Youngstown/Mahoning County Public Library

## TOP 100 EQUITY SECURITY HOLDERS

Alanna Forshay Fenske
Angus W. Mercer
Ann G. Fitzgerald
Barbara Cates Baynard
Betty D. Green
Bob Robert Sunness
Bonnie Nagai
Burrell Leonard
Cede & Co.
Celwyn Company, Inc.
Charles H. Erhart Jr.
CMSS as Exchange Agent for Unexchanged Holders of Chomericcs, Inc.
Daisy Salzo Casilla
David B. Siegel
David Lawrence
Dorothy F. Sellers
Dorothy G. Kleiman
Douglas V. Reynolds
Edmund F. Guaraldi Revocable Trust
Edna M. Loos
Eileen Margaret Grimsditch
Ellen R. Saxl
Elyse B. Napoli
Fred P. Brandt & Catherine A. Brandt
Freda E. Strahl
George Montgomery
George R. Perrin
George T. Fukui & Katherine K. Fukui
Gerald W. Halmo
Gert H. Teska
Gregory E. Poling
Haig Torigian
Harold A. Eckman
Harry S. Rinker Trust
Hilda Salz O

Holmes Oil Company
James G. Schaefer
Janet L. Farr & Edward S. Farr
Jeanette L. Vachon Trust UA
Joanna M. Foley & Joseph P. Foley
John A. Santillo & Rose Santillo
John McKay Young
John O. Flender
John W. Austin Jr. & Patsy W. Austin Trust
Johnny P. Forehand Jr.
Joseph A. Rightmyer
Joyce M. Mercer
Kathryn C. Mattingly
Lack & Lindsay
Laurey Mercer Rigsbee
Lawrence M. Pucci
Lillian Berman
Leonard L. Brown
Loriot & Co.
Louise Loffredo
M. Evelyn Bowman
Magdalen Sleeman
Malech 1989 Family Trust
Margaret M. Sokol
Maria O. De Salz
Mark A. Shelnitz
Mary C. Kodis Trust
Merle Reppert
Noel A. Lee
Olaf B. Schubbe
P.S. DeBeaumont
Patricia Stanley
Paul J. Norris
Phyllis Schriger
Phyllis Schriger & William D. Roger
Quentin Alexander
Quentin L. Thelen
R. Ronald Kleiman
Rae C. Heiple
Raymond E. Smiley
Richard J. Nozemack
Richard J. Schoofs
Robert Bendheim
Robert E. Anderson & Mary F. Anderson
Robert H. & Joan P. Beber
Robert L. Cox jr.
Ronald C. Cambre
Rose M. Johnston
Rudolf B. Peest
Simon Atlas
Steven S. Paloumbis
Sylvia M. Erhart
The Abraham Family Trust
The Smile BBN Family Partnership
Thomas Arlen Evans & Dotzie Kay Evans
UA

W. Brian McGowan
W.R. Grace & Co Book Entry Memo A/C
Wachovia Bank of North Carolina
Wayne T. Smith
Willie H. Blanton
William A. Maude
William L. Monroe
William M. Corcoran

## LAW FIRMS

Pachulski, Stang, Ziehl, Young, Jones & Weintraub
Klett, Ronney, Liever & Schorling
Campbell & Levine
Duane Morris
The Bayard Firm
Kirkland & Ellis
Stroock & Stroock & Lavan
Caplin & Drysdale
Kramer, Levin, Naftalis & Frankel
Latham & Watkins
Swidler Berlin Shereff Friedman
Phillips, Goldman & Spence
Bilzin Sumberg Baena Price & Axelrod LLP

## EXHIBIT B

Casa Bonita
CFS
Mars
ABN Amro Bank
Bank of America
Citibank
Commerzbank
Credit Lyonnais
Credit Suisse First Boston
HSBC/Marinemidland
J.P. Morgan & Chase Manhattan Bank
American International Group
St. Paul Companies
Union Carbide Corporation
Union Oil Co. of California
Union Pacific Railroad Company
Hatco Corporation
Imerial Oil & Grease Co.
Kaiser aluminum & Chemical Sales
Magnaflux Corporation
McKesson Chemical Co.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Mobil Oil Co.
Monsanto Company
Shell Pipeline Corporation
Sun Company
Texaco Marine Services, Inc.
Pier 1 Imports
Bostik, Inc.
David Grainger
Fresenius
PEP Boys
The Great Atlintic and Pacific Tea Company
Wal-Mart
Amoco Corporation
Asarco
Ashland Oil
Atlantic Richfield
BP Oil
Exxon
Chevron
Dow Chemical