IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hearing Date: May 16, 2005 at 12:00 p.m. |
| | ) | Objection Deadline: April 18, 2005 at 4:00 p.m. |

## AMENDED NOTICE OF APPLICATION [RE: DOCKET NO. 8133]

TO:   PARTIES ON THE ATTACHED 2002 SERVICE LIST

PLEASE TAKE NOTICE that on March 29, 2005 the Official Committee of Asbestos Property Damage Claimants filed its **Application for an Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code, and Fed.R. Bankr.P. 2014 and 2016, Authorizing the Retention and Employment of LECG[1], LLC as Consultants to the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to February 17, 2005** (the "Application") was filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections or responses, if any, to the Application must be filed on or before **April 18, 2005 at 4:00 p.m. (Eastern Time)** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

A HEARING ON THE APPLICATION WILL BE HELD ON **May 16, 2005 at 12:00 p.m. (Eastern Time)**.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

Dated: March 29, 2005                    FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
Wilmington, DE 19899
(302) 575-1555

-and-

---

[1] The Applicant's name was inadvertently misspelled in the Notice of Application filed with the Court on March 29, 2005 at Docket No. 8133. The correct spelling, as indicated above, of the Applicant's name is LECG, LLC.

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants