IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 18, 2005 |
| | | Hearing Date: TBD only if necessary |

SUMMARY OF THE VERIFIED APPLICATION OF RICHARDSON
PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL
COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2005
THROUGH FEBRUARY 28, 2005

| | |
|---|---|
| Name of Applicant: | Richardson Patrick Westbrook & Brickman, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002 |
| Period for which compensation and Reimbursement is sought: | February 1, 2005 through February 28, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 7,082.50 |
| Amount of Expenses Reimbursement: | $ 33.46 |

This is a:  X monthly   _ interim   _ final application

Prior Application filed: Yes

1

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- | $23,932.50 | $13,414.72 | No objections served | No objections served |

| | 11/30/2004 | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 1/12/2005 | 12/1/2004-12/31/2004 | $9,507.50 | $145.53 | No objections served on counsel | No objections served on counsel |
| 2/28/2005 | 1/1/2005-1/31/2005 | $7,082.50 | $33.46 | Pending | Pending |

This is the thirtieth RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | .8 | $520.00 |
| TOTALS | | | | | .8 | $520.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 52.5 | $6,562.50 |
| TOTALS | | | | | 52.5 | $6,562.50 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 53.3 | $7,082.50 |
| TOTALS | 53.3 | $7,082.50 |

23-ZAI Science Trial Expenses

<u>Description</u>                                                                                           <u>Amount</u>

Duplicating (Internal)                                                                                      $13.00
Research Materials                                                                                          $20.46
       Total                                                              $ 33.46

3

Dated:   March 29, 2005
Wilmington, Delaware

BUCHANAN INGERSOLL PC

/s/     William D. Sullivan
William D. Sullivan, Esq.
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

RICHARDSON PATRICK WESTBROOK
& BRICKMAN

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 18, 2005 |
| | | Hearing Date:  TBD only if necessary |

**FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

03/14/2005                                                                                                                                  1

# Time report

## 02/01/2005 - 02/28/2005

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|---|---|---|---|---|---|---|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:** L106

### Day: 02/01/2005

| 02/01/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 02/03/2005

| 02/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 02/07/2005

| 02/07/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 02/08/2005

| 02/08/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.50 | $325.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Conversations with Grace regarding impact with Grace indictment on ZAI, review materials | | | |
| 02/08/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 02/09/2005

| 02/09/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 0.30 | $195.00 |
|---|---|---|---|---|---|---|
| ewestbrook | 0000 | | Review Restivo letter, conversations with co-counsel and draft response concerning ZAI Science Trial proceedings | | | |

### Day: 02/10/2005

| 02/10/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|---|---|---|---|---|---|---|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

### Day: 02/14/2005

| 02/14/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
|---|---|---|---|---|---|---|

03/14/2005 10:12:35 AM Garcia, Kimberly A.

03/14/2005

# Time report

## 02/01/2005 - 02/28/2005

2

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|-----:|--------:|------:|
| Timekeeper | Matter No. | | Description | | | |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| **Day:** | | **02/15/2005** | | | | |
|---|---|---|---|---|---|---|
| 02/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 4.00 | $500.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| **Day:** | | **02/17/2005** | | | | |
|---|---|---|---|---|---|---|
| 02/17/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 0.50 | $62.50 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| **Day:** | | **02/21/2005** | | | | |
|---|---|---|---|---|---|---|
| 02/21/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 7.50 | $937.50 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (7); conversation with VIA homeowner and wrote email regarding same (.5) | | | |

|  |  |
|--:|--:|
| **Grand Total:** | **$7,082.50** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$7,082.50** |
| **Total Hours/Report:** | **53.30** |
| **Count:** | **11** |

03/16/2005

# Expense report

**02/01/2005 - 02/28/2005**

1

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
| Timekeeper | Matter No. | | Description | | | |
|---|---|---|---|---|---|---|
| Day: | | 02/08/2005 | | | | |
| 02/08/2005 | 200106 | Zonolite Science Trial | E072 | $20.46 | 1.00 | $20.46 |
| rturkewitz | 0000 | | Reimbursement for research bookto reference for this case | | | |
| Day: | | 02/28/2005 | | | | |
| 02/28/2005 | 200106 | Zonolite Science Trial | E360 | $13.00 | 1.00 | $13.00 |
| kgarcia | 0000 | | Copy charges for the month of February 2005 | | | |

|  |  |
|---|---|
| **Grand Total:** | **$33.46** |
| **Expense Grand Total:** | **$33.46** |
| **Time Grand Total:** | **$0.00** |
| **Total Hours/Report:** | **0.00** |
| **Count:** | **2** |