IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on March 29, 2005, I caused a true and correct copy of The Verified Application Of Richardson, Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From February 1, 2005 Through February 28, 2005 to be served upon the parties on the attached service list via hand delivery or first-class United States mail.

I declare the foregoing to be true under pains and penalties of perjury.

Dated: March 29, 2005  By: /s/   *William D. Sullivan*
Wilmington, Delaware            William D. Sullivan