IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al* | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| | : | Related Doc. No. 8117 |

**CERTAIN INSURERS' LIMITED OBJECTION TO DEBTORS' PROPOSED ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Certain Insurers[1], by and through their undersigned counsel, hereby submit this Limited Objection to Debtors' Proposed Order Setting Briefing Schedule and Hearing Regarding Case Management Order and Proof of Claim/Questionnaire for the Estimation of Asbestos Personal Injury Liabilities.

1.  At the Estimation Motion Hearing on January 21, 2005, the Court stated, with respect to insurance neutrality, that "I'm not prepared to make any rulings on insurance neutrality, or insurance standing." (1/21/05 Tr., Dkt No. 7680 at 163:10-12). Since the court was not yet in a position to determine whether any plan of reorganization ultimately would be insurance neutral, the court stated that the Certain Insurers could "join in the estimation process." (1/21/05 Tr., Dkt No. 7680 at 161:19-22 ("The only way to protect yourself is to join in the estimation process. I mean, at this stage of the game, that's the only thing I can tell you to do, so join in the estimation process.")).

---

[1] Certain Insurers are Federal Insurance Company, Certain Underwriters at Lloyd's, London and Certain London Market Companies, Fireman's Fund Insurance Company, Royal & SunAlliance, Travelers Casualty & Surety Company, Zurich Insurance Company and Zurich International Limited, Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, Continental Casualty Company and Continental Insurance Company, and United States Fire Insurance Company.

2. Also at the January 21 hearing, the Court directed the FCR, the PI Committee and the Debtors "to meet and draft a case management order for estimation of personal injury actions . . . and then, circulate it to all . . . parties in interest, which include the insurance companies." (*Id*. at 167-68).

3. The Debtors' counsel represented to the Court at the March 21, 2005 omnibus hearing that the Debtors had circulated "drafts of both a case management order and a questionnaire/proof of claim form." (Tr. at 3/21/05 hearing, Dkt No. 8109, at 62). Contrary to the Court's prior directive, however, Debtors did not circulate such drafts to any of the Certain Insurers.

4. Likewise, Debtors never solicited the input of Certain Insurers in connection with the proposed Order Setting Briefing Schedule and Hearing Regarding Case Management Order and Proof of Claim/Questionnaire for the Estimation of Asbestos Personal Injury Liabilities. (Docket No. 8117).

5. Debtors' proposed Order authorizes only two constituencies, the PI Committee and the FCR, to file responses to the Debtors' contemplated motion for entry of an order approving the Case Management Order and Questionnaire: "The PI Committee and the FCR shall file their respective responses to the Debtors' motion on or before May 18, 2005." (*Id*. at ¶ 2.B). The proposed Order contains no provision authorizing the filing of responses by other parties in interest such as the Certain Insurers.

6. Certain Insurers therefore object to Debtors' proposed Order. Certain Insurers respectfully request that the Court permit the Certain Insurers the opportunity to respond to the positions of both the Debtors and the PI Committee and/or the FCR.

7. Specifically, Certain Insurers request the Court to revise the language of ¶ 2.B of Debtors' proposed Order to read: "Any party in interest may file a response to the Debtors' motion on or before May 18, 2005."

8. In addition, Certain Insurers request the Court to revise the language of ¶ 2.C of Debtors' proposed Order to read: "Any party in interest may file a reply to the response

of any other party in interest on or before May 31, 2005.  Each reply shall be limited to five pages."

Dated: March 29, 2005

COZEN O'CONNOR

/s/ Shelley A. Kinsella
_____
Shelley A. Kinsella (DE No. 4023)
1201 N. Market Street, Suite 1400
Wilmington, DE  19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

- and –

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
1900 Market Street
Philadelphia, PA  19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Attorneys for Federal Insurance Company

- and -

Thomas G. Macauley
Elizabeth D. Power
ZUCKERMAN SPAEDER LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, Delaware  19899-1028
Telephone:  (302) 427-0400
Facsimile:  (302) 427-8242

James Sottile
ZUCKERMAN SPAEDER LLP
1201 Connecticut Avenue, NW
Washington, DC  20036-2638
Telephone:  (202) 778-1800
Facsimile:  (202) 822-8106

[signatures continued on following pages]

-and-

Mary K. Warren
Brenda D. DiLuigi
LINKLATERS
1345 Avenue of the Americas
New York, New York  10105
Telephone:  (212) 424-9000
Facsimile:  (212) 424-9100

Attorneys for Certain Underwriters at
Lloyd's, London and Certain London Market
Companies

-and-

Gerald F. Ellersdorfer
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, Ca. 94105
(415) 247-8300 Telephone
(415) 247-8310 Facsimile

Attorneys for Fireman's Fund Insurance
Company

-and-

Ian Connor Bifferato, Esq. (#3273)
BIFFERATO, BIFFERATO &
GENTILOLTTI
1308 Delaware Avenue
The Buckner Building
PO Box 2165
Wilmington, Delaware 19899-2165
(302) 429-1900

-and-

Carl J. Pernicone, Esq.
Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP
150 East 42nd St.
New York New York 10017-5639
(212) 490-3000

Counsel for Royal & SunAlliance

-and-

Robert J. Dehney (#3578)
Michael G. Busenkell (#3933)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
Wilmington, Delaware 19899
Telephone: (302) 658-9200

-and-

Mary Beth Forshaw
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Counsel for Travelers Casualty & Surety Company

-and-

Jeffrey C. Wisler (No. 2795)
Marc J. Phillips (No. 4445)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141 Telephone
(302) 658-5614 Facsimile

- and -

Richard A. Ifft
WILEY REIN & FIELDING LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7000 Telephone
(202) 719-7049 Facsimile

Attorneys for Zurich Insurance Company
and Zurich International Limited

-and-

James S. Yoder, Esquire
White and Williams LLP
824 N. Market Street, Suite 902
P. O. Box 709
Wilmington, DE 19899-0709
(302) 654-0424 (tel)
(302) 654-0245 (fax)

-and-

Stefano V. Calogero
Andrew K. Craig
CUYLER BURK, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
Phone: 973-734-3200
Fax: 973-734-3201

Attorneys for Allstate Insurance Company,
solely as successor-in-interest to Northbrook
Excess and Surplus Insurance Company,
formerly Northbrook Insurance Company

-and-

Kevin Gross, Esq.
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899
Phone: 302-656-4433

-and-

Elizabeth M. DeCristofaro
Charles A. Booth
FORD MARRIN ESPOSITO
WHITMEYER & GLESER
Wall Street Plaza
New York, NY 10005-1875

-and-

Michael S. Giannotto
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001
(202) 346-4124
Fax (202) 346-4444

Daniel M. Glosband
Goodwin Procter LLP
Exchange Place,
53 State Street,
Boston, MA. 02109

Counsel for Continental Casualty Co. and Continental Insurance Co.

-and-

Ian Connor Bifferato (#3273)
Joseph K. Koury (#4272)
BIFFERATO, GENTILOTTI & BIDEN
1308 Delaware Avenue
PO Box 2165
Wilmington, Delaware 19899-2165
(302) 429-1900

-and-

March D. Coleman
George R. Calhoun, V
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
(202) 429-3000

Counsel for United States Fire Insurance Company