## EXHIBIT A

**Asset Analysis and Recovery (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/13/05 | PVL | 720.00 | 0.20 | Review 4 miscellaneous filings (.1); e-mail Baena (.1). |

**Total Task Code .01     .20**

**Case Administration (20.90 Hours; $ 7,934.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.50 | $720 | 4,680.00 |
| Julie W. Davis | .80 | $560 | 448.00 |
| Rita C. Tobin | .90 | $415 | 373.50 |
| Robert C. Spohn | 9.20 | $200 | 1,840.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |
| Ada I. Odum | 2.00 | $165 | 330.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/05 | PVL | 720.00 | 0.40 | Review draft letter to CA3 (.1); review 5 miscellaneous filings (.1); teleconference Sinclair and Plotzky re CEO comps (.2). |
| 02/01/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/01/05 (.1). |
| 02/01/05 | AIO | 165.00 | 2.00 | Retrieved SEC filings per attorney request. |
| 02/02/05 | PVL | 720.00 | 0.10 | Review e-mail. |

{D0040381:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 02/02/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/02/05 (.1); minor clean up and preparation of final draft of Decision Tree (.8); retrieve specific documents requested by attorney (.3). |
| 02/03/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 02/03/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/03/05 (.3). |
| 02/04/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/04/05 (.1). |
| 02/07/05 | PVL | 720.00 | 0.10 | Review arts re indictment. |
| 02/07/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/07/05 (.1); retrieve specific documents requested by attorneys (.3). |
| 02/08/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/08/05 (.2); retrieve documents requested by attorney (.3). |
| 02/08/05 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 02/09/05 | PVL | 720.00 | 0.80 | Review Grace indictment (.7); review 8 miscellaneous filings (.1). |
| 02/09/05 | RCT | 415.00 | 0.50 | Review exhibits. |
| 02/09/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/09/05 (.1). |
| 02/09/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/09/05 (.1). |
| 02/10/05 | PVL | 720.00 | 1.00 | Review e-mail (.2); confer NDF (.3); teleconference Heberling (.3); e-mail Baena (.1); review 3 miscellaneous filings (.1). |

{D0040381:1 }

| Date | Init | Rate | Hours | Description |
|---|---|---|---|---|
| 02/10/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/10/05 (.3). |
| 02/11/05 | PVL | 720.00 | 0.10 | Review conf. agreement and teleconference Eskin. |
| 02/11/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/11/05 (.1). |
| 02/14/05 | PVL | 720.00 | 1.10 | Teleconference Plumer re CCC motion (.6); confer NDF (.2); review e-mail (.1); confer JWD (.2). |
| 02/14/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/14/05 (.3). |
| 02/15/05 | RCS | 200.00 | 2.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/15/05 (.2); gather scan and check all admitted exhibits for Plan Proponents and Banks from the Estimation hearing and burn to CD-Rom for forwarding to outside counsel (2.6). |
| 02/16/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/16/05 (.4). |
| 02/17/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/17/05 (.2). |
| 02/18/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/18/05 (.2); retrieve documents requested by attorney (.2). |
| 02/19/05 | JWD | 560.00 | 0.50 | Review filings for Feb. 16-18 |
| 02/22/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/22/05 (.2). |
| 02/23/05 | PVL | 720.00 | 0.30 | Review e-mail. |
| 02/23/05 | JWD | 560.00 | 0.30 | Review filings for Feb. 19-23 |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 02/23/05 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/23/05 (.5); retrieve documents requested by attorney (.2). |
| 02/23/05 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/23/05 (.5); retrieve documents requested by attorney (.2). |
| 02/24/05 | PVL | 720.00 | 0.20 | Review ACC obj re CCC settlement (.1); review e-mail (.1). |
| 02/24/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/24/05 (.1); retrieve files requested by attorney (.3). |
| 02/25/05 | PVL | 720.00 | 1.80 | Review ins. agreements (.7); confer KNB re hearing (.2); teleconference Plumer et al re CCC deal (.7); e-mail Hurford re same (.1); review e-mail (.1). |
| 02/25/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/25/05 (.1); search dockets and in house files for specific documents requested by attorney (.4). |
| 02/27/05 | PVL | 720.00 | 0.10 | Review LTC memo re Festa and e-mail EI. |
| 02/28/05 | PVL | 720.00 | 0.50 | Confer Hurford (.4); review 4 miscellaneous filings (.1). |
| 02/28/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 02/28/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |

