**EXHIBIT B**

**Asset Analysis and Recovery (.2 Hours; $ 144.00)**

       Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**    .2

**Case Administration (20.9 Hours; $ 7,934.00)**

       Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    20.9

**Claim Analysis Objection & Resolution (Asbestos) (6.8 Hours; $ 4,896.00)**

       Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**    6.8

**Employment Benefits/Pension (1.0 Hours; $ 795.00)**

       Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08**    1.0

**Employment Applications, Others (.8 Hours; $ 576.00)**

       Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**    .8

**Fee Applications, Applicant (5.2 Hours; $ 1,467.00)**

{D0040382:1 }
DOC#151898

- 2 -

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12		5.2**


**Fee Applications others (.1 Hours; $ 72.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13		.1**


**Litigation and Litigation Consulting (13.9 Hours; $ 6,686.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16		13.9**


**Plan & Disclosure Statement (23.5 Hours; $ 10,044.50)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17		23.5**


**Fee Auditor Matters (2.0 Hours; $ 830.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor .

**Total Task Code .32		2.0**

{D0040382:1 }