## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,632.80 |
| Air Freight & Express Mail | 23.75 |
| Long Distance-Equitrac In-House | 1.35 |
| Meals Related to Travel | 4.00 |
| NYO Long Distance Telephone | 69.83 |
| Outside Photocopying/Duplication Service | 45.00 |
| Telecopier/Equitrac | 14.70 |
| Travel Expenses - Ground Transportation | 97.00 |
| Xeroxing | 248.40 |
| **Total for Report** | **$ 2,136.83** |