| Client Number:  4642 | Grace Asbestos Personal Injury Claimants | | Page:  1 |
|---|---|---|---|

**Matter    000**    **Disbursements**

3/18/2005
Print Date/Time:
03/18/2005
10:29:52AM

Attn:                                                                Invoice #

**PREBILL / CONTROL REPORT**

**Matter    000**
**Disbursements**
Bill Cycle:    Monthly    Style:    i1    Start:    4/16/2001

Trans Date Range:  1/1/1950  to: 2/28/2005

Last Billed : 2/28/2005                   13,655

Trust Amount Available

Total Expenses Billed To Date          $254,246.47

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Hours | ACTUAL Amount | BILLING Hours | BILLING Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,333.80 | 0.00 | 1,733.80 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 93.75 | 0.00 | 93.75 |
| 0110 | BAN | Bree A Nicolai | 0.00 | 33.45 | 0.00 | 33.45 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 23.75 | 0.00 | 23.75 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.35 | 0.00 | 1.35 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 32.25 | 0.00 | 32.25 |
| 0243 | IH | Iris  Houston | 0.00 | 93.60 | 0.00 | 93.60 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 124.88 | 0.00 | 124.88 |
| | | | **0.00** | **2,736.83** | **0.00** | **2,136.83** |

**Total Fees**

**Summary by Employee**

| Empl | Initials | Name | ACTUAL Rate | ACTUAL Hours | Amount | BILLING Rate | BILLING Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work Empl | ACTUAL Rate | Hours | Amount | BILLING Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1759476 | Equitrac - Long Distance to 8054993572 | E | 02/01/2005 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 0.11 |
| 1760470 | Petty Cash   PVNL meal expenses in Pittsburgh on 1/22-21 for hearing | E | 02/02/2005 | 0020 | PVL | 0.00 | $4.00 | 0.00 | $4.00 | 4.11 |
| 1760471 | Petty Cash  PVNL cab and parking expenses on trip to Pittsburgh for hearing on 1/20-21 | E | 02/02/2005 | 0020 | PVL | 0.00 | $97.00 | 0.00 | $97.00 | 101.11 |
| 1761711 | Equitrac - Long Distance to 3024261900 | E | 02/04/2005 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 101.34 |

**Client Number:  4642**           **Grace Asbestos Personal Injury Claimants**                                          Page:  1

**Matter     000**                    **Disbursements**                                                                  3/18/2005
Print Date/Time:
03/18/2005
10:29:52AM
Attn:                                                                                                                    Invoice #

