EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD
### October 1, 2004 through December 31, 2004

1. Case Administration – 7.6 hours ($3,040.00)

During the Application Period, the Applicant expended time participating in weekly conference calls with the Property Damage Committee to address issues within the Applicant's areas of expertise.

2. Asbestos: Claims Analysis & Evaluation – 243.9 hours ($91,452.50)

During the Application Period, the Applicant attended meetings with PD Committee, Debtors and counsel. In addition, the Applicant conducted research and analysis on occupation exposure, supporting data in B-reader study of non-malignant case, substantial reports and studies and summarized an estimation settlement. Applicant also prepared a presentation to the PD Committee and counsel.