# EXHIBIT "C"

# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

November 15, 2004

Invoice No. HRA20041115

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of October, 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 500 per hour | $ 1,150.00 |
| James E. Hass<br>47.4 hours @ $ 500 per hour | 23,700.00 |
| Paul J. Silvern<br>2.2 hours @ $ 400 per hour | 880.00 |
| TOTAL FEES: | **$ 25,730.00** |

### EXPENSES

| | |
|---|---:|
| Courier | $    24.49 |
| **TOTAL FEES & EXPENSES:** | **$ 25,754.49** |

*Please remit to new corporate address below:*          Federal Tax I.D. 94-2360125

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA          LOS ANGELES          WASHINGTON DC    NEW YORK

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of October,  2004 .

| | FFR | JEH | PJS | |
|---|---|---|---|---|
| 10/01/2004 | | | | |
| 10/02/2004 | | | | |
| 10/03/2004 | | | | |
| 10/04/2004 | | | | |
| 10/05/2004 | | | | |
| 10/06/2004 | | | | |
| 10/07/2004 | | | | |
| 10/08/2004 | | 4.20 | | |
| 10/09/2004 | | | | |
| 10/10/2004 | | | | |
| 10/11/2004 | | | | |
| 10/12/2004 | | | | |
| 10/13/2004 | | | | |
| 10/14/2004 | | | | |
| 10/15/2004 | | | | |
| 10/16/2004 | | | | |
| 10/17/2004 | | | | |
| 10/18/2004 | | 5.50 | | |
| 10/19/2004 | | 4.50 | | |
| 10/20/2004 | 1.00 | 5.20 | 0.50 | |
| 10/21/2004 | 1.00 | 3.80 | 1.10 | |
| 10/22/2004 | 0.30 | 6.20 | | |
| 10/23/2004 | | | | |
| 10/24/2004 | | | | |
| 10/25/2004 | | | | |
| 10/26/2004 | | | | |
| 10/27/2004 | | | 0.10 | |
| 10/28/2004 | | 12.20 | 0.50 | |
| 10/29/2004 | | 5.80 | | |
| 10/30/2004 | | | | Total Hours |
| 10/31/2004 | | | | 51.90 |
| Hours | 2.30 | 47.40 | 2.20 | |
| Rate | $500 | $500 | $400 | Total Fees |
| | $1,150.00 | $23,700.00 | $880.00 | $25,730.00 |

OCTOBER, 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME   TASK

10/20/04   0.5  Assemble TDPS at request of James Hass.
           0.5  Find original CDs with Grace data at request of James
                Hass.

10/21/04   0.8  Assemble comparisons of TDPs and send to Josh Cohen.
           E-mail explaining content.
           0.2  Talk with Paul Silvern re: Grace offer.

10/22/04   0.3  E-mails to James Hass re: prior estimation reports.

TOTAL:     2.3

OCTOBER, 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE     TIME   TASK

10/08/04   4.2  Meeting of Scott Baena, Jay Sakalo, Martin Dies and D.
           Speights with Grace legal and management team to discuss
           settlement and plan of reorganization.

10/18/04   5.5  Research on occupational categories of exposure related
           to W.R. Grace.

10/19/04   4.5  Continuing research on occupational exposures.

10/20/04   5.2  Analyzing other modeling efforts that use exposure
           criteria in BI estimation.

10/21/04   3.8  Analysis of supporting data in B-reader study of non-
           malignant case.

10/22/04   6.2  Development of spreadsheets to mimic B-reader study
           results.

10/28/04   4.8  Analyzing Peterson BI report in Sealed Air per
           assignment by Jay Sakalo.

10/28/04   7.4  Detailed analysis of Crane Master Settlement Agreement
           as a model for a Grace TDP.

10/29/04   5.8  Analysis of Fred Dunbar's BI report for OC, as a
           comparison to Mark Peterson's Grace analysis.

TOTAL:    47.4

OCTOBER 2004, TIME LOG OF PAUL J. SILVERN (PJS)

DATE    TIME    TASK

Case Administration

10/20/04   0.5   Review bodily injury data files.

10/21/04   1.1   Participate in Property Damage(PD)Committee call re: case status (1.0); Voice mail message for Francine F. Rabinovitz re: PD Committee call (0.1).

10/27/04   0.1   Review Elliott International motion objecting to proposed extension of exclusivity.

10/28/04   0.5   Participate in PD Committee call re: case status.

