EXHIBIT "B"

## SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

1. **Case Administration – 15537 – 135.5 hours ($32,507.00)**

This matter covers the attention given to routine motions and pleadings, and preparation of responses thereto, the preparation of summaries and analyses of such papers for the PD Committee, and meetings with the Debtors or their professionals.

The Applicant's focus on the administration of the Consolidated Cases during the Application Period continued to permit the PD Committee to remain fully informed about all on-going matters pending in the Consolidated Cases.

During the Application Period, the Applicant spent time keeping track of developments in other pending asbestos bankruptcy cases that implicate property damage claims specifically, and asbestos issues generally.

During the Application Period, the Applicant attended to issues arising from KWELMB motion and settlement and attended to issues regarding the professionals verified statements and the 2019 motions

2. **Debtors' Business Operations – 15538 – 0.9 hours ($339.00)**

This matter covers the attention given to review and analysis of the Debtors' statement of affairs, schedules of assets and liabilities and monthly reports of operation.

3. **Creditors Committee – 15539 – 98.0 hours ($33,104.00)**

This matter covers formation, membership, and by-law issues of the PD Committee. It also covers attendance at PD Committee meetings, preparation of materials for and presentations thereon to the PD Committee, and the preparation of minutes of the meetings.

During the Application Period, the Applicant convened weekly telephonic meetings of the PD Committee. The Applicant prepared detailed agendas for each meeting, reviewed

pending matters and issues in preparation therefor, and counseled the members in formulating a position on such matters and positions. Further, subsequent to the meetings the Applicant drafted, and circulated for review prior to adoption, drafts of minutes of the PD Committee meetings.

Throughout its representation of the PD Committee, the Applicant has aggressively and attentively represented the interests of the PD Committee. Assuming the role of liaison, the Applicant has continued to maintain continuous communications with the Debtors' counsel and PD Committee members and, at times, counsel to the personal injury claimants committee and counsel to the unsecured creditors' committee. The Applicant timely and professionally relayed information to PD Committee members through in-person meetings, telephone conference calls, e-mail and correspondence.

4. **Applicant's Fee Applications – 15543 – 16.2 hours ($2,284.00)**

This matter covers time expended preparing monthly and quarterly fee applications for the Applicant.

During the Application Period, the Applicant expended time preparing, drafting and filing its monthly fee applications, and interim quarterly fee application

In addition, the Applicant reviewed the report by the Fee Auditor and prepared its response thereto.

5. **Hearings – 15544 – 21.4 hours ($8,676.00)**

This matter covers preparation for and attendance at hearings.

6. **Claims Analysis, Objection (asbestos) – 15545 – 84.9 hours ($19,950.00)**

This matter covers the review and analysis of asbestos claims filed against the estates and objections thereto and research of historical property damage testimony.

During the Application Period, the Applicant reviewed the notice of intent to object to

property damage claims and attended to various issues related to same. Applicant prepared an extensive analysis of property damage claims and objections for same and finalized an objection to the Debtors' Notice of Intent.

7. **Travel – 15546 – 41.8 hours ($16,646.00)**

The Applicant traveled to Wilmington, Delaware and Pennsylvania to attend omnibus hearings. In accordance with Local Rule 2016-2(d)(viii), all such time is being billed at fifty percent (50%) of regular hourly rates, to the extent work was not being performed en route.

8. **Plan and Disclosure Statement – 15554 – 41.8 hours ($16,646.00)**

Applicant and Committee members prepared for and attended meetings and telephone conferences with Debtors regarding plan of reorganization and formulation of plan treatment for the PD Committee. Applicant also conducted research regarding voting rights and plan.

9. **Litigation Consulting – 15563 – 0.8 hours ($232.50)**

The Applicant attended to appealing the order appointing the Futures Claimants Representative.

10. **Fee Applications of Others – 17781 – 14.9 hours ($2,808.00)**

The Applicant attended to preparation of monthly statements and quarterly application for Hamilton Rabinovitz & Alschuler. In addition, Applicant reviewed various applications and reports from fee auditor.

11. **Retention of Others – 17782 – 3.7 hours ($1,073.00)**

During the Application Period, the Applicant addressed the issues regarding the retention of Tillinghast and drafted a limited objection to the Lexecon application.

12. **ZAI Science Trial – 17905 – 22.1 hours ($6,409.00)**

During the Application Period, the Applicant reviewed the briefs filed in connection with the trial, attended the trial and prepared a memo to file regarding the hearing.

13. ZAI Science Trial Expenses – 17906 – 0.0 hours ($0.00)