Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, California 92108
Telephone: (619) 220-8900

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF DELAWARE

| | |
|---|---|
| In re. | ) Chapter 11 |
| | ) Case No. 01-1139 (JJF) |
| W.R. GRACE & CO., et al., | ) |
| | ) |
| | ) *AMENDED* NOTICE OF |
| Debtors. | ) TRANSFER OF CLAIM OTHER |
| | ) THAN FOR SECURITY. |
| | ) |
| | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **STAPF TEL-COM SERVICES** ("Transferor") against the Debtor in the amount of **$1,200.00** (Schedule No. S118740) as listed within the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on the attached document is evidence of the transfer of the claims and all rights there under.

The Transferor of the above-described claim(s), hereby assigns and transfers my claims and all rights there under to DACA upon terms as set forth in offer letter received. Transferor represents and warrants that the claim is not less than and has not been previously objected to, sold, or satisfied. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**STAPF TEL-COM SERVICES**
3609 FOLLY QUARTER RD
ELLICOTT CITY MD 21042

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA 92108

Signature:   *Traci J. Fette*
             Traci Fette

Mail Ref# 4-
2122008

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                              ) Chapter 11
                                                    )
W.R. GRACE & CO., et al.,                           ) CASE NO. 01-1139 (JJF)
                                                    )
                                                    ) NOTICE OF TRANSFER OF CLAIM
                                                    ) OTHER THAN FOR SECURITY AND
              Debtors.                              ) WAIVER OF NOTICE
                                                    ) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of STAFF TEL-COM SERVICES ("Transferor") against the Debtor in the amount of $960.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $960.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
STAFF TEL-COM SERVICES
3609 FOLLY QUARTER RD ELLICOTT CITY MD 21042

Print Name: Calvin W Staff     Title: Owner/President
Signature: Calvin W Staff      Date: 2/3/05
Updated Address (if needed): _____
Phone: 410-531-5155    Fax: 410-531-2155    E-Mail: ———

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: J. Fette
           Traci Fette

Mail Ref# 4-624
2122008