# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel:   (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                    February 1, 2005 – February 28, 2005
                                                         File No:              WR
                                                         Inv No.:           15728

**RE:**   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 8.20 | 1,889.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 2.80 | 661.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.30 | 72.00 |
| B25 | Fee Applications, Applicant - | 7.50 | 876.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.40 | 336.00 |
| B32 | Litigation and Litigation Consulting - | 0.30 | 72.00 |
| B33 | ZAI Science Trial | 1.70 | 408.00 |
| B36 | Plan and Disclosure Statement - | 13.10 | 3,144.00 |
| B37 | Hearings - | 3.40 | 760.00 |
| | **Total** | **38.70** | **$8,219.00** |
| | **Grand Total** | **38.70** | **$8,219.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 0.30 | 49.50 |
| Rick S. Miller | 225.00 | 0.70 | 157.50 |
| Theodore J. Tacconelli | 240.00 | 30.30 | 7,272.00 |
| Legal Assistant - AD | 100.00 | 7.40 | 740.00 |
| **Total** | | **38.70** | **$8,219.00** |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 2,528.21 |
| **Total Disbursements** | **$2,528.21** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Feb-01-05 | Case Administration - E-mail from legal assistant re: change in type of pleadings to send to R. Bello | 0.10 | LLC |
| | Case Administration - review email from R Bello re: service going forward and forward to attorneys, update email distribution list | 0.20 | AD |
| Feb-02-05 | Hearings - confer with T. Tacconelli re: 1/24/05 hearing transcript and teleconferences with J&J Transcribers re: same (x2) | 0.20 | AD |
| | Fee Applications, Applicant - continue drafting Ferry, Joseph & Pearce's 15th quarterly fee app and calculate quarterly totals for fees and expenses | 1.50 | AD |
| | Fee Applications, Applicant - begin drafting language for exhibit b in Ferry, Joseph & Pearce's 15th quarterly and review invoices | 0.30 | AD |
| Feb-03-05 | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Litigation and Litigation Consulting - review email from S Baena re: GI Holding estimation opinion | 0.30 | TJT |
| | Hearings - trade emails with J Sakalo re: 1/24/05 hearing | 0.20 | TJT |
| | Hearings - teleconference with J&J Transcribers re: 1/24/05 hearing transcript | 0.10 | AD |
| | Fee Applications, Applicant - continue drafting Ferry, Joseph & Pearce's 15th quarterly fee app documents (notice and fee summary/request) and finish drafting language for exhibit b | 0.60 | AD |
| Feb-04-05 | Fee Applications, Applicant - finalize Ferry, Joseph & Pearce's 15th quarterly fee app | 0.30 | AD |
| Feb-05-05 | Case Administration - review affidavit of J Mcente re: debtors' motion retain Baker Donnelson | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Campbell Levine 12/04 fee app | 0.10 | TJT |
| | Case Administration - review L Tersigni 12/04 fee app | 0.10 | TJT |
| | Case Administration - review summary of Carella Byrne Oct-Dec. quarterly fee app | 0.10 | TJT |
| Feb-07-05 | Plan and Disclosure Statement - review G-1 Holdings opinion re: estimation (1/2 time with Federal-Mogul) | 0.70 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 15th quarterly fee app prior to filing | 0.20 | TJT |
| | Fee Applications, Applicant - prepare documents for filing (.1) e-file and serve Ferry, Joseph & Pearce's 15th quarterly fee app (.8) | 0.90 | AD |
| Feb-08-05 | Case Administration - E-mail to legal assistant re: amended case management order | 0.10 | LLC |
| | Case Administration - review email from S Baena re: indictment regarding Libby, Montana | 0.10 | TJT |
| | Case Administration - review email from E Cabrazer re: indictment regarding Libby, Montana | 0.10 | TJT |
| | Case Administration - review email from L Coggins and briefly review amended order establishing case management procedures | 0.10 | AD |
| Feb-09-05 | Claims Analysis Obj. & Res. (Asbestos) review certification of counsel re: motion to strike notice of intent to object to PD claims and review proposed order | 0.20 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review response of NY State Dept. of Taxation to 8th omnibus objection to claim | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review responses of NJ Dept. | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | of Taxation to 8th omnibus objection to claims | | |
