## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: **April 21, 2005 at 4:00 p.m.** |

## FORTIETH MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| | |
|---|---|
| Name of Applicant: | Klett Rooney Lieber & Schorling, a Professional Corporation |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | February 1, 2005 through February 28, 2005 |
| Amount of fees to be approved as actual, reasonable and necessary: | $21,980.00[1] |
| Amount of expenses sought as actual, reasonable and necessary: | $240.36[2] |

This is a(n): ___ interim          ____ final application.          __x__ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some fees incurred prior to this Application were excluded from prior fee applications. Accordingly, these fees are included for payment in this Application.

[2] Due to an inadvertent accounting error, some expenses incurred prior to this Application were excluded from prior fee applications. Accordingly, these expenses are included for payment in this Application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |

58909v1

| | | | | |
|---|---|---|---|---|
| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40 $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40 $457.47 | 7852 2/22/05 |
| 3/3/05 7940 | 12/26/04 though 1/31/05 | $25,021.50 $1,466.97 | $20,017.20 $1,466.97 | 8127 3/28/05 |

58909v1

**SUMMARY OF TIME FOR BILLING PERIOD**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Teresa K.D. Currier | $470 | 28.1 | $13,207.00 |
| Rhonda L. Thomas | $220 | 25.5 | $5,610.00 |
| Melissa N. Flores | $135 | 21.1 | $2,848.50 |
| Raelena Y. Taylor | $135 | 1.9 | $256.50 |
| Frances A. Panchak | $145 | .4 | $58.00 |
| **TOTAL** | | **77.0** | **$21,980.00** |

**SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | 3.8 | 1,586.00 |
| Business Operations | 1.1 | $392.00 |
| Case Administration | 11.7 | $2,720.00 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 12.3 | $4,406.00 |
| Committee, Creditors', Noteholders', or Equity Holders' | 1.9 | $893.00 |
| Employee Benefits/Pension | .8 | $376.00 |
| Employment Applications, Others | 4.5 | $1,615.00 |
| Fee Applications, Applicant | 8.2 | $1,539.00 |
| Fee Applications, Others | 21.6 | $4,530.50 |
| Hearings | 4.3 | $1,251.50 |
| Litigation and Litigation Consulting | 1.5 | $330.00 |
| Plan and Disclosure Statement | 5.3 | $2,341.00 |
| **TOTAL** | 77 | **$21,980.00** |

58909v1

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $71.10 |
| Federal Express | $122.94 |
| Express Certified Mail | $1.20 |
| Messenger Services | $45.00 |
| Telephone | $.12 |
| **TOTAL** | **$240.36** |

**KLETT ROONEY LIEBER & SCHORLING**
**A Professional Corporation**

By:     /s/ Rhonda L. Thomas
        Teresa K. D. Currier (No. 3080)
        Rhonda L. Thomas (No. 4053)
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200

        Co-Counsel to the Official Committee of
        Equity Holders

Dated: April 1, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-002
INVOICE :  188739

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/28/05 | RLT | REVIEWED NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO THE DEBTORS' MOTION FOR AN ORDER APPROVING THE PRIVELEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE WITH THE KWELMBS COMPANIES | .20 |
| 02/16/05 | TC | REVIEWED ORDER MODIFYING COURT'S EARLIER ORDER REGARDING CONFIDENTIALITY OF KWELMBS SETTLEMENT | .40 |
| 02/16/05 | TC | REVIEWED DEBTORS' MOTION TO APPROVE SETTLEMENT AND COMPROMISE WITH IRS REGARDING CERTAIN TAX CLAIMS | .70 |
| 02/16/05 | TC | REVIEWED DEBTORS' MOTION TO APPROVE A SETTLEMENT AND COMPROMISE WITH ST. PAUL COMPANIES REGARDING SOLOW APPEAL | .60 |
| 02/17/05 | RLT | REVIEWED ORDER MODIFYING THE COURT'S PREVIOUS ORDER APPROVING THE PRIVILEGED AND CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE DEBTORS AND THE KWELMBS COMPANIES | .20 |
| 02/18/05 | TC | REVIEWED OFFICIAL COMMITTEE OBJECTION TO DEBTORS' MOTION TO APPROVE A SETTLEMENT WITH CONTINENTAL CASUALTY | .80 |
| 02/21/05 | RLT | REVIEWED OBJECTION TO DEBTORS MOTION FOR AN ORDER APPROVING A SETTLEMENT AND RELEASE AGREEMENT WITH CONTINENTAL CASUALTY COMPANY | .40 |
| 02/21/05 | TC | REVIEWED CLAIM SETTLEMENT NOTICE SENT BY WRGRACE TO GROUP RE SETTLEMENT PROCEDURES AND PARAMETERS FOR CLAIMS | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :   W9600-002
INVOICE :   188739

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:   ASSET DISPOSITION

## T I M E   S U M M A R Y

|             | RATE   | HOURS | TOTALS  |
|-------------|--------|-------|---------|
| R L THOMAS  | 220.00 | .80   | 176.00  |
| T CURRIER   | 470.00 | 3.00  | 1410.00 |
| TOTALS      |        | 3.80  | 1586.00 |

TOTAL FEES :                     1,586.00

TOTAL DUE  :                     1,586.00

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-003
INVOICE : 188740

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 02/08/05 | RLT | REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING REPORT FOR FILING PERIOD DECEMBER 2004 AND ATTACHMENTS | .50 |
| 02/08/05 | TC | REVIEWED MONTHLY OPERATING REPORTS | .60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .50 | 110.00 |
| T CURRIER | 470.00 | .60 | 282.00 |
| TOTALS | | 1.10 | 392.00 |

TOTAL FEES :                392.00

TOTAL DUE  :                392.00

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    MARCH 28, 2005
                                            MATTER :  W9600-004
                                            INVOICE :  188741

