IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO. et al., ) | Case No: 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | |

**MOTION AND ORDER GRANTING**
**ADMISSION PRO HAC VICE**

Elizabeth D. Power, a member of the Bar of this Court, pursuant to District Court Local Rule 83.5, hereby moves the admission pro hac vice of Patrick J. Burke to represent Certain Underwriters at Lloyd's, London and Certain London Market Companies in these chapter 11 cases.

Patrick J. Burke is admitted, practicing and in good standing in the Bar of the State of New York and the United States District Court for the Southern and Eastern Districts of New York.

Dated: Wilmington, Delaware
April 1, 2005

*Elizabeth D. Power*
Elizabeth D. Power (ID No. 4135)
Zuckerman Spaeder LLP
919 Market Street, Suite 990
P.O. Box 1028
Wilmington, DE 19899
(302) 427-0400

The undersigned Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdictions set forth above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct that arises in connection with these chapter 11 cases, and has acquired or has access to a copy of the Local Rules of this Court and is generally familiar with such Rules.

_____
Patrick J. Burke
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105
(212) 424 9000

Motion granted.

Dated: _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge