<u>**NO ORDER REQUIRED**</u>

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors ) | Objection Deadline: March 31, 2005 at 4:00 p.m. |

### CERTIFICATE OF NO OBJECTION
### REGARDING DOCKET NO. 8014

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Forty-Third Interim Application of Bilzin Sumberg Baena Price & Axelrod, LLP (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from January 1, 2005 through January 31, 2005 ("the Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than March 31, 2005 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $94,790.20 which represents 80% of the fees ($118,487.75) and $7,103.04 which represents 100% of the expenses requested in the Application for the period January 1, 2005 through January 31, 2005 upon the filing of this certification and without

the need for entry of a Court order approving the Application.

Dated: April 1, 2005

        Scott L. Baena, Esquire
        Jay M. Sakalo, Esquire
        Allyn S. Danziesen, Esquire
        BILZIN, SUMBERG, BAENA, PRICE
        &amp; AXELROD, LLP
        2500 Wachovia Financial Center
        200 South Biscayne Boulevard
        Miami, FL 33131-2336
        Tel:   (305) 374-7580
        Fax:  (305) 374-7593

        -and-

        FERRY, JOSEPH & PEARCE, P.A.

        /s/ Theodore J. Tacconelli
        Michael B. Joseph (No. 392)
        Theodore J. Tacconelli (No. 2678)
        824 Market Street, Suite 904
        P.O. Box 1351
        Wilmington, DE. 19899
        Tel:   (302) 575-1555
        Fax:  (302) 575-1714

        Co-Counsel to the Official Committee of Asbestos
        Property Damage Claimants