# EXHIBIT 1

Case 01-01139-AMC    Doc 8159-1    Filed 04/01/05    Page 1 of 15

**ORIGINAL**

*Presented at Hearing 3/21/05*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Re: Docket No. 7545 and 3/21/05 Agenda Item |
| | ) No. 12 |

### CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

1. On January 12, 2005, the Debtors filed their Eighth Omnibus Objections[2] to Claims (the "Eighth Omnibus Objection") [Docket No. 7545].

2. On March 15, 2005, the Court entered the Order Granting Relief Sought in Debtors' Eighth Omnibus Objection to Claims [Docket No. 8024].

NOW THEREFORE, upon consideration of the Debtors' Eighth Omnibus Objection seeking an order disallowing certain Claims; and it appearing that this Court has jurisdiction over this matter, that venue is proper and proper notice having been given and no further notice being required; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms used but not defined herein are as defined in the Debtors' Eighth Omnibus Objection.

ORDERED that the Objection to each Claim listed on <u>Exhibit A</u> to this Order is continued to the April 25, 2005 hearing; and it is further

ORDERED that the Objection to Claim #9572 and ##9574-9633 filed by Century Indemnity Company, listed on <u>Exhibit B</u>, is withdrawn without prejudice and the Debtors retain all rights to object to Claim #9572 and ##9574-9633 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that the Objection to Claim #3816 filed by Missouri Department of Revenue, listed on <u>Exhibit B</u>, is withdrawn without prejudice and the Debtors retain all rights to object to Claim #3816 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that the Objection to Claim #4385 filed by the Town of Acton, Massachusetts, listed on <u>Exhibit B</u>, is withdrawn without prejudice and the Debtors retain all rights to object to Claim #4385 on any grounds in the future upon proper notice and consistent with applicable bankruptcy rules; and it is further

ORDERED that the Objection to IBM Corporation (Claim #149) listed on <u>Exhibit C</u> to this Order is sustained, and the Claim is reduced and allowed. Despite attempts by Debtors' counsel to serve the Eighth Omnibus Objection upon the claimant at the claimant's address listed on Claim #149, the document was returned as undeliverable. After service of the Eighth Omnibus Objection upon an alternative address obtained through the research of the Debtors' claim consultant, BMC, the Eighth Omnibus Objection was not returned as undeliverable. To date, no response has been filed; and it is further

ORDERED that IBM Corporation shall have ten days from the entry of this Order to file any motion for reconsideration regarding the reduction of Claim #149; and it is further

ORDERED that the Objection to Linkage Inc. (Claim #1170) listed on Exhibit D to this Order is sustained, and the Claim is expunged and disallowed for all purposes. Despite attempts by Debtors' counsel to serve the Eighth Omnibus Objection upon the claimant at the claimant's address listed on Claim #1170, the document was returned as undeliverable. After service of the Eighth Omnibus Objection upon an alternative address obtained through the research of the Debtors' claim consultant, BMC, the Eighth Omnibus Objection was not returned as undeliverable. To date, no response has been filed; and it is further

ORDERED that Linkage Inc. shall have ten days from the entry of this Order to file any motion for reconsideration regarding the disallowance of Claim #1170; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any Claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _3/21_, 2005

