# EXHIBIT 2

# Dkt 8083 - Omni 8 Continuance Order
# for WR Grace

**Total number of parties: 13**
**Mode of Service: US Mail (1st Class)**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 13347 | CENTURY INDEMNITY COMPANY ET AL, C/O LEONARD P GOLDBERGER ESQ, WHITE AND WILLIAMS LLP, 1800 ONE LIBERTY PL, PHILADELPHIA, PA 19103-7395 |
| 13347 | DEPARTMENT OF REVENUE STATE OF MISSOURI, BOX 475, JEFFERSON CITY, MO 65105 |
| 13347 | IBM CORPORATION, ATTN: BH SHIDELER, TWO LINCOLN CTR, 18 W140 BUTTERFIELD RD, OAKBROOK, IL 60181-4295 |
| 13347 | LINKAGE INC, 16 NEW ENGLAND EXECUTIVE PARK, SUITE 205, BURLINGTON, MA 01803 |
| 13347 | NATIONAL UNION FIRE INSURANCE COMPANY OF, C/O MICHAEL S DAVIS ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY 10022 |
| 13347 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 13347 | NY STATE DEPT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 13347 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 |
| 13347 | STATE OF NEW JERSEY DEPARTMENT OF TREASU, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |
| 13347 | STATE OF NEW JERSEY DEPT OF TREASURY, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |
| 13347 | TENNESSEE DEPT OF REVENUE, C/O ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN 37202-0207 |
| 13347 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX 78711-2548 |
| 13347 | TOWN OF ACTON MASSACHUSETTS, C/O THOMAS O BEAN ESQ, 155 SEAPORT BLVD WORLD TRADE CENTER W, BOSTON, MA 02210 |

**Subtotal for this group: 13**