**EXHIBIT 2**

## Dkt 8082 - Omni 4 Continuation Order
## for WR Grace

**Total number of parties: 1**
**Mode of Service: US Mail (1st Class)**

### Exhibit 2 - WR Grace Mailing

Svc Lst   Name and Address of Served Party

13346   SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN &
        BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110

**Subtotal for this group: 1**