IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., et al. ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | Objection Deadline: March 28, 2005 |
| ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO.7988
## (NO ORDER REQUIRED)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventh Monthly Fee Application (the "Application") of CIBC World Markets, Inc., Financial Advisor to David T. Austern, Future Claimants' Representative ("FCR") for the period from December 1, 2004 through December 31, 2004 (the "Period"), filed with the Court on March 8, 2005, and entered on the Court's docket as Docket No. 7988. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than March 28, 2005.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals, entered May 3, 2001 ("the Amended Administrative Order") dated March 17, 2003, the Debtors are authorized to pay CIBC $80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $97.39 for a total of $80,097.39 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                              SWIDLER BERLIN LLP

                              By: _____
                                  Roger Frankel, *admitted pro hac vice*
                                  Richard H. Wyron, *admitted pro hac vice*
                                  3000 K Street, NW, Suite 300
                                  Washington, DC 20007
                                  (202) 424-7500
                                  Counsel to David T. Austern,
                                  As Future Claimants' Representative

Dated: March 31, 2005

## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on March 31, 2005, I caused a copy of the *Certification of No Objection Regarding Docket No. 7988* to be served upon those persons listed in the attached Service List.

                                                                                     *Debra O. Fullem /swm*
                                                          Debra O. Fullem, Senior Legal Assistant
                                                          Swidler Berlin LLP

## SERVICE LIST

*Regular Mail*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Regular Mail*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
 Wilmington, DE  19801
*Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044
*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
 The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

9211282v1