By-Request for Assistance And Consideration ;
(Office of The Clerk)                                     Date. 3-22-05

Office of The Bankruptcy-Clerk
U.S. Bankruptcy-Court for The
District of Delaware (Sixth-Floor)
824 Market Street
Wilmington, Delaware (19801)

Ref.: W.R. Grace & Co., (et-al), Ch.-11./Ca. No. 01-01139
(And) U.S.A. Corporation (et-al), Ch.-11./Ca. No. 01-2094
Class-Actions Jointly-Administered, By Hon. (J.K.F.)

Subj.: "Claimant/Burrell Johnson. Cr. No. 00241395 R
I would like to Ask By-Request for (A Copy) of
My, 2003,4,5/+ Dallas Central-Appraisal District
Residential Construction- Utility Acct. Statement.
(Concerned/Personal-Copy)

Dear Mr. Bird;
Hello, I am The Above And Aforementioned Claimant.
Any Assistance & Consideration Taken In This Matter,
Will Be Reply-Appreciated.

P.2.                                (Next-Page)

By-Request for Assistance And Consideration,

Date: 3-22-05

Office of The Bankruptcy-Clerk
U.S. Bankruptcy-Court for The
District of Delaware (Sixth-Floor)
824 Market Street
Wilmington, Delaware (19801)

"Ref.": W.R. Grace & Co., (et-al), Ch.-11/Ca. No. 01-01139 &
U.S.X. Corporation (et-al), Ch.-11/Ca. No. 01-2094
Class-Actions Are Jointly-Administered/By Hon., (J.K.F.),

"Subj.": Claimant/Durrell Johnson, Jr. No. d0241345-A,
I would like to ask what Does The Above (Class-Action) Provide? or How Much would Payments To Eligible (Class-Members) Range? By-Request for Permission, Assistance & Consideration for A-full Statistics for The Average or Median (Compensation), By-Settlement or An-Award for Personal-Property Damage & Personal-Injury (An Individual-Amount), A-Copy of (Any) Settlement-Agreement or An Award-Agreement As-well-As for Any (New) Class-Action Development,

Etc.,

(Next-Page)

P.-1.

<u>U.S. Perjury-Form</u>,

I, <u>Burrell Johnson, JR.</u>, I.D.C.O. I.D. No., <u>00241395-R</u>, (U.S. Appeal) Further Hereby Declare Under-Penalty, of Perjury Pursuant-To <u>Title-18 & 28</u>, U.S.C., Sec.,(s) <u>287,1001 & 1746</u>, Provides A Penalty of Not More-Than ($) <u>10,000</u> Fine or Not More-Than <u>5-years</u> Imprisonment or Both, Under U.S. Code And Texas Red., Civil Practice And Rem., Code-Sec.,(s); <u>132,001, 2, & 3</u>, That The Statements And Questions-Made In This (<u>Request</u>) Are True And Correctly-Made By The Above (<u>U.S. War-Veteran</u>). This <u>22ad</u> Day of <u>Mar., 05</u>, To The Best of My Knowledge, Belief, And Recollection.

<u>Concerned & Appreciated</u>,

<u>By, U.S. Veteran</u>,

<u>Burrell Johnson, Jr.,</u>