# EXHIBIT 1

STATE OF UTAH      )
                   ) ss.
COUNTY OF SALT LAKE )

      I, Alvin Keddington, Clerk in and for the County of Salt Lake and Ex-Officio Clerk of the District Court of the Third Judicial District in and for Salt Lake County, State of Utah, do hereby certify that the foregoing is a full, true and correct copy of the original _____Certificate of Amendment to:_____

Articles of Incorporation

of

Intermountain Insulation Company

No. 14063

Changing Name to :   Vermiculite-Intermountain, Inc.

as appears of record in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal, this 26th day of August, A. D. 19 54

_____ALVIN KEDDINGTON_____ Clerk

By _____Helen Lloyd_____ Deputy Clerk