# EXHIBIT 2

CORPORATION ANNUAL REPORT
MUST BE FILED PRIOR TO MARCH 1ST

APR 24 1984   07 00 101
STATE OF UTAH

In compliance with Section 16-10-121 & 122, and Section 16-10-12 or 16-10-110, U.C.A., 1953, the following report, and if applicable the statement of change of registered office and/or agent, is submitted: (PLEASE TYPE OR PRINT CLEARLY!)

023186   DATE OF INC. 01/22/1941   D

[1] **EXACT CORPORATE NAME** VERMICULITE-INTERMOUNTAIN INC.
**REGISTERED AGENT** DONALD K. IRVINE/PD
**REGISTERED OFFICE** 333 WEST 1ST SOUTH
SALT LAKE CITY, UTAH 84101

[2] **IF NEW REGISTERED AGENT AND/OR OFFICE, PLEASE COMPLETE**

New Registered Agent _____
New Registered Office _____ City _____ State UTAH Zip _____
(Street Address)
(With the above change, the address of the registered office and the address of the business office of the registered agent are identical.)

[3] **INCORPORATED UNDER THE LAWS OF** Utah (STATE OR COUNTRY)

[4] **IF INCORPORATED OUTSIDE THE STATE OF UTAH, GIVE THE ADDRESS OF THE PRINCIPLE OFFICE IN THE STATE OR COUNTRY OF INCORPORATION.**

_____ City _____ State or Country _____ Zip _____
(Street Address)

[5] **TYPE OF BUSINESS CONDUCTED IN UTAH** Manufacturers of Zonolite Insulation

[6] **NAMES AND RESPECTIVE ADDRESSES OF THE OFFICERS AND DIRECTORS OF THE CORPORATION.**

| Position | NAME | STREET | CITY, STATE, ZIP |
|---|---|---|---|
| President | Donald K. Irvine, | 2436 Elizabeth St. #5 | Salt Lake City, Utah 84 |
| Vice-President | Don D. Wellman, | 1434 East Stratford Ave. | Salt Lake City, Utah 84 |
| Secretary | Emma F. Wellman, | 1434 East Stratford Ave. | Salt Lake City, Utah 84 |
| Treasurer | Emma F. Wellman, | 1434 East Stratford Ave. | Salt Lake City, Utah 84 |

**DIRECTORS:** (UTAH LAW REQUIRES AT LEAST 3 DIRECTORS.)

| # | NAME | STREET ADDRESS | CITY, STATE, ZIP |
|---|---|---|---|
| 1 | Leland K. Irvine, | 1988 Sheridan Road | Salt Lake City, Utah 84108 |
| 2 | Donald K. Irvine, | 2436 Elizabeth St. #5 | Salt Lake City, Utah 84106 |
| 3 | Florence I. Orr, | 3001 East 15th Ave., | Anchorage, Alaska 99508 |

[7] **AUTHORIZED SHARES** (DO NOT CHANGE THE INFORMATION LISTED.)

| Number of Shares Authorized | Itemized By Class | Series, If Any Within A Class | Par Value Of Shares | Number of Shares Without Par Value |
|---|---|---|---|---|
| 200 | | | 100.0000 | .0000 |

[8] **NUMBER OF SHARES ISSUED (MUST BE COMPLETED)**

| Number of Shares Issued | Itemized By Class | Series, If Any Within A Class | Par Value Of Shares | Number of Shares Without Par Value |
|---|---|---|---|---|
| 41 | | | 100.00 | |

[9] **STATED CAPITOL AS OF DATE OF THIS REPORT** (Number of Shares Issued X Par Value) $4100.00

Under the penalties of perjury and as an authorized officer, I declare that this annual report and, if applicable, the statement of change of registered office and/or agent, has been examined by me and is, to the best of my knowledge and belief, true, correct, and complete

[10] BY _Emma F. Wellman_ Authorized Officer

[11] Sec-Tres  Title or Position

[12] DATE Feb. 27, 19 84

(If Registered Agent and/or Registered Office has been changed on this form, said change must be authorized by a resolution adopted by the Board of Directors, and The President or Vice President must sign the report.)

Send Report & Remittance to: Annual Report Division
P.O.Box 5801
Salt Lake City, Utah 84110

FEE $5.00 (If filed after March 1st, $10.00)
Make check payable to Annual Report Division