# EXHIBIT 3



Map of North Half of Block 66, Salt Lake City, Utah