# EXHIBIT 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

### AFFIDAVIT OF TINA M. PERKINS

| | |
|---|---|
| STATE OF UTAH | ) |
| | )  ss: |
| SALT LAKE COUNTY | ) |

Tina M. Perkins, being duly sworn, testifies as follows:

1.    I have personal knowledge of the facts set forth herein. I submit this Affidavit in support of PacifiCorp's Reply to Grace's Objection to PacifiCorp and the VanCott Bagley Cornwall & McCarthy 401(k) Profit Sharing Plan's Motion for Leave to File Late Proofs of Claim.

2.    I am a Title Searcher licensed by the State of Utah Insurance Department.

3.    On February 18, 2005, I was given the following address: 333 West First Street, Salt Lake City, Utah. I was asked to determine the name(s) of the current owner(s) of the block on which 333 West First Street was located.

4.    I initially determined that there was no "First Street" in Salt Lake City, and assumed that the incorrect address, 333 West First Street, was 333 West *First South Street*. It is common knowledge and was reasonable to assume that "333 West First Street" was 333 West First South Street.

1

5.      I further determined that the address, 333 West First Street, does not presently exist in Salt Lake City.

6.      I determined that 333 West First South Street was located on Block 66. It is common knowledge that there is a precise grid system in Salt Lake City allowing a person to easily and precisely locate an address. Moreover, it is commonly known that odd-numbered addresses are located on the south side of a street and even-numbered addresses are located on the north side of the street. Using a Sidwell map, available online via Salt Lake County's website at http://recorder.slco.org/RecHome, I located the block between 300 West Street and 400 West Street; I located the block on the south side of First South Street. The block within these boundaries was Block 66.

7.      I determined that the owners of the north portion of Block 66 were Ramola Bengtzen, Utah Power & Light/PacifiCorp, and La Quinta Inns Incorporated. The plat and evidence of ownership of the parcels on the northern portion of Block 66 is attached hereto as Attachment A. The owners of the respective parcels were easily identified because each parcel on the plat contains a tax identification number. Taking the tax identification numbers listed for each parcel on the plat map, I was able to identify the owners of each parcel.

8.      A title search was not necessary to determine the current owners of Block 66.

9.      This whole process took me approximately 5 minutes.

10.     I did not charge anything for my services. I routinely get calls asking me to identify the current owners of a certain piece of property. Normally, I do not charge for such requests.

2

11.    Determining the current owners of certain parcels on a block, as was done here, is a simple task.  A reasonable title searcher would have solved this problem in an identical or similar manner.

_Tina M. Perkins_
Tina M. Perkins

Sworn to before me this

30th day of March, 2005

Notary Public

NOTARY PUBLIC
LORENA D. OSBORN
167 East 6100 South
Murray, Utah  84107
My Commission Expires
January 25, 2008
STATE OF UTAH

3

# ATTACHMENT A

ache/15461934.tif]

3 [http://recorder.slco.org/RecHome2/doccache/15654793.tif]



```
VTDI 15-01-129-001-0000  DIST 01H              TOTAL ACRES       0.41
BENGTZEN, RAMOLA              TAX CLASS  UPDATE  REAL ESTATE    387200
                                         LEGAL   BUILDINGS         500
                                         PRINT  P  TOTAL VALUE   387700
377 W 100 S
SALT LAKE CITY UT       84101129177 EDIT 1        FACTOR BYPASS
LOC: 377 W 100 S              EDIT 1    BOOK 6422  PAGE 2669  DATE 03/16/1992
SUB:                                          TYPE UNKN PLAT
   02/18/2005  PROPERTY DESCRIPTION FOR TAXATION PURPOSES ONLY
            COM AT NW COR LOT 5 BLK 66 PLAT A SLC SUR E 123.75 FT S
            176.37 FT M OR L NW'LY ALG CURVE TO RIGHT WITH RADIUS OF
            198.18 FT A DISTANCE OF 151.25 FT N 91.99 FT TO BEG
            6294-1340
```

A

```
PFKEYS: 1=VTNH 2=VTOP 4=VTAU 6=NEXT 7=RTRN VTAS 8=RXMU 10=RXBK 11=RXPN 12=PREV
```

```
VTDI 15-01-129-002-0000  DIST 01H              TOTAL ACRES        0.74
UTAH POWER & LIGHT CO          TAX CLASS  UPDATE    REAL ESTATE    563500
                                   SA     LEGAL     BUILDINGS           0
% PACIFIC CORP - R. STRONG              PRINT  V    TOTAL VALUE         0
700 NE MULTNOMAH ST #700
PORTLAND  OR          972322131   EDIT 1        FACTOR BYPASS
LOC: 141 S 400 W             EDIT 1   BOOK 6280  PAGE 0003  DATE 02/03/1992
SUB:                                           TYPE UNKN PLAT
   02/18/2005  PROPERTY DESCRIPTION FOR TAXATION PURPOSES ONLY
        BEG N 89¬58'22" E 123.75 FT FR NW COR LOT 5, BLK 66, PLAT A,
        SLC SURVEY; S 0¬02'07" E 165.0 FT; N 89¬58'22" E 24.75 FT; S
        0¬02'07" E 33.0 FT; S 89¬58'22" W 148.5 FT; S 0¬02'07 E
        132.0 FT; N 89¬58'22" E 161.5 FT; N 0¬02'07" W 34.06 FT; N
        89¬58'22" E 5.81 FT; N 0¬02'07" W 75.97 FT; N 89¬58"22' E
        7.7 FT; N 0¬02'07" W 220.04 FT; S 89¬58'22" W 51.25 FT TO
        BEG. 412-1
```

