# EXHIBIT 6

# ZONOLITE
## CONSTRUCTION PRODUCTS DIVISION

02255535

BRUCE R. WILLIAMS
VICE PRESIDENT

October 10, 1975

Mr. L. K. Irvine
Vermiculite-Intermountain, Inc.
P. O. Box 2398
Salt Lake City, Utah 34110

Dear Lee:

    Thank you for returning your signed copy of the Licensee Agreement for Vermiculite-Intermountain, Inc.

    Last spring when I sent you the new Licensee Agreement, I pointed out that we would be preparing ore specifications (Schedule A) and would send these to you to become a part of the Agreement.

    We have delayed preparing these specifications to gain more time and experience in operating the new Libby mill.

    Establishing ore specifications this year has been difficult because the characteristics of the output from the new mill are not yet fixed. Changes to improve mill performance are continuing. Further, there are process and equipment modifications planned for other improvements throughout next year. Consequently, in the near term we still can have periods of erratic operation, which may result in some exceptions to the specifications enclosed.

    In the interest of completing the Licensee Agreement, we have decided to prepare specifications for the ore as it is now being produced.

    Enclosed is Schedule A to become a part of the Licensee Agreement.

    If you have any questions on these specifications, please let me know.

Very truly yours,

Bruce R. Williams

BRW:cj
Enclosure

GRACE

Dsp 1 01177

001DSP01186

## SCHEDULE A -- SPECIFICATIONS
## ENOREE MILL VERMICULITE ORE CONCENTRATE

EXPANSION CHARACTERISTICS                                     02255536

| | TYPICAL | | | | SPECIFICATION RANGE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Specification # | | | | | | | B3C-1-75 | B4C-1-7 |
| Ore Size | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| Expanded Yield Bags/Ton | | | 61 | 50 | | | 55 min. | 48 min |
| % Rock | | | 6.5 | 4.5 | | | 12 max. | 12 max. |
| Bulk Density Lbs/cu.ft. | | | 45-60 | 40-55 | | | | |

### TEST METHODS

C-31   Sampling Procedures
C-31P  Determination of Expanded Yield
C-31C  Determination of % Rock
C-31D  Determination of Density

SCREEN ANALYSIS

| SCREEN | | TYPICAL | | | | SPECIFICATION RANGE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| U.S. | TYLER | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| 8 | 8 | | | | | | | 0 - 1 | |
| 12 | 10 | | | 5.0 | | | | 0 - 15 | |
| 16 | 14 | | | 21.0 | | | | 15 - 35 | |
| 20 | 20 | | | 34.0 | | | | 25 - 45 | 0 - 1.5 |
| 30 | 28 | | | 26.0 | 10.0 | | | 15 - 40 | 2 - 15 |
| 40 | 35 | | | 7.0 | 29.0 | | | 2 - 14 | 20 - 40 |
| 50 | 48 | | | 3.0 | 28.0 | | | 0 - 8 | 20 - 40 |
| 70 | 65 | | | 2.0 | 20.0 | | | 0 - 5 | 15 - 30 |
| 100 | 100 | | | | 8.0 | | | | 5 - 15 |
| Pan | Pan | | | 2.0 | 5.0 | | | 0 - 5 | 0 - 10 |

### TEST METHODS

C-31   Sampling Procedures
C-31A  Screen Analysis

RCE/lpj
10/3/75

Dsp 1 01178

001DSP01187

SCHEDULE A -- SPECIFICATIONS
LIBBY MILL VERMICULITE ORE CONCENTRATE

EXPANSION CHARACTERISTICS                         02255537

| Specification # | TYPICAL | | | | SPECIFICATION RANGE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  |  |  |  |  | L1C-1-75 | L2C-1-75 | L3C-1-75 | L4C-1- |
| Ore Size | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| Expanded Yield Bags/Ton | 83 | 70 | 70 | 51 | 80 min. | 66 min. | 65 min. | 45 m |
| % Rock | 18 | 28 | 20 | 20 | 22 max. | 32 max. | 22 max. | 22 m |
| Bulk Density lbs/cu.ft. | 45-60 | 50-65 | 55-65 | 55-65 |  |  |  |  |

### TEST METHODS

- C-31   Sampling Procedures
- C-31F  Determination of Expanded Yield
- C-31C  Determination of % Rock
- C-31D  Determination of Density

SCREEN ANALYSIS

| SCREEN | | TYPICAL | | | | SPECIFICATION RANGE | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| U.S. | TYLER | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| .530 | .525 |  |  |  |  |  |  |  |  |
| 3/8 | .371 |  |  |  |  |  |  |  |  |
| .265 | 3 | 1.0 |  |  |  | 0 - 10 |  |  |  |
| 4 | 4 | 15.0 |  |  |  | 5 - 30 |  |  |  |
| 6 | 6 | 43.0 | 1.0 |  |  | 25 - 60 | 0 - 3 |  |  |
| 8 | 8 | 29.0 | 26.0 |  |  | 15 - 45 | 10 - 45 | 0 - 1 |  |
| 12 | 10 | 7.0 | 47.0 | 1.0 |  | 0 - 15 | 30 - 65 | 0 - 8 |  |
| 14 | 12 | --- | 13.0 | --- |  | --- | 5 - 25 | --- |  |
| 16 | 14 | 2.0 | 8.0 | 17.0 |  | 0 - 6 | 0 - 20 | 5 - 35 |  |
| 20 | 20 | 1.0 | 3.0 | 33.0 |  | 0 - 6 | 0 - 12 | 20 - 45 | 0 - 1.5 |
| 30 | 28 |  |  | 29.0 | 13.0 |  |  | 20 - 40 | 5 - 25 |
| 40 | 35 |  |  | 12.0 | 35.0 |  |  | 5 - 20 | 20 - 50 |
| 50 | 48 |  |  | 4.0 | 32.0 |  |  | 0 - 10 | 20 - 45 |
| 70 | 65 |  |  | 1.0 | 13.0 |  |  | 0 - 5 | 5 - 25 |
| 100 | 100 |  |  |  | 4.0 |  |  |  | 0 - 10 |
| Pan | Pan | 2.0 | 2.0 | 3.0 | 3.0 | 0 - 9 | 0 - 9 | 0 - 9 | 0 - 9 |

### TEST METHODS

- C-31   Sampling Procedures
- C-31A  Screen Analysis

RCE/lpj
10/3/75