# EXHIBIT 9

# ZONOLITE
## CONSTRUCTION PRODUCTS DIVISION

BRUCE R. WILLIAMS
VICE PRESIDENT

October 10, 1975

Mr. J. B. Lyall, Jr.
Southwest Vermiculite Co.
5119 Edith Boulevard N.E.
Albuquerque, New Mexico

Dear Jack:

Thank you for returning your signed copy of the Licensee Agreement for Southwest Vermiculite Co.

Last spring when I sent you the new Licensee Agreement, I pointed out that we would be preparing ore specifications (Schedule A) and would send these to you to become a part of the Agreement.

We have delayed preparing these specifications to gain more time and experience in operating the new Libby mill.

Establishing ore specifications this year has been difficult because the characteristics of the output from the new mill are not yet fixed. Changes to improve mill performance are continuing. Further, there are process and equipment modifications planned for other improvements throughout next year. Consequently, in the near term we still can have periods of erratic operation, which may result in some exceptions to the specifications enclosed.

In the interest of completing the Licensee Agreement, we have decided to prepare specifications for the ore as it is now being produced.

Enclosed is Schedule A to become a part of the Licensee Agreement.

If you have any questions on these specifications, please let me know.

Very truly yours,

Bruce R. Williams

GRACE

BRW:cj
Enclosure

WRG05424473

S8020118637

SCHEDULE A -- SPECIFICATIONS

ENOREY MILL VERMICULITE ORE CONCENTR

### EXPANSION CHARACTERISTICS

| | TYPICAL | | | | SPECIFICATION RANGE | | | |
|---|---|---|---|---|---|---|---|---|
| Specification # | | | | | | | B3C-1-75 | B4C-1-75 |
| Ore Size | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| Expanded Yield bags/Ton | | | 61 | 50 | | | 55 min. | 48 min. |
| % Rock | | | 6.5 | 4.5 | | | 12 max. | 12 max. |
| Bulk Density lbs/cu.ft. | | | 45-60 | 40-55 | | | | |

TEST METHODS

C-31    Sampling Procedures
C-31F   Determination of Expanded Yield
C-31C   Determination of % Rock
C-31D   Determination of Density

### SCREEN ANALYSIS

| SCREEN | | TYPICAL | | | | SPECIFICATION RANGE | | | |
|---|---|---|---|---|---|---|---|---|---|
| U.S. | TYLER | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| 8 | 8 | | | | | | | 0 - 1 | |
| .2 | 10 | | | 5.0 | | | | 0 - 15 | |
| .6 | 14 | | | 21.0 | | | | 15 - 35 | |
| 0 | 20 | | | 34.0 | | | | 25 - 45 | 0 - 1.5 |
| 0 | 28 | | | 26.0 | 10.0 | | | 15 - 40 | 2 - 15 |
| 0 | 35 | | | 7.0 | 29.0 | | | 2 - 14 | 20 - 40 |
| 0 | 48 | | | 3.0 | 28.0 | | | 0 - 8 | 20 - 40 |
| 0 | 65 | | | 2.0 | 20.0 | | | 0 - 5 | 15 - 30 |
| 0 | 100 | | | | 8.0 | | | | 5 - 15 |
| n | Pan | | | 2.0 | 5.0 | | | 0 - 5 | 0 - 10 |

TEST METHODS

C-31    Sampling Procedures
C-31A   Screen Analysis

RCE/lpj
10/3/75

WRG05424474

S8020118638

## SCHEDULE A -- SPECIFICATION
### LIBBY MILL VERMICULITE ORE CONCENTRATE

### EXPANSION CHARACTERISTICS

| | TYPICAL | | | | SPECIFICATION RANGE | | | |
|---|---|---|---|---|---|---|---|---|
| Specification # | | | | | L1C-1-75 | L2C-1-75 | L3C-1-75 | L4C-1-75 |
| Ore Size | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| Expanded Yield Bags/Ton | 83 | 70 | 70 | 51 | 80 min. | 66 min. | 65 min. | 45 min. |
| % Rock | 18 | 28 | 20 | 20 | 22 max. | 32 max. | 22 max. | 22 max. |
| Bulk Density lbs/cu.ft. | 45-60 | 50-65 | 55-65 | 55-65 | | | | |

### TEST METHODS

C-31  Sampling Procedures
C-31F  Determination of Expanded Yield
C-31C  Determination of % Rock
C-31D  Determination of Density

### SCREEN ANALYSIS

| SCREEN | | TYPICAL | | | | SPECIFICATION RANGE | | | |
|---|---|---|---|---|---|---|---|---|---|
| U.S. | TYLER | #1 | #2 | #3 | #4 | #1 | #2 | #3 | #4 |
| .530 | .525 | | | | | | | | |
| 3/8 | .371 | | | | | | | | |
| .265 | 3 | 1.0 | | | | 0 - 10 | | | |
| 4 | 4 | 15.0 | | | | 5 - 30 | | | |
| 6 | 6 | 43.0 | 1.0 | | | 25 - 60 | 0 - 3 | | |
| 8 | 8 | 29.0 | 26.0 | | | 15 - 45 | 10 - 45 | 0 - 1 | |
| 12 | 10 | 7.0 | 47.0 | 1.0 | | 0 - 15 | 30 - 65 | 0 - 8 | |
| 14 | 12 | ---- | 13.0 | --- | | ---- | 5 - 25 | ---- | |
| 16 | 14 | 2.0 | 8.0 | 17.0 | | 0 - 6 | 0 - 20 | 5 - 35 | |
| 20 | 20 | 1.0 | 3.0 | 33.0 | | 0 - 6 | 0 - 12 | 20 - 45 | 0 - 1.5 |
| 30 | 28 | | | 29.0 | 13.0 | | | 20 - 40 | 5 - 25 |
| 40 | 35 | | | 12.0 | 35.0 | | | 5 - 20 | 20 - 50 |
| 50 | 48 | | | 4.0 | 32.0 | | | 0 - 10 | 20 - 45 |
| 70 | 65 | | | 1.0 | 13.0 | | | 0 - 5 | 5 - 25 |
| 100 | 100 | | | | 4.0 | | | | 0 - 10 |
| Pan | Pan | 2.0 | 2.0 | 3.0 | 3.0 | 0 - 9 | 0 - 9 | 0 - 9 | 0 - 9 |

### TEST METHODS

C-31  Sampling Procedures
C-31A  Screen Analysis

KE/lp
10/3/75

WRG05424475

S8020118639

SOUTHWEST VERMICULX COMPANY                    SCHEDULE P

### Licensed Products

| | |
|---|---|
| ZONOLITE® | Concrete Aggregate |
| ZONOLITE® | Roof Decks |
| ZONOLITE® | Roof Deck Applicators |
| ZONOLITE® | Insulating Concrete |
| ZONOLITE® | INSULPERM™ Insulation |
| ZONOLITE® | Plaster Aggregate |
| ZONOLITE® | Masonry Fill |
| ZONOLITE® | Industrial Vermiculite |
| TERRA-LITE® | Vermiculite Soil Conditioner |
| ZONOLITE® | Fill Insulation |

### U. S. Trademarks

| | |
|---|---|
| Reg. 216,862 | ZONOLITE |
| Reg. 431,731 | TERRA-LITE |
| Application Serial #8023 | INSULPERM |

WRG05424476

S8020118640