# EXHIBIT 11

| | |
|---|---|
| Originator: J. A. Behan | |
| Approval: | CHARGE 39-12-01-1-04 |
| Lab R. R. Rettew | THIS DRAFT CANCELS |
| Mfg. W. R. Wright | PRIOR DRAFT NO. LIC-984-2 |
| Prod. Mgr. R. C. Abernathy | |
| Qual. Assur. R. C. Ericson | (1)  (2) jd  (3)  (4) |
| PRIOR DRAFT OR LAB. BK. PG. NO. | |

PRODUCT: Vermiculite Soil Conditioner (3 c.f. size only)
BATCH NO. OR PLANT NAME: Dallas & Zone Licensees Listed on page 2
DRAFT NO. LIC-1051-1-2
DATE: February 27, 1976

## SPECIFICATIONS

1. Only Libby #3/Kearney #3/or Libby #2 vermiculite to be used for this product. See density tables below.

   #3 and #2 vermiculite to be screened over a #14 mesh screen at the furnace to remove fines. (Fines may be packaged as any end use specified in the -14 Mesh Screenings formula if they meet specs listed thereon.)

2. Package Contents: Stated Volume (see packaging step).

3. Screen Analysis:

   #3 Aggregate

   | Screen Size | % Retained Min. | Max. |
   |---|---|---|
   | 4 | - | - |
   | 8 | 0 | 15 |
   | 16 | 50 | 90 |
   | 30 | 80 95 | 100 |
   | 50 | 90 | 100 |
   | 100 | - | - |
   | PAN | - | - |

4. Vermiculite Quality Control:

   | | Target | |
   |---|---|---|
   | VAC | 70-80 | (C-10) (Info Only) |
   | Bulk Density | 4.0-6.0 #/c.f. | (C-17B) (  " ) |
   | % Heavy Particles | 3% Max. | (C-31C) |

   Q. C. TESTS

   | Packed Volume: (QMD C-17B) | Target Average | Shipping Limits Individual Bags Min. | Max. |
   |---|---|---|---|
   | 3 c.f. D-18 Automatic Bag filler | 3.00 c. f. | 2.88 | 3.06 |
   | Operator Fill | 3.00 c. f. | 2.76 | 3.24 |

80F-28  KEY TO SAFETY INSTRUCTIONS  Page 1 of 2

A — Keep away from strong fumes as much as possible.
B — Don't breathe dust. Use respirator.
C — Flammable - No flames, or sparks.
D — Avoid skin irritation by washing off with soap and water.
E — Corrosive - If spilled, remove immediately from skin or clothing. Use goggles and gloves for safety.
F — Spontaneous Combustion - If brought in contact with organic material (Sawdust, Turpentine, etc.)
I — Use goggles
Y — Combustible - Burns at 60 - 150°F. Avoid flames.

WRG05099935
Confidential Business Information
CS8020003177

| DRAFT NO. LIC-1051 | | PRODUCT Vermiculite Soil Conditioner (3 c.f. size only) | BATCH NO. OR PLANT NAME | Dallas and ZONO Licensees Listed BELOW |
|---|---|---|---|---|
| MATERIAL | Safety Instr. | AMOUNT POUNDS | INSTRUCTIONS | |

Bulk Density: (For Info only)    CMD C-17B

| Aggregate Grade | Lbs./Cu.Ft. | Aggregate Grade | #/c.f. |
|---|---|---|---|
| L3A | 5.0 - 6.0 | L2A | 4.0 - 6.0 |
| L3D16/L3D18 | 4.5 5.0 - 6.0 | L2D16/D18 | 4.0 - 6.0 |
| K3A | 5.5 6.0 - 7.5 | | |
| K3D16/K3D18 | 5.5 6.0 - 7.0 | | |

### Q. C. SAMPLING PROCEDURE

Manufacturing control of packing volume:

(a) At middle of each shift, take three (3) consecutive bags, weigh and cube out in volume measure.

(b) Calculate average volume and average density. Average volume and density must fall in target range. No single bag of the three (3) samples may contain less than the minimum tolerance.

Effective at the following licensee locations:

Southwest Vermiculite - Albuquerque
Robinson Insulation - Great Falls
F. Hyde & Co. - Montreal
Vermiculite Intermountain - Salt Lake City

---

80F-13B

**KEY TO SAFETY INSTRUCTIONS**                Page 2 of 2 Pages

A — Keep away from strong fumes as much as possible.   B — Don't breathe dust. Use respirator.
C — Flammable - No flames, or sparks.                  D — Avoid skin irritation by washing off with soap and water.
E — Corrosive - If spilled, remove immediately from skin or clothing. Use goggles and gloves for safety.
F — Spontaneous Combustion - If brought in contact with organic material (Sawdust, Turpentine, etc.)
I — Use googles.   Y — Combustible - Burns at 80-150°F. Avoid flames.

