# EXHIBIT 13



**CONSTRUCTION PRODUCTS DIVISION**   064190

03625606

March 17, 1976

### IMPORTANT NOTICE TO VERMICULITE ORE PROCESSORS

W. R. Grace & Co. is finding it necessary to use dust control for ore handling and processing to meet current OSHA dust regulations in plants. As employers of workers handling vermiculite ore, you should be aware of these regulations and of pending changes to them.

The most difficult standard to meet applies to a "tramp" mineral found in vermiculite deposits. It is tremolite, defined by OSHA as one of the asbestos family. Dust control systems you install should be selected on the basis of keeping airborne concentration of this material within limits.

Current requirements which limit exposure of employees to an eight hour time weighted concentration of five fibers per cubic centimeter of air can be found in detail in title 29 Code of Federal Regulations PART 1910. This will be reduced to two fibers on July 1, 1976. A further reduction to 0.5 fibers has been proposed.

Comments on the proposed standard may be made to OSHA through April 9, 1976. Thereafter hearings will be held on the proposed standard. A copy of the Notice of Proposed Rulemaking is enclosed for your information. Grace believes the proposed 0.5 fiber limit is too stringent for current technology to achieve.

As an ore processor, you should sample air of your operation and take appropriate action regarding the current and proposed OSHA regulations.

Richard I. Morris

RIM:cj

GRACE

004PP00070