# EXHIBIT 15

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>W.R. GRACE & CO., et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>(Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF STEPHEN D. SWINDLE IN SUPPORT OF MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM

The undersigned, Stephen D. Swindle, hereby declares as follows:

1. I am a shareholder and the president of Van Cott, Bagley, Cornwall and McCarthy ("Van Cott"). I am also a trustee of the Van Cott, Bagley, Cornwall & McCarthy 401(k) Profit Sharing Plan (the "Plan"). In those capacities, and in support of a Motion for Leave to File Late Proofs of Claims (the "Motion"), I previously signed and submitted an Affidavit which detailed the Plan's purchase and ownership of a parcel of real property located at 333 West 100 South in Salt Lake City, Utah (the "Subject Property").

2. In its Objection to the Motion, the debtor, W.R. Grace ("Grace"), represented that Van Cott was included on Grace's mailing matrix and that proofs of service disclosed that Grace's motion to establish a bar date for filing claims had been served on Van Cott, but not on the Plan, on June 21, 2002.

3. Van Cott may have been included on the mailing matrix because it previously had functioned as Grace's counsel in a Utah litigation matter.

635:307495v3

Representation in that matter began in 1994 and was wholly unrelated to the Subject Property. Van Cott's work with respect to that matter was completed in 1998. Van Cott received final payment from Grace with respect to the matter on June 5, 1998. Van Cott performed no further work for Grace and had no relationship with Grace as of the April 2, 2001 Grace chapter 11 petition date. Grace has also been adverse to Van Cott clients. The Plan has never had a relationship with Grace.

4. To the best of my knowledge, until late 2004, when it formally requested notice of proceedings in the Grace bankruptcy, neither Van Cott nor the Plan received any notices in connection with Grace's pending bankruptcy. If there had been such notices to Van Cott, they would have been directed to me or to my predecessor, Robert M. Anderson, in our capacity as president of Van Cott. If there had been such notices to the Plan, they would have been directed to me in my capacity as a Trustee of the Plan. I did not, however, receive any Grace-related notices, as confirmed by my recent review of my records, and Mr. Anderson has confirmed with me that he has never received such a notice. The explanation for this probably lies in the fact that the firm address allegedly used by Grace in its notices did not include a suite number. The Van Cott firm in 2002 only occupied two floors (suite numbers 1600 and 1700) in a multi-story office building located at 50 South Main Street, Salt Lake City, Utah. Historically, mail that fails to include a suite number is often not delivered to the firm. In addition, the proof of service indicates that Grace used an incorrect zip code, 84145, rather than 84144.

5.   In 2002, the year of the alleged mailing to Van Cott, as provided in paragraph 2, above, Van Cott had a procedure for docketing unclaimed or "dead" mail and nothing has been found in this system having been received from Grace.

6.   For reasons explained in my Affidavit, however, even if the notice of bar date had been properly served, it would not have triggered any realization that a claim should be filed. On March 31, 2003, the apparent bar date for filing claims, neither I nor any other trustee of the Plan was aware of any basis for asserting a claim against Grace with respect to the Subject Property. Until it received a letter from the Environmental Protection Agency dated more than a year after the bar date, the Plan was not aware of any possible environmental problem stemming from product delivered to the Subject Property by Grace.

DATED this 30th day of March, 2005.

_____
Stephen D. Swindle

STATE OF UTAH         )
                      : ss.
COUNTY OF SALT LAKE   )

SUBSCRIBED AND SWORN to before me this 30th day of March, 2005, by STEPHEN D. SWINDLE.



STACEY BRAITHWAITE
NOTARY PUBLIC - STATE OF UTAH
50 SOUTH MAIN STE 1600
SALT LAKE CITY, UT 84144
My Comm. Exp. 07/28/2007

_____
Notary Signature and Seal

635:307495v3