**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: April 4, 2005 at 4:00 p.m. |

**CERTIFICATE OF NO OBJECTION**
**REGARDING DOCKET NO. 8027**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Twenty-Eighth Interim Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of November 1, 2004 through November 30, 2004 (the "Application"). The undersigned further certifies that he caused the review of the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 4, 2005.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay Hamilton, Rabinovitz & Alschuler, Inc. $35,982.00 which represents 80% of the fees ($44,977.50) and $61.63 which represents 100% of the expenses requested in the

[continued to next page]

Application for the period November 1, 2004 through November 30, 2004, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: April 5, 2005

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
Tel:  (305) 374-7580
Fax:  (305) 374-7593

-and-

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899
Tel:  (302) 575-1555
Fax:  (302) 575-1714

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*