# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

March 14, 2005

Invoice No. HRA20050314

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co. et al. For the month of February, 2005.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz<br>11.3 hours @ $ 500 per hour | $ 5,650.00 |
| Paul J. Silvern<br>2.0 hours @ $ 400 per hour | 800.00 |
| Joshua Katz<br>3.50 hours @ $ 175 per hour | 612.50 |
| **TOTAL FEES** | **$ 7,062.50** |

*Please remit to new corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351
NORTHERN CALIFORNIA       LOS ANGELES       WASHINGTON DC       NEW YORK

# Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace). For the month of February 2005.

|            | FFR        | PJS      | JSK      |                 |
|------------|------------|----------|----------|-----------------|
| 02/01/2005 |            |          |          |                 |
| 02/02/2005 |            |          |          |                 |
| 02/03/2005 | 4.00       |          |          |                 |
| 02/04/2005 |            |          |          |                 |
| 02/05/2005 |            |          |          |                 |
| 02/06/2005 |            |          |          |                 |
| 02/07/2005 |            |          |          |                 |
| 02/08/2005 |            |          |          |                 |
| 02/09/2005 |            |          |          |                 |
| 02/10/2005 | 1.00       | 1.00     |          |                 |
| 02/11/2005 | 0.50       | 0.50     |          |                 |
| 02/12/2005 |            |          |          |                 |
| 02/13/2005 |            |          |          |                 |
| 02/14/2005 | 0.50       |          |          |                 |
| 02/15/2005 |            |          |          |                 |
| 02/16/2005 |            |          |          |                 |
| 02/17/2005 | 1.30       |          |          |                 |
| 02/18/2005 |            |          | 1.90     |                 |
| 02/19/2005 |            |          |          |                 |
| 02/20/2005 |            |          |          |                 |
| 02/21/2005 |            |          |          |                 |
| 02/22/2005 |            |          |          |                 |
| 02/23/2005 |            |          | 1.60     |                 |
| 02/24/2005 | 3.00       |          |          |                 |
| 02/25/2005 |            | 0.50     |          |                 |
| 02/26/2005 |            |          |          |                 |
| 02/27/2005 | 1.00       |          |          |                 |
| 02/28/2005 |            |          |          |                 |
|            |            |          |          | Total Hours     |
| Hours      | 11.30      | 2.00     | 3.50     | 16.80           |
| Rate       | $500       | $400.00  | $175.00  | Total Fees      |
|            | $5,650.00  | $800.00  | $612.50  | $7,062.50       |

FEBRUARY 2005 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 02/03/05 | 0.8 | Quick review of Property Damage Committee estimation brief in Federal Mogul. |
|  | 0.7 | Quick review of Estimation brief of Official Committee of Asbestos Claimants and Legal Rep for Future Asbestos Claimants in Federal Mogul. |
|  | 2.5 | Read opinion on estimation in G-1 concerning estimation of asbestos PI claims in that case. |
| 02/10/05 | 1.0 | Attend Committee conference call. |
| 02/11/05 | 0.5 | Update call with James E. Hass and Paul J. Silvern re: status of Grace litigation and PD projects. |
| 02/14/05 | 0.5 | Talk with Scott Baena re: status of talks on estimation protocol, James E. Hass status. |
| 02/17/05 | 0.5 | Attend Committee call. |
|  | 1.0 | Find and read University of Montana study with respect to impact of vermiculite on autoimmune response. |
| 02/24/05 | 3.0 | Read James E. Hass PowerPoint on status of PD claims and review database. |
| 02/27/05 | 1.0 | Read Armstrong memo opinion circulated by Bilzin. |
| TOTAL: | 11.3 | |

FEBRUARY 2005, TIME LOG OF PAUL J. SILVERN (PJS)

| DATE | TIME | TASK |
|---|---|---|
| 02/10/05 | 1.0 | Review US indictment of Grace officials, related news articles and Property Damage Committee counsel's memo re: impacts on bankruptcy case. |
| 02/11/05 | 0.5 | Conference call with Francine Rabinovitz and James E. Hass re: case status. |
| 02/25/05 | 0.5 | Review District Court's opinion re: disapproval of Armstrong Industries Plan of Reorganization. |
| TOTAL | 2.0 | |

FEBRUARY 2005, TIME LOG OF JOSHUA S. KATZ (JKS)

| DATE | TIME | TASK |
|---|---|---|
| 02/18/05 | 1.9 | Review of Grace 8-ks for January and February, review of news media on Libby indictment, Zonolite comments in Canada. |
| 02/26/05 | 1.6 | Conversation with James Hass about PD plans (.2); review of media on recent Libby indictment, asbestos legislation status (.6); review of PD presentations and databases (.7); e-mails to Fran (.1) |
| TOTAL: | 3.5 | |