## Exhibit A

| Debtor Entity | Settling Parties | Settlement Description |
|---|---|---|
| W. R. Grace & Co. ("Grace") | Sciences International, Inc. ("Sciences") and Grace | Sciences performed pre-petition services for the Debtors, which were evidenced by two (2) separate invoices to the Debtors which totaled $148,137.42. The Debtors erroneously scheduled Sciences claim as contingent, unliquidated and disputed and listed only a lock box for the claimant. Sciences did not receive the Debtors' Bar Date Order and thus did not timely file a proof of claim.<br><br>The parties have agreed to allow Sciences to file a timely general, unsecured, non-priority claim in the amount of $148,137.42. Sciences agreed that it is forever barred, estopped and enjoined from asserting any additional pre-petition claims against the Debtors. Notwithstanding the foregoing, the Parties agree that the allowance of the pre-petition claim will not affect Sciences' rights, if any, to pursue post-petition claims with respect to post-petition work performed by Sciences for the Debtors. |