IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## STIPULATION RESOLVING CLAIM OF SCIENCES INTERNATIONAL, INC.

This stipulation is entered into this 31th day of March, 2005, between W.R. Grace & Co. and its affiliates (collectively, the "Debtors") and Sciences International, Inc. ("Claimant").

**WHEREAS,** on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganizations by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

**WHEREAS,** this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**WHEREAS,** the Claimant performed services for the Debtors prior to the Petition Date, which were documented in two (2) separate invoices:

| | |
|---|---|
| Invoice #01-1029 | $ 37,856.13 |
| Invoice #01-1054 | $110,280.69 |
| **TOTAL DUE** | **$148,137.42** |

**WHEREAS,** the Debtors scheduled Claimant as the holder of a claim but (1) erroneously listed the claim as contingent, unliquidated and disputed, and (2) listed the Claimant's lock box address instead of the Claimant's actual address on its schedules. In addition, the Claimant's lock box address changed to a new address at approximately the same time the Debtors served the Bar Date Order. As a result, the Claimant did not receive actual notice of the Debtors' bar date and, therefore, did not file a timely proof of claim.

**NOW, THEREFORE,** for good and valuable consideration, the parties hereby stipulate and agree as follows:

1. The Claimant is entitled to file a general, unsecured, non-priority claim in the amount of $148,137.42 (the "Claim") which, upon filing, shall be deemed timely.

2. Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

3. The obligations of this Stipulation become effective upon the filing of the Claim Settlement Notice in the Debtors' bankruptcy case as provided in the Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by

or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding, dated July 31, 2001, and the passage of the appropriate notice period without objection, thereby resolving the Claim covered in this stipulation.

4. Once the Stipulation becomes effective (as described in the previous paragraph) and the Claimant files a proof of claim for a general unsecured, non-priority claim in the amount of $148,137.42, the Debtors shall direct the Claims Agent, Rust Consulting, Inc., to mark the Claims Register to reflect that Claim shall be allowed as outlined herein.

5. Claimant agrees that it is forever barred, estopped, and enjoined from asserting any additional pre-petition claims against the Debtors.

6. The parties shall take whatever additional action, if any, is necessary to make sure that the Claimant's Claim is treated as outlined herein.

**STIPULATED AND AGREED:**

| SCIENCES INTERNATIONAL, INC. | W. R. GRACE & CO., et al. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Elizabeth Anderson, Ph.D. | Don Kuchinsky |
| President and CEO | Senior Litigation Counsel |
| Sciences International, Inc. | Legal Services Group |
| King Street Station | W.R. Grace & Co. |
| 1800 Diagonal Road, Ste. 500 | 7500 Grace Drive |
| Alexandria, VA 22314 | Columbia, MD 21044 |