### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139(JKF) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Daniel M. Glosband of Goodwin Procter LLP, as counsel for CNA Financial Corporation and its subsidiaries.

Dated: April 4, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By _____
Kevin Gross (I.D. No. 209)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302)656-4433

DKT. NO. 8174
FILED 4/5/05

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Daniel M. Glosband, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone: (617)570-1930

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 6, 2005

_____
United States Bankruptcy Judge

2