IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-01139(JKF) |
| Debtors. | Jointly Administered |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael S. Giannotto of Goodwin Procter LLP, as counsel for CNA Financial Corporation and its subsidiaries.

Dated: April 4, 2005

ROSENTHAL, MONHAIT, GROSS
& GODDESS, P.A.

By _____
Kevin Gross (I.D. No. 209)
919 Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302)656-4433

DKT. NO. 8175
FILED 4/5/05

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Michael S. Giannotto, Esquire
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202)346-4124

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: April 6, 2005

_____
United States Bankruptcy Judge