IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: April 27, 2005 @ 4:00 p.m. |

**QUARTERLY FEE APPLICATION OF KRAMER
LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE
PERIOD FROM OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004**

Name of Applicant:  *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:  *Official Committee of Equity Holders*

Date of Retention:  *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:  *October 1, 2004 through and
including December 31, 2004*

Amount of Compensation sought as
actual, reasonable and necessary: *$406,517.00*
Amount of Expense Reimbursement sought as
actual, reasonable and necessary: *$14,406.04*

This is a(n):   _   monthly          X     interim application

KL2:2380299.1

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL - OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

| Fee Application Filing Date Docket No. | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 11/23/04 7039 | $128,959.00 | $6,922.76 | 12/22/04 7328 | $103,167.20 | $6,922.76 | $135,881.76 |
| 12/28/04 7382 | $153,725.00 | $4,236.79 | 1/20/05 7601 | $122,980.00 | $4,236.79 | $157,961.79 |
| 02/02/05 7672 | $123,833.00 | $3,246.49 | 2/23/05 7875 | $102,312.89 | $3,246.49 | $127,079.49 |
| **Total** | **$406,517.00** | **$14,406.04** | | **$328,460.09** | **$14,406.04** | **$421,558.19** |

Currently Unpaid:    Fees        $ 78,056.91
                     Expenses    $      0.00

**TOTAL**        $ 78,056.91

- 2 -

KL2:2380299.1

**SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL - OCTOBER, 1 2002 - DECEMBER 31, 2004**

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $73,418.50 $5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $87,266.50 $10,070.69 | $86,576.50 $9,737.19 | $86,576.50 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $34,092.00 $497.86 | $34,092.00 $497.86 | $34,092.00 $497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $45,266.00 $2,046.18 | $-0- |
| January 1, 2004 - March 31, 2004 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 | $-0- |
| April 1, 2004 - June 30, 2004 | $48,415.50 $1,840.66 | $48,415.50 $1,840.66 | $27,233.60 $1,451.36 | $-0- |
| July 1, 2004 - September 30, 2004 | $47,550.00 $995.20 | $47,550.00 $995.20 | $38,039.60 $995.20 | $9,510.40 |
| **TOTAL** | **$469,512.00 $27,964.90** | **$468,822.00 $27,964.90** | **$447,640.10 $27,964.90** | **$9,510.40** |

Currently Unpaid:   Fees:       $  9,510.40
                    Expenses    $        0.00

                    TOTAL       $  9,510.40

**SUMMARY OF TIME FOR BILLING PERIOD**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Dienstag, Abbe L. | 535.00 | 8.20 | $4,387.00 |
| Eckstein, Kenneth H. | 725.00 | 2.10 | $1,522.50 |
| Nadler, Ellen R. | 630.00 | 58.00 | $36,540.00 |
| Bentley, Philip | 553.59 | 143.60 | $79,495.50 |

---

[1] July 1-September 30, 2002 Fees and Expenses Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 2003 Order Granted on June 16, 2004 (Docket 5822); January 1-March 2004 Order Granted on September 27, 2004 (Docket 6465).

KL2:2380299.1

| | | | |
|---|---|---|---|
| Mayer, Thomas Moers | 690.00 | 18.80 | $12,972.00 |
| Herzog, Barry | 525.00 | 54.30 | $28,507.50 |
| Horowitz, Gregory A. | 525.00 | 70.00 | $36,750.00 |
| Becker, Gary | 495.00 | 203.70 | $100,831.50 |
| Caton, Amy | 475.00 | 5.90 | $2,802.50 |
| Rigel, Blake | 425.00 | 63.20 | $26,860.00 |
| Novod, Gordon | 390.00 | 99.60 | $38,844.00 |
| Klein, David | 425.00 | 1.50 | $637.50 |
| Seaton, Michael T. | 250.00 | 2.90 | $725.00 |
| Dimos, Bill | 250.00 | 33.50 | $8,375.00 |
| Koevary, Jonathan T. | 250.00 | 36.40 | $9,100.00 |
| Segal, Amanda J. | 250.00 | 21.50 | $5,375.00 |
| Mangual, Kathleen | 195.00 | 61.10 | $11,914.50 |
| Shea, James | 195.00 | 2.90 | $565.50 |
| Seidman, Emily | 195.00 | 1.60 | $312.00 |
| **Total** | | **888.80** | **$406,517.00** |

