```
alp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
Run Date & Time: 03/30/2005 15:34:43                    *PRIVILEGED AND CONFIDENTIAL*

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                              PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:    01/01/1901                 TO:  01/31/2005
       UNBILLED DISB FROM:    01/01/1901                 TO:  01/31/2005

                              FEES                                  COSTS
                              ----                                  -----
       GROSS BILLABLE AMOUNT:          406,517.00                          14,406.04
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
          ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:             01/31/2005                        01/31/2005
  CLOSE MATTER/FINAL BILLING?   YES  OR  NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:                            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                                     ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

                         FEES:         548,803.90
                DISBURSEMENTS:          22,466.84    UNIDENTIFIED RECEIPTS:                0.00
                 FEE RETAINER:               0.00        PAID FEE RETAINER:                0.00
                DISB RETAINER:               0.00       PAID DISB RETAINER:                0.00
           TOTAL OUTSTANDING:          586,872.92    TOTAL AVAILABLE FUNDS:                0.00
                                                            TRUST BALANCE:
                                                          BILLING HISTORY
                                                          ---------------
     DATE OF LAST BILL:     03/30/05         LAST PAYMENT DATE:          03/23/05
     LAST BILL NUMBER:       408613    ACTUAL FEES BILLED TO DATE:   1,330,414.00
                                       ON ACCOUNT FEES BILLED TO DATE:         0.00
                                          TOTAL FEES BILLED TO DATE:   1,330,414.00
  LAST BILL THRU DATE:     12/31/04          FEES WRITTEN OFF TO DATE:    151,203.18

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

       (1) Exceeded Fixed Fee             (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted       (5) Business Development      (8) Premium
       (3) Pre-arranged Discount          (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____         DATE OF BILL: _____  Processed by:_____  FRC:_____    CRC:_____
```

```
alp_132c: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:53

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
```
B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Billed Hours | Total Billed Amount |
|---|---|---|---|---|---|---|
| 00326 | DIENSTAG, ABBE L. | PARTNER | 10/20/04 | 10/27/04 | 8.20 | 4,387.00 |
| 00336 | ECKSTEIN, KENNETH H. | PARTNER | 10/18/04 | 10/18/04 | 2.10 | 1,522.50 |
| 00720 | NADLER, ELLEN R. | PARTNER | 10/18/04 | 12/30/04 | 58.00 | 36,540.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 10/01/04 | 12/22/04 | 143.60 | 79,495.50 |
| 03976 | MAYER, THOMAS MOERS | PARTNER | 10/18/04 | 12/30/04 | 18.80 | 12,972.00 |
| 06366 | HERZOG, BARRY | PARTNER | 10/14/04 | 12/16/04 | 54.30 | 28,507.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 10/22/04 | 12/23/04 | 70.00 | 36,750.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 10/01/04 | 12/23/04 | 203.70 | 100,831.50 |
| 04418 | CATON, AMY | ASSOCIATE | 11/01/04 | 11/05/04 | 5.90 | 2,802.50 |
| 05327 | RIGEL, BLAKE | ASSOCIATE | 10/04/04 | 12/16/04 | 63.20 | 26,860.00 |
| 05338 | NOVOD, GORDON | ASSOCIATE | 11/02/04 | 12/23/04 | 99.60 | 38,844.00 |
| 05646 | KLEIN, DAVID | ASSOCIATE | 10/05/04 | 10/11/04 | 1.50 | 637.50 |
| 06207 | SEATON, MICHAEL T | ASSOCIATE | 10/08/04 | 10/11/04 | 2.90 | 725.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 10/01/04 | 12/30/04 | 33.50 | 8,375.00 |
| 06228 | KOEVARY, JONATHAN T | ASSOCIATE | 10/11/04 | 12/07/04 | 36.40 | 9,100.00 |
| 06230 | SEGAL, AMANDA J | ASSOCIATE | 11/08/04 | 12/30/04 | 21.50 | 5,375.00 |
| 05208 | MANGUAL, KATHLEEN | PARAPROFESSIONALS PARALEGAL | 10/04/04 | 12/22/04 | 61.10 | 11,914.50 |
| 06091 | SHEA, JAMES | PARALEGAL | 11/02/04 | 11/12/04 | 2.90 | 565.50 |
| 06110 | SEIDMAN, EMILY | PARALEGAL | 11/30/04 | 11/30/04 | 1.60 | 312.00 |
| | Total: | | | | 888.80 | 406,517.00 |

B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Billed Oldest | Total Billed Latest | Total Amount |
|---|---|---|---|---|---|---|
| 0816 | VELOBINDINGS | 10/18/04 | 11/15/04 | | | 150.00 |
| 0817 | TABS | 10/18/04 | 10/22/04 | | | 67.00 |
| 0820 | PHOTOCOPYING | 10/17/04 | 12/27/04 | | | 4,818.60 |
| 0841 | RESEARCH SERVICES | 10/19/04 | 11/15/04 | | | 63.00 |
| 0842 | DOCUMENT PREP | 10/26/04 | 12/21/04 | | | 1,012.00 |
| 0880 | POSTAGE | 10/27/04 | 10/27/04 | | | 0.37 |
| 0885 | LONG-DISTANCE TEL. | 10/15/04 | 11/29/04 | | | 13.14 |
