alp_132z: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CASE ADMINISTRATION                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| NADLER, ELLEN R. | 2.20 | 1,386.00 | | | | | |
| BECKER, GARY M. | 2.70 | 1,336.50 | | | | | |
| NOVOD, GORDON | 4.30 | 1,677.00 | | | | | |
| KLEIN, DAVID | 1.50 | 637.50 | | | | | |
| DIMOS, BILL | 18.60 | 4,650.00 | | | | | |
| MANGUAL, KATHLEEN | 22.20 | 4,329.00 | | | | | |
| SHEA, JAMES | 0.80 | 156.00 | | | | | |
| Total: | 52.30 | 14,172.00 | | | | | |

B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 150.00 | | | | | |
| 0817 TABS | 67.00 | | | | | |
| 0820 PHOTOCOPYING | 4,371.45 | | | | | |
| 0841 RESEARCH SERVICES | 49.00 | | | | | |
| 0842 DOCUMENT PREP. | 836.00 | | | | | |
| 0880 POSTAGE | 0.37 | | | | | |
| 0885 LONG-DISTANCE TEL. | 2.22 | | | | | |
| 0910 LONG DIST. TELE. | 93.48 | | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 52.27 | | | | | |
| 0921 LEXIS / NEXIS  ON -LINE R | 190.51 | | | | | |
| 0930 MESSENGER/COURIER | 173.59 | | | | | |
| 0935 LEGAL SEARCH FEES | 52.14 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00001                                    Proforma Number: 1918663
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Orig Prtnr : CRED. RGTS - 06975        Bill Frequency: M
Matter Name : CASE ADMINISTRATION                          Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                 Supv Prtnr : MAYER THOMAS MOERS - 03976    Status    : ACTIVE

**B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0940 | CAB FARES | 229.92 | | | | | |
| 0943 | IN-HOUSE/MEALS | 31.24 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 1,242.70 | | | | | |
| 0965 | COURT REPT'S COSTS | 324.00 | | | | | |
| 0980 | TRANSCRIPT FEES | 414.95 | | | | | |
| | Costs Total : | 8,280.84 | | | | | |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   14
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS. - 06975           Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status       : ACTIVE

Special Billing Instructions:

                                          PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:    10/01/2004         TO:    12/22/2004
         UNBILLED DISB FROM:    09/27/2004         TO:    12/23/2004

                                 FEES                           COSTS
                                 ----                           -----
      GROSS BILLABLE AMOUNT:        33,341.00                      1,986.42
      AMOUNT WRITTEN DOWN:
             PREMIUM:
        ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
             THRU DATE:         12/22/2004                      12/23/2004
  CLOSE MATTER/FINAL BILLING?    YES    OR    NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:
                                BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:

  ----------------------------------------------------------------------------------------------------------------------------
                            ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

                 FEES:          40,252.50          UNIDENTIFIED RECEIPTS:         0.00
        DISBURSEMENTS:           2,030.57              PAID FEE RETAINER:         0.00
        FEE RETAINER:                0.00             PAID DISB RETAINER:         0.00
       DISB RETAINER:                0.00          TOTAL AVAILABLE FUNDS:         0.00
   TOTAL OUTSTANDING:          42,283.07                  TRUST BALANCE:
                                                   BILLING HISTORY
                                                   ---------------
  DATE OF LAST BILL:      03/30/05             LAST PAYMENT DATE:      03/23/05
  LAST BILL NUMBER:         409094      ACTUAL FEES BILLED TO DATE:    147,879.00
                                        ON ACCOUNT FEES BILLED TO DATE:      0.00
                                            TOTAL FEES BILLED TO DATE:  147,879.00
  LAST BILL THRU DATE:    01/31/05      FEES WRITTEN OFF TO DATE:        21,567.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee         (4) Excessive Legal Time     (7) Fixed Fee
    (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
    (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding          (10) Client Arrangement

                        DATE OF BILL:              Processed by:                      FRC:                    CRC:
  BILL NUMBER:
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   15
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00002                                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                  Status      : ACTIVE

