```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   26
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00003                                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918665
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status       : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date         Amount        Index#      Batch No     Batch Date
--------------------          --------              ----         ------        ------      --------     ----------

STORAGE/RETRIEVAL       0973
  RECALL TOTAL INFORMATION    JOSEPH, J H           12/23/04      44.63        6820121     138963       12/23/04
  STORAGE/RETRIEVAL - VENDOR-RECALL TOTAL
  INFORMATION MGMNT

                                              0973 STORAGE/RETRIEVAL Total :    44.63


                  Costs Total :                                                 44.63
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                               PAGE   27
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00003                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918665
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FINANCING                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status      : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount          Bill        W/o / W/u         Transfer To    Clnt/Mtr   Carry Forward
----------------------------  -----------    ----------   ---------------   -------------  --------   -------------
0973 STORAGE/RETRIEVAL            44.63

                 Costs Total :   44.63
```

```
alp_132z: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    28
Run Date & Time: 03/30/2005 15:34:34              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                           Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : BANKR. MOTIONS                                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------------------------
                                                PRE-BILLING SUMMARY REPORT

                    UNBILLED TIME FROM:   10/04/2004                TO:    12/23/2004
                    UNBILLED DISB FROM:   10/28/2004                TO:    12/31/2004

                                          FEES                                COSTS
                                          ----                                -----
           GROSS BILLABLE AMOUNT:         73,176.00                          1,232.19
           AMOUNT WRITTEN DOWN:
                         PREMIUM:
                ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:                  12/23/2004                12/31/2004
      CLOSE MATTER/FINAL BILLING?    YES  OR  NO
      EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

      BILLING COMMENTS:


---------------------------------------------------------------------------------------------------------------------------
                        ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

        FEES:                   78,173.50
        DISBURSEMENTS:            4,876.40     UNIDENTIFIED RECEIPTS:         0.00
        FEE RETAINER:                 0.00     PAID FEE RETAINER:             0.00
        DISB RETAINER:                0.00     PAID DISB RETAINER:            0.00
        TOTAL OUTSTANDING:       83,049.90     TOTAL AVAILABLE FUNDS:         0.00
                                                     TRUST BALANCE:
                                               BILLING HISTORY
                                               ---------------
        DATE OF LAST BILL:       03/30/05      LAST PAYMENT DATE:          03/23/05
        LAST BILL NUMBER:         409094       ACTUAL FEES BILLED TO DATE: 110,682.50
                                               ON ACCOUNT FEES BILLED TO DATE:   0.00
                                               TOTAL FEES BILLED TO DATE:  110,682.50
        LAST BILL THRU DATE:     01/31/05      FEES WRITTEN OFF TO DATE:      444.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
      (2) Late Time & Costs Posted     (5) Business Development      (8) Premium
      (3) Pre-arranged Discount        (6) Summer Associate          (9) Rounding       (10) Client Arrangement


BILL NUMBER: _____    DATE OF BILL: _____   Processed by: _____    FRC: _____      CRC: _____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   29
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                                          Orig.Prtnr : CRED. RGTS - 06975          Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : BANKR. MOTIONS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status    : ACTIVE

   B I L L E D   T I M E   S U M M A R Y      ----------------- Total Billed -----------------
                                                        Oldest        Latest        Total
Emp Id Employee Name              Group                 Entry         Entry         Hours         Amount
------ ---------------------      -----                 --------      --------      --------      ----------

00326  DIENSTAG, ABBE L.          CORP                  10/26/04      10/26/04          3.00        1,605.00
00720  NADLER, ELLEN R.           LITI                  12/02/04      12/02/04          0.50          315.00
02495  BENTLEY, PHILIP            CRED                  10/24/04      11/30/04         11.60        6,554.00
03976  MAYER, THOMAS MOERS        CRED                  11/02/04      11/08/04          4.00        2,760.00
06366  HERZOG, BARRY              TAX                   10/29/04      11/22/04         12.00        6,300.00
05292  BECKER, GARY M.            CRED                  10/04/04      12/22/04         34.20       16,929.00
05338  NOVOD, GORDON              CRED                  11/07/04      12/21/04         90.60       35,334.00
06208  DIMOS, BILL                CRED                  10/11/04      10/11/04          0.80          200.00
