```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   38
Run Date & Time: 03/30/2005 15:34:34                      *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                        Orig Prtnr : CRED. RGTS - 06975                Proforma Number: 1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : BANKR. MOTIONS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status    : ACTIVE

   B I L L E D   C O S T S   D E T A I L

Description/Code                       Employee                  Date            Amount       Index#   Batch No   Batch Date
-----------------                      --------                  ----            ------       ------   --------   ----------

WESTLAW ON - LINE RE     0917
   WESTLAW ON - LINE RE                NOVOD, G N                11/08/04           7.20      6789598   137701    12/01/04
   WESTLAW ON - LINE RE                NOVOD, G N                12/13/04         117.49      6834111   139352    01/03/05
   WESTLAW ON - LINE RE                NOVOD, G N                12/20/04          39.16      6834112   139352    01/03/05
                                       0917 WESTLAW ON - LINE RE Total :          163.85

LEXIS / NEXIS ON -L     0921
   LEXIS / NEXIS ON -L                 BECKER, G M               10/28/04           4.87      6759288   136715    11/04/04
   LEXIS / NEXIS ON -L                 SEGAL, A J                11/08/04         633.21      6792875   138065    12/03/04
   LEXIS / NEXIS ON -L                 NOVOD, G N                12/13/04          19.56      6836117   139421    01/04/05
                                       0921 LEXIS / NEXIS ON -L Total :           657.64

CAB FARES     0940
   MARIANNE FERGUSON, CASHI            NOVOD, G N                12/17/04          24.00      6815625   138775    12/20/04
   CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
   11/30,12/6,11/16,12/14
   MARIANNE FERGUSON, CASHI            SEGAL, A J                12/28/04          11.00      6830319   139227    12/30/04
   CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
                                       0940 CAB FARES Total :                      35.00

IN-HOUSE/MEALS     0943
   IN-HOUSE/MEALS                      NOVOD, G N                11/17/04          11.46      6775587   137332    11/18/04
   IN-HOUSE/MEALS                      NOVOD, G N                11/24/04          19.61      6786709   137644    11/30/04
   IN-HOUSE/MEALS                      NOVOD, G N                11/24/04          20.00      6786710   137644    11/30/04
   IN-HOUSE/MEALS                      NOVOD, G N                12/08/04          13.09      6801235   138373    12/09/04
   IN-HOUSE/MEALS                      NOVOD, G N                12/22/04          20.00      6818868   138923    12/22/04
   IN-HOUSE/MEALS                      SEGAL, A J                12/31/04          20.00      6832374   139316    01/03/05
                                       0943 IN-HOUSE/MEALS Total :                104.16

                  Costs Total :                                                 1,232.19
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    39
Run Date & Time: 03/30/2005 15:34:34                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : BANKR. MOTIONS                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                   Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y
Employee Name              Hours       Amount             Bill          W/o / W/u       Transfer To  Clnt/Mtr   Carry Forward
---------------------------------------------------------------------------------------------------------------------------------
DIENSTAG, ABBE L.           3.00     1,605.00          _____        _____      _____  _____   _____
NADLER, ELLEN R.            0.50       315.00          _____        _____      _____  _____   _____
BENTLEY, PHILIP            11.60     6,554.00          _____        _____      _____  _____   _____
MAYER, THOMAS MOERS         4.00     2,760.00          _____        _____      _____  _____   _____
HERZOG, BARRY              12.00     6,300.00          _____        _____      _____  _____   _____
BECKER, GARY M.            34.20    16,929.00          _____        _____      _____  _____   _____
NOVOD, GORDON              90.60    35,334.00          _____        _____      _____  _____   _____
DIMOS, BILL                 0.80       200.00          _____        _____      _____  _____   _____
KOEVARY, JONATHAN T         0.50       125.00          _____        _____      _____  _____   _____
SEGAL, AMANDA J             6.60     1,650.00          _____        _____      _____  _____   _____
MANGUAL, KATHLEEN           5.00       975.00          _____        _____      _____  _____   _____
SHEA, JAMES                 0.60       117.00          _____        _____      _____  _____   _____
SEIDMAN, EMILY              1.60       312.00          _____        _____      _____  _____   _____
           Total:         171.00    73,176.00          _____        _____      _____  _____   _____


   B I L L E D    C O S T S    S U M M A R Y
Code Description                  Amount                  Bill          W/o / W/u       Transfer To  Clnt/Mtr   Carry Forward
---------------------------------------------------------------------------------------------------------------------------------
0820 PHOTOCOPYING                 101.25               _____        _____      _____  _____   _____
0841 RESEARCH SERVICES             14.00               _____        _____      _____  _____   _____
0842 DOCUMENT PREP.               156.00               _____        _____      _____  _____   _____
0885 LONG-DISTANCE TEL.             0.29               _____        _____      _____  _____   _____
0917 WESTLAW ON - LINE RESEARC    163.85               _____        _____      _____  _____   _____
0921 LEXIS / NEXIS ON -LINE R     657.64               _____        _____      _____  _____   _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    40
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:34

Matter No: 056772-00005                                      Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1918666
