```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   51
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS - 06975            Proforma Number:  1918668
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status       : ACTIVE

Special Billing Instructions:

==============================================================================================================================

                                             PRE-BILLING SUMMARY REPORT

         UNBILLED TIME FROM:     10/22/2004              TO:   12/22/2004
         UNBILLED DISB FROM:     10/29/2004              TO:   10/29/2004

                                        FEES                   COSTS
                                        ----                   -----
    GROSS BILLABLE AMOUNT:           3,754.50                   9.56
    AMOUNT WRITTEN DOWN:
              PREMIUM:
        ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
         AMOUNT BILLED:
             THRU DATE:           12/22/2004              10/29/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


==============================================================================================================================

                          ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

         FEES:                    6,271.50
 DISBURSEMENTS:                       9.56        UNIDENTIFIED RECEIPTS:     0.00
 FEE RETAINER:                        0.00           PAID FEE RETAINER:     0.00
 DISB RETAINER:                       0.00          PAID DISB RETAINER:     0.00
 TOTAL OUTSTANDING:               6,281.06        TOTAL AVAILABLE FUNDS:    0.00
                                                         TRUST BALANCE:
                                                    BILLING HISTORY
                                     ----------------------------------------
 DATE OF LAST BILL:     03/30/05              LAST PAYMENT DATE:     01/25/05
 LAST BILL NUMBER:      409094    ACTUAL FEES BILLED TO DATE:       69,313.00
                                  ON ACCOUNT FEES BILLED TO DATE:        0.00
                                     TOTAL FEES BILLED TO DATE:    69,313.00
 LAST BILL THRU DATE:   01/31/05      FEES WRITTEN OFF TO DATE:       222.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
   (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
   (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   52
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00008                                                    Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918668
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP  - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status      : ACTIVE

 B I L L E D   T I M E   S U M M A R Y            ---------- Total Billed ----------
Emp Id Employee Name                Group                   Oldest       Latest      Hours         Amount

05292  BECKER, GARY M.              CRED                   10/22/04    12/22/04       4.00       1,980.00
         PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN            CRED                   10/27/04    12/22/04       9.10       1,774.50

                 Total:                                                              13.10       3,754.50

Sub-Total Hours :   0.00 Partners    4.00 Counsels    0.00 Associates   9.10 Legal Assts   0.00 Others

 B I L L E D   C O S T S   S U M M A R Y   ------- Total Billed --------
Code Description                                Oldest        Latest          Total
                                                Entry          Entry          Amount

0930 MESSENGER/COURIER                          10/29/04      10/29/04           9.56

                 Total                                                           9.56

                 Grand Total                                                  3,764.06
                                                                        ============

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:35)
                    ------- Billed --------       Applied   ---- Collections ----       Balance
Bill Date Thru Date Bill#   Fee & OA  Disbursement From OA    Total         Date          Due

PRIOR TO 2001                    10,165.00    191.48              10,356.48
  YEAR 2002                      33,105.00    183.14              33,288.14
  YEAR 2003                      10,325.00     53.60              10,378.60
01/29/04 12/31/03  382765         2,080.00       .00    2,080.00   07/02/04
02/25/04 01/31/04  384579         1,758.00       .00    1,758.00   10/18/04
04/30/04 02/29/04  388529           951.00       .00      951.00   10/18/04
05/27/04 04/30/04  390208            78.00       .00       78.00   08/03/04
07/31/04 06/30/04  392045           939.00       .00      939.00   10/18/04
08/23/04 06/30/04  394084         1,170.00       .00    1,170.00   11/16/04
01/25/05 09/30/04  396938         2,470.50       .00    2,470.50   01/25/05
03/07/05 01/31/05  409094         2,517.00       .00        .00                        2,517.00
03/30/05 12/31/04  408613         3,754.50       9.56       .00                        3,764.06

                 Total:         69,313.00    437.78              63,469.72             6,281.06
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     53
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00008                           Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1918668
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status      : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                              Hours       Amount      Index#    Batch Date
-------------              ---------   -----------                                              -----       ------      ------    ----------

BECKER, GARY M.            10/22/04    Review and revise fee application.                        0.40       198.00      5366825   10/26/04
MANGUAL, KATHLEEN          10/27/04    disc/w GB re: interim; coordinate w/ accounting           0.30        58.50      5383092   11/02/04
                                       (.30)
BECKER, GARY M.            10/27/04    Email from fee auditor and conf. Mangual re               0.30       148.50      5384424   11/02/04
                                       same (0.3).
