```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    63
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                        Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status       : ACTIVE

 B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                              Hours      Amount     Index#   Batch Date

BECKER, GARY M.        11/05/04    Conf. Nadler and Bentley re meeting with                  5.00    2,475.00    5393908   11/11/04
                                   counsel on asbestos issues (0.6 hrs); multiple
                                   revisions to application to employ Bamberger
                                   and supporting documents (2.0); conf. local
                                   counsel re filing Bamberger application and
                                   call to Perch (0.7); multiple conf. Koevary re
                                   Bamberger application (0.6); conf. FTI general
                                   counsel re Bamberger application (0.3); PACER
                                   docket research re FTI role in case (0.5).
BENTLEY, PHILIP        11/05/04    Review and edit Lexecon retention papers, and             0.60      339.00    5395429   11/12/04
                                   discs GB
BENTLEY, PHILIP        11/05/04    Review emails                                             0.10       56.50    5395430   11/12/04
SHEA, JAMES            11/05/04    Create file of claims transfer mtns. in various           0.70      136.50    5403066   11/16/04
                                   bnkrcy. cases (0.7).
CATON, AMY             11/05/04    Review expert application issues w/ Koevary               0.40      190.00    5429260   12/02/04
NADLER, ELLEN R.       11/08/04    Voicemail from Bamberger and review letter to             0.30      189.00    5391231   11/09/04
                                   Bamberger (.10) ; telecon Bentley re: same
                                   (.20)
BECKER, GARY M.        11/08/04    Attention to letter from debtor to Bamberger re           1.10      544.50    5393909   11/11/04
                                   database and conf. Nadler re: same (0.5); conf.
                                   Koevary re Bamberger application service (0.2);
                                   conf. Currier and call F. Perch re Bamberger
                                   application (0.4).
BENTLEY, PHILIP        11/08/04    Discs TW, GB and J. Baer re asbestos/plan                 0.90      508.50    5395431   11/12/04
                                   issues
NADLER, ELLEN R.       11/09/04    Telecon G. Bamberger (.30); email                         0.60      378.00    5392416   11/10/04
                                   communications to team re: same (.30)
BECKER, GARY M.        11/09/04    Multiple conf. with Koevary re motion to retain           0.50      247.50    5393910   11/11/04
                                   Bamberger and review notice re same.
KOEVARY, JONATHAN T    11/09/04    Prepare Notice of Motion re: Lexecon Expert               0.80      200.00    5394415   11/11/04
                                   Retention Application.
BENTLEY, PHILIP        11/09/04    Review notes and trade voicemails, re asbestos            0.30      169.50    5406440   11/17/04
                                   issues
HOROWITZ, GREGORY A.   11/10/04    e-mails to/from ERN, PB et al. re meeting with            0.70      367.50    5415847   11/26/04
                                   estimation experts
NADLER, ELLEN R.       11/11/04    Email PB re: status                                       0.20      126.00    5396980   11/15/04
HOROWITZ, GREGORY A.   11/15/04    dw PB re recent developments, next steps (1.0);           4.50    2,362.50    5415848   11/26/04
                                   review disclosure statement, estimation
                                   procedures motion, QC expert reports (3.5)
BENTLEY, PHILIP        11/15/04    Review estimation motion and CMO motion, work             5.50    3,107.50    5424817   12/01/04
                                   on asbestos issues, and discs GB, ERN
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    64
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                 Status       : ACTIVE

 B I L L E D   T I M E   D E T A I L
Employee Name              Work Date   Description                                                    Hours      Amount       Index#    Batch Date

