```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   76
                                                         *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00015                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   1918671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                    Status  : ACTIVE

  B I L L E D   T I M E   D E T A I L
Employee Name           Work Date       Description                                    Hours      Amount       Index#   Batch Date
--------------          ---------       -----------                                    -----      ------       ------   ----------

MAYER, THOMAS MOERS     12/06/04  Call with M. Brodsky of Elliott re status of          0.20      138.00       5458982  12/23/04
                                  litigation, relationship to plan and Sealed Air
                                  settlement.

                                                             Fee Total                  0.20      138.00

                                                             Fee Total                  0.20      138.00
```

```
alp_132r: Billed Charges Analysis          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    77
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00015                                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1918671
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                              Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount          Bill      W/o / W/u     Transfer To  Clnt/Mtr   Carry Forward
---------------------------------------------------------------------------------------------------------------------
MAYER, THOMAS MOERS         0.20      138.00

     Total:                 0.20      138.00
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   78
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00019                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918672
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                         Status      : ACTIVE

Special Billing Instructions:

-----------------------------------------------------------------------------------------------------------------------------------------
                                                 PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------

                UNBILLED TIME FROM:   10/25/2004              TO:  12/20/2004
                UNBILLED DISB FROM:   10/27/2004              TO:  11/24/2004

                                        FEES                          COSTS
                                        ----                          -----
         GROSS BILLABLE AMOUNT:      11,539.00                        549.14
          AMOUNT WRITTEN DOWN:
                      PREMIUM:
            ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:      12/20/2004                     11/24/2004
  CLOSE MATTER/FINAL BILLING?     YES  OR  NO
   EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:

-----------------------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

                  FEES:          19,633.50
         DISBURSEMENTS:           1,567.74     UNIDENTIFIED RECEIPTS:          0.00
         FEE RETAINER:                0.00       PAID FEE RETAINER:            0.00
        DISB RETAINER:                0.00      PAID DISB RETAINER:            0.00
   TOTAL OUTSTANDING:           21,201.24      TOTAL AVAILABLE FUNDS:          0.00
                                                     TRUST BALANCE:
                                                     BILLING HISTORY
     DATE OF LAST BILL:       03/30/05        LAST PAYMENT DATE:           03/23/05
     LAST BILL NUMBER:         409094      ACTUAL FEES BILLED TO DATE:    82,359.50
                                           ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                TOTAL FEES BILLED TO DATE: 82,359.50
     LAST BILL THRU DATE:     01/31/05      FEES WRITTEN OFF TO DATE:      5,087.68

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____ FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   79
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00019                                             Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:  1918672
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                   Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ----------------- Total Billed -------------
Emp Id Employee Name               Group           Oldest      Latest         Hours          Amount
                                                   ------      ------         -----          ------
00720  NADLER, ELLEN R.             LITI          11/15/04    11/15/04         6.00        3,780.00
02495  BENTLEY, PHILIP              CRED          10/25/04    12/20/04         7.60        4,294.00
05292  BECKER, GARY M.              CRED          10/25/04    11/15/04         7.00        3,465.00
                                                                             ------       ---------
                       Total:                                                 20.60       11,539.00

Sub-Total Hours :     13.60 Partners       7.00 Counsels        0.00 Associates       0.00 Legal Assts        0.00 Others

B I L L E D   C O S T S   S U M M A R Y  ------------ Total Billed -------------
                                    Oldest       Latest            Total
Code  Description                   Entry        Entry             Amount
----  -----------                   ------       ------            ------
0940  CAB FARES                    11/24/04     11/24/04            80.00
0950  OUT-OF-TOWN TRAVEL           10/27/04     11/24/04           469.14
                                                                   ------
         Total                                                     549.14
                                                                 =========

         Grand Total                                            12,088.14
                                                                 =========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:36)
                          ------- Billed --------    Applied      -------- Collections --------   Balance
Bill Date Thru Date Bill#   Fee & OA   Disbursement  From OA       Total         Date              Due
--------- --------- -----   --------   ------------  -------       -----         ----              ---

YEAR 2002                45,704.82          58.14                45,762.96
YEAR 2003                 5,544.00          25.00                 5,569.00
01/29/04 12/31/03 382765  2,021.00             .00                2,021.00   07/02/04
05/27/04 04/30/04 390208  1,237.50             .00                1,237.50   10/18/04
06/29/04 05/31/04 391727  3,785.50             .00                3,785.50   03/23/05
07/31/04 06/30/04 322045  1,845.50         127.40                 1,972.90   01/31/05
01/25/05 09/30/04 396938  3,960.00          14.00                    14.00   01/25/05            3,960.00
03/07/05 01/31/05 409094  4,134.50       1,018.60                       .00                      5,153.10
03/30/05 12/31/04 408613 11,539.00         549.14                       .00                     12,088.14
                         ---------      ----------               ----------                     ---------
         Total:          79,771.82       1,792.28                60,362.86                      21,201.24
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    80
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00019                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   1918672
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status    : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name          Work Date       Description                                     Hours      Amount       Index#   Batch Date
-------------          ---------       -----------                                     -----      ------       ------   ----------
BECKER, GARY M.        10/25/04   Prepare for and appear at omnibus hearing              4.00    1,980.00     5366827   10/26/04
                                  (4.0).
BENTLEY, PHILIP        10/25/04   Attend omnibus hearing, prepare for same, and          3.70    2,090.50     5375473   11/01/04
                                  discs TW, GB, BZ and voicemail re same
NADLER, ELLEN R.       11/15/04   Omnibus hearing and related discussions (6.00)         6.00    3,780.00     5406350   11/17/04
BECKER, GARY M.        11/15/04   Prepare for and appear at omnibus hearing              3.00    1,485.00     5411981   11/22/04
                                  (3.0).
BENTLEY, PHILIP        12/20/04   Attend omnibus hearing, and prep for same (en          3.90    2,203.50     5457809   12/23/04
                                  route)
                                                                      Fee Total         20.60   11,539.00

                                                                      Fee Total         20.60   11,539.00


B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee                 Date           Amount          Index# Batch No Batch Date
----------------                            --------                 ----           ------          ------ -------- ----------
CAB FARES                   0940
GARY M. BECKER
 MARIANNE FERGUSON, CASHI                   BECKER, G M             11/24/04          80.00         6781080  137505   11/24/04
 OUT-OF-TOWN TRAVEL - VENDOR-GARY M. BECKER CAB FARE
                                                                 0940 CAB FARES Total :  80.00

OUT-OF-TOWN TRAVEL          0950
 MARIANNE FERGUSON, CASHI                   BECKER, G M             10/27/04          19.00         6748928  136098   10/28/04
 OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON,
 CASHIER 10/21.10/25
 MARIANNE FERGUSON, CASHI                   BECKER, G M             10/27/04          17.00         6748954  136098   10/28/04
 OUT-OF-TOWN TRAVEL - VENDOR-MARIANNE FERGUSON,
 CASHIER
 GARY M. BECKER                             BECKER, G M             11/24/04         433.14         6781081  137505   11/24/04
 OUT-OF-TOWN TRAVEL - VENDOR-GARY M. BECKER
 HOTEL
                                                             0950 OUT-OF-TOWN TRAVEL Total :  469.14

                                                                      Costs Total :  549.14
```

