```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    88
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00022                             Orig Prtnr : CRED. RGTS  - 06975                    Proforma Number:  1918674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495                 Bill Frequency: M
Matter Name : TAX ISSUES                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status       : ACTIVE

   BILLED   TIME   DETAIL
Employee Name            Work Date  Description                                              Hours       Amount      Index#    Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| RIGEL, BLAKE | 10/04/04 | Office conference with GB re plan tax issues. | 0.30 | 127.50 | 5360092 | 10/20/04 |
| RIGEL, BLAKE | 10/05/04 | Office conference with BH re plan tax issues. | 0.20 | 85.00 | 5360091 | 10/20/04 |
| RIGEL, BLAKE | 10/07/04 | Research regarding QSFs. | 1.20 | 510.00 | 5360094 | 10/20/04 |
| SEATON, MICHAEL T | 10/08/04 | Conference w/ BR re: qualified settlement funds. | 0.40 | 100.00 | 5345609 | 10/11/04 |
| RIGEL, BLAKE | 10/08/04 | Research regarding 382(l)(5) and QSFs. | 1.00 | 425.00 | 5360093 | 10/20/04 |
| SEATON, MICHAEL T | 10/11/04 | Research and conference w/ BR re: qualified settlement fund. | 2.50 | 625.00 | 5351422 | 10/14/04 |
| RIGEL, BLAKE | 10/11/04 | Office conference with BH & MS re plan tax issues. Research regarding 468B. | 2.00 | 850.00 | 5361627 | 10/21/04 |
| HERZOG, BARRY | 10/14/04 | Disc. w/BR re: qualified settlement funds | 0.70 | 367.50 | 5359457 | 10/20/04 |
| RIGEL, BLAKE | 10/14/04 | Office conference with BH & GB re plan tax issues.  Research regarding QSFs. | 1.00 | 425.00 | 5361628 | 10/21/04 |
| RIGEL, BLAKE | 10/15/04 | Telephone call with Todd Maynes re plan tax issues. | 0.30 | 127.50 | 5361629 | 10/21/04 |
| RIGEL, BLAKE | 10/27/04 | Review of order.  Research regarding 832.  Office conference with BH. | 2.50 | 1,062.50 | 5370215 | 10/29/04 |
| HERZOG, BARRY | 10/27/04 | Disc. w/T. Mayer proposed trading restrictions; disc same w/BR | 1.10 | 577.50 | 5373486 | 10/31/04 |
| RIGEL, BLAKE | 10/28/04 | Office conferences BH, GB (1.0); review 382 memo(1.0); research regarding "entities"(1.5); research regarding definition of ownership shifts. (1.5) | 5.00 | 2,125.00 | 5372372 | 10/29/04 |
| HERZOG, BARRY | 10/28/04 | Discs. w/T. Mayer and BR re: proposed trading restrictions; rev. and mark G. Becker memo re: same | 1.60 | 840.00 | 5373487 | 10/31/04 |
| RIGEL, BLAKE | 10/29/04 | Office conferences with BH and AD re plan tax issues. | 0.70 | 297.50 | 5373024 | 10/31/04 |
| HERZOG, BARRY | 11/09/04 | Built in loan analysis. | 1.90 | 997.50 | 5396441 | 11/12/04 |
| HERZOG, BARRY | 11/11/04 | Analysis re: built-in-loss. | 0.50 | 262.50 | 5396440 | 11/12/04 |
| HERZOG, BARRY | 11/23/04 | Analysis re: 382 | 0.90 | 472.50 | 5427498 | 12/01/04 |
| HERZOG, BARRY | 11/29/04 | Disc. sealed air settlement w/B. Rigel | 0.40 | 210.00 | 5427497 | 12/01/04 |
| KOEVARY, JONATHAN T | 11/30/04 | Research UAL NOL disposition. | 8.40 | 2,100.00 | 5422739 | 12/01/04 |
| HERZOG, BARRY | 11/30/04 | 382 analysis; disc. w/B. Rigel Sealed Air Settlement; draft outline re: effects of ownership change | 2.90 | 1,522.50 | 5430304 | 12/02/04 |
| BECKER, GARY M. | 12/01/04 | Meeting with Herzog and Rigel re plan tax issues. | 0.50 | 247.50 | 5439765 | 12/10/04 |
| HERZOG, BARRY | 12/01/04 | Discs. w/B. Rigel re: Sealed Air Settlement and 382 NUBIL analyses; disc. Sealed Air Settlement w/Goldman; disc. 382 analysis w/P. Bentley and G. Becker; related analysis | 3.80 | 1,995.00 | 5441036 | 12/13/04 |
| BENTLEY, PHILIP | 12/01/04 | Conf GB, GH, BR re stock trading motion | 0.70 | 395.50 | 5441883 | 12/13/04 |

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    89
