## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2005, a copy of the foregoing *Response of Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC and Solow Building Company, LLC ["Solow"] to: (1) Debtors' Motion for Approval of the Joint Stipulation and Consent Order of the Debtors and the St. Paul Companies, Inc. Concerning the Classification and Treatment of St. Paul's Claim with Respect to the Solow Appeal Bond and for a Modification of the Automatic Stay; and (2) the Application of the Debtors for the Entry of an Order Authorizing Employment of Cahill, Gordon & Reindel as Special Counsel to the Debtors* was sent via first class mail, postage prepaid to the following counsel:

**CO-COUNSEL FOR DEBTORS:**

| | |
|---|---|
| Janet S. Baer | David W. Carickhoff, Jr. |
| KIRKLAND & ELLIS LLP | Pachulski, Stang, Ziehl, Young, Jones & Weintraub, PC |
| 200 E. Randolph Drive | 919 N. Market Street, 16th Floor |
| Chicago, IL 60601 | P. O. Box 8705 |
| Fax: 312-861-2200 | Wilmington, DE 19899-8705 |
| | Fax: 302-652-4400 |

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:**

| | |
|---|---|
| Lewis Kruger | Michael R. Lastowski |
| Stroock & Stroock & Lavan | Duane, Morris & Heckscher, LLP |
| 180 Maiden Lane | 1100 N. Market Street, Suite 1200 |
| New York, NY 10038-4982 | Wilmington, DE 19801-1246 |
| Fax: 212-806-6006 | Fax: 302-657-4901 |

**COUNSEL TO THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS:**

| | |
|---|---|
| Scott L. Baena | Michael B. Joseph |
| Bilzin, Sumberg, Dunn, Baena, Price & Axelroad | Ferry & Joseph, PA |
| First Union Financial Center | 824 Market Street, Suite 904 |
| 200 S. Biscayne Blvd., Suite 2500 | P. O. Box 1351 |
| Miami, FL 33131 | Wilmington, DE 19899 |
| Fax: 305-374-7593 | Phone: 302-575-1714 |

**COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS:**

| | |
|---|---|
| Elihu Inselbuch | Marla Eskin |
| Caplin & Drysdale | Campbell & Levine, LLC |
| 399 Park Avenue, 36th Floor | 800 N. King Street, Suite 300 |
| New York, NY 10022 | Wilmington, DE 19801 |
| Fax: 212-644-6755 | Fax: 302-426-9947 |

**COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS:**

Thomas M. Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
Fax: 212-715-8000

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 W. Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
Fax: 202-552-4220

**COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE:**

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
Fax: 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

**Office of the United States Trustee**
Attn: Frank J. Perch
844 N. King Street
Wilmington, DE 19801
Fax: 302-573-6497

I certify that the foregoing is true and correct under the penalty of perjury.

Dated: April 8, 2005         /s/ *William D. Sullivan*
                              William D. Sullivan