## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: 4/29/05** |
| | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### NINTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
### GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD OF FEBRUARY 1, 2005 TO FEBRUARY 28, 2005

TO:     (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **April 29, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:   April 8, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                              |     |                                              |
|------------------------------|-----|----------------------------------------------|
| In re:                       | )   | Chapter 11                                   |
|                              | )   | Case No. 01-01139 (JKF)                      |
| W.R. GRACE & CO., et al.,    | )   | (Jointly Administered)                       |
|                              | )   |                                              |
|            Debtors.          | )   | **Objection Deadline: 4/29/05**              |
|                              | )   | **Hearing Date: Scheduled if Necessary**     |

### COVER SHEET
### NINTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR <u>THE PERIOD OF FEBRUARY 1, 2005 TO FEBRUARY 28, 2005</u>

Name of Applicant:                     Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:                           David T. Austern, Future Claimants' Representative
                                       (the "FCR")

Date of Retention                      PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:                                February 1, 2005 through February 28, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:   $3,373.00

80% of Fees to be Paid:                 $2,698.40

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary:  $164.44

Total Fees @ 80% and Expenses:          $2,862.84

This is an:          __X__ interim          ____ monthly          ____ final application

The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was 3.70 hours and the corresponding fees are $701.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed Dkt No | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3/29/05 Dkt No. 8135 | $7,397.60 | $1,850.00 | |

## CURRENT COMPENSATION SUMMARY

### FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 7.00 | $2,450.00 |
| Celeste A. Hartman | Sr. Paralegal/8 years/20 years prior experience | 130.00 | 7.10 | $923.00 |
| Grand Total: | | | | $3,373.00 |
| Blended Rate: | | | | $239.22 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 5.1 | $1,785.00 |
| Fee/Employment Applications | 8.7 | $1,549.00 |
| Case Administration | .3 | $39.00 |
| Total | 14.1 | $3,373.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | 6.27 |
| Postage | N/A | 2.58 |
| Overnight Courier | Federal Express | 69.69 |
| Photocopies (15¢ per page) | N/A | 81.90 |
| Parking Reimbursement | John C. Phillips, Jr. | 4.00 |
| Total | | $164.44 |

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:   April 8, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., <u>et al</u>., | (Jointly Administered) |
|  |  |
| Debtors. |  |

### VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware   :

               : ss

New Castle County  :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

1.     I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

2.     I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 8th DAY OF APRIL 2005.

Notary Public
My commission expires:

ANN MARIE MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 18, 2005

# EXHIBIT A

## PHILLIPS, GOLDMAN & SPENCE, P.A.

## INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## FEBRUARY 1, 2005
## THROUGH FEBRUARY 28, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


April 7, 2005


Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007


File  WRG-AUS/JCP
Invoice number  56600


Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)


Subtotal for FEES only: 02/28/05     $3,373.00
Subtotal for COSTS only: 02/28/05       $164.44
                                   -------------
CURRENT PERIOD FEES AND COSTS: 02/28/05     $3,537.44
                                   -------------


**************************************************************

Please remit duplicate copy with payment.  Thank you.

**************************************************************

Phillips, Goldman & Spence, P.A.

April 7, 2005

Swidler Berlin Shereff Friedman, LLP


File  WRG-AUS/JCP
Invoice number  56600


Re:  W. R. Grace & Co.
     David T. Austern


| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 5.1 | 1,785.00 |
| FEE/EMPLOYMENT APPLICATIONS | 8.7 | 1,549.00 |
| CASE ADMINISTRATION | 0.3 | 39.00 |
| Subtotal for FEES only: 02/28/05 | 14.1 | $3,373.00 |


| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 7.00 | 7.00 | 2,450.00 | 0.00 | 0.00 |
| 130.00 | CAH | 7.10 | 7.10 | 923.00 | 0.00 | 0.00 |
| Totals | | 14.10 | 14.10 | 3,373.00 | 0.00 | 0.00 |

-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 02/02/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | li |
| LITIGATION | JCP | 02/02/05 | Review of miscellaneous pleadings. | 0.00 | 0.00 | |
| LITIGATION | JCP | 02/04/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/08/05 | Review of Amended Order Establishing Case Management Procedures. | 0.20 | 70.00 | |
| LITIGATION | JCP | 02/09/05 | Review of miscellaneous pleadings; review of Certification of Counsel for Property Damage Committee with enclosure; review of proposed Order re: Property Damage Committee's Motion to Strike Debtor's Objection to Claims. | 0.30 | 105.00 | |
| LITIGATION | JCP | 02/10/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/14/05 | Review of miscellaneous pleadings (voluminous). | 0.20 | 70.00 | |
| LITIGATION | JCP | 02/15/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/16/05 | Review of Order granting in Part Property Damage Committee's Motion to Strike Debtor's Notice of Intent to Object to Claims. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/17/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/18/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/21/05 | Review of Debtor's Chart Regarding Remaining Objections to Disclosure Statement (voluminous). | 0.60 | 210.00 | |
| LITIGATION | JCP | 02/22/05 | Review of miscellaneous pleadings; review of Agenda for 02/28/05 Hearing; review of Personal Injury Committee's Objection to Debtor's Motion to Approve Settlement with Continental Casualty. | 0.30 | 105.00 | |
| LITIGATION | JCP | 02/23/05 | Review of Amended Agenda for 02/28/05 Hearing; review of emails (3) re: Certificate of No Objection. | 0.20 | 70.00 | |
| LITIGATION | JCP | 02/24/05 | Letter from counsel for ZAI Claimants; review of miscellaneous pleadings. | 0.10 | 35.00 | |
| LITIGATION | JCP | 02/25/05 | E-mail from and e-mail to Rick Wyron re: 02/28/05 Hearing. | 0.20 | 70.00 | |
| LITIGATION | JCP | 02/28/05 | Review of Amended Agenda for 02/28/05 Hearing and attend Omnibus Hearing. | 2.30 | 805.00 | |
| | | | | 5.10 | 1,785.00 | |
| | | | | 5.10 | 1,785.00 | |

REORGANIZATION PLAN FOR [illegible]
-Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/14/05 | Update docket and begin 3rd Quarterly Fee Application. | 1.30 | 169.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/15/05 | Complete 3rd Quarterly Fee Application. | 0.70 | 91.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/16/05 | Draft Certificate of No Objection for application to extend retention of CIBC; file and serve same. | 0.50 | 65.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/18/05 | Download 7th and 8th Monthly Fee Application for Swidler Berlin; file same (system slow). | 0.70 | 91.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/20/05 | Correctly code pre-bill. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/23/05 | Download and print 6th, 7th, 8th, and 3rd Quarterly Fee Application for D. Austern; phone conference with S. McKee on corrections needed to Quarterly. | 0.90 | 117.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/23/05 | Correct, scan and file 3rd Quarterly Fee Application for D. Austern. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/27/05 | Draft Certificate of No Objection for December Fee Application. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/27/05 | Draft 8th Monthly Fee Application. | 0.70 | 91.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/28/05 | Scan Certificate of No Objection for 7th and 8th Monthly Fee Applications; file and serve both. | 0.30 | 39.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/28/05 | Scan Certificate of No Objection for December Monthly and 7th Quarterly Fee Application and 23rd monthly Fee Application; file and serve all. | 0.40 | 52.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 02/28/05 | Download,execute, scan, file and serve 3rd Quarterly Fee Application for Swidler Berlin. | 0.30 | 39.00 | |
| | | | | 6.80 | 884.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 02/12/05 | Review of and revise January 2005 prebill. | 0.20 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 02/15/05 | Review of, revise and execute 3rd Quarterly Fee Application; conference with Celeste A. Hartman; e-mail from and e-mail to Rick Wyron re: Certificate of No Objection for Continued Employment at CIBC; e-mail to Celeste A. Hartman. | 0.60 | 210.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 02/16/05 | Review of, revise and execute Certificate of No Objection re: CIBC Application; conference with Celeste A. Hartman; e-mail to Rick Wyron. | 0.30 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 02/24/05 | Review of 02/22/05 Modified Order re: Fee Applications; conference with Celeste A. Hartman. | 0.20 | 70.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 02/27/05 | Review of, revise and execute Phillips, Goldman & Spence 8th Monthly Fee Application; review of, revise and execute | 0.40 | 140.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

04/08/05   Page 4

| G-AUS | | | | | | |
|---|---|---|---|---|---|---|
| Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
| 3G  FEE/EMPLOYMENT APPLICATIONS | JCP | 02/28/05 | Certificate of No Objection re: Phillips, Goldman & Spence 7th Monthly Fee Application. | 0.20 | 70.00 | |
| | | | Review of and execute Notice of filing of Swidler Berlin's 3rd Quarterly Fee Application. | 1.90 | 665.00 | |
| | | | | -------- | -------- | |
| | | | | 8.70 | 1,549.00 | |
| | | | | -------- | -------- | |
| | | | | 14.10 | 3,373.00 | |
| | | | | ======== | ======== | |

records printed.

-Fees-

```
RG  Code Grouping code description

    CASE ADMINISTRATION
```

Sort Fields:
    Grouping code         (Paginate)
    Client code
    Actual employee code
    Transaction date     (Subtotals)

Range Fields:
    Client code       I  WRG - WRG
    Invoice Number    I  56600 -  56600

| Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|
| CAH | 02/23/05 | Update docket and check for Order on Extending Service of CIBC; email R. Bello. | 0.30 | 39.00 | Ca |
|  |  |  | 0.30 | 39.00 |  |
|  |  |  | 0.30 | 39.00 |  |

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

### FOR THE TIME PERIOD
### FEBRUARY 1, 2005
### THROUGH FEBRUARY 28, 2005

Phillips, Goldman & Spence, P.A.


Page   2


April 7, 2005

Swidler Berlin Shereff Friedman, LLP


File   WRG-AUS/JCP
Invoice number   56600

Re:  W. R. Grace & Co.
     David T. Austern

         COSTS ADVANCED

| 02/01/05 Federal Express | 69.69 |
| 02/01/05 Long distance phone charges | 6.27 |
| 02/15/05 Postage | 2.58 |
| 02/15/05 Photocopies | 81.90 |
| 02/28/05 Check No.: 27389 - John C. Phillips, Jr. - | |
|          reimbursement for parking. | 4.00 |
| | ------------- |
| Subtotal for COSTS only: 02/28/05 | $164.44 |
| | ------------- |

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on April 8, 2005, I caused the *Notice, Cover Sheet to the Ninth Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period February 1, 2005 through February 28, 2005,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.


CELESTE A. HARTMAN

**Hand Delivery and E-mail: ljones@pszyj.com**
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Via First Class U.S. Mail**
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
**Via Hand Delivery**

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

**Via Federal Express and E-mail: feeaudit@whsmithlaw.com**
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

**Via Federal Express and E-mail: william.sparks@grace.com**
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP