**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: April 28, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

**NOTICE OF FILING OF**
**TENTH MONTHLY INTERIM APPLICATION OF**
**SWIDLER BERLIN LLP, COUNSEL TO**
**DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the

"FCR"), has filed and served its Tenth Monthly Application of Swidler Berlin LLP for

Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for

the time period February 1, 2005 through February 28, 2005 seeking payment of fees in the

amount of $92,370.80 (80% of $115,463.50) and expenses in the amount of $2,097.16 (the

"Application") for a total of $94,467.96.

This Application is submitted pursuant to this Court's Administrative Order Under 11

U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and

Reimbursement of Expenses for Professionals and Official Committee Members entered on

March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **April 28, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By:_____
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC 20007
    (202) 424-7500
    Co-Counsel to David T. Austern, Future Claimants
    Representative

--and--

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (fax)
Co-Counsel to David T. Austern, Future Claimants
Representative

Dated: April 8, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| **Debtors.** | ) | Objection Deadline: April 28, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

## COVER SHEET TO TENTH MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005</u>

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP ("Swidler") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | Swidler Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | February 1, 2005 through February 28, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $115,463.50 |
| 80% of fees to be paid: | $92,370.80[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,097.16 |
| Total Fees @ 80% and 100% Expenses: | $94,467.96 |

---

[1] Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    _X_    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 13.50 hours and the corresponding fees are $3,222.50 and $22.80 in expenses for Swidler's fee applications and 5.50 hours and $1,317.50 in fees and $212.09 in expenses for the FCR and/or is other professional's fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's tenth interim fee application for the period February 1-28, 2005; Swidler has also filed the following: its ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) and expenses in the amount of $7,490.31 for a total of $58,192.91; its eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses for a total amount of $75,143.30; its seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ 4,182.19 for a total of $82,236.59; its sixth interim fee application for the time period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60 for a total of $95,700.40; its fifth interim fee application for the period September 1-30, 2004 on November 16, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses for a total of $129,718.24; its fourth interim fee application for the period August 1-31, 2004 on November 4, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses for a total of $42,629.66; its third interim fee application for the period July 1-31, 2004 on November 4, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses for a total of $78,911.65; its second interim fee application for the period June 1-30, 2004 on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2; and its first interim fee application for the period May 1-31, 2004 on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.  To date, Swidler has received a payment from the Debtors in the amount of $363,650.37 representing $333,403.40 in fees (at 80%) and $30,246.97 in expenses (at 100%) for the time period May 24, 2004 through September 30, 2004, a payment in the amount of $19,993.70 representing the 20% holdback on fees for the time period May and June 2004, and a payment of $95,700.40 representing 80% of fees and 100% expenses for October 2004.

## COMPENSATION SUMMARY

### FEBRUARY 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 93.00 | $42,780.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 27.70 | $17,866.50 |
| Glenn S. Miller | Partner, 3 years in position; 13 years relevant experience; 1992, Tax | $485.00 | .60 | $291.00 |
| Mark J. Plumer | Partner, 11 years in position; 18 years relevant experience; 1987, Insurance Litigation | $555.00 | 5.30 | $2,941.50 |
| Julie A. Weisman | Of Counsel, 10 years in position; 24 years relevant experience; 1982, Environmental | $400.00 | 8.50 | $3,400.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 46.70 | $24,797.50[2] |
| Charles Bogle | Associate, 3 years in position; 3 years relevant experience; 2002, Corporate | $400.00 | 8.80 | $3,520.00 |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $355.00 | 3.10 | $1,100.50 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 24.40 | $6,222.00 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | 13.90 | $5,421.00 |
| Rachael M. Barainca | File Clerk | $60.00 | 40.10 | $2,406.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 18.40 | $3,588.00 |
| Richard Pavlak | Legal Assistant | $150.00 | 4.00 | $600.00 |
| Deborah Rogers | Consultant | $195.00 | 2.50 | $487.50 |
| Michael A. Scarpato | Senior Consultant | $210.00 | .20 | $42.00 |
| Total | | | 297.20 | $115,463.50 |
| Blended Rate: $388.50 | | | | |

2 The total fees represent a reduction of $654.00 to reflect the 50% reduced rate for nonworking travel.

## COMPENSATION BY PROJECT CATEGORY
### FEBRUARY 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 25.10 | $3,842.50 |
| Due Diligence | 16.90 | $6,588.00 |
| Compensation of Professionals-Swidler | 13.50 | $3,222.50 |
| Compensation of Professionals-Other | 5.50 | $1,317.50 |
| Litigation | 189.30 | $80,420.00 |
| Insurance Matters | 38.70 | $16,428.00 |
| Plan and Disclosure Statement | 4.10 | $2,309.50 |
| Retention of Professionals-Swidler | .70 | $136.50 |
| Retention of Professionals-Other | 1.00 | $545.00 |
| Travel Time (Non-Working)[3] | 2.40 | $654.00 |
| **TOTAL** | **297.20** | **$115,463.50** |

## EXPENSE SUMMARY
### FEBRUARY 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $783.00 |
| Telephone/Facsimile | $3.48 |
| Postage/Federal Express/Courier Fees | $212.09 |
| Computerized Legal Research | $113.32 |
| Pacer | $813.47 |
| Travel | $171.80 |
| **TOTAL** | **$2,097.16** |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: April 8, 2005

---

3 In accordance with the Local Rules of this Court, Swidler bills its hourly rates at a 50% reduced rate for non-
   working travel time.

4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS _____ DAY OF APRIL, 2005

_____
Notary Public

My commission expires: _____

Katherine Ann Swall
Notary Public in and for
The District of Columbia



# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# FEBRUARY 1-28, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284014

CLIENT/CASE: 25369.0001

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/24/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 02/01/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 02/01/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 02/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 02/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 02/03/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 02/03/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 02/04/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 02/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)

CLIENT:  25369

03/17/05

MATTER: .0001

Page 2

INVOICE: 284014

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/07/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.10 |
| 02/07/05 | Rachael M. Barainca | Review Court docket (.2); download documents and distribute (.3); update pleadings binders (1.5). | 2.00 |
| 02/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.30 |
| 02/08/05 | Roger L. Frankel | Review dockets and miscellaneous pleadings. | 0.30 |
| 02/08/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 02/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 02/09/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 02/10/05 | Debra L. Felder | Conference with R. Wyron regarding update. | 0.20 |
| 02/10/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 02/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/11/05 | Debra O. Fullem | Organize fee application files. | 0.50 |
| 02/13/05 | Roger L. Frankel | Review and sort files; prepare notes re open issues. | 0.60 |
| 02/14/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.70 |
| 02/14/05 | Rachael M. Barainca | Update binders. | 2.00 |
| 02/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/15/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 02/15/05 | Charles R. Bogle | Review materials re: settlements. | 1.80 |
| 02/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.20 |
| 02/17/05 | Rachael M. Barainca | Update binders. | 2.50 |
| 02/17/05 | Matthew W. Cheney | Review pleadings. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
03/17/05                                                     MATTER: .0001
Page 3                                                       INVOICE: 284014

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/18/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/18/05 | Rachael M. Barainca | Print pleadings for D. Felder. | 0.80 |
| 02/21/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.80 |
| 02/22/05 | Rachael M. Barainca | Print pleadings for D. Felder. | 1.00 |
| 02/22/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/23/05 | Rachael M. Barainca | Update binders. | 2.00 |
| 02/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/24/05 | Roger L. Frankel | Review miscellaneous pleadings, compensation applications. | 0.40 |
| 02/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 02/25/05 | Rachael M. Barainca | Print pleadings and organize for D. Felder. | 0.30 |
| 02/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 02/28/05 | Roger L. Frankel | Exchange series of e-mails and telephone calls re meeting with Angelina (.2); telephone conference with D. Austern re same (.2). | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 1.70 | $1,096.50 |
| Charles R. Bogle | $400.00 | 1.80 | $720.00 |
| Matthew W. Cheney | $355.00 | 0.10 | $35.50 |
| Debra L. Felder | $255.00 | 2.90 | $739.50 |
| Debra O. Fullem | $195.00 | 1.00 | $195.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 284014

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Rachael M. Barainca | $60.00 | 17.60 | $1,056.00 |
| **TOTAL HOURS & FEES** | | **25.10** | **$3,842.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 68.55 |
| Telephone | 2.95 |
| Westlaw Legal Research | 10.95 |
| Professional Services | 688.10 |
| **TOTAL OTHER CHARGES** | **$770.55** |

**CURRENT INVOICE DUE**..................................................................**$4,613.05**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284014

OUR REFERENCE: 25369.0001

## INVOICE SUMMARY

TOTAL FEES................................................................................$3,842.50

TOTAL OTHER CHARGES.......................................................$770.55

**TOTAL AMOUNT DUE ...........................................................$4,613.05**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:  254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

| | |
|---|---|
| WASHINGTON, DC OFFICE<br>THE WASHINGTON HARBOUR<br>3000 K STREET, NW, SUITE 300<br>WASHINGTON, D.C. 20007-5116<br>TELEPHONE (202)424-7500<br>FACSIMILE (202) 424-7647 | NEW YORK OFFICE<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>TELEPHONE (212) 973-0111<br>FACSIMILE (212) 891-9598 |

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
CLIENT/CASE: 25369.0004              INVOICE NUMBER: 284016

RE: Due Diligence

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/08/05 | Roger L. Frankel | Review articles re Grace indictment. | 0.50 |
| 02/11/05 | Roger L. Frankel | Review further articles and commentary re indictment | 0.20 |
| 02/11/05 | Roger L. Frankel | Read indictment of Grace, et al. filed by USA in USDC (Montana); notes re same. | 1.20 |
| 02/11/05 | Richard H. Wyron | Begin review of indictment (.7); calls to C. Knauss and J. Weisman regarding review (.3). | 1.00 |
| 02/13/05 | Richard H. Wyron | Review indictment regarding Libby Mine. | 0.60 |
| 02/16/05 | Richard H. Wyron | Review information on the EPA Consent Order from the docket (.4); confer with J. Weisman re: analysis and follow-up on documents requested (.5). | 0.90 |
| 02/16/05 | Julie A. Weisman | Conferences with R. Wyron re unsealed indictment (.5); review same (1.0); review additional documents re same (1.8). | 3.30 |
| 02/17/05 | Julie A. Weisman | Begin review of background materials re Libby issue. | 2.70 |
| 02/17/05 | Richard Pavlak | Environmental due diligence research per J. Weisman re W.R. Grace/Libby, Montana. | 4.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 2

CLIENT:  25369
MATTER: .0004
INVOICE: 284016

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/18/05 | Julie A. Weisman | Conference with R. Wyron re review of materials to date (.5); obtain additional materials and begin review of same (2.0). | 2.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 1.90 | $1,225.50 |
| Richard H. Wyron | $545.00 | 2.50 | $1,362.50 |
| Julie A. Weisman | $400.00 | 8.50 | $3,400.00 |
| Richard Pavlak | $150.00 | 4.00 | $600.00 |
| **TOTAL HOURS & FEES** | | **16.90** | **$6,588.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 4.35 |
| **TOTAL OTHER CHARGES** | **$4.35** |

**CURRENT INVOICE DUE**...................................................................$6,592.35

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284016

OUR REFERENCE: 25369.0004

## INVOICE SUMMARY

TOTAL FEES........................................................................................$6,588.00

TOTAL OTHER CHARGES.............................................................$4.35

**TOTAL AMOUNT DUE** ...........................................................**$6,592.35**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284023

CLIENT/CASE: 25369.0011

RE: Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/25/05 | Debra O. Fullem | Review November fee summary. | 0.40 |
| 01/27/05 | Debra O. Fullem | Finalize November fee application and provide to R. Wyron and R. Frankel for review and comment. | 1.50 |
| 02/03/05 | Debra O. Fullem | E-mails to and from J. Port at W.R. Grace regarding status of payment on invoices. | 0.30 |
| 02/03/05 | Debra O. Fullem | Follow-up on status of November fee application. | 0.10 |
| 02/04/05 | Debra O. Fullem | Prepare third quarterly fee application for the period October-December 2004. | 1.50 |
| 02/10/05 | Debra O. Fullem | Continue to prepare November and December fee applications. | 1.50 |
| 02/13/05 | Richard H. Wyron | Review November and December monthly fee applications and provide comments. | 0.60 |
| 02/15/05 | Debra O. Fullem | Continue to review and revise November and December fee applications. | 1.00 |
| 02/17/05 | Debra O. Fullem | Finalize fee applications. | 1.00 |
| 02/22/05 | Debra O. Fullem | Prepare quarterly for time period October-December 2004. | 2.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                     CLIENT:   25369
03/17/05                                                      MATTER:  .0011
Page 2                                                        INVOICE: 284023

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/24/05 | Richard H. Wyron | Review January pre-bill. | 0.70 |
| 02/28/05 | Roger L. Frankel | Review and sign quarterly fee application. | 0.30 |
| 02/28/05 | Debra O. Fullem | Finalize and file third quarterly fee application. | 1.00 |
| 02/28/05 | Debra O. Fullem | Prepare update to spreadsheet of fees and expenses. | 0.80 |
| 02/28/05 | Debra O. Fullem | Review status of payments; prepare e-mail to D. Armstrong and J. Port at W.R. Grace regarding CNO filed on October fee application and reminder that payment is due. | 0.30 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 0.30 | $193.50 |
| Richard H. Wyron | $545.00 | 1.30 | $708.50 |
| Debra O. Fullem | $195.00 | 11.90 | $2,320.50 |
| **TOTAL HOURS & FEES** | | **13.50** | **$3,222.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 22.80 |
| **TOTAL OTHER CHARGES** | **$22.80** |

**CURRENT INVOICE DUE**.................................................................**$3,245.30**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284023

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES.................................................................................$3,222.50

TOTAL OTHER CHARGES ...............................................................$22.80

**TOTAL AMOUNT DUE** ...........................................................**$3,245.30**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284024

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/03/05 | Debra O. Fullem | E-mails to and from D. Austern, J. Port and W.R. Grace regarding status of payment made to D. Austern on his invoices. | 0.30 |
| 02/10/05 | Richard H. Wyron | Review initial auditors report and respond to Mr. Bossay (.3); forward to CIBC (.1). | 0.40 |
| 02/17/05 | Debra O. Fullem | Finalize and send to D. Austern for review and signature of October, November, and December monthly fee applications and the quarterly fee application for the time period. | 3.00 |
| 02/17/05 | Debra O. Fullem | Review and revise D. Austern's fee applications. | 1.00 |
| 02/21/05 | Richard H. Wyron | Review Tillinghast statements for December and January. | 0.30 |
| 02/28/05 | Debra O. Fullem | Telephone call to N. Murphy at Towers Perrin regarding proper format of invoices for fee applications to be submitted by the firm; send e-mail with sample of invoice for her review and use in preparing invoices; prepare e-mail to R. Wyron regarding status of same. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 2

CLIENT:  25369
MATTER: .0012
INVOICE: 284024

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 0.70 | $381.50 |
| Debra O. Fullem | $195.00 | 4.80 | $936.00 |
| **TOTAL HOURS & FEES** | | **5.50** | **$1,317.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Postage | 140.67 |
| Federal Express | 71.42 |
| **TOTAL OTHER CHARGES** | **$212.09** |

**CURRENT INVOICE DUE**...................................................................$1,529.59

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284024

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES.................................................................................$1,317.50

TOTAL OTHER CHARGES..............................................................$212.09

**TOTAL AMOUNT DUE** ...............................................................**$1,529.59**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:         Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:           15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284019

CLIENT/CASE: 25369.0007

RE:  Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/03/05 | Monique D. Almy | Review Disclosure Statement (included proposed Plan as Ex. 1). | 3.90 |
| 02/03/05 | Monique D. Almy | Review Motion for Entry of Order Seeking the Esitmation of Asbestos Claims and Certain Related Relief. | 3.70 |
| 02/03/05 | Monique D. Almy | Review proposed Procedural Order Establishing Schedule and Procedures for the Identification and Estimation of Certain Pre-Petition Asbestos Claims Against the Debtors' Estates and for the Determination of the Aggregate Amount Needed to Fund the Asbestos Trust. | 0.20 |
| 02/03/05 | Monique D. Almy | Meet with R. Frankel and R. Wyron re claims estimation procedures. | 1.00 |
| 02/03/05 | Richard H. Wyron | Review estimation issues for meeting with M. Almy (.9); meet with M. Almy and R. Frankel on estimation procedures and follow-up (1.0); call to M. Plumer on insurance (.2); call to P. Lockwood on insurance (.1). | 2.20 |
| 02/03/05 | Roger L. Frankel | Review pleadings re estimation in preparation for internal meeting (.2); confer with M. Almy, R. Wyron re estimation process (1.0). | 1.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
03/17/05                                           MATTER: .0007
Page 2                                             INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/04/05 | Rachael M. Barainca | Search and download related Estimation of Claims pleadings, and update binders. | 5.00 |
| 02/04/05 | Debra L. Felder | Conference with R. Barainca regarding Owens Corning estimation hearing and review docket regarding same. | 0.70 |
| 02/04/05 | Monique D. Almy | Review Debtors' Supplement to their Estimation Motion and Request for Related Relief (with exhibits). | 3.10 |
| 02/04/05 | Monique D. Almy | Review Joinder of the Unsecured Creditors Committee to Debtors' Motion for Entry of an Order Seeking Estimation of Asbestos Claims and Certain Related Relief and Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation. | 0.30 |
| 02/04/05 | Monique D. Almy | Review Debtors' Motion for Entry of a Case Management Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation. | 2.70 |
| 02/04/05 | Monique D. Almy | Review Proposed Order Establishing Protocols for Litigating Asbestos-Related Claims Following Plan Confirmation. | 0.30 |
| 02/04/05 | Monique D. Almy | Review Joinder by Zurich. | 0.10 |
| 02/04/05 | Monique D. Almy | Review docket for additional claims estimation pleadings. | 0.30 |
| 02/04/05 | Monique D. Almy | Review Statement of the Unsecured Creditors Committee re the Disclosure Statement and Motion for Order Approving Solicitation and Confirmation Procedures and Schedule. | 1.00 |
| 02/04/05 | Monique D. Almy | Review ACC Objection to Disclosure Statement. | 1.50 |
| 02/07/05 | Monique D. Almy | Review Libby Claimants Objection to Disclosure Statement, Estimation Motion, Case Management Motion and Related Pleadings. | 0.50 |
| 02/07/05 | Monique D. Almy | Review FCR Objection to Disclosure Statement. | 0.50 |
| 02/07/05 | Monique D. Almy | Review Committee of Asbestos Property Damage Claimants Objection to Disclosure Statement. | 3.50 |
| 02/07/05 | Monique D. Almy | Review Debtors' Response to Objections to Disclosure Statement. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  CLIENT: 25369
03/17/05                                   MATTER: .0007
Page 3                                     INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/07/05 | Monique D. Almy | Review Debtors' Brief Regarding Certain Confirmation Issues. | 1.50 |
| 02/07/05 | Monique D. Almy | Review Objection by Lloyds and Certain London Market Companies to Estimation Motion. | 1.50 |
| 02/07/05 | Monique D. Almy | Review Objection by Maryland Casualty, Zurich and Zurich International to Estimation Motion. | 0.20 |
| 02/07/05 | Rachael M. Barainca | Update Estimation of Claims binder. | 3.50 |
| 02/08/05 | Rachael M. Barainca | Research documents (1.0); call reporter re transcript from the January 13-20, 2005 hearings (.5); telephone to bankruptcy clerk to determine status of court order transcript to be filed with the Bankruptcy Court (.5). | 2.00 |
| 02/08/05 | Monique D. Almy | Review Committee of Personal Injury Claimants Objection to Motion for Case Management Order. | 0.80 |
| 02/08/05 | Monique D. Almy | Review Debtors' Reply to Objections and Brief in Support of Motion for Entry of Order Approving Solicitation and Confirmation Procedures and Schedule. | 1.80 |
| 02/08/05 | Monique D. Almy | Review Debtors' Reply in Support of their Motion or Entry of a Case Management Order. | 0.50 |
| 02/08/05 | Monique D. Almy | Begin review of 1/21 transcript on estimation issues. | 3.00 |
| 02/08/05 | Monique D. Almy | Review Owens Corning District Court docket on estimation. | 0.50 |
| 02/09/05 | Monique D. Almy | Continue review of 1/21 transcript. | 1.50 |
| 02/09/05 | Monique D. Almy | Review Disclosure Objections for estimation issues. | 2.50 |
| 02/09/05 | Monique D. Almy | Review Certain Insurers' Motion and Memorandum for an Order Clarifying that Asbestos Claims Estimation for Plan Confirmation Purposes Will Not Affect Them or Allowing Insurers to Participate Fully in the Estimation of Asbestos Claims with Joinders and Responses (Owens Corning). | 1.80 |
| 02/09/05 | Monique D. Almy | Review Order Regarding Certain Insurers' Motion and Memorandum for an Order Clarifying signed 8/17/04 (Owens Corning) | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT: 25369
03/17/05                                                     MATTER: .0007
Page 4                                                       INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/09/05 | Monique D. Almy | Review CSFB's Motion to Withdraw Reference with Respect to Asbestos Claims Valuation with responses (Owens Corning) | 1.90 |
| 02/09/05 | Monique D. Almy | Review Owens Corning Motion for Estimation of Present and Future Asbestos Personal Injury Liabilities. | 1.00 |
| 02/10/05 | Monique D. Almy | Review response and Objection of CSFB to Owens Corning Motion for Estimation. | 1.70 |
| 02/10/05 | Monique D. Almy | Review Owens Corning Ad Hoc Committee of Bondholders Opposition to Debtors' Motion for Estimation. | 0.30 |
| 02/10/05 | Monique D. Almy | Review Motion and Joinders in Owens Corning to get Sample Medical Documents. | 1.50 |
| 02/10/05 | Monique D. Almy | Review Objections by Committee and FCR in Owens Corning to CSFB's Motion to get Sample Medical Documents. | 1.80 |
| 02/10/05 | Monique D. Almy | Review Fullem Order and Memorandum dated 11/2/04 in Owens Corning denying Motion to get sample medical documents. | 0.20 |
| 02/10/05 | Roger L. Frankel | Series of e-mails with Lockwood and Baena re estimations and case issues. | 0.30 |
| 02/11/05 | Richard H. Wyron | E-mails regarding meeting on estimation issues. | 0.30 |
| 02/11/05 | Roger L. Frankel | Confer with R. Wyron re strategy and estimation meetings. | 0.30 |
| 02/11/05 | Monique D. Almy | Complete review of 1/21 transcript on estimation issues. | 1.40 |
| 02/14/05 | Monique D. Almy | Call to N. Finch re estimation. | 0.10 |
| 02/14/05 | Monique D. Almy | Follow-up e-mails with N. Finch re estimation issues. | 0.20 |
| 02/14/05 | Monique D. Almy | Review post-trial brief filed in the Owens Corning case by the ACC/FR on estimation. | 2.70 |
| 02/14/05 | Rachael M. Barainca | Print Post-Trial Briefs in Owens Corning and organize in a binder for M. Almy. | 1.00 |
| 02/14/05 | Richard H. Wyron | Review proofs of claim and pleadings filed for 3/21 hearing. | 1.10 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)            CLIENT:  25369
03/17/05                                           MATTER:  .0007
Page 5                                            INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/15/05 | Richard H. Wyron | Review motion to settle with IRS and forward to G. Miller. | 0.50 |
| 02/15/05 | Roger L. Frankel | Review Debtor's motion to employ new CEO, consulting agreement with Norris (.6); review agreements, affidavit of consultant (.5). | 1.10 |
| 02/15/05 | Roger L. Frankel | Review briefs (post-trial) filed in Owens Corning case (2.4); notes re same (.5). | 2.90 |
| 02/15/05 | Debra L. Felder | Review Debtors' objections to claims (2.6); review settlement agreement between Debtors and Continental Casualty Company, draft objection to motion to approve settlement agreement between Debtors and Continental Casualty Company and telephone conference with M. Hurford regarding same (3.6). | 6.20 |
| 02/15/05 | Monique D. Almy | Review Bank Group post-trial brief filed in Owens Corning case. | 2.70 |
| 02/15/05 | Monique D. Almy | Begin outline of claims estimation from ACC brief. | 2.50 |
| 02/15/05 | Monique D. Almy | Outline Bank Group estimation process. | 2.50 |
| 02/16/05 | Monique D. Almy | Meet with R. Frankel to discuss post-trial briefs in Owens Corning and historical relevance of claims history to estimating claims. | 0.20 |
| 02/16/05 | Monique D. Almy | Call to N. Finch. | 0.30 |
| 02/16/05 | Monique D. Almy | Begin claims estimation chart. | 2.20 |
| 02/16/05 | Monique D. Almy | Inventory Owens Corning documents on estimation. | 0.50 |
| 02/16/05 | Monique D. Almy | Begin review of Owens Corning Estimation Transcript. | 3.90 |
| 02/16/05 | Monique D. Almy | Review list of Bank Group Exhibits for Owens Corning estimation hearing. | 0.50 |
| 02/16/05 | Monique D. Almy | Review list of Plan Proponent Exhibits for Owens Corning estimation hearing. | 0.50 |
| 02/16/05 | Monique D. Almy | Begin review of Gitlin Deposition Transcript (Owens Corning estimation). | 2.00 |
| 02/16/05 | Matthew W. Cheney | Work on components of estimation methodology. | 0.80 |
| 02/16/05 | Roger L. Frankel | Confer with R. Wyron re estimation procedures, OC briefs. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)        CLIENT:  25369
03/17/05        MATTER: .0007
Page 6        INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/16/05 | Roger L. Frankel | Confer with M. Almy re estimation briefs. | 0.20 |
| 02/16/05 | Rachael M. Barainca | Research Post-Trial Brief Deadlines and search for briefs filed. | 1.50 |
| 02/17/05 | Rachael M. Barainca | Print out Post-Trial Briefs in Owens Corning and organize binder for M. Cheney. | 0.50 |
| 02/17/05 | Roger L. Frankel | Review issues re ▮▮▮▮confidentiality agreement. | 0.50 |
| 02/17/05 | Roger L. Frankel | Telephone conference with M. Almy re analysis of OC briefs, adjustments to base case; notes re same. | 0.60 |
| 02/17/05 | Matthew W. Cheney | Work on components of estimation methodology. | 1.70 |
| 02/17/05 | Monique D. Almy | Prepare estimation adjustment chart. | 2.50 |
| 02/17/05 | Monique D. Almy | Call with R. Frankel. | 0.40 |
| 02/18/05 | Debra L. Felder | Review Debtors objections to claims (.4); prepare e-mail summary for R. Wyron regarding same (.5). | 0.90 |
| 02/18/05 | Charles R. Bogle | Review materials re tax settlement. | 1.50 |
| 02/18/05 | Richard H. Wyron | Review summary of OC experts on estimation (.8); continue review of OC pleadings (1.1); review e-mail summary of claims objections (.5); begin review of disclosure statement summary (1.1). | 3.50 |
| 02/19/05 | Roger L. Frankel | Review chart/memo from M. Almy re estimation procedures adjustments. | 0.70 |
| 02/19/05 | Roger L. Frankel | Review D. Felder analysis of Debtor's objections to union claims. | 0.30 |
| 02/21/05 | Roger L. Frankel | Exchange of e-mails re preparation for estimation procedures. | 0.30 |
| 02/21/05 | Richard H. Wyron | Review motion on CEO retention and Norris consulting agreement (.6); review IRS settlement motion (.4); review holdbacks motion in Sealed Air adversary (.3). | 1.30 |
| 02/21/05 | Monique D. Almy | Coordinate attendance at 2/28 hearing. | 0.10 |
| 02/22/05 | Monique D. Almy | Begin review of OC estimation transcript. | 2.60 |
| 02/22/05 | Charles R. Bogle | Review tax settlement documents, conference call with G. Miller re same. | 3.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 7

CLIENT:  25369
MATTER:  .0007
INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/22/05 | Debra L. Felder | Conference with R. Wyron regarding upcoming omnibus hearing (.3); review pleadings regarding same (.4). | 0.70 |
| 02/22/05 | Glenn S. Miller | Conference with C. Bogle regarding tax settlement. | 0.30 |
| 02/23/05 | Debra L. Felder | Review pleadings regarding February 28 omnibus hearing (3.2); prepare e-mail summary to R. Wyron regarding same (2.3). | 5.50 |
| 02/23/05 | Charles R. Bogle | Research, revise e-mail Miller re tax settlement. | 1.00 |
| 02/23/05 | Richard H. Wyron | Begin review of CMO for 2/25 meeting; call with R. Frankel. | 0.40 |
| 02/23/05 | Roger L. Frankel | Telephone conference with R. Wyron in preparation for meetings re estimation procedures (.2); telephone conference with D. Austern re same (.3). | 0.50 |
| 02/23/05 | Roger L. Frankel | Review debtor's proposed CMO re estimation procedures; notes re same. | 0.70 |
| 02/23/05 | Monique D. Almy | Discuss with N. Finch status of proposed CMO and questionnaire. | 0.10 |
| 02/23/05 | Monique D. Almy | Review draft PI CMO. | 1.50 |
| 02/23/05 | Monique D. Almy | Review Owens Corning docket re post-trial brief submissions. | 0.20 |
| 02/24/05 | Monique D. Almy | Begin review of Owens Corning post-trial reply briefs. | 3.50 |
| 02/24/05 | Monique D. Almy | Review draft PI questionnaire. | 0.90 |
| 02/24/05 | Roger L. Frankel | Review issues re estimation CMO (.2); confer with R. Wyron re same (.1). | 0.30 |
| 02/24/05 | Roger L. Frankel | Exchange series of e-mails re CMO, meeting with counsel for PD committee. | 0.40 |
| 02/24/05 | Roger L. Frankel | Telephone conference with R. Wyron re meetings on estimation. | 0.20 |
| 02/24/05 | Roger L. Frankel | Review proposed questionnaire for PI claimants, proposed notice of deadline re same. | 0.70 |
| 02/24/05 | Richard H. Wyron | Review proposed CMO from Grace and call with R. Frankel (.3); review OC materials on estimation (.6); begin preparation for 2/28 omnibus hearing (1.2). | 2.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
03/17/05                                        MATTER:  .0007
Page 8                                      INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/24/05 | Rachael M. Barainca | Prepare transcripts in Owens Corning Case and organize in binders. | 2.00 |
| 02/24/05 | Rachael M. Barainca | Search Pacer for Case Management Order regarding claims estimation hearing in Owens Corning. | 0.50 |
| 02/24/05 | Charles R. Bogle | E-mail G. Miller re tax settlement. | 1.00 |
| 02/24/05 | Glenn S. Miller | Conference with C. Bogle and R. Wyron re tax settlement. | 0.30 |
| 02/25/05 | Debra L. Felder | Review docket and pleadings regarding March omnibus hearing (.9); prepare e-mail summary to R. Wyron regarding same (.6). | 1.50 |
| 02/25/05 | Rachael M. Barainca | Prepare exhibits in Owens Corning and organize in binders. | 4.00 |
| 02/25/05 | Richard H. Wyron | Review questionnaire and proof of claim for meeting with K&E (.8); meet with ACC re questionnaire, form and estimation issues (1.5); meet with K&E re estimation (1.8); follow-up with ACC (.8); review orders from other cases (OC) (.7); review docket and prepare for 2/28 hearing (.8); review OC pleadings (.9). | 7.30 |
| 02/25/05 | Roger L. Frankel | Confer with P. Lockwood, N. Finch and R. Wyron in preparation for K&E meeting re estimation procedures. | 1.70 |
| 02/25/05 | Roger L. Frankel | Confer with Messrs. Lockwood, Finch, Wyron, Bernick and other K&E lawyers re estimation (2.4); confer with Messrs. Lockwood, Finch and Wyron after meeting (1.0). | 3.40 |
| 02/25/05 | Roger L. Frankel | Telephone conference with D. Austern re criminal case; telephone conversation review with R. Wyron. | 0.50 |
| 02/25/05 | Monique D. Almy | Prepare for meeting on estimation procedure with representatives of Debtor, ACC and FCR. | 1.00 |
| 02/25/05 | Monique D. Almy | Continue review of Owens Corning reply briefs. | 1.90 |
| 02/27/05 | Richard H. Wyron | Review estimation and related pleadings from OC and B&W. | 1.90 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 9

CLIENT:  25369
MATTER: .0007
INVOICE: 284019

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/28/05 | Richard H. Wyron | Review pleadings for omnibus hearing (.6); continue review of estimation pleadings from OC (2.3); attend omnibus hearing (1.4); confer with Debtors and Committee counsel regarding timing for proof of claim and questionnaire process (.3); confer with ACC counsel on open issues and follow-up (.8); continue review of matters set for 3/21 (tax issue, CEO contract motion, St. Paul Settlement ) (1.3). | 6.70 |
| 02/28/05 | Rachael M. Barainca | Search Pacer for Case Management Order regarding claims estimation hearing. | 2.00 |
| 02/28/05 | Rachael M. Barainca | Update Post-Trial Briefs list in the Owens Corning Case. | 0.50 |
| 02/28/05 | Roger L. Frankel | Exchange of e-mails with R. Wyron re Sealed Air settlement process (.3); telephone conference with R. Wyron re hearing (.2). | 0.50 |
| 02/28/05 | Roger L. Frankel | Review post-trial reply briefs of debtors, plan proponents and bank group in O.C. (3.0); notes re same (.2). | 3.20 |
| 02/28/05 | Monique D. Almy | Prepare for hearing. | 0.60 |
| 02/28/05 | Monique D. Almy | Attend Omnibus hearing telephonically. | 1.80 |
| 02/28/05 | Monique D. Almy | Review confirmation opinion. | 1.30 |
| 02/28/05 | Monique D. Almy | E-mail to N. Finch re reply briefs. | 0.10 |
| 02/28/05 | Monique D. Almy | Review Plan Proponents Post Trial Reply brief - Owens Corning (on Estimation Issue). | 2.50 |
| 02/28/05 | Monique D. Almy | Review Debtors' Reply Brief in Owens Corning to the Bank Debt Post Trial Brief. | 2.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 93.00 | $42,780.00 |
| Roger L. Frankel | $645.00 | 20.90 | $13,480.50 |
| Glenn S. Miller | $485.00 | 0.60 | $291.00 |
| Richard H. Wyron | $545.00 | 27.30 | $14,878.50 |
| Charles R. Bogle | $400.00 | 7.00 | $2,800.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 10

CLIENT: 25369
MATTER: .0007
INVOICE: 284019

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Matthew W. Cheney | $355.00 | 2.50 | $887.50 |
| Debra L. Felder | $255.00 | 15.50 | $3,952.50 |
| Rachael M. Barainca | $60.00 | 22.50 | $1,350.00 |
| **TOTAL HOURS & FEES** | | **189.30** | **$80,420.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 682.95 |
| Travel/Airfare | 148.00 |
| Travel/Parking | 10.00 |
| Travel/Taxis | 13.80 |
| **TOTAL OTHER CHARGES** | **$854.75** |

CURRENT INVOICE DUE.................................................................$81,274.75

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284019

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES.................................................................................$80,420.00

TOTAL OTHER CHARGES ...........................................................$854.75

**TOTAL AMOUNT DUE** ........................................................**$81,274.75**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284018

CLIENT/CASE: 25369.0006

RE:  Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/02/05 | Scott J. Levitt | Telephone conference with ████████ re ███ settlement agreements. | 0.30 |
| 02/03/05 | Scott J. Levitt | Office telephone conference with R. Wyron re ███ settlement agreements (.1); draft summary of efforts to procure ████ settlement agreements (.3); review insurance receivable prepared by Grace (.3). | 0.70 |
| 02/03/05 | Mark J. Plumer | Review ████ settlement materials (.4); telephone to P. Lockwood re same (.1). | 0.50 |
| 02/03/05 | Deborah A. Rogers | Review all ██████████ policies to determine ██████ ███████████████████████████ (1.0); create spreadsheet and forward to S. Levitt (1.5). | 2.50 |
| 02/04/05 | Richard H. Wyron | Review e-mails regarding ████ and requests for information (.4); call to S. Levitt and follow-up notes (.5). | 0.90 |
| 02/09/05 | Scott J. Levitt | Review draft confidentiality agreement re ████ ████ settlement (.3); leave voice mail for ████████ ███ re settlement agreements (.1). | 0.40 |
| 02/09/05 | Richard H. Wyron | Review information on ████ settlement and confidentiality issues (.8); follow-up with K&E (.3). | 1.10 |

### SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)          CLIENT:  25369
03/17/05                                           MATTER:  .0006
Page 2                                             INVOICE: 284018

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/10/05 | Richard H. Wyron | Follow-up with Grace on ▓▓ issues (.3); review confidentiality agreement and discuss with D. Felder (.8). | 1.10 |
| 02/10/05 | Scott J. Levitt | Review proposed ▓▓ confidentiality agreement. | 0.30 |
| 02/10/05 | Mark J. Plumer | Review proposed confidentiality agreement for recent ▓▓ settlement. | 0.20 |
| 02/10/05 | Debra L. Felder | Review ▓▓ confidentiality agreement (1.0); review ▓▓ confidentiality agreement (.5); conference with R. Wyron regarding same (.4); revise confidentiality agreement (1.5). | 3.40 |
| 02/11/05 | Debra L. Felder | Conference with R. Wyron regarding confidentiality agreement with ▓▓ (.2); revise same (2.1). | 2.30 |
| 02/11/05 | Mark J. Plumer | Follow-up re ▓▓ | 0.40 |
| 02/11/05 | Scott J. Levitt | E-mail to D. Lessin re ▓▓ confidentiality agreement. | 0.20 |
| 02/11/05 | Michael A. Scarpato | Compile list of ▓▓ companies in the Grace program for S. Levitt. | 0.20 |
| 02/11/05 | Richard H. Wyron | Review and revise confidentiality agreement on ▓▓. | 0.60 |
| 02/14/05 | Richard H. Wyron | Work on confidentiality agreement for ▓▓ | 0.80 |
| 02/14/05 | Scott J. Levitt | Review and revise letter prepared by R. Wyron to Grace re withheld ▓▓ settlement agreements. | 0.50 |
| 02/14/05 | Mark J. Plumer | Telephone conference with P. Lockwood re ▓▓ settlement. | 0.40 |
| 02/14/05 | Debra L. Felder | Revise confidentiality agreement with Grace and ▓▓ | 0.30 |
| 02/14/05 | Roger L. Frankel | Review draft letter to J. Baer (.3); telephone conference with D. Austern re confidentiality agreement (.2); review ▓▓ confidentiality agreement (.4). | 0.90 |
| 02/15/05 | Roger L. Frankel | Review series of e-mails re ▓▓ settlement. | 0.30 |
| 02/15/05 | Mark J. Plumer | Review ▓▓ background pleadings requesting counsel to settle. | 0.40 |
| 02/15/05 | Scott J. Levitt | Review e-mails from R. Wyron and J. Baer re ▓▓ settlement agreements. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
03/17/05  
Page 3

CLIENT:  25369  
MATTER:  .0006  
INVOICE: 284018

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/15/05 | Richard H. Wyron | Review information from Scotts' (.6); continue e-mail correspondence on ▇ confidentiality agreement and potential conference call (.9). | 1.50 |
| 02/16/05 | Scott J. Levitt | Review e-mails re ▇ settlement agreements. | 0.30 |
| 02/17/05 | Scott J. Levitt | Telephone conference with Grace re current settlement agreement ▇ (1.0); review ▇ settlement agreements provided by Grace (1.7); review pleadings filed in New York coverage action and 2nd Circuit's decision on coverage for Grace's environmental liabilities (1.6). | 4.30 |
| 02/17/05 | Richard H. Wyron | Finalize confidentiality agreements and sign off (.8); review settlement agreements (1.3); call on ▇ issues with Grace (1.1). | 3.20 |
| 02/17/05 | Mark J. Plumer | Review ▇ confidentiality agreement (.4); review ▇ settlement agreements (1.0); attend conference call with debtor's counsel to discuss settlement with ▇ and follow-up (.9). | 2.30 |
| 02/18/05 | Richard H. Wyron | Brief review ▇ agreement (.2); review e-mail summary from S. Levitt (.2). | 0.40 |
| 02/18/05 | Scott J. Levitt | Draft summary of ▇ settlement agreements (2.9); telephone conference with Mr. Hurford re same (.2); review prior settlement agreement (.6). | 3.70 |
| 02/22/05 | Scott J. Levitt | Revise summary of Grace's settlement agreements. | 1.40 |
| 02/25/05 | Scott J. Levitt | Telephone conference with Messrs. Lockwood and Plumer re Grace's motion to approve ▇ settlement (.6); draft memorandum of talking points in preparation for same (1.0). | 1.60 |
| 02/25/05 | Mark J. Plumer | Prepare for telephone conference with P. Lockwood (.3); telephone conference with P. Lockwood re ▇ settlement (.8). | 1.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.20 | $774.00 |
| Mark J. Plumer | $555.00 | 5.30 | $2,941.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 4

CLIENT:  25369
MATTER: .0006
INVOICE: 284018

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 9.60 | $5,232.00 |
| Scott J. Levitt | $390.00 | 13.90 | $5,421.00 |
| Debra L. Felder | $255.00 | 6.00 | $1,530.00 |
| Deborah A. Rogers | $195.00 | 2.50 | $487.50 |
| Michael A. Scarpato | $210.00 | 0.20 | $42.00 |
| **TOTAL HOURS & FEES** | | **38.70** | **$16,428.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 4.35 |
| Telephone | 0.53 |
| **TOTAL OTHER CHARGES** | **$4.88** |

CURRENT INVOICE DUE.................................................................$16,432.88

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284018

OUR REFERENCE: 25369.0006

## INVOICE  SUMMARY

TOTAL FEES.................................................................................$16,428.00

TOTAL OTHER CHARGES.............................................................$4.88

**TOTAL AMOUNT DUE** ........................................................**$16,432.88**

***REMITTANCE INFORMATION:***

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:    254070116
Account No.:          15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284020

CLIENT/CASE: 25369.0008

RE:  Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/03/05 | Matthew W. Cheney | Conference with M. Almy re motion to estimate claims. | 0.50 |
| 02/21/05 | Richard H. Wyron | Call with M. Algelina regarding meeting and follow-up e-mails. | 0.30 |
| 02/21/05 | Roger L. Frankel | Review portions of FAIR Act in connection with plan issues. | 0.50 |
| 02/24/05 | Richard H. Wyron | Review proposed changes to Disclosure Statement. | 1.60 |
| 02/25/05 | Roger L. Frankel | Review proposed amendments to disclosure statement (.4); confer with R. Wyron in preparation for hearing (.3). | 0.70 |
| 02/26/05 | Roger L. Frankel | Review AWI opinion denying confirmation. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 1.70 | $1,096.50 |
| Richard H. Wyron | $545.00 | 1.90 | $1,035.50 |
| Matthew W. Cheney | $355.00 | 0.50 | $177.50 |
| **TOTAL HOURS & FEES** | | **4.10** | **$2,309.50** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 2

CLIENT:  25369
MATTER: .0008
INVOICE: 284020

| OTHER CHARGES | AMOUNT |
|---|---|
| Westlaw Legal Research | 102.37 |
| Professional Services | 125.37 |
| **TOTAL OTHER CHARGES** | **$227.74** |

**CURRENT INVOICE DUE**...................................................................$2,537.24

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284020

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES..................................................................................$2,309.50

TOTAL OTHER CHARGES .............................................................$227.74

**TOTAL AMOUNT DUE** ............................................................**$2,537.24**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:     Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284021

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/15/05 | Debra O. Fullem | Review disclosures by R. Frankel regarding JP Morgan (.2); prepare e-mail to R. Wyron and R. Frankel regarding details of disclosure (.5). | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 0.70 | $136.50 |
| **TOTAL HOURS & FEES** | | **0.70** | **$136.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.........................................................................**$136.50**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284021

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES.................................................................................$136.50

TOTAL OTHER CHARGES................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$136.50**

<u>*REMITTANCE INFORMATION:*</u>

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:     Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:  254070116
Account No.:      15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284022

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/04/05 | Richard H. Wyron | Call to J. Baer re CIBC (.2); review pending CIBC application (.2). | 0.40 |
| 02/09/05 | Richard H. Wyron | Call from J. Baer at K&E re CIBC (.2); follow-up with CIBC and R. Frankel (separately) (.4). | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 1.00 | $545.00 |
| **TOTAL HOURS & FEES** | | **1.00** | **$545.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**.........................................................................**$545.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284022

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES........................................................................................$545.00

TOTAL OTHER CHARGES ............................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................**$545.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:        Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:     254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284025

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/28/05 | Richard H. Wyron | Travel to and from omnibus hearing. | 2.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $272.50 | 2.40 | $654.00 |
| **TOTAL HOURS & FEES** | | **2.40** | **$654.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**......................................................**$654.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO.  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284025

OUR REFERENCE: 25369.0014

## INVOICE  SUMMARY

TOTAL FEES...........................................................................................$654.00

TOTAL OTHER CHARGES ........................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................................**$654.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:         15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on April 8, 2005, I caused the *Notice, Cover Sheet to Ninth Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period February 1, 2005 through February 28, 2005, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

      Under penalty of perjury, I certify the foregoing to be true and correct.


                _Debra O. Fullem_
                Debra O. Fullem, Senior Legal Assistant
                Swidler Berlin LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Federal Express***
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


**E-mail: rserrette@stroock.com**
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP