## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

March 31, 2005

In Reference To:      Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      10529

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 3/1/2005 | JAW | detailed review of Protivoti December, 2004, monthly invoice (1.3); draft summary of same (0.1) | 1.40 | 189.00 |
|  | WHS | detailed review of Richardson 14th Int FR | 0.10 | 27.50 |
|  | JAW | detailed review of Richardson (10-1-04 to 12-31-04) Interim Fee Application (3.0) | 3.00 | 405.00 |
|  | JAW | detailed review of Campbell Interim Fee Application (10-1-04 to 12-31-04) (1.2); draft summary of same (0.1) | 1.30 | 175.50 |
|  | JAW | detailed review of Reed Smith November, 2004, monthly invoice (0.7); draft summary of same (0.3) | 1.00 | 135.00 |
|  | WHS | detailed review of Lukins 14th Int FR | 0.10 | 27.50 |
|  | WHS | detailed review of Wallace 14th Int FR | 0.10 | 27.50 |
|  | SLB | compelte draft of 14th Interim final report - Applications w/ No Objections (4.4) ; begin draft of fee hearing charts (4.1) | 8.50 | 1,105.00 |
| 3/2/2005 | SLB | begin draft of 14th interim final report - K&E (8.7) | 8.70 | 1,131.00 |

W.R. Grace & Co.  Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/2/2005 | JAW | detailed review of Richardson Interim Fee Application (10-1-04 to 12-31-04) (1.0) | 1.00 | 135.00 |
| | JAW | detailed review of Caplin Interim Fee Application (10-1-04 to 12-31-04) (3.6) | 3.60 | 486.00 |
| | JAW | detailed review of Tersigni October, 2004, monthly fee invoice (1.3) | 1.30 | 175.50 |
| | JAW | detailed review of Tersigni December, 2004, monthly fee invoice (0.3) | 0.30 | 40.50 |
| 3/3/2005 | JBA | Electronic filing with court of 14th Interim Final Reports re: Lukins (.2), Richardson (.1), and Wallace (.2) | 0.50 | 20.00 |
| | JBA | Update database with Klett 1.05 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 14th interim final report - K&E (8.4) | 8.40 | 1,092.00 |
| | JAW | draft summary of Caplin Interim Fee Application (10-1-04 to 12-31-04) (0.1) | 0.10 | 13.50 |
| | JAW | draft summary of Tersigni October, 2004, monthly invoice (0.1) | 0.10 | 13.50 |
| | JAW | draft summary of Tersigni December, 2004, monthly invoice (0.1) | 0.10 | 13.50 |
| | JAW | draft summary of Richardson Interim Fee Application (10-1-04 to 12-31-04) (2.6) | 2.60 | 351.00 |
| | JAW | detailed review of Swidler November, 2004, monthly invoice (1.6) | 1.60 | 216.00 |
| 3/4/2005 | CO | Update database with 01.05 Monthly Invoice of Duane (.10); 12.26.04 through 01.31.05 Monthly Invoice of Klett (.10) | 0.20 | 8.00 |
| | PGS | Preparation of CNO for January 2005 Monthly Invoice of WHS. | 0.10 | 8.00 |
| | JAW | draft summary of Swidler November, 2004, monthly invoice (0.2) | 0.20 | 27.00 |

W.R. Grace & Co.     Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/4/2005 | WHS | detailed review of K&E 14th Int FR | 0.10 | 27.50 |
| | SLB | continue draft of 14th Interim fee and expense charts - (8.6) | 8.60 | 1,118.00 |
| 3/7/2005 | WHS | detailed review of Bilzin 13th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Conaway 14th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of CIBC 14th Int FR | 0.10 | 27.50 |
| | PGS | Electronic filing with court of January 2005 CNO of WHS | 0.10 | 8.00 |
| | WHS | detailed review of Caplin 14th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Baker 14th Int FR | 0.10 | 27.50 |
| | JBA | Electronic filing with court of 14th Interim Final Reports re: Baker (.1), Bilzin (.1), Blackstone (.1), Caplin (.1), CIBC (.1), Conway (.1), K&E (.1), Elzufon (.2), Protviti (.1), PWC (.1), Omnibus No Objections (.1), and Stroock (.2) | 1.40 | 56.00 |
| | WHS | detailed review of Omnibus 14th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Stroock 14th Int FR | 0.10 | 27.50 |
| | JAW | detailed review of Swidler December, 2004, monthly invoice (1.5); draft summary of same (0.1) | 1.60 | 216.00 |
| | WHS | detailed review of PWC 14th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of Elzufon 14th Int FR | 0.10 | 27.50 |

W.R. Grace & Co. Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 3/7/2005 | SLB | complete draft of 14th Interim revised Elzufon final report (5.4) ; continue draft of 14th Interim fee and expense charts (3.5) | 8.90 | 1,157.00 |
| 3/8/2005 | PGS | Preparation of February 2005 Monthly Invoice of WHS | 0.70 | 56.00 |
| | CO | Update database with 01.05 Monthly Invoice of Campbell (.10); 01.05 Monthly Invoice of Blackstone (.10); 01.05 Monthly Invoice of Caplin (.10); 01.05 Monthly Invoice of Richardson (.10); 01.05 Monthly Invoice of Reed (.10) | 0.50 | 20.00 |
| | SLB | complete drafts of 14th Interim fee and expenses charts - (8.8) | 8.80 | 1,144.00 |
| 3/9/2005 | JBA | draft 14th Interim Project Category Spreadsheet | 2.00 | 80.00 |
| | JAW | detailed review of Stroock December, 2004, monthly invoice (3.9); draft summary of same (0.6) | 4.50 | 607.50 |
| | SLB | telephone conferences with B. Rulander and L. Hamm re Caplin applications (.7) | 0.70 | 91.00 |
| | PGS | Electronic filing with court of February 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
| 3/10/2005 | CO | Update database with 01.05 Monthly Invoice of Tersigni (.10); 01.05 Monthly Invoice of Nelson (.10); 01.05 Monthly Invoice of Kramer (.10); 01.05 Monthly Invoice of Holme (.10) | 0.40 | 16.00 |
| | JBA | Update database with Holme Roberts 1.05 e-detail pdf | 0.10 | 4.00 |
| 3/11/2005 | SLB | complete review of 14th Interim Project Category Spreadsheet and fee and expense charts (3.4) | 3.40 | 442.00 |
| | JBA | Update database with Bilzin 12.04 and 1.05 e-detail | 0.10 | 4.00 |
| 3/14/2005 | WHS | receive and return telephone voicemails with Jan Baer re expense issues | 0.10 | 27.50 |
| 3/15/2005 | JBA | Update database with Stroock 1.05 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                             Page    5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     | **Hours** | **Amount** |
|------------|-----|---|---|---|
| 3/17/2005  | PGS | Update database with 12.04 Monthly Invoice of CIBC and Bilzin (.20); 01.05 Monthly Invoice of Swidler, Bilzin and Stroock (.30) | 0.50 | 40.00 |
| 3/18/2005  | SLB | review of 14th Interim final charts and recommendations pending 3/21 fee hearing (2.5) | 2.50 | 325.00 |
| 3/21/2005  | JBA | Update database with PWC 1.05 e-detail | 0.10 | 4.00 |
|            | JBA | Update database with Blackstone 15th Interim app/e-detail and CIBC 15th Interim app/e-detail | 0.10 | 4.00 |
|            | JBA | Update database with Duane Morris 2.05 pdf e-detail | 0.10 | 4.00 |
| 3/22/2005  | CO  | Update database with 10.01.04 through 12.31.04 Interim Fee Application of Nelson (.10); 10.01.04 through 12.31.04 Interim Fee Application and 01.05 Monthly Invoice of Pitney (.10); 10.01.04 through 11.30.04 Monthly Invoice of Wallace (.10); 01.05 Monthly Invoice of Woodcock (.10); 02.05 Monthly Invoice of Duane (.10); 01.05 Monthly Invoice of Shumacker (.10); 08.01.04 through 10.31.04 Interim Fee Application of Official Committee (.10); 10.04, 11.04, 12.04, and 01.05 Monthly Invoices of Hamilton (.10); 10.01.04 through 12.31.04 Interim Fee Application of CIBC (.10); 01.05 Monthly Invoice of Kirkland (.10) | 1.00 | 40.00 |
| 3/24/2005  | CO  | Update database with 07.04, 08.04, and 09.04 Monthly Invoice of Deloitte Consulting (.20) | 0.20 | 8.00 |
| 3/25/2005  | CO  | Update database with 01.05 Monthly Invoice of Pachulski (.10) | 0.10 | 4.00 |
| 3/28/2005  | CO  | Update database with 01.05 Monthly Invoice of Pricewaterhouse (.10); 01.05 Monthly Invoice of Casner (.10); 02.05 Monthly Invoice of Carella (.10); 12.04 Monthly Invoice of Latham (.10) | 0.40 | 16.00 |
| 3/29/2005  | JBA | Update database with Richardson 2.05 e-detail | 0.10 | 4.00 |
|            | CO  | Update database with 02.05 Monthly Invoice of Kramer (.10) | 0.10 | 4.00 |
| 3/30/2005  | JAW | detailed review of Kirkland December, 2004, monthly invoice (9.0) | 9.00 | 1,215.00 |

W.R. Grace & Co. Page 6

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 3/31/2005 | JAW | detailed review of Kirkland December, 2004, monthly invoice (5.2); draft summary regarding same (0.8). | 6.00 | 810.00 |

**For professional services rendered**      **107.70 $13,638.50**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup of Initial Report of Conway for the period 07.01.04-09.30.04 | 0.89 | 0.89 |
| Third party copies & document prep/setup of Initial Report of Wallace, Blackstone, Caplin, Blizin, Navigant, PwC and CIBC for the period 07.01.04-09.30.04 | 11.85 | 11.85 |
| Third party copies & document prep/setup of 15th Interim Fee Application of WHS | 78.49 | 78.49 |
| Third party copies & document prep/setup of Final Report of Wallace, Richardson, Lukins for the period 07.01.04-09.30.04 | 37.27 | 37.27 |
| Third party copies & document prep/setup of February 2005 Monthly Invoice of WHS; Combined Final Report for the period 07.01.04-09.30.04 | 198.31 | 198.31 |
| Third party copies & document prep/setup of Final Report of Kirkland, Blackstone, CIBC, Blizin, Conway, Baker, Caplin for the period 07.01.04-09.30.04 | 137.59 | 137.59 |
| Third party copies & document prep/setup of Final Report of Protiviti, PwC, Stroock and Elzufon for the period 07.01.04-09.30.04 | 74.26 | 74.26 |

**Total costs**      **$538.66**

**Total amount of this bill**      **$14,177.16**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney Orent | 2.90 | 40.00 | $116.00 |
| James A Wehrmann | 38.70 | 135.00 | $5,224.50 |
| Jeff B. Allgood | 4.70 | 40.00 | $188.00 |

W.R. Grace & Co.                                                                                                          Page      7

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Priscilla G Stidham | 1.50 | 80.00 | $120.00 |
| Stephen L. Bossay | 58.50 | 130.00 | $7,605.00 |
| Warren H Smith | 1.40 | 275.00 | $385.00 |