**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Doc. No. 8190 |

## NOTICE OF DOCUMENT ENTERED IN ERROR

Please take notice that docket entry number 8190, the *Response Of Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC And Solow Building Company, LLC To: (1) Debtors' Motion For Approval Of The Joint Stipulation And Consent Order Of The Debtors And The St. Paul Companies, Inc. Concerning The Classification And Treatment Of St. Paul's Claim With Respect To The Solow Appeal Bond And For Modification Of The Automatic Stay (D.I. 7775); And (2) The Application Of The Debtors For The Entry Of An Order Authorizing Employment Of Cahill, Gordon & Reindel As Special Counsel To The Debtors (D.I. 7776)* (the "Response") was entered in error. This document was identified as being filed by the Zonolite Attic Insulation Class Plaintiffs, when in fact it is being filed by Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC and Solow Building Company, LLC.

The Response will be re-filed with the correct filing party affiliation.

Dated: April 8, 2005
Wilmington, Delaware

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
1007 N. Orange St., Suite 1110
Wilmington, Delaware 19801
Phone: (302) 428-5500

#703810-v1