# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2005, a copy of the foregoing *Response of Sheldon H. Solow, Solow Development Corporation, Solovieff Realty Company, LLC and Solow Building Company, LLC ["Solow"] to: (1) Debtors' Motion for Approval of the Joint Stipulation and Consent Order of the Debtors and the St. Paul Companies, Inc. Concerning the Classification and Treatment of St. Paul's Claim with Respect to the Solow Appeal Bond and for a Modification of the Automatic Stay; and (2) the Application of the Debtors for the Entry of an Order Authorizing Employment of Cahill, Gordon & Reindel as Special Counsel to the Debtors* was sent via first class mail, postage prepaid to the following counsel:

**CO-COUNSEL FOR DEBTORS:**

Janet S. Baer
KIRKLAND & ELLIS LLP
200 E. Randolph Drive
Chicago, IL 60601
Fax: 312-861-2200

David W. Carickhoff, Jr.
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, PC
919 N. Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
Fax: 302-652-4400

**COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS:**

Lewis Kruger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
Fax: 212-806-6006

Michael R. Lastowski
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Fax: 302-657-4901

**COUNSEL TO THE OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS:**

Scott L. Baena
Bilzin, Sumberg, Dunn, Baena, Price & Axelroad
First Union Financial Center
200 S. Biscayne Blvd., Suite 2500
Miami, FL 33131
Fax: 305-374-7593

Michael B. Joseph
Ferry & Joseph, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
Phone: 302-575-1714

**COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS:**

Elihu Inselbuch
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
Fax: 212-644-6755

Marla Eskin
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
Fax: 302-426-9947

**COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS:**

Thomas M. Mayer
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022
Fax: 212-715-8000

Teresa K.D. Currier
Klett Rooney Lieber & Schorling
1000 W. Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
Fax: 202-552-4220

**COUNSEL TO THE FUTURE CLAIMANTS' REPRESENTATIVE:**

Richard H. Wyron
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007
Fax: 202-424-7643

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE 19806
Fax: 302-655-4210

**Office of the United States Trustee**
Attn: Frank J. Perch
844 N. King Street
Wilmington, DE 19801
Fax: 302-573-6497

I certify that the foregoing is true and correct under the penalty of perjury.

Dated: April 8, 2005

/s/ *William D. Sullivan*
William D. Sullivan