IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>    Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective April 18, 2005, the law firm of Kramer Levin Naftalis & Frankel LLP will be relocating to 1177 Avenue of the Americas, New York, New York 10036. All facsimile and telephone numbers will remain the same.

Kramer Levin Naftalis & Frankel LLP

By: _____
Gary M. Becker, Esq
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Dated: New York, New York
    April 5, 2005

KL2:2384103.1