# EXHIBIT 1

## EXHIBIT 1

### Bilzin Sumberg Baena Price & Axelrod LLP

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| September 10, 2002 (#222) | $207,092.50 | $66,165.41 | $41,418.50 |
| November 22, 2002 (#374) | $746,011.50 | $183,568.64 | $149,202.30 |
| March 21, 2003 (#458) | $295,371.00 | $23,644.53 | $59,074.20 |
| August 6, 2003 (#541) | $113,842.50 | $26,895.84 | $22,768.50 |
| November 11, 2003 (#592) | $11,112.00 | $289.80 | $2,222.40 |
| January 29, 2004 (#623) | $3,595.00 | $91.63 | $719.00 |
| April 7, 2004 (#649) | $4,134.00 | $12.87 | $826.80 |
| **TOTALS** | **$1,381,158.50** | **$300,668.72** | **$276,231.70** |

# EXHIBIT 2

**EXHIBIT 2**

**Caplin & Drysdale, Chartered**

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| 11/14/02 D.I. 364 | $520,007.50 | $0.00 | $104,001.50 |
| 2/6/03 D.I. 433 | $324,234.00 | $0.00 | $64,846.80 |
| 5/14/03 D.I. 496 | $84,029.50 | $0.00 | $16,805.90 |
| 8/15/03 D.I. 544 | $11,037.00 | $0.00 | $2,207.40 |
| 11/14/03 D.I. 594 | $7,514.00 | $0.00 | $1,502.80 |
| 2/13/04 D.I. 628 | $7,532.50 | $0.00 | $1,506.50 |
| 8/16/04 D.I. 683 | $283.00 | $0.00 | $56.50 |
| Total | $954,637.50 | $0.00 | $190,927.40 |

{D0030671:1 }

# EXHIBIT 3

**EXHIBIT 3**

**Kirkland & Ellis LLP**

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| November 27, 2002 (#391) | $2,08,781,00 | $208,917.31 | $416,356.20 |
| March 4, 2003 (#450) | $332,218.00 | $88,430.54 | $66,443.60 |
| May 15, 2003 (#498) | $131,092.00 | $16,494.69 | $26,218.40 |
| August 27, 2003 (#555) | $54,285.50 | $3,937.65 | $10,857.10 |
| Total: | $2,081,781.00 | $317,780.19 | $519,875.30 |

# EXHIBIT 4

## EXHIBIT 4

Ferry, Joseph & Pearce, P.A.

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| December 19, 2002; No. 407 | $18,479.00 | $1,888.39 | $3,695.80 |
| April 1, 2003; No. 464 | $12,059.00 | $971.11 | $2,411.80 |
| February 18, 2004; No. 629 | $5,457.00 | $618.41 | $1,091.40 |
| February 25, 2004; No. 633 | $7,406.00 | $1,373.83 | $1,481.20 |
| March 5, 2004; No. 637 | $3,736.00 | $748.12 | $747.20 |
| January 20, 2005; No. 714 | $2,941.50 | $847.74 | $588.30 |
| January 20, 2005; No. 715 | $1,495.50 | $154.90 | $299.10 |
| TOTAL | $51,574.00 | $6,602.50 | $10,314.80 |

# EXHIBIT 5

## EXHIBIT 5

### Campbell & Levine

| Fee Application Filing Date and Docket No. | Total Fees Requested | Total Expenses Requested | Amount of Holdback Sought in Application |
|---|---|---|---|
| May 14, 2003 D.I. 497 | $9,865.00 | $281.30 | $1,973.00 |
| August 15, 2003 D.I. 543 | $3,410.00 | $734.62 | $682.00 |
| November 14, 2003 D.I. 593 | $2,242.50 | $642.48 | $448.50 |
| February 13, 2004 D.I. 627 | $1,416.50 | $213.36 | $283.30 |
| May 14, 2004 D.I. 659 | $693.00 | $330.13 | $138.60 |
| August 16, 2004 D.I. 684 | $1,397.50 | $30.00 | $279.50 |
| Total | $19,024.50 | $2,231.89 | $3,804.90 |

[D0030669-1]