**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
e-mail: info@bilzin.com • WWW.BILZIN.COM

MIAMI • TALLAHASSEE

April 7, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice # 90455

FOR PROFESSIONAL SERVICES RENDERED
THROUGH February 28, 2005

RE:    01- Case Administration

Atty - SLB
Client No. 74817/15537

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 02/01/05 | SLB | 0.20 | 115.00 | Telephone call from Washington Post regarding status of PD claims, etc. (.2). |
| 02/01/05 | JMS | 0.40 | 120.00 | Telephone conference with M. Clemons regarding status of case (.4). |
| 02/01/05 | CB | 0.80 | 104.00 | Retrieve daily dockets from Pacer and print out documents |
| 02/02/05 | JMS | 0.20 | 60.00 | Email to Scott L. Baena regarding committee meeting (.2). |
| 02/03/05 | JMS | 0.60 | 180.00 | Review 1/24/05 transcript (.4); email draft order to D. Speights on motion to strike (.2). |
| 02/03/05 | CB | 1.00 | 130.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/04/05 | JMS | 1.00 | 300.00 | Telephone conference with D. Speights and Scott L. Baena regarding draft order on motion to strike (.5); emails to/from S.Blatrick thereon (.5). |
| 02/07/05 | ASD | 0.80 | 256.00 | Research regarding indictment (.8). |
| 02/07/05 | SLB | 0.80 | 460.00 | Telephone call from news media regarding indictments (.3);  email to committee regarding same (.1); email from and to T. Brandi, E. Cabresa and E. Westbrook regarding same (.3); attention to debtors' press release on indictments (.1). |
| 02/07/05 | JMS | 1.30 | 390.00 | Review multiple news articles regarding indictment and conference with S. Baena thereon. |
| 02/07/05 | CB | 0.90 | 117.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/08/05 | SLB | 1.10 | 632.50 | Review Libby indictment (.8); telephone call from Washington Post regarding same (.3). |
| 02/08/05 | JMS | 2.00 | 600.00 | Review criminal indictment of WR Grace and related news articles. |
| 02/09/05 | ASD | 0.60 | 192.00 | Research regarding Grace indictment (.6). |
| 02/09/05 | SLB | 0.50 | 287.50 | Email to E. Westbrook regarding indictment (.2); memo to A. Danzeisen regarding Sealed Air settlement (.3). |
| 02/09/05 | JMS | 0.70 | 210.00 | Conference with S.  Baena regarding indictment, review news articles. |
| 02/09/05 | CB | 1.10 | 143.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/10/05 | SLB | 0.50 | 287.50 | Review public statements and media coverage regarding indictment and emails to J. Sakalo and A. Danzeisen regarding course of action (.5). |
| 02/11/05 | CB | 1.20 | 156.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/14/05 | ASD | 0.10 | 32.00 | Review of letter to Judge regarding response to Restivo (.1). |
| 02/14/05 | SLB | 0.40 | 230.00 | Interoffice conference with J. Sakalo regarding deadlines for filing motions (.1); email to J. Baer and P. Lockwood regarding same (.2); email from and to P. Lockwood regarding same (.1). |
| 02/15/05 | ASD | 0.70 | 224.00 | Research regarding Grace indictment (.7). |
| 02/15/05 | SLB | 0.90 | 517.50 | Revise motion for fees in Sealed Air adversary (.7); review proposed order (.2). |
| 02/15/05 | CB | 0.90 | 117.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/16/05 | ASD | 0.30 | 96.00 | Review objections to IBB Claims and Union Steelwork Claims (.3). |
| 02/17/05 | CB | 0.80 | 104.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/18/05 | ASD | 0.60 | 192.00 | Research regarding Canadian lawsuit (.3); research regarding insurer asbestos positions (.3). |
| 02/18/05 | JMS | 1.00 | 300.00 | Review hearing agenda (.3); email with M. Hurford regarding Testa and Norris contract (.3); research thereon (.4). |
| 02/18/05 | MPC | 0.20 | 80.00 | Conference with Jay Sakalo regarding Libby indictment. |
| 02/21/05 | JMS | 0.40 | 120.00 | Emails with J. Baer regarding notices of deficiency. |

| 02/22/05 | NGM | 0.50 | 160.00 | Review agenda and recent pleadings. |
| 02/22/05 | CB | 0.90 | 117.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/23/05 | JMS | 0.50 | 150.00 | Telephone conference with D. Speights regarding omnibus hearing (.2); conference with C. Brenneman regarding hearing binders and review same (.3). |
| 02/23/05 | NGM | 0.30 | 96.00 | Review Debtor's chart of disclosure objections. |
| 02/23/05 | CB | 2.40 | 312.00 | Create index, print out documents, request Legal Key labels, and organize binder for hearing on 2-28-2005 @ 4:00 P.M. |
| 02/24/05 | JMS | 0.40 | 120.00 | Emails with M. Hurford regarding Festa/Norris (.4); emaisls with M. Wolfson regarding status of case (.4). |
| 02/24/05 | CB | 1.20 | 156.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/24/05 | CB | 1.60 | 208.00 | Retrieve quarterly fee applications re Sealed Air Adv. Proceeding and print out documents. |
| 02/25/05 | ASD | 0.40 | 128.00 | Research regarding issuance settlement (.4). |
| 02/25/05 | ASD | 2.40 | 768.00 | Research regarding Solow appeal (2.2); interoffice conference with Scott Baena regarding same (.2). |
| 02/25/05 | SLB | 0.90 | 517.50 | Emails from and to E. Westbrook and D. Scott regarding Solow motions and CCC settlement and review court papers concerning same (.9). |
| 02/25/05 | JMS | 1.40 | 420.00 | Emails with M. Hurford regarding CCC settlement (.5); emails with Ed Westbrook regarding Salow appeal issues (.5); conference with S. Baena regarding preparation for Omnibus hearing (.4). |
| 02/27/05 | JMS | 0.40 | 120.00 | Emails with J. Baer regarding Omnibus hearing (.2); telephone conference with S. Baena regarding same (.2); telephone conference with T. Taconelli regarding same. |
| 02/28/05 | CB | 0.90 | 117.00 | Retrieve daily dockets from Pacer and print out documents. |
| 02/28/05 | CB | 1.10 | 143.00 | Review and sort miscellaneous files, correspondences, and research documents; request Legal Key labels and file redwells and inserts. |

**PROFESSIONAL SERVICES**                                                                 $10,285.50

**COSTS ADVANCED**

| 12/15/04 | MealsDinner with Hass – VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/05; DATE: 3/4/2005 - Client | 72.68 |
| 12/21/04 | LodgingTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-1/21/05; DATE: 1/21/2005 - Clients | 2.50 |
| 01/03/05 | Overtime Air Conditioning & Services | 40.76 |
| 01/11/05 | MealsVENDOR: MIAMI CITY CLUB; INVOICE#: SLB-01/31/05; DATE: 1/31/2005 - Acct.#000645 Scott L. Baena | 95.27 |
| 01/15/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808238027; DATE: 1/31/2005 - Westlaw Charges | 47.06 |
| 01/18/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808238027; DATE: 1/31/2005 - Westlaw Charges | 6.34 |
| 01/19/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808238027; DATE: 1/31/2005 - Westlaw Charges | 344.54 |
| 01/19/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808238027; DATE: 1/31/2005 - Westlaw Charges | 8.39 |
| 01/19/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808238027; DATE: 1/31/2005 - Westlaw Charges | 1.01 |

| 01/19/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 797095445; DATE: 1/24/2005 | 36.95 |
|---|---|---|
| 01/19/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 797095445; DATE: 1/24/2005 | 36.95 |
| 01/19/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 797095445; DATE: 1/24/2005 | 36.95 |
| 01/19/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 797095445; DATE: 1/24/2005 | 23.17 |
| 01/20/05 | MealsTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/05; DATE: 3/4/2005 - Client | 5.27 |
| 01/20/05 | MealsTravel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/05; DATE: 3/4/2005 - Client | 4.32 |
| 01/21/05 | AirfareTravel to Jacksonville - VENDOR: BANKCARD CENTER; INVOICE#: 02/07/05; DATE: 2/7/2005 - Acct.#5477950088990139 | 125.20 |
| 01/21/05 | LodgingTravel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-1/21/05; DATE: 1/21/2005 - Clients | 169.86 |
| 01/21/05 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-1/21/05; DATE: 1/21/2005 - Clients | 14.00 |
| 01/21/05 | MealsVENDOR: SCOTT L. BAENA; INVOICE#: SLB-1/21/05; DATE: 1/21/2005 - Clients | 98.46 |
| 01/31/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808238027; DATE: 1/31/2005 - Westlaw Charges | 378.47 |
| 02/01/05 | Long Distance Telephone(615) 741-1935 | 4.95 |
| 02/02/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808505106; DATE: 2/28/2005 - Westlaw Charges - Clients | 8.32 |
| 02/03/05 | Long Distance Telephone(843) 524-5708 | 10.89 |
| 02/04/05 | Long Distance Telephone(202) 862-7801 | 0.99 |
| 02/08/05 | Photocopies 25.0000pgs @ 0.15/pg | 3.75 |
| 02/08/05 | Long Distance Telephone(409) 779-0523 | 9.90 |
| 02/09/05 | Telecopies 2.0000pgs @ 1.00/pg | 2.00 |
| 02/09/05 | Long Distance Telephone(831) 626-1350 | 1.98 |
| 02/10/05 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 02/10/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 536826936; DATE: 2/14/2005 | 12.23 |
| 02/11/05 | Telecopies 13.0000pgs @ 1.00/pg | 13.00 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-7111 | 1.98 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |

| | | |
|---|---|---|
| 02/11/05 | Long Distance Telephone(702) 693-7111 | 1.98 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-7111 | 2.97 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8598 | 1.98 |
| 02/11/05 | Long Distance Telephone(702) 693-7111 | 8.91 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8598 | 5.94 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 4.95 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/11/05 | Long Distance Telephone(702) 693-8585 | 3.96 |
| 02/14/05 | Long Distance Telephone(409) 779-0523 | 1.98 |
| 02/15/05 | Long Distance Telephone(409) 883-4394 | 2.97 |
| 02/15/05 | Long Distance Telephone(302) 575-1555 | 4.95 |
| 02/17/05 | Telecopies   2.0000pgs @ 1.00/pg | 2.00 |
| 02/17/05 | Long Distance Telephone(831) 626-1350 | 0.99 |
| 02/18/05 | Long Distance Telephone(213) 680-8209 | 2.97 |
| 02/22/05 | Long Distance Telephone(803) 943-6047 | 6.93 |
| 02/23/05 | Photocopies  446.0000pgs @ 0.15/pg | 66.90 |
| | Travel ExpensesRe: Trip Cancellation to Washington - ASD - | |
| 02/23/05 | VENDOR: Continental Travel; INVOICE#: 330578; DATE: | 35.00 |
| | 2/23/2005  - Client #15537 | |
| | Travel ExpensesRe: Trip Cancellation to Washinton - JMS - | |
| 02/23/05 | VENDOR: Continental Travel; INVOICE#: 330577; DATE: | 35.00 |
| | 2/23/2005  - Client #15537 | |
| | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING | |
| 02/23/05 | COMPANY; INVOICE#: 808505106; DATE: 2/28/2005  - Westlaw | 185.63 |
| | Charges - Clients | |
| 02/24/05 | Photocopies  165.0000pgs @ 0.15/pg | 24.75 |
| 02/24/05 | Long Distance Telephone(202) 955-6400 | 1.98 |
| 02/24/05 | Long Distance Telephone(202) 955-6400 | 1.98 |
| 02/24/05 | Long Distance Telephone(409) 882-9595 | 26.73 |
| 02/24/05 | Long Distance Telephone(843) 524-5708 | 66.33 |
| 02/24/05 | Long Distance Telephone(409) 882-9595 | 58.41 |
| 02/24/05 | Long Distance Telephone(202) 955-6400 | 2.97 |
| 02/25/05 | Photocopies  21.0000pgs @ 0.15/pg | 3.15 |
| 02/25/05 | Photocopies  7.0000pgs @ 0.15/pg | 1.05 |
| 02/25/05 | Long Distance Telephone(302) 575-1555 | 0.99 |
| 02/28/05 | Long Distance Telephone(302) 252-2928 | 0.99 |

**TOTAL COSTS ADVANCED**                                                                       $2,343.86

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 5.30 | $575.00 | $3,047.50 |
| Coglianese, Matthew P | 0.20 | $400.00 | $80.00 |
| Danzeisen, Allyn S | 5.90 | $320.00 | $1,888.00 |
| Sakalo, Jay M | 10.30 | $300.00 | $3,090.00 |
| Mancuso, Nathan G | 0.80 | $320.00 | $256.00 |
| Brenneman, Carrie | 14.80 | $130.00 | $1,924.00 |
| *TOTAL* | *37.30* | | *$10,285.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Overtime Air Conditioning & Services | $40.76 |
| Airfare | $125.20 |
| Photocopies | $99.60 |
| Telecopies | $17.00 |
| Federal Express | $146.25 |
| Long Distance Telephone | $402.93 |
| Lodging | $172.36 |
| Meals | $290.00 |
| Travel Expenses | $70.00 |
| Westlaw-Online Legal Research | $979.76 |
| TOTAL | $2,343.86 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$12,629.36**

Atty - SLB
Client No. 74817/15539

RE: 03 - Creditors Committee

| 02/10/05 | SLB | 0.20 | 115.00 | Interoffice conference with J. Sakalo regarding meeting with committee (.2). |
| 02/10/05 | JMS | 0.90 | 270.00 | Committee call and discuss with S. Baena. |
| 02/14/05 | ASD | 0.40 | 128.00 | Email committee member with response to estimation inquiry (.4). |
| 02/16/05 | SLB | 0.40 | 230.00 | Emails from and to E. Westbrook regarding 2/25 meeting (.4). |
| 02/17/05 | SLB | 0.90 | 517.50 | Interoffice conference with J. Sakalo regarding preparation of agenda for committee meeting (.3); committee meeting (.3); memo to committee for committee vote (.3). |
| 02/17/05 | JMS | 1.00 | 300.00 | Prepare for and hold Committee call. |
| 02/18/05 | ASD | 0.20 | 64.00 | Review various email responses from Committee member regarding active matter (.2). |

**PROFESSIONAL SERVICES** $1,624.50

**COSTS ADVANCED**

| 12/23/04 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-JAN3105; DATE: 1/31/2005 - 01/01/05 - 01/31/05 | 64.99 |
| 01/13/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-JAN3105; DATE: 1/31/2005 - 01/01/05 - 01/31/05 | 31.42 |
| 01/27/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-JAN3105; DATE: 1/31/2005 - 01/01/05 - 01/31/05 | 41.92 |
| 02/17/05 | Long Distance Telephone-Outside ServicesVENDOR: Premiere Conferencing; INVOICE#: 306300-FEB2805; DATE: 2/28/2005 - Jan-Feb 2005 | 11.23 |

**TOTAL COSTS ADVANCED** $149.56

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.50 | $575.00 | $862.50 |
| Danzeisen, Allyn S | 0.60 | $320.00 | $192.00 |
| Sakalo, Jay M | 1.90 | $300.00 | $570.00 |
| *TOTAL* | *4.00* | | *$1,624.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Long Distance Telephone-Outside Services | $149.56 |
|---|---|
| TOTAL | $149.56 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    $1,774.06

|  |  |  |  | Atty - SLB |
| --- | --- | --- | --- | --- |
| RE: | 04 - Retention of Professionals |  |  | Client No. 74817/15540 |

| 02/02/05 | SLB | 0.20 | 115.00 | Review FCR's motion to re-engage CIBC (.2). |
| 02/14/05 | SLB | 0.40 | 230.00 | Telephone call from F. Rabinovitz regarding continued retention (.3); interoffice conference with J. Sakalo regarding same (.1). |

**PROFESSIONAL SERVICES**                                                   $345.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Baena, Scott L | 0.60 | $575.00 | $345.00 |
| *TOTAL* | *0.60* |  | *$345.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            **$345.00**

RE:    07 - Applicant's Fee Application          Client No. 74817/15543

| 02/15/05 | ASD | 0.90 | 288.00 | Email co-counsel and review responses regarding holdback (.5); finalize motion for holdback (.4). |
| 02/15/05 | LMF | 1.10 | 165.00 | Review and edits to January prebill (1.1). |
| 02/15/05 | JMS | 0.40 | 120.00 | Review and revise draft of application for holdbacks. |
| 02/17/05 | ASD | 0.20 | 64.00 | Revise response to fee auditor (.2). |
| 02/17/05 | LMF | 0.70 | 105.00 | Assist A. Danzeisen in compiling information and preparing respond to fee auditor regarding Bilzin's quarterly application (.7). |

**PROFESSIONAL SERVICES**        $742.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 1.10 | $320.00 | $352.00 |
| Sakalo, Jay M | 0.40 | $300.00 | $120.00 |
| Flores, Luisa M | 1.80 | $150.00 | $270.00 |
| *TOTAL* | *3.30* | | *$742.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**    **$742.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| Re: | 08 - Hearings |  |  | Client No. 74817/15544 |

| 02/25/05 | SLB | 2.20 | 1,265.00 | Prepare for 2/28 hearing (2.2). |
| 02/28/05 | SLB | 1.70 | 977.50 | Telephone court appearance re: omnibus hearing (1.7). |
| 02/28/05 | JMS | 2.00 | 600.00 | Telephone hearing setup with court call (.2); telephone conference with R. Bello regarding same (.2); telephonic hearing (1.6). |

**PROFESSIONAL SERVICES**                                                     $2,842.50

**COSTS ADVANCED**

| 02/15/05 | Westlaw-Online Legal Research VENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808505106; DATE: 2/28/2005 - Westlaw Charges - Clients | 179.41 |

**TOTAL COSTS ADVANCED**                                                      $179.41

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.90 | $575.00 | $2,242.50 |
| Sakalo, Jay M | 2.00 | $300.00 | $600.00 |
| *TOTAL* | *5.90* |  | *$2,842.50* |

**MATTER SUMMARY OF COSTS ADVANCED**

| Westlaw-Online Legal Research | $179.41 |
|---|---|
| TOTAL | $179.41 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$3,021.91**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)  Client No. 74817/15545

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 02/01/05 | SLB | 0.60 | 345.00 | Revise order on gateway objections and transmit (.6). |
| 02/03/05 | SLB | 0.30 | 172.50 | Email and revised proposed order from J. Baer and response (.3). |
| 02/04/05 | SLB | 0.50 | 287.50 | Telephone conference with D. Speights and J. Sakalo regarding order on motion to strike (.3); email to J. Baer regarding same (.2). |
| 02/07/05 | ASD | 0.40 | 128.00 | Research re: estimation issues (.4). |
| 02/07/05 | ASD | 4.10 | 1,312.00 | Research regarding Claims analysis (4.1). |
| 02/07/05 | ASD | 1.60 | 512.00 | Interoffice conference with James Moon regarding claim analysis (.3); continue analysis of estimation issue (1.3). |
| 02/07/05 | JCM | 2.40 | 624.00 | Meet with A. Danzeisen regarding 50-state survey of various defenses (.2); research defenses for 50 states (1.4); review defenses documentation provided by A. Danzeisen; research defenses comparisons of the different states (.8). |
| 02/08/05 | ASD | 2.60 | 832.00 | Review of post hearing briefs on OC estimation (2.6). |
| 02/08/05 | ASD | 0.80 | 256.00 | Continue research on state by state analysis (.8). |
| 02/09/05 | ASD | 0.60 | 192.00 | Interoffice conference with Scott Baena and Jay Sakalo regarding claims analysis (.6). |
| 02/09/05 | ASD | 3.20 | 1,024.00 | Email Committee Chair regarding estimation filings (.3); continue research of claims analysis on state by state basis (2.9). |
| 02/09/05 | SLB | 0.80 | 460.00 | Review 1/21 transcript and email to D. Bernick regarding meet and confer (.6); email from and to J. Baer regarding same (.2). |
| 02/10/05 | ASD | 0.10 | 32.00 | Email with local counsel regarding estimation documents (.1). |
| 02/10/05 | ASD | 2.60 | 832.00 | Continue research of claims on state by state basis (2.6). |
| 02/10/05 | ASD | 0.80 | 256.00 | Research regarding estimation experts. |
| 02/10/05 | JCM | 2.90 | 754.00 | Research state-specific defenses. |
| 02/11/05 | ASD | 2.70 | 864.00 | Continue research of estimation experts and positions taken (2.7). |
| 02/11/05 | ASD | 0.60 | 192.00 | Continue state by state analysis of defenses (.6). |
| 02/11/05 | JCM | 1.50 | 390.00 | Research state-specific defenses. |
| 02/14/05 | ASD | 3.30 | 1,056.00 | Continue work on estimation issues (2.3). |
| 02/14/05 | JCM | 3.90 | 1,014.00 | Research state-specific defenses. |
| 02/15/05 | ASD | 2.70 | 864.00 | Continue research on the state by state analysis of issues (2.7). |
| 02/15/05 | ASD | 0.60 | 192.00 | Research and pull documents for committee member regarding claims objection (.4); review various mails regarding estimation process (.2). |
| 02/15/05 | SLB | 0.50 | 287.50 | Email exchange with D. Speights and M. Dies regarding 2/25 meeting with debtors (.5). |
| 02/15/05 | JCM | 0.80 | 208.00 | Research state-specific defenses. |
| 02/22/05 | ASD | 0.60 | 192.00 | Research regarding estimation issues (.6). |
| 02/23/05 | ASD | 0.20 | 64.00 | Review draft of proposed Case Management order on estimation. |
| 02/24/05 | ASD | 0.30 | 96.00 | Email estimation documents to expert (.3). |
| 02/24/05 | ASD | 1.00 | 320.00 | Attend part of telephone conference with Scott Baena and Jay Sakalo and subcommittee regarding case management of estimation. |
| 02/24/05 | JMS | 0.40 | 120.00 | Telephone conference and email to M. Dies regarding claims questions. |
| 02/25/05 | ASD | 1.00 | 320.00 | Telephone conference with Scott Baena, Jay Sakalo and Grace |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | attorneys regarding estimation CMO. |
|---|---|---|---|---|
| 02/25/05 | ASD | 1.80 | 576.00 | Continue research of state by state analysis (split with USG). |
| 02/25/05 | CB | 2.60 | 338.00 | Retrieve proofs of claim and notices of deficiency for relevant claimants and update hearing binder for 2-28-2004 (1.8); organize proofs of claim files in war room (.8). |
| 02/28/05 | SLB | 1.10 | 632.50 | Review revised proposed notices of insufficiency for PD claims and email to J. Baer regarding same (.5); email from J. Baer regarding same (.1); email to committee regarding PD estimation conference (.3); telephone call from D. Speights regarding same (.2). |

PROFESSIONAL SERVICES                                                                $15,745.00

COSTS ADVANCED

| 02/10/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808505106; DATE: 2/28/2005  -  Westlaw Charges - Clients | 47.31 |
|---|---|---|

TOTAL COSTS ADVANCED                                                                    $47.31

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 3.80 | $575.00 | $2,185.00 |
| Danzeisen, Allyn S | 31.60 | $320.00 | $10,112.00 |
| Sakalo, Jay M | 0.40 | $300.00 | $120.00 |
| Moon, James C | 11.50 | $260.00 | $2,990.00 |
| Brenneman, Carrie | 2.60 | $130.00 | $338.00 |
| *TOTAL* | *49.90* |  | *$15,745.00* |

MATTER SUMMARY OF COSTS ADVANCED

| Westlaw-Online Legal Research | $47.31 |
|---|---|
| TOTAL | $47.31 |

TOTAL PROFESSIONAL SERVICES AND  COSTS ADVANCED THIS MATTER                    $15,792.31

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 18 - Plan & Disclosure Statement | | | Client No. 74817/15554 |

| | | | | |
|---|---|---|---|---|
| 02/02/05 | JMS | 0.50 | 150.00 | Begin review of G-I opinion on estimation of PI claims (.5). |
| 02/03/05 | SLB | 5.50 | 3,162.50 | Analyze estimation decisional law and prepare extensive memo to committee (5.5). |
| 02/07/05 | SLB | 2.80 | 1,610.00 | Preparation of working outline / presentation on estimation of PD claims (2.8). |
| 02/09/05 | JMS | 1.10 | 330.00 | Conference with S. Baena regarding PD estimation, review transcript and email to S. Baena thereon (.6); review Bondholders post-trial brief in OC on personal injury estimation (.5). |
| 02/10/05 | JMS | 1.30 | 390.00 | Email from L. Sinanyan regarding amended disclosure statement and review same (.9); emails regarding PD CMO (.3); telephone conference with J. Hess thereon (.1). |
| 02/11/05 | JMS | 1.20 | 360.00 | Email to L. Sinanyan regarding Disclosure Statement (.2); review open issues Herem (.8); email from J. Baer regarding fees paid in indictment (.2). |
| 02/14/05 | JMS | 0.30 | 90.00 | Emails with L. Sinanyan regarding meeting on disclosure statement objections. |
| 02/15/05 | JMS | 0.40 | 120.00 | Emails to L. Sinanyan regarding objections to Disclosure Statements. |
| 02/16/05 | JMS | 2.80 | 840.00 | Prepare for telephone conference regarding objections to disclosure statement and meet with S. Baena thereon (1.7); telephone conference with L. Sinanyan and A. Johnson thereon (1.1). |
| 02/17/05 | SLB | 0.40 | 230.00 | Interoffice conference with J. Sakalo regarding conference with debtors regarding disclosure statement objections (.4). |
| 02/17/05 | JMS | 1.90 | 570.00 | Conference with S. Baena regarding results of call with Debtor's lawyers (.4); telephone conference with L. Sinanyan regarding objections to Disclosure Statement (.8); draft memo hereon (.7). |
| 02/18/05 | JMS | 1.10 | 330.00 | Telephone conference with L. Sinanyan regarding objection to disclosure statement (.4); conference with S. Baena regarding status (.3); review debtor's chart (.4). |
| 02/22/05 | JMS | 1.20 | 360.00 | Begin draft of memo to S. Baena regarding Disclosure Statements Status (.8); emails with J. Hass regarding claims issues (.4). |
| 02/23/05 | JMS | 1.70 | 510.00 | Emails with and telephone conference with D. Speights regarding meeting with debtors on PD CMO (.5); review draft from debtors (.4); prepare for meeting (.8). |
| 02/24/05 | SLB | 2.40 | 1,380.00 | Email exchange with J. Baer and D. Bernick regarding 2/25 meeting (.4); review proposed PD CMO (.3); telephone conference with M. Dies and D. Speights regarding same (1.5); email to and from R. Frankel regarding CMOs (.2). |
| 02/24/05 | JMS | 3.80 | 1,140.00 | Conference with S. Baena regarding meeting with Debtors (.6); telephone conference with D. Speights, J. Dies, S. Baena regarding draft order on PD CMO (1.5); emails with D. Speights regarding meeting in DC (.4); prepare for meeting (1.3). |
| 02/25/05 | SLB | 2.50 | 1,437.50 | Prepare for and telephone conference with debtors' counsel regarding PD CMO (1.8); interoffice conference with J. Sakalo and A. Danzeisen regarding discovery requests, management of PD claims, etc. (.5)l; email to J. Hass regarding data needs (.2). |

| 02/25/05 | JMS | 2.40 | 720.00 | Prepare for and telephone conference with Debtors counsel regarding PD CMO (1.9); follow up conference with S. Baena and A. Danzeisen regarding document request and information needed (.5). |
| 02/27/05 | JMS | 0.30 | 90.00 | Emails with J. Hass regarding document request. |
| 02/28/05 | JMS | 0.70 | 210.00 | Telephone conference with J. Hass and review email from J. Hass regarding settlement date requests (.5); conference with S. Baena thereon and email to S. Baena thereon (.2). |

PROFESSIONAL SERVICES

$14,030.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 13.60 | $575.00 | $7,820.00 |
| Sakalo, Jay M | 20.70 | $300.00 | $6,210.00 |
| *TOTAL* | *34.30* | | *$14,030.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER

$14,030.00

Atty - SLB
RE: 27 - Litigation Consulting | Client No. 74817/15563

| | | | | |
|---|---|---|---|---|
| 02/10/05 | JMS | 1.00 | 300.00 | Email to J. Baer regarding attorneys fees on indictment (.2); analysis of issues related to indictment (.8) |
| 02/15/05 | JMS | 0.50 | 150.00 | Review article regarding Libby indictment. |
| 02/18/05 | JMS | 1.10 | 330.00 | Conference with M. Coglianese regarding environmental issues related to indictment (.3); review same (.8). |
| 02/28/05 | MPC | 2.60 | 1,040.00 | Began review of Libby Indictment and conference with associate regarding research. |
| 02/28/05 | AFH | 3.30 | 825.00 | Study and review Indictment against WR Grace (.9); perform legal research regarding various cases of action in Indictment (1.0); study, review, and organize caselaw on same (1.4). |

**PROFESSIONAL SERVICES** $2,645.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Coglianese, Matthew P | 2.60 | $400.00 | $1,040.00 |
| Sakalo, Jay M | 2.60 | $300.00 | $780.00 |
| Haimo, Adam F | 3.30 | $250.00 | $825.00 |
| *TOTAL* | *8.50* | | *$2,645.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$2,645.00**

|  |  |  |  | Atty - SLB |
| RE: | 30 - Fee Application of Others |  |  | Client No. 74817/17781 |

| 02/09/05 | JMS | 0.30 | 90.00 | Emails with S. Baena regarding Sealed Air holdbacks. |
| 02/10/05 | ASD | 0.80 | 256.00 | Draft motion for holdbacks and proposed order (.8). |
| 02/10/05 | JMS | 0.40 | 120.00 | Conference with A. Danzeisen regarding motion for holdbacks. |
| 02/14/05 | JMS | 0.40 | 120.00 | Conference with S. Baena regarding fraudulent transfer holdback and review emails thereon. |
| 02/15/05 | JMS | 0.60 | 180.00 | Review CDG draft response to fee auditor (.3); email to S. Jones thereon (.3). |
| 02/16/05 | ASD | 0.20 | 64.00 | Review of two fee applications (.2). |
| 02/17/05 | ASD | 0.10 | 32.00 | Review fee application (.1). |
| 02/18/05 | ASD | 0.60 | 192.00 | Review seven fee applications (.6). |

**PROFESSIONAL SERVICES** $1,054.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Danzeisen, Allyn S | 1.70 | $320.00 | $544.00 |
| Sakalo, Jay M | 1.70 | $300.00 | $510.00 |
| *TOTAL* | *3.40* |  | *$1,054.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $1,054.00

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 31 - Retention of Others |  |  | Client No. 74817/17782 |

| 02/14/05 | JMS | 0.70 | 210.00 | Conference with S. Baena regarding PD Committee expert issues (.4); review same (.3). |
| 02/17/05 | JMS | 0.60 | 180.00 | Work with S. Baena on memo to Committee regarding retention of expert (.4); telephone conference with J. Hass regarding same (.2). |

**PROFESSIONAL SERVICES** $390.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Sakalo, Jay M | 1.30 | $300.00 | $390.00 |
| *TOTAL* | *1.30* |  | *$390.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** **$390.00**

| | | | | Atty - SLB |
|---|---|---|---|---|
| RE: | 36 - Other | | | Client No. 74817/17901 |

**PROFESSIONAL SERVICES** $0.00

## COSTS ADVANCED

| 02/28/05 | Westlaw-Online Legal ResearchVENDOR: WEST PUBLISHING COMPANY; INVOICE#: 808505106; DATE: 2/28/2005 - Westlaw Charges - Clients | 188.93 |
|---|---|---|

**TOTAL COSTS ADVANCED** $188.93

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| Westlaw-Online Legal Research | $188.93 |
|---|---|
| TOTAL | $188.93 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER** $188.93

*CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD*

| Timekeeper | Hours | Total |
|---|---|---|
| *Danzeisen, Allyn S* | *40.90* | $13,088.00 |
| *Baena, Scott L* | *28.70* | $16,502.50 |
| *Flores, Luisa M* | *1.80* | $270.00 |
| *Sakalo, Jay M* | *41.30* | $12,390.00 |
| *Coglianese, Matthew P* | *2.80* | $1,120.00 |
| *Mancuso, Nathan G* | *0.80* | $256.00 |
| *Haimo, Adam F* | *3.30* | $825.00 |
| *Moon, James C* | *11.50* | $2,990.00 |
| *Brenneman, Carrie* | *17.40* | $2,262.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*                    *$49,703.50*

*CLIENT SUMMARY OF COSTS ADVANCED*

| | |
|---|---|
| *Overtime Air Conditioning & Services* | *$40.76* |
| *Airfare* | *$125.20* |
| *Photocopies* | *$99.60* |
| *Telecopies* | *$17.00* |
| *Federal Express* | *$146.25* |
| *Long Distance Telephone* | *$402.93* |
| *Long Distance Telephone-Outside Services* | *$149.56* |
| *Lodging* | *$172.36* |
| *Meals* | *$290.00* |
| *Travel Expenses* | *$70.00* |
| *Westlaw-Online Legal Research* | *$1,395.41* |

*TOTAL COSTS ADVANCED THIS PERIOD*                    *$2,909.07*

*TOTAL AMOUNT DUE THIS PERIOD*                                        *$52,612.57*

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

_CLIENT SUMMARY_

|  | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 02/28/05** | | | | |
| **WR Grace-Official Committee of Prope** | | | | |
| 01- Case Administration/15537 | $10,285.50 | $2,343.86 | $0.00 | $12,629.36 |
| 03 - Creditors Committee/15539 | $1,624.50 | $149.56 | $0.00 | $1,774.06 |
| 04 - Retention of Professionals/15540 | $345.00 | $0.00 | $0.00 | $345.00 |
| 07 - Applicant's Fee Application/15543 | $742.00 | $0.00 | $0.00 | $742.00 |
| 08 - Hearings/15544 | $2,842.50 | $179.41 | $0.00 | $3,021.91 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $15,745.00 | $47.31 | $0.00 | $15,792.31 |
| 18 - Plan & Disclosure Statement/15554 | $14,030.00 | $0.00 | $0.00 | $14,030.00 |
| 27 - Litigation Consulting/15563 | $2,645.00 | $0.00 | $0.00 | $2,645.00 |
| 30 - Fee Application of Others/17781 | $1,054.00 | $0.00 | $0.00 | $1,054.00 |
| 31 - Retention of Others/17782 | $390.00 | $0.00 | $0.00 | $390.00 |
| 36 - Other/17901 | $0.00 | $188.93 | $0.00 | $188.93 |
| _Client Total_ | _$49,703.50_ | _$2,909.07_ | _$0.00_ | _$52,612.57_ |