IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**Objection Deadline:  April 29, 2005**
**Hearing Date:  May 16, 2005 at 12:00 p.m.**

## APPLICATION OF THE DEBTORS FOR THE ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT OF BEVERIDGE & DIAMOND, P.C. AS SPECIAL COUNSEL TO THE DEBTORS

The above-captioned debtors and debtors in possession (collectively, the

"Debtors") hereby submit this application (the "Application") for the entry, pursuant to sections

327(e) and 330 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), of an

order authorizing the employment of Beveridge & Diamond, P.C. ("Beveridge") as special

counsel to the Debtors.  In support of this Application, the Debtors respectfully represent as

follows:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

### Jurisdiction

1.      The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and the Application in this District is proper under 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 327(e) and 330 of the Bankruptcy Code.

### Facts and Background

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code commencing their respective chapter 11 cases (collectively, the "Chapter 11 Cases"). Thereafter, the Debtors filed a motion to consolidate, for administrative purposes only, the Chapter 11 Cases. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their properties as debtors in possession. The Debtors have retained the firms of Kirkland & Ellis LLP and Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as bankruptcy counsel in the Chapter 11 Cases.

3.      Currently, Beveridge is working on various environmental matters for the Debtors, including negotiations and potential litigation with the Army Corp of Engineers and the Department of Justice regarding the United States' proof of claim filed in connection with work to be performed under the Formerly Utilized Sites Remedial Action Program ("FUSRAP") concerning Curtis Bay, Maryland (the "Curtis Bay FUSRAP Matter"). The United States wants to take certain remedial actions pursuant to FUSRAP in Curtis Bay, and is seeking through its proof of claim to recover costs in connection with any remediation performed for the site. In addition to the Curtis Bay FUSRAP Matter, Beveridge represents the Debtors in a variety of

environmental and real estate matters and related litigation. In fact, Beveridge has been

providing counsel to the Debtors for at least the last eight years in connection with various

environmental or real estate matters and Beveridge has been retained as an ordinary course

professional since the inception of the Chapter 11 Cases.

### Relief Requested

4.      By this Application, the Debtors respectfully request that the Court enter

an order, under sections 327(e) and 330 of the Bankruptcy Code, which authorizes the Debtors to

employ Beveridge as special counsel to the Debtors, to represent the Debtors in the Curtis Bay

FUSRAP Matter and other environmental and real estate matters and related litigation.

### Basis for Relief

5.      Section 327(e) of the Bankruptcy Code authorizes a debtor, with the

court's approval, to employ "for a specified special purpose, other than to represent the [debtor]

in conducting the case, an attorney that has represented the debtor, if in the best interest of the

estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the

estate with respect to the matter on which such attorney is to be employed." 11 U.S.C. § 327(e).

6.      Beveridge's proposed employment is in connection with the Curtis Bay

FUSRAP Matter and for the environmental and real estate matters and related litigation

generally. The firm will not be rendering services typically performed by a debtor's general

bankruptcy counsel or with other special counsel retained in the Chapter 11 Cases. The services

provided by Beveridge are necessary to the Debtors as they seek to resolve the proof of claim

filed by the United States and other environmental and real estate matters and related litigation.

Further, Beveridge has been providing counsel to the Debtors for at least the last eight years in

connection with various environmental or real estate matters, and Beveridge has been retained as

an ordinary course professional since the inception of the Chapter 11 Cases. The Debtors seek

authorization for Beveridge to continue in the employment of the Debtors as special counsel

based upon its unique knowledge and qualifications. The Debtors believe that retention of

Beveridge for the purposes discussed above is in the best interests of the Debtors, their estates,

their creditors and other parties-in-interest, and should be approved by the Court.

7.      Except as described herein, to the best of the Debtors' knowledge, (i) the

members and associates of Beveridge do not have any connection with the Debtors, their

creditors, or any other party in interest, or their respective attorneys and accountants, and (ii) do

not hold or represent an interest adverse to the estates in the matters with respect to which

Beveridge is to be employed by the Debtors, other than as set forth in the Affidavit of Patricia

Saint James in support of this Application, which is filed concurrently herewith.

### Professional Compensation

8.      The Debtors understand that Beveridge intends to apply to the Court for

allowance of compensation for professional services rendered and reimbursement of expenses

incurred in connection with its engagement in accordance with applicable provisions of the

Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and orders of this Court.

Beveridge will seek compensation for the services of each attorney and paraprofessional acting

on behalf of the Debtors in the Chapter 11 Cases at the then current rate charged for such

person's services other than in a case under chapter 11.

9.      The attorneys and paralegals presently primarily expected to work on this matter, and their hourly rates, are as follows:

**Attorneys:**
| | |
|---|---|
| Karl Bourdeau | $485 |
| Patricia Saint James | $350 |
| Pamela Marks | $325 |
| Jeanine Grachuk | $295 |

The hourly rates set forth above are subject to periodic adjustment to reflect economic and other conditions. Other attorneys and paralegals from Beveridge may from time to time also serve the Debtors in connection with the firm's employment.

10.     As noted above, the Debtors understand that Beveridge intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of expenses incurred in the Chapter 11 Cases. The Debtors, subject to the Court's approval, propose to pay Beveridge its customary hourly rates in effect from time to time to reimburse Beveridge for expenses in accordance with Beveridge's customary reimbursement policies.

11.     Other than as set forth above and as may be set forth in the Affidavit of Patricia Saint James, there is no proposed arrangement between the Debtors and Beveridge for compensation.

12.     No previous application for the relief sought herein has been made to this Court or any other court.

WHEREFORE, the Debtors respectfully request that the Court enter an order, substantially in the form attached hereto, (i) authorizing the Debtors to employ Beveridge to represent the Debtors as special counsel to perform the services described herein, and (ii) granting the Debtors such other and further relief as is just and proper.

Dated:  April 11, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile:  (312) 861-2200

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and
Debtors in Possession