IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## AFFIDAVIT OF PATRICIA SAINT JAMES

Patricia Saint James, being duly sworn, deposes and says:

1.      I am a director of the law firm of Beveridge & Diamond, P.C. ("Beveridge" or the "Firm"), with offices located at 45 William Street, Suite 120, Wellesley, Massachusetts 02481, with additional offices in Baltimore, Maryland, the District of Columbia and other locations.  I have been duly admitted to practice law in the Commonwealth of Massachusetts.  This Affidavit is submitted in support of the Application of the Debtors for the Entry of an Order Authorizing Employment of Beveridge & Diamond, P.C. as Special Counsel to the Debtors (the "Application").  This Affidavit constitutes the statement of Beveridge pursuant to Fed. R. Bankr. P. 2014(a) and 2016.

2.      Neither I, the Firm, nor any member, counsel or associate thereof, insofar as I have been able to ascertain, has any connection with the captioned debtors and debtors in possession (the "Debtors"), their creditors or any other parties in interest herein, or their respective attorneys with regard to the specified matters for which the Firm would be retained. Beveridge has represented the Debtors in various environmental and real estate matters for at least the past eight years.

3.      Beveridge may have performed services in the past and may perform services in the future for certain creditors of the Debtors and other parties-in-interest in matters unrelated to these proceedings or such entities' claims against the Debtors.  Beveridge's representation of any of these entities will not affect its representation of the Debtors on the matters for which its retention is sought pursuant to the Application.

4.      As of the petition date in these chapter 11 cases, Beveridge was not owed any sums by the Debtors.

5.      The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to approval of this Court and compliance with applicable provisions of the Bankruptcy Code and administrative orders of this Court, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.  The principal attorneys and paralegals designated to represent the Debtors and their current standard hourly rates are:

| DIRECTORS | RATE |
|---|---|
| Karl Bourdeau | $485 |
| Patricia Saint James | $350 |
| **OF COUNSEL** | |
| Pamela Marks | $325 |
| Jeanine Grachuk | $295 |

Other attorneys and paraprofessionals may from time to time serve the Debtors in connection with the matters herein described.  Beveridge will be providing professional services to the Debtors under its ordinary rate schedules, which include separate rates for certain professional staff and clerical personnel who record times spent working on matters.  Presently, Beveridge's

2

rates for attorneys range from $170 to $485 per hour; for legal assistants and other professional staff, Beveridge's rates presently range from $75 to $150 per hour. The hourly rates above are subject to periodic increases in the normal course of Beveridge's business, often due to increased experience of the particular professional.

6.      The hourly rates set forth above are the Firm's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paraprofessionals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, facsimile charges, mail and express mail charges, special or hand delivery charges, document retrieval, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, charges related to conference calls hosted by the Firm, as well as non-ordinary overhead expenses such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients. The Firm believes that it is more fair to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

7.      No promises have been received by the Firm or by any member, counsel or associate thereof as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code. The Firm has no agreement with any other entity to

share with such entity any compensation received by the Firm in connection with these chapter 11 cases, except among the members, of counsel and associates of the Firm.

        8.    Beveridge is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if Beveridge should discover any facts bearing on the matters described herein, Beveridge will supplement the information contained in this Affidavit.


Dated:  April 8, 2005

                                          *Patricia Saint James*
                                          Patricia Saint James


## COMMONWEALTH OF MASSACHUSETTS

Norfolk, ss.

On this 8th day of April 2005, before me, the undersigned Notary Public, personally appeared Patricia Saint James, and proved to me through satisfactory evidence of identification, which was her Massachusetts driver's license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that she signed it voluntarily for its stated purpose.

                                        *Melissa A. Foresta*
                                        Notary Public

*Place Notary Seal/Stamp Above*            My Commission Expires:    **MELISSA A. FORESTA**
                                                  **NOTARY PUBLIC**
                                              **COMMONWEALTH OF MASSACHUSETTS**
                                              **MY COMMISSION EXPIRES APRIL 22, 2005**