## VERIFICATION

STATE OF DELAWARE      :
                                            :
COUNTY OF NEW CASTLE  :

David W. Carickhoff, Jr., after being duly sworn according to law, deposes and says:

a) I am an associate with the applicant law firm Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("PSZYJ&W"), and have been admitted to appear before this Court.

b) I am thoroughly familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZYJ&W.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the requirements of Del. Bankr. LR 2016-2 and the Administrative Order signed August 14, 2002, and I believe that the Application is in compliance therewith.

_____
David W. Carickhoff, Jr.

SWORN AND SUBSCRIBED

before me this 11th day of April, 2005

_____
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
**Notary Public - State of Delaware**
**My Comm. Expires March 21, 2006**

-1-