IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE, et al., | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEPOSITION

Notice is hereby given that the Official Committee of Asbestos Property Damage Claimants (the "PD Committee"), by and through its undersigned counsel, will take the oral deposition of the following person on the date and time indicated below, before a Notary Public or any other duly qualified officer who may be selected or designated to act in their place pursuant to Fed. R. Civ. P. 28 and 30(b)(4).

**DEPONENT:** Nick Bubnovich

**DATE:** April 13, 2005

**TIME:** 1:00 p.m.

**LOCATION:** Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005

Said deposition shall be recorded by stenographic means and shall continue from time to time until completed.

Dated: April 12, 2005

Respectfully submitted,

BILZIN SUMBERG BAENA
PRICE & AXELROD LLP
Scott L. Baena (Admitted Pro Hac Vice)
Jay M. Sakalo (Admitted Pro Hac Vice)
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-2336
Telephone: (305) 374-7580

-and-

2

FERRY JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555

CO-COUNSEL FOR THE OFFICIAL
COMMITTEE OF ASBESTOS
PROPERTY DAMAGE CLAIMANTS