# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 10, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

#1079234 v1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 1.1 | $ 330.00 |
| Sherman, Joan | Paralegal | $ 160.00 | 0.7 | $ 112.00 |
|  |  |  |  |  |
| Total |  |  | 1.80 | 442.00 |

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ 8.40 |
| Facsimiles | $ 288.00 |
| Long Distance Telephone | $ 7.60 |
| Outside Courier | $ 13.46 |
| Westlaw | $ - |
| Travel Expense | $ - |
| Document Production | $ 406.55 |
| Federal Express | $ 9.73 |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ 406.72 |
| Color Copies | $ - |
| **Total** | **$ 1,140.46** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

Page 6
Invoice No.: 696896
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/05 | JLS | Review documents re ore shipments from Libby for KJCoggon. | 0.70 | $ 112.00 |
| 02/22/05 | KJC | Conference with JLSherman re documents and search. | 0.40 | 120.00 |
| 02/28/05 | KJC | Telephone conferences with Jim Freeman and email exchange with client re Libby ore shipments. | 0.70 | 210.00 |
| | | **Total Fees Through February 28, 2005:** | **1.80** | **$ 442.00** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 1.10 | $ 330.00 |
| JLS | Joan L. Sherman | Paralegal | 160.00 | 0.70 | 112.00 |
| | | **Total Fees:** | | **1.80** | **$ 442.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/14/05 | | Other Expense: IRON MOUNTAIN RECORDS AL-10986 Document Storage December 2004 | $ 203.36 |
| 01/24/05 | | Other Expense: IRON MOUNTAIN RECORDS P566542 Document Storage | 203.36 |

Holme Roberts & Owen LLP

April 8, 2005

| | | | |
|---|---|---|---|
| W.R. Grace | | Page | 7 |
| | | Invoice No.: | 696896 |
| | | Client No.: | 04339 |
| | | Matter No.: | 00300 |

**Itemized Disbursements**

| Date | Qty | Description | Amount |
|---|---|---|---|
| 01/31/05 | | Outside Courier: VENDOR: Quicksilver Express Courier; INVOICE#: 7256289; DATE: 1/31/2005 - Courier, Acct. HO7068. 01-25; Katheryn Coggon | 13.46 |
| 02/01/05 | 56 | Photocopy | 8.40 |
| 02/02/05 | | Long Distance Telephone: 6174265900, 11 Mins., TranTime:13:01 | 1.00 |
| 02/03/05 | | Document Production: VENDOR: Document Technologies Inc.; INVOICE#: 167693; DATE: 2/3/2005 - Heavy Litigation, Copies, Binding, File Folders | 406.55 |
| 02/03/05 | 77 | Facsimile | 77.00 |
| 02/03/05 | 63 | Facsimile | 63.00 |
| 02/03/05 | 84 | Facsimile | 84.00 |
| 02/03/05 | 64 | Facsimile | 64.00 |
| 02/04/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-991-43888; DATE: 2/4/2005 - Courier, Acct. 0802-0410-8. 02-01; Richard Senftleben Boca Raton, Fl | 9.73 |
| 02/17/05 | | Long Distance Telephone: 2028795177, 66 Mins., TranTime:09:32 | 6.60 |
| | | **Total Disbursements:** | **$ 1,140.46** |

Holme Roberts & Owen LLP

April 8, 2005

| | |
|---|---|
| W.R. Grace | Page 8 |
| | Invoice No.: 696896 |
| | Client No.: 04339 |
| | Matter No.: 00300 |

### Disbursement Summary

| | | |
|---|---|---:|
| Document Production | $ | 406.55 |
| Photocopy | | 8.40 |
| Facsimile | | 288.00 |
| Long Distance Telephone | | 7.60 |
| Outside Courier | | 13.46 |
| Federal Express | | 9.73 |
| Other Expense | | 406.72 |
| **Total Disbursements:** | **$** | **1,140.46** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---:|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | | *Outstanding Balance on Invoice 661254:* | *$* | *219.96* |
| 667181 | 05/17/04 | Bill | | 568.45 |
| | 02/15/05 | Cash Receipt | | -61.38 |
| | | *Outstanding Balance on Invoice 667181:* | *$* | *0.00* |
| 671980 | 07/09/04 | Bill | | 2,748.36 |
| | 02/15/05 | Cash Receipt | | -507.10 |
| | | *Outstanding Balance on Invoice 671980:* | *$* | *0.00* |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 0.5 | $ 162.50 |
| Haag, Susan | Paralegal | $ 135.00 | 3.8 | $ 513.00 |
|  |  |  |  |  |
| **Total** |  |  | **4.30** | $ **675.50** |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 21.75 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 19.46 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 842.11 |
| Total | $ 883.32 |

Holme Roberts & Owen LLP

April 8, 2005

| W.R. Grace | | | | |
|---|---|---|---|---|
| | | | Page | 14 |
| | | | Invoice No.: | 696896 |
| | | | Client No.: | 04339 |
| | | | Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/07/05 | SH | Calculate fifteenth interim fee application charts. | 1.70 | $ 229.50 |
| 02/08/05 | EKF | Review, revise and finalize fifteenth interim quarterly fee application. | 0.50 | 162.50 |
| 02/08/05 | SH | Draft fifteenth interim fee application. | 1.50 | 202.50 |
| 02/09/05 | SH | Review prior fee applications to assist accounting with application of funds paid. (1.80 hours N/C) | 0.00 | 0.00 |
| 02/11/05 | SH | Compile and file fifteenth interim fee application. | 0.60 | 81.00 |
| | | **Total Fees Through February 28, 2005:** | **4.30** | **$ 675.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 0.50 | $ 162.50 |
| SH | Susan Haag | Paralegal | 135.00 | 3.80 | 513.00 |
| SH | Susan Haag | Paralegal | 0.00 | 0.00 | 0.00 |
| | | **Total Fees:** | | **4.30** | **$ 675.50** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

Page 15
Invoice No.: 696896
Client No.: 04339
Matter No.: 00390

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/30/04 | | Consulting Fee: MORRIS JAMES HITCHENS & W 271742 HRO Legal Fees and Costs in WRGrace Case | $ 842.11 |
| 01/07/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-942-06800; DATE: 1/7/2005 - Courier, Acct. 0802-0410-8. 01-04; William Weller Wilmington, De | 9.73 |
| 02/04/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 7-991-43888; DATE: 2/4/2005 - Courier, Acct. 0802-0410-8. 01-27; William Weller Wilmington, De | 9.73 |
| 02/07/05 | 37 | Photocopy | 5.55 |
| 02/11/05 | 108 | Photocopy | 16.20 |
| | | **Total Disbursements:** | **$ 883.32** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 842.11 |
| Photocopy | | 21.75 |
| Federal Express | | 19.46 |
| **Total Disbursements:** | **$** | **883.32** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

**Matter 00420 - Ninth Circuit Appeal**

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $ 300.00 | 36.2 | $ 10,860.00 |
| | | | | |
| Total | | | **36.20** | **$ 10,860.00** |

| Name | Position | Hourly Rate | February | Total Comp |
|---|---|---|---|---|

### Matter 00420 - Ninth Circuit Appeal

| Description | TOTAL |
|---|---:|
| Parking | $ 88.76 |
| Photocopies | $ 0.75 |
| Facsimile | $ - |
| Long Distance Telephone | $ 3.10 |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Travel Expense | $ 1,492.73 |
| Meal Expenses | $ 182.87 |
| Other Expenses | $ - |
| Color Photocopy | $ - |
| Consulting Fee | $ 6,319.50 |
| **Total** | **$ 8,087.71** |

Holme Roberts & Owen LLP

April 8, 2005

| | | |
|---|---|---|
| W.R. Grace | Page | 19 |
| | Invoice No.: | 696896 |
| | Client No.: | 04339 |
| | Matter No.: | 00420 |

**Regarding: Ninth Circuit Appeal**

**Itemized Services**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/01/05 | KJC | Travel to Washington D.C. for meetings re preparation for oral argument (3.0) (3.0 N/C) (NWT 50%); prepare for oral argument (8.0). | 11.00 | $ 3,300.00 |
| 02/02/05 | KJC | Mock trial and preparation for appeal hearing (6.0); travel from Washington D.C. to Denver (3.0) (3.0 N/C) (NWT 50%). | 9.00 | 2,700.00 |
| 02/04/05 | KJC | Travel from Denver to Seattle for appeal hearing (2.5) (2.5 N/C) (NWT 50%); preparation for appeal hearing (2.5). | 5.00 | 1,500.00 |
| 02/06/05 | KJC | Prepare for oral argument. | 2.00 | 600.00 |
| 02/07/05 | KJC | Prepare for and attend oral argument before Ninth Circuit. | 4.50 | 1,350.00 |
| 02/11/05 | KJC | Telephone conference with W. Corcoran re oral argument (.5); review and respond to e-mail re further correspondence related to oral argument (.5). | 1.00 | 300.00 |
| 02/12/05 | KJC | Travel from Seattle to Denver (3.0) (3.0 N/C) (NWT 50%). | 3.00 | 900.00 |
| 02/14/05 | KJC | Follow up re appeal. | 0.40 | 120.00 |
| 02/15/05 | KJC | Follow up re oral argument on appeal (0.3). | 0.30 | 90.00 |
| | | **Total Fees Through February 28, 2005:** | **36.20** | **$ 10,860.00** |

**Timekeeper Rate Summary**

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $ 300.00 | 36.20 | $ 10,860.00 |
| | | **Total Fees:** | | **36.20** | **$ 10,860.00** |

Holme Roberts & Owen LLP

April 8, 2005

| W.R. Grace | |
|---|---|
| | Page: 20 |
| | Invoice No.: 696896 |
| | Client No.: 04339 |
| | Matter No.: 00420 |

## Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/21/04 | | Consulting Fee: VENDOR: PriceWaterhouse Coopers LLP; INVOICE#: 9305-001260-3; DATE: 5/21/2004 - Professional Services rendered from October 1, 2003 through April 30, 2004 re W.R Grace & Company | $ 6,319.50 |
| 01/13/05 | | Travel Expense: VENDOR: Majest International; INVOICE#: 27979; DATE: 1/13/2005 - Air fare for KJCoggon from Denver to Wash/Dulles to Denver 02/01-02/03/05 (Prep for appeal hearing) | 464.39 |
| 01/18/05 | | Travel Expense: VENDOR: Majest International; INVOICE#: 28045; DATE: 1/18/2005 - Air fare for KJCoggon from Denver to Seattle to Denver 02/04-02/12/05 (Appeal Hearing) | 268.40 |
| 01/31/05 | | Long Distance Telephone: 2028795213, 17 Mins., TranTime:09:51 | 1.70 |
| 01/31/05 | | Long Distance Telephone: 9018202023, 14 Mins., TranTime:14:06 | 1.40 |
| 02/01/05 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Meals for one person (2/1 breakfast $8.00; 2/1 dinner $59.90; 2/2 breakfast $23.67; and 2/2 dinner $12.00) | 103.57 |
| 02/01/05 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Parking | 30.00 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Tips | 3.00 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Taxis (2/1 taxi Dulles Airport to hotel $46.00; 2/2 taxi hotel to Dulles Airport $51.00) | 97.00 |

Holme Roberts & Owen LLP

April 8, 2005

| | |
|---|---|
| W.R. Grace | Page 21 |
| | Invoice No.: 696896 |
| | Client No.: 04339 |
| | Matter No.: 00420 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Mileage | 16.20 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Airfare - change fee for early return | 100.00 |
| 02/01/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021704; DATE: 2/17/2004 - 2/1-2/05; Preparation for Appeal hearing/ Hotel (one night at $246.18 per night) | 246.18 |
| 02/06/05 | | Other Meal Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Meals for one person (2/6 dinner $35.28; 2/7 breakfast $35.52; 2/12 lunch $8.50) | 79.30 |
| 02/06/05 | | Parking: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Parking | 58.76 |
| 02/06/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Tips | 12.00 |
| 02/06/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Mileage | 32.40 |
| 02/06/05 | | Travel Expense: VENDOR: Coggon, Katheryn J; INVOICE#: 021705A; DATE: 2/17/2004 - 2/6-7/05; Attendance of Appeal hearing/ Hotel (one night at $253.16 per night) | 253.16 |
| 02/17/05 | 5 | Photocopy | 0.75 |
| | | **Total Disbursements:** | **$ 8,087.71** |

Holme Roberts & Owen LLP

April 8, 2005

W.R. Grace

Page 22
Invoice No.: 696896
Client No.: 04339
Matter No.: 00420

## Disbursement Summary

| | |
|---|---:|
| Consulting Fee | $ 6,319.50 |
| Parking | 88.76 |
| Photocopy | 0.75 |
| Long Distance Telephone | 3.10 |
| Travel Expense | 1,492.73 |
| Other Meal Expense | 182.87 |
| **Total Disbursements:** | **$ 8,087.71** |

## Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---:|
| 658429 | 02/16/04 | Bill | 43,437.00 |
| | 05/24/04 | Cash Receipt | -33,245.85 |
| | 10/19/04 | Cash Receipt | -8,661.32 |
| | | *Outstanding Balance on Invoice 658429:* | *$ 1,529.83* |
| 661254 | 03/15/04 | Bill | 19,191.03 |
| | 05/24/04 | Cash Receipt | -15,127.27 |
| | 10/19/04 | Cash Receipt | -3,457.23 |
| | | *Outstanding Balance on Invoice 661254:* | *$ 606.53* |
| 667181 | 05/17/04 | Bill | 24,421.15 |
| | 02/15/05 | Cash Receipt | -4,110.75 |
| | | *Outstanding Balance on Invoice 667181:* | *$ 0.00* |