**W.R. Grace**
**Hours Spent by Each Person**
August 22 through August 31, 2004 (Deloitte Tax LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 0.0 | $660 | $0 | $0 |
| Matthew Frank | 18.0 | $440 | $7,920 | $0 |
| Fred Levitan | 0.0 | $310 | $0 | $0 |
| Guillermo Del Nogal | 9.0 | $230 | $2,070 | $0 |
| **Total Customs & International Trade Services Fees** | 27.0 | | $9,990 | $0 |
| Bryan Collins | 1.0 | $600 | $600 | $0 |
| Nick Bubnovich | 4.0 | $620 | $2,480 | $0 |
| Jonathan Forrest | 1.0 | $515 | $515 | $0 |
| **Total National Tax Services Fees 8/21/2004 to 8/31/2004** | 6.0 | | $3,595 | $0 |
| **Total Deloitte Tax LLP Fees for August** | 33.0 | | **$13,585** | $0 |
| | Blended Rate | | $411.67 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 8/23/2004 | MF | Customs Audit | Review of draft broker/vendor instructions from GPC | 1.0 | 440 | $ 440.00 | 0 |
| 8/23/2004 | MF | Customs Audit | Review of response to CF28 from CBP | 1.0 | 440 | $ 440.00 | 0 |
| 8/23/2004 | NB | Compensation Benchmarking | Meet w/ Zack and review data and CEO letter in advance of discussion with Brian at Grace. | 1.0 | 620 | 620 | 0 |
| 8/24/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/24/2004 | MF | Customs Audit | Review and edit Grace draft procedures | 1.0 | 440 | $ 440.00 | 0 |
| 8/24/2004 | MF | Customs Audit | Draft response to second CF28 | 2.0 | 440 | $ 880.00 | 0 |
| 8/24/2004 | NB | Compensation Benchmarking | Revise letter; send to Brian; discuss w/ Brian. | 1.0 | 620 | 620 | 0 |
| 8/25/2004 | MF | Customs Audit | Draft of comments on draft procedures from Grace | 3.0 | 440 | $ 1,320.00 | 0 |
| 8/25/2004 | NB | Compensation Benchmarking | Revise letter by adding new section on range around the median;resend draft letter. | 2.0 | 620 | 1240 | 0 |
| 8/26/2004 | MF | Customs Audit | Draft of comments in response to review of Grace's draft procedures | 4.0 | 440 | $ 1,760.00 | 0 |
| 8/26/2004 | GDN | Customs Audit | Worked on training presentation for Matt | 4.0 | 230 | $ 920.00 | 0 |
| 8/27/2004 | MF | Customs Audit | Discussions with Grace about review of draft CIP | 1.0 | 440 | $ 440.00 | 0 |
| 8/27/2004 | GDN | Customs Audit | Worked on training presentation for Matt | 5.0 | 230 | $ 1,150.00 | 0 |
| 8/30/2004 | MF | Customs Audit | Revision of CF28 Response | 1.0 | 440 | $ 440.00 | 0 |
| 8/30/2004 | MF | Customs Audit | Review of draft CIP | 1.0 | 440 | $ 440.00 | 0 |
| 8/30/2004 | JF | Ruling Request | Teleconference with client to update re ruling process | 1 | 515 | $515 | |
| 8/30/2004 | BC | Ruling Request | Follow-up with IRS and updating Elyse on status. | 1 | 600 | $600 | |
| 8/31/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team; | 1.0 | 440 | $ 440.00 | 0 |
| 8/31/2004 | MF | Customs Audit | Review draft of CIP and error log | 1.0 | 440 | $ 440.00 | 0 |
| | | | **Total** | **33.0** | | **$ 13,585.00** | **$ -** |

**W.R. Grace**
**Hours Spent by Each Person**
September 1 through September 30, 2004 (Deloitte Tax LLP)

| Employee | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|
| Michele McGuire | 8.0 | $660 | $5,280 | $0 |
| Matthew Frank | 45.5 | $440 | $20,020 | $0 |
| Fred Levitan | 4.5 | $310 | $1,395 | $0 |
| Marcella Dillard | 0.2 | $65 | $13 | $0 |
| *Total Customs & International Trade Services Fees* | 58.2 | | $26,708 | $0 |
| Nick Bubnovich | 1.0 | 620 | 620 | $0 |
| **Total National Tax Services Fees** | 1.0 | | 620 | $0 |
| Fred Levitan | 2.6 | $310 | $806 | $0 |
| *Total Monthly Statement & Fee Application Fees* | 2.6 | | $806 | $0 |
| **Total Deloitte Tax LLP Fees for September** | 61.8 | | $28,134 | $0 |
| | | Blended Rate | $455.24 | |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses |
|---|---|---|---|---|---|---|---|
| 9/1/2004 | MM | Customs Audit | Onsite meeting with Customs | 5.0 | 660 | $ 3,300.00 | 0 |
| 9/1/2004 | MF | Customs Audit | Phone call with CBP and Grace re sample universe | 2.5 | 440 | $ 1,100.00 | 0 |
| 9/1/2004 | MF | Customs Audit | Review of CIP | 1.0 | 440 | $ 440.00 | 0 |
| 9/2/2004 | MF | Customs Audit | Review of draft policies and procedures | 1.5 | 440 | $ 660.00 | 0 |
| 9/2/2004 | FL | Fee Application/Billing | Preparation of monthly billing summary for my group | 2.3 | 310 | $ 713.00 | 0 |
| 9/4/2004 | MM | Customs Audit | CF 28 review | 1.5 | 660 | $ 990.00 | 0 |
| 9/4/2004 | MM | Customs Audit | Weekly conference call with Grace Implementation team | 1.5 | 660 | $ 990.00 | 0 |
| 9/7/2004 | MF | Customs Audit | Weekly conference call with Grace implementation team | 1.5 | 440 | $ 660.00 | 0 |
| 9/7/2004 | MF | Customs Audit | Review and analysis of transaction samples | 2.0 | 440 | $ 880.00 | 0 |
| 9/7/2004 | FL | Fee Application/Billing | Preparation of monthly billing summary for my group | 0.3 | 310 | $ 93.00 | 0 |
| 9/7/2004 | MD | Customs Audit | Shipped CD customs database | 0.2 | 65 | $ 13.00 | 0 |
| 9/8/2004 | MF | Customs Audit | Review and edit of CIP | 2.0 | 440 | $ 880.00 | 0 |
| 9/8/2004 | MF | Customs Audit | Discussion of CIP with Nasos Phillips of Grace | 1.0 | 440 | $ 440.00 | 0 |
| 9/8/2004 | FL | Customs Audit | Researched regulations and rulings for marking of pellets re Alcoa | 1.0 | 310 | $ 310.00 | 0 |
| 9/9/2004 | MF | Customs Audit | Review of draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 |
| 9/9/2004 | FL | Customs Audit | Researched marking exceptions in regs re Alcoa | 1.0 | 310 | $ 310.00 | 0 |
| 9/9/2004 | FL | Customs Audit | Prepared email drafts re findings re Alcoa | 0.5 | 310 | $ 155.00 | 0 |
| 9/10/2004 | MF | Customs Audit | Review of updated draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 |
| 9/13/2004 | MF | Customs Audit | Review of Grace's revisions to draft policies and procedures | 1.5 | 440 | $ 660.00 | 0 |
| 9/13/2004 | FL | Customs Audit | Review/edit of email on marking exceptions issue re Alcoa | 0.5 | 310 | $ 155.00 | 0 |
| 9/14/2004 | MF | Customs Audit | Weekly Conference call with Grace Implementation Team | 1.0 | 440 | $ 440.00 | 0 |
| 9/14/2004 | MF | Customs Audit | Review of revised draft procedures and policies | 2.0 | 440 | $ 880.00 | 0 |
| 9/15/2004 | MF | Customs Audit | Conference call with Nasos Phillips re CBP exit interview finalize response to findings letter | 0.5 | 440 | $ 220.00 | 0 |
| 9/15/2004 | MF | Customs Audit | Review of Alcoa Marking issue | 0.5 | 440 | $ 220.00 | 0 |

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees | Expenses | |
|---|---|---|---|---|---|---|---|---|
| 9/15/2004 | | MF Customs Audit | Review of revised draft procedures and policies | 2.0 | 440 | $ 880.00 | 0 | |
| 9/15/2004 | | FL Customs Audit | Review/edit of email on marking exceptions issue re Alcoa | 1.0 | 310 | $ 310.00 | 0 | |
| 9/16/2004 | | MF Customs Audit | Research follow-up issues | 1.5 | 440 | $ 660.00 | 0 | |
| 9/16/2004 | | MF Customs Audit | Conference call with Grace team to edit CIP | 3.0 | 440 | $ 1,320.00 | 0 | |
| 9/16/2004 | | MF Customs Audit | Exit conference call re audit with Grace and CBP | 0.5 | 440 | $ 220.00 | 0 | |
| 9/16/2004 | | FL Customs Audit | Finalized email re marking exceptions re Alcoa | 0.5 | 310 | $ 155.00 | 0 | |
| 9/17/2004 | | MF Customs Audit | Review and edit of CIP | 2.5 | 440 | $ 1,100.00 | 0 | |
| 9/20/2004 | | MF Customs Audit | Review/edit of draft policies and procedures | 2.0 | 440 | $ 880.00 | 0 | |
| 9/21/2004 | | MF Customs Audit | Review/edit of draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 | |
| 9/21/2004 | | MF Customs Audit | Weekly conference call with Grace implementation team | 3.0 | 440 | $ 1,320.00 | 0 | |
| 9/22/2004 | | MF Customs Audit | Review/edit of draft policies and procedures | 1.0 | 440 | $ 440.00 | 0 | |
| 9/23/2004 | | MF Customs Audit | Review/edit of CIP | 1.0 | 440 | $ 440.00 | 0 | |
| 9/24/2004 | | MF Customs Audit | Review/edit of CIP | 1.0 | 440 | $ 440.00 | 0 | |
| 9/27/2004 | | MF Customs Audit | Review/edit of final CIP draft | 3.0 | 440 | $ 1,320.00 | 0 | |
| 9/28/2004 | | MF Customs Audit | Review/analysis of MID data for transaction sample universe | 1.5 | 440 | $ 660.00 | 0 | |
| 9/28/2004 | | MF Customs Audit | Weekly conference call with Grace implementation team | 1.0 | 440 | $ 440.00 | 0 | |
| 9/29/2004 | | MF Customs Audit | Review/edit of MID data for transaction samples | 0.5 | 440 | $ 220.00 | 0 | |
| 9/29/2004 | | MF Customs Audit | Review/edit of CIP | 0.5 | 440 | $ 220.00 | 0 | |
| 9/30/2004 | | MF Customs Audit | Conference call with Nasos Phillips re compliance strategy | 0.5 | 440 | $ 220.00 | 0 | |
| 9/30/2004 | | MF Customs Audit | Review of MID data for tranaction sample universe | 1.0 | 440 | $ 440.00 | 0 | |
| 9/2/2004 | NB | Compensation | Discuss w/ Brian McGowan possible retention bonus for Festa; draft memo re same | 1 | 620 | 620 | 205 | 0 |
| | | | **Totals:** | **61.8** | | **$ 28,134.00** | **$ -** | |