IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01–1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Hearing Date: April 25, 2005 at 12:00 pm** |
| | ) | **Related Doc. Nos.: 8202, 8077** |

**MOTION FOR LEAVE TO FILE A REPLY TO DEBTORS' LIMITED OPPOSITION TO APPLICATION AUTHORIZING THE EMPLOYMENT OF ANDERSON KILL & OLICK, P.C. AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS [DI. 8202]**

The Official Committee of Asbestos Personal Injury Claimants (the "Committee") by and through its undersigned counsel, hereby moves for leave pursuant to Local Bankruptcy Rule 9006-1(d), to file the attached reply (the "Reply") to the *Debtors' Limited Opposition* (the "Limited Opposition") *to Application Authorizing The Employment Of Anderson Kill & Olick, P.C. As Special Insurance Counsel For The Official Committee Of Asbestos Personal Injury Claimants* (the "Application") (Docket No. 8202) which is currently scheduled for hearing before this Court on April 25, 2005 at 12:00 p.m.

The Limited Opposition suggests certain limitations to the retention of Anderson Kill & Olick, P.C. The Committee is willing to revise the terms of the retention to a certain extent. To that end, the Committee seeks authorization to file the Reply attached hereto. The Committee asserts that the attached Reply will clarify the remaining, and limited, issues that the Court will need to address at the hearing on the Application.

[REMAINDER OF THE PAGE INTENTIONALLY LEFT BLANK]

{D0041235:1 }

WHEREFORE, the Committee respectfully requests the entry of an Order granting it authority to file the reply, which is attached hereto as <u>Exhibit 1</u>.

Date:    April 15, 2005

          CAMPBELL & LEVINE, LLC

          /S/ Mark Hurford
          Marla R. Eskin (I.D. No. 2989)
          Mark T. Hurford (I.D. No. 3299)
          800 North King Street, Suite 300
          Wilmington, DE 19801
          (302) 426-1900

          –and–

          CAPLIN & DRYSDALE, CHARTERED
          Elihu Inselbuch
          399 Park Avenue
          New York, NY 10022–4614
          (212) 319-7125

          –and–

          CAPLIN & DRYSDALE, CHARTERED
          Peter Van N. Lockwood
          One Thomas Circle, N.W.
          Washington, D.C. 20005
          (202) 862-5000

          Counsel to the Official Committee of
            Asbestos Personal Injury Claimants

SO ORDERED this _____ day of April, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

{D0041235:1 }