# Annex 1

# Bubnovich Affidavit

IN THE UNITED STATES COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |
| | ) | |
| | ) | **Re: Docket No. 7753** |
| | ) | **4/25/05 Agenda Item 18** |

## SECOND SUPPLEMENTAL AFFIDAVIT OF NICK BUBNOVICH

I, Nick Bubnovich, being duly sworn, deposes and says:

1.    I am a senior consultant in Watson Wyatt Worldwide's human capital consulting practice.

2.    I submit this affidavit in further support of *The Motion of the Debtors for an Order Authorizing the Debtors to Enter into (A) an Employment Agreement with its Current Chief Operating Officer Under Which He Would Assume the Position of Chief Executive Officer of the Debtors ("CEO") and (B) a Post-Retirement Agreement With the Current CEO Whereby He Would Provide Consulting Services Related to the Debtors' Chapter 11 Cases* (the "Motion").

3.    As a follow up to certain inquires made by the Court on March 21, 2005 when the Motion was originally presented, and as an additional benchmark, I analyzed the compensation packages of five CEOs whose companies are in Chapter 11, including that of Paul Norris, the current CEO of the Debtors.

4.    Each of these companies have substantial revenues (all are in the Fortune 1000), are otherwise prominent in their respective industries, and have potential asbestos liabilities.

Additionally, W. R. Grace has in the past used these Companies for benchmarking certain of its executive compensation programs.

5.     My analysis is summarized in the attached exhibit. As stated by me previously, I believe the most appropriate benchmark is total direct compensation (TDC), which is shown on the last line of the exhibit. Mr. Festa's TDC is approximately 16% less than the average of the TDC of the other four CEOs, excluding Mr. Norris. (If Mr. Norris is included, then the percentage shortfall is 18%.)

6.     While W. R. Grace is the smallest of the five companies in terms of revenue and while revenue can have some influence on pay (generally, the greater the revenue, the higher the pay), to the extent W. R. Grace's lower revenue is considered relevant, Mr. Festa's 16% shortfall in TDC can be reasonably attributed to the revenue differential.

7.     Accordingly, based on this analysis, I conclude that Mr. Festa's proposed compensation is well within the range of competitive practice.

_Nick Bubnovich_

Nick Bubnovich

SWORN to and SUBSCRIBED
before me this _15_ day
of April, 2005

_Natalie K. Rozak_

Notary Public

My Commission Expires: _10-09-07_

Official Seal
Natalie K. Rozak
Notary Public State of Illinois
My Commission Expires 10/09/07

2

# W.R. Grace

## Comparison of Chief Executive Officer Compensation Packages of Companies in Bankruptcy Due to Asbestos Litigation

| | W.R. Grace | | Owens Corning | Federal-Mogul | USG | Armstrong World Ind. |
| | Proposed F. Festa | Current P. Norris | D. Brown | J. Alapont | W. Foote | M. Lockhart |
|---|---|---|---|---|---|---|
| Contract | Motion To Approve | Yes | Yes | Yes | Yes[1] | Yes |
| Base Salary | $760,000 | $1,000,000 | $750,000 | $1,500,000 | $995,000 | $920,000 |
| Sign-on Bonus | | | | | | |
| - Annualized | $0 | $0 | $0 | $1,500,000 | $0 | $1,666,667 [2] |
| Retention Bonus | | | | | | |
| - Annualized | $500,000 [3] | $1,300,000 | $750,000 | $0 | $1,969,000 | $0 |
| Annual Incentive | | | | | | |
| - 2004 Actual | N/A | $2,500,000 | $2,312,640 | N/A | $884,272 | $1,337,000 |
| - 2005 Target | $760,000 | $1,250,000 [4] | $750,000 | $1,500,000 | $895,500 | $1,150,000 |
| Long-Term Incentive | | | | | | |
| - 2004 Actual | N/A | $1,660,000 | $0 | N/A | N/A | $611,900 |
| - 2005 Target | $1,690,000 | $1,450,000 [4] | $1,875,000 | 4% of Co. [5] | N/A | $3,100,000 |
| Total Direct Compensation | | | | | | |
| - 2004 Actual | N/A | $6,460,000 | $3,812,640 | N/A [6] | $3,848,272 | $2,868,900 [2] |
| - 2005 Target | $3,710,000 | $5,000,000 | $4,125,000 | $4,500,000 | $3,859,500 | $5,170,000 [2] |

[1] Employment contract has not yet been assumed or rejected

[2] Mr. Lockhart received a sign-on bonus of $5 million in 2000, which has been annualized over the initial 3yr contract; the bonus has been excluded from Total Direct Comp

[3] Aggregate retention bonus is $1,750,000 and has been annualized over a 42 month period

[4] Represents 2004 target incentive

[5] Stock options equal to 4% of the company upon emergence from bankruptcy; the stock option exercise price will be based upon the value of the company approved by the court upon confirmation of the POR

[6] Mr. Alapont became CEO in February 2005