IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 5, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR WALLACE KING MARRARO & BRANSON PLLC'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45785.1
04/15/05 2:43 PM



**Wallace King Domike Branson**

WALLACE KING DOMIKE & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

March 07, 2005

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2452

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                                                                                                    | Hours |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 01/27/2005 | WFH | Telephone conference with Mr. Hogan re reply brief (0.3); research re CERCLA issue in connection with brief (0.7).                                                                                  | 1.00  |
| 01/28/2005 | ACZ | Research re case law and EPA guidance on contribution protection and effect of state administration settlements on contribution provisions (2.9); conference with Mr. Hughes re same (0.5).        | 3.40  |
| 01/31/2005 | WFH | Conference with Mr. Zacaroli re legal research project for brief.                                                                                                                                   | 1.10  |
| 01/31/2005 | WFH | Conferences with Mr. Hogan and Mr. Zacaroli re CERCLA and state law contribution issues for reply brief (0.6); follow up research on same (0.5).                                                    | 1.10  |
| 01/31/2005 | ACZ | Additional research of EPA guidance on contribution and settlements (1.2); call to EPA re same (0.3); conference with Mr. Hughes re same (0.4).                                                     | 1.90  |

|                          |      | **Amount**  |
|--------------------------|------|-------------|
| Total fees               | 8.50 | 2,541.00    |
| Total Amount of This Bill|      | $2,541.00   |
| Balance Due              |      | $2,541.00   |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 5.30 | $250.00 |
| Hughes, William F. | Counsel | 3.20 | $380.00 |