IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al.[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| Debtors. | ) **Objection Deadline:May 5, 2005 at 4:00p.m.** |
| | **Hearing Date :   TDB only if necessary** |

# FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A


```
W.R. GRACE & COMPANY                    April 11, 2005
5400 BROKEN SOUND BLVD., N.W.           Invoice No. 27563
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   03/31/05

Matter #        734680.1         VS. HONEYWELL INTERNATIONAL

**Litigation and Litigation Consulting**

```
03/03/05 JMA  Receipt and review letter from D. Field to         .20     77.00
              Judge Cavanaugh re: 60(B) Grace dismissal

03/03/05 JMA  Phone - C. Marraro re: dismissal of Grace and      .40    154.00
              District Court retaining jurisdiction over
              settlement

03/04/05 LF   Review 3rd Circuit Opinion from internet           .20     19.00

03/09/05 JMA  Review of and comments to Honeywell draft          .40    154.00
              letter to Judge Cavanaugh re: dismissing Grace

03/09/05 LF   West Law search regarding reported decision        .20     19.00

03/16/05 JMA  Conference with C. Marraro re: Order dismissing    .30    115.50
              Grace

03/17/05 JMA  Review file for preparation of Stipulation and     .40    154.00
              Order of Dismissal

03/17/05 JMA  Prepare Stipulation and Order of Dismissal         .40    154.00

03/17/05 JMA  Prepare draft letter to M. Daneker                 .20     77.00

03/17/05 JMA  Letter to C. Marraro                               .20     77.00

03/31/05 JMA  Receipt and review letter from M. Daneker to       .30    115.50
              Judge Cavanaugh re: Joint Motion to Dismiss
              Grace

03/31/05 JMA  Receipt and review Lowenstein Motion to            .30    115.50
              Withdraw as Counsel

03/31/05 JMA  Receipt and review notice of electronic filing     .10     38.50
              re: Lowenstein motion to withdraw
```

**Fee Application, Applicants**

```
03/08/05 MEF  Fee Application - email to S. Bossay regarding     .10     26.00
              14th Quarterly fee application
```

W.R. GRACE & COMPANY                                      April 11, 2005
Client No.            734680                              Page     2
INVOICE NO.           27563

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/08/05 | MEF | Fee Application - email from S. Bossay regarding 14th Quarterly fee application | .10 | 26.00 |
| 03/18/05 | MEF | Fee detail - review February time and prepare 36th fee application | .40 | 104.00 |
| 03/18/05 | MEF | Fee detail - receipt and review Fee Auditor's Report regarding 14th Quarterly Fee Application | .20 | 52.00 |
| 03/22/05 | MEF | Fee Application - finalize 36th fee application | .20 | 52.00 |
| 03/22/05 | MEF | Fee Application - letter to P. Cuniff regarding 36th fee application | .20 | 52.00 |

Total Fees:                                                        1,582.00

```
W.R. GRACE & COMPANY                                      April 11, 2005
Client No.                  734680                        Page       4
INVOICE NO.                 27563


SUMMARY OF FEES:

   *----------------------------TIME AND FEE SUMMARY----------------------*
   *----------TIMEKEEPER----------*     RATE    HOURS              FEES
   J M AGNELLO                         385.00    3.20           1232.00
   M E FLAX                            260.00    1.20            312.00
   LAURA FLORENCE                       95.00     .40             38.00
                          TOTALS                 4.80           1582.00
```