# EXHIBIT B

```
W.R. GRACE & COMPANY                              April 11, 2005
Client No.              734680                    Page       3
INVOICE NO.             27563


        Disbursements

03/31/05 Computer Searches                              13.44
03/31/05 Federal Express                                18.50
                                                  -------------
Total Costs                                             31.94
                                                  -------------
Total Due this Matter                                1,613.94
=============
```