IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: May 5, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**
*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886
United States District Court
District of Minnesota**

| | | | |
|---|---|---|---|
| 02/01/2005 | GHL | Work on brief in support of motion to compel certain discovery from Intercat withheld as privileged; | 0.50 |
| 02/01/2005 | DRB | Preparation of expert report on non-infringement | 6.40 |
| 02/01/2005 | DRB | Preparation for and telephone conference with Court regarding Motion to Compel | 0.90 |
| 02/01/2005 | KMW | Summary and analysis of refinery depositions. | 3.00 |
| 02/01/2005 | KMW | Preparation for telephonic hearing with Magistrate Judge; hearing; preparation of motion and supporting documents as permitted by Magistrate. | 2.60 |
| 02/01/2005 | KMW | Analysis of loaders in support of rebuttal to infringement expert report. | 2.00 |

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/01/2005 | SW | Organize and incorporate into binders, documents referenced in footnotes of Bartholic Expert Report | 6.50 |
| 02/01/2005 | KM | Work on summary judgment motions on damage issues; review caselaw regarding same. | 1.00 |
| 02/02/2005 | SW | Organize and incorporate into binders documents cited in Bartholic Expert Report. | 4.00 |
| 02/02/2005 | KMW | Analysis of report by Intercat damage expert and conference with Grace damage expert regarding same. | 1.30 |
| 02/02/2005 | KMW | Analysis of loader operations at refineries, conference w/DRB regarding the same in support of rebuttal infringement report. | 5.00 |
| 02/02/2005 | DRB | Preparation of expert report - non-infringement | 8.00 |
| 02/02/2005 | GHL | Work on summary judgment motions on damages-related issues;, including telephone conference with bankruptcy counsel regarding statutory bar to Intercat's claim for pre-petition damages. | 1.50 |
| 02/02/2005 | LL | Prepare binders for documents cited in Bartholic report; scanned in our expert reports for Levin; prepared files, depositions and Intercat documents; prepared deposition exhibit files. | 4.00 |
| 02/03/2005 | LL | Added all transcripts into Livenotes; prep binders for documents cited in Bartholic report; document search for deposition; prepared deposition files; searched for various pleadings | 4.00 |
| 02/03/2005 | GHL | Further work on damages issues, including review of transcript of Lippert 30b6 deposition on damages-related issues; review of information from Grace on placements of accused loaders and additive sales through the loaders, and analysis of Intercat's damages expert report relating to those issues; | 1.50 |
| 02/03/2005 | GHL | Work on summary judgment motion to preclude Intercat from collecting profits or price erosion damages under entire market value rule, including analysis of relevant case law; | 1.00 |
| 02/03/2005 | DRB | Travel to/from Grace Davison for meeting with expert (5.0 hours billed at half) | 2.50 |
| 02/03/2005 | DRB | Meeting with expert to prepare report on non-infringement | 7.00 |
| 02/03/2005 | KMW | Analysis of documents in support of rebuttal damages report. | 1.50 |
| 02/03/2005 | SW | Organize and incorporate into binders documents cited in Bartholic Expert Report. | 4.00 |
| 02/03/2005 | KM | Review materials relating to damages; consideration of issues for summary judgment on lost profits. | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/04/2005 | KM | Read damage cases in connection with motion for summary judgment; conference with Mr. Levin regarding assignments, licenses. | 6.00 |
| 02/04/2005 | SW | Finish organizing and incorporating into binders, documents cited in footnotes of Bartholic Expert Report. | 3.00 |
| 02/04/2005 | KMW | Analysis of loader operations and summary thereof in support of infringement rebuttal report. | 2.50 |
| 02/04/2005 | KMW | Analysis of documents in support of rebuttal damages report. | 0.70 |
| 02/04/2005 | KMW | Strategy meeting regarding motion filing. | 1.50 |
| 02/04/2005 | DRB | Preparation of expert report on non-infringement | 6.50 |
| 02/04/2005 | DRB | Strategy meeting for summary judgment briefing | 1.00 |
| 02/04/2005 | GHL | Meeting with members of trial team to map strategy for summary judgment motions on liability issues; telephone conference with Nol-Tec counsel regarding same | 1.50 |
| 02/04/2005 | GHL | Work on summary judgment motion relating to Intercat's lack of standing to sue for lost profits damages over certain time periods, including review of assignments and licenses to Intercat relating to the patent in suit; | 1.00 |
| 02/04/2005 | FTC | Reviewed deposition testimony of L. Albin. | 0.70 |
| 02/04/2005 | LL | Added all transcripts into Livenote; prep binders for documents cited in Bartholic report | 5.00 |
| 02/05/2005 | GHL | Fee Application, applicant -- preparation of fee petition for December 2004 | 0.70 |
| 02/05/2005 | DRB | Preparation of expert report – noninfringement | 6.20 |
| 02/05/2005 | DRB | Drafting Motion to Compel discovery regarding prosecution of patent application | 0.80 |
| 02/06/2005 | FTC | Reviewed deposition testimony of L. Albin and T. Spafford. | 3.10 |
| 02/07/2005 | FTC | Reviewed deposition testimony of T. Spafford, B. Bennett, G. Willison, and R. Snook. | 2.30 |
| 02/07/2005 | DRB | Preparation of expert report on non-infringement | 8.00 |
| 02/07/2005 | GHL | Review and revision of memorandum in support of motion to compel discovery on privileged communications; | 1.50 |
| 02/07/2005 | GHL | Review of financial and damage-related documents in preparation for discussion with consultants; | 0.80 |
| 02/07/2005 | KMW | Summary and analysis of refinery depositions. | 2.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/07/2005 | KMW | Fact-finding in support of rebuttal damages report; conference w/Nol-Tec and financial experts regarding the same. | 2.80 |
| 02/07/2005 | KMW | Update discovery interrogatory #8 and submit the same. | 0.70 |
| 02/07/2005 | KMW | Coordinate filing of motion to compel with Nol-Tec counsel | 0.50 |
| 02/07/2005 | KMW | Analysis of depositions and loader manuals and summary thereof in support of rebuttal infringement report. | 2.80 |
| 02/07/2005 | SW | Obtain copies of exhibits from depositions for D.Bailey, and K.Whitney; Obtain copies of documents referenced in Supplemental Attachment to Britven Report. | 7.00 |
| 02/07/2005 | KM | Read cases relating to entire market rule, convoyed sales; begin drafting motion for summary judgment; conference with Mr. Ziegler regarding technical background. | 6.00 |
| 02/08/2005 | KM | Work on motion for summary judgment on damage issues. | 6.00 |
| 02/08/2005 | SW | Obtain copies of deposition exhibits for D.Bailey and K.Whitney; Obtain copies of documents cited in Supplemental Attachment to Britven Report; Scan Plaintiff's Prior Art Statement into iManage | 7.50 |
| 02/08/2005 | KMW | Summary and analysis of refinery depositions. | 5.20 |
| 02/08/2005 | KMW | Analysis of loader operations in light of deposition testimony and summary thereof. | 1.70 |
| 02/08/2005 | GHL | Review of report of Intercat's damages expert, and review of documents cited in the report; | 1.00 |
| 02/08/2005 | DRB | Preparation of expert report on non-infringement; analysis of refinery depositions | 7.00 |
| 02/08/2005 | DRB | Preparing request for summary judgment page extension | 0.80 |
| 02/08/2005 | FTC | Reviewed operation of refurbished Nol-Tec one-ton, five-ton, and fresh catalyst loaders. | 5.10 |
| 02/09/2005 | FTC | Drafted summary of operation of Nol-Tec one-ton, five-ton, and fresh catalyst loaders. | 7.60 |
| 02/09/2005 | CEZ | Met with Grace damage consultant regarding expert reports. | 3.00 |
| 02/09/2005 | DRB | Preparation of expert report on non-infringement with analysis of refinery depositions | 5.80 |
| 02/09/2005 | GHL | Study of report of Intercat's damage expert and of supporting exhibits, and meeting in our offices with Grace damage experts to discuss faulty assumptions underlying the report and to discuss and formulate outline for proposed responsive report; | 5.50 |
| 02/09/2005 | KMW | Summary and analysis of refinery depositions. | 2.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/09/2005 | KMW | Conference with damage experts. | 4.00 |
| 02/09/2005 | KMW | Analysis of loader locations and operations and conference with Mr. Levin regarding the same. | 1.00 |
| 02/09/2005 | SW | Obtain copies of documents cited in Supplemental Attachment to Britven Report | 7.00 |
| 02/09/2005 | KM | Work on motion for summary judgment on damage issues. | 5.00 |
| 02/10/2005 | KM | Work on summary judgment motion; conference with Mr. Gering regarding damage theories. | 1.50 |
| 02/10/2005 | SW | Organize and incorporate into binders documents cited in Supplemental Attachment to Britven Report | 5.00 |
| 02/10/2005 | KMW | Summary and analysis of refinery depositions. | 1.80 |
| 02/10/2005 | KMW | Analysis of document production in light of alleged deficiencies; conference w/DRB regarding the same; correspondence w/Intercat regarding the same. | 1.50 |
| 02/10/2005 | KMW | Analysis of report of Intercat damage expert and correspondence w/Intercat regarding deficiencies in their document production. | 1.00 |
| 02/10/2005 | KMW | Legal research and analysis on damage issues. | 1.50 |
| 02/10/2005 | GHL | Review of further production from Intercat relating to methodology used by Intercat damages expert to develop lost profits calculations. | 0.70 |
| 02/10/2005 | DRB | Preparation of expert report on non-infringement; analysis of refinery depositions | 3.80 |
| 02/10/2005 | DRB | Reporting summary judgment briefing deal with Intercat and preparing letter to Court | 0.70 |
| 02/10/2005 | LL | Prepared binders regarding Bartholic Expert Report; prepared files of deposition exhibits for Bailey; scanned in various documents for team and client; prepared documents to send to Mr. Maggio over night. | 3.00 |
| 02/11/2005 | FTC | Drafted summary of operation of multi-loaders. | 2.50 |
| 02/11/2005 | GHL | Review of Intercat's motion to court for reconsideration of certain aspects of its claim construction order, and consult with Nol-Tec counsel regarding same; | 0.80 |
| 02/11/2005 | GHL | Fee Application, Applicant -- preparation of fee application for 15th quarterly period October-December 2004 | 1.20 |
| 02/11/2005 | DRB | Analysis of Intercat's request for re-consideration of claim construction | 1.50 |
| 02/11/2005 | DRB | Preparation of expert report on non-infringement | 5.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/11/2005 | SW | Organize and incorporate into binders documents cited in Supplemental Attachment to Britven Report by Intercat damage expert (Britven). | 7.00 |
| 02/11/2005 | KM | Complete first draft of summary judgment motion on damages. | 6.50 |
| 02/11/2005 | KMW | Legal research and analysis of damages. | 4.30 |
| 02/11/2005 | KMW | Review local rules and telephonic conference with court clerk regarding motion filing and pagination; preparation of motion documents regarding summary judgment pages. | 1.50 |
| 02/12/2005 | DRB | Preparation of motion to extend page limits for summary judgment | 0.60 |
| 02/12/2005 | DRB | Preparation of expert report on non-infringement | 5.30 |
| 02/12/2005 | DRB | Preparation of letter to Court to oppose Intercat's request for reconsideration of claim construction | 1.90 |
| 02/13/2005 | SW | Organize and incorporate into binders documents cited in Supplemental Attachment to Britven Report; Index deposition exhibits. | 3.00 |
| 02/14/2005 | SW | Send out binders for Britven Supplemental Attachment to J.Press at Parente Randolph.; Index deposition exhibits. | 7.00 |
| 02/14/2005 | KMW | Legal research and analysis of damages. | 1.60 |
| 02/14/2005 | KMW | Finalize motion to file excess pages and accompanying papers, electronically file and serve the same. | 3.00 |
| 02/14/2005 | KMW | Analysis of Intercat and Grace documents in support of damages rebuttal report, conference w/expert regarding the same. | 1.50 |
| 02/14/2005 | DRB | Drafting of letter to Judge Kyle in response to Intercat's request for reconsideration | 2.90 |
| 02/14/2005 | DRB | Preparation of non-infringement expert report | 5.10 |
| 02/14/2005 | GHL | Review draft of expert report on infringement issues; | 0.70 |
| 02/14/2005 | GHL | Work on summary judgment motion on damages issues; | 2.50 |
| 02/14/2005 | GHL | Development of responsive opposition to Intercat's request for reconsideration of Markman ruling, including review of Intercat's request, review of relevant portions of court's Markman Order of January 7, 2005, and drafting response for filing with court; | 1.50 |
| 02/14/2005 | LL | Updated iManage with scanned in documents; prepared files of new documents for production; indexed new documents; prepared Intercat document files for Whitney | 2.00 |
| 02/15/2005 | GHL | Review of draft expert report on non-infringement issues; | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/15/2005 | GHL | Review of Intercat's damage claim and development of strategy for addressing same; | 0.50 |
| 02/15/2005 | DRB | Preparation of summary judgment motion for non-infringement | 5.60 |
| 02/15/2005 | DRB | Analysis of Intercat's letter to Court regarding claim construction | 0.40 |
| 02/15/2005 | DRB | Preparation of expert report on non-infringement | 2.00 |
| 02/15/2005 | KMW | Legal research and analysis of damage issues. | 2.70 |
| 02/15/2005 | KMW | Summary and analysis of refinery depositions in support of rebuttal infringement report. | 1.30 |
| 02/15/2005 | KMW | Review of discovery requests and initial disclosures, conference w/DRB regarding the same; update discovery responses and disclosures. | 1.90 |
| 02/15/2005 | KMW | Analysis of loader operations in support of rebuttal infringement report. | 0.90 |
| 02/15/2005 | LL | Attended to and assisted in the preparation of a witness file for Nash; searched document production for various patents; updated various research files | 2.50 |
| 02/15/2005 | LL | Prepared deposition transcripts and exhibits for Bailey; prepared production files for new documents; performed document search for Whitney regarding Intercat documents; scanned in various documents for team and client | 5.00 |
| 02/16/2005 | AV | Conducting legal research on law of indefiniteness, burdens of proof, and proof of same for summary judgment motion. | 2.00 |
| 02/16/2005 | SW | Index deposition exhibits. | 3.00 |
| 02/16/2005 | KMW | Analysis and summary of loader operations. | 1.50 |
| 02/16/2005 | KMW | Update discovery responses and initial disclosures and serve the same. | 1.50 |
| 02/16/2005 | DRB | Preparation of summary judgment motion on non-infringement | 4.90 |
| 02/16/2005 | DRB | Telephone conference with Intercat's counsel regarding letter to Court on claim construction issues | 0.50 |
| 02/16/2005 | DRB | Preparation of expert report on non-infringement | 2.00 |
| 02/16/2005 | LL | Updated deposition exhibits, for transcripts taken by phone, with real stickers; scanned in documents for team and client; updated production files | 2.00 |
| 02/17/2005 | LL | Document search through pleadings and production documents for various documents for Whitney | 2.00 |
| 02/17/2005 | DRB | Preparation of summary judgment motion on non-infringement | 7.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/17/2005 | DRB | Preparation of expert report on non-infringement | 0.50 |
| 02/17/2005 | DRB | Analysis of Intercat's opposition to Motion to Compel | 0.50 |
| 02/17/2005 | KMW | Analysis of Grace documents in support of non-infringement position. | 0.50 |
| 02/17/2005 | SW | Index deposition exhibits. | 4.00 |
| 02/18/2005 | SW | Index deposition exhibits/incorporate into binders. | 4.50 |
| 02/18/2005 | KMW | Analysis of Intercat's opposition to motion to compel discovery. | 0.30 |
| 02/18/2005 | KMW | Analysis of models and testimony thereto in support of summary judgment motion. | 4.30 |
| 02/18/2005 | KMW | Analysis of Grace documents in support of rebuttal damages report. | 0.50 |
| 02/18/2005 | KMW | Analysis of loaders in support of rebuttal infringement report. | 0.90 |
| 02/18/2005 | DRB | Preparation of summary judgment motion for non-infringement | 7.00 |
| 02/18/2005 | DRB | Preparation of expert report on non-infringement | 1.00 |
| 02/18/2005 | LL | Updated deposition exhibits, including remarking plaintiff exhibits, to update deposition files and make complete; scanned in documents for team and client; updated various indices; prepared documents to send to Parente | 4.00 |
| 02/20/2005 | LL | Prepared new document production files regarding refineries | 2.50 |
| 02/21/2005 | DRB | Preparation of expert report on non-infringement | 4.00 |
| 02/21/2005 | DRB | Preparation of summary judgment motion on non-infringement | 3.00 |
| 02/22/2005 | FTC | Reviewed materials relating to Macawber loaders. | 1.10 |
| 02/22/2005 | DRB | Preparation of expert report on non-infringement | 6.90 |
| 02/22/2005 | DRB | Preparation for and arguing Motion to Compel | 0.50 |
| 02/22/2005 | DRB | Preparation of summary judgment motion on non-infringement | 0.60 |
| 02/22/2005 | LL | Attended to and assisted in the preparation of witness files for Teitman, Solt and Bartholic; prepared files of exhibits for Bailey | 6.00 |
| 02/22/2005 | AV | Continued conducting legal research on law of indefiniteness, burdens of proof, prepared memo summarizing same | 4.40 |
| 02/22/2005 | SW | Organize/label/index Plaintiff's Deposition Exhibits - figure out which deps they belong to. | 7.00 |
| 02/22/2005 | KMW | Analysis of rebuttal expert report and conference w/DRB regarding the same. | 1.30 |
| 02/22/2005 | KMW | Preparation for and attend to filing of motion to compel discovery. | 0.40 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/22/2005 | KMW | Analysis of models and deposition testimony in support of SJ motion. | 1.00 |
| 02/22/2005 | KMW | Analysis of Grace documents and refinery depositions in support of rebuttal damages report. | 0.80 |
| 02/23/2005 | KMW | Analysis of rebuttal damages report and refinery depositions, and conference w/expert regarding the same. | 3.20 |
| 02/23/2005 | SW | Organize/label/index Plaintiff's Deposition Exhibits. | 7.00 |
| 02/23/2005 | LL | Attended to and assisted in the preparation of documents for Levin regarding the Supplemental Britven Report; prepared documents to send to Teitman; prepared deposition transcripts for Bailey; prepared original production files to go into cabinets | 6.00 |
| 02/23/2005 | AV | Conducted legal research on the law of doctrine of equivalents generally, the application of prosecution history estoppel, and the scope of the all limitations rule; prepared memo summarizing same for use in summary judgment. | 2.50 |
| 02/23/2005 | GHL | Review of draft report by Grace's damages experts; comparison against report of Intercat's damages expert; consideration of issues to be addressed in the report; review of documents as produced by Grace relating to loader placements and additive usage through accused loaders; review of Supplemental expert report of Intercat damage expert and consideration of changes to be in Grace damage report as a result; | 5.50 |
| 02/23/2005 | DRB | Preparation of expert report on non-infringement | 5.00 |
| 02/23/2005 | DRB | Preparation of summary judgment motion on non-infringement | 3.00 |
| 02/24/2005 | DRB | Preparation of summary judgment motion on non-infringement | 4.00 |
| 02/24/2005 | DRB | Preparation of expert report on non-infringement | 4.00 |
| 02/24/2005 | GHL | Meeting with damages experts to review draft expert report and discuss damage theory; review of supplemental damage report from Intercat expert and development of response to be made to same; | 4.00 |
| 02/24/2005 | GHL | Review of draft report from Grace expert on infringement issues; | 1.00 |
| 02/24/2005 | AV | Continued conducted legal research on the law of doctrine of equivalents generally, the application of all limitations rule | 2.50 |
| 02/24/2005 | LL | Attended to and assisted in the preparation of documents o send to damage experts; updated various witness files; document search through Intercat production for Levin, Bailey and Whitney | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/24/2005 | SW | Organize/label/index Plaintiff's Deposition Exhibits - figure out which deps they belong to.; get copies of Plaintiff's Exhibits for K.Whitney and J.Press. | 4.50 |
| 02/24/2005 | KMW | Analysis of damages rebuttal report, analysis of Britven supplemental damages report, conference w/expert regarding the same. | 3.90 |
| 02/24/2005 | KMW | Analysis of models in support of SJ motion, conference w/DRB regarding the same. | 1.20 |
| 02/25/2005 | KMW | Analysis of rebuttal damages report and telephonic conference w/expert regarding the same. | 1.00 |
| 02/25/2005 | KMW | Analysis of Grace's models, telephonic conference w/client regarding the same, preparation of affidavits in support of summary judgment. | 5.30 |
| 02/25/2005 | SW | Organize/label/index Plaintiff's Deposition Exhibits. | 3.00 |
| 02/25/2005 | DRB | Telephone conference with Shahab Parva and preparation of affidavit for summary judgment motion | 1.50 |
| 02/25/2005 | DRB | Telephone conference with expert Teitman concerning expert report and revisions to report | 3.50 |
| 02/25/2005 | DRB | Preparation of summary judgment motion for noninfringement | 3.50 |
| 02/26/2005 | DRB | Preparation of summary judgment motion for noninfringement | 3.00 |
| 02/26/2005 | DRB | Preparation of expert report on non-infringement | 5.00 |
| 02/26/2005 | KMW | Analysis of Grace models and preparation of affidavits in support of summary judgment of non-infringement. | 1.50 |
| 02/26/2005 | KMW | Analysis of loader operations and summary of the same in support of rebuttal damages report. | 0.50 |
| 02/27/2005 | DRB | Preparation of summary judgment motion for noninfringement | 7.00 |
| 02/27/2005 | DRB | Preparation of expert report on non-infringement | 1.00 |
| 02/28/2005 | DRB | Preparation of summary judgment motion on noninfringement | 4.50 |
| 02/28/2005 | DRB | Preparation of affidavits to support summary judgment motion on noninfringement | 1.80 |
| 02/28/2005 | DRB | Preparation of expert report on noninfringement | 1.50 |
| 02/28/2005 | KMW | Analysis of Grace models; telephonic conference w/client regarding the same; preparation of affidavits in conjunction w/client in support of summary judgment of non-infringement. | 4.10 |
| 02/28/2005 | KMW | Analysis of Grace documents in support of summary judgment motion of non-infringement. | 0.30 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/28/2005 | KMW | Analysis of rebuttal damages report and conference w/expert regarding the same. | 0.80 |
| 02/28/2005 | GHL | Review of underlying documents and work with experts on damages report; | 0.80 |
| 02/28/2005 | SW | Organize/Index Deposition Exhibits. | 4.00 |
| 02/28/2005 | LL | Attended to and assisted in the preparation of witness files for Solt, Bartholic and Teitman; prepared dirt search on Bartholic; scanned in various documents; prepared exhibits for expert report of Teitman | 5.50 |

|  |  | SERVICES | $ | 157,122.50 |

| Initials | Name | Hours | | Rate |
|---|---|---|---|---|
| GHL | GARY H. LEVIN | 36.20 | hours at $ | 490.00 |
| DRB | DAVID R. BAILEY | 182.40 | hours at $ | 405.00 |
| CEZ | CHAD E. ZIEGLER | 3.00 | hours at $ | 315.00 |
| FTC | FRANK T. CARROLL | 22.40 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 103.60 | hours at $ | 235.00 |
| KM | KATHLEEN MILSARK | 36.00 | hours at $ | 405.00 |
| LL | LARRY LABELLA | 57.50 | hours at $ | 135.00 |
| AV | ANGELA VERRECCHIO | 11.40 | hours at $ | 215.00 |
| SW | SUZANNE WALLACE | 98.00 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| | |
|---|---:|
| ASSOCIATE SERVICES | 175.00 |
| FACSIMILE | 4.00 |
| WITNESS/EXPERT FEES | 107,792.08 |
| COURT REPORTERS | 4,747.80 |
| POSTAGE & DELIVERY | 36.86 |
| PHOTOCOPYING | 12,499.35 |
| COMPUTER SEARCH | 506.27 |
| TRAVEL & EXPENSES | 131.34 |

| | | |
|---|---|---:|
| DISBURSEMENT TOTAL | $ | 125,892.70 |
| SERVICE TOTAL | $ | 157,122.50 |
| **INVOICE TOTAL** | $ | **283,015.20** |

| | | |
|---|---|---|
| 2/05/05 | **Travel and Expense: Vendor David Bailey** | |
| | **Transportation**:  Purpose of trip: Meeting with Expert at Grace in Columbia, Maryland | |
| | **Miles:**        260 Miles @ $0.325 per mail | $ 85.00 |
| | **Tolls:** | $ 10.00 |
| | **Parking Fees:** | $ 20.00 |
| | **Meals**: | $ 16.34 |
| | TOTAL EXPENSE: | $131.34 |