The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Janet S Baer | Partner | 1982 | Bankruptcy | $685.00 | 142.30 | $97,475.50 |
| David M Bernick, P.C. | Partner | 1978 | Litigation | $825.00 | 20.30 | $16,747.50 |
| Salvatore F Bianca | Associate | 2003 | Bankruptcy | $420.00 | 69.90 | $29,358.00 |
| Samuel Blatnick | Associate | 2002 | Bankruptcy | $375.00 | 144.20 | $54,075.00 |
| Christopher C Chiou | Associate | 2004 | Litigation | $245.00 | 115.00 | $28,175.00 |
| Tobias D Chun | Associate | 1996 | Environmental | $375.00 | 20.30 | $7,612.50 |
| John Donley | Partner | 1985 | Litigation | $565.00 | 33.50 | $18,927.50 |
| Jonathan Friedland | Partner | 1994 | Bankruptcy | $540.00 | 79.90 | $43,146.00 |
| Gregory W Gallagher | Partner | 1997 | Taxation | $515.00 | 7.50 | $3,862.50 |
| Mark E Grummer | Partner | 1976 | Environmental | $515.00 | 48.80 | $25,132.00 |
| Barbara M Harding | Partner | 1988 | Litigation | $480.00 | 14.70 | $7,056.00 |
| William B Jacobson | Partner | 1994 | Litigation | $450.00 | 141.30 | $63,585.00 |
| Andrea L Johnson | Associate | 2004 | Bankruptcy | $280.00 | 80.20 | $22,456.00 |
| James W Kapp | Partner | 1994 | Bankruptcy | $610.00 | 33.00 | $20,130.00 |
| Natalie H Keller | Partner | 1997 | Taxation | $515.00 | 6.20 | $3,193.00 |
| Christopher Landau | Partner | 1990 | Litigation | $565.00 | 47.00 | $26,555.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $460.00 | 43.50 | $20,010.00 |
| Tyler D Mace | Associate | 2003 | Litigation | $285.00 | 175.30 | $49,960.50 |
| Todd F Maynes, P.C. | Partner | 1987 | Taxation | $690.00 | 22.80 | $15,732.00 |
| Brett H McGurk | Associate | 2000 | Litigation | $410.00 | 15.70 | $6,437.00 |
| Joseph Nacca | Associate | 2003 | Bankruptcy | $280.00 | 69.50 | $19,460.00 |
| John C O'Quinn | Associate | 2001 | Litigation | $380.00 | 44.60 | $16,948.00 |
| Rachel Schulman | Of Counsel | 1989 | Bankruptcy | $520.00 | 59.00 | $30,680.00 |
| Pratibha J Shenoy | Associate | 2001 | Taxation | $400.00 | 15.50 | $6,200.00 |
| Michael D Shumsky | Associate | 2004 | Litigation | $285.00 | 13.50 | $3,847.50 |
| Lori Sinanyan | Associate | 2000 | Bankruptcy | $455.00 | 56.20 | $25,571.00 |
| Laurence A Urgenson | Partner | 1975 | Litigation | $610.00 | 22.30 | $13,603.00 |
| | | | | **Total for Attorneys** | **1,542.00** | **$675,935.50** |

The paraprofessionals of K&E who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the Applicant and Number of Years as a Paraprofessional | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A Arundel | Legal Assistant    8 Years | Bankruptcy | $215.00 | 28.80 | $6,192.00 |
| Amy M Balkema | Legal Assistant    2 Years | Litigation | $160.00 | 18.00 | $2,880.00 |
| Donna J Hatcher | Technology Services    2 Years | Litigation | $185.00 | 19.00 | $3,515.00 |
| Michael D Nicolalda | Project Assistant    8 Months | Litigation | $130.00 | 31.00 | $4,030.00 |
| Terrell D Stansbury | Legal Assistant    3 Years | Litigation | $175.00 | 58.00 | $10,150.00 |
| Toni L Wallace | Legal Assistant    4 Years | Bankruptcy | $215.00 | 19.30 | $4,149.50 |
| Tiffany J Wood | Project Assistant    1 Year | Bankruptcy | $140.00 | 76.50 | $10,710.00 |
| | | **Total for Paraprofessionals** | | 250.60 | $41,626.50 |

Grand Total for Fees: **$717,562.00**
Blended Rate:              **$400.29**

## Compensation by Matter

| Matter Number | Matter Description | Total Hours | Total Fees Requested |
|---|---|---|---|
| 19 | Claims Analysis Objection & Resolution (Non-Asbestos) | 151.60 | $71,396.00 |
| 20 | Case Administration | 110.50 | $20,787.00 |
| 21 | Claims Analysis Objection & Resolution (Asbestos) | 494.40 | $220,098.50 |
| 23 | Business Operations | 8.20 | $5,377.50 |
| 28 | Litigation and Litigation Consulting | 187.20 | $89,689.00 |
| 30 | Hearings | 17.60 | $11,515.00 |
| 32 | Fee Applications, Applicant | 41.50 | $12,606.50 |
| 35 | Fee Applications, Others | 0.30 | $205.50 |
| 37 | Plan and Disclosure Statement | 113.70 | $50,843.00 |
| 38 | Employment Applications, Others | 15.50 | $7,295.00 |
| 41 | Tax Issues | 30.10 | $19,450.00 |
| 42 | Travel non-working | 24.00 | $13,387.50 |
| 46 | Tax Litigation | 23.20 | $10,428.00 |
| 57 | Montana Grand Jury Investigation | 574.80 | $184,483.50 |
|  | **Total** | **1792.60** | **$717,562.00** |

## Expense Summary

| Description | Amount |
| --- | --- |
| Telephone | $2,897.60 |
| Fax Charge | $54.99 |
| Standard Copies | $6,384.95 |
| Binding | $8.75 |
| Tabs/Indexes/Dividers | $2.40 |
| Color Copies | $270.00 |
| Scanned Images | $1,001.40 |
| Postage | $3.00 |
| Overnight Delivery | $485.28 |
| Outside Messenger Services | $304.95 |
| Local Transportation | $121.00 |
| Travel Expense | $2,120.78 |
| Airfare | $8,994.85 |
| Transportation to/from airport | $993.84 |
| Travel Meals | $418.86 |
| Other Travel Expenses | $109.44 |
| Court Reporter Fee/Deposition | $1,356.61 |
| Filing Fees | $750.00 |
| U.S. Local Counsel Fees | $79.11 |
| Outside Video Services | $660.94 |
| Outside Copy/Binding Services | $7,034.84 |
| Working Meals/K&E Only | $9.07 |
| Working Meals/K&E and Others | $1,266.16 |
| Information Broker Doc/Svcs | $232.75 |
| Library Document Procurement | $50.00 |
| Computer Database Research | $6,733.13 |
| Overtime Transportation | $974.84 |
| Overtime Meals | $36.00 |
| Overtime Meals - Attorney | $1,204.61 |
| Secretarial Overtime | $1,370.29 |
| Miscellaneous Office Expenses | $373.77 |
| **Total** | **$46,304.21** |

**WHEREFORE**, K&E respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of **$717,562.00** for reasonable and necessary professional services K&E has rendered to the Debtors during the Fee Period **(574,049.60)** and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by K&E during the Fee Period **($46,304.21)**; (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: April 14, 2005

Respectfully submitted,

KIRKLAND & ELLIS LLP

_Janet S. Baer_   WP- JSN
James H.M. Sprayregen, P.C.
Janet S. Baer
James W. Kapp III
Samuel L. Blatnick
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 5, 2005, at 4:00 p.m. |
| | | Hearing Date:   TBD only if necessary |

## FEE DETAIL FOR KIRKLAND & ELLIS LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.