IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 5, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR NELSON MULLINS RILEY**
**& SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR**
**THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 17, 2005  
Invoice 673027  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 02/28/05 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

02/02/05  Review communication from EPA representative relating to site (0.1); confer with Mr. Melchers regarding claims issues related to same (0.2); forward communication to client contact and leave detailed voice mail message to EPA representative (0.1).  
R.T. CARLISLE                                  0.40 hrs.    260.00/hr                  $104.00

02/03/05  Confer with client representative regarding claim filed by United States (0.3); confer with representatives of EPA and DOJ regarding same (0.4); detailed voice mail message to client representative regarding same (0.1).  
R.T. CARLISLE                                  0.80 hrs.    260.00/hr                  $208.00

02/04/05  Electronic mail memorandum to client representative regarding response to EPA and DOJ relating to claim (0.1); detailed voice mail regarding same (0.1).  
R.T. CARLISLE                                  0.20 hrs.    260.00/hr                   $52.00

02/07/05  Draft electronic mail memorandum to Mr. Doyle regarding claim for site (0.2); review draft consent decree for proper classification of settlement (0.2); detailed voice mail message to client representative regarding same (0.1); review electronic mail memorandum from client representative regarding classification issue (0.1); edit and transmit electronic mail memorandum to Mr. Doyle (0.1).  
R.T. CARLISLE                                  0.70 hrs.    260.00/hr                  $182.00

02/09/05  Review electronic mail memorandum from DOJ representative (0.1); electronic mail memorandum to client representative regarding same (0.1).  
R.T. CARLISLE                                  0.20 hrs.    260.00/hr                   $52.00

02/11/05  Review electronic mail memorandum from DOJ representative relating to claim.  
R.T. CARLISLE                                  0.10 hrs.    260.00/hr                   $26.00

02/11/05  Update file with correspondence, etc., and provide information for Attorney Carlisle's review.  
K. LUCAS                                       0.10 hrs.     75.00/hr                    $7.50

**Fees for Legal Services**......................................................................................... **$631.50**

W.R. Grace & Co.

March 17, 2005
Invoice 673027  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 2.40 | 260.00 | 624.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 2.50 | $252.60 | $631.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 02/02/2005 | Telephone 1-212-637-3165 | 0.05 |
| 02/02/2005 | Telephone 1-410-531-4210 | 0.10 |
| 02/03/2005 | Telephone 1-410-531-4210 | 0.10 |
| 02/03/2005 | Telephone 1-443-803-5751 | 0.90 |
| 02/03/2005 | Telephone 1-212-637-3165 | 0.10 |
| 02/03/2005 | Telephone 1-410-531-4210 | 0.10 |
| 02/07/2005 | Telephone 1-410-531-4210 | 0.05 |
| 02/28/2005 | Telephone 1-410-531-4210 | 0.25 |

**Total Charges for Other Services Provided/Expenses Incurred**..................................... **$1.65**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.65 |
| TOTAL | $1.65 |

**Net current billing for this invoice** ................................................................................. **$633.15**

**GRAND TOTAL**............................................................................................................. **$633.15**

W.R. Grace & Co.
March 17, 2005
Invoice 673027  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

| | |
|---|---|
| Fees for Professional Services | $631.50 |
| Charges for Other Services Provided/Expenses Incurred | $1.65 |
| **Net current billing for this invoice** | **$633.15** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 17, 2005
Invoice 673028 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 02/28/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

02/03/05  Review several messages regarding OCRM correspondence on isolated wetlands, and review federal regulation on clean up in wetlands to discuss with RMT and OCRM (0.4); contact Mr. Bailey regarding coordination of Nationwide Permit with Corps and OCRM (0.1).
N.J. SMITH                 0.50 hrs.    290.00/hr           $145.00

02/08/05  Telephone conference with Mr. Ball of Corps regarding planned impacts, process coordination with OCRM for both upland wetlands and marsh (0.5); telephone conference with Mr. Hanley regarding wetlands permit for clean up excavation, restoration plans and delineation report, strategy for state and federal agency coordination, scope of information for application; continue review of full size plans, note corrections for agency processing (0.6).
N.J. SMITH                 1.10 hrs.    290.00/hr           $319.00

02/09/05  Follow up on stormwater issue and reply to Mr. Bucens (0.3); review correspondence from RMT to DHEC regarding excavation alteration issue and continue drawing review (0.2).
N.J. SMITH                 0.50 hrs.    290.00/hr           $145.00

02/10/05  Office conference with Mr. Epps at DHEC regarding water quality certification and permit process, coordination meeting for Land and Waste Bureau, Water Bureau, OCRM and Corps for pre-application review, discuss impacts and schedule.
N.J. SMITH                 0.40 hrs.    290.00/hr           $116.00

02/11/05  Complete review and comments on drawings for wetland permit (0.3); contact Mr. Hanley regarding coordination of staff for meeting, comments on drawings (0.1).
N.J. SMITH                 0.40 hrs.    290.00/hr           $116.00

02/11/05  Update file with incoming correspondence, etc., for Attorney Smith.
K. LUCAS                   0.10 hrs.    75.00/hr              $7.50

02/14/05  Complete mark up of notes to add to permit drawings, follow up with Mr. Hanley on same, coordination for pre-application meeting (0.3); telephone conference with Mr. Hughes regarding project manager for permit, meeting request (0.9); conference call with Mr. Bailey, Mr. Bucens, Mr. Hanley and Mr. Crocker regarding permitting issues, removal of restoration and pursuing permanent fill for on site wetlands (0.3); telephone conference with Mr. Hance regarding off site cost of mitigation credits (0.1); prepare short memo to Mr. Bucens on schedule and cost as requested (0.2).
N.J. SMITH                 1.80 hrs.    290.00/hr           $522.00

02/15/05  Telephone conference with Mr. Bailey regarding final drawing form and comments, scheduling for DHEC review (0.2); telephone conference with Mr. Hance regarding mitigation credits, critical area credits (0.2); complete memo to Mr. Bucens (0.5).

W.R. Grace & Co.
March 17, 2005
Invoice 673028 Page 2

| | | | |
|---|---|---|---|
| | N.J. SMITH | 0.90 hrs. 290.00/hr | $261.00 |

02/16/05 Review notes and drawings to prepare for call (0.2); telephone conference with Ms. Smith, Mr. Hanley, et al, of RMT regarding wetlands permit application, details for same, mitigation, coordination for pre-application meeting (0.7); telephone conference with Mr. Joyner regarding staff assigned to permit for OCRM (0.2).
N.J. SMITH 1.10 hrs. 290.00/hr $319.00

02/17/05 Analyze SOP from RMT for impacts and mitigation for development of strategy with permitting agencies.
N.J. SMITH 0.40 hrs. 290.00/hr $116.00

**Fees for Legal Services**................................................................................ **$2,066.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 7.10 | 290.00 | 2,059.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 7.20 | $287.01 | $2,066.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

02/24/2005   VENDOR: Ikon Office Solutions; INVOICE#: L07131182; DATE: 2/24/2005                                                                         22.95

**Total Charges for Other Services Provided/Expenses Incurred**.................... **$22.95**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| CopyOut | 22.95 |
| TOTAL | $22.95 |

**Net current billing for this invoice** ............................................................. **$2,089.45**

**GRAND TOTAL**............................................................................................. **$2,089.45**

W.R. Grace & Co.

March 17, 2005
Invoice 673028  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---:|
| Fees for Professional Services | $2,066.50 |
| Charges for Other Services Provided/Expenses Incurred | $22.95 |
| **Net current billing for this invoice** ............................................................ | **$2,089.45** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 17, 2005  
Invoice 673029 Page 1

Our Matter #         02399/06091                              For Services Through 02/28/05  
Name of Matter:      Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/01/05 | Analyze bills and draft December 2004 Fee Application for attorney review (2.3); revise 15th Quarterly Fee Application and Summary with additional information obtained from December 2004 invoices (2.2).<br>A.R. PRICE | 4.50 hrs. | 105.00/hr | $472.50 |
| 02/02/05 | Edit and review December 2004 Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 02/02/05 | Edit and revise 15th Quarterly Fee Application after revisions to include December billing.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 02/11/05 | Provide materials for Attorney Hawkins' review.<br>K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 02/28/05 | Review PACER to determine status of CONO for November 2004 Fee Application (0.1); update chart (0.1).<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/28/05 | Edit and review final revisions to 15th Quarterly Fee Application.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 02/28/05 | Edit, finalize, and compile exhibits for 15th Quarterly Fee Application.<br>A.R. PRICE | 1.10 hrs. | 105.00/hr | $115.50 |

**Fees for Legal Services**................................................................................................... **$815.50**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.00 | 220.00 | 220.00 |
| A.R. PRICE | 5.60 | 105.00 | 588.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 6.70 | 121.72 | 815.50 |

**Net current billing for this invoice** ............................................................... **$815.50**

**GRAND TOTAL**............................................................................................ **$815.50**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

---

| | |
|---|---:|
| Fees for Professional Services | $815.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$815.50** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Vicki B. Finkelstein  
7500 Grace Drive  
Columbia, MD  21044

March 17, 2005  
Invoice 673031  Page  1

Our Matter #           02399/06092                          For Services Through 02/28/05  
Name of Matter:        Laurens County Property


| Date | Description | | | Amount |
|---|---|---|---|---|
| 02/14/05 | Research file and provide information for Attorney Carlisle's review. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |
| 02/15/05 | Confer with Ms. Finkelstein regarding restrictive covenants (0.1); detailed voice mail message to Mr. Webb regarding agreement (0.2). | | | |
| | R.T. CARLISLE | 0.30 hrs. | 260.00/hr | $78.00 |
| 02/22/05 | Confer with Mr. Webb regarding arrangements for landfill cells (0.3); electronic mail memorandum to Ms. Finkelstein regarding status (0.2). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 260.00/hr | $130.00 |
| 02/23/05 | Confer with Messrs. Medler and Emmett regarding design of cover and maintenance of land at Scuffletown Road in Laurens County (0.3); detailed voice mail message to Mr. Webb requesting related documents (0.1); edit draft declaration covenants (0.4); respond to electronic mail memorandum from Ms. Finkelstein (0.1); confer with Attorney Fant regarding side agreement issues (0.2). | | | |
| | R.T. CARLISLE | 1.10 hrs. | 260.00/hr | $286.00 |
| 02/24/05 | Detailed voice mail message to Mr. Webb regarding documents and need for sending by FedEx for weekend receipt. | | | |
| | R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |

**Fees for Legal Services**................................................................................ **$527.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 2.00 | 260.00 | 520.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 2.10 | 251.19 | 527.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/23/2005 | Telephone 1-410-531-4751 | 0.70 |
| 02/24/2005 | Telephone 1-202-514-3907 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred**.................... | | **$0.80** |

W.R. Grace & Co.

March 17, 2005
Invoice 673031 Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Telephone | 0.80 |
| TOTAL | $0.80 |

**Net current billing for this invoice** ................................................................................ $528.30

**GRAND TOTAL**........................................................................................................... **$528.30**

W.R. Grace & Co.
March 17, 2005
Invoice 673031 Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Laurens County Property
Our Matter # 02399/06092

| | |
|---|---|
| Fees for Professional Services | $527.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.80 |
| **Net current billing for this invoice** ............................................................... | **$528.30** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| W. R. Grace & Co.<br>ATTN: Vicki B. Finkelstein<br>7500 Grace Drive<br>Columbia, MD  21044 | March 17, 2005<br>Invoice 673030  Page  1 |

| | | |
|---|---|---|
| Our Matter #<br>Name of Matter: | 02399/09007<br>Alchem Chemical Co. | For Services Through 02/28/05 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 02/11/05 | Follow up on first amendment.<br>J.E. HOLMES | 0.50 hrs. | 260.00/hr | $130.00 |
| 02/14/05 | Message from Ms. Johns with waste determination submittal, review same and analyze for any comments.<br>N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |
| 02/15/05 | Continue review of regulations and waste determination and development of comments on same.<br>N.J. SMITH | 0.60 hrs. | 290.00/hr | $174.00 |
| 02/16/05 | Prepare notes on analysis on waster determination for discussion with Ms. Johns.<br>N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 02/22/05 | Review notes and call Ms. Johns regarding waste determination, discuss land disposal restrictions, determine analysis accurate and discuss real estate boundary issue for replacement well, potential for replacement to be on Fulton County parcel (0.6); telephone conference with Attorney Holmes regarding real estate file information to show parcel boundary, or prior access agreement with county (0.2).<br>N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |

**Fees for Legal Services**................................................................................................... **$855.00**


## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.50 | 290.00 | 725.00 |
| J.E. HOLMES | 0.50 | 260.00 | 130.00 |
| TOTAL | 3.00 | 285.00 | 855.00 |

**Net current billing for this invoice** ................................................................................ **$855.00**

**GRAND TOTAL**............................................................................................................. **$855.00**

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

---

| | |
|---|---|
| Fees for Professional Services | $855.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$855.00** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 17, 2005  
Invoice 673026  Page  1

Our Matter #          02399/06000                         For Services Through 02/28/05  
WR Grace #           063-KL-721490-01-501251  
Name of Matter:      General

| | | | |
|---|---|---|---|
| 02/09/05 | Locate and provide information for Attorney Carlisle's review regarding air issue. | | |
| | K. LUCAS | 0.70 hrs.   75.00/hr | $52.50 |

**Fees for Legal Services**..................................................................................  **$52.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| K. LUCAS | 0.70 | 75.00 | 52.50 |
| TOTAL | 0.70 | $75.00 | $52.50 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/17/2005 | VENDOR: Rose-Marie T. Carlisle; INVOICE#: 021005; DATE: 2/17/2005 - Phone charages for conference call with Lydia Duff, Bob Emmett and other Grace Representatives on 1/5/05. | 14.70 |
| 02/22/2005 | Telephone 1-864-234-9363 | 0.05 |
| 02/23/2005 | Telephone 1-864-234-9363 | 0.10 |
| 02/24/2005 | Telephone 1-864-234-9363 | 0.10 |
| 02/28/2005 | Telephone 1-864-234-9363 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred**................................... **$15.00**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.30 |
| Telephone - Out | 14.70 |
| TOTAL | $15.00 |

**Net current billing for this invoice** ................................................................ **$67.50**

**GRAND TOTAL**.................................................................................................. **$67.50**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/28/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---:|
| Fees for Professional Services | $52.50 |
| Charges for Other Services Provided/Expenses Incurred | $15.00 |
| **Net current billing for this invoice** | **$67.50** |

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC