IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

*Modified* **ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

WHEREAS, on November 13, 2004, the Debtors filed their Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief (the "Estimation Motion"); and

WHEREAS, a hearing on the Estimation Motion (the "Estimation Motion Hearing") was held on January 21, 2005; and

WHEREAS, at the Estimation Motion Hearing, the Court ordered the Asbestos Personal Injury Committee (the "PI Committee"), the Futures Claim Representative (the "FCR"), and the Debtors to negotiate (a) a case management order to govern the estimation of asbestos personal injury claims (the "Case Management Order"), and (b) the form of the Debtors' proposed proof of claim/questionnaire for asbestos personal injury pre-petition litigation claims (the "Questionnaire"); and

WHEREAS, despite their best efforts, the parties have been unable to reach agreement regarding the Case Management Order and the Questionnaire; and

WHEREAS, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

DOCS_DE:106765.1

WHEREAS, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

WHEREAS, venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

IT IS HEREBY:

1. ORDERED that the hearing on the Case Management Order and the Questionnaire will commence on June 6, 2005 at 9:00 a.m. (Eastern Standard Time) in Pittsburgh, Pennsylvania; and it is further

2. ORDERED that the following schedule shall govern the deadlines with respect to the Case Management Order and Questionnaire:

   A. The Debtors shall file their motion for entry of an order approving the Case Management Order and Questionnaire on or before April 18, 2005;
   B. The ~~PI Committee and the FCR~~ *any party in interest* shall file their respective responses to the Debtors' motion on or before May 18, 2005; and
   C. The Debtors *and any party in interest* shall file replies ~~in support of their motion~~ on or before May 31, 2005. Each reply shall be limited to five pages.

Wilmington, Delaware
Dated: __4/15__, 2005

                                        */s/ Judith K. Fitzgerald*
                                        Honorable Judith K. Fitzgerald
                                        United States Bankruptcy Judge

DOCS_DE:106765.1