# EXHIBIT "A"

Exhibit A

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of October 1, 2004 through December 31, 2004**

Summary of Services Rendered by Project Category

| Category Code | Category Description | Oct-Dec 2004 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Proceeding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 23.9 | 387.3 | 411.2 | 0.0 | 411.2 |
| 11 | Fee Applications, Applicant | 56.5 | 636.3 | 692.8 | 249.0 | 941.8 |
| 14 | Hearings | 0.0 | 36.4 | 36.4 | 0.0 | 36.4 |
| 20 | Travel - Non-working | 0.0 | 156.6 | 156.6 | 0.0 | 156.6 |
| 24 | Other | 7.7 | 105.5 | 113.2 | 5058.2 | 5171.4 |
| 26 | Business Analysis (for financial advisors) | 11.5 | 874.7 | 886.2 | 0.0 | 886.2 |
| 27 | Corporate Finance (for financial advisors) | 62.2 | 1698.2 | 1760.4 | 0.0 | 1760.4 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
| | **TOTAL** | 161.8 | 4402.2 | 4564.0 | 5307.2 | 9871.2 |

## Exhibit A

### WR Grace & Co., ET AL.,
### Time Detail- Conway, Del Genio, Gries & Co., LLC
### For the Period of October 1, 2004 through December 31, 2004

### Summary of Services Rendered by Professional

| Name | Hours |
|------|-------|
| Michael Gries, Member | 0.0 |
| Gregory Boyer, Managing Director | 63.0 |
| Stephanie Jones, Associate | 98.8 |
| **TOTAL** | 161.8 |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2004 through December 31, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 10/04/04 | 11 | 2.5 | Review WHS Amended Final Report re: CDG 12th fee application and draft response |
| WR Grace | G. Boyer | 10/07/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 10/07/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | G. Boyer | 10/07/04 | 7 | 0.2 | Receive and review e-mail from JS re: order requiring Rule 2019 statements |
| WR Grace | G. Boyer | 10/07/04 | 11 | 0.8 | Review draft response to WHS Amended Report re: CDG 12th fee application and discuss revisions with SJ |
| WR Grace | S. Jones | 10/07/04 | 11 | 1.4 | Review GB comments to WHS Amended Report and discuss revisions with GB; revise CDG response to WHS Amended Report |
| WR Grace | G. Boyer | 10/10/04 | 11 | 1.3 | Review draft response to WHS Amended Report re: CDG 12th fee application and discuss revisions with SJ |
| WR Grace | S. Jones | 10/10/04 | 11 | 0.7 | Review GB comments to WHS Amended Report and discuss revisions with GB; revise CDG response to WHS Amended Report |
| WR Grace | S. Jones | 10/11/04 | 11 | 0.2 | Conversations with GB re: 13th and 14th fee applications |
| WR Grace | G. Boyer | 10/11/04 | 11 | 0.2 | Conversations with SJ re: 13th and 14th fee applications |
| WR Grace | S. Jones | 10/11/04 | 11 | 1.9 | Forward draft of CDG response to WHS Amended Report re: CDG 12th fee application to JS for review and comment; revise response to WHS Amended Report re: CDG 12th fee application to incorporate JB comments |
| WR Grace | G. Boyer | 10/11/04 | 11 | 0.2 | Receive and review comments from JS re: CDG response to WHS Amended Report |
| WR Grace | S. Jones | 10/12/04 | 11 | 0.9 | Correspondence with WHS and SW re: CDG response to WHS Amended Report |
| WR Grace | S. Jones | 10/12/04 | 11 | 0.1 | Forward CDG response to WHS Amended Report re: CDG 12th fee application |
| WR Grace | G. Boyer | 10/12/04 | 26 | 0.2 | Receive and review e-mail from JS re: corporate tax bill and discuss same with SJ |
| WR Grace | S. Jones | 10/12/04 | 26 | 3.1 | Review correspondence from JS re: new corporate tax bill's impacts on Grace; discuss same with GB and perform related research |
| WR Grace | S. Jones | 10/14/04 | 11 | 0.1 | Correspondence with GB re: 13th fee application |
| WR Grace | G. Boyer | 10/14/04 | 11 | 0.1 | Correspondence with SJ re: 13th fee application |
| WR Grace | S. Jones | 10/14/04 | 26 | 1.5 | Perform additional research re: new corporate tax bill |
| WR Grace | S. Jones | 10/20/04 | 11 | 4.0 | Compile time detail and draft 13th fee application |
| WR Grace | S. Jones | 10/21/04 | 26 | 2.0 | Call and e-mail FG re: new corporate tax bill impacts on debtors |
| WR Grace | G. Boyer | 10/21/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 10/21/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 10/21/04 | 11 | 2.6 | Compile time detail and draft 14th fee application |
| WR Grace | G. Boyer | 10/21/04 | 11 | 2.7 | Draft 13th fee application |
| WR Grace | S. Jones | 10/21/04 | 24 | 1.2 | Receive and review objection to debtors motion to extend time to file POR |
| WR Grace | S. Jones | 10/22/04 | 11 | 1.8 | Review objection to Grace's motion to extend time to file POR |
| WR Grace | S. Jones | 10/22/04 | 11 | 0.3 | Correspondence with WHS re: CDG response to WHS Amended Report and 13th fee application |
| WR Grace | S. Jones | 10/22/04 | 11 | 4.2 | Draft 14th fee application |
| WR Grace | G. Boyer | 10/23/04 | 27 | 0.2 | Forward drafts of 13th and 14th fee applications to GB for comment |
| WR Grace | S. Jones | 10/25/04 | 26 | 1.1 | Receive and review e-mail from SB re: POR and plan term sheet |
| WR Grace | S. Jones | 10/25/04 | 11 | 0.2 | Call and correspondence with FG re: new corporate tax bill |
| WR Grace | G. Boyer | 10/25/04 | 11 | 0.3 | Correspondence with GB re: comments on 13th and 14th fee applications |
| WR Grace | G. Boyer | 10/25/04 | 26 | 0.3 | Correspondence with SJ re: comments on 13th and 14th fee applications |
| WR Grace | G. Boyer | 10/25/04 | 11 | 0.1 | Receive e-mail from debtors re: scheduling of quarterly conference call |
| WR Grace | S. Jones | 10/26/04 | 11 | 1.5 | Review and revise 13th fee application |
| WR Grace | S. Jones | 10/26/04 | 11 | 0.2 | Call and correspondence with FG re: new corporate tax bill and scheduling a call with FG |
| WR Grace | S. Jones | 10/26/04 | 11 | 0.2 | Correspondence with GB re: comments on 13th and 14th fee applications |
| WR Grace | G. Boyer | 10/26/04 | 11 | 0.1 | Correspondence with GB re: new corporate tax bill |
| WR Grace | G. Boyer | 10/26/04 | 26 | 0.2 | Correspondence with SJ re: comments on 13th and 14th fee applications |
| WR Grace | S. Jones | 10/26/04 | 11 | 0.1 | Correspondence with SJ re: new corporate tax bill |
| WR Grace | S. Jones | 10/26/04 | 11 | 1.2 | Receive and review GB comments to 13th fee application; revise same |
| WR Grace | G. Boyer | 10/26/04 | 11 | 1.8 | Receive and review GB comments to 14th fee application; revise same |
| WR Grace | G. Boyer | 10/27/04 | 27 | 1.6 | Review and revise 14th fee application; forward comments to SJ |
| WR Grace | S. Jones | 10/27/04 | 27 | 1.0 | Receive and review Debtors' proposed term sheet to be discussed on 10/28/04 |
| WR Grace | G. Boyer | 10/27/04 | 26 | 0.6 | Receive and review Debtors' proposed term sheet to be discussed on 10/28/04 |
| WR Grace | S. Jones | 10/27/04 | 26 | 0.1 | Receive and review e-mail from FG re: new corporate tax legislation; discuss same with SJ |
| WR Grace | S. Jones | 10/27/04 | 11 | 0.3 | Receive and review e-mail from FG re: new corporate tax legislation; forward same to GB and discuss |
| WR Grace | G. Boyer | 10/28/04 | 7 | 1.3 | Review correspondence from SB and JS re: conference call to discuss Grace's POR/term sheet |
| WR Grace | S. Jones | 10/28/04 | 7 | 1.0 | Committee Conference Call |
| WR Grace | S. Jones | 10/28/04 | 27 | 1.0 | Committee Conference Call |
| WR Grace | G. Boyer | 10/28/04 | 11 | 0.5 | Complete final revisions to 13th fee application; forward same to GB |
| WR Grace | S. Jones | 10/28/04 | 27 | 2.0 | Conference call with Blackstone to discuss term sheet |
| WR Grace | G. Boyer | 10/28/04 | 27 | 2.0 | Conference call with Blackstone to discuss term sheet |
| WR Grace | S. Jones | 10/29/04 | 11 | 0.5 | Revise term sheet |
| WR Grace | G. Boyer | 10/29/04 | 11 | 0.2 | Forward 13th fee application to AD for filing |
| WR Grace | S. Jones | 10/29/04 | 24 | 0.8 | Receive and review revised draft of 13th fee application |
| WR Grace | S. Jones | 11/01/04 | 11 | 0.1 | Receive email from JS re: 2005 Omnibus hearing agenda |
| WR Grace | G. Boyer | 11/01/04 | 11 | 0.5 | Correspondence with AD re: unreceived 13th fee application; forward same to AD for filing |
| WR Grace | S. Jones | 11/01/04 | 11 | 0.6 | Correspondence with Committee member re: warrant analysis |
| WR Grace | G. Boyer | 11/01/04 | 27 | 1.4 | Grace conference call |
| WR Grace | G. Boyer | 11/01/04 | 11 | 3.0 | Perform preliminary warrant analysis |
| WR Grace | G. Boyer | 11/02/04 | 27 | 1.0 | Review revised draft of 14th fee application |
| WR Grace | S. Jones | 11/02/04 | 11 | 0.5 | Correspondence with Committee member re: warrant analysis |
| | | | | 0.2 | Correspondence with GB re: 14th fee application |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date: For the Period of October 1, 2004 through December 31, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G. Boyer | 11/02/04 | 11 | 0.2 | Correspondence with SJ re: 14th fee application |
| WR Grace | S. Jones | 11/02/04 | 11 | 0.7 | Various correspondence with WHS re 13th fee application; forward copy of same to WHS |
| WR Grace | G. Boyer | 11/03/04 | 7 | 0.5 | Call with Committee member re: POR proposal |
| WR Grace | G. Boyer | 11/03/04 | 27 | 3.0 | Perform additional warrant analyses |
| WR Grace | G. Boyer | 11/03/04 | 27 | 0.5 | Receive and review e-mail from Committee member re: warrant analysis |
| WR Grace | G. Boyer | 11/04/04 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 11/04/04 | 7 | 0.8 | Committee Conference Call |
| WR Grace | G. Boyer | 11/04/04 | 27 | 0.5 | Correspondence with Committee member re: warrant analysis |
| WR Grace | G. Boyer | 11/04/04 | 27 | 6.0 | Prepare and forward warrant analysis to Committee member |
| WR Grace | S. Jones | 11/04/04 | 26 | 2.0 | Receive and review financial briefing package from Grace in preparation for conference call |
| WR Grace | G. Boyer | 11/05/04 | 27 | 2.6 | Receive and review e-mail from Committee re: warrant analysis; revise warrant analysis to reflect changes in POR term sheet |
| WR Grace | S. Jones | 11/08/04 | 11 | 0.3 | Correspondence with AD re 13th fee application |
| WR Grace | G. Boyer | 11/08/04 | 27 | 0.9 | Correspondence with Committee re: warrant analysis |
| WR Grace | S. Jones | 11/08/04 | 11 | 1.5 | Correspondence with GB re: 14th fee application; revise same to include GB comments |
| WR Grace | G. Boyer | 11/08/04 | 11 | 0.2 | Correspondence with SJ re: 14th fee application |
| WR Grace | G. Boyer | 11/08/04 | 11 | 1.0 | Grace quarterly review conference call |
| WR Grace | G. Boyer | 11/08/04 | 27 | 3.5 | Prepare and forward warrant analysis to Committee member |
| WR Grace | G. Boyer | 11/08/04 | 26 | 2.0 | Receive and review financial briefing package from Grace in preparation for conference call |
| WR Grace | S. Jones | 11/09/04 | 11 | 1.1 | Review and revise 14th fee application; forward comments to SJ |
| WR Grace | G. Boyer | 11/10/04 | 11 | 2.0 | Correspondence with GB re: 14th fee application; revise same to include GB comments |
| WR Grace | G. Boyer | 11/10/04 | 11 | 0.3 | Correspondence with SJ re: 14th fee application |
| WR Grace | G. Boyer | 11/11/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 11/11/04 | 7 | 0.5 | Committee Conference Call |
| WR Grace | S. Jones | 11/11/04 | 11 | 0.2 | Compose e-mail to AD re: fee application filing dates |
| WR Grace | G. Boyer | 11/11/04 | 11 | 1.1 | Review and revise 14th fee application |
| WR Grace | S. Jones | 11/11/04 | 11 | 0.5 | Revise and forward 14th fee application to GB |
| WR Grace | S. Jones | 11/12/04 | 11 | 1.6 | Prepare and send 14th monthly and quarterly fee applications to AD for filing |
| WR Grace | S. Jones | 11/14/04 | 7 | 0.6 | Review e-mail from JS re: debtors' filing of a plan and disclosure statement |
| WR Grace | S. Jones | 11/15/04 | 24 | 1.9 | Receive and review e-mails from Bilzin re: debtor motions; review attached motions; discuss same with GB |
| WR Grace | G. Boyer | 11/15/04 | 27 | 2.0 | Review debtors plan and disclosure statement |
| WR Grace | S. Jones | 11/16/04 | 11 | 0.1 | Follow-up with AD re: filing of 14th monthly and quarterly fee applications |
| WR Grace | G. Boyer | 11/16/04 | 24 | 1.5 | Receive and review e-mails from Bilzin re: debtor motions; review attached motions; discuss same with SJ |
| WR Grace | S. Jones | 11/16/04 | 27 | 2.5 | Review debtors plan and disclosure statement |
| WR Grace | S. Jones | 11/17/04 | 11 | 0.2 | Resend 14th monthly and quarterly fee application to AD for filing; follow-up to confirm receipt |
| WR Grace | G. Boyer | 11/18/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 11/18/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | S. Jones | 11/18/04 | 11 | 0.1 | Receive e-mail from AD confirming filing of 14th fee application |
| WR Grace | G. Boyer | 11/19/04 | 26 | 0.2 | Receive and review e-mail from JS re: Announcement of management changes at Grace |
| WR Grace | S. Jones | 11/19/04 | 26 | 0.2 | Receive and review e-mail from JS re: Announcement of management changes at Grace |
| WR Grace | G. Boyer | 11/29/04 | 7 | 0.1 | Receive and review e-mail from JS re: meeting in DC the week of 12/8 |
| WR Grace | G. Boyer | 12/02/04 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 12/02/04 | 7 | 0.8 | Committee Conference Call |
| WR Grace | S. Jones | 12/03/04 | 11 | 0.2 | Correspondence from GB re status of outstanding fees |
| WR Grace | G. Boyer | 12/03/04 | 26 | 0.2 | Correspondence with JS re: Asbestos Conference in NYC |
| WR Grace | G. Boyer | 12/03/04 | 11 | 0.2 | Correspondence with SJ re status of outstanding fees |
| WR Grace | G. Boyer | 12/03/04 | 7 | 0.2 | Receive and review objection to equity committee's retention of Lexecon (asbestos consultant) |
| WR Grace | S. Jones | 12/03/04 | 7 | 0.7 | Receive and review objection to equity committee's retention of Lexecon (asbestos consultant) |
| WR Grace | G. Boyer | 12/06/04 | 11 | 0.7 | Correspondence with SW, TT, RC and SJ re: outstanding fees from 12th, 13th and 14th fee applications |
| WR Grace | S. Jones | 12/06/04 | 11 | 2.0 | Various correspondence with SW, Grace, RC and GB re: outstanding fees from 12th, 13th and 14th fee applications |
| WR Grace | G. Boyer | 12/07/04 | 7 | 0.7 | Receive and review summary of POR prepared by SB |
| WR Grace | S. Jones | 12/07/04 | 7 | 1.1 | Receive and review summary of POR prepared by SB |
| WR Grace | S. Jones | 12/08/04 | 26 | 0.4 | Call with GB |
| WR Grace | G. Boyer | 12/08/04 | 26 | 0.4 | Call with SJ |
| WR Grace | G. Boyer | 12/09/04 | 7 | 0.3 | Committee Conference Call |
| WR Grace | S. Jones | 12/09/04 | 7 | 0.3 | Committee Conference Call |
| WR Grace | G. Boyer | 12/10/04 | 11 | 0.6 | Call to JS re: fee issues; review e-mail from JS re: feer issues and disclosure statement |
| WR Grace | S. Jones | 12/10/04 | 11 | 0.8 | Conversations with Grace re: outstanding fees for the 12th, 13th and 14th fee applications and court order re: 12th Interim Period fees |
| WR Grace | G. Boyer | 12/10/04 | 11 | 0.3 | Receive and review copy of September fee order addressing 12th Interim fees |
| WR Grace | S. Jones | 12/13/04 | 11 | 1.1 | Correspondence and calls with Grace re: outstanding fees and CNO's entered for from 12th, 13th and 14th fee applications |
| WR Grace | S. Jones | 12/13/04 | 11 | 1.0 | Correspondence with SW, TT and GB re: outstanding fees and CNO's entered for from 12th, 13th and 14th fee applications |
| WR Grace | S. Jones | 12/13/04 | 11 | 1.0 | Correspondence with SW, TT and SJ re: outstanding fees and CNO's entered for from 12th, 13th and 14th fee applications |
| WR Grace | G. Boyer | 12/14/04 | 7 | 1.5 | Receive and review Committee objections to disclosure statement from SB |
| WR Grace | S. Jones | 12/14/04 | 7 | 1.0 | Receive and review Committee objections to disclosure statement from SB |
| WR Grace | G. Boyer | 12/16/04 | 7 | 0.7 | Committee Conference Call |

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date:          For the Period of October 1, 2004 through December 31, 2004

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | S. Jones | 12/16/04 | 7 | 0.7 | Committee Conference Call |
| WR Grace | G. Boyer | 12/16/04 | 24 | 0.6 | Receive and review debtors' suggested litigation protocols sent to bankruptcy court on 11/14 |
| WR Grace | S. Jones | 12/16/04 | 24 | 0.6 | Receive and review debtors' suggested litigation protocols sent to bankruptcy court on 11/14 |
| WR Grace | S. Jones | 12/17/04 | 11 | 0.5 | Conversations with GB and Grace re: outstanding fees |
| WR Grace | G. Boyer | 12/17/04 | 11 | 0.5 | Conversations with SJ re: outstanding fees |
| WR Grace | S. Jones | 12/20/04 | 11 | 0.2 | Correspondence with GB and RC re: outstanding fees |
| WR Grace | G. Boyer | 12/20/04 | 27 | 0.2 | Correspondence with GB re: comparable company analysis |
| WR Grace | G. Boyer | 12/20/04 | 11 | 0.2 | Correspondence with SJ and RC re: outstanding fees |
| WR Grace | G. Boyer | 12/20/04 | 27 | 0.2 | Correspondence with SJ re: comparable company analysis |
| WR Grace | S. Jones | 12/20/04 | 27 | 9.1 | Prepare comparable company analysis; begin drafting valuation presentation |
| WR Grace | S. Jones | 12/21/04 | 27 | 0.3 | Correspondence with GB re: Grace valuation presentation |
| WR Grace | G. Boyer | 12/21/04 | 27 | 0.3 | Correspondence with SJ re: Grace valuation presentation |
| WR Grace | S. Jones | 12/21/04 | 27 | 8.6 | Draft Grace valuation/debt capacity presentation |
| WR Grace | G. Boyer | 12/21/04 | 27 | 0.3 | Review comp summary for valuation |
| WR Grace | S. Jones | 12/22/04 | 27 | 0.2 | Correspondence with GB re: Grace valuation presentation |
| WR Grace | G. Boyer | 12/22/04 | 27 | 0.2 | Correspondence with SJ re: Grace valuation presentation |
| WR Grace | S. Jones | 12/22/04 | 27 | 7.7 | Draft Grace valuation/debt capacity presentation |
| WR Grace | G. Boyer | 12/22/04 | 27 | 1.0 | Review draft valuation / debt capacity analysis; forward same to GB |
| WR Grace | G. Boyer | 12/23/04 | 7 | 0.4 | Committee Conference Call |
| WR Grace | S. Jones | 12/23/04 | 7 | 1.2 | Committee Conference Call |
| WR Grace | G. Boyer | 12/23/04 | 7 | 2.0 | Receive and review ZAI estimation supplement and Committee objections to disclosure statement from JS |
| WR Grace | S. Jones | 12/23/04 | 7 | 2.3 | Receive and review ZAI estimation supplement and Committee objections to disclosure statement from JS |

161.8   Total Hours

## LEGEND

| | |
|---|---|
| AD | Andrea Delcollo -- Ferry Joseph & Pearce |
| Bates | Charles Bates, President--Bates White & Ballentine, LLC (PD Asbestos Claims Expert) |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| BJ | Ben Jones, Vice President -- CDG |
| DB | David Blechman, Associate--Blackstone |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JL | Joseph Lash, Sr. Managing Director -- CDG |
| JS | Jay Sakalo, Associate -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MG | Michael Gries, Member -- CDG |
| MP | Mark Peterson, PI Asbestos Expert--Hamilton Rabinovitz |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RB | Ryan Brown, Analyst -- CDG |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |