# EXHIBIT "B"

4/14/2005

WR Grace
Expense Detail - Conway, Del Genio, Gries & Co., LLC
For the Period of October 1, 2004 through December 31, 2004

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| S. Jones | 10/17/2004 | 5.49 | | 9.00 | | | | 14.49 |
| S. Jones | 10/18/2004 | 10.00 | | | | | | 10.00 |
| S. Jones Total | | 15.49 | 0.00 | 9.00 | 0.00 | 0.00 | 0.00 | 24.49 |
| Federal Express | 10/12/2004 | | | | | | 25.24 | 25.24 |
| Federal Express | 11/12/2004 | | | | | | 11.85 | 11.85 |
| Federal Express | 12/29/2004 | | | | | | 24.08 | 24.08 |
| Federal Express Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 61.17 | 61.17 |
| Skyline | 12/2/2004 | | | | | | 30.60 | 30.60 |
| Messenger Total | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.60 | 30.60 |
| Grand Total | | 15.49 | 0.00 | 9.00 | 0.00 | 0.00 | 91.77 | 116.26 |