m: A V    li                                           A    4
                         W h    to   DC

                                                                    18
 1     Q.    Was that the purpose then of bringing in
 2     the COO?
 3     A.    Yes.  To get focus on operations, find
 4     our way out of bankruptcy as reasonably and as
 5     quickly as we could, but meanwhile have the
 6     strength of the company be demonstrated so credit
 7     lines and everything else would be available and to
 8     really operate the company and to generate enough
 9     strong feeling that after bankruptcy is over with
10     the company could move forward with the strong
11     operation it has.  And they've been strengthening
12     considerably under Paul and very much so under
13     Festa.
14     Q.    How many other candidates were
15     considered besides Mr. Festa?
16     A.    Interviewed, none, as I recall;
17     considered, a bunch, because we know a lot of
18     people.  In this situation you tend to have to
19     attract people by personal knowledge.  If you
20     worked with some bright young guy years ago you can
21     go to him and say here's what bankruptcy is all
22     about and here's the job.  And you tend to have

                                                                    46
1    Fred being -- I assume he'll see all this stuff.
2    He'll probably see my comments too.  So I think
3    it's a serious issue for you to consider.  It's
4    certainly a serious issue for us to consider.
5         Q.    When the board was determining the
6    compensation to be paid to him, was there a concern
7    that if he didn't have an emergence or retention
8    bonus he wouldn't agree to be CEO?
9         A.    I can't answer that.  I'm not sure.
10        Q.    Did the board discuss the issue of not
11   giving him an emergence or retention bonus?
12        A.    Well, we discussed among ourselves
13   anyway the fact that we needed some incentive to
14   come out of bankruptcy because the bankruptcy is a
15   debilitating experience that most people engage in,
16   shareholders and everybody else, that we needed
17   something to incentivize him for coming out of
18   bankruptcy.  And also we thought we needed a
19   retention component us with us.  That probably got
20   most of the discussion with us.  Once we saw the
21   comparable data we were all generally pretty well
22   satisfied.

47

1    Q.    Was there a belief amongst the board
2  that the either/or alternative, either the
3  emergence or the retention bonus, was inconsistent
4  from the CEO's perspective?
5    A.    I wouldn't understand why it's
6  inconsistent at all.  So I wouldn't even have
7  thought about that.
8    Q.    You said that you believed that there
9  needed to be an incentive to get the company out of
10 Chapter 11.
11   A.    Well, you need an incentive like you
12 have an annual bonus.  It doesn't mean the guy is
13 not going to break his back to get the earnings
14 target anyway.  But you need some stake in the
15 ground.  You need a score of some kind.  And
16 financially is generally a way to measure that.  So
17 it's the same thing as an incentive to do
18 something.  It tends to -- it draws your attention.
19        It's not just for the money.  A good guy
20 will do it anyway.  But you want some incentive for
21 him and his troops or whatever to drive forth.  So
22 it's the same flavor.  People work better in a