United States Bankruptcy Court
For the District of Delaware

| W.R. Grace & Co., et al. | Chapter 11 |
|---|---|
| | } |
| | } |
| | } |
| | } |
| | } |
| Debtor | }Case No. 01-01139 |

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

PLEASE TAKE NOTICE that the transfer of claim Docket No. 8313 dated 4/20/05 for Abbe Lumber Corporation. in the amount of $6,237.60 is hereby withdrawn by Sierra Liquidity Fund.