# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 8133

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Application for an Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code, and Fed.R. Bankr.P. 2014 and 2016, Authorizing the Retention and Employment of LECG, LLC as Consultants to the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to February 17, 2005** (the "Application"). The undersigned further certifies that the Court's docket in this case reflects that no answer, objection or other responsive pleading to the Application has been filed. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than April 18, 2005.

It is hereby respectfully requested that the Order attached to the Application be entered at the earliest convenience of the Court.

Dated: April 20, 2005

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Lisa L. Coggins (No. 4234)
824 Market Street, Suite 904
Wilmington, DE 19801
(302) 575-1555

-and-

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-2336
(305) 374-7580

Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants