**Attachment B**
**To Fee Application**

## Summary of PwC's Fees By Professional

### February 2005

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended February 28, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation | |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 45.5 | $ | 36,491.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 42.8 | $ | 26,322.00 |
| Sandra David | Audit Manager | 7 | 526 | 5.0 | $ | 2,630.00 |
| Daniel J Shields | Audit Manager | 4 | 526 | 77.6 | $ | 40,817.60 |
| Ryan Grady | Audit Senior Associate | 3 | 369 | 96.5 | $ | 35,608.50 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 187.3 | $ | 62,183.60 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 166.0 | $ | 55,112.00 |
| Michael McDonnell | Audit Associate | 2 | 251 | 9.5 | $ | 2,384.50 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 143.9 | $ | 36,118.90 |
| Lauren Misler | Audit Associate | <1 | 213 | 95.5 | $ | 20,341.50 |
| Erica Margolius | Audit Associate | <1 | 213 | 140.5 | $ | 29,926.50 |
| Raymond Bromark | Audit Partner | 37 | 802 | 11.0 | $ | 8,822.00 |
| Jennifer James | Tax Senior Manager | 13 | 615 | 6.0 | $ | 3,690.00 |
| Gregory Nicholson | Tax Senior Manager | 9 | 615 | 2.5 | $ | 1,537.50 |
| Marne L Doman | Senior Manager | >10 | 1140 | 0.5 | $ | 570.00 |
| John F Gibson | Audit Partner | >10 | 885 | 1.0 | $ | 885.00 |
| Anthony L. Alfieri | Audit Manager | 13 | 526 | 45.8 | $ | 24,090.80 |
| Allison Reeder | Office Staff | 2 | 170 | 11.0 | $ | 1,870.00 |
| Bianca Rodriguez | Audit Associate | 1 | 213 | 0.5 | $ | 106.50 |
| Zahid Hassan Fakey | Senior Manager | >10 | 615 | 205.5 | $ | 126,382.50 |
| Andrew Ralston | Senior | 4 | 370 | 270.5 | $ | 100,085.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Donald P Skrodenis | Assurance Director | 33 | 802 | 2.0 | $ | 1,604.00 |
| Facundo Fabbri | Audit Associate | <1 | 213 | 2.0 | $ | 426.00 |
| Richard Fein | Audit Partner | 32 | 802 | 1.0 | $ | 802.00 |
| Nick Barrett | Audt Associate | <1 | 213 | 204.5 | $ | 43,558.50 |
| Dorothy A Woodrum | Audit Associate | 4 | 292 | 2.0 | $ | 584.00 |
| Margaret Bermudez | Office Staff | 23 | 170 | 0.8 | $ | 136.00 |
| German Jimenez | Cleint Services Partner | 12 | 762 | 1.5 | $ | 1,143.00 |
| Marc Schwartz | Tax Senior Manager | 10 | 602 | 42.5 | $ | 25,585.00 |
| Yeo Song | Tax Associate | | 155 | - | $ | - |
| Denise Bauman | Tax Senior Associate | 3 | 228 | 64.5 | $ | 14,706.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | 405 | 85.6 | $ | 34,668.00 |
| Regina Underwood | Tax Associate | <1 | 239 | 36.9 | $ | 8,819.10 |
| Peter Woolf | Partner | 25 | 823 | 53.5 | $ | 44,030.50 |
| Maria Lopez | Tax Manager | 12 | 526 | - | $ | - |
| | | TOTAL | | 2,061.2 | $ | 792,037.50 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 792,037.50 |
| 55% Accrual Rate Adjustmest | $ | (435,620.63) |
| Total at 45% Accrual Rate | $ | 356,416.88 |
| Total Hours | | 2,061.2 |

Professional Profiles
WR Grace Time Tracking - Sarbanes
For the Month Ended February 28, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Peter Woolf | Tax Partner | 25 | 823 | 4.0 | $ 3,292.00 |
| William Bishop | Audit Partner | 27 | 802 | 4.5 | $ 3,609.00 |
| Sean Ballington | Audit Partner | 20 | 802 | 2.0 | $ 1,604.00 |
| John Newstead | Audit Senior Manager | >10 | 689 | 42.5 | $ 29,282.50 |
| Tom Kalinosky | Audit Specialist/Director | >10 | 782 | 11.5 | $ 8,993.00 |
| Mauren Driscoll | Audit Manager | 5 | 548 | 28.8 | $ 15,782.40 |
| Herman Schutte | Audit Manager | 4 | 526 | 80.0 | $ 42,080.00 |
| Maria Lopez | Tax Manager | 12 | 526 | 34.0 | $ 17,884.00 |
| Maged Zeidan | Audit Senior Associate | 5+ | 369 | 83.0 | $ 30,627.00 |
| Hazim Ahmad | Audit Senior Associate | 4 | 369 | 58.5 | $ 21,586.50 |
| Joseph Daniel Meenan | Audit Associate | 4 | 292 | 4.0 | $ 1,168.00 |
| Douglas Wright | Audit Associate | 2 | 251 | 81.0 | $ 20,331.00 |
| | | TOTAL | | 433.8 | $ 196,239.40 |

| | | |
|---|---|---|
| Total at Standard Rate | $ | 196,239.40 |
| 35% Accrual Rate Adjustmest | $ | (68,683.79) |
| Total at 65% Accrual Rate | $ | 127,555.61 |
| Total Hours | | 433.8 |

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | | |
|---|---|---|
| Total Cost of Time Tracking | $ | 6,876.10 |
| Less 55% rate reduction | $ | (3,781.86) |
| Total Cost of Tracking Time Billed to Grace | $ | 3,094.25 |
| Total Hours Spent Tracking Time | | 20.9 |

## Summary of PwC's Fees By Project Category:
## February 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 20.9 | $3,094.25 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,495.0 | $483,972.49 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,515.9 | $487,066.74 |

## Expense Summary
### February 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,877.96 |
| Lodging | N/A | $0 |
| Sundry | N/A | $0 |
| Business Meals | N/A | $231.46 |
| TOTAL: | | $2,109.42 |