**EXHIBIT B**

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended February 28, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William T. Bishop, Jr. | Audit | 2/14/05 | | | | $ 231.46 | Lunch with audit team at Clyde's (Columbia, MD), including J Newstead, M Driscoll, H Schutte, D Shields, J Afuang, D Wright, P Reinhardt, L Misler, E Margolius, and N Stromann (PwC) |
| Daniel Shields | Audit | 2/1/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/2/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/3/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/4/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/7/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/8/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/9/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/10/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/11/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/14/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/15/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/16/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/17/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/18/2005 | $ 32.40 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| Pam Reinhardt | Audit | 2/1/05 | $ 4.86 | | | | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | Audit | 2/2/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/3/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/4/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/7/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/8/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/9/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/10/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/11/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/14/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/15/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/16/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/17/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/18/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/22/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/23/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/24/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/25/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 2/28/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| Lauren Misler | Audit | 2/1/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/2/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/3/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/4/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/22/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/23/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/24/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/25/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | Audit | 2/28/05 | $ 10.13 | | | | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| Marla J. Afuang | Audit | 2/1/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/2/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/3/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/4/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/7/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/8/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/9/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/10/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/14/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/15/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/16/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/17/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/18/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/21/05 | $ 10.05 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/22/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/22/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/23/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/24/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | Audit | 2/25/05 | $ 10.00 | | | | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| Michael McDonnell | Audit | 2/11/05 | $ 7.00 | | | | $5 for parking (picking up files) and $2 for mass pike tolls |
| Nicholas Stromann | Audit | 2/1/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/2/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/3/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/4/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | Audit | 2/7/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/8/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/10/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/11/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/14/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/15/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/16/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/17/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/18/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/22/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/23/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/24/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/25/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 2/26/05 | $ 11.34 | | | | Mileage to office on Saturday for work on client (28 miles * $0.405/mile) |
| | Audit | 2/27/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| Hermann Schutte | Sarbanes | 2/1/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/2/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/3/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/7/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/8/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/9/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/10/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/11/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/14/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/15/05 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| Hazim Ahmad | Sarbanes | 2/1/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/2/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/2/2005 | | | | $ 6.91 | Overtime meal |
| | Sarbanes | 2/3/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/4/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/7/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | Sarbanes | 2/8/2005 | $ 29.16 | | | | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| Maged Zeidan | Sarbanes | 2/15/2005 | $ 25.00 | | | | Fuel (Colombia MD) |
| | Sarbanes | 2/28/2005 | $ 20.00 | | | | Fuel (Colombia MD) |
| Maureen Driscoll | Sarbanes | 2/14/2005 | $ 103.84 | | | | Mileage (114 miles each way) plus tolls ($11.50) |
| Summary | | Total | Transportation | Lodging | Sundry | Business Meals | |
| | | $ 2,109.42 | $ 1,877.96 | $ - | $ - | $ 231.46 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended February 28, 2005

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop, Jr. | 2/14/05 | Audit Partner | $ 231.46 | Lunch with audit team at Clyde's (Columbia, MD), including J Newstead, M Driscoll, H Schutte, D Shields, J Afuang, D Wright, P Reinhardt, L Misler, E Margolius, and N Stromann (PwC) |
| | | | **$ 231.46** | |
| | | | | |
| Daniel Shields | 2/1/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/2/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/3/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/4/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/7/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/8/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/9/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/10/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/11/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/14/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/15/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/16/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/17/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/18/2005 | Audit Manager | $ 32.40 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | | | **$ 453.60** | |
| | | | | |
| Pam Reinhardt | 2/1/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 2/2/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/3/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/4/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/7/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/8/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/9/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/10/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/11/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/14/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/15/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/16/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/17/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/18/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/22/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/23/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/24/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/25/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 2/28/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | | | **$ 92.34** | |
| | | | | |
| Lauren Misler | 2/1/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/2/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/3/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/4/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/22/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/23/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/24/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/25/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | 2/28/05 | Audit Associate | $ 10.13 | Roundtrip mileage from Owings Mills MD to Columbia MD of (50miles - 25miles(office)) *.405 = $10.125 |
| | | | **$ 91.13** | |

| Name | Date | Role | | Amount | Description |
|---|---|---|---|---|---|
| Maria J. Afuang | 2/1/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/2/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/3/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/4/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/7/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/8/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/9/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/10/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/14/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/15/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/16/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/17/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/18/05 | Audit Senior Associate | $ | 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/21/05 | Audit Senior Associate | $ | 10.05 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/22/05 | Audit Senior Associate | $ | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/22/05 | Audit Senior Associate | $ | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/23/05 | Audit Senior Associate | $ | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/24/05 | Audit Senior Associate | $ | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 2/25/05 | Audit Senior Associate | $ | 10.00 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | | | $ | 192.00 | |
| Michael McDonnell | 2/11/05 | Audit Associate | $ | 7.00 | $5 for parking (picking up files) and $2 for mass pike tolls |
| | | | $ | 7.00 | |
| Nicholas Stromann | 2/1/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/2/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/3/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/4/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/7/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/8/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/10/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/11/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/14/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/15/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/16/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/17/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/18/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/22/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/23/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/24/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/25/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 2/26/05 | Audit Associate | $ | 11.34 | Mileage to office on Saturday for work on client (28 miles * $0.405/mile) |
| | 2/27/05 | Audit Associate | $ | 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | | | $ | 419.58 | |
| Hermann Schutte | 2/1/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/2/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/3/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/7/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/8/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/9/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/10/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/11/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/14/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/15/05 | Sarbanes | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | | | $ | 291.60 | |
| Hazim Ahmad | 2/1/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/2/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/2/2005 | SeniorAssociate | $ | 6.91 | Overtime meal |
| | 2/3/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/4/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |

| | | | | | |
|---|---|---|---|---|---|
| | 2/7/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | 2/8/2005 | SeniorAssociate | $ | 29.16 | Mileage in excess of normal commute (76-4 miles * $0.405/mile) |
| | | | $ | 181.87 | |
| Maged Zeidan | 2/15/2005 | Sarbanes | $ | 25.00 | Fuel (Colombia MD) |
| | 2/28/2005 | Sarbanes | $ | 20.00 | Fuel (Colombia MD) |
| | | | $ | 45.00 | |
| Maureen Driscoll | 2/14/05 | Sarbanes | $ | 103.84 | Mileage (114 miles each way) plus tolls ($11.50) |
| | | | $ | 103.84 | |
| | | Total expenses for month | $ | 2,109.42 | |