IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:            )     Chapter 11
              )
W. R. GRACE & CO., et al.,[2]     )     Case No. 01-01139 (JKF)
              )     Jointly Administered
      Debtors.       )

**CERTIFICATION OF COUNSEL IN SUPPORT
OF REQUEST TO CHANGE FILING DATE REGARDING NOTICE
OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 25,
2005 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD**

The undersigned hereby certifies that:

1.  On April 18, 2005, the electronic filing system for the Bankruptcy Court

for the District of Delaware ("Bankruptcy Court") would not allow electronic filing.

Consequently, the Agenda was physically filed at the Bankruptcy Court, with a time/date stamp

to reflect same. As identified on the front pate of the Agenda, the Agenda was filed on April 18,

2005 at 4:06 p.m., attached hereto as Exhibit A.

2.  On April 20, 2005, counsel to the above-captioned debtor and debtor-in-

possession (the "Debtor"), electronically filed the previously-filed Agenda (Docket No. 8240).

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.      Accordingly, the Debtor requests that the date for filing the Agenda be

corrected to accurately reflect the correct filing date of April 18, 2005.

Dated: April 2_, 2005                       KIRKLAND & ELLIS LLP
                                            David M. Bernick P.C.
                                            Janet S. Baer
                                            Samuel L. Blatnick
                                            200 East Randolph Drive
                                            Chicago, IL  60601
                                            Telephone: (312) 861-2000
                                            Facsimile: (312) 861-2200


                                            -and-

                                            PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                            & WEINTRAUB P.C.

                                            Laura Davis Jones (Bar No. 2436)
                                            David W. Carickhoff, Jr. (Bar No. 3715)
                                            919 North Market Street, 17th Floor
                                            P.O. Box 8705
                                            Wilmington, DE  19899-8705 (Courier 19801)
                                            Telephone:  (302) 652-4100
                                            Facsimile:  (302) 652-4400

                                            Co-Counsel for Debtors and Debtors in Possession