# ANNEX 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ─────────────────────── x<br>)<br>IN RE:                                  )<br>                                        )<br>PITTSBURGH CORNING CORPORATION,  )<br>                                        )<br>        Debtor.                        )<br>─────────────────────── x | In Proceedings for a<br>Reorganization under<br>Chapter 11<br><br>Case No. 00-22876-JKF<br><br>Related to Doument No. 3667 |

### SUPPLEMENT TO REVISED ORDER REQUIRING FILING OF STATEMENTS PURSUANT TO FED. R. BANKR. P. 2019

AND NOW, this _____ day of _____, 2005, it is **ORDERED** that the Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 entered on October 22, 2004 (the "Revised Order") is hereby amended and supplemented as follows:

It is hereby **ORDERED** that all 2019 Statements and amended 2019 Statements filed after the date of this Order must be filed electronically and all amendments must be linked to (i.e. reference) the original document number of the 2019 Statement so amended, except as expressly provided herein; and it is further

**ORDERED** that exhibits to 2019 Statements shall be submitted only on CD's as provided in the Revised Order; and it is further

**ORDERED** that exhibits delivered to the Clerk shall be in a sealed 9x12 envelope with a copy of the proof of electronic filing taped to the front of the envelope; and it is further

**ORDERED** that to the extent a 2019 Statement is required to be updated or supplemented by the Revised Order, such update or supplement shall be in the form of an amended and restated 2019 Statement that includes all information from previous 2019 Statements still applicable (including the document number of the previous statement) as well as any new information; and it is further

**ORDERED** that upon receipt of a properly filed amended and restated 2019 Statement, the Clerk and the Debtor shall destroy all prior hard copies of such 2019 Statements and exhibits thereto. The Clerk and the Debtor shall maintain copies of only the most current version of any 2019 Statement and the exhibits thereto; and it is further

**ORDERED** that any 2019 Statement or amended and restated 2019 Statement not filed in strict compliance with the terms of the Revised Order and this Order shall be rejected by the Clerk; and it is further

**ORDERED** that the Debtor or counsel for the Debtor shall serve a copy of this Order on the Official Service List; on all entities who have entered, or in the future enter, an appearance or have requested, or in the future request, notices in the case; the United States Trustee; and on persons or entities or any supplemental service lists used to notify attorneys for claimants with asbestos, silica and/or mixed dust personal injuries or property damage claims, and file a certificate of service with the Clerk of the Bankruptcy Court within ten (10) days hereof.

Judith K. Fitzgerald
U.S. Bankruptcy Judge, W.D. Pa.