**IN THE UNITED STATED BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Reference Docket Nos. 8072, 8220 & 8222** |
| | ) | |

**NOTICE OF WITHDRAWAL DOCUMENTS FILED**
**IN ERROR (DOCKET NOS. 8072 & 8220)**

On March 18, 2005, the undersigned received and filed the *Third Quarterly Interim Fee Application of CIBC World Markets, Inc., Financial Advisor to David T. Austern, Future Claimants Representative, for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2004 through December 31, 2004* [Docket No. 8072].  Subsequent to that filing, on April 14, 2005, the undersigned received and again filed the *Third Quarterly Interim Fee Application of CIBC World Markets, Inc., Financial Advisor to David T. Austern, Future Claimants Representative, for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2004 through December 31, 2004* [Docket No. 8220], which was meant to correct errors in Docket No. 8072.  Instead it was a duplicate filing.  On April 15, 2005, filed the *Corrected Third Quarterly Interim Fee Application of CIBC World Markets, Inc., Financial Advisor to David T. Austern, Future Claimants Representative, for Compensation and Reimbursement of Expenses Incurred for the Period October 1, 2004 through December 31, 2004* [Docket No. 8222].

The undersigned states that Docket Nos. 8220 is a duplicate of Docket No. 8072 ,both of which are incorrect, and therefore should be withdrawn, as entered in error.

PHILLIPS, GOLDMAN & SPENCE, P.A.

*John C. Phillips, Jr. by JPA*

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Local Counsel for David T. Austern, Future
Claimants' Representative

Dated:  April 22, 2005

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, hereby certify that I am over the age of 18, and that on April 22, 2005, I caused a copy of the attached *NOTICE OF WITHDRAWAL DOCUMENTS FILED IN ERROR (DOCKET NOS. 8220 AND 8222)* to be served upon the persons on the attached list, in the manner indicated.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,

Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP