## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: May 12, 2005 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### EIGHTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Eighth Monthly Application of CIBC World Markets Corp. for Compensation for

Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time

period January 1, 2005 through January 31, 2005 seeking payment of fees in the amount of

$80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $385.72 (the

"Application") for a total of $80,385.72

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 12, 2005 at 4:00 p.m.,**

**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H.

Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007;

(ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East

Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl,

Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE

19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger,

Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and

Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200,

Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property

Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod,

First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and

Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351,

Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury

Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New

York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan

Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to

the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800,

Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: April 22, 2005

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: May 12, 2005 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## EIGHTH MONTHLY INTERIM APPLICATION OF
## CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
## TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## <u>JANUARY 1, 2005 THROUGH JANUARY 31, 2005</u>

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | January 1, 2005 – January 31, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $385.72 |

This is a ___x___ monthly ___ interim ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JANUARY 2005

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 36.5 | NA |
| Hearing Attendance | 13.5 | NA |
| Financial Analysis Related | 80.2 | NA |
| Plan & Disclosure Statement Related | 62.5 | NA |
| Valuation | 27.5 | NA |
| **TOTAL** | **220.2** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### JANUARY 2005

| Expense Category | Amount |
|---|---|
| Telephone | 52.42 |
| Research | 333.30 |
| **TOTAL** | **$385.72** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: *April 20,*2005

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 1/3/2005 | 2.5 | Financial Analysis | Prepare and review financial analysis |
| Joanna Wu | 1/3/2005 | 1.3 | Financial Analysis | Various financial analysis |
| Joanna Wu | 1/4/2005 | 6.5 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 1/5/2005 | 3.0 | Business Operations | Review of Case filings |
| Jonathan Brownstein | 1/5/2005 | 2.3 | Business Operations | Review / Discussions of Case Filings (Including Objections to Plan / Disclosure Statement) |
| Ritwik Chatterjee | 1/5/2005 | 7.3 | Business Operations | Review of Case filings / various financial analysis |
| Joanna Wu | 1/5/2005 | 4.0 | Financial Analysis | Valuation Analysis |
| Joseph Radecki | 1/6/2005 | 3.8 | Financial Analysis | Review financial and recovery analyses |
| Jonathan Brownstein | 1/6/2005 | 4.0 | Plan Analysis | Preparation of Recovery Analysis / Comparison to Prior Negotiations |
| Ritwik Chatterjee | 1/6/2005 | 11.0 | Financial Analysis | Various recovery analyses/ Financial & Valuation analysis |
| Joanna Wu | 1/6/2005 | 9.3 | Plan Analysis | Various recovery analyses |
| Joseph Radecki | 1/7/2005 | 4.0 | Valuation | Review financial and recovery analyses |
| Jonathan Brownstein | 1/7/2005 | 4.0 | Valuation | Prepare and review financial analysis, internal meetings re analysis |
| Ritwik Chatterjee | 1/7/2005 | 8.0 | Valuation | Various financial analysis, internal discussions re analysis |
| Joanna Wu | 1/7/2005 | 8.0 | Financial Analysis | Various financial analysis, internal meetings re same |
| Jonathan Brownstein | 1/10/2005 | 3.8 | Valuation | Prepare and review financial analysis |
| Ritwik Chatterjee | 1/10/2005 | 7.7 | Valuation | Various financial analysis |
| Joanna Wu | 1/10/2005 | 7.7 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 1/11/2005 | 1.8 | Financial Analysis | Internal CIBC meetings |
| Joanna Wu | 1/11/2005 | 1.8 | Financial Analysis | Internal CIBC discussions |
| Joseph Radecki | 1/14/2005 | 5.0 | Plan and Disclosure Statement | Plan and Disclosure Statement review |
| Jonathan Brownstein | 1/14/2005 | 3.0 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Ritwik Chatterjee | 1/14/2005 | 4.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement |
| Joanna Wu | 1/14/2005 | 5.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joanna Wu | 1/15/2005 | 2.8 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joseph Radecki | 1/17/2005 | 5.0 | Plan and Disclosure Statement | Plan and Disclosure Statement review |
| Jonathan Brownstein | 1/17/2005 | 3.3 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Ritwik Chatterjee | 1/17/2005 | 5.3 | Plan and Disclosure Statement | Review Plan and Disclosure Statement |
| Joanna Wu | 1/17/2005 | 2.5 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joseph Radecki | 1/18/2005 | 3.8 | Plan and Disclosure Statement | Plan and Disclosure Statement review |
| Jonathan Brownstein | 1/18/2005 | 2.0 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Ritwik Chatterjee | 1/18/2005 | 2.5 | Plan and Disclosure Statement | Review Plan and Disclosure Statement |
| Joanna Wu | 1/18/2005 | 4.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joseph Radecki | 1/19/2005 | 2.3 | Business Operations | Review / Norris Agreement / Debtors' Motion for management employment agreement |
| Jonathan Brownstein | 1/19/2005 | 1.0 | Business Operations / Plan and DS | Review Plan / Disclosure Statement, Review of Debtors' Motion for CEO Employment Agreement / Norris Consulting Agreement |
| Ritwik Chatterjee | 1/19/2005 | 1.0 | Business Operations | Review of Debtors' Motion for executive employment agreement / Norris Agreement |
| Joanna Wu | 1/19/2005 | 1.0 | Business Operations | Review of Norris Agreement / Related topics |
| Joseph Radecki | 1/21/2005 | 7.0 | Financial Analysis | Attended case hearing telephonically; Review and discuss various financial analysis |
| Jonathan Brownstein | 1/21/2005 | 6.5 | Hearing Attendance | Attended telephonically hearing on January 21, 2005 |
| Joanna Wu | 1/21/2005 | 6.0 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 1/22/2005 | 1.3 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Joseph Radecki | 1/24/2005 | 2.8 | Financial Analysis | Review and discuss various financial analysis |
| Jonathan Brownstein | 1/24/2005 | 2.3 | Financial Analysis | Prepare and review financial analysis |
| Ritwik Chatterjee | 1/24/2005 | 3.0 | Financial Analysis | Various financial analysis |
| Joanna Wu | 1/24/2005 | 3.0 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 1/25/2005 | 2.0 | Business Operations | Review Case docket |
| Jonathan Brownstein | 1/25/2005 | 2.0 | Business Operations | Review case docket |
| Ritwik Chatterjee | 1/25/2005 | 2.8 | Business Operations | Review financial results, Review Case docket |
| Joanna Wu | 1/25/2005 | 2.8 | Business Operations | Review Case docket |
| Joseph Radecki | 1/26/2005 | 2.0 | Financial Analysis | Review of results of comparable company set, internal discussions re same topic |
| Jonathan Brownstein | 1/26/2005 | 2.0 | Financial Analysis | Review comparable companies' results of operations, CIBC meetings |
| Ritwik Chatterjee | 1/26/2005 | 2.0 | Financial Analysis | Review earnings of comparable companies, CIBC discussions re earnings |
| Joseph Radecki | 1/27/2005 | 1.3 | Business Operations | Internal discussions re case issues |
| Jonathan Brownstein | 1/27/2005 | 1.5 | Business Operations | Review case docket, internal meetings re various |
| Ritwik Chatterjee | 1/27/2005 | 1.5 | Business Operations | Review Case docket, internal discussions re case issues |
| Joanna Wu | 1/27/2005 | 1.5 | Business Operations | Review Case docket, internal meetings re various issues |
| Joseph Radecki | 1/28/2005 | 1.8 | Financial Analysis | Review of results of comparable company set |
| Joanna Wu | 1/28/2005 | 7.3 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 1/31/2005 | 1.0 | Business Operations | Review Case docket |
| Jonathan Brownstein | 1/31/2005 | 0.5 | Business Operations | Review case docket |
| Ritwik Chatterjee | 1/31/2005 | 1.0 | Business Operations | Review Case docket |
| Joanna Wu | 1/31/2005 | 1.0 | Business Operations | Review Case docket |

# EXHIBIT B

### W.R. Grace & Co.
### CIBC Expense Detail Report (January 1, 2005 – January 31, 2005)

Telephone
| | | |
|---|---|---|
| Jonathan Brownstein | 01/24/05 | $52.42 |
| Subtotal Telephone: | | $52.42 |

Research
| | | |
|---|---|---|
| Thomsom Financial | 01/19/05 | $51.08 |
| Standard & Poor's MMS | 01/26/05 | 15.12 |
| Standard & Poor's MMS | 01/26/05 | 175.50 |
| Capital IQ Research | 01/27/05 | 16.77 |
| Courts Pacer Service Center | 01/28/05 | 74.83 |
| Subtotal Research: | | $333.30 |

**TOTAL EXPENSES:**                    **$ 385.72**

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK     )
                                    ) ss.:
COUNTY OF NEW YORK    )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

        1.       I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

        2.       No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

        3.       I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Eighth Monthly Interim Application of CIBC World Markets Corp. for the time period January 1, 2005 through January 31, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

_____
Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 20th day of April, 2005

_____

My commission expires:



05

## CERTIFICATE OF SERVICE

       I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on April 22, 2005, I caused the *Notice, Eighth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period January 1, 2005 through January 31, 2005, Affidavit, Exhibit A, and Exhibit B,* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

       Under penalty of perjury, I certify the foregoing to be true and correct.


                               Debra O. Fullem, Senior Legal Assistant
                               Swidler Berlin LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

***Federal Express***
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

***E-mail: jsakalo@bilzin.com***
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


***E-mail: david.heller@lw.com and carol.hennessey@lw.com***
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


***E-mail: pbentley@kramerlevin.com***
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP