IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) <br> ) Jointly Administered |
| Debtor. | ) Objection Date: May 12, 2005 at 4:00 p.m. <br> ) Hearing: Scheduled if Necessary (Negative Notice) |

## NOTICE OF FILING OF
## NINTH MONTHLY INTERIM APPLICATION OF
## CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
## DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Ninth Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period February 1, 2005 through February 28, 2005 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $2,918.07 (the "Application") for a total of $82,918.07.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 12, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN LLP

By:_____
Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: April 22, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtor. | ) |
| | ) Objection Date: May 12, 2005 at 4:00 p.m. |
| | ) Hearing: Scheduled if Necessary (Negative Notice) |

**NINTH MONTHLY INTERIM APPLICATION OF
CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | February 1, 2005 – February 28, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,918.07 |

This is a   _x_ monthly       __ interim       ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### FEBRUARY 2005

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 114.8 | NA |
| Hearing Attendance | 1.5 | NA |
| Financial Analysis Related | 110.8 | NA |
| Plan & Disclosure Statement Related | 12.3 | NA |
| **TOTAL** | **239.4** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### FEBRUARY 2005

| Expense Category | Total |
|---|---|
| Meals | $4.06 |
| Air fare | 1,858.20 |
| Transportation | 75.50 |
| Telephone | 55.60 |
| Research | 841.45 |
| Printing | 83.26 |
| **TOTAL** | **$2,918.07** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By:________________________

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: April 20, 2005

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 2/1/2005 | 1.0 | Business Operations | Review case docket |
| Joanna Wa | 2/1/2005 | 6.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/2/2005 | 4.3 | Financial Analysis | Review various financial analysis |
| Jonathan Brownstein | 2/2/2005 | 3.8 | Financial Analysis | Prepare and review financial analysis |
| Ritwik Chatterjee | 2/2/2005 | 4.0 | Financial Analysis | Various Financial Analysis |
| Joanna Wa | 2/2/2005 | 4.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/3/2005 | 2.0 | Financial Analysis | Review various financial analysis |
| Jonathan Brownstein | 2/3/2005 | 3.8 | Financial Analysis | Prepare and review financial analysis |
| Ritwik Chatterjee | 2/3/2005 | 4.8 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/6/2005 | 2.3 | Business Operations | Review executive compensation issues |
| Jonathan Brownstein | 2/6/2005 | 2.0 | Business Operations | Review executive compensation issues |
| Ritwik Chatterjee | 2/6/2005 | 1.8 | Business Operations | Review executive compensation issues |
| Joseph Radecki | 2/7/2005 | 3.8 | Business Operations | Review criminal case issues (Libby) |
| Jonathan Brownstein | 2/7/2005 | 2.0 | Business Operations | Review criminal case |
| Ritwik Chatterjee | 2/7/2005 | 2.0 | Business Operations | Review criminal case issues |
| Joanna Wa | 2/7/2005 | 2.0 | Business Operations | Review Libby issues |
| Joseph Radecki | 2/8/2005 | 4.8 | Business Operations | Review criminal case issues (Libby) |
| Jonathan Brownstein | 2/8/2005 | 2.3 | Business Operations | Review criminal case |
| Ritwik Chatterjee | 2/8/2005 | 4.0 | Business Operations | Review criminal case issues; review exec compensation issues |
| Joanna Wa | 2/8/2005 | 1.5 | Business Operations | Review Libby issues |
| Joseph Radecki | 2/9/2005 | 6.0 | Business Operations | Analysis and review of Company financial briefing, internal meetings. Preparation for upcoming meetings at Grace. |
| Jonathan Brownstein | 2/9/2005 | 4.8 | Business Operations | Preparation for upcoming presentation at Company |
| Ritwik Chatterjee | 2/9/2005 | 5.3 | Business Operations | Prepare for business plan meeting, Review quarterly financial briefing, internal discussions re: same |
| Joanna Wa | 2/9/2005 | 4.0 | Business Operations | Review quarterly financial briefing, analysis re: same; internal meetings re: financial update |
| Joseph Radecki | 2/10/2005 | 12.5 | Business Operations | Grace Business Plan meeting (including travel) |
| Jonathan Brownstein | 2/10/2005 | 12.0 | Business Operations | Review of 2004 results and 2005 budget (includes travel time) |
| Ritwik Chatterjee | 2/10/2005 | 11.0 | Business Operations | Grace Business Plan meeting (including travel) |
| Joanna Wa | 2/10/2005 | 11.5 | Business Operations | Grace meeting in at Company HQ (with travel) |
| Joseph Radecki | 2/11/2005 | 2.8 | Business Operations | Review of recently received business plan |
| Jonathan Brownstein | 2/11/2005 | 3.5 | Business Operations | Review of 2005 plan and 2004 financial/business results |
| Ritwik Chatterjee | 2/11/2005 | 3.0 | Business Operations | Review Business plan |
| Joanna Wa | 2/11/2005 | 7.5 | Business Operations | Review materials from plan meeting, financial analysis re: same |
| Joseph Radecki | 2/14/2005 | 1.5 | Financial Analysis | Review of recently received business plan |
| Jonathan Brownstein | 2/14/2005 | 1.5 | Financial Analysis | Review of 2005 plan and 2004 financial/business results |
| Ritwik Chatterjee | 2/14/2005 | 7.0 | Financial Analysis | Financial analyses related to new business plan |
| Joanna Wa | 2/14/2005 | 7.0 | Financial Analysis | Financial analyses related to new business plan |
| Joseph Radecki | 2/15/2005 | 4.0 | Financial Analysis | Review of team's analysis of new business plan, internal meetings re: same |
| Jonathan Brownstein | 2/15/2005 | 3.5 | Financial Analysis | Review of 2005 plan and 2004 financial/business results |
| Ritwik Chatterjee | 2/15/2005 | 7.0 | Financial Analysis | Financial analyses related to new business plan; internal meetings re: same |
| Joanna Wa | 2/15/2005 | 7.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/16/2005 | 2.5 | Financial Analysis | Review of team's analysis of new business plan, internal meetings re: same |
| Jonathan Brownstein | 2/16/2005 | 4.0 | Financial Analysis | Preparation and review of analysis of new business plan, internal meetings. |
| Ritwik Chatterjee | 2/16/2005 | 5.5 | Financial Analysis | Financial analyses related to new business plan |
| Joanna Wa | 2/16/2005 | 5.5 | Financial Analysis | Various Financial Analysis |
| Jonathan Brownstein | 2/17/2005 | 1.0 | Financial Analysis | Preparation and review of analysis of new business plan. |
| Joanna Wa | 2/17/2005 | 6.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/18/2005 | 1.5 | Plan and Disclosure Statement | Internal discussions regarding case issues |
| Ritwik Chatterjee | 2/18/2005 | 1.5 | Plan and Disclosure Statement | Internal meetings re various case issues |
| Joanna Wa | 2/18/2005 | 7.3 | Plan and Disclosure Statement | Internal meetings re various case issues; various financial analysis |
| Joseph Radecki | 2/22/2005 | 1.0 | Plan and Disclosure Statement | Internal discussions regarding case issues |
| Jonathan Brownstein | 2/22/2005 | 1.0 | Plan and Disclosure Statement | Internal discussions regarding case issues |
| Joanna Wa | 2/23/2005 | 1.8 | Business Operations | Review Case docket |
| Joseph Radecki | 2/24/2005 | 1.0 | Financial Analysis | Review financial analysis |
| Jonathan Brownstein | 2/24/2005 | 4.0 | Financial Analysis | Prepare and review financial analysis of Company and competitors |
| Joanna Wa | 2/24/2005 | 2.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/25/2005 | 1.5 | Financial Analysis | Review financial analysis |
| Jonathan Brownstein | 2/25/2005 | 2.5 | Financial Analysis | Prepare and review financial analysis of Company and competitors |
| Joseph Radecki | 2/28/2005 | 1.3 | Financial Analysis | Internal meetings; Review filings of comparable companies |
| Jonathan Brownstein | 2/28/2005 | 1.5 | Hearing Attendance | Attended telephonically hearing on February 28, 2005 |
| Ritwik Chatterjee | 2/28/2005 | 1.0 | Financial Analysis | Comparable companies filings; internal discussion re: same |
| Joanna Wa | 2/28/2005 | 2.0 | Financial Analysis | Internal meetings; Review filings of comparable companies |

# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (February 1, 2005 – February 28, 2005)

| | | |
|---|---|---|
| Travel Meals | | |
| Rit Chatterjee | 02/16/05 | 4.06 |
| Subtotal Meals: | | $4.06 |
| | | |
| Air fare | | |
| Joe Radecki | 02/16/05 | 724.40 |
| Rit Chatterjee | 02/16/05 | 566.90 |
| Jon Brownstein | 02/16/05 | 566.90 |
| Subtotal Air fare: | | $1,858.20 |
| | | |
| Transportation | | |
| Jon Brownstein (car rental) | 02/16/05 | 75.50 |
| Subtotal Transportation: | | $75.50 |
| | | |
| Telephone | | |
| Joe Radecki | 02/04/05 | 20.60 |
| Jonathan Brownstein | 02/16/05 | 35.00 |
| Subtotal Telephone: | | $55.60 |
| | | |
| Research | | |
| Thomson Financial | 02/03/05 | 535.43 |
| Thomson Financial | 02/03/05 | 306.02 |
| Subtotal Research: | | $841.45 |
| | | |
| Printing | | |
| Joanna Wa | 02/08/05 | 83.26 |
| Subtotal Printing: | | $83.26 |

**TOTAL EXPENSES:**                                                            $2,918.07

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Ninth Monthly Interim Application of CIBC World Markets Corp. for the time period February 1, 2005 through February 28, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this ___ day of April, 2005

My commission expires:



## CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on April 22, 2005, I caused the *Notice, Ninth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period February 1, 2005 through February 28, 2005, Affidavit, Exhibit A, and Exhibit B*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

*Debra O. Fullem*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Federal Express*
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express and Email: feeaudit@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP