## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 12, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

### NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Eighth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from March  1, 2005 through March 31, 2005, seeking

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc ), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc , Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd , G C Limited Partners I, Inc (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc , GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc , Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc , Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp , Grace Washington, Inc , W. R. Grace Capital Corporation, W R. Grace Land Corporation, Gracoal, Inc , Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc , Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc , Grace JVH, Inc., Asbestos Management, Inc ), Monolith Enterprises, Incorporated, Monroe Street, Inc , MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc ), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc , E&C Liquidating Corp , Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

compensation in the amount of $17,143.00 and reimbursement for actual and necessary expenses in the amount of $1,001.41 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 12, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United

States Trustee, Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated:  Wilmington, DE
      April 22, 2005

Respectfully submitted,

Michael R. Lastowski (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com

- and –

William S. Katchen (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

-and -

Lewis Kruger
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
e-mail:    lkruger@stroock.com

*Co-Counsel for the Official Committee of Unsecured Creditors of
W. R. Grace & Co., et al.*

WLM\207864 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

**W.R. Grace & Co., et al.**

Debtors.

Chapter 11

Case No. 01-01139 (JKF)

Jointly Administered

**Objection Date: May 12, 2005 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**

## THIRTY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2005 – March 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$17,143.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$1,001.41** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the thirty-eighth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-eighth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

**Monthly Interim Fee Applications**

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01– 7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02– 1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02– 2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02– 3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| | | | | | |
|---|---|---|---|---|---|
| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $1,001.41 |

**Quarterly Fee Applications**

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01- 6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | | |

# DuaneMorris

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

April 22, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001          Invoice# 1086695                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 03/31/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 12.60 | hrs. at | $525.00 | /hr. = | $6,615.00 |
| RW RILEY | PARTNER | 3.20 | hrs. at | $415.00 | /hr. = | $1,328.00 |
| WS KATCHEN | PARTNER | 11.30 | hrs. at | $575.00 | /hr. = | $6,497.50 |
| MF HAHN | ASSOCIATE | 0.50 | hrs. at | $290.00 | /hr. = | $145.00 |
| DM SPEERS | PARALEGAL | 4.10 | hrs. at | $205.00 | /hr. = | $840.50 |
| VL AKIN | PARALEGAL | 8.60 | hrs. at | $185.00 | /hr. = | $1,591.00 |
| TJ HANNON | MISCELLANEOUS | 0.30 | hrs. at | $180.00 | /hr. = | $54.00 |
| V MARCHELLO | LEGAL ASSISTAN | 0.80 | hrs. at | $90.00 | /hr. = | $72.00 |
| | | | | | | $17,143.00 |


DISBURSEMENTS

| | |
|---|---|
| MEETING EXPENSE | 110.02 |
| MESSENGER SERVICE | 145.00 |
| MISCELLANEOUS | 25.44 |
| OVERNIGHT MAIL | 78.48 |
| PRINTING & DUPLICATING | 557.90 |
| TELECOPY | 51.30 |
| WESTLAW LEGAL RESEARCH | 33.27 |
| TOTAL DISBURSEMENTS | $1,001.41 |

| | |
|---|---|
| BALANCE DUE THIS INVOICE | $18,144.41 |
| PREVIOUS BALANCE | $50,527.63 |
| TOTAL BALANCE DUE | $68,672.04 |

Duane Morris
April 22, 2005
Page 2

File # K0248-00001                                    INVOICE #  1086695
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 3/7/2005 | 003 | MR LASTOWSKI | REVIEW JANUARY MONTHLY OPERATING REPORT | 0.60 | $315.00 |
| | | | Code Total | 0.60 | $315.00 |

Duane Morris
April 22, 2005
Page 3

File # K0248-00001                                          INVOICE # 1086695
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/1/2005 004 | DM SPEERS | REVIEWING 3/1/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/2/2005 004 | DM SPEERS | REVIEWING 3/2/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $61.50 |
| 3/2/2005 004 | RW RILEY | REVIEWING DOCKET AND MATTERS SCHEDULED FOR MARCH OMNIBUS HEARING | 0.30 | $124.50 |
| 3/2/2005 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 3/3/2005 004 | DM SPEERS | REVIEWING 3/3/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 3/4/2005 004 | DM SPEERS | REVIEWING 3/4/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 3/4/2005 004 | TJ HANNON | REQUESTING NEW JERSEY DAILY DECISION ALERT CASE FOR W. KATCHEN. | 0.30 | $54.00 |
| 3/8/2005 004 | DM SPEERS | REVIEWING 3/7/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/8/2005 004 | DM SPEERS | REVIEWING 3/8/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/9/2005 004 | DM SPEERS | REVIEWING 3/9/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/10/2005 004 | DM SPEERS | REVIEWING 3/10/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 3/11/2005 004 | DM SPEERS | REVIEWING 3/11/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/11/2005 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 3/14/2005 004 | DM SPEERS | REVIEWING 3/14/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $61.50 |

Duane Morris
April 22, 2005
Page 4

File # K0248-00001                                    INVOICE # 1086695
     W. R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|--|-----------|-------------|-------|--------|
| 3/14/2005 | 004 | DM SPEERS | COPY AND E-MAIL TO VMARCHELLO ALL DAILY BANKRUPTCY NEWS ARTICLES FROM 3/10/05 TO DATE REFERENCING SENATOR SPECTOR AND THE PROPOSED BANKRUPTCY LEGILSATION. | 0.20 | $41.00 |
| 3/14/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 3/15/2005 | 004 | DM SPEERS | REVIEWING 3/15/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/15/2005 | 004 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE FROM PACER THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.30 | $27.00 |
| 3/15/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 3/15/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.20 | $37.00 |
| 3/15/2005 | 004 | WS KATCHEN | REVIEW TRANSCRIPT FROM FEBRUARY 28, 2005 HEARING BEFORE THE BANKRUPTCY COURT | 0.90 | $517.50 |
| 3/16/2005 | 004 | DM SPEERS | REVIEWING 3/16/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/17/2005 | 004 | DM SPEERS | REVIEWING 3/17/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/17/2005 | 004 | V MARCHELLO | MONITOR DOCKET PER BILL KATCHEN'S REQUEST. | 0.10 | $9.00 |
| 3/18/2005 | 004 | DM SPEERS | REVIEWING 3/18/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 3/18/2005 | 004 | RW RILEY | REVIEWING MATTERS FOR 3/21/05 OMNIBUS HEARING | 0.50 | $207.50 |
| 3/18/2005 | 004 | VL AKIN | PREPARE HEARING BINDER FOR 3/21/05 | 0.70 | $129.50 |
| 3/18/2005 | 004 | VL AKIN | CONFERENCE WITH R. RILEY REGARDING STATUS OF HEARING ON 3/21/05 | 0.10 | $18.50 |
| 3/21/2005 | 004 | DM SPEERS | REVIEWING 3/21/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.30 | $61.50 |
| 3/21/2005 | 004 | VL AKIN | CALENDAR UPCOMING COURT DEADLINES | 0.10 | $18.50 |
| 3/21/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL. | 0.10 | $18.50 |
| 3/21/2005 | 004 | WS KATCHEN | REVIEW EMAIL FROM STROOCK; | 0.10 | $57.50 |

Duane Morris
April 22, 2005
Page 5

File # K0248-00001                                          INVOICE #  1086695
      W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/22/2005 004 | DM SPEERS | REVIEWING 3/22/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| 3/22/2005 004 | WS KATCHEN | REVIEW CAMPBELL & LEVINE MARCH 18, 2005 LETTER TO CLERK, THIRD CIRCUIT; | 0.10 | $57.50 |
| 3/23/2005 004 | DM SPEERS | REVIEWING 3/23/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/23/2005 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 3/23/2005 004 | VL AKIN | CONFERENCES W/ C. TROYER AT CAPSTONE REGARDING NAME CHANGE | 0.20 | $37.00 |
| 3/23/2005 004 | VL AKIN | PREPARE NOTICE OF NAME CHANGE FOR CAPSTONE AND CERTIFICATE OF SERVICE FOR SAME. | 0.50 | $92.50 |
| 3/23/2005 004 | VL AKIN | FILE AND SERVE NOTICE OF NAME CHANGE FOR CAPSTONE | 0.30 | $55.50 |
| 3/24/2005 004 | DM SPEERS | REVIEWING 3/24/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.10 | $20.50 |
| 3/24/2005 004 | RW RILEY | REVIEWING DOCKET AND RECENT PLEADINGS IN CASE | 0.80 | $332.00 |
| 3/29/2005 004 | DM SPEERS | REVIEWING 3/29/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.40 | $82.00 |
| 3/29/2005 004 | DM SPEERS | REVIEWING 3/28/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.40 | $82.00 |
| 3/29/2005 004 | VL AKIN | FORWARD COPY OF CAPSTONE NAME CHANGE TO L. HAMILTON | 0.10 | $18.50 |
| 3/31/2005 004 | DM SPEERS | REVIEWING 3/31/05 DAILY BANKRUPTCY NEWS HEADLINES, COPYING AND E-MAILING ASBESTOS ITEMS TO WKATCHEN AND MHAHN | 0.20 | $41.00 |
| | | Code Total | 10.40 | $2,754.00 |

Duane Morris
April 22, 2005
Page 6

File # K0248-00001                                        INVOICE #  1086695
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/1/2005 | 005 | WS KATCHEN | REVIEW LEGISLATION STATUS IN STROOCK MEMO. | 0.10 | $57.50 |
| 3/1/2005 | 005 | WS KATCHEN | REVIEW LATEST DAUBERT/CAUSATION AND PROD. LIABILITY OPINION AT 1/2. | 0.40 | $230.00 |
| 3/2/2005 | 005 | WS KATCHEN | REVIEW AMENDED BY LAWS. | 0.10 | $57.50 |
| 3/2/2005 | 005 | WS KATCHEN | REVIEW CAPSTONE FINANCIAL ANALYSIS. | 0.30 | $172.50 |
| 3/2/2005 | 005 | WS KATCHEN | REVIEW E-MAIL MEMOS FROM STROOCK. | 0.30 | $172.50 |
| 3/7/2005 | 005 | WS KATCHEN | DRAFT MEMO TO STROOCK ON RULE 2019 ISSUE | 0.10 | $57.50 |
| 3/7/2005 | 005 | WS KATCHEN | REVIEW FUTURES' REPRESENTATIVE'S LIMITED OBJECTION TO RETENTION OF A. FESTA AS CEO | 0.10 | $57.50 |
| 3/8/2005 | 005 | WS KATCHEN | REVIEW STATUS OF LEGISLATION. | 0.20 | $115.00 |
| 3/8/2005 | 005 | WS KATCHEN | REVIEW PROPOSED SENATOR BAUCUS' BILL ON LIBBY. | 0.10 | $57.50 |
| 3/8/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE ON P. PEARSON'S CLAIM. | 0.10 | $57.50 |
| 3/8/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S WAIVER OF NOTICE ON RESTRICTIONS ON TRANSFER OF EQUITY SECURITIES. | 0.10 | $57.50 |
| 3/8/2005 | 005 | WS KATCHEN | ATTENTION TO PLAN ISSUES AND VOTING. | 0.50 | $287.50 |
| 3/8/2005 | 005 | WS KATCHEN | ADDITIONAL RESEARCH ON VOTING RE: §524(G) ISSUE. | 2.00 | $1,150.00 |
| 3/9/2005 | 005 | WS KATCHEN | ATTENTION TO EMPLOYMENT AGREEMENT ISSUES (FESTA). | 0.60 | $345.00 |
| 3/9/2005 | 005 | WS KATCHEN | REVIEW THE LATEST THIRD CIRCUIT OPINION ON STANDARDS. | 0.30 | $172.50 |
| 3/10/2005 | 005 | V MARCHELLO | MONITOR DOCKET AND RETRIEVE THE MOST RECENTLY FILED PLEADINGS PER BILL KATCHEN'S REQUEST. | 0.30 | $27.00 |
| 3/10/2005 | 005 | WS KATCHEN | UPDATE LEGISLATION STATUS. | 0.10 | $57.50 |
| 3/10/2005 | 005 | WS KATCHEN | UPDATE GRACE - LIBBY INDICTMENT. | 0.10 | $57.50 |
| 3/10/2005 | 005 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.10 | $57.50 |
| 3/10/2005 | 005 | WS KATCHEN | REVIEW ACC COMMITTEE RESPONSE ON DEBTOR'S APPLICATION (FESTA). | 0.20 | $115.00 |
| 3/10/2005 | 005 | WS KATCHEN | REVIEW FUTURES' REPRESENTATIVE'S OBJECTION TO DEBTOR'S EMPLOYMENT - FESTA | 0.10 | $57.50 |
| 3/10/2005 | 005 | WS KATCHEN | REVIEW PD COMMITTEE'S OBJECTION RE: FESTA. | 0.10 | $57.50 |
| 3/12/2005 | 005 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE ON EMPLOYMENT AGREEMENT ISSUE. | 0.40 | $230.00 |
| 3/14/2005 | 005 | WS KATCHEN | ATTENTION TO EMPLOYMENT AGREEMENT ISSUES. | 1.10 | $632.50 |
| 3/16/2005 | 005 | WS KATCHEN | REVIEW ORDER RE: CIBC. | 0.10 | $57.50 |
| 3/16/2005 | 005 | WS KATCHEN | PREPARE MEMO TO KEVIN KELLEY. | 0.10 | $57.50 |

Duane Morris
April 22, 2005
Page 7

File # K0248-00001                                    INVOICE # 1086695
     W.R. GRACE & CO.

| 3/16/2005 005 | WS KATCHEN | REVIEW CAPSTONE'S ANALYSIS ACQUISITION TRANSACTIONS. | 0.20 | $115.00 |
|---|---|---|---|---|
| 3/18/2005 005 | MR LASTOWSKI | REVIEW DEBTOR'S NOTICE OF INTENT TO OBJECT TO CERTAIN CLAIMS BASED UPON INSUFFICIENT DOCUMENTATION | 0.60 | $315.00 |
| 3/24/2005 005 | WS KATCHEN | WORK ON ESTIMATION/ALLOWANCE ISSUES AT 1/2. | 0.80 | $460.00 |
| 3/29/2005 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE CLAIMS ESTIMATION CASE MANAGEMENT ORDER | 0.30 | $157.50 |
| 3/29/2005 005 | WS KATCHEN | REVIEW CAPSTONE REPORT TO COMMITTEE RE: "CUBA TRANSACTION". | 0.20 | $115.00 |
| 3/30/2005 005 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $57.50 |
| | | Code Total | 10.20 | $5,674.50 |

Duane Morris
April 22, 2005
Page 8

File # K0248-00001                                    INVOICE #  1086695
    W.R. GRACE & CO.

| 3/1/2005 006 | MR LASTOWSKI | REVIEW EIGHTH OMNIBUS OBJECTION TO CLAIMS | 0.30 | $157.50 |
|---|---|---|---|---|
| 3/4/2005 006 | MR LASTOWSKI | REVIEW DEBTOR'S WAIVER OF TRADING RESTRICTIONSA | 0.30 | $157.50 |
| 3/23/2005 006 | MR LASTOWSKI | REVIE SEVENTH OMNIBUS OBJECTION TO CLAIMS | 0.30 | $157.50 |
| | | Code Total | 0.90 | $472.50 |

Duane Morris
April 22, 2005
Page 9

File # K0248-00001                                          INVOICE # 1086695
    W.R. GRACE & CO.

| | | | | | |
|---|---|---|---|---|---|
| 3/2/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.10 | $52.50 |
| 3/11/2005 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM K. BUTLER (CREDITOR'S COUNSEL) RE: STATUS | 0.30 | $157.50 |
| 3/14/2005 | 007 | MR LASTOWSKI | REVIEW STATUS OF ASBESTOS LEGISLATION | 0.60 | $315.00 |
| 3/16/2005 | 007 | MR LASTOWSKI | TELEPHONE CALL FROM G. DUNNE (CREDITOR) RE: STATUS | 0.40 | $210.00 |
| | | | Code Total | 1.40 | $735.00 |

Duane Morris
April 22, 2005
Page 10

File # K0248-00001                                        INVOICE # 1086695
    W.R. GRACE & CO.

| Date | | Attorney | Description | Hours | Amount |
|------|---|----------|-------------|-------|--------|
| 3/4/2005 | 008 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO ENTER INTO EMPLOYMENT AGREEMENT WITH CURRENT CEO AND OBJECTIONS THERETO | 0 60 | $315.00 |
| 3/11/2005 | 008 | MR LASTOWSKI | REVIEW DEBTOR'S REPLY IN SUPPORT OF MOTION FOR AUTHORITY TO ENTER INTO EMPLOYMENT AGREEMENT WITH CURRENT CEO | 0 60 | $315.00 |
| | | | Code Total | 1.20 | $630.00 |

Duane Morris
April 22, 2005
Page 11

File # K0248-00001                                          INVOICE #  1086695
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/2/2005 | 012 | VL AKIN | BILLING MATTERS | 0.30 | $55.50 |
| 3/3/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 36TH MONTHLY FEE APPLICATION | 0.30 | $157.50 |
| 3/3/2005 | 012 | VL AKIN | EDIT JANUARY 2005 FEE APPLICATION OF DUANE | 0.10 | $18.50 |
| 3/3/2005 | 012 | VL AKIN | FILE AND SERVE JANUARY 2005 FEE APPLICATION OF DUANE | 0.60 | $111.00 |
| 3/7/2005 | 012 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR DUANE MORRIS LLP FIFTEENTH QUARTERLY FEE APPLICATION | 0.10 | $52.50 |
| 3/7/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING FIFTEENTH QUARTERLY FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 3/8/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES CERTIFICATION OF NO OBJECTION FOR 15TH QUARTERLY FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 3/8/2005 | 012 | VL AKIN | BILLING MATTERS REGARDING FEBRUARY 2005 FEE APPLICATION | 0.30 | $55.50 |
| 3/14/2005 | 012 | VL AKIN | REVIEW FEBRUARY 2005 BILL | 0.40 | $74.00 |
| 3/18/2005 | 012 | VL AKIN | PREPARE FEBRUARY 2005 FEE APPLICATION OF DUANE | 0.70 | $129.50 |
| 3/21/2005 | 012 | RW RILEY | REVIEWING AND EXECUTING 37TH MONTHLY FEE APPLICATION FOR DUANE MORRIS FOR FEBRUARY, 2005 | 0.10 | $41.50 |
| 3/21/2005 | 012 | VL AKIN | FILE AND SERVE FEBRUARY 2005 FEE APPLICATION OF DUANE | 0.40 | $74.00 |
| 3/28/2005 | 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JANUARY 2005 FEE APPLICATION OF DUANE | 0.20 | $37.00 |
| 3/29/2005 | 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE JANUARY FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| | | | Code Total | 4.30 | $954.50 |

Duane Morris
April 22, 2005
Page 12

File # K0248-00001                                    INVOICE #  1086695
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 3/1/2005 | 013 | VL AKIN | FILE CAPSTONE JANUARY 2005 FEE APPLICATION | 0.30 | $55.50 |
| 3/7/2005 | 013 | MR LASTOWSKI | REVIEW AND SIGN CNO FOR CAPSTONE CORPORATE RECOVERY LLC FOURTH QUARTERLY FEE APPLICATION | 0.10 | $52.50 |
| 3/7/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR FOURTH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 3/8/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES CERTIFICATION OF NO OBJECTION REGARDING FOURTH QUARTERLY FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 3/15/2005 | 013 | VL AKIN | FILE JANUARY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 3/23/2005 | 013 | MR LASTOWSKI | EXECUET CNO RE: CAPSTONE 12TH INTERIM FEE APPLICATION | 0.10 | $52.50 |
| 3/23/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING JANUARY 2005 FEE APPLICATION OF CAPSTONE | 0.20 | $37.00 |
| 3/23/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE TWELFTH INTERIM FEE APPLICATION OF CAPSTONE | 0.40 | $74.00 |
| 3/30/2005 | 013 | VL AKIN | FILE FEBRUARY 2005 FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| | | | Code Total | 2.20 | $475.00 |

Duane Morris
April 22, 2005
Page 13

File # K0248-00001                                    INVOICE # 1086695
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/16/2005 015 | MR LASTOWSKI | REVIEW AGENDA FOR 3/21/05 OMNIBUS HEARING AND ITEMS IDENTIFIED THEREON | 1.90 | $997.50 |
| 3/21/2005 015 | RW RILEY | PREPARATION AND ATTENDING OMNIBUS HEARING | 1.50 | $622.50 |
| 3/24/2005 015 | MR LASTOWSKI | REVIEW MARCH 21, 2005 HEARING TRANSCRIPT | 0.30 | $157.50 |
| 3/29/2005 015 | MR LASTOWSKI | REVIEW ORDERS ENTERED ON 3/22/05 | 0.30 | $157.50 |
| 3/29/2005 015 | MR LASTOWSKI | REVIEW BRIEFING SCHEDULE RE: CASE MANAGEMENT QUESTIONNAIRE | 0.30 | $157.50 |
| | | Code Total | 4.30 | $2,092.50 |

Duane Morris
April 22, 2005
Page 14

File # K0248-00001                                                INVOICE # 1086695
     W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|------|---|------------|-------------|-------|--------|
| 3/1/2005 | 016 | MR LASTOWSKI | REVIEW PROPOSED SETTLEMENT WITH CONTINENTAL CASUALTY AND OBJECTIONS THERETO | 0.20 | $105.00 |
| 3/23/2005 | 016 | MR LASTOWSKI | LETTER FROM COMMITTEE COUNSEL RE: SEALED AIR SETTLEMENT | 0.20 | $105.00 |
| | | | Code Total | 0.40 | $210.00 |

Duane Morris
April 22, 2005
Page 15

File # K0248-00001                                    INVOICE #  1086695
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 3/1/2005 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 0.60 | $315.00 |
| 3/1/2005 017 | MR LASTOWSKI | REVIEW JUDGE ROBRENO'S CONFIRMATION OPINION IN ARMSTRONG | 0.50 | $262.50 |
| 3/2/2005 017 | MR LASTOWSKI | REVIEW OUTSTANDING CONFIRMATION ISSUES | 1.20 | $630.00 |
| 3/7/2005 017 | WS KATCHEN | WORK ON PLAN ISSUES | 1.20 | $690.00 |
| 3/8/2005 017 | MF HAHN | WORK ON PLAN ISSUES | 0.50 | $145.00 |
| 3/23/2005 017 | MR LASTOWSKI | REVIEW AMENDMENTS TO DISCLOSURE STATEMENT | 1.50 | $787.50 |
| | | Code Total | 5.50 | $2,830.00 |

Duane Morris
April 22, 2005
Page 16

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1086695

TOTAL SERVICES       41.40    $17,143.00

Duane Morris
April 22, 2005
Page 17

File # K0248-00001                                              INVOICE #  1086695
   W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 2/28/2005 | MEETING EXPENSE | | 19.65 |
| 3/31/2005 | MEETING EXPENSE | | 90.37 |
| | | Total: | $110.02 |
| | | | |
| 3/3/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790937252734) | | 10.81 |
| 3/3/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790445207357) | | 7.80 |
| 3/11/2005 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S KATCHEN ESQ. (TRACKING #849270698170) | | 36.23 |
| 3/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791013282558) | | 15.78 |
| 3/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790954493478) | | 7.86 |
| | | Total: | $78.48 |
| | | | |
| 3/14/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 33.27 |
| | | Total: | $33.27 |
| | | | |
| 3/31/2005 | MESSENGER SERVICE | | 145.00 |
| | | Total: | $145.00 |
| | | | |
| 3/11/2005 | MISCELLANEOUS LEGAL RESEARCH | | 25.44 |
| | | Total: | $25.44 |
| | | | |
| 3/31/2005 | TELECOPY | | 51.30 |
| | | Total: | $51.30 |
| | | | |
| 3/31/2005 | PRINTING & DUPLICATING | | 188.15 |
| 3/31/2005 | PRINTING & DUPLICATING | | 369.75 |
| | | Total: | $557.90 |
| | | | |
| | TOTAL DISBURSEMENTS | | $1,001.41 |