IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 8239 |

## DEBTORS' MOTION TO VACATE ORDER AT DOCKET NO. 8239

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby move this Court (the "Motion") to vacate the Modified Order Setting Briefing Schedule and Hearing Regarding Case Management Order and Proof of Claim/Questionnaire for the Estimation of Asbestos Personal Injury Liabilities (the "Scheduling Order") (Docket No. 8239). In support of the Motion, the Debtors respectfully represent as follows:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Background

1. On November 13, 2004, the Debtors filed their Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief (the "Estimation Motion").

2. A hearing on the Estimation Motion (the "Estimation Motion Hearing") was held on January 21, 2005.

3. At the Estimation Motion Hearing, the Court ordered the Asbestos Personal Injury Committee (the "PI Committee"), the Futures Claim Representative (the "FCR"), and the Debtors to negotiate (a) a case management order to govern the estimation of asbestos personal injury claims (the "Case Management Order"), and (b) the form of the Debtors' proposed proof of claim/questionnaire for asbestos personal injury pre-petition litigation claims (the "Questionnaire"). Despite their best efforts, the parties were unable to reach agreement regarding the Case Management Order and the Questionnaire.

4. The Debtors, the PI Committee and the FCR subsequently agreed to a briefing schedule and hearing date regarding the Case Management Order and Questionnaire, which was submitted on March 24, 2005, pursuant to a certification of counsel (the "Certification of Counsel") and a proposed order regarding the same (Docket No. 8117).

5. On March 29, 2005, certain insurers (the "Insurers") filed an objection [Docket No. 8139] to the proposed order, requesting that the Court:

   a. revise the language of ¶ 2.B of the Debtors' proposed order to read: "Any party in interest may file a response to the Debtors' motion on or before May 18, 2005"; and

   b.  revise the language of ¶ 2.C of the Debtors' proposed order to read: "Any party in interest may file a reply to the response of any other party in interest on or before May 31, 2005. Each reply shall be limited to five pages."

6. Thereafter, the Debtors agreed to revise the proposed order filed on March 25, 2005 to: (a) incorporate the language requested by the Insurers and (b) extend each of the deadlines in the original order by three weeks, in order to provide the parties adequate time to prepare their respective pleadings.

7. The Debtors, the PI Committee, the FCR and the Insurers agreed to extend the dates set forth in the proposed form of order and were working to obtain a special hearing date from the Court regarding any motion filed by the Debtors for approval of a Case Management Order and Questionnaire.

8. The Debtors, however, never withdrew the Certification of Counsel, and on April 20, 2005, the Court entered the Scheduling Order, modifying the proposed form of order as requested by the Insurers in their objection.

### Relief Requested

9. As the Debtors, the PI Committee, the FCR, and the Insurers have agreed to extend the dates set forth in the Scheduling Order, the Debtors respectfully request that the Court vacate the Scheduling Order.

10. The Debtors intend to submit a revised Scheduling Order to the Court at the omnibus hearing scheduled for April 25, 2005.

WHEREFORE, the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief that is just and proper.

Dated: April 22, 2005

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        200 East Randolph Drive
        Chicago, Illinois 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        and

        PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

        _/s/_____
        Laura Davis Jones (Bar No. 2436)
        David W. Carickhoff, Jr. (Bar No. 3715)
        919 North Market Street, 16th Floor
        P.O. Box 8705
        Wilmington, DE 19899-8705 (Courier 19801)
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for Debtors and Debtors in Possession