IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., _et al_ | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of David J. Liebman, Esquire of Cozen O'Connor to represent Federal Insurance Company in this action.

Dated: April 13, 2005        By: _____
                              John K. Carroll, III (DE 4060)
                              1201 N. Market Street
                              Suite 1400
                              Wilmington, DE 19801
                              (302) 295-2028
                              (302) 295-2013 Fax No.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: April 13, 2005        By: _____
                              David J. Liebman, Esquire
                              Cozen O'Connor
                              1900 Market Street
                              Philadelphia, PA 19103
                              (215) 665-2122
                              (215) 701-2243 Fax No.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                  United States Bankruptcy Judge