# HR&A                                    INVOICE

HAMILTON, RABINOVITZ & ALSCHULER, INC.
*Policy, Financial & Management Consultants*

April 19, 2005

Invoice No. HRA20050419

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees and expenses for consulting services performed by Hamilton, Rabinovitz & Alschuler, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of March, 2005.

### FEES

| | |
|---|---:|
| Francine F. Rabinovitz<br>1.8 hours @ $ 500 per hour | $   900.00 |
| Paul J. Silvern<br>0.7 hours @ $ 400 per hour | 280.00 |
| Joshua Katz<br>5.3 hours @ $ 175 per hour | 927.50 |
| **TOTAL FEES:** | **$ 2,107.50** |

### EXPENSES

| | |
|---|---:|
| Courier | $      5.91 |
| **TOTAL FEES AND EXPENSES:** | **$ 2,113.41** |

*Please remit to **new** corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

NORTHERN CALIFORNIA        LOS ANGELES        WASHINGTON DC        NEW YORK

Summary of billed hours for service rendered in connection with the Property Damage Claimants (W. R. Grace).
For the month of March, 2005.

| | FFR | PJS | JSK | |
|---|---|---|---|---|
| 03/01/200 | | | | |
| 03/02/200 | | | 1.3 | |
| 03/03/200 | 1.0 | | | |
| 03/04/200 | | | | |
| 03/05/200 | | | | |
| 03/06/200 | | | | |
| 03/07/200 | | | | |
| 03/08/200 | | | | |
| 03/09/200 | | | | |
| 03/10/200 | | 0.1 | 1.9 | |
| 03/11/200 | | | | |
| 03/12/200 | | | | |
| 03/13/200 | | | | |
| 03/14/200 | | | | |
| 03/15/200 | | | | |
| 03/16/200 | | | | |
| 03/17/200 | | 0.4 | | |
| 03/18/200 | | | | |
| 03/19/200 | | | | |
| 03/20/200 | | | | |
| 03/21/200 | | | | |
| 03/22/200 | 0.3 | 0.1 | | |
| 03/23/200 | | | | |
| 03/24/200 | | | 1.0 | |
| 03/25/200 | | | 1.1 | |
| 03/26/200 | 0.5 | | | |
| 03/28/200 | | | | |
| 03/29/200 | | | | |
| 03/30/200 | | | | |
| 03/31/200 | | 0.1 | | TOTAL |
| TOTAL: | 1.8 | 0.7 | 5.3 | 7.8 |
| RATE: | $500 | $400 | $175 | TOTAL FEES |
| AMOUNT: | $900.00 | $280.00 | $927.50 | $2,107.50 |

MARCH 2005 TIME LOG OF FRANCINE F. RABINOVITZ;

| DATE | TIME | TASK |
|---|---|---|
| 03/03/05 | 1.0 | Attend committee call. |
| 03/22/05 | 0.3 | Review Baena update on hearing and Property Damage CMO. |
| 03/26/05 | 0.5 | Review Josh Katz summary of committee phone call. |
| TOTAL: | 1.8 | |

MARCH 2005, TIME LOG OF PAUL J. SILVERN;

| DATE | TIME | TASK |
|------|------|------|
| 03/10/05 | 0.1 | Review proposed Amendment 50 to pending Bankruptcy Code revisions. |
| 03/17/05 | 0.4 | Participate in weekly Property Damage Committee conference call re: case status. |
| 03/22/05 | 0.1 | Review Property Damage Committee counsel's memo regarding 3/21/05 Omnibus hearing. |
| 03/31/05 | 0.1 | Review notes on weekly Property Damage Committee conference call regarding case status. |
| TOTAL: | 0.7 | |

MARCH 2005, TIME LOG OF JOSHUA S. KATZ;

DATE       TIME  TASK

03/02/05   1.3   At request of Francine F. Rabinovitz, searched for the location of several legal articles: Joan Schmit, Mark J. Browne and Hane Duck Lee, "The Effect of State Tort Reforms on Claim Filings," Risk Management & Insurance Review, Vol. 1, 1997. Article was difficult to locate and required calls to several libraries and associations before copy was found. Transaction purchasing required several e-mails and calls to ARIA.

03/10/05   1.9   W.R. Grace & Co. weekly call (0.5); prepared summary of call for Francine F. Rabinovitz and Paul J. Silvern (0.7); review of Baucus amendment of bankruptcy bill (0.4); review of other new asbestos-related Texas legislature activity (0.3).

03/24/05   1.0   W.R. Grace & Co. weekly call and note taking.

03/25/05   1.1   Review of W.R. Grace & Co. call notes, drafted memo to Francine F. Rabinovitz and Paul J. Silvern on W.R. Grace & Co. call.

TOTAL:     5.3