# EXHIBIT A

Map of Salt Lake City, Utah

**Map of Utah . net Presents the best map of Utah**



As illustrated in the maps on this website, the state of Utah is perhaps the world's most scenically and geologicall region. Elevations in Utah range from 2,000 feet to over 13,000 feet above sea level. Much of western Utah is a p Great Basin desert. Southern Utah is a region with significant sections of sandstone and other rock formations. Th Mountains, part of the rocky mountains are a significant part of central and northern Utah. These maps will give y detail about each part of the state.

**Major Cities in Utah**   | Brian Head | Cedar City | Logan | Moab | Ogden | Page,AZ | Provo | Salt Lake City | St. George | Vernal | Home      Cities C

**Parks in Utah**   | Arches National Park | Bryce Canyon National Park | Canyonlands National Park | Capitol Reef National Park
| Dinosaur National Monument | Flaming Gorge NRA | Lake Powell | Glen Canyon NRA | Zion National Park | Home      Park D

### Utah Best Golf / Red Rock Golf Trail



Southern Utah Golf Course Information Including green fees and contact information. You'll also find links to hotels, dining, shopping, scenic attractions, maps, photo gallery, transportation, history, area activities and much more!...(Click Here)

### Bryce Canyon Country

Bryce Canyon Country is the place for great hikir mountain biking, fishing, horseback riding, back-exploring, ATV Riding, scenic aerial tours, and m more. Bryce Canyon Country is the most scenica diverse place in the world! - (Click Here)

**Adobe Acrobat Version (PDF)**                                                                **Macromedia Flash Ve**

Salt Lake City Levels: ■ General Map ■ Street Map □ Down Town Map



**Downtown Area:**
1. Temple Square
2. Delta Center
3. Capitol Theater
4. Trolley Square
5. Cross Roads Plaza
6. Joseph Smith Memorial Building
7. LDS Church Offices
8. LDS Conference Center
9. Family History Library
10. Gateway Center
11. Kid Space
12. Hansen Planetarium
13. Fraklin Quest Field
14. Tracy Aviary at Libert

These maps may be printed for personal use, but may not be copied or utilized for any comercial purposes.

**Click for More Info about Utal**