## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 5/16/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

### NOTICE OF FILING OF
### TENTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
### GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
### THE PERIOD OF MARCH 1, 2005 TO MARCH 31, 2005

TO:    (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **May 16, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.


_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Date:    April 25, 2005                    Claimants' Representative

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: 5/16/05** |
|  | ) | **Hearing Date: Scheduled if Necessary** |

**COVER SHEET
TENTH MONTHLY INTERIM APPLICATION OF PHILLIPS,
GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
THE PERIOD OF MARCH 1, 2005 TO MARCH 31, 2005**

Name of Applicant:                    Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:                                David T. Austern, Future Claimants' Representative
                                               (the "FCR")

Date of Retention                      PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:                                      March 1, 2005 through March 31, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:    $4,127.50

80% of Fees to be Paid:               $3,302.00

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary:  $461.38

Total Fees @ 80% and Expenses:    $3,763.38

This is an:          __X__ interim          ____ monthly          ____ final application

The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was .70 hours and the corresponding fees are $135.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt No. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt. No. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,095.20 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,488.00 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,107.20 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.6 | N/A |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,018.40 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,702.40 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,796.00 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed Dkt No. | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1 1.05-1 31 05 Filed 2 28 05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $7,397.60 | $1,850.00 | |
| 9th Monthly Application 2.2 05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.25.05 Dkt No. | $2,862.84 | $674.60 | |

## CURRENT COMPENSATION SUMMARY

## MARCH 1, 2005 THROUGH MARCH 31, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 9.90 | $3,465.00 |
| Celeste A. Hartman | Sr. Paralegal/8 years/20 years prior experience | 130.00 | 5.00 | $650.00 |
| Tammy L. Patterson | Legal Assistant | 125.00 | .10 | 12.50 |
| Grand Total: | | | | $4,127.50 |
| Blended Rate: | | | | $275.17 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.10 | $295.00 |
| Litigation | 8.70 | $3,022.50 |
| Fee/Employment Applications | 4.20 | $810.00 |
| Total | 15.00 | $4,127.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | $1.71 |
| Postage | N/A | $8.67 |
| Overnight Courier | Federal Express | $110.71 |
| Photocopies (15¢ per page) | N/A | $38.40 |
| Court Filing Fees | U.S. District Court | $25.00 |
| Copy/Mail/Service Fees | Parcels, Inc. | $222.25 |
| On-line Docket Research | Pacer | $50.64 |
| Parking Reimbursement | John C. Phillips, Jr. | $4.00 |
| Total | | $461.38 |

PHILLIPS, GOLDMAN & SPENCE, P.A.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:    April 25, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. |  |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware    :

                 : ss

New Castle County  :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

      1.      I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

      2.      I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

      3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 25th DAY OF APRIL 2005.

Notary Public
My commission expires: _1-10-06_

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MARCH 1, 2005
# THROUGH MARCH 31, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786


April 22, 2005


Swidler Berlin Shereff Friedman, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007


File  WRG-AUS/JCP
Invoice number  56884


        Re:  W. R. Grace & Co.
             David T. Austern
Case No.:  01-01139 (RLB)


Subtotal for FEES only: 03/31/05      $4,127.50
Subtotal for COSTS only: 03/31/05       $461.38
                                   -------------
CURRENT PERIOD FEES AND COSTS: 03/31/05      $4,588.88
                                   -------------


***************************************************************

Please remit duplicate copy with payment.  Thank you.

***************************************************************

Phillips, Goldman & Spence, P.A.


Page  2


April 22, 2005

Swidler Berlin Shereff Friedman, LLP


File  WRG-AUS/JCP
Invoice number  56884


Re:  W. R. Grace & Co.
     David T. Austern


| SERVICES | HOURS | AMOUNT |
|---|---|---|
| CASE ADMINISTRATION | 2.1 | 295.00 |
| LITIGATION | 8.7 | 3,022.50 |
| FEE/EMPLOYMENT APPLICATIONS | 4.2 | 810.00 |
| Subtotal for FEES only: 03/31/05 | 15.0 | $4,127.50 |


| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 9.90 | 9.90 | 3,465.00 | 0.00 | 0.00 |
| 130.00 | CAH | 5.00 | 5.00 | 650.00 | 0.00 | 0.00 |
| 125.00 | TAP | 0.10 | 0.10 | 12.50 | 0.00 | 0.00 |
| Totals | | 15.00 | 15.00 | 4,127.50 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER NIRC For Transactions
-Fees-

04/22/05    Page 1

Sort Fields:
Grouping code
Client code
Actual employee code          (Paginate)
Transaction date              (Subtotals)

Range Fields:
Client code
Invoice Number          I    WRG  -  WRG
                        I    56884  -  56884

| Cl Code | Grouping code description | Act Emp | Trans Date | Trans Code | Transaction description | Billable Hours | Billable Dollars | Grp Cd | Ca |
|---------|---------------------------|---------|------------|------------|-------------------------|----------------|------------------|--------|-----|
| WRG | CASE ADMINISTRATION | CAH | 03/01/05 | | Merge original signatures into documents filed for Swidler Berlin and D. Austern. | 0.10 | 13.00 | | Ca |
| WRG | CASE ADMINISTRATION | CAH | 03/03/05 | | Check docket for status of pleading. | 0.20 | 26.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 03/09/05 | | Update docket to system. | 0.20 | 26.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 03/10/05 | | File Change of Name Notice for Swidler Berlin, LLP. | 0.20 | 26.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 03/15/05 | | Complete Pro Hac Vice for M. Almy with service. | 0.30 | 39.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 03/15/05 | | File and serve Pro Hac Vice for M. Almy. | 0.40 | 52.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 03/21/05 | | Merge signatures with pleadings filed. | 0.40 | 52.00 | | |
| WRG | CASE ADMINISTRATION | CAH | 03/29/05 | | Update docket to system. | 0.20 | 26.00 | | |
| | | | | | | 2.00 | 260.00 | | |
| WRG | CASE ADMINISTRATION | JCP | 03/14/05 | | Review of and execute Motion for Almy's Admission Pro Hac Vice. | 0.10 | 35.00 | | |
| WRG | CASE ADMINISTRATION | JCP | 03/21/05 | | Review of and execute Pro Hac Vice Motion for Monique Almy. | 0.00 | 0.00 | | |
| | | | | | | 0.10 | 35.00 | | |
| | | | | | | 2.10 | 295.00 | | |

LEGALMASTER MIRC For Transactions
-Fees-

04/22/05    Page 2

| MRG-AUS | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| MRG | LITIGATION | JCP | 03/01/05 | Review of Personal Injury Committee's Withdrawl of Objection to Settlement and Release of Continental Casualty. | 0.10 | 35.00 | Li |
| MRG | LITIGATION | JCP | 03/04/05 | Review of Property Damage Committee's Objection to Debtors' Motion Authorizing Entry into CEO Employment Agreement (.2); review of Personal Injury Committee's draft Objection to Debtors' Motion (.2); e-mail from Rose Meade with enclosure (.1); review of FCR's draft Objection to Debtors' Motion and Joinder in Personal Injury Committee's Objection (.1); e-mail to and e-mail from Rick Wyron (4x)(.1); review of and revise revised FCR draft Objection (.1); e-mail from and e-mail to Rose Meade (.1); conference with paralegal; review of and execute FCR's Objection (.1). | 1.00 | 350.00 | |
| MRG | LITIGATION | JCP | 03/07/05 | Review of miscellaneous pleadings; review of Personal Injury Committee's Objection to Festa Employment Agreement. | 0.20 | 70.00 | |
| MRG | LITIGATION | JCP | 03/08/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| MRG | LITIGATION | JCP | 03/10/05 | Review of 02/28/05 Hearing Transcript. | 0.50 | 175.00 | |
| MRG | LITIGATION | JCP | 03/11/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| MRG | LITIGATION | JCP | 03/14/05 | Review of Debtor's Motion for Leave to File a Reply in Support of Festa's Compensation; review of Debtor's Motion and Supporting Affidavits; review of miscellaneous pleadings. | 0.40 | 140.00 | |
| MRG | LITIGATION | JCP | 03/15/05 | Review of Agenda for 03/21/05 Hearing; review of Order Authorizing Extension of CIBC Emploment. | 0.20 | 70.00 | |
| MRG | LITIGATION | JCP | 03/16/05 | Review of Order Approving Settlement with Continental; review of miscellaneous pleadings and 5 Orders. | 0.40 | 140.00 | |
| MRG | LITIGATION | JCP | 03/17/05 | Review of miscellaneous pleadings and Orders. | 0.10 | 35.00 | |
| MRG | LITIGATION | JCP | 03/18/05 | Review of miscellaneous pleadings and Orders; preliminary review of Debtor's 2nd Notice of Intent to Object to Claims (extremely voluminous). | 0.50 | 175.00 | |
| MRG | LITIGATION | JCP | 03/21/05 | Court appearance re: 03/21/05 Hearing. | 2.80 | 980.00 | |
| MRG | LITIGATION | JCP | 03/21/05 | Review of Agenda for 03/21/05 Hearing (.3); review of miscellaneous pleadings (.2); review of Personal Injury Committee's Motion to Retain Anderson Kill (.1); review of file and prepare for Hearing (.1); conference with Roger Frankel (.1). | 0.80 | 280.00 | |
| MRG | LITIGATION | JCP | 03/23/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| MRG | LITIGATION | JCP | 03/25/05 | Review of miscellaneous pleadings and Orders (.3); preliminary review of 03/21/05 Hearing Transcript (.3). | 0.60 | 210.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

04/22/05   Page 3

| WRG-AUS | | | | | | |
|---|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
| WRG | | | | | | |
| LITIGATION | JCP | 03/28/05 | Review of miscellaneous pleadings; review of Certification of Counsel re: Briefing Schedule re: CMO for Personal Injury Claims estimation; review of Certification of Counsel re: CMO for Property Damage claims estimation. | 0.30 | 105.00 | Li |
| WRG | | | | | | |
| LITIGATION | JCP | 03/30/05 | Review of miscellaneous pleadings; review of Certain Insurers Objection to Debtor's Order re: Briefing Schedule and Hearing on CMO for Estimation Personal Injury Claims. | 0.30 | 105.00 | |
| WRG | | | | | | |
| LITIGATION | JCP | 03/31/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| | | | | 8.60 | 3,010.00 | |
| WRG | | | | | | |
| LITIGATION | TAP | 03/04/05 | E-File Future Claimant's limited objection. | 0.10 | 12.50 | |
| | | | | 0.10 | 12.50 | |
| | | | | 8.70 | 3,022.50 | |

WRG-AUS

LEGALMASTER MTRC For Transactions
-Fees-

04/22/05    Page 4

| Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/02/05 | Check on Order for CIBC and email R. Balloon same. | 0.20 | 26.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/08/05 | File January Fee Application for CIBC. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/05 | Download and file Certificate of No Objection for Swidler Berlin and Austern Quarterly Fee Application; file 01/05 Fee Application for Swidler Berlin after corrections were made. | 0.70 | 91.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/05 | Draft, scan and file Certificate of No Objection for Phillips, Goldman & Spence 2nd Quarterly Fee Application. | 0.50 | 65.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/09/05 | Reconcile payments to Fee Applications. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/17/05 | Download, print and file three Certificate of No Objection for monthly Fee Applications for David Austern. | 0.30 | 39.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/17/05 | Download and print CIBC 3rd quarterly Fee Applications; complete Certificate of Service and list. | 0.20 | 26.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 03/29/05 | Draft, scan, file and serve Certificate of No Objection for January Fee Application for Phillips, Goldman & Spence. | 0.50 | 65.00 | |
| | | | | | 3.00 | 390.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/08/05 | E-mail from counsel for Debtor re: Fee Auditor; e-mail from Rick Wyron. | 0.20 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/09/05 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 2nd Quarterly Fee Application; conference with Celeste A. Hartman; review of Fee Auditor's Combined Final Report. | 0.40 | 140.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/18/05 | Review of and execute CIBC's 3rd Quarterly Fee Application. | 0.20 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/22/05 | Review of Order Approving Fee Applications; e-mail to Roger Frankel and Rick Wyron. | 0.20 | 70.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 03/29/05 | Review of, revise and execute Certificate of No Objection re: Phillips, Goldman & Spence 8th Monthly Fee Application. | 0.20 | 70.00 | |
| | | | | | 1.20 | 420.00 | |
| | | | | | 4.20 | 810.00 | |
| | | | | | 15.00 | 4,127.50 | |

42 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

## FOR THE TIME PERIOD
## MARCH 1, 2005
## THROUGH MARCH 31, 2005

Phillips, Goldman & Spence, P.A.

Page  2

April 22, 2005

Swidler Berlin Shereff Friedman, LLP

File   WRG-AUS/JCP
Invoice number   56884

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 03/01/05 | Federal Express | 110.71 |
| 03/01/05 | Long distance phone charges | 1.71 |
| 03/01/05 | On-line docket research | 50.64 |
| 03/02/05 | Check No.: 27399 - Parcels, Inc. - document retrieval/service/copy/mail, etc.. | 222.25 |
| 03/09/05 | Photocopies | 38.40 |
| 03/14/05 | Check No.: 27505 - U.S. District Court - Pro Hac Vice fee . | 25.00 |
| 03/16/05 | Postage | 8.67 |
| 03/30/05 | Check No.: 27621 - John C. Phillips, Jr. - parking. | 4.00 |

Subtotal for COSTS only: 03/31/05    $461.38

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on April 26, 2005, I caused the *Notice, Cover Sheet to the Tenth Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period March 1, 2005 through March 31, 2005,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____

CELESTE A. HARTMAN

***Hand Delivery and E-mail: ljones@pszyj.com***
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

***Via First Class U.S. Mail***
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
***Via Hand Delivery***

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

***Via Federal Express and E-mail: feeaudit@whsmithlaw.com***
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

***Via Federal Express and E-mail: william.sparks@grace.com***
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

***E-mail: syoder@bayardfirm.com***
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP