# SIGN-IN SHEET

**CASE NAME:** W.R. Grace

**CASE NO.:** 01-1139

**COURTROOM NO.:** 5

**DATE:** 4/25/05

**PLEASE PRINT OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tom M. Griner | Zeichner Ellman & Krause LLP | National Union |
| Ken Pasquale | Stroock + Stroock + Lavan LLP | Off. Committee Unsecured Creditors |
| Matt Eaton | Capdale Lyn | Asbestos Claims Comittee |
| Gary M. Decker | Kramer Levin Naftalis & Frankel | Equity Committee |
| Richard H. Wyron | Swidler Berlin LLP | Future Claimants Representative |
| Elihu J Westbrook | Richardson Patrick Westbrook + Brickman | Sheldon Solow et al. |
| William D. Sullivan | Buchanan Ingersoll | Sheldon Solow et al. |
| David Carickhoff | Pachulski Stang | Debtors |
| Janet Baer | Kirkland & Ellis | Debtors |
| Michael Brown | Drinker Biddle | en Bence/Lester |
| Peter Lockwood | Caplin Drysdale | Asbestos Claims Comittee |
| Tony Cobb | Voys, Sater, Seymour + Pease | The Scotts Company |
| Gennaro Stolizzo | Kehr Harrison | DK Acquisition et al |