# EXHIBIT A

# PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

10100 Santa Monica Boulevard
11th Floor
Los Angeles, CA 90067

March 31, 2005

Invoice Number  **64690**          **91100  00001**        **LDJ**

David B. Siegel, Esquire
W.R. Grace and Co.
7500 Grace Drive
Columbia , MD  21044

| | |
|---|---|
| Balance forward as of last invoice, dated:  February 28, 2005 | $221,386.00 |
| Net balance forward | $221,386.00 |

Re:  W.R. Grace and Co.

**Statement of Professional Services Rendered Through**        **03/31/2005**

|  |  |  | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| **Case Administration [B110]** | | | | | |
| 03/08/01 | SLP | Maintain docket control. | 4.30 | 70.00 | $301.00 |
| 03/09/01 | SLP | Prepare hearing binder. | 6.30 | 70.00 | $441.00 |
| 03/11/01 | SLP | Prepare hearing binder. | 1.30 | 70.00 | $91.00 |
| 03/14/01 | SLP | Prepare hearing binder. | 2.00 | 70.00 | $140.00 |
| 03/15/01 | SLP | Maintain dockeet control. | 1.30 | 70.00 | $91.00 |
| 03/15/01 | SLP | Prepare hearing binder. | 2.30 | 70.00 | $161.00 |
| 03/15/01 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 03/16/01 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 03/17/01 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 03/18/01 | SLP | Maintain docket control. | 0.30 | 70.00 | $21.00 |
| 03/21/01 | SLP | Maintain docket control. | 3.00 | 70.00 | $210.00 |
| 03/22/01 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 03/24/01 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 03/28/01 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |
| 03/01/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/01/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/01/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/01/05 | RMO | Match pleading with court docket. | 0.10 | 75.00 | $7.50 |
| 03/02/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/02/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/03/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/03/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/03/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |

**Invoice number  64690**      91100  00001                                    **Page  2**

| Date | Staff | Description | Hours | Rate | Amount |
|------|-------|-------------|-------|------|--------|
| 03/03/05 | SLP | Maintain docket control. | 1.00 | 70.00 | $70.00 |
| 03/04/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/04/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/04/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/04/05 | SLP | Maintain docket control. | 1.30 | 70.00 | $91.00 |
| 03/04/05 | DWC | Review January 2005 monthly operating report. | 0.40 | 320.00 | $128.00 |
| 03/04/05 | PEC | Review preliminary hearing binders | 0.80 | 140.00 | $112.00 |
| 03/07/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/07/05 | PEC | Update critical dates memo | 1.00 | 140.00 | $140.00 |
| 03/07/05 | SLP | Maintain docket control. | 3.30 | 70.00 | $231.00 |
| 03/08/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/08/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/08/05 | PEC | Update critical dates memo | 0.50 | 140.00 | $70.00 |
| 03/09/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/09/05 | PEC | Update critical dates | 1.20 | 140.00 | $168.00 |
| 03/09/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/10/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/10/05 | PEC | Update critical dates | 0.40 | 140.00 | $56.00 |
| 03/10/05 | PEC | Review Docket | 0.20 | 140.00 | $28.00 |
| 03/10/05 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 03/11/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/11/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 03/11/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/11/05 | PEC | Review hearing binders | 1.10 | 140.00 | $154.00 |
| 03/11/05 | PEC | Discuss various filing with David Carickhoff | 0.20 | 140.00 | $28.00 |
| 03/11/05 | RMO | Maintain document control. | 0.50 | 75.00 | $37.50 |
| 03/14/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/14/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/14/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/14/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/14/05 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 03/14/05 | DWC | Emails with Court re: 2/28/05 hearing and outstanding orders. | 0.40 | 320.00 | $128.00 |
| 03/14/05 | DWC | Review and respond to letter of RMS re: One Beacon. | 0.30 | 320.00 | $96.00 |
| 03/15/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/15/05 | RMO | Maintain document control. | 0.40 | 75.00 | $30.00 |
| 03/16/05 | PEC | Update critical dates memo | 0.80 | 140.00 | $112.00 |
| 03/16/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |

**Invoice number 64690**        91100   00001                                **Page  3**

| | | | | | |
|---|---|---|---|---|---|
| 03/16/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/17/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/17/05 | PEC | Update critical dates | 1.50 | 140.00 | $210.00 |
| 03/17/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/18/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/18/05 | PEC | Update critical dates | 0.80 | 140.00 | $112.00 |
| 03/18/05 | PEC | Review attorney hearing binder for 3/21/05 Hearing and make changes | 1.00 | 140.00 | $140.00 |
| 03/18/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/21/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/21/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 03/21/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/22/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/22/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/22/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 03/23/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.20 | 140.00 | $28.00 |
| 03/23/05 | PEC | Update critical dates | 0.50 | 140.00 | $70.00 |
| 03/23/05 | PEC | Review docket | 0.20 | 140.00 | $28.00 |
| 03/23/05 | RMO | Maintain document control. | 0.30 | 75.00 | $22.50 |
| 03/24/05 | PEC | Review daily correspondence and pleadings and forward to the appropriate parties | 0.30 | 140.00 | $42.00 |
| 03/24/05 | PEC | Update critical dates memo | 0.50 | 140.00 | $70.00 |
| 03/28/05 | RMO | Maintain document control. | 0.20 | 75.00 | $15.00 |
| 03/29/05 | SLP | Maintain docket control. | 2.30 | 70.00 | $161.00 |
| 03/30/05 | RMO | Maintain document control. | 0.10 | 75.00 | $7.50 |
| 03/31/05 | SLP | Maintain docket control. | 2.00 | 70.00 | $140.00 |

|  | **Task Code Total** | **67.20** | | **$6,606.00** |
|---|---|---|---|---|

**WRG Claim Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 03/03/05 | PEC | Prepare Certification of Counsel Regarding Debtors' Fifth Omnibus Objection to Claims for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/03/05 | PEC | Prepare Certification of Counsel Regarding Debtors' Eighth Omnibus Objection to Claims (Substantive) for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/03/05 | PEC | Prepare Certification of Counsel Regarding Debtors' Seventh Omnibus Objection to Claims (Non-Substantive) for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/03/05 | PEC | Prepare Certification of Counsel Regarding Fourth Omnibus Objection to Claims (Substantive).for filing and | 0.50 | 140.00 | $70.00 |

**Invoice number 64690**       91100  00001                                                    **Page 4**

|          |      | service (.4); Draft Affidavit of Service (.1)                                                                                                                                                                                                                    |      |        |          |
|----------|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|----------|
| 03/03/05 | DWC  | Email Court re: Longacre Stipulation.                                                                                                                                                                                                                            | 0.20 | 320.00 | $64.00   |
| 03/03/05 | DWC  | Draft certifications of counsel re: 4th, 5th, 7th, and 8th omnibus objections to claims.                                                                                                                                                                         | 1.80 | 320.00 | $576.00  |
| 03/03/05 | DWC  | Calls with R. Schulman re: claim objections and notices of intent to object to claims.                                                                                                                                                                           | 0.40 | 320.00 | $128.00  |
| 03/04/05 | PEC  | Debtors' Motion for Leave to File Debtors' Reply to Response and Supplemental Response Filed by Peter Pearson to the Fifth Omnibus Objection to Claims (.5); Draft Affidavit of Service (.1)                                                                       | 0.60 | 140.00 | $84.00   |
| 03/04/05 | DWC  | Review Dennis Nelson letter at docket no. 7960.                                                                                                                                                                                                                  | 0.20 | 320.00 | $64.00   |
| 03/04/05 | DWC  | Review and revise reply to Pearson claim and draft motion for leave to file reply.                                                                                                                                                                               | 1.30 | 320.00 | $416.00  |
| 03/07/05 | PEC  | Return calls to various creditors regarding case status                                                                                                                                                                                                          | 0.60 | 140.00 | $84.00   |
| 03/07/05 | PEC  | Prepare Debtors' Second Notice Concerning Intent to Object to Claims  on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims for service (.2); Draft and prepare Affidavit of Service for filing (.2)                 | 0.40 | 140.00 | $56.00   |
| 03/16/05 | PEC  | Research process to file and serve a Notice of Intent to Object to Claims.                                                                                                                                                                                        | 0.40 | 140.00 | $56.00   |
| 03/16/05 | DWC  | Calls and emails with R. Schulman re: Debtors' notices of intent to object to claims.                                                                                                                                                                            | 0.60 | 320.00 | $192.00  |
| 03/18/05 | PEC  | Correspond with David Carickhoff regarding process of filing Notice of Intent to Object to Claims                                                                                                                                                                | 0.20 | 140.00 | $28.00   |
| 03/18/05 | PEC  | Coordinate the filing and service of Debtors' Second Notice of Intent to Object to Claims on the Basis of Materially Insufficient Supporting Information and Opportunity to Supplement Claims                                                                       | 0.40 | 140.00 | $56.00   |
| 03/18/05 | PEC  | Return calls to various parties regarding 3/21/05 hearing                                                                                                                                                                                                        | 0.30 | 140.00 | $42.00   |
| 03/23/05 | PEC  | Coordinate the filing of BMC's Declarations of Service regarding  various omnibus claim objection orders.                                                                                                                                                        | 0.20 | 140.00 | $28.00   |
| 03/23/05 | SEM  | Email exchange with R. Schulman re: revised order re: Pearson claim (.10)                                                                                                                                                                                        | 0.10 | 425.00 | $42.50   |
| 03/24/05 | PEC  | Prepare Certification of Counsel Regarding Seventh Continuation Order Granting the Relief Sought in Debtors' Fifth Omnibus Objection to Claims (.5); Draft Affidavit of Service (.1)                                                                                | 0.60 | 140.00 | $84.00   |
| 03/24/05 | SEM  | Review and revise Seventh Continuation Order on 5th Omnibus Claims Objection (.40); email exchange with Rachel Shulman and Jan Baer re: terms of order (.20)                                                                                                        | 0.60 | 425.00 | $255.00  |
| 03/24/05 | SEM  | Prepare Certification of Counsel for 5th Omnibus Order (.70); conference with Patti Cuniff re: service (.10)                                                                                                                                                       | 0.80 | 425.00 | $340.00  |
| 03/24/05 | SEM  | Review and revise Certification of Counsel Order for Scheduling Order on PI CMO (.60); email exchange with Bianca Salvatore re: same (.20)                                                                                                                         | 0.80 | 425.00 | $340.00  |
| 03/25/05 | SEM  | Review and revise  CMO regarding PD claims and Certification of Counsel related thereto                                                                                                                                                                           | 0.60 | 425.00 | $255.00  |
| 03/25/05 | SEM  | Coordinate efiling and service of Certification of Counsel regarding CMO regarding PD claims                                                                                                                                                                      | 0.10 | 425.00 | $42.50   |
| 03/25/05 | DWC  | Review and respond to emails re: case management order                                                                                                                                                                                                           | 0.30 | 320.00 | $96.00   |

**Invoice number  64690**       91100   00001                                    **Page  5**

on PD claims.

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/28/05 | DWC | Review certification of counsel and order re: case management order for asbestos property damage claims and email P. Cuniff re: critical dates. | 0.60 | 320.00 | $192.00 |
| 03/28/05 | DWC | Review certification of counsel re: PacifiCorp's motion to file late claim. | 0.20 | 320.00 | $64.00 |
| 03/29/05 | DWC | Review March 16, 2005 letter from counsel for Steelworkers re: claim 13283. | 0.20 | 320.00 | $64.00 |
| | | **Task Code Total** | **14.80** | | **$3,971.00** |

**WRG-Employ. App., Others**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/03/05 | PEC | Prepare Certification of Counsel Regarding Debtors' Motion for Authorization to Modify and Expand the Scope of Services Provided by Baker, Donelson, Bearman, Calswell & Berkowitz, P.C. for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/03/05 | DWC | Draft certification of counsel and revised order re: motion to expand Baker Donelson's retention. | 0.60 | 320.00 | $192.00 |
| 03/08/05 | PEC | Draft Certificate of No Objection Regarding Debtors' Motion for Authorization to Modify and Expand the Scope of Services Provided by Woodcock Washburn LLP and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/08/05 | DWC | Review and execute Cert of No Obj. to expand scope of Woodcock's retention. | 0.10 | 320.00 | $32.00 |
| 03/29/05 | DWC | Review PD Committee application to retain LECG, LLC as consultants. | 0.40 | 320.00 | $128.00 |
| | | **Task Code Total** | **2.40** | | **$534.00** |

**WRG-Fee Apps., Applicant**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/05 | CAK | Email to W. Ramseyer re: Quarterly Fee Application for the science trial matter. | 0.10 | 140.00 | $14.00 |
| 03/01/05 | PEC | Discuss quarterly fee application need for bankruptcy case no. 02-2210 with Cheryl Knotts | 0.20 | 140.00 | $28.00 |
| 03/01/05 | PEC | Discuss quarterly fee application need for bankruptcy case no. 02-2210 with David Carickhoff | 0.20 | 140.00 | $28.00 |
| 03/17/05 | CAK | Review and edit January bill and email additional edits to accounting. | 0.30 | 140.00 | $42.00 |
| 03/17/05 | CAK | Review, update and revise January Fee Application. | 0.80 | 140.00 | $112.00 |
| 03/22/05 | CAK | Revise January Fee Application. | 0.20 | 140.00 | $28.00 |
| 03/23/05 | CAK | Revise January Fee Application. | 0.70 | 140.00 | $98.00 |
| 03/23/05 | LDJ | Review and finalize interim fee application (January 2005) | 0.30 | 595.00 | $178.50 |
| 03/24/05 | CAK | Email additional edits to accounting regarding January bill. | 0.10 | 140.00 | $14.00 |
| 03/24/05 | CAK | Revise January Fee Application. | 0.10 | 140.00 | $14.00 |

**Invoice number  64690**          91100  00001                                    **Page  6**

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/24/05 | PEC | Prepare PSZYJW's January 2005 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/30/05 | CAK | Update spreadsheet with amounts billed in October through December 2004 fee applications in preparation of next quarterly fee application. | 1.30 | 140.00 | $182.00 |
| 03/30/05 | CAK | Review, update and revise 15th Quarterly Fee Application. | 0.90 | 140.00 | $126.00 |
| | | **Task Code Total** | **5.80** | | **$948.50** |

### WRG-Fee Applications, Others

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/02/05 | DWC | Review and execute Certs of No Obj. for BMC's July, August and September fee applications. | 0.20 | 320.00 | $64.00 |
| 03/02/05 | PEC | Draft Certificate of No Objection Regarding BMC's July 2004 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/02/05 | PEC | Draft Certificate of No Objection Regarding BMC's August 2004 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/02/05 | PEC | Draft Certificate of No Objection Regarding BMC's September 2004 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/07/05 | PEC | Prepare Twenty-Sixth Application of the Blackstone Group for filing and service and draft Affidavit of Service (.5); Prepare for filing and service (.1) | 0.60 | 140.00 | $84.00 |
| 03/08/05 | DWC | Review Fee Auditor report on fee applications with no dispute and email L. Jones re: same. | 0.30 | 320.00 | $96.00 |
| 03/08/05 | DWC | Review and exeucte Certs of No Obj. for Pitney Hardin December fee application and Woodcock's December fee application. | 0.20 | 320.00 | $64.00 |
| 03/08/05 | PEC | Prepare Nelson Mullins Riley & Scarborough LLP's January 2005 Monthly Fee Application for filing and service (.6); Draft Affidavit of Service (.1) | 0.70 | 140.00 | $98.00 |
| 03/08/05 | PEC | Draft Certificate of No Objection regarding Pitney Hardin LLP's December 2004 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/08/05 | PEC | Draft Certificate of No Objection Regarding Application of Woodcock Washburn for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to W. R. Grace & Co., et al., for the Monthly Interim Period of December 1, 2004, Through December 31, 2004, for the Quarterly Fee Period of October - December 2004 and Certificate of Service (.4); Prepare filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/11/05 | DWC | Emails with S. Bossay re: fee charts. | 0.20 | 320.00 | $64.00 |
| 03/14/05 | DWC | Draft certifications of counesl re: 14th quarter fee applications and draft order re: same. | 1.40 | 320.00 | $448.00 |
| 03/14/05 | PEC | Prepare Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Fourteenth Period and Certain Prior Amounts for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |

**Invoice number  64690**     91100  00001                                   **Page  7**

| | | | | | |
|---|---|---|---|---|---|
| 03/14/05 | PEC | Prepare Certification of Counsel Regarding Fourteenth Quarter Project Category Summary for the Fourteenth Interim Fee Period and Certain Prior Amounts for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/15/05 | PEC | Draft Certification of No Objection Regarding Nelson Mullins Riley & Scarborough LLP's December 2004 Monthly Fee Application and Affidavit of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/15/05 | PEC | Draft Certificate of No Objection Regarding Protiviti Inc.'s January 2005 Monthly Fee Application and Affidavit of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/15/05 | PEC | Draft Certificate of No Objection Regarding Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein's January 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/16/05 | PEC | Draft Notice of Nelson Mullins Riley & Scarborough's Fifteenth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/16/05 | DWC | Review Certs of No Obj. re: Protiviti January fee application; Carella Byrne January fee application; and Nelson Mullins December fee application. | 0.30 | 320.00 | $96.00 |
| 03/16/05 | DWC | Review quarterly fee applications of Wallace King; Nelson Mullins; and Pitney Hardin. | 0.60 | 320.00 | $192.00 |
| 03/16/05 | PEC | Draft Certificate of No Objection Regarding Nelson Mullins Riley & Scarborough's December 2004 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/16/05 | PEC | Draft Notice of Pitney Hardin Fifteenth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/16/05 | PEC | Draft Notice of Wallace King's Fifteenth Quarterly Fee Application and Certificates of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/16/05 | PEC | Draft Certificate of No Objection Regarding Carella Byrne January 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/16/05 | PEC | Draft Certificate of No Objection Regarding Protiviti Inc.'s January 2005 Monthly Fee Application and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| 03/18/05 | PEC | Prepare Kirkland & Ellis' January 2005 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/18/05 | PEC | Prepare Woodcock Washburn's January 2005 Monthly Fee Application for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/21/05 | PEC | Telephone conversatio with Steve Bossay regarding Order for the Fourteenth Quarterly Fee Applications (.2); Follow up via e-mail (.1) | 0.30 | 140.00 | $42.00 |
| 03/22/05 | SEM | Review and sign Cert. of no Obj. re: Latham's first fee application (.10). | 0.10 | 425.00 | $42.50 |
| 03/22/05 | PEC | Draft Certificate of No Objection Regarding Latham & Watkins January 2005 Monthly Fee Application (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |

**Invoice number 64690**     91100   00001     **Page  8**

| | | | | | |
|---|---|---|---|---|---|
| 03/23/05 | PEC | Prepare Deloitte & Touche LLP's July 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/23/05 | PEC | Prepare Deloitte & Touche LLP's August 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/23/05 | PEC | Prepare Deloitte Consulting  LLP's July 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/23/05 | PEC | Prepare Deloitte Consulting  LLP's August 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/23/05 | PEC | Prepare Deloitte Consulting  LLP's August 2004 Monthly Fee Application for filing and service (.5); Draft Certificate of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/28/05 | DWC | Review and respond to emails re: Protiviti's fees and expenses. | 0.40 | 320.00 | $128.00 |
| 03/30/05 | DWC | Review and execute Certs of No Obj. for Steptoe & Johnson October, November and December fee applications; Blackstone's January fee application and Nelson Mullins' January fee application. | 0.50 | 320.00 | $160.00 |
| 03/30/05 | DWC | Respond to Pam Zilly voice message re: interim compensation issues. | 0.20 | 320.00 | $64.00 |
| | | **Task Code Total** | **23.20** | | **$4,050.50** |

**Litigation (Non-Bankruptcy)**

| | | | | | |
|---|---|---|---|---|---|
| 03/01/05 | DWC | Revise Citicorp stipulation and email John Weaver re: same. | 0.80 | 320.00 | $256.00 |
| 03/01/05 | PEC | Respond to various requests for 2/28/05 hearing transcripts | 0.20 | 140.00 | $28.00 |
| 03/01/05 | PEC | Draft Agenda for 3/21/05 Hearing | 1.20 | 140.00 | $168.00 |
| 03/02/05 | DWC | Draft memo re: results of February 28, 2005 hearing. | 1.50 | 320.00 | $480.00 |
| 03/02/05 | DWC | Review and respond to voice message and email of Ramona Baker re: docket in Sealed Air and Fresinius adversaries; call with S. Blatnick re: same. | 0.40 | 320.00 | $128.00 |
| 03/02/05 | PEC | Order transcript for 2/28/05 hearing | 0.20 | 140.00 | $28.00 |
| 03/02/05 | PEC | Revise and review Agenda for 3/21/05 Hearing | 2.00 | 140.00 | $280.00 |
| 03/03/05 | PEC | Prepare Certification of Counsel Regarding Debtor's Motion Approving Settlement and Release Agreement with Continental Casualty Company for filing and service (.5); Draft Affidavit of Service (.1) | 0.60 | 140.00 | $84.00 |
| 03/03/05 | PEC | Prepare Debtors' Waiver of Restrictions Imposed By Final Order Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code (A) Limiting Certain Transfers of Equity Securities of the Debtors and (B) Approving Related Notice Procedures for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/03/05 | DWC | Draft certification of counsel and revised order re: motion to approve settlement with Continental Casualty. | 0.60 | 320.00 | $192.00 |
| 03/03/05 | DWC | Revise draft agenda for March 21, 2005 hearing and emails | 0.90 | 320.00 | $288.00 |

**Invoice number  64690**      91100   00001                                    **Page  9**

with co-counsel re: same.

| 03/04/05 | PEC | Revise and review Notice of Agenda for 3/21/05 hearing | 1.50 | 140.00 | $210.00 |
|---|---|---|---|---|---|
| 03/04/05 | DWC | Review Westbrook's letter of February 10, 2005 re: ZAI Science Trial. | 0.20 | 320.00 | $64.00 |
| 03/04/05 | DWC | Review and revise draft agenda for March 21, 2005 and calls and emails with co-counsel re: same. | 0.80 | 320.00 | $256.00 |
| 03/07/05 | DWC | Email J. Baer and Michael Waller re: status of Continental Casualty settlement. | 0.20 | 320.00 | $64.00 |
| 03/07/05 | PEC | Forward Preliminary Notice of Agenda to Judge Fitzgerald's Chambers via e-mail | 0.20 | 140.00 | $28.00 |
| 03/10/05 | DWC | Review memo re: recently filed pleadings. | 0.40 | 320.00 | $128.00 |
| 03/10/05 | PEC | Update Notice of Agenda for 3/21/05 Hearing | 1.10 | 140.00 | $154.00 |
| 03/10/05 | PEC | Return calls to parties regarding the 3/21/05 hearing | 0.40 | 140.00 | $56.00 |
| 03/11/05 | DWC | Review and revise reply in support of CEO Motion and motion for leave re: same; calls and emails with Sam Blatnick re: same. | 2.20 | 320.00 | $704.00 |
| 03/11/05 | PEC | Revise and review 3/21/05 Agenda | 0.60 | 140.00 | $84.00 |
| 03/11/05 | PEC | Telephone call to Tiffany Wood at Kirkland & Ellis regarding the updated Schedule 1 need for the 3/21/05 final agenda | 0.20 | 140.00 | $28.00 |
| 03/14/05 | PEC | Review and revise 3/21/05 Agenda | 0.50 | 140.00 | $70.00 |
| 03/14/05 | PEC | Prepare 3/21/05 Notice of Agenda for filing and service (.5); Draft Affidavit of Service (.1); File and serve (.4) | 1.00 | 140.00 | $140.00 |
| 03/14/05 | SEM | Review and respond to email from David Carickhoff re: March 21, 2005 agenda and orders for hearing (.10). | 0.10 | 425.00 | $42.50 |
| 03/14/05 | SEM | Review draft agenda for March 21, 2005 hearing (.10). | 0.10 | 425.00 | $42.50 |
| 03/14/05 | DWC | Finalize agenda for March 21, 2005 hearing and emails with P. Cuniff and co-counsel re: same. | 0.80 | 320.00 | $256.00 |
| 03/14/05 | PEC | Draft service list for 3/21/05 Notice of Agenda | 0.80 | 140.00 | $112.00 |
| 03/16/05 | DWC | Review and execute stipulation with Citicorp resolving its motions and draft certification of counsel re: same. | 0.80 | 320.00 | $256.00 |
| 03/16/05 | DWC | Prepare for March 21, 2005 hearing and meet with Scotta McFarland re: same. | 1.60 | 320.00 | $512.00 |
| 03/16/05 | SEM | Conference with David Carickhoff regarding hearing on Monday (.10); Review agenda for March 21, 2005 hearing (.10) | 0.20 | 425.00 | $85.00 |
| 03/17/05 | PEC | Coordinate the service of orders entered by the Court at the 2/28/05 Hearing | 0.20 | 140.00 | $28.00 |
| 03/18/05 | PEC | Prepare Certification of Counsel of Motion of Citicorp Del-Lease, Inc. for Order Compelling Debtor to Assume or Reject Equipment Leases and Compelling Performance Thereunder and Ciricorp Del-Lease, Inc.'s Application for Allowance and Payment of Administrative Claim for filing and service | 0.40 | 140.00 | $56.00 |
| 03/21/05 | PEC | Prepare Orders for 3/21/05 Hearing | 1.30 | 140.00 | $182.00 |
| 03/21/05 | PEC | Telephone call with Steve Bossay regarding hearing start time and possible delay | 0.20 | 140.00 | $28.00 |
| 03/21/05 | PEC | Telephone call with Jeff Allgood regarding possible hearing delay and CourtCall putting  Warren Smith on hold. | 0.20 | 140.00 | $28.00 |

**Invoice number 64690**    91100  00001    **Page  10**

| 03/21/05 | SEM | Attend omnibus hearing (2.20) | 2.20 | 425.00 | $935.00 |
| 03/22/05 | SEM | Drafting email to David Carickhoff re: summary of 3/21 hearing results (.80) | 0.80 | 425.00 | $340.00 |
| 03/22/05 | SEM | Follow-up email to Jan Baer re: 3/21 hearing (.10) | 0.10 | 425.00 | $42.50 |
| 03/24/05 | PEC | Coordinate the service of signed orders from the 3/21/05 Hearing | 0.30 | 140.00 | $42.00 |
| 03/24/05 | PEC | Prepare Certification of Counsel Regarding Order Setting Briefing Schedule and Hearing for filing and service (.4); Draft Affidavit of Service (.1) | 0.50 | 140.00 | $70.00 |
| 03/28/05 | DWC | Review S. McFarland memo re: results of March 21, 2005 hearing and review orders entered regarding March 21, 2005 agenda items. | 0.90 | 320.00 | $288.00 |
| 03/29/05 | DWC | Review memos re: recent pleadings. | 0.80 | 320.00 | $256.00 |
| | | **Task Code Total** | **30.50** | | **$7,589.50** |

**Operations [B210]**

| 03/03/05 | DWC | Review and revise waiver notice re: failure of Citadel to comply with stock transfer order. | 0.40 | 320.00 | $128.00 |
| 03/04/05 | DWC | Email G. Gallagher re: intent of waiving Citadel's failure to comply with stock transfer order. | 0.20 | 320.00 | $64.00 |
| 03/07/05 | DWC | Review objections of PD Committee, PI Committee and Futures' Representative re: motion to appoint new CEO. | 0.80 | 320.00 | $256.00 |
| | | **Task Code Total** | **1.40** | | **$448.00** |

**Tax Issues [B240]**

| 03/08/05 | DWC | Review and execute Cert of No Obj. re: motion to approve IRS settlement re: COLI Policies. | 0.10 | 320.00 | $32.00 |
| 03/08/05 | PEC | Draft Certificate of No Objection Regarding Debtors' Motion to Authorize Debtors to Enter Into a Settlement Agreement with the IRS with Respect to Certain Tax Claims Arising in the Debtors' 1993 - 1996 Tax Years and Directing the Debtors to Pay: (1) All Indemnified Taxes Due Pursuant to Such Agreement and (2) All State Indemnified Taxes Due for the Debtors' 1990 - 1992 Taxable Years and Certificate of Service (.4); Prepare for filing and service (.4) | 0.80 | 140.00 | $112.00 |
| | | **Task Code Total** | **0.90** | | **$144.00** |
| | | **Total professional services:** | 146.20 | | **$24,291.50** |

**Costs Advanced:**

| 02/02/2005 | PAC | 91100 - 001 PACER charges for 02/02/2005 | | | $16.73 |

**Invoice number 64690**      91100  00001                    **Page 11**

| Date | Type | Description | Amount |
|---|---|---|---|
| 02/04/2005 | PAC | 91100 - 001 PACER charges for 02/04/2005 | $4.83 |
| 02/04/2005 | TR | Transcript---J&J Court Transcribers, Inc. [E116] | $42.37 |
| 02/06/2005 | PAC | 91100 - 001 PACER charges for 02/06/2005 | $5.88 |
| 02/07/2005 | PAC | 91100 - 001 PACER charges for 02/07/2005 | $2.10 |
| 02/07/2005 | TC | Telephone Expense---Genesys Congerence. [E105] | $2,879.40 |
| 02/07/2005 | TC | Telephone Expense---Genesys Congerence. [E105] | $714.30 |
| 02/08/2005 | PAC | 91100 - 001 PACER charges for 02/08/2005 | $0.28 |
| 02/09/2005 | PAC | 91100 - 001 PACER charges for 02/09/2005 | $15.61 |
| 02/10/2005 | PAC | 91100 - 001 PACER charges for 02/10/2005 | $8.68 |
| 02/11/2005 | PAC | 91100 - 001 PACER charges for 02/11/2005 | $27.23 |
| 02/13/2005 | PAC | 91100 - 001 PACER charges for 02/13/2005 | $31.50 |
| 02/15/2005 | PAC | 91100 - 001 PACER charges for 02/15/2005 | $5.46 |
| 02/16/2005 | PAC | 91100 - 001 PACER charges for 02/16/2005 | $16.59 |
| 02/17/2005 | PAC | 91100 - 001 PACER charges for 02/17/2005 | $2.17 |
| 02/17/2005 | RE | (F4 CORR 186 @0.15 PER PG) | $27.90 |
| 02/17/2005 | RE | (F4 CORR 2 @0.15 PER PG) | $0.30 |
| 02/18/2005 | FX | (G3 CORR 13 @1.00 PER PG) | $13.00 |
| 02/18/2005 | PAC | 91100 - 001 PACER charges for 02/18/2005 | $15.61 |
| 02/18/2005 | RE | (F2 CORR 75 @0.15 PER PG) | $11.25 |
| 02/18/2005 | RE | (F4 CORR 772 @0.15 PER PG) | $115.80 |
| 02/18/2005 | RE | (F2 CORR 122 @0.15 PER PG) | $18.30 |
| 02/18/2005 | RE | (F2 CORR 4 @0.15 PER PG) | $0.60 |
| 02/18/2005 | RE | (F2 AGR 2376 @0.15 PER PG) | $356.40 |
| 02/18/2005 | RE | (F4 CORR 2451 @0.15 PER PG) | $367.65 |
| 02/18/2005 | RE | (F2 CORR 1058 @0.15 PER PG) | $158.70 |
| 02/18/2005 | RE | (F4 AGR 2953 @0.15 PER PG) | $442.95 |
| 02/18/2005 | RE | (F4 CORR 6 @0.15 PER PG) | $0.90 |
| 02/19/2005 | PAC | 91100 - 001 PACER charges for 02/19/2005 | $31.57 |
| 02/22/2005 | DH | DHL | $8.56 |
| 02/22/2005 | DH | DHL | $28.10 |
| 02/22/2005 | DH | DHL | $12.34 |
| 02/22/2005 | DH | DHL | $12.34 |
| 02/22/2005 | FX | (G2 CORR 13 @1.00 PER PG) | $13.00 |
| 02/22/2005 | RE | (F4 CORR 39 @0.15 PER PG) | $5.85 |
| 02/22/2005 | RE | (F2 CORR 1431 @0.15 PER PG) | $214.65 |
| 02/22/2005 | RE | (F4 CORR 1125 @0.15 PER PG) | $168.75 |
| 02/23/2005 | PAC | 91100 - 001 PACER charges for 02/23/2005 | $12.46 |
| 02/23/2005 | RE | (F2 CORR 17 @0.15 PER PG) | $2.55 |
| 02/24/2005 | PAC | 91100 - 001 PACER charges for 02/24/2005 | $8.47 |
| 02/24/2005 | RE | (F2 CORR 562 @0.15 PER PG) | $84.30 |
| 02/24/2005 | RE | (F4 CORR 756 @0.15 PER PG) | $113.40 |
| 02/24/2005 | RE | (F4 CORR 2 @0.15 PER PG) | $0.30 |
| 02/25/2005 | DH | DHL | $8.56 |

**Invoice number  64690**       91100  00001       **Page  12**

| | | | |
|---|---|---|---|
| 02/25/2005 | PAC | 91100 - 001 PACER charges for 02/25/2005 | $7.42 |
| 02/25/2005 | RE | (F4 CORR 327 @0.15 PER PG) | $49.05 |
| 02/25/2005 | RE | (F4 CORR 111 @0.15 PER PG) | $16.65 |
| 02/25/2005 | RE | (F2 AGR 2052 @0.15 PER PG) | $307.80 |
| 02/25/2005 | RE | (F2 CORR 146 @0.15 PER PG) | $21.90 |
| 02/26/2005 | PAC | 91100 - 001 PACER charges for 02/26/2005 | $4.34 |
| 02/27/2005 | PAC | 91100 - 001 PACER charges for 02/27/2005 | $4.20 |
| 02/28/2005 | BM | Business Meal---Cavanaugh's Restaurant. [E111] | $54.00 |
| 02/28/2005 | BM | Business Meal---Healy's Cafe. [E111] | $38.00 |
| 02/28/2005 | DC | Tristate | $15.00 |
| 02/28/2005 | DC | Tristate | $21.20 |
| 02/28/2005 | DC | Tristate | $15.90 |
| 02/28/2005 | DC | Tristate | $40.00 |
| 02/28/2005 | DH | DHL | $12.76 |
| 02/28/2005 | DH | DHL | $12.76 |
| 02/28/2005 | PAC | 91100 - 001 PACER charges for 02/28/2005 | $0.14 |
| 02/28/2005 | RE | (F2 CORR 63 @0.15 PER PG) | $9.45 |
| 02/28/2005 | RE | (F2 CORR 212 @0.15 PER PG) | $31.80 |
| 03/01/2005 | RE | (F4 CORR 577 @0.15 PER PG) | $86.55 |
| 03/01/2005 | RE | (F2 CORR 642 @0.15 PER PG) | $96.30 |
| 03/02/2005 | DC | Tristate | $15.00 |
| 03/02/2005 | DC | Tristate | $15.00 |
| 03/02/2005 | DC | Tristate | $54.00 |
| 03/02/2005 | FX | (R0  3 @1.00 PER PG) | $3.00 |
| 03/02/2005 | FX | (R0  3 @1.00 PER PG) | $3.00 |
| 03/02/2005 | PO | Postage | $5.40 |
| 03/02/2005 | RE | (F6 AGR 15 @0.15 PER PG) | $2.25 |
| 03/02/2005 | RE | (F7 DOC 15 @0.15 PER PG) | $2.25 |
| 03/02/2005 | RE | (F4 CORR 90 @0.15 PER PG) | $13.50 |
| 03/03/2005 | DC | Tristate | $63.00 |
| 03/03/2005 | DC | Tristate | $15.00 |
| 03/03/2005 | DH | DHL | $24.34 |
| 03/03/2005 | DH | DHL | $11.51 |
| 03/03/2005 | DH | DHL | $11.51 |
| 03/03/2005 | FX | (R0  10 @1.00 PER PG) | $10.00 |
| 03/03/2005 | PO | Postage | $34.43 |
| 03/03/2005 | RE | (F5 CORR 1581 @0.15 PER PG) | $237.15 |
| 03/03/2005 | RE | (G9 CORR 677 @0.15 PER PG) | $101.55 |
| 03/03/2005 | RE | (F7 AGR 6 @0.15 PER PG) | $0.90 |
| 03/03/2005 | RE | (F7 AGR 7 @0.15 PER PG) | $1.05 |
| 03/03/2005 | RE | (F5 CORR 861 @0.15 PER PG) | $129.15 |
| 03/03/2005 | RE | (F7 AGR 8 @0.15 PER PG) | $1.20 |
| 03/03/2005 | RE | (F8 DOC 111 @0.15 PER PG) | $16.65 |

**Invoice number 64690**     91100  00001                    **Page 13**

| 03/03/2005 | RE | (F7 AGR 15 @0.15 PER PG) | $2.25 |
|---|---|---|---|
| 03/03/2005 | RE | (F7 AGR 10 @0.15 PER PG) | $1.50 |
| 03/03/2005 | RE | (F7 AGR 31 @0.15 PER PG) | $4.65 |
| 03/03/2005 | RE | (F7 AGR 28 @0.15 PER PG) | $4.20 |
| 03/03/2005 | RE | (F5 CORR 798 @0.15 PER PG) | $119.70 |
| 03/03/2005 | RE | (F7 AGR 3 @0.15 PER PG) | $0.45 |
| 03/03/2005 | RE | (F7 DOC 7 @0.15 PER PG) | $1.05 |
| 03/03/2005 | RE | (F5 CORR 10 @0.15 PER PG) | $1.50 |
| 03/03/2005 | RE | (F5 CORR 15 @0.15 PER PG) | $2.25 |
| 03/03/2005 | RE | (F4 CORR 27 @0.15 PER PG) | $4.05 |
| 03/03/2005 | RE | (F2 CORR 299 @0.15 PER PG) | $44.85 |
| 03/03/2005 | RE | (G9 CORR 1386 @0.15 PER PG) | $207.90 |
| 03/03/2005 | RE | (G9 AGR 2 @0.15 PER PG) | $0.30 |
| 03/04/2005 | DC | Tristate | $15.00 |
| 03/04/2005 | DC | Tristate | $72.00 |
| 03/04/2005 | DH | DHL | $10.26 |
| 03/04/2005 | DH | DHL | $10.26 |
| 03/04/2005 | DH | DHL | $18.02 |
| 03/04/2005 | PO | Postage | $2.67 |
| 03/04/2005 | PO | Postage | $15.48 |
| 03/04/2005 | PO | Postage | $7.30 |
| 03/04/2005 | RE | (F5 CORR 9 @0.15 PER PG) | $1.35 |
| 03/04/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 03/04/2005 | RE | (F5 CORR 300 @0.15 PER PG) | $45.00 |
| 03/04/2005 | RE | (F7 AGR 28 @0.15 PER PG) | $4.20 |
| 03/04/2005 | RE | (F6 CORR 56 @0.15 PER PG) | $8.40 |
| 03/04/2005 | RE | (F8 DOC 36 @0.15 PER PG) | $5.40 |
| 03/04/2005 | RE | (F7 AGR 28 @0.15 PER PG) | $4.20 |
| 03/04/2005 | RE | (F5 CORR 84 @0.15 PER PG) | $12.60 |
| 03/04/2005 | RE | (F5 CORR 9 @0.15 PER PG) | $1.35 |
| 03/04/2005 | RE | (F2 CORR 1230 @0.15 PER PG) | $184.50 |
| 03/04/2005 | RE | (F2 CORR 485 @0.15 PER PG) | $72.75 |
| 03/07/2005 | DC | Tristate | $15.00 |
| 03/07/2005 | DC | Tristate | $81.00 |
| 03/07/2005 | DH | DHL | $8.59 |
| 03/07/2005 | PO | Postage | $4.75 |
| 03/07/2005 | PO | Postage | $6.85 |
| 03/07/2005 | RE | (F5 CORR 9 @0.15 PER PG) | $1.35 |
| 03/07/2005 | RE | (F7 AGR 22 @0.15 PER PG) | $3.30 |
| 03/07/2005 | RE | (F5 CORR 56 @0.15 PER PG) | $8.40 |
| 03/07/2005 | RE | (G7 CORR 3100 @0.15 PER PG) | $465.00 |
| 03/07/2005 | RE | (F7 DOC 22 @0.15 PER PG) | $3.30 |
| 03/07/2005 | RE | (F2 CORR 518 @0.15 PER PG) | $77.70 |

**Invoice number  64690**      91100  00001                          **Page  14**

| | | | |
|---|---|---|---:|
| 03/07/2005 | RE | (G8 FEE 56 @0.15 PER PG) | $8.40 |
| 03/08/2005 | DC | Tristate | $15.00 |
| 03/08/2005 | DC | Tristate | $81.00 |
| 03/08/2005 | PO | Postage | $0.60 |
| 03/08/2005 | PO | Postage | $5.40 |
| 03/08/2005 | RE | (F7 AGR 50 @0.15 PER PG) | $7.50 |
| 03/08/2005 | RE | (F6 AGR 25 @0.15 PER PG) | $3.75 |
| 03/08/2005 | RE | (F6 CORR 20 @0.15 PER PG) | $3.00 |
| 03/08/2005 | RE | (F4 CORR 117 @0.15 PER PG) | $17.55 |
| 03/08/2005 | RE | (F4 CORR 27 @0.15 PER PG) | $4.05 |
| 03/08/2005 | RE | (F7 AGR 11 @0.15 PER PG) | $1.65 |
| 03/08/2005 | RE | (F7 DOC 20 @0.15 PER PG) | $3.00 |
| 03/08/2005 | RE | (F4 CORR 222 @0.15 PER PG) | $33.30 |
| 03/08/2005 | RE | (F4 CORR 65 @0.15 PER PG) | $9.75 |
| 03/08/2005 | RE | (F2 AGR 122 @0.15 PER PG) | $18.30 |
| 03/09/2005 | DH | DHL | $10.85 |
| 03/09/2005 | DH | DHL | $10.85 |
| 03/09/2005 | DH | DHL | $22.02 |
| 03/09/2005 | RE | (F5 CORR 3 @0.15 PER PG) | $0.45 |
| 03/09/2005 | RE | (F5 CORR 45 @0.15 PER PG) | $6.75 |
| 03/09/2005 | RE | (F5 CORR 45 @0.15 PER PG) | $6.75 |
| 03/09/2005 | RE | (F5 CORR 22 @0.15 PER PG) | $3.30 |
| 03/09/2005 | RE | (F5 CORR 8 @0.15 PER PG) | $1.20 |
| 03/09/2005 | RE | (F5 CORR 16 @0.15 PER PG) | $2.40 |
| 03/09/2005 | RE | (G9 CORR 354 @0.15 PER PG) | $53.10 |
| 03/09/2005 | RE | (F7 AGR 1 @0.15 PER PG) | $0.15 |
| 03/09/2005 | RE | (F4 AGR 500 @0.15 PER PG) | $75.00 |
| 03/09/2005 | RE | (F8 DOC 54 @0.15 PER PG) | $8.10 |
| 03/09/2005 | RE | (F7 AGR 1 @0.15 PER PG) | $0.15 |
| 03/09/2005 | RE | (F4 CORR 168 @0.15 PER PG) | $25.20 |
| 03/09/2005 | RE | (F4 CORR 155 @0.15 PER PG) | $23.25 |
| 03/09/2005 | RE | (F2 CORR 567 @0.15 PER PG) | $85.05 |
| 03/10/2005 | DC | Tristate | $5.00 |
| 03/10/2005 | DC | Tristate | $5.00 |
| 03/10/2005 | DH | DHL | $10.30 |
| 03/10/2005 | DH | DHL | $10.30 |
| 03/10/2005 | DH | DHL | $8.59 |
| 03/10/2005 | DH | DHL | $16.77 |
| 03/10/2005 | RE | (F5 CORR 148 @0.15 PER PG) | $22.20 |
| 03/10/2005 | RE | (F5 CORR 251 @0.15 PER PG) | $37.65 |
| 03/10/2005 | RE | (F7 AGR 12 @0.15 PER PG) | $1.80 |
| 03/10/2005 | RE | (F8 DOC 18 @0.15 PER PG) | $2.70 |
| 03/10/2005 | RE | (F2 CORR 597 @0.15 PER PG) | $89.55 |

**Invoice number 64690**       91100  00001                              **Page  15**

| 03/10/2005 | RE | (F2 CORR 342 @0.15 PER PG) | $51.30 |
|---|---|---|---|
| 03/11/2005 | DC | Tristate | $63.00 |
| 03/11/2005 | DC | Tristate | $15.00 |
| 03/11/2005 | DH | DHL | $8.77 |
| 03/11/2005 | DH | DHL | $8.77 |
| 03/11/2005 | DH | DHL | $14.14 |
| 03/11/2005 | DH | DHL | $8.59 |
| 03/11/2005 | FE | Federal Express [E108] | $53.37 |
| 03/11/2005 | PO | Postage | $16.72 |
| 03/11/2005 | RE | (F7 AGR 10 @0.15 PER PG) | $1.50 |
| 03/11/2005 | RE | (F8 DOC 141 @0.15 PER PG) | $21.15 |
| 03/11/2005 | RE | (F2 CORR 27 @0.15 PER PG) | $4.05 |
| 03/11/2005 | RE | (F2 CORR 387 @0.15 PER PG) | $58.05 |
| 03/11/2005 | RE | (F7 AGR 18 @0.15 PER PG) | $2.70 |
| 03/11/2005 | RE | (F6 CORR 62 @0.15 PER PG) | $9.30 |
| 03/11/2005 | RE | (G8 MOT 558 @0.15 PER PG) | $83.70 |
| 03/11/2005 | RE | (G8 AGR 2 @0.15 PER PG) | $0.30 |
| 03/11/2005 | SO | Secretarial Overtime---(C.Neuberger) | $56.84 |
| 03/14/2005 | DC | Tristate | $15.00 |
| 03/14/2005 | DC | Tristate | $54.00 |
| 03/14/2005 | PO | Postage | $16.72 |
| 03/14/2005 | RE | (F5 CORR 37 @0.15 PER PG) | $5.55 |
| 03/14/2005 | RE | (F5 CORR 6 @0.15 PER PG) | $0.90 |
| 03/14/2005 | RE | (F5 CORR 795 @0.15 PER PG) | $119.25 |
| 03/14/2005 | RE | (F7 AGR 31 @0.15 PER PG) | $4.65 |
| 03/14/2005 | RE | (F5 CORR 92 @0.15 PER PG) | $13.80 |
| 03/14/2005 | RE | (F8 CORR 31 @0.15 PER PG) | $4.65 |
| 03/14/2005 | RE | (F6 AGR 56 @0.15 PER PG) | $8.40 |
| 03/14/2005 | RE | (F7 AGR 41 @0.15 PER PG) | $6.15 |
| 03/14/2005 | RE | (G9 CORR 558 @0.15 PER PG) | $83.70 |
| 03/14/2005 | RE | (G9 AGR 2 @0.15 PER PG) | $0.30 |
| 03/14/2005 | RE | (F7 AGR 68 @0.15 PER PG) | $10.20 |
| 03/14/2005 | SO | Secretarial Overtime---(V.Preston) | $28.58 |
| 03/15/2005 | DC | Tristate | $5.00 |
| 03/15/2005 | FX | (G2 AGR 14 @1.00 PER PG) | $14.00 |
| 03/15/2005 | RE | (F5 CORR 27 @0.15 PER PG) | $4.05 |
| 03/15/2005 | RE | (G8 AGR 50 @0.15 PER PG) | $7.50 |
| 03/15/2005 | RE | (F5 CORR 710 @0.15 PER PG) | $106.50 |
| 03/15/2005 | RE | (F7 AGR 25 @0.15 PER PG) | $3.75 |
| 03/15/2005 | RE | (F8 DOC 24 @0.15 PER PG) | $3.60 |
| 03/15/2005 | RE | (F4 CORR 21 @0.15 PER PG) | $3.15 |
| 03/15/2005 | RE | (F4 CORR 45 @0.15 PER PG) | $6.75 |
| 03/15/2005 | RE | (F4 CORR 951 @0.15 PER PG) | $142.65 |

**Invoice number  64690**          91100  00001                    **Page  16**

| 03/15/2005 | RE | (F2 CORR 292 @0.15 PER PG) | $43.80 |
|---|---|---|---|
| 03/16/2005 | DC | Tristate | $63.00 |
| 03/16/2005 | DC | Tristate | $15.00 |
| 03/16/2005 | DC | Tristate | $297.00 |
| 03/16/2005 | DC | Tristate | $22.50 |
| 03/16/2005 | DC | Tristate | $22.50 |
| 03/16/2005 | DC | Tristate | $54.00 |
| 03/16/2005 | FE | Federal Express [E108] | $148.73 |
| 03/16/2005 | PO | Postage | $0.60 |
| 03/16/2005 | PO | Postage | $350.35 |
| 03/16/2005 | PO | Postage | $254.10 |
| 03/16/2005 | PO | Postage | $3.75 |
| 03/16/2005 | PO | Postage | $215.60 |
| 03/16/2005 | PO | Postage | $5.40 |
| 03/16/2005 | PO | Postage | $28.50 |
| 03/16/2005 | PO | Postage | $20.55 |
| 03/16/2005 | PO | Postage | $7.15 |
| 03/16/2005 | PO | Postage | $4.75 |
| 03/16/2005 | RE | (F8 CORR 67 @0.15 PER PG) | $10.05 |
| 03/16/2005 | RE | (F7 AGR 1 @0.15 PER PG) | $0.15 |
| 03/16/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 03/16/2005 | RE | (F7 AGR 2 @0.15 PER PG) | $0.30 |
| 03/16/2005 | RE | (F7 AGR 42 @0.15 PER PG) | $6.30 |
| 03/16/2005 | RE | (F7 AGR 1 @0.15 PER PG) | $0.15 |
| 03/16/2005 | RE | (F7 AGR 12 @0.15 PER PG) | $1.80 |
| 03/16/2005 | RE | (F2 CORR 15 @0.15 PER PG) | $2.25 |
| 03/16/2005 | RE | (F2 CORR 772 @0.15 PER PG) | $115.80 |
| 03/16/2005 | RE | (F2 CORR 337 @0.15 PER PG) | $50.55 |
| 03/16/2005 | RE | (G9 CORR 3786 @0.15 PER PG) | $567.90 |
| 03/16/2005 | RE | (G7 ORD 3532 @0.15 PER PG) | $529.80 |
| 03/16/2005 | RE | (F8 DOC 166 @0.15 PER PG) | $24.90 |
| 03/16/2005 | RE | (G8 AGR 6302 @0.15 PER PG) | $945.30 |
| 03/16/2005 | RE | (F7 DOC 37 @0.15 PER PG) | $5.55 |
| 03/16/2005 | RE | (F8 DOC 138 @0.15 PER PG) | $20.70 |
| 03/16/2005 | RE | (F7 DOC 464 @0.15 PER PG) | $69.60 |
| 03/16/2005 | RE | (G9 CORR 1998 @0.15 PER PG) | $299.70 |
| 03/16/2005 | RE | (F4 CORR 3276 @0.15 PER PG) | $491.40 |
| 03/16/2005 | RE | (F2 CORR 7312 @0.15 PER PG) | $1,096.80 |
| 03/16/2005 | RE | (F4 CORR 96 @0.15 PER PG) | $14.40 |
| 03/16/2005 | RE | (F2 CORR 2502 @0.15 PER PG) | $375.30 |
| 03/16/2005 | RE | (F2 CORR 2 @0.15 PER PG) | $0.30 |
| 03/16/2005 | SO | Secretarial Overtime---(V.Preston) | $61.25 |
| 03/17/2005 | DC | Tristate | $15.90 |

**Invoice number  64690**  91100  00001  **Page  17**

| | | | |
|---|---|---|---|
| 03/17/2005 | RE | (G9 AG 1052 @0.15 PER PG) | $157.80 |
| 03/17/2005 | RE | (G8 AGR 1764 @0.15 PER PG) | $264.60 |
| 03/18/2005 | DC | Tristate | $15.00 |
| 03/18/2005 | DC | Tristate | $35.00 |
| 03/18/2005 | PO | Postage | $9.96 |
| 03/18/2005 | RE | (F7 CORR 18 @0.15 PER PG) | $2.70 |
| 03/18/2005 | RE | (F7 AGR 13 @0.15 PER PG) | $1.95 |
| 03/18/2005 | RE | (F7 AGR 13 @0.15 PER PG) | $1.95 |
| 03/18/2005 | RE | (F7 AGR 13 @0.15 PER PG) | $1.95 |
| 03/18/2005 | RE | (F8 AGR 196 @0.15 PER PG) | $29.40 |
| 03/18/2005 | RE | (F8 CORR 4 @0.15 PER PG) | $0.60 |
| 03/18/2005 | RE | (F7 AGR 68 @0.15 PER PG) | $10.20 |
| 03/18/2005 | RE | (F8 CORR 197 @0.15 PER PG) | $29.55 |
| 03/18/2005 | RE | (F8 DOC 72 @0.15 PER PG) | $10.80 |
| 03/18/2005 | RE | (F8 CORR 70 @0.15 PER PG) | $10.50 |
| 03/18/2005 | RE | (F2 CORR 154 @0.15 PER PG) | $23.10 |
| 03/18/2005 | RE | (F2 CORR 81 @0.15 PER PG) | $12.15 |
| 03/18/2005 | RE | (F4 CORR 447 @0.15 PER PG) | $67.05 |
| 03/18/2005 | RE | (F2 CORR 194 @0.15 PER PG) | $29.10 |
| 03/18/2005 | RE | (F4 CORR 180 @0.15 PER PG) | $27.00 |
| 03/18/2005 | RE | (F2 CORR 578 @0.15 PER PG) | $86.70 |
| 03/21/2005 | DH | DHL | $18.09 |
| 03/21/2005 | DH | DHL | $11.55 |
| 03/21/2005 | DH | DHL | $11.55 |
| 03/21/2005 | FX | (R0 3 @1.00 PER PG) | $3.00 |
| 03/21/2005 | RE | (F7 AGR 12 @0.15 PER PG) | $1.80 |
| 03/21/2005 | RE | (F7 AGR 120 @0.15 PER PG) | $18.00 |
| 03/21/2005 | RE | (F7 AGR 32 @0.15 PER PG) | $4.80 |
| 03/21/2005 | RE | (F8 CORR 20 @0.15 PER PG) | $3.00 |
| 03/21/2005 | RE | (F8 CORR 24 @0.15 PER PG) | $3.60 |
| 03/21/2005 | RE | (F2 CORR 2417 @0.15 PER PG) | $362.55 |
| 03/22/2005 | DC | Tristate | $15.00 |
| 03/22/2005 | DC | Tristate | $54.00 |
| 03/22/2005 | DH | DHL | $18.09 |
| 03/22/2005 | FE | Federal Express [E108] | $11.09 |
| 03/22/2005 | RE | (F7 CORR 4 @0.15 PER PG) | $0.60 |
| 03/22/2005 | RE | (F8 CORR 4 @0.15 PER PG) | $0.60 |
| 03/22/2005 | RE | (F8 CORR 6 @0.15 PER PG) | $0.90 |
| 03/22/2005 | RE | (F4 CORR 32 @0.15 PER PG) | $4.80 |
| 03/23/2005 | DC | Tristate | $15.00 |
| 03/23/2005 | DC | Tristate | $9.00 |
| 03/23/2005 | DH | DHL | $8.59 |
| 03/23/2005 | DH | DHL | $16.77 |

| 03/23/2005 | DH | DHL | $9.32 |
|---|---|---|---|
| 03/23/2005 | DH | DHL | $10.30 |
| 03/23/2005 | RE | (F8 CORR 63 @0.15 PER PG) | $9.45 |
| 03/23/2005 | RE | (F8 CORR 56 @0.15 PER PG) | $8.40 |
| 03/23/2005 | RE | (F8 DOC 24 @0.15 PER PG) | $3.60 |
| 03/23/2005 | RE | (F7 CORR 51 @0.15 PER PG) | $7.65 |
| 03/23/2005 | RE | (F7 CORR 91 @0.15 PER PG) | $13.65 |
| 03/23/2005 | RE | (F2 CORR 219 @0.15 PER PG) | $32.85 |
| 03/23/2005 | RE | (F4 CORR 227 @0.15 PER PG) | $34.05 |
| 03/23/2005 | RE | (F2 CORR 54 @0.15 PER PG) | $8.10 |
| 03/23/2005 | RE | (F4 CORR 357 @0.15 PER PG) | $53.55 |
| 03/23/2005 | RE | (F4 CORR 200 @0.15 PER PG) | $30.00 |
| 03/24/2005 | DC | Tristate | $15.00 |
| 03/24/2005 | DC | Tristate | $369.00 |
| 03/24/2005 | DC | Tristate | $81.00 |
| 03/24/2005 | DH | DHL | $8.59 |
| 03/24/2005 | PO | Postage | $1.20 |
| 03/24/2005 | PO | Postage | $243.20 |
| 03/24/2005 | PO | Postage | $1.85 |
| 03/24/2005 | PO | Postage | $83.60 |
| 03/24/2005 | PO | Postage | $9.13 |
| 03/24/2005 | PO | Postage | $6.60 |
| 03/24/2005 | RE | (F8 CORR 96 @0.15 PER PG) | $14.40 |
| 03/24/2005 | RE | (G9 CORR 317 @0.15 PER PG) | $47.55 |
| 03/24/2005 | RE | (G8 CORR 352 @0.15 PER PG) | $52.80 |
| 03/24/2005 | RE | (F8 CORR 4 @0.15 PER PG) | $0.60 |
| 03/24/2005 | RE | (G9 CORR3 457 @0.15 PER PG) | $68.55 |
| 03/24/2005 | RE | (G9 CORR 123 @0.15 PER PG) | $18.45 |
| 03/24/2005 | RE | (F6 AGR 15 @0.15 PER PG) | $2.25 |
| 03/24/2005 | RE | (G8 ORD 10 @0.15 PER PG) | $1.50 |
| 03/24/2005 | RE | (F8 CORR 4 @0.15 PER PG) | $0.60 |
| 03/24/2005 | RE | (F7 AGR 41 @0.15 PER PG) | $6.15 |
| 03/24/2005 | RE | (F7 AGR 18 @0.15 PER PG) | $2.70 |
| 03/24/2005 | RE | (G8 CORR 198 @0.15 PER PG) | $29.70 |
| 03/24/2005 | RE | (G7 CORR 72 @0.15 PER PG) | $10.80 |
| 03/24/2005 | RE | (G9 CORR 1260 @0.15 PER PG) | $189.00 |
| 03/24/2005 | RE | (G9 AGR 322 @0.15 PER PG) | $48.30 |
| 03/24/2005 | RE | (G9 CORR 115 @0.15 PER PG) | $17.25 |
| 03/24/2005 | RE | (G8 AGR 9 @0.15 PER PG) | $1.35 |
| 03/24/2005 | RE | (F7 DOC 58 @0.15 PER PG) | $8.70 |
| 03/24/2005 | RE | (F2 CORR 147 @0.15 PER PG) | $22.05 |
| 03/24/2005 | RE | (F4 CORR 3098 @0.15 PER PG) | $464.70 |
| 03/24/2005 | RE | (F2 CORR 3839 @0.15 PER PG) | $575.85 |

**Invoice number  64690**        91100  00001                              **Page  19**

| | | | |
|---|---|---|---:|
| 03/24/2005 | TR | Transcript---Elaine M.Ryan. 63 page Original Transcript, Copy, Rush fee, E-mail Copy.(P.Cuniff) [E116] | $329.49 |
| 03/25/2005 | DC | Tristate | $15.00 |
| 03/25/2005 | DC | Tristate | $15.90 |
| 03/25/2005 | DC | Tristate | $50.00 |
| 03/25/2005 | PO | Postage | $9.13 |
| 03/25/2005 | RE | (F7 AGR 110 @0.15 PER PG) | $16.50 |
| 03/25/2005 | RE | (F7 AGR 28 @0.15 PER PG) | $4.20 |
| 03/25/2005 | RE | (F7 AGR 50 @0.15 PER PG) | $7.50 |
| 03/25/2005 | RE | (F7 AGR 65 @0.15 PER PG) | $9.75 |
| 03/25/2005 | RE | (G8 AGR 182 @0.15 PER PG) | $27.30 |
| 03/25/2005 | RE | (G8 AGR 161 @0.15 PER PG) | $24.15 |
| 03/25/2005 | RE | (F2 CORR 212 @0.15 PER PG) | $31.80 |
| 03/25/2005 | RE | (F2 CORR 1277 @0.15 PER PG) | $191.55 |
| 03/25/2005 | RE | (F7 DOC 11 @0.15 PER PG) | $1.65 |
| 03/28/2005 | RE | (G7 CORR 482 @0.15 PER PG) | $72.30 |
| 03/28/2005 | RE | (F8 DOC 54 @0.15 PER PG) | $8.10 |
| 03/29/2005 | FE | Federal Express [E108] | $100.59 |
| 03/29/2005 | RE | (G7 CORR 387 @0.15 PER PG) | $58.05 |
| 03/30/2005 | RE | (F7 AGR 30 @0.15 PER PG) | $4.50 |
| 03/30/2005 | RE | (G9 CORR 127 @0.15 PER PG) | $19.05 |
| 03/30/2005 | RE | (G9 CORR 174 @0.15 PER PG) | $26.10 |
| 03/30/2005 | RE | (F2 CORR 68 @0.15 PER PG) | $10.20 |
| 03/30/2005 | RE | (F2 CORR 987 @0.15 PER PG) | $148.05 |
| 03/31/2005 | PO | Postage | $11.61 |
| 03/31/2005 | RE | (F6 CORR 50 @0.15 PER PG) | $7.50 |
| 03/31/2005 | RE | (F8 DOC 27 @0.15 PER PG) | $4.05 |
| 03/31/2005 | RE | (G9 CORR 21 @0.15 PER PG) | $3.15 |
| 03/31/2005 | RE | (G9 CORR 152 @0.15 PER PG) | $22.80 |
| 03/31/2005 | RE | (F4 CORR 375 @0.15 PER PG) | $56.25 |
| 03/31/2005 | RE | (F4 CORR 2 @0.15 PER PG) | $0.30 |
| 03/31/2005 | RE | (F4 CORR 822 @0.15 PER PG) | $123.30 |

Total Expenses:                                                      **$22,823.74**

## Summary:

| | |
|---|---:|
| Total professional services | $24,291.50 |
| Total expenses | $22,823.74 |
| Net current charges | $47,115.24 |
| | |
| Net balance forward | $221,386.00 |
| **Total balance now due** | $268,501.24 |

**Invoice number  64690**　　91100  00001　　　　　　　　　　　　　　　　　**Page  20**

| | | | | |
|---|---|---|---|---|
| CAK | Knotts, Cheryl A. | 4.50 | 140.00 | $630.00 |
| DWC | Carickhoff, David W | 26.70 | 320.00 | $8,544.00 |
| LDJ | Jones, Laura Davis | 0.30 | 595.00 | $178.50 |
| PEC | Cuniff, Patricia E. | 65.10 | 140.00 | $9,114.00 |
| RMO | Olivere, Rita M. | 2.00 | 75.00 | $150.00 |
| SEM | McFarland, Scotta E. | 6.60 | 425.00 | $2,805.00 |
| SLP | Pitman, L. Sheryle | 41.00 | 70.00 | $2,870.00 |
| | | 146.20 | | $24,291.50 |

## Task Code Summary

| | | Hours | Amount |
|---|---|---|---|
| CA | Case Administration [B110] | 67.20 | $6,606.00 |
| CR02 | WRG Claim Analysis | 14.80 | $3,971.00 |
| EA01 | WRG-Employ. App., Others | 2.40 | $534.00 |
| FA | WRG-Fee Apps., Applicant | 5.80 | $948.50 |
| FA01 | WRG-Fee Applications, Others | 23.20 | $4,050.50 |
| LN | Litigation (Non-Bankruptcy) | 30.50 | $7,589.50 |
| OP | Operations [B210] | 1.40 | $448.00 |
| TI | Tax Issues [B240] | 0.90 | $144.00 |
| | | 146.20 | $24,291.50 |

## Expense Code Summary

| | |
|---|---|
| Working Meals [E1 | $92.00 |
| Delivery/Courier Service | $1,873.90 |
| DHL- Worldwide Express | $432.71 |
| Federal Express [E108] | $313.78 |
| Fax Transmittal [E104] | $59.00 |
| Pacer - Court Research | $221.27 |
| Postage [E108] | $1,383.35 |
| Reproduction Expense [E101] | $14,335.50 |
| Overtime | $146.67 |
| Telephone Expense [E105] | $3,593.70 |
| Transcript [E116] | $371.86 |
| | $22,823.74 |