

**WALLACE KING DOMIKE & BRANSON, PLLC**
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 11, 2005

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#    2453

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|  |  |  | Hours |
|---|---|---|---|
| 02/01/2005 | ACZ | Additional research of case law and guidance on CERCLA contribution actions brought for state administrative orders (2.2); conference with Mr. Hughes re same (0.4). | 2.60 |
| 02/02/2005 | WFH | Research on CERCLA § 113 issue for reply brief and conference with Mr. Hogan re same. | 1.30 |
| 02/02/2005 | ACZ | Conference with Mr. Hughes re CERCLA taking language. | 0.40 |

|  |  |  | **Amount** |
|---|---|---|---|
| Total fees | | 4.30 | 1,244.00 |

Disbursements:

| Online research | 154.10 |
|---|---|
| Total disbursements | $154.10 |
| Total Amount of This Bill | $1,398.10 |
| Balance Due | $1,398.10 |

## Timekeeper Summary

| Name | | Hours | Rate |
|------|--|-------|------|
| Zacaroli, Alec C. | Associate | 3.00 | $250.00 |
| Hughes, William F. | Counsel | 1.30 | $380.00 |