IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Re: Docket #7217 |
| | ) | |

**AMENDEDVERIFIED STATEMENT IN CONNECTION WITH THE
REPRESENTATION OF CREDITORS AS REQUIRED BY
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

W. Lee Gresham, III, being first duly sworn, hereby deposes and states as follows:

1.   I am an attorney with Environmental Litigation Group, P.C. ("ELG") with offices at 3529 Seventh Avenue South, Birmingham, Alabama 35222. J. William Lewis, who signed the original Verified 2019 Statement, has retired. Before his retirement, the said J. William Lews executed a "Substitution Under Power of Attorney," which named in his place and stead as attorneys in fact Robert Leslie Palmer, Fred R. DeLeon, Jr., and Nedra L. McClinton, other attorneys in this law firm. The powers of attorney previously executed by the firm's clients authorized the said substitution.

2.   This Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 25, 2004 (the "Rule 2019 Order"). Exhibits have not been served with this statement, or scanned and filed electronically, but have been filed on compact disk and may be released to any party who obtains leave of this Court pursuant to the Rule 2019 Order.

3.   Exhibit A hereto consists of an Excel Spreadsheet containing a list of additional Asbestos Creditors represented by ELG with Claims against the Debtor(s) that were not

identified on Exhibit A filed with the original Verified 2019 Statement filed with this Court in December. For each such Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4. Each of these Creditors has employed ELG under an employment contract with ELG and executed a power of attorney authorizing representation of creditors. A blank but unredacted exemplar of each of ELG's standard forms of agreement and the power of attorney authorizing representation of creditors was attached to the original Verified 2019 Statement as Exhibits B-1 through B-8 thereto. A copy of the "Substitution Under Power of Attorney" executed by J. William Lewis and blank but unredacted exemplars of each of ELG's additional standard forms of agreement and power of attorney authorizing representation of creditors are attached hereto as Exhibits B-9 through B-11. The exemplar of the two additional standard forms of agreement, each of which contains a power of attorney, are labeled B-10 and B-11. For each additional Asbestos Creditor represented by ELG and listed on Exhibit A, the date such client executed such power of attorney is indicated on Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 26, 2005

Respectfully submitted,

W. Lee Gresham, III
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 205-328-9200
Facsimile: 205-328-9206

SWORN TO AND SUBSCRIBED before me, the undersigned authority, by W. Lee Gresham, III on this the _26_ day of April, 2005.

_____
**NOTARY PUBLIC**
My Commission Expires: __10/1/08__