REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1263577
One Town Center Road                         Invoice Date      04/18/05
Boca Raton, FL    33486                      Client Number       172573



===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                                 9,681.00
                        TOTAL BALANCE DUE UPON RECEIPT        $9,681.00
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1263577
One Town Center Road                     Invoice Date      04/18/05
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/05 | Cameron | Review of e-mails and related materials from R. Finke. | .90 |
| 03/01/05 | Lord | Update 2002 service list. | .20 |
| 03/02/05 | Cameron | E-mails regarding issues raised by R. Finke and telephone conference with J. Restivo regarding same. | 1.10 |
| 03/02/05 | Restivo | Receipt and review of new emails, reports and pleadings. | .70 |
| 03/04/05 | Cameron | Review of materials from R. Finke and J. Restivo. | .90 |
| 03/05/05 | Cameron | Review additional correspondence and e-mails relating to Canadian claims. | 1.10 |
| 03/07/05 | Cameron | Review recent materials sent to Canadian counsel. | .40 |
| 03/08/05 | Cameron | Review e-mail and materials from R. Finke regarding Canadian claims. | .60 |
| 03/13/05 | Cameron | Review additional materials from R. Finke regarding Canadian claims and correspondence regarding same. | .80 |
| 03/14/05 | Cameron | Review of materials from R. Finke and Canadian counsel (.90); summarize materials for meeting (.70). | 1.60 |

```
172573 W. R. Grace & Co.                          Invoice Number  1263577
60026  Litigation and Litigation Consulting       Page    2
       April 18, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 03/15/05 | Cameron | Attend to requests from R. Finke (.30) and review materials provided from Canada (.50). | .80 |
| 03/16/05 | Cameron | Review correspondence and e-mails from R. Finke to Canadian counsel. | .80 |
| 03/17/05 | Cameron | Multiple e-mails to and from R. Finke relating to issues in Canada. | .90 |
| 03/18/05 | Cameron | Review materials relating to Canadian claims. | 1.20 |
| 03/21/05 | Cameron | Review of e-mails and multiple attachments provided by R. Finke (.80); prepare status summary of correspondence, pleadings and press reports relating to Canadian claims (1.30). | 2.10 |
| 03/22/05 | Cameron | Review materials from consultant forwarded by R. Finke (1.10); additional correspondence regarding same (.40). | 1.50 |
| 03/23/05 | Cameron | Additional review of consultant materials and e-mails from R. Finke regarding same (.90); review additional press reports provided by R. Finke (.70). | 1.60 |
| 03/23/05 | Restivo | Review of new material and correspondence. | .50 |
| 03/24/05 | Cameron | Review materials relating to property damage claims. | .80 |
| 03/31/05 | Cameron | Continued review of Canadian claim materials, summaries and related documents. | 1.30 |

```
                                                         ------
                                        TOTAL HOURS       19.80
```

```
172573  W. R. Grace & Co.                        Invoice Number   1263577
60026   Litigation and Litigation Consulting     Page    3
        April 18, 2005
```

```
TIME SUMMARY                   Hours          Rate           Value
------------------------       --------------------------    -------
James J. Restivo Jr.           1.20   at  $   525.00  =      630.00
Douglas E. Cameron            18.40   at  $   490.00  =    9,016.00
John B. Lord                   0.20   at  $   175.00  =       35.00


                              CURRENT FEES                           9,681.00


                                                             ------------
                              TOTAL BALANCE DUE UPON RECEIPT   $9,681.00
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1263578
5400 Broken Sound Blvd., N.W.        Invoice Date       04/18/05
Boca Raton, FL 33487                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                        2,989.00
    Expenses                        0.00

            TOTAL BALANCE DUE UPON RECEIPT      $2,989.00
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                  Invoice Number      1263578
5400 Broken Sound Blvd., N.W.                Invoice Date      04/18/05
Boca Raton, FL 33487                         Client Number       172573
                                             Matter Number        60028

==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 03/24/05 | Cameron | Review e-mails from R. Finke regarding consultant's work. | .90 |
| 03/25/05 | Cameron | Review consultant's analysis. | .80 |
| 03/27/05 | Cameron | Begin review and summary of all collected correspondence, press reports and data provided by R. Finke relating to ZAI claims. | 2.30 |
| 03/28/05 | Cameron | Continue review of materials from R. Finke (.80);  review of photographs from R. Finke and e-mails regarding same (.50); review of summary memos (.80). | 2.10 |

```
                                                  ------
                                    TOTAL HOURS     6.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 6.10 at $ 490.00 = | | 2,989.00 |
| | CURRENT FEES | | 2,989.00 |

```
                                                  ------------
                  TOTAL BALANCE DUE UPON RECEIPT     $2,989.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1263579
5400 Broken Sound Blvd., N.W.        Invoice Date      04/18/05
Boca Raton, FL 33487                 Client Number      172573


========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                        3,976.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT      $3,976.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1263579
5400 Broken Sound Blvd., N.W.        Invoice Date       04/18/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/05 | Lord | Review and revise 43rd monthly fee application (.3); e-file and perfect hard/electronic service for same (.8). | 1.10 |
| 03/08/05 | Cameron | Review materials relating to fee applications. | .70 |
| 03/08/05 | Lord | Respond to e-mails from A. Muha re: CNO. | .10 |
| 03/08/05 | Muha | Correspondence with J. Lord re: upcoming CNO filings for past fee applications. | .20 |
| 03/09/05 | Lord | Research docket and draft CNO for Reed Smith 42nd monthly fee application (.4); e-file and perfect service for same (.3); correspondence to R. Finke re: same (.1). | .80 |
| 03/09/05 | Muha | Review and revise February 2005 fee and expense detail for 44th monthly fee application. | 1.70 |
| 03/14/05 | Muha | Additional revisions to fee and expense detail for February 2005 monthly fee application. | .80 |
| 03/17/05 | Cameron | Review of materials for fee application. | .90 |

172573  W. R. Grace & Co.                                    Invoice Number   1263579
60029   Fee Applications-Applicant                           Page    2
        April 18, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 03/19/05 | Cameron | Additional review fee application materials. | .80 |
| 03/22/05 | Lord | Research and respond to e-mail from D. Cameron re: fee application issues. | .20 |
| 03/24/05 | Lord | Research docket and draft CNOs and service for 43rd monthly fee application and quarterly fee application (.5); review, revise and prepare 44th monthly fee application for e-filing and service (1.0); e-mail to A. Muha re: same (.1). | 1.60 |
| 03/24/05 | Muha | Draft and revise summary form for February 2005 monthly fee application (1.8); create fee and expense detail compendiums (.6); revise items and e-mails to J. Lord re: filing issues (.4); attend to issues from 14th Quarterly application (.3). | 3.10 |
| 03/25/05 | Lord | E-file and perfect service for monthly and interim application CNOs (.4); prepare correspondence to R. Finke re: same (.2). | .60 |
| 03/26/05 | Cameron | Final review of draft February 2005 monthly fee application in advance of filing. | .60 |
| 03/28/05 | Lankford | Review correspondence from J. Lord. | .10 |
| 03/28/05 | Muha | Revise chart and review final spreadsheet report from Fee Auditor re: 14th Quarterly Application. | .30 |
| 03/29/05 | Lankford | Scan, e-file, perfect service and forward to centralized pleadings Reed Smith's 44th Monthly Fee Application (February 2005). | 1.40 |

                                                            ------
                                          TOTAL HOURS        15.00

```
172573  W. R. Grace & Co.                    Invoice Number  1263579
60029   Fee Applications-Applicant           Page    3
        April 18, 2005
```

| TIME SUMMARY | Hours | | Rate | Value |
|---|---|---|---|---|
| ------------------------- | ---------------------- | | | ------- |
| Douglas E. Cameron | 3.00 | at $ | 490.00 = | 1,470.00 |
| Andrew J. Muha | 6.10 | at $ | 260.00 = | 1,586.00 |
| John B. Lord | 4.40 | at $ | 175.00 = | 770.00 |
| Lisa Lankford | 1.50 | at $ | 100.00 = | 150.00 |

```
                        CURRENT FEES                        3,976.00

                                                         ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $3,976.00
                                                         =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                                    Invoice Number      1263580
One Town Center Road                               Invoice Date       04/18/05
Boca Raton, FL    33486                             Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            5,519.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,519.50
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1263580
One Town Center Road                     Invoice Date      04/18/05
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035


===============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|------|------|
| 03/02/05 | Flatley | Review memo on grand jury interview and follow-up with R. Senftleben and others (3.4); reorganize file (1.4). | 4.80 |
| 03/03/05 | Flatley | Memo to D. Cameron/J. Restivo regarding Montana investigation summary document. | .20 |
| 03/10/05 | Flatley | Listen to R. Senftleben voice message and follow-up. | .10 |
| 03/11/05 | Flatley | Call with R. Senftleben and e-mail to J. Restivo and D. Cameron about status of investigation and indictment issues. | .60 |
| 03/15/05 | Cameron | Review materials relating to grand jury investigation. | .90 |
| 03/19/05 | Cameron | Review materials relating to grand jury investigation. | .90 |
| 03/22/05 | Cameron | Review e-mails and attachments regarding indictments. | .70 |
| 03/25/05 | Cameron | Review media reports regarding indictment and trial date (.40); review Grace historical documents and summary (.70). | 1.10 |
| 03/30/05 | Cameron | Review e-mail and pre-trial order. | .40 |

```
172573 W. R. Grace & Co.                    Invoice Number   1263580
60035  Grand Jury Investigation             Page    2
       April 18, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/30/05 | Flatley | Review J. Malloy scheduling order and e-mails to/from R. Senftleben. | .20 |
| 03/31/05 | Cameron | E-mails relating to criminal investigation and follow-up calls with L. Flatley (.40); review file memorandum addressing related issues (.50). | .90 |
| 03/31/05 | Flatley | Review e-mail from T. Mace (0.1); locate memos as requested by T. Mace and forward them to him (0.3). | .40 |

```
                                            ------
                            TOTAL HOURS      11.20
```

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Lawrence E. Flatley | 6.30 at $ | 495.00 | = | 3,118.50 |
| Douglas E. Cameron | 4.90 at $ | 490.00 | = | 2,401.00 |

```
                            CURRENT FEES                 5,519.50


                                                      ------------
                   TOTAL BALANCE DUE UPON RECEIPT       $5,519.50
                                                      ============
```