REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number     1263581
One Town Center Road                     Invoice Date     04/18/05
Boca Raton, FL   33486                   Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


   (60026)  Litigation and Litigation Consulting

        Fees                             0.00
        Expenses                       281.04

                     TOTAL BALANCE DUE UPON RECEIPT          $281.04
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1263581
One Town Center Road                     Invoice Date      04/18/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026


=============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.55
        Courtlink                               14.40
        Duplicating/Printing/Scanning           86.10
        Postage Expense                          7.46
        Lodging                                121.98
        Telephone - Outside                     30.55
        General Expense (off-site document      20.00
        storage charge)

                    CURRENT EXPENSES                     281.04
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $281.04
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1263581 |
| Invoice Date | 04/18/05 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 02/28/05 | PACER--Electronic docket access charges, February 2005. | 14.40 |
| 03/01/05 | Postage Expense | 3.96 |
| 03/01/05 | ATTY # 0718; 172 COPIES | 25.80 |
| 03/02/05 | ATTY # 0396: 1 COPIES | .15 |
| 03/03/05 | ATTY # 0396: 1 COPIES | .15 |
| 03/09/05 | ATTY # 0559: 14 COPIES | 2.10 |
| 03/11/05 | 561-362-1551/BOCA RATON, FL/11 | .55 |
| 03/16/05 | ATTY # 0559: 14 COPIES | 2.10 |
| 03/17/05 | Lodging - - Hotel room for J. Restivo during trip to Missoula, MT for meeting with government (1/6/05). | 121.98 |
| 03/17/05 | Telephone - Outside - - J. Restivo business calls from hotel during trip to Missoula, MT for meeting with government (1/6/05). | 30.55 |
| 03/21/05 | General Expense - - IRON MOUNTAIN RECORDS MGMT. - ACCESS OF HISTORICAL DOCUMENTS IN STORAGE. | 20.00 |
| 03/23/05 | ATTY # 0559: 1 COPIES | .15 |
| 03/23/05 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/05 | ATTY # 0710: 6 COPIES | .90 |
| 03/24/05 | ATTY # 0710: 6 COPIES | .90 |

```
172573 W. R. Grace & Co.                      Invoice Number  1263581
60026  Litigation and Litigation Consulting   Page   2
       April 18, 2005
```

| Date | Description | Amount |
|------|-------------|-------:|
| 03/24/05 | ATTY # 0710: 6 COPIES | .90 |
| 03/24/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 03/25/05 | ATTY # 0718; 61 COPIES | 9.15 |
| 03/29/05 | ATTY # 3984; 281 COPIES | 42.15 |
| 03/29/05 | Postage Expense | 3.50 |
| 03/31/05 | ATTY # 0349: 1 COPIES | .15 |

```
                        CURRENT EXPENSES                281.04
                                                  -------------
                     TOTAL BALANCE DUE UPON RECEIPT    $281.04
                                                  =============
```