# Exhibit A

## Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | Case no. 01-01139 (JFK) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | Re: Docket No. 7776 and |
| Debtors | ) | 4/25/05 Agenda Item 2 |

## ORDER DENYING WITHOUT PREJUDICE DEBTORS' APPLICATION TO EMPLOY CAHILL, GORDON & REINDEL AS SPECIAL COUNSEL TO THE DEBTORS

Upon the application (the "Application")[1] of the Debtors for the entry of an order authorizing the employment of Cahill, Gordon & Reindel as special counsel to the Debtors; and it appearing that the Court has jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this proceeding and the Application is properly in this district and pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been given; and the Court having reviewed the objections to the Application and having heard argument on the Application; and after due deliberation,

---

[1] Any term not defined herein shall have the meaning ascribed to it in the Application.

4

IT IS HEREBY ORDERED THAT:

1. The Application is denied without prejudice to the Debtors' ability to bring the same or similar application at a later date.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

4