IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline May 19, 2005: @ 4:00 p.m. |

**FORTY-FOURTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005**

Name of Applicant: *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to: *Official Committee of Equity Holders*

Date of Retention: *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought: *March 1, 2005 through and including March 31, 2005*

Amount of Compensation sought as
actual, reasonable and necessary: *$26,414.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary: *$2,827.24*

This is a(n):    **x**   monthly        __    interim application

KL2:2386568.1

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18 2002 (Quarterly) | April 1, 2002 June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |
| January 14, 2003 | November 1, 2002 November 30, 2002 | $18,704.00 $652.12 | $18,704.00 $633.86 |

| | | | |
|---|---|---|---|
| February 10, 2003 | December 1, 2002<br>December 31, 2002 | $11,853.50<br>$816.82 | $9,482.80<br>$816.82 |
| February 25, 2003 | January 1, 2003<br>January 31, 2003 | $11,100.00<br>$927.47 | $8,880.00<br>$927.47 |
| March 11, 2003<br>(Quarterly) | October 1, 2002<br>December 31, 2002 | $70,445.00<br>$3,575.61 | $70,445.00<br>$3,575.61 |
| April 8, 2003 | February 1, 2003<br>February 28, 2003 | $13,418.00<br>$240.08 | $10,734.40<br>$240.08 |
| May 6, 2003 | March 1, 2002<br>March 31, 2003 | $26,969.00<br>$452.38 | $21,575.20<br>$452.38 |
| May 15, 2003<br>(Quarterly) | January 1, 2003<br>March 31, 2002 | $51,487.00<br>$1,619.93 | $51,487.00<br>$1,619.93 |
| June 4, 2003 | April 1, 2003<br>April 30, 2003 | $7,609.00<br>$1,594.42 | $6,087.20<br>$1,594.42 |
| June 26, 2003 | May 1, 2003<br>May 31, 2003 | $9,411.00<br>$107.57 | $7,528.77<br>$107.57 |
| August 13, 2003 | June 1, 2003<br>June 30, 2003 | $10,427.00<br>$137.09 | $8,341.60<br>$137.09 |
| August 21, 2003<br>(Quarterly) | April 1, 2003<br>June 30, 2003 | $27,447.00<br>$1,839.08 | $27,447.00<br>$1,839.08 |
| September 25, 2003 | July 1, 2003<br>July 31, 2003 | $9,272.50<br>$32.30 | $7,418.00<br>$32.30 |
| October 2, 2003 | August 1, 2003<br>August 31, 2003 | $9,815.50<br>$130.93 | $489.69<br>$130.93 |
| November 26, 2003 | September 1, 2003<br>September 30, 2003 | $15,004.00<br>$334.63 | $12,003.20<br>$334.63 |
| December 19, 2003<br>(Quarterly) | July 1, 2003<br>September 30, 2003 | $34,092.00<br>$497.86 | $34,092.00<br>$497.86 |
| December 19, 2003 | October 1, 2003<br>October 31, 2003 | $13,134.00<br>$174.04 | $10,507.20<br>$174.04 |
| January 6, 2004 | November 1, 2003<br>November 30, 2003 | $14,537.00<br>$273.00 | $11,629.60<br>$273.00 |
| January 29, 2004 | December 1, 2003<br>December 31, 2003 | $17,595.00<br>$1,599.14 | $14,076.00<br>$1,599.14 |
| February 27, 2004<br>(Quarterly) | October 1, 2003<br>December 31, 2003 | $34,092.00<br>$497.86 | $34,092.00<br>$497.86 |

KL2:2386568.1

| | | | |
|---|---|---|---|
| February 27, 2004 | January 1, 2004<br>January 31, 2004 | $8,979.00<br>$436.37 | $7183.20<br>$436.47 |
| May 5, 2004 | February 1, 2004<br>February 29, 2004 | $8,888.00<br>$545.85 | $7,110.40<br>$545.85 |
| May 28, 2004 | March 1, 2004<br>March 31, 2004 | $13,807.50<br>$472.11 | $11,643.00<br>$472.11 |
| June 30, 2004 | April 1, 2004<br>April 30, 2004 | $14,373.50<br>$389.30 | $2,874.70<br>$0.00 |
| July 13, 2004<br>(Quarterly) | January 1, 2004<br>March 31, 2004 | $31,674.50<br>$1,451.43 | $31,674.50<br>$1,451.43 |
| August 3, 2004 | May 1, 2004<br>May 31, 2004 | $10,840.00<br>$1,279.24 | $8,672.00<br>$1,279.24 |
| August 23, 2004 | June 1, 2004<br>June 30, 2004 | $23,202.00<br>$172.12 | $18,561.60<br>$172.12 |
| October 1, 2004 | July 1, 2004<br>July 31, 2004 | $13,523.50<br>$33.62 | $10,818.40<br>$33.62 |
| October 29, 2004 | August 1, 2004<br>August 31, 2004 | $9,543.50<br>$125.25 | $7,634.80<br>$125.25 |
| November 1, 2004<br>(Quarterly) | April 1, 2004<br>June 30, 2004 | $48,415.50<br>$1,840.66 | $48,415.50<br>$1,840.66 |
| November 2, 2004 | September 1, 2004<br>September 30, 2004 | $24,483.00<br>$836.33 | $19,586.40<br>$836.33 |
| November 23, 2004 | October 1, 2004<br>October 31, 2004 | $128,959.00<br>$6,922.76 | $103,167.20<br>$6,922.76 |
| December 28, 2004 | November 1, 2004<br>November 30, 2004 | $153.725.00<br>$4,236.79 | $122,980.00<br>$4,236.79 |
| January 27, 2005<br>(Quarerly) | July 1, 2004<br>September 30, 2004 | $47,550.00<br>$995.20 | $47,550.00<br>$995.20 |
| February 2, 2005 | December 1, 2004<br>December 31, 2004 | $123,833.00<br>$3,246.49 | $102,312.89<br>$3,246.49 |
| March 8, 2005 | January 1, 2005<br>January 31, 2005 | $132,776.50<br>$8,060.80 | $115,731.60<br>$8,060.80 |

KL2:2386568.1

| | | | |
|---|---|---|---|
| March 28, 2005 | February 1, 2005<br>February 28, 2005 | $24,706.50<br>$2,444.84 | pending |
| April 7, 2005<br>(Quarterly) | October 1, 2004<br>December 31, 2004 | $406,517.00<br>$14,406.04 | pending |

## SUMMARY OF TIME FOR BILLING PERIOD
## FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Nadler, Ellen R. | 660.00 | 06.8 | $ 4,488.00 |
| Bentley, Philip | 595.00 | 02.5 | $ 1,487.50 |
| Horowitz, Gregory A. | 560.00 | 02.0 | $ 1,120.00 |
| Becker, Gary M. | 520.00 | 23.9 | $12,428.00 |
| Becker, Gary M. | 260.00 | 04.0 | $ 1,040.00 |
| Novod, Gordon | 410.00 | 08.4 | $ 3,444.00 |
| Dimos, Bill | 275.00 | 00.7 | $    192.50 |
| Mangual, Kathleen | 205.00 | 09.7 | $ 1,988.50 |
| Seidman, Emily | 205.00 | 01.1 | $    225.50 |
| **Total** | | **59.1** | **$26,414.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/1/05 through 2/28/05 | Total Fees for the Period 2/1/05 through 2/28/05 |
|---|---|---|
| Case Administration | 06.0 | $ 2,110.00 |
| Creditor Committee | 06.3 | $ 3,321.00 |
| Bankruptcy Motions | 10.1 | $ 5,037.00 |
| Reorganization Plan | 00.2 | $    104.00 |
| Fee Applications, Applicant | 11.2 | $ 2,831.50 |
| Claim Analysis Objection (Asbestos) | 15.3 | $ 8,850.50 |
| Hearings | 06.0 | $ 3,120.00 |
| Travel/Non Working | 04.0 | $ 1,040.00 |
| **Total** | **59.1** | **$26,414.00** |

KL2:2386568.1

- 6 -

**EXPENSE SUMMARY**

| Expense Category | Total Expenses For the Period 2/1/05 through 2/28/05 |
|---|---|
| Photocopying | $ 41.55 |
| Long Distance Telephone | $ 3.54 |
| Messenger / Courier | $ 17.67 |
| West Law / Lexis Research | $ 3.20 |
| Corporate Documents and Materials | $ 512.50 |
| Cab Fares | $ 373.00 |
| Out-of-town Travel | $1,863.78 |
| Meals / T & E | $ 12.00 |
| **Total** | **$2,827.24** |

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

Dated: April 27, 2005