# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Tel: (302) 575-1555     Fax: (302) 575-1714

WR Grace PD Committee                                March 1, 2005 – March 31, 2005

Invoice No.: 16050

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 14.70 | 2,999.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.30 | 784.50 |
| B18 | Fee Applications, Others - | 14.80 | 1,618.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.20 | 48.00 |
| B25 | Fee Applications, Applicant - | 4.50 | 642.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.70 | 168.00 |
| B32 | Litigation and Litigation Consulting - | 1.90 | 393.00 |
| B36 | Plan and Disclosure Statement - | 3.80 | 912.00 |
| B37 | Hearings - | 3.30 | 792.00 |
| B40 | Employment Applications, Others - | 4.40 | 904.50 |
| | Total | 51.60 | $9,261.50 |
| | Grand Total | 51.60 | $9,261.50 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 1.00 | 165.00 |
| Rick S. Miller | 225.00 | 0.50 | 112.50 |
| Steven G. Weiler | 150.00 | 3.60 | 540.00 |
| Theodore J. Tacconelli | 240.00 | 27.10 | 6,504.00 |
| Legal Assistant - AD | 100.00 | 19.40 | 1,940.00 |
| Total | | 51.60 | $9,261.50 |

## DISBURSEMENT SUMMARY

| Expense - | 1,902.00 |
|---|---|
| **Total Disbursements** | **$1,902.00** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Mar-21-05 | Claims Analysis Obj. & Res. (Asbestos) review Peterson answer to debtors response to 5th omnibus objection to claims | 0.20 | TJT |
| Mar-04-05 | Claims Analysis Obj. & Res. (Non-Asb) -review certification of counsel re: order regarding 7th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review certification of counsel re: order for 8th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review certification of counsel re: order for 5th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review certification of counsel re: order on 4th omnibus objection to claims | 0.10 | TJT |
| Mar-27-05 | Claims Analysis Obj. & Res. (Non-Asb) -review continuation order re: 8th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review 8th continuation order regarding 4th omnibus objection to claims | 0.10 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review certification of counsel re: 7th continuation order regarding 5th omnibus objection to claims | 0.10 | TJT |
| Mar-01-05 | Case Administration - review Woodcock and Washburn 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Pitney Hardin 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Holmes Robert 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Reed Smith 12/04 fee app | 0.10 | TJT |
| | Case Administration - review stipulation resolving claim of New England Construction Co. | 0.10 | TJT |
| | Case Administration - review future rep's fee app for 10/04-12/04 | 0.10 | TJT |
| Mar-04-05 | Case Administration - review Lukins Annis 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Scott Law Group 12/04 fee app | 0.10 | TJT |
| | Case Administration - review letter from D Nelson to Judge Fitzgerald | 0.10 | TJT |
| | Case Administration - review certification of counsel re: order approving settlement with Continental Casualty Co. | 0.10 | TJT |
| | Case Administration - review debtors' waiver of restrictions on equity transfers for Citadel | 0.10 | TJT |
| | Case Administration - review L Tersigni's 1/05 fee app | 0.10 | TJT |
| | Case Administration - review 2019 statement of Drinker Biddle and Reath | 0.10 | TJT |
| Mar-06-05 | Case Administration - review K&E 12/04 fee app | 0.20 | TJT |
| | Case Administration - review summary of PI Committee's quarterly fee app 10/04 | 0.10 | TJT |
| | Case Administration - review summary for Legal Analysis Systems quarterly fee app 10/04-12/04 fee apps | 0.10 | TJT |
| | Case Administration - review summary of L Tersigni's quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Campbell Levine quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of K&E quartelry fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Lukins Annis quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Blackstone Group quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Woodcock Washburn quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Caplan Drysdale quarterly fee | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | app 10/04-12/04 | | |
| | Case Administration - review summary of Reed Smith quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Richardson Patrick quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Protiviti fee app 12/04 | 0.10 | TJT |
| | Case Administration - review summary of Protiviti quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Casner Edwards quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Lantham Watkins quarterly fee app 7/04-9/04 | 0.10 | TJT |
| | Case Administration - review summary of BMC Group quarterly fee app 7/04-9/04 | 0.10 | TJT |
| Mar-07-05 | Case Administration - review Richardson Patrick 1/05 fee app | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale 1/05 fee app | 0.10 | TJT |
| | Case Administration - review Campbell Levine 1/05 fee app | 0.10 | TJT |
| Mar-08-05 | Case Administration - review debtor's monthly operating report | 0.10 | TJT |
| | Case Administration - review notice of removal of certain underwriters from service list and forward to paralegal | 0.10 | TJT |
| Mar-09-05 | Case Administration - review information regarding proposed Libby amendment | 0.10 | TJT |
| | Case Administration - trade emails with J Sakalo re: proposed Libby amendment | 0.20 | TJT |
| | Case Administration - review transcript of proposed Libby amendment | 0.20 | TJT |
| Mar-10-05 | Case Administration - e-mail to legal assistant re: notice of appearance | 0.10 | LLC |
| | Case Administration - e-mail to legal assistant re: notice of change of name | 0.10 | LLC |
| | Case Administration - review emails from S Baena re: Libby amendment (x2) | 0.20 | TJT |
| | Case Administration - review email from E Westbrook re: Libby amendment | 0.10 | TJT |
| | Case Administration - review notice of appearance and request for service by Certain Underwriters and forward to paralegal | 0.10 | TJT |
| | Case Administration - update 2002 service list and labels re: change of firm name and entry of appearance | 0.20 | AD |
| Mar-12-05 | Case Administration - review fee auditor's final report re: Caplan Drysdale 14th interim period | 0.10 | TJT |
| Mar-14-05 | Case Administration - review notice of change of name for Swidler Berlin and forward to paralegal | 0.10 | TJT |
| | Case Administration - update 2002 service list and labels re: removal from service list | 0.10 | AD |
| Mar-15-05 | Case Administration - review W Smith and Assoc. 2/05 fee app | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: Baker Donnellson 14th interim period quarterly fee app | 0.10 | TJT |
| | Case Administration - review and revise PD Committee's 12th interim fee app and draft Certificate of Service re: same (.3) confer with L Coggins re: same (.1) prepare documents for filing (.1) e-file and serve fee app (.5) prepare email to L Flores re: same (.1) | 1.10 | AD |
| | Case Administration - review and revise PD Committee's 13th interim fee app and draft Certificate of Service re: same (.4) and prepare documents for filing (.1) | 0.50 | AD |

| Date | Description | Hours | Staff |
|---|---|---|---|
| Mar-16-05 | Case Administration - review supplemental 2019 statement by Peter Angelos | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: PWC 14th interim quarterly fee app | 0.10 | TJT |
| | Case Administration - review supplemental 2019 statement file by Cooney and Conway | 0.10 | TJT |
| | Case Administration - e-file and serve PD Committee's 13th interim fee app | 0.50 | AD |
| Mar-17-05 | Case Administration - review 2019 statement by Baggett McCall | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Lipsitz Green | 0.10 | TJT |
| | Case Administration - review 7th continuation order re: 4th omnibus objection to claims | 0.10 | TJT |
| | Case Administration - review order extending time for debtors to remove actions | 0.10 | TJT |
| | Case Administration - review order granting release for 8th omnibus objection to claims | 0.10 | TJT |
| | Case Administration - review 6th continuation order re: 5th omnibus objection to claims | 0.10 | TJT |
| | Case Administration - review order granting relief in 7th omnibus objection to claims | 0.10 | TJT |
| | Case Administration - review 2019 statement filed by Edward Moody | 0.10 | TJT |
| Mar-18-05 | Case Administration - review order approving settlement with Continental Casualty Co. | 0.10 | TJT |
| | Case Administration - review order modifying scope and services of Baker Donaldson | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: Elzufon Austin 14th interim period fee app | 0.10 | TJT |
| | Case Administration - review fee auditor's combined final report regarding professionals with no objections | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: Stroock 14th interim period | 0.10 | TJT |
| | Case Administration - review fee auditor's final report for Protiviti for 14th interim period | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: CIBC World Markets 14th interim period | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: CDG 14th interim period | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: Blackstone Group 14th interim period | 0.10 | TJT |
| | Case Administration - review fee auditor's final report re: Bilzin Sumberg 14th interim period | 0.10 | TJT |
| Mar-19-05 | Case Administration - review PwC 12/04 fee app | 0.10 | TJT |
| | Case Administration - review summary of PGS quarterly fee app | 0.10 | TJT |
| Mar-20-05 | Case Administration - review summary of Wallace King 15th quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Pitney Harden 15th quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Nelson Mullins 15th quarterly fee app | 0.10 | TJT |
| Mar-21-05 | Case Administration - review certification of counsel re: proposed order regarding motion to compel by CitiCorp Del Lease | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-22-05 | Case Administration - e-mail to legal assistant re: notice of address change | 0.10 | LLC |
| | Case Administration - additional e-mail to legal assistant re: notice of address change | 0.10 | LLC |
| | Case Administration - review change of address for Morris Sakalarios and forward to paralegal | 0.10 | TJT |
| | Case Administration - teleconference with J Sakalo re: US Mineral Products case | 0.10 | TJT |
| | Case Administration - review D Austern's 10/04 fee app | 0.10 | TJT |
| | Case Administration - review D Austern's 11/04 fee app | 0.10 | TJT |
| | Case Administration - review D Austern's 12/04 fee app | 0.10 | TJT |
| | Case Administration - review D Austern's quarterly fee app 10/04-12/04 fee app | 0.10 | TJT |
| | Case Administration - review Swidler Berlin 11/04 fee app | 0.10 | TJT |
| | Case Administration - review Swidler Berlin 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Carella Byrne 1/05 fee app | 0.10 | TJT |
| | Case Administration - review Nelson Mullens 11/04 fee app | 0.10 | TJT |
| | Case Administration - review second amended 2019 statement by Baron and Budd | 0.10 | TJT |
| Mar-23-05 | Case Administration - review certification of counsel re: briefing schedule on motion of Vancott Bagley to allow late filed proof of claim | 0.10 | TJT |
| | Case Administration - update 2002 service list and labels (x2) | 0.20 | AD |
| Mar-24-05 | Case Administration - Review docket to obtain 12/15/03 transcript (.4); Telephone call to Janet Kozloski and Brandon McCarthy (.2); prepare and send update to J. Sakalo via e-mail re: same (.1) | 0.70 | SGW |
| Mar-25-05 | Case Administration - review amended 2019 statement by Silver Pearlman | 0.10 | TJT |
| Mar-26-05 | Case Administration - review Casner Edwards 1/05 fee app | 0.10 | TJT |
| | Case Administration - review Carella Byrne 2/05 fee app | 0.10 | TJT |
| Mar-27-05 | Case Administration - review Latham and Watkins 12/04 fee app | 0.10 | TJT |
| | Case Administration - review Latham and Watkins 1/05 fee app | 0.10 | TJT |
| | Case Administration - review Steptoe and Johnson 10/04 fee app | 0.10 | TJT |
| | Case Administration - review Steptoe and Johnson 11/04 fee app | 0.10 | TJT |
| Mar-28-05 | Case Administration - Follow-up telephone call to J. Kozloski re: obtaining 12/15/04 hearing transcript (.1); Teleconference with J. Kozloski re: same (.1); Teleconference with J&J Court Reporters re: same (.1); forward 12/15/04 transcript to J. Sakalo at Bilzin (.1) | 0.40 | SGW |
| | Case Administration - review supplemental 2019 statement by The David Law Firm | 0.10 | TJT |
| Mar-29-05 | Case Administration - e-mail to legal assistant re: notice of withdrawal | 0.10 | LLC |
| | Case Administration - review second amended 2019 statement by LeBlanc and Waddell | 0.10 | TJT |
| | Case Administration - review Richardson Patrick 2/05 fee app | 0.10 | TJT |
| | Case Administration - review Certain Insurers limited objection to proposed PI estimation order | 0.20 | TJT |
| Mar-30-05 | Case Administration - review Campbell Levine 2/05 fee application | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale 2/05 fee application | 0.10 | TJT |
| | Case Administration - review Capstone 2/05 fee app | 0.10 | TJT |
| | Case Administration - update 2002 service list and labels | 0.10 | AD |
| Mar-31-05 | Case Administration - update 2002 service list and labels re: request for removal from 2002 service list | 0.10 | AD |
| Mar-03-05 | Committee, Creditors', Noteholders' or -attend Committee teleconference | 0.50 | RSM |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 1.00 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-17-05 | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.30 | TJT |
| Mar-24-05 | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.90 | TJT |
| Mar-25-05 | Committee, Creditors', Noteholders' or -review email from S Baena re: responding to question from committee members | 0.10 | TJT |
| Mar-31-05 | Committee, Creditors', Noteholders' or -teleconferences with committee (x2) | 0.30 | TJT |
| Mar-10-05 | Fee Applications, Others - review Bilzin Sumberg 12/04 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review Bilzin Sumberg 1/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review email from L Flores re: Bilzin's 12/04 and 1/05 fee apps | 0.10 | AD |
| | Fee Applications, Others - review and revise Bilzin's 12/04 fee app; draft Certificate of Service re: same | 0.50 | AD |
| | Fee Applications, Others - review and revise Bilzin's 1/05 fee app and draft Certificate of Service re: same | 0.50 | AD |
| Mar-11-05 | Fee Applications, Others - prepare documents for filing (.1) e-file and serve Bilzin 12/04 fee app (.5) | 0.60 | AD |
| | Fee Applications, Others - prepare documents for filing (.1) e-file and serve Bilzin 1/05 fee app (.5) | 0.60 | AD |
| Mar-14-05 | Fee Applications, Others - review and revise HRA's 11/04 fee app and draft Certificate of Service re: same | 0.50 | AD |
| Mar-15-05 | Fee Applications, Others - Review PD committee 12th expense statement and confer with legal assistant re: same | 0.20 | LLC |
| | Fee Applications, Others - review HRA's 11/04 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review HRA's 12/04 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review HRA's 1/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review email from L Flores re: HRA's 10/04 fee app (.1) review and revise HRA's 10/04 fee app and draft Certificate of Service (.3) prepare documents for filing (.1) e-file and serve fee app (.5) prepare email to L Flores re: same (.1) | 1.10 | AD |
| | Fee Applications, Others - prepare documents for filing (.1) e-file and serve HRA's 11/04 fee app (.5) | 0.60 | AD |
| | Fee Applications, Others - review and revise HRA's 12/04 fee app and draft Certificate of Service re: same (.4) prepare documents for filing (.1) e-file and serve HRA's 12/04 fee app (.5) | 1.00 | AD |
| | Fee Applications, Others - review and revise HRA's 1/05 fee app and draft Certificate of Service re: same (.4) prepare documents for filing (.1) e-file and serve HRA's 1/05 fee app (.5) | 1.00 | AD |
| | Fee Applications, Others - review and revise Hilsoft 3rd interim fee app and draft Certificate of Service re: same (.4); prepare documents for filing (.1) | 0.50 | AD |
| Mar-16-05 | Fee Applications, Others - Review 13th PD Committee expense statement and confer with legal assistant re: same | 0.20 | LLC |
| | Fee Applications, Others - review Hilsoft Notifications' 3/04-1/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - prepare Hilsoft 3rd interim fee app for filing (.1) e-file and serve fee app (.5) | 0.60 | AD |

| Date | Description | Hours | Atty |
|---|---|---|---|
| Mar-24-05 | Fee Applications, Others - draft Certificate of No Objection and Certificate of Service for Bilzin 12/04 and 1/05 monthly fee apps | 0.60 | AD |
| | Fee Applications, Others - draft Certificate of No Objection and Certificate of Service for HRA's 10/04, 11/04 and 12/04 monthly fee apps | 0.90 | AD |
| Mar-28-05 | Fee Applications, Others - draft Certificate of No Objection and Certificate of Service re: HRA's 1/05 monthly fee app | 0.30 | AD |
| | Fee Applications, Others - draft Certificate of No Objection and Certificate of Service for PD Committee's 12th and 13th interim fee apps | 0.60 | AD |
| | Fee Applications, Others - draft Certificate of No Objection and Certificate of Service re: Hilsoft Notifications 3rd interim fee app | 0.30 | AD |
| Mar-29-05 | Fee Applications, Others - review email from L Flores re: Bilzin's 15th quarterly, review attached documents, and prepare return email to L Flores re: necessary documents needed to file fee app | 0.30 | AD |
| | Fee Applications, Others - trade emails with L Flores re: necessary documents needed to file Bilzin 15th and HRA 10th quarterlies and related issues (x4) | 0.40 | AD |
| Mar-30-05 | Fee Applications, Others - review HRA 10/04-12/04 quarterly fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review Bilzin Sumberg 10/04-12/04 quarterly fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review and revise Bilzin 15th quarterly, draft Certificate of Service re: same | 0.50 | AD |
| | Fee Applications, Others - review and revise HRA 10th interim fee app, draft Certificate of Service re: same | 0.50 | AD |
| | Fee Applications, Others - prepare documents for filing (.1) e-file and serve Bilzin 15th interim fee app (problems with CMECF) (.7) | 0.80 | AD |
| | Fee Applications, Others - prepare documents for filing (.1) e-file and serve HRA 10th interim fee app (problems with CMECF) (.7) | 0.80 | AD |
| Mar-04-05 | Employment Applications, Others - review certification of counsel re: order on debtors' motion to modify employment of Baker Donnellson | 0.10 | TJT |
| Mar-17-05 | Employment Applications, Others - review order authorizing retention of CIBC World Markets for futures rep. | 0.10 | TJT |
| Mar-21-05 | Employment Applications, Others - review PI Committee's motion to retain Anderson Kill as special insurance counsel with attachments | 0.40 | TJT |
| Mar-29-05 | Employment Applications, Others - Advise S. Weiler re: amended notice and Certificate of Service re: LECG retention application | 0.10 | LLC |
| | Employment Applications, Others - Briefly discuss LEGC retention application with T. Tacconelli (.1); revise same (.4); scan, file and assist in serving same (.4); prepare notice re: same (.2) forward pdf version to J. Sakalo (.1); prepare, scan, file and serve amended notice re: same (.4) | 1.60 | SGW |
| | Employment Applications, Others - trade emails with J Sakalo re: application to retain LECG LLC (x5) | 0.50 | TJT |
| | Employment Applications, Others - review and revise application to retain LECG LLC | 0.50 | TJT |
| | Employment Applications, Others - draft order for application to retain LECG LLC | 0.60 | TJT |
| | Employment Applications, Others - conferences with S Weiler re: notice of application, filing and service of application to retain LECG LLC | 0.50 | TJT |
| Mar-04-05 | Litigation and Litigation Consulting - revise PD Committee Objection to Festa/Norris Motion (.2); prepare Certificate of Service and fax re: same (.2); scan, file and serve same (.3) | 0.70 | SGW |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Litigation and Litigation Consulting - review email from A Danzeisen re: objection to employment application of Festa | 0.10 | TJT |
| | Litigation and Litigation Consulting - review objection to motion to approve employment with Festa | 0.30 | TJT |
| | Litigation and Litigation Consulting - confer with S Weiler re: filing and service of objection to motion to approve employment agreement with Festa | 0.10 | TJT |
| Mar-13-05 | Litigation and Litigation Consulting - review debtors' motion for leave to file reply to objections to Festa employment motion and review reply with attachments | 0.60 | TJT |
| Mar-31-05 | Litigation and Litigation Consulting - review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Mar-02-05 | Hearings - review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| Mar-07-05 | Hearings - review corresp from court reporter re: 1/24/05 hearing transcript | 0.10 | TJT |
| Mar-10-05 | Hearings - trade emails with J Sakalo re: 7/19/01 hearing transcript | 0.20 | TJT |
| Mar-15-05 | Hearings - review agenda for 3/21/05 hearing | 0.10 | TJT |
| Mar-21-05 | Hearings - prepare for hearing | 0.50 | TJT |
| | Hearings - trade emails with J Sakalo re: 3/21/05 hearing coverage | 0.20 | TJT |
| | Hearings - attend bankruptcy court | 1.60 | TJT |
| | Hearings - prepare memo to clerk re: transcript for 3/21/05 hearing | 0.10 | TJT |
| Mar-28-05 | Hearings - review email from S Weiler re: 12/15/04 hearing transcript | 0.10 | TJT |
| | Hearings - briefly review 12/15/04 hearing transcript | 0.30 | TJT |
| Mar-02-05 | Plan and Disclosure Statement - review article -- The Rise of Pre-Packaged Asbestos Bankruptcies, ABI Law Review volume XII, no. 2 (1/2 time with Federal-Mogul) | 0.60 | TJT |
| Mar-07-05 | Plan and Disclosure Statement - review CSFB motion in Owens Corning to commence actions against certain b readers (1/2 with Federal-Mogul) | 0.40 | TJT |
| Mar-20-05 | Plan and Disclosure Statement - review CSFB reply memorandum in further support of CSFB's adversary proceeding against Certain B Readers (1/2 time with Federal-Mogul) | 0.20 | TJT |
| Mar-23-05 | Plan and Disclosure Statement - review email from S Baena re: cmo for PD estimation | 0.10 | TJT |
| Mar-24-05 | Plan and Disclosure Statement - prepare email to J Sakalo re: schedule on PD estimation | 0.10 | TJT |
| | Plan and Disclosure Statement - review US Mineral 3/21/05 hearing transcript re: particular issue with treatment of property damage claims in 524G trust | 0.30 | TJT |
| | Plan and Disclosure Statement - review USG 3/21/05 hearing transcript re: particular issue with treatment of property damage claims in 524G trust | 0.30 | TJT |
| Mar-25-05 | Plan and Disclosure Statement - review email from committee members re: plan issues | 0.20 | TJT |
| | Plan and Disclosure Statement - review combustion engineering decision re: question by committee members regarding plan issues | 0.20 | TJT |
| Mar-26-05 | Plan and Disclosure Statement - prepare memo to committee members re: plan issues | 0.80 | TJT |
| Mar-27-05 | Plan and Disclosure Statement - review certification of counsel re: proposed order regarding PI estimation and review proposed order | 0.20 | TJT |
| | Plan and Disclosure Statement - review certification of counsel re: proposed order regarding estimation of PD claims and review proposed order | 0.20 | TJT |
| Mar-28-05 | Plan and Disclosure Statement - review transcript of 3/21/05 hearing re: pd estimation issues | 0.20 | TJT |
| Mar-01-05 | Fee Applications, Applicant - review Certificate of No Objection fro Ferry, | 0.10 | TJT |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | Joseph & Pearce's 15th quarterly fee app | | |
| | Fee Applications, Applicant - review docket (.1); prepare documents for filing (.1) and e-file and serve Ferry, Joseph & Pearce's Certificate of No Objection for 15th quarterly fee app (.4) | 0.60 | AD |
| Mar-09-05 | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 11/04 fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 12/04 fee app | 0.10 | TJT |
| Mar-10-05 | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 2/05 pre-bill | 0.40 | TJT |
| Mar-11-05 | Fee Applications, Applicant - Teleconference with J. Port from WR Grace re: Oct. - Dec. 2004 monthly Fee Applications (.1); obtain Dec. 2004 invoice for T. Tacconelli re: same (.1) | 0.20 | SGW |
| Mar-14-05 | Fee Applications, Applicant - review and revise Ferry, Joseph & Pearce's 2/05 pre-bill | 0.20 | AD |
| Mar-15-05 | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: Ferry, Joseph & Pearce's 1/05 fee app | 0.30 | AD |
| Mar-16-05 | Fee Applications, Applicant - review certification of counsel re: 14th interim quarterly fee app summary | 0.10 | TJT |
| | Fee Applications, Applicant - review certification of counsel re: proposed order for 14th interim quartery fee app approval | 0.10 | TJT |
| | Fee Applications, Applicant - prepare Memo to paralegal re: proposed order regarding 14th interim period quarterly fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 1/05 fee app | 0.10 | TJT |
| | Fee Applications, Applicant - review docket (.1) prepare documents for filing (.1) e-file and serve Ferry, Joseph & Pearce's 1/05 Certificate of No Objection (.4) | 0.60 | AD |
| Mar-17-05 | Fee Applications, Applicant - review certification of counsel re: 14th interim fee and expenses, review file and prepare memo to T. Tacconelli re: same | 0.20 | AD |
| Mar-27-05 | Fee Applications, Applicant - review order approving quarterly fee apps for 14th interim period | 0.10 | TJT |
| Mar-30-05 | Fee Applications, Applicant - draft Ferry, Joseph & Pearce's 2/05 fee app, modify invoice and draft Certificate of Service | 0.50 | AD |
| Mar-31-05 | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 2/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Applicant - prepare documents for filing (.1); e-file and serve Ferry, Joseph & Pearce's 2/05 fee app (.5) | 0.60 | AD |
| | Totals | 51.60 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| Mar-03-05 | Expense - Blue Marble Logistics | 25.00 |
| Mar-09-05 | Expense - Filing fee | 731.50 |
| Mar-11-05 | Expense - copying cost | 0.60 |
| | Expense - postage | 0.74 |
| Mar-14-05 | Expense - J&J Court Transcribers | 223.97 |
| | Expense - Parcel's, Inc. | 54.00 |
| Mar-15-05 | Expense - copying cost | 28.80 |
| | Expense - postage | 5.80 |
| Mar-16-05 | Expense - copying cost | 18.45 |
| | Expense - postage | 6.78 |
| Mar-17-05 | Expense - Parcel's, Inc. | 25.00 |
| Mar-21-05 | Expense - Parcel's, Inc. | 52.80 |
| Mar-22-05 | Expense - U.S. Bankruptcy Court | 26.00 |
| Mar-28-05 | Expense - West Law - research | 24.99 |
| Mar-30-05 | Expense - copying cost | 270.00 |
| | Expense - postage | 35.55 |
| | Expense - service supplies | 125.00 |
| Mar-31-05 | Expense - copying cost | 6.75 |
| | Expense - postage | 1.66 |
| | Expense - Elaine M. Ryan - Transcript | 238.61 |
| | Totals | $1,902.00 |

**Total Fees & Disbursements** $11,163.50

**Balance Due Now**

$11,163.50