**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. <u>et al</u>.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:
May 19, 2005 at 4:00 p.m.
Hearing date:  To be scheduled only
 if objections are timely filed and served**.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

in the above-captioned chapter 11 cases, filed and served the Forty-Eighth Monthly Fee

Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Reimbursement of Expenses for the services rendered during the period March 1, 2005 through March 31, 2005, seeking compensation in the amount of $56,941.25, reimbursement for actual and necessary expenses in the amount of $287,23, and reimbursement for Navigant for the month of March 2005 in the amount of $6,114.86.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**May 19, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.


Dated: April 29, 2005
        Wilmington, DE

**RESPECTFULLY SUBMITTED,**

<u>        /s/ Michael R. Lastowski        </u>
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        mlastowski@duanemorris.com


William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:        wskatchen@duanemorris.com



                    and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:        lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., <u>et al</u>.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| W. R. Grace & Co. et al.; | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| Debtors. | ) | |

**Objection Deadline:
May 19, 2005 at 4:00 p.m.
Hearing date:  To be scheduled only
if objections are timely filed and served.**

**FORTY-EIGHTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK
& LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM MARCH 1, 2005 THROUGH MARCH 31, 2005**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **March 1, 2005 – March 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$56,941.25 (80% - $45,553.00)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$287.23 (Stroock)**<br>**$6,114.86 (Navigant March)** |

This is an: ☒ interim ☐ final application

*The total time expended for the preparation of the Forty Seventh Monthly Fee Statement and the Fifteenth Quarterly Fee Application is approximately 18.9 hours and the corresponding compensation requested is approximately $6,349.00.*

**Attachment A**

**Monthly Interim Fee Applications**

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

| | | | | | |
|---|---|---|---|---|---|
| October 29, 2003<br>D.I. 4625 | 9/1/03 –<br>9/30/03 | $69,409.50 | $1,076.94 (Stroock)<br>$10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
| December 19, 2002<br>D.I. 4843 | 10/1/03 –<br>10/31/03 | $96,980.50 | $3,800.45 (Stroock)<br>$42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003<br>D.I. 4976 | 11/1/03 –<br>11/30/03 | $66,428.50 | $1,225.38 (Stroock)<br>$30,463.00 (Navigant<br>f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004<br>D.I. 5056 | 12/1/03 –<br>12/31/03 | $52,321.50 | $924.99 (Stroock)<br>$27,005.00 (Navigant<br>f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004<br>D.I. 5309 | 1/1/04 –<br>1/31/04 | $65,980.50 | $1,917.93 (Stroock)<br>$47,654.57 (Navigant<br>f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004<br>D.I. 5406 | 2/1/04 –<br>2/29/04 | $90,421.50 | $3,636.48 (Stroock)<br>$35,492.50 (Navigant<br>f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004<br>D.I. 5498 | 3/1/04 –<br>3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004<br>D.I. 5803 | 4/1/04 –<br>4/30/04 | $99,136.00 | $3,518.96 (Stroock)<br>$1,515.00 (Navigant<br>February)<br>$49,667.00 (Navigant<br>March)<br>$80,307.11 (Navigant<br>April) | $79,308.80 | $135,008.07 |
| July 2, 2004<br>D.I. 5917 | 5/1/04 –<br>5/31/04 | $134,324.50 | $2,409.97 (Stroock)<br>$78,360.05 (Navigant<br>May) | $107,459.60 | $80,770.02 |
| August 2, 2004<br>D.I. 6105 | 6/1/04 –<br>6/30/04 | $120,501.00 | $1,831.49 (Stroock)<br>$62,625.00 (Navigant<br>June) | $96,400.80 | $64,456.49 |
| September 9, 2004<br>D.I. 6341 | 7/1/04 –<br>7/31/04 | $72,394.00 | $3,461.84 (Stroock)<br>$40,427.50 (Navigant<br>July) | $57,915.20 | $43,889.34 |
| September 23, 2004<br>D.I. 6444 | 8/1/04 –<br>8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| October 14, 2004<br>D.I. 6625 | 9/1/04 –<br>9/30/04 | $83,903.50 | $1,535.61 (Stroock)<br>$27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
|---|---|---|---|---|---|
| December 3, 2004<br>D.I. 7086 | 10/1/04 –<br>10/31/04 | $200,155.50 | $1,368.18 (Stroock)<br>$ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005<br>D.I. 7481 | 11/1/04 –<br>11/30/04 | $218,608.50 | $14,019.09 (Stroock)<br>$25,102.80 (Navigant October)<br>$27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005<br>D.I. 7667 | 12/1/04 –<br>12/31/04 | $235,503.70 | $10,442.92 (Stroock)<br>$62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005<br>D.I. 8026 | 1/1/05 –<br>1/31/05 | $187,168.00 | $4,411.55 (Stroock)<br>$15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005<br>D.I. 8155 | 2/1/05 –<br>2/28/05 | $108,180.25 | $8,102.85 (Stroock)<br>$18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |

**WR GRACE & CO**
**ATTACHMENT B**
**MARCH 1, 2005 - MARCH 31, 2005**

| | Hours | Rate | Amount | No. of Years In Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 3.2 | $ 635 | $ 2,032.00 | 7 |
| Kruger, Lewis | 5.8 | 795 | 4,611.00 | 35 |
| Pasquale, Kenneth | 12.1 | 605 | 7,320.50 | 6 |
| Speiser, Mark | 0.1 | 735 | 73.50 | 18 |
| | | | | |
| **Associates** | | | | |
| Eichler, Mark | 1.6 | 515 | 824.00 | 8 |
| Krieger, Arlene | 65.9 | 550 | 36,245.00 | 21 |
| Minias, Joseph | 0.2 | 355 | 71.00 | 1 |
| | | | | |
| **Paraprofessionals** | | | | |
| Caskadon, Alexandra | 28.8 | 210 | 6,048.00 | 3 |
| Mohamed, David | 0.5 | 130 | 65.00 | 16 |
| Serrette, Rosemarie | 0.5 | 210 | 105.00 | 17 |
| | | | | |
| **TOTAL** | **118.7** | | $ 57,395.00 | |
| **LESS 50% TRAVEL** | **(0.7)** | | (453.75) | |
| **TOTAL** | **118.0** | | $ 56,941.25 | |

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MARCH 1, 2005 - MARCH 31, 2005**

| MATTER CODE | PROJECT CATEGORY | HOURS | TOTAL FEES |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 19.5 | $    11,049.50 |
| 0008 | Asset Analysis and Recovery | 4.0 | 2,200.00 |
| 0013 | Business Operations | 9.7 | 5,942.50 |
| 0014 | Case Administration | 19.9 | 6,576.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 1.3 | 715.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 21.2 | 11,660.00 |
| 0018 | Fee Application, Applicant | 18.9 | 6,349.00 |
| 0019 | Creditor Inquiries | 1.9 | 1,187.50 |
| 0020 | Fee Application, Others | 4.3 | 1,073.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 0.5 | 275.00 |
| 0031 | Investigations | 0.4 | 236.50 |
| 0034 | Litigation and Litigation Consulting | 1.8 | 1,127.00 |
| 0035 | Travel - Non Working | 1.5 | 907.50 |
| 0036 | Plan and Disclosure Statement | 0.4 | 238.50 |
| 0037 | Hearings | 6.0 | 3,571.50 |
| 0040 | Employment Applications - Others | 1.8 | 990.00 |
| 0047 | Tax Issues | 5.6 | 3,296.00 |
| | | | |
| | **SUB TOTAL** | **118.7** | **$    57,395.00** |
| | **LESS 50% TRAVEL** | **(0.7)** | **(453.75)** |
| | **TOTAL** | **118.0** | **$    56,941.25** |

# STROOCK

## INVOICE

| DATE | April 29, 2005 |
|---|---|
| INVOICE NO. | 350076 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through March 31, 2005, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2005 | Exchanged memoranda with J. Baer re: St. Paul inquiries (.2); telephone call J. Baer re: St. Paul stipulation and rationale, adjournment to April hearings, along with Cahill retention (.6); attend to memorandum to the Committee re: Senator Specter article on asbestos reform legislation (.3). | Krieger, A. | 1.1 |
| 03/01/2005 | Review articles and comments re: asbestos and bankruptcy legislation. | Minias, J. | 0.2 |
| 03/02/2005 | Exchanged memoranda with KP re: St. Paul motion (.2); attend to memorandum to KP re: St. Paul matter (.5); attend to article re: FAIR Act legislation (.2). | Krieger, A. | 0.9 |
| 03/03/2005 | Attended to claims objections filed against USW claims (1.3). | Krieger, A. | 1.3 |
| 03/03/2005 | Memorandum to KP re substance  of | Krieger, A. | 1.2 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | conversation with J. Baer re St. Paul matter, estimation process negotiations, other (.7); attend to draft case management order for estimation of PD liabilities (.2); exchanged memoranda with KP re same (.1); memorandum to J. Friedland re questions re estimation process (.1); attend to Navigant article re asbestos reform legislation (.1). | | |
| 03/03/2005 | Attention to proposed estimation CMO re: property damage claims (.5). | Pasquale, K. | 0.5 |
| 03/04/2005 | Attend to draft PI case management order (.1); exchanged memoranda with J. Friedland re response to inquiry on liaison counsel structure (.1). | Krieger, A. | 0.2 |
| 03/07/2005 | Attend to J. Friedland response to PD estimation procedures inquiry (.1); exchange memoranda with KP re same (.1); memorandum to J. Friedland re proposed addition to case management procedures order (.1); attend to proposed case management order re PI estimation process (.2). | Krieger, A. | 0.5 |
| 03/07/2005 | Attention to draft PI estimation CMO (.4). | Pasquale, K. | 0.4 |
| 03/08/2005 | Exchanged memoranda with J. Friedland re: agreement to include proposed language in case management orders for PD and PI estimations (.1); attend to post-trial brief on estimation issues in Owens Corning case (2.7); exchanged memoranda with J. Baer re: St. Paul Companies' documentations (.1). | Krieger, A. | 2.9 |
| 03/08/2005 | Review Owens Corning briefs on estimation (.9). | Kruger, L. | 0.9 |
| 03/09/2005 | Exchanged memoranda with J. Friedland re: estimation order inquiry (.1). | Krieger, A. | 0.1 |
| 03/09/2005 | Attention to Libby/bankruptcy bill proposed amendment (.3). | Pasquale, K. | 0.3 |
| 03/10/2005 | Office conference LK re: Libby amendment (.1); attend to Libby amendment and related information (.2); attend to memorandum to LK re: Libby information (.1). | Krieger, A. | 0.4 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2005 | Exchanged memoranda with J. Baer re: St. Paul Companies' documentation (.2); attend to estimation of asbestos liabilities' brief (.6). | Krieger, A. | 0.8 |
| 03/13/2005 | Attend to St. Paul Companies' proof of claim and exhibits thereto (.3). | Krieger, A. | 0.6 |
| 03/14/2005 | Attend to memo to J. Baer re: St. Paul Companies stipulation (.3). | Krieger, A. | 0.3 |
| 03/15/2005 | Memoranda to J. Friedland re: status of submission of case management orders in respect of estimation proceedings (.1); telephone call R. Douglas re: asbestos reform legislation (.2); exchange follow-up memoranda with R. Douglas re: same (.2); exchanged memoranda with R. Farrell re: asbestos reform legislation (.2); attend to review of asbestos legislation articles (.1); memo from Jan Baer re: Estimation Order and review of same (.4); exchanged memoranda with KP re: comments to PD order (.1). | Krieger, A. | 1.3 |
| 03/15/2005 | Attention to revised drafts of PD estimation CMO and related issues (.5). | Pasquale, K. | 0.5 |
| 03/16/2005 | Exchanged memoranda with J. Baer re comments to draft PD Estimation Order (.3); office conference KP re PD estimation order issues (.1); exchanged memoranda with J. Baer re PI questionnaire (2.); attend to memoranda with J. Baer re Sealed Air motion (.1). | Krieger, A. | 0.7 |
| 03/18/2005 | Attend to J. Baer memoranda re PD case management order with respect to estimation (.2); attend to Debtors notice of intent to object to PD Claims (.1); attend to revised PI case management order with respect to estimation and exhibits (0.3). | Krieger, A. | 0.6 |
| 03/18/2005 | Attention to revised PD draft CMOs; multiple emails (.4). | Pasquale, K. | 0.4 |
| 03/21/2005 | Attend to memoranda from KP re revised form of draft of Sealed Air Agreement. | Krieger, A. | 0.2 |
| 03/22/2005 | Exchanged memoranda with J. Baer re St. Paul Companies stipulation (.1). | Krieger, A. | 0.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/23/2005 | Exchanged memoranda with J. Baer re St. Paul Companies matter (.1); attend to memorandum re further revised PD case management order (.1). | Krieger, A. | 0.2 |
| 03/24/2005 | Exchanged memoranda with J. Baer re 3/26/05 discussion on St. Paul issues (.1). | Krieger, A. | 0.1 |
| 03/24/2005 | Attention to further revised PD Estimation CMO (.3). | Pasquale, K. | 0.3 |
| 03/25/2005 | Attend to further memoranda from J. Baer re PD estimation case management order (.2); memoranda to KP re same (.1). | Krieger, A. | 0.2 |
| 03/25/2005 | Attention to e-mails re: PD CMO revisions (.2). | Pasquale, K. | 0.2 |
| 03/27/2005 | Review correspondence from St. Paul Companies' counsel and related documentation (.6); telephone call Jan Baer re: St. Paul stipulation and attorneys' fees treatment, status of PI estimation procedures and other pending matters (.6). | Krieger, A. | 1.2 |
| 03/28/2005 | Attend to PD Estimation Case Management Order filed with the Court (.3). | Krieger, A. | 0.3 |
| 03/29/2005 | Attend to proposed order in respect of briefing schedule on PI estimation issues (.1); attend to certain insurers limited objection to Debtors' proposed order and exchanged memoranda with KP re: same (.3). | Krieger, A. | 0.4 |
| 03/30/2005 | Attend to NY Times editorial re: Asbestos legislation (.1); exchanged memoranda with KP re: same (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 15.8 | $ 550 | $ 8,690.00 |
| Kruger, Lewis | 0.9 | 795 | 715.50 |
| Minias, Joseph | 0.2 | 355 | 71.00 |
| Pasquale, Kenneth | 2.6 | 605 | 1,573.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 11,049.50 | |

| TOTAL FOR THIS MATTER | $ 11,049.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| RE | Asset Analysis and Recovery<br>699843  0008 |
|----|---------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2005 | Exchanged memoranda with S. Cunningham re: UK Acquisition inquiry (.2). | Krieger, A. | 0.2 |
| 03/03/2005 | Memorandum to S. Cunningham re UK acquisition (.1); telephone call C. Troyer re UK Acquisition (.2). | Krieger, A. | 0.3 |
| 03/09/2005 | Attend to C. Troyer memo re: Argonaut Acquisition (.6). | Krieger, A. | 0.6 |
| 03/10/2005 | Exchanged memorandum with C. Troyer re: discussion on Argonaut acquisition (.1); telephone call C. Troyer re: proposed acquisition (.3); attend to revised memorandum re: same (.1). | Krieger, A. | 0.5 |
| 03/15/2005 | Attend to Capstone memorandum re: Groundhog and Sandalwood acquisitions (.8); telephone call L. Hamilton re: acquisitions (.4). | Krieger, A. | 1.2 |
| 03/23/2005 | Attend to memorandum from L. Hamilton re proposed acquisition (.1). | Krieger, A. | 0.1 |
| 03/27/2005 | Attend to Capstone memo re: proposed CUBA acquisition (.3). | Krieger, A. | 0.3 |
| 03/28/2005 | Telephone call L. Hamilton re: proposed CUBA acquisition (.4); telephone call L. Hamilton re: status of Argonaut acquisition (.1); attend to revised Committee memorandum re: CUBA acquisition (.1); attend to Argonaut press release (.1). | Krieger, A. | 0.7 |
| 03/31/2005 | Office conference C. Troyer regarding Grace's proposed shut down of GSP (0.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 4.0 | $ 550 | $ 2,200.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,200.00 |
| TOTAL FOR THIS MATTER | $ 2,200.00 |

| RE | Business Operations<br>699843  0013 | | |
|---|---|---|---|
| DATE | DESCRIPTION | NAME | HOURS |
| 03/04/2005 | Exchanged memoranda with S. Blatnick re PI Committee's objection to Debtors' employment agreement with Fred Festa (.1); attend to limited objections filed by asbestos committee (.2). | Krieger, A. | 0.3 |
| 03/07/2005 | Attend to objections filed by asbestos committees to Fred Festa compensation package (.3); memorandum to C. Troyer re same (.2). | Krieger, A. | 0.5 |
| 03/07/2005 | Review of objections to Festa compensation package filed by the asbestos plaintiffs (.4). | Kruger, L. | 0.4 |
| 03/07/2005 | Attention to objections to Debtors' motion re: Festa (.3). | Pasquale, K. | 0.3 |
| 03/08/2005 | Telephone call C. Troyer re: Festa motion and objections thereto and Committee's analysis thereof (.3). | Krieger, A. | 0.3 |
| 03/09/2005 | Attend to C. Troyer analyses of objections filed to Festa compensation motion (.7); exchanged memoranda with C. Troyer re: same (.1). | Krieger, A. | 0.8 |
| 03/10/2005 | Attend to report on year-end results (.9). | Krieger, A. | 0.9 |
| 03/10/2005 | Review proposed Libby Health Care Trust fund legislation and report that it will not be included in bankruptcy legislation (.3); office conference with A. Krieger regarding Libby legislation (.1); review memo to committee regarding objections to Festa compensation agreement (.3); emails regarding Festa issues (.2); review Grace year-end results (.3). | Kruger, L. | 1.2 |
| 03/10/2005 | Attention to memos to Committee re: Festa, acquisition (.5). | Pasquale, K. | 0.5 |
| 03/11/2005 | Review memo regarding Committee's position on Festa motions and objections from ACC and PD (.7). | Kruger, L. | 0.7 |
| 03/16/2005 | Attend to Debtors reply in further support of | Krieger, A. | 0.8 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Festa's employment agreement (.8). | | |
| 03/29/2005 | Memorandum to KP re: discovery schedule for Festa compensation issues (.3); and exchanged memoranda with KP re: same (.2). | Krieger, A. | 0.5 |
| 03/29/2005 | Attend to analysis of Company's financial operations (1.6). | Krieger, A. | 1.6 |
| 03/31/2005 | Attend to January 2005 operation report. | Krieger, A. | 0.7 |
| 03/31/2005 | Telephone call C. Troyer regarding further proceedings with respect to Fred Festa employment motion(.2). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 6.6 | $ 550 | $ 3,630.00 |
| Kruger, Lewis | 2.3 | 795 | 1,828.50 |
| Pasquale, Kenneth | 0.8 | 605 | 484.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,942.50 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 5,942.50 |
|------------------------|------------|

| RE | Case Administration 699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2005 | Review newly filed pleadings. | Caskadon, A. | 0.8 |
| 03/02/2005 | Review newly filed pleadings. | Caskadon, A. | 0.9 |
| 03/03/2005 | Review newly filed pleadings. | Caskadon, A. | 0.8 |
| 03/04/2005 | Review newly filed pleadings. | Caskadon, A. | 1.2 |
| 03/07/2005 | Attend to newly filed pleadings (.3). | Krieger, A. | 0.3 |
| 03/08/2005 | Attend to newly filed CNO's, applications, attend to J. Baer memorandum on fee issues (.5); telephone call party-in-interest re: case status (.2). | Krieger, A. | 0.7 |
| 03/08/2005 | Review email from A. Krieger regarding fee examiner report on 14th Quarterly (.1); review J. Baer's memo on fee issues (.3); review memo to Committee Members regarding By-Laws (.1). | Kruger, L. | 0.5 |
| 03/10/2005 | Review recently filed Grace pleadings. | Caskadon, A. | 1.0 |
| 03/11/2005 | Review of recently filed pleadings. | Caskadon, A. | 1.2 |
| 03/11/2005 | Memorandum from asbestos committee counsel re: fee auditor's comments on fee applications (.1); exchanged memoranda with LK re: same (.2). | Krieger, A. | 0.3 |
| 03/11/2005 | Review memo from ACC counsel regarding fee examiner issues (.1); emails from A. Krieger regarding same (.2); review Capstone memo to Committee regarding Argonant (.2). | Kruger, L. | 0.5 |
| 03/14/2005 | Attend to newly filed pleadings and exchanged memoranda with AC re: same (.3). | Krieger, A. | 0.3 |
| 03/15/2005 | Review recently filed pleadings in WR Grace. | Caskadon, A. | 1.2 |
| 03/16/2005 | Research docket and review recently filed pleadings. | Caskadon, A. | 0.8 |
| 03/16/2005 | Attend to recently filed pleadings. | Krieger, A. | 0.7 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/17/2005 | Research docket and review all recently filed pleadings. | Caskadon, A. | 1.0 |
| 03/18/2005 | Review recently filed pleadings in main case and various adversary proceedings. | Caskadon, A. | 1.2 |
| 03/18/2005 | Review final version of PD CMO to be presented by debtor to Judge Fitzgerald. | Kruger, L. | 0.3 |
| 03/21/2005 | Review docket for recently filed pleadings and forward same to working group. | Caskadon, A. | 1.1 |
| 03/21/2005 | Exchanged memoranda with KP re Judge Fitzgerald's ruling with respect to services rendered to monitor other chapter 11 asbestos cases and with respect to asbestos litigation (.2); exchanged memoranda with C. Troyer re Committee's 5/26/05 meeting with Debtors' representatives (.1). | Krieger, A. | 0.3 |
| 03/22/2005 | Research re: recently filed pleadings. | Caskadon, A. | 0.6 |
| 03/23/2005 | Draft notice for name charge of Capstone Corporate Recovery to Capstone Advisory Group, and cause to have filed. | Caskadon, A. | 0.8 |
| 03/23/2005 | Attend to numerous newly filed pleadings (.2); exchanged memoranda with C. Troyer re court filing re name change (.1). | Krieger, A. | 0.3 |
| 03/23/2005 | Review Navigant's report on legislation (.1). | Kruger, L. | 0.1 |
| 03/24/2005 | Review of revised PD CMO and PD Committee comments (.3); review of further revisions (.2). | Kruger, L. | 0.5 |
| 03/28/2005 | Attend to newly filed pleadings, applications, CNO's (.6). | Krieger, A. | 0.6 |
| 03/28/2005 | Review case docket no. 01-1139 and retrieve Stroock's monthly fee applications for the months of 9/04, 10/04 & 11/04 for review by R. Serrette (.5). | Mohamed, D. | 0.5 |
| 03/29/2005 | Review recently filed pleadings on docket. | Caskadon, A. | 1.0 |
| 03/29/2005 | Attend to newly filed CNO's, applications. | Krieger, A. | 0.3 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/31/2005 | Office conference DW regarding Judge Fitzgerald's USG ruling with respect to Chilmark's asbestos legislation-related services (0.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Caskadon, Alexandra | 13.6 | $ 210 | $ 2,856.00 |
| Krieger, Arlene | 3.9 | 550 | 2,145.00 |
| Kruger, Lewis | 1.9 | 795 | 1,510.50 |
| Mohamed, David | 0.5 | 130 | 65.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,576.50 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,576.50 |
|------------------------|-----------|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 | | |
|----|------------------------------------------------------|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/11/2005 | Attend to Debtors' objections to claims asserted by various unions including United Steelworkers (.6). | Krieger, A. | 0.6 |
| 03/17/2005 | Attend to revised MADEP settlement (.4); exchanged memoranda with J. Baer re: same (.3). | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.3 | $ 550 | $ 715.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 715.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 715.00 |
|-----------------------|----------|

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/01/2005 | Memorandum to LK, KP re: By-Laws discussion with Committee member (.2); attend to memorandum to the Committee re: St. Paul Companies settlement motion and related Cahill Gordon retention (1.8). | Krieger, A. | 2.0 |
| 03/02/2005 | Exchanged memoranda with Committee member re: further By-Laws changes (.2); attend to final form of By-Laws and preparation of memorandum to the Committee re: same (.7); telephone call Committee member re: revised By-Laws (.1); attend to Capstone memorandum to the Committee re: Debtors' motion for approval of tax settlement (.1); exchanged memoranda with KP re: memorandum to the Committee re: February 28, 2005 hearings (1.5); attend to memorandum to the Committee re: Woodcock retention pleadings (.4); exchanged memoranda with Committee member re: March 3, 2005 response requested (.1). | Krieger, A. | 3.1 |
| 03/03/2005 | Memorandum to the Committee re Woodcock retention (.2); memorandum to Committee member re by-laws (.1); telephone call Committee member re By-Laws inquiry (.1); memorandum to the Committee re By-Laws (.2); exchanged further memoranda with Committee members re By-Laws (.3); attend to memorandum re Committee/Debtors meeting (.2); exchanged memoranda with C. Troyer and with LK, KP re rescheduled Committee meeting with the Debtors representatives (.2). | Krieger, A. | 1.3 |
| 03/07/2005 | Memoranda to Committee members re By-Laws (.2); memorandum to LK re proposed Committee meeting with Debtors' representatives (.1). | Krieger, A. | 0.3 |
| 03/08/2005 | Attend to memoranda with Committee members re: By-Laws (.3). | Krieger, A. | 0.3 |
| 03/09/2005 | Telephone call Committee member re: By-Laws (.1). | Krieger, A. | 0.1 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/10/2005 | Attend to memorandum to the Committee re: objections to Festa compensation motion and Committee position thereon (1.8); memorandum to the Committee re: article on the Libby criminal trial (.1); telephone call C. Troyer re: discussed Festa compensation motion objections (.3); exchanged memoranda with KP re: same (.1); memorandum from C. Troyer re: proposed Committee meeting with the Debtors (.1). | Krieger, A. | 2.4 |
| 03/11/2005 | Attend to revised Capstone memorandum to the Committee re: Argonaut acquisition (.2); exchanged  memoranda with C. Troyer re: Committee meeting with Grace (.1); attend to memorandum re: Committee position on Festa motion objections (1.6); memorandum to C. Troyer re: Committee memorandum (.1). | Krieger, A. | 2.0 |
| 03/15/2005 | Exchanged memoranda with C. Troyer re: Committee meeting with the Debtors (.1); memoranda to the Committee re: rescheduled Committee meeting (.1). | Krieger, A. | 0.2 |
| 03/16/2005 | Telephone call L. Hamilton and exchanged memoranda with LH re Committee memorandum describing two acquisitions being pursued (.3); memorandum to the Committee re proposed acquisitions (.2). | Krieger, A. | 0.5 |
| 03/18/2005 | Attend to Debtors mark-up of the plan support agreement (.7). | Krieger, A. | 0.7 |
| 03/21/2005 | Attend to memorandum to the Committee re Court's ruling on the Debtors' motions to approve Fred Fresta's compensation agreement and the asbestos claimants objections (.1); attend to memorandum from T. Maher  and KP re same (.1). | Krieger, A. | 0.2 |
| 03/28/2005 | Attend  to memoranda to the Committee re: CUBA acquisition and Argonaut acquisition (.3); attend to memorandum to the Committee re: May 26 meeting date (.1); exchanged memoranda with members of the Committee re: May 26 meeting with Debtors' representatives and management (.2). | Krieger, A. | 0.6 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/29/2005 | Exchanged memoranda with members of the Committee re: May 26, 2005 Committee meeting with the Debtors representatives and management (.3); attend to memorandum to the Committee re: PI Committee's motion for authorization to employ Anderson Kill (2.1); exchanged memoranda with L. Hamilton re: memorandum regarding CUBA acquisition (.6); memorandum to the Committee re: proposed acquisition (.2); memorandum to KP re: Anderson Kill memorandum (.1). | Krieger, A. | 3.3 |
| 03/30/2005 | Finalized proposed committee memorandum re: Anderson Kill matter and memorandum to T. Maher re: same (.4); attend to memorandum to the Committee re: St. Paul Companies settlement (2.8). | Krieger, A. | 3.2 |
| 03/31/2005 | Attend to memorandum to the Committee regarding St. Paul Stipulation (0.6); attend to Capstone draft of Committee memorandum on business closing (0.1); exchanged memorandum with Committee member regarding 5/26 Committee meeting (0.1); memorandum to LK, KP regarding 5/26 Committee meeting (0.1); telephone call C. Troyer regarding 5/26 Committee meeting and agenda therefore, Debtors' plan support agreement comments (01). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 21.2 | $ 550 | $ 11,660.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,660.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,660.00 |
|-----------------------|-------------|

| RE | Fee Application, Applicant 699843 0018 | | |
|----|------|------|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/02/2005 | Review January time per accounting changes. | Caskadon, A. | 1.3 |
| 03/03/2005 | Revisions to January fee statement. | Caskadon, A. | 1.2 |
| 03/07/2005 | Attend to review of January 2005 time detail for fee application (2.9). | Krieger, A. | 2.9 |
| 03/08/2005 | Complete review of January time detail (.4); attend to Fee Auditors final report on 14th Quarterly (.1); memorandum to LK re: final fee report (.1); office conference AC re: January 2005 time detail (.2). | Krieger, A. | 0.8 |
| 03/09/2005 | Review January bill per A. Krieger changes. | Caskadon, A. | 1.2 |
| 03/14/2005 | Review January bill. | Caskadon, A. | 0.6 |
| 03/14/2005 | Revisions to February bill. | Caskadon, A. | 1.0 |
| 03/15/2005 | Prepare and serve January bill. | Caskadon, A. | 1.8 |
| 03/16/2005 | Attend to February 2005 time detail for fee statement (.3). | Krieger, A. | 0.3 |
| 03/17/2005 | Attend to February 2005 time detail (1.8). | Krieger, A. | 1.8 |
| 03/18/2005 | Exchanged memoranda with A. Caskadon re February 2005 fee statement. (.2). | Krieger, A. | 0.2 |
| 03/22/2005 | Review February time detail. | Caskadon, A. | 0.8 |
| 03/24/2005 | Review Grace February bill per accounting changes. | Caskadon, A. | 2.2 |
| 03/27/2005 | Attend to February fee statement and expense back-up. | Krieger, A. | 0.8 |
| 03/28/2005 | Memo to AC re: SSL's February 2005 fee statement (.1). | Krieger, A. | 0.1 |
| 03/29/2005 | Review February bill. | Caskadon, A. | 1.8 |
| 03/29/2005 | Office conference AC re: expense backup for February fee statement (.1). | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 11.9 | $ 210 | $ 2,499.00 |
| Krieger, Arlene | 7.0 | 550 | 3,850.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 6,349.00 | |
| TOTAL FOR THIS MATTER | | $ 6,349.00 | |

| RE | Creditor Inquiries<br>699843  0019 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2005 | Telephone conference bank debt holder re: status (.3). | Pasquale, K. | 0.3 |
| 03/03/2005 | Telephone conference bank debt holder re: indictment status and implications. | Pasquale, K. | 0.3 |
| 03/07/2005 | Telephone conferences bank debt holders re: status, estimation issues (.4). | Pasquale, K. | 0.4 |
| 03/14/2005 | Telephone conference bank debt holder re: plan status (.4). | Pasquale, K. | 0.4 |
| 03/24/2005 | Telephone call with Creditors (.2). | Kruger, L. | 0.2 |
| 03/28/2005 | Telephone conference bank debt holder re: plan and estimation process (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.2 | $ 795 | $ 159.00 |
| Pasquale, Kenneth | 1.7 | 605 | 1,028.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,187.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,187.50 |
|---|---|

| RE | Fee Application, Others 699843 0020 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2005 | Prepare serve and cause to have filed Capstone January fee statement. | Caskadon, A. | 1.6 |
| 03/28/2005 | Attend to memoranda from and to A. McIntosh (Navigant) re: payment of Navigant's outstanding invoices (.3); office conferences R. Serrette re: same (.2). | Krieger, A. | 0.5 |
| 03/28/2005 | Review of Navigant invoices and correspondence with Accounting re same (.3) review of e-mail correspondence regarding payments | Serrette, R. | 0.5 |
| 03/29/2005 | Research and o/cs re: Navigant fees for September. | Caskadon, A. | 0.7 |
| 03/30/2005 | Serve and cause to have filed Capstone February fee statement. | Caskadon, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Caskadon, Alexandra | 3.3 | $ 210 | $ 693.00 |
| Krieger, Arlene | 0.5 | 550 | 275.00 |
| Serrette, Rosemarie | 0.5 | 210 | 105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,073.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,073.00 |
|---|---|

| RE | Environmental Matters/Regulations/Litigation 699843  0022 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/28/2005 | Memo to P. McGrath, C. Troyer re: MADEP settlement stipulation and claim amounts, status of Hatco and EPA global settlements (.5). | Krieger, A. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.5 | $ 550 | $ 275.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 275.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 275.00 |
|---|---|

| RE | Expenses 699843  0024 |
|----|----|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|----|----|

MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 26.10 |
|----|----|
| Meals | 94.09 |
| Local Transportation | 60.18 |
| Long Distance Telephone | 17.10 |
| Duplicating Costs-in House | 59.70 |
| Postage | 0.37 |
| Travel Expenses - Transportation | -258.55 |
| Westlaw | 288.24 |

| TOTAL DISBURSEMENTS/CHARGES | $ 287.23 |
|----|----|

| TOTAL FOR THIS MATTER | $ 287.23 |
|----|----|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| RE | Investigations 699843 0031 | | |
|----|------------|------|-------|
| DATE | DESCRIPTION | NAME | HOURS |
| 03/10/2005 | Attend to article on Libby criminal trial (.1). | Krieger, A. | 0.1 |
| 03/14/2005 | Attention to status of criminal proceeding and filed status report (.3). | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-----------------|-------|------|-------|
| Krieger, Arlene | 0.1 | $ 550 | $ 55.00 |
| Pasquale, Kenneth | 0.3 | 605 | 181.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 236.50 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 236.50 |
|-----------------------|----------|

| RE | Litigation and Litigation Consulting 699843  0034 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/09/2005 | Attention to Sealed Air issues and potential Committee objections to proposed settlement (1.6). | Pasquale, K. | 1.6 |
| 03/21/2005 | Office conference with K. Pasquale regarding Sealed Air draft settlement agreement provided to Debtor (.2). | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 0.2 | $ 795 | $ 159.00 |
| Pasquale, Kenneth | 1.6 | 605 | 968.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,127.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,127.00 |
|---|---|

| RE | Travel - Non Working<br>699843  0035 | | |
| --- | --- | --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 03/21/2005 | Travel attendant to omnibus hearing (split with USG) (1.5). | Pasquale, K. | 1.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Pasquale, Kenneth | 1.5 | $ 605 | $ 907.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 907.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 907.50 |
| --- | --- |

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| RE | Plan and Disclosure Statement 699843  0036 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/02/2005 | Office conference MAS re: plan process, Armstrong decision, February 28, 2005 hearings and approval of the Sealed Air Settlement Agreement (.3). | Krieger, A. | 0.3 |
| 03/02/2005 | Received and reviewed memo from A. Krieger re: Sealed Air settlement and plan issues. | Speiser, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene | 0.3 | $ 550 | $ 165.00 |
| Speiser, Mark A. | 0.1 | 735 | 73.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 238.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 238.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
SSL-DOCS1 1568282v1

| RE | Hearings 699843 0037 | | |
|----|----|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/14/2005 | Attend to agenda notice for 3/21/05 hearings re: same (.2); exchanged memoranda with L. Kruger re: contested matters on for hearing (.2). | Krieger, A. | 0.4 |
| 03/15/2005 | Memoranda regarding 3/21/05 hearings (.2). | Krieger, A. | 0.2 |
| 03/17/2005 | Exchanged memoranda with KP re: 3/21/05 hearing (.1). | Krieger, A. | 0.1 |
| 03/18/2005 | Exchanged memoranda with KP re Committee position on Festa compensation agreement (.2); office conference KP re same (.1). | Krieger, A. | 0.3 |
| 03/18/2005 | Preparation for 3/21 omnibus hearing (.8). | Pasquale, K. | 0.8 |
| 03/21/2005 | Office conference with K. Pasquale regarding court hearing, Judge's direction to Debtor to clarify Festa compensation/emergence bonus and permitting discovery (.3). | Kruger, L. | 0.3 |
| 03/21/2005 | Preparation for and participated in omnibus hearing (2.8). | Pasquale, K. | 2.8 |
| 03/28/2005 | Attend to transcript of March 21, 2005 hearing (1.1). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 2.1 | $ 550 | $ 1,155.00 |
| Kruger, Lewis | 0.3 | 795 | 238.50 |
| Pasquale, Kenneth | 3.6 | 605 | 2,178.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,571.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,571.50 |
|-----------------------|-----------|

| RE | Employment Applications - Others<br>699843  0040 | | |
|----|----|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 03/01/2005 | Exchanged memoranda with S. Blatnick re: inquires with respect to Cahill retention terms (.2); attend to Cahill employment motion (.3). | Krieger, A. | 0.5 |
| 03/04/2005 | Exchanged memoranda with Sam Blatnick re Woodcock Washburn retention and Committee request for fees to be filed with the Court (.2). | Krieger, A. | 0.2 |
| 03/07/2005 | Telephone call S. Blatnick re: response to Festa motion objection, Woodcock change to be implemented (.1). | Krieger, A. | 0.1 |
| 03/29/2005 | Attend to PI Committee's motion to employ Anderson Kill as special insurance counsel (.9); office conference with DW re: Anderson Kill's involvement in other asbestos bankruptcy cases (.1). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene | 1.8 | $ 550 | $ 990.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 990.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 990.00 |
|-----------------------|----------|

| RE | Tax Issues<br>699843  0047 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 03/01/2005 | E-mails re: view motion and materials re: tax exposure. | Greenberg, M. | 1.6 |
| 03/01/2005 | Attend to memorandum describing pending tax settlement motion and foreign restructuring update (.2); telephone call C. Troyer re: comments to memorandum (.3); memorandum from C. Troyer re: foreign restructuring authorization (.1); exchanged memoranda with M. Eichler re: rollover adjustments to 93-96 tax years (.2). | Krieger, A. | 0.8 |
| 03/08/2005 | E-mails re: non US deal. | Greenberg, M. | 0.3 |
| 03/09/2005 | Analysis re: UK tax liability exposure on acquisition. | Eichler, M. | 1.3 |
| 03/09/2005 | Review e-mails re: UK deal tax issues. | Greenberg, M. | 0.3 |
| 03/10/2005 | Discussing UK tax exposure analysis with M. Greenberg. | Eichler, M. | 0.3 |
| 03/10/2005 | Analysis, e-mails and discussion with ME re: UK calculations. | Greenberg, M. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 1.6 | $ 515 | $ 824.00 |
| Greenberg, Mayer | 3.2 | 635 | 2,032.00 |
| Krieger, Arlene | 0.8 | 550 | 440.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,296.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,296.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 57,395.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 287.23 |
| TOTAL BILL | $ 57,682.23 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MARCH 1, 2005 - MARCH 31, 2005**

| | |
|---|---|
| Outside Messenger Service | $ 26.10 |
| Meals | 94.09 |
| Local Transportation | 60.18 |
| Long Distance Telephone | 17.10 |
| Duplicating Costs-in House | 59.70 |
| Postage | 0.37 |
| Travel Expenses - Transportation | (258.55) |
| Westlaw | 288.24 |
| | |
| **TOTAL** | **$ 287.23** |

# STROOCK

## DISBURSEMENT REGISTER

| DATE | April 29, 2005 |
| --- | --- |
| INVOICE NO. | 350076 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSE RENDERED in the captioned matter for the period through March 31, 2005, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 03/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827105; DATE: 03/05/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Warren H. Smith Warren H. Smith & Associate, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195510139 ON 03/01/05 | 8.01 |
| 03/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827105; DATE: 03/05/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Frank J. Perch, Esq. Office of the US Trustee (D, 844 N King Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196073922 ON 03/01/05 | 6.03 |
| 03/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827105; DATE: 03/05/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO David B. Siegal WR Grace & Co., 7500 Grace Drive, COLUMBIA, MD 21044 Tracking #:1Z10X8270196118946 ON 03/01/05 | 6.03 |
| 03/07/2005 | VENDOR: UPS; INVOICE#: 0000010X827105; DATE: 03/05/05 FROM Alexandra Caskadon 180 Maiden Lane, New York, NY TO Virginia Akin Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198214310 ON 03/01/05 | 6.03 |
| **Outside Messenger Service Total** | | **26.10** |
| **Meals** | | |
| 03/02/2005 | VENDOR: Seamless Web; INVOICE#: 64704; DATE: 03/02/05 - Hale & Hearty Soups (Maiden Lane); Ordered on 02/24/05; | 14.34 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/02/2005 | VENDOR: Seamless Web; INVOICE#: 64704; DATE: 03/02/05 - Cove Bistro; Ordered on 02/22/05; | 17.58 |
| 03/02/2005 | VENDOR: Seamless Web; INVOICE#: 64704; DATE: 03/02/05 - Pearl Street Diner; Ordered on 02/23/05; | 14.30 |
| 03/09/2005 | VENDOR: Seamless Web; INVOICE#: 65721; DATE: 03/09/05 - Cafe Health Exchange; Ordered on 03/02/05; | 11.90 |
| 03/16/2005 | VENDOR: Seamless Web; INVOICE#: 66367; DATE: 03/16/05 - Carl's Steaks - Philly Cheesesteaks (Chambers St); Ordered on 03/07/05; | 16.15 |
| 03/23/2005 | VENDOR: Seamless Web; INVOICE#: 67007; DATE: 03/23/2005 - Wave; | 19.82 |
| **Meals Total** | | **94.09** |

**Local Transportation**

| | | |
|------|-------------|--------|
| 03/07/2005 | NYC Two Ways Inc. THOMISON 02/15/05 22:18 M from 180 MAIDEN to 705   CARROLL | 33.03 |
| 03/09/2005 | NYC Two Ways Inc. BRAHMS 02/22/05 21:13 M from 180 MAIDEN to W 58 ST | 27.15 |
| **Local Transportation Total** | | **60.18** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 03/01/2005 | EXTN.5544, TEL.201-587-7128, S.T.10:39, DUR.15:00 | 5.70 |
| 03/02/2005 | EXTN.5544, TEL.302-651-3160, S.T.11:31, DUR.00:54 | 0.38 |
| 03/04/2005 | EXTN.5544, TEL.312-861-2359, S.T.12:34, DUR.00:48 | 0.38 |
| 03/07/2005 | EXTN.5562, TEL.215-665-2147, S.T.15:14, DUR.00:18 | 0.38 |
| 03/08/2005 | EXTN.5544, TEL.201-587-7128, S.T.11:00, DUR.07:54 | 3.04 |
| 03/08/2005 | EXTN.5544, TEL.302-467-4416, S.T.12:03, DUR.02:12 | 1.14 |
| 03/10/2005 | EXTN.6286, TEL.561-362-2250, S.T.14:22, DUR.08:42 | 3.42 |
| 03/10/2005 | EXTN.6286, TEL.201-587-7128, S.T.14:36, DUR.00:36 | 0.38 |
| 03/16/2005 | EXTN.5562, TEL.312-266-1000, S.T.09:44, DUR.03:54 | 1.52 |
| 03/18/2005 | EXTN.5562, TEL.973-467-8282, S.T.14:25, DUR.02:00 | 0.76 |

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| **Long Distance Telephone Total** | | **17.10** |

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 03/01/2005 | | 0.70 |
| 03/01/2005 | | 7.10 |
| 03/15/2005 | | 37.05 |
| 03/15/2005 | | 4.65 |
| 03/23/2005 | | 3.00 |
| 03/23/2005 | | 6.90 |
| 03/24/2005 | | 0.30 |
| **Duplicating Costs-in House Total** | | **59.70** |

**Postage**

| | | |
|------|-------------|--------|
| 03/30/2005 | Postage Charged on 03/22/2005 | 0.37 |
| **Postage Total** | | **0.37** |

**Travel Expenses - Transportation**

| | | |
|------|-------------|--------|
| 03/03/2005 | VENDOR: CHASE Business Credit Card; INVOICE#: 030305; DATE: 3/3/2005  -  Visa charge 01/24/05 L Kruger LGA to Pittsburgh | -415.45 |
| 03/17/2005 | VENDOR: Ken Pasquale; INVOICE#: 3/7/05; DATE: 3/17/2005  - 2/28  TRVL TO OMNIBUS HEARING IN WILM,DE | 156.90 |
| **Travel Expenses - Transportation Total** | | **-258.55** |

**Westlaw**

| | | |
|------|-------------|--------|
| 03/07/2005 | Duration 0:08:01; By Pasquale, Kenneth | 108.05 |
| 03/08/2005 | Duration 0:06:37; By Pasquale, Kenneth | 180.19 |
| **Westlaw Total** | | **288.24** |

## BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 26.10 |
| Meals | 94.09 |
| Local Transportation | 60.18 |
| Long Distance Telephone | 17.10 |
| Duplicating Costs-in House | 59.70 |
| Postage | 0.37 |
| Travel Expenses - Transportation | -258.55 |
| Westlaw | 288.24 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS/CHARGES | $ 287.23 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.



1801 K St. NW
Washington, DC 20006
202.973.2400  phone
202.973.2401  fax

April 20, 2005

Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038
Attn: Kenneth Pasquale

*For Services Rendered For*
*WR  Grace Creditor's Committee - March 2005*

**Professional Fees:**

| | | |
|---|---|---|
| PM | 5.00 hrs. @  $400 | $2,000.00 |
| RC | 4.80 hrs. @  $400 | 1,920.00 |
| JS | 5.00 hrs. @  $270 | 1,350.00 |
| DW | 2.80 hrs. @  $250 | 700.00 |

Total Professional Fees......................................................................................$5,970.00

**Expenses:**

Research                        $      144.86

Total Expenses.....................................................................................................$144.86

**Total Amount Due for March Services and Expenses**...................................$6,114.86

**Outstanding Invoices:**

| | | | |
|---|---|---|---|
| Inv No. | 150020 | February 16, 2005 | $15,686.00 |
| Inv No. | 151237 | March 21, 2005 | 18,303.37 |

Total Outstanding Invoices ..............................................................................$33,989.37

**Total Amount Due For March Services, Expenses and Outstanding Invoices**............$40,104.23

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 152485