## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) |  |
| Debtors. | ) | Objection Deadline: May 19, 2005 at 4:00 p.m. |
|  | ) | Hearing: Schedule if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### ELEVENTH MONTHLY INTERIM APPLICATION OF
### SWIDLER BERLIN LLP, COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

Swidler Berlin LLP, counsel to David T. Austern, Future Claimants' Representative (the "FCR"), has filed and served its Eleventh Monthly Application of Swidler Berlin LLP for Compensation for Services Rendered and Reimbursement of Expenses as counsel to the FCR for the time period March 1, 2005 through March 31, 2005 seeking payment of fees in the amount of $54,296.00 (80% of $67,870.00) and expenses in the amount of $4,114.49 (the "Application") for a total of $58,410.49.

This Application is submitted pursuant to this Court's Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members entered on March 17, 2003 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 19, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell &

2

Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington,

DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins,

Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm,

222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the

Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States

Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix)

the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St.

Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By: _____
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC 20007
    (202) 424-7500
    Co-Counsel to David T. Austern, Future Claimants
    Representative

                    --and--

    PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)
    Co-Counsel to David T. Austern, Future Claimants
    Representative

Dated: April 27, 2005

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: May 19, 2005 at 4:00 p.m. |
| | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO ELEVENTH MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MARCH 1, 2005 THROUGH MARCH 31, 2005</u>**

Name of Applicant:                          Swidler Berlin LLP ("Swidler")

Authorized to Provide Professional
Services to:                                David T. Austern, Future Claimants' Representative
                                            (the "FCR")

Date of Retention:                          Swidler Retention Order entered
                                            September 27, 2004

Period for which compensation is
sought:                                     March 1, 2005 through March 31, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:       $67,870.00

80% of fees to be paid:                     $54,296.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $ 4,114.49

Total Fees @ 80% and 100%
Expenses:                                   $58,410.49

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:    ___    interim    __X__    monthly    ___    final application.

     The total time expended for fee application preparation during this time period is 20.50 hours and the corresponding fees are $4,227.50 and $90.70 in expenses for Swidler's fee applications and 7.30 hours and $1,872.50 in fees and $361.43 in expenses for the FCR and/or is other professional's fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

     This is Swidler's Eleventh interim fee application for the period March 1-31, 2005. Swidler has previously filed the following fee applications:

- Tenth interim fee application for the period February 1-28, 2005 in the amount of $92,370.80 (80% of $115,463.50) and expenses in the amount of $2,097.16
- Ninth interim fee application for the period January 1-31, 2005 in the amount of $50,702.60 (80% of $63,378.25) and expenses in the amount of $7,490.31
- Eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses
- Seventh interim fee application for the period November 1-30, 2004  in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $ $4,182.19
- Sixth interim fee application for the period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60
- Fifth interim fee application for the period September 1-30, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses
- Fourth interim fee application for the period August 1-31, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses
- Third interim fee application for the period July 1-31, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses
- Second interim fee application for the period June 1-30, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02
- First interim fee application for the period May 1-31, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60

To date, Swidler has received payment from the Debtors in the following amounts:

- $363,650.37 representing 80% of fees and 100% expenses for May 24, 2004 through September 30, 2004
- $19,993.70 representing the 20% holdback on fees for the time period May and June 2004
- $95,700.40 representing 80% of fees and 100% expenses for October 2004
- $157,379.89 representing 80% of fees and expenses for November and December 2004

## COMPENSATION SUMMARY

### MARCH 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 51.50 | $23,690.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 22.80 | $13,738.50[2] |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 34.60 | $18,857.00 |
| | | | | |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $355.00 | .10 | $35.50 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 8.70 | $2,218.50 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | .30 | $117.00 |
| Julie A. Weisman | Of Counsel, 10 years in position; 23 years relevant experience; 1982, Environmental | $400.00 | 6.50 | $2,600.00 |
| | | | | |
| Rachael M. Barainca | File Clerk | $60.00 | 20.10 | $1,206.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 26.90 | $5,245.50 |
| Richard Pavlak | Legal Assistant | $150.00 | .80 | $120.00 |
| Michael A. Scarpato | Senior Consultant | $210.00 | .20 | $42.00 |
| Total | | | 172.50 | $67,870.00 |
| Blended Rate: $393.44 | | | | |

---

2 The total amount represents a reduction of $967.50 for the 50% discount rate on non-working travel time.

## COMPENSATION BY PROJECT CATEGORY

### MARCH 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 27.60 | $3,158.50 |
| Due Diligence | 11.10 | $4,841.00 |
| Compensation of Professionals-Swidler | 20.50 | $4,227.50 |
| Compensation of Professionals-Other | 7.30 | $1,872.50 |
| Litigation | 98.00 | $50,510.00 |
| Insurance Matters | .50 | $159.00 |
| Plan and Disclosure Statement | 2.80 | $1,636.00 |
| Retention of Professionals-Swidler | 1.70 | $498.00 |
| Travel Time (Non-Working)[3] | 3.00 | $967.50 |
| **TOTAL** | **172.50** | **$67,870.00** |

### EXPENSE SUMMARY

### MARCH 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $2,336.35 |
| Telephone/Facsimile | $11.01 |
| Postage/Federal Express/Courier Fees | $454.75 |
| Secretarial Assistance | $36.00 |
| Travel/Airfare/Meals/Parking | $1,276.38 |
| **TOTAL** | **$4,114.49** |

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: April 29, 2005

---

3 In accordance with the Local Rules of this Court, Swidler bills its hourly rates at a 50% reduced rate for non-working travel time.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## <u>VERIFICATION</u>

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.      I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and have been admitted *pro hac vice* to appear in these cases.

2.      I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of Swidler as set forth in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 9 DAY OF APRIL, 2005

_____
Notary Public

My commission expires: October 31, 2007



Katherine Ann Swall
Notary Public in and for
The District of Columbia

# EXHIBIT A

# SWIDLER BERLIN LLP

# INVOICES FOR THE TIME PERIOD

# MARCH 1-31, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0001

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285136

RE: Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/01/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 03/02/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/03/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/03/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 03/03/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 03/04/05 | Debra O. Fullem | Review e-mail from C. Hartman regarding status of filing. | 0.10 |
| 03/04/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/07/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/07/05 | Roger L. Frankel | Review miscellaneous docket entries, pleadings. | 0.20 |
| 03/08/05 | Matthew W. Cheney | Review pleadings. | 0.10 |
| 03/08/05 | Debra O. Fullem | Review docket update. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 2

CLIENT:  25369
MATTER: .0001
INVOICE: 285136

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/08/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 03/08/05 | Rachael M. Barainca | Print and organize filings for D. Felder. | 1.30 |
| 03/08/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 03/09/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/09/05 | Debra L. Felder | Conference with R. Wyron regarding upcoming events and deadlines. | 0.50 |
| 03/10/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 1.00 |
| 03/10/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 03/10/05 | Rachael M. Barainca | Organize filings and put in folders. | 2.00 |
| 03/10/05 | Rachael M. Barainca | Print daily filings. | 0.50 |
| 03/10/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/11/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/11/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.40 |
| 03/14/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 03/15/05 | Debra L. Felder | Retrieve and review pleadings for M. Almy. | 1.50 |
| 03/15/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 03/15/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 03/16/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/18/05 | Rachael M. Barainca | Print and organize filings from Grace Estimation's Motion. | 0.50 |
| 03/18/05 | Rachael M. Barainca | Print and organize daily filings to be filed. | 2.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 3

CLIENT:  25369
MATTER: .0001
INVOICE: 285136

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/18/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 03/21/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.40 |
| 03/22/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.40 |
| 03/23/05 | Rachael M. Barainca | Print and organize files for estimation motion and objections thereto. | 1.80 |
| 03/23/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/23/05 | Debra L. Felder | Review docket regarding estimation motion and objections thereto. | 0.70 |
| 03/24/05 | Rachael M. Barainca | Print and organize files for binder on Claims Estimation. | 2.50 |
| 03/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.30 |
| 03/29/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 0.50 |
| 03/30/05 | Rachael M. Barainca | Review Court docket; download documents and distribute. | 2.00 |
| 03/30/05 | Debra L. Felder | Review pleadings and update calendar of hearings and deadlines. | 0.70 |
| 03/31/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 03/31/05 | Rachael M. Barainca | Update Claims Estimation Binder. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.20 | $129.00 |
| Matthew W. Cheney | $355.00 | 0.10 | $35.50 |
| Debra L. Felder | $255.00 | 6.40 | $1,632.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 285136

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra O. Fullem | $195.00 | 0.80 | $156.00 |
| Rachael M. Barainca | $60.00 | 20.10 | $1,206.00 |
| **TOTAL HOURS & FEES** | | **27.60** | **$3,158.50** |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 398.85 |
| Telephone | 9.53 |
| Postage | 24.51 |
| DC Secretarial/Staff Overtime | 36.00 |
| Printing | 4.20 |
| **TOTAL OTHER CHARGES** | **$473.09** |

**CURRENT INVOICE DUE**........................................................................$3,631.59

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0001

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285136

## INVOICE SUMMARY

TOTAL FEES......................................................................................$3,158.50

TOTAL OTHER CHARGES.........................................................$473.09

**TOTAL AMOUNT DUE** ...........................................................**$3,631.59**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Wachovia Bank, N.A.
Account Title:      Swidler Berlin LLP
ABA Routing No.:    054001220
Account No.:        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285137

CLIENT/CASE: 25369.0004

RE: Due Diligence

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/22/05 | Julie A. Weisman | Continue review of additional documents and review language of indictment again (3.0); conference with R. Wyron re same (.2). | 3.20 |
| 02/25/05 | Julie A. Weisman | Begin outline re indictment and review documents re same. | 1.50 |
| 03/01/05 | Richard H. Wyron | Review information on indictment and environmental issues. | 1.40 |
| 03/01/05 | Julie A. Weisman | Finish outline re indictment (1.3); conference with R. Wyron re same (.2). | 1.50 |
| 03/02/05 | Julie A. Weisman | Correspond and conference with R. Wyron re outline re indictment. | 0.30 |
| 03/02/05 | Richard Pavlak | Research per J. Weisman re █████████ | 0.80 |
| 03/02/05 | Roger L. Frankel | Review letter to J. Fitzgerald re financials and e-mails to CIBC re same (.3); telephone conference with J. Radecki re same (.2). | 0.50 |
| 03/03/05 | Richard H. Wyron | Review information from J. Weisman and draft email re indictment. | 1.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
04/18/05                                                     MATTER: .0004
Page 2                                                       INVOICE: 285137

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/08/05 | Richard H. Wyron | Review additional materials on indictment. | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.50 | $322.50 |
| Richard H. Wyron | $545.00 | 3.30 | $1,798.50 |
| Julie A. Weisman | $400.00 | 6.50 | $2,600.00 |
| Richard Pavlak | $150.00 | 0.80 | $120.00 |
| **TOTAL HOURS & FEES** | | **11.10** | **$4,841.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Parking | 26.00 |
| **TOTAL OTHER CHARGES** | **$26.00** |

**CURRENT INVOICE DUE**..................................................................**$4,867.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0004

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285137

## INVOICE SUMMARY

TOTAL FEES................................................................$4,841.00

TOTAL OTHER CHARGES.......................................$26.00

**TOTAL AMOUNT DUE** ........................................**$4,867.00**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A.
Account Title:      Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
CLIENT/CASE: 25369.0006                     INVOICE NUMBER: 285138

---

RE:  Insurance Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 03/16/05 | Scott J. Levitt | Office conference with M. Scarpato re Grace files (.2); review same (.1). | 0.30 |
| 03/16/05 | Michael A. Scarpato | Review files with S. Levitt. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Scott J. Levitt | $390.00 | 0.30 | $117.00 |
| Michael A. Scarpato | $210.00 | 0.20 | $42.00 |
| **TOTAL HOURS & FEES** | | **0.50** | **$159.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 11.40 |
| **TOTAL OTHER CHARGES** | **$11.40** |

**CURRENT INVOICE DUE**...................................................................**$170.40**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

<table>
<tr><td>

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

</td><td>

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

</td></tr>
</table>

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
OUR REFERENCE: 25369.0006                          INVOICE NUMBER: 285138

## INVOICE  SUMMARY

TOTAL FEES.................................................................................$159.00

TOTAL OTHER CHARGES................................................................$11.40

**TOTAL AMOUNT DUE** ..............................................................**$170.40**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:         2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP
FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
CLIENT/CASE: 25369.0007              INVOICE NUMBER: 285139

RE: Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 03/01/05 | Monique D. Almy | Continue review of Owens Corning estimation hearing transcripts. | 2.60 |
| 03/01/05 | Monique D. Almy | Conclude review of Gitlin deposition transcript--with exhibits (Owens Corning). | 2.30 |
| 03/01/05 | Monique D. Almy | Review Friedman deposition transcript (Owens Corning). | 2.90 |
| 03/02/05 | Monique D. Almy | Continue review of Owens Corning estimation hearing transcipts. | 2.90 |
| 03/02/05 | Monique D. Almy | Review Forecast of Future Asbestos Claims and Indemnity (prepared for) Owens Corning and Fibreboard. | 3.20 |
| 03/02/05 | Monique D. Almy | Review report entitled "The Asbestos-Related Diseases: Current and Future Status" by Hans Weill and Andrew Churg. | 2.80 |
| 03/02/05 | Richard H. Wyron | Review ▉▉▉▉ issues on Questionnaire and claim form. | 1.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                     CLIENT:  25369
04/18/05                                                      MATTER:  .0007
Page 2                                                        INVOICE: 285139

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/03/05 | Richard H. Wyron | Confer with D. Austern and R. Frankel as to case status and pending motions (.6); call with CIBC re pending issues for 3/21 hearing (.3); call with J. Sakalo re pending issues for 3/21 hearing (.3); review exclusivity deadlines and motion filing dates, and draft e-mail to D. Austern re same (.4); review draft of CEO objection from ▆▆▆ ▆▆▆▆▆▆ (.7). | 2.30 |
| 03/03/05 | Monique D. Almy | Continue review of Owens Corning estimation hearing transcripts. | 3.50 |
| 03/03/05 | Monique D. Almy | Review article "Changing Trends in Mesothelioma Incidence" | 0.40 |
| 03/03/05 | Monique D. Almy | Review portions of the report of Professor Brickman submitted in the Owens Corning case on estimation. | 2.80 |
| 03/03/05 | Monique D. Almy | Review portions of the supplement to Professor Brickman's report submitted in the Owens Corning case on estimation. | 2.30 |
| 03/03/05 | Roger L. Frankel | Confer with D. Austern re status, strategy, compensation incentive for CEO, estimation. | 0.60 |
| 03/04/05 | Roger L. Frankel | Review summary of indictment and prognosis (.4); review ACC objection to compensation proposal (CEO) during travel to NY (.4); telephone conference with R. Wyron re same (.1). | 0.90 |
| 03/04/05 | Roger L. Frankel | Confer with Messrs. Radecki and Brownstein re potential acquisitions, compensation for CEO, business (.4); notes re same (.2). | 0.60 |
| 03/04/05 | Monique D. Almy | Review Plaintiff Estimation CMO revised draft. | 0.50 |
| 03/04/05 | Monique D. Almy | Review portions of F. Dunbar expert report offered in Owens Corning on estimation. | 2.90 |
| 03/04/05 | Monique D. Almy | Review portions of supplemental report of F. Dunbar offered in Owens Corning on estimation. | 2.50 |
| 03/04/05 | Richard H. Wyron | Call with J. Radecki re status and open matters, and follow-up notes (.4); review, revise and finalize opposition/joinder on CEO motion (1.8); review pleadings of PI and PD Committees on CEO motion and joinder (.6); begin review of revised CMO (.3). | 3.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 3

CLIENT: 25369
MATTER: .0007
INVOICE: 285139

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/07/05 | Richard H. Wyron | Review status and confer with R. Frankel (.3); review proposed revised CMO on estimation and outline issues for 3/11 call (.7); review calendar and open issues lists (.6); call from J. Baer regarding Mr. Festa, and follow-up with D. Austern (.3). | 1.90 |
| 03/07/05 | Monique D. Almy | Continue review of estimation transcript on Owens Corning. | 3.80 |
| 03/07/05 | Monique D. Almy | Review proposed Baucus amendment (Libby) to Bankruptcy Bill. | 0.30 |
| 03/07/05 | Monique D. Almy | Review redline of PI Estimation CMO circulated. | 0.10 |
| 03/07/05 | Roger L. Frankel | Review objection of PD committee to CEO compensation (.4); review objection of PI committee to same (.4); confer with R. Wyron re same (.1). | 0.90 |
| 03/07/05 | Roger L. Frankel | Review, comment on proposed CMO (.8); confer with R. Wyron re same (.4). | 1.20 |
| 03/08/05 | Roger L. Frankel | Telephone conference with J. Radecki re CEO compensation issues. | 0.30 |
| 03/08/05 | Monique D. Almy | Continue review of Owens Corning transcript on estimation. | 1.90 |
| 03/09/05 | Monique D. Almy | Review Owens Corning transcript on estimation. | 2.90 |
| 03/09/05 | Richard H. Wyron | Review CMO draft and organize materials for calls (.4); review calendar for update conference with D. Felder (.6); meet with D. Felder on pending matters to prepare for hearing (.4). | 1.40 |
| 03/10/05 | Monique D. Almy | Review estimation transcript, Owens Corning. | 1.20 |
| 03/10/05 | Richard H. Wyron | Review e-mails on CMOs for PI and PD, and timing for conference calls. | 0.60 |
| 03/11/05 | Richard H. Wyron | Review Debtor's reply on CEO motion. | 0.80 |
| 03/11/05 | Monique D. Almy | Continue review of estimation hearing transcript from Owens Corning. | 1.20 |
| 03/13/05 | Richard H. Wyron | Continue review of estimation pleadings from OC case. | 1.10 |
| 03/14/05 | Roger L. Frankel | Confer with R. Wyron re 3/21 hearing, CMO issues. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)      CLIENT: 25369
04/18/05                 MATTER: .0007
Page 4                  INVOICE: 285139

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/14/05 | Roger L. Frankel | Review Debtor's reply and affidavits re Festa compensation package. | 1.10 |
| 03/15/05 | Roger L. Frankel | Confer with R. Wyron re status of CMO, questionnaire and CEO compensation motion. | 0.30 |
| 03/15/05 | Monique D. Almy | Review Agenda for 3/21/05 hearing. | 0.30 |
| 03/15/05 | Richard H. Wyron | Review e-mail and attachment on PD CMO. | 0.30 |
| 03/16/05 | Richard H. Wyron | Review pleadings for 3/21 hearing and organize notes for discussion with R. Frankel (1.1); confer with R. Frankel and follow-up notes (.4); prepare for ███████ with ██████ (1.2). | 2.70 |
| 03/16/05 | Roger L. Frankel | Review agenda for 3/21 hearing; review resolved objections to disclosure statement. | 0.30 |
| 03/17/05 | Roger L. Frankel | Confer with M. Angelina, D. Austern, R. Wyron re ██████████ (2.2); review ████████ from ██ (.5). | 2.70 |
| 03/17/05 | Roger L. Frankel | Confer with D. Austern re questionnaire from K&E; review questionnaire. | 0.50 |
| 03/17/05 | Monique D. Almy | Meet with M. Angelina and L. Balatbat (Towers Perrin) and R. Wyron and R. Frankel to discuss ██████████ | 2.40 |
| 03/17/05 | Monique D. Almy | Call to P. Lockwood with R. Wyron re redrafted Questionnaire circulated for comment in advance of 3/18 call. | 0.60 |
| 03/17/05 | Richard H. Wyron | Review questionnaire and CMO, and outline comments for meeting with █████ (1.2); review materials for Tillinghast meeting (.8); meet with Tillinghast and follow-up notes (2.1); call with P. Lockwood re CMO and questionnaire (.6). | 4.70 |
| 03/18/05 | Richard H. Wyron | Review draft questionnaire and proposed CMO (1.1); calls to and from Caplin & Drysdale (P. Lockwood, N. Finch) and review e-mails on PI Committee comments (.8); organize notes for conference call (.3); call with parties on CMO and hearing (.4); brief R. Frankel and follow-up notes (.4); review PD CMO and e-mails re same (.7); mark-up CMO re FCR comments (.6). | 4.30 |
| 03/18/05 | Monique D. Almy | Review draft PD CMO. | 0.40 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
04/18/05                                                     MATTER: .0007
Page 5                                                       INVOICE: 285139

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/18/05 | Monique D. Almy | Attend conference call re form of questionnaire and proposed hearing schedule. | 0.40 |
| 03/18/05 | Roger L. Frankel | Review draft questionnaire, proposed CMO. | 0.80 |
| 03/18/05 | Roger L. Frankel | Confer with R. Wyron re conference call on CMO, prepare for hearing. | 0.40 |
| 03/19/05 | Roger L. Frankel | Review, sort file in preparation for hearing. | 0.30 |
| 03/20/05 | Richard H. Wyron | Review pleadings and drafts on estimation issues from OC. | 1.70 |
| 03/21/05 | Richard H. Wyron | ,Review notes from meeting with estimation consultant and organize (.7); call to R. Frankel regarding follow-up and notes re same (.4); review e-mails regarding hearing results and follow-up (.3); review information from consultant and outline assumptions (.8). | 2.20 |
| 03/21/05 | Debra L. Felder | Review objections to claims filed by Debtors. | 0.90 |
| 03/21/05 | Roger L. Frankel | Prepare for hearing re Festa compensation, fee applications, estimation issues (1.3); review PD CMO while traveling to Wilmington (.5); prepare notes for possible argument (.7). | 2.50 |
| 03/21/05 | Roger L. Frankel | Attend hearing re Festa compensation, etc. at Wilmington; confer with P. Lockwood re hearing, case. | 2.40 |
| 03/21/05 | Roger L. Frankel | Telephone conference with R. Wyron re T-Perrin issues, assumptions for Angelina; discuss hearing. | 0.30 |
| 03/24/05 | Monique D. Almy | Review redline of PD CMO. | 0.20 |
| 03/24/05 | Monique D. Almy | Review proposed order for briefing schedule for PI CMO and questionnaire against agreed dates. | 0.30 |
| 03/24/05 | Monique D. Almy | Review redline of proposed order for briefing schedule for PI CMO and questionnaire to confirm requested changes made. | 0.10 |
| 03/24/05 | Roger L. Frankel | Review e-mails re Festa compensation discovery | 0.30 |
| 03/28/05 | Monique D. Almy | Review 7/02 PI Committee's Case Management Proposal. | 1.50 |
| 03/28/05 | Monique D. Almy | Review 8/20 Reply Memorandum filed by PI Committee. | 0.50 |
| 03/28/05 | Monique D. Almy | Review draft Trial Brief from Sealed Air litigation prepared by PI Committee | 1.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 6

CLIENT: 25369
MATTER: .0007
INVOICE: 285139

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/29/05 | Monique D. Almy | Review Certain Insurers Limited Objection to Debtors' Proposed Order Setting Briefing Schedule re CMO and questionnaire. | 0.20 |
| 03/31/05 | Roger L. Frankel | Review pleadings in connection with Century lift stay. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 51.40 | $23,644.00 |
| Roger L. Frankel | $645.00 | 17.30 | $11,158.50 |
| Richard H. Wyron | $545.00 | 28.40 | $15,478.00 |
| Debra L. Felder | $255.00 | 0.90 | $229.50 |
| **TOTAL HOURS & FEES** | | **98.00** | **$50,510.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1,570.20 |
| Telephone | 1.34 |
| Postage | 328.95 |
| Ground Transportation | 11.00 |
| Travel/Airfare | 836.40 |
| Travel/Meal Expenses | 403.98 |
| **TOTAL OTHER CHARGES** | **$3,151.87** |

**CURRENT INVOICE DUE**................................................................**$53,661.87**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05

OUR REFERENCE: 25369.0007

INVOICE NUMBER: 285139

## INVOICE SUMMARY

TOTAL FEES......................................................................................$50,510.00

TOTAL OTHER CHARGES..................................................................$3,151.87

**TOTAL AMOUNT DUE** ........................................................................**$53,661.87**

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Wachovia Bank, N.A.
Account Title:       Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

## REVISED

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285140

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 03/02/05 | Roger L. Frankel | Confer with R. Wyron re management compensation issues, plan issues, meeting with D. Austern. | 0.40 |
| 03/07/05 | Roger L. Frankel | Telephone conference with D. Austern re Baucus amendment (.2); review Baucus amendment (.5). | 0.70 |
| 03/07/05 | Richard H. Wyron | Review proposed amendment introduced by Senator Baucus and news articles regarding Libby fund (.6); call with D. Austern and follow-up on Libby amendment (.3). | 0.90 |
| 03/09/05 | Richard H. Wyron | Calls and follow-up regarding bankruptcy bill/proposed Libby amendment. | 0.40 |
| 03/10/05 | Richard H. Wyron | Review proposed Libby amendment to bankruptcy bill and status. | 0.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.10 | $709.50 |
| Richard H. Wyron | $545.00 | 1.70 | $926.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 2

CLIENT:  25369
MATTER: .0008
INVOICE: 285140

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| TOTAL HOURS & FEES | | 2.80 | $1,636.00 |

| OTHER CHARGES | AMOUNT |
|---|---|
| TOTAL OTHER CHARGES | $0.00 |

**CURRENT INVOICE DUE**......................................................................$1,636.00

# SWIDLER BERLIN

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
OUR REFERENCE: 25369.0008                    INVOICE NUMBER: 285140

## INVOICE  SUMMARY

TOTAL FEES.................................................................................$1,636.00

TOTAL OTHER CHARGES.........................................................$0.00

**TOTAL AMOUNT DUE** .........................................................**$1,636.00**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

**Electronic Funds Transfer:**
Name of Bank:         Wachovia Bank, N.A.
Account Title:          Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:            2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

CLIENT/CASE: 25369.0009

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285141

RE:  Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/01/05 | Debra O. Fullem | Review e-mail from R. Wyron regarding Citadel; review disclosures filed with employment application and note disclosure for Citadel; meet with R. Wyron to review disclosure made on Citadel. | 0.40 |
| 03/01/05 | Richard H. Wyron | Review recent filings for additional disclosures, if required. | 0.40 |
| 03/11/05 | Debra O. Fullem | Prepare motion for admission pro hac vice of M. Almy and forward same for review. | 0.40 |
| 03/11/05 | Monique D. Almy | Work on pro hac vice motion. | 0.10 |
| 03/14/05 | Debra O. Fullem | Review signed application by M. Almy; forward to local counsel for filing; coordinate service on parties. | 0.30 |
| 03/14/05 | Debra O. Fullem | Update M. Almy re application filed and served. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Monique D. Almy | $460.00 | 0.10 | $46.00 |
| Richard H. Wyron | $545.00 | 0.40 | $218.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)        CLIENT:  25369
04/18/05                                         MATTER: .0009
Page 2                                           INVOICE: 285141

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Debra O. Fullem | $195.00 | 1.20 | $234.00 |
| **TOTAL HOURS & FEES** | | **1.70** | **$498.00** |

| OTHER CHARGES | AMOUNT |
|---|---|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**....................................................................**$498.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

OUR REFERENCE: 25369.0009

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285141

## INVOICE SUMMARY

TOTAL FEES.................................................................................................$498.00

TOTAL OTHER CHARGES...............................................................................$0.00

**TOTAL AMOUNT DUE** .............................................................................**$498.00**

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:        Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No.:     054001220
Account No.:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285142

CLIENT/CASE: 25369.0011

RE:  Compensation of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 02/01/05 | Debra O. Fullem | Review status of fees and expenses and payments due; discuss with R. Frankel; prepare e-mail to D. Armstrong at W.R. Grace summarizing amounts due for May and June 2004. | 0.50 |
| 02/03/05 | Debra O. Fullem | Prepare summary of December invoices (.2); prepare draft fee application for December (1.3). | 1.50 |
| 02/24/05 | Debra O. Fullem | Review and revise January prebills. | 0.50 |
| 03/01/05 | Debra O. Fullem | Review January bills and prepare summary of same. | 0.50 |
| 03/03/05 | Debra O. Fullem | Update fees and expenses status chart update. | 0.10 |
| 03/03/05 | Richard H. Wyron | Review and sign fee application. | 0.20 |
| 03/04/05 | Debra O. Fullem | Update unpaid fee and expense summary and provide to R. Wyron and R. Frankel. | 0.20 |
| 03/04/05 | Debra O. Fullem | Begin preparing January fee application. | 1.00 |
| 03/04/05 | Debra O. Fullem | Draft January fee application. | 0.50 |
| 03/07/05 | Debra O. Fullem | Conference with R. Wyron re status of draft fee application (.1); finalize draft and send to R. Wyron and R. Frankel for review and comment (.8). | 0.90 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)   CLIENT: 25369
04/18/05   MATTER: .0011
Page 2   INVOICE: 285142

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 03/07/05 | Debra O. Fullem | Conference with R. Wyron re February prebills. | 0.10 |
| 03/08/05 | Debra O. Fullem | Review edits by R. Wyron to January fee application (.2); prepare redactions to certain invoices (.3); request accounting to prepare edit to certain invoice for writeoff (.2); finalize January fee application and forward package to R. Frankel for signature (.9); coordinate filing and serving of same (.2). | 1.80 |
| 03/08/05 | Debra O. Fullem | Review fee auditor's report regarding the second quarterly fee application and review files to confirm fees and expenses are accurate for the time period. | 0.20 |
| 03/08/05 | Debra O. Fullem | Prepare Certificate of No Objection to Second Quarterly Fee application; coordinate filing and serving. | 0.50 |
| 03/08/05 | Roger L. Frankel | Review, sign 9th monthly fee application. | 0.20 |
| 03/10/05 | Debra O. Fullem | Review February prebills. | 1.00 |
| 03/11/05 | Debra O. Fullem | Continue to review February prebills; follow up with various professionals regarding certain information needed. | 1.00 |
| 03/14/05 | Debra O. Fullem | Conference with R. Wyron regarding status of payments received from Grace; discuss CNOs to file on November and December; objection deadline and amounts for January filings. | 0.60 |
| 03/14/05 | Debra O. Fullem | Respond to e-mail from R. Wyron regarding October payment. | 0.20 |
| 03/14/05 | Debra O. Fullem | Review docket; prepare Certificates of No Objection regarding November and December fee statements. | 0.40 |
| 03/15/05 | Debra O. Fullem | Conferences with R. Wyron and R. Frankel; review e-mail from J. Port at Grace; follow up with accounting regarding payment on October invoices. | 0.60 |
| 03/15/05 | Debra O. Fullem | Prepare items for binder on quarterly fee hearing to be held March 21. | 1.00 |
| 03/17/05 | Debra O. Fullem | Review and prepare for filing and service CIBC's third quarterly fee application. | 0.50 |
| 03/17/05 | Debra O. Fullem | Conference with R. Wyron; update fee status chart and forward to R. Wyron for review. | 0.40 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                     CLIENT:   25369
04/18/05                                                       MATTER: .0011
Page 3                                                         INVOICE: 285142

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/17/05 | Richard H. Wyron | Review status of pending fee requests and follow-up with D. Fullem. | 0.20 |
| 03/22/05 | Debra O. Fullem | Review February invoices (.3); prepare summary of fees and expenses (.4); prepare draft fee application (1.0). | 1.70 |
| 03/22/05 | Debra O. Fullem | Organize fee application files. | 0.50 |
| 03/24/05 | Debra O. Fullem | Review e-mail from J. Sacco in accounting regarding payment received from W.R. Grace for invoices; forward November and December summary spreadsheets to J. Sacco in accounting to allocate payment properly. | 0.50 |
| 03/29/05 | Debra O. Fullem | Prepare summary of fees and expenses for February (.3); prepare February fee application (1.2). | 1.50 |
| 03/31/05 | Debra O. Fullem | Prepare CNO for Swidler January fee statement. | 0.20 |
| 03/31/05 | Debra O. Fullem | Review and revise February fee statement and provide to R. Frankel for review and comment. | 0.80 |
| 03/31/05 | Debra O. Fullem | Continue draft of February fee application and review invoices for proposed redactions. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.20 | $129.00 |
| Richard H. Wyron | $545.00 | 0.40 | $218.00 |
| Debra O. Fullem | $195.00 | 19.90 | $3,880.50 |
| **TOTAL HOURS & FEES** | | **20.50** | **$4,227.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 39.00 |
| Federal Express | 51.70 |
| **TOTAL OTHER CHARGES** | **$90.70** |

**CURRENT INVOICE DUE**..................................................................**$4,318.20**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285142

OUR REFERENCE: 25369.0011

## INVOICE SUMMARY

TOTAL FEES................................................................................$4,227.50

TOTAL OTHER CHARGES .........................................................$90.70

**TOTAL AMOUNT DUE** ...........................................................**$4,318.20**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin  LLP
Attn:  Accounting Department
P.O. Box 3766
Washington, DC  20027-3766

Electronic Funds Transfer:
Name of Bank:      Wachovia Bank, N.A.
Account Title:        Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:          2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285143

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/22/05 | Debra O. Fullem | Follow up with D. Austern re verification for November fee application. | 0.20 |
| 02/22/05 | Debra O. Fullem | Organize D. Austern's fee filings for November and December and third quarterly fee application. | 0.50 |
| 02/22/05 | Debra O. Fullem | Review e-mail and information from R. Wyron on Tillinghast December and January invoices. | 0.20 |
| 03/01/05 | Debra O. Fullem | Review and respond to R. Chatterjee's (CIBC) e-mail regarding deadlines to file third quarterly fee application; inform him of deadlines as well as objections and hearing dates set in June 2005. | 0.30 |
| 03/04/05 | Debra O. Fullem | Telephone call from R. Chatterjee (CIBC) regarding quarterly fee hearing date and time; forward notice of hearing filed by Debtor's counsel to R. Chatterjee. | 0.20 |
| 03/04/05 | Debra O. Fullem | Prepare draft fee application for Towers Perrin Tillinghast firm and forward same to N. Murphy for review and completion for the firm's December and January invoices. | 0.50 |

# SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
04/18/05
Page 2

CLIENT:  25369
MATTER: .0012
INVOICE: 285143

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|-----------------------|-------|
| 03/08/05 | Debra O. Fullem | Review and respond to e-mail from R. Chatterjee (CIBC) re filing of December monthly fee application (.2); insert objection deadlines in filing where appropriate and obtain R. Frankel's signature on notice (.2); prepare package for filing and serving (.2). | 0.60 |
| 03/08/05 | Debra O. Fullem | Review fee auditor's report and review files to confirm D. Austern's and local counsel's fees and expenses are accurate for the second quarterly time period. | 0.30 |
| 03/08/05 | Debra O. Fullem | Prepare Certificate of No Objection to D. Austern's second quarterly fee application; coordinate the filing and serving of same. | 0.50 |
| 03/08/05 | Debra O. Fullem | Telephone call from R. Wyron regarding status of Towers Perrin Tillinghast fee applications. | 0.10 |
| 03/08/05 | Roger L. Frankel | Review, sign 7th monthly fee application of CIBC. | 0.20 |
| 03/09/05 | Roger L. Frankel | Review miscellaneous pleadings. | 0.30 |
| 03/09/05 | Debra L. Felder | Review final reports by fee auditor. | 0.90 |
| 03/09/05 | Debra O. Fullem | Prepare e-mail to N. Murphy, assistant to M. Angelina, at Towers Perrin Tillinghast, regarding status update on fee applications. | 0.20 |
| 03/09/05 | Debra O. Fullem | Telephone calls with S. McKee and e-mail with C. Hartman regarding correction to CNO for D. Austern second quarterly fee application. | 0.20 |
| 03/10/05 | Debra O. Fullem | Review and respond to e-mail from R. Chatterjee (CIBC) regarding status of Oct-Dec quarterly fee application and deadlines to object and hearing dates in June. | 0.20 |
| 03/10/05 | Debra L. Felder | Review fee auditor's final reports and prepare memorandum summarizing same. | 0.50 |
| 03/10/05 | Richard H. Wyron | Call with CIBC, and follow-up with K&E on fee auditors reports (.3); review e-mail from D. Felder re summary (.1). | 0.40 |
| 03/15/05 | Debra O. Fullem | Prepare CNOs for D. Austern's October, November and December fee applications. | 0.60 |
| 03/17/05 | Debra O. Fullem | Telephone call with N. Murphy re status of Tillinghast fee application. | 0.20 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)                    CLIENT:  25369
04/18/05                                                     MATTER: .0012
Page 3                                                       INVOICE: 285143

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|------------------------|-------|
| 03/31/05 | Debra O. Fullem | Prepare CNO for CIBC December fee statement. | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.50 | $322.50 |
| Richard H. Wyron | $545.00 | 0.40 | $218.00 |
| Debra L. Felder | $255.00 | 1.40 | $357.00 |
| Debra O. Fullem | $195.00 | 5.00 | $975.00 |
| **TOTAL HOURS & FEES** | | **7.30** | **$1,872.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 311.70 |
| Telephone | 0.14 |
| Federal Express | 49.59 |
| **TOTAL OTHER CHARGES** | **$361.43** |

**CURRENT INVOICE DUE**................................................................**$2,233.93**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05

OUR REFERENCE: 25369.0012

INVOICE NUMBER: 285143

## INVOICE SUMMARY

TOTAL FEES......................................................................................$1,872.50

TOTAL OTHER CHARGES...................................................................$361.43

**TOTAL AMOUNT DUE** ............................................................**$2,233.93**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Wachovia Bank, N.A.
Account Title:      Swidler Berlin LLP
ABA Routing No.:   054001220
Account No.:       2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO.  13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05
INVOICE NUMBER: 285144

CLIENT/CASE: 25369.0014

RE:  Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 03/04/05 | Roger L. Frankel | Travel (non-working) to/from New York. | 1.00 |
| 03/21/05 | Roger L. Frankel | Trip to/from hearing (train). | 2.00 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $322.50 | 3.00 | $967.50 |
| **TOTAL HOURS & FEES** | | **3.00** | **$967.50** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**...................................................................**$967.50**

# SWIDLER BERLIN LLP
### FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 04/18/05

OUR REFERENCE: 25369.0014

INVOICE NUMBER: 285144

## INVOICE  SUMMARY

TOTAL FEES.................................................................................................$967.50

TOTAL OTHER CHARGES.......................................................................$0.00

**TOTAL AMOUNT DUE** ........................................................................**$967.50**

_**REMITTANCE INFORMATION:**_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:       Wachovia Bank, N.A.
Account Title:      Swidler Berlin LLP
ABA Routing No.:    054001220
Account No.:        2000024531692

**Please Note Our Reference and Invoice Numbers When Making Payment**

## CERTIFICATE OF SERVICE

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on April 29, 2005, I caused the *Notice, Cover Sheet to Eleventh Monthly Interim Application of Swidler Berlin LLP, Bankruptcy Counsel to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period March 1, 2005 through March 31, 2005, Verification and Exhibit A*, to be served upon those persons as shown on the attached Service List in the manner set forth therein.

      Under penalty of perjury, I certify the foregoing to be true and correct.

                      Debra O. Fullem, Senior Legal Assistant
                      Swidler Berlin LLP

## SERVICE LIST

**Federal Express**
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

**Regular Mail**
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Federal Express**
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express and Email: feeaudit@whsmithlaw.com**
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com**
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail: jsakalo@bilzin.com**
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


**E-mail: david.heller@lw.com and carol.hennessey@lw.com**
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


**E-mail: pbentley@kramerlevin.com**
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP