# EXHIBIT A

**W. R. Grace & Co., et al., District of Delaware, Bankruptcy Case No. 01-1139**

**Report on Settlements of Certain Claims and Causes of Action January 1, 2005 through March 31, 2005**

| | | |
|---|---|---|
| W. R. Grace & Co.-Conn.<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Timothy Kane<br>c/o Stuart F. Cohen, Esquire<br>3440 Hollywood Boulevard<br>2nd Floor<br>Hollywood, FL 33021 | On January 25, 2005, the case of *Timothy Kane v. Walt Disney World Co. and W. R. Grace & Co.-Conn., et al.*, was settled at mediation. Plaintiff slipped on Vycor Ice & Water Shield and fell from the roof of the Walt Disney World Grand Floridian Resort Hotel while erecting scaffolding. As a result, he is a paraplegic. Collectively, all defendants will pay $1,000,000. Settlement Amount: $430,000 paid by Grace's insurance carrier. |
| W. R. Grace & Co.-Conn.<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Miller Brewing Company<br>3939 W. Highland Boulevard<br>Milwaukee, WI 53208 | During the period of approximately May 1, 2002 through July 12, 2002, Miller Brewing used Grace crown closure materials in the manufacture of approximately 1,740,000 cases of Miller beer. About July 12, 2002, complaints began to be received of foreign matter floating in the beer, including in approximately 103,000 cases shipped to the Dominican Republic. Following settlement agreement on January 5, 2005, wherein Miller released Grace from claims (excluding personal injury) for all suspect product (1,740,000 cases), the beer was recalled and destroyed. Settlement amount: $550,000 |
| W. R. Grace & Co.-Conn.<br>62 Whittemore Avenue<br>Cambridge, MA 02140 | Town of Pembroke<br>100 Center Street<br>Pembroke, MA 02359 | Grace supplied certain waterproofing materials, including Procor® for use at the Bryantville Elementary School in Pembroke. Certain odor problems arose which required remediation and repair. Settlement occurred on March 21, 2005, and Grace's financial contribution to the settlement amount was $61,339.28. |

3