# EXHIBIT A

## W. R. Grace & Co., et al.

### District of Delaware, Bankruptcy Case No. 01-1139

### Report on *De Minimis* Asset Sales January 1, 2005 through March 31, 2005

**Part I – Sales in excess of $25,000, but less than $250,000.**

| Seller | Purchaser | Description |
|---|---|---|
| W. R. Grace & Co.-Conn., Seller<br>7500 Grace Drive<br>Columbia, MD 21044 | William R. Enescoe and Merit Wish Enescoe, Purchaser<br>213 East Winter Avenue<br>New Castle, PA 16101 | On January 14, 2005, W. R. Grace & Co.-Conn. sold to William R. Enescoe and Merit Wish Enescoe approximately 2.3 acres of land and a building situated thereon, formerly a Grace vermiculite facility on Cherry Street in New Castle, Pennsylvania. The purchase price was $140,000.00, of which Grace netted $100,638.89 after closing costs. |
| W. R. Grace & Co.-Conn., Seller<br>7500 Grace Drive<br>Columbia, MD 21044 | Sheldon Mickelson and Annette C. Mickelson, Trustees of The Sam Trust, Purchaser<br>1060 Skees Road<br>West Palm Beach, FL 33411 | On March 15, 2005, Grace sold excess property located on Schuffletown Road, Laurens County, South Carolina (former Cryovac division dump site) to Sheldon Mickelson and Annette C. Mickelson, Trustees of The Sam Trust. Value: $240,000 (net of closing costs). |

**Part II – Sales equal to or less than $25,000.**

NONE

91100-001\DOCS_DE:107630.1