## EXHIBIT A

**Case Administration (17.40 Hours; $ 6,908.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.50 | $720 | 4,680.00 |
| Rita C. Tobin | .40 | $415 | 166.00 |
| Robert C. Spohn | 9.00 | $200 | 1,800.00 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/01/05 | PVL | 720.00 | 0.30 | Teleconference Heberling. |
| 03/01/05 | RCS | 200.00 | 4.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/01/05 (.4); prepare sets of Adversary Proceeding Fee Applications for review by attorney regarding submission requested by the Court (3.7); review files and dockets to obtain specific documents requested by outside counsel (.8). |
| 03/02/05 | PVL | 720.00 | 0.40 | Review Hurford memo and reply (.1); teleconference EI (.1); review e-mail (.2). |
| 03/02/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/02/05 (.2); retrieve documents requested by attorney (.3). |
| 03/03/05 | PVL | 720.00 | 2.00 | Review 3 miscellaneous filings (.1); draft memo to EI re Libby (.6); confer NDF (.2); review drafts of response re Festa motion (.4); teleconferences Hurford re same (.6); teleconference EI (.1). |
| 03/03/05 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/03/05 (.1); review dockets and search for specific pleading that may have been filed (.8). |
| 03/04/05 | PVL | 720.00 | 0.10 | Review revised response re Festa. |

{D0043295:1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 03/04/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/04/05 (.1). |
| 03/07/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 03/07/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/07/05 (.3). |
| 03/08/05 | PVL | 720.00 | 0.20 | Review 9 miscellaneous filings (.1); review reply re Pearson (.1). |
| 03/08/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/08/05 (.2); retrieve documents requested by attorney (.2). |
| 03/09/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/09/05 (.3); retrieve attorney notes requested by attorney (.2). |
| 03/09/05 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for RCT. |
| 03/10/05 | PVL | 720.00 | 0.30 | Review e-mail (.1); e-mail Baer and Baena (.1); teleconference EI (.1). |
| 03/10/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/10/05 (.1). |
| 03/11/05 | PVL | 720.00 | 0.40 | Review e-mail and reply to Baena et al (.3); e-mail Eskin (.1). |
| 03/11/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/11/05 (.1). |
| 03/15/05 | PVL | 720.00 | 0.20 | Review agenda (.1); review Hurford e-mail and reply (.1). |
| 03/16/05 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/16/05 (.4). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/17/05 | PVL | 720.00 | 0.90 | Review e-mails (.2); review draft Sealed Air motion (.2); review revised Sealed Air agreement (.4); review draft letter CA3 and e-mail Hurford (.1). |
| 03/17/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/17/05 (.1). |
| 03/21/05 | PVL | 720.00 | 1.10 | Conferences Hurford et al (.4); confer Pasquale (.3); confer Frankel (.3); review 8 miscellaneous orders (.1). |
| 03/22/05 | PVL | 720.00 | 0.20 | Review e-mail. |
| 03/22/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/22/05 (.5). |
| 03/23/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/23/05 (.2). |
| 03/23/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 03/28/05 | PVL | 720.00 | 0.20 | Review 4 miscellaneous filings (.1); review e-mail (.1). |
| 03/28/05 | RCT | 415.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 03/29/05 | PVL | 720.00 | 0.10 | Review e-mail. |
| 03/30/05 | PVL | 720.00 | 0.10 | Review 13 miscellaneous filings. |

**Total Task Code .04     17.40**


**Claim Analysis Objection & Resolution (Asbestos) (5.10 Hours; $ 3,672.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.10 | $720 | 3,672.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/04/05 | PVL | 720.00 | 0.20 | Review revised draft CMO. |
| 03/07/05 | PVL | 720.00 | 0.20 | Review revised CMO and e-mail Budd et al. |
| 03/08/05 | PVL | 720.00 | 0.50 | Confer WBS, NDF (.2); confer WBS (.1); review e-mail (.2). |
| 03/17/05 | PVL | 720.00 | 1.60 | Teleconference Wyron (.4); review e-mails (.2); review revised PI questionnaire (1). |
| 03/18/05 | PVL | 720.00 | 2.30 | Confer WBS, NDF, KNB re est. issues (1.4); review e-mail re same (.3); review revised PD CMO (.3); teleconference Bernick, Baer, Wyron, WBS et al re est. (.5); teleconference EI (.1). |
| 03/23/05 | PVL | 720.00 | 0.20 | Review revised PD CMO (.1); telephone call from EI (.1). |
| 03/24/05 | PVL | 720.00 | 0.10 | Review draft CMO and reply. |

**Total Task Code .05    5.10**


**Committee, Creditors', Noteholders' or Equity Holders' (.50 Hours; $ 397.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $795 | 397.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/04/05 | EI | 795.00 | 0.50 | Memo to Budd, Weitz, Cooney re: Libby claimants (.3); memo re: potential acquisition (.2). |

**Total Task Code .07    .50**

**Employee Benefits/Pension (.70 Hours; $ 541.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .50 | $795 | 397.50 |
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/03/05 | EI | 795.00 | 0.50 | Opposition to CEO contract (.5). |
| 03/14/05 | PVL | 720.00 | 0.20 | Review ACC reply re Festa and e-mail Hurford. |

**Total Task Code .08          .70**

**Employment Applications, Others (.30 Hours; $ 216.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $720 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/09/05 | PVL | 720.00 | 0.20 | Review revised AKO retention opposition and e-mail Hurford. |
| 03/18/05 | PVL | 720.00 | 0.10 | Review AKO retention application. |

**Total Task Code .10          .30**

**Fee Applications, Applicant (3.20 Hours; $ 968.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.70 | $415 | 705.50 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/08/05 | RCT | 415.00 | 0.50 | Review prebills. |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/11/05 | RCT | 415.00 | 0.50 | Review exhibits. |
| 03/16/05 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
| 03/23/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 03/24/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 03/31/05 | RCT | 415.00 | 0.20 | Review fee app. schedule for April 2005. |

**Total Task Code .12      3.20**


**Fee Applications, Others (.30 Hours; $ 216.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .30 | $720 | 216.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/05 | PVL | 720.00 | 0.10 | Review 4 miscellaneous fee filings. |
| 03/11/05 | PVL | 720.00 | 0.10 | Teleconference RCT and e-mail Baer. |
| 03/21/05 | PVL | 720.00 | 0.10 | Review 3 fee applications. |

**Total Task Code .13      .30**


**Financing (.20 Hours; $ 159.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .20 | $795 | 159.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/25/05 | EI | 795.00 | 0.20 | Conf L. Tersigni, M. Berkin, S. Plotzky re: status and finances. |

**Total Task Code .14**        .20

**Hearings (1.90 Hours; $ 1,368.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.90 | $720 | 1,368.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/18/05 | PVL | 720.00 | 0.40 | Teleconference Hurford re omni hearing (.2); review e-mail (.2). |
| 03/21/05 | PVL | 720.00 | 1.50 | Attend omni hearing. |

**Total Task Code .15**        1.90

**Litigation and Litigation Consulting (23.90 Hours; $ 13,543.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .70 | $795 | 556.50 |
| Peter Van N. Lockwood | 1.10 | $720 | 792.00 |
| Walter B. Slocombe | 14.30 | $590 | 8,437.00 |
| Albert G. Lauber | .50 | $580 | 290.00 |
| Nathan D. Finch | 7.30 | $475 | 3,467.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/07/05 | EI | 795.00 | 0.20 | Memo to Cooney/Weitz/Budd re: Libby (.2). |
| 03/08/05 | WBS | 590.00 | 1.50 | Rev pleadings re est issues. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 03/09/05 | WBS | 590.00 | 1.80 | Continue rev of pleadings, issues re est procedure. |
| 03/14/05 | PVL | 720.00 | 0.40 | Teleconference Wasserstein, Baena and Sakalo. |
| 03/15/05 | AGL | 580.00 | 0.50 | Review emailed letter to CA3 on Sealed Air appeal (0.3); review pending orders and schedule (0.2). |
| 03/15/05 | NDF | 475.00 | 2.40 | Reviewing discovery from Sealed Air case for use in estimation (2.4). |
| 03/16/05 | PVL | 720.00 | 0.20 | Review revised Sealed Air motion and e-mails. |
| 03/17/05 | WBS | 590.00 | 3.00 | Rev revised CMO and Qrre proposal and outline response/objections. |
| 03/17/05 | NDF | 475.00 | 1.00 | Review revised questionnaire (1.0). |
| 03/18/05 | EI | 795.00 | 0.10 | Memo re: conf Rice (.1). |
| 03/18/05 | WBS | 590.00 | 5.50 | Conf re strategy and details of opposition to Debtors CMO and POC proposals (PVNL, NDF, KNB) (1.2), rev PD CMO (.3), rev new proposed POC form and comments (.6), res and outline for opp to debtors proposals (3.0), conf with Debtors, others parties counsel re schedule for presenting CMO/POC/est methodology to court (.4). |
| 03/18/05 | NDF | 475.00 | 3.90 | Memo to PVNL re: case issues (.5); conf. PVNL, WBS re: case strategy and estimation methodology (1.5); reviewing prior briefs re: history as a basis for estimation (1.1); conf. WBS re: same (.3); t/c Wyron re: case issues (.5). |
| 03/21/05 | WBS | 590.00 | 1.80 | Participate in omnibus hearing by phone (including waiting time for hearing to start). |
| 03/22/05 | WBS | 590.00 | 0.60 | Participate in telephonic hearing re schedule re discovery on est (.3), telephone conference with KS counsel for FCR re follow-up and allocation of work (.3). |
| 03/24/05 | WBS | 590.00 | 0.10 | Rev draft order re schedule for est process briefing. |
| 03/25/05 | EI | 795.00 | 0.30 | T/c PVNL re: Rice proposal. |
| 03/30/05 | EI | 795.00 | 0.10 | Conf. PVNL re: status. |
| 03/31/05 | PVL | 720.00 | 0.50 | Review e-mail and drafts to Sealed Air motion and order and reply. |

9

**Total Task Code .16        23.90**

**Plan & Disclosure Statement (13.00 Hours; $ 7,092.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 5.80 | $720 | 4,176.00 |
| Kimberly N. Brown | 7.20 | $405 | 2,916.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/05 | KNB | 405.00 | 0.30 | Review file re omnibus hearing |
| 03/08/05 | PVL | 720.00 | 2.40 | Teleconferences Forscey (.8); teleconference EI (.4); confer NDF (.4); e-mail Baron et al (.1); draft memo re Cornyn amendment (.7). |
| 03/09/05 | PVL | 720.00 | 1.80 | Teleconferences EI (.3); draft memo re Cornyn amendment (.3); review e-mail (.3); teleconference Cooney (.6); memo to EI (.2); review Baucus amendment (.1). |
| 03/09/05 | KNB | 405.00 | 1.30 | Review draft CMO (.5); e-mail team re same (.8) |
| 03/16/05 | KNB | 405.00 | 0.20 | Conf WBS re questionnaire |
| 03/17/05 | KNB | 405.00 | 1.20 | Review draft questionnaire (.8); e-mails re same (.1); confer with WBS re same (.3) |
| 03/18/05 | KNB | 405.00 | 1.70 | TCN with PVNL, WBS, NDF re Grace questionnaire, CMO, strategy for meeting with Debtors |
| 03/22/05 | KNB | 405.00 | 0.50 | Confer WBS, PVNL re estimation (.3); review e-mail from NDF with attachments re estimation briefs (.2) |
| 03/23/05 | KNB | 405.00 | 1.80 | Review memo re omnibus hearing (.1); e-mail EI re conversation with J.Mekus re SOL meeting (.1); call C.Cuniff re SOL issue (.1); TCN with S.Reidenberg re Anderson discovery, Port Authority adversary (.4); memo re same (1.1) |

| 03/24/05 | KNB | 405.00 | 0.20 | Review draft questionnaire (.1); review e-mail re same (.1) |
| 03/25/05 | PVL | 720.00 | 1.00 | Review POR issues (.5); telephone call from EI re same (.4); review e-mail (.1). |
| 03/30/05 | PVL | 720.00 | 0.60 | Review Bernick voicemail (.1); review Certain Ins. resp. re CMO (.1); review revised Sealed Air agreement (.1); review LTC memo (.2); confer EI (.1). |

**Total Task Code .17**         **13.00**

**Tax Issues (4.10 Hours; $1,833.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Christopher S. Rizek | 3.10 | $480 | 1,488.00 |
| Neal M. Kochman | 1.00 | $345 | 345.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/02/05 | NMK | 345.00 | 1.00 | Review motion re tax settlement |
| 03/16/05 | CSR | 480.00 | 2.10 | Review and edit motion, e-mails re same, research re same. |
| 03/17/05 | CSR | 480.00 | 1.00 | E-mail and additional inserts, teleconference re same. |

**Total Task Code .19**         **4.10**

**Travel – Non Working (4.40 Hours; $ 1,584.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.40 | $360 | 1,584.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/21/05 | PVL | 360.00 | 4.40 | Travel to/from Wilmington. |

**Total Task Code .21         4.40**

**Fee Auditor Matters (.50 Hours; $ 207.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .50 | $415 | 207.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 03/11/05 | RCT | 415.00 | 0.20 | Review email re: fee auditor issue (.1); telecon PVNL re: same (.1). |
| 03/14/05 | RCT | 415.00 | 0.30 | Review final fee auditor report. |

**Total Task Code .32         .50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 361.00 |
| Air Freight & Express Mail | 22.25 |
| Database Research | 55.09 |
| Long Distance-Equitrac In-House | 9.58 |
| Meals Related to Travel | 13.59 |
| Research Material | 74.83 |
| Telecopier/Equitrac | 0.75 |
| Travel Expenses - Ground Transportation | 55.60 |
| Travel Expenses - Miscellaneous | 3.00 |
| Xeroxing | 140.55 |
| **Total for Report** | **$ 736.24** |

{D0043295:1 }