**EXHIBIT B**

**Case Administration (17.4 Hours; $ 6,908.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  17.4**

**Claim Analysis Objection & Resolution (Asbestos) (5.1 Hours; $ 3,672.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  5.1**

**Committee, Creditors', Noteholders' or Equity Holders' (.5 Hours; $ 397.50)**

   Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07  .5**

**Employment Benefits/Pension (.7 Hours; $ 541.50)**

   Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08  .7**

**Employment Applications, Others (.3 Hours; $ 216.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10  .3**

**Fee Applications, Applicant (3.2 Hours; $ 968.00)**

{D0043296:1 }
DOC#151898

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         3.2**

**Fee Applications others (.3 Hours; $ 216.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .3**

**Financing (.2 Hours; $ 159.00)**

Services rendered in this category pertain to the additional review of the Debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14         .2**

**Hearings (1.9 Hours; $ 1,368.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         1.9**

**Litigation and Litigation Consulting (23.9 Hours; $ 13,543.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         23.9**

**Plan & Disclosure Statement (13.0 Hours; $ 7,092.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0043296:1 }

- 3 -

**Total Task Code .17        13.0**


**Tax Issues (4.1 Hours; $ 1,833.00)**

      Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19        4.1**


**Travel Non-Working (4.4 Hours; $ 1,584.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        4.4**


**Fee Auditor Matters (.5 Hours; $ 207.50)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        .5**