## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 361.00 |
| Air Freight & Express Mail | 22.25 |
| Database Research | 55.09 |
| Long Distance-Equitrac In-House | 9.58 |
| Meals Related to Travel | 13.59 |
| Research Material | 74.83 |
| Telecopier/Equitrac | 0.75 |
| Travel Expenses - Ground Transportation | 55.60 |
| Travel Expenses - Miscellaneous | 3.00 |
| Xeroxing | 140.55 |
| **Total for Report** | **$ 736.24** |

{D0043297:1 }