| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Matter    000 | Disbursements | | | | | 4/15/2005 |

Print Date/Time:
04/15/2005
2:58:18PM

Attn: Invoice #

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 3/31/2005

**Matter    000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 |
|---|---|---|---|---|---|

Last Billed : 3/28/2005                                13,655

Trust Amount Available

Total Expenses Billed To Date        $256,383.30

| Billing Empl: | 0120 | Elihu Inselbuch |
|---|---|---|
| Responsible Empl: | 0120 | Elihu Inselbuch |
| Alternate Empl: | 0120 | Elihu Inselbuch |
| Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 351.25 | 0.00 | 253.25 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 2.85 | 0.00 | 2.85 |
| 0096 | KNB | Kimberly N Brown | 0.00 | 328.79 | 0.00 | 182.79 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 104.25 | 0.00 | 104.25 |
| 0187 | NDF | Nathan D Finch | 0.00 | 22.25 | 0.00 | 22.25 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 0.45 | 0.00 | 0.45 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 170.40 | 0.00 | 170.40 |
|  |  |  | **0.00** | **980.24** | **0.00** | **736.24** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1772221 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $3.90 | 0.00 |  | $3.90 | 3.90 |
| 1772278 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $70.20 | 0.00 |  | $70.20 | 74.10 |
| 1772295 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $22.20 | 0.00 |  | $22.20 | 96.30 |
| 1772322 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $7.95 | 0.00 |  | $7.95 | 104.25 |
| 1773100 | Pacer Service Center;   Usage for period October through December 2004 | E | 03/02/2005 | 0999 | C&D | 0.00 |  | $74.83 | 0.00 |  | $74.83 | 179.08 |
| 1773836 | KNB;  Attend omnibus hearing in Delaware on 2/28 | E | 03/03/2005 | 0096 | KNB | 0.00 |  | $9.59 | 0.00 |  | $9.59 | 188.67 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 4/15/2005 |
| | | | | | | | | | | Print Date/Time: |
| | | | | | | | | | | 04/15/2005 |
| | | | | | | | | | | 2:58:18PM |
| Attn: | | | | | | | | | | Invoice # |
| | for meals | | | | | | | | | |
| 1773837 | KNB; Attend omnibus hearing in Delaware on 2/28 for cabs | E | 03/03/2005 | 0096 | KNB | 0.00 | $14.00 | 0.00 | $14.00 | 202.67 |
| 1773838 | KNB; Attend omnibus hearing in Delaware on 2/28 for mileage to and parking at train station | E | 03/03/2005 | 0096 | KNB | 0.00 | $22.10 | 0.00 | $22.10 | 224.77 |
| 1773839 | KNB; Attend omnibus hearing in Delaware on 2/28 for tips | E | 03/03/2005 | 0096 | KNB | 0.00 | $3.00 | 0.00 | $3.00 | 227.77 |
| 1774097 | Equitrac - Long Distance to 2123199240 | E | 03/03/2005 | 0999 | C&D | 0.00 | $1.30 | 0.00 | $1.30 | 229.07 |
| 1774098 | Equitrac - Long Distance to 3024261900 | E | 03/03/2005 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 229.25 |
| 1774658 | Photocopy | E | 03/04/2005 | 0999 | C&D | 0.00 | $2.25 | 0.00 | $2.25 | 231.50 |
| 1775005 | Equitrac - Long Distance to 2126446755 | E | 03/07/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 231.55 |
| 1775007 | Equitrac - Long Distance to 8054993572 | E | 03/07/2005 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 231.66 |
| 1775026 | Equitrac - Long Distance to 8054993572 | E | 03/07/2005 | 0999 | C&D | 0.00 | $3.15 | 0.00 | $3.15 | 234.81 |
| 1775100 | Fax Transmission to 12126446755 | E | 03/07/2005 | 0020 | PVL | 0.00 | $0.30 | 0.00 | $0.30 | 235.11 |
| 1775202 | Photocopy | E | 03/07/2005 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 235.41 |
| 1775207 | Photocopy | E | 03/07/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 236.31 |
| 1775218 | Photocopy | E | 03/07/2005 | 0999 | C&D | 0.00 | $3.90 | 0.00 | $3.90 | 240.21 |
| 1775549 | Equitrac - Long Distance to 8054993572 | E | 03/08/2005 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 240.28 |
| 1775624 | Equitrac - Long Distance to 8054993572 | E | 03/08/2005 | 0999 | C&D | 0.00 | $0.59 | 0.00 | $0.59 | 240.87 |
| 1775629 | Equitrac - Long Distance to 8054993572 | E | 03/08/2005 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 241.08 |
| 1776088 | Equitrac - Long Distance to 3125516759 | E | 03/09/2005 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 241.16 |
| 1776111 | Equitrac - Long Distance to 8054993572 | E | 03/09/2005 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 241.58 |
| 1776231 | Fax Transmission to 13125516759 | E | 03/09/2005 | 0020 | PVL | 0.00 | $0.45 | 0.00 | $0.45 | 242.03 |
| 1776501 | Equitrac - Long Distance to 3053502403 | E | 03/10/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 243.23 |
| 1776512 | Equitrac - Long Distance to 2123199240 | E | 03/10/2005 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 243.52 |
| 1777089 | Equitrac - Long Distance to 2123199240 | E | 03/11/2005 | 0999 | C&D | 0.00 | $0.13 | 0.00 | $0.13 | 243.65 |
| 1777271 | Photocopy | E | 03/11/2005 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 246.05 |
| 1777529 | ADA Travel KNB travel on 2/28 to Wilmington (coach fare 92.00) | E | 03/14/2005 | 0096 | KNB | 0.00 | $238.00 | 0.00 | $92.00 | 338.05 |
| 1777537 | ADA Travel agency fee on KNB travel on 2/28 to Wilmington | E | 03/14/2005 | 0096 | KNB | 0.00 | $40.00 | 0.00 | $40.00 | 378.05 |
| 1779062 | Photocopy | E | 03/15/2005 | 0999 | C&D | 0.00 | $1.65 | 0.00 | $1.65 | 379.70 |
| 1779524 | Photocopy | E | 03/16/2005 | 0096 | KNB | 0.00 | $2.10 | 0.00 | $2.10 | 381.80 |
| 1779899 | Equitrac - Long Distance to 3053756156 | E | 03/17/2005 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 381.90 |
| 1780131 | Photocopy | E | 03/17/2005 | 0054 | WBS | 0.00 | $2.85 | 0.00 | $2.85 | 384.75 |
| 1780394 | Equitrac - Long Distance to 3024261900 | E | 03/18/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 385.50 |
| 1782747 | Photocopy | E | 03/24/2005 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 392.70 |
| 1782755 | Photocopy | E | 03/24/2005 | 0999 | C&D | 0.00 | $7.50 | 0.00 | $7.50 | 400.20 |
| 1782965 | ADA Travel for PVNL to Wilmington on 3/21 (coach 189.00) | E | 03/24/2005 | 0020 | PVL | 0.00 | $287.00 | 0.00 | $189.00 | 589.20 |
| 1782966 | ADA Travel agency fee on PVNL 3/21 travel to Wilmington | E | 03/24/2005 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 629.20 |
| 1783000 | Federal Express to Phillip Milch from NDF on 3/2 | E | 03/24/2005 | 0187 | NDF | 0.00 | $22.25 | 0.00 | $22.25 | 651.45 |
| 1783192 | Equitrac - Long Distance to 2123197125 | E | 03/25/2005 | 0999 | C&D | 0.00 | $0.23 | 0.00 | $0.23 | 651.68 |
| 1783345 | Photocopy | E | 03/25/2005 | 0232 | LK | 0.00 | $0.45 | 0.00 | $0.45 | 652.13 |
| 1783537 | Equitrac - Long Distance to 8054993572 | E | 03/28/2005 | 0999 | C&D | 0.00 | $0.51 | 0.00 | $0.51 | 652.64 |
| 1783554 | Equitrac - Long Distance to 8054993572 | E | 03/28/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 652.69 |
| 1783581 | Equitrac - Long Distance to 8054993572 | E | 03/28/2005 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 652.74 |
| 1784232 | Petty Cash Cb and parking for PVNL travel to Wilmington for hearing on 3/21 | E | 03/29/2005 | 0020 | PVL | 0.00 | $19.50 | 0.00 | $19.50 | 672.24 |
| 1784233 | Petty Cash Meal for PVNL on travel to Wilmington for hearing on 3/21 | E | 03/29/2005 | 0020 | PVL | 0.00 | $4.00 | 0.00 | $4.00 | 676.24 |
| 1784305 | Equitrac - Long Distance to 8054993572 | E | 03/29/2005 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 676.35 |
| 1785319 | Photocopy | E | 03/30/2005 | 0999 | C&D | 0.00 | $4.80 | 0.00 | $4.80 | 681.15 |
| 1787091 | Database Research-Westlaw WBS/MLR on 3/21 | E | 03/31/2005 | 0999 | C&D | 0.00 | $55.09 | 0.00 | $55.09 | 736.24 |
| **Total Expenses** | | | | | | 0.00 | $980.24 | 0.00 | $736.24 | |

| | | | | | |
|---|---|---|---|---|---|
| Matter Total Fees | | | | 0.00 | 0.00 |
| Matter Total Expenses | | | | 980.24 | 736.24 |
| Matter Total | | | 0.00 | 980.24 | 0.00 | 736.24 |

| | | | | |
|---|---|---|---|---|
| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
| Matter     000 | Disbursements | | | 4/15/2005 |
| | | | | Print Date/Time: |
| | | | | 04/15/2005 |
| | | | | 2:58:18PM |
| Attn: | | | | Invoice # |

|  |  |  |  |
|---|---|---|---|
| Prebill Total Fees | | | |
| Prebill Total Expenses | | $980.24 | $736.24 |
| Prebill Total | 0.00 | $980.24    0.00 | $736.24 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,596.00 | 2,519.20 |
| 47,743 | 11/22/2004 | 26,475.00 | 5,295.00 |
| 48,023 | 12/27/2004 | 75,199.50 | 15,039.90 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| 48,421 | 01/28/2005 | 115,704.00 | 23,140.80 |
| 48,886 | 02/28/2005 | 47,229.04 | 47,229.04 |
| 49,224 | 03/28/2005 | 35,581.83 | 35,581.83 |
| | | 1,615,934.62 | 343,858.66 |