Date: 04/30/05            Legal Analysis Systems, Inc.
Time: 11:00am                                                        Page 1


               W. R. Grace, Inc. % Elihu Inselbuch
               Caplin & Drysdale
               399 Park Avenue, 27th Floor
               New York, New York 10022


Date/Slip# Description                                   HOURS/RATE    AMOUNT
---------------------------------------------------------------------------
 03/30/05  Peterson  / (07) Committee, Creditors'            0.2      120.00
 #5506     email Libby memorandum to Kazan                 600.00

{D0043408:1 }

Date: 04/30/05          Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 2

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
03/11/05  Peterson  / (28) Data Analysis              2.7   1620.00
#5501     Review prior forecasts of liabilities      600.00

03/11/05  Peterson  / (28) Data Analysis              2.1   1260.00
#5502     Research issues re: Libby exposures and claims  600.00

03/16/05  Peterson  / (28) Data Analysis              2.3   1380.00
#5503     Review Grace forecasts in Sealed Air litigation  600.00

03/21/05  Peterson  / (28) Data Analysis              2.4   1440.00
#5504     Research on Libby claims                    600.00

03/24/05  Peterson  / (28) Data Analysis              2.5   1500.00
#5505     Research issues and claims re: vermiculite  600.00
          insulation and transportation

03/30/05  Peterson  / (28) Data Analysis              3.1   1860.00
#5507     Review prior analyses of liabilities in Libby;  600.00
          revise analyses

03/31/05  Peterson  / (28) Data Analysis              1.0    600.00
#5508     Review prior analyses of alternative methods for  600.00
          compensating asbestos claimants; review current
          proposals

03/31/05  Peterson  / (28) Data Analysis              0.5    300.00
#5509     Telephone Relles (2 calls) re: Montana settlement  600.00
          averages

03/31/05  Peterson  / (28) Data Analysis              2.1   1260.00
#5510     Review MT averages, revise Libby forecast to include 600.00
          alternative based on MT historic averages

03/31/05  Peterson  / (28) Data Analysis              0.1     60.00
#5511     telephone Relles re: prior analyses of alternative  600.00
          methods for compensating asbestos claimants; review
          current proposals

03/31/05  Relles    / (28) Data Analysis              1.0    375.00
#5701     investigate Montana claims in WRG and OC datasets  375.00

03/31/05  Relles    / (28) Data Analysis              0.1     37.50
#5702     telephone Peterson re: prior analyses of alternative 375.00
          methods for compensating asbestos claimants; review
          current proposals

{D0043408:1 }

```
Date: 04/30/05            Legal Analysis Systems, Inc.
Time: 11:00am                                                        Page 3

            W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 03/31/05  Relles    / (28) Data Analysis               0.5      187.50
 #5703     telephone Peterson (2 calls) re: Montana settlement  375.00
           averages
-----------------------------------------------------------------------------
```

{D0043408:1 }

```
Date: 04/30/05           Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 4

          W. R. Grace

          Summary Of Time Charges, By Month and Activity
                    March 2005 - March 2005

MONTH       ACTIVITY                                    HOURS    AMOUNT
-----------------------------------------------------------------------
March     - (07) Committee, Creditors'                    0.2    120.00
March     - (28) Data Analysis                           20.4  11880.00
March     - (99) Total                                   20.6  12000.00

Total     - (07) Committee, Creditors'                    0.2    120.00
Total     - (28) Data Analysis                           20.4  11880.00
Total     - (99) Total                                   20.6  12000.00

-----------------------------------------------------------------------
```

{D0043408:1 }

```
Date: 04/30/05          Legal Analysis Systems, Inc.
Time: 11:00am                                                   Page 5

              W. R. Grace

            Summary Of Time Charges, By Month and Person
                   March 2005 - March 2005

     MONTH       PERSON                          HOURS    AMOUNT
     ------------------------------------------------------------------
     March     - Relles                            1.6    600.00
     March     - Peterson                         19.0  11400.00
     March     - Total                            20.6  12000.00

     Total     - Relles                            1.6    600.00
     Total     - Peterson                         19.0  11400.00
     Total     - Total                            20.6  12000.00


     ---------------------------------------------------------------------
```

{D0043408:1 }

```
Date: 04/30/05          Legal Analysis Systems, Inc.
Time: 11:00am                                                    Page 6

             W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    March 2005 - March 2005

MONTH       PERSON                            HOURS   RATE    AMOUNT
----------------------------------------------------------------------
(07) Committee, Creditors'

March      - Peterson                           0.2   600.    120.00

(28) Data Analysis

March      - Relles                             1.6   375.    600.00
March      - Peterson                          18.8   600.  11280.00

------------------------------------------------------------------------------
```

{D0043408:1 }