**EXHIBIT 2**

# BMC Group

## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of October 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Pacer | $423.36 |
| Document Storage | $401.65 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,675.01 |

**EXHIBIT 2**

**BMC Group**

**Expense Detail - Oct 2004**

| Invoice # | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG041031 | WR Grace | BMC | $850.00 | 10/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG041031 | WR Grace | BMC | $401.65 | 10/31/04 | Document Storage | 277 Boxes |
| WRG041031 | WR Grace | Pacer | $423.36 | 10/31/04 | Pacer | Qtrly Court Doc downloads |

**EXHIBIT 2**



**bmc**⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20041004-4 | 10/4/2004 | $32.35 |
| Invoice # | 021-20041004-3 | 10/4/2004 | $40.05 |
| Invoice # | 021-20041004-2 | 10/4/2004 | $82.20 |
| Invoice # | 021-20041004-1 | 10/4/2004 | $150.80 |
| Invoice # | 021-20041027-5 | 10/27/2004 | $26.02 |
| Invoice # | 021-20041027-4 | 10/27/2004 | $55.09 |
| Invoice # | 021-20041027-3 | 10/27/2004 | $28.06 |
| Invoice # | 021-20041027-2 | 10/27/2004 | $29.41 |
| Invoice # | 021-20041027-1 | 10/27/2004 | $25.87 |
| | | **Total** | **$469.85** |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 BMC Group

*Invoice Due Upon Receipt*

**EXHIBIT 2**



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Order re 6th Omnibus Objection to Claims MF 10592 | 12 / 48 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 47 Pieces @ $.60 each | $28.20 |
| | | | | USPS - International (at cost) | 1 Piece @ $1.60 each | $1.60 |
| | | | Production | Copy | 576 Pieces @ $.15 each | $86.40 |
| | | | | Stuff/Mail | 48 Pieces @ $.10 each | $4.80 |
| | | | Supplies | InkJet and Envelopes | 48 Pieces @ $.10 each | $4.80 |

**Total Due:** $150.80

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Continuation Order re Omni 5 Obj MF 10591 | 12 / 22 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 22 Pieces @ $.60 each | $13.20 |
| | | | Production | Copy | 264 Pieces @ $.15 each | $39.60 |
| | | | | Stuff/Mail | 22 Pieces @ $.10 each | $2.20 |
| | | | Supplies | InkJet and Envelopes | 22 Pieces @ $.10 each | $2.20 |
| | | | | | **Total Due:** | **$82.20** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Continuation Order re Omni 4 Obj MF 10589 | 9 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 7 Pieces @ $.60 each | $4.20 |
| | | | Production | Copy | 63 Pieces @ $.15 each | $9.45 |
| | | | | Stuff/Mail | 7 Pieces @ $.10 each | $0.70 |
| | | | Supplies | InkJet and Envelopes | 7 Pieces @ $.10 each | $0.70 |

**Total Due:** $40.05

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Continuation Order re Omni 3 Obj MF 10588 | 6 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 30 Pieces @ $.15 each | $4.50 |
| | | | | Fold and Stuff | 5 Pieces @ $.10 each | $0.50 |
| | | | Supplies | InkJet and Envelopes | 5 Pieces @ $.10 each | $0.50 |

**Total Due:** $32.35

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-200410027-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Omni 1 Order MF 10891 | 2 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 2 Pieces @ $.15 each | $0.30 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | InkJet and Envelopes | 1 Piece @ $.10 each | $0.10 |

**Total Due:** $25.87

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**bmc** ⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/27/2004
Invoice #: 021-20041027-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omni 3 Continuation Order MF 10892 | 6 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 18 Pieces @ $.15 each | $2.70 |
| | | | | Fold and Stuff | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | InkJet and Envelopes | 3 Pieces @ $.10 each | $0.30 |

**Total Due:** $29.41

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-200410273

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Omni 4 Continuation Order MF 10893 | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 9 Pieces @ $.15 each | $1.35 |
| | | | | Fold and Stuff | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | InkJet and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| | | | | | **Total Due:** | **$28.06** |

EXHIBIT 2
Invoice Due Upon Receipt



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/27/2004
Invoice #: 021-20041027-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Omni 5 Continuation Order MF 10894 | 8 / 17 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 17 Pieces @ $.37 each | $6.29 |
| | | | Production | Copy | 136 Pieces @ $.15 each | $20.40 |
| | | | | Fold and Stuff | 17 Pieces @ $.10 each | $1.70 |
| | | | Supplies | InkJet and Envelopes | 17 Pieces @ $.10 each | $1.70 |

**Total Due:**    $55.09

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 10/27/2004
Invoice #: 021-20041027-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 6 Continuation Order MF 10895 | 3 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.15 each | $0.45 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | InkJet and Envelopes | 1 Piece @ $.10 each | $0.10 |

**Total Due:** $26.02

EXHIBIT 2
*Invoice Due Upon Receipt*