# EXHIBIT 2

# BMC Group
## WR Grace
### MONTHLY SUMMARY OF EXPENSES
For the Month of November  2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| Notary | $30.00 |
| Document Storage | $461.10 |
| B-Linx/Data Storage | $850.00 |
| Monthly Total: | $1,341.10 |

**EXHIBIT 2**

**BMC GROUP**

**EXPENSE DETAIL - NOVEMBER 2004**

| Invoice | Client | Vendor | Amount | Date | Expense Type (Paid) | Description |
|---|---|---|---|---|---|---|
| WRG041130 | WR Grace | BMC | $850.00 | 11/30/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG041130 | WR Grace | BMC | $461.10 | 11/30/04 | Document Storage | 318 boxes |
| WRG041130 | WR Grace | Manhattan Postal Center | $30.00 | 11/24/04 | Notary | 21_Notarize POS (6) |

**EXHIBIT 2**



**bmc**⊕⊕⊕

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**INVOICE SUMMARY**

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20041105-2 | 11/5/2004 | $321.30 |
| Invoice # | 021-20041105-1 | 11/5/2004 | $534.85 |
| Invoice # | 021-20041115-1 | 11/15/2004 | $14,588.81 |
| Invoice # | 021-20041119-5 | 11/19/2004 | $26.44 |
| Invoice # | 021-20041119-4 | 11/19/2004 | $26.02 |
| Invoice # | 021-20041119-3 | 11/19/2004 | $27.34 |
| Invoice # | 021-20041119-2 | 11/19/2004 | $47.05 |
| Invoice # | 021-20041119-1 | 11/19/2004 | $26.02 |
| Invoice # | 021-20041122-1 | 11/22/2004 | $11,398.78 |
| | | **Total** | **$26,996.61** |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA, 98032
ABA/Routing #: 121000248
Account #: 0033022633 BMC Group

*Invoice Due Upon Receipt*

**EXHIBIT 2**



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/5/2004
Invoice #: 021-20041105-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Notice of Filing Fee Application MF 11081/11084 | 4 / 287 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 285 Pieces @ $.37 each | $105.45 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $.60 each | $0.60 |
| | | | Production | Copy | 1144 Pieces @ $.15 each | $171.60 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Fold and Stuff | 286 Pieces @ $.10 each | $28.60 |
| | | | Supplies | Labeling and Envelopes | 286 Pieces @ $.10 each | $28.60 |

**Total Due:** $534.85

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**bmc**⊕⊕⊕

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 11/5/2004
**Invoice #:** 021-20041105-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Monthly & Quarterly Fee Applications MF 11082/11083/11084 | 187 / 21 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $3.85 each | $11.55 |
| | | | Production | Copy | 561 Pieces @ $.15 each | $84.15 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff and Mail | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | Labeling and Envelopes | 3 Pieces @ $.10 each | $0.30 |

**Total Due:** $321.30

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/15/2004
Invoice #:        021-20041115-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Plan & Disclosure Statement MF 10673 | 467 / 287 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 5 Pieces @ $.25 each | $1.25 |
| | | | | FedEx (at cost) | 5 Pieces @ $37.20 each | $186.00 |
| | | | | USPS - 1st Class (at cost) | 281 Pieces @ $8.00 each | $2,248.00 |
| | | | | USPS - MXCA (at cost) | 1 Piece @ $8.55 each | $8.55 |
| | | | Production | Collate and Stuff | 287 Pieces @ $.10 each | $28.70 |
| | | | | Copy | 134029 Pieces @ $.09 each | $12,062.61 |
| | | | Supplies | Labeling and Envelopes | 287 Pieces @ $.10 each | $28.70 |

**Total Due:    $14,588.81**

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/19/2004
Invoice #: 021-20041119-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|----------|----------|-----------------|------|------|---------|-------|
| Noticing Document | 2nd Omni 6 Continuation Order MF 11355 | 3 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.15 each | $0.45 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | Labeling and Envelopes | 1 Piece @ $.10 each | $0.10 |

**Total Due:** $26.02

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-200411119-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Omni 5 Continuation Order MF 11356 | 6 / 15 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 15 Pieces @ $.37 each | $5.55 |
| | | | Production | Copy | 90 Pieces @ $.15 each | $13.50 |
| | | | | Fold and Stuff | 15 Pieces @ $.10 each | $1.50 |
| | | | Supplies | Labeling and Envelopes | 15 Pieces @ $.10 each | $1.50 |
| | | | | | **Total Due:** | **$47.05** |

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**⊕⊕⊕

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-20041119-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omni 4 Continuation Order MF 11357 | 4 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2 Pieces @ $.37 each | $0.74 |
| | | | Production | Copy | 8 Pieces @ $.15 each | $1.20 |
| | | | | Fold and Stuff | 2 Pieces @ $.10 each | $0.20 |
| | | | Supplies | Labeling and Envelopes | 2 Pieces @ $.10 each | $0.20 |

**Total Due:** $27.34

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/19/2004
Invoice #:    021-20041119-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 6th Omni 3 Continuation Order MF 11358 | 3 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.15 each | $0.45 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | Labeling and Envelopes | 1 Piece @ $.10 each | $0.10 |

**Total Due:    $26.02**

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: **11/19/2004**
Invoice #: **021-20041119-5**

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Stipulation & Order re: Exxon Mobil Claim No. 896 MF 11359 | 5 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2 Pieces @ $.37 each | $0.74 |
| | | | Production | Copy | 2 Pieces @ $.15 each | $0.30 |
| | | | | Fold and Stuff | 2 Pieces @ $.10 each | $0.20 |
| | | | Supplies | Labeling and Envelopes | 2 Pieces @ $.10 each | $0.20 |

**Total Due:**    $26.44

EXHIBIT 2
*Invoice Due Upon Receipt*



**bmc**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 11/22/2004
Invoice #: 021-20041122-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Ntc of Hearing On Approval of DS and Plan MF 11305 | 3 / 11,047 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 10629 Pieces @ $.37 each | $3,932.73 |
| | | | | USPS - International (at cost) | 44 Pieces @ $.80 each | $35.20 |
| | | | | USPS - MX/CA (at cost) | 374 Pieces @ $.60 each | $224.40 |
| | | | Production | Copy | 33147 Pieces @ $.15 each | $4,972.05 |
| | | | | Fold and Stuff | 11047 Pieces @ $.10 each | $1,104.70 |
| | | | Supplies | Labeling and Envelopes | 11047 Pieces @ $.10 each | $1,104.70 |

**Total Due:  $11,398.78**

EXHIBIT 2
*Invoice Due Upon Receipt*