**EXHIBIT 2**

**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG041231**

| Expense Type | Amount |
|---|---|
| B-Linx/Data Storage | $850.00 |
| Document Storage | $461.10 |
| Postage/Shipping | $28.97 |
| **Total** | **$1,340.07** |

EXHIBIT 2

**BMC GROUP**

**DECEMBER 2004 - EXPENSE DETAIL**

| Invoice # | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG041231 | WR Grace | BMC | $850.00 | 12/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG041231 | WR Grace | BMC | $461.10 | 12/31/04 | Document Storage | 318 Documents |
| WRG041231 | WR Grace | Fed Ex | $28.97 | 12/20/04 | Postage/Shipping | Michelle Dalsin Tracking ID 792805649413 |

**EXHIBIT 2**



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace

INVOICE SUMMARY

| Invoice # | Prod ctlo Date | Total |
|---|---|---|
| Invoice # 021-20041207-1 | 12/7/2004 | $6,825.58 |
| Invoice # 021-20041209-1 | 12/9/2004 | $110.75 |
| Invoice # 021-20041215-1 | 12/15/2004 | $530.96 |
| Invoice # 021-20041230-3 | 12/30/2004 | $30.31 |
| Invoice # 021-20041230-2 | 12/30/2004 | $50.92 |
| Invoice # 021-20041230-1 | 12/30/2004 | $30.28 |
| | Total | $7,578.80 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/7/2004
Invoice #: 021-20041207-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Custom-Ntc of Materially Insuff Info MF 11601/11594 | 8 / 3,246 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2894 Pieces @ $.37 each | $1,070.78 |
| | | | | USPS - International (at cost) | 2 Pieces @ $.80 each | $1.60 |
| | | | | USPS - MX/CA (at cost) | 350 Pieces @ $.60 each | $210.00 |
| | | | Production | Collate and Stuff | 3246 Pieces @ $.10 each | $324.60 |
| | | | | Copy | 16230 Pieces @ $.15 each | $2,434.50 |
| | | | | Variable Print Black Only | 9738 Pieces @ $.25 each | $2,434.50 |
| | | | Supplies | Labeling and Envelopes | 3246 Pieces @ $.10 each | $324.60 |

**Total Due:** $6,825.58

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/9/2004
Invoice #: 021-20041209-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl Plan and Disclosure Statement | 464 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $2.50 each | $2.50 |
| | | | | Express Mail (at cost) | 1 Piece @ $13.65 each | $13.65 |
| | | | Production | Copy | 464 Pieces @ $.15 each | $69.60 |

Total Due: $110.75

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/15/2004
Invoice #: 021-20041215-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Notice of Claims Previously Satisfied MF 11803 | 22 / 116 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 112 Pieces @ $.83 each | $92.96 |
| | | | | USPS - International (at cost) | 2 Pieces @ $2.40 each | $4.80 |
| | | | | USPS - MX/CA (at cost) | 2 Pieces @ $1.10 each | $2.20 |
| | | | Production | Copy | 2552 Pieces @ $.15 each | $382.80 |
| | | | | Stuff and Mail | 116 Pieces @ $.10 each | $11.60 |
| | | | Supplies | Labeling and Envelopes | 116 Pieces @ $.10 each | $11.60 |

**Total Due:** $530.96

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 12/30/2004
**Invoice #:** 021-20041230-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Omni 6 Continuation Order MF 12038 | 8 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 24 Pieces @ $.15 each | $3.60 |
| | | | | Fold and Stuff | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | Labeling and Envelopes | 3 Pieces @ $.10 each | $0.30 |

**Total Due:** $30.31

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/30/2004
Invoice #: 021-20041230-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omni 5 Continuation Order MF 12037 | 7 / 16 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 16 Pieces @ $.37 each | $5.92 |
| | | | Production | Copy | 112 Pieces @ $.15 each | $16.80 |
| | | | | Fold and Stuff | 16 Pieces @ $.10 each | $1.60 |
| | | | Supplies | Labeling and Envelopes | 16 Pieces @ $.10 each | $1.60 |

**Total Due:** $50.92

EXHIBIT 2
*Invoice Due Upon Receipt*



**BMC GROUP**
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

Production Date: 12/30/2004
Invoice #: 021-20041230-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 6th Omni 4 Continuation Order MF 12036 | 5 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 4 Pieces @ $.37 each | $1.48 |
| | | | Production | Copy | 20 Pieces @ $.15 each | $3.00 |
| | | | | Fold and Stuff | 4 Pieces @ $.10 each | $0.40 |
| | | | Supplies | Labeling and Envelopes | 4 Pieces @ $.10 each | $0.40 |

**Total Due:** $30.28

EXHIBIT 2
*Invoice Due Upon Receipt*