## Exhibit A

| Debtor Entity | Settling Parties | Settlement Description |
|---|---|---|
| W. R. Grace & Co. – Conn. ("Grace") | Alltech Associates, Inc., an Illinois corporation ("Alltech US"), Grace Holding GmbH, a German limited liability company ("Grace Germany") -and- Grace | Since 2001, non-Debtor subsidiaries of Grace have supplied high-performance products and services to the biotechnology, pharmaceutical, and other industries for analytical, preparative, and process applications (the "Separations Business").<br><br>In August 2004, Grace substantially increased the size of the business by the acquisition of the Alltech group. Grace has since unified most of the business in Alltech US and its subsidiaries, all of which are non-Debtors. However, one German subsidiary that is engaged in the Separations Business, Grom Analytik GmbH ("Grom"), is not a subsidiary of Alltech US. It is a subsidiary of Grace Germany, whose other subsidiaries operate non-related businesses. Both Alltech US and Grace Germany are subsidiaries of Grace. All of Grace's non-US subsidiaries are non-Debtors.<br><br>Grace-Conn. wishes to fully integrate Grom with the rest of the Separations Business by merging Grom and Alltech GmbH, a German subsidiary of Alltech US ("Alltech Germany"), by the following transactions:<br><br>1. Holding Germany will transfer the shares of Grom as a dividend to Grace.<br>2. Grace will then transfer the Grom shares to Alltech US as a contribution to the capital of Alltech US. As a result, Alltech US will be the owner of all the shares of both Grom and Alltech Germany.<br>3. Alltech US will then cause the merger of Alltech and Grom.<br><br>As a result of the dividend of the Grom shares to Grace, approximately $3.2 million (the fair market value of the shares) will be included in Grace's US taxable income subject to offset by Grace net operating losses (NOLs). Assuming a tax rate of 35%, the maximum economic cost of the use of such NOLs would be approximately $1.1 million. However, because Grace currently has NOLs with |

|  |  | varying expiration dates totaling approximately $348.5 million as of December 31, 2003, and presumably will incur additional NOLs upon emergence from Chapter 11, Grace believes that the actual economic cost of using the NOLs in this transaction is less than $1 million.<br><br>Grace believes that a dividend-based merger transaction is the best available means of fully integrating Grom with the rest of the Separations Business without Debtor financing because this method is less costly and less complicated to structure and administer than the alternatives. Alltech US does not currently have the funds, or the credit standing for a third-party loan, to purchase the Grom shares from Grace Germany at their fair market value of approximately $3.2 million. Moreover, if Alltech US were to borrow $3.2 million from a Grace foreign affiliate to finance the purchase (these are the only non-Debtor affiliates with the necessary funds), the loan would also be treated as a dividend to Grace for US tax purposes subject to offset by Grace NOLs. However, a loan from an affiliate would require ongoing administrative costs to implement the terms of the loan agreement. Since either method results in NOL usage, the dividend-based merger is the preferable transaction because it minimizes costs and complexity. |
|---|---|---|