

# Commercial Checking

01      2199500021812   036  130          0      0      152,562

00052979 1 MB  0.309 02   MAAD 244

W R GRACE AND CO-CONN
GENERAL ACCOUNT
ATTN:PATTY ELLIOTT-GRAY                    CB
7500 GRACE DRIVE .BLDG 25
COLUMBIA,MD 21044-4098

---

# Commercial Checking

**2/01/2005 thru 2/28/2005**

Account number:      2199500021812
Account owner(s):    W R GRACE AND CO-CONN
                     GENERAL ACCOUNT

Taxpayer ID Number:  135114230

## Account Summary

| | |
|---|---|
| Opening balance 2/01 | $10,000.00 |
| Deposits and other credits | 863,982.19 |
| Other withdrawals and service fees | 863,982.19 |
| Closing balance 2/28 | $10,000.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 2/03 | 0.00 | DEPOSIT |
| 2/03 | 18,255.80 | DEPOSIT |
| 2/10 | 21,278.85 | DEPOSIT |
| 2/10 | 591,799.85 | DEPOSIT |
| 2/17 | 3,878.62 | DEPOSIT |
| 2/17 | 228,770.07 | DEPOSIT |
| **Total** | **$863,982.19** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 2/10 | 59.18 | DEPOSITED ITEM RETURNED ADV # 455584 |
| 2/11 | 600,000.00 | FUNDS TRANSFER (ADVICE 050211021098) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=           02/11/05 01:14PM |
| 2/18 | 180,877.89 | FUNDS TRANSFER (ADVICE 050218038067) SENT TO CHASE MANHATTAN B/ BNF=W R GRACE AND CO CONN OBI= RFB=           02/18/05 03:09PM |

*Other Withdrawals and Service Fees continued on next page.*

---

WACHOVIA BANK, N.A.,  CAP MKT INV BKG FL DIVERSIFIED MANUFACTURING

**Commercial Checking**

| | | | | | | |
|---|---|---|---|---|---|---|
| WACHOVIA | 02 | 2199500021812 | 036 | 130 | 0 | 0 | 152,563 |

## Other Withdrawals and Service Fees   *continued*

| Date | Amount | Description |
|---|---|---|
| 2/28 | 83,045.12 | FUNDS TRANSFER  (ADVICE 050228027765) |
| | | SENT TO  CHASE MANHATTAN B/ |
| | | BNF=W R GRACE AND CO CONN |
| | | OBI= |
| | | RFB=        02/28/05  02:10PM |
| **Total** | **$863,982.19** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 2/03 | 28,253.80 | 2/11 | 41,274.32 | 2/18 | 93,045.12 |
| 2/10 | 641,274.32 | 2/17 | 273,923.01 | 2/28 | 10,000.00 |

0110 - 0022



# WACHOVIA BANK, N.A.
## PAID / RANGE RECONCILEMENT BALANCE SHEET

WR GRACE & CO.-CONN      113            ACCT NO.:    0001      2079900003615
ATTN: NELLIE FAUSTO
7500 GRACE DRIVE

COLUMBIA        MD 21044-4098

| RECONCILEMENT OF DEBITS | | CUTOFF DATE: 02/28/2005 |
|---|---|---|

| | | |
|---|---|---|
| CHECKS PAID ON RECONCILIATION REPORTS | | .00 |
| MISCELLANEOUS DEBITS | + | 55,833.38 |
| CREDIT ADJUSTMENTS | + | .00 |
| MISCELLANEOUS ADJUSTMENTS | +/- | .00 |
| DEBIT ADJUSTMENTS | - | .00 |
| TOTAL DEBITS THIS RECONCILEMENT PERIOD | = | 55,833.38 |
| | | |
| TOTAL DEBITS FROM BANK STATEMENT | | 55,833.38 |

IF YOU HAVE ANY QUESTIONS, PLEASE
CONTACT COMMERCIAL CUSTOMER SERVICE AT 1-800-222-3862

TEAM NO.: 113



## Commercial Checking

WACHOVIA    01    2079900003615  001  108    0  160    9,987

Ill....l.l...ll.l.ll.....l.l.l
W R GRACE & CO-CONN
62 WHITMORE AVE.
CAMBRIDGE MD 02140                        CB   113

## Commercial Checking                                    2/01/2005 thru 2/28/2005

Account number:        2079900003615
Account owner(s):      W R GRACE & CO-CONN

Taxpayer ID Number:    133461988

## Account Summary

| | |
|---|---|
| Opening balance 2/01 | $0.00 |
| Deposits and other credits | 55,833.38 + |
| Other withdrawals and service fees | 55,833.38 - |
| Closing balance 2/28 | $0.00 |

## Deposits and Other Credits

| Date | Amount | Description |
|---|---|---|
| 2 | 26,893.26 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| 2/25 | 28,940.12 | ZBA TRANSFER CREDIT TRANSFER FROM 2000000282172 W R GRACE & COM |
| **Total** | **$55,833.38** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|---|---|---|
| 2/11 | 26,893.26 | AUTOMATED DEBIT  REMEDIUM GROUP, PAYROLL CO. ID.      050211 CCD MISC SETTL NCVCERIDN REMEDIUM  NC |
| 2/25 | 28,940.12 | AUTOMATED DEBIT  REMEDIUM GROUP, PAYROLL CO. ID.      050225 CCD MISC SETTL NCVCERIDN REMEDIUM  NC |
| **Total** | **$55,833.38** | |

## Daily Balance Summary

| Dates | Amount | Dates | Amount | Dates | Amount |
|---|---|---|---|---|---|
| 2/11 | 0.00 | 2/25 | 0.00 | | |



# Commercial Checking

02      2079900003615   001   108          0   160          9,988

## Customer Service Information

**For questions about your statement
or billing errors, contact us at:**

| | Phone number | Address |
|---|---|---|
| Business Checking, CheckCard & Loan Accounts | 800-566-3862 | WACHOVIA BANK, NATIONAL ASSOCIATION |
| TDD   (For the Hearing Impaired) | 800-835-7721 | NC8502 |
| Commercial Checking & Loan Accounts | 800-222-3862 | P O BOX 563966 |
| | | CHARLOTTE NC 28262-3966 |

## To Balance Your Account

| | List Outstanding Checks and Withdrawals | | | |
|---|---|---|---|---|
| 1. Compare your account register to your account statement for unrecorded transactions (such as ATM, CheckCard, interest earned, fees, etc.) Your new account register total should match the adjusted balance in line 6 below. | **Ck. No.** | **Amount** | **Ck. No.** | **Amount** |
| 2. Write in the closing balance shown on the front of account statement. | | | | |
| 3. Write in any deposits you have made since the date of this statement. | | | | |
| 4. Add together amounts listed above in steps 2 and 3. | | | | |
| 5. In the section to the right, list and total all checks and withdrawals that you have made that are not reported on your account statement. Write in the total here. | | | | |
| 6. Subtract the amount in line 5 from the amount in line 4. This is your adjusted balance and should match the balance in Step 1 | | | | |
| | | | Total | |

**In Case of Errors or Questions About Your Electronic Transfers:** Telephone us at 800-222-3862 or write to us at WACHOVIA BANK, NATIONAL ASSOCIATION, NC8502, P O BOX 563966, CHARLOTTE NC 28262-3966, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error. You will have use of the money during the time it takes us to complete our investigation.

WACHOVIA BANK, N.A. IS MEMBER FDIC

**Merrill Lynch** Investment Managers

# Merrill Lynch Funds For Institutions

P.O. Box 8118, Boston, MA 02266-8118 (800 225-1576

3 1 9 9

W R GRACE & CO - CONN
ATTN TREASURY DEPT
7500 GRACE DR
COLUMBIA MD 21044-4029

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 02/01/2005 - 02/28/2005

Account Number
318-3323735-8

Financial Advisor
H P S Group
(--73807646)

Account Value As Of 02/28/2005
$321,271,094.90

Dividends
02/01/2005 - 02/28/2005     Year To Date
$587,340.04                 $1,209,324.57

> *MERRILL LYNCH FUNDS FOR INSTITUTIONS WILL BE CLOSED ON FRIDAY, MARCH 25TH IN OBSERVANCE OF GOOD FRIDAY.*

> *THE AVERAGE NET ANNUALIZED YIELD FOR THE MONTH OF FEBRUARY WAS 2.30%. THE TRADING DEADLINE ON MARCH 24 IS 3:00 PM ET.*

## Account Activity

| Trade Date | Settle Date | Transaction Description | Amount | Share Price | Share Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | $350,283,754.86 |
| 02/01/2005 | 02/01/2005 | Same Day Wire Redemption | $3,100,000.00 | $1.00 | $347,183,754.86 |
| 02/03/2005 | 02/03/2005 | Same Day Wire Redemption | $2,900,000.00 | $1.00 | $344,283,754.86 |
| 02/07/2005 | 02/07/2005 | Shares Purchased By Wire | $1,400,000.00 | $1.00 | $345,683,754.86 |
| 02/08/2005 | 02/08/2005 | Same Day Wire Redemption | $7,100,000.00 | $1.00 | $338,583,754.86 |
| 02/10/2005 | 02/10/2005 | Same Day Wire Redemption | $10,800,000.00 | $1.00 | $328,083,754.86 |
| 02/10/2005 | 02/10/2005 | Same Day Wire Redemption | $11,700,000.00 | $1.00 | $314,383,754.86 |
| 02/11/2005 | 02/11/2005 | Shares Purchased By Wire | $11,800,000.00 | $1.00 | $330,183,754.86 |
| 02/14/2005 | 02/14/2005 | Shares Purchased By Wire | $4,400,000.00 | $1.00 | $334,583,754.86 |
| 02/15/2005 | 02/15/2005 | Same Day Wire Redemption | $2,400,000.00 | $1.00 | $332,183,754.86 |
| 02/16/2005 | 02/16/2005 | Same Day Wire Redemption | $8,300,000.00 | $1.00 | $323,883,754.86 |
| 02/17/2005 | 02/17/2005 | Same Day Wire Redemption | $5,200,000.00 | $1.00 | $318,683,754.86 |
| 02/18/2005 | 02/18/2005 | Shares Purchased By Wire | $12,300,000.00 | $1.00 | $330,983,754.86 |
| 02/22/2005 | 02/22/2005 | Same Day Wire Redemption | $300,000.00 | $1.00 | $330,683,754.86 |
| 02/23/2005 | 02/23/2005 | Shares Purchased By Wire | $3,600,000.00 | $1.00 | $334,283,754.86 |
| 02/24/2005 | 02/24/2005 | Same Day Wire Redemption | $14,600,000.00 | $1.00 | $319,683,754.86 |
| 02/25/2005 | 02/25/2005 | Shares Purchased By Wire | $1,600,000.00 | $1.00 | $321,283,754.86 |
| 02/28/2005 | 02/28/2005 | Shares Purchased By Wire | $4,900,000.00 | $1.00 | $326,183,754.86 |
| 02/28/2005 | 02/28/2005 | Same Day Wire Redemption | $5,500,000.00 | $1.00 | $320,683,754.86 |

Account Number   318-3323735-8   (page 1 of 2)




**Merrill Lynch** Investment Managers     Merrill Lynch Funds For Institutions

Merrill Lynch Premier Institutional Fund

Cumulative Statement for 02/01/2005 - 02/28/2005

Account Number
318-3323735-8



### Account Activity

| Confirm Date | Trade Date | Transaction Description | Dollar Amount of Transaction | Share Price | Balance of Transaction |
|---|---|---|---|---|---|
| 02/28/2005 | 02/28/2005 | Div Reinvest | $587,340.04 | $1.00 | $321,471,054.90 |
| | | Ending Balance | | | $321,471,054.90 |

Account Number  318-3323735-8     (page  2 of  2)




MLM.-9921D%.6166744032.03246.03246.CNSMLM01.INVMWW.......MLM......000057826

Morgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 323-223141
Statement Start Date: 01 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: 000-USA-22
Statement No: 002

Page 1 of 1

W.R. GRACE AND COMPANY
ATTN: CORPORATE FINANCE
7500 GRACE DRIVE
COLUMBIA MD 21044

TS
D

### TRANSACTIONS

### BALANCES

| | | | Opening (01 FEB 2005) | | Closing (28 FEB 2005) | |
|---|---|---|---|---|---|---|
| Total Credits | 1 | 748,535.39 | Ledger | .00 | Ledger | .00 |
| Total Debits (incl. checks) | 1 | 748,535.39 | | | | |
| Total Checks Paid | 0 | 0.00 | | | | |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS**
04FEB

USD YOUR: NC071621102040501
OUR: 0503000007IN

748,535.39 NASSAU DEPOSIT TAKEN
B/O: WR GRACE & COMPANY
ATTN: NANCY QUENSEL
REF: TO REPAY YOUR DEPOSIT FR 05010
5 TO 050204 RATE 2.1500

LEDGER BALANCES
04FEB
0.00

**DEBITS**
04FEB

USD YOUR: ND07556161102040501
OUR: 0503501221IN

748,535.39 NASSAU DEPOSIT TAKEN
A/C: WR GRACE & COMPANY
ATTN: NANCY QUENSEL
REF: TO ESTABLISH YOUR DEPOSIT FR 0
50204 TO 050304 RATE 2.3500

**CHECKS**

No Activity

FT CODE:

| | | |
|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR OR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR IN OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan C:    e Bank, N.A

JPMorganChase

Statement of Account

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

TS

JPMorgan C··· ·e Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Activity Code: S00-USA-22
Statement No: 003

Page 1 of 15

### ENCLOSURES

In US Dollars

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 38 | 65,489,757.48 |
| Total Debits (incl. checks) | 50 | 65,473,319.21 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| | Opening (01 FEB 2005) | | Closing (15 FEB 2005) | |
|---|---|---|---|---|
| | Ledger | 257,766.47 | Ledger | 274,204.74 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 01FEB | 273,192.08 |
| 02FEB | 763,633.22 |
| 03FEB | 285,996.23 |
| 04FEB | 530,005.66 |
| 07FEB | 260,497.50 |
| 08FEB | 230,806.22 |
| 09FEB | 562,551.88 |
| 10FEB | 11,081,608.95 |
| 11FEB | 266,139.39 |
| 14FEB | 235,725.45 |
| 15FEB | 274,204.74 |

### CREDITS

| Ledger Date | Value Date | F. T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 01FEB | | | USD OUR: 0325835327TC | 695,482.71 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:9186063000 DESC DATE: CO ENTRY DESCR:DED PMT SEC:PPD TRACE#:021000025835327 EED:050201 IND ID: 4683ACH A IND NAME:W.R GRACE 0207-3001 |
| 01FEB | | | USD YOUR: O/B BKAM IL CG0 OUR: 0178307032FF | 1,894,535.77 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CG0 BI=/TIME/10:52 IMAD: 0201G1QFGY2C000321 |
| 01FEB | | | USD YOUR: O/B WACHOVIA BK OUR: 0416209032FF | 2,125,888.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK BI=FUNDS TRANSFER FRO IMAD: 0201E3B75DIC004045 |

FT CODE:
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorgan C e Bank, N.A

# JP MorganChase

## Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN.
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

| | | In US Dollars |
|---|---|---|
| Account No: | | 016-001257 |
| Statement Start Date: | | 01 FEB 2005 |
| Statement End Date: | | 15 FEB 2005 |
| Statement Code: | | S00-USA-22 |
| Statement No: | | 003 |

**Page 2 of 15**

| Ledger Date | Adj Ledger Date | Value Date | F | T | Reference | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ***CREDITS CONTINUED*** | | |
| 01FEB | | 01FEB | | | USD YOUR: MAESTRO<br>OUR: 0561802032FF | 3,100,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/01100028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P1-S1 ML PREMIE<br>IMAD: 0201A1Q002BC002150 | | |
| 02FEB | | 02FEB | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0343301033FF | 1,211,380.19 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W.R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0202E3B75D1C003483 | | |
| 02FEB | | 02FEB | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0342209033FF | 2,810,707.87 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/15:40<br>IMAD: 0202GIQGBY2C001011 | | |
| 03FEB | | 03FEB | | | USD YOUR: 050203400619<br>OUR: 0298301034FF | 3,360.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA,PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=050<br>2034006 OBI=REF STOCK OPTION EXER<br>IMAD: 0203E3B75DAC003413 | | |
| 03FEB | | 03FEB | | | USD YOUR: 050203400622<br>OUR: 0303201034FF | 4,638.25 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES | | |

JPMorganChase

## Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003

Page 3 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

JPMorgan ... e Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 03FEB | | | | USD YOUR: 0/B WACHOVIA BK OUR: 0264401034FF | 1,503,189.16 | PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000001160 RFB=050 203400622 OBI=STOCK OPTION EXERCISE IMAD: 0203E3B75DAC003421 FEDWIRE CREDIT VIA: WACHOVIA BANK OF NC, NA /053000219 B/O:W R GRACE & CO-CONN COLUMBIA MD 21044-4098 | | |
| 03FEB | | | | USD YOUR: 0/B BKAM IL CGO OUR: 0266603034FF | 1,910,814.30 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0203E3B75D1C002597 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 | | |
| 03FEB | | | | USD YOUR: MAESTRO OUR: 0405108034FF | 2,900,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/13:51 IMAD: 0203G1QFGY2C001373 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O:W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE | | |
| 04FEB | | | | USD YOUR: 050204400736 OUR: 0316502035FF | 21,632.50 | IMAD: 0203A11Q02CCC01655 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=050 | | |

J.P. MorganChase

**Statement of Account**

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
016-001257
01 FEB 2005
15 FEB 2005
S00-USA-22
003
Page 4 of 15

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 04FEB | | 04FEB | | USD YOUR: O/B BKAM IL CGO<br>OUR: 050204400739<br>OUR: 032160703SFF | 57,510.05 | 2044O0736 OBI=STOCK OPTION EXERCISE<br>IMAD: 0204E3B75DAC003917<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=050 | | |
| 04FEB | | 04FEB | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0245309035FF | 1,023,315.64 | 204400739 OBI=REF STOCK OPTION EXER<br>IMAD: 0204E3B75DAC003924<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/13:28 | | |
| 04FEB | | 04FEB | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0188713035FF | 1,379,342.81 | IMAD: 0204G1QFGY2C000597<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>COLUMBIA MD 21044-4098<br>B/O: W R GRACE & CO-CONN<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 07FEB | | 07FEB | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0202303038FF | 1,637,678.81 | IMAD: 0204E3B75DIC002257<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>COLUMBIA MD 21044-4098<br>B/O: W R GRACE & CO-CONN<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 07FEB | | 07FEB | | USD YOUR: O/B BKAM IL CGO<br>OUR: 020550903SFF | 4,061,090.62 | IMAD: 0207E3B75DIC002079<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA | | |

JPMorgan ℄ ℮ Bank, N.A.

# JPMorganChase

## Statement of Account

TS

**In US Dollars**
016-001257
01 FEB 2005
15 FEB 2005
S00-USA-22
003
Page 5 of 15

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Value Date | References | Description | Credit / Debit |
|---|---|---|---|
| 08FEB | USD YOUR: O/B BKAM IL CGO OUR: 0215509039FF | /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/12:40 IMAD: 0207G1QFGY2C000426 | 1,175,305.08 |
| 08FEB | | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/13:34 IMAD: 0208G1QFGY2C000596 | |
| 08FEB | USD YOUR: O/B WACHOVIA BK OUR: 0217513039FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0208E3B75D1C002200 | 2,219,572.32 |
| 08FEB | USD YOUR: MAESTRO OUR: 0340314039FF | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0208A1Q002BC001561 | 7,100,000.00 |
| 09FEB | USD YOUR: O/B WACHOVIA BK OUR: 0183307040FF | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A | 450,668.03 |

JPMorgan ( e Bank, N.A

**J.P. MorganChase**

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars
Account No:                016-001257
Statement Start Date:      01 FEB 2005
Statement End Date:        15 FEB 2005
Statement Code:            S00-USA-22
Statement No:              003

Page 6 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 09FEB | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0184001040FF | 1,401,568.48 | ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0209E3B75D1C001776<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/13:00 | | |
| 10FEB | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0216213041FF | 586,403.75 | IMAD: 0209G1QFBGY2C000578<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 10FEB | | | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0133809041FF | 1,409,521.62 | IMAD: 0210E3B75D1C002163<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/11:08 | | |
| 10FEB | | | | USD YOUR: MAESTRO<br>OUR: 0363502041FF | 9,700,000.00 | IMAD: 0210G1QFGY2C000375<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE<br>IMAD: 0210A1Q002GC001726 | | |

JPMorgan  ...e Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
016-001257
01 FEB 2005
15 FEB 2005
S00-USA-22
003

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

Page 7 of 15

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| 11FEB | | 11FEB | USD | YOUR: 050211400804 OUR: 0352408042FF | 11,160.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=050 211400804 OBI=REF STOCK OPTION EXER IMAD: 0211E3B75DAC004317 | | |
| 11FEB | | 11FEB | USD | YOUR: 050211400805 OUR: 0354307042FF | 15,753.40 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=050 211400805 OBI=STOCK OPTION EXERCISE IMAD: 0211E3B75DAC004325 | | |
| 11FEB | | 11FEB | USD | YOUR: O/B WACHOVIA BK OUR: 0153901042FF | 240,075.97 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 WFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0211E3B75DIC001559 | | |
| 11FEB | | 11FEB | USD | YOUR: O/B WACHOVIA BK OUR: 0223702042FF | 600,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: W R GRACE AND CO CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B WACHOVIA BK/BNF/TIME/13:14 IMAD: 0211E3B7B2C001484 | | |
| 11FEB | | 11FEB | USD | YOUR: O/B BKAM IL CGO OUR: 0102603042FF | 962,769.41 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. | | |

**JPMorganChase**

**Statement of Account**

TS

JPMorgan Chase Bank N.A.

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN.
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| | | In US Dollars |
|---|---|---|
| Account No: | 016-001257 | |
| Statement Start Date: | 01 FEB 2005 | |
| Statement End Date: | 15 FEB 2005 | |
| Statement Code: | S00-USA-22 | |
| Statement No: | 003 | |
| | | Page 8 of 15 |

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| | | 14FEB | USD YOUR: 05021440781 OUR: 0426109045FF | | 3,600.00 | COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/10:51 IMAD: 0211G1QF6Y2C000300 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 21440781 OBI=REF STOCK OPTION EXER | | |
| | | 14FEB | USD YOUR: 05021440779 OUR: 0415903045FF | | 3,839.64 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 21440779 OBI=STOCK OPTION EXERCISE IMAD: 0214E3B75DAC004775 | | |
| | | 14FEB | USD YOUR: O/B WACHOVIA BK OUR: 0382709045FF | | 2,856,583.57 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO CHASE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA09 OBI=FUNDS TRANSFER FRO IMAD: 0214E3B75DAC004766 | | |
| | | 14FEB | USD YOUR: O/B BKAM IL CGO OUR: 0385314045FF | | 3,242,714.25 | FEDWIRE CREDIT VIA: BANK OF AMERICA /0210039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B IMAD: 0214E3B75D1CO03876 | | |

**J.P. MorganChase**

JPMorgan Chase Bank N A

## Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars
Account No:                016-001257
Statement Start Date:      01 FEB 2005
Statement End Date:        15 FEB 2005
Statement Code:            S00-USA-22
Statement No:              003
Page 9 of 15

TS

### CREDITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 15FEB | | | | | USD OUR: 0462411670TC | (12,955.00) | BKAM IL CGO BBI=/TIME/15:57 IMAD: 0214GIUFGY2C001318 ELECTRONIC FUNDS TRANSFER ORIG ID.NAME:COMPANYID CO ENTRY DESCR:0160012=5 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022411670 EED:050215 IND ID:9016001257 IND NAME:EFT FILE NAME: RP04506 EITACH CREATED OFFSET FOR ORIGIN#: | | |
| 15FEB | | | | | USD YOUR: MAESTRO OUR: 0165609046FF | 2,094,887.33 | 8134321997 CO EFF DATE: 05/02/15 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC.NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0215E3B75DIC001710 | | |
| 15FEB | | | | | USD YOUR: MAESTRO OUR: 0472201046FF | 2,400,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO -CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P I-S 1 ML PREMIE | | |
| 15FEB | | | | | USD YOUR: O/B BKAM IL CGO OUR: 0181302046FF | 2,661,812.95 | IMAD: 0215AIQ002GC02049 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O:W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/11:25 IMAD: 0215GIQFGY2C000386 | | |

**JPMorganChase**

JPMorgan Chase Bank, N A

# Statement of Account

**In US Dollars**

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003

Page 10 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS**

| 01FEB | | 01FEB | | USD OUR: 003128011BXF | 20.59 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 1752000032J0 | 1,845.72 | FEDWIRE DEBIT /071000013 VIA: BANK ONE NA CHGO A/C: UNITED HEALTHCARE INSURANCE CO REF: /TIME/14:18 IMAD: 0201B1QGC01C003728 |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 1853000032J0 | 18,000.00 | BOOK TRANSFER DEBIT A/C: CHO HUNG BANK SEOUL SEOUL KOREA REPUBLIC OF REF: /BNF/ATTN CHOI KWANG YOUNG WR GRACEVOLUME REBATE 2004 |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 1751900032J0 | 18,520.40 | CHIPS DEBIT VIA: CITIBANK /0008 A/C: SPECTERA, INC. SSN: 0248129 |
| 01FEB | | 01FEB | | USD OUR: 001552011BXF | 32,856.88 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319705 |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 1853100032J0 | 43,956.00 | CHIPS DEBIT VIA: BANK OF NEW YORK /0001 A/C: ACCRESCHZZB0A ZURICH BEN: DEGUSSA CONSTRUCTION CHEMICALS REF: ATTN CARMEN BARGES DEVOLVO ROY ALTY PAYMENT FROM JULY 1 2004 TO DE C 31 2004 SSN: 0251036 |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 1853200032J0 | 174,869.57 | FEDWIRE DEBIT /011900571 VIA: FLEET NATL BANK CT A/C: FLEET CAPITAL CORPORATION REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO. - CONN./TIME/14 :36 IMAD: 0201B1QGC01C003895 |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 1752100032J0 | 442,411.96 | BOOK TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE CO. REF: /BNF/ATTN: W.R. GRACE & CO. - 29465 |

JPMorganChase

e Bank, N A

# JPMorganChase

## Statement of Account

**In US Dollars**

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003

Page 11 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 01FEB | | 01FEB | | USD YOUR: NONREF OUR: 2405100032J0 | 7,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0201B1QGC05C004881 | | |
| 02FEB | | | | USD OUR: 003065011 4XF | 171.96 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388 1963 | | |
| 02FEB | | | | USD OUR: 001469011 4XF | 31,474.96 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319 6705 | | |
| 02FEB | | 02FEB | | USD YOUR: NONREF OUR: 2541500033J0 | 100,000.00 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 | | |
| 02FEB | | 02FEB | | USD YOUR: NONREF OUR: 2541400033J0 | 3,400,000.00 | REF: CHASE MEDICAL ACCT FUNDING FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0202B1QGC03C004691 | | |
| 03FEB | | | | USD OUR: 003095011 4XF | 3,892.25 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388 1963 | | |
| 03FEB | | | | USD OUR: 001515011 4XF | 19,470.72 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319 6705 | | |
| 03FEB | | 03FEB | | USD YOUR: NONREF OUR: 2468800034J0 | 176,365.73 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS SSN: 0261985 | | |
| 03FEB | | 03FEB | | USD YOUR: NONREF OUR: 2508300034J0 | 6,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0203B1QGC08C004607 | | |
| 04FEB | | | | USD OUR: 001555011 4XF | 17,558.11 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319 6705 | | |
| 04FEB | | 04FEB | | USD YOUR: NONREF OUR: 2185500035J0 | 20,233.46 | FEDWIRE DEBIT VIA: FLEET NATL BANK CT | | |

JP MorganChase

## Statement of Account

In US Dollars
Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003
Page 12 of 15

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

JP Morgan C    e Bank, N A

| Ledger Date | Adj Ledger Date | Value Date | F- T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F-T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 04FEB | | 04FEB | USD | YOUR: NONREF<br>OUR: 2185400035J0 | 2,200,000.00 | /011900571<br>A/C: FLEET CAPITAL CORPORATION<br>REF: BANK OF AMERICA BUSINESS CAPIT<br>A W.R. GRACE & CO. - CONN./TIME/15<br>:42<br>IMAD: 0204B1QGC08C004120<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO.- CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS |
| 07FEB | | 07FEB | USD | YOUR: NONREF<br>OUR: 2658900038J0 | 9,718.00 | IMAD: 0204B1QGC02C004217<br>CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: BANCO DE OCCIDENTE<br>CALI, COLOMBIA<br>BEN: ALVARO BELTRAN FEGED<br>REF: WR GRACE PAYING INVOICE 06 200<br>4 |
| 07FEB | | | USD | OUR: 0030930114XF | 23,993.95 | SSN: 0295680<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00523388L963 |
| 07FEB | | | USD | OUR: 0014950114XF | 44,906.18 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00052319670S |
| 07FEB | | 07FEB | USD | YOUR: NONREF<br>OUR: 2658800038J0 | 1,089,659.46 | BOOK TRANSFER DEBIT<br>A/C: E I DUPONT DE NEMOURS & CO<br>WILMINGTON DE 19898<br>REF: ROYALTY PAYMENT FOR PERIODS: |
| 07FEB | | 07FEB | USD | YOUR: NONREF<br>OUR: 2716400038J0 | 1,700,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332373S NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS) |
| 07FEB | | 07FEB | USD | YOUR: NONREF<br>OUR: 2716300038J0 | 3,100,000.00 | IMAD: 0207B1QGC07C004849<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO.- CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS |

JPMorganChase

## Statement of Account

TS

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003

Page 13 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

JPMorgan Chase Bank, N.A

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 08FEB | | USD OUR: 002915011 4XF | 109.39 | IMAD: 0207B1QGC06C004918 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 3 |
| 08FEB | 08FEB | USD YOUR: NONREF OUR: 1952700039J0 | 2,108.16 | BOOK TRANSFER DEBIT A/C: 0022430680 METROPOLITAN LIFE INSURANCE COMPANY REF./BNF/ATTN: W.R. GRACE & CO. NO 91370 |
| 08FEB | | USD OUR: 001419011 4XF | 22,351.13 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967 05 |
| 08FEB | 08FEB | USD YOUR: NONREF OUR: 1952600039J0 | 10,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0208B1QGC01C004002 |
| 09FEB | | USD OUR: 002953011 4XF | 705.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 3 |
| 09FEB | | USD OUR: 001431011 4XF | 19,785.85 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967 05 |
| 09FEB | 09FEB | USD YOUR: NONREF OUR: 2048300040J0 | 1,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0209B1QGC06C003593 |
| 10FEB | | USD OUR: 003005011 4XF | 1,419.42 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 3 |
| 10FEB | | USD OUR: 001467011 4XF | 10,866.20 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967 05 |
| 10FEB | 10FEB | USD YOUR: NONREF OUR: 2631700041J0 | 1,164,582.68 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 2-8-05 SALARY 2-7-05 HO IMAD: 0210B1QGC03C004578 |
| 11FEB | | USD OUR: 003069011 4XF | 1,567.20 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196 3 |
| 11FEB | | USD OUR: 001529011 4XF | 43,661.14 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967 05 |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003

Page 14 of 15

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 11FEB | | 11FEB | | USD YOUR: NONREF  OUR: 2296200042JO | 800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0211B1QGC06C003861 | | |
| 11FEB | | 11FEB | | USD YOUR: NONREF  OUR: 2296100042JO | 11,800,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332373S NO WR G RACE & CO.- CONN ATTN:MERRILL GROU P(TRANSFER FUNDS) IMAD: 0211B1QGC02C004092 | | |
| 14FEB | | 14FEB | | USD OUR: 003093011ΔXF | 356.50 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523881963 | | |
| 14FEB | | 14FEB | | USD YOUR: ACH OF 05/02/14  OUR: 0920500045HP | 12,955.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634-- | | |
| 14FEB | | 14FEB | | USD OUR: 001499011ΔXF | 23,839.90 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967705 | | |
| 14FEB | | 14FEB | | USD YOUR: NONREF  OUR: 3011500045JO | 1,700,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0214B1QGC07C005517 | | |
| 14FEB | | 14FEB | | USD YOUR: NONREF  OUR: 3011600045JO | 4,400,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO.- CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0214B1QGC06C005216 | | |
| 15FEB | | 15FEB | | USD OUR: 003141011ΔXF | 217.53 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00523881963 | | |
| 15FEB | | 15FEB | | USD OUR: 0462560386TC | (5,524.00) | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050215 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022560386 EED:050215 | | |

## JPMorganChase

**Statement of Account**

JPMorgan (   e Bank, N A

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

**In US Dollars**

Account No: 016-001257
Statement Start Date: 01 FEB 2005
Statement End Date: 15 FEB 2005
Statement Code: S00-USA-22
Statement No: 003

Page 15 of 15

| Ledger Date | Adj Ledger Date | Value Date | E T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### DEBITS CONTINUED

| 15FEB | | | | USD OUR: 046256O387TC | (7,431.00 | IND ID:ME·0100086<br>IND NAME:STATE OF MICHIGAN<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050215<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022560387 EED:050215<br>IND ID:1014B551 | | |
| 15FEB | | | | USD OUR: 0015230114XF | 18,003.46 | IND NAME:STATE OF N. CAROLINA<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00532319670S | | |
| 15FEB | | | | USD YOUR: NONREF<br>OUR: 23001000460O | 7,100,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0215B1QGC06C005032 | | |

### CHECKS

*No Activity*

iPMorgan C'  'e Bank, N.A.

## JPMorganChase

**Statement of Account**

Ts

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 1 of 17

### TRANSACTIONS

| | |
|---|---|
| Total Credits | 40 | 97,848,452.76 |
| Total Debits (incl. checks) | 55 | 97,561,561.24 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| Opening (16 FEB 2005) | Closing (28 FEB 2005) |
|---|---|
| Ledger | 274,204.74 | Ledger | 561,096.26 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### Closing Balances

| Date | Amount |
|---|---|
| LEDGER BALANCES | |
| 16FEB | 849,551.26 |
| 17FEB | 213,829.94 |
| 18FEB | 4,679,858.01 |
| 22FEB | 826,780.72 |
| 23FEB | 239,269.54 |
| 24FEB | 957,564.03 |
| 25FEB | 511,008.89 |
| 28FEB | 561,096.26 |

### TRANSACTIONS

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| **CREDITS** | | | | | | |
| 16FEB | | 16FEB | | USD YOUR: 050216400715 OUR: 03256080477FF | 1,440.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RF=050 216400715 OBI=REF STOCK OPTION EXER IMAD: 0216E3B75DAC004128 |
| 16FEB | | 16FEB | | USD YOUR: 050216400719 OUR: 0338903047FF | 1,726.34 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RF=050 216400719 OBI=STOCK OPTION EXERCISE IMAD: 0216E3B75DAC004140 |
| 16FEB | | 16FEB | | USD YOUR: O/B WACHOVIA BK OUR: 0348307047FF | 1,565,641.59 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B |

FT CODE:
| | |
|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMorganChase

JPMorgan Ch se Bank, N.A.

Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 2 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 16FEB | | 16FEB | USD | YOUR: 0/B BKAM IL CGO OUR: 0334803047FF | 2,047,716.82 | WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 021 16E3B75D1C003457 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/0: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL CGO BBI=/TIME/15:38 | | |
| 16FEB | | 16FEB | USD | YOUR: MAESTRO OUR: 0064614047FF | 8,300,000.00 | IMAD: 0216610FGY2C000995 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/0: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE | | |
| 17FEB | | 17FEB | USD | YOUR: 0/B WACHOVIA BK OUR: 0127608048FF | 635,233.58 | IMAD: 0216A1Q002BC000059 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/0: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 17FEB | | 17FEB | USD | YOUR: 0004585965 OUR: 450350004BFC | 1,039,550.78 | IMAD: 0217E3B75D1C001136 CHIPS CREDIT VIA: THE BANK OF NOVA SCOTIA /0253 B/0: GRACE CANADA INC OAKVILLE,ONTARIO CANADA REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-000000000160 ORG=/2404020110 0A KVILLE,ONTARIO CANADA 0GB=B N S HIG SSN: 0250381 | | |
| 17FEB | | 17FEB | USD | YOUR: MAESTRO OUR: 0405514048FF | 5,200,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP | | |

JPMorgan Ch se Bank, N.A.

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE-BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004

Page 3 of 17

In US Dollars

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit/Debit | Description |
|---|---|---|---|---|
| 18FEB | 18FEB | USD YOUR: O/B WACHOVIA BK OUR: 0352202049FF | 180,877.89 | /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=NAE STRO OBI=FUND-318-P.1-S.1 ML PREMIE IMAD: 0217A1Q0Z9C001802 FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 |
| 18FEB | 18FEB | USD YOUR: 600804612545000 OUR: 1646300049FC | 899,296.35 | B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B WACHOVIA BK BBI=/TIME/15:09 IMAD: 0218E3B75D2C002298 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 |
| 18FEB | 18FEB | USD YOUR: O/B BKAM IL CGO OUR: 0292603049FF | 1,390,242.32 | B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-0000000000160 ORG=/60083561137 GR ACE COLLECTION INC. OGB=/066550360 5 64 P.O. BOX 407 SSN. 0095790 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/14:15 |
| 18FEB | 18FEB | USD YOUR: O/B WACHOVIA BK OUR: 0298308049FF | 1,670,547.38 | IMAD: 0218JQFGV2C001234 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO.-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A |

JPMorgan Chase Bank, N.A.

JPMorgan Chase e Bank, N.A.

# JPMorganChase

TS

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004

Page 4 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | | | | | ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
|---|---|---|---|---|---|---|---|---|
| 18FEB | | 18FEB | | USD YOUR: O/B BKAM IL CGO OUR: 0307707049FF | 4,407,916.33 | IMAD: 0218E3B75DIC003180 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: ADVANCED REFINING TECHNOLOGIES COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/14:11 | | |
| 18FEB | | 18FEB | | USD YOUR: 600804612557001 OUR: 1647500049FC | 10,526,027.72 | IMAD: 0218010F6Y2C001228 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: GRACE COLLECTION INC. REF: NBNF=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-000000000160 ORG=/600832561137 GR ACE COLLECTION INC. OGB=/0065503605 64 P.O. BOX 407 SSN: 0095811 | | |
| 22FEB | | 22FEB | | USD YOUR: 05022401010 OUR: 0486203053FF | 157,591.14 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 222401010 OBI=STOCK OPTION EXERCISE | | |
| 22FEB | | 22FEB | | USD OUR: 0538354680TC | 100,707.00 | IMAD: 0222E3B75DAC005087 ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:OFFSET CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028354680 EED:050222 IND ID:9016001257 IND NAME:EFT FILE NAME: RP04906 EFT/ACH CREATED OFFSET FOR ORIGIN#: 813432199  CO EFF DATE: 05/02/22 | | |

# JPMorganChase

## Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004

Page 5 of 17

JPMorgan C' e Bank, N.A

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

**22FEB** — USD YOUR: MAESTRO OUR: 0549003053FF — 300,000.00

FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
/011000028
B/O: W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MAE
STRO OBI=FUND-318-P-1-S-1 ML PREMIE
IMAD: 0222A1Q02DC001640

**22FEB** — USD OUR: 053835467TTC — -65,749.61

ELECTRONIC FUNDS TRANSFER
ORIG CO NAME:AON CORPORATION
ORIG ID:900551498 DESC DATE:050218
CO ENTRY DESCR:ACH PYMT SEC:CCD
TRACE:021000028354677 EED:050222
IND ID:
IND NAME:W R GRACE AND CO CONN
REF:RETIREDB PAYMENTS\

**22FEB** — USD YOUR: 050222401013 OUR: 0484202055FF — 660,526.49

FEDWIRE CREDIT
VIA: WACHOVIA BANK NA
/053201406
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA, PA-1328
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=050
22401013 OBI=REF STOCK OPTION EXER
IMAD: 0222E38J75DAC005094

**22FEB** — USD YOUR: O/B WACHOVIA BK OUR: 022080705753FF — 2,616,324.23

FEDWIRE CREDIT
VIA: WACHOVIA BANK BANK OF NC, NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0222E38J75D1C002541

**22FEB** — USD YOUR: O/B BKAM IL CGO OUR: 022080805753FF — 3,325,547.49

FEDWIRE CREDIT
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
VIA: BANK OF AMERICA

PMorgan C'   e Bank, N.A.

## JPMorganChase

### Statement or Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

**In US Dollars**

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page  6  of  17

| Ledger Date | Adj Ledger Date | Value Date | References | F. T. | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 23FEB | 23FEB | USD YOUR: O/B BKAM IL C60<br>OUR: 0206602054FF | 2,272,211.63 | ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=O/B<br>BKAM IL C60 BBI=/TIME/11:58<br>IMAD: 022261QFGV2C000522<br>FEDWIRE CREDIT<br>VIA; BANK OF AMERICA<br>/071000039<br>B/O; W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF; CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=O/B<br>BKAM IL C60 BBI=/TIME/12:56<br>IMAD: 022361QFGV2C000595 |
| 23FEB | 23FEB | USD YOUR: O/B WACHOVIA BK<br>OUR: 0210803054FF | 4,063,465.57 | FEDWIRE CREDIT<br>VIA; WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O; W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF; CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0223E3B75D1C002271 |
| 24FEB | 24FEB | USD YOUR: 05022440737<br>OUR: 0332109055FF | 122,579.56 | FEDWIRE CREDIT<br>VIA; WACHOVIA BANK NA<br>/031201467<br>B/O; EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF; CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=050<br>22440737 OBI=STOCK OPTION EXERCISE<br>IMAD: 0224E3B75DAC004196 |
| 24FEB | 24FEB | USD YOUR: 05022440739<br>OUR: 0331702055FF | 584,243.22 | FEDWIRE CREDIT<br>VIA; WACHOVIA BANK NA<br>/031201467<br>B/O; EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF; CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-0000000000160 RFB=050<br>22440739 OBI=REF STOCK OPTION EXER<br>IMAD: 0224E3B75DAC004206 |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004

Page 7 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 24FEB | 24FEB | USD YOUR: O/B WACHOVIA BK OUR: 0122308055FF | 662,929.87 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=O/B ND CO SYRACUSE FDNG ACC COLUMBIA MD WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0224E3B75D1CC01459 |
| 24FEB | 24FEB | USD YOUR: O/B BKAM IL CGO OUR: 0131407055FF | 1,956,029.88 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=O/B ND CO SYRACUSE FDNG ACC COLUMBIA MD BKAM IL CGO BB:=/TIME/10:56 IMAD: 0224Q1QFGYZC000441 |
| 24FEB | 24FEB | USD YOUR: MAESTRO OUR: 0394109055FF | 14,600,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /01100028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=MAE ND CO SYRACUSE FDNG ACC COLUMBIA MD STRO OBI=FUND-318-P 1 S 1 ML PREMIE IMAD: 0224A1Q02DC001422 |
| 25FEB | 25FEB | USD YOUR: 30898820 OUR: 0182909056FF | 1,948.62 | FEDWIRE CREDIT VIA: FLEET NATIONAL BANK /011500010 B/O: HARTFORD LIFE COLI HARTFORD CT 06115 REF: CHASE NYC/CTR/BNF=W.R. GRACE A 21044-4098/AC-000000000160 RFB=308 98820 OBI=DAC BASED DIVIDENDS FOR M IMAD: 0225A1QF148C002191 |
| 25FEB | 25FEB | USD YOUR: 05022540085 7 OUR: 0537701056FF | 38,872.70 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES |

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

In US Dollars
016-001257
16 FEB 2005
28 FEB 2005
S00-USA-22
004

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

Page 8 of 17

| Ledger Date | Adj Ledger Date | Value Date | References | F T | Credit / Debit | Description | Closing Balances | | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| | | 25FEB | USD YOUR: 050225400859 OUR: 0539214056FF | | 198,733.12 | PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=050 225400857 OBI=STOCK OPTION EXERCISE IMAD: 0225E3B75DAC005376 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=050 225400859 OBI=REF STOCK OPTION EXER IMAD: 0225E3B75DAC005423 |
| | | 25FEB | USD YOUR: O/B BKAM IL CGO OUR: 0391107056FF | | 1,175,017.37 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B BKAM IL CGO BBI=/TIME/14:11 IMAD: 0225G1QFG9Y2C001554 |
| | | 25FEB | USD YOUR: O/B WACHOVIA BK OUR: 0407502056FF | | 1,441,718.24 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO |
| | | 28FEB | USD YOUR: 050228400829 OUR: 0393803059FF | | 41,680.99 | WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0225E3B75DIC003444 FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=050 |

JPMorgan Chase Bank, N.A.

JP MorganChase

Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004
Page 9 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

JPMorgan Chase Bank, N A

| Ledger Date | Adj Ledger Date | Value Date | References | F.T | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 28FEB | | 28FEB | USD YOUR: O/B WACHOVIA BK  OUR: 0380007059FF | | 83,045.12 | 28400829 OBI=STOCK OPTION EXERCISE  IMAD: 0228E3B75DAC004738  FEDWIRE CREDIT  VIA: WACHOVIA BANK NA OF FLORIDA  /063000021  B/O: W R GRACE AND CO CONN  COLUMBIA, MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND CO SYRACUSE FDNG ACC COLUMBIA MD  21044-4098/AC-000000000160 RFB=O/B  WACHOVIA BK BBI=/TIME/14:10 | | |
| 28FEB | | 28FEB | USD YOUR: 05022840827  OUR: 0386702059FF | | 229,889.18 | IMAD: 0228E3B75D2C002108  FEDWIRE CREDIT  VIA: WACHOVIA BANK NA  /031201467  B/O: EMPLOYEE SHAREHOLDER SERVICES  PHILADELPHIA PA-1328  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND CO SYRACUSE FDNG ACC COLUMBIA MD  21044-4098/AC-000000000160 RFB=050  22840827 OBI=REF STOCK OPTION EXER | | |
| 28FEB | | 28FEB | USD YOUR: O/B BKAM IL CGO  OUR: 0351502059FF | | 3,801,424.63 | IMAD: 0228E3B75DAC004726  FEDWIRE CREDIT  VIA: BANK OF AMERICA  /071000039  B/O: W.R. GRACE & CO.-CONN.  COLUMBIA, MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND CO SYRACUSE FDNG ACC COLUMBIA MD  21044-4098/AC-0006 000000160 RFB=O/B  BKAM IL CGO BBI=/TIME/13:42 | | |
| 28FEB | | 28FEB | USD YOUR: O/B WACHOVIA BK  OUR: 0214609059FF | | 5,300,000.00 | IMAD: 0228G1Q6V2C000884  FEDWIRE CREDIT  VIA: WACHOVIA BANK BANK OF NC,NA  /053000219  B/O: W R GRACE & CO-CONN  COLUMBIA MD 21044-4098  REF: CHASE NYC/CTR/BNF=W.R. GRACE A  ND CO SYRACUSE FDNG ACC COLUMBIA MD  21044-4098/AC-000000000160 RFB=O/B  WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 28FEB | | 28FEB | USD YOUR: MAESTRO  OUR: 0090407059FF | | 5,500,000.00 | IMAD: 0228E3B75D1C003752  FEDWIRE CREDIT  VIA: STATE STREET BANK & TRUST COMP | | |

JPMorgan Chase Bank, N A

# JPMorganChase

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 10 of 17

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 28FEB | | | | USD YOUR: O/B WACHOVIA BK OUR: 0203113059FF | 011000028<br>B/O W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREME<br>IMAD: 0228A1Q02HCO00108<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0228E3B75D1C003747 | 10,000,000.00 | | |

## DEBITS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16FEB | | | | USD OUR: 001497011XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | 13,178.28 | | |
| 16FEB | | | | USD YOUR: NONREF OUR: 2421900047JO | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 21044-4098 | 100,000.00 | | |
| 16FEB | | | | USD YOUR: NONREF OUR: 2421800047JO | REF: CHASE MEDICAL ACCT FUNDING<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL | 2,900,000.00 | | |
| 16FEB | | | | USD YOUR: NONREF OUR: 0566500047JO | ED DISBURSEMENT ACCOUNTS<br>IMAD: 0216B1QGC08C004479<br>FEDWIRE DEBIT<br>VIA: UNITED FAIRFAX<br>/056004445<br>A/C: WALLACE KING DOMIKE AND BRANSO<br>WASHINGTON DC 20007<br>REF: WR GRACE INVOICE C0004 | 8,328,000.00 | | |
| 17FEB | | | | USD OUR: 0015570114XF | IMAD: 0216B1QGC07C001427<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032319670S | 32,060.65 | | |
| 17FEB | | | | USD OUR: 0032170114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032381963 | 99,710.80 | | |

JPMorgan Chase Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004

Page 11 of 17

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 17FEB | | 17FEB | | USD YOUR: NONREF OUR: 2294400048J0 | 178,734.23 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WE 02 14 05 HOURLY LESS 67.61 SSN: 025I630 | | |
| 17FEB | | 17FEB | | USD YOUR: NONREF OUR: 2461200048J0 | 7,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0217B1QGC05C004494 | | |
| 18FEB | | 18FEB | | USD YOUR: NONREF OUR: 3288200049J0 | 991.97 | FEDWIRE DEBIT VIA: FLEET NATL BK MA /011000390 A/C: GRACE COLOMBIA S.A. IMAD: 0218B1QGC06C004910 | | |
| 18FEB | | | | USD OUR: 003245011&XF | 6,225.86 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | | |
| 18FEB | | | | USD OUR: 001569011&XF | 10,955.09 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 18FEB | | 18FEB | | USD YOUR: ACH OF 05/02/18 OUR: 00401004 9HP | 190,707.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 18FEB | | 18FEB | | USD YOUR: NONREF OUR: 3288300049J0 | 2,100,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0218B1QGC04C004723 | | |
| 18FEB | | 18FEB | | USD YOUR: NONREF OUR: 3288400049J0 | 12,300,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 333735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0218B1QGC01C004948 | | |
| 22FEB | | | | USD OUR: 053852599&TC | 373.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID | | |

JPMorgan Ch' e Bank, N.A.

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN. GLENN HERNDON-FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 12 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 22FEB | | | | USD OUR: 0538526002TC | 713.00 | ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028525998 EED:050222<br>IND ID:SU6&SU 04883<br>IND NAME:STATE OF ALABAMA<br>ELECTRONIC FUNDS TRANSFER | | |
| 22FEB | | | | USD OUR: 0538525997TC | 847.00 | ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526002 EED:050222<br>IND ID:D57671<br>IND NAME:STATE OF KENTUCKY<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID | | |
| 22FEB | | | | USD OUR: 0538526007TC | 954.00 | ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028525997 EED:050222<br>IND ID:SS6800 01727<br>IND NAME:STATE OF ALABAMA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID | | |
| 22FEB | | | | USD OUR: 0538526008TC | 1,344.00 | ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526007 EED:050222<br>IND ID:135114238000<br>IND NAME:STATE OF NEW JERSEY<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID | | |
| 22FEB | | | | USD OUR: 0538526001TC | 1,902.00 | ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526008 EED:050222<br>IND ID:990043895<br>IND NAME:STATE OF OHIO<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID | | |
| 22FEB | | | | USD OUR: 0538526004TC | 3,278.00 | ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526001 EED:050222<br>IND ID:0010486600007<br>IND NAME:STATE OF INDIANA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:901601257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |

JPMorganChase

Statement of Account

JPMorgan Chase Bank, N.A.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 13 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 22FEB | | | | USD OUR: 0538526005TC | 5,548.00 | TRACE#:021000028526004 EED:050222<br>IND ID:0092997507<br>IND NAME:STATE OF MARYLAND<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD | | |
| 22FEB | | | | USD OUR: 0538526011TC | 5,781.00 | TRACE#:021000028526005 EED:050222<br>IND ID:5114230P<br>IND NAME:MASS.DEPT OF REVENUE<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526011 EED:050222<br>IND ID:4091013810 | | |
| 22FEB | | | | USD OUR: 0538526009TC | 7,042.00 | IND NAME:STATE OF WASHINGTON<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526009 EED:050222<br>IND ID:99528935 | | |
| 22FEB | | | | USD OUR: 0538526012TC | 10,364.00 | IND NAME:STATE OF PENNSYLVANIA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526012 EED:050222<br>IND ID:C66068 | | |
| 22FEB | | | | USD OUR: 0538526010TC | 10,448.00 | IND NAME:STATE OF UTAH<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526010 EED:050222<br>IND ID:1135142309 | | |
| 22FEB | | | | USD OUR: 0538526006TC | 11,321.00 | IND NAME:STATE OF TEXAS<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050222<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028526006 EED:050222<br>IND ID:8748206 | | |

JP MorganChase

Statement of Account

In US Dollars

Account No:          016-001257
Statement Start Date:  16 FEB 2005
Statement End Date:    28 FEB 2005
Statement Code:        S00-USA-22
Statement No:          004

Page 14 of 17

JPMorgan C  e Bank, N.A

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

| Ledger Date | Adj Ledger Date | Value Date | F.T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 22FEB | | | | USD OUR: 001588011 4XF | 14,494.59 | IND NAME:STATE OF MINNESOTA AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00053319670S | | |
| 22FEB | | | | USD OUR: 053852601 4TC | 17,059.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:050222 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028526014 EED:050222 IND ID:031881 32 IND NAME:STATE OF ILLINOIS | | |
| 22FEB | | | | USD OUR: 053852600 0TC | 31,743.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:050222 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028526000 EED:050222 IND ID:08000231 6 IND NAME:STATE OF FLORIDA | | |
| 22FEB | | | | USD OUR: 053852600 3TC | 35,864.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:050222 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028526003 EED:050222 IND ID:60163560 00 IND NAME:LA DEPT. OF REVENUE | | |
| 22FEB | | | | USD OUR: 053852599 9TC | 46,126.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:050222 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000028525999 EED:050222 IND ID:98038849 9 IND NAME:STATE OF CALIFORNIA | | |
| 22FEB | | | | USD OUR: 003324011 4XF | 207,231.52 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00053881963 | | |
| 22FEB | | 22FEB | | USD YOUR: NONREF OUR: 335990005 3J0 | 2,149,090.14 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: W.R GRACE - VALLEYFIELD SETTLE MENT ATTN: PIERRE LEBURDAIS IMAD: 0222B1QGC05C006441 | | |

JPMorgan C' e Bank, N.A.

**JP MorganChase**

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

**In US Dollars**

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 FEB 2005 |
| Statement End Date: | 28 FEB 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 004 |

Page 15 of 17

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 22FEB | | 22FEB | | USD YOUR: NONREF OUR: 3359800053JO | 9,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0222B1QGC02C006283 | | |
| 23FEB | | | | USD OUR: 001559011{4XF | 47,610.64 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670{5 | | |
| 23FEB | | | | USD YOUR: NONREF OUR: 2645100054JO | 375,577.74 | FEDWIRE DEBIT VIA: NORTHERN CH{60 /071000152 A/C: W.R. GRACE & CO. RETIREMENT PLA MENT ATTN: MR. BRUCE HENIKEN SUPPLE MENTAL PENSION PAYMENT MARCH 2005/T IME/14:19 IMAD: 0223B1QGC03C004637 | | |
| 23FEB | | | | USD YOUR: NONREF OUR: 2645000054JO | 2,900,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0223B1QGC02C004669 | | |
| 23FEB | | | | USD YOUR: NONREF OUR: 2645200054JO | 3,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0223B1QGC08C004976 | | |
| 24FEB | | | | USD OUR: 003171011{4XF | 1,393.18 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 000{5238B1963 | | |
| 24FEB | | | | USD OUR: 001561011{4XF | 11,872.63 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670{5 | | |
| 24FEB | | | | USD YOUR: NONREF OUR: 2590300055JO | 23,420.15 | FEDWIRE DEBIT VIA: CENTIER WHITING /071902878 A/C: NATIONAL BOND AND TRUST REF: ATTN: CAROL HIGHSMITH IMAD: 0224B1QGC04C004508 | | |
| 24FEB | | | | USD YOUR: NONREF OUR: 2590200055JO | 1,370,802.08 | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC | | |

# JP MorganChase

**Statement of Account**

In US Dollars

016-001257
16 FEB 2005
28 FEB 2005
S00-USA-22
004
Page 16 of 17

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

TS

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

JPMorgan Chase Bank, N.A

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 24FEB | 24FEB | USD YOUR: NONREF OUR: 2926300055J0 | 15,800,000.00 | /021001033 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS IMAD: 0224B1QGC01C004892 |
| 25FEB | 25FEB | USD YOUR: NONREF OUR: 2370100056J0 | 202,845.19 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0224B1QGC08C005532 CHIPS DEBIT VIA: THE BANK OF NOVA SCOTIA /0253 A/C: THE BANK OF NOVA SCOTIA MISSISSAUGA, CANADA BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: ATTN: PIERRE LEBOURDAIS SSN: 0275804 |
| 25FEB | 25FEB | USD YOUR: NONREF OUR: 3496500056J0 | 1,500,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0225B1QGC04C006501 |
| 25FEB | 25FEB | USD YOUR: NONREF OUR: 3496600056J0 | 1,600,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 333735 NO WR G RACE & CO - CONN ATTN:MERRILL GROU P TRANSFER FUNDS) IMAD: 0225B1QGC05C006125 |
| 28FEB | 28FEB | USD YOUR: NONREF OUR: 2941100059J0 | 703.75 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO /071000013 A/C: UNITED HEALTHCARE INSURANCE CO REF: /TIME/14:54 IMAD: 0228B1QGC01C005570 |
| 28FEB | 28FEB | USD YOUR: NONREF OUR: 2941000059J0 | 3,168.79 | FEDWIRE DEBIT VIA: BANK ONE NA CHGO |

**JPMorganChase**

Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 FEB 2005
Statement End Date: 28 FEB 2005
Statement Code: S00-USA-22
Statement No: 004

Page 17 of 17

JPMorgan Chase Bank, N.A

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | 28FEB | USD | YOUR: NONREF OUR: 2941200059J0 | /071000013 A/C: UNITED HEALTHCARE INSURANCE CO REF: /TIME/14:54 CHIPS DEBIT IMAD: 0228B1QGC08C005866 VIA: CITIBANK /008 A/C: SPECTERA, INC. SSN: 0344996 | 18,521.75 | | |
| | | 28FEB | USD | OUR: 001863011 4XF | AUTOMATIC DOLLAR/FLOAT TRANSFER ACCOUNT 00523196705 | 43,865.38 | | |
| | | 28FEB | USD | YOUR: NONREF OUR: 2940900059J0 | BOOK TRANSFER DEBIT A/C: 00224 53068 METROPOLITAN LIFE INSURANCE CO. REF:/BNF/ATTN: W.R. GRACE & CO. - 256 | 339,692.88 | | |
| | | 28FEB | USD | YOUR: NONREF OUR: 2940700059J0 | 2946S FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332735 NO WP G RACE & CO. - CONN ATTN:MERRILL GROU P(TRANSFER FUNDS) IMAD: 0228B1QGC07C005583 | 4,900,000.00 | | |
| | | 28FEB | USD | YOUR: NONREF OUR: 0894100059J0 | FEDWIRE DEBIT VIA: BKAM IL C60 /071000039 A/C: ART LLC REF: LOAN ADVANCE FROM W.R. GRACE & CO. IMAD: 0228B1QGC02C003074 | 5,500,000.00 | | |
| | | 28FEB | USD | YOUR: NONREF OUR: 2940800059J0 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0228B1QGC05C006694 | 14,100,000.00 | | |

## CHECKS

*No Activity*

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#    0
Last Statement:    01/31/2005
This Statement:    02/28/2005

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period 02/01/2005 - 02/28/2005 | | Statement Beginning Balance | 1,767,646.96 |
| Number of Deposits/Credits | 38 | Amount of Deposits/Credits | 40,977,157.04 |
| Number of Checks | 0 | Amount of Checks | .00 |
| Number of Other Debits | 24 | Amount of Other Debits | 41,075,324.60 |
| | | Statement Ending Balance | 1,669,479.40 |
| Number of Enclosures | 0 | | |
| | | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 02/01 | | 158,637.04 | Zero Balance Transfer | TRSF FR 8188903106 | 00722176373 |
| 02/01 | | 933,706.48 | Zero Balance Transfer | TRSF FR 8188703107 | 00722176148 |
| 02/02 | | 362,290.18 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157525 |
| 02/02 | | 3,346,436.09 | Zero Balance Transfer | TRSF FR 8188703107 | 00722157317 |
| 02/03 | | 52,513.55 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157166 |
| 02/03 | | 725,505.51 | Zero Balance Transfer | TRSF FR 8188703107 | 00722156953 |
| 02/04 | | 496,580.61 | Zero Balance Transfer | TRSF FR 8188903106 | 00722159990 |
| 02/04 | | 1,578,592.34 | Zero Balance Transfer | TRSF FR 8188703107 | 00722159773 |
| 02/07 | | 307,631.73 | Zero Balance Transfer | TRSF FR 8188903106 | 00722264571 |
| 02/07 | | 3,298,615.39 | Zero Balance Transfer | TRSF FR 8188703107 | 00722264323 |
| 02/08 | | 121,574.19 | Zero Balance Transfer | TRSF FR 8188903106 | 00722173454 |
| 02/08 | | 1,253,654.58 | Zero Balance Transfer | TRSF FR 8188703107 | 00722173236 |
| 02/09 | | 285,845.39 | Zero Balance Transfer | TRSF FR 8188903106 | 00722150863 |
| 02/09 | | 927,908.12 | Zero Balance Transfer | TRSF FR 8188703107 | 00722150662 |
| 02/10 | | 96,493.41 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156380 |
| 02/10 | | 1,233,604.21 | Zero Balance Transfer | TRSF FR 8188703107 | 00722156178 |
| 02/11 | | 464,900.83 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157048 |
| 02/11 | | 1,318,965.46 | Zero Balance Transfer | TRSF FR 8188703107 | 00722156824 |
| 02/14 | | 641,758.98 | Zero Balance Transfer | TRSF FR 8188903106 | 00722261061 |
| 02/14 | | 2,979,120.00 | Zero Balance Transfer | TRSF FR 8188703107 | 00722260815 |
| 02/15 | | 92,979.74 | Zero Balance Transfer | TRSF FR 8188903106 | 00722180166 |
| 02/15 | | 2,294,342.63 | Zero Balance Transfer | TRSF FR 8188703107 | 00722179951 |
| 02/16 | | 600,454.59 | Zero Balance Transfer | TRSF FR 8188903106 | 00722153786 |
| 02/16 | | 2,195,279.43 | Zero Balance Transfer | TRSF FR 8188703107 | 00722153582 |
| 02/17 | | 18,827.10 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156005 |
| 02/17 | | 1,391,013.35 | Zero Balance Transfer | TRSF FR 8188703107 | 00722155801 |
| 02/18 | | 457,282.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722158599 |
| 02/18 | | 1,542,639.46 | Zero Balance Transfer | TRSF FR 8188703107 | 00722158378 |
| 02/22 | | 657,115.41 | Zero Balance Transfer | TRSF FR 8188903106 | 00722321647 |
| 02/22 | | 3,188,875.63 | Zero Balance Transfer | TRSF FR 8188703107 | 00722321402 |
| 02/23 | | 316,145.85 | Zero Balance Transfer | TRSF FR 8188903106 | 00722171711 |
| 02/23 | | 1,601,420.39 | Zero Balance Transfer | TRSF FR 8188703107 | 00722171510 |
| 02/24 | | 49,318.27 | Zero Balance Transfer | TRSF FR 8188903106 | 00722166697 |
| 02/24 | | 792,316.88 | Zero Balance Transfer | TRSF FR 8188703107 | 00722166478 |
| 02/25 | | 277,860.24 | Zero Balance Transfer | TRSF FR 8188903106 | 00722161082 |
| 02/25 | | 1,272,074.55 | Zero Balance Transfer | TRSF FR 8188703107 | 00722160854 |
| 02/28 | | 1,112,371.60 | Zero Balance Transfer | TRSF FR 8188903106 | 00722256096 |
| 02/28 | | 3,132,505.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722255849 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

Account Number    8188203114
01 01 142 01 M0000 E#    0
Last Statement:    01/31/2005
This Statement:    02/28/2005

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page    2 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

**Other Debits**

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/01 | | 1,894,535.77 | WIRE TYPE:WIRE OUT DATE:020105 TIME:0949 CT<br>TRN:050201021849 FDREF/SEQ:050201021849/000321<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370021849 |
| 02/02 | | 2,810,707.87 | WIRE TYPE:WIRE OUT DATE:020205 TIME:1437 CT<br>TRN:050202053149 FDREF/SEQ:050202053149/001011<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370053149 |
| 02/03 | | 1,910,814.30 | WIRE TYPE:WIRE OUT DATE:020305 TIME:1248 CT<br>TRN:050203039179 FDREF/SEQ:050203039179/001373<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370039179 |
| 02/04 | | 1,023,315.64 | WIRE TYPE:WIRE OUT DATE:020405 TIME:1226 CT<br>TRN:050204037351 FDREF/SEQ:050204037351/000597<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370037351 |
| 02/07 | | 4,061,090.62 | WIRE TYPE:WIRE OUT DATE:020705 TIME:1226 CT<br>TRN:050207029124 FDREF/SEQ:050207029124/000426<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370029124 |
| 02/08 | | 1,175,305.08 | WIRE TYPE:WIRE OUT DATE:020805 TIME:1231 CT<br>TRN:050208031204 FDREF/SEQ:050208031204/000596<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370031204 |
| 02/09 | | 5,155.49 | Foreign Exchange Debit    FX DRAW DRFX734999<br>31886.69 ZAR  @ 6.185 ON 20050207 | 01790300154 |
| 02/09 | | 1,401,568.48 | WIRE TYPE:WIRE OUT DATE:020905 TIME:1157 CT<br>TRN:050209027683 FDREF/SEQ:050209027683/000578<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370027683 |
| 02/10 | | 1,409,521.62 | WIRE TYPE:WIRE OUT DATE:021005 TIME:1005 CT<br>TRN:050210018393 FDREF/SEQ:050210018393/000375<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370018393 |
| 02/11 | | 962,769.41 | WIRE TYPE:WIRE OUT DATE:021105 TIME:0948 CT<br>TRN:050211017546 FDREF/SEQ:050211017546/000300<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370017546 |
| 02/14 | | 1,600.00 | Foreign Exchange Debit    FX DRAW DRFX759170<br>2635.20 SGD  @ 1.647 ON 20050210 | 01790300264 |
| 02/14 | | 2,000.00 | Foreign Exchange Debit    FX DRAW DRFX759164<br>3294.00 SGD  @ 1.647 ON 20050210 | 01790300295 |
| 02/ | | 3,242,714.25 | WIRE TYPE:WIRE OUT DATE:021405 TIME:1454 CT<br>TRN:050214056172 FDREF/SEQ:050214056172/001318<br>BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO<br>RGAN CHASE BANK ID:021000021 | 00370056172 |

**Bank of America**

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#      0
Last Statement:   01/31/2005
This Statement:   02/28/2005

W.R. GRACE & CO. DIP

Customer Service
1-800-262-2726

Page    3 of    4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Withdrawals and Debits

Other Debits - Continued

| Date Posted | Customer Reference | Amount | Description | Bank Reference |
|---|---|---|---|---|
| 02/15 | | 2,661,812.95 | WIRE TYPE:WIRE OUT DATE:021505 TIME:1022 CT TRN:050215022571 FDREF/SEQ:050215022571/000386 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370022571 |
| 02/16 | | 2,047,716.82 | WIRE TYPE:WIRE OUT DATE:021605 TIME:1435 CT TRN:050216052591 FDREF/SEQ:050216052591/000995 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370052591 |
| 02/17 | | 4,072.28 | Foreign Exchange Debit              FX DRAW DRFX785864 31550.00 HKD  à 7.7475 ON 20050215 | 01790300114 |
| 02/17 | | 39,158.53 | Foreign Exchange Debit              FX DRAW DRFX795593 48188.49 CAD  à 1.2306 ON 20050216 | 01790300073 |
| 02/17 | | 2,500,992.17 | Foreign Exchange Debit              FX DRAW DRFX169232 2500992.17 USD  à 0.0 ON 20050216 | 01790300245 |
| 02/18 | | 1,390,242.32 | WIRE TYPE:WIRE OUT DATE:021805 TIME:1312 CT TRN:050218048838 FDREF/SEQ:050218048838/001234 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370048838 |
| 02/22 | | 3,325,547.49 | WIRE TYPE:WIRE OUT DATE:022205 TIME:1055 CT TRN:050222038370 FDREF/SEQ:050222038370/000522 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370038370 |
| 02/23 | | 2,272,211.63 | WIRE TYPE:WIRE OUT DATE:022305 TIME:1153 CT TRN:050223032972 FDREF/SEQ:050223032972/000595 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370032972 |
| 02/24 | | 1,956,029.88 | WIRE TYPE:WIRE OUT DATE:022405 TIME:0953 CT TRN:050224021771 FDREF/SEQ:050224021771/000441 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370021771 |
| 02/25 | | 1,175,017.37 | WIRE TYPE:WIRE OUT DATE:022505 TIME:1308 CT TRN:050225055442 FDREF/SEQ:050225055442/001554 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370055442 |
| 02/28 | | 3,801,424.63 | WIRE TYPE:WIRE OUT DATE:022805 TIME:1239 CT TRN:050228051423 FDREF/SEQ:050228051423/000884 BNF:W.R. GRACE & CO. CONN ID:016001257 BNF BK:JPMO RGAN CHASE BANK ID:021000021 | 00370051423 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 01/31 | 1,767,646.96 | 47,014.29 | 02/07 | 1,027,691.68 | |
| 02/01 | 965,454.71 | 58,914.54 | 02/08 | 1,227,615.37 | 11,230.00 |
| 02/02 | 1,863,473.11 | 23,677.85 | 02/09 | 1,034,644.91 | 217,826.60 |
| 02/03 | 730,677.87 | .00 | 02/10 | 955,220.91 | 10,890.00 |
| 02/04 | 1,482,535.18 | 134,255.55 | 02/11 | 1,476,317.79 | .00 |
| | | | | | 103,913.19 |

## Bank of America

H

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL   60697

Account Number      8188203114
01 01 142 01 M0000 E#        0
Last Statement:   01/31/2005
This Statement:   02/28/2005

Customer Service
1-800-262-2726

W.R. GRACE & CO. DIP

Page     4 of     4

Bankruptcy Case Number:0101139

## ANALYZED CHECKING

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|------|----------------|-------------------|------|----------------|-------------------|
| 02/14 | 1,850,882.52 | 50,622.54 | 02/22 | 2,320,149.88 | 44,806.33- |
| 02/15 | 1,576,391.94 | 11,306.58 | 02/23 | 1,965,504.49 | 131,957.87 |
| 02/16 | 2,324,409.14 | 159,420.00 | 02/24 | 851,109.76 | 387.40 |
| 02/17 | 1,190,026.61 | 265,135.11- | 02/25 | 1,226,027.18 | 67,987.67 |
| 02/18 | 1,799,706.33 | 10,727.07 | 02/28 | 1,669,479.40 | 598,161.77 |



# Commercial Checking

01      2000000282172  001   130        0     0      79,997

00028497 1 MB 0.309 02   MAAD 126

|Ill....Il..Il..Il.Il.....Il.I

**W R GRACE & COMPANY**
**ATTN: DARLENE PARLIN**
**62 WHITTEMORE AVENUE**
**CAMBRIDGE, MA 02140**

CB

---

# Commercial Checking

2/01/2005 thru 2/28/2005

Account number:          2000000282172
Account owner(s):        W R GRACE & COMPANY
                         ATTN: DARLENE PARLIN

Taxpayer ID Number:      133461988

## Account Summary

| | | |
|---|---|---|
| Opening balance 2/01 | $3,213,673.59 | |
| Deposits and other credits | 110,549,016.39 | + |
| Other withdrawals and service fees | 98,924,757.82 | - |
| Closing balance 2/28 | $14,837,932.16 | |

## Deposits and Other Credits

| | Amount | Description |
|---|---|---|
| 2/01 | 6,034.34 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 2/01 | 7,100,000.00 | FUNDS TRANSFER (ADVICE 050201055937)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/01 OBI=W.R GRACE PAYMENT FO<br>REF=2405100032JO   02/01/05 04:02PM |
| 2/02 | 1.38 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900016741 W R GRACE & CO |
| 2/02 | 3,400,000.00 | FUNDS TRANSFER (ADVICE 050202047841)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/02 OBI=W.R GRACE PAYMENT FO<br>REF=2541400033JO   02/02/05 04:40PM |
| 2/03 | 6,600,000.00 | FUNDS TRANSFER (ADVICE 050203048272)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/03 OBI=W.R GRACE PAYMENT FO<br>REF=2508300034JO   02/03/05 04:49PM |
| 2/04 | 28.43 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900016741 W R GRACE & CO |
| 2/04 | 2,200,000.00 | FUNDS TRANSFER (ADVICE 050204044800)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/04 OBI=W.R GRACE PAYMENT FO<br>REF=2185400035JO   02/04/05 03:42PM |

*Deposits and Other Credits continued on next page.*

---

**WACHOVIA BANK, N.A. , CAP MKTS INV BKG DIV MFG FRANCHISE**

**WACHOVIA**   02

## Deposits and Other Credits   *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 2/07 | 3,100,000.00 | FUNDS TRANSFER (ADVICE 050207045003)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/07 OBI=W.R GRACE PAYMENT FO<br>REF=2716300038JO   02/07/05 04:45PM |
| 2/08 | 10,500,000.00 | FUNDS TRANSFER (ADVICE 050208041397)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/08 OBI=W.R GRACE PAYMENT FO<br>REF=1952600039JO   02/08/05 04:28PM |
| 2/09 | 1,500,000.00 | FUNDS TRANSFER (ADVICE 050209037751)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/09 OBI=W.R GRACE PAYMENT FO<br>REF=2048300040JO   02/09/05 03:28PM |
| 2/10 | 10,800,000.00 | FUNDS TRANSFER (ADVICE 050210047737)<br>RCVD FROM STATE STREET BOST/BOSTON FINANCIAL<br>ORG=W R GRACE & CO - CONN<br>RFB=MAESTRO        OBI= FUND-318-P 1-S<br>REF=050210033485   02/10/05 05:04PM |
| 2/11 | 800,000.00 | FUNDS TRANSFER (ADVICE 050211041840)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/11 OBI=W.R GRACE PAYMENT FO<br>REF=2296200042JO   02/11/05 03:34PM |
| 2/14 | 0.32 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900016741 W R GRACE & CO |
| 2/14 | 1,700,000.00 | FUNDS TRANSFER (ADVICE 050214048567)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/14 OBI=W.R GRACE PAYMENT FO<br>REF=3011500045JO   02/14/05 05:06PM |
| 2/15 | 16,683.00 | ZBA TRANSFER CREDIT<br>TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 2/15 | 7,100,000.00 | FUNDS TRANSFER (ADVICE 050215050450)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/15 OBI=W.R GRACE PAYMENT FO<br>REF=2300100046JO   02/15/05 04:29PM |
| 2/16 | 2,900,000.00 | FUNDS TRANSFER (ADVICE 050216044528)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/16 OBI=W.R GRACE PAYMENT FO<br>REF=2421800047JO   02/16/05 04:12PM |
| 2/17 | 7,200,000.00 | FUNDS TRANSFER (ADVICE 050217045695)<br>RCVD FROM JPMORGAN CHASE BA/<br>ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC<br>RFB=CAP OF 05/02/17 OBI=W.R GRACE PAYMENT FO<br>REF=2461200048JO   02/17/05 04:48PM |

*Deposits and Other Credits continued on next page.*



# Commercial Checking

03    2000000282172  001  130          0      0      79,999

**WACHOVIA**

---

## Deposits and Other Credits  *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 2/18 | 2,100,000.00 | FUNDS TRANSFER  (ADVICE 050218047032) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/02/18  OBI=W.R GRACE PAYMENT FO REF=3288300049JO    02/18/05  03:47PM |
| 2/22 | 9,200,000.00 | FUNDS TRANSFER  (ADVICE 050222057272) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/02/22  OBI=W.R GRACE PAYMENT FO REF=3359800053JO    02/22/05  04:09PM |
| 2/23 | 2,900,000.00 | FUNDS TRANSFER  (ADVICE 050223048768) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/02/23  OBI=W.R GRACE PAYMENT FO REF=2845000054JO    02/23/05  04:19PM |
| 2/24 | 15,800,000.00 | FUNDS TRANSFER  (ADVICE 050224051132) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/02/24  OBI=W.R GRACE PAYMENT FO REF=2926300055JO    02/24/05  04:21PM |
|  | 1,500,000.00 | FUNDS TRANSFER  (ADVICE 050225058974) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/02/25  OBI=W.R GRACE PAYMENT FO REF=3496500056JO    02/25/05  04:52PM |
| 2/28 | 26,268.92 | ZBA TRANSFER CREDIT TRANSFER FROM 2079900005231 W.R. GRACE & CO |
| 2/28 | 14,100,000.00 | FUNDS TRANSFER  (ADVICE 050228062157) RCVD FROM  JPMORGAN CHASE BA/ ORG=W.R. GRACE AND CO SYRACUSE FDNG ACC RFB=CAP OF 05/02/28  OBI=W.R GRACE PAYMENT FO REF=2940800059JO    02/28/05  03:48PM |
| **Total** | **$110,549,016.39** | |

## Other Withdrawals and Service Fees

| Date | Amount | Description |
|------|--------|-------------|
| 2/01 | 37.22 | ZBA TRANSFER DEBIT TRANSFER  TO 2079900005600 W R GRACE & CO |
| 2/01 | 78.76 | ZBA TRANSFER DEBIT TRANSFER  TO 2079900067554 WR GRACE & CO. |
| 2/01 | 13,665.13 | ZBA TRANSFER DEBIT TRANSFER  TO 2079900065006 W R GRACE & CO |
| 2/01 | 75,020.06 | ZBA TRANSFER DEBIT TRANSFER  TO 2079900005260 WR GRACE AND CO |
| 2/01 | 83,509.12 | ZBA TRANSFER DEBIT TRANSFER  TO 2079900016741 W R GRACE & CO |
| 2/01 | 350,895.26 | ZBA TRANSFER DEBIT TRANSFER  TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---

## Other Withdrawals and Service Fees *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 2/01 | 1,377,234.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/02 | 50.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 2/02 | 2,413.58 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 2/02 | 82,622.31 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 2/02 | 522,103.77 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 2/02 | 997,060.83 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/02 | 1,324,971.14 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/02 | 5,250,427.67 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 2/03 | 98.97 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 2/03 | 184.30 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 2/03 | 23,314.79 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 2/03 | 66,824.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 2/03 | 494,723.10 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 2/03 | 787,851.69 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/03 | 933,025.51 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/04 | 212.89 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |
| 2/04 | 713.03 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900065006 W R GRACE & CO |
| 2/04 | 9,305.87 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005260 WR GRACE AND CO |
| 2/04 | 30,515.86 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900016741 W R GRACE & CO |
| 2/04 | 1,029,805.63 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/04 | 2,126,671.38 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005231 W.R. GRACE & CO |
| 2/04 | 4,016,221.76 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079920005761 W R GRACE AND C |
| 2/07 | 100.00 | ZBA TRANSFER DEBIT<br>TRANSFER TO 2079900005600 W R GRACE & CO |

*Other Withdrawals and Service Fees continued on next page.*



**Commercial Checking**

05        2000000282172  001  130              0      0        80,001

WACHOVIA

---

## Other Withdrawals and Service Fees    *continued*

| Date | Amount | Description |
|------|--------|-------------|
| 2/07 | 2,831.53 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 2/07 | 68,699.95 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005231 W.R. GRACE & CO |
| 2/07 | 123,467.74 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 WR GRACE AND CO |
| 2/07 | 129,898.48 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 2/07 | 580,988.58 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 2/07 | 1,082,344.52 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 2/08 | 31.93 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 2/08 | 744.23 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 2/08 | 54,896.25 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 WR GRACE AND CO |
| | 55,749.64 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 2/08 | 640,316.84 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 2/08 | 2,265,857.49 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 2/09 | 145.00 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 2/09 | 2,814.57 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 2/09 | 37,632.21 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 WR GRACE AND CO |
| 2/09 | 353,693.35 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 2/09 | 492,061.80 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900016741 W R GRACE & CO |
| 2/09 | 952,864.85 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |
| 2/09 | 7,701,259.81 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005231 W.R. GRACE & CO |
| 2/10 | 47.22 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005600 W R GRACE & CO |
| 2/10 | 5,335.15 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900065006 W R GRACE & CO |
| 2/10 | 241,197.08 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079900005260 WR GRACE AND CO |
| 2/10 | 511,875.54 | ZBA TRANSFER DEBIT<br>TRANSFER  TO 2079920005761 W R GRACE AND C |

*Other Withdrawals and Service Fees continued on next page.*

---

**WACHOVIA BANK, N.A. ,  CAP MKTS INV BKG DIV MFG FRANCHISE**