IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al., | ) | Case No.: 01-1139 (JKF) |
| | ) | |
| _____ | ) | **No Order Required** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 7772

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Verified Application of Lukins and Annis, P.C. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from October 1, 2004 through October 31, 2004 (the "Application"). The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Application, objections were to be filed no later than March 7, 2005.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§ 105 (a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated April 17, 2002, the Debtors are authorized to pay $40,570.95[1] upon the filing of this certification and without the need for entry of a Court order approving the application.

Dated: May 3, 2005                             BUCHANAN INGERSOLL PC

                                               /s/ William David Sullivan
                                               William D. Sullivan (Bar No. 2820)
                                               The Nemours Building
                                               1007 N. Orange Street, Suite 1110
                                               Wilmington, DE 19801
                                               (302) 428-5500

---

[1] The aggregate total is a result of the addition of 80% of the fees sought ($47,541.00) equaling $38,032.80 and 100% of the expenses sought ($2,538.15) during the time frame of October 1, 2004 through October 31, 2004.

1

-and-

Darrell W. Scott, Esq..
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201
Phone: (509) 455-3966
FAX: (509) 747-3906
(Formerly associated with
Lukins & Annis, P.S.)

ADDITIONAL SPECIAL COUNSEL FOR
ZAI CLAIMANTS