IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Re: Docket Nos. 8117, 8239 & 8275 |

### ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES

WHEREAS, on November 13, 2004, the Debtors filed their Motion for Entry of an Order Seeking the Estimation of Asbestos Claims and Certain Related Relief (the "Estimation Motion"); and

WHEREAS, a hearing on the Estimation Motion (the "Estimation Motion Hearing") was held on January 21, 2005; and

WHEREAS, at the Estimation Motion Hearing, the Court ordered the Asbestos Personal Injury Committee (the "PI Committee"), the Futures Claim Representative (the "FCR"), and the Debtors to negotiate (a) a case management order to govern the estimation of asbestos personal injury claims (the "Case Management Order"), and (b) the form of the Debtors' proposed proof of claim/questionnaire for asbestos personal injury pre-petition litigation claims (the "Questionnaire"); and

WHEREAS, despite their best efforts, the parties have been unable to reach agreement regarding the Case Management Order and the Questionnaire; and

WHEREAS, the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and

WHEREAS, this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and

K&E 10267837.3

2

WHEREAS, venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

IT IS HEREBY:

1. ORDERED that the Modified Order Setting Briefing Schedule and Hearing Regarding Case Management Order and Proof of Claim/Questionnaire for the Estimation of Asbestos Personal Injury Liabilities [Docket No. 8239] entered on July 15, 2005 is vacated.

2. ORDERED that the hearing on the Case Management Order and the Questionnaire will commence on August 17, 2005 at 9:00 a.m. (Eastern Standard Time) in Pittsburgh, Pennsylvania; and it is further

3. ORDERED that the following schedule shall govern the deadlines with respect to the Case Management Order and Questionnaire:

   A. The Debtors shall file their motion for entry of an order approving the Case Management Order and Questionnaire on or before May 9, 2005;

   B. Any party in interest may file a response to the Debtors' motion on or before June 8, 2005; and

   C. Any party in interest may file a reply to the response of any other party in interest on or before June 21, 2005. Each reply shall be limited to five pages.

Dated: April 24, 2005

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

K&E 10267837.3