IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| Debtors | ) | Jointly Administered |
| | ) | Re: Docket Nos. 8275 & 8239 |
| | ) | |

**ORDER VACATING MODIFIED ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES**

Upon the motion (the "Motion")[1] of the Debtors seeking to vacate the Modified Order Setting Briefing Schedule and Hearing Regarding Case Management Order and Proof of Claim/Questionnaire for the Estimation of Asbestos Personal Injury Liabilities (the "Scheduling Order") (Docket No. 8239); and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Scheduling Order at Docket No. 8239 is hereby vacated.

Dated: April 2Y, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Any term not defined herein shall have the meaning ascribed thereto in the Motion.