## CERTIFICATE OF SERVICE

     I, William D. Sullivan, hereby certify that I caused a copy of the foregoing *Certificate of No Objection Regarding Docket No. 7773* to be served the upon those parties identified on the attached service list via hand delivery or US Mail.

     I certify the foregoing to be true and correct under the penalty of perjury

Dated: May 3, 2004                   */s/ William D. Sullivan*
                                                  William D. Sullivan