# Exhibit A

# In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED

Hearing Date: Monday, April 25, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140 | 602<br>W.R. GRACE & CO.-CONN. | $1,541,849.50 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 5/16/2005 12:00 PM |
| 2 | ARCHER, MICHELLE B<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140 | 604<br>W.R. GRACE & CO.-CONN. | $1,910,100.00 (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 5/16/2005 12:00 PM |
| 3 | DILLINGHAM-MANSON JOINT<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140 | 14050<br>W.R. GRACE & CO.-CONN. | UNKNOWN (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 5/16/2005 12:00 PM |
| 4 | DILLINGHAM-MANSON JOINT<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139 | 14051<br>W.R. GRACE & CO. | UNKNOWN (U) | NO LIABILITY EXPUNGE | $0.00 | (U) | CONTINUED TO 5/16/2005 12:00 PM |
| 5 | DILLINGHAM-MANSON JOINT<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140 | 14050<br>W.R. GRACE & CO.-CONN. | UNKNOWN (U) | UNLIQUIDATED | $0.00 | (U) | CONTINUED TO 5/16/2005 12:00 PM |
| 6 | DILLINGHAM-MANSON JOINT<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139 | 14051<br>W.R. GRACE & CO. | UNKNOWN (U) | UNLIQUIDATED | $0.00 | (U) | CONTINUED TO 5/16/2005 12:00 PM |

*(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured*

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

4/21/2005 10:12:46 AM

# Exhibit B

Hearing Date: Monday, April 25, 2005

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT B - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139 | 851 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 2 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN (U) | UNLIQUIDATED | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 3 | CITY OF CAMBRIDGE<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,829,000.00 (U) | NO LIABILITY<br>EXPUNGE | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 4 | CITY OF CAMBRIDGE<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,829,000.00 (U) | NO LIABILITY<br>EXPUNGE | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 5 | MASSACHUSETTS BAY<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 6 | MASSACHUSETTS BAY<br>MICHAEL CROSSEN / DAVID C FIXLER<br>RUBIN AND RUDMAN LLP<br>50 ROWES WHARF<br>BOSTON MA 02110 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9693 | UNKNOWN (U) | UNLIQUIDATED | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 7 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN (U) | NO LIABILITY<br>EXPUNGE | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |
| 8 | PERINI CORPORATION<br>C/O JEFFREY R PORTER ESQUIRE<br>MINTZ LEVIN COHN FERRIS ET AL<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4704 | UNKNOWN (U) | UNLIQUIDATED | $0.00 (U) | CONTINUED TO 6/27/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative**
**(P) - Priority**
**(S) - Secured**
**(U) - Unsecured**

# Exhibit C

In re: W.R. GRACE & CO., et al
OMNIBUS 5 - EXHIBIT C - PENDING

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | PEARSON SR, PETER P<br>PO BOX 26301<br>TUCSON AZ 85726 | 01-01139<br>W.R. GRACE & CO. | 2281 | $741,500.00 | (U) | NO LIABILITY<br>EXPUNGE | PENDING |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

4/21/2005 12:17:17 PM

# Exhibit D

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 5 - EXHIBIT D - STIPULATION**

Hearing Date: Monday, April 25, 2005

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim | Allowed Claim Amount* | Claim Class** | Relief Requested |
|---|---|---|---|---|---|---|---|
| 1   BUREAU OF CUSTOMS AND 6026 LAKESIDE BLVD PO BOX 68911 INDIANAPOLIS  IN  46268 | 01-01140 | 8742 | UNKNOWN UNKNOWN | (P) (U) | $0.00 | (U) | STIPULATION |
| | W.R. GRACE & CO.-CONN. | | | | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

*(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

4/21/2005 12:29:24 PM

# Exhibit E

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## STIPULATION RESOLVING THE OBJECTION
## TO CLAIM NO. 8742 OF THE UNITED STATES, ON BEHALF
## OF THE BUREAU OF CUSTOMS AND BORDER PROTECTION

This stipulation is entered into this __th day of April, 2005, between W.R. Grace & Co.

and its affiliates (collectively, the "Debtors") and the United States, on behalf of the Bureau of

Customs and Border Protection (the "Claimant").

**WHEREAS**, on April 2, 2001 (the "Petition Date"), the Debtors commenced their

respective reorganizations by filing voluntary petitions for relief under chapter 11 of the

Bankruptcy Code.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**WHEREAS**, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage and (c) medical monitoring claims.

**WHEREAS**, on or about March 28, 2003, the Claimant filed a contingent, unliquidated pre-petition claim against W.R. Grace & Co.-Conn. (Claim No. 8742) (the "Claim");

**WHEREAS**, on or about May 5, 2004, the Debtors filed the Fifth Omnibus Objection to Claims. The Debtors objected to the Claim on the grounds that Customs was asserting a claim for which no liability was reflected on the Debtors' books and records;

**WHEREAS**, Claimant cannot estimate or liquidate its claims at this time, and the Debtors and Claimant, through their respective counsel, have agreed that litigation with regard to the Claim would be unnecessarily burdensome and wasteful to each of them;

**NOW THEREFORE**, it is stipulated and agreed by and between Claimant and the Debtors (collectively, the "Parties"), as follows:

1.    The Parties agree that the Claim shall be allowed in the amount of zero ($0.00) dollars for all purposes with respect to any distribution under any confirmed plan of reorganization. However, until the Effective Date (as that term is defined in any confirmed plan of reorganization), the Claimant shall retain the right to amend its Claim to include any pre-petition entry for duty that is included on the originally filed proof of Claim if and when such duty is liquidated and is actually greater than the estimated duty paid by the Debtor. If the Claim is amended by the Claimant, the Debtors reserve all rights to object to such amendment for any reason.

2.    The Parties agree that Claimant reserves any and all rights, interests and claims that it has or may acquire against any surety or sureties who issued bonds to the Debtors for the

2

benefit of Claimant. Nothing in this Stipulation and Order shall release, discharge or exculpate any entity from its obligations or liabilities as surety of the Debtors' obligations to Claimant.

3.      Each party executing this Stipulation represents that such party has the full authority and legal power to do so. This Stipulation may be executed in counterparts and each such counterpart together with the others shall constitute one and the same instrument. The parties further agree that facsimile signatures hereon shall be deemed to be original signatures. This Stipulation shall be binding upon and inure to the benefit of each of the parties, and upon their respective assignees, successors and/or partners.

4.      The Debtors shall direct the Claims Agent, Rust Consulting, Inc., to make the Claims Register to reflect that Claim No. 8742 shall be allowed as outlined herein

5.      The parties shall take whatever additional action, if any, is necessary to make sure that Claims #8742 is treated as outlined herein.

[Continued on next page]

3

Richard G. Andrews
Acting United States Attorney

By: _____
Ellen W. Slights, Delaware Bar 2782
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE  19801
(302) 573-6277


W.R. Grace & Co., et al.


By: _____
One of Their Attorneys
Janet S. Baer
Rachel Reagler Schulman
Of Counsel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

and

Laura Davis Jones
David Carickhoff
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub PC
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in
Possession

4

Richard G. Andrews
Acting United States Attorney


By:_____
Ellen W. Slights, Delaware Bar 2782
Assistant United States Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801
(302) 573-6277


W.R. Grace & Co., et al.

By:_____
One of Their Attorneys
Janet S. Baer
Rachel Reagler Schulman
Of Counsel
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

Laura Davis Jones
David Carickhoff
Pachulski, Stang, Ziehl, Young, Jones &
Weintraub PC
919 North Market Street, 16th Floor
P. O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in
Possession

4