IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., <u>et al.</u>, | ) | Case No.: 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, William D. Sullivan, Esquire, hereby certify that on May 3, 2005, service of the *Verified Application Of The Scott Law Group, P.S. (Formerly Associated With Lukins & Annis, P.S.) For Compensation For Services And Reimbursement Of Expenses As ZAI Additional Special Counsel For The Interim Period From February 1, 2005 Through February 28, 2005* was made upon the parties on the attached service list by Hand Delivery and/or First Class Mail.

I certify the foregoing to be true and correct under the penalty of perjury.

| | |
|---|---|
| \_\_\_May 3, 2005_____ | */s/ William D. Sullivan*_____ |
| Dated | William D. Sullivan |