IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 24, 2005 by 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | December 1, 2004 through December 31, 2004 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 5,815.50 |
| Amount of Expenses Reimbursement: | $ 1,542.81 |

This is a:  X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

This is the third application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 10.8 | $2,808.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 6.90 | $1,207.50 |
| TOTALS | | | | | 17.7 | $4,015.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Michael P. Young | Paralegal | 2 | Bankruptcy | $120.00 | 15.0 | $1,800.00 |
| TOTALS | | | | | 15.0 | $1,800.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 27.90 | $4,567.50 |
| 20 - Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 4.8 | $1,248.00 |
| TOTALS | 32.7 | $5,815.50 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| On-line Search Services (CM/ECF) | $36.75 |
| Duplicating (Outside) | $130.96 |
| Duplicating (Inside) ($0.07 per page) | $15.26 |
| Courier | $1,359.84 |
| Total | $1,542.81 |

2

Dated: May 4, 2005                                BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>DECEMBER 1. 2004 THROUGH DECEMBER 31, 2004</u>**

4

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

April 28, 2005
Invoice No. 9842147

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 11/29/04 | M. Young | 3.80 | 456.00 | Final edit of BI's first fee application, format and file (1.4), final editing of RPWB 14th Quarterly and prepare for filing (.9), update and review fee app tracking information (.9), draft, format Notice of filing of 14th for filing(.6) |
| 12/02/04 | M. Young | 0.70 | 84.00 | Review recent pleadings/filings, review court docket and update 2019 with Buchanan Info |
| 12/03/04 | M. Young | 1.30 | 156.00 | Update file re: Recent filings and update tracking chart with recent monthly and quarterly information |

| | | | |
|---|---|---|---|
| ZAI PLAINTIFFS | | | April 28, 2005 |
| W.R. GRACE | | | Invoice No. 9842147 |
| Ref. No. 51677-000001 | | | Page    2 |

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 12/06/04 | M. Young | 3.80 | 456.00 | Reveiw file and docket, draft certificate of no objection(.8), format file and serve(.3), ensure service to chambers (.1), Draft November fee application of BI (2.6) |
| 12/07/04 | M. Young | 1.20 | 144.00 | Review file, update status of fee applications, forward info to co-counsel, brief revision to BI 2nd fee app, review admin order |
| 12/08/04 | W.D. Sullivan | 0.30 | 78.00 | Review 2019 statement and e-mail received from co-counsel |
| 12/08/04 | M. Young | 4.20 | 504.00 | Review file/order re: 2019 Statements, review buchanan clients, complete 2019 statement and chart as order by the court, |
| 12/15/04 | W.D. Sullivan | 1.10 | 286.00 | Review 2019 statements prepared by co-counsel; phone call with co-counsel (RPWB) re: consolidation of statements; review order |
| 12/15/04 | W.D. Sullivan | 0.40 | 104.00 | E-mail co-counsel (Lukins) re: 2019 requirements; follow-up |
| 12/16/04 | I. D. Lindley | 0.40 | 70.00 | Confer with W. Sullivan re: WR Grace/ZAI Claimants' motions to modify and CNO requirements. |
| 12/16/04 | W.D. Sullivan | 0.20 | 52.00 | E-mails from co-counsel (RPWB) re: status of October fee application and filing of November application |

```
ZAI PLAINTIFFS                                         April 28, 2005
W.R. GRACE                                             Invoice No. 9842147
Ref. No. 51677-000001                                  Page    3
```

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 12/16/04 | W.D. Sullivan | 0.50 | 130.00 | Review agenda for December 20 hearing; coordinate telephonic appearances |
| 12/16/04 | W.D. Sullivan | 0.40 | 104.00 | Review order and certification from fee auditor for 13th period; all fees to be paid |
| 12/17/04 | I. D. Lindley | 1.50 | 262.50 | Prepare BI 2019 statement |
| 12/17/04 | W.D. Sullivan | 0.60 | 156.00 | E-mails with counsel re: handling of order; preparation for hearing |
| 12/17/04 | W.D. Sullivan | 1.30 | 338.00 | Review and revise CNO and proposed order; phone call with Court re: handling of CNO; file and serve |
| 12/20/04 | I. D. Lindley | 3.00 | 525.00 | Review and revise 2019 statement for RPWB and the Scott Law firm and prepare serve notices |
| 12/20/04 | W.D. Sullivan | 1.00 | 260.00 | Review docket and prepare for hearing on fee applications and motion to modify orders, verify all amounts accurately listed on Thirteenth Quarterly Order |
| 12/20/04 | W.D. Sullivan | 2.70 | 702.00 | Attend hearing by teleconference; motion to modify |
| 12/20/04 | W.D. Sullivan | 1.50 | 390.00 | Review revise and approve all ZAI 2019 statements |
| 12/21/04 | I. D. Lindley | 2.00 | 350.00 | Final and serve ZAI 2019 statements and notices of serve |
| 12/30/04 | W.D. Sullivan | 0.50 | 130.00 | E-mails from co-counsel; review draft fee applications for 14th Quarter |

```
ZAI PLAINTIFFS                                         April 28, 2005
W.R. GRACE                                             Invoice No. 9842147
Ref. No. 51677-000001                                  Page    4

12/30/04 W.D. Sullivan          0.30         78.00  Review and revise
                                                    November Fee
                                                    Application for BIPC


                     Total Hours            32.70

                  Total Legal Services          $5,815.50


Disbursements

11/09/04  On-Line Search Service                            1.00        2.10
11/15/04  On-Line Search Service                            1.00       15.61
11/23/04  Messenger/Delivery Service Parcels, Inc.          1.00       21.08
11/24/04  Reliable Copy Services Inc.- File                 1.00       20.28
          conversion, reformatting, preparation
          of disk, scanning of documents, e-mail
          of documents
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00       66.80
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00      170.00
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00       16.50
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00       33.00
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00      791.25
11/29/04  Messenger/Delivery Service Parcels, Inc.          1.00      176.16
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00        5.00
12/06/04  Messenger/Delivery Service Parcels, Inc.          1.00       30.05
12/06/04  Photocopies M. Young                             16.00        1.12
12/06/04  Photocopies M. Young                              8.00        0.56
12/09/04  Photocopies M. Young                             76.00        5.32
12/10/04  On-Line Search Service                            1.00       10.99
12/16/04  On-Line Search Service                            1.00        6.16
12/22/04  On-Line Search Service                            1.00        1.89
12/23/04  Photocopies M. S. Henifin                         2.00        0.14
12/23/04  Photocopies M. S. Henifin                       116.00        8.12
12/28/04  Reliable Copy Services Inc. - Copies              1.00      110.68
```

```
ZAI PLAINTIFFS                                      April 28, 2005
W.R. GRACE                                          Invoice No. 9842147
Ref. No. 51677-000001                               Page    5
```

                         Disbursements                    $1,542.81

                      Total Due this Invoice       $7,358.31

```
ZAI PLAINTIFFS                                          April 28, 2005
W.R. GRACE                                              Invoice No. 9842147
Ref. No. 51677-000001                                   Page    6


                    *  *  *  *  *   ATTORNEY SUMMARY   *  *  *  *  *

                                    Hours       Billed        Bill
                                    Worked      Per Hour      Amount
                                    ------      --------      ------

William D. Sullivan                  10.80       260.00        2,808.00
I. D. Lindley                         6.90       175.00        1,207.50
Michael Young                        15.00       120.00        1,800.00
=============================       ========                  ============
Total All Attorneys                  32.70                     5,815.50
```