IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | January 1, 2005 through January 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 6,297.00 |
| Amount of Expenses Reimbursement: | $ 4,167.75 |

This is a:  X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the fourth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 7.00 | $1,820.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 24.2 | $4,477.00 |
| TOTALS | | | | | 31.2 | $6,297.00 |

No paraprofessionals rendered professional service in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---:|---:|
| 11 - Fee Applications, Applicant | 26.10 | $4,971.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 5.1 | $1,326.00 |
| TOTALS | 32.7 | $6,297.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---:|
| On-line Search Services (CM/ECF) | $45.76 |
| Courier | $4,121.99 |
| Total | $4,167.75 |

Dated: May 4, 2005

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN        April 28, 2005
ATTN: ED WESTBROOK, ESQ                              Invoice No. 9842148
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464
```

For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 01/03/05 | I. D. Lindley | 3.00 | 555.00 | Attention to revision, preparation of fee applications for BI and co-counsel. |
| 01/03/05 | W.D. Sullivan | 2.90 | 754.00 | Review Debtors' estimation and Supplemental Estimation (.8); review order scheduling hearing on motion to refer (.2); review motion and schedule (.5); review Debtor and committee findings on schedule and solicitation procedures (1.1); phone call with co-counsel re: ZAI Claimants position on these matters (.3); no filings needed |
| 01/03/05 | W.D. Sullivan | 0.80 | 208.00 | Review schedules and statements re: interacting obligations |

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: California

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

| | | | |
|---|---|---|---|
| ZAI PLAINTIFFS<br>W.R. GRACE<br>Ref. No. 51677-000001 | | | April 28, 2005<br>Invoice No. 9842148<br>Page    2 |
| 01/05/05 W.D. Sullivan | 0.40 | 104.00 | Review of monthly and quarterly fee application requirements for BI |
| 01/07/05 W.D. Sullivan | 0.40 | 104.00 | E-mail to co-counsel re: my review of Grace's Statements and Schedules |
| 01/07/05 W.D. Sullivan | 0.30 | 78.00 | Review PD Committee's Motio n to Strike the Notice of Intent |
| 01/07/05 W.D. Sullivan | 0.20 | 52.00 | Phone call with counsel for Debtors re: 2019 statements |
| 01/10/05 I. D. Lindley | 5.00 | 925.00 | Prepare, review and revise fee applications for filing and review same with W. Sullivan. |
| 01/10/05 W.D. Sullivan | 0.50 | 130.00 | Review December fee application from RPWB; review status of other fee applications |
| 01/11/05 I. D. Lindley | 4.30 | 795.50 | Revise and file Lukins & Annis fee applications, conference with W. Sullivan re: same. (3.0) Attention to filing, service of same and correspondence re: same to auditor, notice parties.  (1.3) |
| 01/11/05 W.D. Sullivan | 0.50 | 130.00 | Review and revise fee applications of Lukins & Annis (monthly and quarterly) |
| 01/12/05 I. D. Lindley | 7.40 | 1,369.00 | Review, revise and update multiple fee applications for ZAI counsel Richardson, Patrick, Westbrook & Brickman, Lukins & Annis, Buchanan Ingersoll; attention to filing and service of same., provision of |

```
ZAI PLAINTIFFS                                          April 28, 2005
W.R. GRACE                                              Invoice No. 9842148
Ref. No. 51677-000001                                   Page    3
```

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | filed documents to fee auditor, via e-mail to Notice Parties. |
| 01/12/05 | W.D. Sullivan | 0.20 | 52.00 | Review and approve RPWB December fee application |
| 01/12/05 | W.D. Sullivan | 0.10 | 26.00 | Review and approve B&I November Fee Application |
| 01/13/05 | I. D. Lindley | 4.50 | 832.50 | Prepare, review and revise fee applications and certificates of no objection for same. |
| 01/14/05 | W.D. Sullivan | 0.30 | 78.00 | Review order referring jurisdiction back to bankruptcy court; review order canceling hearing; e-mail to co-counsel |
| 01/19/05 | W.D. Sullivan | 0.40 | 104.00 | Review agenda for 1/21 and 1/24 hearings; e-mail to co-counsel re: telephonic participation |

```
                    Total Hours           31.20

                    Total Legal Services           $6,297.00
```

**Disbursements**

| Date | Description | | |
|---|---|---|---|
| 01/03/05 | On-Line Search Service | 1.00 | 5.68 |
| 01/03/05 | On-Line Search Service | 1.00 | 3.28 |
| 01/10/05 | On-Line Search Service | 1.00 | 7.76 |
| 01/12/05 | On-Line Search Service | 1.00 | 26.64 |
| 01/13/05 | On-Line Search Service | 1.00 | 2.40 |
| 01/20/05 | Messenger/Delivery Service Parcels, Inc | 1.00 | 3,251.25 |
| 01/28/05 | Reliable Copy Services Inc. - Copies of Documents and service | 1.00 | 870.74 |

```
                    Disbursements                  $4,167.75

                    Total Due this Invoice         $10,464.75
```

```
ZAI PLAINTIFFS                                        April 28, 2005
W.R. GRACE                                            Invoice No. 9842148
Ref. No. 51677-000001                                 Page    4
```

* * * * * ATTORNEY SUMMARY * * * * *

|                       | Hours Worked | Billed Per Hour | Bill Amount |
|-----------------------|-------------:|----------------:|------------:|
| William D. Sullivan   |         7.00 |          260.00 |    1,820.00 |
| I. D. Lindley         |        24.20 |          185.00 |    4,477.00 |
| Total All Attorneys   |        31.20 |                 |    6,297.00 |