## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PER IOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

Name of Applicant:                                    Buchanan Ingersoll PC


Authorized to Provide Professional Services to:       Zonolite Attic Insulation Claimants

Date of Appointment:                                  July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                              February 1, 2005 through
                                                      February 28, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                            $ 6,066.50

Amount of Expenses Reimbursement:                     $ 698.29

This is a:  X monthly    _ quarterly  _ final application

Prior Application filed:  Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants.  Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004.  The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

This is the fifth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 9.40 | $2,444.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 18.9 | $3,496.50 |
| TOTALS | | | | | 30.4 | $6,066.50 |

The paraprofessional rendering professional services in these cases during the Fee Period is:

| Name of Paraprofessional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Dawn Abernathy | Administrative Assistant | 12 | Bankruptcy | $60.00 | 2.1 | 126.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 22.90 | $4,536.50 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 7.5 | $1,530.00 |
| TOTALS | 32.7 | $6,066.50 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| On-line Search Services (CM/ECF) | $150.70 |
| Duplication - In-house ($0.07 per page) | $18.48 |
| Courier | $529.11 |
| Total | $698.29 |

Dated: May 4, 2005                    BUCHANAN INGERSOLL PC

                                      */s/ William D. Sullivan*
                                      William D. Sullivan (No. 2820)
                                      The Nemours Building
                                      1007 North Orange Street, Suite 1110
                                      Wilmington,  DE  19801-1236
                                      Telephone: (302) 428-5500
                                      Facsimile: (302) 428-3996

                                      Delaware Counsel for the ZAI Claimants

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL, P.C. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005</u>**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

April 28, 2005
Invoice No. 9842149

**For Legal Services Rendered in Connection With:**

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 02/02/05 | W.D. Sullivan | 0.30 | 78.00 | Review miscellaneous orders entered by Court, Plan period extended |
| 02/02/05 | W.D. Sullivan | 0.20 | 52.00 | Phone call with co-counsel re: results of hearing re: ZAI Bar Date |
| 02/03/05 | I. D. Lindley | 5.50 | 1,017.50 | Review status of fee application filings to date per W. Sullivan. (0.2) Prepare, file and serve certificates of no objection for four fee applications. (5.2) |
| 02/03/05 | W.D. Sullivan | 0.40 | 104.00 | E-mail from client; status of CNO's and approve additional ones for filing |
| 02/09/05 | W.D. Sullivan | 0.60 | 156.00 | Review status of BI Fee Applications; prepare and file CNO for October Fee Application |

```
ZAI PLAINTIFFS                                        April 28, 2005
W.R. GRACE                                            Invoice No. 9842149
Ref. No. 51677-000001                                 Page   2
```

| | | | | |
|---|---|---|---|---|
| 02/14/05 | I. D. Lindley | 3.00 | 555.00 | Revise, file, and attention to service of Lukins & Annis October, December fee applications, Scott Law Group December fee applications. (2.5) Prepare, file and attention to service of certificate of no objection for Buchanan Ingersoll's December 2004 interim fee application (0.5). |
| 02/14/05 | W.D. Sullivan | 0.60 | 156.00 | Review Scott monthly fee applications; e-mail exchange with co-counsel and approve for filing |
| 02/14/05 | W.D. Sullivan | 0.30 | 78.00 | Review Amended Order; e-mail RPWB re: handling of monthly fee applications |
| 02/14/05 | W.D. Sullivan | 0.20 | 52.00 | Review CNO, review status of BI fee applications |
| 02/14/05 | W.D. Sullivan | 0.40 | 104.00 | Review revised case management order and impact on hearing dates and telephonic procedures |
| 02/15/05 | I. D. Lindley | 8.00 | 1,480.00 | Prepare, file and serve Lukins and Annis 15th Quarterly fee application. |
| 02/15/05 | W.D. Sullivan | 0.20 | 52.00 | Correspondence with RPWB re: quarterly fee application |
| 02/15/05 | W.D. Sullivan | 0.20 | 52.00 | Review pleadings filed by Court |
| 02/15/05 | W.D. Sullivan | 0.30 | 78.00 | Review and revise Lukins & Annis 15th Quarterly Fee Application and approve for filing |

ZAI PLAINTIFFS                                          April 28, 2005
W.R. GRACE                                             Invoice No. 9842149
Ref. No. 51677-000001                                  Page    3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/15/05 | W.D. Sullivan | 0.40 | 104.00 | Review and revise and approve for filing the RPWB Quarterly Fee Application and Notice |
| 02/16/05 | W.D. Sullivan | 0.30 | 78.00 | Review pleadings relating to New York appeals |
| 02/17/05 | W.D. Sullivan | 0.70 | 182.00 | Review orders; e-mail to counsel for Grace re: counsel designations and fee applications |
| 02/22/05 | W.D. Sullivan | 0.30 | 78.00 | Review notice of agenda for amended disclosure hearing; forward to co-counsel with telephonic procedures |
| 02/24/05 | W.D. Sullivan | 0.20 | 52.00 | Phone call with co-counsel re: response to stay motion |
| 02/25/05 | W.D. Sullivan | 0.30 | 78.00 | Review and approve RPWB Fee Application (Jan.) for filing |
| 02/25/05 | W.D. Sullivan | 1.70 | 442.00 | Attend hearing on Disclosure Statement status |
| 02/25/05 | W.D. Sullivan | 1.40 | 364.00 | Analysis of lift stay issues; e-mail to co-counsel re: analysis of response issues; review draft response from co-counsel |
| 02/25/05 | D. Abernathy | 2.10 | 126.00 | Review docket and retrieve Debtor's Chart Regarding Status of Remaining Objections with 40 Exhibits (1.9); retrieve Motion for Stay |
| 02/28/05 | I. D. Lindley | 2.40 | 444.00 | Conference with W. Sullivan re: Richardson, Patrick fee application to be filed today. (0.1) Edit, revise, and prepare |

```
ZAI PLAINTIFFS                                April 28, 2005
W.R. GRACE                                    Invoice No. 9842149
Ref. No. 51677-000001                         Page   4

                                              January monthly fee
                                              application of
                                              Richardson, Patrick
                                              firm for filing and
                                              service and attention
                                              to service of same.
                                              (2.0) Correspondence
                                              with Richardson firm
                                              re: format for fee
                                              auditor copies,
                                              correspondence to
                                              counsel, fee auditor
                                              re: newly-filed
                                              application and copies
                                              thereof. (0.3)
02/28/05 W.D. Sullivan          0.40   104.00 Review chart re:
                                              disclosure statement;
                                              phone call with
                                              co-counsel and client
                                              re: matters going
                                              forward regarding
                                              disclosure statement


              Total Hours              30.40

                    Total Legal Services      $6,066.50
```

## Disbursements

```
02/03/05  Messenger/Delivery Service Parcels, Inc.        1.00      84.65
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05  Messenger/Delivery Service Parcels, Inc.        1.00       5.00
```

```
ZAI PLAINTIFFS                                       April 28, 2005
W.R. GRACE                                           Invoice No. 9842149
Ref. No. 51677-000001                           Page    5

02/14/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/14/05   Photocopies I. D. Lindley                       6.00       0.42
02/14/05   Photocopies I. D. Lindley                      17.00       1.19
02/14/05   Photocopies I. D. Lindley                      11.00       0.77
02/14/05   Photocopies I. D. Lindley                      11.00       0.77
02/15/05   Photocopies I. D. Lindley                      43.00       3.01
02/15/05   Photocopies I. D. Lindley                      23.00       1.61
02/15/05   Photocopies I. D. Lindley                     116.00       8.12
02/15/05   On-Line Search Service                          1.00      39.92
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00       5.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00     145.00
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00      16.50
02/15/05   Messenger/Delivery Service Parcels, Inc.        1.00      33.00
02/17/05   Photocopies W. Sullivan                        37.00       2.59
02/25/05   On-Line Search Service W. Sullivan              1.00      21.52
02/25/05   On-Line Search Service                          1.00      21.04
02/25/05   Messenger/Delivery Service Parcels              1.00       7.50
02/28/05   Messenger/Delivery Service Parcels, Inc.        1.00      62.46
02/28/05   On-Line Search Service W. Sullivan              1.00      68.22

                        Disbursements              $698.29


                  Total Due this Invoice         $6,764.79
```

ZAI PLAINTIFFS                                              April 28, 2005
W.R. GRACE                                                 Invoice No. 9842149
Ref. No. 51677-000001                                      Page   6


                    * * * * *   ATTORNEY SUMMARY   * * * * *

|                               | Hours Worked | Billed Per Hour | Bill Amount |
|-------------------------------|--------------|-----------------|-------------|
| William D. Sullivan           | 9.40         | 260.00          | 2,444.00    |
| I. D. Lindley                 | 18.90        | 185.00          | 3,496.50    |
| Dawn Abernathy                | 2.10         | 60.00           | 126.00      |
| Total All Attorneys           | 30.40        |                 | 6,066.50    |