IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM MARCH 1, 2005 THROUGH MARCH 31, 2005**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll PC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | March 1, 2005 through March 31, 2005 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 1,128.00 |
| Amount of Expenses Reimbursement: | $ 47.64 |

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] Buchanan Ingersoll PC presently serves as Delaware Bankruptcy Counsel to the ZAI Claimants. Elzufon, Austin, Reardon, Tarlov and Mondell, P.A. ("EARTM") previously served as Delaware Bankruptcy Counsel through September 20, 2004. The matter was transferred when William D. Sullivan, the attorney representing the ZAI Claimants at EARTM, moved his practice to Buchanan Ingersoll PC.

1

This is the sixth application of Buchanan Ingersoll PC ("BIPC") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The BIPC attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Shareholder | 15 | Bankruptcy | $260.00 | 3.20 | $832.00 |
| Ian D. Lindley | Associate | 2 | Bankruptcy | $175.00 | 1.6 | $296.00 |
| TOTALS | | | | | 4.8 | $1,128.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications, Applicant | 2.4 | $504.00 |
| 20 - Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 2.4 | $624.00 |
| TOTALS | 4.8 | $1,128.00 |

11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Duplication - In-house ($0.07 per page) | $1.54 |
| Courier | $46.10 |
| Total | $47.64 |

Dated: May 4, 2005

BUCHANAN INGERSOLL PC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801-1236
Telephone: (302) 428-5500
Facsimile: (302) 428-3996

Delaware Counsel for the ZAI Claimants

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: May 24, 2005 by 4:00 p.m.** |
| | | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF BUCHANAN INGERSOLL PC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
<u>MARCH 1, 2005 THROUGH MARCH 31, 2005</u>**

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

ZAI PLAINTIFFS
C/O RICHARDSON, PATRICK, WESTBROOK & BRICKMAN
ATTN: ED WESTBROOK, ESQ
1037 CHUCK DAWLEY BLVD BUILDING A
MT. PLEASANT, SC 29464

April 28, 2005
Invoice No. 9842150


For Legal Services Rendered in Connection With:

W.R. GRACE
C.A #01-01139
ZONOLITE

Reference #51677-000001

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 03/09/05 | W.D. Sullivan | 0.30 | 78.00 | Review miscellaneous pleadings filed in this case |
| 03/15/05 | W.D. Sullivan | 0.30 | 78.00 | Review agenda for March 21 hearing; review status of fee applications |
| 03/21/05 | W.D. Sullivan | 1.80 | 468.00 | Review proposed orders confirming payment of co-counsel's fees; attend omnibus hearing, orders entered, status report prepared |
| 03/24/05 | W.D. Sullivan | 0.30 | 78.00 | Review miscellaneous orders received |
| 03/28/05 | W.D. Sullivan | 0.30 | 78.00 | Review order approving interim compensation for 14th period; forward to co-counsel |
| 03/29/05 | I. D. Lindley | 1.60 | 296.00 | Revise and prepare February monthly application of Richardson, Patrick firm, attention to service of same. |

```
ZAI PLAINTIFFS                                        April 28, 2005
W.R. GRACE                                            Invoice No. 9842150
Ref. No. 51677-000001                                 Page    2

03/29/05  W.D. Sullivan              0.20      52.00  Review RPWB February
                                                      fee application,
                                                      approve for filing


                         Total Hours           4.80

                         Total Legal Services        $1,128.00


Disbursements

03/29/05  Photocopies W. Sullivan                      22.00    1.54
03/29/05  Messenger/Delivery Service Parcels, Inc.      1.00   46.10

                         Disbursements                $47.64


                         Total Due this Invoice     $1,175.64
```

```
ZAI PLAINTIFFS                                          April 28, 2005
W.R. GRACE                                              Invoice No. 9842150
Ref. No. 51677-000001                                   Page    3
```

* * * * *   ATTORNEY SUMMARY   * * * * *

|                       | Hours Worked | Billed Per Hour | Bill Amount |
|-----------------------|-------------:|----------------:|------------:|
| William D. Sullivan   | 3.20         | 260.00          | 832.00      |
| I. D. Lindley         | 1.60         | 185.00          | 296.00      |
| Total All Attorneys   | 4.80         |                 | 1,128.00    |