UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re: W.R Grace & Co., et al., Debtors. | : : : | Chapter 11 Case No. 01-01139 (JKE) Jointly Administered |
|---|---|---|

## NOTICE OF TRANSFER OF CLAIM NO. 4072 PURSUANT TO FRBP 3001(E) (2)

1. To:  ("Transferor")  WALLACE, KING, MARRARO & BRANSON PLLC
   1050 THOMAS JEFFERSON STREET, N.W
   WASHINGTON
   DC20007

2. Please take notice of the transfer of Claim # **4072** in the outstanding principal amount of **$426,478.32** against the Debtors together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

   ("Transferee")      DEUTSCHE BANK SECURITIES, INC.
   60 WALL STREET, FLOOR 2
   NEW YORK, NY 10005
   Attention: Matthew Doheny
   Telephone:    212-250-5760
   Facsimile:    212-469-2884

3. No action is required <u>if you do not object</u> to the transfer of the Transferred Claim as described above. However, **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN <u>20 DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST:**

   **--FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
   United States Bankruptcy Court
   824 Market Street, 3rd Floor
   Attn:   Bankruptcy Court
   Wilmington
   Delaware, 19801

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED AS OF RECORD AS THE CLAIMANT IN THESE CASES.**

Dated: May     , 2005                             _____
                                                  Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO.:
Claims Agent Notice:_____        Copy to Debtor:_____        Copy to Transferee:

                                                  Deputy Clerk

EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
District of Delaware ("Bankruptcy Court")
New York, NY 10004
Attn: Clerk

AND TO: W.R Grace & Co. ("Debtor")
Case No. 01-01139 (JKE)

Claim #: 4072

WALLACE, KING, MARRARO & BRANSON PLLC its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

DEUTSCHE BANK SECURITIES, INC.
60 Wall Street, 2nd Floor
New York, NY 10005
Attn: Matt Doheny
Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $426,478.32 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated ~~September~~ _15_, 2004.
October

By: _____
Name: Anthony F. King
Title: Partner