**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1275
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

April 30, 2005

In Reference To: Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #  10529

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/4/2005 | CO | Update database with 02.05 Monthly Invoice of lett (.10); 02.05 Monthly Invoice of Reed (.10); 02.05 Monthly Invoice of Campbell (.10); 02.05 Monthly Invoice of Caplin (.10); 10.01.04 through 12.31.04 Interim Fee Application of Hamilton (.10); 10.01.04 through 12.31.04 Interim Fee Application of Bilzin (.10); 02.05 Monthly Invoice of Richardson (.10) | 0.70 | 28.00 |
| 4/5/2005 | JBA | Update database with Hamilton 2.05 e-detail | 0.10 | 4.00 |
| | CO | Update database with 02.05 Monthly Invoice of Stroock (.10) | 0.10 | 4.00 |
| 4/6/2005 | PGS | Preparation of March 2005 Monthly Invoice of WHS | 0.70 | 56.00 |
| | JBA | Update database with Stroock 2.05 e-detail | 0.10 | 4.00 |
| | JBA | Update database with Klett 2.05 e-detail | 0.10 | 4.00 |
| 4/7/2005 | JBA | Update database with Ferry Joseph 2.05 e-detail | 0.10 | 4.00 |
| | CO | Update database with 02.05 Monthly Invoice of Ferry (.10) | 0.10 | 4.00 |

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/8/2005 | PGS | Electronic filing with court of March 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
| | JBA | Update database with Phillips 2.05 pdf e-detail | 0.10 | 4.00 |
| | JBA | Update database with Kramer 15th Interim app/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Swidler Berlin 2.05 pdf e-detail | 0.10 | 4.00 |
| 4/11/2005 | PGS | Preparation of CNO for February 2005 | 0.10 | 8.00 |
| | PGS | Electronic filing with court of CNO for February 2005 | 0.10 | 8.00 |
| | CO | Update database with 02.05 Monthly Invoice of Hamilton (.10); 02.05 Monthly Invoice of Philips (.10); 02.05 Monthly Invoice of Swidler (.10) | 0.30 | 12.00 |
| | JBA | Update database with Wallace King 1.05 e-detail | 0.10 | 4.00 |
| 4/12/2005 | CO | Update database with 02.05 Monthly Invoice of Pachulski (.10) | 0.10 | 4.00 |
| | SLB | research regarding Ninth Circuit billings of K&E at request of U.S. Trustee (2.3) | 2.30 | 299.00 |
| | JBA | research regarding references to 9th Circut detail in K&E monthly applications | 0.80 | 32.00 |
| | JAW | detailed review of Reed Smith January, 2005, monthly invoice (1.9); draft summary of same (0.5) | 2.40 | 324.00 |
| | JAW | detailed review of Kramer January, 2005, monthly invoice (2.2); draft summary of same (0.3) | 2.50 | 337.50 |
| 4/14/2005 | JBA | draft 15th Interim Project Category Spreadsheet | 4.30 | 172.00 |
| | CO | Update database with 10.01.04 through 12.31.04 Interim Fee Application of Pachulski (.10) | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/15/2005 | CO | Update database with 02.05 Monthly Invoice of Holme (.10); 02.05 Monthly Invoice of Bilzin (.10); 10.01.04 through 12.31.04 ammended Interim Fee Application of CIBC (.10) | 0.30 | 12.00 |
| 4/18/2005 | CO | Update database with 01.05 Monthly Invoice of Wallace (.10) | 0.10 | 4.00 |
|  | JBA | Update database with Holmes 2.05 e-detail | 0.10 | 4.00 |
| 4/20/2005 | JAW | detailed review of Pitney Hardin 15th quarterly fee application (October 1, 2004 - December 1, 2004) (1.50) | 1.50 | 202.50 |
|  | JAW | detailed review of Bilzin 15th interim fee application (October 1, 2004 - December 31, 2004) (4.4); draft summary of same (0.1) | 4.50 | 607.50 |
| 4/21/2005 | JAW | detailed review of Pitney Hardin 15th quarterly fee application (October 1, 2004 - December 1, 2004) (1.30); draft summary of same (0.1) | 1.40 | 189.00 |
|  | JAW | detailed review of Pachulski 15th quarterly fee application (October 1, 2004 - December 1, 2004) (2.0); draft summary of same (0.1) | 2.10 | 283.50 |
|  | JBA | Update database with Wallace King 2.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Tersigni 2.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with Pachulski 2.05 e-detail | 0.10 | 4.00 |
|  | JBA | Update database with PWC 2.05 e-detail | 0.10 | 4.00 |
| 4/25/2005 | CO | Update database with 01.05 and 02.05 Monthly Invoices of CIBC (.10) | 0.10 | 4.00 |
|  | JBA | Update database with CIBC 1.05 and 2.05 e-detail pdf | 0.10 | 4.00 |
| 4/26/2005 | SLB | detailed review of 15th Interim apps - Pachulski (2.5) ; Pitney Hardin (4.8) | 7.30 | 949.00 |

W.R. Grace & Co. Page 4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 4/26/2005 | CO | Update database with 02.05 Monthly Invoice of Tersigni (.10); 10.01.04 through 12.31.04 Interim Fee Application of Conway (.10); 02.05 Monthly Invoice of Pricewaterhouse (.10) | 0.30 | 12.00 |
| 4/28/2005 | SLB | begin draft of 15th Interim initial report - K&E (4.8) | 4.80 | 624.00 |
| 4/29/2005 | SLB | continue draft of 15th Interim initial report - K&E (6.2) | 6.20 | 806.00 |
| | CO | Update database with 03.05 Monthly Invoice of Hamilton (.10); 01.05, 02.05, 03.05 Monthly Invoices of Austern (.10); 03.05 Monthly Invoice of Philips (.10), 02.05 Monthly Invoice of Wallace (.10); 03.05 Monthly Invoice of Pachulski (.10) | 0.50 | 20.00 |
| | PGS | Preparation of CNO for March 2005 Monthly Invoice of WHS | 0.10 | 8.00 |

**For professional services rendered**     **45.30**     **$5,078.00**

Additional Charges :

| | Price | |
|---|---:|---:|
| Court Call | 80.00 | 80.00 |
| Pacer charges 01.01.05 - 03.31.05 | 49.68 | 49.68 |

**Total costs**     **$129.68**

**Total amount of this bill**     **$5,207.68**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Courtney Orent | 2.70 | 40.00 | $108.00 |
| James A Wehrmann | 14.40 | 135.00 | $1,944.00 |
| Jeff B. Allgood | 6.50 | 40.00 | $260.00 |

W.R. Grace & Co.                                                                                                                   Page      5

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Priscilla G Stidham | 1.10 | 80.00 | $88.00 |
| Stephen L. Bossay | 20.60 | 130.00 | $2,678.00 |