## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
| | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) **Case No. 01-01139 (JKF)** |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) Objection Deadline: May 26, 2005 at 4:00 p.m. |
| | ) Hearing: To Be Determined |

### NOTICE OF FILING OF
### FOURTH QUARTERLY INTERIM FEE APPLICATION OF
### SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
### INCURRED FOR THE PERIOD
### JANUARY 1, 2005 THROUGH MARCH 31, 2005

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States
Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury
Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage
Claimants; (6) Counsel to the Official Committee of Equity Holders;
(7) Counsel to the Debtors-in-Possession Lender; (8) the Fee Auditor; and
(9) Parties on the Service List

Swidler Berlin LLP ("Swidler"), has filed and served its Fourth Quarterly Interim

Fee Application for Compensation and Reimbursement of Expenses Incurred for the

Period January 1, 2005 through March 31, 2005 seeking payment in the amount of

$246,711.75 in fees and $13,701.96 in expenses for a total of $260,413.71 (the

"Application").

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Official

Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **May 26, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, Roger Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007 and John C. Phillips, Jr., Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806 ; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and

-2-

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP

Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800,

Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official

Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis &

Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United

States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE

19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

     Any questions regarding this Notice or attachments may be directed to the

undersigned counsel.

                         Respectfully submitted,

                         PHILLIPS, GOLDMAN & SPENCE, P.A.

                         _____
                         John C. Phillips, Jr. (#110)
                         1200 North Broom Street
                         Wilmington, DE 19806
                         (302) 655-4200
                         (302) 655-4210 (fax)
                         Co-Counsel to David T. Austern,
                         Future Claimants Representative

Dated: May **6**, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO.,** <u>et al.</u> | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Deadline: May 26, 2005 at 4:00 p.m. |
| | ) | Hearing: To Be Determined |

**FOURTH QUARTERLY INTERIM FEE APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN,
FUTURE CLAIMANTS REPRESENATIVE, FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants Representative |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | January 1, 2005 – March 31, 2005 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $246,711.75 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $13,701.96 |

This is a ____ monthly    _x_ interim    ____ final application

## PRIOR APPLICATIONS FILED

Swidler was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. Swidler has filed its monthly fee applications for the period October 1-31, 2004, November 1-30, 2004, and December 1-31, 2004 for the third quarterly period. Swidler has previous filed monthly fee applications for the period May 24-31, 2004 through June 1-30, 2004 for the first quarterly period and July 1-31, 2004, August 1-31, 2004, and September 1-30, 2004 for the second quarterly period.

## SWIDLER PROFESSIONALS

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Monique D. Almy | Partner, 9 years in position; 18 years relevant experience; 1987, Bankruptcy | $460.00 | 144.50 | $66,470.00 |
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 87.20 | $55,050.75[1] |
| Glenn S. Miller | Partner, 3 years in position; 13 years relevant experience; 1992, Tax | $485.00 | .60 | $291.00 |
| Mark J. Plumer | Partner, 11 years in position; 18 years relevant experience; 1987, Insurance Litigation | $555.00 | 5.90 | $3,274.50 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 128.10 | $67,525.50[2] |
| Charles Bogle | Associate, 3 years in position; 3 years relevant experience; 2002, Corporate | $400.00 | 8.80 | $3,520.00 |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $355.00 | 4.50 | $1,597.50 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 68.70 | $17,518.50 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | 20.40 | $7,956.00 |
| Julie A. Weisman | Of Counsel, 10 years in position; 23 years relevant experience; 1982, Environmental | $400.00 | 15.00 | $6,000.00 |

---

[1] This amount represents a reduction of $1,193.25 for non-working travel time performed during January and March 2005

[2] This amount represents a reduction of $2,289.00 for non-working travel time performed during January and February 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Rachael M. Barainca | File Clerk | $60.00 | 100.80 | $6,048.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 48.70 | $9,496.50 |
| Richard Pavlak | Legal Assistant | $150.00 | 4.80 | $720.00 |
| Deborah A. Rogers | Consultant | $195.00 | 2.50 | $487.50 |
| Michael A. Scarpato | Senior Consultant | $210.00 | 3.60 | $756.00 |
| Total | | | 644.10 | $246,711.75 |

| | | |
|---|---|---|
| Total Fees: | $246,711.75 | |
| Total Hours: | 644.10 | |
| Blended Rate: | $ 383.03 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 81.50 | $10,007.00 |
| Due Diligence | 28.00 | $11,429.00 |
| Retention of Professionals-Swidler | 2.40 | $634.50 |
| Retention of Professionals-Other | 11.60 | $3,838.00 |
| Insurance | 51.30 | $21,214.50 |
| Litigation | 359.30 | $172,423.00 |
| Plan and Disclosure Statement | 47.30 | $12,330.00 |
| Compensation of Professionals-Swidler | 37.40 | $8,085.50 |
| Compensation of Professionals-Other | 13.20 | $3,268.00 |
| Travel Time (Nonworking)[3] | 12.10 | $3,482.25 |
| TOTAL | 644.10 | $246,711.75 |

---

[3] In accordance with the Local Rules of this Court, Swidler bills at a 50% reduced rate for non-working travel time.

-3-

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Photocopies/Printing | $7,088.50 |
| Telephone/Facsimile | $23.51 |
| Postage/Federal Express/Courier Fees | $757.64 |
| Travel/Airfare/Meals/Parking | $2,726.88 |
| Secretarial Services | $36.00 |
| Computerized Legal Research | $2,224.24 |
| Pacer | $845.19 |
| TOTAL | $13,701.96 |

The actual and necessary costs and expenses for which Swidler seeks

reimbursement include, *inter alia*, the following:

a.   *Duplicating* -- It is Swidler's practice to charge all clients of the firm for duplicating at the in-house rate of 20¢ per page, however, Swidler has reduced the duplicating cost to 15¢ per page in order to comply with the Local Rules of this Court. This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.   ***Long Distance Telephone and Facsimile Charges*** -- Swidler charges clients for long distance telephone calls but not for local telephone calls. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill. Out-going facsimile transmissions do not exceed $1.00 per page and there is no charge for incoming facsimile charges.

c.   *Messenger and Courier Service* -- It is Swidler's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.   *Overtime* -- It is Swidler's practice to allow professionals and paraprofessionals working more than 2.5 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $10 per professional. It is Swidler's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2.5 hours of overtime. Swidler endeavored not to incur overtime charges unless necessary to

-4-

benefit the case and in certain exigent circumstances. Swidler utilized secretarial assistance in connection with monitoring and updating the main and adversary case dockets and downloading, circulating and printing of pleadings filed in the case. Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Swidler paralegals or other professional staff who may have otherwise performed this type of work.)

e.    *Computerized Research* -- It is Swidler's practice to use computer-assisted legal research when it is impracticable to conduct such research manually. It is also Swidler's practice to use computer- assisted research to assist its clients and to reduce the amount of time spent by attorneys and paraprofessionals in manual research when it was anticipated that the resulting manual research would have resulted in a greater cost to the client. The charge to the client is actual cost, without a premium. To the extent Swidler has a volume discount, that benefit is passed on to the client.

SWIDLER BERLIN LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
as Future Claimants' Representative

Dated: May 6, 2005

-5-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| W.R. GRACE & CO., et al. | ) |
| | ) |
| Debtors. | ) |
| | ) |

Chapter 11
Case No. 01-01139 (JKF)
(Jointly Administered)
Objection Deadline: May 26, 2005 at 4:00 p.m.
Hearing: To Be Determined

**FOURTH QUARTERLY INTERIM FEE APPLICATION OF
SWIDLER BERLIN LLP AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005**

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and this

Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members, signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation

and Reimbursement of Expenses of Professionals, entered May 3, 2001 (the

"Administrative Order"), the law firm of Swidler Berlin LLP ("Swidler") hereby submits

this fourth quarterly interim application (the "Fourth Quarterly Interim Application") for

an allowance of (i) compensation for professional services rendered to David T. Austern,

the Future Claimants Representative (the "FCR") of W.R. Grace & Co. and its affiliates

(collectively, the "Debtors") for the period January 1, 2005 through March 31, 2005

(the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period.

By this Fourth Quarterly Fee Application, Swidler seeks the interim allowance of compensation in the amount of $246,711.75 in fees and reimbursement of actual and necessary expenses in the amount of $13,701.96 for a total of $260,413.71, or 100% of all compensation and expense reimbursement requested, for the period January 1, 2005 through March 31, 2005 (the "Interim Period"). In support of this Fourth Quarterly Interim Application, Swidler respectfully represents as follows:

## Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## Background

2. On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3. By an Order dated May 24, 2004, the Court appointed the FCR for the above captioned cases. The Order appointing the FCR also authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee (Section 1103 of the Bankruptcy Code). On June 15, 2004, the FCR applied to this Court for an order authorizing the retention of Swidler pursuant to an engagement agreement dated May 26, 2004 (the "Engagement Agreement") as his bankruptcy counsel.

-2-

4.     On September 27, 2004, this Court entered an order (the "Retention Order") authorizing the FCR to employ Swidler as bankruptcy counsel effective *nunc pro tunc* as of the May 24, 2004 pursuant to the terms of the Engagement Agreement. A copy of the Retention Order is attached as Exhibit A.

## Monthly Fee Applications Covered Herein

5.     Prior to the filing of this Fourth Quarterly Fee Application, the January, February and March 2005 monthly fee applications of Swidler have been filed with the Court pursuant to the Administrative Order.

6.     On March 9, 2005, Swidler filed its Ninth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period January 1-31, 2005 (the "Ninth Monthly", Docket No. 7994) requesting $50,702.60 in fees and $7,490.31 in expenses. The deadline to file objections to the Ninth Monthly expired March 28, 2005 and no objections were filed. A certificate of no objection was filed with the Court on April 4, 2005 at Docket No. 8162. The Ninth Monthly is attached hereto as Exhibit B.

7.     On April 8, 2005, Swidler filed its Tenth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period February 1-28, 2005 (the "Tenth Monthly", Docket No. 8194) requesting $92,370.80 in fees and $2,097.16 in expenses. The deadline to file objections to the Tenth Monthly expired April 28, 2005 and no objections were filed. A certificateo f no objection was filed with the Court on May 2, 2005 at Docket No. 8313. The Tenth Monthly is attached hereto as Exhibit C.

-3-

8.      On April 29, 2005, Swidler filed its Eleventh Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Counsel to the FCR for the Period March 1-31, 2005 (the "Eighth Monthly", Docket No. 8308) requesting $54,296.00 in fees and $4,114.49 in expenses. The deadline to file objections to the Eleventh Monthly expires May 19, 2005 and if no objections are docketed with respect to the Eleventh Monthly, and a certificate of no objection will be promptly filed with the Court. The Eleventh Monthly is attached hereto as Exhibit D.

9.      The Ninth, Tenth and Eleventh Monthly applications covered by this Fourth Quarterly Fee Application contain detailed daily time logs describing the actual and necessary services provided by Swidler during the Interim Period as well as other detailed information to be included in fee applications. Those monthly applications attached hereto as Exhibits B-D are incorporated herein by reference.

## Requested Relief

10.     By this Fourth Quarterly Application, Swidler requests that the Court approve the interim allowance of compensation for professionals services rendered and the reimbursement of actual and necessary expenses incurred by Swidler from January 1, 2005 through March 31, 2005. As stated above, the full scope of the services provided and the related expenses incurred are fully described in the monthly fee applications for the Interim Period that already have been filed with the Court and are attached hereto as Exhibits B-D.

-4-

11.    At all relevant times, Swidler has been an disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interests of the FCR.

12.    All services for which compensation is requested by Swidler were performed for or on behalf of the FCR.

13.    Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, Swidler has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

14.    In accordance with Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, Swidler has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person other than with its partners, counsel and associates, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, Swidler respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period January 1, 2005 through March 31, 2005, Swidler shall be allowed the sum of $246,711.75 in fees for reasonable and necessary professional services rendered to the FCR and the sum of $13,701.96 for the reimbursement of actual and necessary costs and expenses incurred,

-5-

for a total of $260,413.71, that the Debtors be authorized and directed to pay to Swidler

the outstanding amount of such sums, and for such other and further relief as this Court

may deem just and proper.

SWIDLER BERLIN LLP

By:_____

    Roger Frankel, *admitted pro hac vice*
    Richard H. Wyron, *admitted pro hac vice*
    3000 K Street, NW, Suite 300
    Washington, DC  20007
    (202) 424-7500
    Counsel to David T. Austern,
    as Future Claimants Representative

Dated: May _6_, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.     I am a partner of the applicant law firm Swidler Berlin LLP ("Swidler") and am admitted to appear *pro hac vice* in these cases.

2.     I have personally performed many of the legal services rendered by Swidler as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the other lawyers, legal assistants, and other professionals of Swidler as set forth in the attached invoices.

3.     I have reviewed the Fourth Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 6 DAY OF MAY, 2005

_____
Notary Public

My commission expires: _____  My Commission Expires April 14, 2007

# EXHIBIT A

# ORDER AUTHORIZING RETENTION OF SWIDLER BERLIN LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | **Chapter 11**<br>**Case No. 01-01139 (JKF)** |
| W.R. GRACE & CO., et al. | ) ) | **(Jointly Administered)** |
| Debtors. | ) ) | Ref. Dkt. Nos. 5815, 5937, 5979<br>5981, 6207 |

ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
SWIDLER BERLIN SHEREFF FRIEDMAN, LLP AS BANKRUPTCY COUNSEL TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

Upon the application (the "Application") of David T. Austern, Future Claimants'
Representative ("Future Claimants' Representative") in the above-captioned chapter 11 cases of
W.R. Grace & Co. and its affiliates (collectively, the "Debtors"), seeking entry of an Order under
section 1103(a) of the Bankruptcy Code authorizing the Future Claimants' Representative to
employ and retain Swidler Berlin Shereff Friedman, LLP ("SBSF") as bankruptcy counsel to the
Future Claimants' Representative; and the Court having reviewed the Application and the
accompanying Declaration of Roger Frankel (the "Declaration"), a partner of SBSF, and the
Court being satisfied that SBSF neither holds nor represents any interest adverse to the Future
Claimants' Representative on the matters upon which SBSF is to be engaged; and it appearing
that the relief requested is in the best interest of the Future Claimants' Representative and the
Debtors' estates, their creditors and other parties-in-interest; and it appearing that this proceeding
is a core proceeding pursuant to 28 U.S.C. § 158(a); and it further appearing that notice of the
Application was good and sufficient under the particular circumstances and that no other or

further notice need be given and upon the record herein; and it further appearing that the terms and conditions of SBSF's employment as further described in the Application and the Declaration are reasonable and necessary; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.    The Application be, and it hereby is, approved;

2.    Pursuant to section 1103(a) of the Bankruptcy Code and the May 24, 2004 Order appointing David T. Austern as the Future Claimants' Representative [Docket No. 5645], the Future Claimants' Representative be, and he hereby is, authorized to employ and retain SBSF as bankruptcy counsel upon the terms, and to perform the services, set forth in the Application and Declaration, so long as David T. Austern serves as the legal representative for individuals who may assert asbestos-related claims and/or demands in the future against the Debtors;

3.    SBSF shall be compensated in accordance with procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court, including the Administrative Compensation Order(s) entered in these cases; and

4.    The fees and expenses of SBSF allowed by the Court shall be an administrative expense of the Debtors' estates.

Dated: __9/27__, 2004

_JHC Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2

9156313v1

# EXHIBIT B

# SWIDLER BERLIN LLP INVOICES DATED

# JANUARY 1-31, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: March 28, 2005 at 4:00 p.m. |
|  | Hearing: Schedule if Necessary (Negative Notice) |

COVER SHEET TO NINTH MONTHLY INTERIM APPLICATION OF
SWIDLER BERLIN LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| | |
|---|---|
| Name of Applicant: | Swidler Berlin LLP, formerly Swidler Berlin Shereff Friedman, LLP ("SBSF") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | SBSF Retention Order entered September 27, 2004 |
| Period for which compensation is sought: | January 1, 2005 through January 31, 2005 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $63,378.25 |
| 80% of fees to be paid: | $50,702.60[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 7,490.31 |
| Total Fees @ 80% and 100% Expenses: | $58,192.91 |

---

1 Pursuant to the Administrative Order entered March 17, 2003, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses.

This is an:  ____  interim    _X_  monthly    ___  final application.

The total time expended for fee application preparation during this time period is 3.40 hours and the corresponding fees are $635.50 and $8.31 in expenses for SBSF's fee applications and .40 hours and $78.00 in fees and $895.30 in expenses for the FCR and/or is other professional's fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Swidler's ninth interim fee application for the period January 1-31, 2005; Swidler has also filed the following:  its eighth interim fee application for the period December 1-31, 2004 in the amount of $70,817.20 (80% of $88,521.50) in fees and $4,326.10 in expenses for a total amount of $75,143.30; its seventh interim fee application for the period November 1-30, 2004 in the total amount of $78,054.40 (80% of $97,568.00) and expenses in the amount of $4,182.19 for a total of $82,236.59; its sixth interim fee application for the time period October 1-31, 2004 in the total amount of $87,179.80 (80% of $108,974.75) and expenses in the amount of $8,520.60 for a total of $95,700.40; its fifth interim fee application for the period September 1-30, 2004 on November 16, 2004 in the amount of $123,890.80 (80% of $154,863.50) in fees and $5,827.44 in expenses for a total of $129,718.24; its fourth interim fee application for the period August 1-31, 2004 on November 4, 2004 in the amount of $38,486.00 (80% of $48,107.50) in fees and $4,143.66 in expenses for a total of $42,629.66; its third interim fee application for the period July 1-31, 2004 on November 4, 2004 in the amount of $74,481.80 (80% of $93,102.25) in fees and $4,429.85 in expenses for a total of $78,911.65; its second interim fee application for the period June 1-30, 2004 on September 29, 2004 in the amount of $88,393.20 (80% of $110,491.50) in fees and expenses of $15,846.02 for a total of $104,239.2; and its first interim fee application for the period May 1-31, 2004 on September 29, 2004 in the amount of $8,151.60 (80% of $10,189.50) in fees and expenses of $8,151.60.  To date, Swidler has received a payment from the Debtors in the amount of $363,650.37 representing $333,403.40 in fees (at 80%) and $30,246.97 in expenses (at 100%) for the time period May 24, 2004 through September 30, 2004 and a payment in the amount of $19,993.70 representing the 20% holdback on fees for the time period May and June 2004.

## COMPENSATION SUMMARY

### JANUARY 2005

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate[2] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Roger Frankel | Partner, 22 years in position; 34 years relevant experience; 1971, Bankruptcy | $645.00 | 36.70 | $23,445.75[3] |
| Mark J. Plumer | Partner, 11 years in position; 18 years relevant experience; 1987, Insurance Litigation | $555.00 | .60 | $333.00 |
| Richard H. Wyron | Partner, 16 years in position; 26 years relevant experience; 1979, Bankruptcy | $545.00 | 46.80 | $23,871.00[4] |
| Matthew W. Cheney | Associate, 8 years in position; 8 years relevant experience; 1997, Bankruptcy | $355.00 | 1.30 | $461.50 |
| Debra L. Felder | Associate, 3 years in position; 3 years relevant experience; 2002, Bankruptcy | $255.00 | 35.60 | $9,078.00 |
| Scott J. Levitt | Associate, 10 years in position; 10 years relevant experience; 1995, Insurance Litigation | $390.00 | 6.20 | $2,418.00 |
| Rachael M. Barainca | File Clerk | $60.00 | 40.60 | $2,436.00 |
| Debra O. Fullem | Senior Legal Assistant | $195.00 | 3.40 | $663.00 |
| Michael A. Scarpato | Senior Consultant | $210.00 | 3.20 | $672.00 |
| Total | | | 174.40 | $63,378.25 |
| Blended Rate: $363.40 | | | | |

---

2 The hourly billing rates reflect Swidler's 2005 rates which went into effect January 1, 2005.

3 This amount reflects a 50% reduction in the amount of $225.75 for non-working travel time.

4 This amount reflects a 50% reduction in the amount of $1,635.00 for non-working travel time.

## COMPENSATION BY PROJECT CATEGORY

### JANUARY 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 28.80 | $3,006.00 |
| Compensation of Professionals-Swidler | 3.40 | $635.50 |
| Compensation of Professionals-Other | .40 | $78.00 |
| Litigation | 72.00 | $41,493.00 |
| Insurance Matters | 12.10 | $4,627.50 |
| Plan and Disclosure Statement | 40.40 | $8,384.50 |
| Retention of Professionals-Other | 10.60 | $3,293.00 |
| Travel Time (Non-Working)[5] | 6.70 | $1,860.75 |
| TOTAL | 174.40 | $63,378.25 |

## EXPENSE SUMMARY

### JANUARY 2005

| Expense Category | Total |
|---|---|
| Photocopying/Printing | $3,969.15 |
| Telephone/Facsimile | $9.02 |
| Postage/Federal Express/Courier Fees | $90.80 |
| Computerized Legal Research | $2,110.92 |
| Pacer | $31.72 |
| Travel | $1,278.70 |
| TOTAL | $7,490.31 |

Respectfully submitted,

SWIDLER BERLIN, LLP

By: _____

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: March 8, 2005

---

5 In accordance with the Local Rules of this Court, SBSF bills its hourly rates at a 50% reduced rate for non-working travel time.

4

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
| Debtors. | |

## VERIFICATION

**DISTRICT OF COLUMBIA, TO WIT:**

Roger Frankel, after being duly sworn according to law, deposes and says:

1.    I am a partner of the applicant law firm Swidler Berlin LLP ("SBSF") and have been admitted *pro hac vice* to appear in these cases.

2.    I have personally performed many of the legal services rendered by SBSF as counsel to David T. Austern as Future Claimants' Representative ("FCR") and am familiar with the other work performed on behalf of the FCR by the lawyers, legal assistants, and other professionals of SBSF as set forth in the invoices attached as Exhibit A hereto.

3.    I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

ROGER FRANKEL

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8th DAY OF MARCH, 2005

Notary Public

My commission expires: *October 31, 2007*

Katherine Ann Swall
Notary Public in and for
The District of Columbia

# EXHIBIT A

## SWIDLER BERLIN LLP

## INVOICES FOR THE TIME PERIOD

## JANUARY 1-31, 2005

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283115

CLIENT/CASE: 25369.0001

RE:  Case Administration

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/03/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (1.5). | 3.00 |
| 01/03/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/04/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/04/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (1.0). | 2.50 |
| 01/05/05 | Roger L. Frankel | Review docket entries. | 0.30 |
| 01/06/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/06/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |
| 01/07/05 | Rachael M. Barainca | Review Court docket (.3); download documents and distribute (.3); update pleadings binders (.9). | 1.50 |
| 01/10/05 | Rachael M. Barainca | Review Court docket (.3); download documents and distribute (.3); update pleadings binders (.9). | 1.50 |
| 01/10/05 | Debra O. Fullem | Review docket update. | 0.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 2

CLIENT:  25369
MATTER:  .0001
INVOICE: 283115

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/10/05 | Debra L. Felder | Telephone conference with J. Brownstein regarding upcoming hearings. | 0.20 |
| 01/11/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (1.0). | 2.50 |
| 01/12/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (1.0). | 2.00 |
| 01/12/05 | Roger L. Frankel | Telephone conference with D. Austern re case status, issues. | 0.30 |
| 01/13/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (1.0); update pleadings binders (.5). | 2.00 |
| 01/14/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (.5). | 1.50 |
| 01/14/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/14/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |
| 01/15/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/18/05 | Roger L. Frankel | Review 8-K. | 0.20 |
| 01/18/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/18/05 | Rachael M. Barainca | Review Court docket (.5); download documents and distribute (.5); update pleadings binders (1.0). | 2.00 |
| 01/19/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 01/21/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/21/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/21/05 | Rachael M. Barainca | Review Court docket and download documents and distribute (.5); update pleadings binders (.5). | 1.00 |
| 01/24/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 01/24/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.50 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)    CLIENT: 25369
02/28/05                                                    MATTER: .0001
Page 3                                                      INVOICE: 283115

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/25/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.30 |
| 01/25/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 01/26/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 01/27/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.50 |
| 01/28/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 1.00 |
| 01/28/05 | Debra O. Fullem | Review docket update. | 0.10 |
| 01/29/05 | Roger L. Frankel | Review Grace 8K dated January 26. | 0.40 |
| 01/29/05 | Debra L. Felder | Review docket and update calendar of hearings and deadlines. | 0.20 |
| 01/31/05 | Rachael M. Barainca | Review Court docket; download documents and distribute; update pleadings binders. | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.20 | $774.00 |
| Debra L. Felder | $255.00 | 2.40 | $612.00 |
| Debra O. Fullem | $195.00 | 0.80 | $156.00 |
| Rachael M. Barainca | $60.00 | 24.40 | $1,464.00 |
| **TOTAL HOURS & FEES** | | **28.80** | **$3,006.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 1,704.00 |
| Telephone | 8.09 |
| Postage | 10.06 |
| **TOTAL OTHER CHARGES** | **$1,722.15** |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 4

CLIENT:  25369
MATTER: .0001
INVOICE: 283115

**CURRENT INVOICE DUE**.....................................................................$4,728.15

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283121

CLIENT/CASE: 25369.0012

RE: Compensation of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/25/05 | Debra O. Fullem | Telephone call from Rit Chatterjee at CIBC regarding CNO on October; prepare CNO for same. | 0.30 |
| 01/28/05 | Debra O. Fullem | Review docket information on CIBC's CNO for October fee application. | 0.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 0.40 | $78.00 |
| TOTAL HOURS & FEES | | 0.40 | $78.00 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 859.05 |
| Federal Express | 36.25 |
| TOTAL OTHER CHARGES | $895.30 |

CURRENT INVOICE DUE..............................................................................$973.30

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283121

OUR REFERENCE: 25369.0012

## INVOICE SUMMARY

TOTAL FEES.................................................................................$78.00

TOTAL OTHER CHARGES.............................................................$895.30

**TOTAL AMOUNT DUE** .................................................................$973.30

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington. DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F S B.
Account Title:      Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 02/28/05
INVOICE NUMBER: 283117

CLIENT/CASE: 25369.0007

RE: Litigation

## FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/01/05 | Debra L. Felder | Review various pleadings regarding upcoming objection deadlines and update calendar (.5); review pleadings and prepare e-mail summary to R. Frankel, R. Wyron and M. Cheney regarding same (2.7). | 3.20 |
| 01/02/05 | Roger L. Frankel | Review objections to Disclosure and other Confirmation Motions filed by PI Committee, PD Committee, Sealed Air, US Trustee, US (environmental), Libby Claimants. | 3.90 |
| 01/03/05 | Debra L. Felder | Telephone conference with R. Wyron regarding upcoming objection deadlines. | 0.10 |
| 01/03/05 | Richard H. Wyron | Review pleadings on plan-related motions and continue preparation for 1/21 hearing. | 2.30 |
| 01/06/05 | Richard H. Wyron | Review and begin to revise draft objection to exclusivity. | 0.80 |
| 01/07/05 | Richard H. Wyron | Revise objection to exclusivity (.7). | 0.70 |
| 01/07/05 | Roger L. Frankel | Review, revise objection to motion to extend exclusivity (1.2); review, edit revised objection (.4). | 1.60 |
| 01/10/05 | Roger L. Frankel | Review docket entries re various Grace filings. | 0.30 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 3

CLIENT: 25369
MATTER: .0007
INVOICE: 283117

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 01/20/05 | Roger L. Frankel | Review various briefs, pleadings in connection with January 21 hearing. | 1.70 |
| 01/20/05 | Roger L. Frankel | Prepare notes for argument for January 21 hearing during travel to Pittsburgh (2.9); confer with R. Wyron re hearing during travel (.4). | 3.30 |
| 01/20/05 | Roger L. Frankel | Confer with Messrs. Baena, Sokolow, Wyron, Lockwood in preparation for hearing. | 2.00 |
| 01/21/05 | Roger L. Frankel | Review file in preparation for hearing (.7); confer with R. Wyron in preparation for hearing (1.2). | 1.90 |
| 01/21/05 | Roger L. Frankel | Attend hearing on objections to disclosure, estimation procedure in Pittsburgh. | 5.70 |
| 01/21/05 | Roger L. Frankel | Telephone conference with client re hearing; prepare notes re hearing during travel to DC. | 2.00 |
| 01/21/05 | Richard H. Wyron | Prepare for hearing, including conference with R. Frankel (1.2); attend hearing on disclosure and plan-related motions (5.3). | 6.50 |
| 01/24/05 | Richard H. Wyron | Participate telephonically in hearing on PD issues and related matters. | 1.20 |
| 01/25/05 | Richard H. Wyron | Call with CIBC as to status and follow-up notes. | 0.20 |
| 01/26/05 | Roger L. Frankel | Telephone conference with D. Austern re estimation process. | 0.20 |
| 01/28/05 | Richard H. Wyron | Review e-mails on Disclosure Statement and draft response. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 32.10 | $20,704.50 |
| Richard H. Wyron | $545.00 | 36.60 | $19,947.00 |
| Debra L. Felder | $255.00 | 3.30 | $841.50 |
| TOTAL HOURS & FEES | | 72.00 | $41,493.00 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 4

CLIENT:  25369
MATTER: .0007
INVOICE: 283117

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 1,334.55 |
| Travel/Airfare | 916.40 |
| Travel/Lodging | 215.46 |
| Travel/Misc. | 58.12 |
| Travel/Parking | 44.00 |
| Travel/Taxis | 35.00 |
| Travel/Tolls | 9.72 |
| TOTAL OTHER CHARGES | $2,613.25 |

CURRENT INVOICE DUE.....................................................................$44,106.25

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
02/28/05
Page 2

CLIENT: 25369
MATTER: .0006
INVOICE: 283116

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 01/21/05 | Scott J. Levitt | Review and summarize ████████settlement agreements (2.2); draft e-mail to R. Wyron re Disclosure Statement (.1). | 2.30 |
| 01/21/05 | Mark J. Plumer | Office conference with S. Levitt re case status (.1). | 0.10 |
| 01/25/05 | Richard H. Wyron | Call to S. Levitt and review e-mails regarding Continental Casualty settlement notes. | 0.60 |
| 01/25/05 | Scott J. Levitt | Review motion to approve CNA settlement (.3); draft e-mail to R. Wyron re same (.1). | 0.40 |
| 01/25/05 | Mark J. Plumer | Follow-up with R. Wyron (.1) and S. Levitt (.1) re project status; review new allocation runs (.3). | 0.50 |
| 01/28/05 | Roger L. Frankel | Confer with R. Wyron re Continental Casualty settlement (.2); review debtors motion to approve (.4). | 0.60 |
| 01/28/05 | Richard H. Wyron | Telephone call with P. Lockwood on Continental 9019 and follow-up (.6); calls to M. Plumer and S. Levitt (.1); call with R. Frankel (.2). | 0.90 |
| 01/31/05 | Scott J. Levitt | Draft e-mail to M. Plumer re efforts to procure confidential ███settlement agreements (.2). | 0.20 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 0.60 | $387.00 |
| Mark J. Plumer | $555.00 | 0.60 | $333.00 |
| Richard H. Wyron | $545.00 | 1.50 | $817.50 |
| Scott J. Levitt | $390.00 | 6.20 | $2,418.00 |
| Michael A. Scarpato | $210.00 | 3.20 | $672.00 |
| TOTAL HOURS & FEES | | 12.10 | $4,627.50 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| Photocopy & Printing | 59.40 |
| Telephone | 0.93 |

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284019

OUR REFERENCE: 25369.0007

## INVOICE SUMMARY

TOTAL FEES................................................................................$80,420.00

TOTAL OTHER CHARGES................................................................$854.75

**TOTAL AMOUNT DUE** ............................................................$81,274.75

REMITTANCE INFORMATION:

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No.:       15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284018

CLIENT/CASE: 25369.0006

RE: Insurance Matters

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/02/05 | Scott J. Levitt | Telephone conference with ▮▮▮▮ re ▮▮▮ settlement agreements. | 0.30 |
| 02/03/05 | Scott J. Levitt | Office telephone conference with R. Wyron re ▮▮▮ settlement agreements (.1); draft summary of efforts to procure ▮▮▮ settlement agreements (.3); review insurance receivable prepared by Grace (.3). | 0.70 |
| 02/03/05 | Mark J. Plumer | Review ▮▮▮ settlement materials (.4); telephone to P. Lockwood re same (.1). | 0.50 |
| 02/03/05 | Deborah A. Rogers | Review all ▮▮▮▮▮ policies to determine ▮▮▮▮ (1.0); create spreadsheet and forward to S. Levitt (1.5). | 2.50 |
| 02/04/05 | Richard H. Wyron | Review e-mails regarding ▮▮▮ and requests for information (.4); call to S. Levitt and follow-up notes (.5). | 0.90 |
| 02/09/05 | Scott J. Levitt | Review draft confidentiality agreement re ▮▮▮ ▮▮▮▮ settlement (.3); leave voice mail for ▮▮▮ re settlement agreements (.1). | 0.40 |
| 02/09/05 | Richard H. Wyron | Review information on ▮▮▮ settlement and confidentiality issues (.8); follow-up with K&E (.3). | 1.10 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)  
03/17/05  
Page 2

CLIENT:  25369  
MATTER: .0006  
INVOICE: 284018

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/10/05 | Richard H. Wyron | Follow-up with Grace on ▇▇ issues (.3); review confidentiality agreement and discuss with D. Felder (.8). | 1.10 |
| 02/10/05 | Scott J. Levitt | Review proposed ▇▇ confidentiality agreement. | 0.30 |
| 02/10/05 | Mark J. Plumer | Review proposed confidentiality agreement for recent ▇▇ settlement. | 0.20 |
| 02/10/05 | Debra L. Felder | Review ▇▇▇▇▇ confidentiality agreement (1.0); review ▇▇ confidentiality agreement (.5); conference with R. Wyron regarding same (.4); revise confidentiality agreement (1.5). | 3.40 |
| 02/11/05 | Debra L. Felder | Conference with R. Wyron regarding confidentiality agreement with ▇▇▇▇▇▇ (.2); revise same (2.1). | 2.30 |
| 02/11/05 | Mark J. Plumer | Follow-up re ▇▇ | 0.40 |
| 02/11/05 | Scott J. Levitt | E-mail to D. Lessin re ▇▇ confidentiality agreement. | 0.20 |
| 02/11/05 | Michael A. Scarpato | Compile list of ▇▇ companies in the Grace program for S. Levitt. | 0.20 |
| 02/11/05 | Richard H. Wyron | Review and revise confidentiality agreement on ▇▇. | 0.60 |
| 02/14/05 | Richard H. Wyron | Work on confidentiality agreement for ▇▇ | 0.80 |
| 02/14/05 | Scott J. Levitt | Review and revise letter prepared by R. Wyron to Grace re withheld ▇▇ settlement agreements. | 0.50 |
| 02/14/05 | Mark J. Plumer | Telephone conference with P. Lockwood re ▇▇ settlement. | 0.40 |
| 02/14/05 | Debra L. Felder | Revise confidentiality agreement with Grace and ▇▇▇▇▇ | 0.30 |
| 02/14/05 | Roger L. Frankel | Review draft letter to J. Baer (.3); telephone conference with D. Austern re confidentiality agreement (.2); review ▇▇ confidentiality agreement (.4). | 0.90 |
| 02/15/05 | Roger L. Frankel | Review series of e-mails re ▇▇ settlement. | 0.30 |
| 02/15/05 | Mark J. Plumer | Review ▇▇ background pleadings requesting counsel to settle. | 0.40 |
| 02/15/05 | Scott J. Levitt | Review e-mails from R. Wyron and J. Baer re ▇▇ ▇▇ settlement agreements. | 0.20 |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 3

CLIENT:  25369
MATTER:  .0006
INVOICE: 284018

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 02/15/05 | Richard H. Wyron | Review information from Scotts' (.6); continue e-mail correspondence on ▉ confidentiality agreement and potential conference call (.9). | 1.50 |
| 02/16/05 | Scott J. Levitt | Review e-mails re ▉ settlement agreements. | 0.30 |
| 02/17/05 | Scott J. Levitt | Telephone conference with Grace re current settlement agreement ▉ (1.0); review ▉ settlement agreements provided by Grace (1.7); review pleadings filed in New York coverage action and 2nd Circuit's decision on coverage for Grace's environmental liabilities (1.6). | 4.30 |
| 02/17/05 | Richard H. Wyron | Finalize confidentiality agreements and sign off (.8); review settlement agreements (1.3); call on ▉ issues with Grace (1.1). | 3.20 |
| 02/17/05 | Mark J. Plumer | Review ▉ confidentiality agreement (.4); review ▉ settlement agreements (1.0); attend conference call with debtor's counsel to discuss settlement with ▉ and follow-up (.9). | 2.30 |
| 02/18/05 | Richard H. Wyron | Brief review ▉ agreement (.2); review e-mail summary from S. Levitt (.2). | 0.40 |
| 02/18/05 | Scott J. Levitt | Draft summary of ▉ settlement agreements (2.9); telephone conference with Mr. Hurford re same (.2); review prior settlement agreement (.6). | 3.70 |
| 02/22/05 | Scott J. Levitt | Revise summary of Grace's settlement agreements. | 1.40 |
| 02/25/05 | Scott J. Levitt | Telephone conference with Messrs. Lockwood and Plumer re Grace's motion to approve ▉ settlement (.6); draft memorandum of talking points in preparation for same (1.0). | 1.60 |
| 02/25/05 | Mark J. Plumer | Prepare for telephone conference with P. Lockwood (.3); telephone conference with P. Lockwood re ▉ settlement (.8). | 1.10 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Roger L. Frankel | $645.00 | 1.20 | $774.00 |
| Mark J. Plumer | $555.00 | 5.30 | $2,941.50 |

## SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 4

CLIENT:   25369
MATTER: .0006
INVOICE: 284018

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Richard H. Wyron | $545.00 | 9.60 | $5,232.00 |
| Scott J. Levitt | $390.00 | 13.90 | $5,421.00 |
| Debra L. Felder | $255.00 | 6.00 | $1,530.00 |
| Deborah A. Rogers | $195.00 | 2.50 | $487.50 |
| Michael A. Scarpato | $210.00 | 0.20 | $42.00 |
| TOTAL HOURS & FEES | | 38.70 | $16,428.00 |

| OTHER CHARGES | AMOUNT |
|---|---|
| Photocopy & Printing | 4.35 |
| Telephone | 0.53 |
| TOTAL OTHER CHARGES | $4.88 |

CURRENT INVOICE DUE.................................................................$16,432.88

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284018

OUR REFERENCE: 25369.0006

## INVOICE SUMMARY

TOTAL FEES................................................................................$16,428.00

TOTAL OTHER CHARGES ..................................................................$4.88

**TOTAL AMOUNT DUE** ........................................................$16,432.88

_REMITTANCE INFORMATION:_

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F S.B.
Account Title:       Swidler Berlin Shereff Friedman. LLP
ABA Routing No.:   254070116
Account No.:        15076288

**Please Note Our Reference and Invoice Numbers When Making Payment**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284020

CLIENT/CASE: 25369.0008

RE: Plan & Disclosure Statement

## FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/03/05 | Matthew W. Cheney | Conference with M. Almy re motion to estimate claims. | 0.50 |
| 02/21/05 | Richard H. Wyron | Call with M. Algelina regarding meeting and follow-up e-mails. | 0.30 |
| 02/21/05 | Roger L. Frankel | Review portions of FAIR Act in connection with plan issues. | 0.50 |
| 02/24/05 | Richard H. Wyron | Review proposed changes to Disclosure Statement. | 1.60 |
| 02/25/05 | Roger L. Frankel | Review proposed amendments to disclosure statement (.4); confer with R. Wyron in preparation for hearing (.3) | 0.70 |
| 02/26/05 | Roger L. Frankel | Review AWI opinion denying confirmation. | 0.50 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Roger L. Frankel | $645.00 | 1.70 | $1,096.50 |
| Richard H. Wyron | $545.00 | 1.90 | $1,035.50 |
| Matthew W. Cheney | $355.00 | 0.50 | $177.50 |
| **TOTAL HOURS & FEES** | | **4.10** | **$2,309.50** |

SWIDLER BERLIN LLP

David Austern, FCR (for W.R. Grace & Co,)
03/17/05
Page 2

CLIENT:  25369
MATTER: .0008
INVOICE: 284020

| OTHER CHARGES | AMOUNT |
|---|---|
| Westlaw Legal Research | 102.37 |
| Professional Services | 125.37 |
| **TOTAL OTHER CHARGES** | **$227.74** |

**CURRENT INVOICE DUE**.......................................................................$2,537.24

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co.)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284020

OUR REFERENCE: 25369.0008

## INVOICE SUMMARY

TOTAL FEES................................................................................$2,309.50

TOTAL OTHER CHARGES ............................................. $227.74

**TOTAL AMOUNT DUE** ..............................................................$2,537.24

_REMITTANCE INFORMATION:_

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F S B.
Account Title:       Swidler Berlin Shereff Friedman. LLP
ABA Routing No :   254070116
Account No :        15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284021

CLIENT/CASE: 25369.0009

RE: Retention of Professionals--Swidler

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/15/05 | Debra O. Fullem | Review disclosures by R. Frankel regarding JP Morgan (.2); prepare e-mail to R. Wyron and R. Frankel regarding details of disclosure (.5). | 0.70 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Debra O. Fullem | $195.00 | 0.70 | $136.50 |
| TOTAL HOURS & FEES | | 0.70 | $136.50 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE.......................................................................$136.50

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
No. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284021

OUR REFERENCE: 25369.0009

## INVOICE SUMMARY

TOTAL FEES ............................................................................................ $136.50

TOTAL OTHER CHARGES ......................................................................... $0.00

**TOTAL AMOUNT DUE** ............................................................................. $136.50

REMITTANCE INFORMATION:

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:       Citibank, F.S.B.
Account Title:        Swidler Berlin Shereff Friedman. LLP
ABA Routing No :    254070116
Account No.:          15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202) 424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284022

CLIENT/CASE: 25369.0010

RE: Retention of Professionals--Other

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/04/05 | Richard H. Wyron | Call to J. Baer re CIBC (.2); review pending CIBC application (.2). | 0.40 |
| 02/09/05 | Richard H. Wyron | Call from J. Baer at K&E re CIBC (.2); follow-up with CIBC and R. Frankel (separately) (.4). | 0.60 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $545.00 | 1.00 | $545.00 |
| **TOTAL HOURS & FEES** | | **1.00** | **$545.00** |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| **TOTAL OTHER CHARGES** | **$0.00** |

**CURRENT INVOICE DUE**........................................................................**$545.00**

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284022

OUR REFERENCE: 25369.0010

## INVOICE SUMMARY

TOTAL FEES............................................................................$545.00

TOTAL OTHER CHARGES ............................................................$0.00

**TOTAL AMOUNT DUE** ............................................................**$545.00**

*REMITTANCE INFORMATION:*

**U.S. Mail:**
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

**Electronic Funds Transfer:**
Name of Bank:      Citibank, F.S.B.
Account Title:     Swidler Berlin Shereff Friedman, LLP
ABA Routing No.:   254070116
Account No :       15076288

Please Note Our Reference and Invoice Numbers When Making Payment

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284025

CLIENT/CASE: 25369.0014

RE: Travel Time (Non-Working)

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY, 2005

| DATE | ATTORNEY | PROFESSIONAL SERVICES | HOURS |
|------|----------|----------------------|-------|
| 02/28/05 | Richard H. Wyron | Travel to and from omnibus hearing. | 2.40 |

| SERVICES PERFORMED BY: | RATE | HOURS | AMOUNT |
|------------------------|------|-------|--------|
| Richard H. Wyron | $272.50 | 2.40 | $654.00 |
| TOTAL HOURS & FEES | | 2.40 | $654.00 |

| OTHER CHARGES | AMOUNT |
|---------------|--------|
| TOTAL OTHER CHARGES | $0.00 |

CURRENT INVOICE DUE.......................................................................$654.00

# SWIDLER BERLIN LLP

FEDERAL IDENTIFICATION
NO. 13-2679676

WASHINGTON, DC OFFICE
THE WASHINGTON HARBOUR
3000 K STREET, NW, SUITE 300
WASHINGTON, D.C. 20007-5116
TELEPHONE (202)424-7500
FACSIMILE (202) 424-7647

NEW YORK OFFICE
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TELEPHONE (212) 973-0111
FACSIMILE (212) 891-9598

David Austern, FCR (for W.R. Grace & Co,)
c/o CRMC
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

INVOICE DATE: 03/17/05
INVOICE NUMBER: 284025

OUR REFERENCE: 25369.0014

## INVOICE SUMMARY

TOTAL FEES ............................................................................................$654.00

TOTAL OTHER CHARGES .......................................................................$0.00

**TOTAL AMOUNT DUE** ...........................................................................**$654.00**

*REMITTANCE INFORMATION:*

U.S. Mail:
Swidler Berlin LLP
Attn: Accounting Department
P.O. Box 3766
Washington, DC 20027-3766

Electronic Funds Transfer:
Name of Bank:      Citibank, F.S.B.
Account Title:       Swidler Berlin Shereff Friedman. l LP
ABA Routing No.:   254070116
Account No.:        15076288

Please Note Our Reference and Invoice Numbers When Making Payment