# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 2, 2005
MATTER : W9600-002
INVOICE : 190474

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/05 | RLT | REVIEWED STATEMENT OF INTENT /DEBTORS' WAIVER OF RESTRICTIONS IMPOSED BY FINAL ORDER PURSUANT TO SECTIONS 105(A), 362(A)(3) AND 541 OF THE BANKRUPTCY CODE (A) LIMITING CERTAIN TRANSFERS OF EQUITY SECURITIES OF THE DEBTORS AND (B) APPROVING RELATED NOTICE PROCEDURES | .30 |
| 03/01/05 | TC | REVIEWED STIPULATION RESOLVING CLAIM OF NEW ENGLAND CONSTRUCTION COMPANY | .60 |
| 03/09/05 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ORDER FOR DEBTORS' MOTION RE SETTLEMENT AND RELEASE AGREEMENT WITH CONTINENTAL CASUALTY | .40 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | | TOTALS |
|---|---|------|-------|---|--------|
| R L THOMAS | | 220.00 | .30 | | 66.00 |
| T CURRIER | | 470.00 | 1.00 | | 470.00 |
| | TOTALS | | 1.30 | | 536.00 |

TOTAL FEES :                                      536.00

TOTAL DUE  :                                      536.00

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-003
                                            INVOICE : 190475


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

     RE:  BUSINESS OPERATIONS



   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED              HOURS
   ----  ----   -------------------------------              -----

03/07/05 TC    REVIEWED MONTHLY OPERATING REPORTS FILED FOR    .60
               JANUARY

03/08/05 RLT   REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING .60
               REPORT FOR FILING PERIOD JANUARY 2005

03/09/05 TC    REVIEWED DEBTORS' WAIVER OF RESTRICTIONS        .40
               IMPOSED BY BANKRUPTCY CODE ON CERTAIN TRANSFERS
               OF EQUITY SECURITIES OF DEBTORS

03/16/05 RLT   REVIEWED ORDER APPROVING THE SETTLEMENT AND     .20
               RELEASE AGREEMENT WITH CONTINENTAL CASUALTY
               COMPANY.
```

```
                T I M E   S U M M A R Y
                -----------------------

                        RATE    HOURS         TOTALS
                        ----    -----         ------

R L THOMAS             220.00    .80          176.00
T CURRIER              470.00   1.00          470.00
               TOTALS           1.80          646.00


               TOTAL FEES :                     646.00


               TOTAL DUE  :                     646.00
```

---

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 2, 2005
                                              MATTER : W9600-004
                                              INVOICE : 190476


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

     RE:  CASE ADMINISTRATION



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                HOURS
 ----  ----    -------------------------------                 -----

03/04/05 MNF   REVIEW EMAIL NOTIFICATIONS RE: NOTICES OF         .30
               APPEARANCE

03/07/05 MNF   MAINTAINED AND ORGANIZED CASE FILES BY           .50
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

03/09/05 MNF   MAINTAINED AND ORGANIZED CASE FILES BY           .50
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

03/10/05 MNF   UPDATE 2002 LIST                                 .20

03/11/05 MNF   MAINTAINED AND ORGANIZED CASE FILES BY          1.00
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

03/14/05 RLT   REVIEWED NOTICE OF AGENDA OF MATTERS SCHEDULED    .60
               FOR HEARING BEFORE THE HONORABLE JUDITH K.
               FITZGERALD FILED BY W.R. GRACE & CO

03/15/05 TC    REVIEWED LENGTHY AGENDA LETTER FOR HEARING        .60
               MONDAY
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-004
                                            INVOICE : 190476


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

     RE:  CASE ADMINISTRATION


03/17/05 MNF   MAINTAINED AND ORGANIZED CASE FILES BY            1.00
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

03/21/05 MNF   MAINTAINED AND ORGANIZED CASE FILES BY            1.00
               REVIEWING EACH INCOMING PLEADING, MATCHING THE
               PLEADING TO THE DOCKET, AND ARRANGING THE
               PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL
               ORDER

03/22/05 MNF   REVIEW EMAIL NOTIFICATIONS RE: NOTICES OF          .40
               ADDRESS CHANGE (.2); UPDATE 2002 SERVICE LIST
               (.2)

03/24/05 MNF   REVIEW EMAIL NOTIFICATIONS RE NOTICE OF ADDRESS    .40
               CHANGE (.2); UPDATE 2002 LIST(.2)

03/24/05 RLT   REVIEWED TRANSCRIPT OF HEARING HELD ON MARCH       .40
               21, 2005 BEFORE THE HONORABLE JUDITH K.
               FITZGERALD



                 T I M E   S U M M A R Y
                 -----------------------

                      RATE      HOURS          TOTALS
                      ----      -----          ------

  M N FLORES         135.00      5.30          715.50
  R L THOMAS         220.00      1.00          220.00
  T CURRIER          470.00       .60          282.00
                 TOTALS          6.90         1217.50


                 TOTAL FEES :                      1,217.50
```

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

Case 01-01139-AMC   Doc 8379-1   Filed 05/06/05   Page 5 of 34

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 2, 2005
                                              MATTER :  W9600-004
                                              INVOICE :  190476

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

    RE:  CASE ADMINISTRATION


                              TOTAL DUE   :              1,217.50


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 2, 2005
                                              MATTER :  W9600-006
                                              INVOICE : 190477
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/05 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) | .20 |
| 03/01/05 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .20 |
| 03/01/05 | RLT | REVIEWED MOTION FOR LEAVE DEBTORS' MOTION FOR LEAVE TO FILE DEBTORS' REPLY TO RESPONSE AND SUPPLEMENTAL RESPONSE FILED BY PETER PEARSON TO THE FIFTH OMNIBUS OBJECTION TO CLAIMS | .40 |
| 03/04/05 | TC | REVIEWED LETTER REQUESTING INFORMATION ON AIR CLAIM SETTLEMENT | .30 |
| 03/04/05 | TC | REVIEWED MOTION FOR LEAVE TO FILE SUPPLEMENTAL RESPONSE, AND ATTACHED RESPONSE, TO PETER PEARSON RESPONSE TO 5TH CLAIM OBJECTION | .60 |
| 03/09/05 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ORDER FOR 5TH OMNIBUS CLAIMS OBJECTION | .40 |
| 03/09/05 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ORDER FOR 8TH OMNIBUS CLAIMS OBJECTION | .40 |
| 03/09/05 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ORDER FOR 4TH OMNIBUS CLAIMS OBJECTION | .40 |
| 03/16/05 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE). | .30 |

---

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS               DATE :   MAY 2, 2005
                                                   MATTER : W9600-006
                                                   INVOICE : 190477


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


| | | | |
|---|---|---|---|
| 03/16/05 | RLT | REVIEWED ORDER (SIXTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 03/16/05 | RLT | REVIEWED ORDER (SEVENTH CONTINUATION) GRANTING THE RELIEF SOUGHT IN DEBTORS' FOURTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJECTIONS | .20 |
| 03/16/05 | RLT | REVIEWED ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' SEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) | .20 |
| 03/16/05 | RLT | REVIEWED REPLY RE CLAIMENT'S ANSWER TO DEBTOR'S RESPONSE FILED BY PETER P PEARSON | .10 |
| 03/16/05 | RLT | REVIEWED NOTICE OF INTENT (SECOND) TO OBJECT TO CLAIMS ON THE BASIS OF MATERIALLY INSUFFICIENT SUPPORTING INFORMATION AND OPPORTUNITY TO SUPPLEMENT CLAIMS | .50 |
| 03/17/05 | TC | REVIEWED SIXTH CONTINUATION ORDER ON 5TH OMNIBUS OBJECTION | .70 |
| 03/17/05 | TC | REVIEWED ORDER GRANTING RELIEF IN 8TH OMNIBUS SUBSTANTIVE CLAIMS OBJECTION | .50 |
| 03/17/05 | TC | REVIEWED ORDER APPROVING SETTLEMENT AGREEMENT WITH CONTINENTAL CASUALTY | .40 |
| 03/17/05 | TC | REVIEWED 7TH CONTINUATION ORDER GRANTING 4TH CLAIMS OBJECTION | .40 |
| 03/23/05 | RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING SEVENTH CONTINUATION ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE) AS TO CONTINUED OBJEC | .30 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-006
                                            INVOICE :  190477

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)
```

```
                 T I M E   S U M M A R Y
                 -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

R L THOMAS               220.00   2.60           572.00
T CURRIER                470.00   4.10          1927.00
                  TOTALS          6.70          2499.00


              TOTAL FEES :                           2,499.00


              TOTAL DUE  :                           2,499.00
```

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 2, 2005
MATTER :  W9600-008
INVOICE : 190478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/05 | RLT | REVIEWED LIMITED OBJECTION TO THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO (A) AN EMPLOYMENT AGREEMENT WITH ITS CURRENT CHIEF OPERATING OFFICER UNDER WHICH HE WOULD ASSUME THE POSITION OF CHIEF EXECUTIVE OFFICER OF THE DEBTORS ("CEO") AND (B) A POST-RETIREMENT AGREEMENT WITH THE CURRENT CEO WHEREBY HE WOULD PROVIDE CONSULTING SERVICES RELATED TO DEBTORS' CHAPTER 11 CASES | .50 |
| 03/04/05 | TC | REVIEWED RESPONSE AND OBJECTION OF OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO THE MOTION TO ENTER INTO AN EMPLOYMENT AGREEMENT WITH COO AND CEO | .70 |
| 03/04/05 | TC | REVIEWED OBJECTION OF THE ASBESTOS PROPERTY DAMAGE COMMITTEE TO MOTION RE EMPLOYMENT AGREEMENTS FOR CEO ETC | .70 |
| 03/04/05 | TC | REVIEWED RESPONSE OF ASBESTOS PERSONAL INJURY CLAIMANTS TO MOTION RE EMPLOYMENT AGREEMENTS FOR CEO ETC. | .70 |
| 03/11/05 | RLT | REVIEWED MOTION FOR LEAVE DEBTORS' MOTION FOR LEAVE TO FILE A REPLY IN FURTHER SUPPORT OF THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO ENTER INTO (A) AN EMPLOYMENT AGREEMENT WITH ITS CURRENT CHIEF OPERATING OFFICER UNDER WHICH HE WOULD ASSUME THE POSITION OF CHIEF EXECUTIVE OFFICER OF THE DEBTORS ("CEO") AND (B) A POST-RETIREMENT AGREEMENT WITH THE CURRENT CEO WHEREBY HE WOULD PROVIDE CONSULTING SERVICES RELATED TO THE DEBTORS' CHAPTER 11 CASES | .30 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 2, 2005
MATTER : W9600-008
INVOICE :  190478

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  EMPLOYEE BENEFITS / PENSION

03/14/05 TC    REVIEWED WR GRACE MOTION FOR LEAVE TO FILE A            .80
               REPLY RE DEBTORS' MOTION TO ENTER INTO
               EMPLOYMENT AGREEMENTS WITH CEO AND OTHERS, AND
               REVIEWED REPLY

### T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| R L THOMAS   | 220.00 | .80   | 176.00  |
| T CURRIER    | 470.00 | 2.90  | 1363.00 |
| TOTALS       |        | 3.70  | 1539.00 |

TOTAL FEES :                    1,539.00

TOTAL DUE  :                    1,539.00

**PENNSYLVANIA     ●     DELAWARE     ●     NEW JERSEY     ●     WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 2, 2005
MATTER :  W9600-010
INVOICE :  190479

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/04/05 | TC | REVIEWED LIMITED OBJECTION OF DAVID AUSTERN TO MOTION RE EMPLOYMENT AGREEMENTS WITH CEO ETC | .80 |
| 03/09/05 | RLT | REVIEWED AFFIDAVIT OF KEVIN BURKE IN SUPPORT OF RETENTION OF CAHILL GORDON AS SPECIAL COUNSEL | .30 |
| 03/09/05 | TC | REVIEWED CERTIFICATION OF COUNSEL RE ORDER FOR DEBTORS' APPLICATION TO EXPAND THE SCOPE OF RETENTION OF BAKER DONELSON | .40 |
| 03/11/05 | RLT | REVIEWED ORDER AUTHORIZING DAVID T. AUSTERN, THE FUTURE CLAIMANTS' REPRESENTATIVE, TO EXTEND TERMS OF EMPLOYMENT OF CIBC WORLD MARKETS CORP. AS FINANCIAL ADVISOR. | .20 |
| 03/15/05 | TC | REVIEWED ORDER AUTHORIZING DAVID ASTERN TO EMPLOY CIBC | .40 |
| 03/16/05 | RLT | REVIEWED ORDER MODIFYING AND EXPANDING THE SCOPE OF SERVICES PROVIDED B BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C | .20 |
| 03/24/05 | RLT | REVIEWED APPLICATION TO EMPLOY APPLICATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(A) FOR ENTRY OF AN ORDER UNDER SECTIONS 328(A) AND 1103(A) OF THE BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT OF ANDERSON KILL & OLICK, P.C. AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .40 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 2, 2005
MATTER :   W9600-010
INVOICE :  190479

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

03/29/05 RLT    REVIEWED APPLICATION TO EMPLOY /APPLICATION FOR        .40
                AN ORDER PURSUANT TO SECTIONS 1103(A) AND
                328(A) OF THE BANKRUPTCY CODE, AND
                FED.R.BANKR.P. 2014 AND 2016, AUTHORIZING THE
                RETENTION AND EMPLOYMENT OF LEGC, LLC AS
                CONSULTANTS TO THE OFFICIAL COMMITTEE OF
                ASBESTOS PROPERTY DAMAGE CLAIMANTS, NUNC PRO
                TUNC TO FEBRUARY 17, 2005

## T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| R L THOMAS   | 220.00 | 1.50  | 330.00  |
| T CURRIER    | 470.00 | 1.60  | 752.00  |
| TOTALS       |        | 3.10  | 1082.00 |

TOTAL FEES :                1,082.00

TOTAL DUE :                 1,082.00

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-011
                                            INVOICE : 190480


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

     RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 03/01/05 | FAP | PREPARE FEE AND EXPENSE SUMMARIES FOR KRLS' JANUARY 2005 FEE APPLICATION | .30 |
| 03/02/05 | MNF | DRAFT EXHIBITS TO 39TH MONTHLY FEE APP OF KRLS | 1.00 |
| 03/02/05 | RLT | REVIEWED AND COMMENTED ON KRLS 35TH MONTHLY FEE APPLICATION | .40 |
| 03/03/05 | MNF | PREPARE SERVICE RE: 39TH FEE APP OF KRLS (.5); E-FILE AND SERVE SAME (1.0) | 1.50 |
| 03/03/05 | MNF | FINALIZE BILLS TO ACCOUNTING RE: 12/26/04-1/31/05 | .50 |
| 03/03/05 | TC | REVIEWED APPROVED MATERIALS FOR KRLS FEE APPLICATION | .40 |
| 03/08/05 | MNF | REVIEW DOCKET RE: OBJECTIONS FOR 15TH QUARTERLY FEE APP OF KRLS FOR 10/1/04-12/25/04 (.1) DRAFT CNO RE: 15TH QUARTERLY FEE APP OF KRLS FOR 10/1/04-12/25/04 (.4) | .50 |
| 03/10/05 | MNF | E-FILE AND SERVE CNO RE 15TH QUARTERLY FEE APP OF KRLS | .90 |
| 03/10/05 | RLT | REVIEWED AND COMMENTED ON 15TH QUARTERLY FEE APPLICATION OF KRLS | .30 |
| 03/16/05 | MNF | REVIEW/MAKE EDITS TO FEBRUARY PRE-BILLS | .70 |
| 03/22/05 | MNF | DRAFT 40TH MONTHLY FEE APP OF KRLS (2/1/05-2/28/05) | .60 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER : W9600-011
                                            INVOICE :  190480


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

      RE:  FEE APPLICATIONS, APPLICANT


| | | | |
|---|---|---|---|
| 03/23/05 | MNF | DRAFT CNO RE: 39TH MONTHLY FEE APP OF KRLS FOR 12/26/04-1/31/05 | .50 |
| 03/23/05 | RLT | REVIEWED AND EDITED FEBRUARY PREBILLS | .70 |
| 03/24/05 | MNF | PREPARE SERVICE RE: CNO FOR 39TH MONTHLY FEE APP OF KRLS | .30 |
| 03/24/05 | MNF | DISCUSS PRE-BILLS WITH RLT RE: FEBRUARY 2005 TIME | .20 |
| 03/24/05 | MNF | EMAILS TO RLT RE: CNO FOR 39TH FEE APP OF KRLS | .20 |
| 03/24/05 | RLT | REVIEWED AND COMMENTED ON CNO FOR 39TH FEE APPLICATION OF KLETT ROONEY. | .20 |
| 03/28/05 | MNF | PREPARE EXHIBITS FOR 40TH MONTHLY FEE APP OF KRLS FOR 2/1/05-2/28/05 | .80 |
| 03/28/05 | MNF | REVIEW/MAKE EDITS TO FINAL BILLS RE: 2/1/05-2/28/05 TIME | .40 |
| 03/28/05 | MNF | E-FILE AND SERVE CNO RE: 39TH MONTHLY FEE APP OF KRLS | .60 |
| 03/29/05 | MNF | EDITS TO EXHIBITS RE: 40TH MONTHLY FEE APP OF KRLS | .40 |

PENNSYLVANIA      ●      DELAWARE      ●      NEW JERSEY      ●      WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-011
                                            INVOICE : 190480


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

     RE:  FEE APPLICATIONS, APPLICANT



                    T I M E   S U M M A R Y
                    -----------------------

                          RATE     HOURS           TOTALS
                          ----     -----           ------

 F A PANCHAK             145.00      .30             43.50
 M N FLORES              135.00     9.10           1228.50
 R L THOMAS              220.00     1.60            352.00
 T CURRIER               470.00      .40            188.00
                TOTALS             11.40           1812.00


          TOTAL FEES :                          1,812.00


          TOTAL DUE  :                          1,812.00
```

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 2, 2005
                                              MATTER : W9600-012
                                              INVOICE : 190481


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

      RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/01/05 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF LUKINS & ANNIS, P.S. FOR THE FOURTEENTH INTERIM PERIOD | .20 |
| 03/01/05 | RLT | REVIEWED LETTER REQUESTING INFORMATION ON CLAIM SETTLEMENT IN AIR SETTLEMENT HEARING JANUARY 1/21/05 FILED BY DENNIS NELSON | .20 |
| 03/01/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY L. TERSIGNI CONSULTING, P.C. | .10 |
| 03/01/05 | RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION FOR FIFTEENTH INTERIM FEE APPLICATION FILED BY WARREN H. SMITH & ASSOCIATES, P.C.. | .10 |
| 03/02/05 | RLT | REVIEWED THIRD QUARTERLY INTERIM FEE APPLICATION OF SWIDLER BERLIN, LLP, BANKRUTPCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 | .10 |
| 03/02/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC, FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005. | .10 |

**PENNSYLVANIA**  ●  **DELAWARE**  ●  **NEW JERSEY**  ●  **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 2, 2005
MATTER : W9600-012
INVOICE :  190481

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 03/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY CAPLIN & DRYSDALE, CHARTERED | | .10 |
| 03/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY CAMPBELL & LEVINE, LLC | | .10 |
| 03/02/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION OF REED SMITH LLP, SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL, FOR THE PERIOD JANUARY 1, 2005 THROUGH JANUARY 31, 2005 (FORTY-THIRD MONTHLY) FILED BY SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL | | .10 |
| 03/02/05 RLT | REVIEWED APPLICATION FOR COMPENSATION TWELFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY FOR THE PERIOD OF JANUARY 1, 2004 THROUGH JANUARY 31, 2005 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | .10 |
| 03/02/05 RLT | REVIEWED APPLICATION FOR COMPENSATION EIGHTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 | | .10 |
| 03/08/05 MNF | REVIEW DOCKET RE: OBJECTIONS FOR QUARTERLY FEE APP OF LEXECON FOR 10/1/04-12/31/04 (.1) REVIEW DOCKET RE: OBJECTIONS FOR MONTHLY FEE APP OF LEXECON FOR 12/1/04-12/31/04 (.1) DRAFT CNO QUARTERLY FEE APP OF LEXECON FOR 10/1/04-12/31/04 (.4) DRAFT CNO RE:MONTHLY FEE APP OF LEXECON FOR 12/1/04-12/31/04 (.4) | | 1.00 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 2, 2005
                                              MATTER : W9600-012
                                              INVOICE : 190481

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  FEE APPLICATIONS, OTHERS


03/08/05 MNF    E-FILE AND SERVE 42ND MONTHLY FEE APP OF KRAMER      1.00
                LEVIN FOR 1/1/05-1/31/05

03/08/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING FEE APPLICATION OF BAKER
                DONELSON BEARMAN CALDWELL & BERKOWITZ FOR THE
                FOURTEENTH INTERIM PERIOD

03/08/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING INTERIM FEE APPLICATION OF THE
                BLACKSTONE GROUP L.P. FOR THE FOURTEENTH
                INTERIM PERIOD

03/08/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING FEE APPLICATION OF BILZIN
                SUMBERG DUNN BAENA PRICE & AXLEROD LLP FOR THE
                FOURTEENTH INTERIM PERIOD

03/09/05 RLT    REVIEWED ORDR IN VARIOUS CASES ON FEE                 .30
                APPLICATION HEARINGS

03/09/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING FEE APPLICATION OF KIRKLAND &
                ELLIS FOR THE FOURTEENTH INTERIM PERIOD

03/09/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING FEE APPLICTION OF CIBC WORLD
                MARKETS CORP. FOR THE FOURTEENTH INTERIM PERIOD

03/09/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING FEE APPLICATION OF CAPLIN &
                DRYSDALE, CHARTERED FOR THE FOURTEENTH INTERIM
                PERIOD

03/09/05 RLT    REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL        .20
                REPORT REGARDING FOURTEENTH INTERIM QUARTERLY
                FEE APPLICATION OF CONWAY, DEL GENIO, GRIES &
                CO., LLC

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 2, 2005
MATTER : W9600-012
INVOICE :  190481

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| Date | | Description | Hours |
|---|---|---|---|
| 03/09/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION (TWENTY-SIXTH) OF THE BLACKSTONE GROUP L.P., AS FINANCIAL ADVISOR TO DEBTORS FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY BLACKSTONE GROUP L.P. | .10 |
| 03/09/05 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PROTIVITI, INC. FOR THE FOURTEENTH INTERIM PERIOD | .20 |
| 03/09/05 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP FOR THE FOURTEENTH INTERIM PERIOD | .20 |
| 03/09/05 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING THE FOURTEENTH AND FINAL FEE APPLICATION OF ELZUFON AUSTIN REARDON TARLOV & MONDELL, P.A., FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 22, 2002 THROUGHT DECEMBER 28, 2004 | .20 |
| 03/09/05 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S COMBINED FINAL REPORT REGARDING THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES FOR THE FOURTEENTH INTERIM PERIOD | .20 |
| 03/09/05 | RLT | REVIEWED EXAMINER'S REPORT FEE AUDITOR'S FINAL REPORT REGARDING FEE APPLICATION OF STROOCK & STROOCK & LAVAN, LLP FOR THE FOURTEENTH INTERIM PERIOD | .20 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    MAY 2, 2005
                                                MATTER :  W9600-012
                                                INVOICE : 190481

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

        RE:  FEE APPLICATIONS, OTHERS


03/09/05 RLT    REVIEWED FINALIZED MONTHLY APPLICATION FOR            .20
                COMPENSATION FORTY-SECOND MONTHLY FEE
                APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL
                LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF
                EQUITY HOLDERS, FOR COMPENSATION AND
                REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD
                FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005
                FILED BY OFFICIAL COMMITTEE OF EQUITY HOLDERS


03/09/05 RLT    REVIEWED APPLICATION FOR COMPENSATION NINTH           .10
                MONTHLY INTERIM APPLICATION OF SWIDLER BERLIN,
                LLP, COUNSEL TO DAVID T. AUSTERN, FUTURE
                CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                FOR THE PERIOD JANUARY 1, 2005 THROUGH JANUARY
                31, 2005


03/10/05 MNF    E-FILE AND SERVE CNO RE: 1ST QUARTERLY FEE APP        .90
                OF LEXECON


03/10/05 MNF    E-FILE AND SERVE CNO RE: 2ND MONTHLY FEE APP OF       .90
                LEXEXON


03/10/05 RLT    REVIEWED APPLICATION FOR COMPENSATION {SUMMARY        .10
                FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
                SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL.,
                FOR THE FIRST INTERIM PERIOD, FROM JANUARY 1,
                2005 THROUGH JANUARY 31, 2005, FOR THE QUARTER
                OF JANUARY 2005 - MARCH 2005


03/10/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION         .10
                -- SUMMARY OF APPLICATION OF HOLME ROBERTS &
                OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF
                EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE &
                CO., ET AL., FOR THE INTERIM PERIOD FROM
                JANUARY 1, 2005 THROUGH JANUARY 31, 2005


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 2, 2005
                                            MATTER : W9600-012
                                            INVOICE : 190481
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

    RE:  FEE APPLICATIONS, OTHERS
```

| | | | |
|---|---|---|---|
| 03/10/05 RLT | REVIEWED AND COMMENTED ON CNOS FOR LEXECON OCTOBER 1- DECEMBER 31 FEE APPLICATION; SECOND MONTHLY FEE APPLICATION OF LEXECON AND FIFTEENTH QUARTERLY FEE APPLICATION | | .50 |
| 03/10/05 RLT | REVIEWED APPLICATION FOR COMPENSATION SEVENTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR THE PERIOD DECEMBER 1, 2004 THROUGH DECEMBER 31, 20004 | | .10 |
| 03/10/05 RLT | REVIEWED AND COMMENTED ON CNO FOR FIRST QUARTERLY FEE APPLICATION OF LEXECON | | .30 |
| 03/10/05 RLT | REVIEWED AND COMMENTED ON DECEMBER 2004 APPLICATION OF LEXECON | | .30 |
| 03/10/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | .10 |
| 03/10/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY BILZIN SUMBERG BAENA PRICE & AXELROD LLP | | .10 |
| 03/10/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FEBRUARY 2005 MONTHLY INVOICE FILED BY WARREN H. SMITH & ASSOCIATES, P.C. | | .20 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 2, 2005
                                              MATTER :  W9600-012
                                              INVOICE :  190481

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

        RE:  FEE APPLICATIONS, OTHERS


03/16/05 RLT    REVIEWED APPLICATION FOR COMPENSATION THIRD            .20
                QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD
                MARKETS, INC., FINAINCIAL ADVISOR TO DAVID T.
                AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES
                INCURRED FOR THE PERIOD OCTOBER 1, 2004 THROUGH
                DECEMBER 31, 2004

03/16/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .10
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS CONSULTANTS TO THE OFFICIAL
                COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
                FOR THE PERIOD OF NOVEMBER 1, 2004 THROUGH
                NOVEMBER 30, 2004

03/16/05 RLT    REVIEWED FORTY-SIXTH FEE APPLICATION OF STROOCK        .10
                STROOCK & LAVEN LLP FOR COMPENSATION AND
                REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF
                JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED
                BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS

03/16/05 RLT    REVIEWED APPLICATION FOR COMPENSATION /TWELFTH        .10
                INTERIM STATEMENT FOR REIMBURSEMENT OF EXPENSES
                TO COMMITTEE MEMBERS AND THEIR COUNSEL FILED BY
                OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE

03/16/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION         .10
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS CONSULTANTS TO THE OFFICIAL
                COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
                FOR THE PERIOD OF JANUARY 1, 2005 THROUGH
                JANUARY 31, 2005 FILED BY HAMILTON, RABINOVITZ
                & ALSCHULER, INC.


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 2, 2005
                                              MATTER : W9600-012
                                              INVOICE :  190481


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

      RE:   FEE APPLICATIONS, OTHERS


03/16/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION          .10
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS CONSULTANTS TO THE OFFICIAL
                COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
                FOR THE PERIOD OF DECEMBER 1, 2004 THROUGH
                DECEMBER 31, 2004 FILED BY HAMILTON, RABINOVITZ
                & ALSCHULER, INC.

03/16/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION        .20
                FOR OCTOBER 1, 2004 THROUGH NOVEMBER 30, 2004
                FILED BY WALLACE KING DOMIKE & BRANSON PLLC

03/16/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION        .20
                FOR OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004
                FILED BY PITNEY HARDIN LLP

03/16/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION        .20
                FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER
                31, 2004 FILED BY NELSON MULLINS RILEY &
                SCARBOROUGH, L.L.P.

03/16/05 RLT    REVIEWED APPLICATION FOR COMPENSATION FOR              .20
                SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
                AS EXPERTS TO THE OFFICIAL COMMITTEE OF
                ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
                PERIOD OF MARCH 1, 2004 THROUGH JANUARY 31,
                2005 FILED BY HILSOFT NOTIFICATIONS

03/16/05 RLT    REVIEWED APPLICATION FOR COMPENSATION                  .20
                /THIRTEENTH STATEMENT FOR REIMBURSEMENT OF
                EXPENSES TO COMMITTEE MEMBERS AND THEIR COUNSEL


**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-012
                                            INVOICE : 190481


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

RE:  FEE APPLICATIONS, OTHERS


03/16/05 RLT   REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
               FOR SERVICES RENDERED AND REIMBURSEMENT OF
               EXPENSES AS CONSULTANTS TO THE OFFICIAL
               COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
               FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH
               OCTOBER 31, 2004 FILED BY HAMILTON, RABINOVITZ
               & ALSCHULER, INC.

03/23/05 RLT   REVIEWED APPLICATION FOR COMPENSATION               .10
               FORTY-SIXTH MONTHLY APPLICATION OF PACHULSKI,
               STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR
               COMPENSATION FOR SERVICES RENDERED AND
               REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE
               DEBTORS FOR THE PERIOD FROM JANUARY 1, 2005
               THROUGH JANUARY 31, 2005

03/23/05 RLT   REVIEWED APPLICATION FOR COMPENSATION (THIRD)       .10
               OF DELOITTE CONSULTING LLP FOR COMPENSATION AND
               FOR REIMBURSEMENT OF EXPENSES FROM SEPTEMBER 1,
               2004 THROUGH SEPTEMBER 30, 2004

03/23/05 RLT   REVIEWED APPLICATION FOR COMPENSATION (SECOND)      .10
               OF DELOITTE CONSULTING LLP FOR COMPENSATION AND
               FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1,
               2004 THROUGH AUGUST 31, 2004 FILED BY DELOITTE
               CONSULTING LLP

03/23/05 RLT   REVIEWED APPLICATION FOR COMPENSATION (FIRST)       .10
               OF DELOITTE CONSULTING LLP FOR COMPENSATION AND
               FOR REIMBURSEMENT OF EXPENSES FOR JULY 1, 2004
               THROUGH JULY 31, 2004 FILED BY DELOITTE
               CONSULTING LLP


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS   DATE : MAY 2, 2005
                 MATTER : W9600-012
                 INVOICE :  190481


  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

   RE:  FEE APPLICATIONS, OTHERS


| | | | |
|---|---|---|---|
| 03/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (EIGHTEENTH) OF DELOITTE & TOUCHE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2004 THROUGH JULY 31, 2004 FILED BY DELOITTE & TOUCHE LLP | | .10 |
| 03/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (NINETEENTH) OF DELOITTE & TOUCHE LLP FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR AUGUST 1, 2004 THROUGH AUGUST 31, 2004 FILED BY DELOITTE & TOUCHE LLP | | .10 |
| 03/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION , FOURTEENTH MONTHLY FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005 | | .10 |
| 03/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ENVIRONMENTAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE SECOND MONTHLY INTERIM PERIOD, FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005, FOR THE QUARTER OF JANUARY-MARCH, 2005 FILED BY LATHAM & WATKINS LLP | | .10 |
| 03/23/05 RLT | REVIEWED APPLICATION FOR COMPENSATION , THIRTY-SIXTH MONTHLY INTERIM, FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | | .10 |
| 03/24/05 MNF | PREPARE SERVICE RE: 43RD MONTHLY FEE APP OF KRAMER LEVIN FOR 2/1/05-2/28/05 | | .30 |

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 2, 2005
MATTER : W9600-012
INVOICE : 190481

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 03/24/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (FORTY-FIFTH) INTERIM FEE APPLICATION OF PITNEY HARDIN LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY PITNEY HARDIN LLP | .10 |
| 03/24/05 RLT | REVIEWED INTERIM APPLICATION FOR COMPENSATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF JANUARY 1, 2005, THROUGH JANUARY 31, 2005, FOR THE QUARTERLY FEE PERIOD OF JANUARY - MARCH 2005 | .10 |
| 03/24/05 RLT | REVIEWED APPLICATION FOR COMPENSATION /TWENTY-EIGHTH MONTHLY FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF JANUARY 2005 FILED BY PRICEWATERHOUSECOOPERS LLP | .10 |
| 03/24/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES OF KIRKLAND & ELLIS LLP AS BANKRUPTCY COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE FIRST MONTHLY INTERIM PERIOD, FROM JANUARY 1, 2005, THROUGH JANUARY 31, 2005, FOR THE QUARTER OF JANUARY - MARCH, 2005 | .10 |
| 03/24/05 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-SEVENTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .10 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 2, 2005
                                            MATTER : W9600-012
                                            INVOICE :  190481


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

      RE:  FEE APPLICATIONS, OTHERS


03/24/05 RLT    REVIEWED APPLICATION FOR COMPENSATION THIRD          .10
                QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD
                MARKETS, INC., FINAINCIAL ADVISOR TO DAVID T.
                AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES
                INCURRED FOR THE PERIOD OCTOBER 1, 2004 THROUGH
                DECEMBER 31, 2004

03/28/05 MNF    E-FILE AND SERVE 43RD MONTHLY FEE APP FOR           1.00
                2/1/05-2/28/05 OF KRAMER LEVIN

03/28/05 RLT    REVIEWED MONTHLY APPLICATION FOR COMPENSATION        .10
                FORTY-THIRD MONTHLY FEE APPLICATION OF KRAMER
                LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE
                OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
                COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS
                FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH
                FEBRUARY 28, 2005

03/29/05 RLT    REVIEWED APPLICATION FOR COMPENSATION /SUMMARY       .10
                OF APPLICATION OF REED SMITH LLP FOR
                COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
                EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY
                DEFENSE COUNSEL TO DEBTORS FOR THE FORTH-FOURTH
                MONTHLY INTERIM PERIOD FROM FEBRUARY 1, 2005
                THROUGH FEBRUARY 28, 2005

03/30/05 MNF    REVIEW DOCKET RE: OBJECTIONS TO 42ND MONTHLY         .20
                FEE APP OF KRAMER LEVIN FOR 1/1/05-1/31/05

03/30/05 MNF    DRAFT CNO RE: 42ND MONTHLY FEE APP OF KRAMER         .50
                LEVIN FOR 1/1/05-1/31/05
```

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    MAY 2, 2005
                                               MATTER :  W9600-012
                                               INVOICE :  190481


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

      RE:   FEE APPLICATIONS, OTHERS
```

| Date | | Description | Hours |
|------|------|-------------|-------|
| 03/30/05 | RLT | REVIEWED RULE 2019 STATEMENT SECOND AMENDED VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2019. EXHIBITS HAVE NOT BEEN SCANNED BUT MAY BE ACCESSED BY PARTIES WHO OBTAIN COURT ORDER AUTHORIZING ACCESS. FILED BY LEBLANC & WADDELL, LLC | .10 |
| 03/30/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY CAMPBELL & LEVINE, LLC | .10 |
| 03/30/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY CAPLIN & DRYSDALE, CHARTERED | .10 |
| 03/30/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005. FILED BY RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC | .10 |
| 03/30/05 | RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY FERRY, JOSEPH & PEARCE, P.A. | .10 |
| 03/31/05 | MNF | E-FILE AND SERVE CNO RE 42ND FEE APP OF KRAMER LEVIN | .80 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    MAY 2, 2005
                                              MATTER :  W9600-012
                                              INVOICE :   190481


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

       RE:  FEE APPLICATIONS, OTHERS


03/31/05 RLT    REVIEWED APPLICATION FOR COMPENSATION                   .10
                THIRTEENTH INTERIM APPLICATION OF CAPSTONE
                ADVISORY GROUP, LLC (FORMERLY KNOWN AS CAPSTONE
                CORPORATE RECOVERY, LLC), FINANCIAL ADVISORS TO
                THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,
                FOR ALLOWANCE OF COMPENSATION FOR SERVICES
                RENDERED AND REIMBURSMENT OF EXPENSES INCURRED
                FOR THE PERIOD FEBRUARY 1, 2005 THROUGH
                FEBRUARY 28, 2005

03/31/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION         .20
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS CONSULTANTS TO THE OFFICIAL
                COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS
                FOR THE PERIOD OF OCTOBER 1, 2004 THROUGH
                DECEMBER 31, 2004 FILED BY HAMILTON, RABINOVITZ
                & ALSCHULER, INC

03/31/05 RLT    REVIEWED QUARTERLY APPLICATION FOR COMPENSATION         .20
                FOR SERVICES RENDERED AND REIMBURSEMENT OF
                EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE
                OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE
                PERIOD OF OCTOBER 1, 2004 THROUGH DECEMBER 31,
                2004 FILED BY BILZIN SUMBERG BAENA PRICE &
                AXELROD LLP
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

    M N FLORES          135.00    6.60         891.00
    R L THOMAS          220.00   10.70        2354.00
                TOTALS           17.30        3245.00
```

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 2, 2005
                                            MATTER :  W9600-012
                                            INVOICE :  190481


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

    RE:  FEE APPLICATIONS, OTHERS


                        TOTAL FEES :                    3,245.00


                        TOTAL DUE   :                    3,245.00
```

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 2, 2005
MATTER :  W9600-015
INVOICE :  190482

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|-----------------------------------|-------|
| 03/02/05 | RLT | REVIEWED RULE 2019 STATEMENT VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY DRINKER BIDDLE & REATH LLP. | .10 |
| 03/15/05 | TC | REVIEWED REMOVAL ORDER | .40 |
| 03/16/05 | RLT | REVIEWED RULE 2019 STATEMENT SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY WILLIAM FAHEY, ESQUIRE OF COONEY AND CONWAY | .20 |
| 03/16/05 | RLT | REVIEWED RULE 2019 STATEMENT AMENDED VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY JEFFERY GAUGHAN, ESQUIRE OF BAGGETT, MCCALL, BURGESS, WATSON & GAUGHAN | .20 |
| 03/16/05 | RLT | REVIEWED RULE 2019 STATEMENT SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY PAUL MATHENY, ESQUIRE OF THE LAW OFFICES OF PETER G. ANGELOS, P.C. | .20 |
| 03/16/05 | RLT | REVIEWED RULE 2019 STATEMENT FILED BY LIPSITZ, GREEN, FAHRINGER ROLL, SALISBURY & CAMBRIA, LLP | .10 |
| 03/16/05 | RLT | REVIEWED RULE 2019 STATEMENT SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY THE LAW FIRM OF EDWARD O. MOODY, P.A. | .10 |
| 03/16/05 | RLT | REVIEWED RULE 2019 STATEMENT FIRST SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC. | .10 |

**PENNSYLVANIA**    ●    **DELAWARE**    ●    **NEW JERSEY**    ●    **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 2, 2005
                                              MATTER : W9600-015
                                              INVOICE : 190482

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

    RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 03/17/05 TC | REVIEWED ORDER EXTENDING REMOVAL PERIOD | .20 |
| 03/23/05 RLT | REVIEWED CERTIFICATION OF COUNSEL REGARDING CASE MANAGEMENT ORDER FOR THE ESTIMATION OF ASBESTOS PROPERTY DAMAGE LIABILITIES | .30 |
| 03/24/05 RLT | REVIEWED RULE 2019 STATEMENT (SECOND AMENDED) AND NOTICE OF FILING THEREOF FILED BY BARON & BUDD, P.C | .10 |
| 03/24/05 RLT | REVIEWED RULE 2019 STATEMENT SECOND AMENDED VERIFIED STATEMENT UNDER BANKRUPTCY RULE 2019 | .10 |

## T I M E   S U M M A R Y
-----------------------

|              | RATE    | HOURS | TOTALS |
|--------------|---------|-------|--------|
| R L THOMAS   | 220.00  | 1.50  | 330.00 |
| T CURRIER    | 470.00  | .60   | 282.00 |
| TOTALS       |         | 2.10  | 612.00 |

TOTAL FEES :            612.00

TOTAL DUE  :            612.00

**PENNSYLVANIA** ● **DELAWARE** ● **NEW JERSEY** ● **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 2, 2005
MATTER :  W9600-016
INVOICE :  190483

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05    T C

RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 03/11/05 | RLT | REVIEWED ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH THE DEBTORS MAY REMOVE ACTIONS. | .10 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
| --- | --- | --- | --- | --- |
| R L THOMAS | | 220.00 | .10 | 22.00 |
| | TOTALS | | .10 | 22.00 |

TOTAL FEES :                    22.00

TOTAL DUE  :                    22.00

PENNSYLVANIA  •  DELAWARE  •  NEW JERSEY  •  WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 2, 2005
MATTER :   W9600-000
INVOICE :   190473

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 03/30/05   T C

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 03/03/05 FEDERAL EXPRESS -  FEDEX  - # 5-392-52430 | 13.95 |
| 03/03/05 FEDERAL EXPRESS -  FEDEX  - # 5-392-52430 | 13.95 |
| 03/03/05 FEDERAL EXPRESS -  FEDEX  - # 5-392-52430 | 13.95 |
| 03/08/05 MESSENGER SERVICES -  PARCELS, INC.  - # 28515 | 15.00 |
| 03/08/05 MESSENGER SERVICES -  PARCELS, INC.  - # 28515 | 7.50 |
| 03/08/05 REPRODUCTION OF DOCUMENTS | 22.20 |
| 03/10/05 FEDERAL EXPRESS -  FEDEX  - # 5-404-75661 | 13.95 |
| 03/18/05 FEDERAL EXPRESS -  FEDEX  - # 5-417-52566 | 22.57 |
| 03/18/05 MESSENGER SERVICES -  PARCELS, INC.  - # 28698 | 7.50 |
| 03/18/05 MESSENGER SERVICES -  PARCELS, INC.  - # 28822 | 7.50 |
| TOTAL EXPENSE ADVANCES : | 138.07 |
| TOTAL DUE  : | 138.07 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.