IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

*LOCATION OF THE HEARING HAS CHANGED. THE HEARING WILL GO FORWARD IN PITTSBURGH. COUNSEL ARE ASKED TO ATTEND THE HEARING IN PITTSBURGH.*

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 16, 2005 AT 12:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY SHOULD COMPLY WITH THE** *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* **[Docket No. 7709]**

## UNCONTESTED MATTERS:

1. Amended Application for an Order Pursuant to Sections 1103(a) and 328(a) of the Bankruptcy Code and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of LECG, LLC as Consultants to the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to February 17, 2005 [Filed: 03/29/05] (Docket No. 8133)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:107574.5

Related Documents:

a.  [Proposed] Order Authorizing the Retention and Employment of LECG, LLC as Consultants to the Official Committee of Asbestos Property Damage Claimants, Nunc Pro Tunc to February 17, 2005 [Filed: 03/29/05] (Docket No. 8133)

b.  **Certification of No Objection Regarding Docket No. 8133 [Filed: 04/20/05] (Docket No. 8250)**

Response Deadline: April 18, 2005 at 4:00 p.m.

Responses Received: None at this time.

**Status: No parties have objected to the relief requested in the motion. Accordingly, counsel for the Official Committee of Asbestos Property Damage Claimants filed a certificate of no objection and respectfully requests the entry of the order attached to the motion.**

2.  Motion for Entry of an Order Approving a Settlement Agreement and a Remediation Agreement Concerning the Hatco Site and Approving an Associated Professional Service Agreement and Authorizing Transactions Thereunder [Filed: 04/11/05] (Docket No. 8211)

Related Documents:

a.  [Proposed] Order Approving a Settlement Agreement and a Remediation Agreement Concerning the Hatco Site and Approving an Associated Professional Service Agreement and Authorizing Transaction Thereunder [Filed: 04/11/05] (Docket No. 8211)

b.  **Certification of No Objection Regarding Docket No. 8211 [Filed: 05/05/05] (Docket No. 8371)**

Response Deadline: April 29, 2005 at 4:00 p.m. (extended for certain parties to May 4, 2005 at noon)

Responses Received: None at this time.

**Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**

3. Application of the Debtors for the Entry of an Order Authorizing Employment of Beveridge & Diamond, P.C. as Special Counsel to the Debtors [Filed: 04/11/05] (Docket No. 8212)

Related Documents:

a. [Proposed] Order Approving the Application of the Debtors for the Entry of an Order Authorizing Employment of Beveridge & Diamond, P.C. as Special Counsel to the Debtors [Filed: 04/11/05] (Docket No. 8212)

b. **Certification of No Objection Regarding Docket No. 8212 [Filed: 05/05/05] (Docket No. 8370)**

Response Deadline: April 29, 2005 at 4:00 p.m.

Responses Received: None at this time.

**Status: No parties have objected to the relief requested in the motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the motion.**


## CLAIMS OBJECTIONS:

4. Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5525)

Response Deadline: June 4, 2004 at 4:00 p.m.

Responses Received:

a. Response of Spaulding & Slye Construction LP (Claim No. 203) to Debtors' Fourth Omnibus Objection to Claims (Substantive) [Filed: 06/03/04] (Docket No. 5701)

Status: The Debtors and Spaulding & Slye are attempting to negotiate a settlement regarding the disputed claim. Unless the disputed claim is resolved prior to the hearing, the hearing on the disputed claim will be continued to the omnibus hearing on June 27, 2005 at 12:00 p.m.

5.  Debtors' Fifth Omnibus Objection to Claims (Substantive) [Filed: 05/05/04] (Docket No. 5527)

    Response Deadline: June 4, 2004 at 4:00 p.m.

    Responses Received: (none listed as no contested matters are going forward)

    Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on June 27, 2005 at 12:00 p.m.

6.  Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 08/27/04] (Docket No. 6271)

    Related Documents:

    a.  [Proposed] Order Granting Debtors' Objection to Certain Claims Filed by the Massachusetts Department of Environmental Protection [Filed: 08/27/04] (Docket No. 6271)

    Response Deadline: October 8, 2004 at 4:00 p.m. Extended to October 26, 2004.

    Responses Received:

    a.  Massachusetts Department of Environmental Protection's Opposition to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6744)

    b.  United States' Objections to Debtors' Objection to Certain Claims Filed By the Massachusetts Department of Environmental Protection [Filed: 10/26/04] (Docket No. 6748)

    Status: This matter will go forward.

7.  Debtors' Eighth Omnibus Objection to Claims (Substantive) [Filed: 01/12/05] (Docket No. 7545)

    Response Deadline: February 11, 2005, extended to February 25, 2005 at 4:00 p.m.

    Responses Received: (none listed as no contested matters are going forward)

Status: To the extent any remaining disputed claims are resolved prior to the hearing, the Debtors will present an order regarding the same at the hearing. A hearing on all unresolved disputed claims will be continued to the omnibus hearing on June 27, 2005 at 12:00 p.m.

## ADVERSARY MATTERS:

8. Renewed Motion for an Order Approving, Authorizing, and Implementing Settlement Agreement Filed by Cryovac, Inc., Official Committee of Asbestos Personal Injury Claimants, Official Committee of Asbestos Property Damage Claimants, and Sealed Air Corporation [Filed: 04/01/05] (Adv. Pro. No. 02-2210, Docket No. 729)

   Response Deadline: April 21, 2005 at 4:00 p.m.

   Responses Received:

   a. Debtors' Response to Renewed Motion for an Order Approving, Authorizing and Implementing Settlement Agreement [Filed: 04/21/05] (Adv. Pro. No. 02-2210, Docket No. 738)

   Status: This matter will go forward.

**STATUS CONFERENCE**

9.  Case Management/Estimation Issues Regarding Asbestos Property Damage Claim.

    Status: A status conference on this matter will go forward and the parties anticipate presenting a case management order for the estimation of asbestos property damage claims.

Dated: May 9, 2005

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C.

_[signature]_
Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession