**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re ) | | Chapter 11 |
| ) | | |
| W. R. Grace & Co. et al.[1]; ) | | Case No. 01-01139 (JKF) |
| ) | | Jointly Administered |
| Debtors. ) | | |

**Objection Deadline: May 31, 2005 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served**.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC (f/k/a Capstone Corporate Recovery, LLC)

("Capstone"), financial advisors to the Official Committee of Unsecured Creditors (the

"Advisors") of the above captioned debtor and debtors in possession in the above-captioned

chapter 11 cases, filed and served the Fourteenth Interim Application of Capstone Advisory

Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

SSL-DOCS1 1571214v1

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the period from March 1, 2005 through March 31, 2005, seeking compensation in the amount of $100,809.60, reimbursement for actual and actual and necessary expenses in the amount of $494.94.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**May 31, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.

Dated: May 9, 2005
      Wilmington, DE

                          **RESPECTFULLY SUBMITTED,**

                         /s/ Michael R. Lastowski
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 424-2000
Facsimile:   (973) 424-2001
E-mail:   wskatchen@duanemorris.com

                          and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:   (212) 806-5400
Facsimile:   (212) 806-6006
E-mail:   lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

SSL-DOCS1 1571214v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & Co., <u>et al.</u>, | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors | |

**FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (<u>nunc pro tunc</u> to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | March 1, 2005 through March 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $126,012.00): | $100,809.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    494.94 |

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group, LLC ("Capstone"), effective March 3, 2005.**

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, <u>nunc pro tunc</u> to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 11.00 hours and corresponding compensation requested is approximately $2,072.50.

This is the <u>Fourteenth Interim Application</u> filed by Capstone. Disclosure for the current period and prior periods is as follows:


FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31, 2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |

FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 3/1/05 through 3/31/05

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 15.40 | $8,162.00 |
| S. Cunningham | Member | $505 | 33.00 | $16,665.00 |
| C. Troyer | Consultant | $425 | 85.00 | $36,125.00 |
| L. Hamilton | Consultant | $350 | 54.30 | $19,005.00 |
| P. Freyer | Consultant | $335 | 128.50 | $43,047.50 |
| T. Sell | Consultant | $295 | 1.00 | $295.00 |
| M. Hakoun | Research | $150 | 14.40 | $2,160.00 |
| N. Backer | Paraprofessional | $85 | 6.50 | $552.50 |
| **For the Period 3/1/05 through 3/31/05** | | | **338.10** | **$126,012.00** |

Capstone Advisory Group, LLC    Page 1 of 1
Invoice for the Fourteenth Fee Application

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Codes
For the period 3/1/05 through 3/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant read and analyzed information pertaining to several acquisitions proposed by the Debtors, and prepared reports to the Committee thereon. | 75.60 | $32,309.50 |
| 03. Claims Analysis & Valuation | During the Fee Application Period, the Applicant analyzed the Debtors' updated claims data. | 5.70 | $2,422.50 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant held calls with Committee to discuss proposed acquisitions as well as case status and timing issues. | 2.20 | $1,028.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application Period, the Applicant read and analyzed various information regarding the proposed Festa employment. | 4.50 | $1,990.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February fee application. | 11.00 | $2,072.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q4 2004 financial results and prepared a report to the Committee thereon. | 67.00 | $25,602.00 |
| 09. Financial Analysis – Business Plan | During the Fee Application Period, the Applicant read and analyzed information provided by Debtors regarding the 2005 Business Plan including preparation of analyses of sales, operating and working capital forecasts for inclusion in a report to the Committee. | 139.80 | $48,164.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed counsel's memo regarding Sealed Air Settlement and evaluated its possible impact to creditor recoveries. Additionally, the applicant analyzed the relevant information regarding the proposed shut-down of a facility and prepared a report thereon for the Committee. | 14.50 | $4,778.50 |
| 15. Plan and Disclosure Statement | During the Fee Application period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 1.30 | $455.00 |
| 19. Tax Issues | During the Fee Application period, the Applicant analyzed data relevant to the status of foreign tax restructuring and the COLI settlement and prepared a report thereon for the Committee. | 11.20 | $4,959.50 |

Capstone Advisory Group, LLC
Invoice for the Fourteenth Fee Application

Page 1 of 1

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Codes
For the period 3/1/05 through 3/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors to discuss proposed acquisitions and related tax issues, as well as updated claims analysis. | 4.80 | $1,965.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read legislative updates regarding an asbestos bill. | 0.20 | $106.00 |
| 35. Litigation | During the Fee Application Period, the Applicant read information regarding the pending criminal trial. | 0.30 | $159.00 |
| **For the Period 3/1/05 through 3/31/05** | | **338.10** | **$126,012.00** |

# W.R. Grace & Co.

Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 3/1/05 through 3/31/05

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **01. Acquisitions** | | | |
| 3/1/2005 | S. Cunningham | 2.50 | Read and analyzed information regarding proposed acquisition (Hercules). |
| 3/2/2005 | C. Troyer | 1.90 | Read and analyzed discussion materials prepared by the Debtors regarding a potential acquisition code-named "Hercules." |
| 3/3/2005 | S. Cunningham | 3.50 | Read and analyzed information regarding Groundhog and Sandalwood acquisitions. |
| 3/3/2005 | C. Troyer | 1.80 | Prepared follow-up questions pertaining to a proposed acquisition (Hercules) and distributed to the Debtors. |
| 3/7/2005 | E. Ordway | 1.70 | Analyzed financial data provided by the Debtors regarding a proposed acquisition. |
| 3/7/2005 | C. Troyer | 7.00 | Analyzed proposed acquisition of Hercules. |
| 3/8/2005 | S. Cunningham | 3.00 | Prepared and reviewed analysis of proposed acquisition (Hercules). |
| 3/8/2005 | E. Ordway | 0.70 | Directed staff in analyzing a proposed acquisition of Hercules. |
| 3/8/2005 | C. Troyer | 8.20 | Drafted report to the Committee regarding a proposed acquisition of Hercules. |
| 3/9/2005 | C. Troyer | 1.30 | Updated report to the Committee regarding Hercules acquisition based on discussions with Debtors and related follow-up analysis. |
| 3/9/2005 | L. Hamilton | 5.50 | Read and analyzed Groundhog acquisition information provided by Debtors |
| 3/10/2005 | C. Troyer | 3.40 | Finalized report to the Committee regarding a proposed acquisition of Hercules. |
| 3/10/2005 | L. Hamilton | 3.30 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/10/2005 | S. Cunningham | 2.50 | Reviewed analysis and report regarding Hercules acquisition. |
| 3/11/2005 | L. Hamilton | 0.60 | Prepared for call with Debtors regarding proposed acquisitions. |
| 3/11/2005 | L. Hamilton | 2.10 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/11/2005 | C. Troyer | 0.20 | Prepared/edited questions for submission to the Debtors pertaining to Groundhog and Sandalwood acquisitions. |

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 3/11/2005 | C. Troyer | 1.20 | Prepared/edited a report to the Committee on two proposed acquisitions. |
| 3/14/2005 | E. Ordway | 0.60 | Prepared/edited a report to the Committee regarding a proposed acquisition. |
| 3/14/2005 | E. Ordway | 0.80 | Directed staff in analysis of a proposed acquisition. |
| 3/14/2005 | L. Hamilton | 2.70 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/15/2005 | E. Ordway | 1.70 | Finalized report to the Committee regarding proposed acquisitions. |
| 3/15/2005 | L. Hamilton | 2.70 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/16/2005 | L. Hamilton | 0.60 | Updated Groundhog and Sandalwood acquisitions report. |
| 3/17/2005 | L. Hamilton | 1.40 | Read and analyzed CUBA acquisition materials provided by Debtors. |
| 3/18/2005 | L. Hamilton | 2.10 | Prepared questions regarding CUBA acquisition in advance of call with Debtors. |
| 3/18/2005 | S. Cunningham | 2.50 | Reviewed Project CUBA information provided by Debtors. |
| 3/21/2005 | L. Hamilton | 0.30 | Read and analyzed information regarding proposed CUBA acquisition. |
| 3/22/2005 | L. Hamilton | 2.60 | Prepared report to Committee regarding CUBA acquisition. |
| 3/22/2005 | L. Hamilton | 0.80 | Prepared for conference call regarding CUBA acquisition. |
| 3/23/2005 | E. Ordway | 1.70 | Prepared/edited a report on proposed acquisition in Sweden. |
| 3/23/2005 | C. Troyer | 1.50 | Prepared/edited a report to the Committee on a proposed acquisition. |
| 3/24/2005 | E. Ordway | 1.10 | Analyzed peer group data regarding proposed foreign acquisition. |
| 3/25/2005 | E. Ordway | 1.10 | Finalized report to Committee on foreign acquisition. |
| 3/28/2005 | L. Hamilton | 0.60 | Updated CUBA acquisition report to Committee. |
| 3/29/2005 | L. Hamilton | 0.40 | Discussed acquisitions with counsel and Committee chair |
| Subtotal | | 75.60 | |

### 03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
| --- | --- | --- | --- |
| 3/14/2005 | C. Troyer | 3.20 | Analyzed the Debtors' updated claims analysis compared to a prior version. |
| 3/15/2005 | C. Troyer | 2.50 | Documented changes in estimated claims based on discussions with the Debtors' financial advisors. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 5.70 | |

### 04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/2/2005 | E. Ordway | 0.30 | Read updated by-laws and accompanying memo from counsel. |
| 3/3/2005 | C. Troyer | 0.50 | Coordinated scheduling of the Debtors' annual meeting with the Committee. |
| 3/10/2005 | C. Troyer | 0.30 | Discussed tax issues associated with a proposed acquisition with counsel. |
| 3/25/2005 | E. Ordway | 0.50 | Call with Committee member to discuss case status and timing. |
| 3/28/2005 | L. Hamilton | 0.30 | Discussed proposed acquisitions with counsel. |
| 3/30/2005 | E. Ordway | 0.30 | Read and analyzed counsel's memo regarding the P.I. Committee motion to engage special counsel. |
| Subtotal | | 2.20 | |

### 05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/9/2005 | C. Troyer | 2.50 | Read Asbestos Committees' objections to F. Festa's proposed employment agreement and drafted response memo for counsel. |
| 3/10/2005 | C. Troyer | 0.40 | Discussed comments on the Asbestos Committees' objections to the proposed F. Festa employment agreement with counsel. |
| 3/11/2005 | E. Ordway | 0.50 | Read counsel's memo regarding executive compensation issues. |
| 3/14/2005 | L. Hamilton | 0.50 | Read and analyzed Stroock memo regarding Festa contract. |
| 3/28/2005 | E. Ordway | 0.60 | Read and analyzed motion regarding revisions to executive compensation. |
| Subtotal | | 4.50 | |

### 07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/10/2005 | N. Backer | 0.90 | Prepared February fee application. |
| 3/11/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/16/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/17/2005 | L. Hamilton | 0.90 | Prepared February fee application. |
| 3/17/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/21/2005 | L. Hamilton | 1.10 | Prepared February fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/21/2005 | N. Backer | 1.10 | Prepared February fee application. |
| 3/22/2005 | L. Hamilton | 0.40 | Prepared February fee application. |
| 3/28/2005 | T. Sell | 1.00 | Updated fee application database and provided updated support schedules. |
| 3/28/2005 | L. Hamilton | 1.10 | Prepared February fee application. |
| Subtotal | | 11.00 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/1/2005 | P. Freyer | 9.20 | Prepared various schedules regarding 4th quarter operating and working capital performance for inclusion in report to the Committee. |
| 3/1/2005 | M. Hakoun | 0.60 | Analyzed forecast peer group information for 2005. |
| 3/2/2005 | P. Freyer | 6.40 | Prepared various schedules comparing actual performance to plan for inclusion in report to the Committee. |
| 3/11/2005 | C. Troyer | 2.00 | Analyzed Debtors' 4th quarter and year-to-date performance compared to peer companies. |
| 3/14/2005 | C. Troyer | 4.00 | Analyzed Debtors' 4th quarter and year-to-date performance compared to peer companies. |
| 3/14/2005 | L. Hamilton | 1.40 | Read and analyzed recent financial statement reports. |
| 3/15/2005 | M. Hakoun | 2.80 | Summarized Peer group adjusted proforma financial information for 4Q and full year 2004. |
| 3/15/2005 | M. Hakoun | 3.20 | Prepared adjustments to Peer group financial summary for one-time charges. |
| 3/15/2005 | S. Cunningham | 3.50 | Prepared analysis of Q4 data provided by Debtors. |
| 3/15/2005 | M. Hakoun | 0.70 | Prepared summary of monthly operating report and distributed to case team members. |
| 3/15/2005 | C. Troyer | 4.50 | Prepared/edited the 4th quarter report to the Committee. |
| 3/22/2005 | S. Cunningham | 3.30 | Read and analyzed Peer group data regarding 2004 results. |
| 3/23/2005 | C. Troyer | 5.50 | Prepared/edited the 4th quarter report to the Committee. |
| 3/24/2005 | C. Troyer | 8.00 | Prepared/edited the report to the Committee on 4th quarter performance. |
| 3/24/2005 | E. Ordway | 1.00 | Analyzed Debtor's most current monthly financial report and compared to budget to determine variances. |
| 3/25/2005 | S. Cunningham | 2.20 | Read and analyzed Q4 financial report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/28/2005 | C. Troyer | 1.70 | Distributed January financials to the Committee. |
| 3/31/2005 | C. Troyer | 3.50 | Read and analyzed February financial package. |
| 3/31/2005 | S. Cunningham | 2.20 | Reviewed February results vs. prior year. |
| 3/31/2005 | M. Hakoun | 1.30 | Summarized Peer company and analyst guidance for full year 2005. |
| Subtotal | | 67.00 | |

### 09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/2/2005 | P. Freyer | 2.40 | Read and analyzed information provided by the Debtors regarding the 2005 Business Plan. |
| 3/3/2005 | P. Freyer | 2.20 | Read various materials received during 2005 operating plan presentation. |
| 3/3/2005 | P. Freyer | 5.80 | Read and analyzed 2005 operating plan presentation materials and 2004 results report. |
| 3/4/2005 | P. Freyer | 7.60 | Prepared summary P&L analyses of 2005 Plan. |
| 3/4/2005 | S. Cunningham | 1.00 | Read and analyzed business plan information provided by the Debtors. |
| 3/7/2005 | P. Freyer | 8.60 | Prepared summary P&L analyses of 2005 Plan. |
| 3/7/2005 | S. Cunningham | 2.50 | Read and analyzed business plan information provided by the Debtors. |
| 3/8/2005 | P. Freyer | 8.30 | Prepared summary bridge schedules for inclusion in 2005 Plan report. |
| 3/9/2005 | P. Freyer | 8.80 | Prepared summary bridge schedules for inclusion in 2005 Plan report. |
| 3/10/2005 | P. Freyer | 8.20 | Prepared summary divisional P&L schedules pertaining to 2005 Plan report. |
| 3/11/2005 | P. Freyer | 7.70 | Continued to prepare various analyses of 2005 Plan data. |
| 3/14/2005 | P. Freyer | 5.40 | Prepared outline of 2005 plan report regarding revenues. |
| 3/15/2005 | P. Freyer | 8.70 | Prepared outline of 2005 plan report regarding working capital. |
| 3/16/2005 | P. Freyer | 7.90 | Prepared 2004 recap summary for 2005 plan report. |
| 3/17/2005 | P. Freyer | 8.60 | Prepared 2005 EBITDA summary for 2005 plan report. |
| 3/18/2005 | P. Freyer | 7.80 | Prepared 2005 EBITDA summary for 2005 plan report. |
| 3/21/2005 | P. Freyer | 8.40 | Prepared Divisional data summary for 2005 plan report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/22/2005 | P. Freyer | 6.50 | Continued to prepare 2005 Plan report. |
| 3/24/2005 | S. Cunningham | 2.00 | Prepared 2005 Plan EBITDA analysis. |
| 3/28/2005 | C. Troyer | 1.00 | Met with team and discussed approach to business plan analysis. |
| 3/29/2005 | L. Hamilton | 2.60 | Read and analyzed 2005 Business Plan data provided by Debtors. |
| 3/30/2005 | L. Hamilton | 8.80 | Prepared analyses of plan data compared to prior year. |
| 3/31/2005 | L. Hamilton | 9.00 | Prepared analyses of assumptions in 2005 Plan for inclusion in report to the Committee. |
| Subtotal | | 139.80 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/2/2005 | E. Ordway | 0.40 | Read counsel's memo regarding Sealed Air settlement and evaluated its possible impact on recoveries. |
| 3/8/2005 | M. Hakoun | 2.40 | Obtained and read sections of 10K, including analysis of full year operations, segments, environmental liabilities and asbestos settlement. |
| 3/9/2005 | M. Hakoun | 1.20 | Obtained and read court docket information. |
| 3/14/2005 | M. Hakoun | 1.40 | Accessed market pricing, actual and futures, for commodities and chemicals which relate to Grace's operations. |
| 3/18/2005 | M. Hakoun | 0.80 | Updated virtual database of docket entries |
| 3/29/2005 | S. Cunningham | 2.30 | Prepared various analyses and reviewed facility shutdown analysis provided by Debtors. |
| 3/29/2005 | C. Troyer | 4.30 | Analyzed financial information regarding the proposed shut-down of a facility. |
| 3/30/2005 | C. Troyer | 1.00 | Prepared/edited report to the Committee on the proposed shutdown of a facility. |
| 3/30/2005 | L. Hamilton | 0.20 | Read/edited report to Committee regarding plant closure. |
| 3/31/2005 | C. Troyer | 0.50 | Prepared/edited report to the Committee on the proposed shut-down of a facility. |
| Subtotal | | 14.50 | |

**15. Plan & Disclosure Statement**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/14/2005 | L. Hamilton | 1.30 | Read and analyzed POR materials. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 1.30 | |

### 19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/1/2005 | C. Troyer | 6.20 | Read and analyzed data relevant to the Debtors' proposed foreign tax restructuring and COLI settlement. |
| 3/1/2005 | E. Ordway | 1.10 | Directed staff in preparation of analysis of taxes. |
| 3/2/2005 | E. Ordway | 0.80 | Directed staff in updating report on taxes to address additional tax issues. |
| 3/2/2005 | C. Troyer | 3.10 | Prepared/edited report to the Committee on the status of the foreign tax restructuring and the COLI settlement. |
| Subtotal | | 11.20 | |

### 26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/3/2005 | C. Troyer | 1.00 | Participated in a conference call to discuss a proposed acquisition. |
| 3/8/2005 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss questions on a proposed acquisition. |
| 3/9/2005 | C. Troyer | 0.80 | Discussion with Debtors regarding tax issues pertaining to a proposed acquisition. |
| 3/11/2005 | L. Hamilton | 0.50 | Participated in conference call with Debtors regarding acquisitions |
| 3/15/2005 | C. Troyer | 1.00 | Discussed the Debtors' updated claims analysis with the Debtors' financial advisors. |
| 3/23/2005 | L. Hamilton | 0.50 | Participated in conference call with Debtors and Blackstone regarding CUBA acquisition. |
| Subtotal | | 4.80 | |

### 28. Special Case Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/1/2005 | E. Ordway | 0.20 | Read legislative update from Navigant. |
| Subtotal | | 0.20 | |

### 35. Litigation

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 3/10/2005 | E. Ordway | 0.30 | Read information regarding criminal trial. |
| Subtotal | | 0.30 | |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Total Hours | | 338.10 | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 3/1/05 through 3/31/05

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 3/31/2005 | Capstone Expenses | March copies - 800 @ .15 ea | $120.00 |
| Subtotal - Copies | | | $120.00 |
| **March Telephone - Saddle Brook Office** | | | |
| 3/31/2005 | Capstone Expenses | Telecom Charges | $361.38 |
| Subtotal - March Telephone - Saddle Brook Office | | | $361.38 |
| **Postage/FedEx** | | | |
| 3/14/2005 | Capstone Expenses | FedEx inv # 5-419-52013 | $13.56 |
| Subtotal - Postage/FedEx | | | $13.56 |
| **For the Period 3/1/05 through 3/31/05** | | | **$494.94** |

Capstone Advisory Group, LLC  
Invoice for the Fourteenth Fee Application

Page 1 of 1