IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| Debtors | ) | Jointly Administered |
| | ) | Re: Docket No. 8324 and _____ |
| | ) | |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE TO (1) FILE A BRIEF IN SUPPORT OF THEIR MOTION TO APPROVE THEIR PI CMO AND QUESTIONNAIRE THAT EXCEEDS PAGE LIMITS SET FORTH UNDER LOCAL RULES, AND (2) EXTEND THE DEADLINE FOR FILING THE MOTION TO APPROVE THE PI CMO AND QUESTIONNAIRE**

Upon the motion (the "Motion")[1] of the Debtors seeking to (i) file a brief in support of the Debtors' PI Case Management Motion that exceeds the page limits set forth in the ECF Chambers Procedures and D. Del. LR 7.1.3, and (ii) extend by one day the May 9, 2005 deadline within which the Debtors' are required to file the Debtors' PI Case Management Motion; and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The Debtors are permitted to file a brief in support of the Debtors' PI Case Management Motion in excess of 40 pages.

---

[1] Any term not defined herein shall have the meaning ascribed thereto in the Motion.

8

3.     The time period set forth in the New Scheduling Order within which the Debtors are required to file the Debtors' PI Case Management Motion is hereby extended by one day, through and including May 10, 2005.

Dated: May ___, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge