# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., <u>et al.</u>,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: March 22, 2005 at 4:00 p.m.**
**Hearing Date:  TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE FORTY-THIRD MONTHLY INTERIM PERIOD
### <u>FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005</u>

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2005 through January 31, 2005 |
| Amount of fees sought as actual, reasonable and necessary: | $112,761.00 |
| Amount of expenses sought as actual, reasonable and necessary | $  3,520.69 |

This is an: <u>X</u> monthly     __ interim     __ final application.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | Objection Deadline has not passed | Objection Deadline has not passed |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

As indicated above, this is the forty-third application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 60.10 | $31,552.50 |
| Lawrence E. Flatley | Partner | 30 Years | Litigation | $495.00 | 45.90 | $22,720.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 89.30 | $43,757.00 |
| James W. Bentz | Partner | 16 Years | Litigation | $400.00 | 9.30 | $3,720.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 30.00 | $7,800.00 |
| Jayme L. Butcher | Associate | 4 Years | Litigation | $250.00 | .30 | $75.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 27 Years | Litigation | $165.00 | 15.40 | $2,541.00 |
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 3.40 | $595.00 |

Total Fees: $112,761.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 33.40 | $14,081.50 |
| ZAI Science Trial | 8.50 | $4,165.00 |
| Fee Applications | 14.20 | $4,524.00 |
| Hearings | 51.10 | $21,200.00 |
| Montana Grand Jury Investigation | 146.50 | $68,790.50 |
| **Total:** | **253.70** | **$112,761.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $3.40 | $0.15 |
| Duplicating/Printing/Scanning | $742.15 | $24.15 |
| Duplicating -- Outside | $1,595.95 | ---- |
| Postage Expense | $0.74 | ---- |
| Courier Service -- Outside | $66.16 | ---- |
| Meal and Refreshment Expense | $64.99 | ---- |
| Binding Charge | $3.00 | $9.00 |
| Westlaw | $543.22 | ---- |
| Secretarial Overtime | $307.50 | ---- |
| Lodging | $121.98 | ---- |
| Transportation | $14.00 | ---- |
| Mileage Expense | $24.30 | ---- |
| SUBTOTAL | $3,487.39 | $33.30 |
| TOTAL | | **$3,520.69** |

Dated:  March 1, 2005                    REED SMITH LLP
        Wilmington, Delaware

                                         By: /s/ Kurt F. Gwynne
                                             Kurt F. Gwynne (No. 3951)
                                             1201 Market Street, Suite 1500
                                             Wilmington, DE  19801
                                             Telephone:  (302) 778-7500
                                             Facsimile:  (302) 778-7575
                                             E-mail: kgwynne@reedsmith.com

                                                  and

                                             James J. Restivo, Jr., Esquire
                                             Lawrence E. Flatley, Esquire
                                             Douglas E. Cameron, Esquire
                                             435 Sixth Avenue
                                             Pittsburgh, PA  15219
                                             Telephone:  412.288.3131
                                             Facsimile:  412.288.3063

                                             Special Asbestos Products Liability Defense
                                             Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1244600
One Town Center Road                     Invoice Date      02/23/05
Boca Raton, FL   33486                   Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting


        Expenses                        3,487.39

                    TOTAL BALANCE DUE UPON RECEIPT       $3,487.39
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R Grace & Co.       |             |          |
|-----------------------|-------------|----------|
| One Town Center Road  | Invoice Number | 1244600 |
| Boca Raton, FL   33486 | Invoice Date   | 02/23/05 |
|                       | Client Number  | 172573   |
|                       | Matter Number  | 60026    |

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Binding Charge | 3.00 |
| Telephone Expense | 3.40 |
| Duplicating/Printing/Scanning | 742.15 |
| Westlaw | 543.22 |
| Postage Expense | 0.74 |
| Courier Service - Outside | 66.16 |
| Outside Duplicating | 1,595.95 |
| Secretarial Overtime | 307.50 |
| Lodging | 121.98 |
| Transportation | 14.00 |
| Mileage Expense | 24.30 |
| Meal and Refreshment Expense | 7.39 |

CURRENT EXPENSES                      3,487.39
                                   -------------

TOTAL BALANCE DUE UPON RECEIPT        $3,487.39
                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1244600
One Town Center Road                     Invoice Date    02/23/05
Boca Raton, FL    33486                  Client Number      172573
                                         Matter Number       60026


===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 12/17/04 | ATTY # 0396: 6 COPIES | .90 |
|---|---|---|
| 12/17/04 | ATTY # 0396: 7 COPIES | 1.05 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/20/04 | ATTY # 0396: 9 COPIES | 1.35 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 19.59 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 17.52 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 29.05 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | 17.52 |
| 12/27/04 | Courier Service - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to TYLER D. MACE, KIRKLAND & ELLIS (WASHINGTON DC 20005). | -17.52 |

```
172573 W. R. Grace & Co.                        Invoice Number  1244600
60026  Litigation and Litigation Consulting      Page   2
       February 23, 2005
```

| Date | Description | Amount |
|------|-------------|-------:|
| 01/03/05 | ATTY # 1911: 3 COPIES | .45 |
| 01/03/05 | ATTY # 1911: 3 COPIES | .45 |
| 01/03/05 | ATTY # 0396; 4 COPIES | .60 |
| 01/03/05 | ATTY # 0396; 58 COPIES | 8.70 |
| 01/03/05 | Secretarial overtime: revise presentation materials for meeting with government. | 105.00 |
| 01/04/05 | ATTY # 0559: 4 COPIES | .60 |
| 01/04/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/04/05 | ATTY # 0559: 4 COPIES | .60 |
| 01/04/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/04/05 | ATTY # 0559: 4 COPIES | .60 |
| 01/04/05 | ATTY # 0559: 5 COPIES | .75 |
| 01/04/05 | ATTY # 0710; 61 COPIES | 9.15 |
| 01/04/05 | ATTY # 0710; 61 COPIES | 9.15 |
| 01/04/05 | ATTY # 0856; 315 COPIES | 47.25 |
| 01/04/05 | ATTY # 0856; 718 COPIES | 107.70 |
| 01/04/05 | ATTY # 0856; 880 COPIES | 132.00 |
| 01/04/05 | Secretarial overtime: revise presentation materials for meeting with government. | 67.50 |
| 01/05/05 | ATTY # 0349: 122 COPIES | 18.30 |
| 01/05/05 | ATTY # 0349: 62 COPIES | 9.30 |
| 01/05/05 | ATTY # 0856; 50 COPIES | 7.50 |
| 01/05/05 | ATTY # 0710; 84 COPIES | 12.60 |
| 01/05/05 | Secretarial overtime: revise presentation materials for meeting with government. | 22.50 |
| 01/05/05 | 303-866-0487/DENVER, CO/5 | .25 |
| 01/05/05 | 561-362-1551/BOCA RATON, FL/11 | .55 |
| 01/05/05 | 202-879-5177/WASHINGTON, DC/6 | .30 |

172573 W. R. Grace & Co.                         Invoice Number  1244600
60026  Litigation and Litigation Consulting      Page   3
       February 23, 2005

01/05/05   561-362-1959/BOCA RATON, FL/2                          .10

01/06/05   ATTY # 0349: 45 COPIES                                6.75

01/06/05   ATTY # 0710: 7 COPIES                                 1.05

01/06/05   ATTY # 0559: 22 COPIES                                3.30

01/06/05   ATTY # 0559: 22 COPIES                                3.30

01/06/05   ATTY # 0559: 22 COPIES                                3.30

01/06/05   ATTY # 0559: 22 COPIES                                3.30

01/06/05   ATTY # 0559: 23 COPIES                                3.45

01/06/05   ATTY # 0559: 22 COPIES                                3.30

01/06/05   ATTY # 0396: 2 COPIES                                  .30

01/06/05   ATTY # 0710; 212 COPIES                              31.80

01/06/05   ATTY # 0710; 38 COPIES                                5.70

01/06/05   ATTY # 0856; 4 COPIES                                 4.00

01/07/05   ATTY # 0718; 172 COPIES                              25.80

01/10/05   ATTY # 0559: 1 COPIES                                  .15

01/10/05   ATTY # 0349; 2 COPIES                                  .30

01/10/05   ATTY # 0349: 5 COPIES                                  .75

01/10/05   ATTY # 0396: 1 COPIES                                  .15

01/10/05   ATTY # 0396: 1 COPIES                                  .15

01/11/05   Lodging - -LAWRENCE E. FLATLEY, MEETING IN          121.98
           MONTANA AT US ATTORNEY'S OFFICE 1/6-1/7/05.

01/11/05   Mileage Expense - - LAWRENCE E. FLATLEY MEETING      24.30
           IN MONTANA AT US ATTORNEY'S OFFICE, 1/6-1/7/05:
           TRAVEL TO/FROM FROM PITTSBURGH AIRPORT.

01/12/05   ATTY # 0710: 6 COPIES                                  .90

01/13/05   ATTY # 0559; 1 COPIES                                  .15

01/13/05   ATTY # 0710: 1 COPIES                                  .15

01/13/05   ATTY # 0710: 1 COPIES                                  .15

172573 W. R. Grace & Co.                          Invoice Number  1244600
60026  Litigation and Litigation Consulting       Page   4
       February 23, 2005

01/13/05   ATTY # 0710: 2 COPIES                                     .30

01/13/05   ATTY # 0710: 6 COPIES                                     .90

01/13/05   ATTY # 0710: 1 COPIES                                     .15

01/13/05   ATTY # 0710: 18 COPIES                                   2.70

01/13/05   ATTY # 0396: 5 COPIES                                     .75

01/14/05   ATTY # 0559; 163 COPIES                                 24.45

01/14/05   ATTY # 0559; 233 COPIES                                 34.95

01/14/05   ATTY # 0559; 5 COPIES                                     .75

01/14/05   Binding Charge                                          3.00

01/18/05   ATTY # 0349: 8 COPIES                                   1.20

01/19/05   954-252-8228/FTLAUDERDL, FL/3                            .15

01/20/05   Outside Duplicating - - IKON OFFICE SOLUTIONS,         64.90
           INC. - COPYING FOR SERVICE OF CNO.

01/20/05   Outside Duplicating - - IKON OFFICE SOLUTIONS,         80.90
           INC. - COPYING FOR SERVICE OF CNO.

01/20/05   Postage Expense: ATTY # 0849                            .74

01/20/05   ATTY # 0349: 8 COPIES                                   1.20

01/20/05   ATTY # 0856: 1 COPIES                                    .15

01/20/05   ATTY # 0856: 1 COPIES                                    .15

01/20/05   ATTY # 0856: 2 COPIES                                    .30

01/20/05   ATTY # 0856: 1 COPIES                                    .15

01/20/05   ATTY # 0856: 1 COPIES                                    .15

01/20/05   ATTY # 0856: 138 COPIES                                20.70

01/20/05   ATTY # 0856: 68 COPIES                                 10.20

01/20/05   ATTY # 0349; 1 COPIES                                    .15

01/20/05   ATTY # 0559; 71 COPIES                                 10.65

01/20/05   ATTY # 0559; 4 COPIES                                    .60

172573  W. R. Grace & Co.                        Invoice Number  1244600
60026   Litigation and Litigation Consulting     Page    5
        February 23, 2005

| | | |
|---|---|---:|
| 01/20/05 | ATTY # 0559; 40 COPIES | 6.00 |
| 01/20/05 | ATTY # 0559; 2 COPIES | .30 |
| 01/20/05 | ATTY # 0559; 138 COPIES | 20.70 |
| 01/20/05 | ATTY # 0559; 18 COPIES | 2.70 |
| 01/20/05 | ATTY # 0559; 10 COPIES | 1.50 |
| 01/20/05 | ATTY # 0559; 3 COPIES | .45 |
| 01/20/05 | Secretarial Overtime - duplicating, printing, and general secretarial support for hearing on asbestos claims issues. | 112.50 |
| 01/20/05 | Westlaw –Multiple searches and downloads of bankruptcy code provisions, at the direction of Kirkland & Ellis attorneys. | 543.22 |
| 01/21/05 | ATTY # 0559; 117 COPIES | 17.55 |
| 01/21/05 | ATTY # 0559; 118 COPIES | 17.70 |
| 01/21/05 | ATTY # 0559; 146 COPIES | 21.90 |
| 01/21/05 | ATTY # 0349; 64 COPIES | 9.60 |
| 01/21/05 | ATTY # 0559; 4 COPIES | .60 |
| 01/21/05 | ATTY # 0559; 16 COPIES | 2.40 |
| 01/21/05 | ATTY # 0559; 2 COPIES | .30 |
| 01/24/05 | Transportation - - PARKING M. ATKINSON 1/21/05. | 14.00 |
| 01/25/05 | ATTY # 0856; 376 COPIES | 56.40 |
| 01/25/05 | ATTY # 0856: 6 COPIES | .90 |
| 01/25/05 | 202-879-5177/WASHINGTON, DC/8 | .35 |
| 01/25/05 | 312-861-2162/CHICAGO, IL/2 | .10 |
| 01/25/05 | 410-531-4355/COLUMBIA, MD/17 | .85 |
| 01/25/05 | 410-531-4355/COLUMBIA, MD/15 | .75 |
| 01/26/05 | Meal Expense - - LUNCH FOR DAVID BERNICK FOR HEARING ON 1/21/05. | 7.39 |

172573 W. R. Grace & Co.                           Invoice Number   1244600
60026  Litigation and Litigation Consulting        Page    6
       February 23, 2005


01/27/05    REFRESHMENT EXPENSE --SNACKS AND REFRESHMENTS          57.60
            IN CONF. RM. 9C ON 01/20/05 (FOR HEARING
            PREPARATIONS)

01/27/05    Outside Duplicating -- COPYING OF BINDERS FOR        1450.15
            GRAND JURY INVESTIGATION PRESENTATION.

01/31/05    ATTY # 0710: 7 COPIES                                   1.05


                        CURRENT EXPENSES                      3,487.39
                                                            ------------
                        TOTAL BALANCE DUE UPON RECEIPT       $3,487.39
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                   Invoice Number      1244601
5400 Broken Sound Blvd., N.W.                 Invoice Date       02/23/05
Boca Raton, FL 33487                          Client Number       172573

========================================================================

Re: W. R. Grace & Co.

(60028)  ZAI Science Trial

         Fees                              0.00
         Expenses                         33.30

                    TOTAL BALANCE DUE UPON RECEIPT        $33.30
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number    1244601
5400 Broken Sound Blvd., N.W.         Invoice Date      02/23/05
Boca Raton, FL 33487                  Client Number      172573
                                      Matter Number       60028

=====================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Binding Charge                         9.00
    Telephone Expense                      0.15
    Duplicating/Printing/Scanning         24.15

                  CURRENT EXPENSES                    33.30
                                                -------------

            TOTAL BALANCE DUE UPON RECEIPT          $33.30
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1244601
5400 Broken Sound Blvd., N.W.        Invoice Date      02/23/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 12/17/04 | Binding Charge | 9.00 |
| 01/03/05 | ATTY # 0856: 58 COPIES | 8.70 |
| 01/10/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/11/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/12/05 | ATTY # 0349: 66 COPIES | 9.90 |
| 01/14/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/14/05 | ATTY # 0559: 1 COPIES | .15 |
| 01/18/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/18/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/18/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/18/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/18/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/20/05 | 813-393-2785/TAMPA, FL/3 | .15 |
| 01/20/05 | ATTY # 0349: 5 COPIES | .75 |
| 01/20/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/20/05 | ATTY # 0349: 1 COPIES | .15 |
| 01/21/05 | ATTY # 0559: 1 COPIES | .15 |

172573 W. R. Grace & Co.                    Invoice Number  1244601
60028  ZAI Science Trial                    Page    2
       February 23, 2005


  01/24/05    ATTY # 0559: 3 COPIES                          .45

  01/26/05    ATTY # 0559: 4 COPIES                          .60

  01/28/05    ATTY # 0559: 1 COPIES                          .15


                       CURRENT EXPENSES                    33.30
                                                    ------------
                       TOTAL BALANCE DUE UPON RECEIPT     $33.30
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number    1244605
One Town Center Road                         Invoice Date      02/23/05
Boca Raton, FL   33486                       Client Number     172573

==============================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

    Fees                              14,081.50
    Expenses                               0.00

                          TOTAL BALANCE DUE UPON RECEIPT       $14,081.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W.R Grace & Co. | | Invoice Number | 1244605 |
|---|---|---|---|
| One Town Center Road | | Invoice Date | 02/23/05 |
| Boca Raton, FL   33486 | | Client Number | 172573 |
| | | Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 01/04/05 | Cameron | Review draft reply in support of motion for order relating to claims liabilities. | .80 |
| 01/05/05 | Cameron | Continued review of draft reply in support of motion regarding estimation and e-mails regarding comments (0.8); review of materials relating to asbestos issues (0.7). | 1.50 |
| 01/05/05 | Lord | Update 2002 service list. | .20 |
| 01/06/05 | Cameron | Review and provide comments to reply in support of estimation motion and e-mails regarding same (1.2); review related documents (0.6). | 1.80 |
| 01/07/05 | Cameron | E-mails regarding reply. | .20 |
| 01/10/05 | Cameron | Review pleadings (.9) and meet with J. Restivo regarding status of asbestos estimation issues (.4). | 1.30 |
| 01/10/05 | Muha | Meet with D. Cameron re: issues for 1/21/05 hearing. | .20 |
| 01/11/05 | Cameron | Continued review of materials in disclosure statement relating to protocols for resolution of asbestos claims litigation. | 1.80 |

- 2 -

172573  W. R. Grace & Co.                          Invoice Number  1244605
60026   Litigation and Litigation Consulting       Page    2
        February 23, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 01/11/05 | Muha | Review briefs filed by debtor re: estimation and case management motions, to prepare summary memorandum re: same for D. Cameron and J. Restivo. | 4.50 |
| 01/12/05 | Cameron | Meet with J. Restivo regarding request from K&E relating to asbestos issues (0.3); review draft summary (0.9); e-mail exchanges with K&E regarding same (0.4); review record for citations (0.6). | 2.20 |
| 01/12/05 | Muha | Draft summary memorandum re: briefs of issues to be argued/considered at January 21 hearing. | 4.50 |
| 01/13/05 | Cameron | Prepare audit letter response. | .90 |
| 01/13/05 | Muha | Revise and circulate to D. Cameron and J. Restivo memorandum re: briefs of issues scheduled for January 21 hearing. | 1.10 |
| 01/17/05 | Restivo | Review of new pleadings, correspondence, etc. | 1.00 |
| 01/18/05 | Cameron | Review materials relating to asbestos issues in bankruptcy process. | .80 |
| 01/18/05 | Restivo | Audit letter response. | 1.00 |
| 01/20/05 | Bentz | Review of agenda for omnibus hearing. | .20 |
| 01/20/05 | Restivo | Continue work on audit letter. | .40 |
| 01/24/05 | Cameron | Review materials relating to property damage and bodily injury liabilities and treatment within Plan. | 1.30 |
| 01/24/05 | Restivo | Review new correspondence and recently-filed materials. | .50 |

```
172573  W. R. Grace & Co.                           Invoice Number  1244605
60026   Litigation and Litigation Consulting        Page    3
        February 23, 2005
```

| Date | Name | | Hours |
|------|------|-----|-------|
| 01/25/05 | Cameron | Telephone call with R. Finke (0.3); review file materials and pleadings relating to PD claims and e-mail to J. Restivo regarding same (1.4); review of materials and notes from post-hearing meeting (0.5). | 2.20 |
| 01/26/05 | Cameron | Meet with J. Restivo and e-mails relating to property damage strategy meeting (0.3); review materials relating to property damage claims (0.9). | 1.20 |
| 01/26/05 | Restivo | Emails and calls re: property damage claims. | .80 |
| 01/27/05 | Flatley | Review e-mails re: Canada and reply to D. Cameron re: same. | .20 |
| 01/28/05 | Cameron | Attention to materials provided by R. Finke and review of property damage materials. | 1.80 |
| 01/31/05 | Restivo | Receipt and review of new pleadings, articles, e-mails. | 1.00 |

```
                                                         ------
                                            TOTAL HOURS   33.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|-----|------|-----|-------|
| James J. Restivo Jr. | 4.70 | at $ | 525.00 | = | 2,467.50 |
| Lawrence E. Flatley | 0.20 | at $ | 495.00 | = | 99.00 |
| Douglas E. Cameron | 17.80 | at $ | 490.00 | = | 8,722.00 |
| James W Bentz | 0.20 | at $ | 400.00 | = | 80.00 |
| Andrew J. Muha | 10.30 | at $ | 260.00 | = | 2,678.00 |
| John B. Lord | 0.20 | at $ | 175.00 | = | 35.00 |

```
                       CURRENT FEES                        14,081.50


                                                         ------------
              TOTAL BALANCE DUE UPON RECEIPT               $14,081.50
                                                         ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1244606
5400 Broken Sound Blvd., N.W.        Invoice Date       02/23/05
Boca Raton, FL 33487                 Client Number        172573



===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                         4,165.00
        Expenses                         0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $4,165.00
                                                      =============

- 5 -

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1244606
5400 Broken Sound Blvd., N.W.        Invoice Date        02/23/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028


================================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

   Date   Name                                              Hours
 -------- -----------                                       -----

01/03/05 Cameron       Review Canadian ZAI claims             .70
                       materials.

01/06/05 Cameron       Review new materials from R. Finke    1.40
                       relating to Canadian ZAI claims.

01/21/05 Cameron       Review materials received from R.     1.30
                       Finke regarding Canadian claims.

01/22/05 Cameron       Continue review of Canadian claims    1.20
                       materials.

01/27/05 Cameron       Telephone call with R. Finke          1.80
                       regarding issues relating to
                       Canadian ZAI claims (0.5); review
                       additional materials from R. Finke
                       regarding same (1.3).

01/31/05 Cameron       Review additional materials from      2.10
                       R. Finke and prepare comments.

                                                            ------
                                        TOTAL HOURS           8.50

```
172573  W. R. Grace & Co.                    Invoice Number   1244606
60028   ZAI Science Trial                    Page    2
        February 23, 2005
```

```
TIME SUMMARY                 Hours        Rate           Value
-------------------------    ---------------------      -------
Douglas E. Cameron           8.50  at  $  490.00  =     4,165.00

                             CURRENT FEES                            4,165.00


                                                        ------------
                             TOTAL BALANCE DUE UPON RECEIPT          $4,165.00
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                        Invoice Number     1244607
5400 Broken Sound Blvd., N.W.      Invoice Date       02/23/05
Boca Raton, FL 33487               Client Number       172573



===========================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                          4,524.00
    Expenses                          0.00

              TOTAL BALANCE DUE UPON RECEIPT        $4,524.00
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number    1244607
5400 Broken Sound Blvd., N.W.         Invoice Date      02/23/05
Boca Raton, FL 33487                  Client Number      172573
                                      Matter Number       60029


===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

   Date   Name                                           Hours
   ------ -----------                                    -----

01/04/05 Cameron        Review and revise draft fee         .80
                        applications.

01/05/05 Lord           Various e-mails to/from A. Muha     .20
                        re: monthly fee applications.

01/05/05 Muha           Draft summary of verified          1.10
                        application for November 2004 fee
                        application and e-mails to J. Lord
                        re: same.

01/06/05 Cameron        Review and provide revisions to    1.10
                        fee application materials.

01/06/05 Lord           Review and revise Reed Smith 41st  1.30
                        monthly fee application (.9);
                        prepare service for same (.4)

01/06/05 Muha           Prepare November 2004 monthly fee   .70
                        application for filing.

01/07/05 Lord           Revise, e-file and perfect          .80
                        hard/electronic service for Reed
                        Smith 41st monthly fee application.

01/10/05 Muha           Revisions to December 2004         1.10
                        invoices for monthly fee
                        application.

01/13/05 Muha           Attend to issues re: recently       .90
                        filed fee applications (.5);
                        review rate information to prepare
                        fee applications in 2005 (.4).

172573 W. R. Grace & Co.                              Invoice Number  1244607
60029  Fee Applications-Applicant                     Page   2
       February 23, 2005

| Date | Name | | Hours |
|------|------|--|-------|

| 01/18/05 | Cameron | Memo regarding fee applications (0.4); review and revise fee applications (0.5); meet with A. Muha (0.1). | 1.00 |
| 01/18/05 | Muha | Work on parts of December 2004 monthly fee application. | 1.00 |
| 01/23/05 | Cameron | Review and revise fee application materials. | 1.10 |
| 01/25/05 | Muha | Calls with T. Mace, J. Baer and D. Cameron re: issues for fee applications. | .50 |
| 01/26/05 | Cameron | Review and revise fee application materials. | .80 |
| 01/31/05 | Lord | Draft and e-file CNO for RS 41st monthly fee application (.7); perfect service for same (.1); correspondence to R.Finke re: same (.1). | .90 |
| 01/31/05 | Muha | Prepare summary form for December 2004 monthly application. | .90 |

                                                      ------
                                         TOTAL HOURS   14.20


| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|--|-------|
| Douglas E. Cameron | 4.80 | at $ 490.00 | = | 2,352.00 |
| Andrew J. Muha | 6.20 | at $ 260.00 | = | 1,612.00 |
| John B. Lord | 3.20 | at $ 175.00 | = | 560.00 |

                       CURRENT FEES                          4,524.00


                                                        ------------
             TOTAL BALANCE DUE UPON RECEIPT              $4,524.00
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                              Invoice Number      1244608
One Town Center Road                         Invoice Date        02/23/05
Boca Raton, FL    33486                      Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60030)   Hearings

   Fees                                21,200.00
   Expenses                                 0.00

              TOTAL BALANCE DUE UPON RECEIPT      $21,200.00
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number    1244608
One Town Center Road                     Invoice Date     02/23/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60030


=========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| 01/10/05 | Cameron | Multiple e-mails regarding arrangements for January 21 hearing. | .80 |
| 01/12/05 | Restivo | Prepare materials for 1/21 argument (2.0); telephone calls with J. Baer et al. (.5). | 2.50 |
| 01/13/05 | Cameron | Attend to issues for 1/21/05 hearing. | .60 |
| 01/13/05 | Restivo | Preparation of material for 1/21 argument. | 1.00 |
| 01/14/05 | Cameron | Multiple e-mails and review of materials relating to preparation for January 21 hearing. | 2.60 |
| 01/15/05 | Cameron | Continued review of materials relating to hearing. | .90 |
| 01/17/05 | Cameron | Multiple e-mails and arrangements for 1/21/05 hearing (0.9); review agenda items regarding same (0.4). | 1.30 |
| 01/18/05 | Atkinson | Assist with January 21 hearing technical support. | .50 |
| 01/18/05 | Cameron | E-mails and telephone calls regarding 1/21/05 hearing and preparation for same (0.9); review materials for hearing (1.8). | 2.70 |

172573  W. R. Grace & Co.                          Invoice Number  1244608
60030   Hearings                                   Page   2
        February 23, 2005


| Date | Name | | Hours |
|------|------|---|-------|

01/18/05 Flatley      Call with D. Cameron regarding        .20
                      hearing plans and status.

01/18/05 Restivo      Calls, emails to Kirkland & Ellis    1.00
                      re:  1/21/ hearing.

01/19/05 Atkinson     Assist with January 21 hearing       2.40
                      technical support issues,
                      including telephone calls to S.
                      Mitchell (Visual Strategy) and to
                      Kirkland & Ellis.

01/19/05 Cameron      Multiple e-mails regarding hearing   3.60
                      preparation (1.4); continued
                      review of materials for hearing
                      (1.8); meet with J. Restivo
                      regarding same (0.4).

01/19/05 Restivo      Preparation for 1/21 hearing,        2.00
                      including calls with J. Baer, W.
                      Sparks, etc.

01/20/05 Atkinson     Assist with responsibilities for     5.60
                      January 21 bankruptcy court
                      hearing, including Westlaw
                      searches and printouts of
                      bankruptcy code sections requested
                      by Kirkland & Ellis associates.

01/20/05 Cameron      Assist with hearing preparation      5.50
                      (3.8); multiple meetings and
                      telephone calls regarding same
                      (0.8); meet with K&E and Grace
                      lawyers re: hearing issues (0.9).

01/20/05 Restivo      Assist in preparation for oral       2.50
                      argument.

01/21/05 Atkinson     Assist with January 21 Bankruptcy    4.10
                      Court hearing.

01/21/05 Cameron      Prepare for and attend portions of   7.60
                      hearing with Grace counsel (4.9);
                      meet with Grace in-house counsel
                      and representatives regarding same
                      (0.9); hearing follow-up meetings
                      (0.9); meet with K&E attorneys
                      (0.5); meet with R. Finke (0.4).

```
172573 W. R. Grace & Co.                         Invoice Number  1244608
60030  Hearings                                  Page   3
       February 23, 2005
```

```
   Date   Name                                              Hours
 --------  -----------                                       -----

01/21/05 Restivo        Assist in preparation for oral       2.00
                        argument (.7) and attend portion
                        of same (1.3).

01/24/05 Cameron        Review materials from 1/21 hearing.   .70

01/31/05 Atkinson       Telephone calls and e-mails to        .40
                        Kirkland & Ellis, J. Fitzgerald's
                        assistant, D. Cameron re:
                        demonstrative drawings used on
                        January 21.

01/31/05 Cameron        Follow up with K&E regarding          .60
                        hearing issues.

                                                            ------
                                          TOTAL HOURS        51.10
```

```
TIME SUMMARY                 Hours        Rate          Value
-------------------------    ---------------------     -------
James J. Restivo Jr.         11.00  at  $  525.00  =   5,775.00
Lawrence E. Flatley           0.20  at  $  495.00  =      99.00
Douglas E. Cameron           26.90  at  $  490.00  =  13,181.00
Maureen L. Atkinson          13.00  at  $  165.00  =   2,145.00

                             CURRENT FEES                        21,200.00

                                                              ------------
                   TOTAL BALANCE DUE UPON RECEIPT               $21,200.00
                                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1244609
One Town Center Road                     Invoice Date        02/23/05
Boca Raton, FL    33486                  Client Number        172573



==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            68,790.50
        Expenses                             0.00

              TOTAL BALANCE DUE UPON RECEIPT      $68,790.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number     1244609
One Town Center Road                     Invoice Date      02/23/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60035


===============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JANUARY 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 01/02/05 | Cameron | Review outline relating to draft presentation and selected documents. | 1.90 |
| 01/03/05 | Cameron | Multiple e-mails and telephone calls relating to conference call and presentation to government (0.7); review outline relating to same (0.8); review government letter regarding investigation (0.8). | 2.30 |
| 01/03/05 | Flatley | Review correspondence and memoranda (0.4); preparation for conference call (1.3); conference call with Grace in-house counsel and outside counsel (0.8); follow-up on call with J. Restivo (0.5); drafting presentation materials (3.5); discussions with A. Muha and J. Restivo about presentation (0.5). | 7.00 |
| 01/03/05 | Muha | Review affidavit and e-mail to J. Restivo re: government reports (0.8); meet with J. Restivo and L. Flatley re: work on presentation to government (1.1); review L. Flatley's file for material to incorporate into presentation (0.8). | 2.70 |

172573 W. R. Grace & Co.                          Invoice Number  1244609
60035  Grand Jury Investigation                   Page    2
       February 23, 2005


       Date    Name                                            Hours
       ------- -----------                                      -----


01/03/05 Restivo          Conference call (1.4) and              6.80
                          preparation of presentation re:
                          grand jury investigation (5.4).


01/04/05 Atkinson         Assemble materials to provide to        .40
                          Grace in-house counsel.


01/04/05 Bentz            Preparation for meeting regarding      1.60
                          government investigation.


01/04/05 Cameron          Continued review of government         6.70
                          letter (0.6); prepare draft memo
                          and rebuttal points (2.1); review
                          of drafts of presentation and
                          supporting documents (2.7); meet
                          with J. Restivo and J. Bentz
                          regarding same (0.4); review
                          documents for outline to provide
                          to Grace counsel (0.4); meet with
                          J. Restivo regarding additional
                          revisions to draft outline (0.5).


01/04/05 Flatley          Review revised draft of               4.10
                          presentation (0.8); meet with A.
                          Muha regarding revisions (0.3);
                          calls with J. Restivo and A. Muha
                          regarding presentation (0.2);
                          review documents and revise
                          sections of presentation (2.8).


01/04/05 Muha             Revisions to draft presentation,      5.30
                          including meetings with L. Flatley
                          and J. Bentz re: same (3.4); meet
                          with J. Restivo to make additional
                          round of revisions (1.9).


01/04/05 Restivo          Preparation of presentation           8.50
                          relating to grand jury
                          investigation.


01/05/05 Atkinson         Review files for copy of materials     .60
                          for presentation.


01/05/05 Bentz            Conferences with Grace counsel and    5.70
                          L. Flatley regarding various Libby
                          issues (2.1); review of medical
                          studies and information regarding
                          same (3.6).

```
172573 W. R. Grace & Co.                    Invoice Number  1244609
60035  Grand Jury Investigation             Page   3
       February 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 01/05/05 | Butcher | Review records to locate support documents. | .30 |
| 01/05/05 | Cameron | Meet with L. Flatley regarding presentation draft (0.3); continued review of draft presentation and additional comments/revisions (2.7); meet with J. Restivo regarding same (0.7); e-mails regarding same (0.9); review of documents relating to presentation issues (2.3). | 6.90 |
| 01/05/05 | Flatley | Review and revise presentation (1.9); meet with A. Muha (0.2); meet with D. Cameron (0.2); further revisions to presentation (3.6); meet with J. Restivo and D. Cameron regarding status (0.2); prepare for oral presentation (2.4). | 8.50 |
| 01/05/05 | Muha | Review and revise draft presentation (0.8); meet with L. Flatley, J. Restivo and D. Cameron re: same (0.4); calls and e-mails to T. Mace re: presentation logistics and technical issues (0.5); finalize issues relating to presentation (1.2). | 2.90 |
| 01/05/05 | Restivo | Preparation for meeting with government. | 8.40 |
| 01/06/05 | Bentz | Work regarding government investigation materials. | .80 |
| 01/06/05 | Cameron | Multiple telephone calls with J. Restivo and L. Flatley regarding presentation materials (0.6); review  additional materials for presentation (1.9). | 2.50 |
| 01/06/05 | Flatley | Review/revise oral presentation outline (3.7); preparation and meet with J. Restivo (1.5); meeting with Grace in-house counsel and J. Restivo on flight | 11.70 |

```
172573  W. R. Grace & Co.                    Invoice Number  1244609
60035   Grand Jury Investigation            Page    4
        February 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | to Montana (4.5); dinner meeting with same in Montana (2.0). | |
| 01/06/05 | Muha | Calls from J. Restivo re: presentation materials (0.3); assist J. Restivo and L. Flatley in final preparation for presentation to government (2.3). | 2.60 |
| 01/06/05 | Restivo | Preparation for Missoula meeting with government, including meetings with team members (9.0); dinner meeeting with attorneys and client (2.0). | 11.00 |
| 01/07/05 | Flatley | Preparation for presentation to government (2.5); meeting with J. Restivo and Grace counsel (1.5); meeting at U.S. Attorney's office and follow-up (2.0); meeting during return flight from Montana (2.5). | 10.00 |
| 01/07/05 | Restivo | Preparation for (4.5) and presentation at meeting with U.S. Attorney in Missoula (2.0). | 6.50 |
| 01/10/05 | Bentz | Review of materials for opposition to indictment. | .50 |
| 01/10/05 | Cameron | Meet with J. Restivo regarding work on grand jury investigation and report of meetings (0.5); meet with L. Flatley regarding same (0.3); various e-mails regarding same (0.6); review of presentation materials (0.9). | 2.30 |
| 01/10/05 | Flatley | Reorganizing after Montana trip (0.5); review and revise presentation draft (1.1); meet with J. Bentz (0.1); meet with J. Butcher (0.2); e-mails and replies (0.1). | 2.00 |
| 01/10/05 | Restivo | Professional services rendered re: grand jury investigation. | 2.00 |
| 01/11/05 | Bentz | Review of correspondence regarding | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1244609
60035  Grand Jury Investigation                   Page    5
       February 23, 2005


  Date   Name                                                     Hours
-------- -----------                                              -----

                         government investigation.

01/11/05 Cameron         E-mails relating to grand jury            1.10
                         investigation (0.3); review
                         presentation materials regarding
                         same (0.8).

01/11/05 Flatley         E-mails regarding response from           1.00
                         the government (0.1); review of
                         materials used for Montana trip
                         (0.9).

01/11/05 Restivo         Professional services rendered re:        1.20
                          grand jury investigation.

01/13/05 Atkinson        Review hearing binders for                 .30
                         deposition transcripts.

01/14/05 Cameron         Review materials relating to grand        1.60
                         jury investigation.

01/17/05 Cameron         Review draft presentation                 1.40
                         materials and research record
                         citations.

01/21/05 Flatley         E-mails (0.1) and meet with J.             .30
                         Restivo (0.2) re: grand jury
                         investigation.

01/24/05 Cameron         Continue review of materials              .80
                         relating to grand jury
                         investigation.

01/25/05 Atkinson        Review files for briefs.                  1.10

01/25/05 Cameron         Multiple telephone calls with L.          1.70
                         Flatley regarding grand jury
                         investigation and e-mails
                         regarding same (0.8); review
                         working materials (0.9).

01/25/05 Flatley         Call with R. Senftleben and                .90
                         follow-up e-mails and calls re:
                         grand jury issues.

01/26/05 Cameron         Review e-mails relating to grand          .70
                         jury investigation issues and
                         planning.

172573  W. R. Grace & Co.                          Invoice Number   1244609
60035   Grand Jury Investigation                   Page   6
        February 23, 2005


| Date | Name | | Hours |
| --- | --- | --- | --- |
| 01/27/05 | Cameron | Follow-up with respect to e-mails on grand jury investigation. | .80 |
| 01/29/05 | Cameron | Review issues relating to grand jury investigation. | .60 |

```
                                                            ------
                                    TOTAL HOURS     146.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
| --- | --- | --- | --- | --- | --- |
| James J. Restivo Jr. | 44.40 | at $ | 525.00 | = | 23,310.00 |
| Lawrence E. Flatley | 45.50 | at $ | 495.00 | = | 22,522.50 |
| Douglas E. Cameron | 31.30 | at $ | 490.00 | = | 15,337.00 |
| James W Bentz | 9.10 | at $ | 400.00 | = | 3,640.00 |
| Jayme L. Butcher | 0.30 | at $ | 250.00 | = | 75.00 |
| Andrew J. Muha | 13.50 | at $ | 260.00 | = | 3,510.00 |
| Maureen L. Atkinson | 2.40 | at $ | 165.00 | = | 396.00 |

```
                CURRENT FEES                             68,790.50


                                                      ------------
                TOTAL BALANCE DUE UPON RECEIPT          $68,790.50
                                                      ============
```

- 21 -