# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                        )    Chapter 11
                                              )
W. R. GRACE & CO., et al.,[1]                 )    Case No. 01-01139 (JKF)
                                              )    (Jointly Administered)
                  Debtors.                    )
                                              )    **Objection Deadline:  April 21, 2005 at 4:00 p.m.**
                                                   **Hearing Date:  TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE FORTY-FOURTH MONTHLY INTERIM
## PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

Name of Applicant:                            Reed Smith LLP

Authorized to Provide Professional Services to:  W. R. Grace & Co., et al., Debtors and
                                                 Debtors-in-Possession

Date of Retention:                            July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                      February 1, 2005 through February 28, 2005

Amount of fees sought as actual,
reasonable and necessary:                     $40,738.00

Amount of expenses sought as actual,
reasonable and necessary                      $2,719.01

This is an:  X  monthly    __ interim    __ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

As indicated above, this is the forty-forth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 8 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $4,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 5.40 | $2,835.00 |
| Lawrence E. Flatley | Partner | 30 Years | Litigation | $495.00 | 6.70 | $3,316.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 60.40 | $29,596.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 13.60 | $3,536.00 |
| Jayme L. Butcher | Associate | 4 Years | Litigation | $250.00 | .30 | $75.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Maureen L. Atkinson | Paralegal | 27 Years | Litigation | $165.00 | .30 | $49.50 |
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 7.60 | $1,330.00 |

Total Fees:  $40,738.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 37.80 | $18,270.00 |
| ZAI Science Trial | 13.00 | $6,469.50 |
| Fee Applications | 21.10 | $5,207.00 |
| Hearings | 1.70 | $833.00 |
| Montana Grand Jury Investigation | 20.70 | $9,958.50 |
| **Total:** | **94.30** | **$40,738.00** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $4.75 | $1.30 |
| Duplicating/Printing/Scanning | $312.75 | $15.00 |
| Duplicating -- Outside | $942.68 | ---- |
| Postage Expense | ---- | $2.22 |
| Courier Service -- Outside | $10.77 | ---- |
| Meal and Refreshment Expense | $1,066.37 | ---- |
| Pacer | $61.04 | ---- |
| Transportation (Taxi Expense) | $25.00 | ---- |
| General Expense (Software Licensing Fee) | $277.13 | ---- |
| SUBTOTAL | $2,700.49 | $18.52 |
| TOTAL | | **$2719.01** |

Dated:  March 29, 2005               REED SMITH LLP
        Wilmington, Delaware

                                     By: /s/ Kurt F. Gwynne
                                         Kurt F. Gwynne (No. 3951)
                                         1201 Market Street, Suite 1500
                                         Wilmington, DE  19801
                                         Telephone:  (302) 778-7500
                                         Facsimile:  (302) 778-7575
                                         E-mail: kgwynne@reedsmith.com

                                             and

                                         James J. Restivo, Jr., Esquire
                                         Lawrence E. Flatley, Esquire
                                         Douglas E. Cameron, Esquire
                                         435 Sixth Avenue
                                         Pittsburgh, PA  15219
                                         Telephone:  412.288.3131
                                         Facsimile:  412.288.3063

                                         Special Asbestos Products Liability Defense
                                         Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      ******
One Town Center Road                     Invoice Date      03/23/05
Boca Raton, FL   33486                   Client Number       172573


========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          18,270.00


              TOTAL BALANCE DUE UPON RECEIPT     $18,270.00
                                                =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      ******
One Town Center Road                     Invoice Date     03/23/05
Boca Raton, FL   33486                   Client Number      172573
                                         Matter Number       60026

=========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 02/01/05 | Cameron | Review materials relating to treatment of potential asbestos-related liability items within plan of reorganization. | 1.80 |
| 02/02/05 | Cameron | Telephone call with R. Finke regarding asbestos property damage issues (0.4); telephone call with consultant regarding same (0.4); multiple e-mails with K&E regarding asbestos property damage issues  (0.5). | 1.30 |
| 02/03/05 | Cameron | Continued review of materials relating to asbestos property damage issues. | 1.10 |
| 02/05/05 | Cameron | Revisions to draft summaries per R. Finke's request. | 1.10 |
| 02/06/05 | Cameron | Additional revisions to draft summaries in preparation for meeting with Grace in-house counsel. | .80 |
| 02/07/05 | Cameron | Multiple e-mails with R. Finke regarding asbestos-related issues (0.9); continued review of file materials and preparation of detailed historical legal and factual summaries relating to asbestos issues per request of R. Finke (2.8). | 3.70 |

172573  W. R. Grace & Co.                        Invoice Number  ******
60026  Litigation and Litigation Consulting      Page    2
       March 23, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 02/08/05 | Cameron | E-mails regarding status of meetings (0.2); review and revise summaries for meeting with R. Finke (0.6). | .80 |
| 02/09/05 | Cameron | Review summary prepared by R. Finke. | .70 |
| 02/10/05 | Cameron | Review of materials from R. Finke regarding NIOSH and EPA analysis of asbestos issues (1.7); e-mail regarding same (0.5); additional work on asbestos issue summaries for R. Finke and outside counsel (0.9). | 3.10 |
| 02/11/05 | Cameron | Telephone call with R. Finke and review of e-mails and materials regarding asbestos testing issues. | 1.10 |
| 02/11/05 | Lord | Update 2002 service list. | .80 |
| 02/13/05 | Cameron | Review and revise summaries for R. Finke. | .90 |
| 02/14/05 | Cameron | Research additional files and briefs to update summaries (1.9); review materials from J. Baer regarding asbestos claims in Canada (0.4); review historical data and summary materials from R. Finke (0.9). | 3.20 |
| 02/15/05 | Cameron | Review, revise and finalize initial draft summaries for R. Finke regarding asbestos liability issues (1.9); e-mails regarding same (0.4). | 2.30 |
| 02/16/05 | Cameron | E-mails with R. Finke regarding Canadian asbestos issues (0.3); review summaries related to same (0.9). | 1.20 |
| 02/17/05 | Cameron | Additional research and work on summaries for R. Finke (1.3); review materials from R. Finke (.6). | 1.90 |

```
172573 W. R. Grace & Co.                          Invoice Number  ******
60026  Litigation and Litigation Consulting       Page   3
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 02/18/05 | Cameron | Multiple e-mails with R. Finke regarding issues relating to draft summaries (.7); prepare and make further revisions to  summaries for R. Finke (1.2); review website information for summaries (.8); review historical government documents for summaries (1.2). | 3.90 |
| 02/19/05 | Cameron | Additional review of summaries. | .90 |
| 02/20/05 | Cameron | Continued review of file documents and pleadings for summaries (.9); review and revise memo (.8). | 1.70 |
| 02/21/05 | Cameron | Finalize draft of memo and e-mail regarding same (.8); review material from R. Finke (.5). | 1.30 |
| 02/22/05 | Cameron | Multiple e-mails to/from R. Finke regarding Canadian asbestos claims (.6);  review of materials re: same (.9). | 1.50 |
| 02/23/05 | Cameron | Review multiple e-mails and materials received from R. Finke in response to request concerning Canadian asbestos claims. | .90 |
| 02/24/05 | Cameron | Review various materials received from R. Finke relating to Canadian asbestos issues. | 1.20 |
| 02/28/05 | Cameron | Review materials from R. Finke relating to asbestos issues in Canada. | .60 |

```
                                               ------
                               TOTAL HOURS     37.80


                                          ------------
```

```
172573 W. R. Grace & Co.                     Invoice Number  ******
60026  Litigation and Litigation Consulting  Page   4
       March 23, 2005
```

```
TIME SUMMARY                 Hours        Rate           Value
------------------------     ---------------------      -------
Douglas E. Cameron           37.00  at  $  490.00  =   18,130.00
John B. Lord                  0.80  at  $  175.00  =      140.00

                             CURRENT FEES                   18,270.00


                             TOTAL BALANCE DUE UPON RECEIPT   $18,270.00
                                                           =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1255879
5400 Broken Sound Blvd., N.W.        Invoice Date        03/23/05
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

    Fees                                   6,469.50

                TOTAL BALANCE DUE UPON RECEIPT      $6,469.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1255879 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 03/23/05 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60028 |


==========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 02/01/05 | Cameron | Review materials relating to Canadian ZAI claims and respond to R. Finke regarding same. | .90 |
| 02/01/05 | Restivo | Telephone calls with Westbrook, Finke, Ziegler, Cameron re: ZAI issues. | 1.50 |
| 02/02/05 | Cameron | Telephone call with R. Finke regarding Canadian ZAI claim issues (0.5); review presentation materials and begin preparation of memo per R. Finke request (1.8). | 2.30 |
| 02/02/05 | Restivo | Draft and revise letter to court re: ZAI issues. | 1.00 |
| 02/03/05 | Cameron | Continued review of presentation materials and preparation of summaries per R. Finke request. | 1.60 |
| 02/04/05 | Cameron | Continued reviews and revisions to memos per R. Finke request. | 1.30 |
| 02/07/05 | Restivo | Receipt and review of new material re: ZAI issues. | .70 |
| 02/08/05 | Restivo | Telephone calls with E. Westbrook (.3), R. Beber (.4) re: ZAI issues. | .70 |
| 02/15/05 | Restivo | Review of newly received material re: ZAI issues. | 1.00 |

```
172573 W. R. Grace & Co.                     Invoice Number  1255879
60028  ZAI Science Trial                     Page    2
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|--|-------|
| 02/20/05 | Butcher | Research EPA and NIOSH pronouncements regarding attic insulation. | .30 |
| 02/21/05 | Cameron | Review fee application materials regarding Science Trial issues. | .60 |
| 02/25/05 | Cameron | E-mails from R. Finke and telephone conference regarding issue relating to ZAI claims. | .80 |
| 02/26/05 | Cameron | Review materials from R. Finke re: ZAI claims. | .30 |

```
                                                    ------
                                       TOTAL HOURS   13.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| James J. Restivo Jr. | 4.90 | at $ | 525.00 | = | 2,572.50 |
| Douglas E. Cameron | 7.80 | at $ | 490.00 | = | 3,822.00 |
| Jayme L. Butcher | 0.30 | at $ | 250.00 | = | 75.00 |

```
                       CURRENT FEES                          6,469.50

                                                          ------------
             TOTAL BALANCE DUE UPON RECEIPT                 $6,469.50
                                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1255880
5400 Broken Sound Blvd., N.W.        Invoice Date       03/23/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 02/02/05 | Lord | E-mail to A. Muha re: December monthly fee application. | .10 |
| 02/03/05 | Cameron | Review January 2005 monthly fee application materials. | .50 |
| 02/03/05 | Muha | Work on summary form for December 2004 monthly fee application. | 1.10 |
| 02/04/05 | Lord | E-mail to A. Muha re: December monthly fee application (.1); review and revise same (.2). | .30 |
| 02/04/05 | Muha | Finalize December 2004 fee application for filing (1.0); work on preparing quarterly application for October-December 2004 (3.4). | 4.40 |
| 02/06/05 | Muha | Review and detailed revisions to DBR for January 2005 monthly application. | 1.70 |
| 02/07/05 | Lord | Review and prepare Reed Smith 42nd monthly fee application for e-filing and service. | 1.50 |
| 02/08/05 | Lord | Respond to e-mail from A. Muha re: quarterly fee application. | .10 |
| 02/08/05 | Muha | Work on quarterly fee application summary materials (.6); correspondence with J. Lord and S. Greives re: finalizing and filing quarterly fee application | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1255880
60029  Fee Applications-Applicant                 Page   2
       March 23, 2005

| Date | Name | | Hours |
|------|------|------|-------|
| | | materials (.3). | |
| 02/09/05 | Lord | E-file and perfect service of Reed Smith 42nd monthly fee application. | 1.20 |
| 02/10/05 | Muha | Revisions to January monthly fee application. | 1.90 |
| 02/11/05 | Lord | Review, revise and prepare Reed Smith 15th quarterly fee application for e-filing and service. | 1.80 |
| 02/14/05 | Lord | E-file and perfect service for Reed Smith 15th quarterly fee application. | 1.50 |
| 02/19/05 | Cameron | Review and revise January 2005 monthly fee application materials. | .80 |
| 02/21/05 | Muha | Additional revisions to January 2005 fee and expense invoices for monthly fee application (.8); briefly meet with D. Cameron re: same (.1). | .90 |
| 02/23/05 | Muha | Draft and revise summary form for January 2005 monthly fee application. | 1.30 |
| 02/25/05 | Muha | Finalize January 2005 fee application materials and forward to J. Lord with instructions on filing. | .80 |
| 02/28/05 | Lord | Continue to review and revise monthly fee application. | .30 |

                                                  ------
                              TOTAL HOURS         21.10

172573 W. R. Grace & Co.                    Invoice Number   1255880
60029  Fee Applications-Applicant           Page    3
       March 23, 2005


| TIME SUMMARY | Hours | Rate | | Value |
|---|---|---|---|---|
| Douglas E. Cameron | 1.30 at | $ 490.00 | = | 637.00 |
| Andrew J. Muha | 13.00 at | $ 260.00 | = | 3,380.00 |
| John B. Lord | 6.80 at | $ 175.00 | = | 1,190.00 |

                          CURRENT FEES                        5,207.00

                                                          ------------
              TOTAL BALANCE DUE UPON RECEIPT                 $5,207.00
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1255881 |
| Invoice Date | 03/23/05 |
| Client Number | 172573 |
| Matter Number | 60030 |

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 02/07/05 | Cameron | Attend to issues relating to 1/21 hearing (0.2); review transcript from same (0.9). | 1.10 |
| 02/09/05 | Cameron | Attend to hearing issues. | .60 |
| | | TOTAL HOURS | 1.70 |

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 1.70 at $ 490.00 = | | 833.00 |
| | CURRENT FEES | | 833.00 |

TOTAL BALANCE DUE UPON RECEIPT                    $833.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1255882
One Town Center Road                     Invoice Date        03/23/05
Boca Raton, FL    33486                  Client Number         172573

================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                          9,958.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $9,958.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| | |
|---|---|
| W.R Grace & Co. | Invoice Number    1255882 |
| One Town Center Road | Invoice Date     03/23/05 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60035 |


===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH FEBRUARY 28, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 02/01/05 | Flatley | E-mails and responses about status of investigation. | .30 |
| 02/03/05 | Flatley | Review various D. Cameron e-mails and reply thereto. | .30 |
| 02/07/05 | Cameron | Multiple e-mails regarding government indictment. | .80 |
| 02/07/05 | Flatley | E-mails to team regarding indictment and news stories. | .40 |
| 02/08/05 | Cameron | Review of indictment and press reports regarding same (1.9); multiple e-mails regarding same (0.5). | 2.40 |
| 02/08/05 | Flatley | Preliminary review of indictment. | .70 |
| 02/09/05 | Cameron | Continue review of indictment and additional press reports regarding same (0.9); preparation of outline of issues (0.8); multiple e-mails regarding same (0.4). | 2.10 |
| 02/09/05 | Flatley | Review e-mails regarding U.S. Attorney press conference. | .20 |
| 02/10/05 | Cameron | Additional review of indictment and continued work on outline of issues (1.1); meet with L. Flatley re: same (0.2). | 1.30 |

```
172573 W. R. Grace & Co.                      Invoice Number  1255882
60035  Grand Jury Investigation               Page    2
       March 23, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 02/10/05 | Flatley | Listen to NPR segment re: indictment and e-mails re: same (0.2); detailed review of indictment and outline of review (3.3). | 3.50 |
| 02/11/05 | Cameron | Review outline from L. Flatley regarding indictment (0.7); multiple telephone calls and e-mails regarding same (0.4). | 1.10 |
| 02/11/05 | Flatley | Revisions to memo on indictment and e-mail to Reed Smith team. | .60 |
| 02/11/05 | Muha | Review memorandum from L. Flatley re: indictment against W.R. Grace and e-mail to D. Cameron re: same. | .60 |
| 02/12/05 | Cameron | Detailed review of indictment and summary notes regarding same. | 1.20 |
| 02/14/05 | Atkinson | Obtain copies of draft indictment and indictment to conduct red-line comparison. | .30 |
| 02/14/05 | Flatley | Review additional news articles re: indictment. | .30 |
| 02/14/05 | Restivo | Review new materials re: indictment. | .50 |
| 02/15/05 | Cameron | Review press reports (0.4) and outline of issues relating to indictment (0.5). | .90 |
| 02/17/05 | Cameron | Review new press reports and materials relating to indictment. | .70 |
| 02/22/05 | Cameron | Review of extensive summary materials provided by R. Finke regarding grand jury investigation. | 2.10 |
| 02/23/05 | Flatley | Call with W. Sparks and quick follow-up with D. Cameron re: indictment issues. | .40 |

```
                                              ------
                              TOTAL HOURS     20.70
```

```
172573 W. R. Grace & Co.                    Invoice Number  1255882
60035  Grand Jury Investigation             Page   3
       March 23, 2005
```

| TIME SUMMARY | Hours | | | Rate | | Value |
|---|---|---|---|---|---|---|
| James J. Restivo Jr. | 0.50 | at | $ | 525.00 | = | 262.50 |
| Lawrence E. Flatley | 6.70 | at | $ | 495.00 | = | 3,316.50 |
| Douglas E. Cameron | 12.60 | at | $ | 490.00 | = | 6,174.00 |
| Andrew J. Muha | 0.60 | at | $ | 260.00 | = | 156.00 |
| Maureen L. Atkinson | 0.30 | at | $ | 165.00 | = | 49.50 |

```
                        CURRENT FEES                    9,958.50


                                                      ------------
            TOTAL BALANCE DUE UPON RECEIPT              $9,958.50
                                                      ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1255895
One Town Center Road                     Invoice Date       03/23/05
Boca Raton, FL    33486                  Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                              0.00
    Expenses                     2,700.49

              TOTAL BALANCE DUE UPON RECEIPT        $2,700.49
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1255895 |
| One Town Center Road | Invoice Date | 03/23/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60026 |

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 4.75 |
| PACER | 61.04 |
| Duplicating/Printing/Scanning | 312.75 |
| Courier Service - Outside | 10.77 |
| Outside Duplicating | 942.68 |
| Taxi Expense | 25.00 |
| Meal Expense | 1,066.37 |
| General Expense (Software Licensing Fee) | 277.13 |

|  | |
|---|---|
| CURRENT EXPENSES | 2,700.49 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $2,700.49 |
| | ============= |

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W.R Grace & Co.                       Invoice Number      1255895
One Town Center Road                  Invoice Date       03/23/05
Boca Raton, FL   33486                Client Number       172573
                                      Matter Number        60026
```

=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 01/20/05 | Licensing fees for Reed Smith secretaries to use "visio" software in assisting Kirkland & Ellis attorneys in preparation for 1/21/05 hearing in Pittsburgh. | 277.13 |
| 01/25/05 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Ginny Wolfe, Senior Manning Selvage & Lee (WASHINGTON DC 20036). | 10.77 |
| 01/31/05 | 312-861-2034/CHICAGO, IL/4 | .15 |
| 01/31/05 | 312-861-2034/CHICAGO, IL/2 | .10 |
| 01/31/05 | PACER--Electronic docket service access charge. | 61.04 |
| 02/01/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/02/05 | 410-531-4355/COLUMBIA, MD/16 | .80 |
| 02/02/05 | 410-531-4355/COLUMBIA, MD/25 | 1.20 |
| 02/03/05 | ATTY # 0559; 223 COPIES | 33.45 |
| 02/04/05 | ATTY # 0710: 8 COPIES | 1.20 |
| 02/04/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/04/05 | ATTY # 0710: 41 COPIES | 6.15 |
| 02/04/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/04/05 | ATTY # 0710: 31 COPIES | 4.65 |

172573 W. R. Grace & Co.                          Invoice Number  1255895
60026  Litigation and Litigation Consulting       Page   2
       March 23, 2005

| 02/07/05 | 905-896-7611/COOKSVILLE, ON/3 | .20 |
| 02/07/05 | ATTY # 0856; 765 COPIES | 114.75 |
| 02/07/05 | ATTY # 0559; 223 COPIES | 33.45 |
| 02/07/05 | ATTY # 0710: 18 COPIES | 2.70 |
| 02/07/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 02/07/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/07/05 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/07/05 | ATTY # 0559: 24 COPIES | 3.60 |
| 02/07/05 | ATTY # 0710: 8 COPIES | 1.20 |
| 02/08/05 | ATTY # 0559; 50 COPIES | 7.50 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/08/05 | ATTY # 0710: 6 COPIES | .90 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/08/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/09/05 | ATTY # 0718; 253 COPIES | 37.95 |
| 02/09/05 | ATTY # 0718; 2 COPIES | .30 |
| 02/09/05 | ATTY # 0559: 2 COPIES | .30 |
| 02/09/05 | ATTY # 0559: 4 COPIES | .60 |
| 02/09/05 | ATTY # 0559: 1 COPIES | .15 |
| 02/10/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/10/05 | ATTY # 0396: 10 COPIES | 1.50 |
| 02/10/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/10/05 | ATTY # 0559: 32 COPIES | 4.80 |
| 02/10/05 | ATTY # 0559: 8 COPIES | 1.20 |

172573 W. R. Grace & Co.                          Invoice Number  1255895
60026  Litigation and Litigation Consulting       Page   3
       March 23, 2005


02/11/05    Meal Expense - - VENDOR: EADIES KITCHEN &         176.53
            MARKET -- BREAKFAST ITEMS FOR 20 ON 1/21/05 FOR
            HEARING PREP.

02/11/05    Meal Expense - - VENDOR: MONTE CELLO'S             46.62
            PIZZA--FOOD FOR LATE EVENING MEETING FOR 6 ON
            1/20/05 IN PREPARATION FOR 01/21/05 HEARING.

02/11/05    410-531-4355/COLUMBIA, MD/20                        1.00

02/11/05    ATTY # 0718; 87 COPIES                             13.05

02/11/05    ATTY # 0887: 44 COPIES                              6.60

02/11/05    ATTY # 0396: 5 COPIES                               .75

02/11/05    ATTY # 0349: 1 COPIES                               .15

02/14/05    ATTY # 0856; 12 COPIES                             1.80

02/14/05    ATTY # 0559; 11 COPIES                             1.65

02/15/05    ATTY # 0349: 1 COPIES                               .15

02/15/05    ATTY # 0559: 6 COPIES                               .90

02/15/05    ATTY # 0559: 1 COPIES                               .15

02/15/05    ATTY # 0559: 6 COPIES                               .90

02/15/05    ATTY # 0559: 6 COPIES                               .90

02/15/05    ATTY # 0559: 6 COPIES                               .90

02/15/05    ATTY # 0559: 3 COPIES                               .45

02/15/05    ATTY # 0559: 13 COPIES                             1.95

02/15/05    ATTY # 0559: 8 COPIES                              1.20

02/15/05    ATTY # 0559: 1 COPIES                               .15

02/16/05    Outside Duplicating - - Color copies of items     95.23
            used at the 1/21/05 hearing.

02/16/05    ATTY # 0349: 5 COPIES                               .75

02/16/05    ATTY # 0349: 2 COPIES                               .30

02/16/05    ATTY # 0349: 1 COPIES                               .15

172573 W. R. Grace & Co.                              Invoice Number  1255895
60026  Litigation and Litigation Consulting          Page   4
       March 23, 2005

| | | |
|---|---|---:|
| 02/17/05 | Meal Expense -- VENDORS:MRC FOOD SERVICES AND MARK'S GRILLE - CLIENT MTG. FOR 20 PEOPLE ON 1/20/05 IN PREPARATION FOR 01/21/05 HEARING. | 344.21 |
| 02/17/05 | ATTY # 0559: 12 COPIES | 1.80 |
| 02/18/05 | Meal Expense - - VENDORS: LIANG'S HUNAN AND QUIZNO'S CLASSIC SUBS -- LUNCH FOR 20 ON 1/21/05 IN RELATION TO HEARING. | 347.17 |
| 02/18/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/18/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/18/05 | ATTY # 0559: 2 COPIES | .30 |
| 02/18/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/21/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 02/21/05 | ATTY # 0559: 6 COPIES | .90 |
| 02/22/05 | Outside Duplicating - - Copying of materials for service of CNO for monthly fee application. | 63.10 |
| 02/23/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/23/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/24/05 | Taxi Expense - -(01/06/05)Travel for attendance at meeting with U.S. attorney in Missoula, MT. | 7.00 |
| 02/24/05 | Taxi Expense - - 1/20/05 Travel to Castle Shannon following after-hours work in preparation for 1/21/05 hearing. | 18.00 |
| 02/24/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/24/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/24/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/24/05 | ATTY # 0710: 1 COPIES | .15 |
| 02/25/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/25/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 02/25/05 | 410-531-4355/COLUMBIA, MD/26 | 1.30 |

```
172573 W. R. Grace & Co.                      Invoice Number  1255895
60026  Litigation and Litigation Consulting   Page   5
       March 23, 2005
```

```
02/28/05   Outside Duplicating - - Copying for hard copy    784.35
           service of quarterly fee application.
```

```
                        CURRENT EXPENSES              2,700.49
                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $2,700.49
                                                     =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1255896
5400 Broken Sound Blvd., N.W.        Invoice Date       03/23/05
Boca Raton, FL 33487                 Client Number       172573


================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                          0.00
    Expenses                     18.52

              TOTAL BALANCE DUE UPON RECEIPT       $18.52
                                               =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number        1255896
5400 Broken Sound Blvd., N.W.            Invoice Date          03/23/05
Boca Raton, FL 33487                     Client Number          172573
                                         Matter Number           60028

================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        1.30
    Duplicating/Printing/Scanning           15.00
    Postage Expense                          2.22

                    CURRENT EXPENSES                      18.52
                                                    --------------

                    TOTAL BALANCE DUE UPON RECEIPT       $18.52
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1255896
5400 Broken Sound Blvd., N.W.            Invoice Date       03/23/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028


===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/05 | 843-727-6513/CHARLESTON, SC/14 | .70 |
| 02/01/05 | 410-531-4355/COLUMBIA, MD/13 | .60 |
| 02/02/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/02/05 | ATTY # 0349: 2 COPIES | .30 |
| 02/03/05 | ATTY # 0349; 7 COPIES | 1.05 |
| 02/03/05 | ATTY # 0349: 4 COPIES | .60 |
| 02/03/05 | ATTY # 0349: 1 COPIES | .15 |
| 02/03/05 | Postage Expense | 2.22 |
| 02/07/05 | ATTY # 0559: 5 COPIES | .75 |
| 02/07/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/15/05 | ATTY # 0559: 7 COPIES | 1.05 |
| 02/17/05 | ATTY # 0559: 5 COPIES | .75 |
| 02/17/05 | ATTY # 0559: 10 COPIES | 1.50 |
| 02/17/05 | ATTY # 0559: 10 COPIES | 1.50 |

172573 W. R. Grace & Co.                    Invoice Number  1255896
60028  ZAI Science Trial                    Page   2
       March 23, 2005


  02/18/05   ATTY # 0559: 6 COPIES                          .90

  02/18/05   ATTY # 0559: 4 COPIES                          .60

  02/18/05   ATTY # 0559: 1 COPIES                          .15

  02/18/05   ATTY # 0559: 4 COPIES                          .60

  02/18/05   ATTY # 0559: 4 COPIES                          .60


                    CURRENT EXPENSES                      18.52
                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $18.52
                                                     =============