# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: May 23, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE COUNSEL TO DEBTORS FOR THE FORTY-FIFTH MONTHLY INTERIM PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

| | |
|---|---|
| Name of Applicant: | Reed Smith LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession |
| Date of Retention: | July 19, 2001, effective as of April 2, 2001 |
| Period for which compensation and reimbursement is sought: | March 1, 2005 through March 31, 2005 |
| Amount of fees sought as actual, reasonable and necessary: | $22,165.50 |
| Amount of expenses sought as actual, reasonable and necessary | $281.04 |

This is an: X monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Docket No. 8298
Date Filed 4/27/05

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through 12/31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |

| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
|--------|--------------------------|-------------|-----------|--------------------------------|--------------------------------|
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |
| 3/29/05 | 2/1/05 through 2/28/05 · | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the forty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $1,500.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| James J. Restivo, Jr. | Partner | 34 Years | Litigation | $525.00 | 1.2 | $630.00 |
| Lawrence E. Flatley | Partner | 30 Years | Litigation | $495.00 | 6.3 | $3,118.50 |
| Douglas E. Cameron | Partner | 21 Years | Litigation | $490.00 | 32.4 | $15,876.00 |
| Andrew J. Muha | Associate | 4 Years | Litigation | $260.00 | 6.10 | $1,586.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|------------------------------|------------|---------------------|--------------------|--------------------|
| John B. Lord | Paralegal | 12 Years | Bankruptcy | $175.00 | 4.6 | $805.00 |
| Lisa Lankford | Bankruptcy Specialist | 3 Years | Bankruptcy | $100.00 | 1.5 | $150.00 |

Total Fees: $22,165.50

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation and Litigation Counseling | 19.80 | $9,681.00 |
| ZAI Science Trial | 6.10 | $2,989.00 |
| Fee Applications | 15.00 | $3,976.00 |
| Montana Grand Jury Investigation | 11.20 | $5,519.50 |
| **Total:** | **52.10** | **$22,165.50** |

## EXPENSE SUMMARY

| Description | Litigation and Litigation Consulting | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $.55 | ---- |
| Duplicating/Printing/Scanning | $86.10 | ---- |
| Postage Expense | $7.46 | ---- |
| Pacer/Courtlink | $14.40 | ---- |
| Telephone – Outside | $30.55 | ---- |
| Lodging | $121.98 | |
| General Expense (off-site document storage charge) | $20.00 | ---- |
| SUBTOTAL | $281.04 | ---- |
| TOTAL | | **$281.04** |

Dated:  April 28, 2005
        Wilmington, Delaware

REED SMITH LLP

By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

        and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  (412) 288-3131
    Facsimile:  (412) 288-3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number    1263577
One Town Center Road                     Invoice Date      04/18/05
Boca Raton, FL   33486                   Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

      Fees                                 9,681.00
                    TOTAL BALANCE DUE UPON RECEIPT        $9,681.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1263577 |
| One Town Center Road | Invoice Date | 04/18/05 |
| Boca Raton, FL    33486 | Client Number | 172573 |
| | Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 03/01/05 | Cameron | Review of e-mails and related materials from R. Finke. | .90 |
| 03/01/05 | Lord | Update 2002 service list. | .20 |
| 03/02/05 | Cameron | E-mails regarding issues raised by R. Finke and telephone conference with J. Restivo regarding same. | 1.10 |
| 03/02/05 | Restivo | Receipt and review of new emails, reports and pleadings. | .70 |
| 03/04/05 | Cameron | Review of materials from R. Finke and J. Restivo. | .90 |
| 03/05/05 | Cameron | Review additional correspondence and e-mails relating to Canadian claims. | 1.10 |
| 03/07/05 | Cameron | Review recent materials sent to Canadian counsel. | .40 |
| 03/08/05 | Cameron | Review e-mail and materials from R. Finke regarding Canadian claims. | .60 |
| 03/13/05 | Cameron | Review additional materials from R. Finke regarding Canadian claims and correspondence regarding same. | .80 |
| 03/14/05 | Cameron | Review of materials from R. Finke and Canadian counsel (.90); summarize materials for meeting (.70). | 1.60 |

```
172573 W. R. Grace & Co.                      Invoice Number   1263577
60026  Litigation and Litigation Consulting   Page    2
       April 18, 2005
```

| Date | Name | | Hours |
|------|------|---|-------|
| 03/15/05 | Cameron | Attend to requests from R. Finke (.30) and review materials provided from Canada (.50). | .80 |
| 03/16/05 | Cameron | Review correspondence and e-mails from R. Finke to Canadian counsel. | .80 |
| 03/17/05 | Cameron | Multiple e-mails to and from R. Finke relating to issues in Canada. | .90 |
| 03/18/05 | Cameron | Review materials relating to Canadian claims. | 1.20 |
| 03/21/05 | Cameron | Review of e-mails and multiple attachments provided by R. Finke (.80); prepare status summary of correspondence, pleadings and press reports relating to Canadian claims (1.30). | 2.10 |
| 03/22/05 | Cameron | Review materials from consultant forwarded by R. Finke (1.10); additional correspondence regarding same (.40). | 1.50 |
| 03/23/05 | Cameron | Additional review of consultant materials and e-mails from R. Finke regarding same (.90); review additional press reports provided by R. Finke (.70). | 1.60 |
| 03/23/05 | Restivo | Review of new material and correspondence. | .50 |
| 03/24/05 | Cameron | Review materials relating to property damage claims. | .80 |
| 03/31/05 | Cameron | Continued review of Canadian claim materials, summaries and related documents. | 1.30 |

```
                                                      ------
                                      TOTAL HOURS      19.80
```

```
172573  W. R. Grace & Co.                       Invoice Number   1263577
60026   Litigation and Litigation Consulting    Page    3
        April 18, 2005
```

```
TIME SUMMARY                 Hours          Rate           Value
------------------------     ---------------------         -------
James J. Restivo Jr.         1.20   at  $  525.00  =        630.00
Douglas E. Cameron          18.40   at  $  490.00  =      9,016.00
John B. Lord                 0.20   at  $  175.00  =         35.00


                             CURRENT FEES                        9,681.00


                                                            ------------
                      TOTAL BALANCE DUE UPON RECEIPT          $9,681.00
                                                            ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1263578
5400 Broken Sound Blvd., N.W.        Invoice Date        04/18/05
Boca Raton, FL 33487                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                        2,989.00
        Expenses                        0.00

                   TOTAL BALANCE DUE UPON RECEIPT      $2,989.00
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1263578 |
| Invoice Date | 04/18/05 |
| Client Number | 172573 |
| Matter Number | 60028 |

==========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|---|-------|
| 03/24/05 | Cameron | Review e-mails from R. Finke regarding consultant's work. | .90 |
| 03/25/05 | Cameron | Review consultant's analysis. | .80 |
| 03/27/05 | Cameron | Begin review and summary of all collected correspondence, press reports and data provided by R. Finke relating to ZAI claims. | 2.30 |
| 03/28/05 | Cameron | Continue review of materials from R. Finke (.80);  review of photographs from R. Finke and e-mails regarding same (.50); review of summary memos (.80). | 2.10 |

TOTAL HOURS    6.10

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 6.10 | at | $ 490.00 | = | 2,989.00 |

CURRENT FEES                              2,989.00

TOTAL BALANCE DUE UPON RECEIPT           $2,989.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number     1263579
5400 Broken Sound Blvd., N.W.            Invoice Date       04/18/05
Boca Raton, FL 33487                     Client Number       172573

============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                      3,976.00
        Expenses                      0.00

              TOTAL BALANCE DUE UPON RECEIPT        $3,976.00
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number        1263579
5400 Broken Sound Blvd., N.W.            Invoice Date         04/18/05
Boca Raton, FL 33487                     Client Number          172573
                                         Matter Number           60029

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 03/01/05 | Lord | Review and revise 43rd monthly fee application (.3); e-file and perfect hard/electronic service for same (.8). | 1.10 |
| 03/08/05 | Cameron | Review materials relating to fee applications. | .70 |
| 03/08/05 | Lord | Respond to e-mails from A. Muha re: CNO. | .10 |
| 03/08/05 | Muha | Correspondence with J. Lord re: upcoming CNO filings for past fee applications. | .20 |
| 03/09/05 | Lord | Research docket and draft CNO for Reed Smith 42nd monthly fee application (.4); e-file and perfect service for same (.3); correspondence to R. Finke re: same (.1). | .80 |
| 03/09/05 | Muha | Review and revise February 2005 fee and expense detail for 44th monthly fee application. | 1.70 |
| 03/14/05 | Muha | Additional revisions to fee and expense detail for February 2005 monthly fee application. | .80 |
| 03/17/05 | Cameron | Review of materials for fee application. | .90 |

172573 W. R. Grace & Co.                          Invoice Number  1263579
60029  Fee Applications-Applicant                 Page    2
       April 18, 2005

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 03/19/05 | Cameron | Additional review fee application materials. | .80 |
| 03/22/05 | Lord | Research and respond to e-mail from D. Cameron re: fee application issues. | .20 |
| 03/24/05 | Lord | Research docket and draft CNOs and service for 43rd monthly fee application and quarterly fee application (.5); review, revise and prepare 44th monthly fee application for e-filing and service (1.0); e-mail to A. Muha re: same (.1). | 1.60 |
| 03/24/05 | Muha | Draft and revise summary form for February 2005 monthly fee application (1.8); create fee and expense detail compendiums (.6); revise items and e-mails to J. Lord re: filing issues (.4); attend to issues from 14th Quarterly application (.3). | 3.10 |
| 03/25/05 | Lord | E-file and perfect service for monthly and interim application CNOs (.4); prepare correspondence to R. Finke re: same (.2). | .60 |
| 03/26/05 | Cameron | Final review of draft February 2005 monthly fee application in advance of filing. | .60 |
| 03/28/05 | Lankford | Review correspondence from J. Lord. | .10 |
| 03/28/05 | Muha | Revise chart and review final spreadsheet report from Fee Auditor re: 14th Quarterly Application. | .30 |
| 03/29/05 | Lankford | Scan, e-file, perfect service and forward to centralized pleadings Reed Smith's 44th Monthly Fee Application (February 2005). | 1.40 |

                                         TOTAL HOURS    15.00

```
172573 W. R. Grace & Co.                    Invoice Number  1263579
60029  Fee Applications-Applicant           Page    3
       April 18, 2005


TIME SUMMARY               Hours        Rate         Value

-------------------------  ----------------------    -------
Douglas E. Cameron         3.00  at  $  490.00  =   1,470.00
Andrew J. Muha             6.10  at  $  260.00  =   1,586.00
John B. Lord               4.40  at  $  175.00  =     770.00
Lisa Lankford              1.50  at  $  100.00  =     150.00

                           CURRENT FEES                            3,976.00


                                                             ------------
                      TOTAL BALANCE DUE UPON RECEIPT           $3,976.00
                                                             ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                              Invoice Number      1263580
One Town Center Road                         Invoice Date      04/18/05
Boca Raton, FL    33486                      Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                           5,519.50
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,519.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R Grace & Co. | Invoice Number | 1263580 |
| One Town Center Road | Invoice Date | 04/18/05 |
| Boca Raton, FL   33486 | Client Number | 172573 |
| | Matter Number | 60035 |

==============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MARCH 31, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 03/02/05 | Flatley | Review memo on grand jury interview and follow-up with R. Senftleben and others (3.4); reorganize file (1.4). | 4.80 |
| 03/03/05 | Flatley | Memo to D. Cameron/J. Restivo regarding Montana investigation summary document. | .20 |
| 03/10/05 | Flatley | Listen to R. Senftleben voice message and follow-up. | .10 |
| 03/11/05 | Flatley | Call with R. Senftleben and e-mail to J. Restivo and D. Cameron about status of investigation and indictment issues. | .60 |
| 03/15/05 | Cameron | Review materials relating to grand jury investigation. | .90 |
| 03/19/05 | Cameron | Review materials relating to grand jury investigation. | .90 |
| 03/22/05 | Cameron | Review e-mails and attachments regarding indictments. | .70 |
| 03/25/05 | Cameron | Review media reports regarding indictment and trial date (.40); review Grace historical documents and summary (.70). | 1.10 |
| 03/30/05 | Cameron | Review e-mail and pre-trial order. | .40 |

172573  W. R. Grace & Co.                          Invoice Number   1263580
60035   Grand Jury Investigation                   Page     2
        April 18, 2005

| Date | Name | | Hours |
|------|------|--|-------|
| 03/30/05 | Flatley | Review J. Malloy scheduling order and e-mails to/from R. Senftleben. | .20 |
| 03/31/05 | Cameron | E-mails relating to criminal investigation and follow-up calls with L. Flatley (.40); review file memorandum addressing related issues (.50). | .90 |
| 03/31/05 | Flatley | Review e-mail from T. Mace (0.1); locate memos as requested by T. Mace and forward them to him (0.3). | .40 |

```
                                              ------
                              TOTAL HOURS      11.20
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Lawrence E. Flatley | 6.30 | at $ 495.00 = | 3,118.50 |
| Douglas E. Cameron | 4.90 | at $ 490.00 = | 2,401.00 |
| | CURRENT FEES | | 5,519.50 |

```
                                           ------------
         TOTAL BALANCE DUE UPON RECEIPT      $5,519.50
                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1263581
One Town Center Road                     Invoice Date      04/18/05
Boca Raton, FL    33486                  Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                            0.00
    Expenses                      281.04

                 TOTAL BALANCE DUE UPON RECEIPT        $281.04
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number      1263581
One Town Center Road                     Invoice Date       04/18/05
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026


================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.55
        Courtlink                               14.40
        Duplicating/Printing/Scanning           86.10
        Postage Expense                          7.46
        Lodging                                121.98
        Telephone - Outside                     30.55
        General Expense (off-site document      20.00
        storage charge)

                        CURRENT EXPENSES                281.04
                                                   -------------

                TOTAL BALANCE DUE UPON RECEIPT         $281.04
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                         Invoice Number    1263581
One Town Center Road .                  Invoice Date   . 04/18/05
Boca Raton, FL   33486                  Client Number      172573
                                        Matter Number       60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 02/28/05 | PACER--Electronic docket access charges, February 2005. | 14.40 |
| 03/01/05 | Postage Expense | 3.96 |
| 03/01/05 | ATTY # 0718; 172 COPIES | 25.80 |
| 03/02/05 | ATTY # 0396: 1 COPIES | .15 |
| 03/03/05 | ATTY # 0396: 1 COPIES | .15 |
| 03/09/05 | ATTY # 0559: 14 COPIES | 2.10 |
| 03/11/05 | 561-362-1551/BOCA RATON, FL/11 | .55 |
| 03/16/05 | ATTY # 0559: 14 COPIES | 2.10 |
| 03/17/05 | Lodging - - Hotel room for J. Restivo during trip to Missoula, MT for meeting with government (1/6/05). | 121.98 |
| 03/17/05 | Telephone - Outside - - J. Restivo business calls from hotel during trip to Missoula, MT for meeting with government (1/6/05). | 30.55 |
| 03/21/05 | General Expense - - IRON MOUNTAIN RECORDS MGMT. - ACCESS OF HISTORICAL DOCUMENTS IN STORAGE. | 20.00 |
| 03/23/05 | ATTY # 0559: 1 COPIES | .15 |
| 03/23/05 | ATTY # 0559: 2 COPIES | .30 |
| 03/24/05 | ATTY # 0710: 6 COPIES | .90 |
| 03/24/05 | ATTY # 0710: 6 COPIES | .90 |

172573  W. R. Grace & Co.                        Invoice Number   1263581
60026   Litigation and Litigation Consulting     Page   2
        April 18, 2005


| Date | Description | Amount |
|---|---|---|
| 03/24/05 | ATTY # 0710: 6 COPIES | .90 |
| 03/24/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 03/25/05 | ATTY # 0718; 61 COPIES | 9.15 |
| 03/29/05 | ATTY # 3984; 281 COPIES | 42.15 |
| 03/29/05 | Postage Expense | 3.50 |
| 03/31/05 | ATTY # 0349: 1 COPIES | .15 |

```
                          CURRENT EXPENSES               281.04
                                                    ------------
                   TOTAL BALANCE DUE UPON RECEIPT       $281.04
                                                    ============
```