**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline: May 31, 2005** |
| | | **Hearing Date:  TBD only if necessary** |

**SUMMARY OF THE VERIFIED APPLICATION OF**
**RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR**
**COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES**
**AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

Name of Applicant:                                  Richardson Patrick Westbrook
                                                               & Brickman, LLC

Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                July 22, 2002

Period for which compensation and
Reimbursement is sought:                            March 1, 2005 through
                                                               March 31, 2005

Amount of Compensation sought as actual,
Reasonable, and necessary:                          $ 13,675.00

Amount of Expenses Reimbursement:                   $ 954.22

This is a:  X monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 10/31/02 | 7/22/2002 - 9/30/2002 | $170,069.50 | $44,005.38 | No objections served on counsel | No objections served on counsel |
| 12/04/02 | 10/01/2002 - 10/31//2002 | $163,682.00 | $35,319.00 | No objections served on counsel | No objections served on counsel |
| 01/08/2003 | 11/01/2002 - 11/30/2002 | $115,319.00 | $5,714.09 | No objections served on counsel | No objections served on counsel |
| 02/17/2003 | 12/01/2002 - 12/31/2002 | $104,018.00 | $32,439.18 | No objections served on counsel | No objections served on counsel |
| 03/19/2003 | 1/1/2003 - 1/31/2003 | $142,944.50 | $68,022.89 | No objections served on counsel | No objections served on counsel |
| 04/09/03 | 2/1/2003 - 2/28/2003 | $217,149.00 | $31,928.29 | No objections served on counsel | No objections served on counsel |
| 05/16/2003 | 3/1/2003- 3/31/2003 | $248,048.00 | $66,978.32 | No objections served on counsel | No objections served on counsel |
| 07/01/2003 | 4/1/2003- 4/30/2003 | $102,950.00 | $149,727.83 | No objections served on counsel | No objections served on counsel |
| 07/21/2003 | 5/1/2003- 5//31/2003 | $174,462.25 | $48,658.57 | No objections served on counsel | No objections served on counsel |
| 08/15/2003 | 6/1/2003- 6/30/2003 | $202,080.25 | $71,550.40 | No objections served on counsel | No objections served on counsel |
| 09/15/2003 | 7/1/2003- 7/31/2003 | $126,035.00 | $25,802.60 | No objections served on counsel | No objections served on counsel |
| 10/23/2003 | 8/1/2003- 8/31/2003 | $121,733.75 | $26,563.23 | No objections served on counsel | No objections served on counsel |
| 11/12/2003 | 9/1/2003- 9/30/2003 | $69,708.00 | $19,989.71 | No objection served on counsel | No objection served on counsel |
| 12/8/2003 | 10/1/2003- 10/31/2003 | $24,786.50 | $5,853.38 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 11/1/2003- 11/30/2003 | $13,566.00 | $106.03 | No objection served on counsel | No objection served on counsel |
| 2/18/2004 | 12/1/2003- 12/31/2003 | $12,107.50 | $11,256.59 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 1/1/2004- 1/31/2004 | $17,311.00 | $1,427.54 | No objection served on counsel | No objection served on counsel |
| 4/21/2004 | 2/1/2004- 2/29/2004 | $36,536.50 | $3,023.68 | No objection served on counsel | No objection served on counsel |
| 7/23/2004 | 3/1/2004- 3/31/2004 | $6,212.50 | $100.02 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 4/1/2004- 4/30/2003 | $327.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 5/1/2004- 5/31/2004 | $4,432.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 8/17/2004 | 6/1/2004- 6//30/2004 | $24,797.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 7/1/2004- 7/31/2004 | $12,247.50 | $ 0 | No objection served on counsel | No objection served on counsel |
| 10/25/2004 | 8/1/2004- 8/31/2004 | $13,955.00 | $0 | No objection served on counsel | No objection served on counsel |
| 11/23/2004 | 9/1/2004- 9/30/2004 | $31,334.00 | $374.29 | No objections served on counsel | No objection served on counsel |
| 11/23/2004 | 10/1/2004- 10/31/2004 | $210,386.00 | $23,723.43 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 11/1/2004- 11/30/2004 | $23,932.50 | $13,414.72 | No objections served on counsel | No objections served on counsel |
| 1/12/2005 | 12/1/2004- | $9,507.50 | $145.53 | No objections served | No objections served |

| | 12/31/2004 | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 2/28/2005 | 1/1/2005-1/31/2005 | $14,257.50 | $1,109.11 | No objections served on counsel | No objections served on counsel |
| 3/29/2005 | 2/1/2005-2/28/2005 | $7,082.50 | $33.46 | No objections served on counsel | No objections served on counsel |

This is the Thirty-first RPWB application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Richardson Patrick Westbrook & Brickman attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Edward J. Westbrook | Partner | 25 | Litigation | $650 | 12.0 | $6,175.00 |
| TOTALS | | | | | 12.0 | $6,175.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Lizzie Kerrison | Paralegal | 17 | Litigation | $125 | 60.0 | $7,500.00 |
| TOTALS | | | | | 60.0 | $7,500.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications, Applicant 20-Travel–Non-working 22-ZAI Science Trial | 5.0 67.0 | $1,625.00 $12,050.00 |
| TOTALS | 72.0 | $13,675.00 |

23-ZAI Science Trial Expenses

| Description | Amount |
|---|---|
| Parking | $8.00 |
| Air Travel Expense | $933.79 |
| Mileage Expense | $12.25 |
| PACER Online Research | $0.28 |
| Total | $954.22 |

3

Dated:   May 11, 2005
Wilmington, Delaware

BUCHANAN INGERSOLL PC

/s/      *William D. Sullivan*
William D. Sullivan, Esq.
The Nemours Building
1007 North Orange Street, Suite 1100
Wilmington, DE  19801
Phone: (302) 428-5500
FAX: (302) 428-3996

-and-

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC

Edward J. Westbrook, Esq.
1037 Chuck Dawley Blvd., Building A
Mount Pleasant, SC  29464
Phone: (843) 727-6513
FAX: (843) 727-6688

LEAD COUNSEL FOR
ZAI CLAIMANTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: May 31, 2005 |
| | | Hearing Date:  TBD only if necessary |

### FEE DETAIL FOR THE VERIFIED APPLICATION OF RICHARDSON PATRICK WESTBROOK & BRICKMAN, LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LEAD SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

05/05/2005                                                                                                          1

# Time report

## 03/01/2005 - until now

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**      **L106**

| **Day:** | | **03/03/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/03/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| **Day:** | | **03/07/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/07/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

| **Day:** | | **03/08/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/08/2005 | 200106 | Zonolite Science Trial | L106 | $650.00 | 7.00 | $4,550.00 |
| ewestbrook | 0000 | | Travel to Florida, reviewing materials during travel in preparation for meeting (5); attend meeting (2) | | | |
| 03/08/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Transcribing USG v. WRG oral argument before the 9th circuit | | | |

| **Day:** | | **03/10/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/10/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.00 | $375.00 |
| lkerrison | 0000 | | Transcribing USG v. WRG oral argument before the 9th circuit (2); inputting coding inforamtion in ZAI database and reviewing for sales information and hot documents (1) | | | |

| **Day:** | | **03/14/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/14/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| lkerrison | 0000 | | Transcribing USG v. WRG oral argument before the 9th circuit | | | |

| **Day:** | | **03/15/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/15/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
| lkerrison | 0000 | | Transcribing USG v. WRG oral argument before the 9th circuit  (2.5); inputting coding information in ZAI database and reviewing for sales information and hot documents (4) | | | |

| **Day:** | | **03/17/2005** | | | | |
|----------|-----------|-------------|------------------|------|---------|-------|
| 03/17/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 8.00 | $1,000.00 |
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

05/05/2005

2

# Time report

## 03/01/2005 - until now

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Day:**          03/21/2005

| 03/21/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 6.50 | $812.50 |
|------------|--------|------------------------|------|---------|------|---------|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents (5.5); talked to VAI homeowner regarding VIA and wrote email regarding converssation (1) | | | |

**Day:**          03/22/2005

| 03/22/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 5.00 | $625.00 |
|------------|--------|------------------------|------|---------|------|---------|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Day:**          03/24/2005

| 03/24/2005 | 200106 | Zonolite Science Trial | L106 | $125.00 | 3.50 | $437.50 |
|------------|--------|------------------------|------|---------|------|---------|
| lkerrison | 0000 | | Inputting coding information in ZAI database and reviewing for sales information and hot documents | | | |

**Transaction:**          L116

**Day:**          03/08/2005

| 03/08/2005 | 200106 | Zonolite Science Trial | L116 | $325.00 | 5.00 | $1,625.00 |
|------------|--------|------------------------|------|---------|------|-----------|
| ewestbrook | 0000 | | Travel back to Charleston (billed at half rate) | | | |

| | |
|---|---|
| **Grand Total:** | **$13,675.00** |
| **Expense Grand Total:** | **$0.00** |
| **Time Grand Total:** | **$13,675.00** |
| **Total Hours/Report:** | **72.00** |
| **Count:** | **12** |

05/05/2005 03:29:43 PM Garcia, Kimberly A.

05/05/2005                                                                                                    1

# Expense report

### 03/01/2005 - until now

| Date | Client No. | Client Name | Transaction Code | Rate | HRS/QTY | Total |
|------|-----------|-------------|------------------|------|---------|-------|
| Timekeeper | Matter No. | | Description | | | |

**Transaction:**     **E070**

**Day:**             **03/31/2005**

| 03/31/2005 | 200106 | Zonolite Science Trial | E070 | $0.28 | 1.00 | $0.28 |
| kgarcia | 0000 | | PACER online research charges for ZAI in March 2005 | | | |

**Transaction:**     **E090**

**Day:**             **03/08/2005**

| 03/08/2005 | 200106 | Zonolite Science Trial | E090 | $953.94 | 1.00 | $953.94 |
| ewestbrook | 0000 | | Ed Westbrook - Travel to Florida to attend strategic meeting. This charge includes: | | | |

Parking $8.00
Airfare: $933.79
Mileage: $12.15 (to/from home/airport and airport/home)

Total: $953.94

|  | | |
|---|---|---|
| **Grand Total:** | | **$954.22** |
| **Expense Grand Total:** | | **$954.22** |
| **Time Grand Total:** | | **$0.00** |
| **Total Hours/Report:** | | **0.00** |
| **Count:** | | **2** |