IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, William D. Sullivan, do hereby certify that on May 11, 2005, I caused a true and correct copy of The Verified Application Of Richardson, Patrick Westbrook & Brickman, LLC For Compensation For Services And Reimbursement Of Expenses As ZAI Lead Special Counsel For The Interim Period From March 1, 2005 Through March 31, 2005 to be served upon the parties on the attached service list via hand delivery or first-class United States mail.

I declare the foregoing to be true under pains and penalties of perjury.

Dated: May 11, 2005        By: /s/   *William D. Sullivan*
Wilmington, Delaware              William D. Sullivan