# EXHIBIT 2

## Dkt No. 8329 - 2nd Omni 8 Cont Ord
## for WR Grace

Total number of parties: 8
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 13868 | NATIONAL UNION FIRE INSURANCE COMPANY OF, C/O MICHAEL S DAVIS ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY 10022 |
| 13868 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 13868 | NY STATE DEPT OF TAXATION AND FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY 12205-0300 |
| 13868 | PAULETTE, MARCELLA M, 287 TOWNSHIP RD 267, AMSTERDAM, OH 43903-7909 |
| 13868 | STATE OF NEW JERSEY DEPARTMENT OF TREASU, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |
| 13868 | STATE OF NEW JERSEY DEPT OF TREASURY, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |
| 13868 | TENNESSEE DEPT OF REVENUE, C/O ATTORNEY GENERAL, PO BOX 20207, NASHVILLE, TN 37202-0207 |
| 13868 | TEXAS COMPTROLLER OF PUBLIC ACCTS, OFFICE OF THE ATTORNEY GENERAL, COLLECTION DIV BANKRUPTCY SECT, PO BOX 12548, AUSTIN, TX 78711-2548 |

Subtotal for this group: 8