IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** May 31, 2005 |

**PETITION FOR PAYMENT OF CURRENTLY OUTSTANDING FEES
AND EXPENSES REFERENCED IN THE DEBTOR'S MOTION FOR
AUTHORIZATION TO MODIFY AND EXPAND THE SCOPE OF SERVICES
PROVIDED BY WOODCOCK WASHBURN LLP**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order dated April 12, 2005** |
| Period for which compensation and reimbursement is sought | **January 1, 2004, through February 28, 2005** |
| Amount of Compensation sought: | **$ 32,940.00** |
| Amount of Expense Reimbursement sought: | **$ 2,635.72** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this petition for payment of fees and expenses that were incurred on behalf of Debtors prior to the Court's approval of Debtors' motion, filed February 11, 2005, to expand the scope of intellectual property law services that Woodcock could provide to Debtors ("the Motion," Docket Entry 7743). No objections were filed to the Motion, and the Court granted the Motion by order entered April 12, 2005.

As set forth in the Motion and supporting papers, since 1989 and through April 2001, Woodcock had been continuously representing Debtors in various intellectual property matters, including litigation matters, providing opinions on coverage of third-party patents and Debtors' own patents, the scope of third-party patents, and whether any such patents are valid, providing opinions on whether activities of third parties fall within the scope of valid coverage of patents owned by Debtors; preparation or review of license agreements; and preparation and prosecution of patent applications. Shortly after that date, Woodcock was retained as an ordinary course professional to continue appropriate representation of Debtors. On January 22, 2003, this Court entered an order (the "Retention Order") authorizing the Debtors to retain Woodcock as special litigation counsel to represent Debtors in a then-pending patent infringement litigation.

The Retention Order did not explicitly provide for Woodcock, in addition to acting as special litigation counsel in the patent infringement suit, to continue to provide additional intellectual property services to Debtors as an ordinary course professional. Debtors filed the Motion to expressly permit that continuation of services. Nonetheless, prior to the filing of the Motion, Debtors had asked Woodcock to provide certain IP services separate and apart from the representation in the infringement action. Woodcock was reimbursed for some of those services until it became clear that the Retention Order did not specifically provide for Woodcock to

continue to provide these ordinary course services. Woodcock now makes this petition for reimbursement of outstanding fees and expenses for those services.

The fees and expenses for which reimbursement is sought in this petition were rendered by Woodcock in connection with three matters, detailed in the attached fee schedule for each matter.[2] Each matter falls within the general category of "business operations." They involve studies of two different third-party patents and prosecution of a U.S. patent application. The total of fees outstanding for the matters is $32,940.00 and the total disbursements outstanding for the three matters is $2,635.72. The allocations of the fees and disbursements among the matters is reflected in the attached detail for each matter.

The persons who rendered professional services for Debtors in these four matters are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $460.00 | 19.3 | $8,878.00 |
| Frank T. Carroll | Associate | 1998 | IP Counseling | $280.00 | 20.3 | $5,684.00 |
| Amy Carr-Trexler | Associate | 2001 | IP Counseling | $240.00 | 76.5 | $18,360.00 |

Total Fees: $ 32,940.00

---

[2] The descriptions of the matters in the attached fee schedules are purposefully vague to protect Debtors' privileges.

**WHEREFORE**, Woodcock respectfully requests reimbursement of fees of $ 32,940.00 and expenses of $2,635.72, for a total of $35,575.72, arising from services performed on behalf of Debtors, at Debtors' request, prior to the grant of the Motion for expansion of services.

Respectfully submitted

Dated: April 21, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com