IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: May 31, 2005 at 4:00 p.m. |
| | | Hearing Date: TBD only if necessary |

**FEE DETAIL FOR WOODCOCK WASHBURN LLP'S PETITION
FOR PAYMENT OF CURRENTLY OUTSTANDING FEES AND EXPENSES
FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH FEBRUARY 28, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:74959.1

## WRG-0068
## CATALYST LOADING SYSTEM

| 01/28/04 | FTC | Reviewed invention disclosure in preparation for inventor interview; reviewed results of patentability search (approximately 20 U.S. and foreign patents) and considered patentability of the disclosed invention; teleconference with Mr. Cross to discuss the invention disclosure and the search results. | 3.60 |
|---|---|---|---|
| 01/29/04 | FTC | Conducted interview with inventor and with Mr. Cross in preparation for drafting patent application | 1.50 |
| 01/30/04 | FTC | Reviewed additional disclosure material received from inventor. | .20 |
| 01/30/04 | FTC | Prepared patent application, including drafting of initial claim set. | 6.40 |
| 01/31/04 | FTC | Prepared patent application, including drafting of detailed description of the invention. | 8.60 |

SERVICES $5,684.00

| | FTC | FRANK T. CARROLL | 20.30 | hours @ | $280.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PHOTOCOPYING | 1.20 |
|---|---|
| TELEPHONE | 3.24 |

DISBURSEMENT TOTAL $ 4.44

SERVICE TOTAL $ 5,684.00

**INVOICE TOTAL** $ 5,688.44

## WRG-0069
## STUDY OF THIRD PARTY PATENT DIRECTED TO BUILDING MATERIAL

| 08/20/04 | GHL | Review of materials received from Mr. Baker relating to Grace Tri-Flex Extreme roofing product and review of third-party patent; preliminary consideration of relevance of the patent to the Extreme product; telephone conference with Messrs. Baker and Leon on August 20 relating to same; and discussion of strategy for addressing the patent; | 1.30 |
|---|---|---|---|
| 08/20/04 | ACT | conference to discuss evaluation of patent. | 1.30 |
| 08/29/04 | ACT | Review of patent and claims review of prosecution history, and preliminary evaluation of prior art. | 1.50 |
| 09/07/04 | ACT | Review and evaluation of prior art, regarding roofing underlayment. | 2.30 |
| 09/08/04 | ACT | Continued review and evaluation of prior art references. | .60 |
| 09/14/04 | ACT | Continued review and evaluation of prior art; literature and internet searching regarding definition of certain technical claim terms as used in patent; and preparation of claim chart to compare prior art with the patent at issue. | 3.20 |
| 09/15/04 | GHL | Evaluation of validity of third-party patent and possible relevance to Grace's proposed Tri-Flex Extreme roofing underlayment, including review of the patent and prosecution history, review of information from Mr. Baker relating to structure and manufacture of the Tri-Flex product, review of prior art references, development of claim construction and invalidity and non-infringement positions; telephone conference on September 15 with Messrs. Baker and Leon regarding same; | 1.50 |
| 09/15/04 | ACT | Participation in telephone conference with client to discuss review of prior art; | .80 |
| 09/16/04 | ACT | Preparation of claim chart comparing prior art with third-party patent, and continued evaluation of prior art. | 2.60 |
| 09/17/04 | GHL | continued analysis of this matter, including review of the claims of the patent, development of probable claim interpretations, analysis of additional prior art supplied by Mr. Baker, consideration of invalidity of the patent in view of same; telephone conference with Messrs. Baker and Leon regarding same, and drafting and dispatch of preliminary opinion letter directed to same; | 3.00 |
| 09/17/04 | ACT | Draft and revision of preliminary opinion letter regarding patent; telephone conference with client regarding preliminary opinion. | 3.60 |
| 09/23/04 | ACT | Drafting of invalidity and freedom to operate opinion, regarding third-party patent. | 1.50 |
| 09/27/04 | ACT | Continued drafting and revision of opinion, regarding validity and freedom to operate under patent. | 3.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/18/04 | ACT | Review of prior art publications and draft of opinion regarding patent. | 1.50 |
| 10/19/04 | ACT | Continued preparation of opinion regarding patent | 5.70 |
| 10/20/04 | ACT | Continued preparation of opinion regarding patent | 3.90 |
| 10/21/04 | ACT | Continued preparation of opinion and claim chart comparing patent claims with prior art; legal research in support of opinion. | 6.80 |
| 10/22/04 | ACT | Continued legal research in support of opinion; continued draft and revisions of opinion and claim chart regarding patent | 8.10 |
| 10/25/04 | ACT | Continued draft and revisions of opinion regarding patent | 2.50 |
| 10/26/04 | ACT | Continued draft and revision of opinion and claim chart regarding patent | 2.50 |
| 11/19/04 | GHL | Evaluation of, and preparation of formal opinion on, validity of third-party patent, including review of the patent and prosecution history, review of information from Mr. Baker relating to structure and manufacture of the Tri-Flex product, comparison against prior art and against probable interpretation of claims of the patent at issue; development of claim chart; and drafting of the opinion. | 3.50 |
| 11/20/04 | GHL | Further work on opinion; | 1.50 |
| 11/23/04 | GHL | Further work on written opinion of non-infringement of third-party patent; | 1.50 |
| 11/24/04 | GHL | Work on opinion of non-infringement | 1.30 |
| 11/29/04 | ACT | Review, review, and finalize opinion regarding third-party patent, and attendance to dispatch of signed opinion to Mr. Baker. | .70 |

SERVICES $18,784.00

| | | | | | |
|---|---|---|---|---|---|
| GHL | GARY H. LEVIN | 13.60 | hours @ | $460.00 |
| ACT | AMY CARR TREXLER | 52.20 | hours @ | $240.00 |

**DISBURSEMENTS:**

| | |
|---|---|
| COMPUTER SEARCH | 5.98 |
| FACSIMILE | 8.00 |
| TELEPHONE | .99 |

DISBURSEMENT TOTAL $ 14.97

SERVICE TOTAL $ 18,784.00

**INVOICE TOTAL** $ 18,798.97

# WRG-0070
## STUDY OF THIRD-PARTY PATENT DIRECTED TO ABSORBENTS

| | | | |
|---|---|---|---|
| 12/16/04 | ACT | Receipt and review of materials sent by Grace in connection with continued analysis of third-party patent directed to absorbents for certain gases; | .50 |
| 12/13/04 | ACT | Legal research relating to issues of claim interpretation raised by third-party patent under analysis | 1.10 |
| 12/20/04 | ACT | Further review of patent and its prosecution history, and development of claim construction position; | 5.70 |
| 12/23/04 | ACT | Continued analysis of patent | 4.20 |
| 12/30/04 | GHL | Analysis of interpretation of particular claim phrase in third-party patent directed to absorbents, consideration of meaning of the phrase in the patent, and preparation for discussion of same with Mr. Baker. | .60 |
| 01/03/05 | ACT | Further analysis of prosecution history of third-party patent and of prior art on meaning of claim term. | .70 |
| 01/05/05 | ACT | Research regarding composition of certain prior art materials distinguished in patent as part of evaluation of meaning of claim term; | .50 |
| 01/06/05 | GHL | Further analysis of interpretation of particular claim phrase in third-party patent directed to absorbents, including review of the patent and its prosecution history, review of relevant references, and review of case law interpreting analogous claim phrases, and consideration of meaning of the phrase in the patent at issue. | .75 |
| 01/07/05 | GHL | Preparation for discussion of issues of claim interpretation of third-party patent with Mr. Baker, including further review of patent and review of background material relating to meaning of claims, and telephone conference on January 7 with Mr. Baker and technical representatives of Grace regarding this matter; | 1.25 |
| 01/07/05 | ACT | Preparation for discussion with client, and participation in telephone conference with Mr. Baker and Grace technical representatives regarding this matter; | 1.50 |
| 01/10/05 | ACT | Review and evaluate prior art to third-party patent at issue; | .50 |
| 01/12/05 | ACT | Receipt and review of email correspondence from Bill Baker regarding further prior art and background technology relevant to analysis of third-party patent; | 1.10 |
| 01/14/05 | ACT | Receipt and review of further background materials sent by Mr. Baker | 1.00 |
| 01/18/05 | ACT | Telephone conference with Bill Baker; receipt and review of background materials sent by Mr. Ciccone. | .50 |
| 01/19/05 | GHL | Review of further analytical materials and patent references as received from Mr. Baker, further review of third-party patent, and telephone conference with Mr. | 1.70 |