IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: May 31, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044  

April 20, 2005  
Invoice 677922  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 03/31/05 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

03/01/05    Review RCRA question and provide input to Attorney Carlisle.  
B.F. HAWKINS, JR.                    0.40 hrs.    290.00/hr             $116.00

03/01/05    Confer with client representative regarding waste manifest issue (0.1); confer with Attorneys Smith and Hawkins regarding same (0.1); follow-up discussion with client representative (0.1).  
R.T. CARLISLE                          0.30 hrs.    260.00/hr              $78.00

03/03/05    Update Attorney Carlisle's working file materials for Subpart UUU research.  
L.J. JENNINGS                         0.20 hrs.    125.00/hr              $25.00

03/08/05    Per Attorney Carlisle's request, create case file for Libby, Montana indictment and create folder for incoming news articles and create folder for incoming indictment.  
K. LUCAS                                 0.70 hrs.    75.00/hr               $52.50

03/19/05    Detailed voice mail message to Mr. Obradovic following up on manifest issue.  
R.T. CARLISLE                          0.10 hrs.    260.00/hr              $26.00

03/24/05    Confer with Messrs. Obradovic and Porter regarding manifest issue in North Carolina (0.2); confer with Attorney Smith regarding his experience in use of temporary generator ID numbers (0.2); research regarding same (0.1).  
R.T. CARLISLE                          0.50 hrs.    260.00/hr             $130.00

03/29/05    Confer with Mr. Williford regarding one-time generator I.D. number (0.1); electronic mail memorandum to client regarding same (0.1).  
R.T. CARLISLE                          0.20 hrs.    260.00/hr              $52.00

**Fees for Legal Services** ................................................................................................ **$479.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.40 | 290.00 | 116.00 |
| R.T. CARLISLE | 1.10 | 260.00 | 286.00 |
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| K. LUCAS | 0.70 | 75.00 | 52.50 |
| TOTAL | 2.40 | $199.79 | $479.50 |

W.R. Grace & Co.

April 20, 2005
Invoice 677922 Page 2

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 03/01/2005 | Telephone 1-410-531-4795 | 0.05 |
| 03/01/2005 | Telephone 1-901-820-2065 | 0.30 |
| 03/14/2005 | Telephone 1-410-531-4795 | 0.30 |
| 03/19/2005 | Telephone 1-901-820-2065 | 0.05 |
| **Total Charges for Other Services Provided/Expenses Incurred** ................................ | | **$0.70** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Telephone | 0.70 |
| TOTAL | $0.70 |

**Net current billing for this invoice** ................................................................................ $480.20

**GRAND TOTAL**................................................................................................................ **$480.20**

W.R. Grace & Co.  
April 20, 2005  
Invoice 677922 Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**  
**Nelson Mullins Riley & Scarborough LLP**  
Post Office Drawer 11009  
Columbia, South Carolina 29211  
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.  
General  
Our Matter # 02399/06000

---

| | |
|---|---|
| Fees for Professional Services | $479.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.70 |
| **Net current billing for this invoice** ................................................................. | **$480.20** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.  
Columbia Operating Account  
**ABA#:** 053200666  
**Account #:** 04032 24077 01  
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

April 20, 2005  
Invoice 677923 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06031 | For Services Through 03/31/05 |
| Cost Center # | 800148 | |
| WR Grace # | 001-KL-721490-01-501560 | |
| Name of Matter: | Li Tungsten | |

03/01/05  Review voice mail from client contact regarding communications on claims by United States (0.1); confer with client representative regarding same and regarding conferring with others as to same (0.1); respond to communications regarding schedule and purpose of conferring (0.1).
R.T. CARLISLE                 0.30 hrs.    260.00/hr              $78.00

03/07/05  Participate in conference call on issues related to claims made by United States (0.9); review follow-up electronic mail memorandum (0.1).
R.T. CARLISLE                 1.00 hrs.    260.00/hr              $260.00

**Fees for Legal Services** ................................................................................ **$338.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.30 | 260.00 | 338.00 |
| TOTAL | 1.30 | $260.00 | $338.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/01/2005 | Telephone 1-901-820-2065 | 0.85 |
| 03/22/2005 | Telephone 1-410-531-4210 | 0.10 |
| 03/22/2005 | Telephone 1-410-531-4210 | 0.10 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................... **$1.05**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 1.05 |
| TOTAL | $1.05 |

**Net current billing for this invoice** ................................................................ **$339.05**

**GRAND TOTAL**.............................................................................................. **$339.05**

W.R. Grace & Co.

April 20, 2005
Invoice 677923 Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Li Tungsten
Our Matter # 02399/06031

| | |
|---|---|
| Fees for Professional Services | $338.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.05 |
| **Net current billing for this invoice** | **$339.05** |

**Terms of Payment: Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

April 20, 2005
Invoice 677924  Page  1

Our Matter #           02399/06032                        For Services Through 03/31/05
WR Grace #             063-KL-721490-01-0501221
Name of Matter:        Charleston

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 03/01/05 | Review message from Mr. Bailey, review plans, reply with comment on drawings (0.4); telephone conference with Mr. Bucens regarding local engineer for fee reduction program for site stormwater fee, land disturbance permitting, and potential for pre-treatment permit from DHEC, discuss surface water sample and compliance point issues; contact Attorney Carlisle regarding surface water issue, analysis for determination of compliance point (0.7).<br>N.J. SMITH | 1.10 hrs. | 290.00/hr | $319.00 |
| 03/02/05 | Telephone conference with Attorney Carlisle regarding goal and plans for clean up, status of plan approval and wetland permitting, and surface water compliance issue to address.<br>N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/02/05 | Review current documents and regulations relevant to point of compliance issues on surface water sampling.<br>R.T. CARLISLE | 1.80 hrs. | 260.00/hr | $468.00 |
| 03/03/05 | Review memorandum regarding timing for wetlands permitting process, then instruct Project Assistant Lucas regarding filing of same.<br>L.J. JENNINGS | 0.30 hrs. | 125.00/hr | $37.50 |
| 03/03/05 | Conference with Attorney Carlisle regarding Point of Compliance research, then review file and provide Attorney Carlisle with same.<br>L.J. JENNINGS | 0.20 hrs. | 125.00/hr | $25.00 |
| 03/04/05 | Begin review of package from Mr. Bailey for wetlands permit, final draft.<br>N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 03/07/05 | Continue review of draft application package (0.6); contact Ms. Sanger at OCRM regarding additional information and forms required for permit (0.2).<br>N.J. SMITH | 0.80 hrs. | 290.00/hr | $232.00 |
| 03/08/05 | Complete review of application, comments, and contact Mr. Bailey with same (1.6); review consent agreement, decision document for information for comments (0.5).<br>N.J. SMITH | 2.10 hrs. | 290.00/hr | $609.00 |
| 03/08/05 | Conference with Attorney Carlisle regarding Consent Agreement and Amendment for 89-34-SW, then research and provide copies of same to Attorney Smith.<br>L.J. JENNINGS | 0.50 hrs. | 125.00/hr | $62.50 |
| 03/09/05 | Complete revisions to wetlands application narrative and package, drawings, and narrative, forward to Mr. Bailey.<br>N.J. SMITH | 2.10 hrs. | 290.00/hr | $609.00 |

W. R. Grace & Co.
April 20, 2005
Invoice 677924  Page 2

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/05 | Call from Ms. Sanger, OCRM project manager, regarding scope of wetland permit and clean up, wetland mitigation and restoration issues. | N.J. SMITH | 0.40 hrs. | 290.00/hr | $116.00 |
| 03/11/05 | Review regulatory information on surface water sampling and standards. | R.T. CARLISLE | 0.70 hrs. | 260.00/hr | $182.00 |
| 03/14/05 | Reply to electronic mail memorandum from Mr. Bucens regarding point of compliance for surface water RGOs. | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |
| 03/16/05 | Message from Mr. Hanley, reply with explanation of Corps and state difference for calculations in SOP. | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/17/05 | Brief discussion with Mr. Hanley regarding revisions to application, schedule for meeting. | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/22/05 | Contact Mr. Ridgell for meeting schedule; contact Corps staff. | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/23/05 | Continue coordination of pre-application meeting with agency staff. | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 03/25/05 | Telephone conference with Ms. Sanger regarding scope of meeting, her availability; follow up with Mr. Hanley on status. | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |
| 03/28/05 | Follow up with Ms. Socha on schedule for meeting (0.2); telephone conference with Ms. Sanger, and later receive confirmation for April 6 (0.2); follow up with Mr. Bailey regarding schedule (0.1). | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |
| 03/29/05 | Finalize meeting coordination on wetlands permit application with Corps and OCRM, including preparation of letter to agencies confirming meeting and delivering draft materials (0.7); correspondence with Mr. Bailey and Mr. Hanley regarding meeting (0.2); telephone conference with Mr. Bailey regarding final pieces to complete for meeting (0.2). | N.J. SMITH | 1.10 hrs. | 290.00/hr | $319.00 |
| 03/30/05 | Telephone conference with Mr. Bailey, finalize information for pre-application meeting with agencies, correspondence and package of documents (0.3); message to Mr. Bucens regarding recommendations to proceed with meeting (0.2); review replies and finalize correspondence and confirm meeting with Corps for conference room (0.2). | N.J. SMITH | 0.70 hrs. | 290.00/hr | $203.00 |

**Fees for Legal Services** ................................................................................ **$3,901.00**

W. R. Grace & Co.

April 20, 2005
Invoice 677924  Page 3

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| N.J. SMITH | 10.60 | 290.00 | 3,074.00 |
| R.T. CARLISLE | 2.70 | 260.00 | 702.00 |
| L.J. JENNINGS | 1.00 | 125.00 | 125.00 |
| TOTAL | 14.30 | $272.80 | $3,901.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 03/04/2005    Telephone 1-617-498-2667 | 0.90 |
|---|---:|
| **Total Charges for Other Services Provided/Expenses Incurred** .................................. | **$0.90** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Telephone | 0.90 |
| TOTAL | $0.90 |

**Net current billing for this invoice** ................................................................................ $3,901.90

**GRAND TOTAL**........................................................................................................... **$3,901.90**

W. R. Grace & Co.
April 20, 2005
Invoice 677924  Page 4

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---:|
| Fees for Professional Services | $3,901.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.90 |
| **Net current billing for this invoice** ................................................................... | **$3,901.90** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044  

April 20, 2005  
Invoice 677925  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06091 | For Services Through 03/31/05 |
| Name of Matter: | Fee Applications | |

| Date | Description | | | |
|---|---|---|---|---|
| 03/01/05 | Edit and review January 2005 Interim Fee Application.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/01/05 | Analyze bills and draft January 2005 Interim Fee Application for attorney review.<br>A.R. PRICE | 2.80 hrs. | 105.00/hr | $294.00 |
| 03/14/05 | Follow up on status of January 2005 Interim Fee Application and update tracking chart.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/14/05 | Review PACER to determine if 15th Quarterly Fee Application has been filed and follow up with co-counsel on same.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/16/05 | Follow up with debtor's counsel on service issue related to fee applications.<br>B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 03/17/05 | Review bills and draft February 2005 Interim Fee Application (2.9); revise and update tracking chart with new hearing and objection deadlines (0.3); draft status memo to attorney regarding same (0.3).<br>A.R. PRICE | 3.50 hrs. | 105.00/hr | $367.50 |
| 03/24/05 | Edit February 2005 Interim Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 03/24/05 | Review PACER to determine if 14th Quarterly Fee Application approved; review filed order and update chart.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |

**Fees for Legal Services** ................................................................................................... **$969.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.40 | 220.00 | 308.00 |
| A.R. PRICE | 6.30 | 105.00 | 661.50 |
| TOTAL | 7.70 | 125.91 | 969.50 |

W. R. Grace & Co.

April 20, 2005
Invoice 677925  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 03/03/2005 | Federal Express charge | 10.97 |
| 03/03/2005 | Federal Express charge | 10.97 |
| 03/08/2005 | Telephone 1-561-362-1506 | 0.15 |
| 03/09/2005 | Photocopies 37 Page(s) | 1.85 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$23.94** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.85 |
| Fed Ex | 21.94 |
| Telephone | 0.15 |
| TOTAL | $23.94 |

**Net current billing for this invoice** .................................................................. $993.44

**GRAND TOTAL**............................................................................................... **$993.44**

W. R. Grace & Co.  
April 20, 2005  
Invoice 677925  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**  
**Nelson Mullins Riley & Scarborough LLP**  
Post Office Drawer 11009  
Columbia, South Carolina 29211  
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.  
Fee Applications  
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $969.50 |
| Charges for Other Services Provided/Expenses Incurred | $23.94 |
| **Net current billing for this invoice** | **$993.44** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.  
Columbia Operating Account  
**ABA#:** 053200666  
**Account #:** 04032 24077 01  
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Vicki B. Finkelstein
7500 Grace Drive
Columbia, MD  21044

April 20, 2005
Invoice 677926  Page  1

Our Matter #     02399/06092     For Services Through 03/31/05
Name of Matter:     Laurens County Property

| Date | Description | | | |
|---|---|---|---|---|
| 03/01/05 | Review report sent by RMT via express mail relating to design and maintenance of landfill caps (0.1); confer with Ms. Finkelstein regarding same (0.1); draft edits to declaration of restrictive covenants (0.3). | | | |
| | R.T. CARLISLE | 0.50 hrs. | 260.00/hr | $130.00 |
| 03/02/05 | Complete revisions to draft restrictive covenants (0.3); draft side agreement (1.8); confer with Attorney Fant regarding sufficiency of certain provisions (0.2); transmit drafts to client with recommendations (0.1). | | | |
| | R.T. CARLISLE | 2.40 hrs. | 260.00/hr | $624.00 |
| 03/14/05 | Confer with client regarding attachment to restrictive covenant; review file drawings relating to same; follow-up discussion with client. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 260.00/hr | $52.00 |

**Fees for Legal Services** .................................................................................................. **$806.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 3.10 | 260.00 | 806.00 |
| TOTAL | 3.10 | 260.00 | 806.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

03/01/2005     Federal Express charge     45.15
Total Charges for Other Services Provided/Expenses Incurred ................................ **$45.15**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 45.15 |
| TOTAL | $45.15 |

**Net current billing for this invoice** ................................................................................. **$851.15**

**GRAND TOTAL**............................................................................................................ **$851.15**

W. R. Grace & Co.

April 20, 2005
Invoice 677926  Page 2

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 03/31/05

W. R. Grace & Co.
Laurens County Property
Our Matter # 02399/06092

| | |
|---|---:|
| Fees for Professional Services | $806.00 |
| Charges for Other Services Provided/Expenses Incurred | $45.15 |
| **Net current billing for this invoice** | **$851.15** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC