# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

Engagement Costs – Weja, Inc.

| Date | Description | Amount |
|---|---|---|
| 01/27/05 | Paid Skyline Duplication #10501 S#6403[2] | 4219.54 |
| 02/10/05 | Pd Fedex to Westhampton NY; CTM; Ck# 271542 | 13.56 |
| 02/22/05 | Pd Fedex to Newark NJ; JOB; Ck# 270974 | 14.55 |
|  | Duplicating | 0.56 |
|  | Matter Total Engagement Cost | 4,248.21 |

Engagement Costs – Chapter 11 Administration

| Date | Description | Amount |
|---|---|---|
| 02/07/05 | PD UPS TO WILMINGTON DE; KJ; INV# 247504 | 7.74 |
| 02/18/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 271383 | 9.84 |
|  | Matter Total Engagement Cost | 17.58 |

Engagement Costs – Insurance Investigation

| | | |
|---|---|---|
| | Computer Assisted Research[3] | 451.57 |
| | Matter Total Engagement Cost | 451.57 |

Engagement Costs – NY Superfund Action

| Date | Description | Amount |
|---|---|---|
| 02/28/05 | DOCUMENT ACCESS FACILITY- FEBRUARY 2005 | 2864.00 |
|  | Computer Assisted Research[4] | 243.04 |
|  | Telephone | 2.07 |
|  | Matter Total Engagement Cost | 3,109.11 |

---

[2] See Invoice # N3449 from Skyline Duplication dated 1/27/2005 attached hereto as Exhibit 1.

[3] See Pitney Hardin LLP Engagement Cost Report for 2/2/2005 to 2/28/2005 for Insurance Investigation attached hereto as Exhibit 2.

[4] See Pitney Hardin LLP Engagement Cost Report for 2/2/2005 to 2/28/2005 for NY Superfund Action attached hereto as Exhibit 3.

14

# EXHIBIT 1

# Skyline Duplication

OMT, LLC
550 Broad Street
Newark, NJ 07102

| Invoice Date | Invoice # |
|---|---|
| 1/27/2005 | N3449 |

**Bill To**

Pitney Hardin
200 Campus Drive
Florham Park, New Jersey 07932

RECEIVED
FEB 15 2005
PITNEY, HARDIN, KIPP & SZUCH LLP

| Rep | Reference/Case# | Date Requested | Ordered By |
|---|---|---|---|
| KK | 082910.065656 | 12/22/2004 | Stella, Frances |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 31,032 | 8.5 x 11 Copy | 0.10 | 3,103.20T |
| 108 | 11x17 B/W Copy | 0.25 | 27.00T |
| 108 | Oversize Print 24x36 (Per Sq. Ft.) | 1.50 | 162.00T |
| 315 | Oversize Print 30x42 (per sq ft) | 1.50 | 472.50T |
| 54 | Plastic Pocket Sleeve | 1.00 | 54.00T |
| 18 | Color Copies | 1.50 | 27.00T |
| 54 | Velo Bind | 2.50 | 135.00T |

c/m: 082910.065656
ok to pay
w/ H
2/15/05

PAID
APPROVED
VENDOR NO. 025359
CHECK NO. 271202
CHARGE. 10501

| | Sales Tax (6.0%) | $238.84 |
|---|---|---|

Please Remit Payment to:
Skyline Duplication
550 Broad Street
Basement Level
Newark, NJ 07102

Phone #  973-648-0090
Fax #    973-648-0004

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$4,219.54** |

Tax ID 03-0385240

# EXHIBIT 2

3/24/2005  
2:55 PM

Pitney Hardin LLP  
**Engagement Cost Report**

(_PHDSB02JB)  
Req'd By: kandolab  
Currency: USD

Includes: Hard, Soft, Billed, Unbilled  
Periods: 200502 To 200502  Dates: 2/2/2005 To 2/28/2005

Client: 082910  W.R. GRACE & CO.  
Matter: 113203  Insurance Investigation

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|
| Client: 082910  W.R. GRACE & CO. | | | | | | | | | |
| Cost Code: CAR  Computer Assisted Research | | | | | | | | | |
| 2/28/2005 | CAR | | 1825813 | 15 | 2075619 | 3/16/2005 | $41.97 | $41.97 | $41.97 |
| 2/28/2005 | CAR | | 1825814 | 15 | 2075619 | 3/16/2005 | $321.49 | $321.49 | $321.49 |
| 2/28/2005 | CAR | | 1825945 | 55 | 2075619 | 3/16/2005 | $88.11 | $88.11 | $88.11 |
| Cost Code CAR Totals: | | | | | | | $451.57 | $451.57 | $451.57 |
| Matter 113203 Totals: | | | | | | | $451.57 | $451.57 | $451.57 |
| Client 082910 Totals: | | | | | | | $451.57 | $451.57 | $451.57 |
| Report Totals | | | | | | | $451.57 | $451.57 | $451.57 |

Page: 1

# EXHIBIT 3

3/24/2005　　　　　　　　　　　　　　　　Pitney Hardin LLP　　　　　　　　　　　　　　　(PHDSB02JB)
2:55 PM　　　　　　　　　　　　　　　　Engagement Cost Report　　　　　　　　　　　Req'd By: kandolab
Includes: Hard, Soft, Billed, Unbilled　　　　　　　　　　　　　　　　　　　　　　　　Currency: USD

Client: 082913　W.R. GRACE & CO.\INSURANCE CO
Matter: 000009　NY Superfund Action　　　Periods: 200502 To 200502　Dates: 2/2/2005 To 2/28/2005

| Trans Date | Disb | Description | Disb ID | Task Code | Bill Num | Bill Date | Base Amount | To Bill Amount | Billed Amount |
|---|---|---|---|---|---|---|---|---|---|

Client: 082913　W.R. GRACE & CO.\INSURANCE CO
Cost Code: CAR　Computer Assisted Research

| 2/28/2005 | CAR | | 1825947 | 55 | 2075616 | 3/16/2005 | $243.04 | $243.04 | $243.04 |

　　　　　　　　Cost Code CAR Totals:　　　　　　　　　　　　　　　　　　　　　$243.04　　$243.04　　$243.04
　　　　　　　　　　　Matter 000009 Totals:　　　　　　　　　　　　　　　　　　$243.04　　$243.04　　$243.04
　　　　　　　　　　　　Client 082913 Totals:　　　　　　　　　　　　　　　　　$243.04　　$243.04　　$243.04
　　　　　　　　Report Totals　　　　　　　　　　　　　　　　　　　　　　　　　$243.04　　$243.04　　$243.04

Page: 1

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* : | Chapter 11 |
| : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], : | (Jointly Administered) |
| : | |
| Debtors. : | Objection Deadline: April 25, 2005 |
| : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Pitney Hardin LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Pitney Hardin LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: March 30, 2005

Respectfully submitted,  
PITNEY HARDIN LLP

*Anthony Marchetta*  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950