# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 11, 2005

Bill Number 79387
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through February 28, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/06/05 | ARA | Per MTM's request, search for and obtain documents re: privilege document issue (3.1). Per MTM's request, locate and arrange Libby personnel file for copying for in-house counsel (.4). Arrange for boxes of previously privileged documents to be delivered to the firm; telephone call to PM and MTM re: same (.4). Review Grace's original privileged documents for a specific document, per MTM's request (1.5). Per RAM's request, review deposition of in-house counsel for his employment start date at Grace (.3). | 5.70 Hrs | $513.00 |
| 01/07/05 | ARA | Oversee pick-up and delivery of the previously privileged boxes of documents to the firm (.6). Receipt and return Libby personnel file to the repository (.2). Telephone call from and to MTM and search for specific documents on privilege document list; produce list to MTM (3.0). Per MTM's instructions, compare Kirkland & Ellis list against Ness Motley list to locate particular documents (1.5). | 5.30 Hrs | $477.00 |
| 01/10/05 | ARA | Continue review and comparison of Kirkland & Ellis list against Ness Motley list to locate particular documents (3.0). Receipt of privilege waived list from MTM to search for documents (3.3); oversee pick-up of privilege waived documents by Boston Express (.2); conference with MTM re: privilege waived document review (.3). | 6.80 Hrs | $612.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 01/11/05 | ARA | Review privilege waived boxes of documents (7.2). Return product binder and deposition transcripts to the repository (.3). | 7.50 Hrs | $675.00 |
| 01/12/05 | ARA | Quality control and return deposition binders to deposition library. | 5.60 Hrs | $504.00 |
| 01/13/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 4.70 Hrs | $423.00 |
| 01/14/05 | ARA | Per MTM's request, review depositions of Dr. McDonald re: Libby study. | 2.50 Hrs | $225.00 |
| 01/18/05 | ARA | Review deposition and prepare McDonald deposition for copying (1.8); contact Merrill to copy depositions (.2). Per MTM's request, search for particular exhibit (.8). | 2.80 Hrs | $252.00 |
| 01/19/05 | ARA | Per MTM's request, locate and review Libby personnel file for in-house counsel (.8); arrange for file to be copied for in-house counsel (.2); receipt of file from Merrill Corp. (.2). Receipt of deposition binders from Merrill Corp; quality control and return same to the deposition library (2.3). Per telephone call from MTM, search for documents; telephone call to MTM to discuss located documents (1.4). | 4.90 Hrs | $441.00 |
| 01/20/05 | ARA | Continue to search for documents per MTM's request and produce documents to MTM. | 4.50 Hrs | $405.00 |
| 01/21/05 | ARA | Review and quality control McDonald depositions and return them to the expert deposition library. | 1.50 Hrs | $135.00 |
| 01/24/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 3.40 Hrs | $306.00 |
| 01/25/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 6.90 Hrs | $621.00 |
| 01/26/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 7.00 Hrs | $630.00 |
| 02/01/05 | MTM | Receipt and review of emails re: certain documents of Grace employee from Holme Roberts paralegal requested by in-house paralegal (.3); review binders at Winthrop Square re: Recordkeeper boxes reviewed for ZAI/EPA review (1.7); telephone call to Grace in Cambridge re: same (.3); email to Grace employee re: same (.2); review list of source of origin consolidated boxes at Winthrop Square re: same (1.4); email to in-house counsel re: status of search for (.3). | 4.20 Hrs | $840.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/02/05 | MTM | Telephone call from in-house counsel re: certain documents of Grace employee (.1); email to Holme Roberts paralegal re: same (.1); telephone call from in-house counsel re: search for same in Boca office (.2); email to Holme Roberts attorney re: prior sweeps of Boca office (.3); telephone call from in-house counsel confirming documents at issue were sent to Holme Roberts (.2); telephone call to Holme Roberts paralegal re: same (.3). | 1.20 Hrs | $240.00 |
| 02/07/05 | DBM | Search for Libby RCAs per MTM's request. | 1.70 Hrs | $357.00 |
| 02/07/05 | MTM | Telephone call from in-house counsel with request for Request for Capital Appropriations in Libby (.2); conference with DBM re: search for same (.2); obtain requested documents at Winthrop Square (1.6); telephone call to in-house counsel re: same (.1); letter to in-house counsel re: same (.2). | 2.30 Hrs | $460.00 |
| 02/08/05 | MTM | Receipt and review of indictment (.9); email to Kirkland & Ellis counsel re: document searches (.3). | 1.20 Hrs | $240.00 |
| 02/09/05 | DBM | Search for Vermiculite Intermountain documents per MTM's request. | 2.40 Hrs | $504.00 |
| 02/09/05 | MTM | Telephone call from in-house counsel at Grace re: request for Vermiculite Intermountain licensing documents re: bankruptcy issue (.3); conference with DBM re: same (.2); receipt and review of list of potential licensing agreements (.2); telephone call to in-house counsel re: same (.2). | 0.90 Hrs | $180.00 |
| 02/10/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $46.00 |
| 02/10/05 | MTM | Obtain documents at Winthrop Square requested by in-house counsel (1.3); telephone call to in-house counsel re: same (.3); letter to in-house counsel re: same (.2); telephone call from in-house counsel re: questions on some of the licensing agreements (.3); letter and fax to in-house counsel re: licensing agreement (.3). | 2.40 Hrs | $480.00 |
| 02/11/05 | RAM | Conference with MTM and message to DBM re: debriefing memo (.1); read memorandum (1.4). | 1.50 Hrs | $345.00 |
| 02/11/05 | MTM | Obtain additional documents at Winthrop Square requested by in-house counsel re: Vermiculite Intermountain licensing agreements (1.7); telephone call to in-house counsel re: same (.3); receipt and review of email from Kirkland & Ellis counsel re: memo of interview of former Grace employee and request for exhibits cited therein (.3). | 2.30 Hrs | $460.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/14/05 | DBM | Search for documents referred to in interview memorandum. | 6.00 Hrs | $1,260.00 |
| 02/15/05 | RAM | Read selected documents filed in bankruptcy court (.1). Telephone conference with in-house counsel re: Montana indictment (.1). | 0.20 Hrs | $46.00 |
| 02/15/05 | DBM | Continue search for former Grace employee interview documents (4.2). Telephone call from in-house counsel re: sales in Australia (.1). | 4.30 Hrs | $903.00 |
| 02/16/05 | RAM | Emails from/to DBM re: any documents in Winthrop Square re: sales in Australia. | 0.10 Hrs | $23.00 |
| 02/16/05 | DBM | Continue work on locating interview documents (2.6); draft letter to Kirkland Ellis attorney re: same (.5). Telephone call to in-house counsel re: Australian sales (.3). | 3.40 Hrs | $714.00 |
| 02/16/05 | RM | Search for and locate documents referred to in memorandum of interview of former Grace employee. | 6.30 Hrs | $567.00 |
| 02/17/05 | DBM | Continue search for former Grace employee interview documents (5.7). Locate privileged documents per in-house paralegal (1.2). | 6.90 Hrs | $1,449.00 |
| 02/17/05 | RM | Search for and locate documents referred to in memorandum of interview of former Grace employee. | 3.30 Hrs | $297.00 |
| 02/18/05 | RAM | Telephone conferences with DBM and MB re: locating privileged documents. | 0.30 Hrs | $69.00 |
| 02/18/05 | DBM | Complete review for former Grace employee's interview documents. | 3.50 Hrs | $735.00 |
| 02/21/05 | RAM | Read three privileged documents and related documents (.2). Read selected documents filed in bankruptcy court (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $92.00 |
| 02/22/05 | MTM | Review correspondence and documents sent to Kirkland & Ellis counsel re: exhibits for former Grace employee (.5). Receipt and review of email request from Holme Roberts paralegal re: Libby common exhibit documents (.2); locate same at Winthrop Square (1.1); email to Holme Roberts paralegal re: Libby common exhibit documents requested (.2). Receipt and review of email requests for Libby personnel file (.1); obtain Libby personnel file at Winthrop Square (.3). Receipt and review of email re: information on sales in Australia (.2); review files re: sales outside U.S. re: same (.5); telephone call to ARA re: sales outside U.S. list (.2); respond to email from in-house Grace counsel re: sales in Australia (.3); review sales outside U.S. binder at Winthrop Square (.6); email to in-house Grace counsel re: review of sales outside U.S. binder re: sales in | 4.80 Hrs | $960.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| | | Australia (.6) | | |
| 02/23/05 | RAM | Emails from/to MTM and in-house counsel re: what documents are at Winthrop Square re: sales in Australia. | 0.10 Hrs | $23.00 |
| 02/23/05 | MTM | Receipt and review of email from RAM re: Australian documents issue (.2); review Baron & Budd and Ness Motley exhibit lists for Australian documents (1.8). | 2.00 Hrs | $400.00 |
| 02/24/05 | MTM | Return Libby documents to Winthrop Square (.5); obtain Libby common exhibit list for Holme Roberts paralegal (.5). | 1.00 Hrs | $200.00 |
| 02/25/05 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $207.00 |
| 02/25/05 | DBM | Search for Australian licensee documents. | 3.40 Hrs | $714.00 |
| 02/25/05 | MTM | Receipt and review of search results re: Australian sales (.3); email to in-house counsel re: Australian sales (.4); review additional searches re: same (.5); obtain documents at Winthrop Square re: same (1.0). | 2.20 Hrs | $440.00 |
| 02/27/05 | RAM | Read email from MTM re: what documents have been located re: sales in Australia. | 0.10 Hrs | $23.00 |
| 02/28/05 | MTM | Review additional search results re: Australian sales (.7); obtain additional Australian sales documents at Winthrop Square (1.0). | 1.70 Hrs | $340.00 |
| | | TOTAL LEGAL SERVICES | | $19,833.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.80 Hrs | 230/hr | $874.00 |
| DONNA B. MACKENNA | 31.60 Hrs | 210/hr | $6,636.00 |
| MATTHEW T. MURPHY | 26.20 Hrs | 200/hr | $5,240.00 |
| ANGELA R. ANDERSON | 69.10 Hrs | 90/hr | $6,219.00 |
| REGINA MERKEL | 9.60 Hrs | 90/hr | $864.00 |
| | 140.30 Hrs | | $19,833.00 |

| | |
|---|---|
| TOTAL THIS BILL | $19,833.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 11, 2005

Bill Number 79388

File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through February 28, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 02/10/05 | RAM | Work on quarterly fee application. | 0.30 Hrs | $69.00 |
| 02/11/05 | RAM | Work on quarterly fee application. | 0.10 Hrs | $23.00 |
| 02/25/05 | RAM | Work on January fee application. | 0.60 Hrs | $138.00 |
| 02/25/05 | MTM | Answer billing questions re: January fee application for RAM. | 0.60 Hrs | $120.00 |
| 02/28/05 | RAM | Work on January fee application. | 0.40 Hrs | $92.00 |
| | | TOTAL LEGAL SERVICES | | $442.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.40 Hrs | 230/hr | $322.00 |
| MATTHEW T. MURPHY | 0.60 Hrs | 200/hr | $120.00 |
| | 2.00 Hrs | | $442.00 |

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $442.00 |