**EXHIBIT B**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 11, 2005

Bill Number 79389
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2005

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $5.81 |
| | | | |
| BOSTON EXPRESS DELIVERY | | | |
| 02/18/05 | To W R Grace boxes from Casner & Edwards on 1/07/05 | 26.80 | |
| 02/18/05 | To W R Grace boxes from One Winthrop Sq on 1/10/05 | 23.60 | |
| | | | $50.40 |
| | | | |
| FEDERAL EXPRESS | | | |
| 02/02/05 | To in-house counsel from MTM - 1/20/05 | 25.78 | |
| 02/02/05 | To Kirkland & Ellis attorney from MTM - 1/20/05 | 21.94 | |
| 02/02/05 | To Kirkland & Ellis attorney from MTM - 1/19/05 | 44.56 | |
| 02/02/05 | To in-house counsel from MTM - 1/19/05 | 25.78 | |
| 02/22/05 | To W R Grace & Co. from MTM - 2/10/05 | 24.32 | |
| | | | $142.38 |
| | | | |
| PHOTOCOPYING | | | |
| 02/02/05 | 32 copies at .12 per copy | 3.84 | |
| 02/02/05 | 59 copies at .12 per copy | 7.08 | |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2005

PHOTOCOPYING

| | | |
|---|---|---|
| 02/07/05 | 3 copies at .12 per copy | 0.36 |
| 02/10/05 | 29 copies at .12 per copy | 3.48 |
| 02/10/05 | 215 copies at .12 per copy | 25.80 |
| 02/10/05 | 20 copies at .12 per copy | 2.40 |
| 02/11/05 | 112 copies at .12 per copy | 13.44 |
| 02/16/05 | 853 copies at .12 per copy | 102.36 |
| 02/17/05 | 208 copies at .12 per copy | 24.96 |
| 02/18/05 | 111 copies at .12 per copy | 13.32 |
| 02/22/05 | 24 copies at .12 per copy | 2.88 |
| 02/22/05 | 21 copies at .12 per copy | 2.52 |
| 02/22/05 | 100 copies at .12 per copy | 12.00 |
| 02/22/05 | 6 copies @ .15 per copy | 0.72 |
| 02/22/05 | 115 copies at .12 per copy | 13.80 |
| 02/24/05 | 3 copies at .12 per copy | 0.36 |
| 02/24/05 | 45 copies at .12 per copy | 5.40 |

$234.72

TELEPHONE

| | | | |
|---|---|---|---|
| 02/09/05 | 329 | 4105314222 | 0.55 |
| 02/10/05 | 357 | 4105314783 | 2.20 |
| 02/10/05 | 329 | 4105314222 | 1.87 |
| 02/10/05 | 357 | 4105314783 | 1.10 |
| 02/22/05 | 329 | 5613621533 | 0.77 |
| 02/22/05 | 329 | 2696959676 | 1.21 |

$7.70

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 02/01/05 | BOSTON CAPITAL INSTITUTION - Rent and utilities for document repository at One Winthrop Square - February 2005 | 12,306.93 |

$12,306.93

MISCELLANEOUS

| | | |
|---|---|---|
| 02/16/05 | RECORDKEEPER ARCHIVE - Monthly storage fee (02/05) | 396.45 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2005

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 02/24/05 | RECORDKEEPER ARCHIVE -1/05 delivery charges | 27.00 | |
| 02/24/05 | RECORDKEEPER ARCHIVE - 12/04 delivery charges | 54.00 | |
| | | | $477.45 |
| | TOTAL DISBURSEMENTS | | $13,225.39 |
| | TOTAL THIS BILL | | $13,225.39 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 11, 2005

Bill Number 79390
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2005

**FEDERAL EXPRESS**

| | | | |
|---|---|---|---|
| 02/02/05 | To Scotta McFarland, Pachulski Stang Ziehl Young, from R. Murphy - 01/25/05 | 13.13 | |
| | | | $13.13 |

**PHOTOCOPYING**

| | | | |
|---|---|---|---|
| 02/11/05 | 107 copies at .12 per copy | 12.84 | |
| | | | $12.84 |
| | | TOTAL DISBURSEMENTS | $25.97 |
| | | TOTAL THIS BILL | $25.97 |