# EXHIBIT 2

## Dkt 8327 - 9th Omni 4 Continuation Order for WR Grace

Total number of parties: 1
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 13866 | SPAULDING AND SLYE CONSTRUCTION LP, C/O BRUCE D LEVIN ESQ, BERNKOPF GOODMAN & BASEMAN LLP, 125 SUMMER STR, BOSTON, MA 02110 |

Subtotal for this group: 1