With five MA B-readers there are ten possible pairings of MA B-readers, when each reads the same sets of films as the other. Each of the ten tables carries the same information: the cross classification of the findings of the underlying disease process by the two MA B-readers, with both the number of cases and the percents of all cases for each cell (denoted (a) tables). In addition, there are two subtables for each of these ten combinations that report the same comparisons between MA B-reader pairs, but subclassified by pleural disease (denoted (b) tables) and interstitial disease (denoted (c) tables). Further, each of these subtables reports the rates (proportions) of agreement, disagreement, and extreme disagreement between the two B-readers. We defined "extreme disagreement" as the case of when one MA B-reader found bilateral pleural or bilateral interstitial disease, while the other MA B-reader found (i) an unreadable or negative film, (ii) no pleural abnormalities in the case of bilateral pleural disease, and (iii) no parenchymal abnormalities in the case of bilateral interstitial disease. "Exact agreement" was defined as those cases in which both MA B-readers classified the same film in exactly the same manner. "Some disagreement" referred to those cases in which the MA B-readers disagreed, but not in the extreme, as we have just defined.

In the case of the pleural disease subtables ((b) tables), the number of claims with bilateral pleural disease in these tables may be larger than the number of claims identified as having BPD in the MA B-reader's UDP tables ((a) tables). This is due to the fact that cases defined as BILD in the UDP tables are claims where the B-reader found BILD only or BPD in addition to BILD. Hence, since BILD is considered more severe, the claims where a B-reader determines both BPD and BILD were classified as BILD for the underlying disease process.

These 10 sets of tables reveal that for some pairs of MA B-readers, the rates of disagreements were substantial. For pleural disease, rates of extreme disagreement ranged from 8% to 55%. For interstitial disease, the comparable range was from 3% to 36%. In some cases (for example, Table 12c), part of the reason for the rates of disagreement lies in the fact that one of the MA B-readers (reader C in this example) did not find any interstitial disease. Corroborating this finding about reader C are the results in Table 15c, in which reader C again found no interstitial disease in 138 cases, for which the other reader (3) found at least some disease in 91 cases (66%). As we reported earlier, high levels of agreement are possible only when the B-readers exhibit similar "calibration" in their propensity to identify a disease process.

c.   Summary

Two conclusions may be drawn from these ancillary results. First, the MA B-readers seemed to operate under very different opinions about the threshold of medical evidence needed to judge disease. We did not have any data from which to explain the reasons for these differences. Second, the same case when reviewed by different MA B-readers led to

Report. Manville Personal Injury Settlement Trust x-ray Audit 12/09/97
Dept of Health Evaluation Sciences, Penn State University College of Medicine
Center for Clinical Epidemiology and Biostatistics, Univ of Pennsylvania                  Page 26

CRMC 0116787

different conclusions. The frequency of this difference of opinions varied widely by the reviewer pair, suggesting again that the calibrations of the MA B-readers varied, in some cases widely.

## VII. Comments

We have found that, as anticipated, Category of the claim was an important predictor of whether there was a dispute (in the determination of disease process) between claimant and the MA B-reader. We also found, not surprisingly, that law firm and/or physician also explained to a large degree the chances of a dispute between claimant and Trust on the issue of the UDP. With sufficient data relative to the number of law firms and physicians, one could identify those law firms, physicians, or combinations that had statistically significant higher (or lower) rates of dispute.

We found that the agreement between the disease process alleged by the claimant and that as found by the MA B-reader depended on the assignment of MA B-reader to the x-ray audit. This comment is supported by Tables 11-20. We must place these findings in context, however. To some extent the same conclusion applies to any exercise in clinical decision-making in which a diagnosis or clinical determination must be based on expert judgment, and that expert judgment reflects highly variable subjective opinion. It is common for physicians who are making subjective opinions to differ widely on the question of the presence of disease (Kopanz 1994, Wagner 1993, Anfield 1992, Parker 1989, Ducatman 1988, Felson 1973). Clinicians sometimes exhibit different rates of finding disease. For example, the Occupational Health Department of the U.S. Navy conducted an analysis of 10,000 reviews of x-rays done by civilian B-readers (Ducatman 1988). In a randomly assigned set of x-ray interpretations, it found a 300-fold variation among B-readers in their rates of identification of definite parenchymal opacifications (defined as an ILO score of greater than or equal to 1/1), from 0.02% to 7.55%. NIOSH certification examination instructors, who participated as Navy B-readers, also varied in their rates of finding disease, but with a narrower rate (from 0.17% to 1.29%, only a 7-fold variation). The Navy found a two-fold regional variation as well (region of origin of the B-reader). Although one might expect some variation in such a low prevalence finding (overall rate was about 1.2%), the variation remains wide. Even with the elimination of a "outlier" reader, the individual and regional variations continued to appear.

The level of agreement among some of the MA B-reader pairs in this study was poor by any clinical or statistical standard. The extreme case appears in the complete disagreement between readers B and C in their judgments on interstitial abnormalities (Table 15c). Such levels of disagreement, in our experience, would lead immediately in a clinical or research setting to a search for a method of reducing the degree of disagreement, either through further training of readers or through consensus development methods. A description of these methods lies well beyond the scope of this report, however.

CRMC 0116788

For there to be high levels of agreement on individual cases, physicians must find disease at the same rate in any sample of cases. For example, if as in the present case, some MA B-readers are disputing 70% of the cases while other are disputing less than 30%, they will disagree on about 40% of all cases. Not all disparities between the MA B-reader pairs were this striking.

Even when they have similar rates of finding disease, however, B-readers might still differ on individual cases (Parker 1989)[1]. From the present data, we cannot estimate the level of improvement in agreement if all MA B-readers exhibited identical calibrations in finding disease in the sample of x-rays. Given the extremes in the rates of dispute by MA B-readers, there is ample room for improvement among these five MA B-readers.

In spite of these findings, and those involving other studies of B-reader performance, our early analyses suggested that the use of certified B-readers by the claimants decreased the likelihood of a dispute with the MA B-readers. As evidence for this statement, we point to a preliminary finding that those claimants whose diagnoses were made by certified B-readers, rather than by non B-readers, had a 25% higher odds of passing the Trust's medical audit (even after adjusting for the other factors that might affect the chances of passing the audit). Although these data were not sufficient to assess "success" rates among individual B-readers (used by the claimants), they did suggest perhaps that B-readers as a group are more likely to agree among themselves than with other physicians performing the same evaluations of x-rays.

We should comment on the potential impact of disagreement among MA B-readers on the Trust's x-ray audit process. The effect of differing propensities to dispute claims by MA B-reader depends on whether one considers the impact on an individual claimant or on groups of claims. As it would be filed by a law firm. For the individual claimant, the assignment of MA B-readers, even at random, can have a substantial impact on the final result of the Medical Audit for that claim. This result follows clearly from the different calibrations of MA B-readers in their rates of finding an UDP. By contrast, for groups of claims, these differences among MA B-readers will offset each other. If there were completely random allocation of claims (by law firm or physician) to the MA B-readers, any differences in treatment at the law firm or physician level would attenuate over time and with large numbers of cases.

---

[1]A comparison of Table 1 and Table 2 in the Parker 1989 study highlights this point. When the two rates differed little in their rates of finding pleural thickening (54% vs 50%), the ratio of the number of cases in which the two readers concurred on the presence of disease divided by the number of cases in which either reader found disease was 0.66 (107/162), indicating that two thirds of the findings of disease were agreed upon. When the two raters differed in their rates of finding disease, however, (34% vs 15%), the comparable ratio was only 0.35, indicating that in only one-third of the findings of disease was there agreement between the readers.

Report, Manville Personal Injury Settlement Trust x-ray Audit 12/09/97
Dept of Health Evaluation Sciences, Penn State University College of Medicine          Page 28

CRMC 0116789

**Table 11a.** Comparing UDP between B-reader A and B-reader B when reviewing the same x-rays regardless of whether a first or second stage evaluation.

|  |  | B-reader B's UDP | | |
| --- | --- | --- | --- | --- |
|  |  | None n (%) | BPD n (%) | BILD n (%) |
| B-reader A's UDP | None | 108 (43.6) | 37 (14.9) | 31 (12.5) |
|  | BPD | 12 (4.8) | 33 (13.3) | 25 (10.1) |
|  | BILD | 1 (0.4) | 1 (0.4) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
| --- | --- | --- | --- |
| A vs. B | Agreement | 141 / 248 = 0.57 | (0.50, 0.63) |
|  | Disagreement | 107 / 248 = 0.43 | (0.37, 0.50) |

**Table 11b.** Comparing Pleural Abnormality Findings between B-reader A and B-reader B when reviewing the same x-rays regardless of whether a first or second stage valuation.

|  |  | B-reader B's Pleural Abnormality Finding | | |
| --- | --- | --- | --- | --- |
|  |  | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Pleural Abnormality Finding | None | 80 (32.3) | 38 (15.3) | 35 (14.1) |
|  | Some | 0 (0.0) | 11 (4.4) | 13 (5.2) |
|  | Bilateral | 5 (2.0) | 11 (4.4) | 55 (22.2) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
| --- | --- | --- | --- |
| A vs. B | Agreement | 146 / 248 = 0.59 | (0.52, 0.65) |
|  | Some Disagreement | 62 / 248 = 0.25 | (0.20, 0.31) |
|  | Extreme Disagreement | 40 / 248 = 0.16 | (0.12, 0.21) |

CRMC 0116790

Table 11c. Comparing Interstitial Abnormality Findings between B-reader A and B-reader B when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader B's Interstitial Abnormality Finding | | |
| --- | --- | --- | --- | --- |
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Interstitial Abnormality Finding | None | 135 (54.4) | 17 (6.9) | 38 (15.3) |
| | Some | 30 (12.1) | 8 (3.2) | 18 (7.3) |
| | Bilateral | 2 (0.8) | 0 (0.0) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
| --- | --- | --- | --- |
| A vs. B | Agreement | 143 / 248 = 0.58 | (0.51, 0.64) |
| | Some Disagreement | 65 / 248 = 0.26 | (0.21, 0.32) |
| | Extreme Disagreement | 40 / 248 = 0.16 | (0.12, 0.21) |

CRMC_0116791

Table 12a. Comparing UDP between B-reader A and B-reader C when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader C's UDP | | |
|---|---|---|---|---|
| B-reader A's UDP | | None n (%) | BPD n (%) | BILD n (%) |
| | None | 39 (73.6) | 1 (1.9) | 0 (0.0) |
| | BPD | 4 (7.6) | 6 (11.3) | 0 (0.0) |
| | BILD | 3 (5.7) | 0 (0.0) | 0 (0.0) |

| B-reader UDP Comparison A vs. C | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| | Agreement | 45 / 53 = 0.85 | (0.72, 0.93) |
| | Disagreement | 8 / 53 = 0.15 | (0.07, 0.28) |

Table 12b. Comparing Pleural Abnormality Findings between B-reader A and B-reader C when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader C's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| B-reader A's Pleural Abnormality Finding | | None n (%) | Some n (%) | Bilateral n (%) |
| | None | 36 (67.9) | 0 (0.0) | 0 (0.0) |
| | Some | 4 (7.6) | 2 (3.8) | 1 (1.9) |
| | Bilateral | 4 (7.6) | 0 (0.0) | 6 (11.3) |

| B-reader Pleural Abnormality Finding Comparison A vs. C | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| | Agreement | 44 / 53 = 0.83 | (0.70, 0.92) |
| | Some Disagreement | 5 / 53 = 0.09 | (0.03, 0.21) |
| | Extreme Disagreement | 4 / 53 = 0.08 | |

Report. Manville Pe_____ . .

CRMC 0116792

Table 12c. Comparing Interstitial Abnormality Findings between B-reader A and B-reader C when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader C's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Interstitial Abnormality Finding | None | 30 (56.6) | 0 (0.0) | 0 (0.0) |
| | Some | 20 (37.7) | 0 (0.0) | 0 (0.0) |
| | Bilateral | 3 (5.7) | 0 (0.0) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| A vs. C | Agreement | 30 / 53 = 0.57 | (0.42, 0.70) |
| | Some Disagreement | 20 / 53 = 0.38 | (0.25, 0.52) |
| | Extreme Disagreement | 3 / 53 = 0.06 | (0.01, 0.16) |

CRMC 0116793

Table 13a. Comparing UDP between B-reader A and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader A's UDP | None | 102 (32.7) | 94 (30.1) | 0 (0.0) |
| | BPD | 9 (2.9) | 79 (25.3) | 0 (0.0) |
| | BILD | 5 (1.6) | 23 (7.4) | 0 (0.0) |

| B-reader UDP Comparison A vs. D | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| | Agreement | 181 / 312 = 0.58 | (0.52, 0.64) |
| | Disagreement | 131 / 312 = 0.42 | (0.36, 0.48) |

Table 13b. Comparing Pleural Abnormality Findings between B-reader A and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Pleural Abnormality Finding | None | 47 (15.1) | 51 (16.4) | 74 (23.7) |
| | Some | 1 (0.3) | 8 (2.6) | 30 (9.6) |
| | Bilateral | 3 (1.0) | 6 (1.9) | 92 (29.5) |

| B-reader Pleural Abnormality Finding Comparison A vs. D | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| | Agreement | 147 / 312 = 0.47 | (0.41, 0.53) |
| | Some Disagreement | 88 / 312 = 0.28 | (0.23, 0.34) |
| | Extreme Disagreement | 77 / 312 = 0.25 | (0.20, 0.30) |

Port. Manville Personal Injury Settlement

CRMC 0116794

Table 13e. Comparing Interstitial Abnormality Findings between B-reader A and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Interstitial Abnormality Finding | None | 174 (55.8) | 11 (3.5) | 0 (0.0) |
| | Some | 84 (26.9) | 15 (4.8) | 0 (0.0) |
| | Bilateral | 22 (7.1) | 6 (1.9) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| A vs. D | Agreement | 189 / 312 = 0.61 | (0.55, 0.66) |
| | Some Disagreement | 101 / 312 = 0.32 | (0.27, 0.38) |
| | Extreme Disagreement | 22 / 312 = 0.07 | (0.04, 0.10) |

CRMC 0116795

Table 14a. Comparing UDP between B-reader A and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader A's UDP | None | 118 (45.0) | 13 (5.0) | 58 (22.1) |
| | BPD | 17 (6.5) | 22 (8.4) | 24 (9.2) |
| | BILD | 4 (1.5) | 6 (2.3) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| A vs. E | Agreement | 140 / 262 = 0.53 | (0.47, 0.60) |
| | Disagreement | 122 / 262 = 0.47 | (0.40, 0.53) |

Table 14b. Comparing Pleural Abnormality Findings between B-reader A and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Pleural Abnormality Finding | None | 134 (51.2) | 13 (5.0) | 14 (5.3) |
| | Some | 18 (6.9) | 7 (2.7) | 8 (3.1) |
| | Bilateral | 21 (8.0) | 4 (1.5) | 43 (16.4) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| A vs. E | Agreement | 184 / 262 = 0.70 | (0.64, 0.76) |
| | Some Disagreement | 43 / 262 = 0.16 | (0.12, 0.21) |
| | Extreme Disagreement | 35 / 262 = 0.13 | (0.09, 0.18) |

Page 35

CRMC 0116796

Table 14c. Comparing Interstitial Abnormality Findings between B-reader A and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader A's Interstitial Abnormality Finding | None | 78 (29.8) | 56 (21.4) | 38 (14.5) |
| | Some | 11 (4.2) | 25 (9.5) | 44 (16.8) |
| | Bilateral | 7 (2.7) | 3 (1.2) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| A vs. E | Agreement | 103 / 262 = 0.39 | (0.33, 0.46) |
| | Some Disagreement | 114 / 262 = 0.44 | (0.37, 0.50) |
| | Extreme Disagreement | 45 / 262 = 0.17 | (0.13, 0.22) |

CRMC 0116797

Table 15a. Comparing UDP between B-reader B and B-reader C when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader C's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader B's UDP | None | 60 (43.5) | 1 (0.7) | 0 (0.0) |
| | BPD | 21 (15.2) | 7 (5.1) | 0 (0.0) |
| | BILD | 45 (32.6) | 4 (2.9) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. C | Agreement | 67 / 138 = 0.49 | (0.40, 0.57) |
| | Disagreement | 71 / 138 = 0.51 | (0.43, 0.50) |

Table 15b. Comparing Pleural Abnormality Findings between B-reader B and B-reader C when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader C's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader B's Pleural Abnormality Finding | None | 45 (32.6) | 0 (0.0) | 1 (0.7) |
| | Some | 43 (31.2) | 1 (0.7) | 1 (0.7) |
| | Bilateral | 35 (25.4) | 2 (1.5) | 10 (7.3) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. C | Agreement | 56 / 138 = 0.41 | (0.32, 0.49) |
| | Some Disagreement | 46 / 138 = 0.33 | (0.26, 0.42) |
| | Extreme Disagreement | 36 / 138 = 0.26 | (0.19, 0.34) |

Table 15c. Comparing Interstitial Abnormality Findings between B-reader B and B-reader C when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader C's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader B's Interstitial Abnormality Finding | None | 47 (34.1) | 0 (0.0) | 0 (0.0) |
| | Some | 42 (30.4) | 0 (0.0) | 0 (0.0) |
| | Bilateral | 49 (35.5) | 0 (0.0) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. C | Agreement | 47 / 138 = 0.34 | (0.26, 0.43) |
| | Disagreement | 42 / 138 = 0.30 | (0.23, 0.39) |
| | Extreme Disagreement | 49 / 138 = 0.36 | (0.28, 0.44) |

CRMC 0116799

Table 16a. Comparing UDP between B-reader B and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader B's UDP | None | 178 (25.0) | 132 (18.5) | 1 (0.1) |
| | BPD | 32 (4.5) | 182 (25.6) | 1 (0.1) |
| | BILD | 61 (8.6) | 125 (17.6) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. D | Agreement | 360 / 712 = 0.51 | (0.47, 0.54) |
| | Disagreement | 352 / 712 = 0.49 | (0.46, 0.53) |

Table 16b. Comparing Pleural Abnormality Findings between B-reader B and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader B's Pleural Abnormality Finding | None | 71 (10.0) | 79 (11.1) | 83 (11.7) |
| | Some | 19 (2.7) | 54 (7.6) | 99 (13.9) |
| | Bilateral | 20 (2.8) | 28 (3.9) | 259 (36.4) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. D | Agreement | 384 / 712 = 0.54 | (0.50, 0.58) |
| | Some Disagreement | 225 / 712 = 0.32 | (0.28, 0.35) |
| | Extreme Disagreement | 103 / 712 = 0.14 | (0.12, 0.17) |

CRMC 0116800

Table 16c. Comparing Interstitial Abnormality Findings between B-reader B and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

|  |  | B-reader D's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
|  |  | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader B's Interstitial Abnormality Finding | None | 407 (57.2) | 13 (1.8) | 1 (0.1) |
|  | Some | 95 (13.3) | 9 (1.3) | 1 (0.1) |
|  | Bilateral | 162 (22.8) | 24 (3.4) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. D | Agreement | 416 / 712 = 0.58 | (0.55, 0.62) |
|  | Some Disagreement | 133 / 712 = 0.19 | (0.16, 0.22) |
|  | Extreme Disagreement | 163 / 712 = 0.23 | (0.20, 0.26) |

Report. Manville Personal Injury Settlement Trust, x-ray audit: 12/09/97        Page 40

CRMC 0116801

**Table 17a.** Comparing UDP between B-reader B and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

|  |  | B-reader E's UDP | | |
|---|---|---|---|---|
|  |  | None n (%) | BPD n (%) | BILD n (%) |
| B-reader B's UDP | None | 147 (29.6) | 5 (1.0) | 13 (2.6) |
|  | BPD | 99 (20.0) | 60 (12.1) | 22 (4.4) |
|  | BILD | 110 (22.2) | 40 (8.1) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. E | Agreement | 207 / 496 = 0.42 | (0.37, 0.46) |
|  | Disagreement | 289 / 496 = 0.58 | (0.54, 0.63) |

**Table 17b.** Comparing Pleural Abnormality Findings between B-reader B and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

|  |  | B-reader E's Pleural Abnormality Finding | | |
|---|---|---|---|---|
|  |  | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader B's Pleural Abnormality Finding | None | 124 (25.0) | 5 (1.0) | 3 (0.6) |
|  | Some | 77 (15.5) | 16 (3.2) | 9 (1.8) |
|  | Bilateral | 128 (25.8) | 24 (4.8) | 110 (22.2) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| B vs. E | Agreement | 250 / 496 = 0.50 | (0.46, 0.55) |
|  | Some Disagreement | 115 / 496 = 0.23 | (0.20, 0.27) |
|  | Extreme Disagreement | 131 / 496 = 0.26 | (0.23, 0.31) |

CRMC 0116802

Table 17c. Comparing Interstitial Abnormality Findings between B-reader B and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

|  |  | B-reader E's Interstitial Abnormality Finding | | |
| --- | --- | --- | --- | --- |
|  |  | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader B's Interstitial Abnormality Finding | None | 158 (31.9) | 87 (17.5) | 29 (5.9) |
|  | Some | 36 (7.3) | 30 (6.1) | 6 (1.2) |
|  | Bilateral | 66 (13.3) | 84 (16.9) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
| --- | --- | --- | --- |
| B vs. E | Agreement | 188 / 496 = 0.38 | (0.34, 0.42) |
|  | Some Disagreement | 213 / 496 = 0.43 | (0.39, 0.47) |
|  | Extreme Disagreement | 95 / 496 = 0.19 | (0.16, 0.23) |

CRMC 0116803

**Table 18a.** Comparing UDP between B-reader C and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader C's UDP | None | 67 (29.3) | 126 (55.0) | 0 (0.0) |
| | BPD | 3 (1.3) | 23 (10.0) | 0 (0.0) |
| | BILD | 3 (1.3) | 7 (3.1) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| C vs. D | Agreement | 90 / 229 = 0.39 | (0.33, 0.46) |
| | Disagreement | 139 / 229 = 0.61 | (0.54, 0.67) |

**Table 18b.** Comparing Pleural Abnormality Findings between B-reader C and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's Pleural Abnormalit Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader C's Pleural Abnormality Finding | None | 32 (14.0) | 36 (15.7) | 123 (53.7) |
| | Some | 0 (0.0) | 1 (0.4) | 9 (3.9) |
| | Bilateral | 3 (1.3) | 1 (0.4) | 24 (10.5) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| C vs. D | Agreement | 57 / 229 = 0.25 | (0.19, 0.31) |
| | Some Disagreement | 46 / 229 = 0.20 | (0.15, 0.26) |
| | Extreme Disagreement | 126 / 229 = 0.55 | (0.48, 0.62) |

Table 18c. Comparing Interstitial Abnormality Findings between B-reader C and B-reader D when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader D's Interstitial Abnormality Finding | | |
| | | None n (%) | Some n (%) | Bilateral n (%) |
|---|---|---|---|---|
| B-reader C's Interstitial Abnormality Finding | None | 200 (87.3) | 19 (8.3) | 0 (0.0) |
| | Some | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| | Bilateral | 6 (2.6) | 4 (1.8) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| C vs. D | Agreement | 200 / 229 = 0.87 | (0.82, 0.91) |
| | Some Disagreement | 23 / 229 = 0.10 | (0.06, 0.15) |
| | Extreme Disagreement | 6 / 229 = 0.03 | (0.01, 0.06) |

Table 19a. Comparing UDP between B-reader C and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader C's UDP | None | 66 (70.2) | 8 (8.5) | 12 (12.8) |
| | BPD | 1 (1.1) | 7 (7.5) | 0 (0.0) |
| | BILD | 0 (0.0) | 0 (0.0) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| C vs. E | Agreement | 73 / 94 = 0.78 | (0.68, 0.86) |
| | Disagreement | 21 / 94 = 0.22 | (0.14, 0.32) |

Table 19b. Comparing Pleural Abnormality Findings between B-reader C and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader C's Pleural Abnormality Finding | None | 72 (76.6) | 2 (2.1) | 10 (10.6) |
| | Some | 0 (0.0) | 2 (2.1) | 0 (0.0) |
| | Bilateral | 1 (1.1) | 0 (0.0) | 7 (7.5) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| C vs. E | Agreement | 81 / 94 = 0.86 | (0.78, 0.92) |
| | Some Disagreement | 2 / 94 = 0.02 | (0.00, 0.07) |
| | Extreme Disagreement | 11 / 94 = 0.12 | (0.06, 0.20) |

Table 19e.  Comparing Interstitial Abnormality Findings between B-reader C and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader C's Interstitial Abnormality Finding | None | 60 (63.8) | 22 (23.4) | 12 (12.8) |
| | Some | 0 (0.0) | 0 (0.0) | 0 (0.0) |
| | Bilateral | 0 (0.0) | 0 (0.0) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| C vs. E | Agreement | 60 / 94 = 0.64 | (0.53, 0.73) |
| | Some Disagreement | 22 / 94 = 0.23 | (0.15, 0.33) |
| | Extreme Disagreement | 12 / 94 = 0.13 | (0.07, 0.21) |

Table 20a. Comparing UDP between B-reader D and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's UDP | | |
|---|---|---|---|---|
| | | None n (%) | BPD n (%) | BILD n (%) |
| B-reader D's UDP | None | 161 (23.2) | 19 (2.7) | 61 (8.8) |
| | BPD | 206 (29.7) | 147 (21.2) | 89 (12.8) |
| | BILD | 3 (0.4) | 8 (1.2) | 0 (0.0) |

| B-reader UDP Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| D vs. E | Agreement | 308 / 694 = 0.44 | (0.41, 0.48) |
| | Disagreement | 386 / 694 = 0.56 | (0.52, 0.59) |

Table 20b. Comparing Pleural Abnormality Findings between B-reader D and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's Pleural Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader D's Pleural Abnormality Finding | None | 72 (10.4) | 3 (0.4) | 13 (1.9) |
| | Some | 111 (16.0) | 26 (3.8) | 18 (2.6) |
| | Bilateral | 197 (28.4) | 57 (8.2) | 197 (28.4) |

| B-reader Pleural Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| D vs. E | Agreement | 295 / 694 = 0.43 | (0.39, 0.46) |
| | Some Disagreement | 189 / 694 = 0.27 | (0.24, 0.31) |
| | Extreme Disagreement | 210 / 694 = 0.30 | (0.27, 0.34) |

Table 20c. Comparing Interstitial Abnormality Findings between B-reader D and B-reader E when reviewing the same x-rays regardless of whether a first or second stage evaluation.

| | | B-reader E's Interstitial Abnormality Finding | | |
|---|---|---|---|---|
| | | None n (%) | Some n (%) | Bilateral n (%) |
| B-reader D's Interstitial Abnormality Finding | None | 303 (43.7) | 196 (28.2) | 134 (19.3) |
| | Some | 23 (3.3) | 11 (1.6) | 16 (2.3) |
| | Bilateral | 9 (1.3) | 2 (0.3) | 0 (0.0) |

| B-reader Interstitial Abnormality Finding Comparison | Type of Agreement | Proportion | Exact 95% Confidence Interval |
|---|---|---|---|
| D vs. E | Agreement | 314 / 694 = 0.45 | (0.41, 0.49) |
| | Some Disagreement | 237 / 694 = 0.34 | (0.31, 0.38) |
| | Extreme Disagreement | 143 / 694 = 0.21 | (0.18, 0.24) |

CRMC 0116809

**Appendix A:   Contains Five Additional Tables and Subtables**

---

## Table 1

Categorization Criteria.  The criteria that a claim must meet to receive an offer for the Scheduled Value for one of the seven Scheduled Disease categories are as follows:

Category I:  Bilateral Pleural Disease (Scheduled Value: $12,000)

    1.   The claimant must document bilateral pleural disease (plaques or thickening) diagnosed on the basis of x-ray, CAT scan, or high resolution CAT scan; and

    2.   The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of bilateral pleural disease; and

    3.   The proof of claim must identify exposure to Manville asbestos products.

Category II:  Nondisabling Bilateral Interstitial Lung Disease (Scheduled Value:$25,000)

    1.   The claimant must document bilateral interstitial lung disease diagnosed on the basis of x-ray, CAT scan, or high resolution CAT scan, and submit either:

        a.   A medical report stating that a causal relationship exists between asbestos exposure and the bilateral interstitial lung disease; or

        b.   Documentation of the presence of either unilateral or bilateral pleural disease accompanying the bilateral interstitial lung disease; and

    2.   The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of bilateral interstitial disease; and

    3.   The proof of claim must identify exposure to Manville asbestos products.

CRMC 0116810

**Category III:  Disabling Bilateral Interstitial Lung Disease** (Scheduled Value: $50,000)

1.     The claimant must document bilateral interstitial lung disease diagnosed on the basis of x-ray, CAT scan, or high resolution CAT scan; and

2.     The claimant must document disability or impairment evidenced by pulmonary function tests (PFTs), total lung capacity (TLC), forced vital capacity (FVC), or diffusing capacity (DLCO)) of less than 80%; and

3.     The claimant must submit a medical report stating that a causal relationship exists between asbestos exposure and the bilateral interstitial lung disease; and

4.     The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of bilateral interstitial disease; and

5.     The proof of claim must identify exposure to Manville asbestos products.

**Category IV:  Other Cancers** (Scheduled Value: $40,000)

1.     The claimant must demonstrate by medical report the existence of primary asbestos-related cancer of one of the following sites:

a.     Colo-rectal;
b.     Laryngeal;
c.     Esophageal; or
d.     Pharyngeal; and

2.     The claimant must demonstrate by medical report the existence of one of the following:

a.     Bilateral interstitial lung disease;
b.     Bilateral pleural disease (thickening or plaques); or
c.     Pathological evidence of asbestosis; and

3.     The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of the cancer; and

4.     The proof of claim must identify exposure to Manville asbestos products.

CRMC 0116811

## Category V: Lung Cancers (One): (Scheduled Value: $60,000)

1.    The claimant must demonstrate by medical report the existence of primary asbestos-related cancer of the lung; and

2.    The claimant must demonstrate at least 15 years of heavy occupational exposure to asbestos-containing materials in employment regularly requiring work in the immediate area of visible asbestos dust; and

3.    The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of the cancer; and

4.    The proof of claim must identify exposure to Manville asbestos products.

## Category VI: Lung Cancers (Two) (Scheduled Value: $90,000)

1.    The claimant must demonstrate by medical report the existence of primary asbestos-related cancer of the lung; and

2.    The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of the cancer; and

3.    The proof of claim must identify exposure to Manville asbestos products; and

4.    The claimant must:

a.    Be a nonsmoker (has not smoked cigarettes for at least 15 years prior to diagnosis), and demonstrate by documentation, such as Social Security records or a medical report with claimant's work history, occupational exposure to asbestos during an aggregate of three years or 12 quarters of employment[1] or

b.    Demonstrate by medical report the existence of one of the following:

(1)    Bilateral interstitial lung disease;
(2)    Bilateral pleural disease (thickening or plaques); or
(3)    Pathological evidence of asbestosis.

---

[1]    Daily exposure during such period of time is not required.

Report, Manville Personal Injury Settlement Trust, x-ray audit: 12/09/97

CRMC 0116812

<u>Category VII:  Malignant Mesothelioma</u> (Scheduled Value:  $200,000)

1.    The claimant must demonstrate by medical report referencing pathological findings the existence of malignant mesothelioma; and

2.    The proof of claim must establish a 10-year latency period between the date of first exposure to asbestos and the date of diagnosis of the cancer; and

3.    The proof of claim must identify exposure to Manville asbestos products.

CRMC 0116813

Table 2. All Information Available for Analysis

| Variable | Definition |
|---|---|
| poc | unique number assigned to each Proof of Claim |
| poc_yr | year claim was filed against the Trust |
| fifo_yr | earlier of year claim was filed against any defendant or the Trust |
| dob | claimant's date of birth |
| diag_dt | alleged date of diagnosis |
| dx_age | age of claimant at time of alleged diagnosis (diag_dt - dob) |
| yr_expos | claimant's alleged first year of exposure to asbestos |
| duration | alleged number of years claimant was exposed to asbestos |
| njobs | number of jobs claimant has held |
| firm | name of the law firm representing the claimant |
| rpstate | state of jurisdiction, if available, or claimant's state of residence |
| indus_cd | claimant's alleged primary exposure industry |
| category | The Trust's pre-audit classification of the claimant's injury |
| cur_cat | Trust's post-audit classification of the claimant's injury |
| group | group code assigned to the claim when it was placed in medical audit |
| rel_code | reason why the claim was released from medical audit |
| releasdt | date claim released from medical audit |
| cat_doc | claimant's doctor as identified by the Trust during the Trust's categorization of the injury |
| med_doc | claimant's doctor as identified by the Trust during the Trust's entering the claim into the Trust's medical audit claim profile system |
| doc | claimant's doctor as identified by cat_doc if not missing; otherwise, med_doc used |
| b_reader | whether the claimant's physician was a certified B-reader or not |
| xray_1 | date x-ray taken (as noted by the first stage MA B-reader) |
| xrev1_id | ID of the first stage MA B-reader |

CRMC 0116814

Table 2. All Information Available for Analysis

| Variable | Definition |
| --- | --- |
| flmqual1 | film quality as assigned by the first stage MA B-reader |
| filmneg1 | determination by the first stage MA B-reader as to whether the film was negative |
| par_abn1 | presence of parenchymal abnormalities as determined by the first stage MA B-reader |
| plr_abn1 | presence of pleural abnormalities as determined by the first stage MA B-reader |
| rv_ilo1 | ILO classification assigned by the first stage MA B-reader to the x-ray |
| results1 | results (upgrade, same, unreadable, downgrade) of the first stage B-reading |
| xray_2 | date x-ray taken (as noted by the second stage B-reader) |
| xrev2_id | ID of the second stage MA B-reader |
| flmqual2 | film quality as assigned by the second stage MA B-reader |
| filmneg2 | determination by the second stage MA B-reader as to whether the film was negative |
| par_abn2 | presence of parenchymal abnormalities as determined by the second stage MA B-reader |
| plr_abn2 | presence of pleural abnormalities as determined by the second stage MA B-reader |
| rv_ilo2 | ILO classification assigned by the second stage MA B-reader to the x-ray |
| results2 | results (upgrade, same, unreadable, downgrade) of the second stage B-reading |
| orig_q3 | The Trust's pre-audit assessment of claim using a core question asking whether pleural disease was documented by x-ray or CT scan in a non-malignancy claim |
| orig_q4 | The Trust's pre-audit assessment of claim using core question asking whether bilateral interstitial lung disease was documented by x-ray or CT scan in a non-malignancy claim |

CRMC 0116815

Table 2. All Information Available for Analysis

| Variable | Definition |
|----------|------------|
| orig_q12 | The Trust's pre-audit assessment of claim using core questions asking whether bilateral-pleural disease was present in a malignancy claim |
| orig_q13 | The Trust's pre-audit assessment of claim using core question asking whether bilateral interstitial lung disease was present in a malignancy claim |
| orig_udp | The Trust's pre-audit assessment of the underlying disease process based on core questions: orig_q3, orig_q4, orig_q12, and orig_q13 |

CRMC_0116816

Table 3.    Ranking of 70 Law Firms by Rate of No Dispute Over the Disease Process:
Key B-reader vs. Claimant

| Law Firm | Number of Cases | Raw Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|
| 144 | 28 | 1 | 0.25000 | 2 |
| 114 | 55 | 2 | 0.25455 | 6 |
| 130 | 27 | 3 | 0.25926 | 3 |
| 160 | 140 | 4 | 0.26429 | 1 |
| 199 | 43 | 5 | 0.27907 | 11 |
| 121 | 210 | 6 | 0.29048 | 4 |
| 112 | 36 | 7 | 0.30556 | 8 |
| 172 | 20 | 8 | 0.35000 | 9 |
| 84 | 54 | 9 | 0.35185 | 5 |
| 122 | 151 | 10 | 0.35762 | 14 |
| 198 | 109 | 11 | 0.35780 | 7 |
| 110 | 63 | 12 | 0.36508 | 12 |
| 48 | 27 | 13 | 0.37037 | 10 |
| 19 | 20 | 14 | 0.40000 | 16 |
| 44 | 22 | 15 | 0.40909 | 17 |
| 26 | 58 | 16 | 0.41379 | 13 |
| 23 | 31 | 17 | 0.41935 | 20 |
| 133 | 92 | 18 | 0.44565 | 24 |
| 156 | 60 | 19 | 0.45000 | 15 |
| 175 | 130 | 20 | 0.45385 | 21 |
| 58 | 151 | 21 | 0.45695 | 19 |
| 167 | 59 | 22 | 0.47458 | 22 |
| 177 | 239 | 23 | 0.48117 | 18 |
| 200 | 33 | 24 | 0.51515 | 26 |
| 195 | 69 | 25 | 0.52174 | 32 |
| 126 | 143 | 26 | 0.53846 | 28 |
| 193 | 49 | 27 | 0.55102 | 30 |
| 13 | 36 | 28 | 0.55556 | 23 |
| 196 | 130 | 29 | 0.56154 | 31 |
| 111 | 165 | 30 | 0.56970 | 38 |
| 161 | 21 | 31 | 0.57143 | 27 |
| 169 | 274 | 32 | 0.57299 | 37 |
| 55 | 61 | 33 | 0.57377 | 39 |
| 11 | 47 | 34 | 0.57447 | 29 |
| 131 | 110 | 35 | 0.58182 | 40 |
| 141 | 90 | 36 | 0.58889 | 46 |
| 10 | 22 | 37 | 0.59091 | 42 |
| 129 | 27 | 38 | 0.59259 | 35 |
| 108 | 32 | 39 | 0.59375 | 25 |
| 152 | 53 | 40 | 0.60377 | 45 |

CRMC 0116817

Table 3.  Ranking of 70 Law Firms by Rate of No Dispute Over the Disease Process:
Key B-reader vs. Claimant

| Law Firm | Number of Cases | Raw Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|
| 73 | 28 | 41 | 0.60714 | 33 |
| 134 | 57 | 42 | 0.61404 | 36 |
| 75 | 123 | 43 | 0.62602 | 34 |
| 94 | 111 | 44 | 0.63063 | 43 |
| 20 | 25 | 45 | 0.64000 | 41 |
| 3 | 207 | 46 | 0.64734 | 47 |
| 164 | 20 | 47 | 0.65000 | 44 |
| 90 | 32 | 48 | 0.65625 | 51 |
| 65 | 37 | 49 | 0.67568 | 48 |
| 37 | 22 | 50 | 0.68182 | 49 |
| 149 | 55 | 51 | 0.69091 | 50 |
| 62 | 27 | 52 | 0.70370 | 55 |
| 22 | 66 | 53 | 0.71212 | 52 |
| 102 | 23 | 54 | 0.73913 | 53 |
| 178 | 46 | 55 | 0.76087 | 57 |
| 56 | 21 | 56 | 0.76190 | 54 |
| 28 | 30 | 57 | 0.76667 | 56 |
| 109 | 53 | 58 | 0.77358 | 58 |
| 138 | 261 | 59 | 0.77778 | 63 |
| 17 | 73 | 60 | 0.78082 | 66 |
| 79 | 100 | 61 | 0.79000 | 60 |
| 98 | 41 | 62 | 0.80488 | 59 |
| 7 | 21 | 63 | 0.80952 | 62 |
| 29 | 51 | 64 | 0.82353 | 64 |
| 166 | 23 | 65 | 0.82609 | 61 |
| 53 | 27 | 66 | 0.85185 | 65 |
| 38 | 42 | 67 | 0.88095 | 67 |
| 154 | 103 | 68 | 0.88350 | 69 |
| 5 | 52 | 69 | 0.90385 | 68 |
| 137 | 33 | 70 | 0.93939 | 70 |

CRMC 0116818



Figure 1. Ranking of 70 Law Firms by Rate of No Dispute
Over the Disease Process: Key B–reader vs. Claimant

CRMC 0116819

Table 4.   Ranking of 50 Physicians by Rate of No Dispute Over the Disease Process: Key B-reader vs. Claimant

| Claimant's Physician | Number of Cases | Raw Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|
| 496 | 72 | 1 | 0.20833 | : |
| 212 | 36 | 2 | 0.22222 | : |
| 355 | 28 | 3 | 0.25000 | 5 |
| 328 | 166 | 4 | 0.28313 | 2 |
| 407 | 272 | 5 | 0.29412 | 4 |
| 246 | 38 | 6 | 0.31579 | 3 |
| 531 | 61 | 7 | 0.32787 | 6 |
| 370 | 30 | 8 | 0.33333 | 8 |
| 420 | 22 | 9 | 0.36364 | 13 |
| 526 | 84 | 10 | 0.36905 | 10 |
| 96 | 29 | 11 | 0.37931 | 11 |
| 122 | 26 | 12 | 0.38462 | 12 |
| 419 | 224 | 13 | 0.40625 | 9 |
| 131 | 26 | 14 | 0.42308 | 17 |
| 367 | 26 | 15 | 0.42308 | 16 |
| 492 | 101 | 16 | 0.42574 | 19 |
| 40 | 54 | 17 | 0.44444 | 14 |
| 200 | 717 | 18 | 0.46025 | 15 |
| 90 | 32 | 19 | 0.46875 | 18 |
| 437 | 44 | 20 | 0.50000 | 21 |
| 234 | 346 | 21 | 0.52023 | 20 |
| 186 | 43 | 22 | 0.53488 | 28 |
| 128 | 93 | 23 | 0.53763 | 22 |
| 256 | 54 | 24 | 0.55556 | 24 |
| 466 | 21 | 25 | 0.57143 | 23 |
| 471 | 240 | 26 | 0.58333 | 26 |
| 35 | 61 | 27 | 0.60656 | 27 |
| 65 | 56 | 28 | 0.60714 | 31 |
| 195 | 86 | 29 | 0.62791 | 30 |
| 145 | 27 | 30 | 0.62963 | 32 |
| 525 | 22 | 31 | 0.63636 | 25 |
| 150 | 42 | 32 | 0.64286 | 29 |
| 520 | 118 | 33 | 0.64407 | 33 |
| 322 | 34 | 34 | 0.64706 | 34 |
| 314 | 21 | 35 | 0.71429 | 37 |
| 13 | 25 | 36 | 0.72000 | 35 |
| 81 | 26 | 37 | 0.73077 | 43 |
| 472 | 24 | 38 | 0.75000 | 39 |
| 305 | 77 | 39 | 0.75325 | 40 |
| 250 | 45 | 40 | 0.77778 | 38 |
| 220 | 23 | 41 | 0.78261 | 36 |
| 415 | 33 | 42 | 0.78788 | 41 |

CRMC 0116820

Table 4. Ranking of 50 Physicians by Rate of No Dispute Over the Disease Process:
Key B-reader vs. Claimant

| Claimant's Physician | Number of Cases | Raw. Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|
| 308 | 38 | 43 | 0.78947 | 45 |
| 209 | 88 | 44 | 0.79545 | 46 |
| 166 | 79 | 45 | 0.79747 | 42 |
| 604 | 49 | 46 | 0.81633 | 47 |
| 211 | 22 | 47 | 0.81818 | 44 |
| 268 | 21 | 48 | 0.85714 | 48 |
| 348 | 260 | 49 | 0.92692 | 50 |
| 337 | 48 | 50 | 0.93750 | 49 |

CRMC.0116821



Figure 2.  Ranking of 50 Physicians by Rate of No Dispute
Over the Disease Process: Key B—reader vs. Claimant

CRMC 0116822

**Table 5.** Ranking of 120 Law Firm-Physician Combinations by Rate of No Dispute Over the Disease Process: Key B-reader vs. Claimant

| Law Firm | Claimant's Physician | Number of Cases | Raw Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|---|
| 121 | 328 | 24 | 1 | 0.12500 | 1 |
| 122 | 131 | 16 | 2 | 0.12500 | 2 |
| 114 | 407 | 33 | 3 | 0.18182 | 9 |
| 144 | 246 | 11 | 4 | 0.18182 | 5 |
| 122 | 520 | 26 | 5 | 0.19231 | 6 |
| 130 | 370 | 15 | 6 | 0.20000 | 8 |
| 121 | 407 | 124 | 7 | 0.20161 | 4 |
| 160 | 496 | 72 | 8 | 0.20833 | 3 |
| 199 | 212 | 35 | 9 | 0.22857 | 14 |
| 152 | 234 | 25 | 10 | 0.24000 | 10 |
| 114 | 69 | 12 | 11 | 0.25000 | 28 |
| 160 | 355 | 28 | 12 | 0.25000 | 12 |
| 58 | 96 | 10 | 13 | 0.30000 | 17 |
| 84 | 200 | 41 | 14 | 0.31707 | 7 |
| 112 | 407 | 22 | 15 | 0.31818 | 24 |
| 110 | 531 | 47 | 16 | 0.31915 | 13 |
| 156 | 200 | 43 | 17 | 0.34884 | 11 |
| 198 | 328 | 104 | 18 | 0.35577 | 15 |
| 172 | 246 | 14 | 19 | 0.35714 | 16 |
| 144 | 407 | 11 | 20 | 0.36364 | 26 |
| 58 | 526 | 60 | 21 | 0.36667 | 23 |
| 19 | 200 | 19 | 22 | 0.36842 | 19 |
| 26 | 200 | 48 | 23 | 0.37500 | 21 |
| 48 | 407 | 21 | 24 | 0.38095 | 20 |
| 167 | 233 | 13 | 25 | 0.38462 | 31 |
| 167 | 313 | 13 | 26 | 0.38462 | 33 |
| 177 | 419 | 179 | 27 | 0.39665 | 18 |
| 160 | 367 | 15 | 28 | 0.40000 | 39 |
| 175 | 40 | 30 | 29 | 0.40000 | 22 |
| 193 | 195 | 12 | 30 | 0.41667 | 25 |
| 122 | 492 | 101 | 31 | 0.42574 | 42 |
| 175 | 234 | 46 | 32 | 0.43478 | 29 |
| 111 | 200 | 93 | 33 | 0.44086 | 37 |
| 55 | 419 | 27 | 34 | 0.44444 | 47 |
| 133 | 471 | 90 | 35 | 0.44444 | 52 |
| 23 | 531 | 11 | 36 | 0.45455 | 32 |
| 58 | 35 | 11 | 37 | 0.45455 | 36 |
| 126 | 200 | 94 | 38 | 0.45745 | 27 |
| 183 | 419 | 13 | 39 | 0.46154 | 30 |
| 141 | 407 | 41 | 40 | 0.46341 | 48 |

CRMC 0116823

Table 5.  Ranking of 120 Law Firm-Physician Combinations by Rate of No Dispute Over the Disease Process: Key B-reader vs. Claimant

| Law Firm | Claimant's Physician | Number of Cases | Raw Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|---|
| 169 | 200 | 183 | 41 | 0.46448 | 41 |
| 175 | 128 | 30 | 42 | 0.46667 | 46 |
| 195 | 65 | 15 | 43 | 0.46667 | 49 |
| 58 | 370 | 10 | 44 | 0.50000 | 45 |
| 107 | 489 | 10 | 45 | 0.50000 | 44 |
| 110 | 420 | 12 | 46 | 0.50000 | 62 |
| 167 | 90 | 28 | 47 | 0.50000 | 35 |
| 195 | 186 | 17 | 48 | 0.52941 | 71 |
| 20 | 476 | 15 | 49 | 0.53333 | 60 |
| 193 | 470 | 13 | 50 | 0.53846 | 65 |
| 200 | 40 | 13 | 51 | 0.53846 | 61 |
| 13 | 200 | 33 | 52 | 0.54545 | 34 |
| 94 | 128 | 33 | 53 | 0.54545 | 56 |
| 79 | 145 | 20 | 54 | 0.55000 | 55 |
| 196 | 234 | 121 | 55 | 0.55372 | 54 |
| 58 | 256 | 54 | 56 | 0.55556 | 64 |
| 73 | 525 | 18 | 57 | 0.55556 | 50 |
| 3 | 200 | 157 | 58 | 0.56051 | 67 |
| 149 | 604 | 16 | 59 | 0.56250 | 68 |
| 195 | 407 | 16 | 60 | 0.56250 | 40 |
| 121 | 234 | 14 | 61 | 0.57143 | 63 |
| 161 | 234 | 21 | 62 | 0.57143 | 43 |
| 177 | 466 | 21 | 63 | 0.57143 | 59 |
| 193 | 128 | 21 | 64 | 0.57143 | 57 |
| 175 | 195 | 22 | 65 | 0.59091 | 80 |
| 17 | 430 | 15 | 66 | 0.60000 | 88 |
| 26 | 471 | 10 | 67 | 0.60000 | 51 |
| 108 | 471 | 28 | 68 | 0.60714 | 28 |
| 10 | 316 | 18 | 69 | 0.61111 | 77 |
| 94 | 234 | 49 | 70 | 0.61224 | 70 |
| 75 | 17 | 13 | 71 | 0.61538 | 58 |
| 188 | 250 | 13 | 72 | 0.61538 | 53 |
| 134 | 35 | 41 | 73 | 0.63415 | 74 |
| 22 | 13 | 11 | 74 | 0.63636 | 69 |
| 97 | 323 | 11 | 75 | 0.63636 | 78 |
| 126 | 166 | 20 | 76 | 0.65000 | 66 |
| 141 | 65 | 20 | 77 | 0.65000 | 83 |
| 178 | 415 | 16 | 78 | 0.68750 | 76 |
| 75 | 234 | 29 | 79 | 0.68966 | 75 |
| 111 | 471 | 42 | 80 | 0.69048 | 91 |

CRMC 0116824

Table 5. Ranking of 120 Law Firm-Physician Combinations by Rate of No Dispute Over the Disease Process: Key B-reader vs. Claimant

| Law Firm | Claimant's Physician | Number of Cases | Raw Rank | Raw Rate of No Dispute | Adjusted Rank |
|---|---|---|---|---|---|
| 129 | 232 | 10 | 81 | 0.70000 | 79 |
| 138 | 314 | 20 | 82 | 0.70000 | 82 |
| 195 | 211 | 10 | 83 | 0.70000 | 84 |
| 37 | 150 | 14 | 84 | 0.71429 | 81 |
| 89 | 305 | 14 | 85 | 0.71429 | 86 |
| 62 | 348 | 11 | 86 | 0.72727 | 93 |
| 146 | 520 | 11 | 87 | 0.72727 | 72 |
| 169 | 81 | 15 | 88 | 0.73333 | 97 |
| 79 | 348 | 19 | 89 | 0.73684 | 89 |
| 88 | 471 | 19 | 90 | 0.73684 | 87 |
| 169 | 471 | 12 | 91 | 0.75000 | 73 |
| 178 | 322 | 12 | 92 | 0.75000 | 94 |
| 109 | 520 | 25 | 93 | 0.76000 | 90 |
| 56 | 514 | 13 | 94 | 0.76923 | 92 |
| 75 | 220 | 23 | 95 | 0.78261 | 85 |
| 138 | 308 | 38 | 96 | 0.78947 | 104 |
| 126 | 471 | 24 | 97 | 0.79167 | 101 |
| 138 | 209 | 88 | 98 | 0.79545 | 108 |
| 29 | 520 | 43 | 99 | 0.81395 | 107 |
| 53 | 13 | 11 | 100 | 0.81818 | 96 |
| 98 | 305 | 28 | 101 | 0.82143 | 98 |
| 111 | 166 | 29 | 102 | 0.82759 | 99 |
| 166 | 55 | 12 | 103 | 0.83333 | 95 |
| 17 | 268 | 21 | 104 | 0.85714 | 110 |
| 121 | 225 | 14 | 105 | 0.85714 | 105 |
| 169 | 166 | 29 | 106 | 0.86207 | 102 |
| 30 | 250 | 17 | 107 | 0.88235 | 100 |
| 38 | 472 | 18 | 108 | 0.88889 | 109 |
| 5 | 415 | 10 | 109 | 0.90000 | 103 |
| 138 | 634 | 12 | 110 | 0.91667 | 106 |
| 137 | 348 | 13 | 111 | 0.92308 | 111 |
| 152 | 348 | 26 | 112 | 0.92308 | 115 |
| 38 | 604 | 15 | 113 | 0.93333 | 113 |
| 3 | 337 | 47 | 114 | 0.93617 | 118 |
| 169 | 604 | 17 | 115 | 0.94118 | 117 |
| 28 | 348 | 20 | 116 | 0.95000 | 114 |
| 154 | 348 | 80 | 117 | 0.95000 | 120 |
| 5 | 348 | 33 | 118 | 0.96970 | 119 |
| 91 | 250 | 10 | 119 | 1.00000 | 112 |
| 149 | 348 | 16 | 120 | 1.00000 | 116 |

CRMC 0116825



Figure 3.  Ranking of 120 Law Firm—Physician Combinations by Rate of No Dispute
Over the Disease Process: Key B—reader vs. Claimant

CRMC_0116826

**Table 6**

*Simple Steps to Adjust for Maldistribution of Key B-readers in Assignment to Claims*

This process is called "indirect standardization." It is old and well-accepted. All of the analysis that we have done previously is called "model-based indirect standardization"—it adjusts for many factors. We have added another component—a mixed effects model—that goes many steps farther. It adjusts for small samples and anticipates regression to the mean. These methods fall apart when the numbers of cases per law firm are small. Here we use some hypothetical data to demonstrate the process.

Table 6 — Step 1: Calculate the definition of agreement (this can change depending on Trust's needs).

Table 6 — Step 2: Calculate overall rate of non dispute using Key B-readers.

For this example, we use data with an overall rate of no dispute of 57% (3221 / 5661).

Table 6 — Step 3: Test whether an individual law firm has unusual mix of Key B-reader.

|  | Key B-reader | | | | | |
|---|---|---|---|---|---|---|
|  | A | B | C | D | E | Total |
| All Other Law Firms | 1305 | 1863 | 229 | 1512 | 601 | 5510 |
| (row %) | 24% | 34% | 4% | 27% | 11% | |
| Example Law Firm | 20 | 39 | 0 | 54 | 38 | 151 |
| (row %) | 13% | 26% | 0% | 36% | 25% | |

This table shows a high degree of imbalance in the assignment of Key B-readers to the example law firm. The imbalance is reflected in a statistically significant chi-square statistic 46, df=4, p<0.001. When such an imbalance occurs, one must be concerned about whether the raw rate of dispute/no dispute is confounded by the differences in the rates of dispute found by different Key B-readers.

If this chi-square statistic is a low value, and if the p-value is high, then there is no statistically significant maldistribution of B-readers for the law firm. A typical p-value to use as a critical value is p=0.05. If the law firm has a large number of cases, this test will be able to detect a departure from a random distribution of B-readers. So, you can adopt a rule that if p>0.05 then there is no maldistribution, for example, then STOP HERE. Do not adjust the law firm's rate of agreement.

If p is small (chi-square statistic is large), then proceed to step (4) because there is likely

Report. Manville Personal Injury Settlement Trust, x-ray audit 12/09/97        Page 63

CRMC 0116827

confounding of the raw rate of agreement by the Key B-reader.

Table 6 — Step 4:  Calculate raw observed rates by Key B-reader for the example firm.

| | | Dispute Yes n (row %) | No n (row %) | Total |
|---|---|---|---|---|
| | A | 9 (45) | 11 (55) | 20 |
| Key B-reader | B | 30 (77) | 9 (23) | 39 |
| | C | 0 (0) | 0 (0) | 0 |
| | D | 38 (70) | 16 (30) | 54 |
| | E | 20 (53) | 18 (47) | 38 |
| | Total | 97 (64) | 54 (36) | 151 |

The chi-square statistic for this law firm is 9.0, df=4, p=0.03, meaning that for this law firm, the rates of agreement differ substantially by Key B-reader, because the p-value is small.  It also gives the observed law firm-wide rate of agreement:  54 / 151 = 0.36.

Table 6 — Step 5:  Calculate overall rate when B-reader is the Key reader for all claims from all law firms.

| | | Dispute Yes n (row %) | No n (row %) | Total | |
|---|---|---|---|---|---|
| | A | 458 (35) | 867 (65) | 1325 | |
| Key B-reader | B | 587 (31) | 1315 (69) | 1902 | |
| | C | 166 (72) | 63 (28) | 229 | |
| | D | 888 (57) | 678 (43) | 1566 | |
| | E | 341 (53) | 298 (47) | 639 | |
| | Total | 2440 (43) | 3221 (57) | 5661 | |

The row percentage is the expected rate of dispute/no dispute for each Key B-reader.

CRMC 0116828

Table 6 — Step 6: Calculate the adjusted rates for the example law firm.

(a) Calculate the expected number of agreed claims for each B-reader for the example law firm:

Thus, the expected number of non disputed claims for a given law firm = overall no dispute rate × number of claims filed by the given law firm.

| B-reader | Overall × No Dispute Rate (Step 5) | number cases = filed by law firm (Step 4) | Expected Number of Non Disputed Claims for the Law Firm |
|---|---|---|---|
| A | 0.65 | 20 | 13.0 |
| B | 0.69 | 39 | 26.9 |
| C | 0.28 | 0 | 0.0 |
| D | 0.43 | 54 | 23.2 |
| E | 0.47 | 38 | 17.9 |
| Sum | | 151 | 81.0 |

(b) Calculate the standardized or adjusted rate of agreement for the example law firm:

Adjusted Rate = (Observed Agreed Cases / Expected Agreed Cases) × Overall Rate
        (step 4)              (step 6a)              (step 2)

= (54 / 81) × 0.57

= 0.67 × 0.57

= 0.38

= 38%. The adjusted rate of no dispute for this example law firm.

Thus, the raw rate of agreement for this law firm is 36% (from step 4), but with an adjustment for the maldistribution of B-readers, the adjusted rate increases to 38%.

CRMC 0116829

Table 6 — Step 7: Calculating a confidence interval to the adjusted rate.

One can estimate a confidence interval for the adjusted rate as follows by using the results in step 6(b).

In this example, observed agreed cases (no dispute) (O) = 54 (step 4). Expected (E) = 81 (step 6(a)), and the overall rate (r) = 0.57 (step 2).

Then the confidence interval is:

Adjusted Rate $\pm$ z $\cdot$ ( sqrt(O) / E ) $\times$ $r^3$, where z is appropriate inverse normal, e.g., to find a 95% confidence interval, z=1.96.

Lower Confidence Limit = 0.38 − 1.96 $\times$ (7.35 / 81) $\times$ 0.325)
= 0.38 − 0.058
= 0.32

Upper Confidence Limit = 0.38 + 0.058
= 0.44

So, the adjusted rate (95% CI) is: 38% (32% to 44%).

CRMC 0116830

## REFERENCES

Armitage P, Berry G. Statistical Methods in Medical Research. 3rd Edition. Oxford: Blackwell Science; 1994:422-36.

Attfield MD, Wagner GR. A report on a workshop on the National Institute for Occupational Safety and Health B Reader Certification program. J Occup Med. 1992; 34:875-8. 1992

Casella G. An introduction to empirical Bayes data analysis. Am Statistician. 1985:39:83-87.

Efron B, Morris C. Data analysis using Stein's estimator and its generalizations. J Am Statist. Assn. 1975; 70:311-19.

Elmore JG, Feinstein AR. A bibliography of publications on observer variability (final installment). J Clin Epidemiol. 1992; 45:567-80.

Feinstein AR. A bibliography of publications on observer variability. J Chron Dis. 1985; 38:619-32.

Felson B, Morgan WKC, Briston LJ, Pendergrass EP, Dessen EL, Otha LW, Reger RB. Observations on the results of multiple readings of chest films in coal miners' pneumoconiosis. Radiology. 1973; 109:19-23.

Kopans DB. Variability in radiologists' interpretations of mammograms. N Engl J Med. 1994; 331:1493-9.

Parker DL, Bender AP, Hankinson S, Aeppli D. Public health implications of the variability in the interpretation of 'B' readings for pleural changes. J Occup Med. 1989. 31:775-80. 1989

Wagner GR, Attfield MD, Parker JE. Chest radiography in dust-exposed miners. Promises and problems, potential and imperfections. Occupational Medicine. 1993;8:127-41.

Wagner GR, Attfield MD, Kennedy RD, Parker JE. The NIOSH B reader certification program. An update report. J Occup Med. 1992; 34:879-884.

Wolfinger R, O'Connell M. Generalized linear models: a pseudo-likelihood approach. J Statist Comput. Simul. 1993; 48:233-43.

CRMC 0116831