**NO ORDER REQUIRED**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections Deadline: May 10, 2005 at 4:00 p.m. |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 8241

The undersigned hereby certifies that, as of the date hereof, he has received no answer,
objection or other responsive pleading to the Fifteenth Monthly Application of Conway, Del
Genio, Gries & Co., LLC (the "Applicant") for Compensation for Services Rendered and
Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage
Claimants for the Period of October 1, 2004 through December 31, 2004 (the "Application").
The undersigned further certifies that he caused the review of the Court's docket in this case and
no answer, objection or other responsive pleading to the Application appears thereon. Pursuant
to the Notice of Application, objections to the Application were to be filed and served no later
than May 10, 2005.

Pursuant to the Amended Administrative Order Under 11 USC §§105(a) and 331
Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for
Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors
are authorized to pay Conway, Del Genio, Gries & Co., LLC $120,000.00 which represents 80%
of the fees ($150,000.00) and $116.26, which represents 100% of the expenses requested in the

[continued to next page]

Application for the period October 1, 2004 through December 31, 2004, upon the filing of this

certification and without the need for entry of a Court order approving the Application.

Date: May 11, 2005

BILZIN, SUMBERG, BAENA, PRICE
 & AXELROD, LLP
Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Allyn S. Danziesen, Esquire
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336
(305) 374-7580

-and-

FERRY, JOSEPH & PEARCE, P.A.

 /s/ Theodore J. Tacconelli
Michael B. Joseph (No. 392)
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

*Co-Counsel to the Official Committee of Asbestos
Property Damage Claimants*

2