# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: June 1, 2005 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1084771/1

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | March | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 325.00 | 1.0 | $ 325.00 |
| Haag, Susan | Paralegal | $ 135.00 | 2.3 | $ 310.50 |
| | | | | |
| **Total** | | | **3.30** | **$ 635.50** |

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ 9.00 |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ 19.20 |
| Tab Stock | $ - |
| Lexis | $ - |
| Consulting Fee | $ 1,805.92 |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ - |
| **Total** | **$ 1,834.12** |

Holme Roberts & Owen LLP

April 20, 2005

| | |
|---|---|
| W.R. Grace | Page 11 |
| | Invoice No.: 698544 |
| | Client No.: 04339 |
| | Matter No.: 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/01/05 | SH | Begin calculating January monthly fee application. | 0.50 | $ 67.50 |
| 03/02/05 | SH | Finalize January monthly fee application. | 1.40 | 189.00 |
| 03/04/05 | SH | Compile January fee application for filing. | 0.40 | 54.00 |
| 03/15/05 | EKF | Review fee auditor's final report for the fourteenth interim period (.20); review and revise February 2005 invoices [prebills] (.80). | 1.00 | 325.00 |
| | | **Total Fees Through March 31, 2005:** | **3.30** | **$ 635.50** |

### Timekeeper Rate Summary

| Initials | Name | Position | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $ 325.00 | 1.00 | $ 325.00 |
| SH | Susan Haag | Paralegal | 135.00 | 2.30 | 310.50 |
| | | **Total Fees:** | | **3.30** | **$ 635.50** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/18/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-376-72011; DATE: 2/18/2005 - Courier, Acct. 0802-0410-8. 02-11; William Weller Wilmington, De | $ 9.60 |

Holme Roberts & Owen LLP

April 20, 2005

| W.R. Grace | | |
|---|---|---|
| | Page | 12 |
| | Invoice No.: | 698544 |
| | Client No.: | 04339 |
| | Matter No.: | 00390 |

## Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 02/22/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W 273349 Professional Services HRO fees and Costs in WR Grace Case through 123104 | 1,202.25 |
| 03/04/05 | 60 | Photocopy | 9.00 |
| 03/11/05 | | Consulting Fee: MORRIS JAMES HITCHENS & W 274274 Professional Services through January 31 2005 WR Grace | 603.67 |
| 03/11/05 | | Federal Express: VENDOR: Federal Express Corporation; INVOICE#: 5-414-04743; DATE: 3/11/2005 - Courier, Acct. 0802-0410-8. 03-04; William Weller Wilmington, De | 9.60 |
| | | **Total Disbursements:** $ | **1,834.12** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,805.92 |
| Photocopy | | 9.00 |
| Federal Express | | 19.20 |
| **Total Disbursements:** | $ | **1,834.12** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* $ | *16.41* |