# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                              )
                                    )        Chapter 11
                                    )
W. R. GRACE & CO. et al.            )        Case No. 01-01139 (JKF)
                                    )        (Jointly Administered)
            Debtors.                ) Objection Deadline: Mar. 9, 2005 at 4:00p.m.
                                         Hearing Date:    TDB only if necessary


### SUMMARY COVERSHEET TO THIRTY-FOURTH MONTHLY INTERIM APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | January 1, 2005 through January 31, 2005 |
| Amount of compensation sought as actual, reasonable and necessary | $4,883.50 period January 1, 2005 through January 31, 2005 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $46.24 period of January 1, 2005 through January 31, 2005 |


This is a:                    Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
|-------|---------------------------|-------------|-----------|------|------|
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
|------|---------------------------|------------|---------|------|------|
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Paid | Paid |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Paid | Paid |
| 10/04 | 09/01/04 through 09/30/04 | $60,518.00 | $2,976.80 | Paid | Paid |
| 11/04 | 10/01/04 through 10/31/04 | $37,912.80 | $2,005.04 | Paid | Paid |

| 12/04 | 11/01/04 through 11/30/04 | $6,468.40 | $273.07 | Application pending | Application pending |
| 01/05 | 12/01/04 through 12/31/04 | $5,060.00 | $121.45 | Application pending | Application pending |

As indicated above, this is the thirty-fifth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $385 | 6.70 | $2,579.50 |
| Melissa E. Flax | Partner | $260 | 5.60 | $1,456.00 |
| Robert C. Scrivo | Associate | $235 | 2.80 | $658.00 |
| Jeff Falduto | Paralegal | $95 | 2.00 | $190.00 |

Total Fees      $4,883.50

Total Hours      17.10

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | |
| Westlaw/Pacer | $2.24 |
| Telephone | |
| Faxes | |
| FedEx | $34.00 |
| Travel | $10.00 |
| Messenger | |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| AirPhoto Services | |
| Stationary and Supplies | |
| Returned Witness Fee | |
| | |
| Total | $46.24 |

Dated: February 10, 2005

**ATTACHMENT B**
**TO FEE APPLICATION**
**(January 1, 2005 through January 31, 2005)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $385 | 6.70 | $2,579.50 |
| Melissa E. Flax | Partner | $260 | 5.60 | $1,456.00 |
| Robert C. Scrivo | Associate | $235 | 2.80 | $658.00 |
| Jeffrey Falduto | Paralegal | $95 | 2.00 | $190.00 |

| | | |
|---|---|---|
| Grand Total: | | $4,883.50 |
| Blended Rate: | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All -- Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $46.24 |
| Fee Applications, Applicant | 4.60 | $1,196.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 12.50 | $3,687.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $2.24 |
| Facsimile (with rates) | | ($1.00 per page) |
| Long Distance Telephone | | |
| In-House Reproduction | | ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | RCS (1/21/05) $5.50 parking $4.50 mileage (@$0.225 per miles) | $10.00 |
| Out-Of-Town Travel<br><br>airfare<br>car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $34.00 |
| Postage | | |
| Other (Explain) - Working meal | | |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Aerial Photographs | | |
| Stationary & Supplies | | |
| Returned Witness Fee | | |

Dated:  February 10, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), Coalgrace, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food `N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this 11th day of February, 2005

_____
Notary Public

My Commission Expires:

LOIS ISAACSON
A Notary Public of New Jersey
My Commission Expires 6/19/06

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al. [1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Mar.   , 2005 at 4:00p.m. |
| | | Hearing Date :  TDB only if necessary |

## FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

W.R. GRACE & COMPANY
5400 BROKEN SOUND BLVD., N.W.
BOCA RATON, FL  33487
ATTN: RICHARD A. SENFTLEBEN, ESQ.

February 11, 2005
Invoice No.  26706
Client No.  734680

For Professional Services Rendered through   01/31/05

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL

## Litigation and Litigation Consulting

| | | | |
|---|---|---|---|
| 01/03/05 JMA | Receipt and review notice of electronic filing re: Honeywell surreply | .10 | 38.50 |
| 01/03/05 JMA | Receipt and review notice of electronic filing re: Special Master's 19th Fee Application hearing | .10 | 38.50 |
| 01/03/05 MEF | Electronic filing of substitution of attorney | .50 | 130.00 |
| 01/03/05 MEF | Letter to Judge Cavanaugh regarding substitution of attorney | .30 | 78.00 |
| 01/03/05 MEF | Receipt and review substitution of attorney | .20 | 52.00 |
| 01/04/05 JMA | Receipt and review notice of electronic filing re: HM (Howrey) substitution of attorney | .10 | 38.50 |
| 01/04/05 JMA | Phone - K. Coakley re: CHM (Howrey) substitution of attorney | .20 | 77.00 |
| 01/13/05 JMA | Receipt and review notice of electronic filing re: ICO opposition to Honeywell request for surreply (fees on fees) | .10 | 38.50 |
| 01/13/05 JMA | Receipt and review ICO opposition to Honeywell request for surreply (fees on fees) | .20 | 77.00 |
| 01/13/05 JMA | Receipt and review notice of electronic filing re: ICO opposition to Honeywell Rule 60(B) motion | .10 | 38.50 |
| 01/14/05 JMA | Phone - Judge Cavanaugh's clerk re: trial exhibits | .20 | 77.00 |
| 01/15/05 JMA | Receipt and review ICO brief opposing Honeywell Rule 60(B)5 motion | .60 | 231.00 |
| 01/19/05 JMA | Phone - C. Marraro re: hearing on joint motion to dismiss | .30 | 115.50 |
| 01/19/05 JMA | Phone - Judge Cavanaugh's chambers | .20 | 77.00 |

W.R. GRACE & COMPANY                                             February 11, 2005
Client No.            734680                              Page      2
INVOICE NO.           26706

| | | | |
|---|---|---|---|
| 01/19/05 JMA Phone - C. Marraro re: joint motion to dismiss | | .20 | 77.00 |
| 01/20/05 JMA Receipt and review second amendment to RAWP Stipulation and Order | | .20 | 77.00 |
| 01/20/05 JMA Phone - C. Marraro re: hearing on joint motion | | .20 | 77.00 |
| 01/20/05 JMA Receipt and review notice of electronic filing re: Second amendment to RAWP Stipulation and Order | | .10 | 38.50 |
| 01/21/05 JMA Receipt and review notice of electronic filing re: Special Master's fee application | | .10 | 38.50 |
| 01/21/05 JMA Receipt and review notice of electronic filing re: Honeywell reply re: 60(B) motion | | .10 | 38.50 |
| 01/21/05 JMA Receipt and review Honeywell reply re: 60(B) motion | | .40 | 154.00 |
| 01/21/05 JMA Receipt and review notice of electronic filing re: Honeywell reply - motion to file surreply | | .10 | 38.50 |
| 01/21/05 JMA Receipt and review Honeywell reply - motion to file surreply | | .20 | 77.00 |
| 01/21/05 JMA Phone - C. Marraro re: hearing on joint motion | | .20 | 77.00 |
| 01/21/05 JMA Phone - R. Senftleben's secretary | | .10 | 38.50 |
| 01/21/05 RCS Retrieve Grace trial exhibits admitted into evidence from Judge Cavanaugh's chambers with law clerk. | | 2.80 | 658.00 |
| 01/21/05 JF  Picked up exhibits from court with R Scrivo. | | 2.00 | 190.00 |
| 01/24/05 JMA Receipt and review letter from Judge Cavanaugh re: 2/2/04 status conference | | .20 | 77.00 |
| 01/24/05 JMA Phone - C. Marraro re: status conference | | .20 | 77.00 |
| 01/24/05 JMA Receipt and review notice of electronic filing re: Special Master's 20th fee application | | .10 | 38.50 |
| 01/24/05 JMA Receipt and review Special Master's 20th fee application | | .30 | 115.50 |
| 01/25/05 JMA Phone - C. Marraro re: 2/2/05 conference | | .20 | 77.00 |
| 01/25/05 JMA Phone - R. Senftleben and C. Marraro re: 2/2/05 conference | | .40 | 154.00 |

W.R. GRACE & COMPANY                                    February 11, 2005
Client No.              734680                          Page      3
INVOICE NO.             26706


01/26/05 JMA Receipt and review notice of electronic filing     .10      38.50
             re: order - Special Master's 19th fee
             application

01/26/05 JMA Receipt and review Order approving Special          .20      77.00
             Master's 19th fee application

01/26/05 JMA Receipt and review email from T. Pasuit with        .20      77.00
             agenda for Special Master meeting

01/26/05 JMA Receipt and review letter from K. Coakley to        .10      38.50
             Judge Cavanaugh re: Second Amendment to Order
             re: immediate action items

01/26/05 JMA Receipt and review Second Amendment to Order        .30     115.50
             re: immediate action items

01/31/05 JMA Phone - C. Marraro re: 2/2/05 hearing               .30     115.50


**Fee Applications, Applicant**


01/03/05 MEF Fee Application - PACER search regarding CNO        .30      78.00
             for 33rd Monthly Fee Application

01/10/05 MEF Fee Application - PACER search - CNO for 33rd       .20      52.00
             Fee Application

01/10/05 MEF Fee Application - review CNO for 33rd fee           .20      52.00
             application

01/17/05 MEF Fee Application - review December 2004 fee          .40     104.00
             detail

01/17/05 MEF Fee Application - prepare 34th monthly fee          .60     156.00
             application

01/17/05 MEF Fee Application - begin preparing 15th            1.00     260.00
             quarterly fee application

01/19/05 MEF Fee Application - finalize 34th monthly fee         .40     104.00
             application

01/19/05 MEF Fee Application - letter to P. Cuniff regarding     .20      52.00
             34th monthly fee application

01/25/05 MEF Fee Application - PACER search regarding filing     .20      52.00
             of 34th monthly fee application.

01/27/05 MEF Fee Application - email from Bossay re: 14th        .10      26.00
             quarterly fee application.

```
W.R. GRACE & COMPANY                              February 11, 2005
Client No.            734680                      Page       4
INVOICE NO.           26706
```

| | | | |
|---|---|---|---|
| 01/27/05 MEF | Fee Application - PACER search regarding 14th Quarterly fee application. | .30 | 78.00 |
| 01/27/05 MEF | Fee Application - email to Bossay regarding 14th quarterly fee application. | .20 | 52.00 |
| 01/27/05 MEF | Fee Application - email to Bossay regarding July - September fee detail. | .20 | 52.00 |
| 01/27/05 MEF | Fee Application - PACER search regarding 34th monthly fee application. | .10 | 26.00 |
| 01/27/05 MEF | Fee Application - review order approving quarterly fee applications for the 13th period. | .20 | 52.00 |

```
                                                  -------------
Total Fees:                                          4,883.50
```

```
W.R. GRACE & COMPANY                              February 11, 2005
Client No.              734680                    Page        6
INVOICE NO.             26706
```

SUMMARY OF FEES:

```
*-------------------------TIME AND FEE SUMMARY---------------------*
*----------TIMEKEEPER---------*    RATE   HOURS          FEES
J M AGNELLO                      385.00    6.70       2579.50
M E FLAX                         260.00    5.60       1456.00
RC SCRIVO                        235.00    2.80        658.00
J FALDUTO                         95.00    2.00        190.00
                         TOTALS           17.10       4883.50
```

# EXHIBIT B

W.R. GRACE & COMPANY                           February 11, 2005
Client No.              734680                  Page        5
INVOICE NO.             26706


          Disbursements


Costs Advanced

01/21/05 Costs Advanced PACER 12/04                    2.24

                                    SUBTOTAL:          2.24

01/31/05 Travel Expense                              10.00
01/31/05 Federal Express                             34.00
                                                -------------
                                                          46.24
Total Costs                                     -------------
                                                       4,929.74
Total Due this Matter
=============

NAME Robert C. Scrivo                **EXPENSE FORM**   329    WEEK ENDING 1-21-05

| ITEM | SUN. | MON. | TUES. | WED. | THURS. | FRI. | SAT. | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | 1-17 | 1-18 | | 1-20 | 1-21 | | |
| MEALS | | | | | | | | |
| AIRFARE | | | | | | | | |
| MILEAGE: | mi | 31 50 mi | 11 25 mi | mi | 11 25 mi | 4 50 mi | mi | 58.50 |
| Origination | | Roseland | Roseland | | Roseland | Roseland | | |
| Destination | | Brick | Hackensack | | Glen Rock | Newark | | |
| TAXI | | | | | | | | |
| PARKING | | | | | | 5 50 | | 5.50 |
| TOLLS | | 3 10 | 1 40 | | | | | 4 40 |
| TELEPHONE | | | | | | | | |
| ENTERTAINMENT | | | | | | | | |
| TIPS | | | | | | | | |
| LODGING | | | | | | | | |
| MISC. | | | | | | | | |
| TOTAL | | 34 60 | 12 65 | | 11 25 | 10 — | | 68.40 |

**NON-BILLABLE EXPENSE**

| DATE | ITEM | PLACE | PURPOSE | GUESTS/BUS. RELATIONSHIP | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**ALLOCATION TO CLIENT**

| CLIENT/MATTER NAME | CLIENT/MATTER NUMBER | EXPENSE DATE | TOTAL AMOUNT | ENT. | BI |
|---|---|---|---|---|---|
| Crangle | 153710.2 | 1-17-05 | 34.60 | ✓ | |
| Palamaro | 531745 | 1-18-05 | 12.65 | ✓ | |
| Povoli | 564620.1 | 1-20-05 | 11.25 | ✓ | |
| Grace | 734680.1 | 1-21-05 | 10.— | ✓ | |