# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    Chapter 11 |
| | ) |
| W. R. GRACE & CO. et al. | )    Case No. 01-01139 (JKF) |
| | )    (Jointly Administered) |
| Debtors. | ) Objection Deadline: Apr. 14, 2005 at 4:00p.m. |
| |      Hearing Date:  TDB only if necessary |

**SUMMARY COVERSHEET TO THIRTY-SIXTH MONTHLY INTERIM
APPLICATION OF CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART &
OLSTEIN FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| | |
|---|---|
| Name of Applicant: | Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") |
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | February 1, 2002 |
| Period for which compensation and reimbursement is sought | February 1, 2005 through February 28, 2005 |
| Amount of compensation sought as actual, reasonable and necessary | $3,330.50 period February 1, 2005 through February 28, 2005 in professional fees |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $70.80 period of February 1, 2005 through February 28, 2005 |

This is a:                  Monthly interim application

Prior Applications filed:    Yes

| Date Filed | Period Covered | Requested Fees (80%) | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 04/30/02 | 03/01/02 through 03/31/02 | $11,914.00 | $1,601.57 | Paid | Paid |
| 05/16/02 | 04/01/02 through 04/30/02 | $18,244.80 | $800.41 | Paid | Paid |
| 06/02 | 05/01/02 through 05/31/02 | $10,476.80 | $1,952.06 | Paid | Paid |
| 07/02 | 06/01/02 through 06/30/02 | $23,778.80 | $124.87 | Paid | Paid |
| 08/02 | 07/01/02 through 07/31/02 | $21,644.40 | $382.71 | Paid | Paid |
| 09/02 | 08/01/02 through 08/31/02 | $34,612.80 | $2,524.85 | Paid | Paid |
| 10/02 | 9/01/02 through 9/30/02 | $29,157.20 | $2,926.37 | Paid | Paid |
| 11/02 | 10/01/02 through 10/31/02 | $25,916.00 | $2,067.73 | Paid | Paid |
| 12/02 | 11/01/02 through 11/30/02 | $27,517.20 | $2,314.21 | Paid | Paid |
| 01/03 | 12/01/02 through 12/31/02 | $56,228.40 | $8,398.02 | Paid | Paid |

| 02/03 | 01/01/03 through 01/31/03 | $144,530.40 | $9,533.27 | Paid | Paid |
| 03/03 | 02/01/03 through 02/28/03 | $80,008.09 | $19,621.20 | Paid | Paid |
| 04/03 | 03/01/03 through 03/31/03 | $108,130.40 | $16,983.37 | Paid | Paid |
| 5/03 | 04/01/03 through 04/30/03 | $69,407.60 | $3,684.64 | Paid | Paid |
| 6/03 | 05/01/03 through 05/31/03 | $26,057.93 | $0 | Paid | Paid |
| 7/03 | 06/01/30 through 06/30/03 | $60,407.20 | $2,061.28 | Paid | Paid |
| 8/03 | 07/01/03 through 07/31/03 | $78,271.60 | $9,347.66 | Paid | Paid |
| 9/03 | 08/01/03 through 08/31/03 | $48,996.80 | $1,966.20 | Paid | Paid |
| 10/03 | 09/01/03 through 09/30/03 | $29,190.80 | $2,057.14 | Paid | Paid |
| 11/03 | 10/01/03 through 10/31/03 | $36,243.20 | $1,026.05 | Paid | Paid |
| 12/03 | 11/01/03 through 11/30/03 | $44,670.80 | $1,919.20 | Paid | Paid |

| 2/04 | 12/01/03 through 12/31/04 | $37,199.20 | $839.62 | Paid | Paid |
| 02/04 | 01/01/04 through 01/31/04 | $52,239.60 | $1,038.45 | Paid | Paid |
| 03/04 | 02/01/04 through 02/29/04 | $31,430.00 | $2,975.32 | Paid | Paid |
| 04/04 | 03/01/04 through 03/31/04 | $28,304.00 | $877.91 | Paid | Paid |
| 05/04 | 04/01/04 through 04/30/04 | $51,685.20 | $1,793.71 | Paid | Paid |
| 06/04 | 05/01/04 through 05/31/04 | $96,132.80 | $1,015.71 | Paid | Paid |
| 07/04 | 06/01/04 through 06/30/04 | $93,467.60 | $8,732.43 | Paid | Paid |
| 08/04 | 07/01/04 through 07/31/04 | $58,543.20 | $5,708.23 | Paid | Paid |
| 09/04 | 08/01/04 through 08/31/04 | $87,745.20 | $3,704.36 | Paid | Paid |
| 10/04 | 09/01/04 through 09/30/04 | $60,518.00 | $2,976.80 | Paid | Paid |
| 11/04 | 10/01/04 through 10/31/04 | $37,912.80 | $2,005.04 | Paid | Paid |

| 12/04 | 11/01/04 through 11/30/04 | $6,468.40 | $273.07 | Application pending | Application pending |
| 01/05 | 12/01/04 through 12/31/04 | $5,060.00 | $121.45 | Application pending | Application pending |
| 02/05 | 01/01/05 through 01/31/05 | $3,906.80 | $46.24 | Application pending | Application pending |

As indicated above, this is the thirty-sixth application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $385 | 6.90 | $2,656.50 |
| Melissa E. Flax | Partner | $260 | 2.30 | $598.00 |
| Laura Florence | Paralegal | $95 | .80 | $76.00 |

Total Fees  **$3,330.50**

Total Hours  **10.00**

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
|---|---|
| Copies – Internal and Outside | |
| Westlaw/Pacer | $8.80 |
| Telephone | |
| Faxes | $21.00 |
| FedEx | $41.00 |
| Travel | |
| Messenger | |
| Additional Staff Time | |
| Court Reporter (Hearing Transcript) | |
| Meals | |
| AirPhoto Services | |
| Stationary and Supplies | |
| Returned Witness Fee | |
| | |
| Total | $70.80 |

Dated:  March 18, 2005

**ATTACHMENT B**
**TO FEE APPLICATION**
**(February 1, 2005 through February 28, 2005)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $385 | 6.90 | $2,656.50 |
| Melissa E. Flax | Partner | $260 | 2.30 | $598.00 |
| Laura Florence | Paralegal | $95 | .80 | $76.00 |

| Grand Total: | | | | $3,330.50 |
|---|---|---|---|---|
| Blended Rate: | | | | |

## COMPENSATION BY PROJECT CATEGORY[1]

| Project Category (Examples) | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis | | |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | | |
| Claims Analysis Objection Resolution & Estimation (Asbestos) | | |
| Claims Analysis Objection Resolution & Estimation (Non-Asbestos) | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc.) | | |
| Employee Benefits/Pensions | | |
| Employment Applications, Applicant | | |
| Employment Applications, Others | | |
| Expenses | | $70.80 |
| Fee Applications, Applicant | 2.90 | $829.00 |
| Fee Applications, Others | | |
| Financing | | |
| Hearings | | |
| Litigation and Litigation Consulting | 7.10 | $2,501.50 |
| Plan and Disclosure Statement | | |
| Relief from Stay Proceedings | | |
| Tax Issues | | |
| Tax Litigation | | |
| Travel – non-working | | |
| Valuation | | |
| ZAI Science Trial | | |
| ZAI Science Trial – Expenses | | |
| Other (Explain) | | |

---

[1] In accordance with the Court's directive at the August 26, 2002 hearing, the compensation by project category has been revised to reflect the additional project categories required by the Court and the Fee Auditor.

## EXPENSE SUMMARY

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Computer Assisted Legal Research | WestLaw/Pacer | $8.80 |
| Facsimile (with rates) | | $21.00 ($1.00 per page) |
| Long Distance Telephone | | |
| In-House Reproduction | | ($0.15 per page) |
| Outside Reproduction | | |
| Outside Research | | |
| Filing/Court Fees | | |
| Court Transcripts | Charles P. McGuire | |
| Local Travel | | |
| Out-Of-Town Travel airfare car/taxi service | | |
| Courier & Express Carriers (e.g. Federal Express) | Federal Express | $41.00 |
| Postage | | |
| Other (Explain) – Working meal | | |
| Messenger | | |
| Security at Site | SARA Consultants | |
| Additional Staff Time | | |
| Aerial Photographs | | |
| Stationary & Supplies | | |
| Returned Witness Fee | | |

Dated:  March 18, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                                )
                                                      )          Chapter 11
                                                      )
W. R. GRACE & CO. et al.[1]                           )          Case No. 01-01139 (JKF)
                                                      )          (Jointly Administered)
                Debtors.                              )

## VERIFICATION

JOHN M. AGNELLO, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant firm, Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein and I am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the State of New York, the United States District Courts for the Southern and Eastern Districts of New York and the Supreme Court of the United States.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2.      I have personally performed certain of, and overseen the legal services rendered by Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

John M. Agnello

In the State of New Jersey

SWORN TO AND SUBSCRIBED
before me this ___ day of March, 2005

Notary Public

My Commission Expires:
JEANNE A. SPENA
A Notary Public Of New Jersey
My Commission Expires August 13, 2007

**PROJECT AND EXPENSE CATEGORIES**
**TO SIXTEENTH QUARTERLY INTERIM FEE APPLICATION**
**(JANUARY 1, 2005 THROUGH MARCH 31, 2005)**

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John M. Agnello | Partner | $385 | 16.80 | $6,468.00 |
| Melissa E. Flax | Partner | $260 | 9.10 | $2,366.00 |
| Robert C. Scrivo | Associate | $235 | 2.80 | $658.00 |
| Laura Florence | Paralegal | $95 | 1.20 | $114.00 |
| Jeffrey Falduto | Paralegal | $95 | 2.00 | $190.00 |

| Grand Total: | $9,796.00 |
|---|---|
| Blended Rate: | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category (Examples) | Total Hours | Total Fees | Cumulative Fees |
|---|---|---|---|
| Asset Analysis and Recovery | | | |
| Asset Disposition | | | |
| Business Operations | | | |
| Case Administration | | | |
| Claim Analysis Objection Resolution & Estimation (Asbestos) | | | |
| Claim Analysis Objection Resolution & Estimation (Non-Asbestos) | | | |
| Committee (All – Creditors', Noteholders', Equity Holders', etc) | | | |
| Employee Benefits/Pensions | | | |
| Employment Applications, Applicant | | | |
| Employment Applications, Others | | | |
| Expenses | | $148.98 | $89,384.20 |
| Fee Applications, Applicant | 8.70 | $2,337.00 | $89,957.00 |
| Fee Applications, Others | | | |
| Financing | | | |
| Hearings | | | |
| Litigation and Litigation Consulting | 23.20 | $7,459.00 | $1,962,523.00 |
| Plan and Disclosure Statement | | | |
| Relief from Stay Proceedings | | | |
| Tax Issues | | | |
| Tax Litigation | | | |
| Travel – non-working | | | $15,173.75 |
| Valuation | | | |
| ZAI Science Trial | | | |
| ZAI Science Trial – Expenses | | | |
| Other (Explain) | | | |

**EXPENSE SUMMARY**

| Expense Category (Examples) | Service Provider (if applicable) | Total Expenses | Cumulative Expenses |
|---|---|---|---|
| Computer Assisted Legal Research | Westlaw/Pacer | $24.48 | $7,784.28 |
| Facsimile (with rates) | | $21.00 ($1.00 per page) | $6,119.00 |
| Long Distance Telephone | | | $8,495.73 |
| In-House Reproduction | | ($0.15 per page) | $14,911.20 |
| Outside Reproduction | | | $18,936.41 |
| Outside Research | | | |
| Filing/Court Fees | | | |
| Court Reporting | Charles P. McGuire | | $542.70 |
| Local Travel | Parking/mileage/tolls | $10.00 | $640.22 |
| Out-Of-Town Travel train airfare car/taxi service hotel | | | $10,564.63 |
| Courier & Express Carriers (e.g. Federal Express) | | $93.50 | $5,165.53 |
| Postage | | | |
| Other (Explain) – Corporate record search | State of New Jersey Department of Treasury | | $10.00 |
| Other (Explain) – Photographs | Mr. Photo | | $76.25 |
| Other – Aerial photographs | Air Photo Services (2/2002) (6/2004) | | $1,462.30 |
| Messenger | | | $4,248.40 |
| Working meals | | | $1,908.59 |
| Subpoenas | Guaranteed Subpoena – Trial Witnesses | | $3,226.80 |
| Returned Witness Fees | | | ($802.00) |
| Additional Staff Time | | | $5,371.54 |
| Trial Supplies | | | $230.52 |
| Site Security | SARA Consultants | | $320.00 |
| Stationary & Supplies | Staples | | $195.94 |

Dated: April 12, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO. et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Deadline: Apr.  , 2005 at 4:00p.m. |
| | | Hearing Date : TDB only if necessary |

**FEE DETAIL FOR CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI,
STEWART & OLSTEIN'S MONTHLY FEE APPLICATION FOR THE PERIOD
FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005.**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. -Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (Ma Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G_ C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners 1, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**

W.R. GRACE & COMPANY                    March 21, 2005
5400 BROKEN SOUND BLVD., N.W.           Invoice No.  27277
BOCA RATON, FL  33487                   Client No.  734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.


        For Professional Services Rendered through   02/28/05

Matter #          734680.1        VS. HONEYWELL INTERNATIONAL


## Litigation and Litigation Consulting


| Date | | Description | | |
|---|---|---|---|---|
| 02/01/05 | JMA | Receipt and review notice of electronic filing re: Honeywell appearance of counsel | .10 | 38.50 |
| 02/02/05 | JMA | Review file for conference/hearing before Judge Cavanaugh | 1.00 | 385.00 |
| 02/02/05 | JMA | Attend conference/hearing before Judge Cavanaugh | 2.80 | 1078.00 |
| 02/02/05 | JMA | Phone - C. Marraro re: results of conference/hearing | .30 | 115.50 |
| 02/02/05 | JMA | Phone - R. Senftleben and C. Marraro re: results of conference/hearing before Judge Cavanaugh | .30 | 115.50 |
| 02/08/05 | JMA | Receipt and review Honeywell notice of electronic filing re: approval of 100%design | .10 | 38.50 |
| 02/08/05 | JMA | Receipt and review proposed Order re: 100% Design | .10 | 38.50 |
| 02/09/05 | LF | Review Wong Depositions regarding 30 (b)(6) Deposition | .30 | 28.50 |
| 02/10/05 | LF | Phone call regarding changes to cite; Review same | .30 | 28.50 |
| 02/14/05 | JMA | Receipt and review notice of electronic filing re: exhibits to 100% Design Report | .20 | 77.00 |
| 02/17/05 | LF | Phone call to West Law regarding changes on site; Prepare letter regarding same | .20 | 19.00 |
| 02/18/05 | JMA | Receipt and review Special Master's Tenth Progress Report | .40 | 154.00 |
| 02/19/05 | JMA | Phone - C. Marraro and R. Senftleben re: Third Circuit Decision | .20 | 77.00 |

W.R. GRACE & COMPANY                                      March 21, 2005
Client No.              734680                            Page     3
INVOICE NO.             27277


02/21/05 JMA Receipt and review special Master proposed        .20    77.00
             Order re: 100% Design

02/21/05 JMA Receipt and review ICO opposition to              .40   154.00
             Honeywell/Grace joint motion

02/25/05 JMA Receipt and review notice of electronic filing    .10    38.50
             re: ICO reply to 60(b) motion

02/25/05 JMA Receipt and review Order extending time for ICO   .10    38.50
             reply to 60(b) motion


**Fee Application, Applicants**

02/01/05 JMA Review and execute 15th Quarterly Fee             .40   154.00
             Application

02/01/05 JMA Receipt and review Order approving 13th           .20    77.00
             Quarterly Fee Application

02/01/05 MEF Fee application Pacer search 34th monthly fee     .20    52.00
             application.

02/01/05 MEF Fee Application-revise and finalize 15th          .40   104.00
             Quarterly fee application.

02/01/05 MEF Fee application-letter to P. Cuniff re: 15th      .20    52.00
             Quarterly fee application.

02/10/05 MEF Fee detail - review January fee detail            .20    52.00

02/10/05 MEF Fee detail - begin preparing 35th fee detail      .60   156.00

02/11/05 MEF Fee application - letter to Curiff regarding      .20    52.00
             34th monthly fee application.

02/19/05 MEF Fee application - PACER search regarding CNO      .30    78.00
             for December 2004 application; January 2005
             monthly fee application.

02/19/05 MEF Fee application - review CNO regarding December   .20    52.00
             2004 fee application.

                                                           -------------
Total Fees:                                                   3,330.50

```
W.R. GRACE & COMPANY                        March 21, 2005
Client No.              734680              Page      3
INVOICE NO.             27277
```

SUMMARY OF FEES:

```
*------------------------TIME AND FEE SUMMARY--------------------*
*----------TIMEKEEPER---------*    RATE   HOURS            FEES
J M AGNELLO                       385.00   6.90          2656.50
M E FLAX                          260.00   2.30           598.00
LAURA FLORENCE                     95.00    .80            76.00
                         TOTALS            10.00          3330.50
```

# EXHIBIT B

W.R. GRACE & COMPANY                    March 21, 2005
Client No.              734680          Page        3
INVOICE NO.             27277

### Disbursements

| | | |
|---|---|---|
| 02/28/05 Faxes | | 21.00 |
| 02/28/05 Computer Searches | | 8.80 |
| 02/28/05 Federal Express | | 41.00 |
| | | ------------- |
| | | 70.80 |
| Total Costs | | ------------- |
| | | 3,401.30 |

Total Due this Matter
=============