**Exhibit B**
February 2005 Fee Application

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., *et al* | ) Case No. 01-01139 (JKF)<br>) (Jointly Administered) |
| Debtors. | ) Obj. Deadline: 5/17/05 at 4:00 p.m. |

## SUMMARY COVER SHEET TO FORTY SEVENTH MONTHLY INTERIM APPLICATION OF WALLACE KING DOMIKE & BRANSON PLLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Name of Applicant: | Wallace King Domike & Branson PLLC. ("WKDB") |
|---|---|
| Authorized to provide professional services to: | Special Litigation and Environmental Counsel to Debtors |
| Date of Retention: | April 2, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2005 through February 28, 2005. |
| Amount of compensation sought as actual, reasonable and necessary | $995.20 for the period February 1, 2005 through February 28, 2005 (80% of $1,244.00) in professional fees. |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $154.10 for the period February 1, 2005 through February 28, 2005 |

This is a:   Monthly interim application.

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/5/01 | 4/2/01 through 4/30/01 | $216,471.50 | $25,282.16 | 100% Paid | 100% Paid |
| 7/5/01 | 5/1/01 through 5/31/01 | $244,726.00 | $26,594.89 | 100% Paid | 100% Paid |
| 8/9/01 | 6/1/01 through 6/20/01 | $186,977.91 | $90,104.66 | 100% Paid | 100% Paid |
| 8/28/01 | 7/1/01 through 7/31/01 | $101,544.08 | $52,387.36 | 100% Paid | 100% Paid |
| 10/18/01 | 8/1/01 through 8/31/01 | $85,722.80 | $56,387.04 | 100% Paid | 100% Paid |
| 11/05/01 | 9/1/01 through 9/30/01 | $66,562.16 | $24,668.50 | 100% Paid | 100% Paid |
| 12/13/01 | 10/1/01 through 10/31/01 | $76,674.32 | $10,019.94 | 100% Paid | 100% Paid |
| 1/02/02 | 11/1/01 through 11/30/01 | $76,484.30 | $13,513.96 | 100% Paid | 100% Paid |
| 2/12/02 | 12/1/01 through 12/31/01 | $46,954.80 | $17,209.63 | 100% Paid | 100% Paid |
| 2/21/02 | 1/1/02 through 1/31/02 | $79,379.36 | $2,260.41 | 100% Paid | 100% Paid |
| 3/25/02 | 2/1/02 through 2/28/02 | $69,957.20 | $3,160.68 | 100% Paid | 100% Paid |
| 4/24/02 | 3/1/02 through | $55,351.04 | $3,155.63 | 100% Paid | 100% Paid |

| | 3/31/02 | | | | |
|---|---|---|---|---|---|
| 5/23/02 | 4/1/02 through 4/30/02 | $63,704.72 | $6,584.06 | 100% Paid | 100% Paid |
| 6/27/02 | 5/1/02 through 5/31/02 | $57,060.32 | $4,946.79 | 100% Paid | 100% Paid |
| 7/24/02 | 6/1/02 through 6/30/02 | $66,137.04 | $8,461.57 | 100% Paid | 100% Paid |
| 8/27/02 | 7/1/02 through 7/31/-2 | $72,492.64 | $20,490.51 | 100% Paid | 100% Paid |
| 9/25/02 | 8/1/02 through 8/31/02 | $94,828.80 | $23,851.10 | 100% Paid | 100% Paid |
| 10/25/02 | 9/1/02 through 9/30/02 | $124,578.27 | $1,424.28 | 100% Paid | 100% Paid |
| 11/25/02 | 10/1/02 through 10/31/02 | $167,191.12 | $36,979.60 | 100% Paid | 100% Paid |
| 1/2/03 | 11/1/02 through 11/30/02 | $157,634.40 | $25,921.79 | 100% Paid | 100% Paid |
| 2/12/03 | 12/1/02 through 12/31/02 | $178,734.48 | $114,558.29 | 100% Paid | 100% Paid |
| 4/18/03 | 1/1/03 through 1/31/03 | $275,466.40 | $159,839.86 | 100% Paid | 100% Paid |
| 5/6/03 | 2/1/03 through 2/28/03 | $123,758.48 | $25,803.22 | 100% Paid | 100% Paid |
| 5/7/03 | 3/1/03 through 3/31/03 | $110,340.00 | $10,455.86 | 100% Paid | 100% Paid |
| 6/13/03 | 4/1/03 through 4/30/03 | $87122.40 | $13,144.41 | 100% Paid | 100% Paid |
| 6/26/03 | 5/1/03 through 5/31/03 | $$57,138.56 | $12,415.74 | 100% Paid | 100% Paid |
| 7/8/03 | 6/1/03 through 6/30/03 | $105,028.72 | $,316.82 | 100% Paid | 100% Paid |

| | | | | | |
|---|---|---|---|---|---|
| 9/3/03 | 7/1/03 through 7/31/03 | $133,158.40 | $10,206.36 | 100% Paid | 100%Paid |
| 9/23/03 | 8/1/03 through 8/31/03 | $82,045.28 | $16,185.52 | 100% Paid | 100% Paid |
| 10/31/03 | 9/1/03 through 9/30/03 | $105,216.20 | $10,195.00 | 100% Paid | 100% Paid |
| 12/10/03 | 10/1/03 through 10/31/03 | $117,161.70 | $26,662.70 | 100% Paid | 100% Paid |
| 12/31/03 | 11/1/03 through 11/30/03 | $80,439.90 | $4,599.05 | 100% Paid | 100% Paid |
| 2/17/04 | 12/1/03 through 12/31/03 | $69,342.70 | $24,468.58 | 100% Paid | 100% Paid |
| 4/6/04 | 1/01/04 through 1/31/04 | $86,723.90 | $5,015.68 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/19/04 | 2/1/04 through 2/29/04 | $72,262.90 | $10,387.41 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/29/04 | 3/1/04 through 3/31/04 | $113,279.40 | $15,064.65 | No Objections Served on Counsel | No Objections Served on Counsel |
| 7/27/04 | 4/1/04 through 4/30/04 | $104,865.80 | $8,902.70 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/11/04 | 5/1/04 through 5/31/04 | $167,326.80 | $28,642.23 | No Objections Served on Counsel | No Objections Served on Counsel |
| 8/13/04 | 6/1/04 through 6/30/04 | $97,163.70 | $29,968.45 | No Objections Served on Counsel | No Objections Served on Counsel |
| 9/22/04 | 7/1/04 through 7/31/04 | $100,843.00 | $122,550.38 | No Objections Served on Counsel | No Objections Served on Counsel |
| 10/6/04 | 8/1/04 | $108,066.20 | $9,384.00 | No | No |

|  | through 8/31/04 |  |  | Objections Served on Counsel | Objections Served on Counsel |
|---|---|---|---|---|---|
| 11/18/04 | 9/1/04 through 9/30/04 | $148,088.40 | $$23,572.83 | No Objections Served on Counsel | No Objections Served on Counsel |
| 12/3/04 | 10/1/04 through 10/31/04 | $43,733.50 | $1,727.26 | No Objections Served on Counsel | No Objections Served on Counsel |
| 12/29/04 | 11/1/04 through 11/30/04 | $4,292.00 | $14,542.23 | No Objections Served on Counsel | No Objections Served on Counsel |
| 4/8/05 | 1/1/05 through 1/31/05 | $2,541.00 | -0- | No Objections Served on Counsel | No Objections Served on Counsel |

As indicated above, this is the forty seventh application for interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases

## Summary of Compensation Requested

| Name of Professional Individual | Position, year assumed, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William Hughes | Counsel | $380 | 1.30 | $494.00 |
| Alec C. Zacaroli | Associate | $250 | 3.00 | $750.00 |
|  |  |  |  |  |
|  |  |  |  |  |

Total Fees        $1,244.00

Balance Due    $1,244.00

Total Hours     4.30

## EXPENSE SUMMARY

| Expense Category | Total Expenses |
| --- | --- |
| Copying | |
| Facsimile | |
| Online Research | 154.10 |
| Telephone | |
| Federal Express | |
| Delivery Services/messengers | |
| Attorney working lunches | |
| Meals on trips and with clients | |
| Air Fares | |
| Hotels | |
| Auto Rentals | |
| Parking at airports | |
| Taxi Service on trips | |
| | |
| Total | 154.10 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

William F. Hughes, after being duly sworn according to law, deposes and says:

1. I am a member in good standing of the bar of the District of Columbia.

2. I have personally performed certain of, and overseen the legal services rendered by Wallace King Domike & Branson PLLC as special litigation and environmental counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
William F. Hughes

In the District of Columbia

SWORN TO AND SUBSCRIBED
before me this 18th day of April 2005.

_____
Notary Public

My Commission Expires:

> BRENDA SELF
> Notary Public
> District of Columbia
> My Comm. Expires January 1, 2008

-2-



**Wallace King Domike Branson**

WALLACE KING DOMIKE & BRANSON, PLLC
1050 THOMAS JEFFERSON STREET, N.W.
WASHINGTON, DC 20007

Phone 202.204.1000
Fax 202.204.1001

April 11, 2005

Mr. Robert Emmett
W. R. Grace & Company
7500 Grace Drive
Columbia,, MD 21044

Invoice#   2453

For Professional Services Rendered in Connection with Waterloo - Brewer Road Site - Matter 4

Professional Services:

|            |     |                                                                                                                                                             | Hours |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 02/01/2005 | ACZ | Additional research of case law and guidance on CERCLA contribution actions brought for state administrative orders (2.2); conference with Mr. Hughes re same (0.4). | 2.60  |
| 02/02/2005 | WFH | Research on CERCLA § 113 issue for reply brief and conference with Mr. Hogan re same.                                                                       | 1.30  |
| 02/02/2005 | ACZ | Conference with Mr. Hughes re CERCLA taking language.                                                                                                       | 0.40  |

|                |      | Amount   |
|----------------|------|----------|
| Total fees     | 4.30 | 1,244.00 |

Disbursements:

| Online research     | 154.10   |
|---------------------|----------|
| Total disbursements | $154.10  |
| Total Amount of This Bill | $1,398.10 |
| Balance Due         | $1,398.10 |

## Timekeeper Summary

| Name | | Hours | Rate |
|---|---|---|---|
| Zacaroli, Alec C. | Associate | 3.00 | $250.00 |
| Hughes, William F. | Counsel | 1.30 | $380.00 |