**Exhibit C**
None