IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| | ) | Objection Date: May 3l, 2005 at 4:00 p.m. |
| Debtors. | ) | Hearing Date: June 27, 2005 at 12:00 p.m. |
| | ) | |

## QUARTERLY APPLICATION OF
## BMC GROUP FOR COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES AS
## CLAIMS RECONCILIATION AND SOLICITATION CONSULTANT
## TO THE DEBTORS FOR THE FIFTEENTH QUARTERLY
## INTERIM PERIOD (OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004)

| | |
|---|---|
| **Name of Applicant:** | BMC Group (f/k/a Bankruptcy Management Corporation) ("BMC") |
| **Authorized to Provide Professional Services to:** | The above-captioned debtors and debtors in possession. |
| **Date of Retention:** | Retention Order entered May 8, 2002; effective as of April 4, 2002 |
| **Period for which Compensation and Reimbursement is Sought:** | October 1, 2004 through December 31, 2004 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $188,359.50 |
| **Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary:** | $ 4,356.18 (Expenses)<br>$ 35,045.26 (Production) |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food =N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

This is a:    ☐ Monthly Application    ☒ Quarterly Application    ☐ Final Application

The total time expended for preparation of this fee application is approximately 27.0 hours and the corresponding compensation requested is approximately $6,000.00.[2]

This Quarterly Application filed by BMC is for the 15th Quarterly Interim Period.

## PRIOR APPLICATIONS

| Date Filed | Fee App # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 3/4/2003 | N/A | 4/4/2002-4/30/2002 | $18,913.50 | $1,420.00 | $15,130.80 | $1,420.00 |
| 3/4/2003 | N/A | 5/1/2002-5/31/2002 | $46,559.00 | $2,781.83 | $37,247.20 | $2,781.83 |
| 3/4/2003 | N/A | 6/1/2002-6/30/2002 | $42,162.00 | $3,538.24 | $33,729.60 | $3,538.24 |
| 3/4/2003 | N/A | 5th Quarterly 2002 | $107,634.50 | $7,740.07 | $86,107.60 | $7,740.07 |
| 3/4/2003 | N/A | 7/1/2002-7/31/2002 | $48,181.75 | $10,701.48 | $38,545.40 | $10,701.48 |
| 3/4/2003 | N/A | 8/1/2002-8/31/2002 | $48,729.50 | $1,891.32 | $38,983.60 | $1,891.32 |
| 3/4/2003 | N/A | 9/1/2002-9/30/2002 | $55,850.00 | $2,743.43 | $44,680.00 | $2,743.43 |
| 3/4/2003 | N/A | 6th Quarterly 2002 | $152,761.25 | $15,336.23 | $122,209.00 | $15,336.23 |
| 3/4/2003 | N/A | 10/1/2002-10/31/2002 | $95,621.50 | $3,384.85 | $76,497.20 | $3,384.85 |
| 3/4/2003 | N/A | 11/1/2002-11/30/2002 | $49,215.25 | $2,658.68 | $39,372.20 | $2,658.68 |
| 3/4/2003 | N/A | 12/1/2002-12/31/2002 | $46,683.00 | $850.00 | $37,346.40 | $850.00 |
| 3/4/2003 | N/A | 7th Quarterly 2002 | $191,519.75 | $6,893.53 | $153,215.80 | $6,893.53 |
| 5/15/2003 | 10 | 1/1/2003-1/31/2003 | $74,318.00 | $1,229.90 | $59,454.40 | $1,229.90 |
| 5/15/2003 | 11 | 2/1/2003-2/28/2003 | $82,610.00 | $4,837.69 | $66,088.00 | $4,837.69 |
| 5/15/2003 | 12 | 3/1/2003-3/31/2003 | $72,572.25 | $3,860.72 | $58,057.80 | $3,860.72 |
| 5/15/2003 | 8 Q | 8th Quarterly 2003 | $229,500.25 | $9,928.31 | $183,600.20 | $9,928.31 |
| 9/23/2003 | 13 | 4/1/2003-4/30/2003 | $117,598.00 | $2,132.50 | $94,078.40 | $2,132.50 |
| 9/23/2003 | 14 | 5/1/2003-5/31/2003 | $140,988.00 | $4,689.22 | $112,790.40 | $4,689.22 |
| 9/23/2003 | 15 | 6/1/2003-6/30/2003 | $95,449.00 | $8,234.67 | $76,359.20 | $8,234.67 |
| 9/23/2003 | 9 Q | 9th Quarterly 2003 | $354,035.00 | $15,480.10 | $283,228.00 | $15,480.10 |
| 2/18/2004 | 16 | 7/1/2003-7/31/2003 | $90,293.50 | $9,851.36 | $90,293.50 | $9,851.36 |
| 2/18/2004 | 17 | 8/1/2003-8/31/2003 | $88,262.50 | $2,515.87 | $88,262.50 | $2,515.87 |
| 2/18/2004 | 18 | 9/1/2003-9/30/2003 | $82,370.00 | $16,341.34 | $82,370.00 | $16,341.34 |
| 2/25/2004 | 10 Q | 10th Quarterly 2003 | $260,926.00 | $28,708.57 | $260,926.00 | $28,708.57 |
| 4/13/2004 | 19 | 10/1/2003-10/31/2003 | $86,187.00 | $1,861.76 | $86,187.00 | $1,861.76 |
| 4/13/2004 | 20 | 11/1/2003-11/30/2003 | $69,321.00 | $1,330.52 | $69,321.00 | $1,330.52 |
| 4/13/2004 | 21 | 12/1/2003-12/31/2003 | $62,679.00 | $2,627.14 | $62,679.00 | $2,627.14 |
| 4/13/2004 | 11 Q | 11th Quarterly 2003 | $218,187.00 | $5,819.42 | $218,187.00 | $2,528.88 |
| 6/18/2004 | 22 | 1/1/2004-1/31/2004 | $84,944.50 | $1,327.94 | $84,944.50 | $1,327.94 |
| 6/18/2004 | 23 | 2/1/2004-2/29/2004 | $42,147.00 | $1,623.86 | $42,147.00 | $1,623.86 |
| 6/18/2004 | 24 | 3/1/2004-3/31/2004 | $89,579.50 | $1,403.99 | $89,579.50 | $1,403.99 |
| 6/18/2004 | 12 Q | 12th Quarterly 2004 | $216,671.00 | $4,355.79 | $216,671.00 | $4,355.79 |
| 11/3/2004 | 25 | 4/1/2004-4/30/2004 | $76,264.50 | $2,134.18 | $76,264.50 | $2,134.18 |
| 11/3/2004 | 26 | 5/1/2004-5/31/2004 | $63,313.50 | $2,330.43 | $63,313.50 | $2,330.43 |
| 11/3/2004 | 27 | 6/1/2004-6/30/2004 | $58,641.50 | $2,795.01 | $58,641.50 | $2,795.01 |
| 11/3/2004 | 13 Q | 13th Quarterly 2004 | $198,219.50 | $7,259.62 | $198,219.50 | $7,259.62 |

---

2   The actual number of hours expended in preparing this fee application and the corresponding compensation requested will be set forth in BMC's subsequent fee applications.

## PRIOR APPLICATIONS - continued

| Date Filed | Fee App # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|---|
| 2/7/2005 | 28 | 7/1/2004 – 7/31/2004 | $45,396.00 | $2,558.91 | $45,396.00 | $2,558.91 |
| 2/7/2005 | 29 | 8/1/2004 – 8/31/2004 | $60,094.50 | $1,375.09 | $60,094.50 | $1,375.09 |
| 2/7/2005 | 30 | 9/1/2004 – 9/30/2004 | $75,755.50 | $1,251.65 | $75,755.50 | $1,251.65 |
| 2/7/2005 | 14Q | 14th Quarterly 2004 | $181,246.00 | $5,185.65 | $181,246.00 | $5,185.65 |
| 4/8/2005 | 31 | 10/1/2004 – 10/31/2004 | $59,922.00 | $2,144.86 | Pending | Pending |
| 4/8/2005 | 32 | 11/1/2004 – 11/30/2004 | $65,745.50 | $28,337.71 | Pending | Pending |
| 4/8/2005 | 33 | 12/1/2004 – 12/31/2004 | $62,692.00 | $8,918.87 | Pending | Pending |
| 4/8/2005 | 15Q | 15th Quarterly 2004 | $188,359.50 | $39,401.44 | Pending | Pending |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## BIOGRAPHICAL INFORMATION

| Name of Professional Person | Position with Applicant, Number of Years in Position, Prior Relevant Experience, Licenses and Year Obtained, Area of Expertise | Hourly Billing Rate (Including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tinamarie Feil | Vice President and co-founder of BMC, 7 years; 22 years experience in bankruptcy and other legal practice areas | $275.00 | 0.5 | $137.50 |
| Trevor Allen | Technology Manager, 5 years; 15 years technology, systems support and management | $175.00 | 1.5 | $262.50 |
| Liliana Anzaldo | Case Support Clerk, 8 months | $45.00 | 0.1 | $4.50 |
| Martha Araki | Senior Bankruptcy Consultant, 5 years; 19 years bankruptcy experience | $210.00 | 145.9 | $30,639.00 |
| Mark Austin | Senior Data Consultant, 1 month; 11 years prior experience in systems and applications development | $150.00 | 6.0 | $900.00 |
| Roy Baez | Case Support Clerk, 5 years | $65.00 | 31.3 | $2,034.50 |
| Susan Burnett | Consultant, 1-1/2 years; 3 years prior experience as an attorney, 20 years prior accounting and finance experience | $150.00 | 37.7 | $5,655.00 |
| Jacqueline Bush | Data Consultant, 3-1/2 years | $95.00 | 32.9 | $3,125.50 |
| Trina Carter | Case Information Clerk, 3 years | $45.00 | 6.6 | $297.00 |
| Brad Daniel | Senior Data Consultant, 5 years; former Software Development Project Manager, Swedelson & Gottlieb; 7 years bankruptcy and legal industry experience | $200.00 | 1.5 | $300.00 |
| Corazon Del Pilar | Case Support Clerk, 1-1/2 years | $45.00 | 96.0 | $4,320.00 |
| Jill Eppinger | Senior Data Consultant, 1-1/2 years; 13 years prior experience in turnaround management and business reorganization | $275.00 | 3.2 | $880.00 |
| Diane George | Data Consultant, 4 years; 2 years prior bankruptcy experience | $140.00 | 14.1 | $1,974.00 |

3

| Mike Grimmett | Data Consultant, 2-1/2 years; 12 years prior experience bankruptcy and data programming | $175.00 | 110.8 | $19,390.00 |
| --- | --- | --- | --- | --- |
| Yvette Hassman | Case Support Associate, 2 years; 3 years prior bankruptcy case support experience | $90.00 | 28.4 | $2,556.00 |
| Sue Herrschaft | Senior Consultant, 2-1/2 years; former Operations Manager, Audit Division, Arthur Andersen-LA; 10 years prior experience in risk management and quality assurance | $210.00 | 457.4 | $96,054.00 |
| Myrtle John | Senior Bankruptcy Consultant, 3-1/2 years; 25 years experience in bankruptcy and other legal practice areas | $195.00 | 29.8 | $5,811.00 |
| Stephenie Kjontvedt | Consultant, 2 years; 15 years experience in bankruptcy consulting | $140.00 | 0.2 | $28.00 |
| Marquis Marshall | Case Support Clerk, 1 year | $45.00 | 79.6 | $3,582.00 |
| Terri Marshall | Senior Consultant, 2-1/2 years; 4 years prior bankruptcy experience | $185.00 | 0.2 | $37.00 |
| James Myers | Case Support Clerk, 3-1/2 years | $65.00 | 9.6 | $624.00 |
| Belinda Rivera | Case Support Clerk, 1-1/4 years | $45.00 | 6.6 | $297.00 |
| Lisa Ruppaner | Case Support Associate, 2-1/2 years | $95.00 | 61.5 | $5,842.50 |
| Andrea Schrepfer | Case Information Services Lead, 3 years; 7 years prior experience as Manager of Call Center of major class action and bankruptcy firm | $90.00 | 0.9 | $81.00 |
| Lisa Schroeder | Case Support Clerk, 8 months | $45.00 | 1.3 | $58.50 |
| Mabel Soto | Case Support Clerk, 1-1/4 years | $45.00 | 1.0 | $45.00 |
| Brianna Tate | Case Information Clerk, 1-1/2 years | $45.00 | 3.2 | $144.00 |
| Heather Walker | Case Information Clerk, 2-1/2 years | $65.00 | 2.4 | $156.00 |
| Anna Wick | Data Consultant, 2-1/4 years | $110.00 | 28.4 | $3,124.00 |

| Grand Total: | Fees: $188,359.50 | Hours: 1,198.6 |
| --- | --- | --- |
| Blended Rate: | $157.15 | |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Asbestos Claims | 31.8 | $6,591.00 |
| Case Administration | 497.8 | $58,893.50 |
| Data Analysis | 195.7 | $29,625.50 |
| Fee Applications-Applicant | 155.2 | $32,410.00 |
| Non-Asbestos Claims | 241.2 | $45,167.00 |
| Plan & Disclosure Statement | 76.9 | $15,672.50 |
| Travel – Non Working | 0.0 | $0.00 |
| Total | 1,198.6 | $188,359.50 |

*[continued on following page]*

4

## EXPENSE SUMMARY

| Expense Category | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| b-Linx/Data Storage | BMC | $2,550.00 |
| Document Storage | BMC | $1,323.85 |
| Notary | BMC | $10.00 |
| Pacer | US Courts Pacer Website | $423.36 |
| Postage/Shipping | Fed Ex | $28.97 |
| | | |
| Total | | $4,356.18 |

## PRODUCTION EXPENSE SUMMARY

| Date of Mailing | Service Provider (If Applicable) | Total Expenses |
|---|---|---|
| October 4, 2004 | BMC (4 mailings) | $305.40 |
| October 27, 2004 | BMC (5 mailings) | $164.45 |
| November 5, 2004 | BMC (2 mailings) | $856.15 |
| November 15, 2004 | BMC (1 mailing) | $14,588.81 |
| November 19, 2004 | BMC (5 mailings) | $152.87 |
| November 22, 2004 | BMC (1 mailing) | $11,398.78 |
| December 7, 2004 | BMC (1 mailing) | $6,825.58 |
| December 9, 2004 | BMC (1 mailing) | $110.75 |
| December 15, 2004 | BMC (1 mailing) | $530.96 |
| December 30, 2004 | BMC (3 mailings) | $111.51 |
| | | |
| Total | | $35,045.26 |

**WHEREFORE,** BMC respectfully requests:

(a) that an allowance be made to it in the aggregate of $190,089.04, which is comprised of:

    (i)      80% of the fees rendered by BMC to the Debtors for reasonable and necessary professional services during the Fifteenth Quarterly Fee Period (80% of $188,359.50 = $150,687.60);

    (ii)      100% of the actual and necessary costs and expenses incurred by BMC during the Fifteenth Quarterly Fee Period ($39,401.44); and

5

(b) that both the fees and expenses are payable as an administrative expense of the Debtors' estates; and

(c) for such other and further relief as the Court deems just and proper.

Dated: April 20, 2005

BMC GROUP (f/k/a BANKRUPTCY MANAGEMENT CORPORATION)

By: _____
SUE HERRSCHAFT
720 Third Avenue, 23rd Floor
Seattle, Washington 98104
Telephone: (206) 516-3300
Telecopier: (206) 516-3304

Claims Reconciliation and Solicitation
Consultant to the Debtors and
Debtors in Possession