# EXHIBIT 2

# BMC Group

## WR Grace

## MONTHLY SUMMARY OF EXPENSES

For the Month of October 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Pacer** | $423.36 |
| **Document Storage** | $401.65 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | **$1,675.01** |

**EXHIBIT 2**

**BMC Group**

**Expense Detail - Oct 2004**

| Invoice # | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG041031 | WR Grace | BMC | $850.00 | 10/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG041031 | WR Grace | BMC | $401.65 | 10/31/04 | Document Storage | 277 Boxes |
| WRG041031 | WR Grace | Pacer | $423.36 | 10/31/04 | Pacer | Qtrly Court Doc downloads |

**EXHIBIT 2**

# BMC Group

WR Grace

MONTHLY SUMMARY OF EXPENSES

For the Month of November 2004

| EXPENSE CATEGORY | Expense Amount |
|---|---|
| **Notary** | $30.00 |
| **Document Storage** | $461.10 |
| **B-Linx/Data Storage** | $850.00 |
| Monthly Total: | $1,341.10 |

**EXHIBIT 2**

**BMC GROUP**

**EXPENSE DETAIL - NOVEMBER 2004**

| Invoice # | Client | Vendor | Amount | Date | Expense Type ID | Description |
|---|---|---|---|---|---|---|
| WRG041130 | WR Grace | BMC | $850.00 | 11/30/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG041130 | WR Grace | BMC | $461.10 | 11/30/04 | Document Storage | 318 boxes |
| WRG041130 | WR Grace | Manhattan Postal Center | $30.00 | 11/24/04 | Notary | 21_Notarize POS (6) |

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**206/516-3300**

**Expense Reimbursement**
**WR Grace**
**Invoice #: WRG041231**

| Expense Type | Amount |
| --- | --- |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $461.10 |
| Postage/Shipping | $28.97 |
| **Total** | **$1,340.07** |

**EXHIBIT 2**

**BMC GROUP**

**DECEMBER 2004 - EXPENSE DETAIL**

| Invoice # | Client | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|
| WRG041231 | WR Grace | BMC | $850.00 | 12/31/04 | B-Linx/Data Storage | B-Linx/Data Storage |
| WRG041231 | WR Grace | BMC | $461.10 | 12/31/04 | Document Storage | 318 Documents |
| WRG041231 | WR Grace | Fed Ex | $28.97 | 12/20/04 | Postage/Shipping | Michelle Dalsin Tracking ID 792805649413 |



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20041004-4 | 10/4/2004 | $32.35 |
| Invoice # | 021-20041004-3 | 10/4/2004 | $40.05 |
| Invoice # | 021-20041004-2 | 10/4/2004 | $82.20 |
| Invoice # | 021-20041004-1 | 10/4/2004 | $150.80 |
| Invoice # | 021-20041027-5 | 10/27/2004 | $26.02 |
| Invoice # | 021-20041027-4 | 10/27/2004 | $55.09 |
| Invoice # | 021-20041027-3 | 10/27/2004 | $28.06 |
| Invoice # | 021-20041027-2 | 10/27/2004 | $29.41 |
| Invoice # | 021-20041027-1 | 10/27/2004 | $25.87 |
| | | **Total** | $469.85 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 BMC Group

*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Order re 6th Omnibus Objection to Claims MF 10592 | 12 / 48 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 47 Pieces @ $.60 each | $28.20 |
| | | | | USPS - International (at cost) | 1 Piece @ $1.60 each | $1.60 |
| | | | Production | Copy | 576 Pieces @ $.15 each | $86.40 |
| | | | | Stuff/Mail | 48 Pieces @ $.10 each | $4.80 |
| | | | Supplies | InkJet and Envelopes | 48 Pieces @ $.10 each | $4.80 |
| | | | | | **Total Due:** | $150.80 |

*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Continuation Order re Omni 5 Obj MF 10591 | 12 / 22 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 22 Pieces @ $.60 each | $13.20 |
| | | | Production | Copy | 264 Pieces @ $.15 each | $39.60 |
| | | | | Stuff/Mail | 22 Pieces @ $.10 each | $2.20 |
| | | | Supplies | InkJet and Envelopes | 22 Pieces @ $.10 each | $2.20 |
| | | | | | **Total Due:** | **$82.20** |

*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Continuation Order re Omni 4 Obj MF 10589 | 9 / 7 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 7 Pieces @ $.60 each | $4.20 |
| | | | Production | Copy | 63 Pieces @ $.15 each | $9.45 |
| | | | | Stuff/Mail | 7 Pieces @ $.10 each | $0.70 |
| | | | Supplies | InkJet and Envelopes | 7 Pieces @ $.10 each | $0.70 |
| | | | | | **Total Due:** | $40.05 |

*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/4/2004
**Invoice #:** 021-20041004-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Continuation Order re Omni 3 Obj MF 10588 | 6 / 5 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 5 Pieces @ $.37 each | $1.85 |
| | | | Production | Copy | 30 Pieces @ $.15 each | $4.50 |
| | | | | Fold and Stuff | 5 Pieces @ $.10 each | $0.50 |
| | | | Supplies | InkJet and Envelopes | 5 Pieces @ $.10 each | $0.50 |
| | | | | | **Total Due:** | $32.35 |

*Invoice Due Upon Receipt*

**bmc**

**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-20041027-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Omni 1 Order MF 10891 | 2 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 2 Pieces @ $.15 each | $0.30 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | InkJet and Envelopes | 1 Piece @ $.10 each | $0.10 |
| | | | | | **Total Due:** | $25.87 |

*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-20041027-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omni 3 Continuation Order MF 10892 | 6 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 18 Pieces @ $.15 each | $2.70 |
| | | | | Fold and Stuff | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | InkJet and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| | | | | | **Total Due:** | $29.41 |

*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-20041027-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Omni 4 Continuation Order MF 10893 | 3 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 9 Pieces @ $.15 each | $1.35 |
| | | | | Fold and Stuff | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | InkJet and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| | | | | | **Total Due:** | $28.06 |

*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-20041027-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Omni 5 Continuation Order MF 10894 | 8 / 17 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 17 Pieces @ $.37 each | $6.29 |
| | | | Production | Copy | 136 Pieces @ $.15 each | $20.40 |
| | | | | Fold and Stuff | 17 Pieces @ $.10 each | $1.70 |
| | | | Supplies | InkJet and Envelopes | 17 Pieces @ $.10 each | $1.70 |
| | | | | | **Total Due:** | **$55.09** |

*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 10/27/2004
**Invoice #:** 021-20041027-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Omni 6 Continuation Order MF 10895 | 3 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.15 each | $0.45 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | InkJet and Envelopes | 1 Piece @ $.10 each | $0.10 |
| | | | | | **Total Due:** | **$26.02** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| Invoice Number | | Production Date | Total |
|---|---|---|---|
| Invoice # | 021-20041105-2 | 11/5/2004 | $321.30 |
| Invoice # | 021-20041105-1 | 11/5/2004 | $534.85 |
| Invoice # | 021-20041115-1 | 11/15/2004 | $14,588.81 |
| Invoice # | 021-20041119-5 | 11/19/2004 | $26.44 |
| Invoice # | 021-20041119-4 | 11/19/2004 | $26.02 |
| Invoice # | 021-20041119-3 | 11/19/2004 | $27.34 |
| Invoice # | 021-20041119-2 | 11/19/2004 | $47.05 |
| Invoice # | 021-20041119-1 | 11/19/2004 | $26.02 |
| Invoice # | 021-20041122-1 | 11/22/2004 | $11,398.78 |
| | | **Total** | $26,996.61 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 BMC Group

*Invoice Due Upon Receipt*

**EXHIBIT 2**



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 11/5/2004
**Invoice #:** 021-20041105-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Notice of Filing Fee Application MF 11081/11084 | 4 / 287 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class (at cost) | 285 Pieces @ $.37 each | $105.45 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $.60 each | $0.60 |
| | | | Production | Copy | 1144 Pieces @ $.15 each | $171.60 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Fold and Stuff | 286 Pieces @ $.10 each | $28.60 |
| | | | Supplies | Labeling and Envelopes | 286 Pieces @ $.10 each | $28.60 |
| | | | | | **Total Due:** | $534.85 |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/5/2004
**Invoice #:** 021-20041105-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | BMC Monthly & Quarterly Fee Applications MF 11082/11083/11084 | 187 / 21 | Document/Data Preparation | Mail File Setup | 3 Tasks @ $25.00 each | $75.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $3.85 each | $11.55 |
| | | | Production | Copy | 561 Pieces @ $.15 each | $84.15 |
| | | | | eNoticing | 1 Batch @ $150.00 each | $150.00 |
| | | | | Stuff and Mail | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | Labeling and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| | | | | | **Total Due:** | **$321.30** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/15/2004
**Invoice #:** 021-20041115-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Plan & Disclosure Statement MF 10673 | 467 / 287 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 5 Pieces @ $.25 each | $1.25 |
| | | | | FedEx (at cost) | 5 Pieces @ $37.20 each | $186.00 |
| | | | | USPS - 1st Class (at cost) | 281 Pieces @ $8.00 each | $2,248.00 |
| | | | | USPS - MX/CA (at cost) | 1 Piece @ $8.55 each | $8.55 |
| | | | Production | Collate and Stuff | 287 Pieces @ $.10 each | $28.70 |
| | | | | Copy | 134029 Pieces @ $.09 each | $12,062.61 |
| | | | Supplies | Labeling and Envelopes | 287 Pieces @ $.10 each | $28.70 |
| | | | | | **Total Due:** | **$14,588.81** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-20041119-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 2nd Omni 6 Continuation Order MF 11355 | 3 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.15 each | $0.45 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | Labeling and Envelopes | 1 Piece @ $.10 each | $0.10 |
| | | | | | **Total Due:** | $26.02 |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-20041119-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 4th Omni 5 Continuation Order MF 11356 | 6 / 15 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 15 Pieces @ $.37 each | $5.55 |
| | | | Production | Copy | 90 Pieces @ $.15 each | $13.50 |
| | | | | Fold and Stuff | 15 Pieces @ $.10 each | $1.50 |
| | | | Supplies | Labeling and Envelopes | 15 Pieces @ $.10 each | $1.50 |
| | | | | | **Total Due:** | $47.05 |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-20041119-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omni 4 Continuation Order MF 11357 | 4 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2 Pieces @ $.37 each | $0.74 |
| | | | Production | Copy | 8 Pieces @ $.15 each | $1.20 |
| | | | | Fold and Stuff | 2 Pieces @ $.10 each | $0.20 |
| | | | Supplies | Labeling and Envelopes | 2 Pieces @ $.10 each | $0.20 |
| | | | | | **Total Due:** | **$27.34** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-20041119-4

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 6th Omni 3 Continuation Order MF 11358 | 3 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 1 Piece @ $.37 each | $0.37 |
| | | | Production | Copy | 3 Pieces @ $.15 each | $0.45 |
| | | | | Fold and Stuff | 1 Piece @ $.10 each | $0.10 |
| | | | Supplies | Labeling and Envelopes | 1 Piece @ $.10 each | $0.10 |
| | | | | | **Total Due:** | $26.02 |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 11/19/2004
**Invoice #:** 021-20041119-5

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Stipulation & Order re: Exxon Mobil Claim No. 896 MF 11359 | 5 / 2 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2 Pieces @ $.37 each | $0.74 |
| | | | Production | Copy | 2 Pieces @ $.15 each | $0.30 |
| | | | | Fold and Stuff | 2 Pieces @ $.10 each | $0.20 |
| | | | Supplies | Labeling and Envelopes | 2 Pieces @ $.10 each | $0.20 |
| | | | | | **Total Due:** | **$26.44** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 11/22/2004
**Invoice #:** 021-20041122-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Ntc of Hearing On Approval of DS and Plan MF 11305 | 3 / 11,047 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 10629 Pieces @ $.37 each | $3,932.73 |
| | | | | USPS - International (at cost) | 44 Pieces @ $.80 each | $35.20 |
| | | | | USPS - MX/CA (at cost) | 374 Pieces @ $.60 each | $224.40 |
| | | | Production | Copy | 33147 Pieces @ $.15 each | $4,972.05 |
| | | | | Fold and Stuff | 11047 Pieces @ $.10 each | $1,104.70 |
| | | | Supplies | Labeling and Envelopes | 11047 Pieces @ $.10 each | $1,104.70 |
| | | | | | **Total Due:** | **$11,398.78** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*

F created with pdfFactory ro trial version www.pdffactory.com



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

INVOICE SUMMARY

| I voice | er | Prod ctio Date | Total |
|---|---|---|---|
| Invoice # | 021-20041207-1 | 12/7/2004 | $6,825.58 |
| Invoice # | 021-20041209-1 | 12/9/2004 | $110.75 |
| Invoice # | 021-20041215-1 | 12/15/2004 | $530.96 |
| Invoice # | 021-20041230-3 | 12/30/2004 | $30.31 |
| Invoice # | 021-20041230-2 | 12/30/2004 | $50.92 |
| Invoice # | 021-20041230-1 | 12/30/2004 | $30.28 |
| | | **Total** | $7,578.80 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 204 W Meeker, Kent, WA 98032
ABA/Routing #: 121000248
Account #: 0033022633 BMC Group

*Invoice Due Upon Receipt*

**EXHIBIT 2**



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 12/7/2004
**Invoice #:** 021-20041207-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Custom-Ntc of Materially Insuff Info MF 11601/11594 | 8 / 3,246 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 2894 Pieces @ $.37 each | $1,070.78 |
| | | | | USPS - International (at cost) | 2 Pieces @ $.80 each | $1.60 |
| | | | | USPS - MX/CA (at cost) | 350 Pieces @ $.60 each | $210.00 |
| | | | Production | Collate and Stuff | 3246 Pieces @ $.10 each | $324.60 |
| | | | | Copy | 16230 Pieces @ $.15 each | $2,434.50 |
| | | | | Variable Print Black Only | 9738 Pieces @ $.25 each | $2,434.50 |
| | | | Supplies | Labeling and Envelopes | 3246 Pieces @ $.10 each | $324.60 |
| | | | | | **Total Due:** | $6,825.58 |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 12/9/2004
**Invoice #:** 021-20041209-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Suppl Plan and Disclosure Statement | 464 / 1 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | Expedited Mail Handling | 1 Piece @ $2.50 each | $2.50 |
| | | | | Express Mail (at cost) | 1 Piece @ $13.65 each | $13.65 |
| | | | Production | Copy | 464 Pieces @ $.15 each | $69.60 |
| | | | | | **Total Due:** | **$110.75** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 12/15/2004
**Invoice #:** 021-20041215-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | Notice of Claims Previously Satisfied MF 11803 | 22 / 116 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 112 Pieces @ $.83 each | $92.96 |
| | | | | USPS - International (at cost) | 2 Pieces @ $2.40 each | $4.80 |
| | | | | USPS - MX/CA (at cost) | 2 Pieces @ $1.10 each | $2.20 |
| | | | Production | Copy | 2552 Pieces @ $.15 each | $382.80 |
| | | | | Stuff and Mail | 116 Pieces @ $.10 each | $11.60 |
| | | | Supplies | Labeling and Envelopes | 116 Pieces @ $.10 each | $11.60 |
| | | | | | **Total Due:** | **$530.96** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



**BMC GROUP**
**720 Third Ave, 23rd Floor**
**Seattle, WA 98104**
**Tel: 206/516-3300**
**Tax ID: 52-2083477**

**WR Grace**

**Production Date:** 12/30/2004
**Invoice #:** 021-20041230-3

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 3rd Omni 6 Continuation Order MF 12038 | 8 / 3 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 3 Pieces @ $.37 each | $1.11 |
| | | | Production | Copy | 24 Pieces @ $.15 each | $3.60 |
| | | | | Fold and Stuff | 3 Pieces @ $.10 each | $0.30 |
| | | | Supplies | Labeling and Envelopes | 3 Pieces @ $.10 each | $0.30 |
| | | | | | **Total Due:** | $30.31 |

**EXHIBIT 2**
*Invoice Due Upon Receipt*

BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 12/30/2004
**Invoice #:** 021-20041230-2

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 5th Omni 5 Continuation Order MF 12037 | 7 / 16 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 16 Pieces @ $.37 each | $5.92 |
| | | | Production | Copy | 112 Pieces @ $.15 each | $16.80 |
| | | | | Fold and Stuff | 16 Pieces @ $.10 each | $1.60 |
| | | | Supplies | Labeling and Envelopes | 16 Pieces @ $.10 each | $1.60 |
| | | | | | **Total Due:** | **$50.92** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*



BMC GROUP
720 Third Ave, 23rd Floor
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace**

**Production Date:** 12/30/2004
**Invoice #:** 021-20041230-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 6th Omni 4 Continuation Order MF 12036 | 5 / 4 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class (at cost) | 4 Pieces @ $.37 each | $1.48 |
| | | | Production | Copy | 20 Pieces @ $.15 each | $3.00 |
| | | | | Fold and Stuff | 4 Pieces @ $.10 each | $0.40 |
| | | | Supplies | Labeling and Envelopes | 4 Pieces @ $.10 each | $0.40 |
| | | | | | **Total Due:** | **$30.28** |

**EXHIBIT 2**
*Invoice Due Upon Receipt*