IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 11th day of May 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

DOCS_DE:107664.12

-2-

1. Appendix to Memorandum of Points and Authorities in Support of W. R. Grace & Co.'s Motion to Approve PI CMO and Questionnaire (Docket No. 8396).

Dated: May 11, 2005

*Patricia E. Cuniff*
Patricia E. Cuniff

Sworn to and subscribed before me this 11th day of May, 2005

*Vanessa A. Preston*
Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

91100-001\DOCS_DE:69393.19

W. R. Grace Core Group OVERNIGHT Service List
Case No. 01-1139 (JKF)
Document Number: 102202
09 – Hand Delivery
12 – First Class Mail

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Hand Delivery*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

*Hand Delivery*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Hand Delivery*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Hand Delivery*
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

*Overnight Delivery*
(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*Overnight Delivery*
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Overnight Delivery*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Overnight Delivery*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022

*Overnight Delivery*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*Overnight Delivery*
(Equity Committee Counsel)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Overnight Delivery*
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*Overnight Delivery*
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane, Morris & Heckscher LLP
One Riverfront Plaza, 2nd Floor
Newark, NJ 07102

*Overnight Delivery*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Overnight Delivery*
(Counsel to David T. Austern, Future Claimant's Representative)
Swidler, Berlin, Shereff, Freidman, LLP
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
3000 K Street, NW, Suite 300
Washington, DC 20007

CMO Special Service List
Case No. 01-1139 (JKF)
Document Number: 107967
08 – Hand Delivery
12 – Overnight Delivery

(Counsel to Debtors and Debtors in Possession)
Laura Davis Jones, Esquire
David Carickhoff, Esquire
Pachulski, Stang, Ziehl, Young & Jones
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Federal Insurance Company)
Shelley A. Kinsella, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

*Hand Delivery*
(Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies)
Thomas G. Macauley, Esquire
Elizabeth D. Power, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Royal & SunAlliance)
Ian Connor Bifferato, Esquire
Bifferato, Bifferato & Gentiloltti
1308 Delaware Avenue
The Buckner Building
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Travelers Casualty & Surety Company)
Robert J. Dehney, Esquire
Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Zurich Insurance Company and Zurich International Limited)
Jeffrey C. Wiseler, Esquire
Marc J. Phillips, Equire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and surplus Insurance Company, formerly Northbrook Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Continental Casualty Co. and Continental Insurance Co.)
Kevin Gross, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

*Hand Delivery*
(Counsel for United States Fire Insurance Company)
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

*Overnight Delivery*
(Counsel for Federal Insurance Company)
William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*Overnight Delivery*
(Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies)
James Sottile, Esquire
Zuckerman Spaeder LLP
1201 Connecticut Avenue, NW
Washington, DC 20036

*Overnight Delivery*
(Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies)
Mary K. Warren, Esquire
Brenda D. DiLuigi, Esquire
Linklaters
1345 Avenue of the Americas
New York, NY 10105

*Overnight Delivery*
(Counsel for Fireman's Fund Insurance Company)
Gerald F. Ellersdofer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

*Overnight Delivery*
(Counsel for Royal & SunAlliance)
Carl J. Pernicone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd St.
New York, NY 10017

*Overnight Delivery*
(Counsel for Travelers Casualty & Surety Company)
Mary Beth Forshaw, Esquire
Elisa Alcabes, Esquire
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

*Overnight Delivery*
(Counsel for Zurich Insurance Company and Zurich International Limited)
Richard A. Ifft, Esquire
Wiley Rein & Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006

*Overnight Delivery*
(Counsel for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and surplus Insurance Company, formerly Northbrook Insurance Company)
Stefano V. Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

*Overnight Delivery*
(Counsel for Continental Casualty Co. and Continental Insurance Co.)
Elizabeth M. DeCristofaro, Esquire
Charles A. Booth, Esquire
Ford Marrin Esposito Whitmeyer & Gleser
Wall Street Plaza
New York, NY 10005

*Overnight Delivery*
(Counsel for Continental Casualty Co. and Continental Insurance Co.)
Michael S. Giannotto, Esquire
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001

*Overnight Delivery*
(Counsel for Continental Casualty Co. and Continental Insurance Co.)
Daniel M. Glosband, Esquire
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

*Overnight Delivery*
(Counsel for United States Fire Insurance Company)
March D. Coleman, Esquire
George R. Calhoun, V, Esquire
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036