IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W. R. GRACE & CO., et al., | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | Re: Docket No. 8133<br>5/16/05 Agenda Item 1 |

**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF
LECG, LLC AS CONSULTANTS TO THE OFFICIAL COMMITTEE
OF ASBESTOS PROPERTY DAMAGE CLAIMANTS, NUNC PRO TUNC
TO FEBRUARY 17, 2005**

The Official Committee of Asbestos Property Damage Claimants (the "PD Committee") having requested, by application dated March 29, 2005 (the "Application"),[1] entry of an order authorizing it to retain and employ LECG, LLC ("LECG"), as consultants to the PD Committee and for approval of LECG's proposed terms of employment, *nunc pro tunc* to February 17, 2005, under sections 1103(a) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (as amended, the "Bankruptcy Code"), and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having considered the Affidavit of Marvin A. Tenenbaum in support of the Application; and the Court having determined that LECG does not represent or hold any interest adverse to the Debtors or their estates and is disinterested with respect to the matters on which LECG is to be employed; and due and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

proper notice of the Application having been given; and no adverse interest being affected; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is approved in its entirety with respect to the retention of LECG as consultants to the PD Committee.

2. The PD Committee is authorized, pursuant to sections 1103(a) and 328(a) of the Bankruptcy Code, and Bankruptcy Rules 2014 and 2016, to retain, employ, compensate, and reimburse LECG as consultants *nunc pro tunc* to February 17, 2005 on the terms and subject to the conditions set forth in the Application.

3. LECG shall apply to this Court for payment of compensation and reimbursement of expenses in accordance with the applicable provisions and standards of the Bankruptcy Code, Third Circuit case law, the Bankruptcy Rules, the guidelines promulgated by the Office of the United States Trustee, and the local rules and orders of the Bankruptcy Court, and pursuant to any additional procedures established by this Court in these cases.

5. This Court shall retain jurisdiction to interpret, enforce and implement the terms of this Order.

Wilmington, Delaware
May 12, 2005

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

2