# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS
200 SOUTH BISCAYNE BOULEVARD, SUITE 2500 • MIAMI, FLORIDA 33131-5340
TELEPHONE: (305) 374-7580 • FAX: (305) 374-7593
e-mail: info@bilzin.com • WWW.BILZIN.COM

MIAMI · TALLAHASSEE

April 26, 2005

WR Grace-The Official Committee of Property Damage Claimants

Invoice #  91479

FOR PROFESSIONAL SERVICES RENDERED
THROUGH March 31, 2005

|  |  |  | Atty - SLB |
| RE: | 01- Case Administration |  | Client No. 74817/15537 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/05 | ASD | 0.30 | 96.00 | Review response of Port of St. Helen's to claims objection (.3). |
| 03/01/05 | ASD | 1.70 | 544.00 | Review email regarding Solow Bond agreement (.2); conference with S. L. Baena and J. M. Sakalo regarding Solon Bond issue (.3); research regarding bond (1.2). |
| 03/02/05 | ASD | 3.60 | 1,152.00 | Continue research on bond issue (3.3); conference with Scott Baena regarding bond issue (.3). |
| 03/02/05 | ASD | 0.20 | 64.00 | Review of objection to Angela Schulz late filed claim (.2). |
| 03/02/05 | JMS | 1.30 | 390.00 | Review emails related to Solow appeal and research regarding same. |
| 03/02/05 | CB | 1.00 | 130.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/03/05 | ASD | 1.60 | 512.00 | Continued research regarding supersedeas bond (1.6). |
| 03/03/05 | ASD | 0.40 | 128.00 | Review application to employ Cahill firm (.4). |
| 03/03/05 | JMS | 3.10 | 930.00 | Telephone conference with M. Hurford and R. Wyron regarding Festa employment agreement (.8); conference with S. Baena regarding same (.3); draft objection to Festa agreement (2.0). |
| 03/03/05 | CB | 0.30 | 39.00 | Search docket for Application re Cahill Gordon and print out document. |
| 03/04/05 | ASD | 0.40 | 128.00 | Revise and put in final objection to festa employment (.4). |
| 03/04/05 | SLB | 1.40 | 805.00 | Finalize objection to Festa employment agreement (.7); emails with M. Hurford regarding same (.4); email to and from D. Speights regarding same (.3). |
| 03/04/05 | JMS | 1.40 | 420.00 | Finalize objection to Festa employment agreement (.7); emails with M. Hurford regarding same (.4); email to/from D. Speights regarding same (.3). |
| 03/04/05 | CB | 0.90 | 117.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/07/05 | CB | 0.30 | 39.00 | Retrieve Westlaw article with keysite information. |
| 03/08/05 | CB | 1.70 | 221.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/09/05 | ASD | 1.10 | 352.00 | Research regarding new asbestos amendments (split with USG). |
| 03/09/05 | SLB | 1.80 | 1,035.00 | Review amendment 50 to proposed bankruptcy legislation and memo to committee members regarding same (.7); emails to J. Baer regarding same (.3); email from J. Baer regarding fee auditor recommendation on hotel charges (.2); review Libby amendment minutes of floor proceedings (.4); emails from P. Lockwood regarding same (.2). |
| 03/09/05 | JMS | 2.30 | 690.00 | Research Libby amendments to bankruptcy legislation and conference and emails with SLB and ASD thereon (1.7); review email between SLB and P. Lockwood regarding Libby amendments and research Cornyn amendments (.6). |
| 03/10/05 | ASD | 0.80 | 256.00 | Research regarding new proposed 524(g) bankruptcy amendments (.9) (split with USG). |
| 03/10/05 | SLB | 4.50 | 2,587.50 | Email to P. Lockwood regarding proposed legislation (.2); email from and to J. Baer regarding same (.2); review additional proposed legislation regarding Grace and 524 g and email to committee members  regarding same (.4); preparation and circulation of material, memo, etc. regarding Amendment 131 (3.7). |
| 03/10/05 | JMS | 1.10 | 330.00 | Multiple emails with Committee members regarding Debtors' document retention requirements and research pleadings on same (1.1). |
| 03/10/05 | CB | 1.10 | 143.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/14/05 | SLB | 0.30 | 172.50 | Telephone conference with H. Wasserstein and P. Lockwood (.3). |

| | | | | |
|---|---|---|---|---|
| 03/14/05 | CB | 0.90 | 117.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/14/05 | CB | 4.60 | 598.00 | Review lists of claimants for USG and W.R. Grace and create spreadsheet to include public entities claims. |
| 03/15/05 | CB | 2.10 | 273.00 | Print out pleadings, organize documents, and create index for 3/21/2005 hearing notebook. |
| 03/15/05 | AM | 2.00 | 260.00 | Prepare hearing notebook for J. Sakalo and S. Baena (2.0) |
| 03/16/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from Pacer and print out documents; train project assistant to perform job. |
| 03/17/05 | NGM | 0.40 | 128.00 | Continue research regarding constructive notice issues. |
| 03/17/05 | CB | 1.20 | 156.00 | Print out pleadings, organize documents, and create index for duplicate 3/21/2005 hearing notebook. |
| 03/18/05 | JMS | 1.20 | 360.00 | Emails with D. Speights regarding research issues (.5); followup emails with S. Baena thereon (.4); email transcript and comments to D. Speights (.3). |
| 03/18/05 | AM | 1.00 | 130.00 | Retrieve daily dockets from Pacer and print out documents (1.0). |
| 03/21/05 | ASD | 0.20 | 64.00 | Research regarding 2019 issues. |
| 03/22/05 | SLB | 0.70 | 402.50 | Email from and to M. Dies regarding 3/21/05 hearing (.3); telephone call from M. Dies regarding same (.4). |
| 03/22/05 | JMS | 1.20 | 360.00 | Review letter from committee member (.4); review draft and response and conference with S. Baena thereon (.5); email from M. Hurford regarding depositions of Bubnovich and Vanderslice (.3). |
| 03/22/05 | AM | 0.70 | 91.00 | Retrieve daily dockets from Pacer and print out documents (0.7) |
| 03/24/05 | SLB | 0.20 | 115.00 | Email from and to D. Speights regarding responses to requests for information (.2). |
| 03/24/05 | JMS | 4.30 | 1,290.00 | Review multiple emails and drafts of PD CMO (.7); telephone conference with S. Baena, D. Speights thereon (.3); telephone call with S. Baena, M. Dies regarding PD CMO and related issues (.8); committee call (1.0); email from T. Brandi thereon (.2): multiple emails to J. Baer related to Bubnovich and Vanderslice depositions (.5); email with Hurford thereon (.3); multiple emails with S. Weiler regarding hearing transcripts from certain omnibus hearings (.5). |
| 03/24/05 | CB | 1.00 | 130.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/25/05 | ASD | 0.60 | 192.00 | Research regarding 524(g) issues (.6). |
| 03/25/05 | JMS | 1.30 | 390.00 | Emails with J. Baer regarding Bubnovich and Vanderslice depositions (.5); telephone conference with M. Eskin regarding same and brief conference with S. Baena thereon (.4); review of emails regarding final draft of PD CMO (.4). |
| 03/28/05 | JMS | 0.30 | 90.00 | Email from/to K. Pasquale regarding deposition scheduling for Bubnovich and Vanderslice (.3). |
| 03/28/05 | CB | 2.90 | 377.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/29/05 | ASD | 0.60 | 192.00 | Continue work on bond issue (.6). |
| 03/29/05 | JMS | 0.70 | 210.00 | Emails with K. Pasquale regarding Festa depositions (.2); emails regarding call on PD estimation (.5). |
| 03/30/05 | CB | 1.30 | 169.00 | Retrieve daily dockets from Pacer and print out documents. |
| 03/30/05 | MIK | 0.70 | 210.00 | Conference with Allyn S. Danzeisen regarding docket review. |
| 03/31/05 | MIK | 0.70 | 210.00 | Review dockets (.5); conference with Allyn S. Danzeisen regarding dockets (.2). |

**PROFESSIONAL SERVICES**                                                                $17,964.50

**COSTS ADVANCED**

| | | |
|---|---|---|
| 01/17/05 | MealsVENDOR: Offerdahl's Cafe & Grill; INVOICE#: 2526-01/17/05; DATE: 1/17/2005  -  Client - 15537 | 86.09 |
| 02/18/05 | Fares, Mileage, ParkingVENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 68109; DATE: 2/20/2005  -  Clients | 43.40 |

| | | |
|---|---|---|
| 03/01/05 | Long Distance Telephone(409) 779-0523 | 2.97 |
| 03/02/05 | Photocopies  7.0000pgs @ 0.15/pg | 1.05 |
| 03/02/05 | Telecopies    2.0000pgs @ 1.00/pg | 2.00 |
| 03/02/05 | Long Distance Telephone(831) 626-1350 | 1.98 |
| 03/02/05 | Long Distance Telephone(202) 973-0296 | 26.73 |
| 03/03/05 | Long Distance Telephone(312) 984-7759 | 0.99 |
| 03/03/05 | Long Distance Telephone(302) 426-1900 | 16.83 |
| 03/03/05 | AirfareAirfare from Miami to Atlanta for JMS - VENDOR: Continental Travel; INVOICE#: 331079; DATE: 3/3/2005 - Client #15537 | 831.40 |
| 03/04/05 | Long Distance Telephone-Outside ServicesFaxes - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/05; DATE: 3/4/2005 - Client | 17.50 |
| 03/04/05 | Fares, Mileage, ParkingParking in Atlanta - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/04/05; DATE: 3/4/2005 - Client | 23.00 |
| 03/04/05 | AirfareTravel to Atlanta -  Client - 15537 | 831.40 |
| 03/04/05 | Fares, Mileage, ParkingTravel to Atlanta - VENDOR: Scott L. Baena; INVOICE#: SLB-03/04/05; DATE: 3/4/2005 - Client - 15537 | 25.00 |
| 03/04/05 | MealsTravel to Atlanta -  Client - 15537 | 25.54 |
| 03/04/05 | Miscellaneous CostsAmiral Club Conference Room - Travel to Atlanta -  Client - 15537 | 225.00 |
| 03/07/05 | Long Distance Telephone(312) 861-2280 | 2.97 |
| 03/07/05 | Long Distance Telephone(409) 779-0523 | 5.94 |
| 03/07/05 | Long Distance Telephone(202) 973-0296 | 19.80 |
| 03/08/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 03/08/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 03/09/05 | Photocopies  12.0000pgs @ 0.15/pg | 1.80 |
| 03/10/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |
| 03/11/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 03/11/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 542115420;  DATE: 3/16/2005 | 8.06 |
| 03/11/05 | Federal ExpressVENDOR: FEDERAL EXPRESS CORP.; INVOICE#: 542115420;  DATE: 3/16/2005 | 8.06 |
| 03/14/05 | Photocopies  27.0000pgs @ 0.15/pg | 4.05 |
| 03/14/05 | Photocopies  11.0000pgs @ 0.15/pg | 1.65 |
| 03/14/05 | Long Distance Telephone(803) 943-4444 | 12.87 |
| 03/15/05 | Long Distance Telephone(410) 659-5925 | 2.97 |
| 03/15/05 | Long Distance Telephone(410) 659-5925 | 2.97 |
| 03/16/05 | Photocopies  51.0000pgs @ 0.15/pg | 7.65 |
| 03/16/05 | Long Distance Telephone(843) 524-5708 | 27.72 |
| 03/16/05 | Long Distance Telephone-Outside ServicesFascimile - VENDOR: JAY M. SAKALO; INVOICE#: JMS-03/21/05; DATE: 3/21/2005 - Clients | 38.00 |
| 03/17/05 | Photocopies  8.0000pgs @ 0.15/pg | 1.20 |
| 03/17/05 | Photocopies  21.0000pgs @ 0.15/pg | 3.15 |
| 03/17/05 | Telecopies    7.0000pgs @ 1.00/pg | 7.00 |
| 03/17/05 | Telecopies    9.0000pgs @ 1.00/pg | 9.00 |
| 03/17/05 | Telecopies    9.0000pgs @ 1.00/pg | 9.00 |
| 03/17/05 | Telecopies    9.0000pgs @ 1.00/pg | 9.00 |

| | | |
|---|---|---:|
| 03/17/05 | Telecopies    10.0000pgs @ 1.00/pg | 10.00 |
| 03/17/05 | Telecopies    10.0000pgs @ 1.00/pg | 10.00 |
| 03/17/05 | Telecopies    9.0000pgs @ 1.00/pg | 9.00 |
| 03/17/05 | Long Distance Telephone(202) 862-8852 | 1.98 |
| 03/17/05 | Long Distance Telephone(212) 755-7306 | 3.96 |
| 03/17/05 | Long Distance Telephone(212) 755-7306 | 3.96 |
| 03/17/05 | Long Distance Telephone(212) 755-7306 | 3.96 |
| 03/17/05 | Long Distance Telephone(212) 755-7306 | 3.96 |
| 03/17/05 | Long Distance Telephone(212) 755-7306 | 3.96 |
| 03/17/05 | Long Distance Telephone(212) 755-7306 | 4.95 |
| 03/17/05 | Long Distance Telephone(409) 883-4394 | 0.99 |
| 03/17/05 | Long Distance Telephone(409) 779-0523 | 6.93 |
| 03/17/05 | Long Distance Telephone(302) 652-4100 | 0.99 |
| 03/17/05 | Long Distance Telephone(409) 883-4394 | 1.98 |
| 03/17/05 | Long Distance Telephone(409) 779-0523 | 9.90 |
| 03/17/05 | Long Distance Telephone(212) 431-0200 | 3.96 |
| 03/18/05 | Long Distance Telephone(302) 426-1900 | 20.79 |
| 03/21/05 | AirfareTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/21/05; DATE: 3/21/2005  - Client - 15537 | 1,093.40 |
| 03/21/05 | Fares, Mileage, ParkingTaxi Cabs -Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/21/05; DATE: 3/21/2005  - Client - 15537 | 25.00 |
| 03/21/05 | MealsTravel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-03/21/05; DATE: 3/21/2005  - Client - 15537 | 14.00 |
| 03/21/05 | Photocopies  5.0000pgs @ 0.15/pg | 0.75 |
| 03/21/05 | Photocopies  3.0000pgs @ 0.15/pg | 0.45 |
| 03/21/05 | Photocopies  1.0000pgs @ 0.15/pg | 0.15 |
| 03/21/05 | AirfareTravel to Philadelphia - VENDOR: Continental Travel; INVOICE#: 332269; DATE: 3/18/2005  - Client | 546.70 |
| 03/21/05 | Fares, Mileage, ParkingVENDOR: JAY M. SAKALO; INVOICE#: JMS-03/21/05; DATE: 3/21/2005  - Clients | 38.13 |
| 03/22/05 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 03/22/05 | Long Distance Telephone(202) 531-2861 | 14.85 |
| 03/23/05 | Photocopies  20.0000pgs @ 0.15/pg | 3.00 |
| 03/23/05 | Photocopies  214.0000pgs @ 0.15/pg | 32.10 |
| 03/24/05 | Long Distance Telephone(202) 682-0164 | 3.96 |
| 03/24/05 | Long Distance Telephone(843) 524-5708 | 6.93 |
| 03/25/05 | Photocopies  36.0000pgs @ 0.15/pg | 5.40 |
| 03/28/05 | Photocopies  6.0000pgs @ 0.15/pg | 0.90 |
| 03/28/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |
| 03/29/05 | MealsVENDOR: JASON Z. JONES; INVOICE#: JZJ-03/29/05; DATE: 3/29/2005  - CLients | 11.33 |
| 03/29/05 | MealsVENDOR: JASON Z. JONES; INVOICE#: JZJ-03/29/05; DATE: 3/29/2005  - CLients | 11.33 |
| 03/30/05 | Photocopies  1328.0000pgs @ 0.15/pg | 199.20 |
| 03/31/05 | Photocopies  1351.0000pgs @ 0.15/pg | 202.65 |
| 03/31/05 | Photocopies  300.0000pgs @ 0.15/pg | 45.00 |
| 03/31/05 | Telecopies    2.0000pgs @ 1.00/pg | 2.00 |
| 03/31/05 | Long Distance Telephone(202) 531-2861 | 3.96 |
| 03/31/05 | Long Distance Telephone(302) 575-1555 | 1.98 |
| 03/31/05 | Long Distance Telephone(409) 883-4394 | 0.99 |

03/31/05      Long Distance Telephone(202) 468-9265                                3.96

**TOTAL COSTS ADVANCED**                                                              $4,716.46

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 8.90 | $575.00 | $5,117.50 |
| Danzeisen, Allyn S | 11.50 | $320.00 | $3,680.00 |
| Sakalo, Jay M | 18.20 | $300.00 | $5,460.00 |
| Mancuso, Nathan G | 0.40 | $320.00 | $128.00 |
| Kramer, Matthew I | 1.40 | $300.00 | $420.00 |
| Brenneman, Carrie | 20.60 | $130.00 | $2,678.00 |
| Morera, Arianna | 3.70 | $130.00 | $481.00 |
| *TOTAL* | *64.70* | | *$17,964.50* |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,302.90 |
| Photocopies | $511.50 |
| Fares, Mileage, Parking | $154.53 |
| Telecopies | $67.00 |
| Federal Express | $16.12 |
| Long Distance Telephone | $235.62 |
| Long Distance Telephone-Outside Services | $55.50 |
| Meals | $148.29 |
| Miscellaneous Costs | $225.00 |
| TOTAL | $4,716.46 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          $22,680.96

Atty - SLB
RE: 02 - Debtors' Business Operations          Client No. 74817/15538

| 03/08/05 | JMS | 0.30 | 90.00 | Review Citadel Equity Schedule 13g. |
| 03/11/05 | SLB | 0.60 | 345.00 | Review ACC objection to Festa employment (.5); review FCR's objection to same (.1). |
| 03/16/05 | SLB | 0.70 | 402.50 | Review Grace's reply to objections to Festa employment agreement and memo to J. Sakalo regarding same (.7). |

**PROFESSIONAL SERVICES**                                              $837.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 1.30 | $575.00 | $747.50 |
| Sakalo, Jay M | 0.30 | $300.00 | $90.00 |
| *TOTAL* | *1.60* | | *$837.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                  **$837.50**

Atty - SLB
Client No. 74817/15539

RE: 03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 03/02/05 | SLB | 1.50 | 862.50 | Telephone call from M. Dies regarding meeting on 3/4 in Atlanta and issues to be discussed (.4); email to G. Boyer regarding same (.2); attention to meeting planning and arrangements (.9). |
| 03/03/05 | JMS | 1.30 | 390.00 | Committee call (1.0); conference with S. Baena thereon (.3). |
| 03/10/05 | ASD | 3.80 | 1,216.00 | Attend committee call (.7); research and draft memo to address issue raised by committee (2.8). |
| 03/10/05 | SLB | 0.60 | 345.00 | Committee meeting (.6). |
| 03/10/05 | JMS | 0.70 | 210.00 | Committee call. |
| 03/17/05 | ASD | 0.50 | 160.00 | Prepare for and attend Committee call (.6). |
| 03/17/05 | SLB | 0.60 | 345.00 | Committee conference call (.6). |
| 03/17/05 | JMS | 0.40 | 120.00 | Committee call (.6). |
| 03/22/05 | SLB | 5.90 | 3,392.50 | Letter from D. Speights requesting opinion of committee counsel, research and prepare memorandum in response (4.3); email to and from M. Dies regarding same (.1); revisions to memorandum (.6); report to committee on 3/21 hearing (.8); email from M. Dies regarding memorandum (.1). |
| 03/24/05 | ASD | 0.70 | 224.00 | Prepare for and attend committee call (.7). |
| 03/24/05 | SLB | 2.10 | 1,207.50 | Finalize and circulate memo of law to committee regarding bar date issues (1.1); committee meeting (1.0). |
| 03/25/05 | SLB | 0.40 | 230.00 | Review and advise committee on Spector amendments (.4). |
| 03/30/05 | ASD | 0.30 | 96.00 | Review various emails regarding committee issues and research regarding same (.3). |
| 03/31/05 | ASD | 0.60 | 192.00 | Prepare for and attend committee call (.6). |
| 03/31/05 | SLB | 0.50 | 287.50 | Full committee conference call (.5). |
| 03/31/05 | MIK | 0.50 | 150.00 | Committee call. |

**PROFESSIONAL SERVICES**                                            $9,428.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 11.60 | $575.00 | $6,670.00 |
| Danzeisen, Allyn S | 5.90 | $320.00 | $1,888.00 |
| Sakalo, Jay M | 2.40 | $300.00 | $720.00 |
| Kramer, Matthew I | 0.50 | $300.00 | $150.00 |
| *TOTAL* | *20.40* | | *$9,428.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**            $9,428.00

Atty - SLB
Client No. 74817/15540

RE:    04 - Retention of Professionals

| 03/01/05 | LMF | 0.70 | 105.00 | Research and assist J. Moon with preparation of retention application (.7). |
| 03/02/05 | LMF | 0.40 | 60.00 | Assist J. Moon with preparation of retention application (.4). |
| 03/25/05 | JMS | 0.30 | 90.00 | Telephone conference with M. Leder regarding LECG affidavit (.3). |
| 03/28/05 | SLB | 0.40 | 230.00 | Review and revise application to retain LECG (.4). |
| 03/28/05 | JMS | 2.10 | 630.00 | Finalize retention application for LECG and affidavit of M. Tenenbaum and multiple emails and telephone conferences with M. Leder thereon (2.1) |

PROFESSIONAL SERVICES                                                $1,115.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.40 | $575.00 | $230.00 |
| Sakalo, Jay M | 2.40 | $300.00 | $720.00 |
| Flores, Luisa M | 1.10 | $150.00 | $165.00 |
| *TOTAL* | *3.90* | | *$1,115.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER            $1,115.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Atty - SLB

RE:   07 - Applicant's Fee Application

Client No. 74817/15543

| | | | | |
|---|---|---|---|---|
| 03/01/05 | ASD | 0.40 | 128.00 | Review fee auditor report and email fee auditor regarding same (.3); review fee auditor reply (.1). |
| 03/04/05 | LMF | 0.50 | 75.00 | Meet with accounting regarding revisions to December and January bills (.5). |
| 03/07/05 | LMF | 1.00 | 150.00 | Finalize invoices for December and January and prepare notices and summaries for same (1.0). |
| 03/08/05 | LMF | 0.50 | 75.00 | Submit notices, summaries and statements for December and January to local counsel for filing (.5). |
| 03/09/05 | AM | 6.00 | 780.00 | Complete and reconcile exhibits to Fifteenth Interim Quarterly Fee Application (3.0). |
| 03/11/05 | LMF | 0.70 | 105.00 | Review February prebills for accuracy (.7). |
| 03/14/05 | LMF | 2.30 | 345.00 | Review prebills for month of February for accuracy (1.3); prepare description of services for quarterly fee application (1.0). |
| 03/28/05 | ASD | 0.30 | 96.00 | Review and revise fee application (.3). |
| 03/28/05 | LMF | 1.30 | 195.00 | Attend to revisions to Bilzin's quarterly application and attend to filing same (.8). |

**PROFESSIONAL SERVICES**                                        $1,949.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 0.70 | $320.00 | $224.00 |
| Flores, Luisa M | 6.30 | $150.00 | $945.00 |
| Morera, Arianna | 6.00 | $130.00 | $780.00 |
| *TOTAL* | *13.00* | | *$1,949.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**        **$1,949.00**

Atty - SLB
Client No. 74817/15544

RE:    08 - Hearings

| | | | | |
|---|---|---|---|---|
| 03/01/05 | SLB | 0.40 | 230.00 | Email from and to E. Westbrook regarding 2/28 hearing (.4). |
| 03/18/05 | JMS | 0.40 | 120.00 | Telephone conference with M. Hurford regarding compensation motion. |
| 03/21/05 | SLB | 4.00 | 2,300.00 | Travel to Wilmington for hearing, work en route (1.5); court appearance regarding omnibus hearing (2.5). |
| 03/21/05 | JMS | 4.00 | 1,200.00 | Attended omnibus hearing in Wilmington (1.9); prepare en route (1.8); conference with M. Hunford prior to hearing regarding objection to Festa motion (.3). |

**PROFESSIONAL SERVICES**                                                    $3,850.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 4.40 | $575.00 | $2,530.00 |
| Sakalo, Jay M | 4.40 | $300.00 | $1,320.00 |
| *TOTAL* | *8.80* | | *$3,850.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**          **$3,850.00**

RE:     09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/01/05 | ASD | 2.10 | 672.00 | Review draft research regarding document requests (.2); continue research of evidentiary issues (1.9). |
| 03/01/05 | SLB | 1.00 | 575.00 | Review, revise and circulate proposed request for PD settlement information (.7); email to and from J. Hass regarding same (.1); telephone call from M. Dies regarding meeting (.2). |
| 03/01/05 | NGM | 0.50 | 160.00 | Preliminary discussion with A. Danzeisen regarding constructive notice issues and review Prudential decisions. |
| 03/01/05 | JCM | 0.20 | 52.00 | Meet with J. Sakalo regarding retention of J. Hass. |
| 03/02/05 | ASD | 0.70 | 224.00 | Work on document requests (.4); telephone conference with Jim Hass regarding document requests (.3). |
| 03/02/05 | ASD | 2.40 | 768.00 | Continue research regarding claims objection (2.4). |
| 03/02/05 | SLB | 1.80 | 1,035.00 | Review revised CMO for PD estimation proposed by Grace and prepare and circulate comments to PD committee (1.8). |
| 03/02/05 | JMS | 0.60 | 180.00 | Review draft of revised CMO and SLB email thereon. |
| 03/02/05 | NGM | 1.50 | 480.00 | Review cases regarding notice; discuss with A. Danseizen. |
| 03/02/05 | JCM | 5.80 | 1,508.00 | Prepare retention application for J. Hass (4.0); prepare retention agreement for J. Hass (.5); draft retention application for J. Hass (1.8). |
| 03/03/05 | ASD | 2.70 | 864.00 | Continue work on document discovery (.8); continue research on state by state analysis (1.9). |
| 03/03/05 | ASD | 0.90 | 288.00 | Begin review of specific claim evidence (.9). |
| 03/03/05 | SLB | 2.90 | 1,667.50 | Emails from M. Dies and J. Schwartz and to committee regarding proposed CMO for PD estimation (.5); email to D. Speights and M. Dies regarding PD data request (.2); revised proposed CMO and circulate to PD committee with memo (2.2). |
| 03/03/05 | JMS | 1.20 | 360.00 | Review M. Dies email regarding proposed CMO (.5); conference with S. Baena regarding same and review drafts thereof (.7). |
| 03/04/05 | ASD | 2.90 | 928.00 | Research regarding constructive knowledge issues (2.9). |
| 03/07/05 | ASD | 0.60 | 192.00 | Interoffice conference with James Moon and Nate Mancuso (.6) (split with USG) regarding estimation research issues. |
| 03/07/05 | JMS | 4.50 | 1,350.00 | Multiple telephone conference with and emails to/from J. Hass regarding contours of PD estimation (1.5); review building information sheets and craft database issues (.9); brief telephone conferences with S. Baena, J. Friedland regarding PD CMO (.2); telephone conference with M. Dies and email to D. Speights thereon (.2); research CMO issues (1.7). |
| 03/07/05 | NGM | 0.75 | 240.00 | Meeting with A. Danzeisen, J. Moon regarding estimation issues; follow-up research regarding same. |
| 03/07/05 | JCM | 0.60 | 156.00 | Meeting with A. Danzeisen and N. Mancuso regarding research on constructive notice and statutes of limitation. |
| 03/08/05 | NGM | 1.75 | 560.00 | Research regarding constructive notice issues and discuss with A. Danzeisen. |
| 03/09/05 | ASD | 2.10 | 672.00 | Continued research regarding state claims (2.1) (split with USG). |
| 03/09/05 | SLB | 1.30 | 747.50 | Telephone conference with J. Baer, J. Freedland and R. Fink regarding proposed CD CMO (1.3). |
| 03/09/05 | LMF | 1.00 | 150.00 | Meet with A. Danzeisen and A. Morera regarding research on expert reports (1.0). |
| 03/09/05 | JMS | 2.10 | 630.00 | Telephone conference with Debtors' counsel regarding PD CMO (1.3); telephone conference with J. Hass regarding questions on PD database (.4); emails to SLB, ASD regarding Cornyn's |

| | | | | amendments (.4). |
|---|---|---|---|---|
| 03/09/05 | JCM | 4.50 | 1,170.00 | Research statutes of limitation for each of the 50 states. |
| 03/10/05 | ASD | 1.10 | 352.00 | Review of notice of intent to objection (1.1). |
| 03/10/05 | JMS | 0.40 | 120.00 | E-mails with D. Scott regarding PD CMO (.4). |
| 03/10/05 | JCM | 1.75 | 455.00 | Research statutes of limitation for each of the 50 states. |
| 03/10/05 | AM | 0.50 | 65.00 | Research of Expert Witnesses for ADanzeisen (0.5). |
| 03/11/05 | LMF | 1.10 | 165.00 | Review book of public records on line for web pages for research on publications listed on Expert reports (1.1). |
| 03/11/05 | JMS | 0.40 | 120.00 | Letter to J. Hass regarding PD claims. |
| 03/14/05 | SLB | 0.20 | 115.00 | Telephone conference with D. Speights regarding Gateway objections (.2). |
| 03/14/05 | SLB | 0.70 | 402.50 | Review PD proofs of claim (.7). |
| 03/14/05 | JMS | 1.50 | 450.00 | Telephone conference with S. Baena and D. Speights regarding notice of insufficiency to S&R claimants (.2); review and conference with C. Brenneman regarding spreadsheet project (1.3). |
| 03/15/05 | ASD | 0.30 | 96.00 | Review various emails regarding proposed CMO for estimation (.3). |
| 03/15/05 | SLB | 4.30 | 2,472.50 | Continued review of PD proofs of claim (2.2); email from and to J. Baer regarding CMO (.2); review Grace's counter-proposal for CMO, email to committee regarding same and email exchange with J. Baer regarding same (1.7); email exchange with D. Speights regarding same (.2). |
| 03/15/05 | JMS | 1.30 | 390.00 | Telephone conference with J. Hass regarding PD claims data and review issues thereon. |
| 03/16/05 | ASD | 2.90 | 928.00 | Continue research of law on state by state basis (2.9) (split with USG) |
| 03/16/05 | SLB | 2.50 | 1,437.50 | Email from and to J. Baer regarding CMO (.3); telephone call from M. Dies regard CMO (.3); email from and to D. Speights and M. Dies regarding CMO (.2); telephone conference with D. Speights regarding comments to CMO and email to J. Baer regarding same (1.1); email from and to J. Sakalo regarding new draft of CMO (.3); emails to and from P. Lockwood regarding status of PI CMO and email to D. Speights regarding same (.3). |
| 03/16/05 | LMF | 1.40 | 210.00 | Conduct research regarding expert reports, depositions and publications (1.4). |
| 03/16/05 | JMS | 0.80 | 240.00 | Telephone conference with and emails from S. Baena regarding PD CMO (.4); emails from J. Baer thereon (.2); emails with committee members thereon (.2). |
| 03/17/05 | ASD | 6.30 | 2,016.00 | Research regarding constructive knowledge defenses (3.1); research regarding limitation periods (2.9); telephone conference with Martin Dies, Dan Speights, Scott Baena and Jay Sakalo regarding CMO proposal from estimation (.3). |
| 03/17/05 | SLB | 2.80 | 1,610.00 | Telephone conferences with traditional PD committee members regarding proposed CMO and email exchange with J. Baer regarding proposed CMO (2.8). |
| 03/17/05 | LMF | 1.60 | 240.00 | Research regarding experts publications and trial depositions (1.6). |
| 03/17/05 | JMS | 4.40 | 1,320.00 | Review multiple drafts of PD CMO and multiple telephone conferences with S. Baena, M. Dies and D. Speights thereon (3.0); revise same and discuss with S. Baena (.5); review transcript thereon (.9). |
| 03/18/05 | ASD | 7.20 | 2,304.00 | Research regarding settlement history (.4); email Scott Baena regarding settlement issue (.1); continue research on claims (6.7). |
| 03/18/05 | SLB | 0.80 | 460.00 | Email exchanges with PD committee and J. Baer regarding proposed PD CMO (.8). |

| Date | Atty | Hours | Amount | Description |
|------|------|-------|--------|-------------|
| 03/18/05 | JMS | 1.30 | 390.00 | Emails to/from J. Baer regarding PD CMO and related issues (1.0); emails with S. Baena thereon (.3). |
| 03/18/05 | JCM | 0.60 | 156.00 | Research statutes of limitation for each state. |
| 03/21/05 | ASD | 3.40 | 1,088.00 | Review of notice of intent filed and commence review of PD Claims. |
| 03/21/05 | ASD | 1.30 | 416.00 | Research regarding settlement admissibility. |
| 03/22/05 | ASD | 3.80 | 1,216.00 | Continue research of state by state analysis (split with W.R. Grace). |
| 03/22/05 | SLB | 0.40 | 230.00 | Draft revisions to proposed CMO per court's ruling at 3/21 hearing (.3); email to J. Baer regarding revised CMO (.1). |
| 03/22/05 | JMS | 2.40 | 720.00 | Research regarding product ID issues in connection with PD CMO. |
| 03/23/05 | ASD | 8.80 | 2,816.00 | Research regarding contamination issues (4.3); research regarding tolling issue (2.9); continue research of estimation issues (1.6). |
| 03/23/05 | SLB | 5.40 | 3,105.00 | Email to D. Speights regarding inquiry on 3d Cir. case law (.3); prepare and circulate with memo, critical dates and tasks that need attention (.8); research regarding Rule 408 (.5); review decisional law regarding accrual (.9); email from and to J. Hass regarding settlement data (.2); review, revise and circulate proposed revised CMO from J. Baer with memo to committee members (.9); email to M. Dies and D. Speights regarding contamination unpublished opinions (.2); email exchange with J. Hass regarding report, etc. (.3); email from and to D. Speights regarding conspiracy issues, etc. (.4); review decisional law regarding same (.5); email from and to D. Speights regarding CMO (.2); email to D. Speights and M. Dies regarding meeting (.2). |
| 03/23/05 | JMS | 1.30 | 390.00 | Map out CMO strategy issues (1.3). |
| 03/23/05 | JMS | 3.00 | 900.00 | Multiple emails regarding PD estimation (.7); research regarding historical state court/litigation against WR Grace (2.3). |
| 03/24/05 | ASD | 1.40 | 448.00 | Review email regarding PD Claims (.1); continue review of PD Claims (1.3). |
| 03/24/05 | ASD | 2.80 | 896.00 | Continue research on state by state analysis (split with WR Grace). |
| 03/24/05 | SLB | 1.20 | 690.00 | Email to D. Speights and M. Dies regarding meeting (.1); email from T. Brandi regarding issues (.1); telephone call to M. Dies regarding same (.2); telephone call from D. Speights regarding CMO (.2); email to Jan Baer regarding revisions to CMO (.3); email from and to T. Brandi regarding estimation process (.1); telephone call from M. Dies regarding CMO (.2). |
| 03/24/05 | JCM | 2.50 | 650.00 | Research statutes of limitations for each state. |
| 03/25/05 | ASD | 2.50 | 800.00 | Research regarding contamination theory on state by state basis (2.5). |
| 03/25/05 | SLB | 0.50 | 287.50 | Email to and from J. Baer regarding revisions to PD CMO (.3); emails to and from J. Hass regarding meeting (.2). |
| 03/25/05 | SLB | 0.40 | 230.00 | Review ZAI materials and transmit same to E. Westbrook and D. Scott (.4). |
| 03/28/05 | ASD | 8.10 | 2,592.00 | Continue review of PD Claim (6.2); research regarding expert testimony and admissibility issues (1.9). |
| 03/28/05 | JCM | 3.30 | 858.00 | Research statutes of limitation for each state. |
| 03/29/05 | ASD | 1.90 | 608.00 | Interoffice conference with Scott Baena and estimation team regarding PD Estimation (1.1); research regarding PD Estimation documents (.8). |
| 03/29/05 | ASD | 4.60 | 1,472.00 | Continue review and analysis of PD Claims. |
| 03/29/05 | SLB | 0.20 | 115.00 | Telephone call to D. Bernick regarding claims against fund for |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | insolvent insurers (.1); email to committee members regarding same (.1). |
| 03/29/05 | SLB | 3.50 | 2,012.50 | Conference with "Estimation Team" regarding background, strategy and plan of action (1.8); prepare for estimation process (1.7). |
| 03/29/05 | JCM | 1.50 | 390.00 | Meet with S. Baena, J. Sakalo, A. Danzeisen and M. Kramer regarding strategy on asbestos case. |
| 03/29/05 | MIK | 1.50 | 450.00 | Conference with Scott L. Baena regarding estimation issues. |
| 03/29/05 | MIK | 0.20 | 60.00 | Creditor's Trust - Review trust case law. |
| 03/30/05 | ASD | 8.30 | 2,656.00 | Attend meeting regarding PD Claim estimation (2.0); interoffice conference with Matt Kramer regarding estimation issues (.4); Continue review of PD Claim and objections there to (5.9). |
| 03/30/05 | JCM | 0.60 | 156.00 | Research estimation issues of property damage committee. |
| 03/30/05 | MIK | 2.00 | 600.00 | Conference with Allyn S. Danzeisen regarding estimation issues. |
| 03/30/05 | MIK | 4.00 | 1,200.00 | Creditors Trust - Review trust case law. |
| 03/31/05 | ASD | 7.90 | 2,528.00 | Continue research of accrual issues (3.8); telephone conference with Scott Baena, Jay Sakalo, Dan Speights, Martin Dies, Tom Brandi and Joe Schwartz regarding estimation hearing; interoffice conference with Scott Baena and Jay Sakalo regarding estimation issue (.6); prepare for meeting with estimation experts (1.9). |
| 03/31/05 | SLB | 5.00 | 2,875.00 | Memo to committee members regarding estimation process, including review of court's prior orders, transcripts and internal files and drafting of memo (2.5); telephone conference with committee members regarding estimation process (1.3); two telephone conferences with M. Dies regarding same (.7); interoffice conference with A. Danzeisen and M. Kramer regarding preparation of estimation pleadings (.5). |
| 03/31/05 | JCM | 7.10 | 1,846.00 | Research on asbestos property damage claims and estimation issues. |

### PROFESSIONAL SERVICES                                                    $67,444.50

### COSTS ADVANCED

| | | |
|---|---|---|
| 01/14/05 | LodgingTravel to Philadelphia - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/14/05; DATE: 1/14/2005 - Clients | 214.36 |
| 01/14/05 | MealsTravel to Philadelphia - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/14/05; DATE: 1/14/2005 - Clients | 24.31 |
| 01/14/05 | Fares, Mileage, ParkingTravel to Philadelphia - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/14/05; DATE: 1/14/2005 - Clients | 25.00 |
| 01/20/05 | LodgingTravel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/20/05; DATE: 1/20/2005 - Clients | 486.50 |
| 01/20/05 | MealsTravel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/20/05; DATE: 1/20/2005 - Clients | 81.37 |
| 01/20/05 | Fares, Mileage, ParkingTaxi cab - Travel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/20/05; DATE: 1/20/2005 - Clients | 12.50 |
| 01/21/05 | LodgingTravel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/21/05; DATE: 1/21/2005 - Clients | 87.43 |

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 01/21/05 | Long Distance Telephone-Outside ServicesTravel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/21/05; DATE: 1/21/2005 - Clients | 6.36 |
| 01/21/05 | Fares, Mileage, ParkingAirport parking - Travel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/21/05; DATE: 1/21/2005 - Clients | 36.00 |
| 01/21/05 | MealsTravel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/21/05; DATE: 1/21/2005 - Clients | 4.92 |
| 01/21/05 | Fares, Mileage, ParkingTaxi cab - Travel to Pittsburgh - VENDOR: ALLYN S. DANZEISEN; INVOICE#: ASD-01/21/05; DATE: 1/21/2005 - Clients | 12.50 |
| 03/04/05 | Long Distance Telephone(215) 925-0000 | 3.96 |
| 03/31/05 | Photocopies  2.0000pgs @ 0.15/pg | 0.30 |

**TOTAL COSTS ADVANCED**  $995.51

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 34.90 | $575.00 | $20,067.50 |
| Danzeisen, Allyn S | 87.00 | $320.00 | $27,840.00 |
| Sakalo, Jay M | 25.20 | $300.00 | $7,560.00 |
| Mancuso, Nathan G | 4.50 | $320.00 | $1,440.00 |
| Moon, James C | 28.45 | $260.00 | $7,397.00 |
| Kramer, Matthew I | 7.70 | $300.00 | $2,310.00 |
| Flores, Luisa M | 5.10 | $150.00 | $765.00 |
| Morera, Arianna | 0.50 | $130.00 | $65.00 |
| TOTAL | 193.35 | | $67,444.50 |

## MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Photocopies | $0.30 |
| Fares, Mileage, Parking | $86.00 |
| Long Distance Telephone | $3.96 |
| Long Distance Telephone-Outside Services | $6.36 |
| Lodging | $788.29 |
| Meals | $110.60 |
| TOTAL | $995.51 |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**  $68,440.01

## BILZIN SUMBERG BAENA PRICE & AXELROD LLP

Page 16

Atty - SLB

RE:    10 - Travel

Client No. 74817/15546

| | | | | |
|---|---|---|---|---|
| 03/04/05 | SLB | 3.50 | 2,012.50 | Travel to Atlanta (1.0); return travel to Miami (2.5). |
| 03/04/05 | JMS | 3.00 | 900.00 | Return travel to Miami (2.5); travel to Atlanta (1.0). |
| 03/21/05 | SLB | 7.00 | 4,025.00 | Non-working travel portion to and from Wilmington (7.0). |
| 03/21/05 | JMS | 5.00 | 1,500.00 | Non-working travel to Wilmington (2.0); non-working travel to Miami (3.0). |

**PROFESSIONAL SERVICES**                                                $8,437.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 10.50 | $575.00 | $6,037.50 |
| Sakalo, Jay M | 8.00 | $300.00 | $2,400.00 |
| *TOTAL* | *18.50* | | *$8,437.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                $8,437.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | Atty - SLB |
|---|---|---|---|
| RE: | 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius) | | Client No. 74817/15547 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 03/10/05 | JMS | 2.60 | 780.00 | Research status of pending bankruptcy legislation and proposed asbestos amendments (1.8); conference with SLB, ASD regarding same (.4); multiple emails with M. Dies thereon (.4). |
| 03/11/05 | SLB | 1.30 | 747.50 | Email from and to H. Wasserstein and interoffice conference with J. Sakalo regarding motion to approve settlement (.3); email exchange with H. Wasserstein and P. Lockwood regarding motion to approve settlement (.3); review proposed motion in preparation for conference call (.7). |
| 03/11/05 | JMS | 2.30 | 690.00 | Review previously filed motion for changes to be made (1.9); emails with SLB , H. Wasserstein, P. Lockwood thereon (.4). |
| 03/14/05 | JMS | 3.50 | 1,050.00 | Telephone conference with S. Baena, H. Wasserstein, P. Lockwood regarding revision to motion (.5); work on revising motion (2.7); emails to C. Rijek thereon (.3). |
| 03/15/05 | SLB | 2.80 | 1,610.00 | Revised sealed air settlement motion, emails from and to J. Baer regarding same (1.6); email exchange with P. Lockwood regarding same e(.3); further revisions to settlement motion and circulate to P. Lockwood (.9). |
| 03/15/05 | JMS | 2.80 | 840.00 | Revise motion to approve Sealed Air settlement agreement (2.4); telephone conference with C. Rizek regarding tax issues (.4). |
| 03/16/05 | SLB | 0.20 | 115.00 | Email from and to P. Lockwood regarding revised settlement motion (.2). |
| 03/16/05 | JMS | 0.30 | 90.00 | Emails regarding revisions to Sealed Air agreement. |
| 03/17/05 | JMS | 3.70 | 1,110.00 | Revise Sealed Air motion and telephone conferences with C. Rijek regarding tax issues (1.5); email to H. Wasserstein and B. Wolff thereon (.2); research tax issues (2.0). |
| 03/18/05 | JMS | 0.90 | 270.00 | Brief review of proposed Sealed Air Settlement Agreement with debtors as party. |
| 03/30/05 | JMS | 0.50 | 150.00 | Emails regarding Sealed Air Motion to approve settlement agreement (.5). |
| 03/31/05 | SLB | 1.10 | 632.50 | Emails from and to T. Tacconelli regarding motion for approval and to and from B. Wolff regarding same (.5); email exchange with B. Wolff regarding proposed order (.6). |
| 03/31/05 | JMS | 1.10 | 330.00 | Draft revised order regarding Sealed Air (.6); multiple emails with S. Baena , P. Lockwood, et al regarding form of order and related issues (.5). |

PROFESSIONAL SERVICES                                                 $8,415.00

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 5.40 | $575.00 | $3,105.00 |
| Sakalo, Jay M | 17.70 | $300.00 | $5,310.00 |
| *TOTAL* | *23.10* | | *$8,415.00* |

TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER                    $8,415.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | | Atty - SLB |
|---|---|---|---|---|

RE:    18 - Plan & Disclosure Statement                                                      Client No. 74817/15554

| 03/04/05 | SLB | 3.50 | 2,012.50 | Meeting with M. Dies, J. Sakalo regarding status of plan, business issues (3.5). |
|---|---|---|---|---|
| 03/04/05 | JMS | 3.50 | 1,050.00 | Meeting with M. Dies, S. Baena regarding status of plan, business issues (3.5). |
| 03/08/05 | JMS | 2.70 | 810.00 | Review 10-K for 2004 (2.0); telephone conference with G. Boyer regarding pass-through liabilities (.3); email to M. Dies thereon (.4). |
| 03/11/05 | SLB | 0.90 | 517.50 | Review research regarding plan confirmation, use of warrants for existing equity (.9). |
| 03/29/05 | JMS | 1.30 | 390.00 | Research regarding voting issues regarding 524 (g). |
| 03/30/05 | SLB | 1.60 | 920.00 | Email exchanges with D. Speights and M. Dies regarding 3/31 meeting and related issues, telephone call from M. Dies regarding same (1.1); email exchange with J. Hass regarding same (.2); email exchange with J. Sakalo regarding same (.3). |
| 03/31/05 | JMS | 0.40 | 120.00 | Telephone call with J. Katz regarding PI issues (.4). |
| 03/31/05 | MIK | 3.50 | 1,050.00 | Review asbestos plan related case law (.5); review PD claimants' DS objection (3.0) |

PROFESSIONAL SERVICES                                                                   $6,870.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 6.00 | $575.00 | $3,450.00 |
| Sakalo, Jay M | 7.90 | $300.00 | $2,370.00 |
| Kramer, Matthew I | 3.50 | $300.00 | $1,050.00 |
| *TOTAL* | *17.40* |  | *$6,870.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$6,870.00**

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  | | Atty - SLB |
|---|---|---|---|---|

RE:    27 - Litigation Consulting                                          Client No. 74817/15563

| 03/01/05 | JMS | 0.40 | 120.00 | Research matters related to Solow appeal. |
|---|---|---|---|---|
| 03/01/05 | MPC | 2.50 | 1,000.00 | Work on environmental issues of indictment (.5); conference with associate regarding same (1.1); research regarding same (.9). |
| 03/01/05 | AFH | 2.00 | 500.00 | Research Clean Air Act laws. |
| 03/01/05 | AFH | 6.70 | 1,675.00 | Continue to research all issues and facts of Clean Air Act in Indictment (3.8); begin preparation of memorandum to M. Coglianese (1.8); office conferences with M. Coglianese (1.1). |
| 03/02/05 | SLB | 2.10 | 1,207.50 | Email exchange with E. Westbrook and A. Danzeisen regarding Solow appeal (.5); interoffice conference with A. Danzeisen regarding research on Solow motion and review of case law, email to E. Westbrook regarding same (1.6). |
| 03/02/05 | MPC | 5.90 | 2,360.00 | Worked on analysis of indictment and drafted memorandum regarding same. |
| 03/02/05 | AFH | 1.00 | 250.00 | Review and format memorandum created by M. Coglianese. |
| 03/03/05 | JMS | 0.80 | 240.00 | Review M. Coglianese memo regarding indictment. |
| 03/03/05 | AFH | 1.60 | 400.00 | Office conferences with M. Coglianese regarding Brief (.3); finalize Brief (1.3). |
| 03/08/05 | JMS | 1.90 | 570.00 | Work on time line chart for PD estimation. |
| 03/10/05 | AFH | 0.20 | 50.00 | Study and review newest articles and documents regarding Clean Air Act. |

**PROFESSIONAL SERVICES**                                                                    $8,372.50

## MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 2.10 | $575.00 | $1,207.50 |
| Coglianese, Matthew P | 8.40 | $400.00 | $3,360.00 |
| Sakalo, Jay M | 3.10 | $300.00 | $930.00 |
| Haimo, Adam F | 11.50 | $250.00 | $2,875.00 |
| *TOTAL* | *25.10* | | *$8,372.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                    **$8,372.50**

# Bilzin Sumberg Baena Price & Axelrod LLP

Atty - SLB
Client No. 74817/17781

RE:    30 - Fee Application of Others

| 03/02/05 | ASD | 0.30 | 96.00 | Review five monthly fee statements (.3). |
|---|---|---|---|---|
| 03/04/05 | ASD | 0.20 | 64.00 | Review of fee application (.2). |
| 03/07/05 | LMF | 1.20 | 180.00 | Prepare notices and summaries for same Hamilton, Rabinovitz's November, December and January invoices (1.2). |
| 03/08/05 | ASD | 0.30 | 96.00 | Review three fee auditor reports (.3). |
| 03/08/05 | LMF | 0.70 | 105.00 | Submit notices, summaries and statements for November, December and January to local counsel for filing for Hamilton Rabinovitz (.7). |
| 03/09/05 | LMF | 1.50 | 225.00 | Prepare monthly notice and summary of expenses for PD Committee and send to local counsel for filing (.7); prepare notice and summary for Hilsoft and submit to local counsel for filing and serving (.8). |
| 03/10/05 | ASD | 0.40 | 128.00 | Review seven fee auditor reports (.3); review fee applications (.1). |
| 03/14/05 | LMF | 1.40 | 210.00 | Begin drafting Hamilton Rabinovitz quarterly application (1.4). |
| 03/15/05 | LMF | 1.30 | 195.00 | Complete quarterly application for Hamilton Rabinovitz (1.3). |
| 03/16/05 | ASD | 0.20 | 64.00 | Review of two fee applications (.2). |
| 03/21/05 | ASD | 0.40 | 128.00 | Review of six fee applications (.4). |
| 03/22/05 | ASD | 0.20 | 64.00 | Review of three fee applications (.2). |
| 03/28/05 | ASD | 0.20 | 64.00 | Email fee auditor regarding committee member fees (.2). |
| 03/28/05 | JMS | 0.30 | 90.00 | Review certification of counsel regarding fees and discuss with A. Danjeisen. |
| 03/29/05 | LMF | 0.90 | 135.00 | Revise, finalize and submit for filing quarterly application of Hamilton Rabinovitz (.9). |

**PROFESSIONAL SERVICES**                                                  $1,844.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Danzeisen, Allyn S | 2.20 | $320.00 | $704.00 |
| Sakalo, Jay M | 0.30 | $300.00 | $90.00 |
| Flores, Luisa M | 7.00 | $150.00 | $1,050.00 |
| *TOTAL* | *9.50* | | *$1,844.00* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                          $1,844.00

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

|  |  |  |  | Atty - SLB |
|---|---|---|---|---|
| RE: | 31 - Retention of Others |  |  | Client No. 74817/17782 |

| | | | | |
|---|---|---|---|---|
| 03/01/05 | JMS | 0.20 | 60.00 | Conference with J. Moon regarding LECG retention. |
| 03/02/05 | JMS | 0.50 | 150.00 | Review Cahill Gordon affidavit. |
| 03/07/05 | JMS | 0.50 | 150.00 | Work on LECG retention issues and telephone conference with J. Hass thereon (.5). |
| 03/10/05 | SLB | 0.30 | 172.50 | Email exchange with D. Speights and M. Dies regarding retention of LCEG (.3). |
| 03/11/05 | JMS | 0.50 | 150.00 | Two telephone conferences with J. Hass and in-house counsel regarding retention affidavit. |
| 03/18/05 | JMS | 0.80 | 240.00 | Telephone conference with M. Leder regarding LECG conflict checks (.5); email to M. Leder thereon (.3). |
| 03/25/05 | ASD | 0.10 | 32.00 | Review of Project Category Summary (.1). |

**PROFESSIONAL SERVICES**                                                       $954.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|
| Baena, Scott L | 0.30 | $575.00 | $172.50 |
| Danzeisen, Allyn S | 0.10 | $320.00 | $32.00 |
| Sakalo, Jay M | 2.50 | $300.00 | $750.00 |
| *TOTAL* | *2.90* |  | *$954.50* |

**TOTAL PROFESSIONAL SERVICES AND COSTS ADVANCED THIS MATTER**                   $954.50

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD

| Timekeeper | Hours | Total |
|------------|-------|-------|
| Danzeisen, Allyn S | 107.40 | $34,368.00 |
| Baena, Scott L | 85.80 | $49,335.00 |
| Flores, Luisa M | 19.50 | $2,925.00 |
| Sakalo, Jay M | 92.40 | $27,720.00 |
| Coglianese, Matthew P | 8.40 | $3,360.00 |
| Mancuso, Nathan G | 4.90 | $1,568.00 |
| Haimo, Adam F | 11.50 | $2,875.00 |
| Moon, James C | 28.45 | $7,397.00 |
| Brenneman, Carrie | 20.60 | $2,678.00 |
| Morera, Arianna | 10.20 | $1,326.00 |
| Kramer, Matthew I | 13.10 | $3,930.00 |

### TOTAL PROFESSIONAL FEES THIS PERIOD        $137,482.00

### CLIENT SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,302.90 |
| Photocopies | $511.80 |
| Fares, Mileage, Parking | $240.53 |
| Telecopies | $67.00 |
| Federal Express | $16.12 |
| Long Distance Telephone | $239.58 |
| Long Distance Telephone-Outside Services | $61.86 |
| Lodging | $788.29 |
| Meals | $258.89 |
| Miscellaneous Costs | $225.00 |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*TOTAL COSTS ADVANCED THIS PERIOD*                                    *$5,711.97*

*TOTAL AMOUNT DUE THIS PERIOD*                                    *$143,193.97*

# BILZIN SUMBERG BAENA PRICE & AXELROD LLP

*CLIENT SUMMARY*

| | TIME | COSTS ADVANCED | CREDIT/TRUST APPLIED | TOTAL |
|---|---|---|---|---|
| **BALANCE AS OF- 03/31/05** | | | | |
| **WR Grace-Official Committee of Prope** | | | | |
| 01- Case Administration/15537 | $17,964.50 | $4,716.46 | $0.00 | $22,680.96 |
| 02 - Debtors' Business Operations/15538 | $837.50 | $0.00 | $0.00 | $837.50 |
| 03 - Creditors Committee/15539 | $9,428.00 | $0.00 | $0.00 | $9,428.00 |
| 04 - Retention of Professionals/15540 | $1,115.00 | $0.00 | $0.00 | $1,115.00 |
| 07 - Applicant's Fee Application/15543 | $1,949.00 | $0.00 | $0.00 | $1,949.00 |
| 08 - Hearings/15544 | $3,850.00 | $0.00 | $0.00 | $3,850.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)/15545 | $67,444.50 | $995.51 | $0.00 | $68,440.01 |
| 10 - Travel/15546 | $8,437.50 | $0.00 | $0.00 | $8,437.50 |
| 11 - Fraudulent Transfer Litigation (Sealed Air/Fresenius)/15547 | $8,415.00 | $0.00 | $0.00 | $8,415.00 |
| 18 - Plan & Disclosure Statement/15554 | $6,870.00 | $0.00 | $0.00 | $6,870.00 |
| 27 - Litigation Consulting/15563 | $8,372.50 | $0.00 | $0.00 | $8,372.50 |
| 30 - Fee Application of Others/17781 | $1,844.00 | $0.00 | $0.00 | $1,844.00 |
| 31 - Retention of Others/17782 | $954.50 | $0.00 | $0.00 | $954.50 |
| *Client Total* | *$137,482.00* | *$5,711.97* | *$0.00* | *$143,193.97* |