IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related to Docket No. 8246 |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION REGARDING**
**THE FORTY-THIRD MONTHLY APPLICATION OF L TERSIGNI**
**CONSULTING P.C., ACCOUNTANT AND FINANCIAL ADVISOR TO THE**
**OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS, FOR**
**INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**
**(DOCKET NO. 8246)**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), L Tersigni Consulting P.C., submitted on April 20, 2005 a Forty-third monthly application ("Application") [Docket No. 8246] for services rendered and reimbursement of expenses incurred as accountant and financial advisor to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0043721:1 }

2.     Objections to the Application were to be filed and served on or before, May 10, 2005. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

                              L TERSIGNI CONSULTING P.C.

                              Loreto T. Tersigni
                              2001 West Main Street, Suite 220
                              Stamford, CT  06902
                              (203) 569-9090

                                  - and -

                              CAMPBELL & LEVINE, LLC

                              */s/Kathleen J. Campbell*
                              Kathleen J. Campbell (I.D. #4229)
                              800 North King Street
                              Suite 300
                              Wilmington, DE  19899
                              (302) 426-1900

                              Delaware and Associated Counsel for the Official Committee of Asbestos Personal Injury Claimants

Dated:  May 12, 2005

{D0043721:1}                                                         2