## TABLE OF AUTHORITIES

**Tab:Page**

### CASES

*Abadie v. Metro. Life Ins. Co.,*
    784 So.2d 46 (La. Ct. App. 2001) .................................................................................2:22

*Abner v. Elliott,*
    706 N.E.2d 765 (Ohio 1999) .............................................................................2:33, 2:34

*Adams v. Harron,*
    191 F.3d 447, 1999 WL 710326 (4th Cir. 1999) ...........................................................2:21

*Allen v. Pennsylvania Eng'g Corp.,*
    102 F.3d 194 (5th Cir. 1996) ........................................................................................3:11

*Amchem Prods., Inc. v. Windsor,*
    521 U.S. 591 (1997) .............................................................................................2:1, 2:34

*Belton v. Fibreboard Corp.,*
    724 F.2d 500 (5th Cir. 1984) ..........................................................................................3:6

*Bittner v. Borne Chem. Co., Inc.,*
    691 F.2d 134 (3d Cir. 1982) ...................................................................................3:4, 3:8

*Daubert v. Merrell Dow Pharmaceuticals, Inc.,*
    509 U.S. 579 (1993) ...............................................................................................passim

*Diel v. Flintkote Co.,*
    204 A.D.2d 53 (N.Y.A.D. 1994) ...................................................................................3:11

*Dombrowski v. Gould Elecs., Inc.,*
    31 F.Supp.2d 436 (M.D. Pa. 1998) ..............................................................................3:12

*Eagle Picher Indus. v. Liberty Mutual Ins. Co.,*
    829 F.2d 227 (1st Cir. 1987) ................................................................................4:7, 4:10

*Eagle-Picher Indus. v. Am. Employers' Ins. Co.,*
    718 F. Supp. 1053 (D. Mass. 1989) .....................................................................2:20, 2:22

*Elkins v. Richardson-Merrell, Inc.,*
    8 F.3d 1068 (6th Cir. 1993) ..........................................................................................3:10

*Falise v. Am. Tobacco Co.,*
    CV 97-7640 (E.D.N.Y. Sept. 20, 1999) ..........................................................................2:3

*Gen. Elec. Co. v. Joiner,*
    522 U.S. 136 (1997) ...........................................................................................3:10, 3:12

i

**Tab:Page**

*G-I Holdings, Inc. v. Baron & Budd,*
    179 F.Supp.2d 233 (S.D.N.Y. 2001) ...................................................................2:1, 2:31

*Glastetter v. Novartis Pharmaceuticals Corp.,*
    107 F.Supp.2d 1015 (E.D. Mo. 2000) ...........................................................................3:11

*Hall v. John Crane-Houdaille, Inc.,*
    1990 WL 17827 (E.D. Pa. Feb. 16, 1990) ....................................................................3:10

*Hickman v. Taylor,*
    329 U.S. 495 (1947)........................................................................................................4:13

*Hudspeth v. Comm'r of Internal Revenue Service,*
    914 F.2d 1207 (9th Cir. 1990) ........................................................................................3:7

*In re Allegheny Int'l, Inc.,*
    954 F.2d 167 (3d Cir. 1992) ...........................................................................................3:3

*In re Armstrong World Indus.,*
    No. 00-4471 (D. Del. Dec. 5, 2000) .....................................................................2:11, 3:13

*In re Asbestos Prods. Liab. Litig.,*
    2002 WL 32151574 (E.D. Pa. Jan. 16, 2002).......................................................2:22, 2:25

*In re Aspen Limousine Serv., Inc.,*
    193 B.R. 325 (D. Colo. 1996)..........................................................................................3:4

*In re Barnes,*
    266 B.R. 397 (8th Cir. B.A.P. 2001) ..............................................................................3:5

*In re Breast Implant Litigation,*
    11 F.Supp.2d 1217 (D. Col. 1998)................................................................................3:11

*In re Brints Cotton Mktg., Inc.,*
    737 F.2d 1338 (5th Cir. 1984)........................................................................................3:4

*In re Buchholz,*
    224 B.R. 13 (Bankr. D.N.J. 1998) ..................................................................................3:3

*In re Celotex Corp.,*
    204 B.R. 586 (Bankr. M.D. Fla. 1996) .........................................................................4:10

*In re CLC of Am., Inc.,*
    68 B.R. 512 (Bankr. E.D. Mo. 1986)..............................................................................3:6

*In re Consolidation of Maples & Lomax, P.A.,*
    *Asbestos Pers. Injury Cases, Flight 1* (Miss. Cir. Ct. 1996)..................................2:24, 2:25

                                                                    **Tab:Page**

*In re Diet Drugs,*
    1203 WL 387322 (E.D. Pa. May 19, 1999) ...................................................................4:10

*In re Dow Corning Corp.,*
    250 B.R. 298 (Bankr. E.D. Mich. 2000) .......................................................................3:6

*In re Food Lion, Inc.,*
    1998 WL 322682 (4th Cir. June 4, 1998) ....................................................................4:10

*In re G.I. Indus. Inc.,*
    204 F.3d 1276 (9th Cir. 2000) .......................................................................................3:3

*In re Jackson v. Anchor Packing Co.,*
    994 F.2d 1295 (8th Cir. 1993) .....................................................................................3:10

*In re Joint E&S Dists. Asbestos Litig.,*
    237 F. Supp. 2d 297 (E&S.D.N.Y. 2002) ................................................................passim

*In re Lids Corp.,*
    281 B.R. 535 (Bankr. D. Del. 2002) ..............................................................................3:5

*In re New York City Asbestos Litig.,* No. 40000/88,
    2002 WL 32151568 (Sup. Ct. N.Y. Dec. 19, 2002) ....................................................2:38

*In re Nuisance Corp.,*
    17 B.R. 80 (Bankr. D.N.J. 1981) ...................................................................................3:3

*In re O.P.M. Leasing Serv., Inc.,*
    79 B.R. 161 (S.D.N.Y. 1987) .........................................................................................3:4

*In re Orthopedic Bone Screw Prods. Liab. Litig.,*
    1997 WL 704702 (E.D. Pa. Aug. 22, 1997) ...............................................................4:10

*In re Paoli R.R. Yard PCB Litig.,*
    35 F.3d 717 (3d Cir. 1994) ............................................................................................3:9

*In re Rafsky,*
    300 B.R. 152 (Bankr. D. Conn. 2003) ...........................................................................3:5

*In re Rhone-Poulenc Rorer, Inc.,*
    51 F.3d 1293 (7th Cir. 1995) .........................................................................................2:7

*In re Sanford,*
    979 F.2d 1511 (11th Cir. 1992) .....................................................................................3:3

*In re School Asbestos Litig.,*
    789 F.2d 996 (3d Cir. 1986) ..........................................................................................2:1

iii

**Tab:Page**

*In re TMI Litig. Cases Consol. II,*
    911 F. Supp. 775 (M.D. Pa. 1996) ...............................................................................3:10

*In re Townsend,*
    309 B.R. 179 (Bankr. W.D. Pa. 2004) ........................................................................3:13

*In re USG Corp.,*
    290 B.R. 223 (Bankr. D. Del. 2003) ...........................................................................3:6

*Mitchell v. Gencorp.,*
    165 F.3d 778 (10th Cir. 1999) ..............................................................................4:3, 4:4

*Moore v. Ashland Chemical Co.,*
    151 F.3d 269 (5th Cir. 1998) *(en banc)*, *cert. denied*, 526 U.S. 1064 (1999) .........3:11, 4:4

*Morehouse v. N. Am. Refractories Co.*
    (Ala. Cir. Ct. 2002) ...................................................................................................2:25

*Nat'l Union Fire Ins. Co. of Pittsburgh, Pa. v. City Savings, F.S.B.,*
    28 F.3d 376 (3d Cir. 1994) ........................................................................................3:4

*New Jersey Turnpike Auth. v. PPG Indus., Inc.,*
    16 F. Supp. 2d 460 (D.N.J. 1998) .............................................................................3:6

*Ortiz v. Fibreboard Corp.,*
    527 U.S. 815 (1999)....................................................................................................2:1

*Owens Corning v. Credit Suisse First Boston,*
    Mem. & Order, Case No. 04-00905, Docket No. 106, at 6
    (D. Del. Mar. 31, 2005) .......................................................................................passim

*Owens Corning v. McNeese,*
    Civil Act 3:97CV29WS (S.D. La. 1997)...........................................................2:25, 2:26

*Owens Corning v. Pitts,*
    No. 96-CV-2095 (E.D. La. June 19, 1996)................................................2:25, 2:26, 2:27

*Petruzzi's IGA Supermarkets, Inc. v. Darling-Delaware Co.,*
    998 F.2d 1224 (3d Cir. 1993) ....................................................................................3:6

*Playboy Enters., Inc. v. Chuckleberry Pub'g, Inc.,*
    486 F. Supp. 414 (S.D.N.Y. 1980) ............................................................................3:7

*Prohaska v. Sofamor, S.N.C.,*
    138 F. Supp. 2d 422 (W.D.N.Y. 2001) ......................................................................3:12

iv

**Tab:Page**

*Raymark Indus., Inc. v. Stemple,*
    1990 WL 72588 (D. Kan. May 30, 1990) ................................................................... passim

*Societe Nationale Industrielle Aerospatiale v. United States Dist. Court,*
    482 U.S. 522 (1987) ..................................................................................... 4:13

*Soldo v. Sandoz Pharmaceuticals Corporation,*
    244 F.Supp.2d 434 (W.D. Pa. 2003) ............................................................. 3:11

*Summers v. Missouri Pacific R.R. Sys.,*
    132 F.3d 599 (10th Cir. 1997) ...................................................................... 3:12

*Tanner v. Westbrook,*
    174 F.3d 542 (5th Cir. 1999) ........................................................................ 3:10

*Vodanovich v. A.P. Green Indus., Inc.,*
    869 So.2d 930 (La. Ct. App. 2004) ............................................................... 3:10

*Wright v. Willamette Indus., Inc.,*
    91 F.3d 1105 (8th Cir. 1996) ........................................................................ 4:4

## STATUTES

11 U.S.C. § 1124(g) ................................................................................................ 1:1

11 U.S.C. § 1129 .................................................................................................... 5:1

11 U.S.C. § 502 ...................................................................................................... 3:2

11 U.S.C. § 558 ...................................................................................................... 3:3

Miss. Code Ann. § 11-11-3 ..................................................................................... 2:35

Ohio Rev. Code Ann. § 2307.91(Z) ........................................................................ 2:36

Ohio Rev. Code Ann. § 2307.92(B) ........................................................................ 2:35

Tex. Code Ann. § 15.003 ........................................................................................ 2:35

91100-001\DOCS_DE:108034.1

**Tab:Page**

## RULES

Fed. R. Bankr. P. 9017......................................................................................................3:5

Fed. R. Civ. P. 11...........................................................................................................4:5

Fed. R. Evid. 104 ...........................................................................................................3:9

Fed. R. Evid. 408 ...........................................................................................................3:6

Fed. R. Evid. 702 ..............................................................................................3:9, 3:10, 3:12

Fed. R. Evid. 703 ...........................................................................................................3:9

Fed. R. Evid. 706 ..........................................................................................................2:28


## PUBLICATIONS

*AMA Guides to the Evaluation of Permanent Impairment,*
§ 5.4d (5th ed. 2000)....................................................................................4:9

Andrews Asbestos Litig. Rep. 23(7)
(April 12, 2001); Wall St. J. B8 (4/3/01).......................................................2:39

14 Asbestos & Lead Abatement Rep., Feb. 1, 2001 .................................................2:11

*Asbestos Litigation Crisis Continues:  It is Time for Congress to Act,*
*Hearing Before the Senate Committee on the Judiciary,*
108th Cong. (Mar. 5, 2003)...............................................................2:18, 2:22

*Asbestos Litigation, Hearing Before the Senate Comm. on the Judiciary,*
107th Cong. 3 (2002).........................................................................2:14, 2:35

Asbestos Primer,
http://www.federal-mogul.com/cda/content/front/0,2194,2336_2903_4292,00.html....2:12

*Asbestos Woe Leads Burns & Roe to File for Bankruptcy Relief,*
Eng. News-Rec., Dec. 18, 2000 .....................................................................2:11

ATS, *Diagnosing and Initial Management of Nonmalignant Diseases Related to Asbestos,*
Am. Journal of Resp. and Critical Care Med., Vol 170: 691 (2004)..................4:6

ATS, *Lung Function Testing: Selection of Reference Values and Interpretive Strategies*
Am. Rev. Respir. Dis., 144:1202 (1991) .......................................................2:25

91100-001\DOCS_DE:108034.1

**Tab:Page**

Attfield, M. & D. Wagner,
*A Report on a Workshop on the National Institute for Occupational Safety
and Health B Reader Certification Program*, JOM 34: 875-78 (1992) ...........................4:7

*Babcock & Wilcox Cite Asbestos Settlements in Filing for Bankruptcy,*
Mealey's Litig. Rep.: Asbestos 18 (Mar. 3, 2000) ...........................................................2:12

Bell, Griffin B.,
*Asbestos & the Sleeping Constitution*, 31 Pepp. L. Rev. 1 (2003) ...................................2:19

Berenson, Alex,
*Panel Urges Complete Ban on Product With Asbestos,*
N.Y. Times, May 10, 2003 ................................................................................................2:14

Bernstein, David E.,
*Keeping Junk Science Out of Asbestos Litigation*, 31 Pepp. L. Rev. 11 (2003).............2:23

Best, A.M.,
*Asbestos Claims Surge Set to Dampen Earnings for Commercial Insurers*
(May 7, 2001) ...........................................................................................................2:30, 2:31

Brickman, Lester,
*Lawyers' Ethics and Fiduciary Obligations in
the Brave New World of Aggregative Litigation,*
26 Wm. & Mary Environ. L. & Pol'y Rev. 243 (2001) ............................................2:3, 2:6

Brickman, Lester, *On the Theory Class's Theories of Asbestos Litigation:
The Disconnect Between Scholarship and Reality,*
31 Pepp. L. Rev. 34 (2003)...........................................................................................passim

Callahan, P.,
*USG Files for Chapter 11 After Referring to
Senate's Power Shift as Latest Setback,*
Wall St. J., June 26, 2001 ................................................................................................2:11

Christine Biederman, Thomas Korosec, Julie Lyons & Patrick Williams,
*Toxic Justice*, Dallas Observer Aug. 13, 1998...............................................................2:23

Churg, A., *Nonneopathic: Disease Caused by Asbestos,*
Pathology of Occupational Disease, 293 (Churg & Green, 2d ed. 1998)........................4:3

Collier on Bankruptcy
¶ 3001.09[2] (15th ed. revised)..........................................................................................3:2

Court, Congress, Leave Asbestos-Taint Companies to Vultures,
Daily Bankr. Rev. 4 (June 6, 2001) ................................................................................2:30

91100-001\DOCS_DE:108034.1

**Tab:Page**

Doll, R. & J. Peto,
  *Asbestos: Effects on Health of Exposure to Asbestos*, HMS, (1988)....................2:14, 2:16

Ducatman et al.,
  *B-Readers and Asbestos Medical Surveillance*, JOM 30:644-47 (1988) ........................4:8

Equitas Limited Reports and Accounts for the Year Ended 31 March 2001 ...............................2:9

Gaensler, Jederlinic & Churg,
  *Idiopathic Pulmonary Fibrosis in Asbestos-exposed Workers*,
  144(3) Am. Rev. of Resp. Disease (1991)..............................................................2:16, 4:9

Garza, M.,
  Chi. Trib., June 26, 2001 ...............................................................................................2:11

Gitlin, Joseph N., Leroy L. Cook, Otha W. Linton & Elizabeth Garrett-Mayer,
  *Comparison of "B" Readers' Interpretations of Chest Radiographs*
  *for Asbestos Related Changes*,
  Acad. Radiol. 2004 ...........................................................................................................2:27

Localio, A.R., *et al.*,
  Biostatics Section, Dept. of Health Evaluation Serv.,
  Penn. State Univ. College of Medicine & Center for
  Clinical Epidemiology and Biostatics,
  *The Manville Personal Injury Settlement Trust X-ray Audit:*
  *An Assessment of the Identification of the Underlying*
  *Disease Process Implications for Medical Review by*
  *Certified B-Readers* (1998).......................................................... 2:4, 2:5, 2:6, 2:27

Manville Trust,
  Highlights of the 4th Quarter 2001 Filing (2001), available at
  http://www.mantrust.org/FILINGS/q4_01/4THQTR01.htm
  (last visited May 6, 2005) .......................................................... 2:6, 2:36, 2:37, 4:10

McGovern, Francis E.,
  *Rethinking Cooperation Among Judges in Mass Tort Litigation*,
  44 U.C.L.A. L. Rev. 1851 (1997)......................................................................................2:7

Mealey's Litig. Rep. 21 (12/1/00) ...............................................................................2:11, 2:38

Mealey's Litig. Rep.: Asbestos (May 4, 2001) ........................................................................2:10

Mealey's Litig. Rep.: Asbestos (August 3, 2001) ....................................................2:6, 2:12, 2:38

*Neoplastic Asbestos-Induced Disease*,
  Pathology of Occupational Lung Disease 339
  (Churg & Green, eds., 2d ed. 1998).........................................................................2:16, 4:9

91100-001\DOCS_DE:108034.1

**Tab:Page**

Nicholason, WJ,
*Airborne Asbestos Health Assessment Update.*
Washington: Office of Health and Environmental Assessment,
US Environmental Protection Agency (1986) ...............................................................2:16

"Number of Claims by Year Received and Industry,"
D. Austern Mealey's Presentation (July 2, 2001) ...........................................................2:32

Oliver, Suzanne L. & Leslie Spencer,
*Who Will the Monster Devour Next?*, Forbes, Feb. 18, 1991 .........................................2:19

*Owens Corning Files Voluntary Chapter 11 Petition to Resolve Asbestos Liability,*
PR Newswire, Oct. 5, 2000 .............................................................................................2:10

Pacelle, M.,
*Federal-Mogul Plans to Seek Chapter 11 Protection,*
Wall St. J., Oct. 1, 2001 ..................................................................................................2:12

*Pittsburgh Corning Files for Bankruptcy Protection,*
Mealey's Litig. Rep.: Asbestos 6 (Apr. 21, 2000) ..........................................................2:12

Price, Dr. Bertram,
*Mesothelioma Trends in the United States: An Update Based on Surveillance,*
*Epidemiology, and End Results Program Data for 1973 through 2003,*
Am. J. Epidemiology, 159:107 (2004) ...........................................................................2:17

Rand Institute for Civil Justice,
*Asbestos Litigation Costs and Compensation: An Interim Report* (2002) ...............passim

*Reference Guide on Epidemiology, in* Federal Judicial Center,
Reference Manual on Scientific Evidence 382 (2000) .......................................................4:4

Reger, R.B., W.S. Cole, E.N. Sargent & P.S. Wheeler,
*Cases of Alleged Asbestos-Related Disease: A Radiologic Re-Evaluation,*
Vol. 32, No. 11, Journal of Occupational Medicine 1088 (Nov. 1990) ..........................2:27

Rubin, Hon. Carl & Laura Ringenbach,
*The Use of Court Experts in Asbestos Litigation,* 137 F.R.D. 35 (1991) .......................2:28

Sayre, Alan,
*Babcock & Wilcox Seeks Bankruptcy,* AP Online (Feb. 22, 2000) .................................2:12

Schwartz, Victor E., et al.,
*Addressing the "Elephantine Mass" of Asbestos Cases:*
*Consolidation Versus Inactive Dockets (Pleural Registries)*
*and Case Management Plans that Defer Claims Filed by the Non-Sick,*
31 Pepp. L. Rev. 271 (2004) ...........................................................................................2:35

91100-001\DOCS_DE:108034.1

Tab:Page

Selikoff, I.J., J. Churg & E.C. Hammond,
*The Occurrence of Asbestosis Among Insulation Workers in the United States,*
132 Annals of the N.Y. Academy of Sciences 139 (1965)............................................2:13

Surveillance, Epidemiology and End Results (SEER) data
from the National Cancer Institute
available at http://seer.cancer.gov/faststats/html/inc_mesoth.html. ................................2:15

Taylor, Stuart Jr.,
*The Greedy vs. the Sick,* Legal Times 60 (Sept. 30, 2002)............................................2:20

The American Association for Respiratory Care
Uniform Reporting Manual for Diagnostic Services (1999) ...........................................2:25

*The Asbestos Claim Management Act of 1991,*
13 Cardozo L. Rev. 1891 (1992) ...................................................................................2:31

*The Fairness in Asbestos Injury Resolution Act of 2003,*
S. Rep. No. 108-118 (2003)...............................................................................2:1, 2:5, 2:6

Trottman, Melanie,
*Babcock Files for Protection of Chapter 11,*
Wall. St. J., Feb. 23, 2000.............................................................................................2:12

USG 10-Q filed 8/8/00....................................................................................................2:11

Wall St. J., Jan 8, 2001 ..................................................................................................2:11

Weill, H.,
*Diagnosis of Asbestos-Related Disease,*
Chest 91:802-03 (1987) ...................................................................................................4:7

Weinstein, Jack B.,
*Ethical Dilemmas in Mass Tort Litigation,*
88 Nw. U. L. Rev. 469 (1994) ........................................................................................2:7

White, Michelle J.,
*Why the Asbestos Genie Won't Stay in the Bankruptcy Bottle,*
70 U. Cin. L. Rev. 1319 (2002) .....................................................................................2:19

x

**Tab:Page**

**OTHER**

Bell, Hon. Griffin B.,
    *Asbestos Litigation and Judicial Leadership:*
    *The Courts' Duty to Help Solve the Asbestos Litigation Crisis,*
    Vol. 6, No. 6, June 2002 (Nat'l Legal Center for Pub. Interest Monograph) .................2:35

Egilman, David,
    Letter to the Editor, *Asbestos Screenings,*
    42 Am. J. of Indus. Med. 163 (2002)..........................................................................2:21

*Expert Report of Frederick C. Dunbar,*
    *ACC v. Babcock & Wilcox Inv. Co.*
    *(In re Babcock & Wilcox Co.),*
    Case No. 01-1155 (Bankr. E.D. La. 2001) ......................................................2:8, 2:9, 2:23

*In re The Babcock & Wilcox Co.,*
    Report to the Court Regarding Asbestos Developments Generally and
    the Proofs of Claim Filed Here, Case Nos. 00-0558, 00-10992,
    Docket No. 101 (Bankr. E.D. La. Oct. 18, 2001) ........................................................passim

Letter from William B. Nurre,
    Executive Director, EPI Trust, to Claimants' Counsel (Oct. 9, 2000) .................2:10, 2:38

"Manville Filings by Selected Industry,"
    D. Austern's Mealey's Presentation (July 2, 2001).......................................................2:31

91100-001\DOCS_DE:108034.1