## EXHIBIT A

### Asset Analysis and Recovery (.20 Hours; $ 144.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/13/2005 | PVL | 720.00 | 0.20 | Review 4 miscellaneous filings (.1); e-mail Baena (.1). |

**Total Task Code .01**     **.20**

### Case Administration (57.40 Hours; $ 21,296.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 17.90 | $720 | 12,888.00 |
| Julie W. Davis | 1.20 | $560 | 672.00 |
| Rita C. Tobin | 1.90 | $415 | 788.50 |
| Robert C. Spohn | 23.90 | $200 | 4,780.00 |
| Andrew D. Katznelson | 10.50 | $175 | 1,837.50 |
| Ada I. Odum | 2.00 | $165 | 330.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2005 | PVL | 720.00 | 0.30 | Review 43 miscellaneous filings. |
| 1/3/2005 | PVL | 720.00 | 0.30 | Review 9 miscellaneous filings (.1); teleconference EI (.2). |
| 1/3/2005 | RCS | 200.00 | 0.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/03/05 (.8). |
| 1/3/2005 | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |

| 1/4/2005 | ADK | 175.00 | 1.50 | Review and classify recently received court documents and correspondence in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 1/4/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations and docket re: EI update. |
| 1/4/2005 | PVL | 720.00 | 0.20 | Review 7 miscellaneous filings (.1); review Baena e-mail and reply (.1). |
| 1/5/2005 | PVL | 720.00 | 0.10 | Teleconference Wyron. |
| 1/5/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/05/05 (.4). |
| 1/6/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/06/05 (.1). |
| 1/7/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/07/05 (.4). |
| 1/7/2005 | JWD | 560.00 | 0.40 | Meeting with EI, PVNL, et al., re status of case |
| 1/7/2005 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 1/9/2005 | PVL | 720.00 | 0.10 | Review 8 miscellaneous filings. |
| 1/10/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/10/05 (.2). |
| 1/10/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations and dockets for EI update. |
| 1/11/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/11/05 (.1). |
| 1/11/2005 | PVL | 720.00 | 0.20 | Review 3 miscellaneous filings. |
| 1/12/2005 | PVL | 720.00 | 0.90 | Draft status report to committee (.8); teleconference Klibanow (.1). |

| 1/12/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/12/05 (.4). |
| 1/13/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/13/05 (.4). |
| 1/13/2005 | PVL | 720.00 | 0.10 | Memo to committee re status. |
| 1/14/2005 | PVL | 720.00 | 0.80 | Teleconference Mirabella. |
| 1/15/2005 | PVL | 720.00 | 0.10 | Review 4 miscellaneous filings. |
| 1/17/2005 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 1/17/05 (.6). |
| 1/18/2005 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/18/05 (.6). |
| 1/18/2005 | PVL | 720.00 | 0.20 | Review e-mail (.1); review agenda notice (.1). |
| 1/18/2005 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 1/19/2005 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 1/19/2005 | PVL | 720.00 | 0.30 | Review 8 miscellaneous filings (.1); review amended agenda (.1); review e-mail (.1). |
| 1/19/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/19/05 (.2). |
| 1/21/2005 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 1/21/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/21/05 (.1). |
| 1/22/2005 | PVL | 720.00 | 0.10 | Review e-mail and reply. |
| 1/24/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/24/05 (.3). |

| 1/24/2005 | PVL | 720.00 | 0.20 | Confer Campbell and Milch. |
| 1/25/2005 | PVL | 720.00 | 0.10 | Review 7 miscellaneous filings. |
| 1/25/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/25/05 (.2). |
| 1/25/2005 | ADK | 175.00 | 0.50 | Updated payment schedules with payments received. |
| 1/26/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/26/05 (.1). |
| 1/27/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/27/05. (.2). |
| 1/27/2005 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |
| 1/28/2005 | PVL | 720.00 | 0.70 | Review 3 miscellaneous filings (.1); review 9019 motion re CCC deal (.1); review e-mail (.2); teleconference Wyron (.3). |
| 1/31/2005 | PVL | 720.00 | 0.10 | Review e-mail. |
| 1/31/2005 | RCS | 200.00 | 0.60 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 01/31/05. (.3)    Search dockets for specific filings requested by attorney. (.3) |
| 1/31/2005 | ADK | 175.00 | 0.50 | Updated payment schedules with payments received. |
| 1/31/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation re EI update. |
| 2/1/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/01/05 (.1). |
| 2/1/2005 | PVL | 720.00 | 0.40 | Review draft letter to CA3 (.1); review 5 miscellaneous filings (.1); teleconference Sinclair and Plotzky re CEO comps (.2). |
| 2/1/2005 | AIO | 165.00 | 2.00 | Retrieved SEC filings per attorney request. |
| 2/2/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/02/05 (.1); minor clean |

|            |     |        |      | up and preparation of final draft of Decision Tree (.8); retrieve specific documents requested by attorney (.3). |
| 2/2/2005   | PVL | 720.00 | 0.10 | Review e-mail. |
| 2/3/2005   | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/03/05 (.3). |
| 2/3/2005   | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 2/4/2005   | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/04/05 (.1). |
| 2/7/2005   | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/07/05 (.1); retrieve specific documents requested by attorneys (.3). |
| 2/7/2005   | PVL | 720.00 | 0.10 | Review arts re indictment. |
| 2/8/2005   | ADK | 175.00 | 1.00 | Review and classify documents in order to create database regarding upcoming hearings and pre-trial and status conferences for EI and RCT. |
| 2/8/2005   | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/08/05 (.2); retrieve documents requested by attorney (.3). |
| 2/9/2005   | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/09/05 (.1). |
| 2/9/2005   | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/09/05 (.1). |
| 2/9/2005   | PVL | 720.00 | 0.80 | Review Grace indictment (.7); review 8 miscellaneous filings (.1). |
| 2/9/2005   | RCT | 415.00 | 0.50 | Review exhibits. |
| 2/10/2005  | PVL | 720.00 | 1.00 | Review e-mail (.2); confer NDF (.3); teleconference Heberling (.3); e-mail Baena (.1); review 3 miscellaneous filings (.1). |

| 2/10/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/10/05 (.3). |
| 2/11/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/11/05 (.1). |
| 2/11/2005 | PVL | 720.00 | 0.10 | Review conf. agreement and teleconference Eskin. |
| 2/14/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/14/05 (.3). |
| 2/14/2005 | PVL | 720.00 | 1.10 | Teleconference Plumer re CCC motion (.6); confer NDF (.2); review e-mail (.1); confer JWD (.2). |
| 2/15/2005 | RCS | 200.00 | 2.80 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/15/05 (.2); gather scan and check all admitted exhibits for Plan Proponents and Banks from the Estimation hearing and burn to CD-Rom for forwarding to outside counsel (2.6). |
| 2/16/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 2/16/05 (.4). |
| 2/17/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/17/05 (.2). |
| 2/18/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/18/05 (.2); retrieve documents requested by attorney (.2). |
| 2/19/2005 | JWD | 560.00 | 0.50 | Review filings for Feb. 16-18 |
| 2/22/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/22/05 (.2). |
| 2/23/2005 | PVL | 720.00 | 0.30 | Review e-mail. |
| 2/23/2005 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/23/05 (.5); retrieve documents requested by attorney (.2). |

| 2/23/2005 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/23/05 (.5); retrieve documents requested by attorney (.2). |
| 2/23/2005 | JWD | 560.00 | 0.30 | Review filings for Feb. 19-23 |
| 2/24/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/24/05 (.1); retrieve files requested by attorney (.3). |
| 2/24/2005 | PVL | 720.00 | 0.20 | Review ACC obj re CCC settlement (.1); review e-mail (.1). |
| 2/25/2005 | PVL | 720.00 | 1.80 | Review ins. agreements (.7); confer KNB re hearing (.2); teleconference Plumer et al re CCC deal (.7); e-mail Hurford re same (.1); review e-mail (.1). |
| 2/25/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 02/25/05 (.1); search dockets and in house files for specific documents requested by attorney (.4). |
| 2/27/2005 | PVL | 720.00 | 0.10 | Review LTC memo re Festa and e-mail EI. |
| 2/28/2005 | PVL | 720.00 | 0.50 | Confer Hurford (.4); review 4 miscellaneous filings (.1). |
| 2/28/2005 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 2/28/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation and docket re: EI update. |
| 3/1/2005 | PVL | 720.00 | 0.30 | Teleconference Heberling. |
| 3/1/2005 | RCS | 200.00 | 4.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/01/05 (.4); prepare sets of Adversary Proceeding Fee Applications for review by attorney regarding submission requested by the Court (3.7); review files and dockets to obtain specific documents requested by outside counsel (.8). |
| 3/2/2005 | PVL | 720.00 | 0.40 | Review Hurford memo and reply (.1); teleconference EI (.1); review e-mail (.2). |

| 3/2/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/02/05 (.2); retrieve documents requested by attorney (.3). |
| 3/3/2005 | RCS | 200.00 | 0.90 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/03/05 (.1); review dockets and search for specific pleading that may have been filed (.8). |
| 3/3/2005 | PVL | 720.00 | 2.00 | Review 3 miscellaneous filings (.1); draft memo to EI re Libby (.6); confer NDF (.2); review drafts of response re Festa motion (.4); teleconferences Hurford re same (.6); teleconference EI (.1). |
| 3/4/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/04/05 (.1). |
| 3/4/2005 | PVL | 720.00 | 0.10 | Review revised response re Festa. |
| 3/7/2005 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/07/05 (.3). |
| 3/7/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 3/8/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/08/05 (.2); retrieve documents requested by attorney (.2). |
| 3/8/2005 | PVL | 720.00 | 0.20 | Review 9 miscellaneous filings (.1); review reply re Pearson (.1). |
| 3/9/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/09/05 (.3); retrieve attorney notes requested by attorney (.2). |
| 3/9/2005 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for RCT. |
| 3/10/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/10/05 (.1). |

| 3/10/2005 | PVL | 720.00 | 0.30 | Review e-mail (.1); e-mail Baer and Baena (.1); teleconference EI (.1). |
|-----------|-----|--------|------|----------------------------------|
| 3/11/2005 | PVL | 720.00 | 0.40 | Review e-mail and reply to Baena et al (.3); e-mail Eskin (.1). |
| 3/11/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/11/05 (.1). |
| 3/15/2005 | PVL | 720.00 | 0.20 | Review agenda (.1); review Hurford e-mail and reply (.1). |
| 3/16/2005 | RCS | 200.00 | 0.40 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/16/05 (.4). |
| 3/17/2005 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/17/05 (.1). |
| 3/17/2005 | PVL | 720.00 | 0.90 | Review e-mails (.2); review draft Sealed Air motion (.2); review revised Sealed Air agreement (.4); review draft letter CA3 and e-mail Hurford (.1). |
| 3/21/2005 | PVL | 720.00 | 1.10 | Conferences Hurford et al (.4); confer Pasquale (.3); confer Frankel (.3); review 8 miscellaneous orders (.1). |
| 3/22/2005 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/22/05 (.5). |
| 3/22/2005 | PVL | 720.00 | 0.20 | Review e-mail. |
| 3/23/2005 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 3/23/2005 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 03/23/05 (.2). |
| 3/28/2005 | PVL | 720.00 | 0.20 | Review 4 miscellaneous filings (.1); review e-mail (.1). |
| 3/28/2005 | RCT | 415.00 | 0.20 | Review local counsel recommendations re: EI update. |
| 3/29/2005 | PVL | 720.00 | 0.10 | Review e-mail. |

| 3/30/2005 | PVL | 720.00 | 0.10 | Review 13 miscellaneous filings. |

**Total Task Code .04**    **57.40**


## Claim Analysis Objection & Resolution (Asbestos) (12.40 Hours; $ 8,928.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 12.40 | $720 | 8,928.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/2/2005 | PVL | 720.00 | 0.10 | Review PD Comm. obj re PD notice prop. |
| 1/7/2005 | PVL | 720.00 | 0.10 | Review PD comm obj re ZAI bar date. |
| 1/11/2005 | PVL | 720.00 | 0.20 | Review WGR reply to PD motion to strike. |
| 1/18/2005 | PVL | 720.00 | 0.10 | Review WRG reply to PD obj. re est. |
| 2/24/2005 | PVL | 720.00 | 2.00 | Review proposed CMO and questionnaire (.5); confer NDF re same (.1); confer NDF, KNB re same (1.2); teleconference EI, KNB re same (.2). |
| 2/25/2005 | PVL | 720.00 | 4.80 | Confer Frankel, Wyron, NDF, KNB re estimation issues (2.3); confer Bernick, Donley, Baer, Frankel, Wyron, NDF, KNB et al re same (2.2); confer NDF, KNB re same (.3). |
| 3/4/2005 | PVL | 720.00 | 0.20 | Review revised draft CMO. |
| 3/7/2005 | PVL | 720.00 | 0.20 | Review revised CMO and e-mail Budd et al. |
| 3/8/2005 | PVL | 720.00 | 0.50 | Confer WBS, NDF (.2); confer WBS (.1); review e-mail (.2). |
| 3/17/2005 | PVL | 720.00 | 1.60 | Teleconference Wyron (.4); review e-mails (.2); review revised PI questionnaire (1). |
| 3/18/2005 | PVL | 720.00 | 2.30 | Confer WBS, NDF, KNB re est. issues (1.4); review e-mail re same (.3); review revised PD CMO (.3); teleconference Bernick, Baer, Wyron, WBS et al re est. (.5); teleconference EI (.1). |

{D0043746:1 }

| 3/23/2005 | PVL | 720.00 | 0.20 | Review revised PD CMO (.1); telephone call from EI (.1). |
| 3/24/2005 | PVL | 720.00 | 0.10 | Review draft CMO and reply. |

**Total Task Code .05**     **12.40**

## Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 144.00)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Peter Van N. Lockwood | | .20 | | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/18/2005 | PVL | 720.00 | 0.20 | Review 7th and 8th omni objections. |

**Total Task Code .06**     **.20**

## Committee, Creditors', Noteholders' or Equity Holders' (.50 Hours; $ 397.50)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|
| Elihu Inselbuch | | .50 | | $795 | 397.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/4/2005 | EI | 795.00 | 0.50 | Memo to Budd, Weitz, Cooney re: Libby claimants (.3); memo re: potential acquisition (.2). |

**Total Task Code .07**     **.50**

## Employee Benefits/Pension (1.90 Hours; $ 1,495.50)

| Attorney | | Number of Hours | | Billing Rate | Value |
|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Elihu Inselbuch | 1.70 | $795 | 1,351.50 |
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/31/2005 | EI | 795.00 | 0.20 | Employment contracts. |
| 2/28/2005 | EI | 795.00 | 1.00 | CEO agreements matters and memo to Committee re: same (1.0). |
| 3/3/2005 | EI | 795.00 | 0.50 | Opposition to CEO contract (.5). |
| 3/14/2005 | PVL | 720.00 | 0.20 | Review ACC reply re Festa and e-mail Hurford. |

**Total Task Code .08      1.90**

## Employment Applications, Others (1.50 Hours; $ 1,080.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.50 | $720 | 1,080.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/28/2005 | PVL | 720.00 | 0.40 | Review draft AKO retention application (.2); teleconference Hurford re same (.2). |
| 2/5/2005 | PVL | 720.00 | 0.30 | Review draft AKO retention application. |
| 2/11/2005 | PVL | 720.00 | 0.20 | Review revised AKO retention application. |
| 2/14/2005 | PVL | 720.00 | 0.20 | Review revised AKO retention opposition and e-mail Hurford. |
| 2/24/2005 | PVL | 720.00 | 0.10 | Review Cahill retention application. |
| 3/9/2005 | PVL | 720.00 | 0.20 | Review revised AKO retention opposition and e-mail Hurford. |
| 3/18/2005 | PVL | 720.00 | 0.10 | Review AKO retention application |

**Total Task Code .10**          **1.50**

**<u>Fee Applications, Applicant (11.10 Hours; $ 3,195.50)</u>**

| <u>Attorney</u> | <u>Number of Hours</u> | <u>Billing Rate</u> | <u>Value</u> |
|---|---|---|---|
| Trevor W. Swett | .20 | $560 | 112.00 |
| Rita C. Tobin | 4.90 | $415 | 2,033.50 |
| Andrew D. Katznelson | 6.00 | $175 | 1,050.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/7/2005 | RCT | 415.00 | 0.50 | Prebills reviewed. |
| 1/19/2005 | RCT | 415.00 | 0.50 | Monthly fee apps reviewed. |
| 1/24/2005 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 1/25/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 1/27/2005 | RCT | 415.00 | 0.20 | Review fee app schedules for February. |
| 2/8/2005 | RCT | 415.00 | 0.50 | Review prebills. |
| 2/10/2005 | RCT | 415.00 | 0.50 | Review interim fee apps. |
| 2/10/2005 | RCT | 415.00 | 0.30 | Review interim fee apps. |
| 2/10/2005 | ADK | 175.00 | 1.00 | Worked on Interim fee application. |
| 2/11/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 2/18/2005 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
| 2/24/2005 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 2/25/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 2/25/2005 | RCT | 415.00 | 0.20 | Review fee schedules for March. |
| 2/28/2005 | TWS | 560.00 | 0.20 | E-mail re motion for payment of Sealed Air holdbacks |
| 3/8/2005 | RCT | 415.00 | 0.50 | Review prebills. |

| Date | | Rate | Hours | |
|------|------|--------|-------|---|
| 3/11/2005 | RCT | 415.00 | 0.50 | Review exhibits. |
| 3/16/2005 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
| 3/23/2005 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 3/24/2005 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 3/31/2005 | RCT | 415.00 | 0.20 | Review fee app. schedule for April 2005. |

**Total Task Code .12**     **11.10**


## Fee Applications, Others (.50 Hours; $ 360.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | .50 | $720 | 360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 1/18/2005 | PVL | 720.00 | 0.10 | Review 4 fee applications. |
| 2/3/2005 | PVL | 720.00 | 0.10 | Review 3 fee applications. |
| 3/7/2005 | PVL | 720.00 | 0.10 | Review 4 miscellaneous fee filings. |
| 3/11/2005 | PVL | 720.00 | 0.10 | Teleconference RCT and e-mail Baer. |
| 3/21/2005 | PVL | 720.00 | 0.10 | Review 3 fee applications. |

**Total Task Code .13**     **.50**


## Financing (.20 Hours; $ 159.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .20 | $795 | 159.00 |

| Trans | Empl | Bill | Billing |
|-------|------|------|---------|

| Date | Init | Rate | Hours | Full Narrative |
|------|------|------|-------|----------------|
| 3/25/2005 | EI | 795.00 | 0.20 | Conf L. Tersigni, M. Berkin, S. Plotzky re: status and finances |

**Total Task Code .14**       **.20**

## Hearings (1.90 Hours; $ 1,368.00)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Peter Van N. Lockwood | 1.90 | $720 | 1,368.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 3/18/2005 | PVL | 720.00 | 0.40 | Teleconference Hurford re omni hearing (.2); review e-mail (.2). |
| 3/21/2005 | PVL | 720.00 | 1.50 | Attend omni hearing. |

**Total Task Code .15**       **1.90**

## Litigation and Litigation Consulting (55.40 Hours; $ 30,099.50)

| Attorney | Number of Hours | Billing Rate | Value |
|----------|-----------------|--------------|-------|
| Elihu Inselbuch | .90 | $795 | 715.50 |
| Peter Van N. Lockwood | 1.10 | $720 | 792.00 |
| Walter B. Slocombe | 14.30 | $590 | 8,437.00 |
| Albert G. Lauber | 15.60 | $580 | 9,048.00 |
| Nathan D. Finch | 23.20 | $475 | 11,020.00 |
| Brian A. Skretny | .30 | $290 | 87.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|------------|-----------|-----------|---------------|----------------|
| 1/3/2005 | EI | 795.00 | 0.20 | T/c PVNL re: hearing before Fitzgerald (.2). |
| 1/4/2005 | AGL | 580.00 | 0.20 | Review pending orders/motions. |

| | | | | |
|---|---|---|---|---|
| 1/4/2005 | AGL | 580.00 | 0.60 | Review emails re FCR brief and section 524(s) argument. |
| 1/6/2005 | AGL | 580.00 | 0.70 | Review final version of Objections and Disclosure Statement. |
| 1/7/2005 | NDF | 475.00 | 0.30 | Review ZAI claimants pleading (.3). |
| 1/7/2005 | BAS | 290.00 | 0.30 | Attend all-hands asbestos litigation meeting (.3). |
| 1/11/2005 | AGL | 580.00 | 9.90 | Review Grace replies on Disclosure Statement issues, Confirmation issues, Estimation, and related Exhibits (4.1); legal research in connection with same (2.2); draft memo to PVNL with suggested points for oral argument (3.2). |
| 1/13/2005 | AGL | 580.00 | 1.70 | Review debtor's estimation reply (1.1) and emails from KNB and PVNL re same (0.4); prepare notes on arguments to make in response (0.2). |
| 1/14/2005 | AGL | 580.00 | 0.40 | Review BAS memo on estimation and research re prior use of questionnaires. |
| 1/18/2005 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 1/22/2005 | NDF | 475.00 | 2.50 | Review 3d Cir. order - respond to same (.5); outline post trial brief (2.0). |
| 1/27/2005 | AGL | 580.00 | 0.20 | Review emails re objections to district court. |
| 1/28/2005 | AGL | 580.00 | 0.40 | Review emails re objections to text of disclosure statement. |
| 2/1/2005 | AGL | 580.00 | 0.20 | Review letter to CA3 drafted by Hurford. |
| 2/1/2005 | AGL | 580.00 | 0.20 | Email Hurford re revisions to same. |
| 2/14/2005 | NDF | 475.00 | 1.30 | Conf. PVNL re case issues (.3); analyzing materials from OC case to send to FCR lawyers (1.0). |
| 2/16/2005 | NDF | 475.00 | 1.70 | T/c FCR lawyer re asbestos estimation issues (.5); reviewing materials re asbestos estimation issues for Grace CMO meeting (1.2). |
| 2/20/2005 | AGL | 580.00 | 0.20 | Review pending orders/motions. |
| 2/23/2005 | AGL | 580.00 | 0.20 | Review pending orders and schedule. |
| 2/23/2005 | NDF | 475.00 | 0.50 | Review debtors estimation CMO (.5). |

| | | | | |
|---|---|---|---|---|
| 2/24/2005 | NDF | 475.00 | 4.00 | Review CMO and questionnaire (.5); conf. PVNL and KNB re same (2.5); review relevant medical materials (1.0). |
| 2/25/2005 | NDF | 475.00 | 5.60 | Meeting w/ PVNL and FCR counsel re asbestos estimation (1.5); conf. Grace lawyers re same (2.0); conf. FCR lawyers and PVNL re case issues (1.0); reviewing asbestos medical articles (1.1). |
| 3/7/2005 | EI | 795.00 | 0.20 | Memo to Cooney/Weitz/Budd re: Libby (.2). |
| 3/8/2005 | WBS | 590.00 | 1.50 | Rev pleadings re est issues. |
| 3/9/2005 | WBS | 590.00 | 1.80 | Continue rev of pleadings, issues re est procedure. |
| 3/14/2005 | PVL | 720.00 | 0.40 | Teleconference Wasserstein, Baena and Sakalo. |
| 3/15/2005 | NDF | 475.00 | 2.40 | Reviewing discovery from Sealed Air case for use in estimation (2.4). |
| 3/15/2005 | AGL | 580.00 | 0.50 | Review emailed letter to CA3 on Sealed Air appeal (0.3); review pending orders and schedule (0.2). |
| 3/16/2005 | PVL | 720.00 | 0.20 | Review revised Sealed Air motion and e-mails. |
| 3/17/2005 | NDF | 475.00 | 1.00 | Review revised questionnaire (1.0). |
| 3/17/2005 | WBS | 590.00 | 3.00 | Rev revised CMO and Qrre proposal and outline response/objections. |
| 3/18/2005 | WBS | 590.00 | 5.50 | Conf re strategy and details of opposition to Debtors CMO and POC proposals (PVNL, NDF, KNB) (1.2), rev PD CMO (.3), rev new proposed POC form and comments (.6), res and outline for opp to debtors proposals (3.0), conf with Debtors, others parties counsel re schedule for presenting CMO/POC/est methodology to court (.4). |
| 3/18/2005 | NDF | 475.00 | 3.90 | Memo to PVNL re: case issues (.5); conf. PVNL, WBS re: case strategy and estimation methodology (1.5); reviewing prior briefs re: history as a basis for estimation (1.1); conf. WBS re: same (.3); t/c Wyron re: case issues (.5). |
| 3/18/2005 | EI | 795.00 | 0.10 | Memo re: conf Rice (.1). |
| 3/21/2005 | WBS | 590.00 | 1.80 | Participate in omnibus hearing by phone (including waiting time for hearing to start). |

| 3/22/2005 | WBS | 590.00 | 0.60 | Participate in telephonic hearing re schedule re discovery on est (.3), telephone conference with KS counsel for FCR re follow-up and allocation of work (.3). |
|---|---|---|---|---|
| 3/24/2005 | WBS | 590.00 | 0.10 | Rev draft order re schedule for est process briefing. |
| 3/25/2005 | EI | 795.00 | 0.30 | T/c PVNL re: Rice proposal. |
| 3/30/2005 | EI | 795.00 | 0.10 | Conf. PVNL re: status. |
| 3/31/2005 | PVL | 720.00 | 0.50 | Review e-mail and drafts to Sealed Air motion and order and reply. |

**Total Task Code .16     55.40**

## Plan & Disclosure Statement (71.60 Hours; $ 37,325.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 25.80 | $720 | 18,576.00 |
| Julie W. Davis | 7.30 | $560 | 4,088.00 |
| Kimberly N. Brown | 30.40 | $405 | 12,312.00 |
| Brian A. Skretny | 8.10 | $290 | 2,349.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/7/2005 | PVL | 720.00 | 1.20 | Review revised POR and DS. |
| 1/10/2005 | PVL | 720.00 | 0.50 | Teleconference Kruger (.3); e-mail Massey (.1); teleconference EI (.1). |
| 1/11/2005 | PVL | 720.00 | 2.60 | Review e-mail (.2); review WGR reply re DS (.1); review WGR conf. issue reply (.7); e-mail AGL et al re same (.1); review WGR CMO reply (.2); review WGR conf. proc. reply (.1); review WGR est. reply (.6); review PPI opinion and AGL memo re same (.5); review FCR excl. opposition (.1). |
| 1/11/2005 | KNB | 405.00 | 1.40 | Review Debtors' reply to estimation opposition, Debtors' reply to omnibus objection to disclosure statement, Debtors' brief re confirmation issues, |

| | | | | |
|---|---|---|---|---|
| | | | | Debtor's reply in support of motion for entry of case management order |
| 1/11/2005 | JWD | 560.00 | 3.90 | Review debtor's replies to ACC responses to estimation, solicitation, CMO motions |
| 1/11/2005 | BAS | 290.00 | 0.40 | Per PVNL's request, send e-mail update to asbestos group re: Grace Case Management and Estimation briefing (.4). |
| 1/12/2005 | KNB | 405.00 | 1.30 | E-mail PVNL, AGL, BAS re points for oral argument on estimation |
| 1/12/2005 | PVL | 720.00 | 0.40 | Review KNB memo re est. reply (.1); review charts re DS objs. (.3). |
| 1/13/2005 | PVL | 720.00 | 0.90 | Review amended POR and DS. |
| 1/14/2005 | PVL | 720.00 | 0.30 | Review amended POR and DS (.2); review BAS memo (.1). |
| 1/14/2005 | BAS | 290.00 | 6.50 | Perform rs and draft memo in response to debtor argument on use of questionnaires in estimation (5.5); participate in follow up e-mail exchange w/ PVNL's memo (1.0). |
| 1/18/2005 | BAS | 290.00 | 1.00 | Perform follow-up rs for PVNL re: use of questionnaires in estimation (1.0). |
| 1/18/2005 | KNB | 405.00 | 0.40 | Review BAS memo re questionnaires (.3); e-mail PVNL re same (.1) |
| 1/18/2005 | PVL | 720.00 | 0.90 | Review e-mail (.1); teleconference Heberling (.6); prep for 1/21 hearing (.2). |
| 1/20/2005 | PVL | 720.00 | 7.10 | Prep for DS hearing (5.2); confer Frankel, Wyron, Baena, Sakalo and Dies (1.9). |
| 1/21/2005 | PVL | 720.00 | 5.70 | Attend DS hearing (5.6); teleconference EI (.1). |
| 1/26/2005 | PVL | 720.00 | 0.20 | Review e-mail and reply (.1); review draft Eskin memo (.1). |
| 1/27/2005 | BAS | 290.00 | 0.20 | Email w/KNB and PVNL re PI Committee's Objection to Grace Disclosure Statement (.2). |
| 1/28/2005 | PVL | 720.00 | 0.20 | Review Baer e-mail re DS and reply (.1); review e-mail re same (.1). |

| 2/7/2005 | KNB | 405.00 | 0.10 | Review article re indictment |
|---|---|---|---|---|
| 2/10/2005 | KNB | 405.00 | 0.30 | Review e-mail from PVNL re 2/25 meeting (.1); respond to same (.1); review K&E e-mail re same (.1) |
| 2/15/2005 | KNB | 405.00 | 0.10 | Review e-mail re 2/25 meeting |
| 2/16/2005 | JWD | 560.00 | 0.50 | Review AKO retention motion, e-mail to M. Hurford with comments |
| 2/20/2005 | JWD | 560.00 | 2.50 | Review debtor's motion for IRS settlement |
| 2/23/2005 | KNB | 405.00 | 0.40 | Confer with NDF re estimation |
| 2/24/2005 | KNB | 405.00 | 3.70 | Review e-mails re meeting with Debtors (.2); review Debtors' proposed CMO, questionnaire (1.2); meeting with NDF, PVNL re same (2.3) |
| 2/25/2005 | KNB | 405.00 | 7.50 | Review file in preparation for meeting re estimation (.5); meeting with PVNL, NDF, counsel for Legal Rep. re upcoming meeting with Debtors (1.3); attend meeting with Debtors, PVNL, NDF, counsel for Legal Rep. re estimation (3.4); review file re follow-up (.7); confer with NDF re expert witness discovery (.6); TCN PVNL re Grace omnibus hearing (.2); prepare for same (.8) |
| 2/26/2005 | JWD | 560.00 | 0.40 | Revise, edit TDP comparison document |
| 2/28/2005 | KNB | 405.00 | 8.00 | Attend omnibus hearing |
| 3/2/2005 | KNB | 405.00 | 0.30 | Review file re omnibus hearing |
| 3/8/2005 | PVL | 720.00 | 2.40 | Teleconferences Forscey (.8); teleconference EI (.4); confer NDF (.4); e-mail Baron et al (.1); draft memo re Cornyn amendment (.7). |
| 3/9/2005 | PVL | 720.00 | 1.80 | Teleconferences EI (.3); draft memo re Cornyn amendment (.3); review e-mail (.3); teleconference Cooney (.6); memo to EI (.2); review Baucus amendment (.1). |
| 3/9/2005 | KNB | 405.00 | 1.30 | Review draft CMO (.5); e-mail team re same (.8) |
| 3/16/2005 | KNB | 405.00 | 0.20 | Conf WBS re questionnaire |
| 3/17/2005 | KNB | 405.00 | 1.20 | Review draft questionnaire (.8); e-mails re same (.1); confer with WBS re same (.3) |

| 3/18/2005 | KNB | 405.00 | 1.70 | TCN with PVNL, WBS, NDF re Grace questionnaire, CMO, strategy for meeting with Debtors |
| 3/22/2005 | KNB | 405.00 | 0.50 | Confer WBS, PVNL re estimation (.3); review e-mail from NDF with attachments re estimation briefs (.2) |
| 3/23/2005 | KNB | 405.00 | 1.80 | Review memo re omnibus hearing (.1); e-mail EI re conversation with J.Mekus re SOL meeting (.1); call C.Cuniff re SOL issue (.1); TCN with S.Reidenberg re Anderson discovery, Port Authority adversary (.4); memo re same (1.1) |
| 3/24/2005 | KNB | 405.00 | 0.20 | Review draft questionnaire (.1); review e-mail re same (.1) |
| 3/25/2005 | PVL | 720.00 | 1.00 | Review POR issues (.5); telephone call from EI re same (.4); review e-mail (.1). |
| 3/30/2005 | PVL | 720.00 | 0.60 | Review Bernick voicemail (.1); review Certain Ins. resp. re CMO (.1); review revised Sealed Air agreement (.1); review LTC memo (.2); confer EI (.1). |

**Total Task Code .17          71.60**

## Tax Issues (4.10 Hours; $ 1,833.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Neal M. Kochman | 1.00 | $345 | 345.00 |
| Christopher S. Rizek | 3.10 | $480 | 1,488.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 3/2/2005 | NMK | 345.00 | 1.00 | Review motion re tax settlement |
| 3/16/2005 | CSR | 480.00 | 2.10 | Review and edit motion, e-mails re same, research re same. |
| 3/17/2005 | CSR | 480.00 | 1.00 | E-mail and additional inserts, teleconference re same. |

**Total Task Code .19          4.10**


**Travel – Non Working (11.20 Hours; $ 4,032.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 11.20 | $360 | 4,032.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 1/20/2005 | PVL | 360.00 | 3.60 | Travel to Pittsburgh. |
| 1/21/2005 | PVL | 360.00 | 3.20 | Return travel DC. |
| 3/21/2005 | PVL | 360.00 | 4.40 | Travel to/from Wilmington. |

**Total Task Code .21          11.20**


**Fee Auditor Matters (2.50 Hours; $ 1,037.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.50 | $415 | 1,037.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 2/17/2005 | RCT | 415.00 | 1.80 | Review exp and draft response to fee auditor. |
| 2/22/2005 | RCT | 415.00 | 0.20 | Review initial report. |
| 3/11/2005 | RCT | 415.00 | 0.20 | Review email re: fee auditor issue (.1); telecon PVNL re: same (.1). |
| 3/14/2005 | RCT | 415.00 | 0.30 | Review final fee auditor report. |

**Total Task Code .32          2.50**

Other Charges:

| | |
|---|---|
| Air Freight & Express Mail | $46.00 |
| Research Material | $87.15 |
| Air & Train Transportation | $1,993.80 |
| Meals Related to Travel | $45.81 |
| Outside Photocopying/Duplication Service | $45.00 |
| Travel Expenses - Hotel Charges | $169.86 |
| Travel Expenses - Ground Transportation | $152.60 |
| Travel Expenses - Miscellaneous | $3.00 |
| Database Research | $6,013.61 |
| Xeroxing | $679.05 |
| Telecopier/Equitrac | $36.60 |
| Long Distance-Equitrac In-House | $16.30 |
| NYO Long Distance Telephone | $69.83 |
| **Total for Report** | **$9,358.61** |