**EXHIBIT B**

**Asset Analysis & Recovery (.2 Hours; $ 144.00)**

      Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**         .2

**Case Administration (57.4 Hours; $ 21,296.00)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**        57.4

**Claim Analysis Objection & Resolution (Asbestos) (12.4 Hours; $ 8,928.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against Debtors' estates.

**Total Task Code .05**        12.4

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 144.00)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**        .2

**Committee, Creditors', Noteholders' or Equity Holders' (.5 Hours; $ 397.50)**

      Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**        .5

**Employee Benefits/Pension (1.9 Hours; $ 1,495.50)**

Services rendered in this category include the Debtors' benefits and severance programs and other issues relating to the Debtors' employees.

**Total Task Code .08        1.9**

**Employment Applications, Others (1.5 Hours; $ 1,080.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10        1.5**

**Fee Applications, Applicant (11.1 Hours; $ 3,195.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12        11.1**

**Fee Applications, Others (.5 Hours; $ 360.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13        .5**

**Financing (.2 Hours; $ 159.00)**

Services rendered in this category pertain to this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing matters.

**Total Task Code .14        .2**

**Hearings (1.9 Hours; $ 1,368.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

{D0043747:1 }

**Total Task Code .15          1.9**

**Litigation and Litigation Consulting (55.4 Hours; $ 30,099.50)**

      Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  55.4**

**Plan & Disclosure Statement (71.6 Hours; $37,325.00)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17  71.6**

**Tax Issues (4.1 Hours; $ 1,833.00)**

      Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtors' tax liabilities or tax matters relating to a potential reorganization plan.

**Total Task Code .19          4.1**

**Travel Non-working (11.2 Hours; $ 4,032.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  11.2**

**Fee Auditor Matters (2.5 Hours; $ 1,037.50)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          2.5**