## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $46.00 |
| Research Material | $87.15 |
| Air & Train Transportation | $1,993.80 |
| Meals Related to Travel | $45.81 |
| Outside Photocopying/Duplication Service | $45.00 |
| Travel Expenses - Hotel Charges | $169.86 |
| Travel Expenses - Ground Transportation | $152.60 |
| Travel Expenses - Miscellaneous | $3.00 |
| Database Research | $6,013.61 |
| Xeroxing | $679.05 |
| Telecopier/Equitrac | $36.60 |
| Long Distance-Equitrac In-House | $16.30 |
| NYO Long Distance Telephone | $69.83 |
| **Total for Report** | **$9,358.61** |