| Client Number: 4642 | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
|---|---|---|---|
| **Matter 000** | **Disbursements** | | 2/24/2005 |
| | | | Print Date/Time: |
| | | | 02/24/2005 |
| | | | 9:43:08AM |
| Attn: | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 1/31/2005

**Matter     000**
**Disbursements**
Bill Cycle:       Monthly            Style:       i1           Start:     4/16/2001

Last Billed : 1/28/2005                          13,655

Trust Amount Available

Total Expenses Billed To Date         $247,760.93

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 198.08 | 0.00 | 198.08 |
| 0120 | EI  | Elihu  Inselbuch | 0.00 | 12.32 | 0.00 | 12.32 |
| 0138 | BAS | Brian A. Skretny | 0.00 | 0.30 | 0.00 | 0.30 |
| 0232 | LK  | Lauren  Karastergiou | 0.00 | 3.15 | 0.00 | 3.15 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 113.40 | 0.00 | 113.40 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 6,158.29 | 0.00 | 6,158.29 |
| | | | **0.00** | **6,485.54** | **0.00** | **6,485.54** |

**Total Fees**

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1745664 | Database Research- By DKG on 12/16 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $17.32 | 0.00 | | $17.32 | 17.32 |
| 1745665 | Database Research- By DKG on 12/1-8 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $760.75 | 0.00 | | $760.75 | 778.07 |
| 1745666 | Database Research- By HMS on 12/17 & 20 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $1,405.13 | 0.00 | | $1,405.13 | 2,183.20 |
| 1745667 | Database Research- By BAS on 12/1-20 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $3,354.34 | 0.00 | | $3,354.34 | 5,537.54 |
| 1745668 | Database Research- By DKG on 12/8-10 | E | 12/30/2004 | 0999 | C&D | 0.00 | | $34.63 | 0.00 | | $34.63 | 5,572.17 |
| 1746951 | Equitrac - Long Distance to 8054993572 | E | 01/03/2005 | 0999 | C&D | 0.00 | | $1.19 | 0.00 | | $1.19 | 5,573.36 |
| 1747055 | Equitrac - Long Distance to 8054993572 | E | 01/03/2005 | 0999 | C&D | 0.00 | | $0.23 | 0.00 | | $0.23 | 5,573.59 |
| 1747348 | Photocopy | E | 01/03/2005 | 0238 | SLG | 0.00 | | $5.25 | 0.00 | | $5.25 | 5,578.84 |

```
Client Number:  4642             Grace Asbestos Personal Injury Claimants                                                                    Page:    1
Matter     000                   Disbursements                                                                                              2/24/2005
                                                                                                                                       Print Date/Time:
                                                                                                                                            02/24/2005
                                                                                                                                            9:43:08AM
Attn:                                                                                                                                         Invoice #
1747350    Photocopy                                           E  01/03/2005   0238   SLG    0.00      $2.55    0.00      $2.55    5,581.39
1747445    Fax Transmission to 12145239159                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,581.84
1747446    Fax Transmission to 12145239157                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,582.29
1747447    Fax Transmission to 12148248100                     E  01/04/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,582.89
1747448    Fax Transmission to 17136501400                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,583.34
1747449    Fax Transmission to 13125516759                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,583.79
1747450    Fax Transmission to 18432169290                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,584.24
1747451    Fax Transmission to 14067527124                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,584.69
1747452    Fax Transmission to 13026565875                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,585.14
1747453    Fax Transmission to 15108354913                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,585.59
1747454    Fax Transmission to 12165750799                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,586.04
1747455    Fax Transmission to 13053796222                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,586.49
1747456    Fax Transmission to 14124718308                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,586.94
1747457    Fax Transmission to 12123440994                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,587.39
1747458    Fax Transmission to 14122615066                     E  01/04/2005   0999   C&D    0.00      $0.15    0.00      $0.15    5,587.54
1747459    Fax Transmission to 16179510679                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,587.99
1747460    Fax Transmission to 12145239158                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,588.44
1747461    Fax Transmission to 12145991171                     E  01/04/2005   0999   C&D    0.00      $0.15    0.00      $0.15    5,588.59
1747462    Fax Transmission to 18432169450                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,589.04
1747463    Fax Transmission to 18032597305                     E  01/04/2005   0999   C&D    0.00      $0.45    0.00      $0.45    5,589.49
1747464    Fax Transmission to 13024269947                     E  01/04/2005   0999   C&D    0.00      $0.15    0.00      $0.15    5,589.64
1747465    Fax Transmission to 14122615066                     E  01/04/2005   0999   C&D    0.00      $0.30    0.00      $0.30    5,589.94
1747466    Fax Transmission to 12145991171                     E  01/04/2005   0999   C&D    0.00      $0.30    0.00      $0.30    5,590.24
1747467    Fax Transmission to 13024269947                     E  01/04/2005   0999   C&D    0.00      $0.30    0.00      $0.30    5,590.54
1747500    Photocopy                                           E  01/04/2005   0999   C&D    0.00     $67.95    0.00     $67.95    5,658.49
1748977    Photocopy                                           E  01/07/2005   0999   C&D    0.00      $1.80    0.00      $1.80    5,660.29
1749032    Photocopy                                           E  01/07/2005   0999   C&D    0.00      $1.50    0.00      $1.50    5,661.79
1749705    Equitrac - Long Distance to 8054993572              E  01/10/2005   0999   C&D    0.00      $0.29    0.00      $0.29    5,662.08
1749903    Photocopy                                           E  01/10/2005   0238   SLG    0.00     $15.15    0.00     $15.15    5,677.23
1749906    Photocopy                                           E  01/10/2005   0238   SLG    0.00      $0.30    0.00      $0.30    5,677.53
1750098    Equitrac - Long Distance to 8054993572              E  01/11/2005   0999   C&D    0.00      $0.05    0.00      $0.05    5,677.58
1750182    Photocopy                                           E  01/11/2005   0999   C&D    0.00      $1.05    0.00      $1.05    5,678.63
1751588    Equitrac - Long Distance to 2123199240              E  01/13/2005   0999   C&D    0.00      $0.15    0.00      $0.15    5,678.78
1751673    Fax Transmission to 12145239159                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,679.38
1751674    Fax Transmission to 12145239157                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,679.98
1751675    Fax Transmission to 12148248100                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,680.58
1751676    Fax Transmission to 17136501400                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,681.18
1751677    Fax Transmission to 13125516759                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,681.78
1751679    Fax Transmission to 18432169290                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,682.38
1751680    Fax Transmission to 14067527124                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,682.98
1751681    Fax Transmission to 13026565875                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,683.58
1751684    Fax Transmission to 15108354913                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,684.18
1751685    Fax Transmission to 12165750799                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,684.78
1751686    Fax Transmission to 14124718308                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,685.38
1751687    Fax Transmission to 12123440994                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,685.98
1751690    Fax Transmission to 16179510679                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,686.58
1751691    Fax Transmission to 12145239158                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,687.18
1751694    Fax Transmission to 12145991171                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,687.78
1751695    Fax Transmission to 18432169450                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,688.38
1751697    Fax Transmission to 18032597305                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,688.98
1751699    Fax Transmission to 13053796222                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,689.58
1751702    Fax Transmission to 13024269947                     E  01/13/2005   0999   C&D    0.00      $0.60    0.00      $0.60    5,690.18
1751703    Fax Transmission to 14122615066                     E  01/13/2005   0999   C&D    0.00      $0.15    0.00      $0.15    5,690.33
1751705    Fax Transmission to 14122615066                     E  01/13/2005   0999   C&D    0.00      $0.15    0.00      $0.15    5,690.48
1751707    Fax Transmission to 14122615066                     E  01/13/2005   0999   C&D    0.00      $0.30    0.00      $0.30    5,690.78
1751798    Photocopy                                           E  01/13/2005   0999   C&D    0.00      $0.90    0.00      $0.90    5,691.68
1752404    Photocopy                                           E  01/14/2005   0238   SLG    0.00     $75.30    0.00     $75.30    5,766.98
1752445    Photocopy                                           E  01/14/2005   0999   C&D    0.00     $72.15    0.00     $72.15    5,839.13
1752469    Photocopy                                           E  01/14/2005   0999   C&D    0.00     $16.20    0.00     $16.20    5,855.33
1752569    Photocopy                                           E  01/15/2005   0232   LK     0.00      $3.15    0.00      $3.15    5,858.48
1752712    Equitrac - Long Distance to 4068621532              E  01/18/2005   0999   C&D    0.00      $0.05    0.00      $0.05    5,858.53
1752739    Equitrac - Long Distance to 4067525586              E  01/18/2005   0999   C&D    0.00      $0.05    0.00      $0.05    5,858.58
1752742    Equitrac - Long Distance to 4067525566              E  01/18/2005   0999   C&D    0.00      $0.32    0.00      $0.32    5,858.90
1752750    Equitrac - Long Distance to 4068621532              E  01/18/2005   0999   C&D    0.00      $2.68    0.00      $2.68    5,861.58
1752889    Photocopy                                           E  01/18/2005   0999   C&D    0.00      $1.05    0.00      $1.05    5,862.63
1752932    Photocopy                                           E  01/18/2005   0238   SLG    0.00      $1.35    0.00      $1.35    5,863.98
1753005    Photocopy                                           E  01/18/2005   0238   SLG    0.00      $5.70    0.00      $5.70    5,869.68
1753504    Photocopy                                           E  01/19/2005   0999   C&D    0.00      $1.05    0.00      $1.05    5,870.73
1754194    Photocopy                                           E  01/21/2005   0999   C&D    0.00      $0.30    0.00      $0.30    5,871.03
1754577    Equitrac - Long Distance to 4067525566              E  01/24/2005   0999   C&D    0.00      $0.06    0.00      $0.06    5,871.09
1754578    Equitrac - Long Distance to 4068621532              E  01/24/2005   0999   C&D    0.00      $0.05    0.00      $0.05    5,871.14
1754585    Equitrac - Long Distance to 4067527124              E  01/24/2005   0999   C&D    0.00      $0.16    0.00      $0.16    5,871.30
```

```
Client Number:  4642            Grace Asbestos Personal Injury Claimants                                                              Page:  1
Matter     000                  Disbursements                                                                                      2/24/2005
                                                                                                                                Print Date/Time:
                                                                                                                                   02/24/2005
                                                                                                                                    9:43:08AM
Attn:                                                                                                                              Invoice #
1754829    Photocopy                                  E  01/24/2005   0238   SLG     0.00        $2.85     0.00        $2.85       5,874.15
1755374    Photocopy                                  E  01/25/2005   0238   SLG     0.00        $0.15     0.00        $0.15       5,874.30
1755380    Photocopy                                  E  01/25/2005   0999   C&D     0.00        $8.40     0.00        $8.40       5,882.70
1755607    PVNL;  Travel to Pittsburgh for hearing on E  01/26/2005   0020   PVL     0.00       $28.22     0.00       $28.22       5,910.92
           1/20-21 for meals
1755608    PVNL;  Travel to Pittsburgh for hearing on E  01/26/2005   0020   PVL     0.00      $169.86     0.00      $169.86       6,080.78
           1/20-21 for Omni William Penn hotel
1755897    Pacer Service usage for October, November and E 01/27/2005 0120   EI      0.00       $12.32     0.00       $12.32       6,093.10
           December
1756444    Photocopy                                  E  01/27/2005   0138   BAS     0.00        $0.30     0.00        $0.30       6,093.40
1757952    Photocopy                                  E  01/27/2005   0238   SLG     0.00        $4.80     0.00        $4.80       6,098.20
1757750    Equitrac - Long Distance to 8054993572     E  01/29/2005   0999   C&D     0.00        $0.09     0.00        $0.09       6,098.29
1758665    Photocopy                                  E  01/31/2005   0999   C&D     0.00        $0.90     0.00        $0.90       6,099.19
1761153    Database Research-Westlaw by BAS on 1/11-25 E 01/31/2005   0999   C&D     0.00      $386.35     0.00      $386.35       6,485.54
Total Expenses                                                                       0.00    $6,485.54     0.00    $6,485.54


                Matter Total Fees                                                                  0.00                   0.00


                Matter Total Expenses                                                          6,485.54               6,485.54


                Matter Total                                                         0.00     6,485.54     0.00       6,485.54



                Prebill Total Fees


                Prebill Total Expenses                                                        $6,485.54              $6,485.54


                Prebill Total                                                        0.00    $6,485.54     0.00     $6,485.54
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |

```
Client Number:   4642              Grace Asbestos Personal Injury Claimants                                            Page:    1
Matter      000                    Disbursements                                                                       2/24/2005
                                                                                                             Print Date/Time:
                                                                                                                  02/24/2005
Attn:                                                                                                              9:43:08AM
 46,249          07/27/2004                     283.00              283.00                                        Invoice #
 46,676          08/27/2004                  17,596.25            3,519.25
 46,677          08/27/2004                     240.00              240.00
 47,097          09/29/2004                  54,095.75           10,819.15
 47,114          09/30/2004                   6,171.50            6,171.50
 47,336          10/24/2004                  12,596.00            2,519.20
 47,743          11/22/2004                  26,475.00            5,295.00
 48,023          12/27/2004                  76,194.99           76,194.99
 48,027          12/27/2004                   1,419.00            1,419.00
 48,421          01/28/2005                 117,136.96          117,136.96
                                          1,535,552.20          416,199.04
```

PREBILL  / CONTROL  REPORT

                                    Trans Date Range:  1/1/1950  to: 2/28/2005

**Matter       000**
**Disbursements**
Bill Cycle:      Monthly         Style:         i1         Start:     4/16/2001

                                                                Last Billed : 2/28/2005                       13,655

Trust Amount Available

                         Total Expenses Billed To Date        $254,246.47

```
                                                         Billing Empl:      0120      Elihu   Inselbuch
                                                         Responsible Empl:  0120      Elihu   Inselbuch
                                                         Alternate Empl:    0120      Elihu   Inselbuch
                                                         Originating Empl:  0120      Elihu   Inselbuch
```

**Summary   by Employee**
```
                                                ---------- A C T U A L ----------       ---------- B I L L I N G---------
Empl      Initials     Name                     Hours              Amount                Hours              Amount

0020      PVL          Peter Van N Lockwood     0.00             2,333.80                0.00             1,733.80
0101      RCS          Robert C. Spohn          0.00                93.75                0.00                93.75
0110      BAN          Bree A Nicolai           0.00                33.45                0.00                33.45
0120      EI           Elihu  Inselbuch         0.00                23.75                0.00                23.75
0232      LK           Lauren  Karastergiou     0.00                 1.35                0.00                 1.35
0238      SLG          Stacey L Gandy           0.00                32.25                0.00                32.25
0243      IH           Iris  Houston            0.00                93.60                0.00                93.60
0999      C&D          Caplin &. Drysdale       0.00               124.88                0.00               124.88
                                                0.00             2,736.83                0.00             2,136.83
Total Fees
```

**Summary   by Employee**
```
                                                ---------- A C T U A L ----------       ---------- B I L L I N G---------
Empl      Initials     Name                     Rate      Hours          Amount          Rate     Hours           Amount

Total Fees
```

**Client Number:   4642**  Grace Asbestos Personal Injury Claimants                          Page: 1

**Matter     000**           **Disbursements**                                               2/24/2005
                                                                                Print Date/Time:
                                                                                02/24/2005
                                                                                9:43:08AM
Attn:                                                                           Invoice #

**Detail Time / Expense by Date**

| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | \-\-\-\-\- ACTUAL \-\-\-\-\- | | | \-\-\-\-\- BILLING \-\-\-\-\- | | | |
| 1759476 | Equitrac - Long Distance to 8054993572 | E | 02/01/2005 | 0999 | C&D | 0.00 | | $0.11 | 0.00 | | $0.11 | 0.11 |
| 1760470 | Petty Cash  PVNL meal expenses in Pittsburgh on 1/22-21 for hearing | E | 02/02/2005 | 0020 | PVL | 0.00 | | $4.00 | 0.00 | | $4.00 | 4.11 |
| 1760471 | Petty Cash  PVNL cab and parking expenses on trip to Pittsburgh for hearing on 1/20-21 | E | 02/02/2005 | 0020 | PVL | 0.00 | | $97.00 | 0.00 | | $97.00 | 101.11 |
| 1761711 | Equitrac - Long Distance to 3024261900 | E | 02/04/2005 | 0999 | C&D | 0.00 | | $0.23 | 0.00 | | $0.23 | 101.34 |
| 1762641 | Equitrac - Long Distance to 8054993572 | E | 02/08/2005 | 0999 | C&D | 0.00 | | $0.10 | 0.00 | | $0.10 | 101.44 |
| 1762705 | Equitrac - Long Distance to 8054993572 | E | 02/08/2005 | 0999 | C&D | 0.00 | | $0.07 | 0.00 | | $0.07 | 101.51 |
| 1763620 | Equitrac - Long Distance to 8054993572 | E | 02/10/2005 | 0999 | C&D | 0.00 | | $0.59 | 0.00 | | $0.59 | 102.10 |
| 1763681 | Equitrac - Long Distance to 4068621532 | E | 02/10/2005 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 102.15 |
| 1763682 | Equitrac - Long Distance to 4067525516 | E | 02/10/2005 | 0999 | C&D | 0.00 | | $0.05 | 0.00 | | $0.05 | 102.20 |
| 1763683 | Equitrac - Long Distance to 4067525566 | E | 02/10/2005 | 0999 | C&D | 0.00 | | $0.06 | 0.00 | | $0.06 | 102.26 |
| 1764143 | NYO Long Distance Telephone Calls for 12/1/04-12/31/04/ Conf Call w/EL, KNB, PVNL, TWS Re: Grace, Fed-Mogul, G-I | E | 02/11/2005 | 0999 | C&D | 0.00 | | $61.54 | 0.00 | | $61.54 | 163.80 |
| 1764152 | NYO Long Distance Telephone Calls for 12/1/04-12/31/04 | E | 02/11/2005 | 0999 | C&D | 0.00 | | $7.11 | 0.00 | | $7.11 | 170.91 |
| 1764524 | Photocopy | E | 02/11/2005 | 0999 | C&D | 0.00 | | $17.10 | 0.00 | | $17.10 | 188.01 |
| 1764526 | Photocopy | E | 02/11/2005 | 0999 | C&D | 0.00 | | $4.50 | 0.00 | | $4.50 | 192.51 |
| 1765663 | Photocopy | E | 02/14/2005 | 0238 | SLG | 0.00 | | $2.85 | 0.00 | | $2.85 | 195.36 |
| 1765669 | Photocopy | E | 02/14/2005 | 0238 | SLG | 0.00 | | $18.15 | 0.00 | | $18.15 | 213.51 |
| 1766866 | Photocopy | E | 02/16/2005 | 0999 | C&D | 0.00 | | $4.50 | 0.00 | | $4.50 | 218.01 |
| 1767519 | Photocopy | E | 02/17/2005 | 0238 | SLG | 0.00 | | $4.20 | 0.00 | | $4.20 | 222.21 |
| 1767520 | Photocopy | E | 02/17/2005 | 0238 | SLG | 0.00 | | $5.25 | 0.00 | | $5.25 | 227.46 |
| 1767529 | Photocopy | E | 02/17/2005 | 0238 | SLG | 0.00 | | $0.45 | 0.00 | | $0.45 | 227.91 |
| 1767925 | Photocopy | E | 02/18/2005 | 0238 | SLG | 0.00 | | $1.35 | 0.00 | | $1.35 | 229.26 |
| 1767861 | Equitrac - Long Distance to 8054993572 | E | 02/21/2005 | 0999 | C&D | 0.00 | | $0.09 | 0.00 | | $0.09 | 229.35 |
| 1768430 | Fax Transmission to 12024293301 | E | 02/22/2005 | 0999 | C&D | 0.00 | | $0.30 | 0.00 | | $0.30 | 229.65 |
| 1768475 | Photocopy | E | 02/22/2005 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 231.15 |
| 1768480 | Photocopy | E | 02/22/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 231.90 |
| 1768482 | Photocopy | E | 02/22/2005 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 232.05 |
| 1768766 | ADA Travel  for PVNL to Pittsburgh on 1/20 (coach fare 796.40) | E | 02/22/2005 | 0020 | PVL | 0.00 | | $1,096.40 | 0.00 | | $796.40 | 1,028.45 |
| 1768767 | ADA Travel  PVNL agency fee on 1/20 travel to Pittsburgh | E | 02/22/2005 | 0020 | PVL | 0.00 | | $40.00 | 0.00 | | $40.00 | 1,068.45 |
| 1768774 | ADA Travel  for PVNL on 1/24 to Pittsburgh (coach fare 796.40) | E | 02/22/2005 | 0020 | PVL | 0.00 | | $1,096.40 | 0.00 | | $796.40 | 1,864.85 |
| 1768844 | Access Litigation;  CD creation | E | 02/23/2005 | 0101 | RCS | 0.00 | | $45.00 | 0.00 | | $45.00 | 1,909.85 |
| 1769360 | Photocopy | E | 02/23/2005 | 0999 | C&D | 0.00 | | $1.50 | 0.00 | | $1.50 | 1,911.35 |
| 1769441 | Photocopy | E | 02/23/2005 | 0243 | IH | 0.00 | | $93.60 | 0.00 | | $93.60 | 2,004.95 |
| 1770502 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | | $20.40 | 0.00 | | $20.40 | 2,025.35 |
| 1770521 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | | $7.80 | 0.00 | | $7.80 | 2,033.15 |
| 1770542 | Photocopy | E | 02/25/2005 | 0999 | C&D | 0.00 | | $5.40 | 0.00 | | $5.40 | 2,038.55 |
| 1770543 | Photocopy | E | 02/25/2005 | 0999 | C&D | 0.00 | | $2.10 | 0.00 | | $2.10 | 2,040.65 |
| 1770585 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | | $16.05 | 0.00 | | $16.05 | 2,056.70 |
| 1770588 | Photocopy | E | 02/25/2005 | 0110 | BAN | 0.00 | | $33.45 | 0.00 | | $33.45 | 2,090.15 |
| 1770625 | Photocopy | E | 02/25/2005 | 0101 | RCS | 0.00 | | $4.50 | 0.00 | | $4.50 | 2,094.65 |
| 1770699 | Federal Express to Warren Smith from EI on 2/17 | E | 02/28/2005 | 0120 | EI | 0.00 | | $15.75 | 0.00 | | $15.75 | 2,110.40 |
| 1770703 | Federal Express to Katie Hemming from EI on 2/11 | E | 02/28/2005 | 0120 | EI | 0.00 | | $8.00 | 0.00 | | $8.00 | 2,118.40 |
| 1770939 | Fax Transmission to 12145239159 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,119.15 |
| 1770940 | Fax Transmission to 12145239157 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,119.90 |
| 1770941 | Fax Transmission to 12148248100 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.90 | 0.00 | | $0.90 | 2,120.80 |
| 1770942 | Fax Transmission to 17136501400 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.15 | 0.00 | | $0.15 | 2,120.95 |
| 1770943 | Fax Transmission to 13125516759 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,121.70 |
| 1770944 | Fax Transmission to 18432169290 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,122.45 |
| 1770945 | Fax Transmission to 14067527124 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,123.20 |
| 1770946 | Fax Transmission to 13026565875 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,123.95 |
| 1770947 | Fax Transmission to 15108354913 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,124.70 |
| 1770948 | Fax Transmission to 12165750799 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,125.45 |
| 1770949 | Fax Transmission to 13053796222 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,126.20 |
| 1770950 | Fax Transmission to 14124718308 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,126.95 |
| 1770951 | Fax Transmission to 12123440994 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.75 | 0.00 | | $0.75 | 2,127.70 |
| 1770952 | Fax Transmission to 13024269947 | E | 02/28/2005 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 2,128.30 |

```
Client Number:  4642              Grace Asbestos Personal Injury Claimants                                                              Page:   1
Matter     000                    Disbursements                                                                                        2/24/2005
                                                                                                                                   Print Date/Time:
                                                                                                                                      02/24/2005
                                                                                                                                      9:43:08AM
Attn:                                                                                                                                 Invoice #
1770953    Fax Transmission to 14122615066              E  02/28/2005   0999   C&D     0.00        $0.15     0.00      $0.15         2,128.45
1770954    Fax Transmission to 16179510679              E  02/28/2005   0999   C&D     0.00        $0.75     0.00      $0.75         2,129.20
1770955    Fax Transmission to 12145239158              E  02/28/2005   0999   C&D     0.00        $0.75     0.00      $0.75         2,129.95
1770956    Fax Transmission to 12145991171              E  02/28/2005   0999   C&D     0.00        $0.60     0.00      $0.60         2,130.55
1770957    Fax Transmission to 18432169450              E  02/28/2005   0999   C&D     0.00        $0.75     0.00      $0.75         2,131.30
1770958    Fax Transmission to 17136501400              E  02/28/2005   0999   C&D     0.00        $0.60     0.00      $0.60         2,131.90
1770959    Fax Transmission to 13024269947              E  02/28/2005   0999   C&D     0.00        $0.15     0.00      $0.15         2,132.05
1770960    Fax Transmission to 14122615066              E  02/28/2005   0999   C&D     0.00        $0.15     0.00      $0.15         2,132.20
1770961    Fax Transmission to 12145991171              E  02/28/2005   0999   C&D     0.00        $0.15     0.00      $0.15         2,132.35
1770962    Fax Transmission to 14122615066              E  02/28/2005   0999   C&D     0.00        $0.15     0.00      $0.15         2,132.50
1770963    Fax Transmission to 14122615066              E  02/28/2005   0999   C&D     0.00        $0.30     0.00      $0.30         2,132.80
1771040    Photocopy                                    E  02/28/2005   0999   C&D     0.00        $1.50     0.00      $1.50         2,134.30
1771058    Photocopy                                    E  02/28/2005   0232   LK      0.00        $1.35     0.00      $1.35         2,135.65
1772448    NYO Long Distance Telephone Calls 1/1/05-1/31/05  E  02/28/2005  0999  C&D  0.00        $1.18     0.00      $1.18         2,136.83
Total Expenses                                                                         0.00     $2,736.83    0.00    $2,136.83


               Matter Total Fees                                                                    0.00                0.00


               Matter Total Expenses                                                             2,736.83            2,136.83


               Matter Total                                                            0.00     2,736.83     0.00    2,136.83



               Prebill Total Fees


               Prebill Total Expenses                                                           $2,736.83           $2,136.83


               Prebill Total                                                           0.00    $2,736.83     0.00   $2,136.83


Previous Billings

InvoiceNo       InvoiceDate          InvoiceTotal         OpenTotal

36,593          07/26/2002           121,163.25           13,975.99
36,950          08/22/2002           231,722.75           24,660.40
37,197          09/25/2002           246,726.25           35,891.10
37,665          10/31/2002           153,308.00           30,661.60
37,961          11/30/2002            36,076.50              542.50
37,962          11/30/2002           137,754.50           27,550.90
38,223          12/26/2002           155,061.50           31,012.30
40,965          03/11/2003            31,418.00            6,283.60
40,966          03/11/2003            43,961.50            8,792.30
41,071          03/20/2003            27,076.50            5,415.30
41,429          04/24/2003            12,991.50            2,598.30
41,745          05/22/2003             4,425.50              885.10
42,071          06/27/2003             3,191.00              638.20
42,259          07/25/2003             3,420.50              684.10
42,639          08/28/2003             1,935.50              387.10
42,954          09/29/2003             3,733.00              746.60
43,234          10/14/2003             1,845.50              369.10
43,557          11/20/2003             5,865.50            1,173.10
43,916          12/29/2003             1,191.00              238.20
44,175          01/23/2004               476.00               95.20
```

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| **Matter     000** | | **Disbursements** | | 2/24/2005 |

Print Date/Time:
02/24/2005
9:43:08AM
Invoice #

| Attn: | | | |
|---|---|---|---|
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,596.00 | 2,519.20 |
| 47,743 | 11/22/2004 | 26,475.00 | 5,295.00 |
| 48,023 | 12/27/2004 | 75,199.50 | 15,039.90 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| 48,421 | 01/28/2005 | 117,136.96 | 117,136.96 |
| 48,886 | 02/28/2005 | 47,229.04 | 47,229.04 |
| | | 1,581,785.75 | 402,272.99 |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950 to: 3/31/2005

**Matter     000**
**Disbursements**
Bill Cycle:     Monthly        Style:      i1        Start:    4/16/2001

Last Billed : 3/28/2005                    13,655

Trust Amount Available

Total Expenses Billed To Date        $256,383.30

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 351.25 | 0.00 | 253.25 |
| 0054 | WBS | Walter B Slocombe | 0.00 | 2.85 | 0.00 | 2.85 |
| 0096 | KNB | Kimberly N Brown | 0.00 | 328.79 | 0.00 | 182.79 |
| 0101 | RCS | Robert C. Spohn | 0.00 | 104.25 | 0.00 | 104.25 |
| 0187 | NDF | Nathan D Finch | 0.00 | 22.25 | 0.00 | 22.25 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 0.45 | 0.00 | 0.45 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 170.40 | 0.00 | 170.40 |
| | | | **0.00** | **980.24** | **0.00** | **736.24** |

**Total Fees**

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |

**Total Fees**

```
Client Number:   4642                      Grace Asbestos Personal Injury Claimants                                                                  Page:   1
Matter      000                            Disbursements                                                                                             2/24/2005
                                                                                                                                                Print Date/Time:
                                                                                                                                                       02/24/2005
                                                                                                                                                       9:43:08AM
Attn:                                                                                                                                                 Invoice #
```

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- ACTUAL ---------- |  |  | ---------- BILLING --------- |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work | Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| 1772221 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $3.90 | 0.00 |  | $3.90 | 3.90 |
| 1772278 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $70.20 | 0.00 |  | $70.20 | 74.10 |
| 1772295 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $22.20 | 0.00 |  | $22.20 | 96.30 |
| 1772322 | Photocopy | E | 03/01/2005 | 0101 | RCS | 0.00 |  | $7.95 | 0.00 |  | $7.95 | 104.25 |
| 1773100 | Pacer Service Center; Usage for period October through December 2004 | E | 03/02/2005 | 0999 | C&D | 0.00 |  | $74.83 | 0.00 |  | $74.83 | 179.08 |
| 1773836 | KNB; Attend omnibus hearing in Delaware on 2/28 for meals | E | 03/03/2005 | 0096 | KNB | 0.00 |  | $9.59 | 0.00 |  | $9.59 | 188.67 |
| 1773837 | KNB; Attend omnibus hearing in Delaware on 2/28 for cabs | E | 03/03/2005 | 0096 | KNB | 0.00 |  | $14.00 | 0.00 |  | $14.00 | 202.67 |
| 1773838 | KNB; Attend omnibus hearing in Delaware on 2/28 for mileage to and parking at train station | E | 03/03/2005 | 0096 | KNB | 0.00 |  | $22.10 | 0.00 |  | $22.10 | 224.77 |
| 1773839 | KNB; Attend omnibus hearing in Delaware on 2/28 for tips | E | 03/03/2005 | 0096 | KNB | 0.00 |  | $3.00 | 0.00 |  | $3.00 | 227.77 |
| 1774097 | Equitrac - Long Distance to 2123199240 | E | 03/03/2005 | 0999 | C&D | 0.00 |  | $1.30 | 0.00 |  | $1.30 | 229.07 |
| 1774098 | Equitrac - Long Distance to 3024261900 | E | 03/03/2005 | 0999 | C&D | 0.00 |  | $0.18 | 0.00 |  | $0.18 | 229.25 |
| 1774658 | Photocopy | E | 03/04/2005 | 0999 | C&D | 0.00 |  | $2.25 | 0.00 |  | $2.25 | 231.50 |
| 1775005 | Equitrac - Long Distance to 2126446755 | E | 03/07/2005 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 231.55 |
| 1775007 | Equitrac - Long Distance to 8054993572 | E | 03/07/2005 | 0999 | C&D | 0.00 |  | $0.11 | 0.00 |  | $0.11 | 231.66 |
| 1775026 | Equitrac - Long Distance to 8054993572 | E | 03/07/2005 | 0999 | C&D | 0.00 |  | $3.15 | 0.00 |  | $3.15 | 234.81 |
| 1775100 | Fax Transmission to 12126446755 | E | 03/07/2005 | 0020 | PVL | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 235.11 |
| 1775202 | Photocopy | E | 03/07/2005 | 0999 | C&D | 0.00 |  | $0.30 | 0.00 |  | $0.30 | 235.41 |
| 1775207 | Photocopy | E | 03/07/2005 | 0999 | C&D | 0.00 |  | $0.90 | 0.00 |  | $0.90 | 236.31 |
| 1775218 | Photocopy | E | 03/07/2005 | 0999 | C&D | 0.00 |  | $3.90 | 0.00 |  | $3.90 | 240.21 |
| 1775549 | Equitrac - Long Distance to 8054993572 | E | 03/08/2005 | 0999 | C&D | 0.00 |  | $0.07 | 0.00 |  | $0.07 | 240.28 |
| 1775624 | Equitrac - Long Distance to 8054993572 | E | 03/08/2005 | 0999 | C&D | 0.00 |  | $0.59 | 0.00 |  | $0.59 | 240.87 |
| 1775629 | Equitrac - Long Distance to 8054993572 | E | 03/08/2005 | 0999 | C&D | 0.00 |  | $0.21 | 0.00 |  | $0.21 | 241.08 |
| 1776088 | Equitrac - Long Distance to 3125516759 | E | 03/09/2005 | 0999 | C&D | 0.00 |  | $0.08 | 0.00 |  | $0.08 | 241.16 |
| 1776111 | Equitrac - Long Distance to 8054993572 | E | 03/09/2005 | 0999 | C&D | 0.00 |  | $0.42 | 0.00 |  | $0.42 | 241.58 |
| 1776231 | Fax Transmission to 13125516759 | E | 03/09/2005 | 0020 | PVL | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 242.03 |
| 1776501 | Equitrac - Long Distance to 3053502403 | E | 03/10/2005 | 0999 | C&D | 0.00 |  | $1.20 | 0.00 |  | $1.20 | 243.23 |
| 1776512 | Equitrac - Long Distance to 2123199240 | E | 03/10/2005 | 0999 | C&D | 0.00 |  | $0.29 | 0.00 |  | $0.29 | 243.52 |
| 1777089 | Equitrac - Long Distance to 2123199240 | E | 03/11/2005 | 0999 | C&D | 0.00 |  | $0.13 | 0.00 |  | $0.13 | 243.65 |
| 1777271 | Photocopy | E | 03/11/2005 | 0999 | C&D | 0.00 |  | $2.40 | 0.00 |  | $2.40 | 246.05 |
| 1777529 | ADA Travel   KNB travel on 2/28 to Wilmington (coach fare 92.00) | E | 03/14/2005 | 0096 | KNB | 0.00 |  | $238.00 | 0.00 |  | $92.00 | 338.05 |
| 1777537 | ADA Travel   agency fee on  KNB travel on 2/28 to Wilmington | E | 03/14/2005 | 0096 | KNB | 0.00 |  | $40.00 | 0.00 |  | $40.00 | 378.05 |
| 1779062 | Photocopy | E | 03/15/2005 | 0999 | C&D | 0.00 |  | $1.65 | 0.00 |  | $1.65 | 379.70 |
| 1779524 | Photocopy | E | 03/16/2005 | 0096 | KNB | 0.00 |  | $2.10 | 0.00 |  | $2.10 | 381.80 |
| 1779899 | Equitrac - Long Distance to 3053756156 | E | 03/17/2005 | 0999 | C&D | 0.00 |  | $0.10 | 0.00 |  | $0.10 | 381.90 |
| 1780131 | Photocopy | E | 03/17/2005 | 0054 | WBS | 0.00 |  | $2.85 | 0.00 |  | $2.85 | 384.75 |
| 1780394 | Equitrac - Long Distance to 3024261900 | E | 03/18/2005 | 0999 | C&D | 0.00 |  | $0.75 | 0.00 |  | $0.75 | 385.50 |
| 1782747 | Photocopy | E | 03/24/2005 | 0999 | C&D | 0.00 |  | $7.20 | 0.00 |  | $7.20 | 392.70 |
| 1782755 | Photocopy | E | 03/24/2005 | 0999 | C&D | 0.00 |  | $7.50 | 0.00 |  | $7.50 | 400.20 |
| 1782965 | ADA Travel  for PVNL to Wilmington on 3/21 (coach 189.00) | E | 03/24/2005 | 0020 | PVL | 0.00 |  | $287.00 | 0.00 |  | $189.00 | 589.20 |
| 1782966 | ADA Travel   agency fee on PVNL 3/21 travel to Wilmington | E | 03/24/2005 | 0020 | PVL | 0.00 |  | $40.00 | 0.00 |  | $40.00 | 629.20 |
| 1783000 | Federal Express to Phillip Milch from NDF on 3/2 | E | 03/24/2005 | 0187 | NDF | 0.00 |  | $22.25 | 0.00 |  | $22.25 | 651.45 |
| 1783192 | Equitrac - Long Distance to 2123197125 | E | 03/25/2005 | 0999 | C&D | 0.00 |  | $0.23 | 0.00 |  | $0.23 | 651.68 |
| 1783345 | Photocopy | E | 03/25/2005 | 0232 | LK | 0.00 |  | $0.45 | 0.00 |  | $0.45 | 652.13 |
| 1783537 | Equitrac - Long Distance to 8054993572 | E | 03/28/2005 | 0999 | C&D | 0.00 |  | $0.51 | 0.00 |  | $0.51 | 652.64 |
| 1783554 | Equitrac - Long Distance to 8054993572 | E | 03/28/2005 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 652.69 |
| 1783581 | Equitrac - Long Distance to 8054993572 | E | 03/28/2005 | 0999 | C&D | 0.00 |  | $0.05 | 0.00 |  | $0.05 | 652.74 |
| 1784232 | Petty Cash  Cb and parking for PVNL travel to Wilmington for hearing on 3/21 | E | 03/29/2005 | 0020 | PVL | 0.00 |  | $19.50 | 0.00 |  | $19.50 | 672.24 |
| 1784233 | Petty Cash  Meal  for PVNL on travel to Wilmington for hearing on 3/21 | E | 03/29/2005 | 0020 | PVL | 0.00 |  | $4.00 | 0.00 |  | $4.00 | 676.24 |
| 1784305 | Equitrac - Long Distance to 8054993572 | E | 03/29/2005 | 0999 | C&D | 0.00 |  | $0.11 | 0.00 |  | $0.11 | 676.35 |
| 1785319 | Photocopy | E | 03/30/2005 | 0999 | C&D | 0.00 |  | $4.80 | 0.00 |  | $4.80 | 681.15 |
| 1787091 | Database Research-Westlaw WBS/MLR on 3/21 | E | 03/31/2005 | 0999 | C&D | 0.00 |  | $55.09 | 0.00 |  | $55.09 | 736.24 |
| **Total Expenses** |  |  |  |  |  |  | 0.00 | $980.24 |  | 0.00 | $736.24 |  |

```
Client Number:   4642           Grace Asbestos Personal Injury Claimants                                          Page:   1
Matter      000                 Disbursements                                                                      2/24/2005
                                                                                                               Print Date/Time:
                                                                                                                    02/24/2005
                                                                                                                     9:43:08AM
Attn:                                                                                                              Invoice #


              Matter Total Fees                                                            0.00                        0.00


              Matter Total Expenses                                                      980.24                      736.24


              Matter Total                                           0.00                980.24           0.00       736.24



              Prebill Total Fees


              Prebill Total Expenses                                                   $980.24                      $736.24


              Prebill Total                                          0.00              $980.24            0.00      $736.24
```

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 13,975.99 |
| 36,950 | 08/22/2002 | 231,722.75 | 24,660.40 |
| 37,197 | 09/25/2002 | 246,726.25 | 35,891.10 |
| 37,665 | 10/31/2002 | 153,308.00 | 30,661.60 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 37,962 | 11/30/2002 | 137,754.50 | 27,550.90 |
| 38,223 | 12/26/2002 | 155,061.50 | 31,012.30 |
| 40,965 | 03/11/2003 | 31,418.00 | 6,283.60 |
| 40,966 | 03/11/2003 | 43,961.50 | 8,792.30 |
| 41,071 | 03/20/2003 | 27,076.50 | 5,415.30 |
| 41,429 | 04/24/2003 | 12,991.50 | 2,598.30 |
| 41,745 | 05/22/2003 | 4,425.50 | 885.10 |
| 42,071 | 06/27/2003 | 3,191.00 | 638.20 |
| 42,259 | 07/25/2003 | 3,420.50 | 684.10 |
| 42,639 | 08/28/2003 | 1,935.50 | 387.10 |
| 42,954 | 09/29/2003 | 3,733.00 | 746.60 |
| 43,234 | 10/14/2003 | 1,845.50 | 369.10 |
| 43,557 | 11/20/2003 | 5,865.50 | 1,173.10 |
| 43,916 | 12/29/2003 | 1,191.00 | 238.20 |
| 44,175 | 01/23/2004 | 476.00 | 95.20 |
| 46,249 | 07/27/2004 | 283.00 | 283.00 |
| 46,676 | 08/27/2004 | 17,596.25 | 3,519.25 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,097 | 09/29/2004 | 54,095.75 | 10,819.15 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,336 | 10/24/2004 | 12,596.00 | 2,519.20 |
| 47,743 | 11/22/2004 | 26,475.00 | 5,295.00 |
| 48,023 | 12/27/2004 | 75,199.50 | 15,039.90 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| 48,421 | 01/28/2005 | 115,704.00 | 23,140.80 |
| 48,886 | 02/28/2005 | 47,229.04 | 47,229.04 |
| 49,224 | 03/28/2005 | 35,581.83 | 35,581.83 |
|  |  | 1,615,934.62 | 343,858.66 |

| | | |
|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | Page:  1 |
| **Matter      000** | **Disbursements** | 2/24/2005 |
| | | Print Date/Time: |
| | | 02/24/2005 |
| | | 9:43:08AM |
| Attn: | | Invoice # |