IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF SIXTHTEENTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury
Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  January 1, 2005 through March 31, 2005

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $112,894.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $9,358.61

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $90,315.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $9,358.61

Total Amount of Holdback Fees Sought for applicable period:  $22,578.90

{D0043750:1 }
DOC# - 170098

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 3/01/05; 7930 | 1/1/05-1/31/05 | $32,594.80 (80% of $40,743.50) | $6,485.54 | $32,594.80 (80% of $40,743.50) | $6,485.54 |
| 3/29/05; 8141 | 2/1/05-2/28/05 | $26,756.00 (80% of $33,445.00) | $2,136.83 | **Pending** | **Pending** |
| 5/02/05; 8315 | 3/1/05-3/31/05 | $30,964.80 (80% of 38,706.00) | $736.24 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative Jan to Mar, 2005 Hours | Cumulative Jan to Mar, 2005 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .2 | $   144.00 | 1.8 | $   1,195.50 |
| Asset Disposition | .0 | .00 | 2.4 | 1,524.00 |
| Business Operations | .0 | .00 | 14.3 | 5,686.50 |
| Case Administration | 57.4 | 21,296.00 | 1,939.2 | 450,067.00 |
| Claim Analysis Objection & Resolution (Asbestos) | 12.4 | 8,928.00 | 1,324.5 | 375,636.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | .2 | 144.00 | 6.0 | 3,620.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .5 | 397.50 | 84.5 | 47,480.00 |
| Employee Benefits/Pension | 1.9 | 1,495.50 | 10.9 | 6,177.00 |
| Employment Applications, Applicant | .0 | .00 | 45.1 | 11,352.50 |
| Employment Applications, Others | 1.5 | 1,080.00 | 41.5 | 16,769.00 |

| | | | | |
|---|---|---|---|---|
| Fee Applications, Applicant | 11.1 | 3,195.50 | 298.5 | 75,595.00 |
| Fee Applications, Others | .5 | 360.00 | 110.1 | 40,674.00 |
| Financing | .2 | 159.00 | .3 | 221.50 |
| Hearings | 1.9 | 1,368.00 | 58.7 | 34,776.00 |
| Litigation and Litigation Consulting | 55.4 | 30,099.50 | 1,634.9 | 556,432.00 |
| Plan & Disclosure Statement | 71.6 | 37,325.00 | 408.9 | 193,517.50 |
| Relief from Stay Proceedings | .0 | .00 | .3 | 193.50 |
| Tax Issues | 4.1 | 1,833.00 | 68.9 | 22,747.50 |
| Tax Litigation | .0 | .00 | 26.6 | 8,733.50 |
| Travel-Non-Working | 11.2 | 4,032.00 | 334.3 | 68,805.75 |
| Valuation | .0 | .00 | 1.8 | 1,422.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 2.5 | 1,037.50 | 5.0 | 1,912.50 |
| **Totals** | **232.6** | **$112,894.50** | **6,424.9** | **$1,926,396.75** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 1/1/05 – 3/31/05 | Total Expense From The Petition Date |
|---|---|---|
| Computer Assisted Research | $ 6,013.61 | $ 78,735.19 |
| Research Material | 87.15 | 2,623.37 |

{D0043750:1 }

| | | |
|---|---:|---:|
| Air Freight & Express Mail | 46.00 | 8,109.20 |
| Outside Local Deliveries | .00 | 696.21 |
| Filing Fees | .00 | 144.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | .00 | 1,155.80 |
| Outside Photocopy Service | 45.00 | 23,143.19 |
| Professional Fees & Expert Witness Fees | .00 | 14,365.55 |
| Court Reporting/Transcript Service | .00 | 4,555.52 |
| Miscellaneous Client Advances | .00 | 746.77 |
| Air & Train Transportation | 1,993.80 | 43,369.31 |
| Meals Related to Travel | 45.81 | 3,419.83 |
| Travel Expenses – Hotel Charges | 169.86 | 14,140.93 |
| Travel Expenses – Ground Transportation | 152.60 | 7,057.06 |
| Travel Expenses – Miscellaneous | 3.00 | 91.30 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,103.10 |
| Local Transportation - DC | .00 | 148.64 |
| Local Transportation – NY | .00 | 267.09 |
| Xeroxing | 679.05 | 44,967.00 |
| Postage | .00 | 156.03 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | 36.60 | 1,720.30 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 16.30 | 1,825.62 |
| NYO Long Distance Telephone | 69.83 | 2,928.98 |
| Use of Cell/Home Phone | .00 | 529.61 |
| **TOTAL** | **$    9,358.61** | **$    257,119.54** |