# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

January 31, 2005

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        10527

Professional Services

|  |  | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 1/3/2005 | JAW | detailed review of Kirkland October, 2004, monthly invoice (8.9); draft summary of same (1.0) | 9.90 | 1,336.50 |
|  | PGS | Update database with 11.04 Monthly Invoice of Campbell and Caplin; Interim Fee Application of Baker for the period 02.01.04-09.30.04 | 0.10 | 8.00 |
| 1/5/2005 | JBA | Update database with Ferry Joseph 11.04 e-detail | 0.10 | 4.00 |
| 1/7/2005 | JAW | detailed review of Wallace King September, 2004, monthly invoice (2.4); draft summary of same (0.1) | 2.50 | 337.50 |
|  | JAW | detailed review of Kramer October, 2004, monthly invoice (2.1); draft summary of same (0.4) | 2.50 | 337.50 |
|  | JAW | detailed review of Swidler September, 2004, monthly invoice (2.5); draft summary of same (0.2) | 2.70 | 364.50 |
|  | JBA | Update database with Stroock 11.04 | 0.10 | 4.00 |
|  | PGS | Preparation of December 2004 Monthly Invoice of WHS | 0.70 | 56.00 |
|  | PGS | Preparation of CNO for November 2004 of WHS | 0.10 | 8.00 |

W.R. Grace & Co.                                                                                    Page      2

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/7/2005 | PGS | Electronic filing with court of November 2004 CNO of WHS | 0.10 | 8.00 |
| 1/10/2005 | JBA | Update database with Phillips Goldman 11.04 e-detail pdf | 0.10 | 4.00 |
| | JBA | Update database with Ferry Joseph 14th Interim app/e-detail, and Reed Smith 11.04 | 0.10 | 4.00 |
| | JBA | Update database with Tersigni 11.04 e-detail | 0.10 | 4.00 |
| | JBA | Update database with 11.04 e-detail for: Campbell, Caplin, and Capstone | 0.10 | 4.00 |
| 1/11/2005 | JAW | detailed review of PwC September, 2004, monthly invoice (3.0) | 3.00 | 405.00 |
| 1/12/2005 | JBA | Update database with Buchanan 11.04 and 12.04 e-detail | 0.10 | 4.00 |
| | PGS | Electronic filing with court of December 2004 Monthly Invoice of WHS | 0.10 | 8.00 |
| 1/13/2005 | CO | Update database with 11.04 Monthly Invoice of Reed (.10); 11.04 Monthly Invoice of Kirkland (.10); 11.04 Monthly Invoice of Stroock (.10); 11.04 Monthly Invoice of Wallace (.10); 10.04 Monthly Invoice of Holme (.10); 11.04 Monthly Invoice of Pitney (.10); 07.01.04 through 09.30.04 Interim Fee Application and 11.04 Monthly Invoice of Ferry (.10); 07.01.04 through 09.30.04 Interim Fee Application of Pachulski (.10) | 0.80 | 32.00 |
| 1/14/2005 | SLB | begin draft of 14th Interim initial report - K&E (8.4) | 8.40 | 1,092.00 |
| | CO | Update database with 10.04 Monthly Invoice of Pachulski (.10) | 0.10 | 4.00 |
| | JAW | draft summary of PwC September, 2004, monthly invoice (0.7) | 0.70 | 94.50 |
| 1/17/2005 | SLB | continue draft of 14th K&E initial report - (8.4) | 8.40 | 1,092.00 |

W.R. Grace & Co.                                                              Page     3

| | | | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 1/17/2005 | CO | Update database with 11.04 Monthly Invoice of Woodcock (.10) | 0.10 | 4.00 |
| 1/18/2005 | SLB | draft of K&E initial report (7.8) | 7.80 | 1,014.00 |
| | CO | Update database with 11.04 Monthly Invoice of Capstone (.10); 11.04 Monthly Invoice of Pricewaterhouse (.10); 11.04 Monthly Invoice of Tersigni (.10); 12.04 Monthly Invoice of Duane (.10) | 0.40 | 16.00 |
| 1/19/2005 | SLB | continue draft of K&E initial report - (8.6) | 8.60 | 1,118.00 |
| | JAW | detailed review of Bilzin July 1, 2004 - September 30, 2004, interim fee application (1.8); draft summary of same (0.1). | 1.90 | 256.50 |
| 1/20/2005 | SLB | complete draft of 14th Interim initial report - K&E (8.7) | 8.70 | 1,131.00 |
| | JBA | Update database with Protiviti 12.04 e-detail | 0.10 | 4.00 |
| 1/21/2005 | SLB | begin review of 14th Interim app. and draft of initial report - CBBG (8.3) | 8.30 | 1,079.00 |
| 1/24/2005 | JBA | Update database with CIBC 11.04 e-detail pdf | 0.10 | 4.00 |
| | SLB | complete draft of 14th Interim final report - CBBG (8.4) | 8.40 | 1,092.00 |
| 1/25/2005 | SLB | complete review of 14th Interim app. and draft of final report - Nelson Mullins (8.2) | 8.20 | 1,066.00 |
| | CO | Update database with 11.04 Monthly Invoice of CIBC (.10); 12.04 and 11.04 Monthly Invoice of Blackstone (.10) | 0.20 | 8.00 |
| 1/26/2005 | SLB | begin review of app. and draft of 14th Interim initial report - Protiviti (4.5) | 4.50 | 585.00 |
| | SLB | draft e-mails to BMC, Deloitte, Goodwin, Kramer, Protiviti, Steptoe and Swidler Levin re. status of 14th Interim quarterly applications (3.6) | 3.60 | 468.00 |

W.R. Grace & Co.                                                                                                    Page      4

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/26/2005 | CO | Update database with 12.01.04 through 09.30.04 Interim Fee Application of Baker (.10); 11.04 Monthly Invoice of Official Committe (.10) | 0.20 | 8.00 |
| 1/27/2005 | SLB | continue draft of 14th Interim initial report - Protiviti (6.4) ; create and update 14th Interim status chart (2.0) | 8.40 | 1,092.00 |
| 1/28/2005 | SLB | complete draft of 14th Interim initial report - Protiviti (7.7) | 7.70 | 1,001.00 |
|  | CO | Update database with 12.04 Monthly Invoice of Casner (.10); 12.04 Monthly Invoice of Latham (.10); 12.04 Monthly Invoice of Proviti (.10); 12.04 Monthly Invoice of CBBG (.10); 07.01.04 through 09.30.04 Interim Fee Application of Kramer (.10) | 0.50 | 20.00 |
| 1/31/2005 | SLB | complete review of 14th Interim app. and draft of final report - Swidler Berlin (5.7) ; begin review of 14th Interim app. and draft of initial report - Blackstone (3.1) | 8.80 | 1,144.00 |
|  | JAW | detailed review of Kramer Levin November, 2004, monthly invoice (2.5); draft summary of same (0.5) | 3.00 | 405.00 |

**For professional services rendered**                                                       **130.30 $16,727.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| Third party copies & document prep/setup of December 2004 Monthly Invoice of WHS | 28.40 | 28.40 |
| Pacer charges for 10.01.04 - 12.31.04 | 77.35 | 77.35 |

**Total costs**                                                                                              **$105.75**

**Total amount of this bill**                                                                         **$16,832.75**

W.R. Grace & Co.                                                                    Page        5

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Courtney Orent | 2.30 | 40.00 | $92.00 |
| James A Wehrmann | 26.20 | 135.00 | $3,537.00 |
| Jeff B. Allgood | 0.90 | 40.00 | $36.00 |
| Priscilla G Stidham | 1.10 | 80.00 | $88.00 |
| Stephen L. Bossay | 99.80 | 130.00 | $12,974.00 |