## Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

February 28, 2005

In Reference To:          Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #          10528

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/1/2005 | JAW | detailed review of Stroock November, 2004, monthly invoice (3.6); draft summary of same (0.1) | 3.70 | 499.50 |
| | JAW | detailed review of Protiviti November, 2004, monthly invoice (1.7); draft summary of same (0.1) | 1.80 | 243.00 |
| | SLB | review of 14th Interim app. and begin initial report - Caplin (8.3) | 8.30 | 1,079.00 |
| 2/2/2005 | JBA | Update database with Stroock 12.04 e-detail | 0.10 | 4.00 |
| | JAW | detailed review of Woodcock November, 2004, monthly invoice (3.3); draft summary of same (0.1) | 3.40 | 459.00 |
| | JBA | Update database with Capstone 12.04 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 14th Interim initial report - Caplin (2.6) ; begin draft of 14th Interim initial report - Blackstone (6.1) | 8.70 | 1,131.00 |
| | CO | Update database with 11.04 Monthly Invoice of Holme (.10); 12.04 Monthly Invoice of Kirkland (.10); 12.01.04 through 12.25.04 Interim Fee Application of Klett (.10); 12.04 Monthly Invoice of Ferry (.10); 11.04 Monthly Invoice of Pachulski (.10); 12.04 Monthly Invoice of Philips (.10) | 0.60 | 24.00 |

W.R. Grace & Co.                                                                            Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/3/2005 | JBA | Update database with Holme Roberts 12.04 pdf e-detail | 0.10 | 4.00 |
|  | DTW | Reviewing e-mails and other correspondence regarding responses and applications received (.5). | 0.50 | 72.50 |
|  | CO | Update database with 12.04 Monthly Invoice of Capstone (.10); 12.04 Monthly Invoice of Stroock (.10); 12.04 Monthly Invoice of Tersigni (.10); 12.04 Monthly Invoice of Campbell (.10); 12.04 Monthly Invoice of Caplin (.10) | 0.50 | 20.00 |
|  | JAW | detailed review of Capstone November, 2004, monthly invoice (0.9); draft summary of same (0.1) | 1.00 | 135.00 |
|  | JAW | detailed review of Tersigni November, 2004, monthly invoice (1.7); draft summary of same (0.1) | 1.80 | 243.00 |
|  | SLB | complete draft of 14th Interim initial report - PwC (8.8) | 8.80 | 1,144.00 |
| 2/4/2005 | CO | Update database with 12.04 Monthly Invoice of Kramer (.10); 12.04 Monthly Invoice of Pachulski (.10); 12.04 Monthly Invoice of Holme (.10) | 0.30 | 12.00 |
|  | JBA | Update database with Klett 11.04 e-detail | 0.10 | 4.00 |
|  | JAW | detailed review of PwC November, 2004, monthly invoice (4.8) | 4.80 | 648.00 |
|  | SLB | complete draft of 14th Interim initial report - Wallace King (7.7) ; update Grace status chart (.6) | 8.30 | 1,079.00 |
| 2/5/2005 | JAW | draft summary of PwC November, 2004, monthly invoice (1.5) | 1.50 | 202.50 |
| 2/7/2005 | SLB | complete draft of 14th Interim final report - Protiviti (5.7) ; complete review of app. and draft of 14th Interim final report - Latham (2.7) | 8.40 | 1,092.00 |
|  | PGS | Preparation of January 2005 Monthly Invoice of WHS | 0.70 | 56.00 |
|  | CO | Update database with 07.01.04 through 09.30.04 Interim Fee Application of Steptoe (.10); 10.01.04 through 12.01.04 Interim Fee Application of Carella (.10) | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                              Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/8/2005 | PGS | Preparation of December 2004 CNO of WHS | 0.10 | 8.00 |
| | SLB | complete review of app. and draft of 14th Interim final report - Kramer (3.5) ; complete review and draft of 14th Interim final reports - Casner (2.6) ; BMC (2.5) | 8.60 | 1,118.00 |
| | CO | Update database with 07.04, 08.04, 09.04 Monthly Invoices of BMC (.10) | 0.20 | 8.00 |
| 2/9/2005 | JAW | detailed review of Kirkland November, 2004, monthly invoice (9.6) | 9.60 | 1,296.00 |
| | PGS | Electronic filing with court of January 2005 Monthly Invoice of WHS | 0.10 | 8.00 |
| | SLB | complete review of app. and draft of 14th Interim final report - CIBC (2.4) ; complete draft of 14th Interim initial report - Bilzin (4.7) ; begin draft of 14th Interim initial report - Stroock (2.1) | 9.20 | 1,196.00 |
| | PGS | Electronic filing with court of the December 2004 CNO of WHS | 0.10 | 8.00 |
| 2/10/2005 | CO | Update database with 10.01.04 through 12.31.04 Interim Fee Application (.10); 07.01.04 through 09.30.04 Interim Fee Application of BMC (.10); 07.01.04 through 09.30.04 Interim Fee Application of Latham (.10) | 0.30 | 12.00 |
| | JAW | draft summary of Kirkland November, 2004, monthly invoice (1.3) | 1.30 | 175.50 |
| | DTW | Review and revise Protivity and K&E 14th initial reports (.2). | 0.20 | 29.00 |
| | SLB | complete draft of 14th Interim initial report - Stroock (3.7) ; complete draft of 14th Interim final report - Tersigni (2.6) ; complete draft of 14th Interim final report - David Austern (2.2) | 8.50 | 1,105.00 |
| 2/11/2005 | SLB | begin draft of 14th Interim final report - Blackstone (8.8) | 8.80 | 1,144.00 |
| | JBA | Update database with Reed Smith 12.04 e-detail | 0.10 | 4.00 |

W.R. Grace & Co.

Page    4

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/14/2005 | CO | Update database with 12.04 Monthly Invoice of Reed (.10); 10.01.04 through 12.31.04 Interim Fee Application of Ferry (.10); 12.04 Monthly Invoice of Woodcock (.10); 12.04 Monthly Invoice of Pitney (.10) | 0.40 | 16.00 |
| | SLB | complete draft of 14th Interim final report - Blackstone (5.4) ; complete draft of 14th Interim final report - CIBC (3.2) | 8.60 | 1,118.00 |
| | JBA | Update database with Ferry Joseph 15th Interim ap/e-detail | 0.10 | 4.00 |
| | JBA | Update database with Casner Edwards 12.04 e-detail | 0.10 | 4.00 |
| 2/15/2005 | SLB | complete drafts of 14th Interim final reports - Klett, Legal, Hamilton and HRO (8.7) | 8.70 | 1,131.00 |
| | PGS | Preparation of the 15th Interim Fee Application of WHS | 1.90 | 152.00 |
| | CO | Update database with 10.01.04 through 12.25.04 Interim Fee Application of Klett (.10); 12.04 Monthly Invoice and 10.01.04 through 12.31.04 Interim Fee Application of Lexecon (.10); 10.01.04 through 12.31.04 Interim Fee Application of Duane (.10) | 0.30 | 12.00 |
| 2/16/2005 | DTW | Review and revise Conway 14th initial report (.1). | 0.10 | 14.50 |
| | SLB | complete drafts of 14th Interim final reports - Baker Donelson (5.5) ; Reed Smith (2.8) | 8.30 | 1,079.00 |
| 2/17/2005 | JBA | Update database with PWC 12.04 e-detail | 0.10 | 4.00 |
| | SLB | complete draft of 14th Interim final report - Caplin (7.8) ; update Grace status chart (.5) | 8.30 | 1,079.00 |
| 2/18/2005 | CO | Update database with 10.01.04 through 12.31.04 Interim Fee Application (.10); 01.05 Monthly Invoice of Proviti (.10); 01.05 Monthly Invoice of Carella (.10); 12.04 Monthly Invoice of Nelson (.10); 10.01.04 through 12.31.04 Interim Fee Application of Philips (.10) | 0.50 | 20.00 |
| | JBA | draft Project category Spreadsheet for the 14th Interim Period | 1.30 | 52.00 |

W.R. Grace & Co.                                                                                    Page      5

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                         | **Hours** | **Amount** |
|------------|-----|-----|------|------|
| 2/18/2005  | JBA | Update database with Swidler 11.04 and 12.04 e-detail pdf                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 0.10 | 4.00 |
|            | JBA | Update database with Stroock 15th Interim app/e-detail                                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.10 | 4.00 |
| 2/21/2005  | JAW | detailed review of Duane Morris Interim Fee Application (10 -1-04 to 12 -31-04) (1.6); draft summary of same (0.1)                                                                                                                                                                                                                                                                                                                                                                                         | 1.70 | 229.50 |
|            | JAW | detailed review of Latham Interim Fee Application (7 -1-04 to 9 -30-04) (1.5); draft summary of same (0.1)                                                                                                                                                                                                                                                                                                                                                                                                 | 1.60 | 216.00 |
|            | JAW | detailed review of BMC Interim Fee Application (7 -1-04 to 9 -30-04) (3.0); draft summary of same (0.1)                                                                                                                                                                                                                                                                                                                                                                                                    | 3.10 | 418.50 |
|            | JAW | detailed review of Capstone October, 2004, monthly invoice (0.9); draft summary of same (0.1)                                                                                                                                                                                                                                                                                                                                                                                                             | 1.00 | 135.00 |
|            | JAW | detailed review of Capstone December, 2004, monthly invoice (1.3); draft summary of same (0.1)                                                                                                                                                                                                                                                                                                                                                                                                            | 1.40 | 189.00 |
|            | WHS | receive and review agenda                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 | 0.10 | 27.50 |
| 2/22/2005  | CO  | Update database with 10.01.04 through 12.31.04 Interim Fee Application of Kirkland (.10); 10.01.04 through 12.31.04 Interim Fee Application of Caplin (.10); 10.01.04 through 12.31.04 Interim Fee Application of Stroock (.10); 10.01.04 through 12.31.04 Interim Fee Application of Woodcock (.10); 10.01.04 through 12.31.04 Interim Fee Application of Casner (.10); 10.01.04 through 12.31.04 Interim Fee Application of Lukins (.10); 10.01.04 through 12.31.04 Interim Fee Application of LAS (.10); 10.01.04 through 12.31.04 Interim Fee Application of Tersigni (.10); 10.01.04 through 12.31.04 Interim Fee Application of Campbell (.10); 12.04 and 11.04 Monthly Invoice of Swidler (.10) | 1.00 | 40.00 |
|            | SLB | complete draft of 14th Interim final report - Bilzin (7.4) ;  begin 14th Interim final report - Conway (1.5)                                                                                                                                                                                                                                                                                                                                                                                               | 8.90 | 1,157.00 |

W.R. Grace & Co.                                                                                    Page     6

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/22/2005 | DTW | Review and revise initial reports for 14th interim of Bilzin, Blackstone, Caplin, CIBC, PwC, Strook and Wallace King (.5). | 0.50 | 72.50 |
| 2/23/2005 | WHS | receive and review amended agenda | 0.10 | 27.50 |
|  | JAW | detailed review of Woodcock December, 2004, monthly invoice (2.7); draft summary of same (0.3) | 3.00 | 405.00 |
|  | JAW | detailed review of Kramer December, 2004, monthly invoice (2.0); draft summary of same (0.3) | 2.30 | 310.50 |
|  | JAW | detailed review of Pitney December, 2004, monthly invoice (1.9); draft summary of same (0.1) | 2.00 | 270.00 |
|  | SLB | complete draft of 14th Interim final report - Conway (5.8) ; begin draft of 14th Interim final report - No Objections (2.6) | 8.40 | 1,092.00 |
| 2/24/2005 | JAW | detailed review of Reed Smith December, 2004, monthly invoice (2.0); draft summary of same (0.1). | 2.10 | 283.50 |
|  | JBA | draft Project Category Spreadsheet re: 14th Interim | 0.50 | 20.00 |
|  | SLB | continue draft of 14th Interim final report - No Objections (8.8) | 8.80 | 1,144.00 |
|  | CO | Update database with 10.04, 11.04, and 12.04 Monthly Invoices and 10.01.04 through 12.31.04 Interim Fee Application of Austern (.20); 10.01.04 through 12.31.04 Interim Fee Application of Blackstone (.10); 10.01.04 through 12.31.04 Interim Fee Application of Proviti (.10); 10.01.04 through 12.31.04 Interim Fee Application of Reed (.10) | 0.50 | 20.00 |
| 2/25/2005 | SLB | complete draft of 14th Interim final report - Wallace King (7.5) | 7.50 | 975.00 |
| 2/28/2005 | SLB | complete draft of 14th Interim final report - Stroock (6.3) | 6.30 | 819.00 |
|  | JBA | draft Project Category Spreadsheet re: 14th Interim | 1.00 | 40.00 |

**For professional services rendered**                                          **211.50 $26,860.00**

W.R. Grace & Co.                                                                      Page        7

Additional Charges :

|  | Price | Amount |
|---|---|---|
| Third party copies & document prep/setup of Initial Report of Protivit and K&E for the period 07.01.04 - 09.30.04 | 3.93 | 3.93 |
| Third party copies & document prep/setup of January 2005 Monthly Invoice of WHS | 28.40 | 28.40 |

**Total costs**                                                                              **$32.33**

**Total amount of this bill**                                                    **$26,892.33**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Courtney Orent | 4.80 | 40.00 | $192.00 |
| Doreen T Williams | 1.30 | 145.00 | $188.50 |
| James A Wehrmann | 47.10 | 135.00 | $6,358.50 |
| Jeff B. Allgood | 3.80 | 40.00 | $152.00 |
| Priscilla G Stidham | 2.90 | 80.00 | $232.00 |
| Stephen L. Bossay | 151.40 | 130.00 | $19,682.00 |
| Warren H Smith | 0.20 | 275.00 | $55.00 |