IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SCOTT L. BAENA

STATE OF FLORIDA     )
                     ) SS
COUNTY OF MIAMI-DADE)

BEFORE ME, the undersigned authority, personally appeared Scott L. Baena, who, after being duly sworn, states as follows:

1. I am a partner in the law firm Bilzin Sumberg Baena Price & Axelrod LLP ("**Bilzin**"), which firm maintains offices at 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131. I am familiar with the matters set forth herein and make this supplemental declaration in support of the continued employment of Bilzin as Counsel to the Official Committee of Asbestos Property Damage Claimants (the "**PD Committee**").

2. On April 12, 2001, the United States Trustee formed the PD Committee.

3. On May 22, 2001, the PD Committee filed an application to employ Bilzin as counsel (C.P. No. 298) together with the Affidavit of Scott L. Baena (the "**Affidavit**"). By order dated June 21, 2001 (the "**Retention Order**"), the Court authorized the PD Committee to retain Bilzin to represent the PD Committee in the Consolidated Cases.

4. On June 14, 2004, I supplemented the Affidavit to disclose the hiring of lateral associates (C.P. No. 5811).

5. On October 21, 2004, I supplemented the Affidavit to disclose Bilzin's relationship with Elliot International, L.P. and Elliot Associates L.P. (C.P. No. 6701).

6. As required by Rule 2014 of the Federal Rules for Bankruptcy Procedure, I hereby supplement the disclosures contained in the Affidavit to disclose that a partner will be joining Bilzin who represents Federal Insurance Company ("**FIC**"), one of the Debtors' insurers, in matters wholly unrelated to these bankruptcy cases or the matters in which Bilzin is representing the PD Committee. The partner will not provide future legal services to FIC in relation to (1) the Debtors, or (2) asbestos-related matters.

FURTHER AFFIANT SAYETH NAUGHT.

_____
SCOTT L. BAENA

The foregoing instrument was acknowledged, sworn to and subscribed before me this 13th day of May, 2005 by Scott L. Baena who is personally known/has provided identification.

_____
NOTARY PUBLIC
State of Florida at Large

My Commission Expires:

JAMES C. MOON
MY COMMISSION # DD 413845
EXPIRES: March 31, 2009
Bonded Thru Pichard Insurance Agency

MIAMI 882537.2 7481715543               2