## **CERTIFICATE OF SERVICE**

     I, Theodore J. Tacconelli, Esquire, hereby certify that on this 13th day of May, 2005, one copy of the foregoing *Supplemental Affidavit of Scott L. Baena* was served on the following parties in the indicated manner:

     SEE ATTACHED 2002 SERVICE LIST

     Upon penalty of perjury I declare that the foregoing is true and correct.

                                                /s/ Theodore J. Tacconelli
                                              Theodore J. Tacconelli (No. 2678)