## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., <u>et</u> <u>al</u>.** | ) | **Case No. 01-1139 (JKF)** |
|  | ) | **Jointly Administered** |
|  | ) |  |
| **Debtor.** | ) | Objection Date: June 2, 2005 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### TENTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimant;
(5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
(6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the

Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and

served its Tenth Monthly Application of CIBC World Markets Corp. for Compensation for

Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time

period March 1, 2005 through March 31, 2005 seeking payment of fees in the amount of

$80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $648.90 (the

"Application") for a total of $80,648.90.

This Application is submitted pursuant to this Court's Administrative Order, as

Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim

Compensation and Reimbursement of Expenses for Professionals and Official Committee

Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 2, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE  19899; (vii) counsel to the Official Committee of

Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919

Third Avenue, New York, NY  10022; (viii) the Office of the United States Trustee, ATTN:

Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE  19801; and (ix) the Fee Auditor,

Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080,

Dallas, TX  75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

SWIDLER BERLIN LLP

By:_____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC  20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants' Representative

Dated: May 13, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: June 2, 2005 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## TENTH MONTHLY INTERIM APPLICATION OF
## CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR
## TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
## MARCH 1, 2005 THROUGH MARCH 31, 2005

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | March 1, 2005 – March 31, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $648.90 |

This is a __x_ monthly      __ interim      ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MARCH 2005

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 67.75 | NA |
| Financial Analysis Related | 24.75 | NA |
| Plan & Disclosure Statement Related | 27.00 | NA |
| Tax Due Diligence Related | 103.50 | NA |
| TOTAL | 223.00 | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### MARCH 2005

| Expense Category | Total |
|---|---|
| Air fare | $566.90 |
| Transportation | 82.00 |
| TOTAL | $648.90 |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By:_____
Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 9, 2005

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| DJ | 3/1/2005 | 4.3 | Business Operations | Various financial analysis re: comparable companies in sector |
| JR | 3/2/2005 | 2.0 | Financial Analysis | Review various financial analysis completed by CIBC team |
| RC | 3/2/2005 | 4.0 | Business Operations | Review Blackstone material on potential acquisition |
| DJ | 3/2/2005 | 5.3 | Business Operations | Review documents on potential acquisition; various financial analysis |
| JB | 3/3/2005 | 3.0 | Business Operations | Review docs re: potential acquisition, conf call with Blackstone re: same |
| RC | 3/3/2005 | 1.0 | Business Operations | Conference Call with Debtors re: potential acquisition |
| DJ | 3/3/2005 | 3.8 | Business Operations | Conference Call with Debtors re: potential acquisition; various follow-up analysis re: same |
| JR | 3/4/2005 | 2.8 | Business Operations | Review materials on contemplated acquisition |
| JB | 3/4/2005 | 0.8 | Plan and Disclosure Statement | Review General Grace Issues |
| JR | 3/8/2005 | 4.0 | Business Operations | Conf calls re: same with Swidler and Blackstone re: CEO motion, potential acquisition, other issues. Review materials related to same |
| JB | 3/8/2005 | 2.3 | Business Operations | Festa CEO compensation motion - Argonaut Acquisition; conf calls re: same with Swidler and Blackstone |
| RC | 3/8/2005 | 2.0 | Business Operations | Review Festa CEO compensation motion - Argonaut Acquisition, conf calls with counsel and Blackstone re: same |
| DJ | 3/8/2005 | 3.0 | Business Operations | Review Argonaut information, analysis re: same |
| DJ | 3/9/2005 | 2.3 | Financial Analysis | Various financial analysis |
| RC | 3/10/2005 | 2.0 | Financial Analysis | Various financial analysis |
| DJ | 3/10/2005 | 2.0 | Financial Analysis | Various financial analysis |
| RC | 3/11/2005 | 1.0 | Financial Analysis | Various financial analysis, internal discussions |
| DJ | 3/11/2005 | 3.5 | Financial Analysis | Various financial analysis; internal meetings re: same |
| JR | 3/15/2005 | 1.3 | Business Operations | Review Blackstone materials on GPC deal |
| JB | 3/15/2005 | 2.0 | Business Operations | Review Blackstone materials on GPC deal |
| RC | 3/15/2005 | 2.5 | Business Operations | Review Blackstone materials on GPC deal |
| DJ | 3/15/2005 | 1.8 | Business Operations | Review documents relating to GPC deal |
| JR | 3/16/2005 | 1.0 | Business Operations | Internal meetings re: GPC issues and other |
| JB | 3/16/2005 | 4.5 | Business Operations | Review sector data relating to GPC deal; internal meetings re: same |
| RC | 3/16/2005 | 5.0 | Business Operations | Review market information relating to GPC deal; internal discussions regarding same |
| DJ | 3/16/2005 | 5.0 | Business Operations | Review market information relating to GPC deal; internal meetings regarding same |
| JR | 3/17/2005 | 1.8 | Financial Analysis | Review various financial analysis completed by CIBC team |
| DJ | 3/17/2005 | 1.0 | Financial Analysis | Various financial analysis |
| RC | 3/18/2005 | 1.8 | Financial Analysis | Various financial analysis, internal discussions re: same |
| DJ | 3/18/2005 | 3.0 | Financial Analysis | Various financial analysis |
| JR | 3/21/2005 | 2.0 | Plan Analysis | Review of plan treatment; internal discussions |
| JB | 3/21/2005 | 2.0 | Plan Analysis | Review of plan treatment; internal meetings relating to same |
| RC | 3/21/2005 | 2.0 | Plan Analysis | Review of plan treatment and related analysis |
| RJ | 3/22/2005 | 2.3 | Financial Analysis | Various financial analysis |
| DJ | 3/22/2005 | 2.3 | Financial Analysis | Various financial analysis |
| JR | 3/23/2005 | 3.0 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues |
| DJ | 3/23/2005 | 7.0 | Tax Due Diligence | Research on tax issues; various financial analysis |
| JR | 3/24/2005 | 3.8 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues |
| JB | 3/24/2005 | 4.0 | Tax Due Diligence | Review of Grace tax issues, including all filed motions |
| DJ | 3/24/2005 | 6.5 | Tax Due Diligence | Research on tax issues |
| JR | 3/25/2005 | 2.8 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues |
| JB | 3/25/2005 | 5.0 | Tax Due Diligence | Review of Grace tax issues, including all filed motions. Internal meetings re: same |
| RC | 3/25/2005 | 4.3 | Tax Due Diligence | Internal discussions relating to tax situation. Analysis and review of same |
| DJ | 3/25/2005 | 5.0 | Tax Due Diligence | Analysis of Grace tax issues |
| JR | 3/28/2005 | 4.0 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues |
| JB | 3/28/2005 | 6.3 | Tax Due Diligence | Review of Grace tax issues, including all filed motions |
| RC | 3/28/2005 | 7.0 | Tax Due Diligence | Analysis and review of Grace tax issues |
| DJ | 3/28/2005 | 3.5 | Tax Due Diligence | Analysis of Grace tax issues; various financial analysis |
| JR | 3/29/2005 | 2.0 | Tax Due Diligence | Review of Kentucky plant issues - claims document sent by Blackstone |
| JB | 3/29/2005 | 2.5 | Tax Due Diligence | Review of Grace tax issues, including all filed motions on the subject. Review of Kentucky plant issues |
| RC | 3/29/2005 | 7.5 | Business Operations | Review Blackstone materials on Kentucky plant. Analysis and review of Grace tax issues |
| DJ | 3/29/2005 | 2.0 | Business Operations | Review documents on Kentucky plant related research |
| JR | 3/30/2005 | 6.0 | Plan Analysis | Review of Kentucky plant issues - claims document sent by Blackstone - tax matters |
| JB | 3/30/2005 | 5.8 | Plan Analysis | Review Blackstone materials on claims analysis; various related analysis. Review tax issues in preparation for due diligence trip |
| RC | 3/30/2005 | 5.5 | Plan Analysis | Review Blackstone materials on claims analysis; various related analysis |
| DJ | 3/30/2005 | 3.0 | Plan Analysis | Review claims analysis; various related analysis |
| JR | 3/31/2005 | 12.5 | Tax Due Diligence | Meeting with Grace tax department (time includes travel) |
| JB | 3/31/2005 | 12.0 | Tax Due Diligence | Meeting with Grace tax department (time includes travel) |
| RC | 3/31/2005 | 12.5 | Tax Due Diligence | Meeting with Grace tax professionals in Boca Raton (includes travel) |

# EXHIBIT B

**W.R. Grace & Co.**
**CIBC Expense Detail Report (March 1, 2005 – March 31, 2005)**
**(Dates represent expense posting date)**

Air fare

| | | |
|---|---|---|
| Joanna Wa | 03/14/05 | 566.90 |
| Subtotal Air fare: | | $ 566.90 |

Transportation

| | | |
|---|---|---|
| Joe Radecki (auto mileage) | 03/29/05 | 66.00 |
| Joe Radecki | 03/29/05 | 12.00 |
| Joe Radecki (parking) | 03/29/05 | 4.00 |
| **Subtotal Transportation:** | | **$  82.00** |

**TOTAL EXPENSES:**                                  **$ 648.90**

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK      )
                                          )  ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1.      I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2.      No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3.      I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Tenth Monthly Interim Application of CIBC World Markets Corp. for the time period March 1, 2005 through March 31, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this 4th day of May, 2005

My commission expires:

JUDITH CHAITOW
Notary Public, State of New York
No. 31-4689789
Qualified in New York County
Commission expires February 28, 2006

# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on May 13, 2005, I caused the *Notice, Tenth Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period March 1, 2005 through March 31, 2005, Affidavit, Exhibit A, and Exhibit B,* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

Under penalty of perjury, I certify the foregoing to be true and correct.

_Debra O. Fullem_

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whismithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP