## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et al</u>.<br><br>Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)**<br><small>Objection Deadline: September 9, 2005 at 4:00 p.m.</small><br><small>Hearing: September 26, 2005 at 12:00 p.m.</small> |

### NOTICE OF FILING OF
### FOURTH QUARTERLY INTERIM FEE APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
### FOR COMPENSATION AND REIMBURSEMENT OF
### EXPENSES INCURRED FOR THE PERIOD
### <u>JANUARY 1, 2005 THROUGH MARCH 31, 2005</u>

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession Lender; (8) the Fee Auditor; and (9) Parties on the Service List

CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, Future Claimants' Representative ("FCR") has filed and served its Fourth Quarterly Interim Fee Application for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2005 through March 31, 2005 seeking payment in the amount of $300,000.00 in fees and $3,952.69 in expenses for a total of $303,952.69 (the "Application").

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and

filed with the United States Bankruptcy Court for the District of Delaware, Marine

Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before

**September 9, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if

any, upon the following: (i) Joseph J. Radecki, Jr., CIBC World Markets Corp., 300

Madison Avenue, New York, NY 10017, co-counsel to David T. Austern, Roger

Frankel, Esquire and Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street,

NW, Suite 300, Washington, DC 20007 and John C. Phillips, Jr., Esquire, Phillips,

Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806 ; (ii) co-

counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East

Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang,

Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705,

Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured

Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane,

New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP,

1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the

Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire,

Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South

Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire,

Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE

19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants,

Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York,

NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan

Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-

counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower,

Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222

Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to

the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin

Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of

the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street,

Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith

and Associates, Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to the

undersigned counsel.

Respectfully submitted,

SWIDLER BERLIN LLP

By: _____

Roger Frankel, *admitted pro hac vice*
Richard H. Wyron, *admitted pro hac vice*
3000 K Street, NW, Suite 300
Washington, DC 20007
(202) 424-7500
Counsel to David T. Austern,
As Future Claimants Representative

Dated: May 3, 2005

-3-

# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: September 9, 2005 at 4:00 pm |
| | ) | Hearing Date: September 26, 2005 at 12:00 pm |

**FOURTH QUARTERLY INTERIM FEE APPLICATION OF
CIBC WORLD MARKETS CORP., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | As of June 4, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2005 – March 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary: | $300,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,952.69 |

This is a ___ monthly          x interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2005 – March 31, 2005

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations/Business Results Related | 219.00 | NA |
| Financial Analysis | 215.75 | NA |
| Hearing Attendance | 15.00 | NA |
| Plan & Disclosure Statement | 101.75 | NA |
| Settlement Analysis | 27.50 | NA |
| Tax Due Diligence | 103.50 | NA |
| **TOTAL** | **682.50** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2005 – March 31, 2005

| Expense Category | Total |
|---|---|
| Airfare | $2,425.10 |
| Meals | 4.06 |
| Desktop Publishing/Printing | 83.26 |
| Research | 1,174.75 |
| Telephone | 108.02 |
| Transportation | 157.50 |
| **TOTAL** | $3,952.69 |

---

[1] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objection Date: September 9, 2005 at 4:00 pm |
| | ) | Hearing Date: September 26, 2005 at 12:00 pm |

## FOURTH QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD MARKETS CORP., AS FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005

Pursuant to 328(a) U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, the Retention Order (as defined herein), and this Court's Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Procedures"), CIBC World Markets Corp. ("CIBC") hereby submits this fourth quarterly interim application (the "Fourth Quarterly Interim Application") for an allowance of (i) compensation for professional services rendered to the future claimants' representative of W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for the period of January 1, 2005 through March 31, 2005 (the "Interim Period"), and (ii) the reimbursement of expenses incurred during the same period. In support of this Fourth Quarterly Interim Application, CIBC respectfully represents as follows:

## I.    Jurisdiction

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1334.

## II.    Background

2.    On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.  The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.    By an Order dated May 24, 2004, the Court appointed David T. Austern as the Legal Representative for Future Asbestos Claimants (the "FCR") for the above captioned cases. The same Order authorizes the FCR to employ professionals under the provision applicable to employment of professionals by an official committee (Section 1103 of the bankruptcy code).  On June 17, 2004, the FCR applied to this Court for an order authorizing the retention of CIBC pursuant to an engagement agreement dated June 4, 2004 (the "Engagement Agreement") as his financial advisor.

4.    On September 27, 2004, this Court entered an order (the "Retention Order") authorizing the FCR to employ CIBC as financial advisor effective nunc pro tunc as of the June 4, 2004 pursuant to the terms of the Engagement Agreement.  A copy of the Retention Order is annexed hereto as Exhibit C.

## III.    Summary of Services Rendered

5.    The financial services provided to the FCR by CIBC during this period included but was not limited to:

    (a)  Conducting due diligence and familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the specialty chemicals industry in which the Debtor operates;

    (b)  Conducting due diligence and familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the financial condition of the Debtors' businesses;

(c) Conducting due diligence and familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the operations of the Debtors' businesses;

(d) Advising the FCR with respect to a proposed restructuring and implementation of a trust as contemplated under Section 524(g) of the Bankruptcy Code including analyzing, negotiating and effecting a plan of reorganization or recapitalization for the Debtors;

(e) Reviewing and analyzing the Debtors' claim analysis and contemplated plan treatment;

(f) Familiarizing itself to the extent appropriate with, and advising the FCR with respect to, the Court docket and the numerous motions and orders filed in connection with this case;

(g) Analyzing the financial impact on the Debtor of current motions in this case, including those related to tax issues;

(h) Evaluating the financial effect of the implementation of any plan of reorganization upon the assets or securities of the Debtors; and

(i) Performing valuation analyses on the Debtors and their assets.


IV.  **CIBC's Request for Compensation and Expense Reimbursement**

6.   Pursuant to the Procedures, professionals may request monthly compensation and the reimbursement of expenses incurred.  The notice parties listed in the Procedures may object to such a request.  If no notice party objects to a professional's request within twenty (20) days after the date of service of the request, the applicable professional may submit to this Court a certification of no objection whereupon the Debtors are authorized to pay 80% of the fees and 100% of the expenses requested.

7.   Furthermore, and also pursuant to the Procedures, professionals are to file with this Court and serve upon the notice parties a quarterly request for interim approval and allowance of the monthly fee applications filed during the quarter.  If this Court grants the relief requested in these quarterly requests, the Debtors are authorized and directed to pay 100% of the fees and expenses requested in the monthly fee applications for the applicable quarter (less amounts previously paid as a result of monthly fee applications).

8.    With this Fourth Quarterly Interim Application, CIBC seeks interim allowance of compensation in the amount of $300,000.00, representing three monthly fees of $100,000.00 each for the period of January 1, 2005 through March 31, 2005.

9.    During the Fourh Interim Period, CIBC has recorded expenses in the amount of $3,952.69. The actual and necessary costs and expenses for which CIBC seeks reimbursement include the following:

    a.    ***Research*** -- It is CIBC's practice to use financial market research in providing financial advisory services. This primarily consists of research reports on public companies and market/industry reports issued by investment banks other than CIBC as well as other research services. The charge to the client is actual cost, without a premium.

    b.    ***Airfare & Transportation*** -- CIBC charges clients for necessary transportation costs related to travel to and from an airport, and necessary airfare costs or other costs in connection with travel to meetings, due diligence, court hearings, etc. The charge to the client is actual cost, without a premium.

    c.    ***Meals*** -- CIBC charges clients for meal/catering costs incurred when meeting with clients or other case professionals. The charge to the client is actual cost, without a premium.

    d.    ***Telephone*** -- CIBC charges clients for mobile telephone charges. Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill.

    e.    **Printing/Desktop Publishing** -- CIBC charges clients for outsourced desktop publishing costs and printing charges associated with the production of presentations and similar materials. The charge to the client is actual cost, without a premium.

## V.    Relief Requested

10.    With this Fourth Quarterly Interim Application, CIBC requests that this Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred during the Interim Period.

11.    Except for the Debtors' promise to pay compensation and reimbursement as allowed by the Court, and such compensation and reimbursement which has been or may be paid pursuant

to the Procedures, CIBC has received no payment and no promise for payment from any source for services rendered, or to be rendered, in any capacity whatsoever in connection with this case.

12.   Pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, CIBC has not shared and has not agreed to share (a) any compensation it has received or may receive with another party or person, or (b) any compensation another person or party has received or may receive in connection with this case.

WHEREFORE, for all these reasons, CIBC respectfully requests that the Court allow CIBC the sum of $300,000.00 in fees and expenses of $3,952.69 for a total compensation of $303,952.69 for the period January 1, 2005 to March 31, 2005, that such sums be authorized for payment, and that the Court grant such other and further relief as is just and proper.

Dated: May 9, 2005

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____

Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to Davis T. Austern
Future Claimants' Representative

–5–

# EXHIBIT A

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jonathan Brownstein | 1/3/2005 | 2.5 | Financial Analysis | Prepare and review financial analysis |
| Joanna Wa | 1/3/2005 | 1.3 | Financial Analysis | Various financial analysis |
| Joanna Wa | 1/4/2005 | 6.5 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 1/5/2005 | 3.0 | Business Operations | Review of Case filings |
| Jonathan Brownstein | 1/5/2005 | 2.3 | Business Operations | Review / Discussions of Case Filings (Including Objections to Plan / Disclosure Statement) |
| Ritwik Chatterjee | 1/5/2005 | 7.3 | Business Operations | Review of Case filings / various financial analysis |
| Joanna Wa | 1/5/2005 | 4.0 | Financial Analysis | Valuation Analysis |
| Joseph Radecki | 1/6/2005 | 3.8 | Financial Analysis | Review financial and recovery analyses |
| Jonathan Brownstein | 1/6/2005 | 4.0 | Plan Analysis | Preparation of Recovery Analysis / Comparison to Prior Negotiations |
| Ritwik Chatterjee | 1/6/2005 | 11.0 | Financial Analysis | Various recovery analyses/ Financial & Valuation analysis |
| Joanna Wa | 1/6/2005 | 9.3 | Plan Analysis | Various recovery analyses |
| Joseph Radecki | 1/7/2005 | 4.0 | Valuation | Review financial and recovery analyses |
| Jonathan Brownstein | 1/7/2005 | 4.0 | Valuation | Prepare and review financial analysis; internal meetings re analysis. |
| Ritwik Chatterjee | 1/7/2005 | 8.0 | Valuation | Various financial analysis; internal discussions re: analysis |
| Joanna Wa | 1/7/2005 | 8.0 | Financial Analysis | Various financial analysis; internal meetings re: same |
| Jonathan Brownstein | 1/10/2005 | 3.8 | Valuation | Prepare and review financial analysis |
| Ritwik Chatterjee | 1/10/2005 | 7.7 | Valuation | Various financial analysis |
| Joanna Wa | 1/10/2005 | 7.7 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 1/11/2005 | 1.8 | Financial Analysis | Internal CIBC meetings. |
| Joanna Wa | 1/11/2005 | 1.8 | Financial Analysis | Internal CIBC discussions |
| Joseph Radecki | 1/14/2005 | 5.0 | Plan and Disclosure Statement | Plan and Disclosure Statement review |
| Jonathan Brownstein | 1/14/2005 | 3.0 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Ritwik Chatterjee | 1/14/2005 | 4.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement |
| Joanna Wa | 1/14/2005 | 5.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joanna Wa | 1/15/2005 | 2.8 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joseph Radecki | 1/17/2005 | 5.0 | Plan and Disclosure Statement | Plan and Disclosure Statement review |
| Jonathan Brownstein | 1/17/2005 | 3.3 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Ritwik Chatterjee | 1/17/2005 | 5.3 | Plan and Disclosure Statement | Review Plan and Disclosure Statement |
| Joanna Wa | 1/17/2005 | 2.5 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joseph Radecki | 1/18/2005 | 3.8 | Plan and Disclosure Statement | Plan and Disclosure Statement review |
| Jonathan Brownstein | 1/18/2005 | 2.0 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Ritwik Chatterjee | 1/18/2005 | 2.5 | Plan and Disclosure Statement | Review Plan and Disclosure Statement |
| Joanna Wa | 1/18/2005 | 4.0 | Plan and Disclosure Statement | Review Plan and Disclosure Statement / Related Analysis |
| Joseph Radecki | 1/19/2005 | 2.3 | Business Operations | Review  Norris Agreement / Debtors' Motion for management employment agreement |
| Jonathan Brownstein | 1/19/2005 | 1.0 | Business Operations / Plan and DS | Review Plan / Disclosure Statement; Review of Debtors' Motion for CEO Employment Agreement / Norris Consulting Agreement |
| Ritwik Chatterjee | 1/19/2005 | 1.0 | Business Operations | Review of Debtors' Motion for executive employment agreement / Norris Agreement |
| Joanna Wa | 1/19/2005 | 1.0 | Business Operations | Review of Norris Agreement / Related topics |
| Joseph Radecki | 1/21/2005 | 7.0 | Financial Analysis | Attended case hearing telephonically; Review and discuss various financial analysis |
| Jonathan Brownstein | 1/21/2005 | 6.5 | Hearing Attendance | Attended telephonically hearing on January 21, 2005 |
| Joanna Wa | 1/21/2005 | 6.0 | Financial Analysis | Various financial analysis |
| Jonathan Brownstein | 1/22/2005 | 1.3 | Plan and Disclosure Statement | Review Plan / Disclosure Statement |
| Joseph Radecki | 1/24/2005 | 2.8 | Financial Analysis | Review and discuss various financial analysis |
| Jonathan Brownstein | 1/24/2005 | 2.3 | Financial Analysis | Prepare and review financial analysis |
| Ritwik Chatterjee | 1/24/2005 | 3.0 | Financial Analysis | Various financial analysis |
| Joanna Wa | 1/24/2005 | 3.0 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 1/25/2005 | 2.0 | Business Operations | Review Case docket |
| Jonathan Brownstein | 1/25/2005 | 2.0 | Business Operations | Review case docket |
| Ritwik Chatterjee | 1/25/2005 | 2.8 | Business Operations | Review financial results; Review Case docket |
| Joanna Wa | 1/25/2005 | 2.8 | Business Operations | Review Case docket |
| Joseph Radecki | 1/26/2005 | 2.0 | Financial Analysis | Review of results of comparable company set; internal discussions re: same topic |
| Jonathan Brownstein | 1/26/2005 | 2.0 | Financial Analysis | Review comparable companies' results of operations; CIBC meetings. |
| Ritwik Chatterjee | 1/26/2005 | 2.0 | Financial Analysis | Review earnings of comparable companies; CIBC discussions re: earnings |
| Joseph Radecki | 1/27/2005 | 1.3 | Business Operations | Internal discussions re: case issues |
| Jonathan Brownstein | 1/27/2005 | 1.5 | Business Operations | Review case docket; internal meetings re: various. |
| Ritwik Chatterjee | 1/27/2005 | 1.5 | Business Operations | Review Case docket; internal discussions re: case issues |
| Joanna Wa | 1/27/2005 | 1.5 | Business Operations | Review Case docket; internal meetings re: various issues |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 1/28/2005 | 1.8 | Financial Analysis | Review of results of comparable company set |
| Joanna Wa | 1/28/2005 | 7.3 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 1/31/2005 | 1.0 | Business Operations | Review Case docket |
| Jonathan Brownstein | 1/31/2005 | 0.5 | Business Operations | Review case docket |
| Ritwik Chatterjee | 1/31/2005 | 1.0 | Business Operations | Review Case docket |
| Joanna Wa | 1/31/2005 | 1.0 | Business Operations | Review Case docket |
| Jonathan Brownstein | 2/1/2005 | 1.0 | Business Operations | Review case docket |
| Joanna Wa | 2/1/2005 | 6.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/2/2005 | 4.3 | Financial Analysis | Review various financial analysis |
| Jonathan Brownstein | 2/2/2005 | 3.8 | Financial Analysis | Prepare and review financial analysis |
| Ritwik Chatterjee | 2/2/2005 | 4.0 | Financial Analysis | Various Financial Analysis |
| Joanna Wa | 2/2/2005 | 4.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/3/2005 | 2.0 | Financial Analysis | Review various financial analysis |
| Jonathan Brownstein | 2/3/2005 | 3.8 | Financial Analysis | Prepare and review financial analysis |
| Ritwik Chatterjee | 2/3/2005 | 4.8 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/6/2005 | 2.3 | Business Operations | Review executive compensation issues |
| Jonathan Brownstein | 2/6/2005 | 2.0 | Business Operations | Review executive compensation issues |
| Ritwik Chatterjee | 2/6/2005 | 1.8 | Business Operations | Review executive compensation issues |
| Joseph Radecki | 2/7/2005 | 3.8 | Business Operations | Review criminal case issues (Libby) |
| Jonathan Brownstein | 2/7/2005 | 2.0 | Business Operations | Review criminal case |
| Ritwik Chatterjee | 2/7/2005 | 2.0 | Business Operations | Review criminal case issues |
| Joanna Wa | 2/7/2005 | 2.0 | Business Operations | Review Libby issues |
| Joseph Radecki | 2/8/2005 | 4.8 | Business Operations | Review criminal case issues (Libby) |
| Jonathan Brownstein | 2/8/2005 | 2.3 | Business Operations | Review criminal case |
| Ritwik Chatterjee | 2/8/2005 | 4.0 | Business Operations | Review criminal case issues; review exec compensation issues |
| Joanna Wa | 2/8/2005 | 1.5 | Business Operations | Review Libby issues |
| Joseph Radecki | 2/9/2005 | 6.0 | Business Operations | Analysis and review of Company financial briefing; internal meetings.  Preparation for |
| Jonathan Brownstein | 2/9/2005 | 4.8 | Business Operations | Preparation for upcoming presentation at Company. |
| Ritwik Chatterjee | 2/9/2005 | 5.3 | Business Operations | Prepare for business plan meeting; Review quarterly financial briefing; internal discussions re: same |
| Joanna Wa | 2/9/2005 | 4.0 | Business Operations | Review quarterly financial briefing; analysis re: same; internal meetings re: financial update |
| Joseph Radecki | 2/10/2005 | 12.5 | Business Operations | Grace Business Plan meeting (including travel) |
| Jonathan Brownstein | 2/10/2005 | 12.0 | Business Operations | Review of 2004 results and 2005 budget (includes travel time) |
| Ritwik Chatterjee | 2/10/2005 | 11.0 | Business Operations | Grace Business Plan meeting (including travel) |
| Joanna Wa | 2/10/2005 | 11.5 | Business Operations | Grace meeting in at Company HQ (with travel) |
| Joseph Radecki | 2/11/2005 | 2.8 | Business Operations | Review of recently received business plan |
| Jonathan Brownstein | 2/11/2005 | 3.5 | Business Operations | Review of 2005 plan and 2004 financial/business results |
| Ritwik Chatterjee | 2/11/2005 | 3.0 | Business Operations | Review Business plan |
| Joanna Wa | 2/11/2005 | 7.5 | Business Operations | Review materials from plan meeting; financial analysis re: same |
| Joseph Radecki | 2/14/2005 | 1.5 | Financial Analysis | Review of recently received business plan |
| Jonathan Brownstein | 2/14/2005 | 1.5 | Financial Analysis | Review of 2005 plan and 2004 financial/business results |
| Ritwik Chatterjee | 2/14/2005 | 7.0 | Financial Analysis | Financial analyses related to new business plan |
| Joanna Wa | 2/14/2005 | 7.0 | Financial Analysis | Financial analyses related to new business plan |
| Joseph Radecki | 2/15/2005 | 4.0 | Financial Analysis | Review of team's analysis of new business plan; internal meetings re: same |
| Jonathan Brownstein | 2/15/2005 | 3.5 | Financial Analysis | Review of 2005 plan and 2004 financial/business results |
| Ritwik Chatterjee | 2/15/2005 | 7.0 | Financial Analysis | Financial analyses related to new business plan; internal meetings re: same |
| Joanna Wa | 2/15/2005 | 7.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/16/2005 | 2.5 | Financial Analysis | Review of team's analysis of new business plan; internal meetings re: same |
| Jonathan Brownstein | 2/16/2005 | 4.0 | Financial Analysis | Preparation and review of analysis of new business plan; internal meetings. |
| Ritwik Chatterjee | 2/16/2005 | 5.5 | Financial Analysis | Financial analyses related to new business plan |
| Joanna Wa | 2/16/2005 | 5.5 | Financial Analysis | Various Financial Analysis |
| Jonathan Brownstein | 2/17/2005 | 1.0 | Financial Analysis | Preparation and review of analysis of new business plan. |
| Joanna Wa | 2/17/2005 | 6.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/18/2005 | 1.5 | Plan and Disclosure Statement | Internal discussions regarding case issues |
| Ritwik Chatterjee | 2/18/2005 | 1.5 | Plan and Disclosure Statement | Internal meetings re various case issues |
| Joanna Wa | 2/18/2005 | 7.3 | Plan and Disclosure Statement | Internal meetings re various case issues; various financial analysis |
| Joseph Radecki | 2/22/2005 | 1.0 | Plan and Disclosure Statement | Internal discussions regarding case issues |
| Jonathan Brownstein | 2/22/2005 | 1.0 | Plan and Disclosure Statement | Internal discussions regarding case issues |
| Joanna Wa | 2/23/2005 | 1.8 | Business Operations | Review Case docket |
| Joseph Radecki | 2/24/2005 | 1.0 | Financial Analysis | Review financial analysis |
| Jonathan Brownstein | 2/24/2005 | 4.0 | Financial Analysis | Prepare and review financial analysis of Company and competitors |
| Joanna Wa | 2/24/2005 | 2.0 | Financial Analysis | Various Financial Analysis |
| Joseph Radecki | 2/25/2005 | 1.5 | Financial Analysis | Review financial analysis |
| Jonathan Brownstein | 2/25/2005 | 2.5 | Financial Analysis | Prepare and review financial analysis of Company and competitors |
| Joseph Radecki | 2/28/2005 | 1.3 | Financial Analysis | Internal meetings, Review filings of comparable companies |
| Jonathan Brownstein | 2/28/2005 | 1.5 | Hearing Attendance | Attended telephonically hearing on February 28, 2005 |
| Ritwik Chatterjee | 2/28/2005 | 1.0 | Financial Analysis | Comparable companies filings; internal discussion re: same |
| Joanna Wa | 2/28/2005 | 2.0 | Financial Analysis | Internal meetings, Review filings of comparable companies |

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| David Jaffee | 3/1/2005 | 4.3 | Business Operations | Various financial analysis re: comparable companies in sector |
| Joseph Radecki | 3/2/2005 | 2.0 | Financial Analysis | Review various financial analysis completed by CIBC team |
| Ritwik Chatterjee | 3/2/2005 | 4.0 | Business Operations | Review Blackstone material on potential acquisition |
| David Jaffee | 3/2/2005 | 5.3 | Business Operations | Review documents on potential acquisition; various financial analysis |
| Jonathan Brownstein | 3/3/2005 | 3.0 | Business Operations | Review docs re: potential acquisition; conf call with Blackstone re: same |
| Ritwik Chatterjee | 3/3/2005 | 1.0 | Business Operations | Conference Call with Debtors re: potential acquisition |
| David Jaffee | 3/3/2005 | 3.8 | Business Operations | Conference Call with Debtors re: potential acquisition; various follow-up analysis re: same |
| Joseph Radecki | 3/4/2005 | 2.8 | Business Operations | Review materials on contemplated acquisition. |
| Jonathan Brownstein | 3/4/2005 | 0.8 | Plan and Disclosure Statement | Review General Grace Issues |
| Joseph Radecki | 3/8/2005 | 4.0 | Business Operations | Conf calls re: same with Swidler and Blackstone re: CEO motion, potential acquisition, other issues.  Review materials related to same. |
| Jonathan Brownstein | 3/8/2005 | 2.3 | Business Operations | Festa CEO compensation motion / Argonaut Acquisition; conf calls re: same with Swidler and Blackstone. |
| Ritwik Chatterjee | 3/8/2005 | 2.0 | Business Operations | Review Festa CEO compensation motion / Argonaut Acquisition; conf calls with counsel and Blackstone re: same. |
| David Jaffee | 3/8/2005 | 3.0 | Business Operations | Review Argonaut information; analysis re: same. |
| David Jaffee | 3/9/2005 | 2.3 | Financial Analysis | Various financial |
| Ritwik Chatterjee | 3/10/2005 | 2.0 | Financial Analysis | Various financial analysis |
| David Jaffee | 3/10/2005 | 2.0 | Financial Analysis | Various financial analysis |
| Ritwik Chatterjee | 3/11/2005 | 1.0 | Financial Analysis | Various financial analysis; internal discussions. |
| David Jaffee | 3/11/2005 | 3.5 | Financial Analysis | Various financial analysis; internal meetings re: same. |
| Joseph Radecki | 3/15/2005 | 1.3 | Business Operations | Review Blackstone materials on GPC deal. |
| Jonathan Brownstein | 3/15/2005 | 2.0 | Business Operations | Review Blackstone materials on GPC deal. |
| Ritwik Chatterjee | 3/15/2005 | 2.5 | Business Operations | Review Blackstone materials on GPC deal. |
| David Jaffee | 3/15/2005 | 1.8 | Business Operations | Review documents relating to GPC deal. |
| Joseph Radecki | 3/16/2005 | 1.0 | Business Operations | Internal meetings re: GPC issues and other. |
| Jonathan Brownstein | 3/16/2005 | 4.5 | Business Operations | Review sector data relating to GPC deal; internal discussions re: same. |
| Ritwik Chatterjee | 3/16/2005 | 5.0 | Business Operations | Review market information relating to GPC deal; internal discussions regarding same. |
| David Jaffee | 3/16/2005 | 5.0 | Business Operations | Review market information relating to GPC deal, internal meetings regarding same. |
| Joseph Radecki | 3/17/2005 | 1.8 | Financial Analysis | Review various financial analysis completed by CIBC team |
| David Jaffee | 3/17/2005 | 1.0 | Financial Analysis | Various financial analysis. |
| Ritwik Chatterjee | 3/18/2005 | 1.8 | Financial Analysis | Various financial analysis; internal discussions re: same |
| David Jaffee | 3/18/2005 | 3.0 | Financial Analysis | Various financial analysis. |
| Joseph Radecki | 3/21/2005 | 2.0 | Plan Analysis | Review of plan treatment; internal discussions. |
| Jonathan Brownstein | 3/21/2005 | 2.0 | Plan Analysis | Review of plan treatment; internal meetings relating to same. |
| Ritwik Chatterjee | 3/21/2005 | 2.0 | Plan Analysis | Review of plan treatment and related analysis |
| Ritwik Chatterjee | 3/22/2005 | 2.3 | Financial Analysis | Various financial analysis |
| David Jaffee | 3/22/2005 | 2.3 | Financial Analysis | Various financial analysis |
| Joseph Radecki | 3/23/2005 | 3.0 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues. |
| David Jaffee | 3/23/2005 | 7.0 | Tax Due Diligence | Research on tax issues; various financial analysis |
| Joseph Radecki | 3/24/2005 | 3.8 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues. |
| Jonathan Brownstein | 3/24/2005 | 4.0 | Tax Due Diligence | Review of Grace tax issues, including all filed motions. |
| David Jaffee | 3/24/2005 | 6.5 | Tax Due Diligence | Research on tax issues |
| Joseph Radecki | 3/25/2005 | 2.8 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues. |
| Jonathan Brownstein | 3/25/2005 | 5.0 | Tax Due Diligence | Review of Grace tax issues, including all filed motions. Internal meetings re: same. |
| Ritwik Chatterjee | 3/25/2005 | 4.3 | Tax Due Diligence | Internal discussions relating to tax situation. Analysis and review of same. |
| David Jaffee | 3/25/2005 | 5.0 | Tax Due Diligence | Analysis of Grace tax issues |
| Joseph Radecki | 3/28/2005 | 4.0 | Tax Due Diligence | Review of documents and motions relating to Grace tax history and current issues. |
| Jonathan Brownstein | 3/28/2005 | 6.3 | Tax Due Diligence | Review of Grace tax issues, including all filed motions. |
| Ritwik Chatterjee | 3/28/2005 | 7.0 | Tax Due Diligence | Analysis and review of Grace tax issues |
| David Jaffee | 3/28/2005 | 3.5 | Tax Due Diligence | Analysis of Grace tax issues; various financial analysis |
| Joseph Radecki | 3/29/2005 | 2.0 | Tax Due Diligence | Review of Kentucky plant issues / claims document sent by Blackstone |
| Jonathan Brownstein | 3/29/2005 | 2.5 | Tax Due Diligence | Review of Grace tax issues, including all filed motions on the subject. Review of Kentucky plant issues. |
| Ritwik Chatterjee | 3/29/2005 | 7.5 | Business Operations | Review Blackstone materials on Kentucky plant; Analysis and review of Grace tax issues |
| David Jaffee | 3/29/2005 | 2.0 | Business Operations | Review documents on Kentucky plant; related research |
| Joseph Radecki | 3/30/2005 | 6.0 | Plan Analysis | Review of Kentucky plant issues / claims document sent by Blackstone / tax matters. |
| Jonathan Brownstein | 3/30/2005 | 5.8 | Plan Analysis | Review Blackstone materials on claims analysis; various related analysis. Review tax issues in preparation for due diligence trip. |
| Ritwik Chatterjee | 3/30/2005 | 5.5 | Plan Analysis | Review Blackstone materials on claims analysis; various related analysis |
| David Jaffee | 3/30/2005 | 3.0 | Plan Analysis | Review claims analysis; various related analysis |
| Joseph Radecki | 3/31/2005 | 12.5 | Tax Due Diligence | Meeting with Grace tax department (time includes travel) |
| Jonathan Brownstein | 3/31/2005 | 12.0 | Tax Due Diligence | Meeting with Grace tax department (time includes travel) |
| Ritwik Chatterjee | 3/31/2005 | 12.5 | Tax Due Diligence | Meeting with Grace tax professionals in Boca Raton (includes travel) |

3

# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (January 1, 2005 – March 31, 2005)
## (with date expense was posted)

### January

Telephone

| | | |
|---|---|---|
| Jonathan Brownstein | 01/24/05 | $52.42 |
| Subtotal Telephone: | | $52.42 |

Research

| | | |
|---|---|---|
| Thomsom Financial | 01/19/05 | $51.08 |
| Standard & Poor's MMS | 01/26/05 | 15.12 |
| Standard & Poor's MMS | 01/26/05 | 175.50 |
| Capital IQ Research | 01/27/05 | 16.77 |
| Courts Pacer Service Center | 01/28/05 | 74.83 |
| Subtotal Research: | | $333.30 |

### February

Travel Meals

| | | |
|---|---|---|
| Rit Chatterjee | 02/16/05 | $4.06 |
| Subtotal Meals: | | $4.06 |

Air fare

| | | |
|---|---|---|
| Joe Radecki | 02/16/05 | $724.40 |
| Rit Chatterjee | 02/16/05 | 566.90 |
| Jon Brownstein | 02/16/05 | 566.90 |
| Subtotal Air fare: | | $1,858.20 |

Transportation

| | | |
|---|---|---|
| Jon Brownstein (car rental) | 02/16/05 | $75.50 |
| Subtotal Transportation: | | $75.50 |

Telephone

| | | |
|---|---|---|
| Joe Radecki | 02/04/05 | $20.60 |
| Jonathan Brownstein | 02/16/05 | 35.00 |
| Subtotal Telephone: | | $55.60 |

Research

| | | |
|---|---|---|
| Thomson Financial | 02/03/05 | $535.43 |
| Thomson Financial | 02/03/05 | 306.02 |
| Subtotal Research: | | $841.45 |

4

Printing
Joanna Wa                          02/08/05                      $83.26
Subtotal Printing:                                              $83.26


**March**

Air fare
Joanna Wa                          03/14/05                      566.90
Subtotal Air fare:                                             $566.90


Transportation

Joe Radecki (auto mileage)         03/29/05                      66.00
Joe Radecki                        03/29/05                      12.00
Joe Radecki (parking)              03/29/05                       4.00
Subtotal Transportation:                                       $82.00

**TOTAL EXPENSES:**                                          **$ 3,952.69**

**EXHIBIT C**

## THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## <u>AFFIDAVIT</u>

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK )

     Joseph J. Radecki Jr. being duly sworn, deposes and says:

     1.     I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

     2.     No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

     3.     I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.      I have reviewed the Fourth Quarterly Interim Application of CIBC World Markets Corp. for the time period January 1, 2005 through March 31, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.


_____
Joseph J. Radecki, Jr.


Sworn to and subscribed before me
this ___ day of May, 2005


_____

My commission expires:

JUDITH CHAITOW
Notary Public, State of New York
No. 31-4689789
Qualified in New York County
Commission Expires February 28, 2006

−2−

# THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING FOURTH QUARTERLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP. FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2005 THROUGH MARCH 31, 2005

CIBC World Markets Corp. ("CIBC"), as financial advisor to the captioned debtors and debtors-in-possession (the "Debtors"), filed its Fourth Quarterly Interim Application for allowance of compensation and reimbursement of expenses for January 1, 2005 through March 31, 2005 (the "Fourth Quarterly Application"). The Court has reviewed the Fourth Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the Fourth Quarterly Application, and any hearing on the Fourth Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Fourth Quarterly Application. Accordingly, it is hereby ORDERED that the Fourth Quarterly Application of CIBC is GRANTED on an interim basis. The Debtors shall pay to CIBC the sum of $300,000.00 as compensation and $3,952.69 as reimbursement for expenses for a total of $303,952.69 for services rendered and disbursements incurred by CIBC for the period January 1, 2005 through March 31, 2005, less any amounts which may have been previously paid in connection with the monthly fee applications.

Dated: _____

_____
United States Bankruptcy Judge

## <u>CERTIFICATE OF SERVICE</u>

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on May 13, 2005, I caused a copy of the *Notice, Fourth Quarterly Fee Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants Representative for Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2005 through March 31, 2005, Exhibits A-C, Verification and proposed Order* to be served upon those persons listed in the attached Service List in the manner so indicated.

Debra O. Fullem, Senior Legal Assistant
Swidler Berlin, LLP

## SERVICE LIST

***Federal Express***
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

***Regular Mail***
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


***Federal Express***
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

***Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com***
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

***Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com***
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

***E-mail: syoder@bayardfirm.com***
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP