## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: June 6, 2005 @ 4:00 p.m.** |

## TWELFTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005

Name of Applicant:   *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:   *Official Committee of Equity Holders*

Date of Retention:   *As of July 18, 2001*

Period for which compensation
and reimbursement is sought:   *January 1, 2005 through and including March 31, 2005*

Amount of Compensation sought as
actual, reasonable and necessary:   *$183,897.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:   *$12,593.68*

This is a(n):   _   monthly   **X**   interim application

KL2:2389790.1

**SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS &
FRANKEL – JANUARY 1, 2005 THROUGH MARCH 31, 2005**

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Certification of No Objection Filing Date Docket No. | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Total Amount of Fees and Expenses Requested |
|---|---|---|---|---|---|---|
| 03/08/2005 7985 January 1, 2005 – January 31, 2005 | $132,776.50 | $8,060.80 | 03/31/2005 8146 | $106,221.20 | $8,060.80 | $140,837.30 |
| 03/28/2005 8128 February 1, 2005 – February 28, 2005 | $24,706.50 | $2,444.84 | 04/27/2005 8290 | $19,765.20 | $2,444.84 | $27,151.34 |
| 04/29/2005 8301 March 1, 2005 – March 31, 2005 | $26,414.00 | $2,827.24 | n/a | $0.00 | $0.00 | $29,241.24 |
| **Total** | **$183,897.00** | **$13,332.88** | | **$125,986.40** | **$10,505.64** | **$197,229.88** |

Currently Unpaid:    Fees         $ 57,910.60
                     Expenses     $  2,827.24

         **TOTAL**    **$ 60,737.84**

- 2 -

## SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL - OCTOBER, 1 2002 - DECEMBER 31, 2004

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $ 73,418.50 $ 5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $ 87,266.50 $ 10,070.69 | $ 86,576.50 $ 9,737.19 | $ 86,576.50 $ 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $ 70,445.00 $ 3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $ 51,487.00 $ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $ 27,447.00 $ 1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $ 34,092.00 $ 497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $ 45,266.00 $ 2,046.18 | $-0- |
| January 1, 2004 - March 31, 2004 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $ 31,674.50 $ 1,451.43 | $-0- |
| April 1, 2004 - June 30, 2004 | $ 48,415.50 $ 1,840.66 | $ 48,415.50 $ 1,840.66 | $ 27,233.60 $ 1,451.36 | $-0- |
| July 1, 2004 - September 30, 2004 | $ 47,550.00 $ 995.20 | $ 47,550.00 $ 995.20 | $ 38,039.60 $ 995.20 | $-0- |
| October 1, 2004 – December 31, 2004 | $406,517.00 $ 14,406.04 | $ 0.00 $ 0.00 | $325,213.60 $ 14,406.04 | $81,303.40 |
| **TOTAL** | **$876,029.00 $ 42,370.94** | **$468,822.00 $ 27,964.90** | **$776,100.19 $ 42,370.94** | **$81,303.40** |

Currently Unpaid:    Fees:    $81,303.40
                      Expenses  $      0.00

                      TOTAL    $81,303.40

---

[1] July 1-September 30, 2002 Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 30, 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 31, 2003 Order Granted on June 16, 2004 (Docket 5822); January 1-March 31, 2004 Order Granted on September 27, 2004 (Docket 6465); April 1-June 30, 2004 Order granted on January 26, 2005 (Docket 7622); July 1- September 30, 2004 Order granted on March 22, 2005 (Docket 8081); October 1- December 31, 2004 still pending.

KL2:2389790.1

## SUMMARY OF TIME FOR BILLING PERIOD

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Nadler, Ellen R. | 660.00 | 52.7 | $ 34,782.00 |
| Bentley, Philip | 554.19 | 45.2 | $ 25,049.50 |
| Mayer, Thomas Moers | 725.00 | 2.4 | $  1,740.00 |
| Horowitz, Gregory A. | 560.00 | 68.7 | $ 38,472.00 |
| Becker, Gary | 491.56 | 109.7 | $ 53,924.00 |
| Novod, Gordon | 410.00 | 2.5 | $  8,405.00 |
| Dimos, Bill | 275.00 | 6.8 | $  1,870.00 |
| Koevary, Jonathan T. | 275.00 | 8.9 | $  2,447.50 |
| Segal, Amanda J. | 275.00 | 37.3 | $ 10,257.50 |
| Mangual, Kathleen | 205.00 | 27.5 | $  5,637.50 |
| Shea, James | 205.00 | 0.3 | $     61.50 |
| Seidman, Emily | 205.00 | 1.1 | $    225.50 |
| Lipton, Matthew | 205.00 | 5.0 | $  1,025.00 |
| **Total** | | **386.1** | **$183,897.00** |

KL2:2389790.1

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 10/1/04 through 12/31/04 | Total Fees for the Period 10/1/04 through 12/31/04 |
|---|---|---|
| Case Administration | 42.4 | $ 11,728.00 |
| Creditor Committee | 31.0 | $ 17,252.00 |
| Bankruptcy Motions | 22.7 | $ 11,104.50 |
| Reorganization Plan | 66.1 | $ 25,967.50 |
| Fee Applications, Applicant | 20.7 | $  6,133.50 |
| Claims Analysis Objection | 167.3 | $ 97,100.50 |
| Fraudulent Conveyance/Adv. Proceeding | 1.0 | $    520.00 |
| Hearings | 16.7 | $  9,126.50 |
| Travel/Non-Working | 18.2 | $  4,964.50 |
| **Total** | **386.1** | **$183,897.00** |

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 10/1/04 through 12/31/04 |
|---|---|
| Velobindings | $     82.50 |
| Tabs | $    130.00 |
| Photocopying | $  2,427.90 |
| Long Distance Tel. | $      4.72 |
| Westlaw On-Line Research | $    411.50 |
| Lexis/Nexis On-Line Research | $  2,594.93 |
| Messenger/ Courier | $     47.81 |
| Legal Search Fees | $      3.20 |
| Corp. Doc. & Mat. | $    512.50 |
| Cab Fares | $    698.44 |
| Meals/In-House | $     65.00 |
| In House/Meals | $     45.19 |
| Out-of-town Travel | $  5,537.99 |
| Meals/T&E | $     32.00 |
| **Total** | **$12,593.68** |

- 5 -

The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period January 1, 2005 through March 31, 2005, it be allowed the total amount of fees of $183,897.00 and disbursements $12,593.68, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: May 12, 2005                            KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

- 6 -

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.70 | 520.00 | 364.00 |
| NOVOD, GORDON | CRED | 8.10 | 410.00 | 3,321.00 |
| DIMOS, BILL | CRED | 6.80 | 275.00 | 1,870.00 |
| SEGAL, AMANDA J | CRED | 9.70 | 275.00 | 2,667.50 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 11.80 | 205.00 | 2,419.00 |
| SHEA, JAMES | CRED | 0.30 | 205.00 | 61.50 |
| LIPTON, MATTHEW | LITI | 5.00 | 205.00 | 1,025.00 |
| Subtotal | | 42.40 | $ | 11,728.00 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 2.00 | 660.00 | 1,320.00 |
| BENTLEY, PHILIP | CRED | 7.00 | 595.00 | 4,165.00 |
| MAYER, THOMAS MOERS | CRED | 1.40 | 725.00 | 1,015.00 |
| HOROWITZ, GREGORY A. | LITI | 1.00 | 560.00 | 560.00 |
| BECKER, GARY M. | CRED | 19.60 | 520.00 | 10,192.00 |
| Subtotal | | 31.00 | $ | 17,252.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 2.00 | 660.00 | 1,320.00 |
| BENTLEY, PHILIP | CRED | 0.50 | 595.00 | 297.50 |
| BECKER, GARY M. | CRED | 11.70 | 520.00 | 6,084.00 |
| NOVOD, GORDON | CRED | 8.10 | 410.00 | 3,321.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.40 | 205.00 | 82.00 |
| Subtotal | | 22.70 | $ | 11,104.50 |

### REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.70 | 595.00 | 3,391.50 |
| MAYER, THOMAS MOERS | CRED | 1.00 | 725.00 | 725.00 |
| BECKER, GARY M. | CRED | 22.60 | 520.00 | 11,752.00 |
| KOEVARY, JONATHAN T | CRED | 8.90 | 275.00 | 2,447.50 |
| SEGAL, AMANDA J | CRED | 27.60 | 275.00 | 7,590.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 0.30 | 205.00 | 61.50 |
| | Subtotal | 66.10 | $ | 25,967.50 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 6.00 | 520.00 | 3,120.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 13.60 | 205.00 | 2,788.00 |
| SEIDMAN, EMILY | CRED | 1.10 | 205.00 | 225.50 |
| | Subtotal | 20.70 | $ | 6,133.50 |

### CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 48.70 | 660.00 | 32,142.00 |
| BENTLEY, PHILIP | CRED | 19.90 | 595.00 | 11,840.50 |
| HOROWITZ, GREGORY A. | LITI | 67.70 | 560.00 | 37,912.00 |
| BECKER, GARY M. | CRED | 25.30 | 520.00 | 13,156.00 |
| NOVOD, GORDON | CRED | 4.30 | 410.00 | 1,763.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 1.40 | 205.00 | 287.00 |
| | Subtotal | 167.30 | $ | 97,100.50 |

KL4:2126419.1

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 1.00 | 520.00 | 520.00 |
| | Subtotal | 1.00 | $ | 520.00 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 5.90 | 595.00 | 3,510.50 |
| BECKER, GARY M. | CRED | 10.80 | 520.00 | 5,616.00 |
| | Subtotal | 16.70 | $ | 9,126.50 |

### TRAVEL\NON-WORKING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 6.20 | 297.50 | 1,844.50 |
| BECKER, GARY M. | CRED | 12.00 | 260.00 | 3,120.00 |
| | Subtotal | 18.20 | $ | 4,964.50 |
| | Total | 386.10 | $ | 183,897.00 |

KL4:2126419.1

SCHEDULE OF TIME CHARGES AND RATES
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | PARTNER | 52.70 | 660.00 | 34,782.00 |
| BENTLEY, PHILIP | PARTNER | 45.20 | 554.19 | 25,049.50 |
| MAYER, THOMAS MOERS | PARTNER | 2.40 | 725.00 | 1,740.00 |
| HOROWITZ, GREGORY A. | PARTNER | 68.70 | 560.00 | 38,472.00 |
| BECKER, GARY M. | SPEC COUNS | 109.70 | 491.56 | 53,924.00 |
| NOVOD, GORDON | ASSOCIATE | 20.50 | 410.00 | 8,405.00 |
| DIMOS, BILL | ASSOCIATE | 6.80 | 275.00 | 1,870.00 |
| KOEVARY, JONATHAN T | ASSOCIATE | 8.90 | 275.00 | 2,447.50 |
| SEGAL, AMANDA J | ASSOCIATE | 37.30 | 275.00 | 10,257.50 |
| MANGUAL, KATHLEEN | PARALEGAL | 27.50 | 205.00 | 5,637.50 |
| SHEA, JAMES | PARALEGAL | 0.30 | 205.00 | 61.50 |
| SEIDMAN, EMILY | PARALEGAL | 1.10 | 205.00 | 225.50 |
| LIPTON, MATTHEW | PARALEGAL | 5.00 | 205.00 | 1,025.00 |
| | Total | 386.10 | | $183,897.00 |

SCHEDULE OF DISBURSEMENTS
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005

| DISBURSEMENTS | AMOUNT |
|---|---|
| VELOBINDINGS | 82.50 |
| TABS | 130.00 |
| PHOTOCOPYING | 2,427.90 |
| LONG-DISTANCE TEL. | 4.72 |
| WESTLAW ON - LINE RESEARCH | 411.50 |
| LEXIS / NEXIS  ON -LINE RESEAR | 2,594.93 |
| MESSENGER/COURIER | 47.81 |
| LEGAL SEARCH FEES | 3.20 |
| CORP. DOC.& MAT. | 512.50 |
| CAB FARES | 698.44 |
| MEALS/IN-HOUSE | 65.00 |
| IN-HOUSE/MEALS | 45.19 |
| OUT-OF-TOWN TRAVEL | 5,537.99 |
| MEALS/T & E | 32.00 |
| Subtotal | $12,593.68 |

KL4:2126419.1

SCHEDULE OF VOLUNTARY DISBURSEMENT REDUCTIONS
FOR THE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 1,294.88 |
| IN-HOUSE/MEALS | 3.10 |
| MEALS/T & E | 18.85 |
| Subtotal | $1,316.83 |

KL4:2126419.1