## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. <u>et al.</u>[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Hearing date:  June 27, 2005 at 12:00 p.m.**
**Objection Deadline:  June 10, 2005 at 4:00 p.m.**

## <u>NOTICE OF FILING OF QUARTERLY FEE APPLICATION</u>

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Corporate Recovery, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors (the "Advisors") of the above captioned debtor and debtors in

possession in the above-captioned chapter 11 cases, filed and served the Fifth Quarterly Interim

Application of Capstone Corporate Recovery, LLC, Financial Advisors to the Official

Committee of Unsecured Creditors, for Allowance of Compensation and for Services Rendered

and Reimbursement of Expenses Incurred for the period from January 1, 2005 through March 31,

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2005, seeking compensation in the amount of $272,717.50, reimbursement for actual and actual and necessary expenses in the amount of $2,498.72.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before

**June 10, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  Frank J. Perch, Esquire, 844 N. King Street, Wilmington, Delaware 19801

**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

(fax number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201, Attn: Stephen L. Bossay.


Dated: May 16, 2005
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

           /s/ Michael R. Lastowski
Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com

        and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:       lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------x

In re:                                            Chapter 11

W.R. GRACE & Co., et al.,                         Case No.  01-01139 (JKF)
                                                  (Jointly Administered)

                    Debtor                        Objection Deadline: To be Determined
                                                  Hearing Date: To be Determined

**FIFTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005)**

Name of Applicant:                                Capstone Advisory Group, LLC

Authorized to Provide Professional Services to:   The Official Committee of
                                                  Unsecured Creditors

Date of Retention:                                June 8, 2004 (nunc pro tunc to
                                                  February 4, 2004)

Period for which compensation and                 January 1, 2005 through
reimbursement is sought:                          March 31, 2005

Amount of Compensation sought
as actual, reasonable and necessary
during the Quarter (100%):                        $272,717.50

Amount of Expense Reimbursement sought
as actual, reasonable and necessary during
the Quarter (100%):                               $   2,498.72

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group, LLC
("Capstone"), effective March 3, 2005.**

This is an: __X___ interim _____ final application

This is the Fifth Quarterly application filed.  Disclosure for all periods is as follows:

# FIFTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005)

## ATTACHMENT A

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 2, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 3, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174.00** |

3

**FIFTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005)**

**ATTACHMENT B**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

4

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 1/1/05 through 3/31/05

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 35.60 | $18,868.00 |
| S. Cunningham | Member | $505 | 92.60 | $46,763.00 |
| C. Troyer | Consultant | $425 | 247.70 | $105,272.50 |
| L. Hamilton | Consultant | $350 | 59.20 | $20,720.00 |
| P. Freyer | Consultant | $335 | 218.20 | $73,097.00 |
| T. Sell | Consultant | $295 | 1.00 | $295.00 |
| M. Hakoun | Research | $150 | 38.20 | $5,730.00 |
| N. Backer | Paraprofessional | $85 | 23.20 | $1,972.00 |
| **For the Period 1/1/05 through 3/31/05** | | | **715.70** | **$272,717.50** |

**W.R. Grace & Co.**
**Capstone Corporate Recovery, LLC**
**Summary of Fees by Task Codes**
**For the period 1/1/05 through 1/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed proposed acquisition information and prepared a report to the Committee thereon. | 10.60 | $4,729.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims detail and updated its claims analyses. | 10.90 | $4,632.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including the POR, disclosure statement, and other issues. | 7.90 | $3,532.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the proposed management incentive plan compared to existing arrangements and database for comparable-sized companies, and prepared a summary discussion document thereon. | 35.20 | $15,065.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the December and quarterly fee applications. | 11.40 | $1,473.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q4 2004 financial results information and prepared a report to the Committee thereon. | 20.20 | $7,773.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed case docket items and legislative updates. | 10.00 | $3,817.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 51.50 | $22,835.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed Sealed Air settlement information. | 5.00 | $2,525.00 |
| 20. Valuation | During the Fee Application period, the Applicant analyzed various recovery scenarios. | 2.10 | $1,070.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed revised claims data with the Debtors' advisors. | 0.80 | $340.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding asbestos litigation. | 6.80 | $1,684.00 |
| **For the Period 1/1/05 through 1/31/05** | | **172.40** | **$69,477.00** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 2/1/05 through 2/28/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel. | 1.70 | $754.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the proposed CEO employment agreement and prepared a summary memorandum to the Committee thereon. | 1.90 | $771.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January and quarterly fee applications. | 10.80 | $1,979.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q4 performance and prepared a report to the Committee thereon. | 102.90 | $35,760.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed case docket items and legislative updates. | 15.30 | $5,208.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' Disclosure Statement and related documents. | 17.90 | $8,698.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed the COLI Closing Agreement and related motion as well as foreign restructuring information. The applicant also prepared a report to the Committee regarding tax issues. | 37.60 | $17,047.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls and a meeting with the Debtors and their advisors regarding the Q4 performance and the 2005 Business Plan. | 13.00 | $5,845.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding proposed asbestos litigation. | 4.10 | $1,165.00 |
| **For the Period 2/1/05 through 2/28/05** | | **205.20** | **$77,228.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 3/1/05 through 3/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant read and analyzed information pertaining to several acquisitions proposed by the Debtors, and prepared reports to the Committee thereon. | 75.60 | $32,309.50 |
| 03. Claims Analysis & Valuation | During the Fee Application Period, the Applicant analyzed the Debtors' updated claims data. | 5.70 | $2,422.50 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant held calls with Committee to discuss proposed acquisitions as well as case status and timing issues. | 2.20 | $1,028.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application Period, the Applicant read and analyzed various information regarding the proposed Festa employment. | 4.50 | $1,990.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February fee application. | 11.00 | $2,072.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q4 2004 financial results and prepared a report to the Committee thereon. | 67.00 | $25,602.00 |
| 09. Financial Analysis – Business Plan | During the Fee Application Period, the Applicant read and analyzed information provided by Debtors regarding the 2005 Business Plan including preparation of analyses of sales, operating and working capital forecasts for inclusion in a report to the Committee. | 139.80 | $48,164.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed counsel's memo regarding Sealed Air Settlement and evaluated its possible impact to creditor recoveries. Additionally, the applicant analyzed the relevant information regarding the proposed shut-down of a facility and prepared a report thereon for the Committee. | 14.50 | $4,778.50 |
| 15. Plan and Disclosure Statement | During the Fee Application period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 1.30 | $455.00 |
| 19. Tax Issues | During the Fee Application period, the Applicant analyzed data relevant to the status of foreign tax restructuring and the COLI settlement and prepared a report thereon for the Committee. | 11.20 | $4,959.50 |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 3/1/05 through 3/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors to discuss proposed acquisitions and related tax issues, as well as updated claims analysis. | 4.80 | $1,965.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read legislative updates regarding an asbestos bill. | 0.20 | $106.00 |
| 35. Litigation | During the Fee Application Period, the Applicant read information regarding the pending criminal trial. | 0.30 | $159.00 |
| **For the Period 3/1/05 through 3/31/05** | | **338.10** | **$126,012.00** |

# W.R. Grace & Co.

## Capstone Advisory Group, LLC

## Detailed Time Description by Task Code

## For the Period 1/1/05 through 3/31/05

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions | | | |
| 3/1/2005 | S. Cunningham | 2.50 | Read and analyzed information regarding proposed acquisition (Hercules). |
| 3/2/2005 | C. Troyer | 1.90 | Read and analyzed discussion materials prepared by the Debtors regarding a potential acquisition code-named "Hercules." |
| 3/3/2005 | C. Troyer | 1.80 | Prepared follow-up questions pertaining to a proposed acquisition (Hercules) and distributed to the Debtors. |
| 3/3/2005 | S. Cunningham | 3.50 | Read and analyzed information regarding Groundhog and Sandalwood acquisitions. |
| 3/7/2005 | E. Ordway | 1.70 | Analyzed financial data provided by the Debtors regarding a proposed acquisition. |
| 3/7/2005 | C. Troyer | 7.00 | Analyzed proposed acquisition of Hercules. |
| 3/8/2005 | C. Troyer | 8.20 | Drafted report to the Committee regarding a proposed acquisition of Hercules. |
| 3/8/2005 | S. Cunningham | 3.00 | Prepared and reviewed analysis of proposed acquisition (Hercules). |
| 3/8/2005 | E. Ordway | 0.70 | Directed staff in analyzing a proposed acquisition of Hercules. |
| 3/9/2005 | L. Hamilton | 5.50 | Read and analyzed Groundhog acquisition information provided by Debtors |
| 3/9/2005 | C. Troyer | 1.30 | Updated report to the Committee regarding Hercules acquisition based on discussions with Debtors and related follow-up analysis. |
| 3/10/2005 | C. Troyer | 3.40 | Finalized report to the Committee regarding a proposed acquisition of Hercules. |
| 3/10/2005 | S. Cunningham | 2.50 | Reviewed analysis and report regarding Hercules acquisition. |
| 3/10/2005 | L. Hamilton | 3.30 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/11/2005 | L. Hamilton | 2.10 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/11/2005 | L. Hamilton | 0.60 | Prepared for call with Debtors regarding proposed acquisitions. |
| 3/11/2005 | C. Troyer | 1.20 | Prepared/edited a report to the Committee on two proposed acquisitions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/11/2005 | C. Troyer | 0.20 | Prepared/edited questions for submission to the Debtors pertaining to Groundhog and Sandalwood acquisitions. |
| 3/14/2005 | E. Ordway | 0.80 | Directed staff in analysis of a proposed acquisition. |
| 3/14/2005 | L. Hamilton | 2.70 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/14/2005 | E. Ordway | 0.60 | Prepared/edited a report to the Committee regarding a proposed acquisition. |
| 3/15/2005 | L. Hamilton | 2.70 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/15/2005 | E. Ordway | 1.70 | Finalized report to the Committee regarding proposed acquisitions. |
| 3/16/2005 | L. Hamilton | 0.60 | Updated Groundhog and Sandalwood acquisitions report. |
| 3/17/2005 | L. Hamilton | 1.40 | Read and analyzed CUBA acquisition materials provided by Debtors. |
| 3/18/2005 | S. Cunningham | 2.50 | Reviewed Project CUBA information provided by Debtors. |
| 3/18/2005 | L. Hamilton | 2.10 | Prepared questions regarding CUBA acquisition in advance of call with Debtors. |
| 3/21/2005 | L. Hamilton | 0.30 | Read and analyzed information regarding proposed CUBA acquisition. |
| 3/22/2005 | L. Hamilton | 2.60 | Prepared report to Committee regarding CUBA acquisition. |
| 3/22/2005 | L. Hamilton | 0.80 | Prepared for conference call regarding CUBA acquisition. |
| 3/23/2005 | C. Troyer | 1.50 | Prepared/edited a report to the Committee on a proposed acquisition. |
| 3/23/2005 | E. Ordway | 1.70 | Prepared/edited a report on proposed acquisition in Sweden. |
| 3/24/2005 | E. Ordway | 1.10 | Analyzed peer group data regarding proposed foreign acquisition. |
| 3/25/2005 | E. Ordway | 1.10 | Finalized report to Committee on foreign acquisition. |
| 3/28/2005 | L. Hamilton | 0.60 | Updated CUBA acquisition report to Committee. |
| 3/29/2005 | L. Hamilton | 0.40 | Discussed acquisitions with counsel and Committee chair |
| Subtotal | | 75.60 | |

01. Asset Acquisitions

| | | | |
|------|-------------|-------|--------------------------|
| 1/18/2005 | C. Troyer | 0.50 | Read and analyzed materials provided by Debtors pertaining to proposed acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/19/2005 | C. Troyer | 4.00 | Analyzed proposed acquisition. |
| 1/20/2005 | C. Troyer | 3.30 | Drafted report to the Committee pertaining to proposed acquisition. |
| 1/27/2005 | S. Cunningham | 2.80 | Prepared analysis and report memo regarding acquisition. |
| Subtotal | | 10.60 | |

**03. Claims Analysis & Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/5/2005 | C. Troyer | 2.20 | Read and analyzed revised claim detail provided by the Debtors. |
| 1/6/2005 | C. Troyer | 7.70 | Prepared an analysis of the Debtors' revised claim analysis and updated the Committee discussion document accordingly. |
| 1/13/2005 | C. Troyer | 1.00 | Read and analyzed revised claim detail provided by the Debtors. |
| 3/14/2005 | C. Troyer | 3.20 | Analyzed the Debtors' updated claims analysis compared to a prior version. |
| 3/15/2005 | C. Troyer | 2.50 | Documented changes in estimated claims based on discussions with the Debtors' financial advisors. |
| Subtotal | | 16.60 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/4/2005 | C. Troyer | 0.50 | Reviewed changes to the Committee discussion document with counsel. |
| 1/5/2005 | E. Ordway | 0.90 | Participated in Committee conference call to discuss POR issues. |
| 1/5/2005 | C. Troyer | 0.90 | Participated in a call with the Committee to discuss Plan issues. |
| 1/6/2005 | C. Troyer | 0.50 | Discussed comments on Plan with counsel. |
| 1/7/2005 | C. Troyer | 1.00 | Participated in a call with the Committee to discuss Plan issues. |
| 1/7/2005 | S. Cunningham | 1.00 | Participated in Committee call regarding disclosure and Plan issues. |
| 1/10/2005 | C. Troyer | 0.50 | Discussed comments on Plan with counsel. |
| 1/11/2005 | C. Troyer | 1.00 | Participated in a call with the Committee to discuss Plan issues. |
| 1/13/2005 | C. Troyer | 1.20 | Participated in a call with counsel to discuss tax-related disclosure issues. |
| 1/27/2005 | C. Troyer | 0.40 | Discussed wording changes with counsel and the Debtors. |
| 2/11/2005 | C. Troyer | 0.30 | Drafted an e-mail to counsel to provide an update on several matters. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/16/2005 | C. Troyer | 0.70 | Participated in a Committee call. |
| 2/22/2005 | E. Ordway | 0.30 | Read amended by-laws and counsel's accompanying memorandum. |
| 2/28/2005 | C. Troyer | 0.40 | Discussed comments on draft memo with counsel. |
| 3/2/2005 | E. Ordway | 0.30 | Read updated by-laws and accompanying memo from counsel. |
| 3/3/2005 | C. Troyer | 0.50 | Coordinated scheduling of the Debtors' annual meeting with the Committee. |
| 3/10/2005 | C. Troyer | 0.30 | Discussed tax issues associated with a proposed acquisition with counsel. |
| 3/25/2005 | E. Ordway | 0.50 | Call with Committee member to discuss case status and timing. |
| 3/28/2005 | L. Hamilton | 0.30 | Discussed proposed acquisitions with counsel. |
| 3/30/2005 | E. Ordway | 0.30 | Read and analyzed counsel's memo regarding the P.I. Committee motion to engage special counsel. |
| Subtotal | | 11.80 | |

### 05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/18/2005 | C. Troyer | 1.40 | Read draft motion pertaining to CEO employment agreement. |
| 1/19/2005 | C. Troyer | 2.60 | Read the proposed CEO employment agreement and prepared follow-up questions. |
| 1/20/2005 | C. Troyer | 5.70 | Compiled executive compensation data for comparable companies. |
| 1/21/2005 | C. Troyer | 0.20 | Discussed executive compensation follow-up questions with the Debtors' financial advisors. |
| 1/21/2005 | C. Troyer | 8.30 | Analyzed executive compensation data for comparable companies. |
| 1/24/2005 | C. Troyer | 1.50 | Prepared draft discussion document pertaining to proposed CEO employment agreement. |
| 1/24/2005 | C. Troyer | 1.50 | Compared key terms of proposed CEO compensation agreement to those of current CEO. |
| 1/24/2005 | C. Troyer | 4.60 | Analyzed executive compensation data for comparable companies. |
| 1/24/2005 | C. Troyer | 1.40 | Analyzed proposed post-employment consulting services agreement. |
| 1/25/2005 | C. Troyer | 4.70 | Finalized discussion document pertaining to the proposed CEO employment agreement. |
| 1/25/2005 | E. Ordway | 0.40 | Analyzed compensation change proposed by Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/26/2005 | E. Ordway | 0.60 | Prepared/edited report to the Committee regarding proposed changes to compensation for senior management. |
| 1/28/2005 | C. Troyer | 0.80 | Edited the discussion document to the Committee on the proposed CEO employment agreement. |
| 1/31/2005 | C. Troyer | 1.50 | Discussed proposed CEO employment agreement with counsel and updated discussion document. |
| 2/1/2005 | C. Troyer | 0.30 | Prepared/edited memo to the Committee. |
| 2/1/2005 | C. Troyer | 0.50 | Prepared questions regarding the proposed employment agreement and discussed same with the Debtors' financial advisors. |
| 2/4/2005 | E. Ordway | 0.70 | Finalized report to the Committee regarding Norris and Festa employment arrangements. |
| 2/16/2005 | M. Hakoun | 0.40 | Performed research regarding details of CEO's employment agreement in response to report follow-up questions. |
| 3/9/2005 | C. Troyer | 2.50 | Read Asbestos Committees' objections to F. Festa's proposed employment agreement and drafted response memo for counsel. |
| 3/10/2005 | C. Troyer | 0.40 | Discussed comments on the Asbestos Committees' objections to the proposed F. Festa employment agreement with counsel. |
| 3/11/2005 | E. Ordway | 0.50 | Read counsel's memo regarding executive compensation issues. |
| 3/14/2005 | L. Hamilton | 0.50 | Read and analyzed Stroock memo regarding Festa contract. |
| 3/28/2005 | E. Ordway | 0.60 | Read and analyzed motion regarding revisions to executive compensation. |
| Subtotal | | 41.60 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/10/2005 | N. Backer | 1.20 | Prepared December fee application. |
| 1/12/2005 | N. Backer | 0.50 | Prepared December fee application. |
| 1/13/2005 | N. Backer | 0.40 | Prepared December fee application. |
| 1/17/2005 | N. Backer | 1.30 | Prepared December fee application. |
| 1/20/2005 | N. Backer | 0.70 | Prepared December fee application. |
| 1/24/2005 | L. Hamilton | 1.40 | Prepared December fee application. |
| 1/25/2005 | N. Backer | 0.40 | Prepared December fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 1/26/2005 | N. Backer | 1.70 | Prepared the 4th Quarterly fee application. |
| 1/27/2005 | N. Backer | 2.00 | Prepared 4th Quarterly fee application. |
| 1/28/2005 | E. Ordway | 0.30 | Prepared fee application. |
| 1/28/2005 | N. Backer | 0.80 | Finalized the December fee application. |
| 1/31/2005 | N. Backer | 0.70 | Prepared 4th quarterly fee application. |
| 2/3/2005 | L. Hamilton | 1.20 | Prepared 4th quarterly fee application. |
| 2/7/2005 | L. Hamilton | 1.00 | Prepared 4th quarterly fee application. |
| 2/7/2005 | E. Ordway | 0.30 | Prepared quarterly fee application. |
| 2/8/2005 | N. Backer | 0.70 | Prepared January fee application. |
| 2/9/2005 | N. Backer | 1.10 | Prepared January fee application. |
| 2/11/2005 | N. Backer | 1.00 | Prepared January fee application. |
| 2/11/2005 | L. Hamilton | 0.60 | Prepared January fee application. |
| 2/18/2005 | N. Backer | 0.70 | Prepared January fee application. |
| 2/21/2005 | N. Backer | 3.50 | Prepared January fee application. |
| 2/21/2005 | L. Hamilton | 0.70 | Prepared January fee application. |
| 3/10/2005 | N. Backer | 0.90 | Prepared February fee application. |
| 3/11/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/16/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/17/2005 | L. Hamilton | 0.90 | Prepared February fee application. |
| 3/17/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/21/2005 | N. Backer | 1.10 | Prepared February fee application. |
| 3/21/2005 | L. Hamilton | 1.10 | Prepared February fee application. |
| 3/22/2005 | L. Hamilton | 0.40 | Prepared February fee application. |
| 3/28/2005 | L. Hamilton | 1.10 | Prepared February fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/28/2005 | T. Sell | 1.00 | Updated fee application database and provided updated support schedules. |
| Subtotal | | 33.20 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/18/2005 | C. Troyer | 4.40 | Read and analyzed November financial package. |
| 1/18/2005 | C. Troyer | 1.60 | Distributed the November financial package to the Committee. |
| 1/25/2005 | C. Troyer | 3.70 | Read and analyzed the Debtors' 4th quarter press release. |
| 1/25/2005 | S. Cunningham | 1.20 | Read and analyzed Q4 results. |
| 1/26/2005 | C. Troyer | 2.60 | Reconciled accrued interest and the 4th quarter interest charge to the Debtors' amended Disclosure Statement. |
| 1/26/2005 | C. Troyer | 3.40 | Prepared schedules for 4th quarter report to the Committee. |
| 1/26/2005 | M. Hakoun | 3.30 | Analyzed 4Q04 & FY 2004 earnings report. |
| 2/8/2005 | P. Freyer | 2.50 | Read and analyzed the 4th Quarter press release. |
| 2/9/2005 | C. Troyer | 3.00 | Read and analyzed 4th Quarter financial package. |
| 2/9/2005 | S. Cunningham | 4.60 | Read and analyzed Q4 earnings in preparation for meeting with Debtors. |
| 2/9/2005 | C. Troyer | 2.00 | Read and analyzed the 4th Quarter Financial briefing in preparation for meeting with Debtors. |
| 2/9/2005 | P. Freyer | 6.50 | Analyzed the 4th Quarter financial package and briefing, and prepared follow-up questions for the Debtors. |
| 2/9/2005 | E. Ordway | 0.60 | Read and analyzed 4th quarter financial update, compared to plan, and summarized items for staff to investigate. |
| 2/10/2005 | P. Freyer | 8.00 | Analyzed actual 4th Quarter results and compared year-to-date performance to plan. |
| 2/11/2005 | P. Freyer | 2.10 | Analyzed Division-level 4th Quarter and year-to-date performance to plan. |
| 2/13/2005 | P. Freyer | 0.90 | Analyzed Division-level 4th Quarter and year-to-date performance compared to the prior year. |
| 2/14/2005 | P. Freyer | 1.80 | Continued analyzing Division-level 4th Quarter and year-to-date performance compared to the prior year. |
| 2/15/2005 | P. Freyer | 2.20 | Analyzed 4th Quarter and year-to-date corporate expenses compared to plan and the prior year. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/16/2005 | M. Hakoun | 1.20 | Analyzed and distributed MOR. |
| 2/16/2005 | P. Freyer | 5.70 | Analyzed 4th quarter and year-to-date cash flows for the filed and non-filed entities compared to plan. |
| 2/17/2005 | P. Freyer | 3.00 | Analyzed year over year change in income/expense for the Quarter and year to date. |
| 2/17/2005 | P. Freyer | 2.50 | Analyzed trailing 8 quarters gross margin trend and 4th quarter variances to Plan. |
| 2/18/2005 | P. Freyer | 1.50 | Analyzed key exchange rates for the quarter and year-to-date compared to Plan and prior year. |
| 2/18/2005 | C. Troyer | 0.70 | Prepared questions on 4th quarter performance. |
| 2/18/2005 | P. Freyer | 4.50 | Prepared a trailing 6 quarter analysis of changes in key working capital metrics and related impact on cash flow. |
| 2/21/2005 | P. Freyer | 7.50 | Prepared schedules for inclusion in the 4th Quarter report to the Committee. |
| 2/21/2005 | C. Troyer | 0.50 | Discussed follow-up questions on 4th quarter performance with staff. |
| 2/22/2005 | P. Freyer | 8.00 | Drafted report to the Committee on 4th quarter performance. |
| 2/23/2005 | P. Freyer | 8.00 | Continued drafting report to the Committee on 4th quarter performance. |
| 2/24/2005 | P. Freyer | 9.00 | Continued drafting report to the Committee on 4th quarter performance. |
| 2/25/2005 | P. Freyer | 8.00 | Edited report to the Committee on 4th quarter performance. |
| 2/25/2005 | C. Troyer | 0.60 | Discussed comments on 4th quarter report with staff. |
| 2/28/2005 | P. Freyer | 3.80 | Updated the 4th quarter report to the Committee for reviewer comments. |
| 2/28/2005 | P. Freyer | 4.20 | Incorporated Debtors' responses to follow-up questions into the 4th quarter report to the Committee. |
| 3/1/2005 | P. Freyer | 9.20 | Prepared various schedules regarding 4th quarter operating and working capital performance for inclusion in report to the Committee. |
| 3/1/2005 | M. Hakoun | 0.60 | Analyzed forecast peer group information for 2005. |
| 3/2/2005 | P. Freyer | 6.40 | Prepared various schedules comparing actual performance to plan for inclusion in report to the Committee. |
| 3/11/2005 | C. Troyer | 2.00 | Analyzed Debtors' 4th quarter and year-to-date performance compared to peer companies. |
| 3/14/2005 | C. Troyer | 4.00 | Analyzed Debtors' 4th quarter and year-to-date performance compared to peer companies. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/14/2005 | L. Hamilton | 1.40 | Read and analyzed recent financial statement reports. |
| 3/15/2005 | C. Troyer | 4.50 | Prepared/edited the 4th quarter report to the Committee. |
| 3/15/2005 | S. Cunningham | 3.50 | Prepared analysis of Q4 data provided by Debtors. |
| 3/15/2005 | M. Hakoun | 3.20 | Prepared adjustments to Peer group financial summary for one-time charges. |
| 3/15/2005 | M. Hakoun | 0.70 | Prepared summary of monthly operating report and distributed to case team members. |
| 3/15/2005 | M. Hakoun | 2.80 | Summarized Peer group adjusted proforma financial information for 4Q and full year 2004. |
| 3/22/2005 | S. Cunningham | 3.30 | Read and analyzed Peer group data regarding 2004 results. |
| 3/23/2005 | C. Troyer | 5.50 | Prepared/edited the 4th quarter report to the Committee. |
| 3/24/2005 | E. Ordway | 1.00 | Analyzed Debtor's most current monthly financial report and compared to budget to determine variances. |
| 3/24/2005 | C. Troyer | 8.00 | Prepared/edited the report to the Committee on 4th quarter performance. |
| 3/25/2005 | S. Cunningham | 2.20 | Read and analyzed Q4 financial report. |
| 3/28/2005 | C. Troyer | 1.70 | Distributed January financials to the Committee. |
| 3/31/2005 | S. Cunningham | 2.20 | Reviewed February results vs. prior year. |
| 3/31/2005 | C. Troyer | 3.50 | Read and analyzed February financial package. |
| 3/31/2005 | M. Hakoun | 1.30 | Summarized Peer company and analyst guidance for full year 2005. |
| Subtotal | | 190.10 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/2/2005 | P. Freyer | 2.40 | Read and analyzed information provided by the Debtors regarding the 2005 Business Plan. |
| 3/3/2005 | P. Freyer | 5.80 | Read and analyzed 2005 operating plan presentation materials and 2004 results report. |
| 3/3/2005 | P. Freyer | 2.20 | Read various materials received during 2005 operating plan presentation. |
| 3/4/2005 | S. Cunningham | 1.00 | Read and analyzed business plan information provided by the Debtors. |
| 3/4/2005 | P. Freyer | 7.60 | Prepared summary P&L analyses of 2005 Plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/7/2005 | P. Freyer | 8.60 | Prepared summary P&L analyses of 2005 Plan. |
| 3/7/2005 | S. Cunningham | 2.50 | Read and analyzed business plan information provided by the Debtors. |
| 3/8/2005 | P. Freyer | 8.30 | Prepared summary bridge schedules for inclusion in 2005 Plan report. |
| 3/9/2005 | P. Freyer | 8.80 | Prepared summary bridge schedules for inclusion in 2005 Plan report. |
| 3/10/2005 | P. Freyer | 8.20 | Prepared summary divisional P&L schedules pertaining to 2005 Plan report. |
| 3/11/2005 | P. Freyer | 7.70 | Continued to prepare various analyses of 2005 Plan data. |
| 3/14/2005 | P. Freyer | 5.40 | Prepared outline of 2005 plan report regarding revenues. |
| 3/15/2005 | P. Freyer | 8.70 | Prepared outline of 2005 plan report regarding working capital. |
| 3/16/2005 | P. Freyer | 7.90 | Prepared 2004 recap summary for 2005 plan report. |
| 3/17/2005 | P. Freyer | 8.60 | Prepared 2005 EBITDA summary for 2005 plan report. |
| 3/18/2005 | P. Freyer | 7.80 | Prepared 2005 EBITDA summary for 2005 plan report. |
| 3/21/2005 | P. Freyer | 8.40 | Prepared Divisional data summary for 2005 plan report. |
| 3/22/2005 | P. Freyer | 6.50 | Continued to prepare 2005 Plan report. |
| 3/24/2005 | S. Cunningham | 2.00 | Prepared 2005 Plan EBITDA analysis. |
| 3/28/2005 | C. Troyer | 1.00 | Met with team and discussed approach to business plan analysis. |
| 3/29/2005 | L. Hamilton | 2.60 | Read and analyzed 2005 Business Plan data provided by Debtors. |
| 3/30/2005 | L. Hamilton | 8.80 | Prepared analyses of plan data compared to prior year. |
| 3/31/2005 | L. Hamilton | 9.00 | Prepared analyses of assumptions in 2005 Plan for inclusion in report to the Committee. |
| Subtotal | | 139.80 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/7/2005 | E. Ordway | 0.50 | Read and analyzed case management motion. |
| 1/11/2005 | C. Troyer | 5.80 | Read and analyzed revised NOL schedule and prepared a discussion document for counsel. |
| 1/17/2005 | M. Hakoun | 0.70 | Updated virtual database of docket entries. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|--------------------------|
| 1/17/2005 | E. Ordway | 1.20 | Read and analyzed revised pro forma projections and directed staff to investigate certain items. |
| 1/20/2005 | E. Ordway | 0.20 | Read legislative update provided by counsel. |
| 1/28/2005 | M. Hakoun | 0.30 | Obtained and summarized information regarding equity deficits. |
| 1/31/2005 | M. Hakoun | 1.30 | Prepared analysis of home sales data. |
| 2/3/2005 | M. Hakoun | 0.80 | Updated virtual database of docket entries. |
| 2/3/2005 | E. Ordway | 0.20 | Read legislative update from counsel. |
| 2/8/2005 | C. Troyer | 0.80 | Read and analyzed the Montana indictment and related press release. |
| 2/8/2005 | E. Ordway | 0.50 | Read various correspondence regarding the indictment. |
| 2/9/2005 | M. Hakoun | 1.80 | Read and analyzed Grand Jury indictment information. |
| 2/10/2005 | S. Cunningham | 4.90 | Prepared analysis of FY 2005 versus disclosure schedule reporting. |
| 2/11/2005 | C. Troyer | 2.50 | Summarized notes from meeting with the Debtors. |
| 2/16/2005 | M. Hakoun | 1.20 | Updated virtual database of docket entries. |
| 2/18/2005 | M. Hakoun | 1.40 | Researched and analyzed insider trading activities; summarized trading activity and hypothetical profit & loss statement. |
| 2/24/2005 | M. Hakoun | 1.20 | Monitored developments of Debtors' issues including asbestos legislation and chemical company sale announcements. |
| 3/2/2005 | E. Ordway | 0.40 | Read counsel's memo regarding Sealed Air settlement and evaluated its possible impact on recoveries. |
| 3/8/2005 | M. Hakoun | 2.40 | Obtained and read sections of 10K, including analysis of full year operations, segments, environmental liabilities and asbestos settlement. |
| 3/9/2005 | M. Hakoun | 1.20 | Obtained and read court docket information. |
| 3/14/2005 | M. Hakoun | 1.40 | Accessed market pricing, actual and futures, for commodities and chemicals which relate to Grace's operations. |
| 3/18/2005 | M. Hakoun | 0.80 | Updated virtual database of docket entries |
| 3/29/2005 | C. Troyer | 4.30 | Analyzed financial information regarding the proposed shut-down of a facility. |
| 3/29/2005 | S. Cunningham | 2.30 | Prepared various analyses and reviewed facility shutdown analysis provided by Debtors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/30/2005 | C. Troyer | 1.00 | Prepared/edited report to the Committee on the proposed shutdown of a facility. |
| 3/30/2005 | L. Hamilton | 0.20 | Read/edited report to Committee regarding plant closure. |
| 3/31/2005 | C. Troyer | 0.50 | Prepared/edited report to the Committee on the proposed shut-down of a facility. |
| Subtotal | | 39.80 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/3/2005 | S. Cunningham | 2.60 | Read and analyzed disclosure statement and plan schedules. |
| 1/3/2005 | C. Troyer | 2.30 | Updated Committee discussion document to reflect the most recent Plan. |
| 1/3/2005 | C. Troyer | 0.40 | Read and analyzed revised Exhibit 3 to the POR. |
| 1/3/2005 | E. Ordway | 1.30 | Read and analyzed updated disclosure statement draft. |
| 1/3/2005 | E. Ordway | 1.10 | Read and analyzed revised projections to be included in POR. |
| 1/4/2005 | E. Ordway | 0.30 | Read counsel's memo summarizing plan support termination events. |
| 1/4/2005 | S. Cunningham | 1.80 | Read and analyzed disclosure statement and plan schedules in preparation for Committee call. |
| 1/5/2005 | E. Ordway | 0.60 | Prepared for Committee conference call by reviewing analyses and notes. |
| 1/5/2005 | C. Troyer | 1.50 | Drafted proposed wording changes to the Plan. |
| 1/5/2005 | C. Troyer | 1.30 | Reviewed memo to the Debtors regarding proposed changes to the POR. |
| 1/6/2005 | E. Ordway | 0.60 | Read and analyzed confirmation procedures as proposed by Debtors. |
| 1/6/2005 | S. Cunningham | 2.40 | Summarized disclosure issues in preparation for Committee call. |
| 1/7/2005 | S. Cunningham | 2.20 | Read and analyzed revised disclosure draft. |
| 1/7/2005 | C. Troyer | 4.50 | Read and analyzed most recent draft of Plan and provided comments to counsel. |
| 1/10/2005 | C. Troyer | 3.30 | Finalized comments on most recent draft of Plan. |
| 1/10/2005 | E. Ordway | 0.80 | Read and analyzed revised disclosure statement draft. |
| 1/12/2005 | C. Troyer | 0.60 | Read and analyzed revised Exhibit 3 to the Plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/12/2005 | C. Troyer | 1.20 | Read and analyzed revised Exhibit 14 to the Plan and provided comments to counsel. |
| 1/12/2005 | E. Ordway | 0.40 | Read memo draft and correspondence detailing conditions under which the Committee should have the right to withdraw its support of the POR. |
| 1/13/2005 | C. Troyer | 5.70 | Read and analyzed revised Plan documents. |
| 1/14/2005 | S. Cunningham | 1.40 | Read and analyzed revised disclosure draft. |
| 1/14/2005 | E. Ordway | 1.40 | Read and analyzed updated disclosure statement and summarized comments thereon for staff to investigate. |
| 1/17/2005 | E. Ordway | 1.40 | Read and analyzed best interest analysis and summarized items for further investigation. |
| 1/17/2005 | E. Ordway | 0.80 | Read and analyzed revised disclosure statement. |
| 1/17/2005 | S. Cunningham | 0.70 | Read and analyzed revised disclosure draft. |
| 1/19/2005 | C. Troyer | 2.20 | Provided comments on the most recent Plan to counsel. |
| 1/20/2005 | M. Hakoun | 3.60 | Read and analyzed portions of amended POR. |
| 1/25/2005 | S. Cunningham | 1.70 | Read and analyzed revised disclosure draft. |
| 1/27/2005 | C. Troyer | 1.70 | Read and analyzed revised Exhibit 16 and discussed with counsel. |
| 1/27/2005 | C. Troyer | 1.70 | Drafted proposed wording changes to the most recent Disclosure Statement. |
| 2/1/2005 | E. Ordway | 1.10 | Read and analyzed revised plan support agreement and summarized comments for follow up/discussion with counsel. |
| 2/1/2005 | S. Cunningham | 3.40 | Read and analyzed amended disclosure statement. |
| 2/2/2005 | E. Ordway | 0.60 | Read Sealed Air's comments to the Support Agreement and summarized comments for follow-up with counsel. |
| 2/2/2005 | S. Cunningham | 3.70 | Read and analyzed amended disclosure statement. |
| 2/7/2005 | E. Ordway | 0.30 | Read Counsel's memorandum on Sealed Air's issues regarding termination of support events. |
| 2/11/2005 | C. Troyer | 4.50 | Read and analyzed a revised draft of the Disclosure Statement. |
| 2/11/2005 | C. Troyer | 0.70 | Read and analyzed SEC and PBGC comment letters. |
| 2/13/2005 | S. Cunningham | 0.60 | Read Chehi memo and Stroock response pertaining to Sealed Air POR questions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 2/13/2005 | S. Cunningham | 2.00 | Read and analyzed amended disclosure statement. |
| 2/14/2005 | E. Ordway | 0.50 | Read revised disclosure statement and accompanying schedules. |
| 2/15/2005 | E. Ordway | 0.50 | Read revised blacklined pages of disclosure settlement received from Debtors' counsel. |
| 3/14/2005 | L. Hamilton | 1.30 | Read and analyzed POR materials. |
| Subtotal | | 70.70 | |

### 19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/11/2005 | S. Cunningham | 1.30 | Discuss Sealed Air settlement and tax issues with tax advisors |
| 1/13/2005 | S. Cunningham | 3.70 | Researched tax issues regarding Sealed Air settlement and calculated impact on share price and recoveries. |
| 2/15/2005 | C. Troyer | 6.00 | Read and analyzed the tax motion filed on 2/14/05 and drafted follow-up questions. |
| 2/17/2005 | C. Troyer | 2.60 | Read and analyzed the January 2005 COLI Closing Agreement. |
| 2/22/2005 | S. Cunningham | 3.10 | Analyzed tax issues regarding IRS settlement. |
| 2/23/2005 | S. Cunningham | 2.50 | Read tax motion and related issues in preparation for a call with the Debtors. |
| 2/23/2005 | C. Troyer | 4.00 | Read and analyzed historical information regarding the Debtors' proposed foreign restructuring. |
| 2/23/2005 | C. Troyer | 0.50 | Finalized follow-up tax-related questions. |
| 2/24/2005 | S. Cunningham | 2.30 | Read and analyzed COLI tax settlement and foreign restructuring information. |
| 2/25/2005 | C. Troyer | 1.00 | Drafted a report to the Committee regarding several tax-related matters. |
| 2/25/2005 | E. Ordway | 0.30 | Read Tax Motion and directed staff in preparation of a memorandum thereon to be forwarded to the Committee. |
| 2/25/2005 | S. Cunningham | 2.20 | Prepared analysis of foreign restructuring and COLI issues. |
| 2/27/2005 | C. Troyer | 5.00 | Drafted a report to the Committee regarding several tax-related matters. |
| 2/28/2005 | E. Ordway | 0.80 | Prepared/edited memo regarding tax issues. |
| 2/28/2005 | S. Cunningham | 1.80 | Read and edited report to the Committee regarding foreign restructuring and COLI settlement. |
| 2/28/2005 | C. Troyer | 5.50 | Drafted a report to the Committee regarding tax-related issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/1/2005 | E. Ordway | 1.10 | Directed staff in preparation of analysis of taxes. |
| 3/1/2005 | C. Troyer | 6.20 | Read and analyzed data relevant to the Debtors' proposed foreign tax restructuring and COLI settlement. |
| 3/2/2005 | E. Ordway | 0.80 | Directed staff in updating report on taxes to address additional tax issues. |
| 3/2/2005 | C. Troyer | 3.10 | Prepared/edited report to the Committee on the status of the foreign tax restructuring and the COLI settlement. |
| Subtotal | | 53.80 | |

**20. Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/3/2005 | E. Ordway | 0.40 | Updated distributable value analysis. |
| 1/17/2005 | S. Cunningham | 0.90 | Reviewed interest and recovery analysis. |
| 1/25/2005 | S. Cunningham | 0.80 | Reviewed interest and recovery analysis. |
| Subtotal | | 2.10 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/6/2005 | C. Troyer | 0.80 | Discussed the revised claim analysis with the Debtors' financial advisors. |
| 2/10/2005 | C. Troyer | 8.00 | Attended a meeting at the Debtors' offices to discuss 4th Quarter performance and the 2005 business plan. |
| 2/10/2005 | S. Cunningham | 3.00 | Participated in meeting at the Debtor's office regarding Plan FY 2005. |
| 2/24/2005 | S. Cunningham | 1.00 | Participated in a call with the Debtors. |
| 2/24/2005 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss tax-related issues. |
| 3/3/2005 | C. Troyer | 1.00 | Participated in a conference call to discuss a proposed acquisition. |
| 3/8/2005 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss questions on a proposed acquisition. |
| 3/9/2005 | C. Troyer | 0.80 | Discussion with Debtors regarding tax issues pertaining to a proposed acquisition. |
| 3/11/2005 | L. Hamilton | 0.50 | Participated in conference call with Debtors regarding acquisitions |
| 3/15/2005 | C. Troyer | 1.00 | Discussed the Debtors' updated claims analysis with the Debtors' financial advisors. |
| 3/23/2005 | L. Hamilton | 0.50 | Participated in conference call with Debtors and Blackstone regarding CUBA acquisition. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 18.60 | |
| **28. Special Case Issues** | | | |
| 1/5/2005 | M. Hakoun | 0.80 | Read and analyzed materials regarding asbestos reform. |
| 1/5/2005 | E. Ordway | 0.30 | Read and analyzed recent press regarding asbestos legislation. |
| 1/13/2005 | M. Hakoun | 1.70 | Read and analyzed information regarding the Senate's and President Bush's views and commentary on asbestos legislation. |
| 1/25/2005 | M. Hakoun | 1.20 | Reviewed media coverage and developments regarding asbestos litigation. |
| 1/26/2005 | C. Troyer | 2.00 | Read the Baker Donelson motion and provided follow-up questions to the Debtors. |
| 1/31/2005 | M. Hakoun | 0.80 | Researched and analyzed data and commentary regarding asbestos defense and settlement costs. |
| 2/2/2005 | M. Hakoun | 1.70 | Researched developments in U.S. Asbestos Fund and prepared summary thereon. |
| 2/9/2005 | C. Troyer | 2.00 | Read and analyzed the statement of Senator Spector and the latest discussion document pertaining to the FAIR Act. |
| 2/24/2005 | M. Hakoun | 0.40 | Read and analyze monthly Mealy's Asbestos Bankruptcy Report. |
| 3/1/2005 | E. Ordway | 0.20 | Read legislative update from Navigant. |
| Subtotal | | 11.10 | |
| **35. Litigation** | | | |
| 3/10/2005 | E. Ordway | 0.30 | Read information regarding criminal trial. |
| Subtotal | | 0.30 | |
| **Total Hours** | | **715.70** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
### Expense Detail
### For the Period 1/1/05 through 3/31/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Airfare/Train** | | | |
| 2/12/2005 | S. Cunningham | Company meeting Columbia, Maryland | $300.00 |
| Subtotal - Airfare/Train | | | $300.00 |
| **Auto Rental/Taxi** | | | |
| 2/7/2005 | C. Troyer | Meeting to discuss 4Q and 2005 business plan. | $134.19 |
| 2/12/2005 | S. Cunningham | Taxi to hotel. Hotel to Company. | $50.00 |
| Subtotal - Auto Rental/Taxi | | | $184.19 |
| **Copies** | | | |
| 1/31/2005 | Capstone Expenses | January copies - 476 @ .15 ea | $71.40 |
| 2/28/2005 | Capstone Expenses | February copies - 1672 @ .15 ea | $250.80 |
| 3/31/2005 | Capstone Expenses | March copies - 800 @ .15 ea | $120.00 |
| Subtotal - Copies | | | $442.20 |
| **Hotel** | | | |
| 2/12/2005 | S. Cunningham | Company meeting Columbia, Maryland | $346.99 |
| Subtotal - Hotel | | | $346.99 |
| **March Telephone - Saddle Brook Office** | | | |
| 3/31/2005 | Capstone Expenses | Telecom Charges | $361.38 |
| Subtotal - March Telephone - Saddle Brook Office | | | $361.38 |
| **Meals** | | | |
| 2/12/2005 | S. Cunningham | Company meeting -Columbia | $18.92 |
| Subtotal - Meals | | | $18.92 |
| **Parking/Tolls** | | | |
| 2/12/2005 | S. Cunningham | Company meeting Columbia, Maryland | $14.00 |

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| Subtotal - Parking/Tolls | | | $14.00 |
| **Postage/FedEx** | | | |
| 2/21/2005 | Capstone Expenses | FedEx Inv# 5-382-18848 | $78.06 |
| 2/28/2005 | Capstone Expenses | FedEx Inv # 5-369-20776 | $7.89 |
| 3/14/2005 | Capstone Expenses | FedEx inv # 5-419-52013 | $13.56 |
| Subtotal - Postage/FedEx | | | $99.51 |
| **Research** | | | |
| 1/28/2005 | M. Hakoun | Quarterly Pacer Bill Q4 - direct charge | $13.02 |
| 2/28/2005 | Capstone Expenses | February Bloomberg Charge | $37.00 |
| 2/28/2005 | Capstone Expenses | February Factiva Charge | $7.68 |
| Subtotal - Research | | | $57.70 |
| **Scans** | | | |
| 1/31/2005 | Capstone Expenses | January scans @  1.00 each | $15.00 |
| 2/28/2005 | Capstone Expenses | February scans 275 @ 1.00 each | $275.00 |
| Subtotal - Scans | | | $290.00 |
| **Telecom Charges** | | | |
| 1/31/2005 | Capstone Expenses | January Telephone - direct charges | $176.76 |
| 2/28/2005 | Capstone Expenses | February Telephone - Saddle Brook Office | $207.07 |
| Subtotal - Telecom Charges | | | $383.83 |
| **For the Period 1/1/05 through 3/31/05** | | | **$2,498.72** |

**FIFTH QUARTERLY INTERIM APPLICATION OF CAPSTONE ADVISORY
GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH MARCH 31, 2005)**

## APPLICATION

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the

"Bankruptcy Code", Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the

Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim

Compensation and Reimbursement of Professionals and Official Committee Members (the

"Interim Compensation Order"), the Amendment to the Administrative Order effective April 17,

2002 (the "Amendment") and Del.Bankr.LR 2016-2,    Capstone Advisory Group, LLC

("Capstone"), Financial Advisors to the Official Committee of Unsecured Creditors (the

"Committee") of W.R. Grace & Co. and its sixty-one domestic subsidiaries and affiliates that are

debtors and debtors-in-possession (the "Debtors"), hereby applies for an order allowing it (i)

compensation in the amount of $272,717.00 for professional services rendered by Capstone as

financial advisors for the Committee, less $55,581.60 previously paid, and (ii) reimbursement for

the actual and necessary expenses incurred by Capstone in rendering such services in the amount

of $2,498.72 less $276.18 previously paid, (the "Fifth Quarterly Fee Application"), in each case

for the interim quarterly period from January 1, 2005 through March 31, 2005 (the "Fee

Period"). In support of this Application, Capstone respectfully states as follows:

### Monthly Interim Fee Applications Covered Herein

1. Pursuant to the procedures set forth in the Administrative Fee Order and Amendment,

   professionals may apply for monthly compensation and reimbursement (each such

5

application, a "Monthly Fee Application"), and the notice parties listed in the Administrative

Fee Order and Amendment may object to such request. If no notice party objects to a

professional's Monthly Fee Application within twenty (20) days after the date of service of

the Monthly Fee Application, the applicable professional may submit to the Court a

certification of no objection whereupon the Debtors are authorized to pay interim

compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

2. Furthermore, and also pursuant to the Administrative Fee Order and Amendment,

professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly

Fee Application") for interim Court approval and allowance of the Monthly Fee Applications

filed during the quarter covered by that Quarterly Fee Application. If the Court grants the

relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to

pay the professional 100% of the fees and expenses requested in the Monthly Fee

Applications covered by that Quarterly Fee Application less any amounts previously paid in

connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly

Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and

expenses at a hearing on the professional's final fee application.

3. Pursuant to an Application submitted to the Court on or about February 20, 2004, and by a

Court order dated June 8, 2004 (the "Retention Order"), Capstone was retained as financial

advisors for the Committee, nunc pro tunc to February 4, 2004.

4. Capstone, which was formed by former employees of FTI, was retained by the Committee

instead and in place of FTI Consulting Inc. ("FTI"). FTI continues to be retained by the

Committee in a limited advisory capacity.

6

5. Since its retention, Capstone has continuously and vigorously pursued the Committee's interests in these cases.

6. Capstone is a firm of financial advisors specializing in insolvency restructuring and related matters. Since being retained by the Committee, Capstone has rendered professional services to the Committee as requested and as necessary and appropriate in furtherance of the interests of the unsecured creditors of the Debtors' estates. Capstone respectfully submits that the professional services that it rendered on behalf of the Committee were necessary and have directly benefited the creditor constituents represented by the Committee and have contributed to the effective administration of these cases.

7. This is the Fifth Quarterly Fee Application for compensation for services rendered that Capstone has filed with the Bankruptcy Court in connection with the representation of the Committee in these chapter 11 cases.

8. Capstone has filed the following Monthly Fee Applications for interim compensation during the Fee Period:

   a. Twelfth application of Capstone Corporate Recovery, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from January 1, 2005 through January 31, 2005, filed on or about February 25, 2005, (the "Twelfth Fee Application") attached hereto as Exhibit II.

   b. Thirteenth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from February 1, 2005 through February 28, 2005, filed on or about March 29, 2005, (the "Thirteenth Fee Application") attached hereto as Exhibit III.

   c. Fourteenth application of Capstone Advisory Group, LLC, financial advisor to the Official Committee of Unsecured Creditors, for allowance of compensation for service rendered and reimbursement of expenses incurred for the period from March 1, 2005 through March 31, 2005, filed on or about

7

May 5, 2005, (the "Fourteenth Fee Application") attached hereto as <u>Exhibit
IV</u>.

Capstone has not filed any other Quarterly Fee Applications or Monthly Fee Applications for the

Fee Period.

## <u>Description of Services, Fees and Expenses</u>

9.   During the Fifth Quarterly Interim Period, the Applicant rendered professional services

aggregating a total of 715.70 hours in the discharge of its duties as financial advisor and

bankruptcy consultant to the Committee.  The Applicant is seeking an interim allowance for

compensation of professional services rendered to the Debtors of $272,717.00, representing

100% of fees incurred, and reimbursement of expenses in connection therewith of $2,498.72.

The Applicant, respectfully, submits the following:

a)   The Applicant believes that the interim fees applied for herein for professional services
rendered in performing accounting and advisory services for the Committee in this
proceeding are fair and reasonable in view of the time spent, the extent of work
performed, the nature of the Debtors' capitalization structure and financial condition, the
Debtors' financial accounting resources and the results obtained.

b)   All expenses were billed at actual cost, exclusive of amortization of the cost of
investment, equipment or capital outlay.  Internal charges for outgoing out-of-town
facsimile transmissions were billed at $1.00 per page for domestic transmissions.
Photocopy charges were billed at actual cost for external copying and $.15 per page for
internal copying.  Capstone believes that these charges reflect its actual out-of-pocket
costs.

c)   The disbursements and expenses have been incurred in accordance with Capstone's
normal practice of charging clients for expenses clearly related to and required by
particular matters.  Such expenses were often incurred to enable Capstone to devote time
beyond normal office hours to matters that imposed extraordinary time demands.
Capstone has endeavored to minimize these expenses to the fullest extent possible.

d)   Capstone expended an aggregate of 715.70 hours, substantially all of which was
expended by the professional staff of Capstone.  The work involved, and thus the time

8

expended, was carefully assigned in light of the experience and expertise required for a particular task. A small staff was utilized to optimize efficiencies and avoid redundant efforts. The staff of the Debtors or their advisors has been utilized where practical and prudent.

e) Capstone's approach is to utilize senior, experienced personnel and to encourage the Debtors to provide the staff-level support and analysis to minimize total cost. In addition, Capstone's per diem rates for professionals of comparable experience are 10% to 20% lower than its competitors, the "Big-Four" accounting firms and certain other nationally-recognized specialty firms.

f) Because Capstone's core staff consisted of senior professionals who performed a vast amount of the work, time spent communicating internally and reviewing the work product of junior associates was kept to a minimum. Additionally, because of the experience of Capstone's professionals, in many instances only one or two Capstone representatives attended meetings or conference calls or performed specific functions.

g) Edwin N. Ordway, Jr., a senior member of the firm in charge of this case, directed the activities of the Capstone team, calling upon his more than ten years of experience in restructuring and insolvency matters, including more than 100 cases, many as large and complex, and some larger and more complex than this matter.

h) To the best of the Applicant's knowledge and belief, there has been no duplication of services between the Applicant and any other accountants or consultants to the bankruptcy estate.

i) Capstone's travel time policy is for professional personnel to travel outside of business hours when possible. Such time is not charged to a client unless productive work is performed during the travel period. In this engagement, non-productive travel time is not being charged to the Debtors.

j) In providing a reimbursable service such as copying or telephone, the Applicant does not make a profit on that service. In charging for a particular service, Capstone does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay. In seeking reimbursement for a service which the Applicant justifiably purchased or contracted for from a third party, Capstone requests reimbursement only for the amount billed to Capstone by such third party vendor and paid by Capstone to that vendor.

k) Annexed hereto as Attachment B are summaries of fees and hours by professional and by task during the Fifth Quarterly Interim Period, as well as a summary of expenses for the Fifth Quarterly Period.

l) Annexed hereto as Exhibit II, Exhibit III and Exhibit IV are the monthly interim applications that include the detail of the services performed by the Applicant during the each monthly period at the direction of the Committee and its Counsel.

9

m) Pursuant to Rule 2016, Capstone states that no compensation to be received in this proceeding will be shared with any person or entity outside of Capstone and that no compensation has been paid or promised to the Applicant in connection with the compensation sought in this Application except as disclosed herein. No prior application has been made to this or any other Court for the relief requested herein for the Compensation Period, nor has any payment been received by Capstone on account of its accounting and financial advisory services rendered or on account of the out-of-pocket expenses incurred in connection therewith.

n) As stated in the Affidavit of Edwin N. Ordway, Jr., annexed hereto as Exhibit I, all of the services for which interim compensation is sought herein were rendered for and on behalf of the Committee solely in connection with these cases.

10. The detail of services provided by Capstone during the Fee Period is included in the monthly fee applications attached as Exhibit II, Exhibit III and Exhibit IV.  A summary of the services provided by Capstone during the Fee Period is provided in Attachment B.

**Relief Requested**

9.  By this Fifth Quarterly Fee Application, Capstone requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by Capstone for the Fee Period, and as detailed in the January to March Monthly Applications, less the amounts previously paid to Capstone pursuant to the procedures set forth in the Administrative Fee Order and Amendment.[1]  As stated above, the full scope of services provided and the related expenses incurred are fully

---

[1]    Capstone reserves the right to seek at a later date compensation for services rendered and reimbursement for expenses incurred during the January through March 2005 period that are not otherwise included in the relevant January through March Monthly Applications.

described in the January through March Monthly Applications, which are attached hereto as Exhibits II, III and IV.

## Disinterestedness

10. As disclosed in the affidavit of Edwin N. Ordway, Jr., (the "Affidavit") Capstone does not hold or represent any interest adverse to the estates, and had been, at all relevant times, a disinterested person as that term is defined in section 101(4) of the Bankruptcy Code as modified by section 1107 of the Bankruptcy Code.

11. Capstone may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the chapter 11 cases. Capstone disclosed in its Retention Application its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. Capstone will provide supplemental Affidavits when necessary and when Capstone becomes aware of material new information.

WHEREFORE, Capstone respectfully requests that the Court enter an order, substantially in the form attached hereto,

   a) granting Capstone an allowance of (i) $272,717.50 as compensation for reasonable and necessary professional services rendered to the Committee, less $55,581.60 previously paid, and (ii) of $2,498.72 for reimbursement of actual and necessary costs and expenses incurred, less $276.18  previously paid, for a net total of $219,358.44 owing and unpaid, for the Fee Period from January 1, 2005 through March 31, 2005;

   b) authorizing and directing the Debtors to pay to Capstone the outstanding amount of such sums; and

c) granting such other and further relief as this Court may deem just and proper.


Date: <u>May 10, 2005</u>                    Capstone Advisory Group, LLC

                                           By _____
                                              Edwin N. Ordway, Jr.

                                           Capstone Advisory Group, LLC
                                           Park 80 West, Plaza I
                                           Saddle Brook, NJ  07663
                                           (201) 587-7100

## Index to Exhibits

Exhibit I      Affidavit

Exhibit II     Fee Application for the Period January 1, 2005 - January 31, 2005

Exhibit III    Fee Application for the Period February 1, 2005 – February 28, 2005

Exhibit IV     Fee Application for the Period March 1, 2005 – March 31, 2005

Exhibit I

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: To Be Determined |
| | | Hearing Date: To Be Determined |

## AFFIDAVIT

STATE OF NEW JERSEY   )
                                     ) ss:
COUNTY OF BERGEN      )

EDWIN N. ORDWAY, JR., being duly sworn, deposes and says:

1.  I am a senior member of Capstone Advisory Group, LLC, ("Capstone"), and I am duly authorized to make this affidavit on behalf of Capstone. Capstone provides financial consulting services for restructuring matters and has its principal office at Park 80 West Plaza I, Saddle Brook, New Jersey. Capstone has provided financial consulting services to and has rendered professional services on behalf of the Official Committee of Unsecured Creditors (the "Committee") of W. R. Grace & Co., and sixty-one of its domestic subsidiaries and affiliates which are debtors and debtors-in-possession before this Court.

2.  This affidavit is submitted pursuant to Bankruptcy Rule 2016(a) in support of Capstone's Fifth Quarterly application for compensation for services and for reimbursement of expenses for services rendered during the period from January 1, 2005 through March 31, 2005 in the aggregate amount of $272,717.50, of which $219,358.44 has not yet been paid.

3.  All services for which compensation is requested by Capstone were professional services performed for and on behalf of the Committee from January 1, 2005 through and including March 31, 2005 and not on behalf of any other person.

4.  In accordance with Title 18 U.S.C. Section 155, neither I nor any employee of my firm has entered into any agreement, express or implied, with any other party-in-interest for the

purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the Debtors' assets.

5. In accordance with Section 504 of the Bankruptcy Code, no agreement or understanding exists between me, my firm, or any employee thereof, on the one hand, and any other person, on the other hand, for division of such compensation as my firm may receive for services rendered in connection with these cases, nor will any division of fees prohibited by Section 504 of the Bankruptcy Code be made by me or any employee of my firm.

EDWIN N. ORDWAY, JR.

Sworn to before me this
10th day of May, 2005

Notary Public

**PATRICIA E. FOOSE**
**NOTARY PUBLIC OF NEW JERSEY**
**MY COMMISSION EXPIRES AUG. 6, 2006**

2

**Exhibit II**

**Fee Application for the period**

**January 1, 2005 – January 31, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

                    Debtors

TWELFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Corporate Recovery, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | January 1, 2005 through January 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $69,477.00) | $55,581.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $   276.18 |

This is an: __X__ interim _____ final application

This is the Twelfth Interim Application filed by Capstone Corporate Recovery, LLC.
("Capstone"). Capstone was retained instead of FTI Consulting, Inc. (a/k/a FTI Policano
& Manzo) ("FTI") as financial advisors to the Official Committee of Unsecured
Creditors, by order of this Court dated June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities
is approximately 11.40 hours and corresponding compensation requested is
approximately $1,473.50. Disclosure for the current period is as follows:

TWELFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

TWELFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |

TWELFTH INTERIM APPLICATION OF CAPSTONE CORPORATE RECOVERY,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005)

**ATTACHMENT B**
**TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

# W.R. Grace & Co.
**Capstone Corporate Recovery, LLC**
**Summary of Fees by Professional**
**For the Period 1/1/05 through 1/31/05**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 13.50 | $7,155.00 |
| S. Cunningham | Member | $505 | 24.50 | $12,372.50 |
| C. Troyer | Consultant | $425 | 109.60 | $46,580.00 |
| L. Hamilton | Consultant | $350 | 1.40 | $490.00 |
| M. Hakoun | Research | $150 | 13.70 | $2,055.00 |
| N. Backer | Paraprofessional | $85 | 9.70 | $824.50 |
| **For the Period 1/1/05 through 1/31/05** | | | **172.40** | **$69,477.00** |

**W.R. Grace & Co.**
**Capstone Corporate Recovery, LLC**
**Summary of Fees by Task Codes**
**For the period 1/1/05 through 1/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Asset Acquisitions | During the Fee Application period, the Applicant read and analyzed proposed acquisition information and prepared a report to the Committee thereon. | 10.60 | $4,729.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant analyzed claims detail and updated its claims analyses. | 10.90 | $4,632.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel, including the POR, disclosure statement, and other issues. | 7.90 | $3,532.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the proposed management incentive plan compared to existing arrangements and database for comparable-sized companies, and prepared a summary discussion document thereon. | 35.20 | $15,065.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the December and quarterly fee applications. | 11.40 | $1,473.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant read and analyzed Q4 2004 financial results information and prepared a report to the Committee thereon. | 20.20 | $7,773.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed case docket items and legislative updates. | 10.00 | $3,817.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 51.50 | $22,835.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed Sealed Air settlement information. | 5.00 | $2,525.00 |
| 20. Valuation | During the Fee Application period, the Applicant analyzed various recovery scenarios. | 2.10 | $1,070.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant discussed revised claims data with the Debtors' advisors. | 0.80 | $340.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding asbestos litigation. | 6.80 | $1,684.00 |
| **For the Period 1/1/05 through 1/31/05** | | **172.40** | **$69,477.00** |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Detailed Time Description by Task Code
## For the Period 1/1/05 through 1/31/05

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| **01. Asset Acquisitions** | | | |
| 1/18/2005 | C. Troyer | 0.50 | Read and analyzed materials provided by Debtors pertaining to proposed acquisition. |
| 1/19/2005 | C. Troyer | 4.00 | Analyzed proposed acquisition. |
| 1/20/2005 | C. Troyer | 3.30 | Drafted report to the Committee pertaining to proposed acquisition. |
| 1/27/2005 | S. Cunningham | 2.80 | Prepared analysis and report memo regarding acquisition. |
| Subtotal | | 10.60 | |
| **03. Claims Analysis & Valuation** | | | |
| 1/5/2005 | C. Troyer | 2.20 | Read and analyzed revised claim detail provided by the Debtors. |
| 1/6/2005 | C. Troyer | 7.70 | Prepared an analysis of the Debtors' revised claim analysis and updated the Committee discussion document accordingly. |
| 1/13/2005 | C. Troyer | 1.00 | Read and analyzed revised claim detail provided by the Debtors. |
| Subtotal | | 10.90 | |
| **04. Creditor Committee Matters** | | | |
| 1/4/2005 | C. Troyer | 0.50 | Reviewed changes to the Committee discussion document with counsel. |
| 1/5/2005 | E. Ordway | 0.90 | Participated in Committee conference call to discuss POR issues. |
| 1/5/2005 | C. Troyer | 0.90 | Participated in a call with the Committee to discuss Plan issues. |
| 1/6/2005 | C. Troyer | 0.50 | Discussed comments on Plan with counsel. |
| 1/7/2005 | C. Troyer | 1.00 | Participated in a call with the Committee to discuss Plan issues. |
| 1/7/2005 | S. Cunningham | 1.00 | Participated in Committee call regarding disclosure and Plan issues. |
| 1/10/2005 | C. Troyer | 0.50 | Discussed comments on Plan with counsel. |
| 1/11/2005 | C. Troyer | 1.00 | Participated in a call with the Committee to discuss Plan issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/13/2005 | C. Troyer | 1.20 | Participated in a call with counsel to discuss tax-related disclosure issues. |
| 1/27/2005 | C. Troyer | 0.40 | Discussed wording changes with counsel and the Debtors. |
| Subtotal | | 7.90 | |

**05. Employee Matters/KERP/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/18/2005 | C. Troyer | 1.40 | Read draft motion pertaining to CEO employment agreement. |
| 1/19/2005 | C. Troyer | 2.60 | Read the proposed CEO employment agreement and prepared follow-up questions. |
| 1/20/2005 | C. Troyer | 5.70 | Compiled executive compensation data for comparable companies. |
| 1/21/2005 | C. Troyer | 0.20 | Discussed executive compensation follow-up questions with the Debtors' financial advisors. |
| 1/21/2005 | C. Troyer | 8.30 | Analyzed executive compensation data for comparable companies. |
| 1/24/2005 | C. Troyer | 1.50 | Compared key terms of proposed CEO compensation agreement to those of current CEO. |
| 1/24/2005 | C. Troyer | 4.60 | Analyzed executive compensation data for comparable companies. |
| 1/24/2005 | C. Troyer | 1.50 | Prepared draft discussion document pertaining to proposed CEO employment agreement. |
| 1/24/2005 | C. Troyer | 1.40 | Analyzed proposed post-employment consulting services agreement. |
| 1/25/2005 | C. Troyer | 4.70 | Finalized discussion document pertaining to the proposed CEO employment agreement. |
| 1/25/2005 | E. Ordway | 0.40 | Analyzed compensation change proposed by Debtors. |
| 1/26/2005 | E. Ordway | 0.60 | Prepared/edited report to the Committee regarding proposed changes to compensation for senior management. |
| 1/28/2005 | C. Troyer | 0.80 | Edited the discussion document to the Committee on the proposed CEO employment agreement. |
| 1/31/2005 | C. Troyer | 1.50 | Discussed proposed CEO employment agreement with counsel and updated discussion document. |
| Subtotal | | 35.20 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/10/2005 | N. Backer | 1.20 | Prepared December fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/12/2005 | N. Backer | 0.50 | Prepared December fee application. |
| 1/13/2005 | N. Backer | 0.40 | Prepared December fee application. |
| 1/17/2005 | N. Backer | 1.30 | Prepared December fee application. |
| 1/20/2005 | N. Backer | 0.70 | Prepared December fee application. |
| 1/24/2005 | L. Hamilton | 1.40 | Prepared December fee application. |
| 1/25/2005 | N. Backer | 0.40 | Prepared December fee application. |
| 1/26/2005 | N. Backer | 1.70 | Prepared the 4th Quarterly fee application. |
| 1/27/2005 | N. Backer | 2.00 | Prepared 4th Quarterly fee application. |
| 1/28/2005 | N. Backer | 0.80 | Finalized the December fee application. |
| 1/28/2005 | E. Ordway | 0.30 | Prepared fee application. |
| 1/31/2005 | N. Backer | 0.70 | Prepared 4th quarterly fee application. |
| Subtotal | | 11.40 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/18/2005 | C. Troyer | 1.60 | Distributed the November financial package to the Committee. |
| 1/18/2005 | C. Troyer | 4.40 | Read and analyzed November financial package. |
| 1/25/2005 | C. Troyer | 3.70 | Read and analyzed the Debtors' 4th quarter press release. |
| 1/25/2005 | S. Cunningham | 1.20 | Read and analyzed Q4 results. |
| 1/26/2005 | C. Troyer | 3.40 | Prepared schedules for 4th quarter report to the Committee. |
| 1/26/2005 | M. Hakoun | 3.30 | Analyzed 4Q04 & FY 2004 earnings report. |
| 1/26/2005 | C. Troyer | 2.60 | Reconciled accrued interest and the 4th quarter interest charge to the Debtors' amended Disclosure Statement. |
| Subtotal | | 20.20 | |

11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/7/2005 | E. Ordway | 0.50 | Read and analyzed case management motion. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/11/2005 | C. Troyer | 5.80 | Read and analyzed revised NOL schedule and prepared a discussion document for counsel. |
| 1/17/2005 | E. Ordway | 1.20 | Read and analyzed revised pro forma projections and directed staff to investigate certain items. |
| 1/17/2005 | M. Hakoun | 0.70 | Updated virtual database of docket entries. |
| 1/20/2005 | E. Ordway | 0.20 | Read legislative update provided by counsel. |
| 1/28/2005 | M. Hakoun | 0.30 | Obtained and summarized information regarding equity deficits. |
| 1/31/2005 | M. Hakoun | 1.30 | Prepared analysis of home sales data. |
| Subtotal | | 10.00 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 1/3/2005 | E. Ordway | 1.30 | Read and analyzed updated disclosure statement draft. |
| 1/3/2005 | C. Troyer | 0.40 | Read and analyzed revised Exhibit 3 to the POR. |
| 1/3/2005 | E. Ordway | 1.10 | Read and analyzed revised projections to be included in POR. |
| 1/3/2005 | S. Cunningham | 2.60 | Read and analyzed disclosure statement and plan schedules. |
| 1/3/2005 | C. Troyer | 2.30 | Updated Committee discussion document to reflect the most recent Plan. |
| 1/4/2005 | E. Ordway | 0.30 | Read counsel's memo summarizing plan support termination events. |
| 1/4/2005 | S. Cunningham | 1.80 | Read and analyzed disclosure statement and plan schedules in preparation for Committee call. |
| 1/5/2005 | E. Ordway | 0.60 | Prepared for Committee conference call by reviewing analyses and notes. |
| 1/5/2005 | C. Troyer | 1.50 | Drafted proposed wording changes to the Plan. |
| 1/5/2005 | C. Troyer | 1.30 | Reviewed memo to the Debtors regarding proposed changes to the POR. |
| 1/6/2005 | E. Ordway | 0.60 | Read and analyzed confirmation procedures as proposed by Debtors. |
| 1/6/2005 | S. Cunningham | 2.40 | Summarized disclosure issues in preparation for Committee call. |
| 1/7/2005 | S. Cunningham | 2.20 | Read and analyzed revised disclosure draft. |
| 1/7/2005 | C. Troyer | 4.50 | Read and analyzed most recent draft of Plan and provided comments to counsel. |
| 1/10/2005 | C. Troyer | 3.30 | Finalized comments on most recent draft of Plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 1/10/2005 | E. Ordway | 0.80 | Read and analyzed revised disclosure statement draft. |
| 1/12/2005 | E. Ordway | 0.40 | Read memo draft and correspondence detailing conditions under which the Committee should have the right to withdraw its support of the POR. |
| 1/12/2005 | C. Troyer | 1.20 | Read and analyzed revised Exhibit 14 to the Plan and provided comments to counsel. |
| 1/12/2005 | C. Troyer | 0.60 | Read and analyzed revised Exhibit 3 to the Plan. |
| 1/13/2005 | C. Troyer | 5.70 | Read and analyzed revised Plan documents. |
| 1/14/2005 | E. Ordway | 1.40 | Read and analyzed updated disclosure statement and summarized comments thereon for staff to investigate. |
| 1/14/2005 | S. Cunningham | 1.40 | Read and analyzed revised disclosure draft. |
| 1/17/2005 | E. Ordway | 0.80 | Read and analyzed revised disclosure statement. |
| 1/17/2005 | E. Ordway | 1.40 | Read and analyzed best interest analysis and summarized items for further investigation. |
| 1/17/2005 | S. Cunningham | 0.70 | Read and analyzed revised disclosure draft. |
| 1/19/2005 | C. Troyer | 2.20 | Provided comments on the most recent Plan to counsel. |
| 1/20/2005 | M. Hakoun | 3.60 | Read and analyzed portions of amended POR. |
| 1/25/2005 | S. Cunningham | 1.70 | Read and analyzed revised disclosure draft. |
| 1/27/2005 | C. Troyer | 1.70 | Drafted proposed wording changes to the most recent Disclosure Statement. |
| 1/27/2005 | C. Troyer | 1.70 | Read and analyzed revised Exhibit 16 and discussed with counsel. |
| Subtotal | | 51.50 | |

| 19. Tax Issues | | | |
|------|-------------|-------|---------------------------|
| 1/11/2005 | S. Cunningham | 1.30 | Discuss Sealed Air settlement and tax issues with tax advisors |
| 1/13/2005 | S. Cunningham | 3.70 | Researched tax issues regarding Sealed Air settlement and calculated impact on share price and recoveries. |
| Subtotal | | 5.00 | |

| 20. Valuation | | | |
|------|-------------|-------|---------------------------|
| 1/3/2005 | E. Ordway | 0.40 | Updated distributable value analysis. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/17/2005 | S. Cunningham | 0.90 | Reviewed interest and recovery analysis. |
| 1/25/2005 | S. Cunningham | 0.80 | Reviewed interest and recovery analysis. |
| Subtotal | | 2.10 | |

**26. Meetings with Debtors**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/6/2005 | C. Troyer | 0.80 | Discussed the revised claim analysis with the Debtors' financial advisors. |
| Subtotal | | 0.80 | |

**28. Special Case Issues**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 1/5/2005 | E. Ordway | 0.30 | Read and analyzed recent press regarding asbestos legislation. |
| 1/5/2005 | M. Hakoun | 0.80 | Read and analyzed materials regarding asbestos reform. |
| 1/13/2005 | M. Hakoun | 1.70 | Read and analyzed information regarding the Senate's and President Bush's views and commentary on asbestos legislation. |
| 1/25/2005 | M. Hakoun | 1.20 | Reviewed media coverage and developments regarding asbestos litigation. |
| 1/26/2005 | C. Troyer | 2.00 | Read the Baker Donelson motion and provided follow-up questions to the Debtors. |
| 1/31/2005 | M. Hakoun | 0.80 | Researched and analyzed data and commentary regarding asbestos defense and settlement costs. |
| Subtotal | | 6.80 | |

| **Total Hours** | | **172.40** | |

# W.R. Grace & Co.
## Capstone Corporate Recovery, LLC
## Expense Detail
## For the Period 1/1/05 through 1/31/05

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 1/31/2005 | Capstone Expenses | January copies - 476 @ .15 ea | $71.40 |
| Subtotal - Copies | | | $71.40 |
| **Research** | | | |
| 1/28/2005 | M. Hakoun | Quarterly Pacer Bill Q4 - direct charge | $13.02 |
| Subtotal - Research | | | $13.02 |
| **Scans** | | | |
| 1/31/2005 | Capstone Expenses | January scans @ 1.00 each | $15.00 |
| Subtotal - Scans | | | $15.00 |
| **Telecom Charges** | | | |
| 1/31/2005 | Capstone Expenses | January Telephone - direct charges | $176.76 |
| Subtotal - Telecom Charges | | | $176.76 |
| **For the Period 1/1/05 through 1/31/05** | | | $276.18 |

**Exhibit III**

**Fee Application for the period**

**February 1, 2005 – February 28, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x

In re:                                    Chapter 11

W.R. GRACE & Co., et al.,                 Case No. 01-01139 (JKF)
                                          (Jointly Administered)

              Debtors

THIRTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005)

Name of Applicant:                        Capstone Advisory Group, LLC
                                          (formerly known as Capstone
                                          Corporate Recovery, LLC)

Authorized to Provide Professional Services to:   The Official Committee of
                                          Unsecured Creditors

Date of Retention:                        June 8, 2004 (nunc pro tunc
                                          to February 4, 2004)

Period for which compensation and        February 1, 2005 through
reimbursement is sought:                  February 28, 2005

Amount of Compensation sought
as actual, reasonable and necessary (80% of $77,228.50)   $61,782.80
Amount of Expense Reimbursement sought
as actual, reasonable and necessary (100%):               $ 1,727.60

This is an: _X___ interim _____ final application

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group,
LLC ("Capstone"), effective March 3, 2005.**

This is the Thirteenth Interim Application filed by Capstone. Capstone was retained
instead of FTI Consulting, Inc. (a/k/a FTI Policano & Manzo) ("FTI") as financial
advisors to the Official Committee of Unsecured Creditors, by order of this Court dated
June 8, 2004, nunc pro tunc to February 4, 2004.

The total time expended for monthly and quarterly fee application preparation activities is
approximately 10.80 hours and corresponding compensation requested is approximately
$1,979.00. Disclosure for the current period is as follows:

THIRTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| | | | | |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| | | | | |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

THIRTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |

THIRTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005)

## ATTACHMENT B
## TO FEE APPLICATION

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 2/1/05 through 2/28/05**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 6.70 | $3,551.00 |
| S. Cunningham | Member | $505 | 35.10 | $17,725.50 |
| C. Troyer | Consultant | $425 | 53.10 | $22,567.50 |
| L. Hamilton | Consultant | $350 | 3.50 | $1,225.00 |
| P. Freyer | Consultant | $335 | 89.70 | $30,049.50 |
| M. Hakoun | Research | $150 | 10.10 | $1,515.00 |
| N. Backer | Paraprofessional | $85 | 7.00 | $595.00 |
| **For the Period 2/1/05 through 2/28/05** | | | **205.20** | **$77,228.50** |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 2/1/05 through 2/28/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant discussed various case issues with members of the Committee and counsel. | 1.70 | $754.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the proposed CEO employment agreement and prepared a summary memorandum to the Committee thereon. | 1.90 | $771.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the January and quarterly fee applications. | 10.80 | $1,979.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q4 performance and prepared a report to the Committee thereon. | 102.90 | $35,760.50 |
| 11. Financial Analysis - Other | During the Fee Application Period, the Applicant read and analyzed case docket items and legislative updates. | 15.30 | $5,208.00 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant read and analyzed the Debtors' Disclosure Statement and related documents. | 17.90 | $8,698.50 |
| 19. Tax Issues | During the Fee Application Period, the Applicant read and analyzed the COLI Closing Agreement and related motion as well as foreign restructuring information. The applicant also prepared a report to the Committee regarding tax issues. | 37.60 | $17,047.50 |
| 26. Meetings with Debtors | During the Fee Application Period, the Applicant participated in calls and a meeting with the Debtors and their advisors regarding the Q4 performance and the 2005 Business Plan. | 13.00 | $5,845.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read and analyzed information regarding proposed asbestos litigation. | 4.10 | $1,165.00 |
| **For the Period 2/1/05 through 2/28/05** | | **205.20** | **$77,228.50** |

# W.R. Grace & Co.

**Capstone Advisory Group, LLC**

**Detailed Time Description by Task Code**

**For the Period 2/1/2005 through 2/28/2005**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **04. Creditor Committee Matters** | | | |
| 2/11/2005 | C. Troyer | 0.30 | Drafted an e-mail to counsel to provide an update on several matters. |
| 2/16/2005 | C. Troyer | 0.70 | Participated in a Committee call. |
| 2/22/2005 | E. Ordway | 0.30 | Read amended by-laws and counsel's accompanying memorandum. |
| 2/28/2005 | C. Troyer | 0.40 | Discussed comments on draft memo with counsel. |
| Subtotal | | 1.70 | |
| **05. Employee Matters/KERP/Other** | | | |
| 2/1/2005 | C. Troyer | 0.50 | Prepared questions regarding the proposed employment agreement and discussed same with the Debtors' financial advisors. |
| 2/1/2005 | C. Troyer | 0.30 | Prepared/edited memo to the Committee. |
| 2/4/2005 | E. Ordway | 0.70 | Finalized report to the Committee regarding Norris and Festa employment arrangements. |
| 2/16/2005 | M. Hakoun | 0.40 | Performed research regarding details of CEO's employment agreement in response to report follow-up questions. |
| Subtotal | | 1.90 | |
| **07. Fee Applications & Invoices** | | | |
| 2/3/2005 | L. Hamilton | 1.20 | Prepared 4th quarterly fee application. |
| 2/7/2005 | E. Ordway | 0.30 | Prepared quarterly fee application. |
| 2/7/2005 | L. Hamilton | 1.00 | Prepared 4th quarterly fee application. |
| 2/8/2005 | N. Backer | 0.70 | Prepared January fee application. |
| 2/9/2005 | N. Backer | 1.10 | Prepared January fee application. |
| 2/11/2005 | L. Hamilton | 0.60 | Prepared January fee application. |
| 2/11/2005 | N. Backer | 1.00 | Prepared January fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/18/2005 | N. Backer | 0.70 | Prepared January fee application. |
| 2/21/2005 | L. Hamilton | 0.70 | Prepared January fee application. |
| 2/21/2005 | N. Backer | 3.50 | Prepared January fee application. |
| Subtotal | | 10.80 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/8/2005 | P. Freyer | 2.50 | Read and analyzed the 4th Quarter press release. |
| 2/9/2005 | C. Troyer | 2.00 | Read and analyzed the 4th Quarter Financial briefing in preparation for meeting with Debtors. |
| 2/9/2005 | E. Ordway | 0.60 | Read and analyzed 4th quarter financial update, compared to plan, and summarized items for staff to investigate. |
| 2/9/2005 | S. Cunningham | 4.60 | Read and analyzed Q4 earnings in preparation for meeting with Debtors. |
| 2/9/2005 | C. Troyer | 3.00 | Read and analyzed 4th Quarter financial package. |
| 2/9/2005 | P. Freyer | 6.50 | Analyzed the 4th Quarter financial package and briefing, and prepared follow-up questions for the Debtors. |
| 2/10/2005 | P. Freyer | 8.00 | Analyzed actual 4th Quarter results and compared year-to-date performance to plan. |
| 2/11/2005 | P. Freyer | 2.10 | Analyzed Division-level 4th Quarter and year-to-date performance to plan. |
| 2/13/2005 | P. Freyer | 0.90 | Analyzed Division-level 4th Quarter and year-to-date performance compared to the prior year. |
| 2/14/2005 | P. Freyer | 1.80 | Continued analyzing Division-level 4th Quarter and year-to-date performance compared to the prior year. |
| 2/15/2005 | P. Freyer | 2.20 | Analyzed 4th Quarter and year-to-date corporate expenses compared to plan and the prior year. |
| 2/16/2005 | M. Hakoun | 1.20 | Analyzed and distributed MOR. |
| 2/16/2005 | P. Freyer | 5.70 | Analyzed 4th quarter and year-to-date cash flows for the filed and non-filed entities compared to plan. |
| 2/17/2005 | P. Freyer | 3.00 | Analyzed year over year change in income/expense for the Quarter and year to date. |
| 2/17/2005 | P. Freyer | 2.50 | Analyzed trailing 8 quarters gross margin trend and 4th quarter variances to Plan. |
| 2/18/2005 | C. Troyer | 0.70 | Prepared questions on 4th quarter performance. |

Capstone Advisory Group, LLC

Invoice for the Thirteenth Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/18/2005 | P. Freyer | 4.50 | Prepared a trailing 6 quarter analysis of changes in key working capital metrics and related impact on cash flow. |
| 2/18/2005 | P. Freyer | 1.50 | Analyzed key exchange rates for the quarter and year-to-date compared to Plan and prior year. |
| 2/21/2005 | C. Troyer | 0.50 | Discussed follow-up questions on 4th quarter performance with staff. |
| 2/21/2005 | P. Freyer | 7.50 | Prepared schedules for inclusion in the 4th Quarter report to the Committee. |
| 2/22/2005 | P. Freyer | 8.00 | Drafted report to the Committee on 4th quarter performance. |
| 2/23/2005 | P. Freyer | 8.00 | Continued drafting report to the Committee on 4th quarter performance. |
| 2/24/2005 | P. Freyer | 9.00 | Continued drafting report to the Committee on 4th quarter performance. |
| 2/25/2005 | P. Freyer | 8.00 | Edited report to the Committee on 4th quarter performance. |
| 2/25/2005 | C. Troyer | 0.60 | Discussed comments on 4th quarter report with staff. |
| 2/28/2005 | P. Freyer | 4.20 | Incorporated Debtors' responses to follow-up questions into the 4th quarter report to the Committee. |
| 2/28/2005 | P. Freyer | 3.80 | Updated the 4th quarter report to the Committee for reviewer comments. |
| Subtotal | | 102.90 | |

**11. Financial Analysis - Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/3/2005 | E. Ordway | 0.20 | Read legislative update from counsel. |
| 2/3/2005 | M. Hakoun | 0.80 | Updated virtual database of docket entries. |
| 2/8/2005 | E. Ordway | 0.50 | Read various correspondence regarding the indictment. |
| 2/8/2005 | C. Troyer | 0.80 | Read and analyzed the Montana indictment and related press release. |
| 2/9/2005 | M. Hakoun | 1.80 | Read and analyzed Grand Jury indictment information. |
| 2/10/2005 | S. Cunningham | 4.90 | Prepared analysis of FY 2005 versus disclosure schedule reporting. |
| 2/11/2005 | C. Troyer | 2.50 | Summarized notes from meeting with the Debtors. |
| 2/16/2005 | M. Hakoun | 1.20 | Updated virtual database of docket entries. |
| 2/18/2005 | M. Hakoun | 1.40 | Researched and analyzed insider trading activities; summarized trading activity and hypothetical profit & loss statement. |

**Capstone Advisory Group, LLC**
**Invoice for the Thirteenth Fee Application**

Page 3 of 6

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/24/2005 | M. Hakoun | 1.20 | Monitored developments of Debtors' issues including asbestos legislation and chemical company sale announcements. |
| Subtotal | | 15.30 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/1/2005 | E. Ordway | 1.10 | Read and analyzed revised plan support agreement and summarized comments for follow up/discussion with counsel. |
| 2/1/2005 | S. Cunningham | 3.40 | Read and analyzed amended disclosure statement. |
| 2/2/2005 | E. Ordway | 0.60 | Read Sealed Air's comments to the Support Agreement and summarized comments for follow-up with counsel. |
| 2/2/2005 | S. Cunningham | 3.70 | Read and analyzed amended disclosure statement. |
| 2/7/2005 | E. Ordway | 0.30 | Read Counsel's memorandum on Sealed Air's issues regarding termination of support events. |
| 2/11/2005 | C. Troyer | 4.50 | Read and analyzed a revised draft of the Disclosure Statement. |
| 2/11/2005 | C. Troyer | 0.70 | Read and analyzed SEC and PBGC comment letters. |
| 2/13/2005 | S. Cunningham | 2.00 | Read and analyzed amended disclosure statement. |
| 2/13/2005 | S. Cunningham | 0.60 | Read Chehi memo and Stroock response pertaining to Sealed Air POR questions. |
| 2/14/2005 | E. Ordway | 0.50 | Read revised disclosure statement and accompanying schedules. |
| 2/15/2005 | E. Ordway | 0.50 | Read revised blacklined pages of disclosure settlement received from Debtors' counsel. |
| Subtotal | | 17.90 | |

### 19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 2/15/2005 | C. Troyer | 6.00 | Read and analyzed the tax motion filed on 2/14/05 and drafted follow-up questions. |
| 2/17/2005 | C. Troyer | 2.60 | Read and analyzed the January 2005 COLI Closing Agreement. |
| 2/22/2005 | S. Cunningham | 3.10 | Analyzed tax issues regarding IRS settlement. |
| 2/23/2005 | C. Troyer | 0.50 | Finalized follow-up tax-related questions. |
| 2/23/2005 | C. Troyer | 4.00 | Read and analyzed historical information regarding the Debtors' proposed foreign restructuring. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/23/2005 | S. Cunningham | 2.50 | Read tax motion and related issues in preparation for a call with the Debtors. |
| 2/24/2005 | S. Cunningham | 2.30 | Read and analyzed COLI tax settlement and foreign restructuring information. |
| 2/25/2005 | E. Ordway | 0.30 | Read Tax Motion and directed staff in preparation of a memorandum thereon to be forwarded to the Committee. |
| 2/25/2005 | S. Cunningham | 2.20 | Prepared analysis of foreign restructuring and COLI issues. |
| 2/25/2005 | C. Troyer | 1.00 | Drafted a report to the Committee regarding several tax-related matters. |
| 2/27/2005 | C. Troyer | 5.00 | Drafted a report to the Committee regarding several tax-related matters. |
| 2/28/2005 | E. Ordway | 0.80 | Prepared/edited memo regarding tax issues. |
| 2/28/2005 | S. Cunningham | 1.80 | Read and edited report to the Committee regarding foreign restructuring and COLI settlement. |
| 2/28/2005 | C. Troyer | 5.50 | Drafted a report to the Committee regarding tax-related issues. |
| Subtotal | | 37.60 | |

### 26. Meetings with Debtors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/10/2005 | S. Cunningham | 3.00 | Participated in meeting at the Debtor's office regarding Plan FY 2005. |
| 2/10/2005 | C. Troyer | 8.00 | Attended a meeting at the Debtors' offices to discuss 4th Quarter performance and the 2005 business plan. |
| 2/24/2005 | S. Cunningham | 1.00 | Participated in a call with the Debtors. |
| 2/24/2005 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss tax-related issues. |
| Subtotal | | 13.00 | |

### 28. Special Case Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 2/2/2005 | M. Hakoun | 1.70 | Researched developments in U.S. Asbestos Fund and prepared summary thereon. |
| 2/9/2005 | C. Troyer | 2.00 | Read and analyzed the statement of Senator Spector and the latest discussion document pertaining to the FAIR Act. |
| 2/24/2005 | M. Hakoun | 0.40 | Read and analyze monthly Mealy's Asbestos Bankruptcy Report. |
| Subtotal | | 4.10 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **Total Hours** | | **205.20** | |

Capstone Advisory Group, LLC
Invoice for the Thirteenth Fee Application

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 2/1/05 through 2/28/05

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| **Airfare/Train** | | | |
| 2/12/2005 | S. Cunningham | Company meeting Columbia, Maryland | $300.00 |
| Subtotal - Airfare/Train | | | $300.00 |
| **Auto Rental/Taxi** | | | |
| 2/7/2005 | C. Troyer | Meeting to discuss 4Q and 2005 business plan. | $134.19 |
| 2/12/2005 | S. Cunningham | Taxi to hotel. Hotel to Company. | $50.00 |
| Subtotal - Auto Rental/Taxi | | | $184.19 |
| **Copies** | | | |
| 2/28/2005 | Capstone Expenses | February copies - 1672 @ .15 ea | $250.80 |
| Subtotal - Copies | | | $250.80 |
| **Hotel** | | | |
| 2/12/2005 | S. Cunningham | Company meeting Columbia, Maryland | $346.99 |
| Subtotal - Hotel | | | $346.99 |
| **Meals** | | | |
| 2/12/2005 | S. Cunningham | Company meeting -Columbia | $18.92 |
| Subtotal - Meals | | | $18.92 |
| **Parking/Tolls** | | | |
| 2/12/2005 | S. Cunningham | Company meeting Columbia, Maryland | $14.00 |
| Subtotal - Parking/Tolls | | | $14.00 |
| **Postage/FedEx** | | | |
| 2/21/2005 | Capstone Expenses | FedEx Inv# 5-382-18848 | $78.06 |
| 2/28/2005 | Capstone Expenses | FedEx Inv # 5-369-20776 | $7.89 |
| Subtotal - Postage/FedEx | | | $85.95 |

Capstone Advisory Group, LLC

Invoice for the Thirteenth Fee Application

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Research** | | | |
| 2/28/2005 | Capstone Expenses | February Bloomberg Charge | $37.00 |
| 2/28/2005 | Capstone Expenses | February Factiva Charge | $7.68 |
| Subtotal - Research | | | $44.68 |
| **Scans** | | | |
| 2/28/2005 | Capstone Expenses | February scans 275 @ 1.00 each | $275.00 |
| Subtotal - Scans | | | $275.00 |
| **Telecom Charges** | | | |
| 2/28/2005 | Capstone Expenses | February Telephone - Saddle Brook Office | $207.07 |
| Subtotal - Telecom Charges | | | $207.07 |
| **For the Period 2/1/05 through 2/28/05** | | | $1,727.60 |

**Exhibit IV**

**Fee Application for the period**

**March 1, 2005 – March 31, 2005**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------x

In re:                                          Chapter 11

W.R. GRACE & Co., et al.,                       Case No. 01-01139 (JKF)
                                                (Jointly Administered)

            Debtors

FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | March 1, 2005 through March 31, 2005 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $126,012.00): | $100,809.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | $    494.94 |

**Capstone Corporate Recovery, LLC changed its name to Capstone Advisory Group, LLC ("Capstone"), effective March 3, 2005.**

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004

The total time expended and included herein for fee application preparation is approximately 11.00 hours and corresponding compensation requested is approximately $2,072.50.

This is the Fourteenth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)

## ATTACHMENT A
## TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |

FOURTEENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP,
LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005)


**ATTACHMENT B
TO FEE APPLICATION**

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Time Description by Task Code
4. Expense Detail

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 3/1/05 through 3/31/05**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $530 | 15.40 | $8,162.00 |
| S. Cunningham | Member | $505 | 33.00 | $16,665.00 |
| C. Troyer | Consultant | $425 | 85.00 | $36,125.00 |
| L. Hamilton | Consultant | $350 | 54.30 | $19,005.00 |
| P. Freyer | Consultant | $335 | 128.50 | $43,047.50 |
| T. Sell | Consultant | $295 | 1.00 | $295.00 |
| M. Hakoun | Research | $150 | 14.40 | $2,160.00 |
| N. Backer | Paraprofessional | $85 | 6.50 | $552.50 |
| For the Period 3/1/05 through 3/31/05 | | | 338.10 | $126,012.00 |

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Codes**
**For the period 3/1/05 through 3/31/05**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions | During the Fee Application period, the Applicant read and analyzed information pertaining to several acquisitions proposed by the Debtors, and prepared reports to the Committee thereon. | 75.60 | $32,309.50 |
| 03. Claims Analysis & Valuation | During the Fee Application Period, the Applicant analyzed the Debtors' updated claims data. | 5.70 | $2,422.50 |
| 04. Creditor Committee Matters | During the Fee Application Period, the Applicant held calls with Committee to discuss proposed acquisitions as well as case status and timing issues. | 2.20 | $1,028.00 |
| 05. Employee Matters/KERP/Other | During the Fee Application Period, the Applicant read and analyzed various information regarding the proposed Festa employment. | 4.50 | $1,990.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February fee application. | 11.00 | $2,072.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed Q4 2004 financial results and prepared a report to the Committee thereon. | 67.00 | $25,602.00 |
| 09. Financial Analysis – Business Plan | During the Fee Application Period, the Applicant read and analyzed information provided by Debtors regarding the 2005 Business Plan including preparation of analyses of sales, operating and working capital forecasts for inclusion in a report to the Committee. | 139.80 | $48,164.00 |
| 11. Financial Analysis - Other | During the Fee Application period, the Applicant read and analyzed counsel's memo regarding Sealed Air Settlement and evaluated its possible impact to creditor recoveries.   Additionally, the applicant analyzed the relevant information regarding the proposed shut-down of a facility and prepared a report thereon for the Committee. | 14.50 | $4,778.50 |
| 15. Plan and Disclosure Statement | During the Fee Application period, the Applicant read and analyzed the Debtors' POR proposal and related documents. | 1.30 | $455.00 |
| 19. Tax Issues | During the Fee Application period, the Applicant analyzed data relevant to the status of foreign tax restructuring and the COLI settlement and prepared a report thereon for the Committee. | 11.20 | $4,959.50 |

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Task Codes
For the period 3/1/05 through 3/31/05

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 26. Meetings with Debtors | During the Fee Application period, the Applicant participated in calls with Debtors to discuss proposed acquisitions and related tax issues, as well as updated claims analysis. | 4.80 | $1,965.00 |
| 28. Special Case Issues | During the Fee Application period, the Applicant read legislative updates regarding an asbestos bill. | 0.20 | $106.00 |
| 35. Litigation | During the Fee Application Period, the Applicant read information regarding the pending criminal trial. | 0.30 | $159.00 |
| **For the Period 3/1/05 through 3/31/05** | | **338.10** | **$126,012.00** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 3/1/05 through 3/31/05

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| **01. Acquisitions** | | | |
| 3/1/2005 | S. Cunningham | 2.50 | Read and analyzed information regarding proposed acquisition (Hercules). |
| 3/2/2005 | C. Troyer | 1.90 | Read and analyzed discussion materials prepared by the Debtors regarding a potential acquisition code-named "Hercules." |
| 3/3/2005 | S. Cunningham | 3.50 | Read and analyzed information regarding Groundhog and Sandalwood acquisitions. |
| 3/3/2005 | C. Troyer | 1.80 | Prepared follow-up questions pertaining to a proposed acquisition (Hercules) and distributed to the Debtors. |
| 3/7/2005 | E. Ordway | 1.70 | Analyzed financial data provided by the Debtors regarding a proposed acquisition. |
| 3/7/2005 | C. Troyer | 7.00 | Analyzed proposed acquisition of Hercules. |
| 3/8/2005 | S. Cunningham | 3.00 | Prepared and reviewed analysis of proposed acquisition (Hercules). |
| 3/8/2005 | E. Ordway | 0.70 | Directed staff in analyzing a proposed acquisition of Hercules. |
| 3/8/2005 | C. Troyer | 8.20 | Drafted report to the Committee regarding a proposed acquisition of Hercules. |
| 3/9/2005 | C. Troyer | 1.30 | Updated report to the Committee regarding Hercules acquisition based on discussions with Debtors and related follow-up analysis. |
| 3/9/2005 | L. Hamilton | 5.50 | Read and analyzed Groundhog acquisition information provided by Debtors |
| 3/10/2005 | C. Troyer | 3.40 | Finalized report to the Committee regarding a proposed acquisition of Hercules. |
| 3/10/2005 | L. Hamilton | 3.30 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/10/2005 | S. Cunningham | 2.50 | Reviewed analysis and report regarding Hercules acquisition. |
| 3/11/2005 | L. Hamilton | 0.60 | Prepared for call with Debtors regarding proposed acquisitions. |
| 3/11/2005 | L. Hamilton | 2.10 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/11/2005 | C. Troyer | 0.20 | Prepared/edited questions for submission to the Debtors pertaining to Groundhog and Sandalwood acquisitions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/11/2005 | C. Troyer | 1.20 | Prepared/edited a report to the Committee on two proposed acquisitions. |
| 3/14/2005 | E. Ordway | 0.60 | Prepared/edited a report to the Committee regarding a proposed acquisition. |
| 3/14/2005 | E. Ordway | 0.80 | Directed staff in analysis of a proposed acquisition. |
| 3/14/2005 | L. Hamilton | 2.70 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/15/2005 | E. Ordway | 1.70 | Finalized report to the Committee regarding proposed acquisitions. |
| 3/15/2005 | L. Hamilton | 2.70 | Prepared report to the Committee regarding Groundhog and Sandalwood acquisitions. |
| 3/16/2005 | L. Hamilton | 0.60 | Updated Groundhog and Sandalwood acquisitions report. |
| 3/17/2005 | L. Hamilton | 1.40 | Read and analyzed CUBA acquisition materials provided by Debtors. |
| 3/18/2005 | L. Hamilton | 2.10 | Prepared questions regarding CUBA acquisition in advance of call with Debtors. |
| 3/18/2005 | S. Cunningham | 2.50 | Reviewed Project CUBA information provided by Debtors. |
| 3/21/2005 | L. Hamilton | 0.30 | Read and analyzed information regarding proposed CUBA acquisition. |
| 3/22/2005 | L. Hamilton | 2.60 | Prepared report to Committee regarding CUBA acquisition. |
| 3/22/2005 | L. Hamilton | 0.80 | Prepared for conference call regarding CUBA acquisition. |
| 3/23/2005 | E. Ordway | 1.70 | Prepared/edited a report on proposed acquisition in Sweden. |
| 3/23/2005 | C. Troyer | 1.50 | Prepared/edited a report to the Committee on a proposed acquisition. |
| 3/24/2005 | E. Ordway | 1.10 | Analyzed peer group data regarding proposed foreign acquisition. |
| 3/25/2005 | E. Ordway | 1.10 | Finalized report to Committee on foreign acquisition. |
| 3/28/2005 | L. Hamilton | 0.60 | Updated CUBA acquisition report to Committee. |
| 3/29/2005 | L. Hamilton | 0.40 | Discussed acquisitions with counsel and Committee chair |
| Subtotal | | 75.60 | |

**03. Claims Analysis & Valuation**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 3/14/2005 | C. Troyer | 3.20 | Analyzed the Debtors' updated claims analysis compared to a prior version. |
| 3/15/2005 | C. Troyer | 2.50 | Documented changes in estimated claims based on discussions with the Debtors' financial advisors. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Subtotal | | 5.70 | |

**04. Creditor Committee Matters**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2005 | E. Ordway | 0.30 | Read updated by-laws and accompanying memo from counsel. |
| 3/3/2005 | C. Troyer | 0.50 | Coordinated scheduling of the Debtors' annual meeting with the Committee. |
| 3/10/2005 | C. Troyer | 0.30 | Discussed tax issues associated with a proposed acquisition with counsel. |
| 3/25/2005 | E. Ordway | 0.50 | Call with Committee member to discuss case status and timing. |
| 3/28/2005 | L. Hamilton | 0.30 | Discussed proposed acquisitions with counsel. |
| 3/30/2005 | E. Ordway | 0.30 | Read and analyzed counsel's memo regarding the P.I. Committee motion to engage special counsel. |
| Subtotal | | 2.20 | |

**05. Employee Matters/KERP/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/9/2005 | C. Troyer | 2.50 | Read Asbestos Committees' objections to F. Festa's proposed employment agreement and drafted response memo for counsel. |
| 3/10/2005 | C. Troyer | 0.40 | Discussed comments on the Asbestos Committees' objections to the proposed F. Festa employment agreement with counsel. |
| 3/11/2005 | E. Ordway | 0.50 | Read counsel's memo regarding executive compensation issues. |
| 3/14/2005 | L. Hamilton | 0.50 | Read and analyzed Stroock memo regarding Festa contract. |
| 3/28/2005 | E. Ordway | 0.60 | Read and analyzed motion regarding revisions to executive compensation. |
| Subtotal | | 4.50 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/10/2005 | N. Backer | 0.90 | Prepared February fee application. |
| 3/11/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/16/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/17/2005 | L. Hamilton | 0.90 | Prepared February fee application. |
| 3/17/2005 | N. Backer | 1.50 | Prepared February fee application. |
| 3/21/2005 | L. Hamilton | 1.10 | Prepared February fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 3/21/2005 | N. Backer | 1.10 | Prepared February fee application. |
| 3/22/2005 | L. Hamilton | 0.40 | Prepared February fee application. |
| 3/28/2005 | T. Sell | 1.00 | Updated fee application database and provided updated support schedules. |
| 3/28/2005 | L. Hamilton | 1.10 | Prepared February fee application. |
| Subtotal | | 11.00 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 3/1/2005 | P. Freyer | 9.20 | Prepared various schedules regarding 4th quarter operating and working capital performance for inclusion in report to the Committee. |
| 3/1/2005 | M. Hakoun | 0.60 | Analyzed forecast peer group information for 2005. |
| 3/2/2005 | P. Freyer | 6.40 | Prepared various schedules comparing actual performance to plan for inclusion in report to the Committee. |
| 3/11/2005 | C. Troyer | 2.00 | Analyzed Debtors' 4th quarter and year-to-date performance compared to peer companies. |
| 3/14/2005 | C. Troyer | 4.00 | Analyzed Debtors' 4th quarter and year-to-date performance compared to peer companies. |
| 3/14/2005 | L. Hamilton | 1.40 | Read and analyzed recent financial statement reports. |
| 3/15/2005 | M. Hakoun | 2.80 | Summarized Peer group adjusted proforma financial information for 4Q and full year 2004. |
| 3/15/2005 | M. Hakoun | 3.20 | Prepared adjustments to Peer group financial summary for one-time charges. |
| 3/15/2005 | S. Cunningham | 3.50 | Prepared analysis of Q4 data provided by Debtors. |
| 3/15/2005 | M. Hakoun | 0.70 | Prepared summary of monthly operating report and distributed to case team members. |
| 3/15/2005 | C. Troyer | 4.50 | Prepared/edited the 4th quarter report to the Committee. |
| 3/22/2005 | S. Cunningham | 3.30 | Read and analyzed Peer group data regarding 2004 results. |
| 3/23/2005 | C. Troyer | 5.50 | Prepared/edited the 4th quarter report to the Committee. |
| 3/24/2005 | C. Troyer | 8.00 | Prepared/edited the report to the Committee on 4th quarter performance. |
| 3/24/2005 | E. Ordway | 1.00 | Analyzed Debtor's most current monthly financial report and compared to budget to determine variances. |
| 3/25/2005 | S. Cunningham | 2.20 | Read and analyzed Q4 financial report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/28/2005 | C. Troyer | 1.70 | Distributed January financials to the Committee. |
| 3/31/2005 | C. Troyer | 3.50 | Read and analyzed February financial package. |
| 3/31/2005 | S. Cunningham | 2.20 | Reviewed February results vs. prior year. |
| 3/31/2005 | M. Hakoun | 1.30 | Summarized Peer company and analyst guidance for full year 2005. |
| Subtotal | | 67.00 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2005 | P. Freyer | 2.40 | Read and analyzed information provided by the Debtors regarding the 2005 Business Plan. |
| 3/3/2005 | P. Freyer | 2.20 | Read various materials received during 2005 operating plan presentation. |
| 3/3/2005 | P. Freyer | 5.80 | Read and analyzed 2005 operating plan presentation materials and 2004 results report. |
| 3/4/2005 | P. Freyer | 7.60 | Prepared summary P&L analyses of 2005 Plan. |
| 3/4/2005 | S. Cunningham | 1.00 | Read and analyzed business plan information provided by the Debtors. |
| 3/7/2005 | P. Freyer | 8.60 | Prepared summary P&L analyses of 2005 Plan. |
| 3/7/2005 | S. Cunningham | 2.50 | Read and analyzed business plan information provided by the Debtors. |
| 3/8/2005 | P. Freyer | 8.30 | Prepared summary bridge schedules for inclusion in 2005 Plan report. |
| 3/9/2005 | P. Freyer | 8.80 | Prepared summary bridge schedules for inclusion in 2005 Plan report. |
| 3/10/2005 | P. Freyer | 8.20 | Prepared summary divisional P&L schedules pertaining to 2005 Plan report. |
| 3/11/2005 | P. Freyer | 7.70 | Continued to prepare various analyses of 2005 Plan data. |
| 3/14/2005 | P. Freyer | 5.40 | Prepared outline of 2005 plan report regarding revenues. |
| 3/15/2005 | P. Freyer | 8.70 | Prepared outline of 2005 plan report regarding working capital. |
| 3/16/2005 | P. Freyer | 7.90 | Prepared 2004 recap summary for 2005 plan report. |
| 3/17/2005 | P. Freyer | 8.60 | Prepared 2005 EBITDA summary for 2005 plan report. |
| 3/18/2005 | P. Freyer | 7.80 | Prepared 2005 EBITDA summary for 2005 plan report. |
| 3/21/2005 | P. Freyer | 8.40 | Prepared Divisional data summary for 2005 plan report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/22/2005 | P. Freyer | 6.50 | Continued to prepare 2005 Plan report. |
| 3/24/2005 | S. Cunningham | 2.00 | Prepared 2005 Plan EBITDA analysis. |
| 3/28/2005 | C. Troyer | 1.00 | Met with team and discussed approach to business plan analysis. |
| 3/29/2005 | L. Hamilton | 2.60 | Read and analyzed 2005 Business Plan data provided by Debtors. |
| 3/30/2005 | L. Hamilton | 8.80 | Prepared analyses of plan data compared to prior year. |
| 3/31/2005 | L. Hamilton | 9.00 | Prepared analyses of assumptions in 2005 Plan for inclusion in report to the Committee. |
| Subtotal | | 139.80 | |

### 11. Financial Analysis - Other

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/2/2005 | E. Ordway | 0.40 | Read counsel's memo regarding Sealed Air settlement and evaluated its possible impact on recoveries. |
| 3/8/2005 | M. Hakoun | 2.40 | Obtained and read sections of 10K, including analysis of full year operations, segments, environmental liabilities and asbestos settlement. |
| 3/9/2005 | M. Hakoun | 1.20 | Obtained and read court docket information. |
| 3/14/2005 | M. Hakoun | 1.40 | Accessed market pricing, actual and futures, for commodities and chemicals which relate to Grace's operations. |
| 3/18/2005 | M. Hakoun | 0.80 | Updated virtual database of docket entries |
| 3/29/2005 | S. Cunningham | 2.30 | Prepared various analyses and reviewed facility shutdown analysis provided by Debtors. |
| 3/29/2005 | C. Troyer | 4.30 | Analyzed financial information regarding the proposed shut-down of a facility. |
| 3/30/2005 | C. Troyer | 1.00 | Prepared/edited report to the Committee on the proposed shutdown of a facility. |
| 3/30/2005 | L. Hamilton | 0.20 | Read/edited report to Committee regarding plant closure. |
| 3/31/2005 | C. Troyer | 0.50 | Prepared/edited report to the Committee on the proposed shut-down of a facility. |
| Subtotal | | 14.50 | |

### 15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 3/14/2005 | L. Hamilton | 1.30 | Read and analyzed POR materials. |

| Date | Professional | Hours | Detailed Time Description |
|------|------|------|------|
| Subtotal | | 1.30 | |

**19. Tax Issues**

| | | | |
|------|------|------|------|
| 3/1/2005 | C. Troyer | 6.20 | Read and analyzed data relevant to the Debtors' proposed foreign tax restructuring and COLI settlement. |
| 3/1/2005 | E. Ordway | 1.10 | Directed staff in preparation of analysis of taxes. |
| 3/2/2005 | E. Ordway | 0.80 | Directed staff in updating report on taxes to address additional tax issues. |
| 3/2/2005 | C. Troyer | 3.10 | Prepared/edited report to the Committee on the status of the foreign tax restructuring and the COLI settlement. |
| Subtotal | | 11.20 | |

**26. Meetings with Debtors**

| | | | |
|------|------|------|------|
| 3/3/2005 | C. Troyer | 1.00 | Participated in a conference call to discuss a proposed acquisition. |
| 3/8/2005 | C. Troyer | 1.00 | Participated in a conference call with the Debtors to discuss questions on a proposed acquisition. |
| 3/9/2005 | C. Troyer | 0.80 | Discussion with Debtors regarding tax issues pertaining to a proposed acquisition. |
| 3/11/2005 | L. Hamilton | 0.50 | Participated in conference call with Debtors regarding acquisitions |
| 3/15/2005 | C. Troyer | 1.00 | Discussed the Debtors' updated claims analysis with the Debtors' financial advisors. |
| 3/23/2005 | L. Hamilton | 0.50 | Participated in conference call with Debtors and Blackstone regarding CUBA acquisition. |
| Subtotal | | 4.80 | |

**28. Special Case Issues**

| | | | |
|------|------|------|------|
| 3/1/2005 | E. Ordway | 0.20 | Read legislative update from Navigant. |
| Subtotal | | 0.20 | |

**35. Litigation**

| | | | |
|------|------|------|------|
| 3/10/2005 | E. Ordway | 0.30 | Read information regarding criminal trial. |
| Subtotal | | 0.30 | |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| Total Hours | | 338.10 | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 3/1/05 through 3/31/05

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Copies** | | | |
| 3/31/2005 | Capstone Expenses | March copies - 800 @ .15 ea | $120.00 |
| Subtotal - Copies | | | $120.00 |
| **March Telephone - Saddle Brook Office** | | | |
| 3/31/2005 | Capstone Expenses | Telecom Charges | $361.38 |
| Subtotal - March Telephone - Saddle Brook Office | | | $361.38 |
| **Postage/FedEx** | | | |
| 3/14/2005 | Capstone Expenses | FedEx inv # 5-419-52013 | $13.56 |
| Subtotal - Postage/FedEx | | | $13.56 |
| **For the Period 3/1/05 through 3/31/05** | | | $494.94 |