# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | |
|---|---|---|---|
| 03/01/05 | Address settlement issues. | | |
| 15 | W. Hatfield | 0.4 | 134.00 |
| 03/01/05 | Revise proposed forms of various settlement agreement with defendants | | |
| 4 | F. Stella | 3.0 | 780.00 |
| 03/02/05 | Attention settlement proposals to Shell, Sunoco and Richards. | | |
| 4 | R. Rose | 0.5 | 212.50 |
| 03/02/05 | Draft letters to various counsel with settlement agreements. | | |
| 4 | F. Stella | 1.8 | 468.00 |
| 03/03/05 | Attend to case issues. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |
| 03/04/05 | Review correspondence with defendants. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |
| 03/08/05 | Discuss status of real estate sheriff's sale with J. Borg. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| 03/08/05 | Telephone conference with F. Biehl regarding status of sheriff's sale and payment of remaining judgment balance for Teich. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |
| 03/10/05 | Telephone conversation with Sheriff of Suffolk County regarding fees and commissions due on levy. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| 03/11/05 | Telephone conference with F. Biehl regarding telephone conversation with Suffolk County Clerk. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |
| 03/11/05 | Receipt and review of correspondence from F. Biehl regarding discussions with Suffolk County Clerk. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| 03/11/05 | Telephone conference with Suffolk County Clerk regarding levy and cancellation of sale and issue concerning sheriff's fees and commissions. | | |

| | | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 03/11/05 | Correspondence to F. Biehl regarding telephone conversation with Suffolk County Clerk and cancellation of levy and sale. | | |
| 15 | R. Gottilla | 0.4 | 146.00 |

| | | | |
|---|---|---|---|
| 03/14/05 | Receipt and review of letter from Sheriff of Suffolk County regarding fees and commissions due on levy. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 03/14/05 | Receipt and review of correspondence from the Suffolk County Sheriff's office regarding claim for commission and fees on levy. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |

| | | | |
|---|---|---|---|
| 03/14/05 | Telephone conference with the Suffolk County Sheriff's office regarding claim for commission and fees on levy and seeking compromise amount. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 03/14/05 | Telephone conference with F. Biehl regarding discussions with the Suffolk County Sheriff's office regarding claim for commission and fees on levy. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 03/17/05 | Review research materials for appeal. | | |
| 15 | W. Hatfield | 0.3 | 100.50 |

| | | | |
|---|---|---|---|
| 03/22/05 | Telephone conference with F. Biehl regarding additional payment from insurance company and issue regarding Suffolk County Sheriff levy and commission. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |

| | | | |
|---|---|---|---|
| 03/24/05 | Address appeal issues on reply briefing. | | |
| 15 | W. Hatfield | 0.6 | 201.00 |

| | | | |
|---|---|---|---|
| 03/24/05 | Discuss scheduling of briefing with B. Hatfield. | | |
| 4 | R. Rose | 0.2 | 85.00 |

| | | | |
|---|---|---|---|
| 03/24/05 | Review Richards/Sunrich brief in opposition. | | |
| 4 | R. Rose | 1.0 | 425.00 |

| | | | |
|---|---|---|---|
| 03/24/05 | Receipt and review of letter from F. Biehl regarding additional payment received from CNA Insurance and requesting balance due on Teich judgment. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 03/24/05 | Review of file per letter from F. Biehl requesting balance due on Teich judgment and calculating amount outstanding. | | |

| | | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.3 | 109.50 |
| 03/24/05<br>15 | Discuss strategy of filing reply W. Hatfield.<br>F. Stella | 0.2 | 52.00 |
| 03/24/05<br>15 | Read opposition brief from Richard.<br>F. Stella | 0.5 | 130.00 |
| 03/25/05<br>15 | Address appeal issues on Richards/Sunrich.<br>W. Hatfield | 0.3 | 100.50 |
| 03/25/05<br>4 | Review Sunoco brief in opposition to appeal; begin outline response.<br>R. Rose | 2.8 | 1,190.00 |
| 03/25/05<br>15 | Review factual issue raise by Richard's opposition brief with R. Rose.<br>F. Stella | 0.2 | 52.00 |
| 03/25/05<br>15 | Read Sunoco's opposition brief.<br>F. Stella | 0.7 | 182.00 |
| 03/28/05<br>15 | Address Teich payment issues.<br>W. Hatfield | 0.2 | 67.00 |
| 03/28/05<br>15 | Call from Shell counsel on service of brief and attend to Shell issues.<br>W. Hatfield | 0.4 | 134.00 |
| 03/28/05<br><br>15 | Address appeal issues on summary judgment arguments by Richards and Sunoco.<br>W. Hatfield | 3.9 | 1,306.50 |
| 03/28/05<br>4 | Review Shell brief in opposition to appeal and outline response.<br>R. Rose | 2.4 | 1,020.00 |
| 03/28/05<br>4 | Begin review of Weja brief in opposition to appeal.<br>R. Rose | 2.8 | 1,190.00 |
| 03/28/05<br>4 | Read Shell's opposition brief.<br>F. Stella | 1.0 | 260.00 |
| 03/28/05<br><br>4 | Call to clerk's office regarding motion for over length brief and extension for reply.<br>F. Stella | 0.2 | 52.00 |
| 03/28/05<br><br>4 | Follow up on additional issues for drafting reply briefs with R. Rose and W. Hatfield.<br>F. Stella | 0.3 | 78.00 |

| | | | |
|---|---|---|---|
| 03/29/05 | Continue review of Weja brief in opposition to appeal and review case law cited in brief. | | |
| 4 | R. Rose | 3.3 | 1,402.50 |
| | | | |
| 03/29/05 | Memo to clients on status of matter. | | |
| 4 | W. Hatfield | 0.2 | 67.00 |
| | | | |
| 03/29/05 | Review and comment on Shell brief. | | |
| 15 | W. Hatfield | 1.0 | 335.00 |
| | | | |
| 03/29/05 | Review and comment on Weja response brief. | | |
| 15 | W. Hatfield | 4.0 | 1,340.00 |
| | | | |
| 03/29/05 | Office conference with W. Hatfield regarding appellate response and record. | | |
| 15 | J. Spielberg | 0.4 | 96.00 |
| | | | |
| 03/30/05 | Outline arguments in oil companies' briefs. | | |
| 4 | R. Rose | 4.8 | 2,040.00 |
| | | | |
| 03/30/05 | Address appeal issues on reply brief. | | |
| 15 | W. Hatfield | 0.9 | 301.50 |
| | | | |
| 03/30/05 | Correspondence to F. Biehl regarding balance due on judgment and Teich's liability for Sheriff's fees and commissions. | | |
| 15 | R. Gottilla | 0.7 | 255.50 |
| | | | |
| 03/30/05 | Review documents on volume of gasoline from Shell and Sunoco. | | |
| 4 | F. Stella | 0.5 | 130.00 |
| | | | |
| 03/30/05 | Draft memo on filing over length motion and filing date; discuss strategy of reply briefs with R. Rose. | | |
| 4 | F. Stella | 1.0 | 260.00 |
| | | | |
| 03/30/05 | Review interrogatory responses to confirm disclosure of witnesses. | | |
| 4 | F. Stella | 1.0 | 260.00 |
| | | | |
| 03/30/05 | Compare respondents' appendices to document that were before trial court on summary judgment motions and update R. Rose. | | |
| 4 | F. Stella | 1.5 | 390.00 |
| | | | |
| 03/31/05 | Follow up with B. Hatfield regarding issues in case. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| | | | |
| 03/31/05 | Complete review of oil companies' briefs and continue review of case law | | |

|  | cited in briefs. |  |  |
|---|---|---|---|
| 4 | R. Rose | 5.9 | 2,507.50 |

| 03/31/05 | Follow up with A. Marchetta regarding issues in case. |  |  |
|---|---|---|---|
| 15 | W. Hatfield | 0.3 | 100.50 |

| 03/31/05 | Address appeal issues and briefing. |  |  |
|---|---|---|---|
| 15 | W. Hatfield | 2.8 | 938.00 |

| 03/31/05 | Reviewed Weja's appellate brief to verify accuracy of citations. |  |  |
|---|---|---|---|
| 15 | J. Spielberg | 1.7 | 408.00 |

| 03/31/05 | Calls to the clerk of the court. |  |  |
|---|---|---|---|
| 4 | F. Stella | 0.2 | 52.00 |

| 03/31/05 | Draft e-mail regarding reply filing deadline. |  |  |
|---|---|---|---|
| 4 | F. Stella | 0.2 | 52.00 |

| 03/31/05 | Retrieve documents from file for reply briefs. |  |  |
|---|---|---|---|
| 4 | F. Stella | 0.5 | 130.00 |

| 03/31/05 | Follow up on Stipulations of dismissal with Appellate division for AEIC. |  |  |
|---|---|---|---|
| 4 | F. Stella | 0.5 | 130.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 23.7 | 425.00 | 10,072.50 |
| A. Marchetta | 4 | 0.3 | 525.00 | 157.50 |
| R. Gottilla | 15 | 4.2 | 365.00 | 1,533.00 |
| W. Hatfield | 4 | 0.2 | 335.00 | 67.00 |
|  | 15 | 15.5 | 335.00 | 5,192.50 |
| F. Stella | 4 | 11.7 | 260.00 | 3,042.00 |
|  | 15 | 1.6 | 260.00 | 416.00 |
| J. Spielberg | 15 | 2.1 | 240.00 | 504.00 |
| TOTAL |  | 59.3 |  | 20,984.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 03/02/05 | Worked with M. Waller regarding upcoming deadline for approval of settlement agreement. |  |  |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

| 03/04/05 | Drafted fee application for January 2005. | | |
| 11 | K. Jasket | 2.8 | 658.00 |

| 03/07/05 | Review and revise PH's January, 2005 Fee Application. | | |
| 11 | S. Zuber | 0.3 | 112.50 |

| 03/09/05 | Revise January 2005 fee application and attention to forwarding same to D. Carickhoff for filing. | | |
| 11 | K. Jasket | 0.5 | 117.50 |

| 03/22/05 | Monitored court website regarding issuance of order approving settlement agreement, and affidavit of service regarding same. | | |
| 4 | S. Parker | 0.3 | 37.50 |

| 03/22/05 | Worked with M. Waller regarding status of issuance of order approving settlement agreement, and affidavit of service regarding same. | | |
| 4 | S. Parker | 0.2 | 25.00 |

| 03/22/05 | Forwarded order approving settlement agreement and affidavit of service to M. Waller and B. Moffitt as requested. | | |
| 4 | S. Parker | 0.2 | 25.00 |

| 03/23/05 | Review and revise Pitney Hardin's February, 2005 Fee Application. | | |
| 11 | S. Zuber | 0.3 | 112.50 |

| 03/23/05 | Drafted fee application for February 2005. | | |
| 11 | K. Jasket | 3.5 | 822.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.6 | 375.00 | 225.00 |
| K. Jasket | 11 | 6.8 | 235.00 | 1,598.00 |
| S. Parker | 4 | 1.0 | 125.00 | 125.00 |
| TOTAL | | 8.4 | | 1,948.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 113203 Insurance Investigation

| 03/22/05 | Review and analyze recent Montana decision regarding application of sudden and accidental pollution exclusion and preparing memorandum analyzing same. | | |
| 15 | M. Waller | 1.0 | 375.00 |

| 03/23/05 | Drafting memorandum analyzing recent Montana decision regarding |

application of sudden and accidental pollution exclusion.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 337.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Waller | 15 | 1.9 | 375.00 | 712.50 |
| TOTAL | | 1.9 | | 712.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| | | | |
|---|---|---|---|
| 03/02/05 | Draft e-mail memorandum to J. Baer regarding time periods for approval of settlement set out in CNA Settlement Agreement. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 03/02/05 | Review response from J. Baer regarding time approval of settlement agreement in bankruptcy, reply and forward to A. Marchetta. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 03/02/05 | Review memorandum from S. Parker regarding deadline set by court order to consummate the settlement. | | |
| 15 | M. Waller | 0.1 | 37.50 |
| | | | |
| 03/02/05 | Check settlement agreement and draft memorandum regarding expiration of 90 day deadline set out in settlement agreement for approval of agreement in bankruptcy. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 03/03/05 | Follow up regarding settlement approval. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |
| | | | |
| 03/04/05 | Follow up with M. Waller regarding approval of settlement agreement. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |
| | | | |
| 03/04/05 | Telephone conference with CNA counsel regarding approval of settlement agreement on February 28, expected issuance of order regarding same by bankruptcy court, and need for extension of deadline in agreement for completing approval process. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 03/04/05 | Draft e-mail to J. Baer regarding telephone conference with CNA counsel concerning approval of settlement agreement on February 28 by bankruptcy court and need for extension of deadline in agreement for completing approval process; follow up with A. Marchetta. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

03/07/05    Receive from bankruptcy counsel and review Certification of counsel and attachment submitted in connection with Order approving settlement agreement, and forward with comment to A. Marchetta

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

03/08/05    Draft e-mail correspondence to CNA counsel regarding preparation of countersigned letter extending 90 day period for settlement agreement to be approved in bankruptcy.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

03/08/05    Preparing letter to Judge Kaplan regarding request for additional extension of time to consummate settlement.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

03/10/05    Drafting letter to CNA counsel requesting confirmation of extension of 90 day deadline to submit and have settlement agreement approved.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.0 | 375.00 |

03/10/05    Drafting additions and revisions to proposed letter to Judge Kaplan requesting extension of deadline to complete settlement and have approved by bankruptcy court.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.7 | 262.50 |

03/10/05    Draft e-mail memorandum to CNA counsel regarding proposed letter to Judge Kaplan requesting extension of deadline to complete settlement and have same approved by bankruptcy court, and requesting countersigned copy of letter providing for extension of time.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.6 | 225.00 |

03/10/05    Work with M. Waller regarding proposed letters to Judge Kaplan and E. DeCristofaro regarding settlement issues.

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.3 | 103.50 |

03/10/05    Retrieved Judge Kaplan's December 2004 Order and forwarded same to M. Waller as requested

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 25.00 |

03/14/05    Confer with B. Moffitt regarding failure of CNA to respond to requests to extend the 90 day deadline in the settlement agreement for approval of the settlement agreement in the bankruptcy court.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

03/14/05    Review and revise draft letter to CNA regarding extending the 90 day deadline in the settlement agreement providing for approval of the

|  |  |  |  |
|---|---|---|---|
| 15 | settlement agreement in the bankruptcy court.<br>M. Waller | 0.2 | 75.00 |
| 03/14/05 | Review follow up e-mail from B. Moffitt regarding call with DeCristofaro and draft language regarding extension, and follow up with B. Moffitt regarding same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 03/14/05 | Telephone calls with E. DeCristofaro and M. Waller regarding settlement issues; draft letter to E. DeCristofaro regarding same. | | |
| 15 | B. Moffitt | 0.9 | 310.50 |
| 03/15/05 | Follow up with M. Waller regarding extension of time for approval of settlement agreement. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| 03/15/05 | Review executed order in bankruptcy matter approving settlement agreement with CNA and forward same with comment to A. Marchetta and B. Moffitt. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 03/15/05 | Follow up with B. Moffitt regarding communications with CNA Counsel regarding extension, and review memorandum to E. DeCristofaro regarding same. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 03/15/05 | Work with B. Moffitt to finalize letter to Judge Kaplan regarding extension of time to consummate settlement to permit time for any appeals of bankruptcy order. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 03/15/05 | Telephone call to E. DeCristofaro regarding extending time under settlement agreement; telephone call with M. Waller regarding same; respond to E. DeCristofaro e-mail; review E. DeCristofaro letter, confer with M. Waller, and execution and return of letter agreement. | | |
| 15 | B. Moffitt | 0.5 | 172.50 |
| 03/16/05 | Follow up with B. Moffitt regarding letter to Judge Kaplan regarding extension of time to consummate settlement and memorandum to CNA counsel regarding same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 03/16/05 | Review Order approving settlement and confer with A. Marchetta regarding same; continued preparation of letter to Judge Kaplan requesting extension of deadline to reopen in the event settlement is not consummated and follow up with M. Waller regarding same. | | |

| | | | |
|---|---|---|---|
| 15 | B. Moffitt | 0.9 | 310.50 |

| | | | |
|---|---|---|---|
| 03/17/05 | Confer with B. Moffitt regarding letter to Judge Kaplan and review memorandum to client regarding same. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 03/17/05 | Telephone call to E. DeCristofaro regarding letter to Judge Kaplan; preparation of e-mail regarding same; finalize letter to Court and preparation of e-mails to M. Waller and client. | | |
| 15 | B. Moffitt | 0.4 | 138.00 |

| | | | |
|---|---|---|---|
| 03/18/05 | Created docket entry reflecting upcoming deadline regarding settlement agreement | | |
| 4 | S. Parker | 0.1 | 12.50 |

| | | | |
|---|---|---|---|
| 03/22/05 | Telephone call with SDNY Court clerk regarding order extending time to complete settlement and entry of same on docket. | | |
| 15 | M. Waller | 0.1 | 37.50 |

| | | | |
|---|---|---|---|
| 03/22/05 | Review executed order extending time to complete settlement and entry of same on docket and confer with S. Parker regarding scheduling new deadline and monitoring bankruptcy court docket for entry of Order approving settlement and triggering of appeal period. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 03/22/05 | Follow up with S. Parker and B. Moffitt regarding notice to CNA of entry of order on docket and time for filing of appeals. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 03/22/05 | Review and respond to e-mails from M. Waller regarding settlement issues/time period of appeals of bankruptcy issues. | | |
| 15 | B. Moffitt | 0.2 | 69.00 |

| | | | |
|---|---|---|---|
| 03/22/05 | Worked with M. Waller and B. Moffitt regarding follow-up issues concerning entry of order approving settlement agreement on docket and filing of appeals | | |
| 4 | S. Parker | 0.2 | 25.00 |

| | | | |
|---|---|---|---|
| 03/30/05 | Follow up with M. Waller regarding status of court approval of settlement agreement. | | |
| 4 | A. Marchetta | 0.1 | 52.50 |

| | | | |
|---|---|---|---|
| 03/30/05 | Draft follow up memo to F. Zaremby and J. Posner regarding schedule to transfer escrowed funds to Grace. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/30/05 | Follow up with A. Marchetta and S. Parker regarding docketing date of entry of order approving settlement agreement and results of research regarding appeals in connection with scheduling date to transfer escrowed funds to Grace. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 03/30/05 | Telephone conference with J. Posner and F. Zaremby regarding schedule for release of settlement funds paid by CNA | | |
| 15 | M. Waller | 0.3 | 112.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.8 | 525.00 | 420.00 |
| M. Waller | 15 | 8.5 | 375.00 | 3,187.50 |
| B. Moffitt | 15 | 3.2 | 345.00 | 1,104.00 |
| S. Parker | 4 | 0.5 | 125.00 | 62.50 |
| | TOTAL | 13.0 | | 4,774.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 03/01/05 | Telephone conference with V. Finkelstein regarding potential Grace liability for litigation | | |
| 15 | B. Benjamin | 0.1 | 39.00 |

| 03/03/05 | Work with B. Benjamin regarding memo to advisory. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |

| 03/03/05 | Work on/revise Discovery Outline | | |
| 15 | B. Benjamin | 0.3 | 117.00 |

| 03/08/05 | Follow up regarding discovery. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| 03/21/05 | Work with B. Benjamin regarding issues for client and follow up regarding same. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |

| 03/21/05 | Review/analysis client documents regarding responding to document production requests | | |
| 15 | B. Benjamin | 0.3 | 117.00 |

| 03/21/05 | Preparation of objections and responses to Plaintiff's Demand for Expert Witness Information; Preparation of objections and responses to Plaintiff's | | |

12

Document Demands; Preparation of objections and responses to Tahari's Document Demands; Preparation of Notices to Take Deposition of Plaintiff and Tahari

| 15 | M. Levison | 2.9 | 870.00 |

03/22/05      Work on Document Demands to Tahari, including review pleadings in preparation of same.

| 15 | B. Benjamin | 0.6 | 234.00 |

03/23/05      Telephone call with B. Benjamin regarding discovery.

| 4 | A. Marchetta | 0.3 | 157.50 |

03/23/05      Draft/revise Interrogatories to Tahari

| 15 | B. Benjamin | 1.1 | 429.00 |

03/23/05      Telephone conferences (2) with C. Boubol, counsel for Trizec, regarding discovery issues, service of document demands and interrogatories

| 15 | B. Benjamin | 0.3 | 117.00 |

03/23/05      Preparation of Document Demands to Trizec and Tahari; Preparation of Interrogatories to Tahari

| 15 | M. Levison | 4.9 | 1,470.00 |

03/25/05      Draft/Revise Responses and Objections to Trizec's Notice for Discovery and Inspection

| 15 | B. Benjamin | 0.6 | 234.00 |

03/25/05      Draft/Revise Document Demand to Trizec and Tahari

| 15 | B. Benjamin | 0.9 | 351.00 |

03/25/05      Draft/revise Interrogatories to Tahari

| 15 | B. Benjamin | 1.1 | 429.00 |

03/25/05      Draft/revise Deposition Notice to Trizec

| 15 | B. Benjamin | 0.2 | 78.00 |

03/25/05      Draft/revise Deposition Notice to Tahari individually

| 15 | B. Benjamin | 0.2 | 78.00 |

03/25/05      Draft/revise Deposition Notice to Tahari as Company

| 15 | B. Benjamin | 0.2 | 78.00 |

03/25/05      Draft/revise Response to Trizec Demand for Witness List

| 15 | B. Benjamin | 0.2 | 78.00 |

03/25/05      Draft/Revise Responses and Objections to Tahari's Notice for Discovery

|   |   |   |   |
|---|---|---|---|
|   | and Inspection |   |   |
| 15 | B. Benjamin | 0.5 | 195.00 |
|   |   |   |   |
| 03/28/05 | Modify document demands and interrogatories to Defendant and Plaintiff, in light of comments from B. Benjamin; Preparation of memorandum to B. Benjamin regarding issues to be discussed with client |   |   |
| 15 | M. Levison | 0.7 | 210.00 |
|   |   |   |   |
| 03/29/05 | Revise Discovery Demands |   |   |
| 15 | B. Benjamin | 0.4 | 156.00 |
|   |   |   |   |
| 03/30/05 | Draft correspondence to A. Nagy and V. Finkelstein regarding discovery issues, facts, witnesses |   |   |
| 15 | B. Benjamin | 0.2 | 78.00 |
|   |   |   |   |
| 03/31/05 | Follow up regarding issues with B. Benjamin and e-mail regarding same. |   |   |
| 4 | A. Marchetta | 0.3 | 157.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.5 | 525.00 | 787.50 |
| B. Benjamin | 15 | 7.2 | 390.00 | 2,808.00 |
| M. Levison | 15 | 8.5 | 300.00 | 2,550.00 |
| TOTAL | | 17.2 | | 6,145.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 111099 Trenton Environmental Issues

|   |   |   |   |
|---|---|---|---|
| 03/23/05 | Telephone calls with client and review regarding investigations. |   |   |
| 4 | A. Marchetta | 0.4 | 210.00 |
|   |   |   |   |
| 03/24/05 | Telephone calls regarding investigation. |   |   |
| 4 | A. Marchetta | 0.3 | 157.50 |
|   |   |   |   |
| 03/24/05 | Telephone conference with clients and attorneys regarding handling of matter and strategy. |   |   |
| 4 | A. Marchetta | 1.0 | 525.00 |
|   |   |   |   |
| 03/24/05 | Prepare for and conference call with client and Kirkland & Ellis re issues. |   |   |
| 4 | A. Marchetta | 1.0 | 525.00 |
|   |   |   |   |
| 03/25/05 | Work with attorneys regarding investigation and most recent article; follow up regarding same. |   |   |
| 4 | A. Marchetta | 1.0 | 525.00 |

| | | | |
|---|---|---|---|
| 03/25/05 | Confer with A. Marchetta regarding research regarding former Trenton facility. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 03/25/05 | Reviewing news releases and articles regarding Trenton facility, historic uses and allegations. | | |
| 15 | M. Waller | 0.9 | 337.50 |
| 03/25/05 | Conferring with S. Muhlstock regarding research regarding former Trenton facility. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 03/25/05 | Meeting with A. Marchetta and S. Muhlstock regarding research regarding former Trenton facility. | | |
| 15 | M. Waller | 0.6 | 225.00 |
| 03/25/05 | Follow up with  S. Muhlstock regarding sources of public information regarding former Trenton facility. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 03/25/05 | Review and revise list of sources of public information from  S. Muhlstock | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 03/25/05 | Meeting with A. Marchetta and M. Waller regarding strategy to obtain public records.  Begin preparing list of potential sources of information. Research regarding site at issue. | | |
| 15 | S. Muhlstock | 2.8 | 756.00 |
| 03/26/05 | Review results of online research regarding site. | | |
| 15 | S. Muhlstock | 1.4 | 378.00 |
| 03/28/05 | Review news articles regarding claims against Grace regarding asbestos | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 03/28/05 | Review additional articles regarding bankruptcy and site at issue. | | |
| 15 | S. Muhlstock | 0.5 | 135.00 |
| 03/29/05 | Review articles and e-mails regarding same; work with M. Waller regarding investigation. | | |
| 4 | A. Marchetta | 0.6 | 315.00 |
| 03/29/05 | Review sources of information and follow up regarding approval. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |
| 03/29/05 | Review recent news reports regarding testing by environmental consultant | | |

(Sadat) for state and follow up e-mail memo to A. Marchetta regarding previous litigations involving Sadat.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

03/29/05    Telephone conference with R. Marriam regarding Trenton site investigation and documents.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |

03/29/05    Call Brian O'Connell and leave detailed message regarding search to locate Trenton facility related documents.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

03/29/05    Receive telephone call from R. Senftleben regarding search to locate Trenton facility related documents.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

03/29/05    Conference with A. Marchetta and S. Muhlstock regarding inquiries to locate Trenton facility related documents.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

03/29/05    Revising and drafting additions to chart of public sources of Trenton facility information and summarize materials potentially available at each source

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.3 | 487.50 |

03/29/05    Draft summary of steps to seek Trenton facility related documents.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |

03/29/05    Review articles regarding testing at site. Meetings with A. Marchetta and M. Waller regarding strategy for obtaining documents. Telephone conference with R. Seftlaban and M. Waller regarding same. Review chart of potential sources of information regarding site.

| | | | |
|---|---|---|---|
| 15 | S. Muhlstock | 0.7 | 189.00 |

03/30/05    Follow up regarding information for client.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 105.00 |

03/30/05    Draft additions and revisions to chart listing potential and actual sources of information regarding the Trenton facility and memorandum to client regarding gathering same.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.1 | 412.50 |

03/31/05    Telephone calls with R. Weinroth and client and follow up with M. Waller regarding investigations and information from client.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 1.2 | 630.00 |

03/31/05    Reviewing permitting information and related materials received from

|  |  |  |  |
|---|---|---|---|
| 15 | client.<br>M. Waller | 0.8 | 300.00 |
| 03/31/05 | Meeting with A. Marchetta and conference call with R. Weinroth and R. Senftleben regarding information inquiries regarding former Trenton facility | | |
| 15 | M. Waller | 0.7 | 262.50 |
| 03/31/05 | Draft memorandum summarizing information inquiries regarding former Trenton facility and forward with memo to A. Marchetta. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 03/31/05 | Confer with M. Waller regarding status. | | |
| 15 | S. Muhlstock | 0.1 | 27.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 6.1 | 525.00 | 3,202.50 |
| M. Waller | 15 | 9.2 | 375.00 | 3,450.00 |
| S. Muhlstock | 15 | 5.5 | 270.00 | 1,485.00 |
| TOTAL | | 20.8 | | 8,137.50 |