# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## MARCH 1, 2005 THROUGH MARCH 31, 2005

Engagement Costs – Weja, Inc.

|  |  |
|---|---:|
| Duplicating | 306.74 |
| Postage | 10.05 |
| Telephone | 5.66 |
| Matter Total Engagement Cost | 322.45 |

Engagement Costs – Chapter 11 Administration

| 03/09/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 272382 | 7.74 |
|---|---|---:|
|  | Matter Total Engagement Cost | 7.74 |

Engagement Costs – NY Superfund Action

| 03/10/05 | PD UPS TO NEW YORK NY; MEW; CK# 272382 | 7.74 |
|---|---|---:|
| 03/14/05 | PD UPS TO NEW YORK, NY; BEM; CK#272590 | 7.74 |
| 03/17/05 | PD UPS TO NEW YORK, NY; BEM; CK#272590 | 7.74 |
| 03/31/05 | DOCUMENT ACCESS FACILITY- MARCH 2005 | 2864.00 |
|  | Duplicating | 3.92 |
|  | Telephone | 1.29 |
|  | Matter Total Engagement Cost | 2,892.43 |

18