# EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80504
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through March 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/01/05 | RAM | Read email re: Australian sales issue. | 0.10 Hrs | $23.00 |
| 03/01/05 | MTM | Complete review of Australian documents (.4); email to in-house counsel re: same (.1). | 0.50 Hrs | $100.00 |
| 03/02/05 | RAM | Telephone calls from/to in-house counsel re: whether I recognize name of Bill Lee in Australia. | 0.10 Hrs | $23.00 |
| 03/04/05 | RAM | Locate old Grace directory; telephone calls (2) to in-house counsel re: position Bill Lee held. | 0.10 Hrs | $23.00 |
| 03/05/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $46.00 |
| 03/06/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $69.00 |
| 03/09/05 | MTM | Telephone call from in-house counsel with request for 2 Libby personnel files (.1); telephone call to in-house counsel re: Finch file (.1); review indices re: same (.3); obtain 3 personnel files at Winthrop Square (.8). | 1.30 Hrs | $260.00 |
| 03/10/05 | RAM | Telephone conference with in-house counsel who requests search for documents indicating Grace provided certain information about Trenton plant to State of New Jersey; conference with DBM re: same (.2); review search results (.1). | 0.30 Hrs | $69.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/10/05 | DBM | Search for New Jersey DEP documents (1.7); telephone call from in-house counsel re: same (.3); draft memo to MTM re: retrieval of same (.3). | 2.30 Hrs | $483.00 |
| 03/11/05 | RAM | Read emails from/to MTM re: collections of depositions that are at Winthrop Square; remind MTM of Goodwin Procter collection. | 0.10 Hrs | $23.00 |
| 03/11/05 | MTM | Letter to in-house counsel re: Libby personnel files (.1); receipt and review of memo from DBM re: document search project for in-house counsel and review results re: same (.4); telephone call from RAM re: same (.2); conference with SES re: obtaining documents at Winthrop Square (.2); telephone call to in-house paralegal re: request from Kirkland Ellis counsel for all deposition transcript lists (.2); review all deposition transcript lists re: same (1.1); letter to Kirkland Ellis counsel re: same (.2); telephone call from SES re: problems with microfilm machine (.2); telephone call to in-house counsel re: same (.1); email to different in-house counsel re: same (.2); hand search original documents to obtain copies requested by in-house counsel (1.4); telephone call from in-house counsel re: chest x-rays (.2); telephone call to ARA re: hand search of boxes for documents requested by in-house counsel (.3); review document copies obtained from Winthrop Square (.9); email to in-house counsel re: same (.2); email to Kirkland Ellis counsel re: various deposition transcript lists (.3). | 6.20 Hrs | $1,240.00 |
| 03/11/05 | SES | To Winthrop Square to search for and obtain requested documents. | 3.00 Hrs | $270.00 |
| 03/14/05 | MTM | Continue gathering documents re: NJ EPA for in-house counsel (2.1); letter to Kirkland Ellis counsel re: deposition transcript lists (.2); return 3 Libby personnel files to repository (.5); email to in-house counsel re: NJ EPA materials (.2); letter to in-house counsel re: same (.1). | 3.10 Hrs | $620.00 |
| 03/15/05 | MTM | Telephone call from Kirkland Ellis counsel re: status of criminal matter and request for documents (.5); telephone call from in-house counsel requesting particular deposition transcript (.2); | 0.70 Hrs | $140.00 |
| 03/16/05 | MTM | Obtain deposition transcript at Winthrop Square for in-house counsel (.6); letter to in-house counsel re: same (.1); email to Kirkland Ellis counsel re: expert and employee depositions at Winthrop Square (.4). | 1.10 Hrs | $220.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/17/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $69.00 |
| 03/18/05 | MTM | Email to Kirkland Ellis counsel re: deposition collection (.2); email from Kirkland Ellis counsel re: O.M. Scott study and request for employee document (.3). | 0.50 Hrs | $100.00 |
| 03/21/05 | MTM | Obtain documents requested by Kirkland Ellis counsel at Winthrop Square (1.1); email to Kirkland Ellis counsel re: same (.2). | 1.30 Hrs | $260.00 |
| 03/23/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $69.00 |
| 03/23/05 | MTM | Emails to in-house counsel re: microfilm machine (.2). Review files on EPA investigation to identify boxes of documents at Winthrop Square not requested by EPA (1.8); review Winthrop Square for ZAI advertising and boxes not requested by EPA (2.6). | 4.60 Hrs | $920.00 |
| 03/24/05 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 03/24/05 | MTM | Work on identifying Winthrop Square boxes not requested by EPA (1.9); email to Holme Roberts paralegal confirming Winthrop Square boxes not requested by EPA (.2); draft memo re: description of all repository boxes not requested by EPA (.9); telephone call to ARA re: same (.2); receipt and review of list of all repository boxes copied for EPA from Holme Roberts paralegal (.4); email to her re: same (.2). | 3.80 Hrs | $760.00 |
| 03/25/05 | RAM | Read emails from MTM and telephone conference with him re: 7 boxes of documents reviewed recently re: Montana grand jury subpoena; agree that MTM should email in-house counsel and Kirkland Ellis attorney re: whether documents should be reviewed in detail. | 0.20 Hrs | $46.00 |
| 03/25/05 | MTM | Review notes of prior review of 7 boxes of Hoyle Morris & Kerr deprivileged documents (1.0); conference with RAM re: same (.2); review various boxes at Winthrop Square re: memo to Kirkland Ellis counsel re: contents of boxes not requested by EPA (2.0); revise memo to Kirkland Ellis counsel re: same (.9); telephone call from Dale Cockrill, Esq. from State of Montana re: access to repository (.2); email to Kirkland Ellis counsel re: documents not requested by EPA (.2); email to in-house counsel re: contact by counsel for State of Montana (.2). | 4.70 Hrs | $940.00 |
| 03/29/05 | RAM | Read selected documents filed in bankruptcy court (1.2). Read emails re: attorney who claims to represent State of Montana, requesting access to document repository (.1). | 1.30 Hrs | $299.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/29/05 | MTM | Telephone call from Kirkland Ellis counsel re: anticipated government database and various other issues (.8); review prior memos re: Winthrop Square productions to EPA and prior coding (.6). | 1.40 Hrs | $280.00 |
| 03/30/05 | MTM | Work on privilege list issues (2.1); telephone call to 2 in-house counsels re: processing of 7 box previously privileged collection (.3). | 2.40 Hrs | $480.00 |
| 03/30/05 | ARA | Document control. | 2.50 Hrs | $225.00 |
| 03/31/05 | RAM | Read email from and telephone call to MTM re: reviewing and producing privileged documents. | 0.10 Hrs | $23.00 |
| 03/31/05 | MTM | Review/prepare 7 box previously privileged set for copying and coding (1.2); conference with ARA re: review of balance of privileged boxes (.6); telephone call from in-house counsel with request for Monokote application video (.3); telephone call to ARA re: same (.3); telephone call from RAM re: scanning and coding project (.2); review documents reproduced in particular case per request from Kirkland Ellis counsel (.7); work on privilege list issues (1.5). | 4.80 Hrs | $960.00 |
| 03/31/05 | ARA | Receive instructions from MTM for project re: reviewing WRG original privileged boxes of documents (.6); review same for copying and coding project (2.9); per telephone call from MTM, search for MK application video for in-house counsel (2.0). | 5.50 Hrs | $495.00 |
|  |  | TOTAL LEGAL SERVICES |  | $9,558.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.50 Hrs | 230/hr | $805.00 |
| DONNA B. MACKENNA | 2.30 Hrs | 210/hr | $483.00 |
| MATTHEW T. MURPHY | 36.40 Hrs | 200/hr | $7,280.00 |
| ANGELA R. ANDERSON | 8.00 Hrs | 90/hr | $720.00 |
| SARA E. STREETER | 3.00 Hrs | 90/hr | $270.00 |
| | 53.20 Hrs | | $9,558.00 |

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $9,558.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80505
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through March 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/08/05 | RAM | Work on January fee application. | 0.10 Hrs | $23.00 |
| 03/10/05 | RAM | Work on January fee application. | 0.10 Hrs | $23.00 |
| 03/16/05 | RAM | Telephone call from in-house counsel that January fee application may be filed; advise MB. | 0.10 Hrs | $23.00 |
| 03/22/05 | RAM | Finalize January fee application; send it to Delaware counsel to file. | 0.20 Hrs | $46.00 |
| | | TOTAL LEGAL SERVICES | | $115.00 |

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.50 Hrs | 230/hr | $115.00 |
| | 0.50 Hrs | | $115.00 |

David B. Siegel

|  |  |
|---|---|
| TOTAL THIS BILL | $115.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80506
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through March 31, 2005

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/04/05 | RAM | Conference with MTM re: in-house counsel calling about circa-1940 product bag found in Michigan. | 0.10 Hrs | $23.00 |
| 03/08/05 | RAM | Read emails re: whether ZAI was sold in certain states in west; conference with MTM re: documents to read re: same. | 0.10 Hrs | $23.00 |
| 03/08/05 | MTM | Receipt and review of email re: whether ZAI was manufactured at Phoenix plant (.1); conference with RAM re: same (.1); review ore shipment binders re: same (.9). | 1.10 Hrs | $220.00 |
| 03/10/05 | RAM | Read emails re: trying to determine when product that is in old bags recently found was manufactured. | 0.10 Hrs | $23.00 |
| 03/11/05 | RAM | Read emails re: old product bags being found (.1). Check briefing books for historic locations of expanding plants in Michigan re: old product bag being found and advise MTM of Detroit plant (.2). | 0.30 Hrs | $69.00 |
| 03/11/05 | MTM | Receipt and review of photos of old product bags from in-house counsel (.2); respond to in-house counsel re: same (.2). Conference with RAM re: Detroit plant history re: product bag (.2); email to Holme Roberts paralegal re: same (.2). | 0.80 Hrs | $160.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 03/15/05 | MTM | Receipt and review of email from in-house counsel with further requests for information on product bags (.5); review files, briefing books, etc. and draft response to in-house counsel re: same (1.9). | 2.40 Hrs | $480.00 |
| 03/23/05 | RAM | Read email with photographs of old bags; suggest to in-house counsel and MTM that they be shown to former Grace salespeople to try and determine when product was manufactured. | 0.20 Hrs | $46.00 |
| 03/23/05 | MTM | Receipt and review of additional photos of old product bags from in-house counsel (.3); respond to email from in-house counsel re: bags (.5). | 0.80 Hrs | $160.00 |
| 03/24/05 | RAM | Read emails re: trying to determine dates of manufacture of product in old bags. | 0.10 Hrs | $23.00 |
| 03/24/05 | MTM | Review ZAI advertising materials found at Winthrop Square (.5); email to in-house counsel re: same (.3); email from in-house counsel re: product bags (.2); letter to him re: same (.3). | 1.30 Hrs | $260.00 |
| | | TOTAL LEGAL SERVICES | | $1,487.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.90 Hrs | 230/hr | $207.00 |
| MATTHEW T. MURPHY | 6.40 Hrs | 200/hr | $1,280.00 |
| | 7.30 Hrs | | $1,487.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $1,487.00 |