# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number  80507
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2005

| | | | |
|---|---|---|---|
| EXCESS POSTAGE | | | $13.27 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 03/02/05 | To Kirkland & Ellis counsel from Casner & Edwards on 2/16/05 by DBM | 24.32 | |
| 03/02/05 | To W R Grace in-house counsel from Casner & Edwards on 2/17/05 by DBM | 25.42 | |
| 03/02/05 | To W R Grace in-house counsel from Casner & Edwards on 2/16/05 by DBM | 28.55 | |
| 03/02/05 | To Kirkland & Ellis counsel from Casner & Edwards on 2/17/05 by DBM | 21.64 | |
| 03/22/05 | To Holme Roberts & Owen from Casner & Edwards on 02/24/05 by MTM | 10.08 | |
| | | | $110.01 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/14/05 | 5 copies at .12 per copy | 0.60 |
| 03/14/05 | 21 copies at .12 per copy | 2.52 |
| 03/14/05 | 315 copies at .12 per copy | 37.80 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2005

PHOTOCOPYING

| | | |
|---|---|---|
| 03/16/05 | 99 copies at .12 per copy | 11.88 |
| 03/24/05 | 22 copies at .12 per copy | 2.64 |
| 03/24/05 | 2 copies at .12 per copy | 0.24 |
| 03/31/05 | 12 copies at .12 per copy | 1.44 |
| 03/31/05 | 16 copies at .12 per copy | 1.92 |
| 03/31/05 | 1 copies at .12 per copy | 0.12 |
| | | $59.16 |

TELEPHONE

| | | | |
|---|---|---|---|
| 03/08/05 | 359 | 2028795200 | 2.20 |
| 03/30/05 | 329 | 5613621551 | 1.21 |
| 03/31/05 | 329 | 2395143631 | 1.76 |
| | | | $5.17 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 03/01/05 | BOSTON CAPITAL - Rent and utilities for document repository at One Winthrop Square-March 2005 | 11,007.42 |
| | | $11,007.42 |

MISCELLANEOUS

| | | |
|---|---|---|
| 03/16/05 | RECORDKEEPER ARCHIVE -Monthly storage fee (2/05) | 396.30 |
| | | $396.30 |
| | TOTAL DISBURSEMENTS | $11,591.33 |
| | TOTAL THIS BILL | $11,591.33 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80508
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/02/05 | To Pachulski Stang Ziehl Young, Scotta McFarland Esq. from Casner & Edwards on 2/11/05 by RAM | 19.40 |
| 03/22/05 | To RAM from Casner & Edwards on 02/25/05 by Mary Boyea | 39.92 |
| | | $59.32 |

PHOTOCOPYING

| | | |
|---|---|---|
| 03/22/05 | 40 copies at .12 per copy | 4.80 |
| | | $4.80 |

TELEPHONE

| | | | |
|---|---|---|---|
| 03/08/05 | 357 | 5613621583 | 2.20 |
| | | | $2.20 |

Page 1

David B. Siegel

|  |  |
|---|---:|
| TOTAL DISBURSEMENTS | $66.32 |
| TOTAL THIS BILL | $66.32 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80509
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through March 31, 2005

TELEPHONE

| | | |
|---|---|---|
| 03/14/05 MTM - Telephone call to in-house counsel re: ZAI issues | 27.01 | |
| | | $27.01 |
| TOTAL DISBURSEMENTS | | $27.01 |
| TOTAL THIS BILL | | $27.01 |

Page 1