# EXHIBIT A

```
W.R. GRACE & COMPANY                          May 9, 2005
5400 BROKEN SOUND BLVD., N.W.                 Invoice No.  27865
BOCA RATON, FL  33487                         Client No.   734680
ATTN: RICHARD A. SENFTLEBEN, ESQ.
```

For Professional Services Rendered through   04/30/05

Matter #            734680.1         VS. HONEYWELL INTERNATIONAL

**Litigation and Litigation Consulting**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/06/05 | JMA | Conference with LSM re: mansion tax refund | .50 | 192.50 |
| 04/06/05 | LSM | Conference with JMA; Telephone conferences with Annette Wall regarding refund of Mansion Tax | .60 | 102.00 |
| 04/12/05 | JMA | Receipt and review emails from M. Daneker and K. Millian re: Stipulation and Order dismissing Grace | .20 | 77.00 |
| 04/12/05 | JMA | Receipt and review email from C. Marraro re: Stipulation and Order dismissing Grace | .10 | 38.50 |
| 04/12/05 | JMA | Email to C. Marraro re: Grace dismissal | .10 | 38.50 |
| 04/13/05 | JMA | Review and execute 37th monthly fee application | .30 | 115.50 |
| 04/14/05 | JMA | Receipt and review email from M. Daneker | .10 | 38.50 |
| 04/14/05 | JMA | Receipt and review Stipulation and Order of Dismissal signed by M. Daneker | .20 | 77.00 |
| 04/14/05 | JMA | Letter to Judge Cavanaugh with Stipulation and Order of Dismissal | .30 | 115.50 |
| 04/14/05 | MEF | Review Stipulation and Order of Dismissal | .00 | 0.00 |
| 04/14/05 | MEF | Review and revise letter to Judge Cavanaugh regarding Stipulation of Dismissal | .20 | 52.00 |
| 04/15/05 | JMA | Receipt and review executed Stipulation and Order re: dismissal of Grace | .20 | 77.00 |
| 04/18/05 | JMA | Review and execute 16th Quarterly Fee Application | .30 | 115.50 |
| 04/20/05 | JMA | Letter to R. Senftleben re: dismissal and mansion tax | .30 | 115.50 |
| 04/26/05 | LF | Review file regarding expert reports and JMA trial notes; emails regarding expert reports | 1.30 | 123.50 |

W.R. GRACE & COMPANY                                          May 9, 2005
Client No.              734680                                Page      2
INVOICE NO.             27865


04/29/05 JMA Phone - R. Senftleben; letter to R. Senftleben    .30    115.50


**Fee Application, Applicants**


04/12/05 MEF Fee Application - PACER search regarding CNOs     .40    104.00
             regarding 35th and 36th fee applications

04/12/05 MEF Fee Application - review March fee detail         .30     78.00

04/12/05 MEF Fee Application - prepare 37th fee application    .90    234.00

04/12/05 MEF Fee Application - draft 16th Quarterly Fee        .90    234.00
             Application

04/12/05 MEF Fee Application - review CNO regarding 35th fee   .20     52.00
             application (Jan. 2005)

04/12/05 MEF Fee Application - letter to P. Cuniff regarding   .20     52.00
             37th fee application

04/18/05 MEF Fee Application - Pacer search regarding filing   .20     52.00
             of 37th fee application

04/18/05 MEF Fee Application - revise and finalize 16th        .50    130.00
             Quarterly Fee Application

04/18/05 MEF Fee Application - letter to P. Cuniff regarding   .20     52.00
             16th Quarterly Fee Application

                                                                    -------------
Total Fees:                                                          2,382.00

```
W.R. GRACE & COMPANY                              May 9, 2005
Client No.                  734680                Page      4
INVOICE NO.                 27865


SUMMARY OF FEES:

    *----------------------------TIME AND FEE SUMMARY---------------------*
    *----------TIMEKEEPER---------*    RATE    HOURS              FEES
    J M AGNELLO                      385.00     2.90           1116.50
    M E FLAX                         260.00     4.00           1040.00
    Laura S Munzer                   170.00      .60            102.00
    LAURA FLORENCE                    95.00     1.30            123.50
                         TOTALS                 8.80           2382.00
```