# EXHIBIT B

Case 01-01139-AMC    Doc 8445-2    Filed 05/16/05    Page 1 of 2

```
W.R. GRACE & COMPANY                                May 9, 2005
Client No.                  734680                  Page      3
INVOICE NO.                 27865


         Disbursements


04/30/05 Messenger                                      35.00
04/30/05 Faxes                                          19.00
04/30/05 Federal Express                                75.50
                                                    -------------
Total Costs                                               129.50
                                                    -------------
Total Due this Matter                                   2,511.50
=============
```