IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF ANNE E. MORAN IN CONNECTION WITH THE DEBTORS' EMPLOYMENT OF**
**STEPTOE & JOHNSON LLP AS SPECIAL TAX COUNSEL TO DEBTORS**

DISTRICT OF COLUMBIA)
                    ) ss:

I, Anne E. Moran, being duly sworn, state as follows:

1.    I am an attorney at law and a member of the bar of the District of Columbia. I am a partner of the law firm of Steptoe & Johnson, LLP ("Steptoe"), which maintains an office for the practice of law at 1330 Connecticut Avenue, N.W., Washington, DC

---

[1] The Debtors consist of the following entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

20036. I make this Supplemental Affidavit to describe representation by Steptoe of United States Fire Insurance Company ("U.S. Fire") and TIG Insurance Company ("TIG") to initiate or continue coverage litigation to recover losses incurred as a result of asbestos related suits and claims.

2. On our about February 17, 2005, Steptoe informed the Debtor of the nature of its representation of U.S. Fire and TIG, and explained that although a formal conflict did not exist, Steptoe wanted the Debtors to be informed of this representation. Debtors agreed to not disqualify Steptoe from any such unrelated work on behalf of U.S. Fire and TIG as a result of Steptoe's tax-related work and to allow Steptoe to represent it and TIG and U.S. Fire on these unrelated matters. On or around February 23, 2005 Steptoe informed U.S. Fire and TIG of its representation of Debtors, and received a waiver similar to that provided by Debtors from U.S. Fire and TIG.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/11, 2005.

_____
Anne E. Moran


Subscribed and Sworn to before me
this 11 day of May, 2005

_____
Notary Public
My Commission expires: 5/31/06

- 2 -