## EXHIBIT 1

Acknowledgement of Protective Order

K&E 10331212.2

## ACKNOWLEDGMENT OF PROTECTIVE ORDER

_____, being fist duly sworn, deposes and states as follows:

1. I am an adult and competent to give this Acknowledgement.

2. I have read and understand the terms of the *Protective Order Governing Discovery for Purposes of Estimating the Debtors' Asbestos Property Damage Liability* (the "Protective Order"), which was entered in the W. R. Grace & Co. bankruptcy cases (jointly administered as Case No. 01-01139 (JKF)), and I understand my obligations thereunder.

3. I agree not to disclose, make available, communicate or use any Confidential materials, or attorney work product containing any such materials, other than as permitted in Paragraph 5 of the Protective Order; and I shall otherwise comply and act in accordance with the Protective Order as it applies to me.

4. I further agree that, within thirty (30) days following the termination of PD Estimation and upon written request from the person who designated the materials as Confidential, I shall either return or destroy all Confidential materials (and copies thereof) that are then in my custody, or the custody of clerical personnel directly employed or retained by me in connection with this case, to counsel for the party who produced or provided such Confidential materials to me as provided in paragraphs 13 of the Protective Order.

Dated this _____ day of _____, _____.

SUBSCRIBED AND SWORN
TO BEFORE ME this _____
day of _____, 2005        _____
                                     Signature

_____      _____
Notary Public                        Printed Name

K&E 10311212.2

My Commission Expires:

_____

13
K&E 10331212.2