# In re: W.R. GRACE & CO., et al
## OMNIBUS 4 - EXHIBIT A - CONTINUED

Hearing Date: Monday, May 16, 2005

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars*Class** | Claim Relief Requested | Allowed Claim Amount* | Claim Class** | Order Status |
|---|---|---|---|---|---|---|---|
| 1 SPAULDING AND SLYE<br>C/O BRUCE D LEVIN ESQ<br>BERNKOPF GOODMAN & BASEMAN LLP W.R. GRACE & CO.-CONN.<br>125 SUMMER STR<br>BOSTON, MA 02110 | 01-01140 | 203 | $1,403,017.00 (U) | REDUCE AND ALLOW | $549,159.00 | (U) | CONTINUED TO 5/27/2005 12:00 PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured