In re: W.R. GRACE & CO., et al

## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

Hearing Date: Monday, May 16, 2005

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim | Relief Requested | Order Status |
|---|---|---|---|---|---|---|---|
| 1 | ARCHER JR, DAVID L<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 602 | $1,541,849.60 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 2 | ARCHER, MICHELLE B<br>129 WOOD CIR<br>IOWA PARK TX 76367-1127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 604 | $1,910,100.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 3 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 4 | CHL ADMINISTRATION INC<br>PO BOX 6029<br>PORTLAND OR 97228 | 01-01139<br>W.R. GRACE & CO. | 851 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 5 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01140<br>W.R. GRACE & CO.-CONN. | 4720 | $14,809,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 6 | CITY OF CAMBRIDGE MASSACHUSETTS<br>C/O STEPHEN D ANDERSON ESQ<br>ANDERSON & KREIGER LLP<br>43 THORNDIKE ST<br>CAMBRIDGE MA 02141 | 01-01139<br>W.R. GRACE & CO. | 4722 | $14,809,000.00 | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 7 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 8 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | NO LIABILITY<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 9 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 10 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | UNLIQUIDATED<br>EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured<br>(P) - Priority   (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 5 - EXHIBIT A - CONTINUED - EXPUNGE

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* Class** | Claim Relief Requested | Order Status |
|---|---|---|---|---|---|---|
| 11 | MASSACHUSETT'S BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON, MA 02110 | 01-01140 | 9693 | UNKNOWN (U) | NO LIABILITY EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 12 | MASSACHUSETT'S BAY TRANSPORTATION AUTHORI MICHAEL CROSSEN / DAVID C FIXLER RUBIN AND RUDMAN LLP 50 ROWES WHARF BOSTON, MA 02110 | 01-01140 | 9693 | UNKNOWN (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 13 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON, MA 02111 | 01-01140 | 4704 | UNKNOWN (U) | NO LIABILITY EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |
| 14 | PERINI CORPORATION C/O JEFFREY R PORTER ESQUIRE MINTZ LEVIN COHN FERRIS ET AL ONE FINANCIAL CENTER BOSTON, MA 02111 | 01-01140 | 4704 | UNKNOWN (U) | UNLIQUIDATED EXPUNGE | CONTINUED TO 6/27/2005 12:00PM |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured