<u>Attachment B To Fee Application</u>
Summary of PwC's Fees By Professional
March 2005

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended March 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 26.0 | $ 20,852.00 |
| Robert F Eydt | SEC Review Partner | 20+ | 1285 | 4.0 | $ 5,140.00 |
| Raymond Bromark | Concurring Review Partner | 37 | 1285 | 5.0 | $ 6,425.00 |
| John May | National Partner | >20 | 1285 | 1.0 | $ 1,285.00 |
| Peter Woolf | Tax Partner | 25 | 823 | 4.8 | $ 3,950.40 |
| Jennifer James | Acturial Manager | 13 | 675 | 5.0 | $ 3,375.00 |
| Jody Beth Underhill | Tax Senior Manager | 20 | 600 | 29.5 | $ 17,700.00 |
| William Todd Hutcherson | Audit Senior Manager | 11 | 615 | 37.0 | $ 22,755.00 |
| Sandra David | Audit Manager | 7 | 526 | 9.0 | $ 4,734.00 |
| Jason C Theros | DMG Director | >10 | 740 | 2.0 | $ 1,480.00 |
| Paul Spector | DMG Manager | 6 | 575 | 1.5 | $ 862.50 |
| Matthew Bosseler | DMG Senior Associate | 8 | 420 | 58.0 | $ 24,360.00 |
| Ryan Grady | Audit Senior Associate | 3 | 369 | 253.5 | $ 93,541.50 |
| Pamela Reinhardt | Audit Senior Associate | 2 | 332 | 143.4 | $ 47,608.80 |
| Maria J. Afuang | Audit Senior Associate | 4 | 332 | 58.0 | $ 19,256.00 |
| Denise C Baumann | Tax Senior Associate | 3 | 360 | 2.5 | $ 900.00 |
| Michael McDonnell | Audit Associate | 2 | 251 | 5.5 | $ 1,380.50 |
| Nicholas Stromann | Audit Associate | 1 | 251 | 72.6 | $ 18,222.60 |
| Lauren Misler | Audit Associate | <1 | 213 | 39.1 | $ 8,328.30 |
| Regina Underwood | Tax Associate | 4 | 230 | 1.0 | $ 230.00 |
| Erica Margolius | Audit Associate | <1 | 213 | 109.1 | $ 23,238.30 |
| Allison Reeder | Client Account Administrator | 2 | 235 | 15.5 | $ 3,642.50 |
| Janet K Levy | Office Staff | 28 | 175 | 0.3 | $ 52.50 |
| Anila Pahwa | Office Staff | >3 | 100 | | $ 20.00 |

|  |  |  |  | 0.2 |  |  |
|---|---|---|---|---|---|---|
| Margaret Bermudez | Office Staff | 23 | 125 | 0.4 | $ | 50.00 |
| Jose Rodriguez | Office Staff | >3 | 105 | 0.3 | $ | 31.50 |
|  |  | TOTAL |  | 884.2 | $ | 329,421.40 |

| | |
|---|---|
| Total at Standard Rate | $ 329,421.40 |
| 55% Accrual Rate Adjustment | $ (181,181.77) |
| Total at 45% Accrual Rate | $ 148,239.63 |
| Total Hours | 884.2 |

Professional Profiles
WR Grace Time Tracking - Sarbanes
For the Month Ended March 31, 2005

| Name of Professional | Position with the Firm | Number of Years in Profession | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | 802 | 4.0 | $ 3,208.00 |
| Peter Woolf | Tax Partner | 25 | 823 | 13.5 | $ 11,110.50 |
| Giovanni D'arpino | Tax Senior Manager | 7+ | 656 | 1.0 | $ 656.00 |
| Maria Lopez | Tax Manager | 5+ | 526 | 35.5 | $ 18,673.00 |
| Leisa Mitchell | Tax Associate | 1 | 251 | 40.5 | $ 10,165.50 |
| Tom Kalinosky | Audit Specialist/Director | 10+ | 855 | 11.0 | $ 9,405.00 |
| John Newstead | Audit Senior Manager | 10+ | 689 | 42.5 | $ 29,282.50 |
| Mauren Driscoll | SPA/Audit Manager | 5 | 548 | 8.0 | $ 4,384.00 |
| Douglas Wright | Audit Associate | >2 | 251 | 39.0 | $ 9,789.00 |
| Kevin Sacco | Audit Associate | >1 | 241 | 79.4 | $ 19,135.40 |
| Martin Pretorius | SPA Senior Associate | 5 | 410 | 95.5 | $ 39,155.00 |
| Joe Meenan | SPA Associate | 1 | 241 | 46.0 | $ 11,086.00 |
| Oliva Spencer | SPA Associate | <1 | 245 | 2.0 | $ 490.00 |
| Allison Reeder | Client Account Administrator | 2 | 235 | 2.5 | $ 587.50 |
| Margaret Bermudez | Office Staff | 23 | 125 | 1.1 | $ 137.50 |
| | | TOTAL | | 421.5 | $ 167,264.90 |

| | |
|---|---|
| Total at Standard Rate | $ 167,264.90 |
| 35% Accrual Rate Adjustment | $ (58,542.72) |
| Total at 65% Accrual Rate | $ 108,722.19 |
| Total Hours | 421.5 |
| | |
| Total Fee Requested March 2005 | $ 256,961.82 |
| Total Hours March 2005 | 1,305.7 |

Time Spent Tracking Time for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | |
|---|---|
| Total Cost of Time Tracking | $ 6,128.90 |
| Less 55% rate reduction | $ (3,370.90) |
| Total Cost of Tracking Time Billed to Grace | $ 2,758.01 |

Total Hours Spent Tracking Time    19.6

## Summary of PwC's Fees By Project Category:
## March 2005

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 19.6 | $2,758.01 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,305.7 | $256,961.82 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 1,325.3 | $259,719.83 |

Expense Summary
March 2005

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $665.07 |
| Lodging | N/A | $250.88 |
| Sundry | N/A | $2.00 |
| Business Meals | N/A | $1255.76 |
| TOTAL: | | $2,173.71 |