**EXHIBIT B**

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended March 31, 2005

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| William T. Bishop | Audit | 3/3/05 | | | | $49.34 | Audit team lunch - Grace cafeteria - R Bromark, J Ahueng, E Margolius, L Meier, P Reinhardt, R Grady, T Hutcherson, D Wright, N Stromann (PwC) |
| | Audit | 3/7/05 | | | | $787.44 | Audit team dinner at Morton's - 8 people - T Hutcherson, E Margolius, N Stromann, D Wright, L Meier, R Grady, P Reinhardt (PwC) |
| | Audit | 3/22/05 | | | | $80.22 | Audit team lunch during planning discussion - That's Amore - T Hutcherson, R Grady, P Reinhardt (PwC) |
| | | | | | | | |
| Ray Bromark | Audit | 3/3/05 | $ 39.00 | | | | Toll WR GRACE AC Meeting |
| | Audit | 3/3/05 | $ 102.00 | | | | Transportation to Columbia, MD |
| | Audit | 3/3/05 | $ 8.00 | | | | Parking |
| | Audit | 3/4/05 | | | $ 2.00 | | Transportation to Columbia, MD |
| | Audit | 3/8/05 | $ 82.00 | | | | Transportation to Columbia, MD |
| | Audit | 3/8/05 | $ 82.00 | | | | Transportation to Columbia, MD |
| | | | | | | | |
| Todd Hutcherson | Audit | 3/3/2005 | | 250.88 | | | Hotel while out of town travel March 3rd |
| | Audit | 3/3/2005 | | | | 29.41 | Dinner while out of town |
| | Audit | 3/3/2005 | | | | 7.35 | Lunch while out of town |
| | | | | | | | |
| Nicholas Stromann | Audit | 3/1/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/2/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/2/05 | | | | $ 97.00 | Overtime dinner for self, P. Reinhardt, R. Grady, E. Margolius, L. Meier, J. Ahueng |
| | Audit | 3/3/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/3/05 | | | | $ 158.00 | Overtime dinner for self, B. Bishop, T. Hutcherson, D. Wright, P. Reinhardt, R. Grady, E. Margolius, L. Meier, J. Ahueng |
| | Audit | 3/4/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/7/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/8/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/9/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/9/05 | | | | $ 47.00 | Closing Lunch for self, P. Reinhardt, E. Margolius (PwC) |
| | Audit | 3/10/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | Audit | 3/11/05 | $ 22.68 | | | | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | | | | | | | |
| Pam Reinhardt | Audit | 3/1/05 | $ 4.86 | | | | Excess mileage to the client site (24 miles * .405 = 19.72) |
| | Audit | 3/2/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/3/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/4/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/7/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/8/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/9/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/10/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/11/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/14/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/15/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/16/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/17/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/18/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/22/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/24/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/25/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/28/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/29/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | Audit | 3/30/05 | $ 4.86 | | | | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | | | | | | | |
| Maria J. Ahueng | Audit | 3/1/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles * .405 x2) |
| | Audit | 3/2/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles * .405 x2) |
| | Audit | 3/3/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles * .405 x2) |
| | Audit | 3/4/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles * .405 x2) |
| | Audit | 3/7/05 | $ 10.15 | | | | Mileage in Excess of Daily Commute (40 miles * .405 x2) |

| Summary | | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|---|
| | | $ 2,173.71 | $ 665.07 | $ 250.88 | $ 2.00 | $ 1,256.76 |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended March 31, 2005

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| William T. Bishop | 3/3/05 | Audit Partner | $49.34 | Audit team lunch - Grace cafeteria - R Bromark, J Afuang, E Margolius, L Misler, P Reinhardt, R Grady, T Hutcherson, D Wright, N Stromann (PwC) |
| | 3/7/05 | Audit Partner | $787.44 | Audit team dinner at Morton's - 8 people - T Hutcherson, E Margolius, N Stromann, D Wright, L Misler, R Grady, P Reinhardt (PwC) |
| | 3/22/05 | Audit Partner | $80.22 | Audit team lunch during planning discussion - That's Amore - T Hutcherson, R Grady, P Reinhardt (PwC) |
| | | | **$917.00** | |
| | | | | |
| Ray Bromark | 3/3/05 | Audit Partner | $ 39.00 | Toll WR GRACE AC Meeting |
| | 3/3/05 | Audit Partner | $ 102.00 | Transportation to Columbia, MD |
| | 3/3/05 | Audit Partner | $ 8.00 | Parking |
| | 3/4/05 | Audit Partner | $ 2.00 | Transportation to Columbia, MD |
| | 3/8/05 | Audit Partner | $ 82.00 | Transportation to Columbia, MD |
| | 3/8/05 | Audit Partner | $ 82.00 | Transportation to Columbia, MD |
| | | | **$ 315.00** | |
| | | | | |
| Todd Hutcherson | 3/3/2005 | Audit Manager | 250.88 | Hotel while out of town travel March 3rd |
| | 3/3/2005 | Audit Manager | 29.41 | dinner while out of town |
| | 3/3/2005 | Audit Manager | 7.35 | Lunch while out of town |
| | | | **$ 287.64** | |
| | | | | |
| Nicholas Stromann | 3/1/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/2/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/2/05 | Audit Associate | $ 97.00 | Overtime dinner for self, P. Reinhardt, R. Grady, E. Margolius, L. Misler, J. Afuang |
| | 3/3/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/3/05 | Audit Associate | $ 158.00 | Overtime dinner for self, B. Bishop, T. Hutcherson, D. Wright, P. Reinhardt, R. Grady, E. Margolius, L. Misler, J. Afuang |
| | 3/4/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/7/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/8/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/9/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/9/05 | Audit Associate | $ 47.00 | Closing Lunch for self, P. Reinhardt, E. Margolius (PwC) |
| | 3/10/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | 3/11/05 | Audit Associate | $ 22.68 | Mileage in excess of normal commute (84-28 miles)*$0.405/mile |
| | | | **$ 506.12** | |
| | | | | |
| Pam Reinhardt | 3/1/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (24 miles * .405 = $9.72) |
| | 3/2/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/3/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/4/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/7/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/8/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/9/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/10/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/11/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/14/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/15/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/16/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/17/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/18/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/22/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/24/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/25/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/28/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/29/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | 3/30/05 | Audit Senior Associate | $ 4.86 | Excess mileage to the client site (12 miles * .405 = $4.86) |
| | | | **$ 97.20** | |
| | | | | |
| Maria J. Afuang | 3/1/05 | Audit Senior Associate | $ 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 3/2/05 | Audit Senior Associate | $ 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 3/3/05 | Audit Senior Associate | $ 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 3/4/05 | Audit Senior Associate | $ 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | 3/7/05 | Audit Senior Associate | $ 10.15 | Mileage in Excess of Daily Commute (40 miles *.405 x2) |
| | | | **$ 50.75** | |
| | | | | |
| | | Total expenses for month | **$2,173.71** | |