# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Tel : (302) 575-1555     Fax: (302) 575-1714

WR Grace PD Committee                                       April 1, 2005 - April 30, 2005

Invoice No.   16335

RE:   WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 7.30 | 1,597.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 1.50 | 337.50 |
| B18 | Fee Applications, Others - | 15.40 | 1,741.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 0.10 | 24.00 |
| B25 | Fee Applications, Applicant - | 2.50 | 334.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.40 | 96.00 |
| B32 | Litigation and Litigation Consulting - | 7.60 | 1,666.50 |
| B36 | Plan and Disclosure Statement - | 3.30 | 792.00 |
| B37 | Hearings - | 4.10 | 984.00 |
| B40 | Employment Applications, Others - | 2.10 | 450.00 |
| | Total | 44.30 | $8,022.50 |
| | Grand Total | 44.30 | $8,022.50 |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 165.00 | 2.40 | 396.00 |
| Rick S. Miller | 225.00 | 0.70 | 157.50 |
| Steven G. Weiler | 150.00 | 2.30 | 345.00 |
| Theodore J. Tacconelli | 240.00 | 23.10 | 5,544.00 |
| Legal Assistant - AD | 100.00 | 15.80 | 1,580.00 |
| Total | | 44.30 | $8,022.50 |

## DISBURSEMENT SUMMARY

| | |
|---|---|
| Expense - | 2,671.26 |
| **Total Disbursements** | **$2,671.26** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Apr-08-05 | *Claims Analysis Obj. & Res. (Asbestos)* review email from S Baena re: estimation cmo for PD claims | 0.10 | TJT |
| Apr-06-05 | *Claims Analysis Obj. & Res. (Non-Asb)* -review motion for summary judgment filed by P Peterson re: 5th omnibus objection to claims | 0.10 | TJT |
| Apr-07-05 | *Claims Analysis Obj. & Res. (Non-Asb)* -review claim settlement notice | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* -review stipulation resolving claim of Sciences Int'l. | 0.10 | TJT |
| Apr-18-05 | *Claims Analysis Obj. & Res. (Non-Asb)* -review 7th continuation order re: continued claim objections | 0.10 | TJT |
| Apr-01-05 | *Case Administration* - review J. Fullan's claim estimate decision | 0.20 | RSM |
| | *Case Administration* - confer with T. Tacconelli re: J. Fullan's opinion | 0.30 | RSM |
| Apr-04-05 | *Case Administration* - review letter from B Johnson to court re: settlement | 0.10 | TJT |
| Apr-05-05 | *Case Administration* - review order from Third Circuit re: PI Committee's appeal 02-8061 | 0.10 | TJT |
| | *Case Administration* - review 2019 statement filed by Nutter, McClennan and Fish | 0.10 | TJT |
| | *Case Administration* - review email from S Baena re: status of asbestos legislation | 0.10 | TJT |
| | *Case Administration* - review ABI article regarding withdraw of insurance company's support for asbestos legislation | 0.20 | TJT |
| Apr-06-05 | *Case Administration* - retrieve voice mail message from A Danzeisen and teleconference with A Danzeisen re: order entered by Third Circuit re: PI appeal re: 02-8061 | 0.20 | TJT |
| | *Case Administration* - prepare email to A Danzeisen re: Third Circuit order re: PI appeal re: 02-8061 | 0.10 | TJT |
| | *Case Administration* - prepare 2nd email to A Danzeisen re: PI appeal re: 02-8061 | 0.20 | TJT |
| Apr-08-05 | *Case Administration* - review Wall Street Journal article re: asbestos legislation | 0.10 | TJT |
| | *Case Administration* - review PGS 2/05 fee app | 0.10 | TJT |
| Apr-10-05 | *Case Administration* - review summary for PSZY&J quarterly fee app Oct.-Dec., 2004 | 0.10 | TJT |
| Apr-11-05 | *Case Administration* - Obtain 3rd Circuit documents for A. Danziesen re: Armstrong Appeal; forward via e-mail | 0.30 | SGW |
| | *Case Administration* - review notice of change of address for Kramer Levin and forward to paralegal | 0.10 | TJT |
| Apr-12-05 | *Case Administration* - Prepare, scan, file and serve deposition notices re: Nick Bubnovick and Thomas Vanderslice (.9); forward same via fax to J. Sakalo (.1) | 1.00 | SGW |
| | *Case Administration* - review PSZY&J 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review notice of document entered in error re: objection by ZAI claimants to Cahill Gordon and St. Paul motions | 0.10 | TJT |
| | *Case Administration* - review W Smith & Assoc 3/05 fee app | 0.10 | TJT |
| Apr-13-05 | *Case Administration* - review Swidler Berlin 2/05 fee app | 0.10 | TJT |
| Apr-17-05 | *Case Administration* - review debtors' motion to employ Beveridge and Diamond as special counsel | 0.20 | TJT |
| | *Case Administration* - review debtors' motion to approve settlement agreement concerning Hatco Site with attachments | 0.60 | TJT |
| Apr-18-05 | *Case Administration* - Prepare service for supp. festa obj. (.1); create subfile re: same (.1); print T. Vanderslice and N. Bubnovich depos (.1) | 0.30 | SGW |
| | *Case Administration* - review Reed Smith 2/05 fee app | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - review Campbell Levine 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Caplan Drysdale 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review summary of CIBC quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | *Case Administration* - review Holme Roberts 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Nelson Mullins 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Wallace King 1/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Woodcock and Washburn 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Carella Byrne 3/05 fee app | 0.10 | TJT |
| | *Case Administration* - review Deloitte Tax 8/04-9/04 fee app | 0.10 | TJT |
| | *Case Administration* - review PI committee's motion for leave to file a reply to debtor's objection to Anderson Kill retention motion and review reply | 0.30 | TJT |
| | *Case Administration* - review stipulation order resolving Citicorp claims | 0.10 | TJT |
| Apr-21-05 | *Case Administration* - review L Tersigni 2/05 fee app | 0.10 | TJT |
| | *Case Administration* - review email from A Danzeisen re: asbestos legislation | 0.10 | TJT |
| | *Case Administration* - review email from D Scott re: asbestos legislation | 0.10 | TJT |
| Apr-22-05 | *Case Administration* - review Duane Morris 3/05 fee app | 0.10 | TJT |
| Apr-23-05 | *Case Administration* - review PwC 2/05 fee app | 0.10 | TJT |
| Apr-24-05 | *Case Administration* - review CIBC 1/05 fee app | 0.10 | TJT |
| | *Case Administration* - review CIBC 2/05 fee app | 0.10 | TJT |
| Apr-26-05 | *Case Administration* - confer with T. Tacconelli re: 4/25/05 hearing | 0.20 | RSM |
| Apr-27-05 | *Case Administration* - review email from F Perch | 0.10 | TJT |
| Apr-28-05 | *Case Administration* - review amended 2019 statement for environmental litigation group | 0.10 | TJT |
| Apr-07-05 | *Committee, Creditors', Noteholders' or* -review email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| Apr-14-05 | *Committee, Creditors', Noteholders' or* -review email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| Apr-21-05 | *Committee, Creditors', Noteholders' or* - Review e-mails to T. Tacconelli re: PD Committee meeting status | 0.20 | LLC |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: status of PD Committee meeting | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -teleconference with L Coggins re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -review email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| Apr-28-05 | *Committee, Creditors', Noteholders' or* -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -teleconference with committee | 0.70 | TJT |
| Apr-01-05 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 1/05 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket (.1) prepare for filing (.1) e-file and serve Bilzin's 12/04 fee app (.4) | 0.60 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare for filing (.1) e-file and serve Bilzin's 1/05 fee app (.4) | 0.60 | AD |
| Apr-04-05 | *Fee Applications, Others* - review email from L Flores re: HRA 2/05 fee app, edit fee app, draft Certificate of Service re: same | 0.40 | AD |
| Apr-05-05 | *Fee Applications, Others* - review HRA 2/05 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA 10/04 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | 11/04 fee app | | |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA 12/04 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA 1/05 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve HRA's 10/04 Certificate of No Objection (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve HRA's 11/04 Certificate of No Objection (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve HRA's 12/04 Certificate of No Objection (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve HRA's 1/05 Certificate of No Objection (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve PD Committee's 12th interim statement Certificate of No Objection (.3) | 0.50 | AD |
| Apr-06-05 | *Fee Applications, Others* - review Certificate of No Objection for Hilsoft Notification's 3/04-1/05 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve Hilsoft's 3/04-1/05 Certificate of No Objection (.3) | 0.50 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) e-file and serve PD Committee's 13th interim statement Certificate of No Objection (.3) | 0.50 | AD |
| Apr-08-05 | *Fee Applications, Others* - review email from L Flores re: Bilzin 2/05 fee app, review and revise fee app, draft Certificate of Service | 0.50 | AD |
| Apr-11-05 | *Fee Applications, Others* - Serve Bilzin's 44th monthly Fee Application (Feb. 05) on notice parties and fee auditor | 0.10 | SGW |
| | *Fee Applications, Others* - review Bilzin Sumberg's 2/05 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - prepare email to L Flores re: Bilzin monthly fee apps attached in previous email | 0.10 | AD |
| | *Fee Applications, Others* - prepare documents for filing (.1) e-file and serve Bilzin's 2/05 fee app (.5) | 0.60 | AD |
| | *Fee Applications, Others* - confer with S Weiler re: email service of Bilzin's 2/05 fee app | 0.10 | AD |
| Apr-12-05 | *Fee Applications, Others* - review email from S Weiler re: Bilzin 2/05 fee app served | 0.10 | AD |
| | *Fee Applications, Others* - review docket (.1) prepare documents for filing (.1) and e-file and serve Bilzin's 2/05 Certificate of No Objection | 0.50 | AD |
| Apr-15-05 | *Fee Applications, Others* - review email from S Jones re: CDG's 15th monthly and quarterly fee apps, briefly review attached documents, and review Memo from S Weiler re: same | 0.20 | AD |
| | *Fee Applications, Others* - trade emails with S Jones re: necessary documents needed in order to file CDG's fee apps (x3) | 0.30 | AD |
| | *Fee Applications, Others* - review and revise CDG's 15th monthly fee app, draft Certificate of Service re: same | 0.50 | AD |
| | *Fee Applications, Others* - review and revise CDG's 15th quarterly fee app, draft Certificate of Service re: same | 0.60 | AD |
| Apr-18-05 | *Fee Applications, Others* - review CDG 10/04-12/04 monthly prior to filing | 0.10 | TJT |
| | *Fee Applications, Others* - review CDG 10/04-12/04 quarterly fee app prior to filing | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - prepare CDG's 15th monthly and quarterly fee apps for filing, and attempt to e-file fee apps (unable to e-file, CM/ECF system down) | 0.30 | AD |
| Apr-19-05 | *Fee Applications, Others* - prepare email to S Jones re: status of CDG's 15th monthly and quarterly fee apps | 0.10 | AD |
| Apr-20-05 | *Fee Applications, Others* - review Certificate of No Objection re: Bilzin Sumberg 10/04-12/04 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review Certificate of No Objection re: HRA 10/04-12/04 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - finalize and prepare CDG's 15th monthly fee app and 15th quarterly fee app prior to filing | 0.40 | AD |
| | *Fee Applications, Others* - e-file and serve CDG's 15th monthly fee app | 0.60 | AD |
| | *Fee Applications, Others* - e-file and serve CDG's 15th quarterly fee app | 0.60 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA's 10th interim fee app | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: Bilzin's 15th interim fee app | 0.30 | AD |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA's 10th interim Certificate of No Objection | 0.50 | AD |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Bilzin's 15th interim Certificate of No Objection | 0.50 | AD |
| | *Fee Applications, Others* - draft Ferry, Joseph & Pearce's 2/05 Certificate of No Objection and Certificate of Service | 0.30 | AD |
| Apr-21-05 | *Fee Applications, Others* - review email from L Flores re: HRA's 3/05 fee app, draft Certificate of Service and notice | 0.30 | AD |
| Apr-22-05 | *Fee Applications, Others* - review HRA 3/05 fee app prior to filing | 0.10 | TJT |
| Apr-25-05 | *Fee Applications, Others* - trade emails with S Jones re: CDG's 16th monthly fee app (x3) | 0.30 | AD |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re: HRA's 2/05 fee app | 0.30 | AD |
| Apr-26-05 | *Fee Applications, Others* - review Certificate of No Objection re: HRA 2/05 fee app | 0.10 | TJT |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve HRA 2/05 cno | 0.50 | AD |
| Apr-07-05 | *Employment Applications, Others* - trade emails with J Sakalo re: PI motion to retain Anderson Kill | 0.20 | TJT |
| Apr-08-05 | *Employment Applications, Others* - confer with L Coggins re: objection Cahill Gordon retention motion | 0.10 | TJT |
| | *Employment Applications, Others* - retrieve voice mail message from A Danzeisen re: PI motion to retain Anderson Kill | 0.10 | TJT |
| | *Employment Applications, Others* - prepare email L Coggins re: PI motion to retain Anderson Kill | 0.10 | TJT |
| | *Employment Applications, Others* - teleconference with L Coggins re: objection to St. Paul settlement motion | 0.10 | TJT |
| Apr-09-05 | *Employment Applications, Others* - review objection of Solow Development Corp. to motion to retain Cahill Gordon and to approve St. Paul settlement | 0.30 | TJT |
| Apr-10-05 | *Employment Applications, Others* - review debtors' limited objection to retain Anderson Kill | 0.20 | TJT |
| Apr-20-05 | *Employment Applications, Others* - Review docket for objections to LECGC Retention Application (.1); prepare, scan, file and arrange for service of Certificate of No Objection re: same (.4) e-mail to R Bello re: same (.1) | 0.60 | SGW |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Employment Applications, Others* - confer with S Weiler re: LECG retention application Certificate of No Objection | 0.10 | TJT |
| | *Employment Applications, Others* - review Certificate of No Objection re: LECG retention motion | 0.10 | TJT |
| Apr-28-05 | *Employment Applications, Others* - trade emails with J Sakalo re: LECG retention application | 0.20 | TJT |
| Apr-08-05 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: PI motion to retain Anderson Kill and review e-mail from T. Tacconelli re: same | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re: filing of objections | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: PD Estimation CMO | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail to R. Bello re: PD estimation CMO status | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Download and finalize objection to Cahill Retention and prepare Certificate of Service re: same | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - Download and finalize objection to St. Paul Stipulation and prepare Certificate of Service re: same | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - E-file objection to Cahill Retention and objection to St. Paul stipulation and confer with legal assistant re: service of same | 0.40 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: objection to Anderson Kill retention | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: objection to Cahill Retention | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - e-mail from T. Tacconelli re: objection to St. Paul stipulation | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Call from L Kruger's office re: service of objections | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - confer with legal assistant re: service of objections | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: 2 objections being filed today | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: objection to Cayhill Gordon retention motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - teleconference with A Danzeisen re: 2 objections being filed today | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and revise objection to St. Paul settlement motion | 0.80 | TJT |
| | *Litigation and Litigation Consulting* - review email from A Danzeisen re: objection to St. Paul settlement motion | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - review and revise objection to Cahill Gordon retention motion | 0.60 | TJT |
| | *Litigation and Litigation Consulting* - confer with L Coggins re: objection to St. Paul settlement motion | 0.10 | TJT |
| Apr-12-05 | *Litigation and Litigation Consulting* - teleconference with J Sakalo re: deposition notices re: Festa employment application | 0.10 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler re: drafting deposition notices re: Festa employment application | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - prepare email to S Weiler re: deposition notices re: Festa employment application | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Litigation and Litigation Consulting* - review and revise deposition notices re: Festa employment application and confer with S Weiler re: same | 0.30 | TJT |
| Apr-13-05 | *Litigation and Litigation Consulting* - teleconference with representative of All State Ins. Co. re: depositions taken by PD committee regarding Festa employment application | 0.10 | TJT |
| Apr-18-05 | *Litigation and Litigation Consulting* - review emails from J Sakalo re: supplemental objection to Festa employment application | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - confer with S Weiler re: supplement to objection to Festa employment application | 0.20 | TJT |
| | *Litigation and Litigation Consulting* - review certification of counsel re: revisions to Festa retention order with attachments | 0.30 | TJT |
| Apr-19-05 | *Litigation and Litigation Consulting* - trade emails with J Sakalo re: supplemental objection to Festa employment application | 0.30 | TJT |
| | *Litigation and Litigation Consulting* - review supplemental objection to Festa employment application | 0.50 | TJT |
| | *Litigation and Litigation Consulting* - review email from M Eskin re: supplemental objection to Festa employment application | 0.10 | TJT |
| Apr-20-05 | *Litigation and Litigation Consulting* - review Vanderslice deposition transcript | 0.90 | TJT |
| Apr-29-05 | *Litigation and Litigation Consulting* - review letter from M Huford re: Third circuit case manager re: PI appeal 02-4325 | 0.10 | TJT |
| Apr-19-05 | *Hearings* - review agenda for 4/25/05 hearing | 0.10 | TJT |
| Apr-22-05 | *Hearings* - review amended agenda for 4/25/05 hearing | 0.10 | TJT |
| Apr-24-05 | *Hearings* - prepare for hearing | 0.30 | TJT |
| Apr-25-05 | *Hearings* - attend bankruptcy court | 3.00 | TJT |
| Apr-26-05 | *Hearings* - trade emails with S Baena re: results of 4/25/05 hearing | 0.20 | TJT |
| | *Hearings* - trade emails with J Sakalo re: results of 4/25/05 hearing | 0.20 | TJT |
| | *Hearings* - confer with paralegal re: 4/25/05 hearing transcript | 0.20 | TJT |
| Apr-01-05 | *Plan and Disclosure Statement* - download and review Owens Corning estimation decision (1/2 time with Federal-Mogul) | 0.30 | TJT |
| | *Plan and Disclosure Statement* - prepare email to co-counsel re: Owens Corning estimation decsision | 0.10 | TJT |
| | *Plan and Disclosure Statement* - review email from A Danzeisen re: Owens Corning estimation decision | 0.10 | TJT |
| Apr-02-05 | *Plan and Disclosure Statement* - review Peterson report in Owens Corning estimation proceedings (1/2 with Federal-Mogul) | 0.30 | TJT |
| Apr-08-05 | *Plan and Disclosure Statement* - prepare email to L Coggins re: PD estimation cmo and confer with L Coggins re: same | 0.20 | TJT |
| Apr-09-05 | *Plan and Disclosure Statement* - review email from A Danzeisen re: Armstrong appeal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - prepare email to S Weiler re: Armstrong appeal | 0.10 | TJT |
| Apr-13-05 | *Plan and Disclosure Statement* - review memorandum opinion denying motion for reconsideration for Owens Corning estimation decision | 0.10 | TJT |
| Apr-15-05 | *Plan and Disclosure Statement* - teleconference with A Danzeisen re: estimation cmo | 0.10 | TJT |
| Apr-19-05 | *Plan and Disclosure Statement* - retrieve voice mail message from A Danzeisen re: Owens Corning estimation opinion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - prepare email to A Danzeisen re: order denying motion for reconsideration in Owens Corning estimation decision | 0.20 | TJT |
| Apr-21-05 | *Plan and Disclosure Statement* - trade emails with S Baena re: meeting with debtors regarding PD claims estimation | 0.20 | TJT |

| Date | Description | Hours | Attorney |
|---|---|---|---|
| Apr-22-05 | *Plan and Disclosure Statement* - review debtors' motion to vacate order re: PI estimation order | 0.10 | TJT |
| Apr-24-05 | *Plan and Disclosure Statement* - prepare for meeting with debtors re: PD estimation | 0.20 | TJT |
| Apr-25-05 | *Plan and Disclosure Statement* - Meeting with debtors re: PD estimation issues | 0.50 | TJT |
| | *Plan and Disclosure Statement* - confer with S Baena and J Sakalo re: PD Estimation issues and related issues (working lunch) | 0.50 | TJT |
| Apr-30-05 | *Plan and Disclosure Statement* - review memorandum order in Owens Corning re: denying motion for reconsideration re: estimation | 0.10 | TJT |
| Apr-21-05 | *Fee Applications, Applicant* - review Certificate of No Objection re: Ferry, Joseph & Pearce's 2/05 fee app | 0.10 | TJT |
| | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 3/05 pre-bill | 0.40 | TJT |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Ferry, Joseph & Pearce's 2/05 cno | 0.60 | AD |
| Apr-25-05 | *Fee Applications, Applicant* - begin creating Excel spreadsheet to calculate quarterly totals | 0.30 | AD |
| Apr-27-05 | *Fee Applications, Applicant* - briefly modify Ferry, Joseph & Pearce's 3/05 invoice and draft documents for 3/05 fee app | 0.50 | AD |
| Apr-28-05 | *Fee Applications, Applicant* - review Ferry, Joseph & Pearce's 3/05 fee app prior to filing | 0.10 | TJT |
| | *Fee Applications, Applicant* - prepare for filing, e-file and serve Ferry, Joseph & Pearce's 3/05 fee app | 0.50 | AD |
| | *Totals* | *44.30* | |

## DISBURSEMENTS

| | | |
|---|---|---:|
| Apr-05-05 | *Expense* - West Law - research | 24.20 |
| | *Expense* - copying cost | 60.75 |
| | *Expense* - postage | 8.39 |
| Apr-06-05 | *Expense* - Blue Marble Logistics - copies | 248.15 |
| | *Expense* - Federal Express | 25.88 |
| Apr-08-05 | *Expense* - copying cost | 36.00 |
| | *Expense* - postage | 9.54 |
| Apr-11-05 | *Expense* - copying cost | 12.60 |
| | *Expense* - postage | 3.04 |
| Apr-12-05 | *Expense* - J&J Court Transcribers | 58.10 |
| Apr-18-05 | *Expense* - Blue Marble Logistics - hand deliveries | 25.00 |
| Apr-19-05 | *Expense* - Blue Marble Logistics - hand deliveries | 30.00 |
| | *Expense* - Parcel's, Inc. | 145.00 |
| Apr-20-05 | *Expense* - copying cost | 114.75 |
| | *Expense* - postage | 28.64 |
| Apr-21-05 | *Expense* - Parcel's, Inc. | 25.00 |
| Apr-22-05 | *Expense* - PACER Service Center - Period of 1/1/05 - 3/31/05 | 20.16 |
| | *Expense* - Parcel's, Inc. | 43.92 |
| Apr-25-05 | *Expense* - Leo & Jimmy's Delivery Cost (lunch for four) | 62.00 |
| | *Expense* - copying cost | 7.20 |
| | *Expense* - postage | 5.40 |
| | *Expense* - service supplies | 12.00 |
| Apr-26-05 | *Expense* - U.S Bankruptycy Court | 26.00 |
| Apr-28-05 | *Expense* - Blue Marble Logistics - hand deliveries | 1,629.32 |
| Apr-29-05 | *Expense* - copying cost | 8.10 |
| | *Expense* - postage | 2.12 |
| | *Totals* | *$2,671.26* |
| | **Total Fees & Disbursements** | **$10,693.76** |
| | **Balance Due Now** | $10,693.76 |