# EXHIBIT "B"

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 12/31/2004 | TRAVEL - LOCAL | | 33.00 |
| | | Total: | $33.00 |
| | | | |
| 12/31/2004 | MEETING EXPENSE | | 21.00 |
| 1/31/2005 | MEETING EXPENSE | | 70.15 |
| | | Total: | $91.15 |
| | | | |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 21.00 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 165.60 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 8.40 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.05 |
| 1/4/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.55 |
| 1/5/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.10 |
| 1/5/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 3.00 |
| 1/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 152.40 |
| 1/6/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 6.00 |
| 1/7/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 153.60 |
| 1/7/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 2.10 |
| 1/10/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 1.05 |
| 1/10/2005 | LEXIS LEGAL RESEARCH LEMKIN, JOSEPH | | 38.40 |
| | | Total: | $557.25 |
| | | | |
| 11/15/2004 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790338607434) | | 15.15 |
| 11/15/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790338579614) | | 8.91 |
| 11/19/2004 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790835731929) | | 8.04 |
| 1/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEPHEN BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791449394523) | | 10.96 |
| 1/18/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791449378078) | | 7.90 |
| | | Total: | $50.96 |

February 22, 2005
Page 20

Case 01-01139-AMC    Doc 8456-3    Filed 05/18/05    Page 3 of 5

File # K0248-00001                                          INVOICE # 1073335
    W.R. GRACE & CO.

| Date | Description | | Amount |
|---|---|---|---:|
| 1/4/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 340.33 |
| 1/7/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 404.97 |
| | | Total: | $745.30 |
| 12/31/2004 | MESSENGER SERVICE | | 166.50 |
| 1/31/2005 | MESSENGER SERVICE | | 100.00 |
| | | Total: | $266.50 |
| 1/31/2005 | OVERTIME RELATED COSTS | | 29.87 |
| | | Total: | $29.87 |
| 1/31/2005 | TELECOPY | | 7.60 |
| | | Total: | $7.60 |
| 12/31/2004 | DOCUMENT RETRIEVAL | | 22.82 |
| | | Total: | $22.82 |
| 12/31/2004 | PRINTING & DUPLICATING | | 254.79 |
| 1/31/2005 | PRINTING & DUPLICATING | | 449.75 |
| | | Total: | $704.54 |
| | **TOTAL DISBURSEMENTS** | | **$2,508.99** |

File # K0248-00001  INVOICE # 1079371
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---|
| 2/28/2005 | TELEPHONE | | 5.49 |
| 2/28/2005 | TELEPHONE | | 6.94 |
| | | Total: | $12.43 |
| 2/28/2005 | MEETING EXPENSE | | 76.84 |
| | | Total: | $76.84 |
| 1/24/2005 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S KATCHEN ESQ. (TRACKING #846466232786) | | 20.35 |
| 2/14/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARRENN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790918372160) | | 15.64 |
| 2/14/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGEL AT SENIOR VP AND GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790426256978) | | 8.91 |
| | | Total: | $44.90 |
| 2/28/2005 | OVERTIME RELATED COSTS | | 12.80 |
| | | Total: | $12.80 |
| 2/28/2005 | PRINTING & DUPLICATING | | 29.40 |
| | | Total: | $29.40 |
| | TOTAL DISBURSEMENTS | | $176.37 |

File # K0248-00001                                             INVOICE # 1086695
W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| 2/28/2005 | MEETING EXPENSE | | 19.65 |
| 3/31/2005 | MEETING EXPENSE | | 90.37 |
| | | Total: | $110.02 |
| 3/3/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790937252734) | | 10.81 |
| 3/3/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790445207357) | | 7.80 |
| 3/11/2005 | OVERNIGHT MAIL PACKAGE SENT TO WILLIAM S KATCHEN ESQ. (TRACKING #849270698170) | | 36.23 |
| 3/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #791013282558) | | 15.78 |
| 3/21/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT WR GRACE - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790954493478) | | 7.86 |
| | | Total: | $78.48 |
| 3/14/2005 | WESTLAW LEGAL RESEARCH HAHN,MICHAEL F | | 33.27 |
| | | Total: | $33.27 |
| 3/31/2005 | MESSENGER SERVICE | | 145.00 |
| | | Total: | $145.00 |
| 3/11/2005 | MISCELLANEOUS LEGAL RESEARCH | | 25.44 |
| | | Total: | $25.44 |
| 3/31/2005 | TELECOPY | | 51.30 |
| | | Total: | $51.30 |
| 3/31/2005 | PRINTING & DUPLICATING | | 188.15 |
| 3/31/2005 | PRINTING & DUPLICATING | | 369.75 |
| | | Total: | $557.90 |
| | TOTAL DISBURSEMENTS | | $1,001.41 |

DUANE MORRIS LLP