

# EXHIBIT A
January Fee Application

8124

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 14, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE FORTIETH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | January 1, 2005 through January 31, 2005 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $14,713.00  (80% = $11,770.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $14,317.79

This is an:    X monthly    ___ interim    ___ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | Pending | Pending |

As indicated above, this is the fortieth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $276.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:[3]

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant (no. of years as an attorney) | Number of years as an attorney | Department | Hourly billing | Total Billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 11.10 | $2,553.00 |
| Robert A. Murphy | Senior Counsel | 38 | Litigation | No Charge | .10 | $0.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 6.00 | $1,260.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 54.50 | $10,900.00 |
| TOTALS | | | | | 71.70 | $14,713.00 |

**Total Fees:**   **$14,713.00**

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

[3] Casner reserves the right to seek at a later date compensation for services rendered by paralegal Angela Anderson during the period January 1, 2005 through January 31, 2005. Ms. Anderson has been out of the office taking care of her ill mother.

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $1.29 |
| Federal Express | $308.43 |
| Outside Photocopying | $176.40 |
| Photocopying ($0.12/page) | $437.52 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $59.51 |
| Rent Reimbursement | $12,229.33 |
| Miscellaneous | $1,105.31 |
| TOTAL | $14,317.79 |

**Total Expenses:**     **$14,317.79**

6

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 69.20 | $14,161.00 |
| Fee Applications, Applicant | 2.50 | $552.00 |
| Expenses | N/A | $14,317.79 |
| TOTALS | 71.70 | $29,030.79 |

Dated: March 22, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2ᵈ Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/347671.1

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: April 14, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S FORTIETH MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
### (Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number  78755
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through January 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/03/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.5). | 0.70 Hrs | $161.00 |
| 01/05/05 | RAM | Review documents requested by attorney for Grace employee (.5) and conference with MTM re: same (.2). Telephone conference with Kirkland Ellis attorney and MTM re: same (.4). | 1.10 Hrs | $253.00 |
| 01/05/05 | MTM | Receipt and review of email and documents from Kirkland & Ellis counsel re: privileged documents (.3); review documents at Winthrop Square re: same (1.2); conference with RAM re: same (.2); telephone call to Kirkland & Ellis counsel re: same (.4); letter to Kirkland & Ellis counsel re: same (.3); review documents for context re: privileged documents (1.9). | 4.30 Hrs | $860.00 |
| 01/06/05 | RAM | Read selected documents filed in bankruptcy court (.2). Conferences with MTM re: previously privileged documents (.1) and documents authored by Grace employee (.1) and re: summary of meeting with AUSA (.1). Read certain documents (.1). Conference with PM re: searching for documents (.1). | 0.70 Hrs | $161.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/06/05 | MTM | Continue review of "context" documents re: request from counsel for Grace employee to produce privileged documents (1.9); telephone call from two in-house counsel re: same (.6); conference with ARA re: documents at Winthrop Square (.3); telephone call from in-house counsel re: Libby personnel file (.3); review list re: Libby personnel file (.1); receipt and review of Reed Smith's response to draft indictment (1.0); review documents from Winthrop Square previously privileged category (.9); telephone call from in-house paralegal requesting original privileged documents (.2); telephone call to Hoyle Morris & Kerr re: same (.3); search for original privileged documents at Winthrop Square (1.1); send privileged documents to Kirkland & Ellis counsel in Montana (.3); conference with RAM re: privilege waived documents (.4). | 7.40 Hrs | $1,480.00 |
| 01/07/05 | RAM | Conferences with MTM re: reviewing previously privileged documents for any relevance to grand jury subpoena (.4). Read list of previously privileged documents (.2). Telephone calls to in-house counsel and Kirkland Ellis attorney re: same (.2). Read memorandum re: same (.1). Read selected documents filed in bankruptcy court (.3). Read outline of presentation to AUSA prepared by Reed Smith (.5). | 1.70 Hrs | $391.00 |
| 01/07/05 | MTM | Review privilege waived list for references to documents sought in grand jury subpoenas (4.3); conference with ARA re: reviewing Hoyle Morris & Kerr privileged lists at Winthrop Square (.3); conferences with RAM re: privileged lists (.4); telephone call to in-house counsel and Kirkland & Ellis counsel re: same (.4); review certain documents from previously privileged documents at Winthrop Square (2.9). | 8.30 Hrs | $1,660.00 |
| 01/10/05 | RAM | Read memo summarizing meeting with AUSA (.1). Read selected documents filed in bankruptcy court (.3). Conference with MTM re: reviewing previously privileged documents for any relevance to grand jury subpoena (.2). | 0.60 Hrs | $138.00 |
| 01/10/05 | MTM | Receipt and review of email from in-house Grace counsel re: meeting in Montana with prosecutors (.2); telephone call from two in-house counsel re: document issues (.3) conference with RAM re: same (.2); telephone call from in-house counsel re: certain document (.2); conference with ARA re: locating documents in the privilege waived boxes (.3); conference call with Kirkland & Ellis counsel and in-house counsel re: review of 7 boxes of privilege | 6.80 Hrs | $1,360.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | waived documents (.3); conference with ARA re: document review (.4); email from Kirkland & Ellis counsel re: context documents which reference the fiber committee (.3); telephone call to Kirkland & Ellis counsel re: same (.2); review documents sent to Kirkland & Ellis in the summer and fall of 2004 re: same (2.1); email Kirkland & Ellis counsel re: same (.3); review privilege waived documents (2.0). | | |
| 01/11/05 | RAM | Read emails re: documents and re: AUSA's response to presentation. | 0.10 Hrs | $23.00 |
| 01/11/05 | MTM | Letter to Kirkland & Ellis counsel re: balance of context documents (.4); receipt and review of email re: meeting in Missoula (.2); continue review privilege waived documents (7.6); email to Kirkland & Ellis counsel re: same (.5). | 8.70 Hrs | $1,740.00 |
| 01/12/05 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read letter re: documents sent to Kirkland & Ellis (.1). | 0.20 Hrs | $46.00 |
| 01/12/05 | MTM | Review copies from privilege waived boxes to send to Kirkland & Ellis counsel (1.1); letter to Kirkland & Ellis counsel re: same (.7); receipt and review of collection of all 104(3) requests from EPA re: privilege waived documents (.6). | 2.40 Hrs | $480.00 |
| 01/13/05 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $230.00 |
| 01/13/05 | MTM | Continue review of 104(e) request re: privilege waived documents. | 1.70 Hrs | $340.00 |
| 01/14/05 | RAM | Read certain documents (.3). Read selected documents filed in bankruptcy court (.5). | 0.80 Hrs | $184.00 |
| 01/14/05 | DBM | Search for and draft report on documents per MTM's request. | 3.70 Hrs | $777.00 |
| 01/14/05 | MTM | Receipt and review of email from Kirkland & Ellis counsel re: McDonald depositions (.2); review list and respond to email (.9); telephone call to ARA re: review of Dr. McDonald depositions (.3); receipt and review of documents from Kirkland & Ellis counsel for which he seeks attachments (1.0); email to Kirkland & Ellis counsel re: same (.3); email to Kirkland & Ellis and in-house counsel re: problems associated with document search (.5). | 3.20 Hrs | $640.00 |
| 01/15/05 | RAM | Draft response to auditor's letter. | 0.10 Hrs | $23.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/18/05 | RAM | Send draft response to auditor's letter to in-house counsel for review. | 0.10 Hrs | $23.00 |
| 01/18/05 | MTM | Review depositions at Winthrop Square requested by Kirkland & Ellis counsel (1.0); receipt and review of email from Kirkland & Ellis counsel re: documents requested by counsel for former Grace employee (.2); reply to same (.3); search for requested documents (.7); receipt and review of additional document requests from Kirkland & Ellis counsel (.3); review transcripts of former Grace employee at Winthrop Square re: same (.8); telephone call from ARA re: review of McDonald depositions (.2); email to Kirkland & Ellis counsel re: document review (.2). | 3.70 Hrs | $740.00 |
| 01/19/05 | RAM | Telephone call from in-house counsel re: response to auditor's letter; finalize response and mail it to auditors (.1). Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.5). Conference with MTM re: searching for attachments to certain documents (.). | 0.80 Hrs | $184.00 |
| 01/19/05 | DBM | Search for documents re: former Grace employees, per MTM. | 1.50 Hrs | $315.00 |
| 01/19/05 | MTM | Review McDonald transcripts re: Libby testimony (.3); letter to Kirkland & Ellis counsel re: same (.2); telephone call from in-house counsel re: Libby personnel file; review inventory and telephone call to ARA re: same (.1); receipt and review of results of search for particular documents (.3); telephone call to in-house counsel re: search problems (.2); telephone call to ARA re: obtaining particular documents (.2); telephone call from ARA re: same (.2). | 1.50 Hrs | $300.00 |
| 01/20/05 | DBM | Search for Grace employee's documents per MTM. | 0.80 Hrs | $168.00 |
| 01/20/05 | MTM | Review list of documents for which Kirkland & Ellis has asked us to search (.8); conference with DBM re: new search (.2); receipt and review of former Grace employee's documents from Winthrop Square (.4); conference with ARA re: new search for Grace employee's documents (.2); telephone call to ARA re: same (.2); email to Kirkland & Ellis counsel re: same (.2); letter to Kirkland & Ellis counsel re: same (.3). | 2.30 Hrs | $460.00 |
| 01/25/05 | RAM | Read and comment on draft letter from Kirkland & Ellis to AUSA (.5). Telephone conference with MTM re: suggested edits (.2). | 0.70 Hrs | $161.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/25/05 | MTM | Receipt and review of email from in-house counsel and draft letter to prosecutors (1.1); telephone call to in-house counsel re: same (.2); telephone call to RAM re: same (.2); telephone call to Kirkland & Ellis counsel re: same (.3). | 1.80 Hrs | $360.00 |
| 01/27/05 | MTM | Telephone call from in-house counsel for certain documents of Grace employee (.3); email to Holme Roberts paralegal re: same (.3); review document binders re: same (1.2). | 1.80 Hrs | $360.00 |
| 01/28/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $23.00 |
| 01/31/05 | MTM | Telephone call from in-house counsel to follow up on request for Grace employee documents (.1); telephone call to Holme Roberts paralegal re: same (.1); receipt and review of fax from in-house counsel re: same (.1); email to Holme Roberts paralegal re: same (.2); receipt and review of email from Holme Roberts paralegal re: same (.1). | 0.60 Hrs | $120.00 |

TOTAL LEGAL SERVICES $14,161.00

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|--------|-----------|
| ROBERT A. MURPHY | 8.70 Hrs | 230/hr | $2,001.00 |
| DONNA B. MACKENNA | 6.00 Hrs | 210/hr | $1,260.00 |
| MATTHEW T. MURPHY | 54.50 Hrs | 200/hr | $10,900.00 |
| | 69.20 Hrs | | $14,161.00 |

TOTAL THIS BILL $14,161.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number  78756
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through January 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/03/05 | RAM | Work on November fee application. | 0.10 Hrs | $23.00 |
| 01/04/05 | RAM | Email from in-house counsel that fee application may be filed; finalize fee application and send it to Delaware counsel to file. | 0.20 Hrs | $46.00 |
| 01/15/05 | RAM | Work on December fee application. | 1.10 Hrs | $253.00 |
| 01/19/05 | RAM | Work on December fee application (.7); send it to in-house counsels for review (.1). | 0.80 Hrs | $184.00 |
| 01/20/05 | RAM | Finalize December fee application. | 0.10 Hrs | $23.00 |
| 01/21/05 | RAM | Telephone call from in-house counsel that fee application is OK to be filed. | 0.10 Hrs | No charge |
| 01/25/05 | RAM | Send fee application to Delaware counsel to file. | 0.10 Hrs | $23.00 |
| | | TOTAL LEGAL SERVICES | | $552.00 |

David B. Siegel

Re: Fee Applications, Applicant

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.40 Hrs | 230/hr | $552.00 |
| ROBERT A. MURPHY | 0.10 Hrs | 230/hr | No charge |
| | 2.50 Hrs | | $552.00 |

TOTAL THIS BILL          $552.00

**<u>EXHIBIT B</u>**
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number  78757
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through January 31, 2005

EXCESS POSTAGE $1.29

FEDERAL EXPRESS

| | | |
|---|---|---|
| 01/03/05 | FEDERAL EXPRESS 12/20/04 TO: Kirkland & Ellis Attorney From: MTM | 14.06 |
| 01/07/05 | FEDERAL EXPRESS - 12/27/04 TO: W.R. Grace & Co. FROM: MTM | 31.19 |
| 01/07/05 | FEDERAL EXPRESS - 12/23/04 TO: W. R. Grace & Co. FROM: MTM | 31.19 |
| 01/07/05 | FEDERAL EXPRESS - 12/27/04 TO: Kirkland  & Ellis Attorney FROM: MTM | 26.50 |
| 01/07/05 | FEDERAL EXPRESS - 12/23/04 TO: Kirkland & Ellis Attorney FROM: MTM | 8.72 |
| 01/25/05 | To Kirkland Ellis Attorney from MTM - 01/12/05 | 21.94 |
| 01/25/05 | To Kirkland Ellis Attorney from MTM - 01/10/05 | 32.34 |
| 01/25/05 | To Kirkland Ellis Attorney  from MTM - 01/11/05 | 32.34 |
| 01/25/05 | To in-house counsel from MTM - 01/12/05 | 35.05 |
| 01/25/05 | To Kirkland & Ellis Attorney from MTM - 01/12/05 | 29.86 |
| 01/25/05 | To in-house counsel from MTM - 01/10/05 | 32.11 |

$295.30

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through January 31, 2005

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 01/10/05 | MERRILL COMM - Libby personnel file requested by in-house counsel 12/23/04 | 19.53 |
| 01/27/05 | MERRILL COMM - Copy of Libby personnel file for in-house counsel | 7.19 |
| 01/27/05 | MERRILL COMM - Copies of deposition transcripts to send to Kirkland & Ellis and W. R. Grace 1/19/05 | 149.68 |

$176.40

PHOTOCOPYING

| | | |
|---|---|---|
| 01/05/05 | 42 copies at .12 per copy | 5.04 |
| 01/05/05 | 1 copies at .12 per copy | 0.12 |
| 01/05/05 | 19  copies at .10 per copy | 2.28 |
| 01/06/05 | 10 copies at .12 per copy | 1.20 |
| 01/06/05 | 36 copies at .12 per copy | 4.32 |
| 01/06/05 | 20 copies at .12 per copy | 2.40 |
| 01/06/05 | 59 copies at .12 per copy | 7.08 |
| 01/07/05 | 532 copies at .12 per copy | 63.84 |
| 01/07/05 | 465  copies at .12 per copy | 55.80 |
| 01/07/05 | 303  copies at .10 per copy | 36.36 |
| 01/07/05 | 420 copies at .12 per copy | 50.40 |
| 01/10/05 | 454 copies at .12 per copy | 54.48 |
| 01/10/05 | 136 copies at .12 per copy | 16.32 |
| 01/10/05 | 255 copies at .12 per copy | 30.60 |
| 01/10/05 | 4 copies at .12 per copy | 0.48 |
| 01/10/05 | 198 copies at .12 per copy | 23.76 |
| 01/10/05 | 66 copies at .12 per copy | 7.92 |
| 01/10/05 | 2 copies at .12 per copy | 0.24 |
| 01/10/05 | 124 copies at .12 per copy | 14.88 |
| 01/10/05 | 1 copies at .12 per copy | 0.12 |
| 01/10/05 | 13 copies at .12 per copy | 1.56 |
| 01/11/05 | 107 copies at .12 per copy | 12.84 |
| 01/11/05 | 1 copies at .12 per copy | 0.12 |
| 01/11/05 | 93 copies at .12 per copy | 11.16 |
| 01/12/05 | 57 copies at .12 per copy | 6.84 |
| 01/19/05 | 2 copies at .12 per copy | 0.24 |

David B. Siegel

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through January 31, 2005

### PHOTOCOPYING

| | | |
|---|---|---|
| 01/20/05 | 4copies at .12 per copy | 0.48 |
| 01/20/05 | 1copies at .12 per copy | 0.12 |
| | | $411.00 |

### TELEPHONE

| | | | |
|---|---|---|---|
| 12/12/04 | 308 | 4435353495 | 19.25 |
| 01/05/05 | 308 | 2028795177 | 2.53 |
| 01/06/05 | 329 | 2159815700 | 1.32 |
| 01/06/05 | 329 | 5613621554 | 0.66 |
| 01/06/05 | 329 | 2028795000 | 0.44 |
| 01/07/05 | 329 | 5612261729 | 2.20 |
| 01/10/05 | 308 | 2028795177 | 2.53 |
| 01/10/05 | 357 | 7037298587 | 2.20 |
| 01/10/05 | 357 | 4065232595 | 1.10 |
| 01/10/05 | 357 | 2028795200 | 6.60 |
| 01/10/05 | 357 | 2028795200 | 14.30 |
| 01/19/05 | 357 | 4105314783 | 1.10 |
| 01/19/05 | 357 | 4105314783 | 1.10 |
| 01/19/05 | 357 | 4105314711 | 1.10 |
| 01/19/05 | 329 | 5613621551 | 0.44 |
| 01/25/05 | 329 | 5613621551 | 0.44 |
| | | | $57.31 |

### RENT REIMBURSEMENT

| | | |
|---|---|---|
| 01/03/05 | BOSTON CAPITAL INSTI - rent and utilities for document repository at One Winthrop Square - January 2005 | 12,229.33 |
| | | $12,229.33 |

### MISCELLANEOUS

| | | |
|---|---|---|
| 01/10/05 | RECORDKEEPER ARCHIVE - Monthly storage fee (Jan. 2005) and retrieval of boxes to search for materials to send to Kirkland & Ellis (12/10-15/04) | 564.15 |
| 01/27/05 | MERRILL COMM - 3 Copies of documents to send to Kirkland Ellis counsel and Grace on 1/12/05 | 541.16 |
| | | $1,105.31 |

David B. Siegel

| | |
|---|---|
| TOTAL DISBURSEMENTS | $14,275.94 |
| TOTAL THIS BILL | $14,275.94 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

March 17, 2005

Bill Number  78758
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through January 31, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 01/25/05  To Scotta McFarland Esq. from R. Murphy - 01/04/05 | 13.13 | |
| | | $13.13 |

PHOTOCOPYING

| | | |
|---|---|---|
| 01/04/05  94 copies at .12 per copy | 11.28 | |
| 01/25/05  127 copies at .12 per copy | 15.24 | |
| | | $26.52 |

TELEPHONE

| | | |
|---|---|---|
| 01/19/05    357    5613621583 | 2.20 | |
| | | $2.20 |
| TOTAL DISBURSEMENTS | | $41.85 |

David B. Siegel

**TOTAL THIS BILL**      **$41.85**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 25th day of March 2005

she caused a copy of the following document(s) to be served upon the attached service list(s) in

the manner indicated:

1.    **SUMMARY OF THE FORTIETH MONTHLY APPLICATION OF
      CASNER & EDWARDS, LLP FOR COMPENSATION FOR
      SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace &
Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a
Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico,
Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston
Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa
Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace
Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II
Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures
Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc.,
Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos
Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings
Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association,
Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming,
Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross
Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD
FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005; AND

2.    FEE DETAIL FOR CASNER & EDWARDS, LLP'S FORTIETH
MONTHLY FEE APPLICATION FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005.

Dated: March 25, 2005

_____
Patricia E. Cuniff

Sworn to and subscribed before
me this 25th day of March, 2005

_____
Notary Public
My Commission Expires: _02/11/06_

       HOLLY T. WALSH
    Notary Public - Delaware
  My Comm. Expires Feb. 11, 2006

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:105858.15

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail:* *syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* *meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* *ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* *mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail:* *currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP