

# EXHIBIT B
February Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline:  May 31, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**SUMMARY OF THE FORTY-FIRST MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES  AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | February 1, 2005 through February 28, 2005 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46427.1
05/09/05 4:08 PM

-1-

Amount of Compensation sought as actual,
reasonable, and necessary:                    $20,275.00  (80% = $16,220.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $13,251.36

This is an:    X monthly    ___ interim    ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

3

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

4

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | Pending | Pending |
| 4/19/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | Pending | Pending |

As indicated above, this is the forty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $575.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:[3]

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the Applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 5.20 | $1,196.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 31.60 | $6,636.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 26.80 | $5,360.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

[3] Casner seeks in this application compensation for services rendered by paralegal Angela Anderson during the period January 1, 2005 through January 31, 2005. Fees for Ms. Anderson's services were not included in the application for the relevant period because she had been out of the office taking care of her ill mother.

5

| Name of Professional Person | Position with the applicant | Number of years in that position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 21 | Litigation | $90.00 | 69.10 | $6,219.00 |
| Regina Merkel | Paralegal | 7 | Litigation | $90.00 | 9.60 | $864.00 |
| TOTALS | | | | | 142.30 | $20,275.00 |

**Total Fees:**          **$20,275.00**

### Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $5.81 |
| Boston Express Delivery | $50.40 |
| Federal Express | $155.51 |
| Photocopying ($0.12/page) | $247.56 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $7.70 |
| Rent Reimbursement | $12,306.93 |
| Miscellaneous | $477.45 |
| TOTAL | $13,251.36 |

**Total Expenses:**          **$13,251.36**

6

Compensation Summary By Project Category

| Project Category | Total Hours for this Interim Period | Total Compensation for this Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 140.30 | $19,833.00 |
| Fee Applications, Applicant | 2.00 | $442.00 |
| Expenses | N/A | $13,251.36 |
| TOTALS | 142.30 | $33,526.36 |

Dated:  April 15, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/349832

7

## EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

April 11, 2005

Bill Number 79387
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through February 28, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/06/05 | ARA | Per MTM's request, search for and obtain documents re: privilege document issue (3.1). Per MTM's request, locate and arrange Libby personnel file for copying for in-house counsel (.4). Arrange for boxes of previously privileged documents to be delivered to the firm; telephone call to PM and MTM re: same (.4). Review Grace's original privileged documents for a specific document, per MTM's request (1.5). Per RAM's request, review deposition of in-house counsel for his employment start date at Grace (.3). | 5.70 Hrs | $513.00 |
| 01/07/05 | ARA | Oversee pick-up and delivery of the previously privileged boxes of documents to the firm (.6). Receipt and return Libby personnel file to the repository (.2). Telephone call from and to MTM and search for specific documents on privilege document list; produce list to MTM (3.0). Per MTM's instructions, compare Kirkland & Ellis list against Ness Motley list to locate particular documents (1.5). | 5.30 Hrs | $477.00 |
| 01/10/05 | ARA | Continue review and comparison of Kirkland & Ellis list against Ness Motley list to locate particular documents (3.0). Receipt of privilege waived list from MTM to search for documents (3.3); oversee pick-up of privilege waived documents by Boston Express (.2); conference with MTM re: privilege waived document review (.3). | 6.80 Hrs | $612.00 |

Page 1

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 01/11/05 | ARA | Review privilege waived boxes of documents (7.2). Return product binder and deposition transcripts to the repository (.3). | 7.50 Hrs | $675.00 |
| 01/12/05 | ARA | Quality control and return deposition binders to deposition library. | 5.60 Hrs | $504.00 |
| 01/13/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 4.70 Hrs | $423.00 |
| 01/14/05 | ARA | Per MTM's request, review depositions of Dr. McDonald re: Libby study. | 2.50 Hrs | $225.00 |
| 01/18/05 | ARA | Review deposition and prepare McDonald deposition for copying (1.8); contact Merrill to copy depositions (.2). Per MTM's request, search for particular exhibit (.8). | 2.80 Hrs | $252.00 |
| 01/19/05 | ARA | Per MTM's request, locate and review Libby personnel file for in-house counsel (.8); arrange for file to be copied for in-house counsel (.2); receipt of file from Merrill Corp. (.2). Receipt of deposition binders from Merrill Corp; quality control and return same to the deposition library (2.3). Per telephone call from MTM, search for documents; telephone call to MTM to discuss located documents (1.4). | 4.90 Hrs | $441.00 |
| 01/20/05 | ARA | Continue to search for documents per MTM's request and produce documents to MTM. | 4.50 Hrs | $405.00 |
| 01/21/05 | ARA | Review and quality control McDonald depositions and return them to the expert deposition library. | 1.50 Hrs | $135.00 |
| 01/24/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 3.40 Hrs | $306.00 |
| 01/25/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 6.90 Hrs | $621.00 |
| 01/26/05 | ARA | Quality control and return original Libby documents to the production set that were previously pulled to send to Kirkland Ellis. | 7.00 Hrs | $630.00 |
| 02/01/05 | MTM | Receipt and review of emails re: certain documents of Grace employee from Holme Roberts paralegal requested by in-house paralegal (.3); review binders at Winthrop Square re: Recordkeeper boxes reviewed for ZAI/EPA review (1.7); telephone call to Grace in Cambridge re: same (.3); email to Grace employee re: same (.2); review list of source of origin consolidated boxes at Winthrop Square re: same (1.4); email to in-house counsel re: status of search for (.3). | 4.20 Hrs | $840.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/02/05 | MTM | Telephone call from in-house counsel re: certain documents of Grace employee (.1); email to Holme Roberts paralegal re: same (.1); telephone call from in-house counsel re: search for same in Boca office (.2); email to Holme Roberts attorney re: prior sweeps of Boca office (.3); telephone call from in-house counsel confirming documents at issue were sent to Holme Roberts (.2); telephone call to Holme Roberts paralegal re: same (.3). | 1.20 Hrs | $240.00 |
| 02/07/05 | DBM | Search for Libby RCAs per MTM's request. | 1.70 Hrs | $357.00 |
| 02/07/05 | MTM | Telephone call from in-house counsel with request for Request for Capital Appropriations in Libby (.2); conference with DBM re: search for same (.2); obtain requested documents at Winthrop Square (1.6); telephone call to in-house counsel re: same (.1); letter to in-house counsel re: same (.2). | 2.30 Hrs | $460.00 |
| 02/08/05 | MTM | Receipt and review of indictment (.9); email to Kirkland & Ellis counsel re: document searches (.3). | 1.20 Hrs | $240.00 |
| 02/09/05 | DBM | Search for Vermiculite Intermountain documents per MTM's request. | 2.40 Hrs | $504.00 |
| 02/09/05 | MTM | Telephone call from in-house counsel at Grace re: request for Vermiculite Intermountain licensing documents re: bankruptcy issue (.3); conference with DBM re: same (.2); receipt and review of list of potential licensing agreements (.2); telephone call to in-house counsel re: same (.2). | 0.90 Hrs | $180.00 |
| 02/10/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $46.00 |
| 02/10/05 | MTM | Obtain documents at Winthrop Square requested by in-house counsel (1.3); telephone call to in-house counsel re: same (.3); letter to in-house counsel re: same (.2); telephone call from in-house counsel re: questions on some of the licensing agreements (.3); letter and fax to in-house counsel re: licensing agreement (.3). | 2.40 Hrs | $480.00 |
| 02/11/05 | RAM | Conference with MTM and message to DBM re: debriefing memo (.1); read memorandum (1.4). | 1.50 Hrs | $345.00 |
| 02/11/05 | MTM | Obtain additional documents at Winthrop Square requested by in-house counsel re: Vermiculite Intermountain licensing agreements (1.7); telephone call to in-house counsel re: same (.3); receipt and review of email from Kirkland & Ellis counsel re: memo of interview of former Grace employee and request for exhibits cited therein (.3). | 2.30 Hrs | $460.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/14/05 | DBM | Search for documents referred to in interview memorandum. | 6.00 Hrs | $1,260.00 |
| 02/15/05 | RAM | Read selected documents filed in bankruptcy court (.1). Telephone conference with in-house counsel re: Montana indictment (.1). | 0.20 Hrs | $46.00 |
| 02/15/05 | DBM | Continue search for former Grace employee interview documents (4.2). Telephone call from in-house counsel re: sales in Australia (.1). | 4.30 Hrs | $903.00 |
| 02/16/05 | RAM | Emails from/to DBM re: any documents in Winthrop Square re: sales in Australia. | 0.10 Hrs | $23.00 |
| 02/16/05 | DBM | Continue work on locating interview documents (2.6); draft letter to Kirkland Ellis attorney re: same (.5). Telephone call to in-house counsel re: Australian sales (.3). | 3.40 Hrs | $714.00 |
| 02/16/05 | RM | Search for and locate documents referred to in memorandum of interview of former Grace employee. | 6.30 Hrs | $567.00 |
| 02/17/05 | DBM | Continue search for former Grace employee interview documents (5.7). Locate privileged documents per in-house paralegal (1.2). | 6.90 Hrs | $1,449.00 |
| 02/17/05 | RM | Search for and locate documents referred to in memorandum of interview of former Grace employee. | 3.30 Hrs | $297.00 |
| 02/18/05 | RAM | Telephone conferences with DBM and MB re: locating privileged documents. | 0.30 Hrs | $69.00 |
| 02/18/05 | DBM | Complete review for former Grace employee's interview documents. | 3.50 Hrs | $735.00 |
| 02/21/05 | RAM | Read three privileged documents and related documents (.2). Read selected documents filed in bankruptcy court (.1). Read updated bankruptcy court docket entries to select documents to read (.1). | 0.40 Hrs | $92.00 |
| 02/22/05 | MTM | Review correspondence and documents sent to Kirkland & Ellis counsel re: exhibits for former Grace employee (.5). Receipt and review of email request from Holme Roberts paralegal re: Libby common exhibit documents (.2); locate same at Winthrop Square (1.1); email to Holme Roberts paralegal re: Libby common exhibit documents requested (.2). Receipt and review of email requests for Libby personnel file (.1); obtain Libby personnel file at Winthrop Square (.3). Receipt and review of email re: information on sales in Australia (.2); review files re: sales outside U.S. re: same (.5); telephone call to ARA re: sales outside U.S. list (.2); respond to email from in-house Grace counsel re: sales in Australia (.3); review sales outside U.S. binder at Winthrop Square (.6); email to in-house Grace counsel re: review of sales outside U.S. binder re: sales in | 4.80 Hrs | $960.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| | | Australia (.6) | | |
| 02/23/05 | RAM | Emails from/to MTM and in-house counsel re: what documents are at Winthrop Square re: sales in Australia. | 0.10 Hrs | $23.00 |
| 02/23/05 | MTM | Receipt and review of email from RAM re: Australian documents issue (.2); review Baron & Budd and Ness Motley exhibit lists for Australian documents (1.8). | 2.00 Hrs | $400.00 |
| 02/24/05 | MTM | Return Libby documents to Winthrop Square (.5); obtain Libby common exhibit list for Holme Roberts paralegal (.5). | 1.00 Hrs | $200.00 |
| 02/25/05 | RAM | Read selected documents filed in bankruptcy court. | 0.90 Hrs | $207.00 |
| 02/25/05 | DBM | Search for Australian licensee documents. | 3.40 Hrs | $714.00 |
| 02/25/05 | MTM | Receipt and review of search results re: Australian sales (.3); email to in-house counsel re: Australian sales (.4); review additional searches re: same (.5); obtain documents at Winthrop Square re: same (1.0). | 2.20 Hrs | $440.00 |
| 02/27/05 | RAM | Read email from MTM re: what documents have been located re: sales in Australia. | 0.10 Hrs | $23.00 |
| 02/28/05 | MTM | Review additional search results re: Australian sales (.7); obtain additional Australian sales documents at Winthrop Square (1.0). | 1.70 Hrs | $340.00 |
| | | **TOTAL LEGAL SERVICES** | | $19,833.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 3.80 Hrs | 230/hr | $874.00 |
| DONNA B. MACKENNA | 31.60 Hrs | 210/hr | $6,636.00 |
| MATTHEW T. MURPHY | 26.20 Hrs | 200/hr | $5,240.00 |
| ANGELA R. ANDERSON | 69.10 Hrs | 90/hr | $6,219.00 |
| REGINA MERKEL | 9.60 Hrs | 90/hr | $864.00 |
| | 140.30 Hrs | | $19,833.00 |

TOTAL THIS BILL          $19,833.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 11, 2005

Bill Number  79388
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through February 28, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 02/10/05 | RAM | Work on quarterly fee application. | 0.30 Hrs | $69.00 |
| 02/11/05 | RAM | Work on quarterly fee application. | 0.10 Hrs | $23.00 |
| 02/25/05 | RAM | Work on January fee application. | 0.60 Hrs | $138.00 |
| 02/25/05 | MTM | Answer billing questions re: January fee application for RAM. | 0.60 Hrs | $120.00 |
| 02/28/05 | RAM | Work on January fee application. | 0.40 Hrs | $92.00 |
| | | TOTAL LEGAL SERVICES | | $442.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | 1.40 Hrs | 230/hr | $322.00 |
| MATTHEW T. MURPHY | 0.60 Hrs | 200/hr | $120.00 |
| | 2.00 Hrs | | $442.00 |

David B. Siegel

TOTAL THIS BILL          $442.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 11, 2005

Bill Number  79389
File Number  0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2005

EXCESS POSTAGE                                                                  $5.81

BOSTON EXPRESS DELIVERY

| | | | |
|---|---|---|---|
| 02/18/05 | To  W R Grace boxes from Casner & Edwards on 1/07/05 | 26.80 | |
| 02/18/05 | To  W R Grace boxes from One Winthrop Sq on 1/10/05 | 23.60 | |
| | | | $50.40 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 02/02/05 | To in-house counsel from MTM - 1/20/05 | 25.78 | |
| 02/02/05 | To Kirkland & Ellis attorney from MTM - 1/20/05 | 21.94 | |
| 02/02/05 | To Kirkland & Ellis attorney from MTM - 1/19/05 | 44.56 | |
| 02/02/05 | To in-house counsel from MTM - 1/19/05 | 25.78 | |
| 02/22/05 | To W R Grace & Co. from MTM - 2/10/05 | 24.32 | |
| | | | $142.38 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 02/02/05 | 32 copies at .12 per copy | 3.84 | |
| 02/02/05 | 59 copies at .12 per copy | 7.08 | |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2005

PHOTOCOPYING

| | | |
|---|---|---|
| 02/07/05 | 3 copies at .12 per copy | 0.36 |
| 02/10/05 | 29 copies at .12 per copy | 3.48 |
| 02/10/05 | 215 copies at .12 per copy | 25.80 |
| 02/10/05 | 20 copies at .12 per copy | 2.40 |
| 02/11/05 | 112  copies at .12 per copy | 13.44 |
| 02/16/05 | 853 copies at .12 per copy | 102.36 |
| 02/17/05 | 208 copies at .12 per copy | 24.96 |
| 02/18/05 | 111 copies at .12 per copy | 13.32 |
| 02/22/05 | 24 copies at .12 per copy | 2.88 |
| 02/22/05 | 21  copies at .12 per copy | 2.52 |
| 02/22/05 | 100 copies at .12 per copy | 12.00 |
| 02/22/05 | 6 copies @ .15 per copy | 0.72 |
| 02/22/05 | 115 copies at .12 per copy | 13.80 |
| 02/24/05 | 3 copies at .12 per copy | 0.36 |
| 02/24/05 | 45 copies at .12 per copy | 5.40 |

$234.72

TELEPHONE

| | | | |
|---|---|---|---|
| 02/09/05 | 329 | 4105314222 | 0.55 |
| 02/10/05 | 357 | 4105314783 | 2.20 |
| 02/10/05 | 329 | 4105314222 | 1.87 |
| 02/10/05 | 357 | 4105314783 | 1.10 |
| 02/22/05 | 329 | 5613621533 | 0.77 |
| 02/22/05 | 329 | 2696959676 | 1.21 |

$7.70

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 02/01/05 | BOSTON CAPITAL INSTITUTION - Rent and utilities for document repository at One Winthrop Square - February 2005 | 12,306.93 |

$12,306.93

MISCELLANEOUS

| | | |
|---|---|---|
| 02/16/05 | RECORDKEEPER ARCHIVE - Monthly storage fee (02/05) | 396.45 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through February 28, 2005

MISCELLANEOUS

| | | |
|---|---|---|
| 02/24/05 | RECORDKEEPER ARCHIVE -1/05 delivery charges | 27.00 |
| 02/24/05 | RECORDKEEPER ARCHIVE - 12/04 delivery charges | 54.00 |

$477.45

TOTAL DISBURSEMENTS      $13,225.39

TOTAL THIS BILL      $13,225.39

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

April 11, 2005

Bill Number  79390
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through February 28, 2005

FEDERAL EXPRESS

| | | |
|---|---|---|
| 02/02/05 | To Scotta McFarland, Pachulski Stang Ziehl Young, from R. Murphy - 01/25/05 | 13.13 |
| | | $13.13 |

PHOTOCOPYING

| | | |
|---|---|---|
| 02/11/05 | 107 copies at .12 per copy | 12.84 |
| | | $12.84 |
| | TOTAL DISBURSEMENTS | $25.97 |
| | TOTAL THIS BILL | $25.97 |

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| W. R. GRACE & CO., et al.,[1] | ) | |
| | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 10th day of May 2005 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

1. **Summary of Forty-First Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

Litigation Counsel to Debtors for the Period From February 1, 2005
Through February 28, 2005; and

2.  Fee Detail for Casner & Ellis, LLP's Monthly Fee Application for the
    Period February 1, 2005 Through February 28, 2005.

Dated: May 10, 2005

*Patricia E. Cuniff*

Patricia E. Cuniff

Sworn to and subscribed before
me this 10th day of May, 2005

*Holly T. Walsh*

Notary Public
My Commission Expires: __02/11/06__

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:107664.7

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

**Hand Delivery**
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**E-mail: syoder@bayardfirm.com**
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail: james_kapp@chicago.kirkland.com**
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP