

# EXHIBIT C
March Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: June 6, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## SUMMARY OF THE FORTY-SECOND MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

Name of Applicant:                     Casner & Edwards, LLP

Authorized to Provide Professional Services to:     W. R. Grace & Co., et al., Debtors and
                                       Debtors-in-Possession

Date of Retention:                     September 18, 2001,
                                       effective as of September 18, 2001

Period for which compensation and       March 1, 2005 through
reimbursement is sought:               March 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                 $11,160.00  (80% = $8,928.00)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:          $11,684.66

This is an:    X monthly    __ interim    __ final application

Prior Applications filed: Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |

2

| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |

| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |

| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|---------------------------------|---------------------------------|
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | Pending | Pending |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | Pending | Pending |

As indicated above, this is the forty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $460.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

Fee Summary
(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years in position as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|-----------------------------|------------------------------|--------------------------------------------|------------|---------------------|--------------------|--------------------|
| Robert A. Murphy | Senior Counsel | 38 | Litigation | $230.00 | 4.90 | $1,127.00 |
| Donna B. MacKenna | Partner | 21 ½ | Litigation | $210.00 | 2.30 | $483.00 |
| Matthew T. Murphy | Associate | 17 | Litigation | $200.00 | 42.80 | $8,560.00 |

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing Rate | Total billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 21 | Litigation | $90.00 | 8.00 | $720.00 |
| Sara E. Streeter | Paralegal | 5 | Litigation | $90.00 | 3.00 | $270.00 |
| TOTALS | | | | | 61.00 | $11,160.00 |

**Total Fees:**     **$11,160.00**

## Expense Summary
### (see Exhibit B to the Fee Detail)

| Expense Category | Expenses | ZAI Science Trial Expenses |
|---|---|---|
| Excess Postage | $13.27 | $0.00 |
| Federal Express | $169.33 | $0.00 |
| Photocopying ($0.12/page) | $63.96 | $0.00 |
| Telephone (amount reflects related toll charges only and includes outgoing facsimile transmissions) | $7.37 | $27.01 |
| Rent Reimbursement | $11,007.42 | $0.00 |
| Miscellaneous | $396.30 | $0.00 |
| TOTALS | $11,657.65 | $ 27.01 |

**Total Expenses:**     **$11,684.66**

6

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 53.20 | $9,558.00 |
| Fee Applications, Applicant | 0.50 | $115.00 |
| ZAI Science Trial | 7.30 | $1,487.00 |
| Expenses | N/A | $11,657.65 |
| ZAI Science Trial Expenses | N/A | $27.01 |
| TOTALS | 61.00 | $22,844.66 |

Dated: May 13, 2005

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA 02210
(617) 426-5900

Special Litigation Counsel

52000.57/352695

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: June 6, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## FORTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**EXHIBIT A**
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number  80504
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through March 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/01/05 | RAM | Read email re: Australian sales issue. | 0.10 Hrs | $23.00 |
| 03/01/05 | MTM | Complete review of Australian documents (.4); email to in-house counsel re: same (.1). | 0.50 Hrs | $100.00 |
| 03/02/05 | RAM | Telephone calls from/to in-house counsel re: whether I recognize name of Bill Lee in Australia. | 0.10 Hrs | $23.00 |
| 03/04/05 | RAM | Locate old Grace directory; telephone calls (2) to in-house counsel re: position Bill Lee held. | 0.10 Hrs | $23.00 |
| 03/05/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $46.00 |
| 03/06/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $69.00 |
| 03/09/05 | MTM | Telephone call from in-house counsel with request for 2 Libby personnel files (.1); telephone call to in-house counsel re: Finch file (.1); review indices re: same (.3); obtain 3 personnel files at Winthrop Square (.8). | 1.30 Hrs | $260.00 |
| 03/10/05 | RAM | Telephone conference with in-house counsel who requests search for documents indicating Grace provided certain information about Trenton plant to State of New Jersey; conference with DBM re: same (.2); review search results (.1). | 0.30 Hrs | $69.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/10/05 | DBM | Search for New Jersey DEP documents (1.7); telephone call from in-house counsel re: same (.3); draft memo to MTM re: retrieval of same (.3). | 2.30 Hrs | $483.00 |
| 03/11/05 | RAM | Read emails from/to MTM re: collections of depositions that are at Winthrop Square; remind MTM of Goodwin Procter collection. | 0.10 Hrs | $23.00 |
| 03/11/05 | MTM | Letter to in-house counsel re: Libby personnel files (.1); receipt and review of memo from DBM re: document search project for in-house counsel and review results re: same (.4); telephone call from RAM re: same (.2); conference with SES re: obtaining documents at Winthrop Square (.2); telephone call to in-house paralegal re: request from Kirkland Ellis counsel for all deposition transcript lists (.2); review all deposition transcript lists re: same (1.1); letter to Kirkland Ellis counsel re: same (.2); telephone call from SES re: problems with microfilm machine (.2); telephone call to in-house counsel re: same (.1); email to different in-house counsel re: same (.2); hand search original documents to obtain copies requested by in-house counsel (1.4); telephone call from in-house counsel re: chest x-rays (.2); telephone call to ARA re: hand search of boxes for documents requested by in-house counsel (.3); review document copies obtained from Winthrop Square (.9); email to in-house counsel re: same (.2); email to Kirkland Ellis counsel re: various deposition transcript lists (.3). | 6.20 Hrs | $1,240.00 |
| 03/11/05 | SES | To Winthrop Square to search for and obtain requested documents. | 3.00 Hrs | $270.00 |
| 03/14/05 | MTM | Continue gathering documents re: NJ EPA for in-house counsel (2.1); letter to Kirkland Ellis counsel re: deposition transcript lists (.2); return 3 Libby personnel files to repository (.5); email to in-house counsel re: NJ EPA materials (.2); letter to in-house counsel re: same (.1). | 3.10 Hrs | $620.00 |
| 03/15/05 | MTM | Telephone call from Kirkland Ellis counsel re: status of criminal matter and request for documents (.5); telephone call from in-house counsel requesting particular deposition transcript (.2); | 0.70 Hrs | $140.00 |
| 03/16/05 | MTM | Obtain deposition transcript at Winthrop Square for in-house counsel (.6); letter to in-house counsel re: same (.1); email to Kirkland Ellis counsel re: expert and employee depositions at Winthrop Square (.4). | 1.10 Hrs | $220.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/17/05 | RAM | Read selected documents filed in bankruptcy court. | 0.30 Hrs | $69.00 |
| 03/18/05 | MTM | Email to Kirkland Ellis counsel re: deposition collection (.2); email from Kirkland Ellis counsel re: O.M. Scott study and request for employee document (.3). | 0.50 Hrs | $100.00 |
| 03/21/05 | MTM | Obtain documents requested by Kirkland Ellis counsel at Winthrop Square (1.1); email to Kirkland Ellis counsel re: same (.2). | 1.30 Hrs | $260.00 |
| 03/23/05 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.30 Hrs | $69.00 |
| 03/23/05 | MTM | Emails to in-house counsel re: microfilm machine (.2). Review files on EPA investigation to identify boxes of documents at Winthrop Square not requested by EPA (1.8); review Winthrop Square for ZAI advertising and boxes not requested by EPA (2.6). | 4.60 Hrs | $920.00 |
| 03/24/05 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $23.00 |
| 03/24/05 | MTM | Work on identifying boxes of documents not requested by EPA (1.9); email to Holme Roberts paralegal confirming Winthrop Square boxes not requested by EPA (.2); draft memo re: description of all repository boxes not requested by EPA (.9); telephone call to ARA re: same (.2); receipt and review of list of all repository boxes copied for EPA from Holme Roberts paralegal (.4); email to her re: same (.2). | 3.80 Hrs | $760.00 |
| 03/25/05 | RAM | Read emails from MTM and telephone conference with him re: 7 boxes of documents reviewed recently re: Montana grand jury subpoena; agree that MTM should email in-house counsel and Kirkland Ellis attorney re: whether documents should be reviewed in detail. | 0.20 Hrs | $46.00 |
| 03/25/05 | MTM | Review notes of prior review of 7 boxes of Hoyle Morris & Kerr deprivileged documents (1.0); conference with RAM re: same (.2); review various boxes at Winthrop Square re: memo to Kirkland Ellis counsel re: contents of boxes not requested by EPA (2.0); revise memo to Kirkland Ellis counsel re: same (.9); telephone call from Dale Cockrill, Esq. from State of Montana re: access to repository (.2); email to Kirkland Ellis counsel re: documents not requested by EPA (.2); email to in-house counsel re: contact by counsel for State of Montana (.2). | 4.70 Hrs | $940.00 |
| 03/29/05 | RAM | Read selected documents filed in bankruptcy court (1.2). Read emails re: attorney who claims to represent State of Montana, requesting access to document repository (.1). | 1.30 Hrs | $299.00 |

David B. Siegel

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/29/05 | MTM | Telephone call from Kirkland Ellis counsel re: anticipated government database and various other issues (.8); review prior memos re: Winthrop Square productions to EPA and prior coding (.6). | 1.40 Hrs | $280.00 |
| 03/30/05 | MTM | Work on privilege list issues (2.1); telephone call to 2 in-house counsels re: processing of 7 box previously privileged collection (.3). | 2.40 Hrs | $480.00 |
| 03/30/05 | ARA | Document control. | 2.50 Hrs | $225.00 |
| 03/31/05 | RAM | Read email from and telephone call to MTM re: reviewing and producing privileged documents. | 0.10 Hrs | $23.00 |
| 03/31/05 | MTM | Review/prepare 7 box previously privileged set for copying and coding (1.2); conference with ARA re: review of balance of privileged boxes (.6); telephone call from in-house counsel with request for Monokote application video (.3); telephone call to ARA re: same (.3); telephone call from RAM re: scanning and coding project (.2); review documents reproduced in particular case per request from Kirkland Ellis counsel (.7); work on privilege list issues (1.5). | 4.80 Hrs | $960.00 |
| 03/31/05 | ARA | Receive instructions from MTM for project re: reviewing WRG original privileged boxes of documents (.6); review same for copying and coding project (2.9); per telephone call from MTM, search for MK application video for in-house counsel (2.0). | 5.50 Hrs | $495.00 |
| | | TOTAL LEGAL SERVICES | | $9,558.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.50 Hrs | 230/hr | $805.00 |
| DONNA B. MACKENNA | 2.30 Hrs | 210/hr | $483.00 |
| MATTHEW T. MURPHY | 36.40 Hrs | 200/hr | $7,280.00 |
| ANGELA R. ANDERSON | 8.00 Hrs | 90/hr | $720.00 |
| SARA E. STREETER | 3.00 Hrs | 90/hr | $270.00 |
| | 53.20 Hrs | | $9,558.00 |

David B. Siegel

TOTAL THIS BILL      $9,558.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

May 11, 2005

Bill Number  80505
File Number 0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through March 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/08/05 | RAM | Work on January fee application. | 0.10 Hrs | $23.00 |
| 03/10/05 | RAM | Work on January fee application. | 0.10 Hrs | $23.00 |
| 03/16/05 | RAM | Telephone call from in-house counsel that January fee application may be filed; advise MB. | 0.10 Hrs | $23.00 |
| 03/22/05 | RAM | Finalize January fee application; send it to Delaware counsel to file. | 0.20 Hrs | $46.00 |
| | | | TOTAL LEGAL SERVICES | $115.00 |

**LEGAL SERVICES SUMMARY**

| | | | | |
|---|---|---|---|---|
| ROBERT A. MURPHY | | 0.50 Hrs | 230/hr | $115.00 |
| | | 0.50 Hrs | | $115.00 |

David B. Siegel

TOTAL THIS BILL          $115.00

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80506
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**LEGAL SERVICES**

Through March 31, 2005

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/04/05 | RAM | Conference with MTM re: in-house counsel calling about circa-1940 product bag found in Michigan. | 0.10 Hrs | $23.00 |
| 03/08/05 | RAM | Read emails re: whether ZAI was sold in certain states in west; conference with MTM re: documents to read re: same. | 0.10 Hrs | $23.00 |
| 03/08/05 | MTM | Receipt and review of email re: whether ZAI was manufactured at Phoenix plant (.1); conference with RAM re: same (.1); review ore shipment binders re: same (.9). | 1.10 Hrs | $220.00 |
| 03/10/05 | RAM | Read emails re: trying to determine when product that is in old bags recently found was manufactured. | 0.10 Hrs | $23.00 |
| 03/11/05 | RAM | Read emails re: old product bags being found (.1). Check briefing books for historic locations of expanding plants in Michigan re: old product bag being found and advise MTM of Detroit plant (.2). | 0.30 Hrs | $69.00 |
| 03/11/05 | MTM | Receipt and review of photos of old product bags from in-house counsel (.2); respond to in-house counsel re: same (.2). Conference with RAM re: Detroit plant history re: product bag (.2); email to Holme Roberts paralegal re: same (.2). | 0.80 Hrs | $160.00 |

David B. Siegel

Re: ZAI Science Trial

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 03/15/05 | MTM | Receipt and review of email from in-house counsel with further requests for information on product bags (.5); review files, briefing books, etc. and draft response to in-house counsel re: same (1.9). | 2.40 Hrs | $480.00 |
| 03/23/05 | RAM | Read email with photographs of old bags; suggest to in-house counsel and MTM that they be shown to former Grace salespeople to try and determine when product was manufactured. | 0.20 Hrs | $46.00 |
| 03/23/05 | MTM | Receipt and review of additional photos of old product bags from in-house counsel (.3); respond to email from in-house counsel re: bags (.5). | 0.80 Hrs | $160.00 |
| 03/24/05 | RAM | Read emails re: trying to determine dates of manufacture of product in old bags. | 0.10 Hrs | $23.00 |
| 03/24/05 | MTM | Review ZAI advertising materials found at Winthrop Square (.5); email to in-house counsel re: same (.3); email from in-house counsel re: product bags (.2); letter to him re: same (.3). | 1.30 Hrs | $260.00 |
| | | **TOTAL LEGAL SERVICES** | | $1,487.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.90 Hrs | 230/hr | $207.00 |
| MATTHEW T. MURPHY | 6.40 Hrs | 200/hr | $1,280.00 |
| | 7.30 Hrs | | $1,487.00 |

TOTAL THIS BILL    $1,487.00

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number 80507
File Number 0052000-0000043

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through March 31, 2005

EXCESS POSTAGE                                                                $13.27

FEDERAL EXPRESS

| | | |
|---|---|---|
| 03/02/05 | To Kirkland & Ellis counsel from Casner & Edwards on 2/16/05 by DBM | 24.32 |
| 03/02/05 | To W R Grace in-house counsel from Casner & Edwards on 2/17/05 by DBM | 25.42 |
| 03/02/05 | To W R Grace in-house counsel from Casner & Edwards on 2/16/05 by DBM | 28.55 |
| 03/02/05 | To Kirkland & Ellis counsel from Casner & Edwards on 2/17/05 by DBM | 21.64 |
| 03/22/05 | To Holme Roberts & Owen from Casner & Edwards on 02/24/05 by MTM | 10.08 |

                                                                             $110.01

PHOTOCOPYING

| | | |
|---|---|---|
| 03/14/05 | 5 copies at .12 per copy | 0.60 |
| 03/14/05 | 21 copies at .12 per copy | 2.52 |
| 03/14/05 | 315 copies at .12 per copy | 37.80 |

David B. Siegel

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through March 31, 2005

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 03/16/05 | 99 copies at .12 per copy | 11.88 | |
| 03/24/05 | 22 copies at .12 per copy | 2.64 | |
| 03/24/05 | 2 copies at .12 per copy | 0.24 | |
| 03/31/05 | 12 copies at .12 per copy | 1.44 | |
| 03/31/05 | 16 copies at .12 per copy | 1.92 | |
| 03/31/05 | 1 copies at .12 per copy | 0.12 | |
| | | | $59.16 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 03/08/05 | 359 | 2028795200 | 2.20 | |
| 03/30/05 | 329 | 5613621551 | 1.21 | |
| 03/31/05 | 329 | 2395143631 | 1.76 | |
| | | | | $5.17 |

RENT REIMBURSEMENT

| | | | |
|---|---|---|---|
| 03/01/05 | BOSTON CAPITAL - Rent and utilities for document repository at One Winthrop Square-March 2005 | 11,007.42 | |
| | | | $11,007.42 |

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 03/16/05 | RECORDKEEPER ARCHIVE -Monthly storage fee (2/05) | 396.30 | |
| | | | $396.30 |
| | | TOTAL DISBURSEMENTS | $11,591.33 |
| | | | |
| | | TOTAL THIS BILL | $11,591.33 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number  80508
File Number  0052000-0000057

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through March 31, 2005

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 03/02/05 | To  Pachulski Stang Ziehl Young, Scotta McFarland Esq. from Casner & Edwards on 2/11/05 by  RAM | 19.40 | |
| 03/22/05 | To RAM from Casner & Edwards on 02/25/05 by Mary Boyea | 39.92 | |
| | | | $59.32 |

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 03/22/05 | 40 copies at .12 per copy | 4.80 | |
| | | | $4.80 |

TELEPHONE

| | | | | |
|---|---|---|---|---|
| 03/08/05 | 357 | 5613621583 | 2.20 | |
| | | | | $2.20 |

David B. Siegel

|  |  |
|---|---|
| TOTAL DISBURSEMENTS | $66.32 |
| TOTAL THIS BILL | $66.32 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

May 11, 2005

Bill Number  80509
File Number 0052000-0000058

David B. Siegel
Senior Vice President & General Counsel
W.R. Grace & Co.
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

**FOR PROFESSIONAL SERVICES**

Re: ZAI Science Trial

**DISBURSEMENTS**

Through March 31, 2005

TELEPHONE
03/14/05   MTM - Telephone call to in-house counsel re: ZAI issues          27.01

|  |  |
|---|---|
|  | $27.01 |
| TOTAL DISBURSEMENTS | $27.01 |
| TOTAL THIS BILL | $27.01 |

## VERIFICATION PURSUANT TO DEL.BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)

I, Robert A. Murphy, Esquire, verify as follows:

1.     I am Senior Counsel with the applicant firm, Casner & Edwards, LLP ("Casner") and have been admitted to the Bar of the Commonwealth of Massachusetts since 1966.  Casner has rendered professional services in these Chapter 11 cases as Special Litigation Counsel.

2.     I have read the foregoing application of Casner for compensation and reimbursement of expenses (the "Fourteenth Quarterly Fee Application").  To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fourteenth Quarterly Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, Local Rule 2016-2, the Federal Rules of Bankruptcy Procedure, this Bankruptcy Court and the Executive Office for the United States Trustees.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on:  May 13, 2005

Robert A. Murphy

52000.57/352711