## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $ 67.21 | $ 4,398.00 | $ 67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.00 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $ 159.60 |

### CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 10.60 | $ 4,524.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 188.10 | $56,554.00 |
| 42 | Travel (1/2 total hours billed) | | $ 0 |
| | Total | 198.70 | $61,078.00 |

### CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 5.04 |
| Copies – Matter 32 (Fee Applications) | $ 34.80 |
| Copies – Matter 46 (Tax Litigation) | $ 1,190.40 |
| Computer Database Research | $ 587.00 |
| Local Messenger | $ 0 |
| Federal Express/Overnight Messenger | $ 59.91 |
| Facsimile | $ 66.00 |
| Postage | $ 0 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Parking | $ 0 |
| Airfare | $ 0 |
| Total | $ 1,943.15 |