# Exhibit A

TO THE QUARTERLY APPLICATION OF WOODCOCK WASHBURN LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SIXTEENTH QUARTERLY INTERIM PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005

(JANUARY 2005 FEE APPLICATION)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 7, 2005 |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITGATION COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD OF JANUARY 1, 2005, THROUGH JANUARY 31, 2005, FOR THE QUARTERLY FEE PERIOD OF JANUARY-MARCH 2005**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered January 22, 2003** |
| Period for which compensation and reimbursement is sought | **January 1, 2005, through January 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 176,884.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$28,342.86** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of January 2005. This is the 25th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock, and the first application for services in the January – March 2005 quarter. The following applications have been filed previously with the Court:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| TOTAL | | $1,736,054.35 | $373105.47 |

All fees and expenses for which compensation is sought in the current application were rendered by Applicant in connection with the specific matter for which it was retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District

Court for the District of Minnesota. Except for the fees specifically identified in the attached detail as "Fee Application, Applicant" (totaling $ 637.00) and "Travel Time" (totaling $689.00), all fees for which application is made were in the category "Litigation and Litigation Consulting" in the Intercat case.

The attorneys of Applicant who rendered professional services in this case during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 12.0 | $5,880.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $405.00 | 162.6 | $65,853.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $315.00 | 98.6 | $31,059.00 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $295.00 | 86.1 | $25,400.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $235.00 | 133.0 | $31,255.00 |
| Larry Labella | Paralegal | - | IP Litigation | $135.00 | 77.5 | $10,462.00 |
| Suzanne Wallace | Paralegal | - | IP Litigation | $ 90.00 | 77.5 | $6,975.00 |

Total Fees: $ 176,884.00
Blended Rate: $ 273.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $176,884.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($ 141,507.20) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($28,342.86); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: March 15, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: April 7, 2005 |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
### FOR THE PERIOD JANUARY 1, 2005 THROUGH JANUARY 31, 2005
*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 01/03/2005 | DRB | Preparation of motion to amend answer to include best mode defense | 7.50 |
| 01/03/2005 | DRB | Prepare refinery deposition summaries | 0.30 |
| 01/03/2005 | KMW | Analysis of Intercat's recently produced documents. | 3.90 |
| 01/03/2005 | KMW | Analysis of Lippert deposition and errata sheets. | 0.30 |
| 01/03/2005 | SW | Organize documents for and deliver to J.Press at Parente; Obtain copies of pages of transcripts for K.Whitney; Review deposition cabinets for receipt of recent transcripts. | 3.00 |
| 01/04/2005 | SW | Organize depositions for and deliver to J.Press at Parente; Obtain copies of transcripts for K.Whitney. | 2.50 |
| 01/04/2005 | FTC | Drafted motion for leave to amended Defendants' prior art statement. | 0.50 |

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), B&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| Date | Atty | Description | Hours |
|---|---|---|---|
| 01/04/2005 | DRB | Preparation of motion to amend to include best mode defense | 5.50 |
| 01/04/2005 | DRB | Preparation of refinery deposition summaries for non-infringement expert report | 2.50 |
| 01/04/2005 | CEZ | Consider potential discovery motions. | 0.70 |
| 01/04/2005 | CEZ | Reviewed and analyzed caselaw regarding the waiver of attorney-client privilege in defense against willful infringement. | 1.00 |
| 01/04/2005 | CEZ | Reviewed deposition testimony of G. Santos and J. Sloan in connection with potential discovery motions. | 2.10 |
| 01/04/2005 | CEZ | Drafted motion to compel discovery regarding communications during the prosecution of the 236 patent. | 4.90 |
| 01/04/2005 | KMW | Analysis and summary of refinery depositions. | 7.00 |
| 01/04/2005 | KMW | Discussion with Mr. Jordan regarding allegations of discovery deficiencies. | 0.30 |
| 01/05/2005 | KMW | Analysis and summary of refinery depositions. | 4.20 |
| 01/05/2005 | KMW | Analysis of discovery requests and follow-up with Intercat regarding deficiencies Intercat production. | 1.20 |
| 01/05/2005 | KMW | Analysis of financial documents and conference w/expert regarding the same. | 1.50 |
| 01/05/2005 | KMW | Analysis of testimony of Grace witnesses in refinery operations. | 1.50 |
| 01/05/2005 | CEZ | Drafted motion to compel discovery regarding communications during the prosecution of the 236 patent. | 2.50 |
| 01/05/2005 | CEZ | Met with D. Bailey regarding motion to compel. | 0.50 |
| 01/05/2005 | DRB | Preparation of motion to amend for best mode defense | 4.00 |
| 01/05/2005 | DRB | Preparation of deposition summaries for use in draft non-infringement summary judgement motion. | 2.00 |
| 01/05/2005 | FTC | Drafted motion for leave to amended Defendants' prior art statement. | 1.00 |
| 01/05/2005 | SW | Obtain copies of various transcripts for D.Bailey, K.Whitney and C.Ziegler. Copy and have transcripts delivered to damage experts. | 2.00 |
| 01/06/2005 | FTC | Considered validity of U.S. patent no. 5,389,236 in view of prior art references. | 0.40 |
| 01/06/2005 | DRB | Work on invalidity report by expert. | 0.50 |
| 01/06/2005 | DRB | Revisions to motion to pierce privilege regarding prosecution | 1.00 |
| 01/06/2005 | CEZ | Met with F. Carroll regarding expert report. | 0.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/06/2005 | CEZ | Teleconference with D. Bailey regarding expert. | 0.50 |
| 01/06/2005 | KMW | Analysis and summary of refinery deposition. | 0.60 |
| 01/06/2005 | KMW | Analysis of Grace's financial documents and conference w/experts regarding the same. | 1.60 |
| 01/06/2005 | KMW | Analysis of Parva deposition. | 1.10 |
| 01/06/2005 | LL | Scanned in various pleadings and correspondence for team and client; searched for various transcripts and prepared file for Whitney; updated deposition files | 3.00 |
| 01/07/2005 | LL | Scanned in various documents for team and client; updated production files; indexed new documents | 1.50 |
| 01/07/2005 | GHL | Meeting with proposed expert to discuss his opinions on patent invalidity in anticipation of filing expert reports; | 0.80 |
| 01/07/2005 | GHL | Review of court's Markman order setting forth interpretation of claims of the Bartholic patent, telephone conference with Mr. Maggio regarding same; consideration of effect of same on non-infringement and invalidity positions; | 1.50 |
| 01/07/2005 | KMW | Fact-finding w/client regarding MAP-TC analysis. | 1.10 |
| 01/07/2005 | KMW | Analysis and summary of refinery depositions. | 2.70 |
| 01/07/2005 | KMW | Analysis of Grace financials; conference w/experts regarding the same; conference w/Intercat regarding the same. | 2.80 |
| 01/07/2005 | KMW | Analysis of Markman opinion. | 1.40 |
| 01/07/2005 | CEZ | Met with technical expert and prepared materials for review on invalidity. | 6.00 |
| 01/07/2005 | CEZ | Drafted motion to amend answer. | 1.00 |
| 01/07/2005 | CEZ | Reviewed district court's markman ruling. | 1.50 |
| 01/07/2005 | DRB | Analysis of Markman ruling and non-infringement positions | 2.00 |
| 01/07/2005 | DRB | Meeting with expert regarding invalidity report | 1.50 |
| 01/07/2005 | DRB | Preparation of refinery deposition summaries | 1.00 |
| 01/07/2005 | DRB | Telephone conference with expert regarding indefiniteness | 0.50 |
| 01/07/2005 | FTC | Meeting with technical expert Paul Solt. | 6.20 |
| 01/07/2005 | FTC | Drafted motion in support of Defendants' Motion to Amend Supplemental Prior Art Statement. | 0.90 |
| 01/07/2005 | FTC | Worked with expert on report relating to invalidity. | 0.90 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/07/2005 | SW | Review analyze and index deposition exhibits and incorporate into binders. | 3.50 |
| 01/08/2005 | DRB | Analysis of Markman ruling and case theories in view of same. | 1.50 |
| 01/08/2005 | DRB | Preparation of expert reports with experts. | 1.00 |
| 01/08/2005 | CEZ | Meeting with team members on case strategy. | 1.40 |
| 01/08/2005 | GHL | Further review of Markman order and consideration of effect of the order on infringement issues | 0.50 |
| 01/09/2005 | KMW | Analysis of Grace's financial documents/information. | 1.00 |
| 01/10/2005 | KMW | Analysis and summary of refinery depositions. | 5.00 |
| 01/10/2005 | KMW | Analysis of financial documents; conference w/DRB regarding the same. | 1.50 |
| 01/10/2005 | KMW | Analysis of loader operations and locations. | 1.00 |
| 01/10/2005 | GHL | Fee Application -- Applicant; preparation of fee petition for November 2004 | 0.50 |
| 01/10/2005 | LL | Prepared binders for Refinery depositions for Bailey and Whitney; updated deposition files; indexed new documents. | 3.00 |
| 01/10/2005 | DRB | Analysis of claim construction and advice to Robert Maggio, Esq. regarding same | 1.30 |
| 01/10/2005 | DRB | Preparation of expert reports on validity | 1.30 |
| 01/10/2005 | DRB | Analysis of refinery depositions for infringement issues | 0.50 |
| 01/10/2005 | SW | Review analyze and index deposition exhibits and incorporate into binders. | 4.50 |
| 01/10/2005 | FTC | Reviewed and summarized European Patent No. 0408606 and PCT Application No. PCT/US89/00601 for invalidity analysis. | 4.80 |
| 01/11/2005 | FTC | Reviewed and summarized prior art references. | 2.50 |
| 01/11/2005 | DRB | Work with expert Teitman to prepare inequitable conduct report | 1.50 |
| 01/11/2005 | DRB | Advice to Grace regarding Court's claim construction ruling | 0.90 |
| 01/11/2005 | DRB | Advice to Al Jordan regarding document collection. | 0.80 |
| 01/11/2005 | DRB | Work with expert Teitman to prepare invalidity report | 4.80 |
| 01/11/2005 | DRB | Travel to/from Grace for meetings (3.4 hours billed at half) | 1.70 |
| 01/11/2005 | LL | Prepared deposition files; prepared files for Whitney regarding Intercat and 3rd party documents; prepared documents to send to Parente; scanned in documents for team and client | 3.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/11/2005 | GHL | Telephone conference with Grace representatives regarding continuing strategy for defense of this action and effect of Markman ruling; | 0.60 |
| 01/11/2005 | KMW | Analysis and summary of refinery depositions. | 3.00 |
| 01/12/2005 | KMW | Analysis and summary of refinery depositions. | 3.00 |
| 01/12/2005 | KMW | Analysis of Grace financial documents and conference w/expert regarding the same. | 6.30 |
| 01/12/2005 | GHL | Telephone conference with Nol-Tec counsel regarding continued strategy for defense of this matter in view of Markman order; | 0.80 |
| 01/12/2005 | GHL | Review of existing indemnification agreements with refiners, revisions to same, and telephone conference with Mr. Maggio regarding same; | 0.40 |
| 01/12/2005 | LL | Prepared documents for meeting with expert; updated production logs; performed document search; prepared documents to send to Parente; prepared deposition file. | 4.50 |
| 01/12/2005 | DRB | Preparation with expert of report on invalidity | 5.50 |
| 01/12/2005 | DRB | Analysis of claim construction with counsel for NolTec | 0.80 |
| 01/12/2005 | CEZ | Work on expert reports with expert. | 4.50 |
| 01/12/2005 | CEZ | Prepared materials for P. Solt's review. | 1.60 |
| 01/12/2005 | FTC | Meeting with Paul Solt concerning expert report. | 8.40 |
| 01/13/2005 | FTC | Meeting with Paul Solt, and preparation of report. | 7.40 |
| 01/13/2005 | FTC | Drafted summary of Clemtex single and dual-vessel loaders. | 2.20 |
| 01/13/2005 | SW | Review, analyze and index additional deposition exhibit and incorporate into binders. | 4.00 |
| 01/13/2005 | CEZ | Prepared materials for expert Solt's review. | 2.00 |
| 01/13/2005 | CEZ | Met with P. Solt to prepare report. | 6.70 |
| 01/13/2005 | DRB | Preparation of expert report on invalidity for obviousness and inequitable conduct | 5.50 |
| 01/13/2005 | DRB | Preparation of expert report on claim indefiniteness | 4.50 |
| 01/13/2005 | LL | Prepared documents for Bailey and Whitney; produced new documents; prepared fax and over night to McGrath; exhibit search | 3.00 |
| 01/13/2005 | KMW | Analysis of Grace documents for production; production of the same. | 0.30 |
| 01/13/2005 | KMW | Analysis and summary of refinery depositions. | 4.10 |

| | | | |
|---|---|---|---:|
| 01/13/2005 | KMW | Analysis of deposition of Notice and Grace representatives in support of invalidity position. | 2.00 |
| 01/14/2005 | LL | Performed a document search regarding Intercat documents for Ziegler; updated deposition exhibits; indexed new documents; searched for various pleadings for use in Summary Judgement. | 3.00 |
| 01/14/2005 | DRB | Preparation of expert report - invalidity and inequitable conduct | 8.00 |
| 01/14/2005 | GHL | Conference regarding expert reports and presentation of expert's opinion on invalidity; | 0.70 |
| 01/14/2005 | CEZ | Prepared materials for expert Solt's review. | 7.20 |
| 01/14/2005 | CEZ | Reviewed Intercat prosecution history files. | 1.20 |
| 01/14/2005 | SW | Review deposition files for exhibits we do not have yet; update lists and obtain copies for binders and index. | 6.00 |
| 01/14/2005 | KMW | Analysis of Grace financial documents and conference w/expert regarding the same. | 1.70 |
| 01/14/2005 | KMW | Analysis and summary of refinery depositions. | 3.00 |
| 01/15/2005 | CEZ | Prepared materials for P. Solt's review. | 6.30 |
| 01/15/2005 | CEZ | Research regarding obviousness issues. | 1.30 |
| 01/15/2005 | DRB | Preparation of expert reports - invalidity and inequitable conduct | 5.50 |
| 01/15/2005 | LL | Prepared deposition files for Whitney and Bailey; updated production files | 1.00 |
| 01/16/2005 | FTC | Reviewed and considered draft expert report relating to invalidity. | 4.00 |
| 01/16/2005 | CEZ | Reviewed materials in preparation for meeting with P. Solt; prepared materials for P. Solt's review; prepare prior art summaries. | 7.30 |
| 01/17/2005 | CEZ | Met with P. Solt; prepared materials for P. Solt's review. | 8.10 |
| 01/17/2005 | FTC | Reviewed and considered revised draft expert report relating to invalidity. | 4.30 |
| 01/17/2005 | LL | Prepared documents for Carroll and Expert; prepared deposition for Whitney and Bariley; document search for Ziegler regarding intercat documents | 2.00 |
| 01/17/2005 | DRB | Preparation of reports with experts. | 8.80 |
| 01/17/2005 | KMW | Analysis of invalidity based on obviousness report and conference w/expert regarding the same. | 1.80 |
| 01/17/2005 | KMW | Analysis and summary of refinery depositions. | 2.10 |
| 01/17/2005 | KMW | Analysis and summary of loader operations and categories. | 2.60 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/17/2005 | FTC | Met with Paul Solt to discuss expert report regarding validity. | 6.20 |
| 01/18/2005 | KMW | Analysis of expert opinion and conference w/CEZ regarding the same. | 1.00 |
| 01/18/2005 | KMW | Analysis and summary of refinery depositions. | 3.60 |
| 01/18/2005 | DRB | Working with expert to prepare reports on claim indefiniteness and obviousness | 6.60 |
| 01/18/2005 | DRB | Travel to and from Columbia for meeting with expert (4.8 hours, bill at half per GHL) | 2.40 |
| 01/18/2005 | LL | Prepared exhibits for Paul Solt Expert report; prepared docuemnts to send to Teitman; attended meeting with Ziegler and Carroll regarding expert reports; prepared documents for Whitney; scanned in documents | 5.00 |
| 01/18/2005 | FTC | Reviewed, edited, and discussed expert report regarding invalidity with Paul Solt. | 8.00 |
| 01/18/2005 | CEZ | Met with F. Carroll regarding expert reports. | 1.30 |
| 01/18/2005 | CEZ | Met with P. Solt; prepared materials for P. Solt's review for use in report. | 8.00 |
| 01/19/2005 | CEZ | Telephone discussion with P. Solt; prepared materials for P. Solt's review. | 8.00 |
| 01/19/2005 | CEZ | Met separately with D. Bailey, K. Whitney and F. Carroll regarding expert reports. | 1.50 |
| 01/19/2005 | FTC | Reviewed and finalized expert report concerning invalidity. | 8.00 |
| 01/19/2005 | DRB | Preparation of expert reports on invalidity, inequitable conduct and indefiniteness | 8.50 |
| 01/19/2005 | LL | Prepared exhibits for Paul Solt Expert report; prepared federal express to Privratski and Arnold; indexed new documents; scanned in documents; prepared documents to send to Parente | 5.50 |
| 01/19/2005 | KMW | Summary and analysis of refinery depositions. | 0.50 |
| 01/19/2005 | KMW | Analysis, revision, and conferences regarding invalidity experts reports. | 8.20 |
| 01/20/2005 | FTC | Attended team meeting to discuss case status and scheduling. | 1.10 |
| 01/20/2005 | SW | Review, analyze, index deposition exhibits and incorporate into binders. | 2.00 |
| 01/20/2005 | GHL | Review of expert reports filed by Intercat, and meeting with trial team to discuss same and strategy for responsive reports; | 2.50 |

| | | | |
|---|---|---|---|
| 01/20/2005 | LL | Imported various documents into iManage for Bailey; prepared files of Intercat's Expert Reports for team; prepared documents to send to Parente; scanned in various documents for team and client; talked to Esquire about Sinclair deposition transcript | 7.00 |
| 01/20/2005 | KMW | Analysis and summary of refinery depositions. | 0.90 |
| 01/20/2005 | KMW | Analysis of damages expert report. | 3.30 |
| 01/20/2005 | KMW | Status and strategy conference. | 1.30 |
| 01/20/2005 | CEZ | Reviewed Intercat's expert reports regarding infringement and damaes. | 2.30 |
| 01/20/2005 | DRB | Analysis of Intercat's expert reports | 4.00 |
| 01/20/2005 | DRB | Preparation of motion to compel privilege communications from Intercat | 1.50 |
| 01/21/2005 | DRB | Preparation of motion to compel discovery | 3.00 |
| 01/21/2005 | DRB | Preparation with expert of report on noninfringement | 4.00 |
| 01/21/2005 | DRB | Analysis of EP 606 prior art status | 1.00 |
| 01/21/2005 | KMW | Analysis of prior art and file history of 236 patent. | 2.50 |
| 01/21/2005 | KMW | Analysis and summary of refinery depositions; fact-finding in support of infringement rebuttal expert report. | 1.90 |
| 01/21/2005 | LL | Prepared files of documents cited in Britven and Bartholic Expert Reports; prepared documents to send to Parente; scanned in documents; prepared exhibits for Bailey; prepared intercat documents for Carroll | 6.50 |
| 01/21/2005 | GHL | Telephone conference with damages experts regarding fundamental errors in Intercat's expert report on damages and consideration of evidence from record to rebut underlying assumptions of that report; | 1.30 |
| 01/21/2005 | KMW | Analysis of Britven damages expert report; conference w/GHL and Grace's experts regarding the same; strategy for rebuttal, fact-finding for rebuttal. | 3.40 |
| 01/21/2005 | FTC | Reviewed expert reports by Intercat. | 4.30 |
| 01/21/2005 | SW | Review, analyze, index deposition exhibits and incorporate into binders. | 7.00 |
| 01/22/2005 | GHL | Fee Application, Applicant -- Preparation of fee petition for December 2004 | 0.80 |
| 01/22/2005 | LL | Prepared files of documents cited in Britven and Bartholic Expert Reports | 4.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/24/2005 | GHL | Further analysis of expert reports and consideration of matters to be addressed in rebuttal reports; | 0.80 |
| 01/24/2005 | LL | Prepared documents from Britven Expert Report's attachments to send to Parente including Intercat documents and depositions | 7.50 |
| 01/24/2005 | KMW | Summary and analysis of refinery depositions. | 2.10 |
| 01/24/2005 | KMW | Legal research and analysis of prior art. | 2.20 |
| 01/24/2005 | KMW | Analysis of Britven damages report, conference w/expert regarding the same, conference w/GHL and CEZ regarding the same. | 2.10 |
| 01/24/2005 | DRB | Preparation of expert reports for noninfringement | 5.50 |
| 01/24/2005 | CEZ | Researched obviousness issues. | 1.00 |
| 01/24/2005 | CEZ | Met with members of team regarding obviousness issues in view of Intercat's rebuttal report. | 0.50 |
| 01/24/2005 | CEZ | Review reports and met with G. Levin regarding damages. | 1.00 |
| 01/24/2005 | CEZ | Drafted memorandum regarding Intercat's expert report on damages. | 2.20 |
| 01/24/2005 | CEZ | Detailed review of Intercat's expert report on damages. | 3.00 |
| 01/24/2005 | FTC | Reviewed prior art references and assessed the potential effect of references on the validity of U.S. patent no. 5,389,236. | 3.90 |
| 01/24/2005 | SW | Review, analyze, index deposition exhibits and incorporate into binders. Obtain copies of documents cited in Footnotes of Britven Expert Report. | 7.50 |
| 01/25/2005 | SW | Obtain copies of documents cited in Footnotes of Britven Expert Report; Organize documents cited into binders. | 7.00 |
| 01/25/2005 | FTC | Reviewed expert reports regarding invalidity, indefiniteness, and inequitable conduct. | 5.30 |
| 01/25/2005 | CEZ | Reviewed Intercat's supplemental response to Grace's prior art statement. | 1.00 |
| 01/25/2005 | DRB | Preparation of expert report - noninfringement | 7.00 |
| 01/25/2005 | DRB | Analysis of EP 606 as prior art and PCT corresponding application disclosure | 1.00 |
| 01/25/2005 | KMW | Legal research and analysis of prior art. | 1.50 |
| 01/25/2005 | LL | Prepared documents from Britven Expert Report's attachments to send to Parente; prepared various expert report files for Frank Carroll; prepared exhibits for Bailey | 6.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/26/2005 | LL | Prepared documents to send to Parente; prepared exhibits for Bailey; prepared binders regarding documnets cited in the Bartholic Expert Report | 7.00 |
| 01/26/2005 | KMW | Summary and analysis of refinery depositions. | 0.90 |
| 01/26/2005 | KMW | Legal research and analysis of local rules and motion due dates. Preparation of case schedule. | 1.00 |
| 01/26/2005 | KMW | Summary and analysis of Lippert deposition. | 1.70 |
| 01/26/2005 | KMW | Analysis of documents in support of rebuttal to Britven report; conference w/expert regarding the same. | 0.90 |
| 01/26/2005 | KMW | Preparatino and submission of supplemental Claim Chart, Prior Art Statement, and interrogatory answers based on expert reports. | 2.00 |
| 01/26/2005 | DRB | Preparation of expert report on noninfringement | 8.00 |
| 01/26/2005 | FTC | Reviewed expert reports. | 3.50 |
| 01/26/2005 | FTC | Reviewed Plaintiff's Supplemental Prior Art Statement. | 0.60 |
| 01/26/2005 | SW | Obtain copies of documents cited in Footnotes of Britven Expert Report, and organize into binders. Review files for missing redwell. Obtain copies of all Lippert exhibits for K.Whitney. Index deposition exhibits. | 7.00 |
| 01/27/2005 | SW | Review, analyze, index deposition exhibits and incorporate into binders. | 5.50 |
| 01/27/2005 | DRB | Outline of expert report on non-infringement based on expert review. | 7.50 |
| 01/27/2005 | DRB | Preparation of motion to compel | 0.50 |
| 01/27/2005 | KMW | Summary and analysis of refinery depositions. | 1.30 |
| 01/27/2005 | KMW | Preparation of documents for motion to compel discovery, cite-checking, research of local rules. | 4.90 |
| 01/27/2005 | KMW | Analysis of production documents in support of rebuttal damages report. | 0.80 |
| 01/28/2005 | KMW | Analysis of production documents in support of damages rebuttal. | 1.40 |
| 01/28/2005 | KMW | Summary and analysis of refinery document production and depositions. | 2.50 |
| 01/28/2005 | KMW | Fact-gathering with client and expert regarding non-infringement position for report. | 1.20 |
| 01/28/2005 | KMW | Fact-gathering regarding loaders w/client. | 0.20 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/28/2005 | LL | Prepared production files; updated production logs; prepared deposition files and exhibit binders; updated deposition log; prepared binders for documents cited in Bartholic Expert Report | 4.50 |
| 01/28/2005 | DRB | Preparation of expert report on non-infringement | 7.50 |
| 01/28/2005 | DRB | Coordination of scheduling and summary judgment motion practice; filing stipulation on scheduling with Court | 0.50 |
| 01/28/2005 | SW | Obtain copies of documents cited in Bartholic Expert Report. | 5.50 |
| 01/28/2005 | FTC | Reviewed Plaintiff's Supplemental Prior Art Statement. | 0.40 |
| 01/28/2005 | FTC | Review of documents produced by Intercat; | 0.30 |
| 01/29/2005 | DRB | Preparation of expert report on non-infringement | 3.90 |
| 01/30/2005 | KMW | Summary and analysis of refinery depositions. | 1.50 |
| 01/30/2005 | SW | Obtain copies of documents cited in footnotes of Bartholic Expert Report. | 3.50 |
| 01/31/2005 | SW | Obtain copies of documents cited in footnotes of Bartholic Expert Report. | 7.00 |
| 01/31/2005 | FTC | Reviewed manuals relating to Nol-Tec loaders. | 1.00 |
| 01/31/2005 | KMW | Analysis of non-infringement position. | 1.40 |
| 01/31/2005 | KMW | Analysis of documents in support of preparation of rebuttal damages report; conference w/expert about the same. | 2.00 |
| 01/31/2005 | KMW | Fact-finding with client regarding damages analysis. | 0.60 |
| 01/31/2005 | KMW | Preparation of documents in support of motion to permit discovery; telephonic conference with Magistrate Boylan chambers regarding the same; coordination of hearing. | 1.60 |
| 01/31/2005 | KMW | Summary and analysis of refinery depositions. | 3.00 |
| 01/31/2005 | GHL | Preliminary review of proposed motion to compel certain allegedly privileged information from Intercat regarding patent prosecution; | 0.80 |
| 01/31/2005 | DRB | Preparation of expert report on non-infringement | 7.00 |
| 01/31/2005 | DRB | Telephone conference with expert regarding report on non-infringement | 0.50 |
| 01/31/2005 | DRB | Preparation of motion to compel documents and testimony related to prosecution. | 0.50 |

SERVICES    $    176,884.00

GHL    GARY H. LEVIN    12.00   hours at $   490.00

| | | | | |
|---|---|---|---|---|
| DRB | DAVID R. BAILEY | 162.60 | hours at $ | 405.00 |
| CEZ | CHAD E. ZIEGLER | 98.60 | hours at $ | 315.00 |
| FTC | FRANK T. CARROLL | 86.10 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 133.00 | hours at $ | 235.00 |
| LL | LARRY LABELLA | 77.50 | hours at $ | 135.00 |
| SW | SUZANNE WALLACE | 77.50 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| | |
|---|---:|
| ASSOCIATE SERVICES | 350.42 |
| FACSIMILE | 12.00 |
| WITNESS/EXPERT FEES | 15,009.66 |
| COURT REPORTERS | 7,337.50 |
| POSTAGE & DELIVERY | 235.29 |
| PHOTOCOPYING | 4,965.25 |
| COMPUTER SEARCH | 110.85 |
| TRAVEL & EXPENSES | 321.89 |
| | |
| DISBURSEMENT TOTAL | $ 28,342.86 |
| SERVICE TOTAL | $ 176,884.00 |
| **INVOICE TOTAL** | $ 205,226.86 |

| | | |
|---|---|---|
| 12/30/04 | **Travel and Expense: Vendor Chad Ziegler** | |
| | **Transportation:** Purpose of trip: Meeting with Expert | |
| | **Meals:** | $108.89 |
| | TOTAL EXPENSE: | $108.89 |

| | | | |
|---|---|---|---|
| 1/11/05 | **Travel and Expense: Vendor David Bailey** | | |
| | **Transportation:** | Purpose of trip: Meeting with Expert at Grace in Columbia, Maryland | |
| | **Miles:** | 250 Miles @ $0.325 per mail | $ 81.25 |
| | **Tolls:** | | $  8.00 |
| | **Meals:** | | $ 19.00 |
| | | TOTAL EXPENSE: | $108.25 |

| | | |
|---|---|---|
| 1/18/05 | **Travel and Expense: Vendor David Bailey** | |
| | **Transportation:** Purpose of trip: Meeting with Expert at Grace in Columbia, Maryland | |
| | **Miles:** 250 Miles @ $0.325 per mail | $ 81.25 |
| | **Tolls:** | $ 14.00 |
| | **Meals:** | $  9.50 |
| | TOTAL EXPENSE: | $104.75 |