**Total Task Code .04        20.90**

**Claim Analysis Objection & Resolution (Asbestos) (6.80 Hours; $ 4,896.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.80 | $720 | 4,896.00 |

{D0040381:1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/24/05 | PVL | 720.00 | 2.00 | Review proposed CMO and questionnaire (.5); confer NDF re same (.1); confer NDF, KNB re same (1.2); teleconference EI, KNB re same (.2). |
| 02/25/05 | PVL | 720.00 | 4.80 | Confer Frankel, Wyron, NDF, KNB re estimation issues (2.3); confer Bernick, Donley, Baer, Frankel, Wyron, NDF, KNB et al re same (2.2); confer NDF, KNB re same (.3). |

**Total Task Code .05        6.80**


## Employee Benefits/Pension (1.00 Hours; $ 795.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 1.00 | $795 | 795.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/28/05 | EI | 795.00 | 1.00 | CEO agreements matters and memo to Committee re: same (1.0) |

**Total Task Code .08        1.00**


## Employment Applications, Others (.80 Hours; $ 576.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $720 | 576.00 |

| Trans | Empl | Bill | Billing |

{D0040381:1 }

| Date | Init | Rate | Hours | Full Narrative |
|---|---|---|---|---|
| 02/05/05 | PVL | 720.00 | 0.30 | Review draft AKO retention application. |
| 02/11/05 | PVL | 720.00 | 0.20 | Review revised AKO retention application. |
| 02/14/05 | PVL | 720.00 | 0.20 | Review revised AKO retention opposition and e-mail Hurford. |
| 02/24/05 | PVL | 720.00 | 0.10 | Review Cahill retention application. |

**Total Task Code .10         .80**


**Fee Applications, Applicant (5.20 Hours; $ 1,467.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .20 | $560 | 112.00 |
| Rita C. Tobin | 2.00 | $415 | 830.00 |
| Andrew D. Katznelson | 3.00 | $175 | 525.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/08/05 | RCT | 415.00 | 0.50 | Review prebills. |
| 02/10/05 | RCT | 415.00 | 0.50 | Review interim fee apps. |
| 02/10/05 | RCT | 415.00 | 0.30 | Review interim fee apps. |
| 02/10/05 | ADK | 175.00 | 1.00 | Worked on Interim fee application. |
| 02/11/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 02/18/05 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
| 02/24/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 02/25/05 | RCT | 415.00 | 0.20 | Review fee schedules for March. |
| 02/25/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 02/28/05 | TWS | 560.00 | 0.20 | E-mail re motion for payment of Sealed Air holdbacks |

{D0040381:1 }

**Total Task Code .12**        5.20

**Fee Applications, Others (.10 Hours; $ 72.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $720 | 72.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/03/05 | PVL | 720.00 | 0.10 | Review 3 fee applications. |

**Total Task Code .13**        .10

**Litigation and Litigation Consulting (13.90 Hours; $ 6,686.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Albert G. Lauber | .80 | $580 | 464.00 |
| Nathan D. Finch | 13.10 | $475 | 6,222.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/01/05 | AGL | 580.00 | 0.20 | Review letter to CA3 drafted by Hurford. |
| 02/01/05 | AGL | 580.00 | 0.20 | Email Hurford re revisions to same. |
| 02/14/05 | NDF | 475.00 | 1.30 | Conf. PVNL re case issues (.3); analyzing materials from OC case to send to FCR lawyers (1.0). |
| 02/16/05 | NDF | 475.00 | 1.70 | T/c FCR lawyer re asbestos estimation issues (.5); reviewing materials re asbestos estimation issues for Grace CMO meeting (1.2). |
| 02/20/05 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 02/23/05 | AGL | 580.00 | 0.20 | Review pending orders and schedule. |
| 02/23/05 | NDF | 475.00 | 0.50 | Review debtors estimation CMO (.5). |

{D0040381:1 }

| Date | Empl | Rate | Hours | Narrative |
|---|---|---|---|---|
| 02/24/05 | NDF | 475.00 | 4.00 | Review CMO and questionnaire (.5); conf. PVNL and KNB re same (2.5); review relevant medical materials (1.0). |
| 02/25/05 | NDF | 475.00 | 5.60 | Meeting w/ PVNL and FCR counsel re asbestos estimation (1.5); conf. Grace lawyers re same (2.0); conf. FCR lawyers and PVNL re case issues (1.0); reviewing asbestos medical articles (1.1). |

**Total Task Code .16        13.90**


**Plan & Disclosure Statement (23.50 Hours; $ 10,044.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Julie W. Davis | 3.40 | $560 | 1,904.00 |
| Kimberly N. Brown | 20.10 | $405 | 8,140.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/07/05 | KNB | 405.00 | 0.10 | Review article re indictment |
| 02/10/05 | KNB | 405.00 | 0.30 | Review e-mail from PVNL re 2/25 meeting (.1); respond to same (.1); review K&E e-mail re same (.1) |
| 02/15/05 | KNB | 405.00 | 0.10 | Review e-mail re 2/25 meeting |
| 02/16/05 | JWD | 560.00 | 0.50 | Review AKO retention motion, e-mail to M. Hurford with comments |
| 02/20/05 | JWD | 560.00 | 2.50 | Review debtor's motion for IRS settlement |
| 02/23/05 | KNB | 405.00 | 0.40 | Confer with NDF re estimation |
| 02/24/05 | KNB | 405.00 | 3.70 | Review e-mails re meeting with Debtors (.2); review Debtors' proposed CMO, questionnaire (1.2); meeting with NDF, PVNL re same (2.3) |
| 02/25/05 | KNB | 405.00 | 7.50 | Review file in preparation for meeting re estimation (.5); meeting with PVNL, NDF, counsel for Legal Rep. re upcoming meeting with Debtors (1.3); attend meeting with Debtors, PVNL, NDF, counsel for Legal Rep. re estimation (3.4); review file re follow- |

{D0040381:1 }

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | up (.7); confer with NDF re expert witness discovery (.6); TCN PVNL re Grace omnibus hearing (.2); prepare for same (.8) |
| 02/26/05 | JWD | 560.00 | 0.40 | Revise, edit TDP comparison document |
| 02/28/05 | KNB | 405.00 | 8.00 | Attend omnibus hearing |

**Total Task Code .17    23.50**


**Fee Auditor Matters (2.00 Hours; $ 830.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.00 | $415 | 830.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 02/17/05 | RCT | 415.00 | 1.80 | Review exp and draft response to fee auditor. |
| 02/22/05 | RCT | 415.00 | 0.20 | Review initial report. |

**Total Task Code .32    2.00**

{D0040381:1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,632.80 |
| Air Freight & Express Mail | 23.75 |
| Long Distance-Equitrac In-House | 1.35 |
| Meals Related to Travel | 4.00 |
| NYO Long Distance Telephone | 69.83 |
| Outside Photocopying/Duplication Service | 45.00 |
| Telecopier/Equitrac | 14.70 |
| Travel Expenses - Ground Transportation | 97.00 |
| Xeroxing | 248.40 |
| **Total for Report** | **$ 2,136.83** |

{D0040381:1 }