| Ref | Description | | Date | Code | Init | | | | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1762641 | Equitrac - Long Distance to 8054993572 | E | 02/08/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 101.44 |
| 1762705 | Equitrac - Long Distance to 8054993572 | E | 02/08/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 101.51 |
| 1763620 | Equitrac - Long Distance to 8054993572 | E | 02/10/2005 | 0999 | C&D | 0.00 | $0.59 | 0.00 | $0.59 | 102.10 |
| 1763681 | Equitrac - Long Distance to 4068621532 | E | 02/10/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 102.15 |
| 1763682 | Equitrac - Long Distance to 4067525516 | E | 02/10/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 102.20 |
| 1763683 | Equitrac - Long Distance to 4067525566 | E | 02/10/2005 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 102.26 |
| 1764143 | NYO Long Distance Telephone Calls for 12/1/04-12/31/04/ Conf Call w/EL, KNB, PVNL, TWS Re: Grace, Fed-Mogul, G-I | E | 02/11/2005 | 0999 | C&D | 0.00 | $61.54 | 0.00 | $61.54 | 163.80 |
| 1764152 | NYO Long Distance Telephone Calls for 12/1/04-12/31/04 | E | 02/11/2005 | 0999 | C&D | 0.00 | $7.11 | 0.00 | $7.11 | 170.91 |
| 1764524 | Photocopy | E | 02/11/2005 | 0999 | C&D | 0.00 | $17.10 | 0.00 | $17.10 | 188.01 |
| 1764526 | Photocopy | E | 02/11/2005 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 192.51 |
| 1765663 | Photocopy | E | 02/14/2005 | 0238 | SLG | 0.00 | $2.85 | 0.00 | $2.85 | 195.36 |
| 1765669 | Photocopy | E | 02/14/2005 | 0238 | SLG | 0.00 | $18.15 | 0.00 | $18.15 | 213.51 |
| 1766866 | Photocopy | E | 02/16/2005 | 0999 | C&D | 0.00 | $4.50 | 0.00 | $4.50 | 218.01 |
| 1767519 | Photocopy | E | 02/17/2005 | 0238 | SLG | 0.00 | $4.20 | 0.00 | $4.20 | 222.21 |
| 1767520 | Photocopy | E | 02/17/2005 | 0238 | SLG | 0.00 | $5.25 | 0.00 | $5.25 | 227.46 |
| 1767529 | Photocopy | E | 02/17/2005 | 0238 | SLG | 0.00 | $0.45 | 0.00 | $0.45 | 227.91 |
| 1767925 | Photocopy | E | 02/18/2005 | 0238 | SLG | 0.00 | $1.35 | 0.00 | $1.35 | 229.26 |
| 1767861 | Equitrac - Long Distance to 8054993572 | E | 02/21/2005 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 229.35 |
| 1768430 | Fax Transmission to 12024293301 | E | 02/22/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 229.65 |
| 1768475 | Photocopy | E | 02/22/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 231.15 |
| 1768480 | Photocopy | E | 02/22/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 231.90 |
| 1768482 | Photocopy | E | 02/22/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 232.05 |
| 1768766 | ADA Travel  for PVNL to Pittsburgh on 1/20 (coach fare 796.40) | E | 02/22/2005 | 0020 | PVL | 0.00 | $1,096.40 | 0.00 | $796.40 | 1,028.45 |
| 1768767 | ADA Travel  PVNL agency fee on 1/20 travel to Pittsburgh | E | 02/22/2005 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,068.45 |
| 1768774 | ADA Travel  for PVNL on 1/24 to Pittsburgh (coach fare 796.40) | E | 02/22/2005 | 0020 | PVL | 0.00 | $1,096.40 | 0.00 | $796.40 | 1,864.85 |
| 1768844 | Access Litigation;  CD creation | E | 02/23/2005 | 0101 | RCS | 0.00 | $45.00 | 0.00 | $45.00 | 1,909.85 |
| 1769360 | Photocopy | E | 02/23/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 1,911.35 |
| 1769441 | Photocopy | E | 02/23/2005 | 0243 | IH | 0.00 | $93.60 | 0.00 | $93.60 | 2,004.95 |
| 1770502 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | $20.40 | 0.00 | $20.40 | 2,025.35 |
| 1770521 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | $7.80 | 0.00 | $7.80 | 2,033.15 |
| 1770542 | Photocopy | E | 02/25/2005 | 0999 | C&D | 0.00 | $5.40 | 0.00 | $5.40 | 2,038.55 |
| 1770543 | Photocopy | E | 02/25/2005 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 2,040.65 |
| 1770585 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | $16.05 | 0.00 | $16.05 | 2,056.70 |
| 1770588 | Photocopy | E | 02/25/2005 | 0110 | BAN | 0.00 | $33.45 | 0.00 | $33.45 | 2,090.15 |
| 1770625 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | $4.50 | 0.00 | $4.50 | 2,094.65 |
| 1770699 | Federal Express to Warren Smith from EI on 2/17 | E | 02/28/2005 | 0120 | EI | 0.00 | $15.75 | 0.00 | $15.75 | 2,110.40 |
| 1770703 | Federal Express to Katie Hemming from EI on 2/11 | E | 02/28/2005 | 0120 | EI | 0.00 | $8.00 | 0.00 | $8.00 | 2,118.40 |
| 1770939 | Fax Transmission to 12145239159 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,119.15 |
| 1770940 | Fax Transmission to 12145239157 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,119.90 |
| 1770941 | Fax Transmission to 12148248100 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 2,120.80 |
| 1770942 | Fax Transmission to 17136501400 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,120.95 |
| 1770943 | Fax Transmission to 13125516759 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,121.70 |
| 1770944 | Fax Transmission to 18432169290 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,122.45 |
| 1770945 | Fax Transmission to 14067527124 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,123.20 |
| 1770946 | Fax Transmission to 13026565875 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,123.95 |
| 1770947 | Fax Transmission to 15108354913 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,124.70 |
| 1770948 | Fax Transmission to 12165750799 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,125.45 |
| 1770949 | Fax Transmission to 13053796222 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,126.20 |
| 1770950 | Fax Transmission to 14124718308 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,126.95 |
| 1770951 | Fax Transmission to 12123440994 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,127.70 |
| 1770952 | Fax Transmission to 13024269947 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 2,128.30 |
| 1770953 | Fax Transmission to 14122615066 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,128.45 |
| 1770954 | Fax Transmission to 16179510679 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,129.20 |
| 1770955 | Fax Transmission to 12145239158 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,129.95 |
| 1770956 | Fax Transmission to 12145991171 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 2,130.55 |
| 1770957 | Fax Transmission to 18432169450 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 2,131.30 |
| 1770958 | Fax Transmission to 17136501400 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 2,131.90 |
| 1770959 | Fax Transmission to 13024269947 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,132.05 |
| 1770960 | Fax Transmission to 14122615066 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,132.20 |
| 1770961 | Fax Transmission to 12145991171 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,132.35 |
| 1770962 | Fax Transmission to 14122615066 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.15 | 0.00 | $0.15 | 2,132.50 |
| 1770963 | Fax Transmission to 14122615066 | E | 02/28/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 2,132.80 |
| 1771040 | Photocopy | E | 02/28/2005 | 0999 | C&D | 0.00 | $1.50 | 0.00 | $1.50 | 2,134.30 |
| 1771058 | Photocopy | E | 02/28/2005 | 0232 | LK | 0.00 | $1.35 | 0.00 | $1.35 | 2,135.65 |
| 1772448 | NYO Long Distance Telephone Calls 1/1/05-1/31/05 | E | 02/28/2005 | 0999 | C&D | 0.00 | $1.18 | 0.00 | $1.18 | 2,136.83 |

**Total Expenses**                                                    0.00        $2,736.83       0.00      $2,136.83

<u>Client Number:  4642</u>          <u>Grace Asbestos Personal Injury Claimants</u>                                    Page:  1

<u>Matter     000</u>               <u>Disbursements</u>                                                                3/18/2005
                                                                                                          Print Date/Time:
                                                                                                             03/18/2005
                                                                                                             10:29:52AM
Attn:                                                                                                         Invoice #


                  Matter Total Fees                                          0.00                              0.00


                  Matter Total Expenses                                  2,736.83                          2,136.83


                  Matter Total                                0.00       2,736.83        0.00             2,136.83



                  Prebill Total Fees


                  Prebill Total Expenses                               $2,736.83                        $2,136.83


                  Prebill Total                             0.00       $2,736.83        0.00            $2,136.83


**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,596.00 | 2,519.20 |
| 47,743 | 11/22/2004 | 26,475.00 | 5,295.00 |
| 48,023 | 12/27/2004 | 75,199.50 | 15,039.90 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| 48,421 | 01/28/2005 | 117,136.96 | 117,136.96 |
| 48,886 | 02/28/2005 | 47,229.04 | 47,229.04 |
| | | 1,581,785.75 | 402,272.99 |

Client Number:  4642                    Grace Asbestos Personal Injury Claimants                                    Page:  1

Matter     000                          Disbursements                                                              3/18/2005
                                                                                                         Print Date/Time:
                                                                                                              03/18/2005
                                                                                                              10:29:52AM
Attn:                                                                                                           Invoice #