TOTAL:    2.2

# HR&A

# INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

December 23, 2004

Invoice No. HRA20041220

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of November, 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.3 hours @ $ 500 per hour | $ 1,150.00 |
| James E. Hass<br>65.0 hours @ $ 500 per hour<br>5.0 hours @ $ 250 per hour | 32,500.00<br>1,250.00 |
| Paul J. Silvern<br>3.3 hours @ $ 400 per hour | 1,320.00 |
| Paul Honig<br>5.0 hours @ $ 250 per hour | 1,250.00 |
| Joshua Katz<br>42.9 hours @ $ 175 per hour | 7,507.50 |
| **TOTAL FEES:** | **$ 44,977.50** |

### EXPENSES

*Please remit to <u>new</u> corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350  FAX: (831) 626-1351

Courier                                                $    61.63

                **TOTAL FEES & EXPENSES:**              **$ 45,093.13**

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of November, 2004 .

| | FFR | JEH | JEH | PJS | PH | JSK | |
|---|---|---|---|---|---|---|---|
| 10/01/2004 | | 4.20 | | | | 3.50 | |
| 11/02/2004 | | 8.60 | | | | 6.50 | |
| 11/03/2004 | 1.80 | 5.10 | | | | 1.50 | |
| 11/04/2004 | 0.50 | 8.60 | | 0.80 | 1.50 | 2.00 | |
| 11/05/2004 | | 5.80 | | | | | |
| 11/06/2004 | | | | | 2.00 | | |
| 11/07/2004 | | | | | | | |
| 11/08/2004 | | 6.40 | | | | | |
| 11/09/2004 | | 3.80 | | | 1.50 | 6.50 | |
| 11/10/2004 | | | | | | 2.50 | |
| 11/11/2004 | | 4.90 | | 0.50 | | 4.50 | |
| 11/12/2004 | | 2.50 | 5.00 | | | | |
| 11/13/2004 | | | | | | | |
| 11/14/2004 | | | | | | | |
| 11/15/2004 | | | | 0.30 | | | |
| 11/16/2004 | | 6.20 | | | | 2.80 | |
| 11/17/2004 | | 2.40 | | | | 2.00 | |
| 11/18/2004 | | 2.50 | | 1.70 | | | |
| 11/19/2004 | | | | | | 6.00 | |
| 11/20/2004 | | | | | | | |
| 11/21/2004 | | | | | | | |
| 11/22/2004 | | | | | | | |
| 11/23/2004 | | | | | | | |
| 11/24/2004 | | | | | | | |
| 11/25/2004 | | | | | | | |
| 11/26/2004 | | | | | | | |
| 11/27/2004 | | | | | | | |
| 11/28/2004 | | | | | | | |
| 11/29/2004 | | | | | | | |
| 11/30/2004 | | 4.00 | | | | 5.10 | Total Hours |
| Hours | 2.30 | 65.00 | 5.00 | 3.30 | 5.00 | 42.90 | 123.50 |
| Rate | $500 | $500 | $250.00 | $400.00 | $250.00 | $175.00 | Total Fees |
| | $1,150.00 | $32,500.00 | $1,250.00 | $1,320.00 | $1,250.00 | $7,507.50 | $44,977.50 |

NOVEMBER 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE      TIME TASK

11/03/04  0.8  Talk with James Hass re: estimation methodology.
          1.0  Find and send various materials to inform James Hass
               re: estimation analysis.

11/04/04  0.5  Update from Paul Silvern on phone conference via voice
          mail and reply.

TOTAL:    2.3

NOVEMBER 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE    TIME TASK

11/01/04  4.2  Analyzing basic asbestos studies from Peterson and
              Dunbar, and original Selikoff study.
          2.2  Analyzing Peterson's analysis of 1998 Grace BI claims.

11/02/04  6.4  Analyzing D. Bernick proposal and valuation on Grace.

11/03/04  4.3  Development of analysis for Grace TDP for conference
              call with Scott Baena.
          0.8  Call from Francine F. Rabinovits re: estimation
              methodology.

11/04/04  4.0  Analysis of industry specific exposures in Nicholson
              asbestos report.
          4.1  Analysis of Vasquez reports on asbestos rates by
              industry.
          0.5  Weekly Bilzin call.
          0.4  Conversation with Paul K. Honig to review project's
              goals.

11/05/04  5.5  Analysis of W.R. Grace BI data set.
          0.3  Discussion with Joshua Katz about methodology for BI
              claims.

11/08/04  4.2  Analyzing W.R. Grace BI data set from 97-99 for trends
              in occupational categories.
          2.2  Developing comparison index of Grace and other asbestos
              stocks.

11/09/04  2.6  Continued analysis of occupational codes in Nicholson
              BI study and in census data.
          0.7  Discussion with Joshua Katz and Paul K. Honig about
              W.R. Grace database.
          0.5  Discussion with Joshua Katz about next steps.

11/11/04  4.3  Starting work for presentation to Bilzin on the BI
              related issues such as Grace related occupations.
          0.6  Discussion with Joshua Katz about presentation.

11/12/04  2.5  Travel to Bilzin office.
          2.5  Meeting with Scott Baena and Jay Sakalo to discuss
              presentation on Grace BI issues and Nicholson study.
          2.5  Travel from Bilzin to DC.

11/16/04  5.8  Analyzing draft Grace POR.
          0.4  Discussion with Joshua Katz about next steps.

11/17/04  2.4  Analyzing motion for estimation hearing.

NOVEMBER 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE     TIME TASK

11/18/04   2.5  Review of data from Original CMO Motion Exhibit K,
           sample of 500 Grace BI claims.

11/30/04   3.6  Analyzing recent market prices and August 10Q filing by
           Grace.
           0.4  Discussion with Joshua Katz about Property Damage
                estimation memo.

TOTAL:   70.0

NOVEMBER 2004, TIME LOG OF PAUL J. SILVERN (PJS)

DATE        TIME        TASK

Case Administration

11/04/04   0.5   Participate in Property Damage(PD)Committee call re:
           case status.
           0.3   Voice mail messages for Francine F. Rabinovitz and
                 James E. Hass re: PD Committee call.

11/11/04   0.4   Participate in PD Committee call re: case status.
           0.1   Voice mail messages for Francine F. Rabinovitz re: PD
                 Committee call.

11/15/04   0.3   Review news stories about Grace Plan of Reorganization
           filing.

11/18/04   0.2   Participate in PD Committee call re: case status.
           1.5   Preliminary review of Grace Plan of Reorganization.

TOTAL      3.3

NOVEMBER 2004 TIME LOG OF PAUL K. HONIG (PKH);

<u>DATE</u>      <u>TIME</u> <u>TASK</u>

11/04/04   1.5   Conversation with James E. Hass re: review project's
      goals (0.4); examined data on CDs received earlier (1.1).

11/07/04   2.0   Investigate CD containing Grace's 1999 BI claims,
      examined SPSS files & noted that virtually all observations have
      industry coded as CONST.

11/09/04   0.8   Examine all CDs & create pictures of directories &
      files; email snapshots of files on CDs to James E. Hass.

11/09/04   0.7   Discussion with Joshua Katz and James E. Hass about the
      W.R. Grace database.

TOTAL:      5.0

NOVEMBER 2004, TIME LOG OF JOSHUA KATZ (JK)

DATE        TIME        TASK

11/01/04   3.5  Review of Dunbar OC report. Review of Crane 8k.

11/03/04   6.5  Summary of Crane settlement for conference call (2.7);
           review of Peterson estimate and modeling of possibilities during
           negotiation and effect on Property Damage  claim (2.9);
           conference call with Bilzin et al 0.9).

11/04/04   1.5  Review of materials for W.R. Grace conference call.
           Grace conference call.

11/05/04   2.0  Review of Nicholson article (0.4); discussion with
           James E. Hass about possible methodology for BI claims (0.3);
           research on breakdown of construction industry as it applies to
           W.R. Grace (1.0); correspondence with LOC about researching
           industry statistics (0.3).

11/09/04   6.5  Discussion with James E. Hass and Paul K. Honig about
           the Grace database (0.7); discussion with James E. Hass about
           next steps (0.5); production of power point slides for November
           12, 2004  meeting in Miami, outlining current work on W.R. Grace
           and next steps (5.3).

11/10/04   2.5  Further work on presentation materials for November
           12th  meeting.

11/11/04   4.5  W. R. Grace conference call attendance and notes for
           James E. Hass (0.7); discussions with James E. Hass about
           presentation (0.6); updating and editing presentation sections on
           next steps, to include edits recommended by James E. Hass (3.2).

11/16/04   2.8  Discussions with James Hass about next steps and
           current climate (0.4); review of disc and POR (2.4).

11/17/04   2.0  Further review of disc and beginning analysis of
           scenarios.

11/19/04   6.0  Analysis of stock prices of asbestos companies and
           comparison against relevant events (Wolin, legislation, etc.).
           Involved the location and culling of stock prices for major
           asbestos companies (2.0); review of asbestos time line through
           news searches (1.5); review of SEC filing for major asbestos
           players (1.0); input into power point slides for reference (1.5).

NOVEMBER 2004, TIME LOG OF JOSHUA KATZ (JK)

DATE       TIME        TASK

11/30/04   5.1  Review of Grace Disclosure statement and POR for
           consideration of Property Damage (PD) estimate (1.2); beginning
           of PD estimation memo (1.5); discussion with James E. Hass about
           PD estimation memo (0.4); review of other asbestos SEC filings to
           determine context of PE estimation memo (2.0).

TOTAL:   42.9

# HR&A                                    INVOICE

Hamilton, Rabinovitz & Alschuler, Inc.
*Policy, Financial & Management Consultants*

January 20, 2005

Invoice No. HRA20050120

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz &
Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos
Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month
of December, 2004.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>2.0 hours @ $ 500 per hour | $ 1,000.00 |
| James E. Hass<br>28.7 hours @ $ 500 per hour | 14,350.00 |
| Paul J. Silvern<br>2.1 hours @ $ 400 per hour | 840.00 |
| Joshua Katz<br>43.3 hours @ $ 175 per hour | 7,595.00 |
| **TOTAL FEES:** | **$ 23,785.00** |

### EXPENSES

| | |
|---|---:|
| Courier | $    41.90 |
| **TOTAL FEES & EXPENSES:** | **$ 23,826.90** |

*Please remit to* **new** *corporate address below:*

P.O. Box 222681 Carmel, California 93922  Tel: (831) 626-1350  Fax: (831) 626-1351
Northern California      Los Angeles      Washington, DC      New York

Summary of billed hours for service rendered in connection
with the Property Damage Claimants (W. R. Grace).
For the month of December, 2004 .

| | FFR | JEH | PJS | JSK | |
|---|---|---|---|---|---|
| 12/01/2004 | | | | | |
| 11/02/2004 | | | | | |
| 12/03/2004 | | | | | |
| 12/04/2004 | | | | | |
| 12/05/2004 | | | 0.10 | | |
| 12/06/2004 | | 0.50 | | 4.00 | |
| 12/07/2004 | | | | | |
| 12/08/2004 | | | | | |
| 12/09/2004 | | | | 0.60 | |
| 12/10/2004 | | | | 2.00 | |
| 12/11/2004 | | | | | |
| 12/12/2004 | | | | | |
| 12/13/2004 | | 3.80 | | | |
| 12/14/2004 | | 4.00 | 1.50 | | |
| 12/15/2004 | | 8.40 | | 6.60 | |
| 12/16/2004 | | 9.00 | 0.20 | 2.00 | |
| 12/17/2004 | | | | | |
| 12/18/2004 | | | | | |
| 12/19/2004 | | | | | |
| 12/20/2004 | | | | 2.00 | |
| 12/21/2004 | | | 0.30 | 2.00 | |
| 12/22/2004 | | | | | |
| 12/23/2004 | | 3.00 | | | |
| 12/24/2004 | | | | 7.90 | |
| 12/25/2004 | | | | 3.10 | |
| 12/26/2004 | | | | | |
| 12/27/2004 | | | | 4.10 | |
| 12/28/2004 | | | | 1.00 | |
| 12/29/2004 | | | | 3.90 | |
| 12/30/2004 | 2.00 | | | 4.20 | |
| 12/31/2004 | | | | | Total Hours |
| Hours | 2.00 | 28.70 | 2.10 | 43.40 | 76.20 |
| Rate | $500 | $500 | $400.00 | $175.00 | Total Fees |
| | $1,000.00 | $14,350.00 | $840.00 | $7,595.00 | $23,785.00 |

DECEMBER 2004 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

DATE        TIME TASK

12/30/04     2.0  Read objections of the Official Committee of
      Asbestos Property Damage Claimants to disclosure statement,
      motion for CMO, motion for estimation
                  and for approval of confirmation procedures.
TOTAL:       2.0

DECEMBER 2004 TIME LOG OF JAMES E. HASS (JEH)

DATE       TIME TASK

12/06/04     0.5 Discussion with Joshua Katz about next steps and
      data project for Paul Honig.

12/13/04     3.8 Analyzing PD estimation section to Grace CMO.

12/14/04     4.0 Travel to Miami for meeting with Bilzin.

12/15/04     2.1 Continuing meeting on Grace POR with Jay Sakalo.
12/15/04     2.0 Meeting with Jay Sakalo and Scott Baena from Bilzin
      concerning Grace POR.
12/15/04     4.0 Analyzing Bilzin draft response to Grace POR.

12/15/04     0.3 Discussion of objection and other issues with Joshua
         Katz.

12/16/04     4.0 Travel time, return to DC from Miami.

12/16/04     0.8 Bilzin weekly conference call.

12/16/04     4.2 Preparing draft responses to Grace POR concerning PD
      estimation.

12/23/04     3.0 Reading objection motions to Grace POR.

TOTAL:      28.7

DECEMBER 2004, TIME LOG OF PAUL J. SILVERN (PJS)

DATE        TIME TASK

### Case Administration

12/05/04    0.1  Review objections to Equity Committee's application
        to retain Lexecon.

12/14/04    1.5  Review draft objections to Disclosure Statement,
        Plan of Reorganization and related Grace filings.

12/16/04    0.2  Review Debtor's scheduling recommendations to the
        court.

12/21/04    0.3  Review Debtor's proposed ZAI Bar Date and Notice
        Program.

TOTAL       2.1

DECEMBER 2004, TIME LOG OF JOSHUA KATZ (JK)

DATE      TIME TASK

12/06/04    4.0  Review of Celotex databases of claims (1.9).
Analysis by legal counsel and filings (1.6). Discussion with
James E. Hass about next steps, data analysis project for Paul
Honig (0.5).

12/09/04    0.6  Weekly conference call.

12/10/04    2.0  Review of Grace PD claims database (1.0); comparison
with Celotex data (1.0).

12/15/04    1.0  Analysis of draft objection to POR.
          0.3  Discussion of objection and other issues with James E.
              Hass.
          5.3  Preparation of slides on strategies if estimation hearing
              goes through and/or estimating PD claims.

12/16/04    0.8  Edit and review of PD estimation section for POR
response.
          0.6  Review of activity regarding potential asbestos
              legislation.
              0.6  Update of slides given James E. Hass discussion.

12/22/04    2.0  Beginning of production of BI model that utilizes
and can adapt to various estimators criteria. Primarily review of
other models (HR&A, Petersen, etc.)

12/23/04    0.9  Grace conference call.
          0.3  Review correspondence between James E. Hass and Jay
              Sakalo.
       0.3  Review of Lexicon consulting personnel.
          0.5  Further work on BI model.

12/24/04    1.0  BI modeling: establishing propensity to sue sheet,
and tying to Nicholson, building basic shell for TDP values.
          1.7  Creation of screens and related formulas.
          0.8  Creation of claiming rate lookup table.
          0.8  Currents modeling.
          1.9  Future forecasting.
          0.6  Defense cost modeling.
          0.9  Summary sheet with averages and aggregates.

DECEMBER 2004, TIME LOG OF JOSHUA KATZ (JK) continued

DATE        TIME TASK


12/25/04    0.5   Review of BI model. Import of case data to verify
    data.
            0.4   Discovery of error-correction of defense forecast
                  problem.
            1.0   Discovery of error related to lookup table of
                  claiming rates.
            0.7   Polishing of summary sheet and model appearance.
            0.5   Writing of notes and questions for James E. Hass.


12/27/04    0.5   More comprehensive test of model: discovery and
    correction of defense forecasting issue.
            0.5   Review of effect of rounding issues- reapply test
                  data with more detail to correct.
            1.1   Building in of separate start years for currents &
                  futures, and for base years regarding inflation.
            0.3   Update of explainer/ question sheet.
            0.2   Adjustment of unresolved claims sheet to distribute
                  payment over more years.
            0.3   Review of full model before sending to James E.
                  Hass.
            1.2   Review of PD objections to Disclosure Statement.

12/28/04    1.0   Review of recent SEC filings and news on Grace (8ks,
    Montana issue, etc.)

12/29/04    3.9   Close reading and analysis of Elements of
    Bankruptcy.Chapters 1-4, parts of Chapter 6.

12/30/04    4.1   Close reading and analysis of Elements of
    Bankruptcy. Chapters 7-11. Review of relevant sections of
    Bankruptcy code itself.

TOTAL:      43.4