| | Claims Analysis Obj. & Res. (Non-Asb) -review response by MO Dept. of Revenue to 8th omnibus objection to claim | 0.10 | TJT |
| | Case Administration - review debtor's monthly operating report for 12/04 | 0.20 | TJT |
| | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Feb-10-05 | Committee, Creditors', Noteholders' or - attend Committee teleconference | 0.40 | RSM |
| | Committee, Creditors', Noteholders' or - confer with TJT re: federal indictment | 0.30 | RSM |
| | Case Administration - review email from S Baena re: federal indictments | 0.20 | TJT |
| | Case Administration - review email from E Westbrook re: federal indictments | 0.10 | TJT |
| | Case Administration - review email from J Sakalo re: copy of indictments | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.50 | TJT |
| | Plan and Disclosure Statement - trade emails with A Danzeisen re: Owens Corning estimation hearing (x3) | 0.30 | TJT |
| | Plan and Disclosure Statement - teleconference with A Danzeisen re: Owens Corning estimation hearing | 0.10 | TJT |
| | Hearings - draft letter to Domain Transcribing re: 1/13/05-1/21/05 hearing | 0.10 | AD |
| Feb-11-05 | Case Administration - E-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | Case Administration - review Lantham and Watkins 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Wallace King 11/04 fee app | 0.10 | TJT |
| | Case Administration - review Protiviti 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Casner Edwards 11/04 fee app | 0.30 | TJT |
| | Case Administration - review Holmes Roberts 10/04 fee app | 0.10 | TJT |
| | Case Administration - review Stroock 11/04 fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review pre-bill for Ferry, Joseph & Pearce's 1/05 fee app | 0.40 | TJT |
| | ZAI Science Trial - review WR Grace indictment | 1.50 | TJT |
| | ZAI Science Trial - teleconference with A Danzeisen re: Grace indictment | 0.10 | TJT |
| Feb-12-05 | Case Administration - review 13th supplemental affidavit of J Sprayregen | 0.10 | TJT |
| | Case Administration - review amended case management procedures order | 0.10 | TJT |
| | Plan and Disclosure Statement - review transcript of Owens Corning 1/21/05 estimation hearing for a.m. session (1/2 time with Federal-Mogul) | 0.80 | TJT |
| Feb-13-05 | Claims Analysis Obj. & Res. (Asbestos) review response of Marsella Paulette to 8th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review response of TX Controller to 8th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review response of Roadway Express to 8th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review response by Century Indemnity Co. to 8th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review response by TN Dept. of Revenue to 8th omnibus objection to claims | 0.10 | TJT |
| Feb-14-05 | Case Administration - review Reed Smith 11/04 fee app | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Case Administration - review K&E 11/04 fee app | 0.20 | TJT |
| | Plan and Disclosure Statement - review Owens Corning estimation hearing transcript 1/13/05 p.m. session (1/2 time with Federal-Mogul) | 1.00 | TJT |
| | Case Administration - update 2002 service list and labels re:W McCormick's entry of appearance | 0.10 | AD |
| | Fee Applications, Applicant - confer with billing re: problems with first 1/05 pre-bill and review/compare 1/05 pre-bills | 0.30 | AD |
| | Fee Applications, Applicant - review and revise Ferry, Joseph & Pearce's revised 1/05 prebill | 0.20 | AD |
| Feb-15-05 | Plan and Disclosure Statement - review Owens Corning estimation hearing transcript for 1/14/05 a.m. session (1/2 time with Federal-Mogul) | 0.80 | TJT |
| | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: Ferry, Joseph & Pearce's 12/04 fee app | 0.30 | AD |
| Feb-16-05 | Claims Analysis Obj. & Res. (Non-Asb) -review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 7030 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 5698 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review objection to International Brotherhood of Boiler Makers, et al. claim no. 7029 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 5701 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 5699 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 7032 | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 7031 | 0.10 | TJT |
| | Case Administration - review Lukins Annis 11/04 fee app | 0.10 | TJT |
| | Case Administration - review Lukins Annis 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Scott Law Group 12/04 fee app | 0.10 | TJT |
| | Case Administration - review debtors' application to employ Kay Hill Gordon as special counsel | 0.10 | TJT |
| | Case Administration - review debtors' motion for approval of joint stipulation with the St. Paul Co.'s | 0.30 | TJT |
| | Case Administration - review debtors' objection to Pacific Corp and Vancot Bagley, et al.'s motion for leave to file late proofs of claim (with attachments) | 0.50 | TJT |
| | Case Administration - review debtors' objection to United Steel Workers of America claim no. 13283 | 0.10 | TJT |
| | Case Administration - review debtors' objection to International Brotherhood of Boiler Makers, et al. claim no. 5700 | 0.10 | TJT |
| | Case Administration - review affidavit of Christopher Marraro | 0.10 | TJT |
| | Case Administration - review debtors' motion to modify and expand services provided by Woodcock and Washburn | 0.10 | TJT |
| | Case Administration - review debtors' motion for order authorizing debtors to enter into employment agreement with current CEO and post-petition agreement with current CEO (with attachments) | 0.50 | TJT |
| | Plan and Disclosure Statement - review email from S Baena re: meeting with debtors regarding estimation of PC claims | 0.10 | TJT |
| | Plan and Disclosure Statement - review Owens Corning estimation | 0.90 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | hearing transcript for 1/14/05 p.m. session (1/2 time with Federal-Mogul) | | |
| | Fee Applications, Applicant - review revised pre-bill for Ferry, Joseph & Pearce's 1/05 fee app | 0.10 | TJT |
| Feb-17-05 | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.30 | TJT |
| | Committee, Creditors', Noteholders' or -review email from S Baena re: motion to retain Law and Economics Group | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from E Westbrook re: motion to retain Law and Economics Group | 0.10 | TJT |
| Feb-18-05 | Committee, Creditors', Noteholders' or -review email from D Speights re: retention of Law and Economics Group | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from M Dies re: retention of Law and Economics Group | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from R Lewis re: motion to retain Law and Economics Group | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from S Baena re: Grace, Canada | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review announcement from Canadian government regarding WR Grace | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from D Scott re: Grace, Canada | 0.10 | TJT |
| | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 12/04 fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review docket (.1) prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection re: 12/04 fee app (.4) -- CMECF delays | 0.60 | AD |
| Feb-19-05 | Case Administration - review letter from D Siegel to Judge Fitzgerald re: current financial information | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from D Scott re: motion to retain Law and Economics Group | 0.10 | TJT |
| | Plan and Disclosure Statement - review Owens Corning estimation hearing transcript for 1/17/05 a.m. and p.m. sessions (1/2 time with Federal-Mogul) | 1.80 | TJT |
| Feb-20-05 | Case Administration - review claims settlement notice | 0.10 | TJT |
| | Hearings - review agenda for 2/28/05 hearing | 0.10 | TJT |
| | Plan and Disclosure Statement - review Owens Corning estimation hearing transcript for 1/18/05 a.m. and p.m. sessions (1/2 time with Federal-Mogul) | 1.70 | TJT |
| Feb-21-05 | Case Administration - review response by PI Committee to motion to approve settlement with Continental Casualty | 0.10 | TJT |
| | Plan and Disclosure Statement - review Owens Corning estimation hearing transcript for 1/19/05 a.m. and p.m. sessions (1/2 time with Federal-Mgoul) | 1.70 | TJT |
| Feb-22-05 | Plan and Disclosure Statement - review debtors chart regarding current status of objections to disclosure statement with proposed language resolving objection | 0.70 | TJT |
| | Plan and Disclosure Statement - review 1/20/05 Owens Corning estimation hearing transcript for a.m. and p.m. sessions (1/2 time with Federal-Mogul) | 1.60 | TJT |
| | Fee Applications, Applicant - draft fee application documents for Ferry, | 0.70 | AD |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | Joseph & Pearce's 1/05 fee app (.6) and finalize for submission to T. Tacconelli (.1) | | |
| Feb-23-05 | Case Administration - review notice of dismissal of appeal 04-1562 | 0.10 | TJT |
| | Hearings - review amended agenda for 2/28/05 hearing | 0.10 | TJT |
| | Plan and Disclosure Statement - review opinion in Armstrong World Industries denying confirmation (1/2 time with Federal-Mogul) | 0.30 | TJT |
| | Plan and Disclosure Statement - prepare email to J Sakalo re: Armstrong opinion denying confirmation | 0.10 | TJT |
| | Plan and Disclosure Statement - review email from J Sakalo to committee re: Armstrong opinion denying confirmation | 0.10 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 1/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Applicant - prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's 1/05 fee app (.5) | 0.60 | AD |
| Feb-24-05 | Case Administration - review affidavit of K Burke re: application to retain Cayhill Gordon | 0.20 | TJT |
| | Case Administration - review affidavit of W Kannel | 0.10 | TJT |
| | Case Administration - review BMC Group 7/04 fee app | 0.10 | TJT |
| | Case Administration - review BMC Group 8/04 fee app | 0.10 | TJT |
| | Case Administration - review BMC Group 9/04 fee app | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or - review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | ZAI Science Trial - review letter from E Westbrook to Judge Fitzgerald re: further supplement of record due to federal investigation | 0.10 | TJT |
| Feb-25-05 | Plan and Disclosure Statement - review email from A Danzeisen re: Combustion Engineering orders | 0.10 | TJT |
| | Plan and Disclosure Statement - review Combustion Engineering orders | 0.20 | TJT |
| | Plan and Disclosure Statement - prepare email to A Danzeisen re: Combustion Engineering orders | 0.10 | TJT |
| Feb-26-05 | Case Administration - review Holmes Robert 12/04 fee app | 0.10 | TJT |
| | Case Administration - review PSZYW 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Stroock 12/04 fee app with Navigant app included | 0.20 | TJT |
| | Case Administration - review L Tersigni's 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Campbell Levine 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Holmes Robert 11/04 fee app | 0.10 | TJT |
| | Case Administration - review Capstone 12/04 fee app | 0.10 | TJT |
| | Case Administration - review notice of statement regarding equity holdings by Citadel | 0.10 | TJT |
| Feb-27-05 | Case Administration - review affidavit of Jack Hanson | 0.10 | TJT |
| | Case Administration - review debtors' motion to settle with IRS for 1993-1996 tax years with attachments | 0.60 | TJT |
| | Hearings - teleconferences with J Sakalo re: 2/28/05 hearing coverage (x2) | 0.20 | TJT |
| Feb-28-05 | Case Administration - review affidavit of Lisa Delaney | 0.10 | TJT |
| | Hearings - trade emails with J Sakalo re: 2/28/05 hearing coverage (x4) | 0.40 | TJT |
| | Hearings - prepare for hearing | 0.30 | TJT |
| | Hearings - attend bankruptcy court | 1.70 | TJT |
| | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: Ferry, Joseph & Pearce's 15th quarterly fee app | 0.30 | AD |

| | | |
|---|---|---:|
| | Totals | 38.70 |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Feb-02-05 | Expense - Blue Marble Logistics | 337.81 |
| Feb-07-05 | Expense - Parcel's, Inc. - copies | 775.90 |
| | Expense - copying cost | 110.25 |
| | Expense - postage | 19.89 |
| Feb-09-05 | Expense - Parcel's, Inc. | 285.40 |
| Feb-10-05 | Expense - Parcel's, Inc. | 145.00 |
| Feb-18-05 | Expense - copying cost | 6.75 |
| | Expense - postage | 3.33 |
| | Expense - J&J Court Transcribers | 193.39 |
| Feb-22-05 | Expense - Blue Marble Logistics | 244.88 |
| Feb-23-05 | Expense - copying cost | 58.50 |
| | Expense - postage | 11.61 |
| | Expense - Blue Marble Logistics | 142.00 |
| | Expense - Parcel's, Inc. | 30.00 |
| Feb-28-05 | Expense - Parcel's, Inc. | 163.50 |
| | Totals | $2,528.21 |

| | |
|---|---:|
| **Total Fees & Disbursements** | $10,747.21 |

| | |
|---|---:|
| **Balance Due Now** | |
| | $10,747.21 |