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:   CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/02/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING; MATCHING THE PLEADING TO THE DOCKET , AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/04/05 | MNF | CALENDAR DATES | .40 |
| 02/07/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/08/05 | RTT | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/09/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/10/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 02/14/05 | MNF | CALENDAR DATES (.2) UPDATE 2002 SERVICE LIST (.2) EMAILS TO AND FROM KM @ KRAMER RE: FEE AUDITOR INFO (.2) | .60 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-004
INVOICE : 188741


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  CASE ADMINISTRATION


| | | |
|---|---|---|
| 02/17/05 TC | REVIEWED AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE | .70 |
| 02/21/05 RLT | REVIEWED TRANSCRIPT AGENDA MATTERS HEARING HELD 1/24/05 | .30 |
| 02/22/05 MNF | EMAILS TO AND FROM TKDC RE: HEARING PREP FOR 2/28/05 (.3); T/C TO PACHULSKI RE: SAME (.1) | .40 |
| 02/22/05 MNF | REVIEW EMAIL NOTIFICATIONS AND DOWNLOAD AGENDA FOR 2/28/05 HEARING (.4); DISCUSS SAME WITH TKDC (.1) | .50 |
| 02/22/05 TC | REVIEWED AGENDA LETTERS AND CONF WITH PARALEGAL RE HEARING ON 2/28 | .30 |
| 02/23/05 RLT | REVIEWED AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2005 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD | .90 |
| 02/23/05 TC | REVIEWED FURTHER AMENDED AGENDA LETTER | .40 |
| 02/23/05 TC | COMMUNICATION WITH PHIL BENTLEY RE HEARING ON MONDAY | .20 |
| 02/24/05 MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO DOCKET, AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .50 |
| 02/24/05 TC | COMPLETED ARRANGEMENTS FOR PHIL BENTLEY TO ATTEND THE HEARING MONDAY | .50 |
| 02/24/05 TC | REVIEWED NEW PROCEDURES FOR TELEPHONIC APPEARANCES AND PHIL BENTLEY'S REQUEST TO ATTEND TELEPHONICALLY | .60 |

---

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 28, 2005
                                              MATTER :  W9600-004
                                              INVOICE :  188741


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

      RE:  CASE ADMINISTRATION


02/25/05 TC    REVIEWED STATUS REPORT FILED BY SUBSTANTIAL          .40
               EQUITY HOLDER


                    T I M E   S U M M A R Y
                    -----------------------

|                    | RATE   | HOURS | TOTALS  |
| ------------------ | ------ | ----- | ------- |
| M N FLORES         | 135.00 | 6.40  | 864.00  |
| R L THOMAS         | 220.00 | 1.20  | 264.00  |
| R T TAYLOR         | 135.00 | 1.00  | 135.00  |
| T CURRIER          | 470.00 | 3.10  | 1457.00 |
| TOTALS             |        | 11.70 | 2720.00 |


                    TOTAL FEES :                    2,720.00


                    TOTAL DUE  :                    2,720.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 28, 2005
MATTER : W9600-006
INVOICE : 188742

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/30/05 | RLT | REVIEWED RESPONSE TO DEBTOR EIGHTH OMNIBUS OBJECTION TO CLAIM FILED BY MARCELLA M. PAULETTE | .20 |
| 02/02/05 | RLT | REVIEWED RESPONSE TO DEBTOR'S EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |
| 02/03/05 | TC | REVIEWED RESPONSE TO EIGHTH CLAIM OBJECTION | .50 |
| 02/04/05 | TC | REVIEWED STIPULATION RESOLVING CLAIMS OF JOHNSON CONTROLS | .50 |
| 02/04/05 | TC | REVIEWED MISSOURI DEPARTMENT OF REVENUE RESPONSE TO EIGHTH CLAIM OBJECTION | .50 |
| 02/08/05 | RLT | REVIEWED RESPONSE TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY STATE OF NEW JERSEY, DIVISION OF TAXATION | .20 |
| 02/08/05 | TC | REVIEWED STATE OF NEW JERSEY RESPONSE TO CLAIMS OBJECTION | .50 |
| 02/08/05 | TC | REVIEWED RESPONSE TO 8TH CLAIM OBJECTION BY THE NEW YORK STATE DEPARTMENT OF FINANCE AND TAXATION | .50 |
| 02/13/05 | RLT | REVIEWED OBJECTION TO CLAIM OF INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5700 (SUBSTANTIVE | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    MARCH 28, 2005
                                             MATTER :  W9600-006
                                             INVOICE :  188742


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


| | | |
|---|---|---:|
| 02/13/05 RLT | REVIEWED OBJECTION TO CLAIM OF INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5699 (SUBSTANTIVE) FILED BY W.R. GRACE & CO. | .30 |
| 02/13/05 RLT | REVIEWED OBJECTION TO CLAIM OF INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5698 (SUBSTANTIVE) FILED BY W.R. GRACE & CO | .30 |
| 02/13/05 RLT | REVIEWED OBJECTION TO PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN'S MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM FILED BY W.R. GRACE & CO | .40 |
| 02/13/05 RLT | REVIEWED RESPONSE TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (RELATED DOCUMENT(S){7545 ) FILED BY TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | .30 |
| 02/13/05 RLT | REVIEWED RESPONSE TO DEBTOR'S 8TH OMNIBUS OBJECTION TO CLAIMS FILED BY TENNESSEE ATTORNEY GENERAL OFFICE | .30 |
| 02/13/05 RLT | REVIEWED RESPONSE TO DEBTORS EIGHTH OMNIBUS OBJECTION TO CLAIMS FILED BY CENTURY INDEMNITY COMPANY, ET AL | .20 |
| 02/13/05 RLT | REVIEWED RESPONSE TO / CREDITOR ROADWAY EXPRESS, INC.'S RESPONSE TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) FILED BY ROADWAY EXPRESS, INC | .20 |
| 02/13/05 RLT | REVIEWED OBJECTION TO CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 7044 FILED BY ZONOLITE ATTIC INSULATION CLASS PLAINTIFFS | .20 |

---

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 28, 2005
MATTER :  W9600-006
INVOICE :  188742

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 02/14/05 | RLT | REVIEWED OBJECTION TO CLAIM DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIM NO. 7031 (SUBSTANTIVE | .30 |
| 02/14/05 | RLT | REVIEWED OBJECTION TO CLAIM DEBTORS' OBJECTION TO UNITED STEELWORKERS OF AMERICA CLAIM NO. 13283 (SUBSTANTIVE) FILED BY W.R. GRACE & CO | .30 |
| 02/14/05 | RLT | REVIEWED OBJECTION TO CLAIM OF INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 727 CLAIM NO. 5701 FILED BY THE DEBTOR | .30 |
| 02/14/05 | RLT | REVIEWED DEBTORS OBJECTION TO CLAIM DEBTORS' OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIM NO. 7032 (SUBSTANTIVE) | .40 |
| 02/14/05 | RLT | REVIEWED DEBTOR'S OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIM NO. 7029 (SUBSTANTIVE) | .20 |
| 02/14/05 | RLT | REVIEWED OBJECTION TO INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS, AND HELPERS, LOCAL LODGE 726 CLAIM NO. 7030 | .20 |
| 02/15/05 | TC | REVIEWED CENTURY INDEMNITY COMPANY RESPONSE TO 8TH CLAIM OBJECTION | .50 |
| 02/15/05 | TC | REVIEWED RESPONSE FILED BY TENNESSEE ATTORNEY GENERAL TO 8TH CLAIM OBJECTION | .50 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 28, 2005
MATTER :  W9600-006
INVOICE :  188742

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 02/15/05 TC | REVIEWED RESPONSE TO 8TH CLAIM OBJECTION FILED BY TEXAX COMPTROLLER | | .50 |
| 02/16/05 TC | REVIEWED WR GRACE'S OBJECTION TO PACIFICORP-401K PROFIT SHARING PLAN'S MOTION TO FILE A LATE PROOF OF CLAIM | | .60 |
| 02/16/05 TC | REVIEWED WR GRACE OBJECTION TO INTERNATIONAL BROTHERHOOD CLAIMS | | .70 |
| 02/16/05 TC | REVIEWED SUBSTANTIVE CLAIM OBJECTION FILED BY WRGRACE TO BOILERMAKERS UNION | | .50 |
| 02/16/05 TC | REVIEWED SUBSTANTIVE OBJECTION OF WRGRACE TO CLAIMS OF UNITED STEELWORKERS | | .60 |
| 02/17/05 RLT | REVIEWED MOTION TO APPROVE COMPROMISE DEBTORS' MOTION FOR APPROVAL OF THE JOINT STIPULATION AND CONSENT ORDER OF THE DEBTORS AND THE ST. PAUL COMPANIES, INC. CONCERNING THE CLASSIFICATION AND TREATMENT OF ST. PAUL'S CLAIM WITH RESPECT TO THE SOLOW APPEAL BOND AND FOR MODIFICATION OF THE AUTOMATIC STAY | | .40 |
| 02/17/05 RLT | REVIEWED ORDER GRANTING IN PART MOTION OF ASBESTOS PROPERTY DAMAGE COMMITTEE TO STRIKE THE DEBTORS' NOTICE OF INTENT TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION AND OPPORTUNITY TO SUPPLEMENT CLAIMS. | | .20 |
| 02/24/05 TC | REVIEWED RESPONSE TO RESTIVO LETTER | | .40 |
| 02/25/05 RLT | REVIEWED RESPONSE TO MR RESTIVO'S FEBRUARY 3, 2005 LETTER. FILED BY JAMES E. WESTBROOK | | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : MARCH 28, 2005
MATTER : W9600-006
INVOICE : 188742

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:    CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

## T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 5.50 | 1210.00 |
| T CURRIER | 470.00 | 6.80 | 3196.00 |
| TOTALS | | 12.30 | 4406.00 |

TOTAL FEES :                4,406.00

TOTAL DUE  :                4,406.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURVANIA, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-007
INVOICE : 188743

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
     EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/21/05 | TC | REVIEWED MATERIALS SENT IN PREPARATION FOR TOMORROW'S EQUITY COMMITTEE CALL; COORDINATED ATTENDANCE ON CALL | .80 |
| 02/22/05 | TC | ATTENDED COMMITTEE MEETING WITH TED WECHSLER AND OTHERS | 1.10 |

### T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T CURRIER | 470.00 | 1.90 | 893.00 |
| TOTALS | | 1.90 | 893.00 |

TOTAL FEES :                    893.00

TOTAL DUE  :                    893.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MARCH 28, 2005
                                              MATTER :  W9600-008
                                              INVOICE : 188744

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

    RE:  EMPLOYEE BENEFITS / PENSION


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/16/05 | TC | REVIEWED MOTION TO ENTER INTO EMPLOYMENT AGREEMENT WITH CHIEF OPERATING OFFICER WHEREBY HE WOULD ASSUME THE ROLE OF CEO, AND A RETIREMENT AGREEMENT WITH THE CURRENT CEO | .80 |


### T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| T CURRIER    | 470.00 | .80   | 376.00 |
| TOTALS       |        | .80   | 376.00 |

                        TOTAL FEES :                        376.00

                        TOTAL DUE  :                        376.00


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 28, 2005
                                              MATTER :  W9600-010
                                              INVOICE :  188745


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/30/05 | RLT | REVIEWED ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF ARENT FOX PLLC AS A PROFESSIONAL EMPLOYED BY THE ESTATES OF THE DEBTORS | .20 |
| 02/13/05 | RLT | REVIEWED MOTION TO AUTHORIZE DEBTORS' MOTION FOR AUTHORIZATION TO MODIFY AND EXPAND THE SCOPE OF SERVICES PROVIDED BY WOODCOCK WASHBURN LLP FILED BY W.R. GRACE & CO. | .40 |
| 02/14/05 | RLT | REVIEWED MOTION TO AUTHORIZE THE DEBTORS TO ENTER INTO (A) AN EMPLOYMENT AGREEMENT WITH ITS CURRENT CHIEF OPERATING OFFICER UNDER WHICH HE WOULD ASSUME THE POSITION OF CHIEF EXECUTIVE OFFICER OF THE DEBTORS ("CEO") AND (B) A POST-RETIREMENT AGREEMENT WITH THE CURRENT CEO WHEREBY HE WOULD PROVIDE CONSULTING SERVICES RELATED TO DEBTORS' CHAPTER 11 CASES FILED | .40 |
| 02/15/05 | TC | REVIEWED DEBTORS' MOTION TO EXPAND THE ROLE AND DUTIES OF WOODCOCK AND WASHBURN | .50 |
| 02/17/05 | RLT | REVIEWED APPLICATION TO EMPLOY CAHILL, GORDON & REINDEL AS SPECIAL COUNSEL TO THE DEBTORS FILED BY W.R. GRACE & CO. | .40 |
| 02/17/05 | TC | REVIEWED MOTION TO EMPLOY CAHILL GORDON AS SPECIAL COUNSEL TO DEBTORS | .50 |
| 02/17/05 | TC | REVIEWED CNO FOR LEXECON | .40 |
| 02/23/05 | TC | REVIEWED DEBTORS' MOTION TO MODIFY AND EXPAND THE SCOPE OF SERVICES PROVIDED BY BAKER DONELSON ET AL | .70 |

**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 28, 2005
                                              MATTER : W9600-010
                                              INVOICE :  188745

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

   RE:  EMPLOYMENT APPLICATIONS, OTHERS

| 02/24/05 TC | REVIEWED AFFIDAVIT OF KEVIN BURKE IN SUPPORT OF RETENTION OF CAHILL GORDON AS SPECIAL COUNSEL | .40 |
| 02/25/05 RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF WILLIAM W. KANNEL, MEMBER OF MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. FILED BY W.R. GRACE & CO. | .20 |
| 02/25/05 RLT | REVIEWED AFFIDAVIT OF KEVIN J. BURKE IN SUPPORT OF APPLICATION OF THE DEBTORS FOR THE ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT OF CAHILL GORDON & REINDEL LLP AS SPECIAL COUNSEL TO THE DEBTORS | .20 |
| 02/25/05 RLT | REVIEWED AFFIDAVIT UNDER 11 U.S.C. 327(E) OF JACK B. HARRISON, MEMBER OF FROST BROWN TODD LLC FILED BY W.R. GRACE & CO. | .20 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.00 | 440.00 |
| T CURRIER | 470.00 | 2.50 | 1175.00 |
| TOTALS |  | 4.50 | 1615.00 |

                         TOTAL FEES :              1,615.00

                         TOTAL DUE  :              1,615.00

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 28, 2005
MATTER : W9600-011
INVOICE : 188746

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/28/05 | RLT | REVIEWED AND COMMENTED ON KRLS 38TH MONTHLY FEE APPLICATION. | .30 |
| 02/09/05 | FAP | PREPARE QUARTERLY FEE AND EXPENSE SUMMARIES FOR KRLS' QUARTERLY REPORT FOR OCTOBER THROUGH DECEMBER 2004 | .30 |
| 02/09/05 | MNF | DRAFT KRLS'S 15TH QUARTERLY FEE APP FOR OCT.-DEC 2004 | 1.00 |
| 02/10/05 | MNF | REVIEW/MAKE EDITS TO 15TH QUARTERLY FEE REQUEST OF KRLS (.3) EMAIL TO RLT RE: SAME (.1) | .40 |
| 02/14/05 | MNF | T/C TO RLT RE: 15TH QUARTERLY FEE APP OF KRLS | .20 |
| 02/14/05 | MNF | E-FILE AND SERVE 15TH QUARTERLY FEE APP OF KRLS | 1.00 |
| 02/14/05 | RLT | REVIEWED AND COMMENTED ON 15TH QUARTERLY FEE APPLICATION OF KRLS | .30 |
| 02/15/05 | MNF | REVIEW/MAKE EDITS TO PRE-BILLS FOR JANUARY 2005 (.3)SCAN SAME AND SEND TO RLT (.2) | .50 |
| 02/15/05 | TC | REVIEWED KLETT ROONEY FEE APPLICATION | .50 |
| 02/18/05 | MNF | REVIEW DOCKET RE: OBJECTIONS TO 38TH FEE APP OF KRLS (.1); DRAFT CNO RE: SAME (.4) | .50 |
| 02/22/05 | MNF | E-FILE AND SERVE CNO RE: 38TH FEE APP OF KRLS | .90 |
| 02/22/05 | TC | REVIEWED CNO FOR KLETT ROONEY AS FILED | .40 |
| 02/23/05 | RLT | REVIEWED AND COMMENTED ON CNO FOR 41ST FEE APPLICATION OF KRLS | .20 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 28, 2005
                                              MATTER : W9600-011
                                              INVOICE :  188746


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

       RE:  FEE APPLICATIONS, APPLICANT


02/25/05 RLT    REVIEWED AND EDITED JANUARY PREBILLS             .70

02/28/05 MNF    REVIEW FINAL BILLS FOR 12/26/05-1/31/05         .50

02/28/05 MNF    DRAFT 39TH MONTHLY FEE APP OF KRLS FOR          .50
                12/26/05-1/31/05



                T I M E   S U M M A R Y
                -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

    F A PANCHAK          145.00    .30           43.50
    M N FLORES           135.00   5.50          742.50
    R L THOMAS           220.00   1.50          330.00
    T CURRIER            470.00    .90          423.00
                TOTALS            8.20         1539.00


            TOTAL FEES :                      1,539.00


            TOTAL DUE  :                      1,539.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MARCH 28, 2005
                                             MATTER : W9600-012
                                             INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 01/28/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .10 |
| 01/28/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE THIRD MONTHLY INTERIM PERIOD, FROM DECEMBER 1, 2004, THROUGH DECEMBER 31, 2004 | ..10 |
| 01/28/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION (THIRTY-FOURTH) MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 01/28/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION (THIRTY-NINTH) OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY CASNER & EDWARDS LLP | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 28, 2005
MATTER :  W9600-012
INVOICE :  188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  FEE APPLICATIONS, OTHERS


01/28/05 RLT   REVIEWED APPLICATION FOR COMPENSATION            .10
               (EIGHTEENTH) OF PROTIVITI INC. AS DEBTORS'
               SARBANES OXLEY COMPLIANCE ADVISORS FOR
               ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF
               EXPENSES FOR DECEMBER 2004

01/30/05 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION    .20
               NOTICE OF FILING OF MONTLY FEE AND EXPENSE
               INVOICE OF LEXECON FOR THE PERIOD NOVEMBER 1,
               2004 THROUGH NOVEMBER 30,2004

01/30/05 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION    .10
               (FORTY-FOURTH) OF PACHULSKI, STANG, ZIEHL,
               YOUNG, JONES & WEINTRAUB P.C. FOR SERVICES
               RENDERED AND REIMBURSEMENT OF EXPENSES AS
               CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM
               NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004

01/30/05 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION    .10
               FOR SERVICES RENDERED AND REIMBURSEMENT OF
               EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
               OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
               PERIOD OF DECEMBER 1, 2004 THROUGH DECEMBER 31,
               2004 FILED BY FERRY, JOSEPH & PEARCE, P.A.

01/30/05 RLT   REVIEWED SEVENTH MONTHLY INTERIM APPLICATION OF  .10
               PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL
               BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE
               CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR
               SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
               FOR THE TIME PERIOD DECEMBER 1, 2004 THROUGH
               DECEMBER 31, 2004

01/31/05 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION    .10
               FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH
               DECEMBER 31, 2004 FILED BY CAPLIN & DRYSDALE

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MARCH 28, 2005
                                            MATTER : W9600-012
                                            INVOICE : 188747


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

      RE:  FEE APPLICATIONS, OTHERS


01/31/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH
                DECEMBER 31, 2004 FILED BY CAMPBELL & LEVINE,
                LLC

01/31/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH
                DECEMBER 31, 2004 FILED BY L. TERSIGNI
                CONSULTING, P.C

02/02/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION      .20
                OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET
                AL., FOR THE THIRTEENTH QUARTERLY INTERIM
                PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30,
                2004

02/02/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                FORTIETH-FIRST MONTHLY FEE APPLICATION OF
                KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO
                THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
                COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
                FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH
                DECEMBER 31, 2004

02/02/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION      .10
                (FIFTEENTH) OF CARELLA, BYRNE, BAIN, GILFILLAN,
                CECCHI, STEWART & OLSTEIN FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL.,
                FOR THE INTERIM PERIOD FROM OCTOBER 1, 2004
                THROUGH DECEMBER 31, 2004


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE :  188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 02/02/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FORTY-FIFTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SERVICES RENDERED DURING THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 02/02/05 RLT | REVIEWED APPLICATION FOR COMPENSATION ELEVENTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 02/02/05 RTT | E-FILE AND SERVE KRAMER LEVIN'S FORTIETH FIRST FEE APPLICATION(.8); CALENDAR OBJECTION DEADLINE RE SAME(.1) | .90 |
| 02/04/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION (FORTY-FIFTH) OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 02/04/05 RLT | REVIEWED STIPULATION RESOLVING CLAIMS OF JOHNSON CONTROLS, INC. | .20 |
| 02/04/05 RLT | REVIEWED AMENDED RESPONSE TO DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |
| 02/08/05 RLT | REVIEWED RESPONSE TO TO DEBTOR'S EIGHTH OMNIBUS OBJECTION TO CLAIM #15165. FILED BY NEW YORK STATE DEPARTMENT OF TAXATION & FINANCE. | .30 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS


02/08/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION            .10
                TWENTY-NINTH MONTHLY APPLICATION OF BMC GROUP
                (F/K/A BANKRUPTCY MANAGEMENT CORPORATION) FOR
                COMPENSATION FOR SERVICES RENDERED AND
                REIMBURSEMENT OF EXPENSES AS CLAIMS
                RECONCILIATION AND SOLICITATION CONSULTANT TO
                THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2004
                THROUGH AUGUST 31, 2004 FILED BY BMC GROUP

02/08/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION            .10
                THIRTIETH MONTHLY APPLICATION OF BMC GROUP
                (F/K/A BANKRUPTCY MANAGEMENT CORPROATION) FOR
                COMPENSATION FOR SERVICES RENDERED AND
                REIMBURSEMENT OF EXPENSES AS CLAIMS
                RECONCILIATION AND SOLICITATION CONSULTANT TO
                THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1,
                2004 THROUGH SEPTEMBER 30, 2004

02/08/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION            .10
                TWENTY-EIGHTH MONTHLY APPLICATION OF BMC GROUP
                (F/K/A BANKRUPTCY MANAGEMENT CORPORATION) FOR
                COMPENSATION FOR SERVICES RENDERED AND
                REIMBURSEMENT OF EXPENSES AS CLAIMS
                RECONCILIATION AND SOLICITATION CONSULTANT TO
                THE DEBTORS FOR THE PERIOD FROM JULY 1, 2004
                THROUGH JULY 31, 2004

02/08/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION          .10
                OF BMC GROUP FOR COMPENSATION FOR SERVICES
                RENDERED AND REIMBURSEMENT OF EXPENSES AS
                CLAIMS RECONCILIATION AND SOLICITATION
                CONSULTANT TO THE DEBTORS FOR THE FOURTEENTH
                QUARTERLY INTERIM PERIOD JULY 1, 2004 THROUGH
                SEPTEMBER 30, 2004


**PENNSYLVANIA   •   DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 02/08/05 RLT | REVIEWED QUARTERLY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO THE DEBTORS FOR THE SECOND MONTHLY INTERIM PERIOD FROM JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 | .20 |
| 02/08/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | .20 |
| 02/11/05 MNF | T/C WITH ROBERT FROM LEXECON RE: INTERIM FEE APP PREPARATION(.3) REVIEW DOCKET AND PLEADINGS RE: SAME (.2) | .50 |
| 02/13/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION JANUARY 2005 FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | .10 |
| 02/13/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FOURTH QUARTERLY INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY, LLC FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | .20 |
| 02/13/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 (FORTY-SECOND MONTHLY) FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | .10 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE :  188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/13/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 2004 {FORTY-FOURTH FILED BY PITNEY HARDIN LLP | | .10 |
| 02/13/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR DECEMBER 2004 FILED BY WOODCOCK WASHBURN LLP | | .10 |
| 02/14/05 MNF | E-FILE AND SERVE QUARTERLY FEE APP OF LEXECON FOR OCT. -DECEMBER 2004 | | 1.00 |
| 02/14/05 MNF | E-FILE AND SERVE LEXECON'S DECEMBER 2004 FEE APP; EMAIL TO KATHLEEEN AND ROBERT @ LEXECON RE: SAME | | 1.00 |
| 02/14/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY CAMPBELL & LEVINE, LLC | | .20 |
| 02/14/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY LEGAL ANALYSIS SYSTEMS, INC. | | .20 |
| 02/14/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C. | | .10 |
| 02/14/05 RLT | REVIEWED FIFTEENTH QUARTERLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | | .20 |

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 28, 2005
MATTER :   W9600-012
INVOICE :  188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/14/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | | .20 |
| 02/14/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE OF LEXECON FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | | .10 |
| 02/15/05 FAP | CONFERENCE WITH MNF RE: LEXECON'S MONTHLY AND QUARTERLY FEE APPLICATIONS AND CONFIRMATION OF RETENTION | | .10 |
| 02/15/05 MNF | SCAN AND E-MAIL TO FEE AUDITOR QUARTERLY FEE APPS FOR LEXECON AND KRLS AND MONTHLY FEE APP FOR LEXECON FOR DEC. 2004 | | .60 |
| 02/15/05 MNF | T/C TO G. BECKER @ KRAMER RE: LEXECON'S FEE APPS | | .20 |
| 02/15/05 TC | REVIEWED LEXICON FEE APPLICATION | | .40 |
| 02/15/05 TC | CALL TO MELISSA FLORES RE CALL FROM GARY BECKER RE LEXECON ORDER | | .40 |
| 02/15/05 TC | REVIEWED LEXECON ORDER | | .40 |
| 02/16/05 MNF | REVIEW DOCKET RE: OBJECTIONS TO NOVEMBER 2004 FEE APP OF LEXECON (.1); DRAFT CNO RE: NOVEMBER 2004 FEE APP OF LEXECON (..5) | | .60 |
| 02/17/05 MNF | E-FILE AND SERVE CNO RE: NOVEMBER MONTHLY FEE APP OF LEXECON | | .70 |
| 02/17/05 MNF | REVIEW DOCKET RE: OBJECTIONS TO JULY- SEPT. 2004 QUARTERLY FEE APP OF KRAMER LEVIN (.1) DRAFT CNO RE: SAME (.5) | | .60 |

**PENNSYLVANIA    •   DELAWARE    •    NEW JERSEY    •    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   MARCH 28, 2005
                                           MATTER : W9600-012
                                           INVOICE : 188747


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

    RE:  FEE APPLICATIONS, OTHERS


02/17/05 RLT    REVIEWED INTERIM APPLICATION FOR COMPENSATION        .10
                AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL
                SPECIAL COUNSEL FOR THE PERIOD DECEMBER 1, 2004
                THROUGH DECEMBER 31, 2004. FILED BY LUKINS &
                ANNIS, P.S.

02/17/05 RLT    REVIEWED INTERIM APPLICATION FOR COMPENSATION        .10
                AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL
                SPECIAL COUNSEL FOR THE PERIOD DECEMBER 1, 2004
                THROUGH DECEMBER 31, 2004. FILED BY THE SCOTT
                LAW GROUP

02/17/05 RLT    REVIEWED INTERIM APPLICATION FOR COMPENSATION        .10
                OF LUKINS & ANNIS, P.S., FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI
                ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM
                PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31,
                2004. FILED BY LUKINS & ANNIS, P.S.

02/17/05 RLT    REVIEWED ORDER AUTHORIZING AND APPROVING THE         .20
                EMPLOYMENT AND RETENTION OF LEXECON LLC, NUNC
                PRO TUNC FROM OCTOBER 29, 2004, AS ASBESTOS
                CLAIMS CONSULTANT THE OFFICIAL COMMITTEE OF
                EQUITY SECURITY HOLDERS

02/17/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION      .20
                QUARTERLY FEE APPLICATION OF LEXECON,
                CONSULTANTS TO THE OFFICIAL COMMITEE OF EQUITY
                HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF
                DISBURSEMENTS FOR THE PERIOD FROM OCTOBER 1,
                2004 THROUGH DECEMBER 31, 2004

02/17/05 RLT    REVIEWED INTERIM APPLICATION FOR COMPENSATION        .20
                FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH
                DECEMBER 31, 2004 FILED BY CAPLIN & DRYSDALE,
                CHARTERED

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/17/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FIFTEENTH QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED | | .20 |
| 02/17/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY L. TERSIGNI CONSULTING, P.C | | .20 |
| 02/17/05 RLT | REVIEWED MOTION TO APPROVE COMPROMISE DEBTORS' MOTION FOR AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO A SETTLEMENT AGREEMENT WITH THE INTERNAL REVENUE SERVICE WITH RESPECT TO CERTAIN TAX CLAIMS ARISING IN THE DEBTORS' 1993-1996 TAXABLE YEARS | | .40 |
| 02/17/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LUKINS & ANNIS, P.S., AND THE SCOTT LAW GROUP, P.S., AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | | .20 |
| 02/18/05 MNF | E-FILE AND SERVE CNO RE: QUARTERLY FEE APP OF KRAMER LEVIN | | .80 |
| 02/18/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE CO., ET AL., FOR THE FIFTEENTH INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY CASNER & EDWARDS LLP | | .20 |

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 02/18/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIFTEENTH QUARTERLY INTERIM PERIOD OCTOBER-DECEMBER 2004 FILED BY WOODCOCK WASHBURN LLP | .20 |
| 02/18/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC, AS ZAI LEAD SPECIAL COUNSEL, FOR THE INTERIM PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004. FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | .20 |
| 02/18/05 RLT | REVIEWED MOTION TO ALLOW /MOTION FOR ENTRY OF ORDER APPROVING FEE APPLICATIONS AND ALLOWING PAYMENT OF HOLDBACKS FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS | .40 |
| 02/18/05 RLT | REVIEWED MOTION TO SHORTEN TIME /MOTION TO SHORTEN NOTICE FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS HEARING SCHEDULED | .20 |
| 02/18/05 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRD QUARTERLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS? REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2004 TO DECEMBER 31, 2004 | .20 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 02/18/05 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-SEVENTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 2004 FILED BY PRICEWATERHOUSECOOPERS LLP | | .20 |
| 02/18/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION (SIXTH QUARTERLY) OF PROTIVITI INC. FOR THE PERIOD OF OCTOBER 1, 2004 TO DECEMBER 31, 2004 FILED BY PROTIVITI INC. | | .20 |
| 02/18/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY BLACKSTONE GROUP L.P | | .20 |
| 02/21/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF LUKINS & ANNIS, P.S., AND THE SCOTT LAW GROUP, P.S., AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY THE SCOTT LAW GROUP | | .20 |
| 02/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION /FIFTEENTH QUARTERLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FILED BY PRICEWATERHOUSECOOPERS LLP | | .20 |
| 02/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION EIGHTH MONTLHLY FEE APPLICATION OF SWIDLER BERLIN, LLP, COUNSEL TO DAVID T. AUSTERN FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | | .10 |

**PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 02/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN, LLP, COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 | .10 |
| 02/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION OF NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FOURTH INTERIM PERIOD, FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004, FOR THE QUARTER OF OCTOBER 2004 - DECEMBER 2004 | .10 |
| 02/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (THIRTY-FOURTH) OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2005 THROUGH JANUARY 31, 2005 | .10 |
| 02/21/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (NINETEENTH) OF PROTIVITI INC. AS DEBTORS' SARBANES OXLEY COMPLIANCE ADVISORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 2005 | .10 |
| 02/21/05 RLT | REVIEWED QUARTERLY APPLICATION FOR COMPENSATION -- FIFTEENTH INTERIM QUARTERLY VERIFIED APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | .20 |
| 02/22/05 MNF | REVIEW DOCKET FOR OBJECTIONS RE: 41ST FEE APP OF KRAMER LEVIN | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 02/22/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FIFTEENTH QUARTERLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SERVICES RENDERED DURING THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS HEARING | | .10 |
| 02/23/05 MNF | E-FILE AND SERVE CNO RE: 41ST FEE APP OF KRAMER LEVIN | | .80 |
| 02/23/05 MNF | DRAFT CNO RE: 41ST FEE APP OF KRAMER LEVIN (.5) ; EMAIL TO KATHLEEN @ KRAMER RE: SAME (.1) | | .60 |
| 02/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRD QUARTERLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | | .10 |
| 02/23/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 | | .10 |
| 02/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2005 THROUGH NOVEMBER 30, 2005 | | .10 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
                        DATE :    MARCH 28, 2005
                        MATTER :  W9600-012
                        INVOICE :  188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---:|
| 02/23/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION EIGHTTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 02/23/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION SIXTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2005 THROUGH OCTOBER 31, 2005 | .10 |
| 02/23/05 | TC | COMMUNICATIONS REGARDING ANY INFORMAL OBJECTIONS TO FEE APPLICATIONS | .20 |
| 02/23/05 | TC | REVIEWED ORDER IN VARIOUS CASES ON FEE APPLICATION HEARINGS | .30 |
| 02/23/05 | TC | REVIEWED KRAMER LEVIN CNO ON FEES | .30 |
| 02/25/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005 | .10 |
| 02/25/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 FOR THE QUARTER OF OCTOBER - DECEMBER 2004 | .10 |

**PENNSYLVANIA**    ●    **DELAWARE**    ●    **NEW JERSEY**    ●    **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-012
INVOICE : 188747

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  FEE APPLICATIONS, OTHERS

02/25/05 RLT    REVIEWED APPLICATION FOR COMPENSATION OF              .10
                STEPTOE & JOHNSON LLP FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET
                AL., FOR THE MONTHLY INTERIM PERIOD FROM
                NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004 FOR
                THE QUARTER OF OCTOBER - DECEMBER 2004

02/25/05 RLT    REVIEWED APPLICATION FOR COMPENSATION OF             .10
                STEPTOE & JOHNSON LLP FOR COMPENSATION FOR
                SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET
                AL., FOR THE MONTHLY INTERIM PERIOD FROM
                OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004 FOR
                THE QUARTER OF OCTOBER - DECEMBER 2004

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | .10 | 14.50 |
| M N FLORES | 135.00 | 7.50 | 1012.50 |
| R L THOMAS | 220.00 | 11.10 | 2442.00 |
| R T TAYLOR | 135.00 | .90 | 121.50 |
| T CURRIER | 470.00 | 2.00 | 940.00 |
| TOTALS | | 21.60 | 4530.50 |

TOTAL FEES :                4,530.50

TOTAL DUE  :                4,530.50

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    MARCH 28, 2005
MATTER :  W9600-014
INVOICE : 188748
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/08/05 | RLT | REVIEWED TRANSCRIPT AGENDA MATTERS HEARING HELD 1/24/05 | .40 |
| 02/18/05 | TC | REVIEWED AGENDA NOTICE OF MATTERS SCHEDULED FOR HEARING 2/28 | .60 |
| 02/21/05 | RLT | REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 28, 2005 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD FILED BY W.R. GRACE & CO. | .40 |
| 02/23/05 | TC | REVIEWED AMENDED AGENDA LETTER | .50 |
| 02/24/05 | MNF | COORDINATE TELEPHONIC APPEARANCE FOR P. BENTLEY FOR 2/28/05 HEARING (.5); DRAFT LETTER TO LAURA JONES @ PACHULSKI RE: SAME (.4); DISCUSS SAME WITH TKDC AND FP (.3) | 1.20 |
| 02/25/05 | MNF | REVIEW PLEADINGS AND PREPARE HEARING FOLDER FOR 2/28/05 HEARING | .50 |
| 02/28/05 | TC | REVIEWED PLEADINGS AND AGENDA IN PREPARATION FOR HEARING TODAY | .70 |

**PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MARCH 28, 2005
MATTER :  W9600-014
INVOICE :  188748


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  HEARINGS


## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| M N FLORES | 135.00 | 1.70 | 229.50 |
| R L THOMAS | 220.00 | .80 | 176.00 |
| T CURRIER | 470.00 | 1.80 | 846.00 |
| TOTALS |  | 4.30 | 1251.50 |


TOTAL FEES :                     1,251.50


TOTAL DUE  :                     1,251.50


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-015
INVOICE : 188749

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 01/30/05 | RLT | REVIEWED RULE 2019 STATEMENT SUPPLEMENTAL VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019 FILED BY PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN | .20 |
| 01/30/05 | RLT | REVIEWED RULE 2019 STATEMENT REPRESENTATION BY MCPHERSON MONK, ET AL FILED BY JAMES E. WIMBERLEY | .10 |
| 01/30/05 | RLT | REVIEWED ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF THEIR ESTIMATION SUPPLEMENT | .20 |
| 01/30/05 | RLT | REVIEWED ORDER AUTHORIZING AND APPROVING, TO THE EXTENT NECESSARY, REIMBURSEMENT OF DEFENSE COSTS AND ADVANCEMENT OF FUNDS TO SETTLE CERTAIN ACTIONS PURSUANT TO NATIONAL UNION'S EMPLOYEE BENEFIT PLAN FIDUCIARY LIABILITY INSURANCE POLICY. | .30 |
| 02/08/05 | RLT | REVIEWED ORDER (AMENDED) ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE SIGNED ON 2/8/2005 | .20 |
| 02/21/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY BALDWIN & BALDWIN, LLP. | .10 |
| 02/21/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY BALDWIN & BALDWIN, LLP. | .10 |

**PENNSYLVANIA   •  DELAWARE   •   NEW JERSEY   •   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MARCH 28, 2005
MATTER :   W9600-015
INVOICE :   188749

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:   LITIGATION AND LITIGATION CONSULTING

02/25/05 RLT    REVIEWED STATUS REPORT NOTICE OF STATUS AS A                .30
                SUBSTANTIAL EQUITYHOLDER FILED BY CITADEL
                INVESTMENT GROUP, L.L.C.

### T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| R L THOMAS   | 220.00 | 1.50  | 330.00 |
| TOTALS       |        | 1.50  | 330.00 |

TOTAL FEES :                330.00

TOTAL DUE  :                330.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-016
INVOICE :  188750

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 02/18/05 | TC | REVIEWED CHART OF REMAINING OBJECTIONS TO DISCLOSURE STATEMENT | 1.90 |
| 02/21/05 | RLT | REVIEWED EXHIBIT DEBTORS' CHART REGARDING STATUS OF REMAINING OBJECTIONS TO DEBTORS' DISCLOSURE STATEMENT | .60 |
| 02/28/05 | TC | ATTENDED HEARING ON DISCLOSURE STATEMENT AND OTHER MATTERS BROUGHT ON THE OMNIBUS HEARING DAY | 2.80 |

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| R L THOMAS | 220.00 | .60 | 132.00 |
| T CURRIER | 470.00 | 4.70 | 2209.00 |
| TOTALS |  | 5.30 | 2341.00 |

TOTAL FEES :                    2,341.00

TOTAL DUE   :                    2,341.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MARCH 28, 2005
MATTER :  W9600-000
INVOICE : 188738

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 02/28/05    T C

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 01/07/05 TELEPHONE 7688 | 0.12 |
| 01/26/05 REPRODUCTION OF DOCUMENTS | 5.40 |
| 01/27/05 REPRODUCTION OF DOCUMENTS | 22.20 |
| 01/28/05 REPRODUCTION OF DOCUMENTS | 16.20 |
| 02/02/05 REPRODUCTION OF DOCUMENTS | 26.10 |
| 02/03/05 FEDERAL EXPRESS - FEDEX - # 7-982-34758 | 19.89 |
| 02/03/05 FEDERAL EXPRESS - FEDEX - # 7-982-34758 | 12.59 |
| 02/10/05 FEDERAL EXPRESS - FEDEX - # 7-994-53659 | 29.89 |
| 02/10/05 FEDERAL EXPRESS - FEDEX - # 7-994-53659 | 32.67 |
| 02/14/05 MESSENGER SERVICES - PARCELS, INC. - # 27699 | 7.50 |
| 02/15/05 EXPRESS/CERTIFIED MAIL | 1.20 |
| 02/18/05 REPRODUCTION OF DOCUMENTS | 0.60 |
| 02/21/05 MESSENGER SERVICES - PARCELS, INC. - # 28048 | 7.50 |
| 02/21/05 MESSENGER SERVICES - PARCELS, INC. - # 27853 | 15.00 |
| 02/21/05 MESSENGER SERVICES - PARCELS, INC. - # 27853 | 15.00 |
| 02/23/05 REPRODUCTION OF DOCUMENTS | 0.60 |
| 02/23/05 FEDERAL EXPRESS - FEDEX - # 5-380-05881 | 13.95 |
| 02/23/05 FEDERAL EXPRESS - FEDEX - # 5-380-05881 | 13.95 |

TOTAL EXPENSE ADVANCES :    240.36

TOTAL DUE  :    240.36

PENNSYLVANIA  ●  DELAWARE  ●  NEW JERSEY  ●  WASHINGTON D.C.