_JKC Fitzgerald_
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT A - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|---|
| 1 | NATIONAL UNION FIRE INSURANCE C/O MICHAEL S DAVIS ESQ ZEICHNER ELLMAN & KRAUSE LLP 575 LEXINGTON AVE NEW YORK NY 10022 | 01-01139 W.R. GRACE & CO. | 9553 | $46,971,746.00 | (S) | CROSS-DEBTOR DUPLICATE | $0.00 | (S) | CONTINUED TO 4/25/2005 12:00 PM |
| 2 | NEW YORK STATE DEPT OF BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01139 W.R. GRACE & CO. | 15165 | $267,817.79 | (U) | REDUCE AND ALLOW | $106,368.00 | (U) | CONTINUED TO 4/25/2005 12:00 PM |
| 3 | NY STATE DEPT OF TAXATION AND BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | 01-01146 CCHP, INC. | 15316 | $7,509.78 $4,127.62 | (P) (U) | NO LIABILITY EXPUNGE | $0.00 $0.00 | (P) (U) | CONTINUED TO 4/25/2005 12:00 PM |
| 4 | PAULETTE, MARCELLA M 287 TOWNSHIP RD 267 AMSTERDAM OH 43903-7909 | 01-01139 W.R. GRACE & CO. | 2360 | UNKNOWN | (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | CONTINUED TO 4/25/2005 12:00 PM |
| 5 | STATE OF NEW JERSEY DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.-CONN. | 15324 | $258,629.24 | (A) | NO LIABILITY EXPUNGE | $0.00 | (A) | CONTINUED TO 4/25/2005 12:00 PM |
| 6 | STATE OF NEW JERSEY DEPT OF DIVISION OF TAXATION PO BOX 245 TRENTON NJ 08695-0245 | 01-01140 W.R. GRACE & CO.-CONN. | 871 | $149,730.68 | (P) | REDUCE AND ALLOW | $27,491.00 | (P) | CONTINUED TO 4/25/2005 12:00 PM |
| 7 | TENNESSEE DEPT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE TN 37202-0207 | 01-01139 W.R. GRACE & CO. | 15452 | $2,066.55 | (P) | NO LIABILITY EXPUNGE | $0.00 | (P) | CONTINUED TO 4/25/2005 12:00 PM |
| 8 | TEXAS COMPTROLLER OF PUBLIC OFFICE OF THE ATTORNEY GENERAL COLLECTION DIV BANKRUPTCY SECT PO BOX 12548 AUSTIN TX 78711-2548 | 01-01165 GRACE DRILLING COMPANY | 311 | $11,227.67 | (S) | NO LIABILITY EXPUNGE | $0.00 | (S) | CONTINUED TO 4/25/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
  (P) - Priority         (U) - Unsecured

Page 1 of 1

3/17/2005 3:11:14 PM

Hearing Date: Monday, March 21, 2005

# In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01139<br>W.R. GRACE & CO. | 9572 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 2 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01141<br>A-1 BIT & TOOL CO.,INC. | 9574 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 3 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01142<br>ALEWIFE BOSTON LTD. | 9575 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 4 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01143<br>ALEWIFE LAND CORPORATION | 9576 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 5 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01144<br>AMICON, INC. | 9577 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 6 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01145<br>CB BIOMEDICAL, INC. | 9578 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 7 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01146<br>CCHP, INC. | 9579 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 8 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01147<br>COALGRACE, INC. | 9580 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 9 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01148<br>COALGRACE II, INC. | 9581 | | (T) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 10 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01149<br>CREATIVE FOOD 'N FUN COMPANY | 9582 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 11 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01150<br>DAREX PUERTO RICO, INC. | 9583 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 12 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01151<br>DEL TACO RESTAURANTS, INC. | 9584 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 13 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01152<br>DEWEY AND ALMY LLC | 9585 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 14 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01153<br>ECARG, INC. | 9586 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 15 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01154<br>FIVE ALEWIFE BOSTON LTD. | 9587 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 16 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01155<br>G C LIMITED PARTNERS I, INC. | 9588 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 17 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01156<br>G C MANAGEMENT, INC. | 9589 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 18 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01157 GEC MANAGEMENT CORPORATION | 9590 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 19 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01158 GN HOLDINGS, INC. | 9591 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 20 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01159 GPC THOMASVILLE CORP. | 9592 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 21 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01160 GLOUCESTER NEW COMMUNITIES COMPANY, INC. | 9593 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 22 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01161 GRACE A-B INC. | 9594 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 23 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01162 GRACE A-B II INC. | 9595 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 24 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01163 GRACE CHEMICAL COMPANY OF CUBA | 9596 | | | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 25 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01164 GRACE CULINARY SYSTEMS, INC. | 9597 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 26 | CENTURY INDEMNITY COMPANY ET AL C/O LEONARD P GOLDBERGER ESQ WHITE AND WILLIAMS LLP 1800 ONE LIBERTY PL PHILADELPHIA PA 19103-7395 | 01-01165 GRACE DRILLING COMPANY | 9598 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

In re: **W.R. GRACE & CO., et al**
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 27 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01166<br>GRACE ENERGY CORPORATION | 9599 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 28 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01167<br>GRACE ENVIRONMENTAL, INC. | 9600 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 29 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01168<br>GRACE EUROPE, INC. | 9601 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 30 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01169<br>GRACE H-G INC. | 9602 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 31 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01170<br>GRACE H-G II INC. | 9603 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 32 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01171<br>GRACE HOTEL SERVICES CORPORATION | 9604 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 33 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01172<br>GRACE INTERNATIONAL HOLDINGS, INC. | 9605 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 34 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01173<br>GRACE OFFSHORE COMPANY | 9606 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 35 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01174<br>GRACE PAR CORPORATION | 9607 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 36 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01175<br>GRACE PETROLEUM LIBYA INCORPORATED | 9608 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 37 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01176<br>GRACE TARPON INVESTORS, INC. | 9609 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 38 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01177<br>GRACE VENTURES CORP. | 9610 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 39 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01178<br>GRACE WASHINGTON, INC. | 9611 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 40 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01179<br>W.R. GRACE CAPITAL CORPORATION | 9612 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 41 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01180<br>W.R. GRACE LAND CORPORATION | 9613 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 42 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01181<br>GRACOAL, INC. | 9614 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 43 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01182<br>GRACOAL II, INC. | 9615 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 44 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01183<br>GUANICA-CARIBE LAND DEVELOPMENT CORPORATION | 9616 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority           (U) - Unsecured

Page 5 of 8                                                                                   3/17/2005 3:13:38 PM
page 12 of 19

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 45 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01184<br>HANOVER SQUARE CORPORATION | 9617 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 46 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01185<br>HOMCO INTERNATIONAL, INC. | 9618 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 47 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01186<br>KOOTENAI DEVELOPMENT COMPANY | 9619 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 48 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01187<br>L B REALTY, INC. | 9620 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 49 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01188<br>LITIGATION MANAGEMENT, INC | 9621 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 50 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01189<br>MONOLITH ENTERPRISES INCORPORATED | 9622 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 51 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01190<br>MONROE STREET, INC. | 9623 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 52 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01191<br>MRA HOLDINGS CORP. | 9624 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 53 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01192<br>MRA INTERMEDCO, INC. | 9625 | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority             (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number / Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 54 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01193<br>9626<br>MRA STAFFING SYSTEMS, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 55 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01194<br>9627<br>REMEDIUM GROUP, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 56 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01195<br>9628<br>SOUTHERN OIL, RESIN & FIBERGLASS, INC. | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 57 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01196<br>9629<br>WATER STREET CORPORATION | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 58 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01197<br>9630<br>AXIAL BASIN RANCH COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 59 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01198<br>9631<br>CC PARTNERS | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 60 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01199<br>9632<br>HAYDEN-GULCH WEST COAL COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 61 | CENTURY INDEMNITY COMPANY ET AL<br>C/O LEONARD P GOLDBERGER ESQ<br>WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PL<br>PHILADELPHIA PA 19103-7395 | 01-01200<br>9633<br>H-G COAL COMPANY | UNKNOWN | (U) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |
| 62 | DEPARTMENT OF REVENUE STATE OF MISSOURI<br>BOX 475<br>JEFFERSON CITY MO 65105 | 01-01139<br>3816<br>W.R. GRACE & CO. | $180.05<br>$3,896.41 | (P)<br>(U) | NO LIABILITY EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured

Page 7 of 8                                          3/17/2005 3:13:38 PM

In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT B - WITHDRAWN

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 63 | TOWN OF ACTON MASSACHUSETTS<br>C/O THOMAS O BEAN ESQ<br>155 SEAPORT BLVD WORLD TRADE CENTER W<br>BOSTON MA 02210 | 01-01139<br>W.R. GRACE & CO. | 4385 | UNKNOWN | (S) | CROSS-DEBTOR DUPLICATE EXPUNGE | WITHDRAWN |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 8 of 8

3/17/2005 3:13:38 PM

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT C - SUSTAINED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | | Relief Requested | Allowed Claim Amount* | Claim Class** | | Order Status |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | IBM CORPORATION<br>ATTN: BH SHIDELER<br>TWO LINCOLN CTR<br>18 W140 BUTTERFIELD RD<br>OAKBROOK, IL 60181-4295 | 01-01139<br>W.R. GRACE & CO. | 149 | $74,337.14 | (U) | REDUCE AND ALLOW | $60,191.54 | (U) | | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority             (U) - Unsecured

Page 1 of 1                                                                                    3/17/2005 11:27:29 AM

Hearing Date: Monday, March 21, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 8 - EXHIBIT D - SUSTAINED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | LINKAGE INC<br>16 NEW ENGLAND EXECUTIVE PARK<br>SUITE 205<br>BURLINGTON MA 01803 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1170 | $4,495.00 | (U) | NO LIABILITY<br>EXPUNGE | SUSTAINED |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority            (U) - Unsecured

Page 1 of 1

3/17/2005 11:28:24 AM