*B*

```
PFKEYS: 1=VTNH 2=VTOP 4=VTAU 6=NEXT 7=RTRN VTAS 8=RXMU 10=RXBK 11=RXPN 12=PREV
```

```
VTDI 15-01-129-008-0000  DIST 01H              TOTAL ACRES      0.02
UTAH POWER & LIGHT COMPANY     TAX CLASS  UPDATE    REAL ESTATE     10400
                               SA         LEGAL     BUILDINGS           0
% PACIFIC CORP - R. STRONG                PRINT  V  TOTAL VALUE         0
700 NE MULTNOMAH ST #700
PORTLAND  OR          972322131   EDIT 1            FACTOR BYPASS
LOC: 125 S 400 W # REAR        EDIT 1   BOOK 5328  PAGE 0002  DATE 00/00/0000
SUB:                                              TYPE UNKN PLAT
   02/18/2005  PROPERTY DESCRIPTION FOR TAXATION PURPOSES ONLY
         COM 165 FT S & 123.75 FT E FR NW COR LOT 5 BLK 66 PLAT A SLC
         SUR E 24.75 FT S 33 FT W 24.75 FT N 33 FT TO BEG
```

$\mathcal{B}$

PFKEYS: 1=VTNH 2=VTOP 4=VTAU 6=NEXT 7=RTRN VTAS 8=RXMU 10=RXBK 11=RXPN 12=PREV

```
VTDI 15-01-129-023-0000  DIST 01H              TOTAL ACRES      0.44
UTAH POWER & LIGHT CO          TAX CLASS  UPDATE   REAL ESTATE    228100
                                   SA     LEGAL    BUILDINGS        1000
% PACIFIC CORP - R. STRONG            PRINT  V  TOTAL VALUE          0
700 NE MULTNOMAH ST #700
PORTLAND  OR        972322131   EDIT 1         FACTOR BYPASS
LOC: 141 S 400 W # REAR      EDIT 1   BOOK 5567  PAGE 2324  DATE 07/11/1984
SUB:                                        TYPE UNKN PLAT
   02/18/2005  PROPERTY DESCRIPTION FOR TAXATION PURPOSES ONLY
          BEG N 89¬58'22" E 10 FT & S 0¬02'07" E 132.02 FT FR NW COR
          LOT 6, BLK 66, PLAT A, SLC SURVEY; S 0¬02'07" E 88.02 FT; S
          89¬58'22" W 7.7 FT; S 0¬02'07" E 75.97 FT; S 89¬58'22" W
          5.81 FT; S 0¬02'07" E 34.06 FT; N 89¬58'22" E 106.38 FT; N
          0¬25'13" W 198.05 FT; S 89¬58'22" W 91.54 FT TO BEG. 0.443
          AC
```

𝐵

```
PFKEYS: 1=VTNH 2=VTOP 4=VTAU 6=NEXT 7=RTRN VTAS 8=RXMU 10=RXBK 11=RXPN 12=PREV
```

```
VTDI 15-01-129-026-0000  DIST 01H              TOTAL ACRES      3.36
LA QUINTA INNS INC              TAX CLASS  UPDATE  REAL ESTATE   2431300
                                           LEGAL   BUILDINGS      872400
                                           PRINT  P  TOTAL VALUE  3303700
PO BOX 2636
SAN ANTONIO TX         78299236     EDIT 1          FACTOR BYPASS
LOC: 106-132 S 300 W          EDIT 1   BOOK 7846  PAGE 0001  DATE 03/03/1999
SUB:                                           TYPE UNKN PLAT
   02/18/2005  PROPERTY DESCRIPTION FOR TAXATION PURPOSES ONLY
           BEG E 10 FT FR NW COR LOT 6, BLK 66, PLAT A, SLC SUR; S
           0¬02'06" E 132.02 FT; N 89¬58'22" E 91.54 FT; S 0¬25'13" E
           198.09 FT; N 89¬58'27" E 392.52 FT; N 0¬03'19" W 330.12 FT;
           S 89¬58'20" W 485.28 FT TO BEG.
```

PFKEYS: 1=VTNH 2=VTOP 4=VTAU 6=NEXT 7=RTRN VTAS 8=RXMU 10=RXBK 11=RXPN 12=PREV