WRG05099936
Confidential Business Information
CS8020003178

| Originator | J. A. Behan | | | |
|---|---|---|---|---|
| Approval: Lab | R. R. Rettew | CHARGE | See Page 1 | PRODUCT: Vermiculite Soil Conditi(r) (3 c.f. size) |
| Mfg. | W. R. Wright | THIS DRAFT CANCELS PRIOR DRAFT NO. | LIC-984-2 | BATCH NO. OR PLANT NAME: Dallas and ZONO Licensees listed on Pg. 2 |
| Prod. Mgr. | R. C. Abernathy | (1) (2) (3) (4) | | DRAFT NO.: LIC-1051 |
| Qual. Assur. | R. C. Ericson | | | |
| PRIOR DRAFT OR LAB. BK. PG. NO. | | | | DATE: February 27, 1976 |

SPECIFICATIONS:

See separate sheet.

BATCH SIZE

| MATERIAL | Safety Instr. | AMOUNT POUNDS | INSTRUCTIONS |
|---|---|---|---|
| LAB NOTES — BATCH SIZE SCALING, EQUIPMENT AND OTHER LIMITATIONS OF THIS FORMULA: | | | |
| Step 1 | | | Fill paper bags directly from furnace with vermiculite to stated volume as specified. Aggregate size may not be changed without approval. |
| Step 2 Closure | | | Stitch bag shut. Use 17" x 41-3/4" paper bag.<br><br>Volume Fill Specs.<br><br>Target    Shipping Limit<br>                 Min.   Max.<br><br>3.00 c.f.    2.88   3.06<br>                  Automatic Filler<br><br>                2.76   3.24<br>                Operator Fill<br><br>Palletize xx/pallet. |

BOF-29

**KEY TO SAFETY INSTRUCTIONS**

A — Keep away from strong fumes as much as possible.
B — Don't breathe dust. Use respirator.
C — Flammable - No flames, or sparks.
D — Avoid skin irritation by washing off with soap and water.
E — Corrosive - If spilled, remove immediately from skin or clothing. Use goggles and gloves for safety.
F — Spontaneous Combustion - If brought in contact with organic material (Sawdust, Turpentine, etc.)

Page 3 of 3

WRG05099937
Confidential Business Information
CS8020003179

CAMBRIDGE                                    DATE: 3/9/76

**FORMULA - ACKNOWLEDGMENT OF RECEIPT/CANCELLATION NOTICE/Q.C. TEST METHOD RECEIPT**

SENT TO: X Acct'g ZONO - C. Hall

| | | |
|---|---|---|
| X Santa Ana | - C. Boyer/Acctg. | |
| ___ ATLANTA | G. B. Dyer | |
| ___ W. CHICAGO | R. E. Ward | |
| X DALLAS | G. L. Gipson | |
| ___ DEARBORN | J. C. Phillips | |
| ___ DENVER | A. B. Dean | |
| ___ EASTHAMPTON | D. Powling | |
| ___ HIGH POINT | J. A. Israel | |
| ___ JACKSONVILLE | T. E. Winkel | |
| ___ KEARNEY | R. L. Kilbaugh | |
| ___ LITTLE ROCK | D. R. Blakley | |
| ___ LOS ANGELES | H. D. Haight | |
| ___ MILWAUKEE | F. E. Kees | |
| ___ MINNEAPOLIS | D. E. Nyvold | |
| ___ MUIRKIRK | J. L. Dean | |
| ___ NASHVILLE | V. W. Turner | |
| ___ NEW CASTLE | T. R. Shaffer | |
| ___ NEW ORLEANS | J. E. McGee | |
| ___ NEWARK | E. J. Bigley | |
| ___ OKLA. CITY | T. A. James | |
| ___ OMAHA | L. J. McClanahan | |
| ___ PHOENIX | Ray Mariani | |
| ___ POMPANO BEACH | H. G. Mason | |
| ___ PORTLAND | E. F. Johnson | |
| ___ SAN ANTONIO | W. W. Moore | |
| ___ SANTA ANA | M. M. McDaniel | |
| ___ ST. LOUIS | W. J. Skiles | |
| ___ TAMPA | H. L. Parker | |
| ___ TRAV. REST | J. R. Wright | |
| ___ TRENTON | R. F. Devine | |
| ___ WEEDSPORT | P. R. Reyer | |
| ___ WILDER | J. W. Ashworth | |
| X CPD LAB | E. J. Petrasek | |
| X T.R. LAB | R. R. Rettew | |
| ___ LIBBY | R. L. Oliverio | |
| ___ ENOREE | S. L. Presnell | |
| ___ CAMBRIDGE | R. E. Schneider | |
| X VAULT | J. A. Behan | |

**GENERAL PLANT MANAGERS**
- ___ R. W. Anderson
- ___ L. W. Farmer/SOUTH GATE
- X R. L. Junker/DALLAS
- ___ S. N. Mangino/W.CHIC.ZONO
- ___ J. M. Timmons/TRAV. REST

**LICENSEES**
- ___ L.Cambo/Antilles Perl./SanJuan
- X A.Webster/F.Hyde/Montreal
- X D.Robinson/Robs.Insul./Gr.Falls
- X J.Lyall/S.W.Verm./Albuquerque
- ___ J.York/Verm.of Hawaii/Honolulu
- X V.McDonald/Verm.Inter./S.L.C.
- ___ J.H.Greer/Verm.Prod./Houston

**CANADIAN PLANTS**
- ___ R.W.Grabinsky/Ajax
- ___ R.C.Dennis/Edmonton
- ___ T. Branagh/St. Thomas
- ___ J.P.Cruz/Scarborough
- ___ N.F.Bushell/Vancouver
- ___ N.Kivell/Vancouver
- ___ P.Preston/Winnipeg

**MISCELLANEOUS**
- ___ R.C.Autenrieth
- ___ B.A.Blessington
- X L. G. Feldman
- ___ R. T. Frohlich
- ___ R. H. Locke
- ___ T. H. Pezzullo
- ___ R. E. Schneider
- X W. R. Wright
- ___ P. E. Korenberg
- ___ R. Merther
- ___ O.F.Stewart/Enoree
- ___ J.K.Chapin/Tr.Rest
- ___ R.G.Massimo/ICG NY
- ___ Pompano Q.C.
- ___ J.E.Smola/Lexington
- ___ P.Berry/Scarborough
- X W. R. Hanlon
- X R.C. Abernathy
- ___ R.D.Ramsey/W.Chic.*
- X J.C.Wyatt/Dallas*
- ___ Tickle

*Attach Formula Copy

SUBJECT: ZONO Formula Draft # LIC-1051

PRODUCT: Vermiculite Soil Conditioner (3 c. f. size)

Q.C. TEST METHOD NO. _____

R. M. SPEC. _____

1.) Enclosed are your copies of Subject Formula Draft. X
2.) This formula does X / does not ___ cancel formulas that have been in effect at your plant.
3. Enclosed is your copy of Subject Q.C. Test ___/R.M. Spec. ___.
4.) The primary reasons for the new formula/test method/raw material spec./cancellation are:

   To insert Screen Analysis and Vermiculite Quality Control tests as requirements for q. c. testing.

5. Please cancel Subject Formula Draft. ___
6. Remove all obsolete formulas from your active file and mark an "X" across the face.
7. Please acknowledge receipt of Subject Formula Draft/Q.C. Test Method/R.M. Specification/ Cancellation Notice of old formulas, by signing and returning the attached copy of this Receipt Form to me at Construction Products Division/Cambridge.

                                                                Jane Behan

WRG05099938

Confidential Business Information
CS8020003180

| DRAFT NO. LIC-1051-2 | PRODUCT Vermiculite Soil Conditioner | BATCH NO. OR PLANT NAME All ZONOLITE Licensees and Dallas Plant having Howe-Richardson Scales |
|---|---|---|

## INSTRUCTIONS

### VERMICULITE VOLUME CHECK

**3 C.F. BAGS**

#### Weighing Procedures for Expanded Vermiculite Products on Furnaces with Howe-Richardson Gross Bagging Scales

Vermiculite densities will be established twice each production run. At a point in time (when furnace conditions are stable), in the beginning and in the middle of each production run, a three bag sample of vermiculite will be taken. The sample bags will be evaluated according to test procedure C-17B and the average density obatined from the three bag sample will be the bulk density value that is used to determine vermiculite bag weights (until the next three bag sample is taken).

Vermiculite Bag Weight target ranges should be based upon the following table when using the Howe-Richardson Gross Bagging Scale:

| Average Vermiculite Bulk Density | 3.0 c.f. Bag Wgt. Range Min. | Target | Max. | Average Vermiculite Bulk Density | 3.0 c.f. Bag Wgt. Range Min. | Target | Max. |
|---|---|---|---|---|---|---|---|
| 3.90 | 11.3 | 11.7 | 12.1 | 7.00 | 20.4 | 21.0 | 21.6 |
| 4.00 | 11.6 | 12.0 | 12.4 | 7.10 | 20.7 | 21.3 | 21.9 |
| 4.10 | 11.9 | 12.3 | 12.7 | 7.20 | 20.9 | 21.6 | 22.2 |
| 4.20 | 12.2 | 12.6 | 13.0 | 7.30 | 21.2 | 21.9 | 22.6 |
| 4.30 | 12.5 | 12.9 | 13.3 | 7.40 | 21.5 | 22.2 | 22.9 |
| 4.40 | 12.8 | 13.2 | 13.6 | 7.50 | 21.8 | 22.5 | 23.2 |
| 4.50 | 13.1 | 13.5 | 13.9 | 7.60 | 22.1 | 22.8 | 23.5 |
| 4.60 | 13.4 | 13.8 | 14.2 | 7.70 | 22.4 | 23.1 | 23.8 |
| 4.70 | 13.7 | 14.1 | 14.5 | 7.80 | 22.7 | 23.4 | 24.1 |
| 4.80 | 14.0 | 14.4 | 14.8 | 7.90 | 23.0 | 23.7 | 24.4 |
| 4.90 | 14.2 | 14.7 | 15.2 | 8.00 | 23.3 | 24.0 | 24.7 |
| 5.00 | 14.5 | 15.0 | 15.5 | 8.10 | 23.6 | 24.3 | 25.0 |
| 5.10 | 14.8 | 15.3 | 15.8 | 8.20 | 23.9 | 24.6 | 25.3 |
| 5.20 | 15.1 | 15.6 | 16.1 | 8.30 | 24.2 | 24.9 | 25.6 |
| 5.30 | 15.4 | 15.9 | 16.4 | 8.40 | 24.4 | 25.2 | 25.9 |
| 5.40 | 15.7 | 16.2 | 16.7 | 8.50 | 24.7 | 25.5 | 26.3 |
| 5.50 | 16.0 | 16.5 | 17.0 | 8.60 | 25.0 | 25.8 | 26.6 |
| 5.60 | 16.3 | 16.8 | 17.3 | 8.70 | 25.3 | 26.1 | 26.9 |
| 5.70 | 16.6 | 17.1 | 17.6 | 8.80 | 25.6 | 26.4 | 27.2 |
| 5.80 | 16.9 | 17.4 | 17.9 | 8.90 | 25.9 | 26.7 | 27.5 |
| 5.90 | 17.2 | 17.7 | 18.2 | 9.00 | 26.2 | 27.0 | 27.8 |
| 6.00 | 17.5 | 18.0 | 18.5 | 9.10 | 26.5 | 27.3 | 28.1 |
| 6.10 | 17.8 | 18.3 | 18.8 | 9.20 | 26.8 | 27.6 | 28.4 |
| 6.20 | 18.0 | 18.6 | 19.2 | 9.30 | 27.1 | 27.9 | 28.7 |
| 6.30 | 18.3 | 18.9 | 19.4 | 9.40 | 27.4 | 28.2 | 29.0 |
| 6.40 | 18.6 | 19.2 | 19.8 | 9.50 | 27.6 | 28.5 | 29.3 |
| 6.50 | 18.9 | 19.5 | 20.1 | 9.60 | 27.9 | 28.8 | 29.7 |
| 6.60 | 19.2 | 19.8 | 20.4 | 9.70 | 28.2 | 29.1 | 30.0 |
| 6.70 | 19.5 | 20.1 | 20.7 | 9.80 | 28.5 | 29.4 | 30.3 |
| 6.80 | 19.8 | 20.4 | 21.0 | 9.90 | 28.8 | 29.7 | 30.6 |
| 6.90 | 20.1 | 20.7 | 21.3 | 10.00 | 29.1 | 30.0 | 30.9 |

80F-33

**KEY TO SAFETY INSTRUCTIONS**

Page 2A of ___ Pages

A — Keep away from strong fumes as much as possible.
B — Don't breathe dust.
C — Flammable - No flames, or sparks. Flash Point @ or below 80°F.
D — Avoid skin irritation by washing off with soap and water.
E — Corrosive - If spilled, remove immediately from skin or clothing. Use goggles and gloves for safety.
F — Spontaneous Combustion if brought in contact with organic material (Sawdust, Turpentine, etc.)