KL2:2380299.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/04 through 12/31/04 | Total Fees for the Period 10/1/04 through 12/31/04 |
|---|---|---|
| Bankruptcy Motions | 171.00 | $73,176.00 |
| Case Administration | 52.30 | $14,172.00 |
| Claims Analysis Objection | 263.60 | $131,501.50 |
| Creditor Committee | 71.50 | $33,341.00 |
| Fee Applications, Applicant | 13.10 | $3,754.50 |
| Hearings | 20.60 | $11,539.00 |
| Plan and Disclosure Statement | 0.20 | $138.00 |
| Reorganization Plan | 168.40 | $78,893.00 |
| Tax Issues | 77.60 | $36,882.00 |
| Travel/Non-Working | 34.80 | $16,308.50 |
| Zai Science Trial | 15.70 | $6,811.50 |
| **Total** | **888.80** | **$406,517.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/04 through 12/31/04 |
|---|---|
| Velobindings | $150.00 |
| Tabs | $67.00 |
| Photocopying | $4,818.60 |
| Research Services | $63.00 |
| Document Prep. | $1,012.00 |
| Postage | $ 0.37 |
| Long-Distance Tel. | $13.14 |
| Tel Credit Card | $150.57 |
| Westlaw On-Line Research | $428.72 |
| Lexis / Nexis On-Line Research | $1,154.61 |
| Messenger/ Courier | $183.15 |
| Legal Serch Fees | $52.14 |
| Cab Fares | $871.52 |
| Meals/In-House | $364.70 |
| In House/Meals | $135.40 |
| Out-of-town Travel | $4,108.54 |
| Meals/ T & E | $49.00 |
| Court Rept's Costs | $324.00 |
| Storage/Retrieval | $44.63 |
| Transcript Fees | $414.95 |
| **Total** | **$14,406.04** |

KL2:2380299.1

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period October 1, 2004 through December 31, 2004, it be allowed the total amount of fees of $406,517.00 and disbursements $14,406.04, and that the Debtor be directed to pay all outstanding unpaid amounts.

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: April 6, 2005

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 2.20 | 630.00 | 1,386.00 |
| BECKER, GARY M. | CRED | 2.70 | 495.00 | 1,336.50 |
| NOVOD, GORDON | CRED | 4.30 | 390.00 | 1,677.00 |
| KLEIN, DAVID | CRED | 1.50 | 425.00 | 637.50 |
| DIMOS, BILL | CRED | 18.60 | 250.00 | 4,650.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 22.20 | 195.00 | 4,329.00 |
| SHEA, JAMES | CRED | 0.80 | 195.00 | 156.00 |
| Subtotal | | 52.30 | | $ 14,172.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIENSTAG, ABBE L. | CORP | 5.20 | 535.00 | 2,782.00 |
| NADLER, ELLEN R. | LITI | 6.10 | 630.00 | 3,843.00 |
| BENTLEY, PHILIP | CRED | 6.50 | 565.00 | 3,672.50 |
| MAYER, THOMAS MOERS | CRED | 0.30 | 690.00 | 207.00 |
| BECKER, GARY M. | CRED | 38.90 | 495.00 | 19,255.50 |
| DIMOS, BILL | CRED | 11.70 | 250.00 | 2,925.00 |
| KOEVARY, JONATHAN T | CRED | 2.00 | 250.00 | 500.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.80 | 195.00 | 156.00 |
| Subtotal | | 71.50 | | $ 33,341.00 |

KL4:2120871.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

*BANKR. MOTIONS*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIENSTAG, ABBE L. | CORP | 3.00 | 535.00 | 1,605.00 |
| NADLER, ELLEN R. | LITI | 0.50 | 630.00 | 315.00 |
| BENTLEY, PHILIP | CRED | 11.60 | 565.00 | 6,554.00 |
| MAYER, THOMAS MOERS | CRED | 4.00 | 690.00 | 2,760.00 |
| HERZOG, BARRY | TAX | 12.00 | 525.00 | 6,300.00 |
| BECKER, GARY M. | CRED | 34.20 | 495.00 | 16,929.00 |
| NOVOD, GORDON | CRED | 90.60 | 390.00 | 35,334.00 |
| DIMOS, BILL | CRED | 0.80 | 250.00 | 200.00 |
| KOEVARY, JONATHAN T | CRED | 0.50 | 250.00 | 125.00 |
| SEGAL, AMANDA J | CRED | 6.60 | 250.00 | 1,650.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 5.00 | 195.00 | 975.00 |
| SHEA, JAMES | CRED | 0.60 | 195.00 | 117.00 |
| SEIDMAN, EMILY | CRED | 1.60 | 195.00 | 312.00 |
| Subtotal | | 171.00 | $ | 73,176.00 |

*REORGANIZATION PLAN*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 3.10 | 630.00 | 1,953.00 |
| BENTLEY, PHILIP | CRED | 35.50 | 565.00 | 20,057.50 |
| MAYER, THOMAS MOERS | CRED | 11.80 | 690.00 | 8,142.00 |
| BECKER, GARY M. | CRED | 43.40 | 495.00 | 21,483.00 |
| RIGEL, BLAKE | TAX | 49.00 | 425.00 | 20,825.00 |
| NOVOD, GORDON | CRED | 2.00 | 390.00 | 780.00 |
| DIMOS, BILL | CRED | 2.40 | 250.00 | 600.00 |
| KOEVARY, JONATHAN T | CRED | 1.80 | 250.00 | 450.00 |
| SEGAL, AMANDA J | CRED | 14.90 | 250.00 | 3,725.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 4.50 | 195.00 | 877.50 |
| Subtotal | | 168.40 | $ | 78,893.00 |

KL4:2120871.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

*FEE APPLICATIONS, APPLICANT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.00 | 495.00 | 1,980.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 9.10 | 195.00 | 1,774.50 |
| | Subtotal | 13.10 | $ | 3,754.50 |

*CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| ECKSTEIN, KENNETH H. | CRED | 2.10 | 725.00 | 1,522.50 |
| NADLER, ELLEN R. | LITI | 40.10 | 630.00 | 25,263.00 |
| BENTLEY, PHILIP | CRED | 65.30 | 565.00 | 36,894.50 |
| HOROWITZ, GREGORY A. | LITI | 70.00 | 525.00 | 36,750.00 |
| BECKER, GARY M. | CRED | 36.00 | 495.00 | 17,820.00 |
| CATON, AMY | CRED | 5.90 | 475.00 | 2,802.50 |
| NOVOD, GORDON | CRED | 2.70 | 390.00 | 1,053.00 |
| KOEVARY, JONATHAN T | CRED | 23.70 | 250.00 | 5,925.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 16.30 | 195.00 | 3,178.50 |
| SHEA, JAMES | CRED | 1.50 | 195.00 | 292.50 |
| | Subtotal | 263.60 | $ | 131,501.50 |

*PLAN AND DISCLOSURE STATEMENT*

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| MAYER, THOMAS MOERS | CRED | 0.20 | 690.00 | 138.00 |
| | Subtotal | 0.20 | $ | 138.00 |

KL4:2120871.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 6.00 | 630.00 | 3,780.00 |
| BENTLEY, PHILIP | CRED | 7.60 | 565.00 | 4,294.00 |
| BECKER, GARY M. | CRED | 7.00 | 495.00 | 3,465.00 |
| Subtotal | | 20.60 | | $ 11,539.00 |

### TAX ISSUES

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 6.80 | 565.00 | 3,842.00 |
| MAYER, THOMAS MOERS | CRED | 2.50 | 690.00 | 1,725.00 |
| HERZOG, BARRY | TAX | 42.30 | 525.00 | 22,207.50 |
| BECKER, GARY M. | CRED | 0.50 | 495.00 | 247.50 |
| RIGEL, BLAKE | TAX | 14.20 | 425.00 | 6,035.00 |
| SEATON, MICHAEL T | TAX | 2.90 | 250.00 | 725.00 |
| KOEVARY, JONATHAN T | CRED | 8.40 | 250.00 | 2,100.00 |
| Subtotal | | 77.60 | | $ 36,882.00 |

### ZAI SCIENCE TRIAL

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 12.50 | 495.00 | 6,187.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 3.20 | 195.00 | 624.00 |
| Subtotal | | 15.70 | | $ 6,811.50 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 10.30 | 565.00 | 4,181.00 |
| BECKER, GARY M. | CRED | 24.50 | 495.00 | 12,127.50 |
| Subtotal | | 34.80 | | $ 16,308.50 |
| Total | | 888.80 | | $ 406,517.00 |

KL4:2120871.1

# SCHEDULE OF TIME CHARGES AND RATES
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

| ATTORNEY | TITLE | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| DIENSTAG, ABBE L. | PARTNER | 8.20 | 535.00 | 4,387.00 |
| ECKSTEIN, KENNETH H. | PARTNER | 2.10 | 725.00 | 1,522.50 |
| NADLER, ELLEN R. | PARTNER | 58.00 | 630.00 | 36,540.00 |
| BENTLEY, PHILIP | PARTNER | 143.60 | 553.59 | 79,495.50 |
| MAYER, THOMAS MOERS | PARTNER | 18.80 | 690.00 | 12,972.00 |
| HERZOG, BARRY | PARTNER | 54.30 | 525.00 | 28,507.50 |
| HOROWITZ, GREGORY A. | PARTNER | 70.00 | 525.00 | 36,750.00 |
| BECKER, GARY M. | SPEC COUNS | 203.70 | 495.00 | 100,831.50 |
| CATON, AMY | ASSOCIATE | 5.90 | 475.00 | 2,802.50 |
| RIGEL, BLAKE | ASSOCIATE | 63.20 | 425.00 | 26,860.00 |
| NOVOD, GORDON | ASSOCIATE | 99.60 | 390.00 | 38,844.00 |
| KLEIN, DAVID | ASSOCIATE | 1.50 | 425.00 | 637.50 |
| SEATON, MICHAEL T | ASSOCIATE | 2.90 | 250.00 | 725.00 |
| DIMOS, BILL | ASSOCIATE | 33.50 | 250.00 | 8,375.00 |
| KOEVARY, JONATHAN T | ASSOCIATE | 36.40 | 250.00 | 9,100.00 |
| SEGAL, AMANDA J | ASSOCIATE | 21.50 | 250.00 | 5,375.00 |
| MANGUAL, KATHLEEN | PARALEGAL | 61.10 | 195.00 | 11,914.50 |
| SHEA, JAMES | PARALEGAL | 2.90 | 195.00 | 565.50 |
| SEIDMAN, EMILY | PARALEGAL | 1.60 | 195.00 | 312.00 |
| | Total | 888.80 | | $406,517.00 |

KL4:2120871.1

# SCHEDULE OF DISBURSEMENTS
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

| DISBURSEMENTS | AMOUNT |
|---|---:|
| VELOBINDINGS | 150.00 |
| TABS | 67.00 |
| PHOTOCOPYING | 4,818.60 |
| RESEARCH SERVICES | 63.00 |
| DOCUMENT PREP. | 1,012.00 |
| POSTAGE | 0.37 |
| LONG-DISTANCE TEL. | 13.14 |
| LONG DIST. TELE. | 150.57 |
| WESTLAW ON - LINE RESEARCH | 428.72 |
| LEXIS / NEXIS ON -LINE RESEAR | 1,154.61 |
| MESSENGER/COURIER | 183.15 |
| LEGAL SEARCH FEES | 52.14 |
| CAB FARES | 871.52 |
| MEALS/IN-HOUSE | 364.70 |
| IN-HOUSE/MEALS | 135.40 |
| OUT-OF-TOWN TRAVEL | 4,108.54 |
| MEALS/T & E | 49.00 |
| COURT REPT'S COSTS | 324.00 |
| STORAGE/RETRIEVAL | 44.63 |
| TRANSCRIPT FEES | __414.95__ |
| Subtotal | $__14,406.04__ |

KL4:2120871.1

# SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
## FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 2,569.92 |
| MEALS/IN-HOUSE | 3.00 |
| IN-HOUSE/MEALS | 13.92 |
| MEALS/T & E | 13.00 |
| Subtotal | $2,599.84 |

KL4:2120871.1