| 0910 | LONG. DIST. TELE. | 10/22/04 | 12/13/04 | | | 150.57 |
| 0917 | WESTLAW ON - LINE RESEARCH | 10/20/04 | 12/20/04 | | | 428.72 |
| 0921 | LEXIS / NEXIS ON -LINE RESEAR | 10/19/04 | 12/15/04 | | | 1,154.61 |
| 0930 | MESSENGER/COURIER | 10/06/04 | 12/28/04 | | | 183.15 |
| 0935 | LEGAL SEARCH FEES | 10/31/04 | 10/31/04 | | | 52.14 |
| 0940 | CAB FARES | 10/04/04 | 12/29/04 | | | 871.52 |
| 0942 | MEALS/IN-HOUSE | 10/18/04 | 12/16/04 | | | 364.70 |
| 0943 | IN-HOUSE/MEALS | 11/10/04 | 12/31/04 | | | 135.40 |
| 0950 | OUT-OF-TOWN TRAVEL | 09/27/04 | 12/29/04 | | | 4,108.54 |
| 0951 | MEALS/T & E | 11/22/04 | 12/29/04 | | | 49.00 |
| 0965 | COURT REPT'S COSTS | 11/24/04 | 11/24/04 | | | 324.00 |
| 0973 | STORAGE/RETRIEVAL | 12/23/04 | 12/23/04 | | | 44.63 |
| 0980 | TRANSCRIPT FEES | 12/07/04 | 12/07/04 | | | 414.95 |

```
alp_132c: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    3
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:53

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

     B I L L E D   C O S T S   S U M M A R Y ------- Total Billed -------
                                           Oldest    Latest      Total
     Code Description                      Entry      Entry      Amount
                                           -----     ------    ----------
                  Total                                        14,406.04
                                                              ===========

                  Grand Total                                 420,923.04
                                                              ===========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:53)
                                          ------ Billed ------      Applied     ---- Collections ----        Balance
Bill Date Thru Date   Bill#                Fee & OA  Disbursement   From OA       Total         Date           Due
------------------- --------               --------  ------------   -------       -----         ----         -------
PRIOR TO 2001                            138,553.50     16,080.63              154,634.13
 YEAR 2002                               328,428.82     27,193.11              355,621.93
 YEAR 2003                               152,550.50      5,113.85              157,664.35
01/29/04  12/31/03   382765               17,595.00      1,599.14               19,194.14  02/27/04
02/25/04  01/31/04   384579                8,979.00        436.47                9,415.47  10/18/04
04/30/04  02/29/04   388529                8,888.00        545.85                9,433.85  06/29/04
05/27/04  04/30/04   390208               13,058.00        469.11               13,527.11  10/18/04
06/29/04  05/31/04   391727               14,237.00        389.30               14,626.30  03/23/05
07/31/04  06/30/04   392045               10,840.00      1,279.24               12,119.24  10/18/04
08/23/04  06/30/04   394084               23,202.00        172.12               23,374.12  01/31/05
01/25/05  09/30/04   396938               47,550.00        995.20                   39,034.80                  9,510.40
03/07/05  01/31/05   409094              132,776.50      8,060.80                         .00               140,837.30
03/30/05  12/31/04   408613              406,517.00     14,406.04                         .00               420,923.04
                                        ------------  -----------              -----------                -----------
                     Total:            1,303,175.32     76,740.86              808,645.44                  571,270.74
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:32

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS - 06975                Proforma Number: 1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status        : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                         PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:    10/01/2004      TO: 12/30/2004
       UNBILLED DISB FROM:    10/06/2004      TO: 12/28/2004

                              FEES                        COSTS

       GROSS BILLABLE AMOUNT:        14,172.00              8,280.84
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
               AMOUNT BILLED:
                   THRU DATE:        12/30/2004             12/28/2004
  CLOSE MATTER/FINAL BILLING?   YES  OR  NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL: BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:


                           ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                 FEES:        21,470.50         UNIDENTIFIED RECEIPTS:              0.00
        DISBURSEMENTS:        10,023.39            PAID FEE RETAINER:                0.00
         FEE RETAINER:             0.00           PAID DISB RETAINER:                0.00
        DISB RETAINER:             0.00         TOTAL AVAILABLE FUNDS:               0.00
    TOTAL OUTSTANDING:        31,493.89                TRUST BALANCE:

                                           BILLING HISTORY

    DATE OF LAST BILL:        03/30/05        LAST PAYMENT DATE:           03/23/05
      LAST BILL NUMBER:        409094 ACTUAL FEES BILLED TO DATE:        239,647.00
                                      ON ACCOUNT FEES BILLED TO DATE:         0.00
                                              TOTAL FEES BILLED TO DATE: 239,647.00
   LAST BILL THRU DATE:        01/31/05      FEES WRITTEN OFF TO DATE:    79,053.50

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee         (4) Excessive Legal Time        (7) Fixed Fee
      (2) Late Time & Costs Posted   (5) Business Development        (8) Premium
      (3) Pre-arranged Discount      (6) Summer Associate            (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____  Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                 PAGE    2
Run Date & Time: 03/30/2005 15:34:32                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y      -------------- Total Billed --------------
Emp Id Employee Name              Group         Oldest       Latest      Hours       Amount

00720  NADLER, ELLEN R.            LITI         11/12/04     12/01/04     2.20      1,386.00
05292  BECKER, GARY M.             CRED         10/01/04     12/23/04     2.70      1,336.50
05338  NOVOD, GORDON               CRED         11/02/04     12/23/04     4.30      1,677.00
05646  KLEIN, DAVID                CRED         10/05/04     10/11/04     1.50        637.50
06208  DIMOS, BILL                 CRED         10/19/04     12/30/04    18.60      4,650.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN           CRED         10/04/04     12/21/04    22.20      4,329.00
06091  SHEA, JAMES                 CRED         11/02/04     11/02/04     0.80        156.00
                                                                       -------    ----------
                       Total:                                            52.30     14,172.00

Sub-Total Hours :    2.20 Partners    2.70 Counsels    24.40 Associates    23.00 Legal Assts    0.00 Others

   B I L L E D   C O S T S   S U M M A R Y    -------------- Total Billed --------------
Code Description                              Oldest       Latest          Total
                                              Entry        Entry           Amount

0816 VELOBINDINGS                             10/18/04     11/15/04         150.00
0817 TABS                                     10/18/04     10/22/04          67.00
0820 PHOTOCOPYING                             10/17/04     12/22/04       4,371.45
0841 RESEARCH SERVICES                        10/19/04     11/15/04          49.00
0842 DOCUMENT PREP.                           10/26/04     12/21/04         836.00
0880 POSTAGE                                  10/27/04     10/27/04           0.37
0885 LONG-DISTANCE TEL.                       10/28/04     11/15/04           2.22
0910 LONG DIST. TELE.                         12/13/04     12/13/04          93.48
0917 WESTLAW ON - LINE RESEARCH               11/07/04     11/12/04          52.27
0921 LEXIS / NEXIS ON -LINE RESEAR            10/19/04     10/20/04         190.51
0930 MESSENGER/COURIER                        12/06/04     12/28/04         173.59
0935 LEGAL SEARCH FEES                        10/31/04     10/31/04          52.14
0940 CAB FARES                                10/18/04     11/30/04         229.92
0943 IN-HOUSE/MEALS                           11/10/04     12/08/04          31.24
0950 OUT-OF-TOWN TRAVEL                       10/19/04     12/15/04       1,242.70
0965 COURT REPT'S COSTS                       11/24/04     11/24/04         324.00
0980 TRANSCRIPT FEES                          12/07/04     12/07/04         414.95
                                                                        ----------
                       Total                                              8,280.84

                       Grand Total                                       22,452.84
                                                                        ==========
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE      3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency:  M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 03/30/05 15:34:33)
                                --------- Billed --------     Applied   ---- Collections ----    Balance
Bill Date Thru Date  Bill#       Fee & OA       Disbursement   From OA    Total      Date          Due

B I L L I N G   &   P A Y M E N T   H I S T O R Y (Reflects Payments As of 03/30/05 15:34:33)
                                --------- Billed --------     Applied   ---- Collections ----    Balance
Bill Date Thru Date  Bill#       Fee & OA       Disbursement   From OA    Total      Date          Due
PRIOR TO 2001                    71,036.50        8,160.18               79,196.68
YEAR 2002                        63,892.50       13,613.26               77,505.76
YEAR 2003                        42,737.00        3,649.07               46,386.07
01/29/04 12/31/03  382765         6,246.50        1,364.34                7,610.84  02/27/04
02/25/04 01/31/04  384579         4,124.00          436.47                4,560.47  04/13/04
04/30/04 02/29/04  388529         2,552.50           43.85                2,596.35  06/29/04
05/27/04 04/30/04  390208         2,589.00          114.15                2,703.15  08/03/04
06/29/04 05/31/04  391727         2,331.00           13.05                2,344.05  03/23/05
07/31/04 06/30/04  392045         3,114.00           87.30                3,201.30  10/18/04
08/23/04 06/30/04  394084         3,718.50          125.39                3,843.89  11/16/04
01/25/05 09/30/04  396938         6,640.00          180.51                6,820.51  01/25/05
03/07/05 01/31/05  409094         7,298.50        1,742.55                                         9,041.05
03/30/05 12/31/04  408613        14,172.00        8,280.84                     .00                22,452.84

        Total:                  230,452.00       37,810.96              236,769.07               31,493.89
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE      4
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status        : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                    Hours    Amount    Index#     Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/01/04 | Review new documents received. | 0.40 | 198.00 | 5340033 | 10/06/04 |
| MANGUAL, KATHLEEN | 10/04/04 | organization of files, update index, chron. correspondence (2.2) | 2.20 | 429.00 | 5383084 | 11/02/04 |
| KLEIN, DAVID | 10/05/04 | review pleadings/filings, distr same as necessary; | 0.20 | 85.00 | 5346872 | 10/12/04 |
| KLEIN, DAVID | 10/10/04 | review pleadings/filings, distr same as necessary; | 0.80 | 340.00 | 5346873 | 10/12/04 |
| KLEIN, DAVID | 10/11/04 | review filings (0.2), transition and file organization (0.2), disc. w/ same w/ GMB (0.1). | 0.50 | 212.50 | 5346874 | 10/12/04 |
| BECKER, GARY M. | 10/12/04 | Conf. with equity holder re status. | 0.30 | 148.50 | 5351244 | 10/14/04 |
| DIMOS, BILL | 10/19/04 | Read through docs delivered from court, summarized and sent in an email to Gary Becker, then filed docs with Kathleen Mangual. | 1.40 | 350.00 | 5363713 | 10/25/04 |
| MANGUAL, KATHLEEN | 10/20/04 | organization of files (3.0) | 3.00 | 585.00 | 5383091 | 11/02/04 |
| DIMOS, BILL | 10/21/04 | Read over new docs served and emailed to Gary Becker. | 0.30 | 75.00 | 5363714 | 10/25/04 |
| MANGUAL, KATHLEEN | 10/21/04 | organization of files, update index, chron. correspondence (1.6) | 1.60 | 312.00 | 5383086 | 11/02/04 |
| DIMOS, BILL | 10/26/04 | Read through court docs; email summary re docs to Gary Becker | 0.80 | 200.00 | 5373956 | 11/01/04 |
| MANGUAL, KATHLEEN | 10/28/04 | organization of documents per PB, distribution to internal group (.80), organization of files (1.3) | 2.10 | 409.50 | 5383089 | 11/02/04 |
| BECKER, GARY M. | 11/01/04 | Review various new pleadings and orders. | 0.40 | 198.00 | 5393894 | 11/11/04 |
| NOVOD, GORDON | 11/02/04 | Conference call re tax issues with Gary Becker, T. Mayer. (1.3) | 1.30 | 507.00 | 5388949 | 11/05/04 |
| DIMOS, BILL | 11/02/04 | Read through notices/orders received and emailed update to Gary Becker. | 1.00 | 250.00 | 5389282 | 11/08/04 |
| SHEA, JAMES | 11/02/04 | Prepare file of documents re: expert retention for GB (0.8) | 0.80 | 156.00 | 5403064 | 11/16/04 |
| DIMOS, BILL | 11/03/04 | Read through Court notices and summarized for Gary Becker. | 1.20 | 300.00 | 5389283 | 11/08/04 |
| BECKER, GARY M. | 11/08/04 | Review agenda for 11/15 hearing (0.2). | 0.20 | 99.00 | 5393893 | 11/11/04 |
| DIMOS, BILL | 11/08/04 | more summaries of WR Grace docs. served on us | 0.60 | 150.00 | 5396876 | 11/14/04 |
| DIMOS, BILL | 11/09/04 | Read through WR Grace mail and sent summary to Gary Becker. | 0.70 | 175.00 | 5396875 | 11/14/04 |
| MANGUAL, KATHLEEN | 11/11/04 | organization of pleadings and correspondence (.5) | 5.10 | 994.50 | 5428327 | 12/01/04 |
| DIMOS, BILL | 11/12/04 | Reviewed WR Grace pleadings and motions papers; gave a summary to Gary Becker | 0.60 | 150.00 | 5396874 | 11/14/04 |

```
alp_13zr: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     5
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS      - 06975          Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP  - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                                    Hours    Amount    Index#    Batch Date
------------------------ ---------   -------------------------------------------------------------  -----    ------    ------    ----------

NADLER, ELLEN R.         11/12/04    Email to Bentley and conf. Bentley re: 11/15                    0.80    504.00    5397767   11/15/04
                                     hearing (.50); reviewed memos re: latest
                                     possible POR (.30).
NADLER, ELLEN R.         11/15/04    Teleconf PB re: omnibus hearing and other                       0.50    315.00    5406351   11/17/04
                                     items (.50)
DIMOS, BILL              11/15/04    Read through court docs/pleadings                               0.50    125.00    5409806   11/19/04
MANGUAL, KATHLEEN        11/15/04    retrieval of numerous pleadings per PB;                         2.60    507.00    5412598   11/23/04
                                     organization and distribution of such; pdf and
                                     email various pleadings to PB; several disc/w
                                     PB (2.6).
MANGUAL, KATHLEEN        11/16/04    Review Grace docket; retrieval of pleadings per                 1.60    312.00    5412601   11/23/04
                                     PB (.80); review files for depo; contact
                                     Kirkland (.80)
DIMOS, BILL              11/18/04    Read through today's delivery of pleadings re:                  1.10    275.00    5409804   11/19/04
                                     WR Grace
DIMOS, BILL              11/19/04    Read through today's delivery of court docs                     1.50    375.00    5409803   11/19/04
                                     and pleadings.
BECKER, GARY M.          11/19/04    Attention to Grace press release re CEO                         0.10     49.50    5411959   11/22/04
BECKER, GARY M.          11/22/04    Review new pleadings and orders.                                0.40    198.00    5426873   12/01/04
DIMOS, BILL              11/24/04    WR Grace--read through all                                      1.40    350.00    5422180   11/30/04
                                     docs/motions/pleadings served & delivered in
                                     the past two days.
DIMOS, BILL              11/30/04    Read through docs served and summarized/flagged                 0.80    200.00    5423493   12/01/04
                                     nay relevant docs for Gary Becker.
NADLER, ELLEN R.         11/30/04    Review PB email and 8K re: potential indictment                 0.40    252.00    5423806   12/01/04
                                     and email to team re: same and re: objection
                                     deadline for Lexecon retention (.40)r
NADLER, ELLEN R.         12/01/04    Review potentially pertinent expert report                      0.50    315.00    5431572   12/03/04
                                     (.50)
DIMOS, BILL              12/02/04    reviewed more court docs                                        0.50    125.00    5432684   12/04/04
MANGUAL, KATHLEEN        12/02/04    review pacer for Notice (.40)                                   0.40     78.00    5474385   01/03/05
DIMOS, BILL              12/06/04    read through documents delivered from the court                 0.50    125.00    5437804   12/09/04
DIMOS, BILL              12/07/04    . . . more docs from the court to read through                  0.50    125.00    5437805   12/09/04
DIMOS, BILL              12/09/04    more docs from court                                            0.50    125.00    5440141   12/12/04
NOVOD, GORDON            12/10/04    Review of emails and case filings (0.7).                        0.70    273.00    5447416   12/16/04
MANGUAL, KATHLEEN        12/10/04    retrieval of most recently filed pleadings; pdf                 1.60    312.00    5474386   01/03/05
                                     and distrib internally (1.6)
BECKER, GARY M.          12/13/04    Review new pleadings and orders.                                0.20     99.00    5452323   12/20/04
DIMOS, BILL              12/14/04    read through docs from court                                    0.50    125.00    5449469   12/16/04
DIMOS, BILL              12/16/04    read through court docs delivered today                         0.70    175.00    5449468   12/16/04
BECKER, GARY M.          12/16/04    Review new pleadings (0.3).                                     0.30    148.50    5458019   12/23/04
DIMOS, BILL              12/20/04    read through docs served today                                  0.50    125.00    5459890   12/23/04
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    6
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                 Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                                Hours       Amount       Index#    Batch Date
------------          ---------   -----------                                                -----       ------       ------    ----------

DIMOS, BILL           12/21/04    read through the documents delivered from the               0.50       125.00      5459891    12/23/04
                                  court
MANGUAL, KATHLEEN     12/21/04    research re: asbestos matters via pacer (.40);              2.00       390.00      5474387    01/03/05
                                  contact fee auditor; forward info to GB (.20);
                                  review docket, contact local counsel for
                                  pleading not imaged (.30); organization of
                                  files (1.1)
NOVOD, GORDON         12/22/04    Review of recently filed pleadings. (0.7).                  0.90       351.00      5459082    12/23/04
                                  Disc. w/ K. Mangual. (0.2).
DIMOS, BILL           12/22/04    read through court documents delivered today                0.60       150.00      5459889    12/23/04
NOVOD, GORDON         12/23/04    Review of recently filed pleadings. (1.4).                  1.40       546.00      5459081    12/23/04
BECKER, GARY M.       12/23/04    Review new pleadings                                        0.40       198.00      5469872    01/03/05
DIMOS, BILL           12/27/04    read through documents served by the court                  0.60       150.00      5468380    01/02/05
DIMOS, BILL           12/28/04    read through documents served by the court                  0.80       200.00      5468379    01/02/05
DIMOS, BILL           12/30/04    read through daily delivery of court documents              0.50       125.00      5468378    01/02/05

                                                Fee Total                                    52.30    14,172.00

                                                Fee Total                                    52.30    14,172.00


B I L L E D   C O S T S   D E T A I L
Description/Code                               Date         Employee                 Amount     Index#   Batch No   Batch Date
----------------                               ----         --------                 ------     ------   --------   ----------

VELOBINDINGS          0816
 VELOBINDINGS                                  10/18/04     MANGUAL, K M               7.50    6739926    135733    10/20/04
  Jesus Parra
 VELOBINDINGS                                  10/22/04     MANGUAL, K M              30.00    6751660    136212    10/29/04
  Andrew Daisley
 VELOBINDINGS                                  11/15/04     MANGUAL, K M             112.50    6777228    137368    11/19/04
  Elias Rosa
                                   0816 VELOBINDINGS Total :                         150.00

TABS                  0817
 TABS                                          10/18/04     MANGUAL, K M              17.00    6739901    135732    10/20/04
  Jesus Parra
 TABS                                          10/22/04     MANGUAL, K M              50.00    6751687    136214    10/29/04
  Andrew Daisley
                                   0817 TABS Total :                                  67.00

PHOTOCOPYING          0820
 PHOTOCOPYING                                  10/17/04     MANGUAL, K M              67.05    6737419    135640    10/19/04
  MANGUAL KATHLEEN
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     7
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/17/04 | 171.90 | 6737418 | 135640 | 10/19/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/18/04 | 901.35 | 6737420 | 135640 | 10/19/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/18/04 | 593.40 | 6747683 | 136066 | 10/28/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY PHILIP | BENTLEY, P | 10/22/04 | 2.70 | 6742823 | 135872 | 10/25/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/22/04 | 305.10 | 6746044 | 135978 | 10/27/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/28/04 | 10.50 | 6752422 | 136230 | 11/01/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/28/04 | 15.30 | 6752423 | 136230 | 11/01/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/29/04 | 9.00 | 6752424 | 136230 | 11/01/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/29/04 | 29.40 | 6752425 | 136230 | 11/01/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 10/29/04 | 0.45 | 6752426 | 136230 | 11/01/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/01/04 | 1.50 | 6757781 | 136705 | 11/04/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/01/04 | 15.30 | 6757782 | 136705 | 11/04/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/05/04 | 126.30 | 6762487 | 136823 | 11/09/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 57.75 | 6773031 | 137223 | 11/16/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 705.30 | 6773032 | 137223 | 11/16/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 128.70 | 6773033 | 137223 | 11/16/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 59.25 | 6773034 | 137223 | 11/16/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 14.55 | 6773035 | 137223 | 11/16/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 300.60 | 6773036 | 137223 | 11/16/04 |
| PHOTOCOPYING | | | | | | |
| MANGUAL, KATHLEEN | MANGUAL, K M | 11/15/04 | 305.55 | 6777628 | 137391 | 11/22/04 |
| PHOTOCOPYING | | | | | | |
| BECKER, GARY M. | BECKER, G M | 11/18/04 | 5.70 | 6777629 | 137391 | 11/22/04 |
| PHOTOCOPYING | | | | | | |
| SHEA, JAMES | SHEA, J S | 11/23/04 | 35.55 | 6781242 | 137527 | 11/24/04 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE     8
Run Date & Time: 03/30/2005 15:34:33                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                                         Orig Prtnr : CRED. RGTS - 06975                   Proforma Number:    1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495               Bill Frequency: M
Matter Name : CASE ADMINISTRATION                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code             Employee              Date         Amount       Index#     Batch No   Batch Date
```

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING | NADLER, E R | 11/24/04 | 57.15 | 6782292 | 137537 | 11/29/04 |
| NADLER ELLEN R. | | | | | | |
| PHOTOCOPYING | BECKER, G M | 12/01/04 | 65.40 | 6810279 | 138653 | 12/16/04 |
| BECKER GARY M. | | | | | | |
| PHOTOCOPYING | BECKER, G M | 12/03/04 | 94.05 | 6810280 | 138653 | 12/16/04 |
| BECKER GARY M. | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 12/06/04 | 45.45 | 6797054 | 138176 | 12/07/04 |
| MANGUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 12/07/04 | 23.55 | 6798933 | 138280 | 12/08/04 |
| MANGUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 12/22/04 | 39.60 | 6822277 | 139008 | 12/27/04 |
| MANGUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 12/22/04 | 22.80 | 6822278 | 139008 | 12/27/04 |
| MANGUAL KATHLEEN | | | | | | |
| PHOTOCOPYING | MANGUAL, K M | 12/22/04 | 161.25 | 6835199 | 139370 | 01/04/05 |
| MANGUAL KATHLEEN | | | | | | |
| 0820 PHOTOCOPYING Total : | | | 4,371.45 | | | |
| RESEARCH SERVICES    0841 | | | | | | |
| RESEARCH SERVICES | NG, E N | 10/19/04 | 21.00 | 6751793 | 136226 | 11/01/04 |
| 10/19/2004 | | | | | | |
| RESEARCH SERVICES | NG, E N | 10/20/04 | 14.00 | 6751794 | 136226 | 11/01/04 |
| 10/20/2004 | | | | | | |
| RESEARCH SERVICES | BOYLE, B B | 11/15/04 | 14.00 | 6772812 | 137214 | 11/16/04 |
| 11/15/2004 | | | | | | |
| 0841 RESEARCH SERVICES Total : | | | 49.00 | | | |
| DOCUMENT PREP.    0842 | | | | | | |
| DOCUMENT PREP. | CIULLA, R | 10/26/04 | 12.00 | 6748577 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | CIULLA, R | 10/26/04 | 12.00 | 6748578 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | CIULLA, R | 10/26/04 | 40.00 | 6748579 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | CIULLA, R | 10/26/04 | 40.00 | 6748580 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | CIULLA, R | 10/26/04 | 20.00 | 6748581 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | CIULLA, R | 10/26/04 | 12.00 | 6748582 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | SHARPE, A S | 10/26/04 | 100.00 | 6748583 | 136110 | 10/28/04 |
| 10/26/2004 | | | | | | |
| DOCUMENT PREP. | SHARIFF, N S | 10/26/04 | 12.00 | 6749334 | 136139 | 10/29/04 |
| 10/26/2004 | | | | | | |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    9
Run Date & Time: 03/30/2005 15:34:33              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                               Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CASE ADMINISTRATION                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code                      Employee             Date            Amount     Index#    Batch No   Batch Date
-----------------                     --------             ----            ------     ------    --------   ----------

DOCUMENT PREP.
 10/26/2004                           KOSCAL, T M          10/26/04         40.00    6752140    136226     11/01/04
DOCUMENT PREP.
 10/26/2004                           GRIFFIN, D G         10/26/04         96.00    6752141    136226     11/01/04
DOCUMENT PREP.
 10/29/2004                           FRANKLIN, D          10/29/04        180.00    6753198    136260     11/01/04
DOCUMENT PREP.
 10/29/2004                           HERMITT, G           10/29/04        200.00    6752142    136226     11/01/04
DOCUMENT PREP.
 11/04/2004                           KOSCAL, T M          11/04/04         12.00    6774404    137260     11/17/04
DOCUMENT PREP.
 12/21/2004                           SHARPE, A S          12/21/04         40.00    6820502    138984     12/27/04
DOCUMENT PREP.
 12/21/2004                           TEMPORARY, P         12/21/04         20.00    6831108    139256     12/30/04
                                 0842 DOCUMENT PREP. Total :              836.00

POSTAGE                   0880
 POSTAGE
  Javon Frierson                      MANGUAL, K M         10/27/04          0.37    6751512    136211     10/29/04
                                 0880 POSTAGE Total :                        0.37

LONG-DISTANCE TEL.        0885
 LONG-DISTANCE TEL.
  2147467756                          BENTLEY, P           10/28/04          0.45    6758868    136231     11/01/04
 LONG-DISTANCE TEL.
  3123220276                          BENTLEY, P           11/15/04          0.59    6773527    137224     11/16/04
 LONG-DISTANCE TEL.
  3123220206                          BENTLEY, P           11/15/04          1.18    6773528    137224     11/16/04
                                 0885 LONG-DISTANCE TEL. Total :             2.22

LONG DIST. TELE.          0910
 ECI CONFERENCE CALL SERV
  LONG DIST. TELE. - VENDOR-ECI CONFERENCE CALL
  SERVICES LLC                        BECKER, G M          12/13/04         93.48    6823625    139022     12/27/04
                                 0910 LONG DIST. TELE. Total :              93.48

WESTLAW ON - LINE RE      0917
 WESTLAW ON - LINE RE                 NOVOD, G N           11/07/04         32.82    6789595    137701     12/01/04
 WESTLAW ON - LINE RE                 KOEVARY, J T         11/12/04         10.63    6789596    137701     12/01/04
 WESTLAW ON - LINE RE                 KOEVARY, J T         11/12/04          8.82    6789597    137701     12/01/04
                                 0917 WESTLAW ON - LINE RE Total :          52.27

LEXIS / NEXIS ON -L       0921
 LEXIS / NEXIS ON -L
  LEXIS / NEXIS ON -LINE RESEARCH     NG, E N              10/19/04          9.32    6759285    136715     11/04/04
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    10
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                       Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                                    Employee              Date         Amount     Index#       Batch No  Batch Date

LEXIS / NEXIS ON -L
  LEXIS / NEXIS ON -LINE RESEARCH                   BECKER, G M           10/20/04       49.01    6759286      136715    11/04/04
  LEXIS / NEXIS ON -LINE RESEARCH                   HALVEY, J H           10/20/04      132.18    6759287      136715    11/04/04
                                                 0921 LEXIS / NEXIS ON -L Total :       190.51

MESSENGER/COURIER                 0930
  FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS        MANGUAL, K M          10/06/04        9.77    6719680      121397    10/06/04
  CORPORATION
  FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS        BENTLEY, P            11/30/04       29.58    6790644      137689    12/01/04
  CORPORATION
  FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS        MANGUAL, K M          11/30/04       55.85    6790645      137689    12/01/04
  CORPORATION
  FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS        MANGUAL, K M          12/28/04       68.61    6824405      139028    12/28/04
  CORPORATION
  FEDERAL EXPRESS CORPORAT
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS        SHEA, J S             12/28/04        9.78    6824817      139028    12/28/04
  CORPORATION
                                                 0930 MESSENGER/COURIER Total :         173.59

LEGAL SEARCH FEES                 0935
  GLOBAL SECURITIES INFORM
  LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES      PELLETIER, D          10/31/04       28.24    6784114      137554    11/29/04
  INFORMATION, INC.
  GLOBAL SECURITIES INFORM
  LEGAL SEARCH FEES - VENDOR-GLOBAL SECURITIES      PELLETIER, D          10/31/04       23.90    6784141      137554    11/29/04
  INFORMATION, INC.
                                                 0935 LEGAL SEARCH FEES Total :          52.14

CAB FARES                         0940
  THE COMPANY CAR
  CAB FARES - VENDOR-THE COMPANY CAR                BECKER, G M           10/18/04       58.14    6779321      137439    11/23/04
  AYK ENTERPRISES, INC.
  CAB FARES - VENDOR-AYK ENTERPRISES, INC.          KOEVARY, J T          10/21/04       51.00    6780614      137439    11/23/04
  DIAL CAR INC.
  CAB FARES - VENDOR-DIAL CAR INC.                  MANGUAL, K M          11/01/04       34.68    6791981      137744    12/02/04
  KRAMER LEVIN NAFTALIS &
  CAB FARES - VENDOR-KRAMER LEVIN NAFTALIS &        FRANKLIN, D           11/24/04        4.50    6780820      137512    11/24/04
  FRANKEL LLP
  AYK ENTERPRISES, INC.
  CAB FARES - VENDOR-AYK ENTERPRISES, INC.          KOEVARY, J T          11/30/04       81.60    6811370      138666    12/16/04
                                                 0940 CAB FARES Total :                 229.92
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   11
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                           Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

B I L L E D   C O S T S   D E T A I L

Description/Code                       Employee              Date           Amount        Index#     Batch No   Batch Date
------------------                     --------              ----           ------        ------     --------   ----------

IN-HOUSE/MEALS               0943
  IN-HOUSE/MEALS                       NOVOD, G N            11/10/04        11.46       6774886    137300      11/18/04
  IN-HOUSE/MEALS                       KOEVARY, J T          12/08/04        19.78       6801234    138373      12/09/04
                                       0943 IN-HOUSE/MEALS Total :           31.24

OUT-OF-TOWN TRAVEL           0950
  CITICORP DINERS CLUB                 BECKER, G M           10/19/04     1,104.80       6751444    136205      10/29/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
    CLUB NY HARTFD PITTS
  CITICORP DINERS CLUB                 BECKER, G M           10/19/04       434.60       6751451    136205      10/29/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
    CLUB PITTS NY
  CITICORP DINERS CLUB                 BENTLEY, P            10/25/04       205.00       6775415    137324      11/18/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
    CLUB WILM NY
  CITICORP DINERS CLUB                 BECKER, G M           11/30/04      -501.70       6830205    139200      12/30/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
    CLUB
  CITICORP DINERS CLUB                 BECKER, G M           11/30/04       501.70       6832288    139306      01/03/05
  Reversal from Void Check Number: 996458
    Bank ID: 0110 Voucher ID: 236228
    Vendor: CITICORP DINERS CLUB
  CITICORP DINERS CLUB                 BECKER, G M           12/15/04      -501.70       6833836    139330      01/03/05
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
    CLUB refund us airways 0.371097770547
                                       0950 OUT-OF-TOWN TRAVEL Total :     1,242.70

COURT REPT'S COSTS           0965
  JANE ROSE REPORTING INC.             BENTLEY, P            11/24/04       324.00       6808362    138602      12/15/04
  COURT REPT'S COSTS - VENDOR-JANE ROSE REPORTING
    INC.
                                       0965 COURT REPT'S COSTS Total :       324.00

TRANSCRIPT FEES              0980
  CITIBANK                             NOVOD, G N            12/07/04       414.95       6831010    139224      12/30/04
  TRANSCRIPT FEES - VENDOR-CITIBANK Real Legal
    LLC
                                       0980 TRANSCRIPT FEES Total :         414.95


                     Costs Total :                                        8,280.84
```