   B I L L E D   T I M E   S U M M A R Y              ----------- Total ------------   ----- Total Billed ------------
Emp Id Employee Name                   Group            Oldest      Latest              Hours       Amount
                                       -----            ------      ------              -----       ------
00326  DIENSTAG, ABBE L.               CORP           10/20/04    10/27/04               5.20      2,782.00
00720  NADLER, ELLEN R.                LITI           10/22/04    12/02/04               6.10      3,843.00
02495  BENTLEY, PHILIP                 CRED           10/01/04    12/02/04               6.50      3,672.50
03976  MAYER, THOMAS MOERS             CRED           11/08/04    11/08/04               0.30        207.00
05292  BECKER, GARY M.                 CRED           10/01/04    12/22/04              38.90     19,255.50
06208  DIMOS, BILL                     CRED           10/01/04    10/12/04              11.70      2,925.00
06228  KOEVARY, JONATHAN T             CRED           10/22/04    10/29/04               2.00        500.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN               CRED           12/07/04    12/07/04               0.80        156.00

                Total:                                                                 71.50     33,341.00


Sub-Total Hours  :    18.10 Partners     38.90 Counsels    13.70 Associates    0.80 Legal Assts    0.00 Others


   B I L L E D   C O S T S   S U M M A R Y  -------------- Total Billed -------------
                                              Oldest      Latest              Total
Code  Description                             Entry       Entry               Amount
----  -----------                             ------      ------              ------
0820  PHOTOCOPYING                          10/19/04    12/23/04              188.85
0842  DOCUMENT PREP.                        10/26/04    10/26/04               20.00
0910  LONG DIST. TELE.                      10/22/04    10/22/04               57.09
0917  WESTLAW ON - LINE RESEARCH            10/20/04    10/20/04              110.48
0940  CAB FARES                             10/04/04    10/28/04               66.00
0942  MEALS/IN-HOUSE                        10/18/04    10/28/04               78.00
0950  OUT-OF-TOWN TRAVEL                    09/27/04    10/21/04            1,466.00

                Total                                                       1,986.42


                Grand Total                                                35,327.42
                                                                         ============


   B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:33)
                                                                                      ----- Collections -----          Balance
                                        ------- Billed -------      Applied             Total         Date              Due
Bill Date Thru Date Bill#               Fee & OA    Disbursement   From OA
---------------------------             --------    ------------   -------           ----------     ---------       ----------
PRIOR TO 2001
  YEAR 2002                            11,113.50        1,628.57                       12,742.07
  YEAR 2003                            34,996.50        2,032.99                       37,029.49
01/29/04 12/31/03  382765              21,568.00          122.55                       21,690.55
02/25/04 01/31/04  384579               2,416.00           36.00                        2,452.00  02/27/04
04/30/04 02/29/04  388529               2,284.00             .00                        2,284.00  04/13/04
05/27/04 04/30/04  390208               1,717.50             .00                        1,717.50  06/29/04
06/29/04 05/31/04  391727               4,468.00           23.40                        4,491.40  08/03/04
07/31/04 06/30/04  392045               2,466.00            2.00                        2,468.00  03/23/05
08/23/04 06/30/04  394084               1,789.00             .00                        1,789.00  10/18/04
                                        5,567.00             .00                        5,567.00  11/16/04
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    16

Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:33)

| | | ------- Billed --------- | | Applied | ---- Collections ---- | | Balance |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Due |
|-----------|-----------|--------|-----------|--------------|---------|-----------|----------|-----------|
| 01/25/05 | 09/30/04 | 396938 | 19,241.00 | 774.70 | | 20,015.70 | 01/25/05 | |
| 03/07/05 | 01/31/05 | 409094 | 6,911.50 | 44.15 | | .00 | | 6,955.65 |
| 03/30/05 | 12/31/04 | 408613 | 33,341.00 | 1,986.42 | | .00 | | 35,327.42 |
| | Total: | | 147,879.00 | 6,650.78 | | 112,246.71 | | 42,283.07 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    17
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS - 06975                      Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name        Work Date   Description                                              Hours      Amount      Index#    Batch Date
-----------------    ---------   ------------                                             -----      ------      ------    ----------
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/01/04 | Review and revise Dimos memo re shareholder control rights (1.4); conf. with Dimos re revisions (0.5); conf. Bentley re memo (0.2) | 2.10 | 1,039.50 | 5340034 | 10/06/04 |
| DIMOS, BILL | 10/01/04 | Met with Gary Becker to go over my brief of shareholder control issues, then worked on editing the memo as per his directions. | 2.00 | 500.00 | 5340511 | 10/06/04 |
| BENTLEY, PHILIP | 10/01/04 | Review emails and discs GB | 0.20 | 113.00 | 5363963 | 10/25/04 |
| DIMOS, BILL | 10/04/04 | Continued edits to memo on corporate shareholder rights in a bankruptcy context. | 1.90 | 475.00 | 5344901 | 10/11/04 |
| BECKER, GARY M. | 10/04/04 | Conf. with equity holder re FAIR act issues. | 0.40 | 198.00 | 5351243 | 10/14/04 |
| DIMOS, BILL | 10/05/04 | Edits to shareholder control issue memo for Gary Becker. | 3.20 | 800.00 | 5344900 | 10/11/04 |
| BENTLEY, PHILIP | 10/05/04 | Discs T. Weschler and voicemail | 0.10 | 56.50 | 5363964 | 10/25/04 |
| DIMOS, BILL | 10/06/04 | Finished edits to memo on shareholder control issues. | 3.00 | 750.00 | 5344899 | 10/11/04 |
| BENTLEY, PHILIP | 10/06/04 | Discs GB re case issues | 0.20 | 113.00 | 5363965 | 10/25/04 |
| BECKER, GARY M. | 10/07/04 | Conf. equity holder re case status (0.4). | 0.40 | 198.00 | 5351246 | 10/14/04 |
| BENTLEY, PHILIP | 10/07/04 | Discs TW, GB and review emails re P of R | 0.40 | 226.00 | 5363966 | 10/25/04 |
| BECKER, GARY M. | 10/08/04 | Conf. equity holder re case status (0.5). | 0.50 | 247.50 | 5351247 | 10/14/04 |
| BECKER, GARY M. | 10/11/04 | Conf. with equity holder re case issues. | 0.40 | 198.00 | 5351245 | 10/14/04 |
| DIMOS, BILL | 10/12/04 | Outlined the contents of documents received from the bankruptcy court in the matter of W. R. Grace & Co. in an email to Gary Becker, after having read through them and putting them in summary form. | 1.60 | 400.00 | 5353917 | 10/15/04 |
| BENTLEY, PHILIP | 10/13/04 | Discs GB | 0.10 | 56.50 | 5368538 | 10/28/04 |
| DIENSTAG, ABBE L. | 10/20/04 | Review 10-K, poison pill, charter and by-laws of WR Grace re shareholder and governance issues; c/w PB re same | 2.50 | 1,337.50 | 5366059 | 10/26/04 |
| DIENSTAG, ABBE L. | 10/21/04 | C/w PB re takeover defenses | 0.20 | 107.00 | 5366060 | 10/26/04 |
| NADLER, ELLEN R. | 10/22/04 | Conf. call w/the Equity Committee and follow up w/the chair and the internal team (2.5); emails re: potential experts (.30). | 2.80 | 1,764.00 | 5365354 | 10/25/04 |
| BECKER, GARY M. | 10/22/04 | Prepare for and participate in Equity Committee conference call (1.3); conf. individual equity holder re case status (0.5). | 1.80 | 891.00 | 5366820 | 10/26/04 |
| KOEVARY, JONATHAN T | 10/22/04 | Discuss matter with Gary Becker, Phil Bentley and Ellen Nadler...6. Client conference call, 7. | 1.30 | 325.00 | 5367511 | 10/27/04 |
| DIENSTAG, ABBE L. | 10/25/04 | Shareholder Committee. Draft memo re restrictions on shareholders under WRG charter documents; review materials re same | 2.00 | 1,070.00 | 5367122 | 10/27/04 |

alp_132r: Billed Charges Analysis  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
*PRIVILEGED AND CONFIDENTIAL*  
PAGE 18

Run Date & Time: 03/30/2005 15:34:33

Matter No: 056772-00002  
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  
Matter Name : CREDITOR COMMITTEE  
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975  
Bill Prtnr : BENTLEY PHILIP - 02495  
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 1918664  
Bill Frequency: M  
Status : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 10/26/04 | Work on corp governance issues and trade voicemails and emails re same | 0.90 | 508.50 | 5375466 | 11/01/04 |
| BENTLEY, PHILIP | 10/26/04 | Memo to committee re yesterday's hearing and discs GB | 1.00 | 565.00 | 5375467 | 11/01/04 |
| BECKER, GARY M. | 10/26/04 | Prepare memo to committee re omnibus hearing (1.4); conf. Bentley re memo (0.3); revise and distribute memo to committee (0.7); conf. two different individual equity holders (0.5). | 2.90 | 1,435.50 | 5384415 | 11/02/04 |
| BENTLEY, PHILIP | 10/27/04 | Work on corp governance issues | 0.30 | 169.50 | 5375465 | 11/01/04 |
| DIENSTAG, ABBE L. | 10/27/04 | Revise and finalize memo | 0.50 | 267.50 | 5383785 | 11/02/04 |
| BECKER, GARY M. | 10/27/04 | Conf. Grace equity holder re case issues (0.5); conf. second equity holder re case issues (0.4). | 0.90 | 445.50 | 5384416 | 11/02/04 |
| BECKER, GARY M. | 10/28/04 | Conf. with two separate equity holders re various case issues. | 0.60 | 297.00 | 5384417 | 11/02/04 |
| NADLER, ELLEN R. | 10/29/04 | Teleconference with team and chair of Equity Comm. to discuss issues and strategies (1.80) | 1.80 | 1,134.00 | 5375286 | 11/01/04 |
| BECKER, GARY M. | 10/29/04 | Prepare for and conf. call with Committee chair re stock trading restrictions, plan of reorganization and other case issues (2.5); conf. with three separate equity holders re case issues, including trading halt and DOJ letters (1.2) | 3.70 | 1,831.50 | 5380178 | 11/01/04 |
| KOEVARY, JONATHAN T | 10/29/04 | Attend client conference call with Philip Bentley et al., .7 | 0.70 | 175.00 | 5383676 | 11/02/04 |
| BECKER, GARY M. | 11/01/04 | Conf. with equity holder re case status (0.5); exchange email with another equity holder re DOJ actions (0.3). | 0.80 | 396.00 | 5393895 | 11/11/04 |
| BENTLEY, PHILIP | 11/01/04 | Prepare email to Committee re recent developments | 0.60 | 339.00 | 5395426 | 11/12/04 |
| BECKER, GARY M. | 11/03/04 | Conf. equity holder re case issues. | 0.30 | 148.50 | 5393896 | 11/11/04 |
| BECKER, GARY M. | 11/04/04 | Conf with two separate equity holders re case issues. | 0.50 | 247.50 | 5393897 | 11/11/04 |
| BECKER, GARY M. | 11/05/04 | Exchange emails with equity holder re hearing issues | 0.20 | 99.00 | 5393898 | 11/11/04 |
| MAYER, THOMAS MOERS | 11/08/04 | Call with R. Paige of Perry Capital republic position of company, torts on plan negotiations (.3); | 0.30 | 207.00 | 5443370 | 12/14/04 |
| BECKER, GARY M. | 11/09/04 | Conf. with shareholder re case issues (0.5); conf. second shareholder re case issues (0.6). | 1.10 | 544.50 | 5393899 | 11/11/04 |
| BENTLEY, PHILIP | 11/10/04 | Committee call | 0.60 | 339.00 | 5406436 | 11/17/04 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    19
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00002                                      Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                             Hours      Amount    Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/10/04 | Prepare for and conf. call with Equity Committee re new plan, including review of plan (2.5); separate calls with Weschler re plan issues (0.8); conf. equity holder re case issues (0.4); conf. second equity holder re case issues (0.3). | 4.00 | 1,980.00 | 5411962 | 11/22/04 |
| BECKER, GARY M. | 11/11/04 | Conf. equity holder re case issues (0.5); conf. second equity holder re case issues (0.5). | 1.00 | 495.00 | 5411961 | 11/22/04 |
| BECKER, GARY M. | 11/12/04 | Conf. equity holder re case issues (0.4); attention to docket for Monday hearing (0.1). | 0.50 | 247.50 | 5411958 | 11/22/04 |
| BECKER, GARY M. | 11/15/04 | Conf. Bentley re omnibus hearing (0.4); conf. equity holder re omnibus hearing (0.4). | 0.80 | 396.00 | 5411965 | 11/22/04 |
| BECKER, GARY M. | 11/16/04 | Conf. with equity holder re case issues (0.4); conf. with second equity holder re case issues (0.4); conf. third equity holder re case issues (0.4). | 1.20 | 594.00 | 5411964 | 11/22/04 |
| BECKER, GARY M. | 11/17/04 | Prepare memo to equity committee re plan of reorganization and procedural motions and re omnibus hearing (2.0); conf. equity holder re plan issues (0.7); conf. second equity holder re plan issues (0.5). | 3.20 | 1,584.00 | 5411963 | 11/22/04 |
| BENTLEY, PHILIP | 11/17/04 | Review and edit memo to committee re plan issues | 0.30 | 169.50 | 5424808 | 12/01/04 |
| BECKER, GARY M. | 11/18/04 | Revise memo to committee re plan issues, conf. with Bentley and circulate to committee (1.0); echange emails with committee member re FAIR Act implications (0.5); conf. equity holder re plan issues (0.7); conf. second equity holder re plan issues (0.5). | 2.70 | 1,336.50 | 5411966 | 11/22/04 |
| BECKER, GARY M. | 11/19/04 | Conf. equity holder re case issues (0.4); conf. second equity holder re case issues (0.3) | 0.70 | 346.50 | 5411960 | 11/22/04 |
| BECKER, GARY M. | 11/29/04 | Conf. with equity holder re various case issues (0.5); conf. second equity holder re case issues (0.5); conf. third equity holder re case issues (0.5); review email from Weschler re committee conf. (0.2); conf. fourth equity holder re case issues (0.3). | 2.50 | 1,237.50 | 5426875 | 12/01/04 |
| BENTLEY, PHILIP | 11/30/04 | Prepare memo to Committee re recent developments; trade voicemails and emails | 0.50 | 282.50 | 5424809 | 12/01/04 |
| BECKER, GARY M. | 11/30/04 | Review materials in preparation for 12/2 committee call (0.5). | 0.50 | 247.50 | 5426874 | 12/01/04 |
| BECKER, GARY M. | 12/02/04 | Prepare for and participate in committee conference call (1.6). | 1.60 | 792.00 | 5439755 | 12/10/04 |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    20

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name.: CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1918664
Bill Frequency: M

Status    : ACTIVE

BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/02/04 | Committee call, and discs GB re same | 1.30 | 734.50 | 5441873 | 12/13/04 |
| NADLER, ELLEN R. | 12/02/04 | Equity Committee call (1.50) | 1.50 | 945.00 | 5486341 | 01/24/05 |
| MANGUAL, KATHLEEN | 12/07/04 | retrieval of expert reports per GB (.80) | 0.80 | 156.00 | 5474388 | 01/03/05 |
| BECKER, GARY M. | 12/14/04 | Revisions to memo to Weschler re stock trading restrictions and conf. Bentley and Herzog re same | 1.00 | 495.00 | 5448779 | 12/16/04 |
| BECKER, GARY M. | 12/21/04 | Prepare memo to committee re meeting on environmental liabilities (2.0); conf. individual shareholder re case issues (0.4). | 2.40 | 1,188.00 | 5458020 | 12/23/04 |
| BECKER, GARY M. | 12/22/04 | Send memo to Weschler re environmental issues (0.2) | 0.20 | 99.00 | 5458021 | 12/23/04 |
| | | Fee Total | 71.50 | 33,341.00 | | |
| | | Fee Total | 71.50 | 33,341.00 | | |

BILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| PHOTOCOPYING 0820 | BENTLEY, P | 10/19/04 | 3.30 | 6738533 | 135694 | 10/20/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 10/20/04 | 12.75 | 6740130 | 135760 | 10/21/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 10/20/04 | 6.90 | 6740131 | 135760 | 10/21/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BECKER, G M | 10/20/04 | 85.95 | 6746045 | 135978 | 10/27/04 |
| BECKER GARY M. | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 10/28/04 | 5.70 | 6749500 | 136140 | 10/29/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 11/01/04 | 0.90 | 6757783 | 136705 | 11/04/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 11/05/04 | 3.30 | 6760751 | 136775 | 11/08/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 11/08/04 | 3.30 | 6762488 | 136823 | 11/09/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 11/08/04 | 1.20 | 6762489 | 136823 | 11/09/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 11/09/04 | 0.60 | 6763477 | 136923 | 11/10/04 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 11/19/04 | 0.75 | 6779494 | 137440 | 11/23/04 |
| BENTLEY PHILIP | | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    21

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00002                                Orig Prtnr : CRED. RGTS - 06975            Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE

**BILLED COSTS DETAIL**

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 11/29/04 | 0.60 | 6785516 | 137629 | 11/30/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 11/30/04 | 10.20 | 6787524 | 137655 | 12/01/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 12/13/04 | 4.20 | 6806759 | 138542 | 12/14/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 12/15/04 | 4.20 | 6810281 | 138653 | 12/16/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 12/15/04 | 0.60 | 6810282 | 138653 | 12/16/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 12/17/04 | 5.10 | 6814564 | 138754 | 12/20/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 12/17/04 | 0.90 | 6817399 | 138895 | 12/22/04 |
| PHOTOCOPYING | | | | | | |
| BENTLEY, PHILIP | BENTLEY, P | 12/20/04 | 2.10 | 6817400 | 138895 | 12/22/04 |
| PHOTOCOPYING | | | | | | |
| SEGAL, AMANDA J | SEGAL, A J | 12/23/04 | 36.30 | 6835200 | 139370 | 01/04/05 |
| 0820 PHOTOCOPYING Total : | | | 188.85 | | | |
| | | | | | | |
| DOCUMENT PREP.    0842 | | | | | | |
| DOCUMENT PREP. 10/26/2004 | SHARIFF, N S | 10/26/04 | 20.00 | 6749335 | 136139 | 10/29/04 |
| 0842 DOCUMENT PREP. Total : | | | 20.00 | | | |
| | | | | | | |
| LONG DIST. TELE.    0910 | | | | | | |
| ECI CONFERENCE CALL SERV | BENTLEY, P | 10/22/04 | 57.09 | 6778650 | 137429 | 11/22/04 |
| LONG DIST. TELE. - VENDOR-ECI CONFERENCE CALL SERVICES LLC | | | | | | |
| 0910 LONG DIST. TELE. Total : | | | 57.09 | | | |
| | | | | | | |
| WESTLAW ON - LINE RE    0917 | | | | | | |
| WESTLAW ON - LINE RE | DIMOS, B D | 10/20/04 | 110.48 | 6754573 | 136269 | 11/01/04 |
| 0917 WESTLAW ON - LINE RE Total : | | | 110.48 | | | |
| | | | | | | |
| CAB FARES    0940 | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/04/04 | 11.00 | 6727842 | 121950 | 10/11/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/18/04 | 11.00 | 6743522 | 135891 | 10/25/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/19/04 | 11.00 | 6743524 | 135891 | 10/25/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |
| MARIANNE FERGUSON, CASHI | BENTLEY, P | 10/20/04 | 11.00 | 6743526 | 135891 | 10/25/04 |
| CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER | | | | | | |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    22
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00002                            Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1918664
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status      : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee          Date       Amount    Index#    Batch No  Batch Date

MARIANNE FERGUSON, CASHI             BENTLEY, P       10/26/04      11.00    6762304   136810    11/08/04
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
MARIANNE FERGUSON, CASHI             BENTLEY, P       10/28/04      11.00    6762306   136810    11/08/04
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
                          0940 CAB FARES Total :                   66.00

MEALS/IN-HOUSE          0942
MARIANNE FERGUSON, CASHI             BENTLEY, P       10/18/04      13.00    6743521   135891    10/25/04
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER
MARIANNE FERGUSON, CASHI             BENTLEY, P       10/19/04      10.00    6743523   135891    10/25/04
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER
MARIANNE FERGUSON, CASHI             BENTLEY, P       10/20/04      20.00    6743525   135891    10/25/04
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER
MARIANNE FERGUSON, CASHI             BENTLEY, P       10/26/04      20.00    6762303   136810    11/08/04
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER
MARIANNE FERGUSON, CASHI             BENTLEY, P       10/28/04      15.00    6762305   136810    11/08/04
  MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
CASHIER
                          0942 MEALS/IN-HOUSE Total :              78.00

OUT-OF-TOWN TRAVEL          0950
CITICORP DINERS CLUB                 BECKER, G M      09/27/04     212.00    6751433   136205    10/29/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY WILMINGTON
CITICORP DINERS CLUB                 BECKER, G M      10/21/04     717.40    6751456   136205    10/29/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY BALTPHIL
CITICORP DINERS CLUB                 BENTLEY, P       10/21/04     329.60    6751457   136205    10/29/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY BALT
CITICORP DINERS CLUB                 BENTLEY, P       10/21/04     207.00    6775425   137324    11/18/04
  OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB NY BALT
                          0950 OUT-OF-TOWN TRAVEL Total :        1,466.00

                          Costs Total :                         1,986.42
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    23

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    1918664
Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Supv Prtnr : MAYER THOMAS MOERS - 03976

Status         : ACTIVE

**B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| DIENSTAG, ABBE L. | 5.20 | 2,782.00 | | | | | |
| NADLER, ELLEN R. | 6.10 | 3,843.00 | | | | | |
| BENTLEY, PHILIP | 6.50 | 3,672.50 | | | | | |
| MAYER, THOMAS MOERS | 0.30 | 207.00 | | | | | |
| BECKER, GARY M. | 38.90 | 19,255.50 | | | | | |
| DIMOS, BILL | 11.70 | 2,925.00 | | | | | |
| KOEVARY, JONATHAN T | 2.00 | 500.00 | | | | | |
| MANGUAL, KATHLEEN | 0.80 | 156.00 | | | | | |
| Total: | 71.50 | 33,341.00 | | | | | |

**B I L L E D   C O S T S   S U M M A R Y**

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 188.85 | | | | | |
| 0842 DOCUMENT PREP. | 20.00 | | | | | |
| 0910 LONG DIST. TELE. | 57.09 | | | | | |
| 0917 WESTLAW ON - LINE RESEARC | 110.48 | | | | | |
| 0940 CAB FARES | 66.00 | | | | | |
| 0942 MEALS/IN-HOUSE | 78.00 | | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 1,466.00 | | | | | |
| Costs Total : | 1,986.42 | | | | | |

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    24

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00003                                          Orig Prtnr : CRED. RGTS - 06975                Proforma Number:    1918665
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FINANCING                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                        TO:
        UNBILLED DISB FROM:    12/23/2004          TO:    12/23/2004

                                  FEES                    COSTS

                                  --------                --------
                                   0.00                    44.63

GROSS BILLABLE AMOUNT:
AMOUNT WRITTEN DOWN:
         PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
            THRU DATE:                                       12/23/2004
CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

        ACCOUNTS RECEIVABLE TOTALS                           UNAPPLIED CASH

                FEES:            0.00            UNIDENTIFIED RECEIPTS:        0.00
        DISBURSEMENTS:          44.63                 PAID FEE RETAINER:       0.00
        FEE RETAINER:            0.00                PAID DISB RETAINER:       0.00
        DISB RETAINER:           0.00           TOTAL AVAILABLE FUNDS:         0.00
        TOTAL OUTSTANDING:      44.63                     TRUST BALANCE:

                                                 BILLING HISTORY

        DATE OF LAST BILL:    03/30/05       LAST PAYMENT DATE:      12/26/03
        LAST BILL NUMBER:      408613   ACTUAL FEES BILLED TO DATE:    179.00
                                        ON ACCOUNT FEES BILLED TO DATE:  0.00
                                              TOTAL FEES BILLED TO DATE: 179.00
        LAST BILL THRU DATE:                    FEES WRITTEN OFF TO DATE: 592.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development        (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    25

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00003                                        Orig Prtnr : CRED. RGTS - 06975                Proforma Number:    1918665
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : FINANCING                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

B I L L E D   C O S T S   S U M M A R Y ------------- Total Billed -------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0973 | STORAGE/RETRIEVAL | 12/23/04 | 12/23/04 | 44.63 |
|      | Total | | | 44.63 |
|      | Grand Total | | | 44.63 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:34)

|                            |        | ------- Billed ------- | | ---- Applied ---- | ---- Collections ---- | | Balance |
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | Total | From OA | Total | Date | Due |
|-----------|-----------|-------|----------|--------------|-------|---------|-------|------|-----|
| YEAR 2002 | | | .00 | 31.64 | 31.64 | | | | |
| YEAR 2003 | | | 179.00 | .00 | 179.00 | | | | |
| 03/30/05 | 12/31/04 | 408613 | .00 | 44.63 | 44.63 | | 44.63 | | 44.63 |
|           | Total: | | 179.00 | 76.27 | 210.64 | | | | 44.63 |