06228  KOEVARY, JONATHAN T        CRED                  12/01/04      12/01/04          0.50          125.00
06230  SEGAL, AMANDA J            CRED                  11/08/04      12/23/04          6.60        1,650.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN          CRED                  11/05/04      12/01/04          5.00          975.00
06091  SHEA, JAMES                CRED                  11/12/04      11/12/04          0.60          117.00
06110  SEIDMAN, EMILY             CRED                  11/30/04      11/30/04          1.60          312.00
                                                                                    --------      ----------
                     Total:                                                           171.00       73,176.00

Sub-Total Hours :    31.10 Partners        34.20 Counsels       98.50 Associates        7.20 Legal Assts       0.00 Others

   B I L L E D   C O S T S   S U M M A R Y  ---------------- Total Billed ----------------
                                            Oldest           Latest           Total
Code   Description                          Entry            Entry            Amount
------ -------------------                  ---------        ---------        ----------

0820   PHOTOCOPYING                         11/08/04         12/27/04            101.25
0841   RESEARCH SERVICES                    11/10/04         11/10/04             14.00
0842   DOCUMENT PREP.                       11/10/04         11/12/04            156.00
0885   LONG-DISTANCE TEL                    11/29/04         11/29/04              0.29
0917   WESTLAW ON - LINE RESEARCH           11/08/04         12/20/04            163.85
0921   LEXIS / NEXIS ON -LINE RESEAR        10/28/04         12/13/04            657.64
0940   CAB FARES                            12/17/04         12/28/04             35.00
0943   IN-HOUSE/MEALS                       11/17/04         12/31/04            104.16
                                                                              ----------
              Total                                                             1,232.19
                                                                              ==========
                     Grand Total                                               74,408.19
                                                                              ==========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:34)
                                                                                  Applied    ----- Collections -----    Balance
Bill Date Thru Date Bill#       Fee & OA      Disbursement      From OA       Total      Date                             Due
--------- --------- ------      --------      ------------      --------      --------   --------                       -------

YEAR 2002                        1,450.00          198.00                     1,648.00
YEAR 2003                       16,218.50             .00                    16,218.50
01/29/04 12/31/03  382765        3,544.50            1.80                     3,546.30  02/27/04
02/25/04 01/31/04  384579          261.50             .00                       261.50  04/13/04
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   30
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                                                      Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                               Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:34)
                               -------- Billed --------      Applied          ---- Collections ----    Balance
Bill Date Thru Date Bill#      Fee & OA      Disbursement    From OA          Total        Date        Due

04/30/04 02/29/04 388529        2,233.00         4.50             .00         2,237.50     06/29/04
05/27/04 04/30/04 390208        1,039.50         4.05             .00         1,043.55     08/03/04
06/29/04 05/31/04 391727        2,827.50          .00             .00         2,827.50     03/23/05
07/31/04 06/30/04 392045        1,667.50          .00             .00         1,667.50     10/18/04
08/23/04 06/30/04 394084        1,138.50          .00             .00         1,138.50     11/16/04
01/25/05 09/30/04 396938        2,128.50          .00             .00         2,128.50     01/25/05
03/07/05 01/31/05 403094        4,997.50      3,644.21             .00             .00                  8,641.71
03/30/05 12/31/04 408613       73,176.00      1,232.19             .00             .00                 74,408.19

        Total:                110,682.50      5,084.75                        32,717.35                83,049.90
```

```
alp_132r: Billed Charges Analysis                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE      31
                                                           *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS. - 06975                     Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                              Hours      Amount       Index#   Batch Date
----------------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.         10/04/04    Review pleadings and court orders, including              0.40      198.00       5351248  10/14/04
                                    order re 2019 motion.
DIMOS, BILL             10/11/04    Reviewed--Notice of Filing of Quarterly Fee               0.80      200.00       5353916  10/15/04
                                    Application & Notice of Motion for Relief from
                                    Automatic Stay and Related Determinations
BECKER, GARY M.         10/24/04    Review emergency motion to limit equity                   1.00      495.00       5366821  10/26/04
                                    transfers and exchange emails with Bentley and
                                    Weschler re same.
BENTLEY, PHILIP         10/24/04    Review Debtors' emergency motion re stock                 0.50      282.50       5368547  10/28/04
                                    trading, and trade voicemails and emails re
                                    same
BENTLEY, PHILIP         10/25/04    Review Debtors' stock trading motion, and discs           0.90      508.50       5375474  11/01/04
                                    TW, GB, BZ and JB re same
DIENSTAG, ABBE L.       10/26/04    Complete memo on stockholder rights and                   3.00    1,605.00       5383786  11/02/04
                                    restrictions, including review of charter and
                                    pill documentation and relevant Delaware law
                                    provisions
BECKER, GARY M.         10/26/04    Conf. Bentley and Rigel re order limiting                 0.40      198.00       5384420  11/02/04
                                    equity sales and tax issues associated with
                                    same.
BENTLEY, PHILIP         10/27/04    Discs TM, GB, TW and voicemail re response to             1.40      791.00       5375476  11/01/04
                                    stock trading motion, and work on same
BECKER, GARY M.         10/27/04    Conf. Bentley re equity restriction motion and            1.50      742.50       5384419  11/02/04
                                    research re same (1.0); conf. Bentley and Mayer
                                    re same (0.5).
BENTLEY, PHILIP         10/28/04    Work on stock trading motion issues, and discs            1.80    1,017.00       5375477  11/01/04
                                    GB and edit draft memo re same
BECKER, GARY M.         10/28/04    Research, prepare and revise memo re motion to            5.80    2,871.00       5384418  11/02/04
                                    restrict equity trading, including multiple
                                    conf. with Rigel, Bentley and Mayer re same
                                    (5.5); conf Baer re trading restrictions (0.2)
                                    send memo to Weschler (0.1).
BENTLEY, PHILIP         10/29/04    Conf call with TW, and confs ERN and GB, re               0.60      339.00       5375475  11/01/04
                                    Debtors' stock trading motion
BECKER, GARY M.         10/29/04    Conf Rigel and Herzog re motion to impose                 0.60      297.00       5380179  11/01/04
                                    stock trading restrictions (0.6); conf. and
                                    email with T. Maynes re potential meeting to
                                    discuss same (0.3)
HERZOG, BARRY           10/29/04    Further disc. and analysis re: 382 trading                0.50      262.50       5383727  11/02/04
                                    restrictions
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE    32
Run Date & Time: 03/30/2005 15:34:34                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                               Orig Prtnr : CRED. RGTS    - 06975           Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

    B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                     Hours    Amount     Index#   Batch Date

BECKER, GARY M.        11/01/04    Conf. Mayer and Herzog re motion to impose                       0.90    445.50    5393903   11/11/04
                                   trading restrictions (0.5); arrange conf. with
                                   Debtors representatives and emails re same
                                   (0.4).

HERZOG, BARRY          11/01/04    Discs. w/T. Mayer and G. Becker re: equity                       1.30    682.50    5396057   11/12/04
                                   trading restrictions; rev. notice 2003-65

MAYER, THOMAS MOERS    11/02/04    Conferences Caton, Novod, Bentley re gearing up                  1.90   1,311.00   5389982   11/08/04
                                   team for future litigation in connection with
                                   plan, trading limitation order (.4); prepare
                                   for (.5) and participate in (1.) call with
                                   Herzog, Becker, Riegel, Novod, W.R. Grace team
                                   (Bob Torolla, Elise Falon, Tod Mains), K&E tax
                                   partner re trading restriction order and
                                   preservation of NOLs.

BECKER, GARY M.        11/02/04    Prepare for and conf. with debtor                                2.50   1,237.50   5393902   11/11/04
                                   representatives re equity trading restrictions
                                   and tax issues (2.0); conf. with Weschler and
                                   Herzog re same (0.5).

HERZOG, BARRY          11/02/04    Conf. call to disc. equity trading                               3.90   2,047.50   5396056   11/12/04
                                   restrictions; related discs. and analysis

MAYER, THOMAS MOERS    11/03/04    Conferences Caton, Novod, Bentley re gearing up                  1.90   1,311.00   5389984   11/08/04
                                   team for future litigation in connection with
                                   plan, trading limitation order (.4); prepare
                                   for (.5) and participate in (1.) call with
                                   Herzog, Becker, Riegel, Novod, W.R. Grace team
                                   (B. Torolla, E. Falon, T. Mains), K&E tax
                                   partner re trading restriction order and
                                   preservation of NOLs.

BENTLEY, PHILIP        11/03/04    Discs GB and T. Weschler re stock trading                        0.20    113.00    5395436   11/12/04
                                   motion

BENTLEY, PHILIP        11/04/04    Discs TW, TM, GB and voicemail re stock trading                  0.80    452.00    5395439   11/12/04
                                   motion

MANGUAL, KATHLEEN      11/05/04    Legal Research (pacer) of cases re: transfer of                  4.00    780.00    5392116   11/10/04
                                   equity interest; retrieval of numerous
                                   pleadings per G. Novod (4.0)

BENTLEY, PHILIP        11/05/04    Discs BH and GB re stock trading motion                          0.30    169.50    5395438   11/12/04
HERZOG, BARRY          11/05/04    Disc. and analysis re: trading restrictions                      0.80    420.00    5396058   11/12/04
NOVOD, GORDON          11/07/04    Research re NOLs and equity restrictions.                        1.90    741.00    5423170   12/01/04
                                   (1.9).
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    33
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS - 06975               Proforma Number:   1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name           Work Date   Description                                                      Hours      Amount         Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 11/08/04 | Conf. T. Maynes re tax information for stock trading restrictions (0.2); Attention to preparing objection to motion to impose stock trading restrictions, including direction to Novod and Segal re drafting and research (1.0); prepare for and conf. with Herzog, Bentley and Rigel re tax issues associated with stock trading restriction, including reviewing document from Maynes (2.0); conf. with T. Maynes at Kirkland re trading restriction tax issues (1.0); conf. with T. Weschler, Committee Chair, re trading restriction issues (0.8); conf. J. Baer re scheduling of stock trading motion and other plan issues (0.5); follow up conf. Bentley and Herzog re trading restrictions motion (0.4); conf. Mayer re trading restrictions motion (0.3). | 6.20 | 3,069.00 | 5393901 | 11/11/04 |
| BENTLEY, PHILIP | 11/08/04 | Extensive discs Herzog, Rigel, GB, Maynes and TW re response to stock trading motion, and work on same. | 4.20 | 2,373.00 | 5395437 | 11/12/04 |
| SEGAL, AMANDA J | 11/08/04 | Research on stock trading restrictions. For G. Becker and G. Novod. | 3.20 | 800.00 | 5395996 | 11/12/04 |
| SEGAL, AMANDA J | 11/08/04 | Meeting w/ G. Novod regarding stock trading restrictions. | 0.90 | 225.00 | 5395997 | 11/12/04 |
| SEGAL, AMANDA J | 11/08/04 | Mtg. w/ G. Becker regarding stock trading restrictions. | 0.40 | 100.00 | 5395998 | 11/12/04 |
| HERZOG, BARRY | 11/08/04 | Conf. call; discs and analysis re: trading restrictions. | 3.90 | 2,047.50 | 5396442 | 11/12/04 |
| NOVOD, GORDON | 11/08/04 | Research regarding equity trading motion. (0.4). Disc. w/ Gary B. (0.2). Disc. w/ A. Segal. (0.1). Email to Gary B. (0.1). Discs. w/ K. Mangual. (0.5). Draft pleading regarding equity trading objection. (3.2). Meeting w. A. Segal. (0.5). | 5.00 | 1,950.00 | 5397247 | 11/15/04 |
| MANGUAL, KATHLEEN | 11/08/04 | email various pleading re: equity transfer; retrieve and .pdf from docket per GN (.8) | 0.80 | 156.00 | 5412599 | 11/23/04 |
| MAYER, THOMAS MOERS | 11/08/04 | Conferences G. Becker re timing of hearing on equity trading limitations, obtaining updated info for committee on true threat to NOLs, deadline for filing objections (.2). | 0.20 | 138.00 | 5443373 | 12/14/04 |
| BECKER, GARY M. | 11/09/04 | Conf. Bentley and with Mayer re stock trading motion (0.3). | 0.30 | 148.50 | 5393900 | 11/11/04 |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE     34
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                         Hours       Amount      Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------------------------

NOVOD, GORDON          11/10/04    Disc. w/ T. mayer. (0.1). Disc. w/ G. Becker                         3.70     1,443.00     5397246   11/15/04
                                   re equity trading motion. (0.1). Revision to
                                   pleading regarding same. (3.5).
BENTLEY, PHILIP        11/10/04    Discs M. Brodsky, Zirinsky, Baer and GB re                           0.50       282.50     5406441   11/17/04
                                   stock trading motion
BECKER, GARY M.        11/10/04    Conf. Bentley and Herzog re claims trading                           0.40       198.00     5411967   11/22/04
                                   restriction motion (0.4)
NOVOD, GORDON          11/11/04    Draft objection with respect to equity trading                       2.40       936.00     5408585   11/19/04
                                   restrictions emergency motion and interim
                                   order. (2.3). Disc. w/ Phil B. re same. (0.1).
NOVOD, GORDON          11/12/04    Draft objection with respect to equity trading                       2.10       819.00     5408581   11/19/04
                                   restrictions emergency motion and interim
                                   order. (2.1).
BECKER, GARY M.        11/12/04    Review ADR motion (0.3)                                              0.30       148.50     5411968   11/22/04
SHEA, JAMES            11/12/04    Prepare file of UAL v. State Street adversary                        0.60       117.00     5412210   11/22/04
                                   pleadings for GN (0.6)
NOVOD, GORDON          11/15/04    Legal research re equity trading restrictions                        2.30       897.00     5408582   11/19/04
                                   emergency motion and interim order. (2.3).
NOVOD, GORDON          11/16/04    Draft objection with respect to equity trading                       4.70     1,833.00     5408583   11/19/04
                                   restrictions emergency motion and interim
                                   order. (4.7).
NOVOD, GORDON          11/17/04    Draft objection with respect to equity trading                       3.60     1,404.00     5408584   11/19/04
                                   restrictions emergency motion and interim
                                   order. (3.6).
NOVOD, GORDON          11/18/04    Draft objection with respect to equity trading                       5.20     2,028.00     5409695   11/19/04
                                   restrictions emergency motion and interim
                                   order. (2.6). Disc. w/ Gary B. re same. (0.3).
                                   Research re objection. (2.3).
HERZOG, BARRY          11/21/04    Rev. debtor's objection to Sealed Air                                0.80       420.00     5414079   11/23/04
                                   settlement
HERZOG, BARRY          11/22/04    Disc. trading restrictions w/PB, related                             0.80       420.00     5414080   11/23/04
                                   analysis
NOVOD, GORDON          11/22/04    Legal research re objection. (0.9).                                  0.90       351.00     5416741   11/29/04
BENTLEY, PHILIP        11/22/04    Discs BH, TM re stock trading motion                                 0.20       113.00     5424823   12/01/04
BECKER, GARY M.        11/29/04    Review motion to extend exclusivity and email                        0.50       247.50     5426876   12/01/04
                                   exchange Bentley re same.
NOVOD, GORDON          11/30/04    Disc. w/ Jon K., Gary B. re NOLs and other                           6.60     2,574.00     5422568   12/01/04
                                   cases. (0.4). Email to Jon K. re same. (0.2).
                                   Revisions to memo re same. (0.9). Further
                                   revisions to memo re same. (3.8). Email to T.
                                   Mayer. (0.2). Disc. w/ Emily S. re case.
                                   (0.2). Email to Emily S. (0.2). Disc. w/ Jon
                                   K. (0.5). Emails to T. Mayer. (0.2).
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    35
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS - 06975            Proforma Number: 1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status       : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name            Work Date   Description                                           Hours         Amount   Index#   Batch Date
---------------------    ---------   -----------                                           -----         ------   ------   ----------

BENTLEY, PHILIP          11/30/04    Discs BH and GN re stock trading motion                0.20         113.00   5424822  12/01/04
SEIDMAN, EMILY           11/30/04    Obtained documents in UAL per G Novod and J            1.60         312.00   5425177  12/01/04
                                     Koevary (1.6)
KOEVARY, JONATHAN T      12/01/04    Edit memo re: trading restrictions.                    0.50         125.00   5432711  12/04/04
NOVOD, GORDON            12/01/04    Disc. w/ Gary B. (0.2). Draft memo re equity           4.90       1,911.00   5437230  12/09/04
                                     trading restrictions in other bankruptcy cases.
                                     (4.4). Disc. w/ Jon K. re same. (0.3).
BECKER, GARY M.          12/01/04    Review debtors motion to transfer CMO and              1.00         495.00   5439756  12/10/04
                                     Sealed Air motions to bankruptcy court and
                                     conf. Bentley re same.
MANGUAL, KATHLEEN        12/01/04    contact court re: ordering of UAL transcript           0.20          39.00   5474384  01/03/05
                                     per G. Novod (.20)
NADLER, ELLEN R.         12/02/04    Review Grace motion to send Sealed Air and old         0.50         315.00   5431571  12/03/04
                                     CMO motion back to Judge Fitzgerald (.50)
NOVOD, GORDON            12/02/04    Prep. for call. (0.3). Calls. (1.3). Emails            4.70       1,833.00   5437228  12/09/04
                                     re same. (0.1). Review of pleadings in other
                                     chapter 11 cases re equity trading motions.
                                     (0.3). Email to T. Mayer re same. (0.5).
                                     Review of pleadings re same. (0.9). Revisions
                                     to memo for T Mayer (1.6).
NOVOD, GORDON            12/03/04    Draft pleading re re equity trading                    3.20       1,248.00   5437229  12/09/04
                                     restrictions. (3.2).
NOVOD, GORDON            12/06/04    Review of info re trading restrictions in other        4.00       1,560.00   5437226  12/09/04
                                     cases. (4.0).
NOVOD, GORDON            12/07/04    REview of recently filed pleadings. (1.2).             7.70       3,003.00   5437227  12/09/04
                                     Revision to draft pleading re re trading
                                     restrictions. (6.5).
BECKER, GARY M.          12/07/04    Review new pleadings and orders and conf. with         0.40         198.00   5439758  12/10/04
                                     Koevary re potential response date.
BECKER, GARY M.          12/08/04    Conf. with Bentley and Herzog re claims trading        1.80         891.00   5439757  12/10/04
                                     restriction motion issues (0.8); conf. Novod re
                                     response to exclusivity motion and review draft
                                     (1.0).
NOVOD, GORDON            12/08/04    Disc. w/ Gary B. re drafting pleading re               7.20       2,808.00   5447415  12/16/04
                                     exclusivity. (0.1). Call to K. Mangual re
                                     same. (0.1). Draft response to exclusivity.
                                     (5.5). Email to G. Becker. (0.1). Meeting
                                     with Gary B., Phil B., Barry H., Blake H.
                                     (1.0). Meeting with Gary B./ Phil B. (0.3).
BECKER, GARY M.          12/10/04    Prepare present value studies for equity               3.00       1,485.00   5452325  12/20/04
                                     trading restriction memo (3.0).
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    36
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                                   Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : BANKR. MOTIONS                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status    : ACTIVE

 B I L L E D   T I M E   D E T A I L
Employee Name       Work Date  Description                                              Hours    Amount       Index#   Batch Date

NOVOD, GORDON       12/13/04   Revisions to proposed pleading regarding equity           6.70    2,613.00    5447417   12/16/04
                               trading restrictions. (3.4). Research re same.
                               (3.3).
BECKER, GARY M.     12/13/04   Conf. B. Herzog re tax calculations for motion            0.60      297.00    5452324   12/20/04
                               to limit equity trading.
BECKER, GARY M.     12/14/04   Extensive revision of response to Grace                   1.70      841.50    5448780   12/16/04
                               exclusivity motion (1.5); conf. Novod re motion
                               (0.2)
NOVOD, GORDON       12/14/04   Disc. w/ Gary B. (0.1). Email to Gary B.                  3.50    1,365.00    5449586   12/17/04
                               (0.2). Revisions to objection. (1.3). Legal
                               research. (1.9).
BECKER, GARY M.     12/15/04   Prepare for and meeting with Herzog and Bentley           1.50      742.50    5448781   12/16/04
                               re stock trading restrictions and tax issues
                               associated therewith (1.5).
NOVOD, GORDON       12/15/04   Review of pleadings filed. (0.7). Revisions to            3.10    1,209.00    5449587   12/17/04
                               pleading re equity trading restrictions. (1.7).
                               Additional legal research re trading
                               restrictions and constitutional issues. (0.7).
NOVOD, GORDON       12/16/04   Revisions to pleading re equity trading                   3.60    1,404.00    5454456   12/21/04
                               restrictions. (1.6). Call re tax issues.
                               (1.2). Call w/ Ted W. re tax issues. (0.4).
                               Review of tax memo. (0.2). Email to Gary B.
                               (0.2).
BECKER, GARY M.     12/16/04   Internal conf. re equity trading restriction              2.50    1,237.50    5458023   12/23/04
                               motion (1.0); prepare new spreadsheets re NOL
                               issues (1.0); conf. call Weschler re same
                               (0.5).
NOVOD, GORDON       12/17/04   Review of pleading re exclusivity and revisions           1.10      429.00    5454455   12/21/04
                               re same. (1.0). Email to Phil B., G. Becker re
                               same. (0.1).
BECKER, GARY M.     12/17/04   Review agenda and prepare documents for omnibus           0.60      297.00    5457376   12/22/04
                               hearing and Lexecon retention argument
NOVOD, GORDON       12/21/04   Disc. w/ Gary B. re case. (0.1). Review of                2.50      975.00    5459083   12/23/04
                               emails. (0.3). Review of pleadings. (1.4).
                               File organization. (0.7)
BECKER, GARY M.     12/22/04   Conf. w/ T. Maynes re resolution of equity                0.30      148.50    5458022   12/23/04
                               trading motion (0.3)
SEGAL, AMANDA J     12/23/04   Gathered and reviewed objections to disclosure            2.10      525.00    5468729   01/03/05
                               statement

                                                                         Fee Total     171.00   73,176.00


                                                                         Fee Total     171.00   73,176.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    37
Run Date & Time: 03/30/2005 15:34:34                 *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                          Status  : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code                Employee                    Date              Amount      Index#   Batch No  Batch Date

B I L L E D   C O S T S   D E T A I L
Description/Code                Employee                    Date              Amount      Index#   Batch No  Batch Date

PHOTOCOPYING          0820
  PHOTOCOPYING                  SEGAL, A J                11/08/04              4.95     6762490   136823   11/09/04
    SEGAL AMANDA J
  PHOTOCOPYING                  NOVOD, G N                11/22/04             15.60     6779495   137440   11/23/04
    NOVOD GORDON
  PHOTOCOPYING                  NOVOD, G N                11/23/04             15.90     6781243   137527   11/24/04
    NOVOD GORDON
  PHOTOCOPYING                  NOVOD, G N                11/23/04             25.20     6781244   137527   11/24/04
    NOVOD GORDON
  PHOTOCOPYING                  NOVOD, G N                12/09/04              0.30     6801779   138380   12/10/04
    NOVOD GORDON
  PHOTOCOPYING                  NOVOD, G N                12/14/04              6.00     6808650   138626   12/15/04
    NOVOD GORDON
  PHOTOCOPYING                  SEGAL, A J                12/23/04             27.60     6822279   139008   12/27/04
    SEGAL AMANDA J
  PHOTOCOPYING                  SEGAL, A J                12/27/04              5.70     6823867   139031   12/28/04
    SEGAL AMANDA J
                                            0820 PHOTOCOPYING Total :         101.25

RESEARCH SERVICES     0841
  RESEARCH SERVICES             HALVEY, J H               11/10/04             14.00     6787336   137653   12/01/04
    11/10/2004
                                            0841 RESEARCH SERVICES Total :     14.00

DOCUMENT PREP.        0842
  DOCUMENT PREP                 TEMPORARY, P              11/10/04             40.00     6837102   139492   01/05/05
    11/10/2004
  DOCUMENT PREP.                BLYTH, B B                11/10/04             60.00     6767594   137108   11/15/04
    11/10/2004
  DOCUMENT PREP                 KOSCAL, T M               11/10/04             16.00     6774405   137260   11/17/04
    11/10/2004
  DOCUMENT PREP.                SHARPE, A S               11/12/04             40.00     6768408   137132   11/15/04
    11/12/2004
                                            0842 DOCUMENT PREP. Total :       156.00

LONG-DISTANCE TEL.    0885
  LONG-DISTANCE TEL.            MAYER, T M                11/29/04              0.29     6786091   137630   11/30/04
    4342970
                                            0885 LONG-DISTANCE TEL. Total :     0.29
```