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : BANKR. MOTIONS                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status   : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount         Bill       W/o / W/u    Transfer To   Clnt/Mtr   Carry Forward
----------------------------------------     ----       ---------    -----------   --------   -------------

0940 CAB FARES                 35.00
0943 IN-HOUSE/MEALS           104.16

         Costs Total :      1,232.19
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   41
Run Date & Time: 03/30/2005 15:34:34                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status      : ACTIVE

Special Billing Instructions:

                              PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:   10/03/2004        TO:   12/30/2004
           UNBILLED DISB FROM:   10/15/2004        TO:   12/15/2004

                    FEES                              COSTS
                    ----                              -----
     GROSS BILLABLE AMOUNT:    78,893.00                         540.96
     AMOUNT WRITTEN DOWN:
                 PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:          12/30/2004                 12/15/2004
CLOSE MATTER/FINAL BILLING?     YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                            ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

       FEES:           103,082.50                UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:             579.40                   PAID FEE RETAINER:          0.00
 FEE RETAINER:               0.00                  PAID DISB RETAINER:          0.00
DISB RETAINER:               0.00              TOTAL AVAILABLE FUNDS:           0.00
TOTAL OUTSTANDING:     103,661.90                      TRUST BALANCE:
                                                     BILLING HISTORY
                                       ------------------------------------------------
DATE OF LAST BILL:      03/30/05                LAST PAYMENT DATE:          01/25/05
LAST BILL NUMBER:         409094        ACTUAL FEES BILLED TO DATE:     103,409.50
                                        ON ACCOUNT FEES BILLED TO DATE:       0.00
                                             TOTAL FEES BILLED TO DATE:  103,409.50
LAST BILL THRU DATE:    01/31/05           FEES WRITTEN OFF TO DATE:          0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
     (1) Exceeded Fixed Fee          (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   42
Run Date & Time: 03/30/2005 15:34:34                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                                       Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                        Status     : ACTIVE

   B I L L E D   T I M E   S U M M A R Y          -------------- Total Billed ------------------
Emp Id Employee Name                 Group            Oldest       Latest        Hours          Amount

00720  NADLER, ELLEN R.              LITI           12/17/04     12/30/04         3.10        1,953.00
02495  BENTLEY, PHILIP               CRED           10/04/04     12/22/04        35.50       20,057.50
03976  MAYER, THOMAS MOERS           CRED           10/18/04     12/30/04        11.80        8,142.00
05292  BECKER, GARY M.               CRED           10/03/04     12/22/04        43.40       21,483.00
05327  RIGEL, BLAKE                  TAX            11/02/04     12/16/04        49.00       20,825.00
05338  NOVOD, GORDON                 CRED           12/09/04     12/09/04         2.00          780.00
06208  DIMOS, BILL                   CRED           11/17/04     11/17/04         2.40          600.00
06228  KOEVARY, JONATHAN T           CRED           10/11/04     11/10/04         1.80          450.00
06230  SEGAL, AMANDA J               CRED           12/27/04     12/30/04        14.90        3,725.00
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN             CRED           11/15/04     12/22/04         4.50          877.50

                          Total:                                                168.40       78,893.00

Sub-Total Hours :    50.40 Partners    43.40 Counsels    70.10 Associates    4.50 Legal Assts    0.00 Others

   B I L L E D   C O S T S   S U M M A R Y       ---------- Total Billed ----------
Code  Description                            Oldest      Latest           Total
                                             Entry       Entry            Amount

0820  PHOTOCOPYING                          11/22/04    11/22/04           32.70
0885  LONG-DISTANCE TEL.                    10/15/04    10/15/04            0.89
0917  WESTLAW ON - LINE RESEARCH            11/10/04    11/10/04           40.91
0921  LEXIS / NEXIS ON -LINE RESEAR         11/15/04    12/15/04          306.46
0940  CAB FARES                             11/11/04    11/22/04           85.00
0942  MEALS/IN-HOUSE                        11/11/04    11/16/04           55.00
0951  MEALS/T & E                           11/22/04    11/22/04           20.00

               Total                                                      540.96

            Grand Total                                                79,433.96


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:35)
                              ........ Billed .........    .......... Applied ..........  ...... Collections ......    Balance
Bill Date Thru Date Bill#     Fee & OA    Disbursement     From OA         Total            Total        Date            Due

YEAR 2003                       157.50            .00                                        157.50
01/25/05 09/30/04 395938        169.50            .00                                        169.50  01/25/05
03/07/05 01/31/05 409094     24,189.50          38.44                                            .00                   24,227.94
03/30/05 12/31/04 408613     78,893.00         540.96                                            .00                   79,433.96

              Total:        103,409.50         579.40                                        327.00                   103,661.90
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    43
Run Date & Time: 03/30/2005 15:34:35                     *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status        : ACTIVE
```

### BILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 10/03/04 | Review debtors proposed plan and prepare memo to equity committee summarizing same. | 2.10 | 1,039.50 | 5351251 | 10/14/04 |
| BECKER, GARY M. | 10/04/04 | Prepare for and conf. with Weschler and emails related to same (1.5); prepare and revise memo to equity committee re plan (1.3); conf. Bentley re plan issues (0.5); second conf. Weschler (0.3); call J. Baer re plan (0.1); conf. with B. Rigel re tax issues in plan (0.4). | 4.10 | 2,029.50 | 5351249 | 10/14/04 |
| BENTLEY, PHILIP | 10/04/04 | Review Debtors' draft plan, discs TW and GB, and review and edit memo to committee re same | 3.00 | 1,695.00 | 5363962 | 10/25/04 |
| BECKER, GARY M. | 10/05/04 | Revise and send memo to Equity Committee re plan (1.0); conf. J. Baer re plan issues (0.4). | 1.40 | 693.00 | 5351250 | 10/14/04 |
| BECKER, GARY M. | 10/06/04 | Conf. Bentley re plan issues (0.1); email Weschler re plan issues (0.1). | 0.20 | 99.00 | 5351253 | 10/14/04 |
| BECKER, GARY M. | 10/07/04 | Review draft plan (1.0); conf. Bentley re changes (0.3); conf. Debtor re changes to plan (0.3); call Weschler re plan status (0.1); conf. Rigel re tax issues in plan (0.3). | 2.00 | 990.00 | 5351252 | 10/14/04 |
| BENTLEY, PHILIP | 10/10/04 | Trade emails re Debtors' draft plan | 0.10 | 56.50 | 5363967 | 10/25/04 |
| KOEVARY, JONATHAN T | 10/11/04 | Research Federal Judgment Rate. | 0.20 | 50.00 | 5350194 | 10/13/04 |
| BECKER, GARY M. | 10/11/04 | Review draft plan (0.3). Conf. Koevary re post petition interest question (0.3); email Bentley re same (0.1); call Weschler re same (0.1). | 0.80 | 396.00 | 5351254 | 10/14/04 |
| BECKER, GARY M. | 10/13/04 | Review proposed POR and supporting documents | 1.60 | 792.00 | 5366435 | 10/26/04 |
| BECKER, GARY M. | 10/14/04 | Review trust agreement and disclosure statement (1.4); conf bentley re same (0.5); conf Rigel re tax issues (0.4); call Kirkland re tax issues in plan (0.2) | 2.50 | 1,237.50 | 5366434 | 10/26/04 |
| BENTLEY, PHILIP | 10/17/04 | Discs TW, and notes, re plan issues | 0.90 | 508.50 | 5368539 | 10/28/04 |
| MAYER, THOMAS MOERS | 10/18/04 | Conference with P Bentley; briefing on plan negotiations company/Asbestosis plaintiffs, potential fight to unseat board, discuss Manville line of cases. | 0.40 | 276.00 | 5375696 | 11/01/04 |
| BECKER, GARY M. | 10/19/04 | Review plan proposal from Weschler and conf. Bentley re same. | 1.10 | 544.50 | 5366822 | 10/26/04 |
| MAYER, THOMAS MOERS | 10/19/04 | Review cases on shareholder meetings in bankruptcy | 0.50 | 345.00 | 5375694 | 11/01/04 |
| BECKER, GARY M. | 10/20/04 | Series of meetings with Bentley and Mayer and calls with Weschler re new proposal and potential committee response, including reviews of plan of reorganization and disclosure statement. | 6.00 | 2,970.00 | 5366824 | 10/26/04 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    44
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name          Work Date      Description                                                  Hours       Amount       Index#    Batch Date

BENTLEY, PHILIP        10/20/04   Extensive discs TM, GB, TW, ERN and AD re plan                   4.40       2,486.00    5368540   10/28/04
                                  and related issues; prepare for tomorrow's
                                  meeting with Grace
MAYER, THOMAS MOERS    10/20/04   Call with King Street Capital, substantial                       0.30         207.00    5375695   11/01/04
                                  equity holder (.3); further conferences
                                  Bentley, Becker re status of plan negotiations
                                  in advance of 10/21 meeting with management
                                  (.5).
BECKER, GARY M.        10/21/04   Prepare for and attend meeting with Grace                        6.00       2,970.00    5366823   10/26/04
                                  management re proposed plan and associated pre
                                  and post meeting conferences with Bentley and
                                  Weschler, including work while traveling.
BENTLEY, PHILIP        10/21/04   Conf at Grace's headquarters re plan                            10.60       5,989.00    5368541   10/28/04
                                  negotiations, and confs TW and GB re same;
                                  review OC expert reports and pleadings, and
                                  outline asbestos litigation and plan issues
BENTLEY, PHILIP        10/22/04   Committee call (0.7), and discs TW, EN, GAH, K.                  3.10       1,751.50    5368542   10/28/04
                                  Pasquale, GB and BO'N, re plan/asbestos
                                  litigation issues
MAYER, THOMAS MOERS    10/27/04   Conference with P. Bentley, G. Becker re status                  1.40         966.00    5374325   11/01/04
                                  of plan negotiations, motion to freeze stock
                                  trading (.7); review emails from T. Weschler re
                                  trading freeze, respond with article re same
                                  (.4); call B. Herzog re tax review (.3).
MAYER, THOMAS MOERS    10/28/04   Review materials on plan in preparation for                      1.00         690.00    5374324   11/01/04
                                  Friday's conference call with T. Weschler.
BECKER, GARY M.        10/28/04   Conf. Baer re plan issues (0.3).                                 0.30         148.50    5384422   11/02/04
MAYER, THOMAS MOERS    10/29/04   Further review plan materials (.5); conference                   2.00       1,380.00    5374323   11/01/04
                                  call with T. Weschler, W.R. Grace team (1.) re
                                  plan negotiations and trading freeze; further
                                  conferences G. Becker re setting up conference
                                  call with Debtors on trading freeze (.5).
RIGEL, BLAKE           11/02/04   Telephone call with TM, GB, BH and company                       4.60       1,955.00    5408807   11/19/04
                                  personnel. Office conference with BH. Research
                                  regarding deductibility of reorganization
                                  expenses and proration of losses.
MAYER, THOMAS MOERS    11/04/04   Voice mail from, call with P. Bentley re latest                  0.30         207.00    5389983   11/08/04
                                  developments in plan negotiations in light of
                                  election, greater likelihood of asbestos
                                  legislation being passed, effect on stock
                                  trading limitation order and challenge to same.
RIGEL, BLAKE           11/08/04   Office conference with BH, GB, PB. Research                      5.30       2,252.50    5408808   11/19/04
                                  regarding 382 Office conference with BH.
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    45
Run Date & Time: 03/30/2005 15:34:35              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                   Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status        : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date  Description                                                    Hours    Amount      Index#    Batch Date

KOEVARY, JONATHAN T   11/10/04   Research 726(a)(5) (legal rate of interest)                    1.60     400.00     5394416   11/11/04
                                 issue.
BENTLEY, PHILIP       11/10/04   Discs TW, GB, J. Baer and M. Brodsky re plan                   2.70   1,525.50     5406437   11/17/04
                                 issues, and work on same
BECKER, GARY M.       11/10/04   Multiple conf. Bentley re various plan issues                  0.60     297.00     5411971   11/22/04
                                 (0.6).
BENTLEY, PHILIP       11/11/04   Work on plan issues, and discs GB and trade                    2.90   1,638.50     5406438   11/17/04
                                 multiple emails re same
BECKER, GARY M.       11/11/04   Review and revise proposed plan and disclosure                 3.90   1,930.50     5411970   11/22/04
                                 statement (1.9); conf. debtors counsel re plan
                                 revisions (0.2); prepare memo to committee re
                                 plan (1.0); conf. Bentley re plan issues (0.4);
                                 review emails re certain plan issues and
                                 comment on same (0.4).
BENTLEY, PHILIP       11/12/04   Work on plan issues, and discs TW, TM, GB,                     2.20   1,243.00     5406439   11/17/04
                                 voicemail, B. Zirinsky, J. Freeman and ERN re
                                 same
BECKER, GARY M.       11/12/04   Conf. Bentley re post petition interest issues                 1.80     891.00     5411969   11/22/04
                                 and research re same (0.8); conf. Bentley re
                                 other plan issues (0.5); send memo re plan to
                                 committee (0.3); attention to email from
                                 Weschler re plan negotiations (0.2).
RIGEL, BLAKE          11/15/04   Research regarding 382. Review of Notice                       3.00   1,275.00     5410847   11/22/04
                                 2003-65.
MANGUAL, KATHLEEN     11/15/04   retrieval of Plan and DS via pacer;                             2.20     429.00     5412604   11/23/04
                                 organization of such, dup and distribute
                                 internally and to committee (2.2)
BENTLEY, PHILIP       11/15/04   Review disclosure statement and plan, and                      3.40   1,921.00     5424813   12/01/04
                                 multiple discs with holders re same
BECKER, GARY M.       11/16/04   Review plan and disclosure statement and conf.                 1.00     495.00     5411973   11/22/04
                                 Bentley re same (1.0)
MAYER, THOMAS MOERS   11/17/04   Review plan and disclosure statement.                          1.50   1,035.00     5406139   11/18/04
DIMOS, BILL           11/17/04   Read through disclosure statement for the                      2.40     600.00     5409805   11/19/04
                                 debtors plan of reorganization and the attached
                                 exhibits.
BECKER, GARY M.       11/17/04   Research re plan issue and email Bentley re                    0.40     198.00     5411974   11/22/04
                                 same.
BECKER, GARY M.       11/18/04   Research re plan distribution issues and conf.                 1.10     544.50     5411972   11/22/04
                                 Mayer re same (0.8); conf. Koevary re interest
                                 rate issues (0.3).
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE      46
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status        : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name           Work Date  Description                                              Hours      Amount     Index#   Batch Date
------------------------------------------------------------------------------------------------------------------------------------
MAYER, THOMAS MOERS     11/18/04   Call with WHX/Stonehill, equity holder, re                0.40      276.00    5418924  11/30/04
                                   language in plan: issuing equity "to the extent
                                   necessary," linkage to legislation? [.2];
                                   conference G. Becker re same [.1]; call to G.
                                   Davis re Impath interim distribution [.1].

BENTLEY, PHILIP         11/18/04   Discs TM, trade emails                                    0.20      113.00    5424814  12/01/04
BECKER, GARY M.         11/19/04   Conf. Rigel re tax issues in plan (0.3)                   0.30      148.50    5411975  11/22/04
RIGEL, BLAKE            11/19/04   Office conference with BH.  Office conference             0.50      212.50    5417627  11/29/04
                                   with GB.

BENTLEY, PHILIP         11/19/04   Trade emails re plan issues, and short memo to            0.80      452.00    5424815  12/01/04
                                   committee re same
MAYER, THOMAS MOERS     11/22/04   Conference P. Bentley re possibility of interim           0.40      276.00    5418923  11/30/04
                                   distribution to pay off unsecureds in Grace
                                   (.2), email Weschler re same (.2).
BECKER, GARY M.         11/22/04   Conf. Herzog re plan tax issues                           0.40      198.00    5426878  12/01/04
MAYER, THOMAS MOERS     11/23/04   Conference P. Bentley re possibility of interim           0.40      276.00    5420306  11/30/04
                                   distribution to pay off unsecureds in Grace
                                   (.2), email Weschler re same (.2).
BENTLEY, PHILIP         11/23/04   Discs J. Baer re plan issues                              0.10       56.50    5424811  12/01/04
MAYER, THOMAS MOERS     11/29/04   Call with T. Weschler re interim distribution             0.20      138.00    5420307  11/30/04
                                   idea.
BENTLEY, PHILIP         11/29/04   Trade emails                                              0.10       56.50    5424812  12/01/04
RIGEL, BLAKE            11/29/04   Office conference with BH.  Review of draft               2.50    1,062.50    5428441  12/01/04
                                   settlement.
MAYER, THOMAS MOERS     11/30/04   Call with Bentley re interim distribution,                1.00      690.00    5423918  12/01/04
                                   status of NOL analysis (.3), commence review of
                                   UAL papers on NOL trading freeze (.7)
BENTLEY, PHILIP         11/30/04   Discs GB, TM and GAH                                      0.50      282.50    5424810  12/01/04
BECKER, GARY M.         11/30/04   Conf. with Rigel and Herzog re tax issues in              1.80      891.00    5426877  12/01/04
                                   Plan of Reorganization and conf. with Bentley
                                   re same (1.0); conf. creditors committee
                                   counsel re plan issues (0.5); conf. Koevarey
                                   and Novod re plan issues (0.3).
RIGEL, BLAKE            11/30/04   Review of settlement agreement.  Office                   5.60    2,380.00    5428442  12/01/04
                                   conference with BH.  Review of draft objection.
                                   Office conference with GB.  Research regarding
                                   QFSS.
RIGEL, BLAKE            12/01/04   Office conferences with BH.  Office conference            3.90    1,657.50    5451419  12/19/04
                                   with PB, GB and BH.  Telephone conference with
                                   Goldman/Sachs.
RIGEL, BLAKE            12/03/04   Preparation of memorandum.  Review of                     4.50    1,912.50    5451420  12/19/04
                                   settlement agreement.
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    47
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS    - 06975       Proforma Number:    1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                                          Hours      Amount      Index#   Batch Date

BECKER, GARY M.        12/06/04  Review recent CB decision for impact on Grace                          1.00       495.00     5439760  12/10/04
                                 plan.
RIGEL, BLAKE           12/06/04  Preparation of memorandum. Review of                                   4.50     1,912.50     5455997  12/22/04
                                 disclosure statement and settlement agreement.
RIGEL, BLAKE           12/07/04  Preparation of memorandum. Research regarding                          2.60     1,105.00     5455998  12/22/04
                                 382. Telephone conference with BH, & Todd
                                 Maynes
BECKER, GARY M.        12/08/04  Conf. Bentley and Horowitz re Bamberger                                0.50       247.50     5439759  12/10/04
                                 retention issues, estimation procedures and
                                 other plan issues (0.5).
RIGEL, BLAKE           12/08/04  Telephone call with Todd Maynes, Grace Tax                             2.30       977.50     5455996  12/22/04
                                 Director. Office conference with GB, PB & BH.
NOVOD, GORDON          12/09/04  Review of disclosure statement regarding case                          2.00       780.00     5447414  12/16/04
                                 background. (2.0).
BECKER, GARY M.        12/10/04  Conf. J. Baer re plan negotiations and conf.                           0.60       297.00     5452326  12/20/04
                                 Bentley re same (0.6).
RIGEL, BLAKE           12/13/04  Review of memorandum.                                                  0.70       297.50     5461624  12/27/04
RIGEL, BLAKE           12/14/04  Review of memorandum. Office conference with                           2.70     1,147.50     5461622  12/27/04
                                 BH. Research regarding 382.
BECKER, GARY M.        12/15/04  Conf. Baer re various procedural issues                                0.30       148.50     5448782  12/16/04
                                 associated with confirmation
BECKER, GARY M.        12/15/04  Conf. J. Baer re plan environmental claim                              0.60       297.00     5448783  12/16/04
                                 meeting and exchange emails re same (0.3);
                                 conf. and emails with Bentley and Horowitz re
                                 same (0.3)
RIGEL, BLAKE           12/15/04  Research regarding value of stock - 382. Office                        3.80     1,615.00     5461623  12/27/04
                                 conferences with BH, BP & GB
BECKER, GARY M.        12/16/04  Conf Bentley re plan issues.                                           0.30       148.50     5458024  12/23/04
RIGEL, BLAKE           12/16/04  Office conferences with BH. Review of 10K.                             2.50     1,062.50     5461621  12/27/04
                                 Office conferences with PB, BH & GB.
NADLER, ELLEN R.       12/17/04  Review of emails re status on Plan and                                 0.30       189.00     5453066  12/20/04
                                 Estimation (.3)
BECKER, GARY M.        12/17/04  Email from Weschler re plan issues and conf.                           0.40       198.00     5457377  12/22/04
                                 Bentley re same
BENTLEY, PHILIP        12/22/04  Discs GB and K. Pasquale re Plan issues                                0.50       282.50     5457797  12/23/04
BECKER, GARY M.        12/22/04  Conf J. Baer re plan confirmation issues (0.3)                         0.30       148.50     5458025  12/23/04
MANGUAL, KATHLEEN      12/22/04  attend to retreival of various objections and                          2.30       448.50     5474382  01/03/05
                                 responses to DS and estimation motions; attend
                                 to internal distrib to team; pdf various (2.3)
MAYER, THOMAS MOERS    12/23/04  Review papers relating to Debtors' plan.                               1.00       690.00     5472008  01/03/05
SEGAL, AMANDA J        12/27/04  Reviewed objections to disclosure statement                            1.80       450.00     5468730  01/03/05
SEGAL, AMANDA J        12/28/04  Reviewed and summarized objections to the                              5.90     1,475.00     5468731  01/03/05
                                 disclosure statement
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   48
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date     Description                                         Hours      Amount       Index#    Batch Date

NADLER, ELLEN R.         12/29/04  Review Becker memo on environmental liabilities          0.30      189.00       5486343   01/24/05
                                   meeting (.30)
SEGAL, AMANDA J          12/30/04  Reviewed and summarized objections to the                7.20    1,800.00       5468728   01/03/05
                                   disclosure statement
NADLER, ELLEN R.         12/30/04  Begin review of objectors' objections to and             2.50    1,575.00       5471816   01/03/05
                                   motions on Grace's proposed estimation, CMO and
                                   Disclosure Statement (2.50)
MAYER, THOMAS MOERS      12/30/04  Commence review of objections filed against              1.00      690.00       5472007   01/03/05
                                   Debtors' disclosure statement

                                                                             Fee Total    168.40   78,893.00

                                                                             Fee Total    168.40   78,893.00


B I L L E D   C O S T S   D E T A I L
Description/Code                      Employee                          Date          Amount       Index#    Batch No   Batch Date

PHOTOCOPYING                 0820
  PHOTOCOPYING
  BENTLEY PHILIP                      BENTLEY, P                      11/22/04         32.70       6779496    137440     11/23/04
                                                    0820 PHOTOCOPYING Total :           32.70

LONG-DISTANCE TEL.           0885
  LONG-DISTANCE TEL.
  3128612485                          RIGEL, B R                      10/15/04          0.30       6742096    135822     10/22/04
  LONG-DISTANCE TEL.
  3128612485                          RIGEL, B R                      10/15/04          0.59       6742097    135822     10/22/04
                                              0885 LONG-DISTANCE TEL. Total :            0.89

WESTLAW ON - LINE RE         0917
  WESTLAW ON - LINE RE                KOEVARY, J T                    11/10/04         40.91       6789599    137701     12/01/04
                                              0917 WESTLAW ON - LINE RE Total :         40.91

LEXIS / NEXIS ON -L          0921
  LEXIS / NEXIS ON -L
  LEXIS / NEXIS ON -LINE RESEARCH     RIGEL, B R                      11/15/04        112.37       6792876    138065     12/03/04
  LEXIS / NEXIS ON -L
  LEXIS / NEXIS ON -LINE RESEARCH     RIGEL, B R                      12/15/04        194.09       6836118    139421     01/04/05
                                         0921 LEXIS / NEXIS ON -L Total :             306.46

CAB FARES                    0940
  MARIANNE FERGUSON, CASHI
  CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
                                      BENTLEY, P                      11/11/04         11.00       6768872    137124     11/15/04
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    49
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00007                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status         : ACTIVE

      B I L L E D   C O S T S   D E T A I L
Description/Code                                          Employee                    Date          Amount       Index#    Batch No    Batch Date
------------------                                        --------                    ----          ------       ------    --------    ----------
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/12/04       11.00       6768874   137124      11/15/04
   CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/15/04       11.00       6775086   137310      11/18/04
   CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/16/04       11.00       6775088   137310      11/18/04
   CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
PHILIP BENTLEY                                            BENTLEY, P                  11/22/04       41.00       6779050   137408      11/22/04
   CAB FARES - VENDOR-PHILIP BENTLEY TAXI
                                            0940 CAB FARES Total :                                   85.00

MEALS/IN-HOUSE          0942
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/11/04       13.00       6768871   137124      11/15/04
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
   CASHIER
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/12/04       16.00       6768873   137124      11/15/04
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
   CASHIER
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/15/04       20.00       6775085   137310      11/18/04
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
   CASHIER
MARIANNE FERGUSON, CASHI                                  BENTLEY, P                  11/16/04        6.00       6775087   137310      11/18/04
   MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON,
   CASHIER
                                            0942 MEALS/IN-HOUSE Total :                             55.00

MEALS/T & E             0951
PHILIP BENTLEY                                            BENTLEY, P                  11/22/04       20.00       6779051   137408      11/22/04
   MEALS/T & E - VENDOR-PHILIP BENTLEY DINNER
                                            0951 MEALS/T & E Total :                                20.00


                     Costs Total :                                                                 540.96
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   50
Run Date & Time: 03/30/2005 15:34:35              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1918667
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

    B I L L E D   T I M E    S U M M A R Y                       -------- Transfer To --------  Clnt/Mtr   Carry Forward
Employee Name              Hours      Amount         Bill        W/o / W/u         Bill

NADLER, ELLEN R.            3.10    1,953.00
BENTLEY, PHILIP            35.50   20,057.50
MAYER, THOMAS MOERS        11.80    8,142.00
BECKER, GARY M.            43.40   21,483.00
RIGEL, BLAKE               49.00   20,825.00
NOVOD, GORDON               2.00      780.00
DIMOS, BILL                 2.40      600.00
KOEVARY, JONATHAN T         1.80      450.00
SEGAL, AMANDA J            14.90    3,725.00
MANGUAL, KATHLEEN           4.50      877.50
      Total:              168.40   78,893.00


    B I L L E D   C O S T S    S U M M A R Y                     -------- Transfer To --------  Clnt/Mtr   Carry Forward
Code Description                     Amount                      W/o / W/u         Bill

0820 PHOTOCOPYING                      32.70
0885 LONG-DISTANCE TEL.                 0.89
0917 WESTLAW ON - LINE RESEARC         40.91
0921 LEXIS / NEXIS ON -LINE R         306.46
0940 CAB FARES                         85.00
0942 MEALS/IN-HOUSE                    55.00
0951 MEALS/T & E                       20.00

           Costs Total :              540.96
```