MANGUAL, KATHLEEN          10/28/04    draft Aug monthly fee application (.90); review           1.60       312.00      5383093   11/02/04
                                       ledger and pacer (.40); draft cover ltr to
                                       local counsel and attend to service (.30)
BECKER, GARY M.            10/28/04    Review and execute fee application and conf.              0.40       198.00      5384423   11/02/04
                                       Mangual re same.
BECKER, GARY M.            10/29/04    Review September monthly fee application and              0.60       297.00      5380180   11/01/04
                                       conf. Mangual re same
MANGUAL, KATHLEEN          10/29/04    draft interim fee application (1.4); several              2.00       390.00      5383094   11/02/04
                                       email exchanges w/ local counsel (.30); email
                                       S. Bossay word format of interim (.10); pdf
                                       such to counsel (.20)
MANGUAL, KATHLEEN          11/01/04    draft Sept monthly fee app, draft cover ltr to            1.40       273.00      5393468   11/10/04
                                       local counsel (1.4)
BECKER, GARY M.            11/18/04    Review and revise October invoice.                        0.70       346.50      5411977   11/22/04
BECKER, GARY M.            11/19/04    Review and revise invoice                                 0.60       297.00      5411976   11/22/04
MANGUAL, KATHLEEN          11/22/04    draft KL October monthly fee app (1.1); draft             1.20       234.00      5412602   11/23/04
                                       cover ltr (.10)
BECKER, GARY M.            12/08/04    Review and revise November invoice.                       0.50       247.50      5439761   12/10/04
MANGUAL, KATHLEEN          12/09/04    review ledger; coordinate w/ acctg re: payments           0.60       117.00      5474389   01/03/05
                                       made; disc/w GB (.60)
BECKER, GARY M.            12/22/04    Review and execute fee application and conf.              0.50       247.50      5458026   12/23/04
                                       Mangual re filing same (0.5)
MANGUAL, KATHLEEN          12/22/04    draft Nov. Monthly Fee App; revision per GB               2.00       390.00      5474390   01/03/05
                                       comments; review payment ledger and docket
                                       (1.6), draft cover ltr to local counsel and
                                       email (.40)

                                                                           Fee Total            13.10     3,754.50

                                                                           Fee Total            13.10     3,754.50

B I L L E D   C O S T S   D E T A I L
Description/Code                                            Employee                   Date                Amount       Index#    Batch No  Batch Date
----------------                                            --------                   ----                ------       ------    --------  ----------

MESSENGER/COURIER      0930
  FEDERAL EXPRESS CORPORAT                                  MANGUAL, K M             10/29/04                9.56     6750563    136137    10/29/04
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    54
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00008                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918668
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status    : ACTIVE

   B I L L E D   C O S T S   D E T A I L

Description/Code         Employee            Date           Amount       Index# Batch No Batch Date
---------------------------------------------------------------------------------------------------

0930 MESSENGER/COURIER Total :                                9.56


        Costs Total :                                         9.56
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    55
                                               *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00008                                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918668
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

  B I L L E D   T I M E    S U M M A R Y
Employee Name          Hours      Amount           Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
--------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.         4.00     1,980.00

MANGUAL, KATHLEEN       9.10     1,774.50

         Total:        13.10     3,754.50


  B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount           Bill        W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward
--------------------------------------------------------------------------------------------------------------------------
0930 MESSENGER/COURIER              9.56

         Costs Total :              9.56
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE   56
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00012                                              Orig Prtnr : CRED. RGTS    - 06975      Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

Special Billing Instructions:

----------------------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------------

            UNBILLED TIME FROM:  10/07/2004            TO:  12/29/2004
            UNBILLED DISB FROM:  11/04/2004            TO:  12/29/2004

                                        FEES                        COSTS
                                       ------                      ------
    GROSS BILLABLE AMOUNT:          131,501.50                    1,510.65
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
              THRU DATE:                                          12/29/2004
CLOSE MATTER/FINAL BILLING?        YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


----------------------------------------------------------------------------------------------------------------------------------------
                            ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH
                            --------------------------

             FEES:               211,345.00            UNIDENTIFIED RECEIPTS:         0.00
    DISBURSEMENTS:                 2,903.50               PAID FEE RETAINER:          0.00
     FEE RETAINER:                     0.00              PAID DISB RETAINER:          0.00
    DISB RETAINER:                     0.00            TOTAL AVAILABLE FUNDS:         0.00
 TOTAL OUTSTANDING:               214,248.50               TRUST BALANCE:
                                                             BILLING HISTORY
                                                             ---------------
DATE OF LAST BILL:       03/30/05             LAST PAYMENT DATE:        03/23/05
LAST BILL NUMBER:         409094    ACTUAL FEES BILLED TO DATE:       396,657.00
                                  ON ACCOUNT FEES BILLED TO DATE:           0.00
                                     TOTAL FEES BILLED TO DATE:       396,657.00
LAST BILL THRU DATE:     01/31/05       FEES WRITTEN OFF TO DATE:       4,417.50

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____        FRC:_____              CRC:_____
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    57
Run Date & Time: 03/30/2005 15:34:35              *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y  -------------- Total Billed ------------
Emp Id  Employee Name                    Group              Oldest    Latest      Hours       Amount

00336   ECKSTEIN, KENNETH H.              CRED              10/18/04  10/18/04     2.10      1,522.50
00720   NADLER, ELLEN R.                  LITI              10/18/04  12/29/04    40.10     25,263.00
02495   BENTLEY, PHILIP                   CRED              10/15/04  12/22/04    65.30     36,894.50
07850   HOROWITZ, GREGORY A.              LITI              10/22/04  12/23/04    70.00     36,750.00
05292   BECKER, GARY M.                   CRED              10/22/04  12/23/04    36.00     17,820.00
04418   CATON, AMY                        CRED              11/01/04  11/05/04     5.90      2,802.50
05338   NOVOD, GORDON                     CRED              11/05/04  11/05/04     2.70      1,053.00
06228   KOEVARY, JONATHAN T               CRED              10/20/04  12/07/04    23.70      5,925.00
        PARAPROFESSIONALS
05208   MANGUAL, KATHLEEN                 CRED              10/07/04  12/21/04    16.30      3,178.50
06091   SHEA, JAMES                       CRED              11/03/04  11/05/04     1.50        292.50

                             Total:                                              263.60    131,501.50

Sub-Total Hours :  177.50 Partners   36.00 Counsels   32.30 Associates   17.80 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y  -------- Total Billed --------
                                           Oldest     Latest      Total
Code  Description                           Entry      Entry     Amount

0820  PHOTOCOPYING                        11/10/04   12/13/04     124.35
0940  CAB FARES                           11/04/04   12/29/04     375.60
0942  MEALS/IN-HOUSE                      11/04/04   12/16/04      51.00
0950  OUT-OF-TOWN TRAVEL                  12/29/04   12/29/04     930.70
0951  MEALS/T & E                         12/29/04   12/29/04      29.00

                   Total                                        1,510.65

                   Grand Total                                133,012.15

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:35)
                                                                           Applied   ---- Collections ----   Balance
Bill Date Thru Date Bill#         Fee & OA    Disbursement   Latest Billed  From OA    Total         Date     Due

PRIOR TO 2001                    44,026.00       5,710.65                            49,736.65
 YEAR 2002                       78,495.50       6,087.88                            84,583.38
 YEAR 2003                       42,529.00          44.28                            42,573.28
01/29/04 12/31/03  382765           582.00            .00                               582.00  07/02/04
02/25/04 01/31/04  384579            56.50            .00                                56.50  10/18/04
04/30/04 02/29/04  388529           247.50         497.50                               745.00  10/18/04
05/27/04 04/30/04  390208         2,282.00          48.51                             2,330.51  08/03/04
06/29/04 05/31/04  391727         2,205.50         110.25                             2,315.75  03/23/05
07/31/04 06/30/04  392045              .00          18.84                                18.84  10/18/04
08/23/04 06/30/04  394084        11,360.50          22.83                            11,383.33  01/31/05
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE    58
                                                 *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00012                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:35)
                                                          Applied      ---- Collections ----      Balance
                          -------- Billed --------         From OA      Total         Date          Due
Bill Date Thru Date Bill#   Fee & OA     Disbursement
01/25/05 09/30/04 396938    3,405.00           25.99                  3,430.99     01/25/05
03/07/05 01/31/05 409094   79,843.50        1,392.85                       .00                    81,236.35
03/30/05 12/31/04 408613  131,501.50        1,510.65                       .00                   133,012.15

             Total:       396,534.50       15,470.23                197,756.23                   214,248.50
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    59
Run Date & Time: 03/30/2005 15:34:35                    *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency:   M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)
                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status         :  ACTIVE

  B I L L E D   T I M E   D E T A I L

Employee Name                Work Date   Description                                              Hours       Amount        Index#    Batch Date

MANGUAL, KATHLEEN            10/07/04    retrieval of xray related briefs/docs (.70)               0.70       136.50      5383085    11/02/04
BENTLEY, PHILIP              10/15/04    Discs TW, MDB, KE, ERN, GAH and KM re asbestos            4.80     2,712.00      5368545    10/28/04
                                         issues, and work on same
MANGUAL, KATHLEEN            10/15/04    retrieval of various expert reports; organize             1.20       234.00      5366693    10/28/04
                                         various pleadings; request 10K; disc/w PB re:
                                         project (1.2)
NADLER, ELLEN R.             10/18/04    Email exchanges w/P. Bentley and G. Horowitz              1.50       945.00      5357857    10/19/04
                                         re: possible experts (.50); review of report by
                                         potential expert (1.00)
BENTLEY, PHILIP              10/18/04    Review OC expert reports and x-ray motion;                3.80     2,147.00      5368544    10/28/04
                                         discs GAH, voicemail, TM, AD and MDB, trade
                                         emails re asbestos and P or R issues
MANGUAL, KATHLEEN            10/18/04    distribution of expert reports per PB (.60)               0.60       117.00      5368694    10/28/04
ECKSTEIN, KENNETH H.         10/18/04    c/w P. Bentley re issues, estimation strategy             2.10     1,522.50      5391026    11/09/04
                                         issues, case strategies (.8); review materials
                                         in case (1.3)
NADLER, ELLEN R.             10/19/04    Emails and voicemails re: possible experts on             0.40       252.00      5358927    10/20/04
                                         estimation (.40)
BENTLEY, PHILIP              10/19/04    Discs GB, TW, TM and K. Pasquale re plan                  5.90     3,333.50      5366543    10/28/04
                                         negotiation and asbestos issues, review docs,
                                         and work on same
NADLER, ELLEN R.             10/20/04    Telecon P. Bentley re: developments, expert               1.80     1,134.00      5361043    10/21/04
                                         retention (.30); begin review of pertinent
                                         materials (1.50)
KOEVARY, JONATHAN T          10/20/04    Begin research of state asbestos legislation.             0.30        75.00      5361435    10/21/04
NADLER, ELLEN R.             10/21/04    Telecons w/potential experts for the asbestos             1.70     1,071.00      5362609    10/22/04
                                         estimation (1.20) and emails to PB, GH re: same
                                         (.50)
KOEVARY, JONATHAN T          10/21/04    Research state based asbestos related tort                5.00     1,250.00      5363021    10/22/04
                                         reform legislation.
BECKER, GARY M.              10/22/04    Directions to Koevary re expert retention.                0.50       247.50      5366826    10/26/04
HOROWITZ, GREGORY A.         10/22/04    Committee conference call with PB, ERN re                 1.00       525.00      5369852    10/28/04
                                         asbestos experts (1.0)
MANGUAL, KATHLEEN            10/22/04    preparation of expert reports; draft index                0.80       156.00      5383087    11/02/04
                                         (.80)
BENTLEY, PHILIP              10/24/04    Review docs re asbestos issues                            1.00       565.00      5368546    10/28/04
BENTLEY, PHILIP              10/25/04    Review OC expert reports and other docs re                2.50     1,412.50      5375470    11/01/04
                                         asbestos litigation issues
NADLER, ELLEN R.             10/26/04    Conf. call w/P. Bentley re: issues/strategies             1.70     1,071.00      5367700    10/27/04
                                         (2.00); continue review of docs. (.50)
KOEVARY, JONATHAN T          10/26/04    Prepare expert applications.                              0.50       125.00      5369436    10/28/04
BENTLEY, PHILIP              10/26/04    Discs MDB, KE, ERN, and review docs, re                   1.60       904.00      5375468    11/01/04
                                         asbestos issues
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    60
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status      : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                              Hours         Amount     Index#   Batch Date
-------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.        10/26/04  Review expert retention documents and conf.                  0.60         297.00    5384421  11/02/04
                                 Koevary and Shea re same.
NADLER, ELLEN R.       10/27/04  Telecon Bentley re: issues and strategies and                1.00         630.00    5368997  10/28/04
                                 related email exchanges (1.00)
HOROWITZ, GREGORY A.   10/27/04  Tcs Philip Bentley, e-mails to/from same re                  1.50         787.50    5369853  10/28/04
                                 asbestos experts (1.5)
BENTLEY, PHILIP        10/27/04  Discs ERN, GAH, TW, TM, GB and trade emails re               2.90       1,638.50    5375471  11/01/04
                                 asbestos litigation issues, and work on same
MANGUAL, KATHLEEN      10/27/04  organization of expert reports; draft index;                 2.60         507.00    5383088  11/02/04
                                 organize other asbestos related material per PB
                                 (1.7); retrieval of various request for
                                 pleadings and docs per GB, JL and PB (.90)
NADLER, ELLEN R.       10/28/04  Team meeting w/Phil Bentley, Greg Horowitz to                2.80       1,764.00    5370628  10/29/04
                                 map out asbestos estimate strategies and allied
                                 issues (2.00); begin review of certain
                                 pertinent reports (.80)
KOEVARY, JONATHAN T    10/28/04  Review informational brief, .3. Prepare expert               0.60         150.00    5373462  10/31/04
                                 applications, .3.
BENTLEY, PHILIP        10/28/04  Confs ERN, GAH and GB re asbestos litigation                 4.40       2,486.00    5375469  11/01/04
                                 issues, review docs, and work on same
BECKER, GARY M.        10/28/04  Meeting Bentley and Nadler re asbestos                       0.40         198.00    5384425  11/02/04
                                 estimation witnesses.
BENTLEY, PHILIP        10/29/04  Conf call with TW, and confs ERN and GB, re                  2.40       1,356.00    5375472  11/01/04
                                 asbestos litigation issues; review docs re same
BECKER, GARY M.        10/29/04  Conf. with potential expert witness re                       1.50         742.50    5380181  11/01/04
                                 retention and associated conf. with Koevary and
                                 Caton re retention application
MANGUAL, KATHLEEN      10/29/04  Retrieval of equity committee by-laws (.20);                 3.10         604.50    5383090  11/02/04
                                 research pacer for omnibus hearing dates and
                                 procedures (.80); draft cover letter to G.
                                 Bamberger; organization of various pleading's
                                 and docs to send Bamberger (1.0); retrieval of
                                 various pleading's from docket per PB (.80);
                                 retrieval of Indemnity docs per JK (.30)
HOROWITZ, GREGORY A.   10/29/04  Committee call re asbestos experts (2.0)                     2.00       1,050.00    5388983  11/05/04
NADLER, ELLEN R.       10/29/04  Follow-up with Bentley and Becker and                        1.50         945.00    5410294  11/04/04
                                 teleconference potential expert (1.30); review
                                 e-mail from P.B. re Libby mine (.20)
KOEVARY, JONATHAN T    10/29/04  Draft expert applications, 1.0.                              1.00         250.00    5410295  11/04/04
KOEVARY, JONATHAN T    11/01/04  Prepare expert application and supporting                    3.70         925.00    5386266  11/03/04
                                 affidavit for Lexecon.
NADLER, ELLEN R.       11/01/04  Review of expert reports and related email                   2.50       1,575.00    5388872  11/05/04
                                 communications (2.50)
```

```
alp_132r: Billed Charges Analysis                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    61
                                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:35

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name          Work Date     Description                                                      Hours    Amount      Index#    Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------------
MANGUAL, KATHLEEN      11/01/04  revise cover ltr to G. Bamberger and fedex                            1.80     351.00    5393467   11/10/04
                                 files (.30); review docket and retrieval of
                                 various pleadings per J. Koevery (1.2);
                                 retrieval of recent MOR per GB (.30)

BECKER, GARY M.        11/01/04  Attention to retention of expert, including                           1.00     495.00    5393904   11/11/04
                                 call with expert, review documents, conf. Caton
                                 and Koevary re same.

BENTLEY, PHILIP        11/01/04  Discs Siegel, Pasquale, Becker, Mangual, and                          1.80   1,017.00    5395435   11/12/04
                                 trade emails and voicemails re asbestos issues

CATON, AMY             11/01/04  tc w/ Baumberger re: retention application and                        1.20     570.00    5429257   12/02/04
                                 work with Koevary to put together same

NADLER, ELLEN R.       11/02/04  Continued review of expert reports (1.00)                             1.00     630.00    5385919   11/03/04

BECKER, GARY M.        11/02/04  Conf. Bentley re expert retention (0.3); conf.                        1.00     495.00    5393906   11/11/04
                                 expert re retention (0.2); review documents
                                 sent by expert (0.5)

BENTLEY, PHILIP        11/02/04  Discs TM, voicemail, and trade emails; discs GB                       0.40     226.00    5395434   11/12/04
                                 re pending issues

MANGUAL, KATHLEEN      11/02/04  Review pacer and search for all related expert                        1.20     234.00    5412603   11/23/04
                                 pleadings per GB; disc/w local counsel re:
                                 order of pleadings not imaged (1.2)

CATON, AMY             11/02/04  Continue to review expert application issues                          1.00     475.00    5429256   12/02/04
                                 and review drafts of same

NADLER, ELLEN R.       11/03/04  Continued review of reports (1.00); review                            1.30     819.00    5387453   11/04/04
                                 pertinent emails (.30)

KOEVARY, JONATHAN T    11/03/04  Prepare Lexicon expert application materials.                         3.40     850.00    5387910   11/05/04
MANGUAL, KATHLEEN      11/03/04  Review DE local rules, pdf and email such to AC                       0.70     136.50    5391093   11/09/04
                                 and JK (.30); email exchange w/ local counsel
                                 re: pleadings order re: expert (.40)

BECKER, GARY M.        11/03/04  Review and revise expert retention documents                          1.00     495.00    5393905   11/11/04
                                 and conf. Caton and Koevary re same (1.0).

BENTLEY, PHILIP        11/03/04  Discs GB re Lexecon retention                                         0.10      56.50    5395427   11/12/04
BENTLEY, PHILIP        11/03/04  Discs GB, voicemail, T. Weschler, GAH, and                            1.80   1,017.00    5395433   11/12/04
                                 trade emails, re asbestos issues; prepare joint
                                 litigation agreement with Weil

SHEA, JAMES            11/03/04  Prepare files of expert docs. as per KM's                             0.80     156.00    5403065   11/16/04
                                 request (0.5); Coordinate w/ Attny's, local
                                 counsel para's re: same (0.3)

CATON, AMY             11/03/04  continued work on declaration with Koevary;                           0.60     285.00    5429258   12/02/04
                                 review Delaware rules re same
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    62
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
Matter Opened : 07/27/2001                           Supv Prtnr : MAYER THOMAS MOERS - 03976             Status  : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name            Work Date    Description                                                  Hours     Amount      Index#   Batch Date
-----------------------------------------------------------------------------------------------------------------------------------------

NADLER, ELLEN R.         11/04/04  Meeting to discuss issues and strategies on                      5.50    3,465.00    5388287  11/05/04
                                   estimation (1.00); second meeting w/expanded
                                   group re: same (2.50); followup to meeting w/G.
                                   Becker (1.0)); followup emails and review and
                                   edit to Lexecon/Bamberger
                                   application/declaration and conf. GB re: same
                                   (1:00).
KOEVARY, JONATHAN T      11/04/04  Prepare Lexecon retention application                            2.50      625.00    5391195  11/09/04
                                   materials.
BECKER, GARY M.          11/04/04  Prepare for and meeting with Bentley, Nadler                     7.00    3,465.00    5393907  11/11/04
                                   and Horowitz re meeting with R. Miller re
                                   asbestos expert issues (0.7); meeting with
                                   Miller re asbestos expert issues (3.0); review
                                   and revise retention papers for asbestos
                                   valuation expert (1.5); multiple conf. with
                                   Koevary re retention papers (0.4); conf. Nalder
                                   re expert retention papers (0.5); conf. Bentley
                                   and emails re retention papers (0.4); conf.
                                   proposed expert re retention papers (0.2); call
                                   local counsel and U.S. Trustee re expert
                                   retention (0.3).
BENTLEY, PHILIP          11/04/04  Discs GB re Lexecon                                              0.10       56.50    5395428  11/12/04
BENTLEY, PHILIP          11/04/04  Conf at Weil, and discs EN, GB, TW, TM and GAH,                  5.20    2,938.00    5395432  11/12/04
                                   re asbestos litigation issues, and work on same
MANGUAL, KATHLEEN        11/04/04  email various pleadings and local rules to GN                    0.80      156.00    5412597  11/23/04
                                   (.80)
HOROWITZ, GREGORY A.     11/04/04  tc PB (.4)                                                       0.40      210.00    5415846  11/26/04
CATON, AMY               11/04/04  tc w/ Baumberger and gather materials for FA                     2.70    1,282.50    5429259  12/02/04
                                   application (1.1); review Koevary motion and
                                   comments to same (.8); draft retention letter
                                   (.8)
NOVOD, GORDON            11/05/04  Disc. w/ Gary B. re objection. (0.1). Disc. w/                   2.70    1,053.00    5389179  11/08/04
                                   Jon K. re same. (0.1). Disc. w/ Kathleen M. re
                                   same. (0.2). Draft objection. (1.6). Review
                                   of case law re same. (0.7).
NADLER, ELLEN R.         11/05/04  Review previous expert reports prepared by                       1.50      945.00    5389942  11/08/04
                                   Bamberger (1.50)
KOEVARY, JONATHAN T      11/05/04  Prepare Lexecon Expert Retention Documents                       5.50    1,375.00    5392232  11/10/04
```