NADLER, ELLEN R.           11/16/04    Begin review of POR and other prep for meeting                  5.00    3,150.00      5406352   11/17/04
                                        w/Bamberger and team (1.00); meeting
                                        w/Bamberger/Lexecon, PB, GH, GB (4.00).
BECKER, GARY M.            11/16/04    Prepare for and meeting with G. Bamberger re                    4.00    1,980.00      5411979   11/22/04
                                        asbestos claims estimation issues (4.0).
HOROWITZ, GREGORY A.       11/16/04    mw Chip Bamberger, Lynette __, ERN, PB, GB                      5.30    2,782.50      5415849   11/26/04
                                        (4.5); tt Elli Liebenstein, Reading (.8)
BENTLEY, PHILIP            11/16/04    Work on asbestos estimation issues, and review                  5.50    3,107.50      5424818   12/01/04
                                        docs; conf Lexecon re same
NADLER, ELLEN R.           11/17/04    Review expert and related materials, related                    2.00    1,260.00      5409239   11/19/04
                                        emails and telecons (2.00)
HOROWITZ, GREGORY A.       11/17/04    tf/tt Elli Liebenstein; tc Runnings; e-mails re                 1.80      945.00      5415850   11/26/04
                                        same
BENTLEY, PHILIP            11/17/04    Work on asbestos issues and trade emails re                     0.80      452.00      5424819   12/01/04
                                        same
NADLER, ELLEN R.           11/18/04    Continued review of expert reports, estimation                  2.50    1,575.00      5409238   11/19/04
                                        motion and related docs. (2.50)
BECKER, GARY M.            11/18/04    Review information re asbestos expert                           0.30      148.50      5411978   11/22/04
                                        deposition.
HOROWITZ, GREGORY A.       11/18/04    rr Carlton affidavit, related materials;                        1.30      682.50      5422213   11/30/04
                                        e-mails to/from team re same
NADLER, ELLEN R.           11/19/04    Continued work on estimation issues (2.50)                      2.50    1,575.00      5411461   11/22/04
BECKER, GARY M.            11/19/04    Review information re asbestos experts (0.5);                   0.80      396.00      5411980   11/22/04
                                        review list of required information from
                                        Lexecon (0.3)
MANGUAL, KATHLEEN          11/19/04    Check docket for expert materials(.20);                         0.60      117.00      5412600   11/23/04
                                        retrieval of pleadings (.40)
HOROWITZ, GREGORY A.       11/19/04    rr memo from Lynette Neumann; e-mails to/from                   1.50      787.50      5422214   11/30/04
                                        ERN re same (1.5)
BENTLEY, PHILIP            11/22/04    Discs GAH                                                       0.20      113.00      5424816   12/01/04
NADLER, ELLEN R.           11/23/04    Disc w/G Horowitz re: Bamberger dep. trs.                       0.20      126.00      5411271   11/24/04
                                        (.20)
BENTLEY, PHILIP            11/23/04    review memos                                                    0.20      113.00      5424820   12/01/04
BENTLEY, PHILIP            11/24/04    review emails                                                   0.20      113.00      5424821   12/01/04
BECKER, GARY M.            11/29/04    Review expert reports (1.0).                                    1.00      495.00      5426879   12/01/04
HOROWITZ, GREGORY A.       11/29/04    review Bamberger transcripts, Carlton                           4.00    2,100.00      5430309   12/02/04
                                        affidavit, e-mails re same
HOROWITZ, GREGORY A.       11/30/04    Tc JCM, TMM (.5); tt Elli Leibenstein (.5);                     2.50    1,312.50      5430310   12/02/04
                                        continue review of Bamberger materials, expert
                                        reports and other materials(1.5)
HOROWITZ, GREGORY A.       12/01/04    review WG&M estimation reports (.7); review                     1.50      787.50      5438125   12/09/04
                                        supplemental reports (.8)
```

alp_132r: Billed Charges Analysis                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE    65
Run Date & Time: 03/30/2005 15:34:36                            *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                 Orig Prtnr : CRED. RGTS - 06975              Proforma Number:   1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status      : ACTIVE

B I L L E D   T I M E    D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 12/01/04 | Review recent pleadings re asbestos issues, and discs TW and GB | 1.70 | 960.50 | 5441875 | 12/13/04 |
| HOROWITZ, GREGORY A. | 12/02/04 | Committee call (1.4); dw PB (.5); review Weill rebuttal report (.7); long tc Elli Leibenstein, e-mail re same (2.0); | 5.20 | 2,730.00 | 5438127 | 12/09/04 |
| BENTLEY, PHILIP | 12/02/04 | Discs GAH and GB | 1.60 | 904.00 | 5441874 | 12/13/04 |
| NADLER, ELLEN R. | 12/02/04 | Emails from P.B. and G.H. re: discs re: experts (.30). | 0.30 | 189.00 | 5486342 | 01/24/05 |
| NADLER, ELLEN R. | 12/03/04 | Review and send email to team re: certain expert reports (.50), emails re: object. to retention of Lexecon (.30) | 0.80 | 504.00 | 5433455 | 12/06/04 |
| HOROWITZ, GREGORY A. | 12/03/04 | rr Brickman supplemental report (.6); rr objections to retention application, e-mails re same (.9) | 1.50 | 787.50 | 5438126 | 12/09/04 |
| BECKER, GARY M. | 12/03/04 | Emails from Bentley and Nadler re Lexecon retention. | 0.30 | 148.50 | 5439764 | 12/10/04 |
| BENTLEY, PHILIP | 12/03/04 | Review PI committee's objection to Lexecon retention, and trade emails | 0.30 | 169.50 | 5441876 | 12/13/04 |
| BENTLEY, PHILIP | 12/03/04 | Trade emails | 0.10 | 56.50 | 5441877 | 12/13/04 |
| BENTLEY, PHILIP | 12/06/04 | Trade emails re Lexecon issues | 0.20 | 113.00 | 5441878 | 12/13/04 |
| MANGUAL, KATHLEEN | 12/06/04 | pdf various pleadings; email internally re: estimation motions; joinder re: Lexecon (.60); email UAL transcript to GN (.20) | 0.80 | 156.00 | 5474383 | 01/03/05 |
| NADLER, ELLEN R. | 12/07/04 | Review objections filed to retention of Lexecon (.30). | 0.30 | 189.00 | 5436270 | 12/08/04 |
| KOEVARY, JONATHAN T | 12/07/04 | Review Delaware Local District Court Rules. | 0.40 | 100.00 | 5437537 | 12/10/04 |
| BECKER, GARY M. | 12/07/04 | Email and conf. Bentley re asbestos issues (0.3); direction to Mangual re expert reports (0.1); review Peterson report on asbestos issues (0.5). | 0.90 | 445.50 | 5439762 | 12/10/04 |
| BENTLEY, PHILIP | 12/07/04 | Discs T. Weschler | 0.50 | 282.50 | 5441880 | 12/13/04 |
| BENTLEY, PHILIP | 12/08/04 | Discs GAH, GB, GM, and trade emails re estimation issues | 0.70 | 395.50 | 5441879 | 12/13/04 |
| HOROWITZ, GREGORY A. | 12/08/04 | tc PB; GB et al | 1.00 | 525.00 | 5470919 | 01/03/05 |
| BECKER, GARY M. | 12/09/04 | Attention to expert reports from OC case and circulate same to KL team. | 0.40 | 198.00 | 5439763 | 12/10/04 |
| BENTLEY, PHILIP | 12/09/04 | Trade emails re asbestos issues | 0.30 | 169.50 | 5441881 | 12/13/04 |
| HOROWITZ, GREGORY A. | 12/09/04 | tt Lynette Neumann, tt Elli Leibenstein | 0.40 | 210.00 | 5446922 | 12/15/04 |
| HOROWITZ, GREGORY A. | 12/10/04 | tc Jan Baer (.3); dw PB (.7); arrange Chicago meeting (.5); tc Lynette Neumann, send items to same (1.0); review supplemental OC reports (2.5). | 5.00 | 2,625.00 | 5446924 | 12/15/04 |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   66
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP  - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

  B I L L E D    T I M E    D E T A I L
Employee Name           Work Date  Description                                                 Hours       Amount     Index#    Batch Date
-------------           ---------  -----------                                                 -----       ------     ------    ----------

BENTLEY, PHILIP          12/10/04  Discs GB, voicemail and GAH re estimation                    0.30        169.50    5457807   12/23/04
                                   issues
HOROWITZ, GREGORY A.     12/13/04  rr PD estimation materials from R. Fiske (1.3);              3.50      1,837.50    5446925   12/15/04
                                   review PI estimation materials (1.0); tc
                                   Lynette Neumann (.5); e-mails to/from Jan Baer,
                                   team members (.7)
BENTLEY, PHILIP          12/13/04  Discs GAH                                                    0.10         56.50    5457808   12/23/04
HOROWITZ, GREGORY A.     12/14/04  travel to Chicago while reviewing estimation                16.20      8,505.00    5446923   12/15/04
                                   materials from K&E (5.0); meeting at K&E with
                                   CC reps, Elli Leibenstein, Jan Baer, et al. re
                                   estimation issues (3.0); mw Lynette Neumann,
                                   Chip Bamberger re same (1.0); travel return to
                                   NY (7.2)
NADLER, ELLEN R.         12/15/04  Review GH emails re: Chicago meeting, etc.                   0.20        126.00    5448543   12/16/04
                                   (.20)
BENTLEY, PHILIP          12/15/04  Trade voicemails re estimation issues                        0.20        113.00    5457806   12/23/04
HOROWITZ, GREGORY A.     12/15/04  review notes, write lengthy memo re estimation,              5.50      2,887.50    5458694   12/23/04
                                   e-mails to team re same
NADLER, ELLEN R.         12/16/04  Review G.H. memo on Chicago estimation meeting               0.70        441.00    5450011   12/17/04
                                   w/debtor and creditor comm. (.70)
BENTLEY, PHILIP          12/16/04  Trade emails and voicemails re Lexecon                       0.20        113.00    5457799   12/23/04
                                   retention
BENTLEY, PHILIP          12/16/04  Review materials and trade emails re asbestos                0.40        226.00    5457802   12/23/04
                                   issues
BECKER, GARY M.          12/16/04  Prepare for and attend meeting with Debtor re                2.80      1,386.00    5458027   12/23/04
                                   asbestos claims
BECKER, GARY M.          12/16/04  Review memo re asbestos PI estimation meeting                0.40        198.00    5458028   12/23/04
HOROWITZ, GREGORY A.     12/16/04  finish memo re estimation, tcs Lynette Neumann               1.50        787.50    5458695   12/23/04
                                   re same, e-mails to team re same (1.5)
BENTLEY, PHILIP          12/17/04  Review Lexecon retention pleadings, and prepare              0.20        113.00    5457800   12/23/04
                                   for Monday's hearing
BENTLEY, PHILIP          12/17/04  Discs J. Baer, GB, and review docs re                        0.40        226.00    5457801   12/23/04
                                   estimation issues
NADLER, ELLEN R.         12/20/04  Bentley voicemail on omnibus hearing and                     0.10         63.00    5457103   12/22/04
                                   Lexecon retention (.10)
BENTLEY, PHILIP          12/20/04  Review estimation-related docs and work on                   1.80      1,017.00    5457804   12/23/04
                                   estimation issues
BECKER, GARY M.          12/20/04  Conf. Bentley re Lexecon retention (0.3).                    0.30        148.50    5458030   12/23/04
BENTLEY, PHILIP          12/21/04  Discs GB, GAH, and Lexecon re estimation issues              1.70        960.50    5457803   12/23/04
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    67
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                                Hours     Amount     Index#     Batch Date
-------------          ---------    -----------                                                -----     ------     ------     ----------

BECKER, GARY M.        12/21/04 Multiple conf. Bentley and Horowitz re Lexecon
                                retention (0.8); direction to Mangual re order
                                and certificate of counsel for Lexecon
                                retention (0.4); revise retention order and
                                certificate of counsel (0.6).                                   1.80       891.00    5458029    12/23/04

HOROWITZ, GREGORY A.   12/21/04 voicemails to/from PB re Lexecon; tc PB, GB re
                                same (.7)                                                       0.70       367.50    5458696    12/23/04
MANGUAL, KATHLEEN      12/21/04 review pacer; draft certificate of counsel per
                                GB (1.4)                                                        1.40       273.00    5474391    01/03/05
BENTLEY, PHILIP        12/22/04 Discs. L. Neuman and GB, and review and edit
                                revised order and budget re Lexecon retention                   0.40       226.00    5457798    12/23/04
BENTLEY, PHILIP        12/22/04 Review asbestos estimation materials                            1.20       678.00    5457805    12/23/04
BECKER, GARY M.        12/22/04 Work on revised Lexecon retention order, busget
                                and certificate of counsel (1.0); conf. Bentley
                                re Lexecon retention issues and re CB decision
                                (0.5); circulate Lexecon retention papers (0.3)                 1.80       891.00    5458031    12/23/04
BECKER, GARY M.        12/23/04 Attention to asbestos consultant Lexecon
                                retention, including call US Trustee, conf.
                                local counsel, call and email exchange with J.
                                Baer, email from objectors re order and send
                                retention order and certification of counsel to
                                local counsel for filing (1.0), review debtors
                                supplement to estimation motion (0.6)                           1.60       792.00    5469873    01/03/05
HOROWITZ, GREGORY A.   12/23/04 rr oppositions to Lexecon; e-mails re same                      1.50       787.50    5470920    01/03/05
NADLER, ELLEN R.       12/29/04 Review proposed order/budget for Lexecon (.20)                  0.20       126.00    5471817    01/03/05

                                          Fee Total                                           263.60   131,501.50

                                                 Fee Total                                    263.60   131,501.50

  B I L L E D   C O S T S   D E T A I L
Description/Code                          Date           Employee              Amount    Index#      Batch No   Batch Date
----------------                          ----           --------              ------    ------      --------   ----------

PHOTOCOPYING           0820
  PHOTOCOPYING                         11/10/04        BENTLEY, P                3.60    6765040     136979     11/11/04
  BENTLEY PHILIP
  PHOTOCOPYING                         12/02/04        BENTLEY, P               52.20    6793593     138080     12/06/04
  BENTLEY PHILIP
  PHOTOCOPYING                         12/03/04        BENTLEY, P               18.60    6793594     138080     12/06/04
  BENTLEY PHILIP
  PHOTOCOPYING                         12/13/04        HOROWITZ, G.A.           49.95    6806760     138542     12/14/04
  HOROWITZ GREGORY A.

                              0820 PHOTOCOPYING Total :                        124.35
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    68
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975               Proforma Number:    1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

  B I L L E D   C O S T S   D E T A I L
Description/Code        Employee              Date        Amount      Index#    Batch No   Batch Date

CAB FARES              0940
  MARIANNE FERGUSON, CASHI  BENTLEY, P       11/04/04      11.00    6764110    136943     11/10/04
    CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI  BENTLEY, P       11/08/04      11.00    6764112    136943     11/10/04
    CAB FARES - VENDOR-MARIANNE FERGUSON, CASHIER
  DIAL CAR INC.             HENDLER, S L     11/16/04      44.88    6796766    138144     12/06/04
    CAB FARES - VENDOR-DIAL CAR INC.
  THE COMPANY CAR           HOROWITZ, G A    11/16/04      87.72    6815748    138810     12/20/04
    CAB FARES - VENDOR-THE COMPANY CAR
  GREGORY A. HOROWITZ       HOROWITZ, G A    12/27/04      80.00    6820573    138988     12/27/04
    CAB FARES - VENDOR-GREGORY A. HOROWITZ TAXI
  PHILIP BENTLEY            BENTLEY, P       12/29/04     141.00    6827671    139137     12/29/04
    CAB FARES - VENDOR-PHILIP BENTLEY TAXIS
                                          0940 CAB FARES Total :    375.60

MEALS/IN-HOUSE         0942
  MARIANNE FERGUSON, CASHI  BENTLEY, P       11/04/04      20.00    6764109    136943     11/10/04
    MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI  BENTLEY, P       11/08/04      13.00    6764111    136943     11/10/04
    MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER
  MARIANNE FERGUSON, CASHI  HOROWITZ, G A    12/16/04      18.00    6815423    138796     12/20/04
    MEALS/IN-HOUSE - VENDOR-MARIANNE FERGUSON, CASHIER
                                       0942 MEALS/IN-HOUSE Total :   51.00

OUT-OF-TOWN TRAVEL     0950
  PHILIP BENTLEY            BENTLEY, P       12/29/04     930.70    6827670    139137     12/29/04
    OUT-OF-TOWN TRAVEL - VENDOR-PHILIP BENTLEY AIRFARE
                                    0950 OUT-OF-TOWN TRAVEL Total :  930.70

MEALS/T & E            0951
  PHILIP BENTLEY            BENTLEY, P       12/29/04      29.00    6827672    139137     12/29/04
    MEALS/T & E - VENDOR-PHILIP BENTLEY MEAL
                                        0951 MEALS/T & E Total :     29.00

                                           Costs Total :          1,510.65
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    69
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00012                                                           Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    1918669
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                              Status     : ACTIVE

  B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours        Amount          Bill         W/o / W/u        Transfer To       Clnt/Mtr     Carry Forward
-------------              -----        ------          ----         ---------        -----------       --------     -------------
ECKSTEIN, KENNETH H.        2.10      1,522.50
NADLER, ELLEN R.           40.10     25,263.00
BENTLEY, PHILIP            65.30     36,894.50
HOROWITZ, GREGORY A.       70.00     36,750.00
BECKER, GARY M.            36.00     17,820.00
CATON, AMY                  5.90      2,802.50
NOVOD, GORDON               2.70      1,053.00
KOEVARY, JONATHAN T        23.70      5,925.00
MANGUAL, KATHLEEN          16.30      3,178.50
SHEA, JAMES                 1.50        292.50
           Total:         263.60    131,501.50

  B I L L E D   C O S T S   S U M M A R Y
Code Description                    Amount             Bill         W/o / W/u        Transfer To       Clnt/Mtr     Carry Forward
----------------                    ------             ----         ---------        -----------       --------     -------------
0820 PHOTOCOPYING                    124.35
0940 CAB FARES                       375.60
0942 MEALS/IN-HOUSE                   51.00
0950 OUT-OF-TOWN TRAVEL              930.70
0951 MEALS/T & E                      29.00

           Costs Total :           1,510.65
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    70
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00013                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1918670
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status         : ACTIVE

Special Billing Instructions:

---------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------

    UNBILLED TIME FROM:                                         TO:
    UNBILLED DISB FROM:  10/31/2004                             TO:  10/31/2004

                                    FEES                              COSTS
                                    ----                              -----

    GROSS BILLABLE AMOUNT:           0.00                              61.21
    AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
           THRU DATE:                                                10/31/2004
CLOSE MATTER/FINAL BILLING?   YES  OR  NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                          BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:



---------------------------------------------------------------------------------------------------------------------------------
                       ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH
                       --------------------------                             --------------

               FEES:                  0.00
       DISBURSEMENTS:                61.21      UNIDENTIFIED RECEIPTS:           0.00
        FEE RETAINER:                 0.00         PAID FEE RETAINER:            0.00
       DISB RETAINER:                 0.00        PAID DISB RETAINER:            0.00
   TOTAL OUTSTANDING:                61.21      TOTAL AVAILABLE FUNDS:           0.00
                                                         TRUST BALANCE:
                                                       BILLING HISTORY
                                                       ---------------
DATE OF LAST BILL:            03/30/05          LAST PAYMENT DATE:            01/31/05
LAST BILL NUMBER:              408613           ACTUAL FEES BILLED TO DATE:  76,233.00
                                                ON ACCOUNT FEES BILLED TO DATE:   0.00
                                                TOTAL FEES BILLED TO DATE:   76,233.00
LAST BILL THRU DATE:                            FEES WRITTEN OFF TO DATE:     1,600.00

FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee            (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted      (5) Business Development      (8) Premium
    (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:              Processed by:                       FRC:                    CRC:
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   71
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00013                                           Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  1918670
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status       : ACTIVE

  B I L L E D   C O S T S   S U M M A R Y  ------------ Total Billed ------------
                                           Oldest        Latest         Total
Code  Description                          Entry         Entry          Amount
----  -----------                          ------        ------         ------
0917  WESTLAW ON - LINE RESEARCH           10/31/04      10/31/04        61.21
                                                                       -------
              Total                                                      61.21

              Grand Total                                                61.21
                                                                       =======

  B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 03/30/05 15:34:36)
                       -------- Billed --------    Applied    ---- Collections ----       Balance
Bill Date Thru Date Bill#     Fee & OA  Disbursement   From OA    Total       Date           Due
-------------- ----- -----    --------  ------------   -------    -----       ----           ---
PRIOR TO 2001                 2,212.50       389.75               2,602.25
YEAR 2002                    66,342.00       550.91              66,892.91
YEAR 2003                     5,623.00     1,009.80               6,632.80
04/30/04 02/29/04 388529      1,186.50          .00               1,186.50   10/18/04
05/27/04 04/30/04 390208        621.50          .00                 621.50   08/03/04
08/23/04 06/30/04 394084        247.50          .00                 247.50   01/31/05
03/30/05 12/31/04 408613            .00       61.21                    .00                  61.21
                              ---------  ----------              ----------                ------
       Total:                76,233.00     2,011.67              78,183.46                  61.21
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   72
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00013                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number:  1918670
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status       : ACTIVE

B I L L E D   C O S T S   D E T A I L
Description/Code              Employee             Date          Amount         Index#    Batch No   Batch Date

WESTLAW ON - LINE RE    0917
    WESTLAW ON - LINE RE      DIMOS, B D         10/31/04          61.21       6754574    136269     11/01/04
                              0917 WESTLAW ON - LINE RE Total :    61.21

                                   Costs Total :                   61.21
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  73
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00013                                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918670
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

   B I L L E D    C O S T S    S U M M A R Y
Code Description             Amount           Bill         W/o / W/u        Transfer To    Clnt/Mtr    Carry Forward
----------------------------------------------------------------------------------------------------------------------

0917 WESTLAW ON - LINE RESEARC    61.21       _____      _____          _____        _____

         Costs Total :           61.21
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE      74
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00015                              Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1918671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                        Status     : ACTIVE

Special Billing Instructions:

                                    PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:   12/06/2004        TO:   12/06/2004
        UNBILLED DISB FROM:                     TO:

                                    FEES          COSTS
                                    ----          -----
        GROSS BILLABLE AMOUNT:    138.00           0.00
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
 DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:               12/06/2004
 CLOSE MATTER/FINAL BILLING?   YES   OR   NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


              ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

        FEES:          2,718.40       UNIDENTIFIED RECEIPTS:      0.00
   DISBURSEMENTS:          0.00          PAID FEE RETAINER:       0.00
   FEE RETAINER:            0.00         PAID DISB RETAINER:      0.00
   DISB RETAINER:           0.00       TOTAL AVAILABLE FUNDS:     0.00
 TOTAL OUTSTANDING:    2,718.40           TRUST BALANCE:
                                          BILLING HISTORY
 DATE OF LAST BILL:    03/30/05       LAST PAYMENT DATE:     01/25/05
 LAST BILL NUMBER:     408613         ACTUAL FEES BILLED TO DATE:   7,841.00
                                      ON ACCOUNT FEES BILLED TO DATE:   0.00
                                         TOTAL FEES BILLED TO DATE:  7,841.00
 LAST BILL THRU DATE:  12/31/04       FEES WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
        (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____   FRC: _____    CRC: _____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    75
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00015                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                  Status    : ACTIVE

   B I L L E D   T I M E   S U M M A R Y     ---------------- Total Billed ----------------
Emp Id Employee Name                  Group             Oldest        Latest       Hours      Amount
                                                        ------        ------       -----      ------
03976  MAYER, THOMAS MOERS            CRED             12/06/04      12/06/04       0.20      138.00
                                                                                    ----      ------
                     Total:                                                         0.20      138.00

Sub-Total Hours :      0.20 Partners         0.00 Counsels        0.00 Associates       0.00 Legal Assts       0.00 Others

   B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:36)
                                          -------- Billed --------       Applied    ---- Collections ----                  Balance
Bill Date Thru Date Bill#       Fee & OA      Disbursement    Total      From OA    Total         Date                     Due

YEAR 2003
01/25/05 09/30/04  396938       1,137.50             .00     1,137.50        .00    1,137.50   01/25/05
03/30/05 12/31/04  408613       6,565.50             .00                            3,985.10   01/25/05                   2,580.40
                                  138.00             .00       138.00        .00         .00                                138.00
                                --------        --------    --------     -------   --------                              --------
                     Total:     7,841.00             .00                             5,122.60                             2,718.40
```