alp_132r: Billed Charges Analysis

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   81

Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1918672
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status       : ACTIVE

B I L L E D   T I M E   S U M M A R Y

| Employee Name      | Hours | Amount    | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|--------------------|-------|-----------|------|-----------|-------------|----------|---------------|
| NADLER, ELLEN R.   | 6.00  | 3,780.00  |      |           |             |          |               |
| BENTLEY, PHILIP    | 7.60  | 4,294.00  |      |           |             |          |               |
| BECKER, GARY M.    | 7.00  | 3,465.00  |      |           |             |          |               |
| Total:             | 20.60 | 11,539.00 |      |           |             |          |               |

B I L L E D   C O S T S   S U M M A R Y

| Code Description       | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|------------------------|--------|------|-----------|-------------|----------|---------------|
| 0940 CAB FARES         | 80.00  |      |           |             |          |               |
| 0950 OUT-OF-TOWN TRAVEL| 469.14 |      |           |             |          |               |
| Costs Total :          | 549.14 |      |           |             |          |               |

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   82
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00020                                  Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1918673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : LITIGATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                         Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                           PRE-BILLING SUMMARY REPORT

           UNBILLED TIME FROM:                          TO:
           UNBILLED DISB FROM:   12/09/2004             TO:   12/09/2004

                              FEES               COSTS
                              ----               -----
     GROSS BILLABLE AMOUNT:    0.00              180.70
     AMOUNT WRITTEN DOWN:
                   PREMIUM:
          ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                                    12/09/2004
CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                             ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

                   FEES:       0.00         UNIDENTIFIED RECEIPTS:      0.00
           DISBURSEMENTS:    180.70              PAID FEE RETAINER:     0.00
            FEE RETAINER:      0.00             PAID DISB RETAINER:     0.00
           DISB RETAINER:      0.00          TOTAL AVAILABLE FUNDS:     0.00
         TOTAL OUTSTANDING:  180.70                  TRUST BALANCE:
                                         BILLING HISTORY
       DATE OF LAST BILL:    03/30/05           LAST PAYMENT DATE:    07/02/04
        LAST BILL NUMBER:    408613  ACTUAL FEES BILLED TO DATE:     2,507.00
                                     ON ACCOUNT FEES BILLED TO DATE:     0.00
                                        TOTAL FEES BILLED TO DATE:   2,507.00
       LAST BILL THRU DATE:                 FEES WRITTEN OFF TO DATE:   0.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted     (5) Business Development      (8) Premium
     (3) Pre-arranged Discount        (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____   CRC:_____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    83
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00020                                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : LITIGATION                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                      Status      : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y  ------------ Total Billed ---------------
                                                  Oldest      Latest          Total
Code  Description                                 Entry       Entry           Amount

0942  MEALS/IN-HOUSE                             12/09/04    12/09/04         180.70

                    Total                                                     180.70

              Grand Total                                                     180.70

 B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:36)
                          ------- Billed --------    Applied       ---- Collections ----    Balance
Bill Date Thru Date Bill#    Fee & OA   Disbursement  From OA       Total          Date      Due

YEAR 2002                   2,167.50      4,437.15
YEAR 2003                     339.50           .00                 6,604.65
03/30/05 12/31/04 408613          .00        180.70                  339.50                  180.70
             Total:         2,507.00      4,617.85                 6,944.15                  180.70
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    84
                                                 *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00020                                  Orig Prtnr : CRED. RGTS - 06975             Proforma Number:  1918673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : LITIGATION                                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status      : ACTIVE

 B I L L E D   C O S T S   D E T A I L
Description/Code              Employee              Date           Amount       Index#  Batch No  Batch Date

MEALS/IN-HOUSE       0942
  ROSEN'S DELICATESSEN         HOROWITZ, G A        12/09/04       180.70      6800556   138349    12/09/04
  MEALS/IN-HOUSE - VENDOR-ROSEN'S DELICATESSEN
                              0942 MEALS/IN-HOUSE Total :          180.70


       Costs Total :                                               180.70
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   85
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00020                                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : LITIGATION                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status       : ACTIVE

   B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount            Bill           W/o / W/u        Transfer To      Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------------------

0942 MEALS/IN-HOUSE           180.70            _____      _____                                     _____

             Costs Total :    180.70
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   86
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00022                                    Orig Prtnr : CRED. RGTS   - 06975           Proforma Number:  1918674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TAX ISSUES                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                              PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:    10/04/2004           TO:   12/16/2004
             UNBILLED DISB FROM:    11/08/2004           TO:   11/08/2004

                                             FEES                     COSTS

     GROSS BILLABLE AMOUNT:             36,882.00                      9.74
        AMOUNT WRITTEN DOWN:
                   PREMIUM:
           ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:            12/16/2004                   11/08/2004
CLOSE MATTER/FINAL BILLING?     YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                          ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

          FEES:                      36,882.00           UNIDENTIFIED RECEIPTS:         0.00
  DISBURSEMENTS:                          9.74           PAID FEE RETAINER:             0.00
  FEE RETAINER:                           0.00           PAID DISB RETAINER:            0.00
  DISB RETAINER:                          0.00           TOTAL AVAILABLE FUNDS:         0.00
  TOTAL OUTSTANDING:                 36,891.74           TRUST BALANCE:

                                             BILLING HISTORY

DATE OF LAST BILL:              03/30/05          LAST PAYMENT DATE:
LAST BILL NUMBER:               408613   ACTUAL FEES BILLED TO DATE:          36,882.00
                                         ON ACCOUNT FEES BILLED TO DATE:           0.00
                                            TOTAL FEES BILLED TO DATE:        36,882.00
LAST BILL THRU DATE:            12/31/04     FEES WRITTEN OFF TO DATE:             0.00

FOR ACCTG USE ONLY:               Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted     (5) Business Development      (8) Premium
    (3) Pre-arranged Discount        (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____
```

alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    87
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00022                                                    Orig Prtnr : CRED. RGTS - 06975            Proforma Number:   1918674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TAX ISSUES                                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                                Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y  ---------------- Total Billed ----------------
Emp Id Employee Name              Group           Oldest       Latest        Hours      Amount

02495  BENTLEY, PHILIP            CRED           12/01/04     12/16/04        6.80     3,842.00
03976  MAYER, THOMAS MOERS        CRED           12/15/04     12/16/04        2.50     1,725.00
06366  HERZOG, BARRY              TAX            10/14/04     12/16/04       42.30    22,207.50
05292  BECKER, GARY M.            CRED           12/01/04     12/01/04        0.50       247.50
05327  RIGEL, BLAKE               TAX            10/04/04     10/29/04       14.20     6,035.00
06207  SEATON, MICHAEL T          TAX            10/08/04     10/11/04        2.90       725.00
06228  KOEVARY, JONATHAN T        CRED           11/30/04     11/30/04        8.40     2,100.00

                  Total:                                                     77.60    36,882.00

Sub-Total Hours :   51.60 Partners       0.50 Counsels       25.50 Associates     0.00 Legal Assts    0.00 Others

B I L L E D   C O S T S   S U M M A R Y ------------ Total Billed ----------
                                        Oldest         Latest          Total
Code Description                        Entry          Entry           Amount

0885  LONG-DISTANCE TEL.                11/08/04       11/08/04           9.74
                  Total                                                   9.74

             Grand Total                                              36,891.74
                                                                     ==========

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:36)
                          -------- Billed --------        Applied      ---- Collections ----    Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement     From OA       Total        Date         Due

03/30/05 12/31/04 408613    36,882.00            9.74                    .00                    36,891.74
                            ---------       --------                  --------                  ---------
         Total:             36,882.00            9.74                    .00                    36,891.74