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:36

Matter No: 056772-00022                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1918674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TAX ISSUES                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status       : ACTIVE

   B I L L E D   T I M E    D E T A I L
Employee Name         Work Date  Description                                                    Hours    Amount    Index#   Batch Date

HERZOG, BARRY         12/02/04   Draft outline of ownership change analysis;                     2.30   1,207.50   5441035  12/13/04
                                 related analysis
BENTLEY, PHILIP       12/02/04   Trade voicemails re tax issues                                  0.20     113.00   5441884  12/13/04
HERZOG, BARRY         12/03/04   Draft outline re: ownership change; related                     1.70     892.50   5441038  12/13/04
                                 analysis
HERZOG, BARRY         12/05/04   Draft outline re: ownership change; related                     1.50     787.50   5441037  12/13/04
                                 e-mails
HERZOG, BARRY         12/06/04   Draft memo re: ownership change; related                        4.20   2,205.00   5447652  12/16/04
                                 analysis
HERZOG, BARRY         12/07/04   Disc. w/debtor's counsel re: ownership change                   3.40   1,785.00   5447650  12/16/04
                                 consequences; related discs and analysis;
                                 draft memo re: same
BENTLEY, PHILIP       12/08/04   Conf BH, BR, GB, and notes, re stock trading                    0.90     508.50   5441882  12/13/04
                                 motion
HERZOG, BARRY         12/08/04   Conf call w/debtor and debtor's counsel to                      5.30   2,782.50   5447651  12/16/04
                                 disc ownership change consequences; disc. same
                                 w/P. Bentley, G. Becker and B. Rigel; draft
                                 memo re: same, related discs. re: Sealed Air
                                 Settlement
HERZOG, BARRY         12/09/04   Draft memo re: ownership change; related                        5.90   3,097.50   5447649  12/16/04
                                 analysis
HERZOG, BARRY         12/13/04   Disc. w/G. Becker computations of cost of                       0.90     472.50   5455577  12/21/04
                                 ownership change; related revisions to NOL memo
HERZOG, BARRY         12/14/04   Disc. ownership change consequences w/BR                        0.30     157.50   5455576  12/21/04
BENTLEY, PHILIP       12/15/04   Analyze issues raised by Debtors' stock trading                 3.10   1,751.50   5457810  12/23/04
                                 motion, and conf GB, BH, BR and review memo re
                                 same
MAYER, THOMAS MOERS   12/15/04   Review NOL/Trading Freeze memo.                                 1.00     690.00   5458983  12/23/04
HERZOG, BARRY         12/15/04   Internal discs. re: effects of ownership                        1.30     682.50   5462182  12/27/04
                                 change; related analysis
BENTLEY, PHILIP       12/16/04   Confs TM, BH, BR and GB, and discs TW, re                       1.90   1,073.50   5457811  12/23/04
                                 Debtors' stock trading motion
MAYER, THOMAS MOERS   12/16/04   Complete review of NOL/Trading Freeze Memo).5),                 1.50   1,035.00   5458984  12/23/04
                                 participate in conference with team (.5), call
                                 with Wechsler (.5) re decision to recommend
                                 taking no action to dissolve trading freeze.
HERZOG, BARRY         12/16/04   Conf. call to disc. trading restrictions;                       1.70     892.50   5462181  12/27/04
                                 related e-mails and analysis

                                              Fee Total                                         77.60  36,882.00

                                              Fee Total                                         77.60  36,882.00
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   90
                                                  *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00022                                      Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1918674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TAX ISSUES                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status      : ACTIVE

  B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee              Date               Amount       Index#    Batch No   Batch Date

  B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee              Date               Amount       Index#    Batch No   Batch Date

LONG-DISTANCE TEL.              0885
  LONG-DISTANCE TEL.                     BENTLEY, P            11/08/04             9.74      6763026   136824     11/09/04
  3128612485
                                 0885 LONG-DISTANCE TEL. Total :                    9.74


          Costs Total :                                                             9.74
```

```
alp_132r: Billed Charges Analysis            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                   PAGE   91
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00022                                          Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 1918674
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : TAX ISSUES                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status     : ACTIVE

B I L L E D   T I M E   S U M M A R Y
Employee Name          Hours      Amount        Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

BENTLEY, PHILIP          6.80    3,842.00
MAYER, THOMAS MOERS      2.50    1,725.00
HERZOG, BARRY           42.30   22,207.50
BECKER, GARY M           0.50      247.50
RIGEL, BLAKE            14.20    6,035.00
SEATON, MICHAEL T        2.90      725.00
KOEVARY, JONATHAN T      8.40    2,100.00
        Total:          77.60   36,882.00

B I L L E D   C O S T S   S U M M A R Y
Code Description                  Amount        Bill        W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

0885 LONG-DISTANCE TEL              9.74

        Costs Total :               9.74
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    92
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00024                             Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918675
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                  Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

- - - - - - - - - - - - - - - - - - - - - - - - - PRE-BILLING SUMMARY REPORT - - - - - - - - - - - - - - - - - - - - - - - - -

       UNBILLED TIME FROM:   10/08/2004          TO: 10/18/2004
       UNBILLED DISB FROM:                       TO:

                                     FEES                         COSTS
                                     ----                         -----

    GROSS BILLABLE AMOUNT:        6,811.50                         0.00
    AMOUNT WRITTEN DOWN:
                 PREMIUM:
       ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
           AMOUNT BILLED:
               THRU DATE:                    10/18/2004
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


- - - - - - - - - - - - - - - - - - - - - - - - - ACCOUNTS RECEIVABLE TOTALS - - - - - - - - - - - -  UNAPPLIED CASH - - - - -

               FEES:           6,811.50
      DISBURSEMENTS:               0.00         UNIDENTIFIED RECEIPTS:       0.00
       FEE RETAINER:               0.00              PAID FEE RETAINER:      0.00
      DISB RETAINER:               0.00             PAID DISB RETAINER:      0.00
   TOTAL OUTSTANDING:           6,811.50         TOTAL AVAILABLE FUNDS:      0.00
                                                         TRUST BALANCE:
                                                       BILLING HISTORY
 DATE OF LAST BILL:    03/30/05              LAST PAYMENT DATE:       11/16/04
 LAST BILL NUMBER:     408613  ACTUAL FEES BILLED TO DATE:           9,304.00
                               ON ACCOUNT FEES BILLED TO DATE:           0.00
                                  TOTAL FEES BILLED TO DATE:         9,304.00
 LAST BILL THRU DATE:  12/31/04  FEES WRITTEN OFF TO DATE:           1,267.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Billed Charges Analysis                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    93
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 055772-00024                                            Orig Prtnr : CRED. RGTS - 06975               Proforma Number:  1918675
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                       Status     : ACTIVE

B I L L E D    T I M E    S U M M A R Y                  --------------- Total Billed ----------------
Emp Id Employee Name              Group                       Oldest      Latest       Hours        Amount
------ ---------------------      -----                       --------    --------    -------     ----------
05292  BECKER, GARY M.            CRED                        10/08/04    10/18/04      12.50       6,187.50
       PARAPROFESSIONALS
05208  MANGUAL, KATHLEEN          CRED                        10/12/04    10/12/04       3.20         624.00
                                                                                       ------    ----------
                         Total:                                                         15.70       6,811.50

Sub-Total Hours  :   0.00 Partners    12.50 Counsels    0.00 Associates    3.20 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:37)
                                   ------- Billed --------       Applied     ---- Collections ----        Balance
Bill Date Thru Date Bill#           Fee & OA    Disbursement     From OA     Total      Date                Due
------------------- -----          ---------    ------------    ---------   --------  --------           --------
 YEAR 2003
08/23/04 06/30/04 394084            2,492.50         4.55                    2,497.05
01/25/05 09/30/04 396938                 .00        23.90                       23.90 11/16/04
03/30/05 12/31/04 408613            6,811.50          .00                         .00                    6,811.50
                                   ---------    ---------                   ---------                    --------
              Total:                9,304.00        28.45                    2,520.95                    6,811.50
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    94
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00024                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918675
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status     : ACTIVE

   B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                       Hours      Amount        Index#   Batch Date

BECKER, GARY M.       10/08/04   Review agenda re ZAI hearings and research re       1.00       495.00       5351255  10/14/04
                                 same (1.0).
MANGUAL, KATHLEEN     10/12/04   preparation of materials for 10/18 & 10/19          3.20       624.00       5366692  10/28/04
                                 hearings; draft index and organize same (3.2)
BECKER, GARY M.       10/14/04   Prepare for ZAI science trial hearing               1.50       742.50       5366436  10/26/04
BECKER, GARY M.       10/18/04   Prepare for and attend hearing on ZAI summary      10.00     4,950.00       5366828  10/26/04
                                 judgment.

                                                          Fee Total                 15.70     6,811.50


                                                          Fee Total                 15.70     6,811.50
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    95
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00024                                           Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1918675
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : ZAI SCIENCE TRIAL                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

   BILLED TIME SUMMARY
Employee Name            Hours       Amount        Bill       W/o / W/u       Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.          12.50      6,187.50
MANGUAL, KATHLEEN         3.20        624.00
         Total:          15.70      6,811.50
```

```
alp_132r: Billed Charges Analysis                 KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    96
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00028                                                    Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1918676
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                          Status     : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

--------------------------------------------------------PRE-BILLING SUMMARY REPORT----------------------------------------------------

        UNBILLED TIME FROM:     10/17/2004                        TO:     12/20/2004
        UNBILLED DISB FROM:                                       TO:

                                      FEES                 COSTS
                                      ----                 -----
GROSS BILLABLE AMOUNT:             16,308.50                0.00
AMOUNT WRITTEN DOWN:
            PREMIUM:
  ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
       AMOUNT BILLED:
          THRU DATE:                              12/20/2004
CLOSE MATTER/FINAL BILLING?    YES   OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495             WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------
                              ACCOUNTS RECEIVABLE TOTALS                                              UNAPPLIED CASH

            FEES:            22,163.00
   DISBURSEMENTS:               180.00      UNIDENTIFIED RECEIPTS:     0.00
    FEE RETAINER:                 0.00          PAID FEE RETAINER:     0.00
   DISB RETAINER:                 0.00         PAID DISB RETAINER:     0.00
TOTAL OUTSTANDING:           22,343.00      TOTAL AVAILABLE FUNDS:     0.00
                                                     TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ----------------
DATE OF LAST BILL:            03/30/05           LAST PAYMENT DATE:      03/23/05
LAST BILL NUMBER:              409094  ACTUAL FEES BILLED TO DATE:    35,587.00
                                       ON ACCOUNT FEES BILLED TO DATE:     0.00
                                           TOTAL FEES BILLED TO DATE: 35,587.00
LAST BILL THRU DATE:          01/31/05       FEES WRITTEN OFF TO DATE: 16,037.00

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

    (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
    (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____   Processed by:_____       FRC:_____          CRC:_____
```

```
alp_132r: Billed Charges Analysis                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE   97
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00028                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918676
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                         Status     : ACTIVE

   B I L L E D    T I M E    S U M M A R Y             ------------- Total Billed ----------------
Emp Id Employee Name              Group                    Oldest        Latest         Hours          Amount
----- ---------------------       -----                   --------      --------       --------     ------------
02495 BENTLEY, PHILIP              CRED                   10/21/04      12/20/04         10.30         4,181.00
05292 BECKER, GARY M.              CRED                   10/17/04      11/15/04         24.50        12,127.50
                                                                                        ------        ---------
                Total:                                                                   34.80        16,308.50

Sub-Total Hours  :     10.30 Partners       24.50 Counsels       0.00 Associates       0.00 Legal Assts       0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 03/30/05 15:34:37)
                  -------- Billed --------   Applied     From OA      ---- Collections ----   Balance
Bill Date Thru Date Bill#   Fee & OA    Disbursement                  Total         Date       Due
-------------------------  -----------  -------------   ---------   -----------   ----------  ---------
   YEAR 2002                 2,275.00          .00                    2,275.00
   YEAR 2003                 3,700.00       205.00                    3,905.00
01/29/04 12/31/03 382765       705.00       197.00                      902.00  07/02/04
02/25/04 01/31/04 384579       495.00          .00                      495.00  10/18/04
05/27/04 04/30/04 390208       742.50       279.00                    1,021.50  10/18/04
06/29/04 05/31/04 391727       621.50       264.00                      885.50  03/23/05
07/31/04 06/30/04 392045     1,485.00     1,045.70                    2,530.70  01/31/05
01/25/05 09/30/04 396938     2,970.00          .00                         .00                2,970.00
03/07/05 01/31/05 409094     2,884.50       180.00                         .00                3,064.50
03/30/05 12/31/04 408613    16,308.50          .00                         .00               16,308.50
                          -----------  -----------                 ----------                ---------
                Total:     32,187.00     2,170.70                   12,014.70                22,343.00
```

```
alp_132r: Billed Charges Analysis                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    98
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1918676
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status     : ACTIVE

B I L L E D   T I M E   D E T A I L
Employee Name         Work Date   Description                                              Hours     Amount      Index#    Batch Date

BECKER, GARY M.       10/17/04    Travel to Pittsburgh for ZAI hearing (bill at            5.50    2,722.50    5366830    10/26/04
                                  normal rate).
BECKER, GARY M.       10/19/04    Return from Pittsburgh hearing on ZAI -                  5.50    2,722.50    5366829    10/26/04
                                  nonworking travel (bill at J normal rate).
BECKER, GARY M.       10/21/04    Non-working travel time associated with                  9.00    4,455.00    5366831    10/26/04
                                  management meeting (bill at J normal rate)
                                  (9.0).
BENTLEY, PHILIP       10/21/04    Non-working travel to and from Maryland                  1.80    1,017.00    5368548    10/28/04
BECKER, GARY M.       10/25/04    Non-working travel in connection with omnibus            2.00      990.00    5366832    10/26/04
                                  hearing (bill at J normal rate) (2.0).
BENTLEY, PHILIP       10/25/04    Non-working travel to and from Delaware                  2.70    1,525.50    5375478    11/01/04
BECKER, GARY M.       11/15/04    Travel for omnibus hearing (bill at J normal             2.50    1,237.50    5411982    11/22/04
                                  rate)(2.5 hrs).
BENTLEY, PHILIP       12/20/04    Non-working travel to and from Pittsburgh                5.80    1,638.50    5457812    12/23/04
                                  Bankruptcy Court

                                                                 Fee Total                34.80   16,308.50


                                                                 Fee Total                34.80   16,308.50
```

```
alp_132r: Billed Charges Analysis              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    99
                                                *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 03/30/2005 15:34:37

Matter No: 056772-00028                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1918676
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                            Status     : ACTIVE

   BILLED   TIME   SUMMARY
Employee Name            Hours       Amount        Bill       W/o / W/u     Transfer To   Clnt/Mtr    Carry Forward
----------------------------------------------------------    ----------    ------------------------------------------

BENTLEY, PHILIP          10.30     4,181.00
BECKER, GARY M.          24.50    12,127.50
          Total:         34.80    16,308.50
```

```
alp_132rc: Client Analysis Sheet                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    1
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 03/30/05 15:34:55
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE       Work Thru : 02/28/05
```

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 52.30 | 14,172.00 | 8,280.84 | 22,452.84 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 71.50 | 33,341.00 | 1,986.42 | 35,327.42 | BENTLEY PHILIP - 02495 | | M | B |
| 00003 | FINANCING | 0.00 | 0.00 | 44.63 | 44.63 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 171.00 | 73,176.00 | 1,232.19 | 74,408.19 | BENTLEY PHILIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 168.40 | 78,893.00 | 540.96 | 79,433.96 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 13.10 | 3,754.50 | 9.56 | 3,764.06 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 263.60 | 131,501.50 | 1,510.65 | 133,012.15 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 0.00 | 0.00 | 61.21 | 61.21 | BENTLEY PHILIP - 02495 | | M | B |
| 00015 | PLAN AND DISCLOSURE STAT | 0.20 | 138.00 | 0.00 | 138.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 20.60 | 11,539.00 | 549.14 | 12,088.14 | BENTLEY PHILIP - 02495 | | M | B |
| 00020 | LITIGATION | 0.00 | 0.00 | 180.70 | 180.70 | BENTLEY PHILIP - 02495 | | M | B |
| 00022 | TAX ISSUES | 77.60 | 36,882.00 | 9.74 | 36,891.74 | BENTLEY PHILIP - 02495 | | M | B |
| 00024 | ZAI SCIENCE TRIAL | 15.70 | 6,811.50 | 0.00 | 6,811.50 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 34.80 | 16,308.50 | 0.00 | 16,308.50 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 888.80 | 406,517.00 | 14,406.04 | 420,923.04 | | | | |

Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE