# Exhibit C

TO THE QUARTERLY APPLICATION OF WOODCOCK WASHBURN LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL
LITIGATION COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SIXTEENTH
QUARTERLY INTERIM PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005

(MARCH 2005 FEE APPLICATION)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | **Objection Deadline:** May 31, 2005 at 4:00 p.m. |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR
SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL
AND AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR
THE MONTHLY PERIOD OF MARCH 1, 2005, THROUGH MARCH 31, 2005, FOR THE
QUARTERLY FEE PERIOD OF JANUARY-MARCH 2005**

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **March 1, 2005, through March 31, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 196,913.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 143,160.77** |

---

[1]  The Debtors consist of the following 62 entities:  W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of March 2005. This is the 27th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), pending in the United States District Court for the District of Minnesota (the "Intercat suit"). On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the first monthly application that includes such ordinary course fees and expenses in addition to those arising from Woodcock's work as special litigation counsel.

All monthly applications filed previously with the Court by Woodcock are identified in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |

| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
|---|---|---|---|
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 - 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 - 9/30/04 | November 9,2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 - 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 - 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 - 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 - 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| TOTAL | | $2,070,060.85 | $527,341.03 |

In the Intercat suit, except for the fees specifically identified in the attached detail as "Travel Time" (totaling $1458.00), all fees for which application is made were in the category "Litigation and Litigation Consulting. Disbursements attributable to this category of services, as shown in the attached schedule, were $139,048.20.

The Woodcock professionals who rendered services in the Intercat suit during the Fee Period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $490.00 | 56.3 | $27,587.00 |
| David R. Bailey | Partner | 1990 | IP Litigation | $405.00 | 196.7 | $79,663.50 |
| Kathleen Milsark | Of Counsel | 1998 | IP litigation | $405.00 | 6.00 | $2,430.00 |
| Chad E. Ziegler | Associate | 1997 | IP Litigation | $315.00 | 81.7 | $2,859.50 |
| Frank T. Carroll | Associate | 1998 | IP Litigation | $295.00 | 9.4 | $2,773.00 |
| Karen Whitney | Associate | 2001 | IP Litigation | $235.00 | 106.1 | $24,933.50 |
| Angela Verrecchio | Associate | 2002 | IP Litigation | $215.00 | 5.5 | $1,182.50 |
| David Hoffman | Associate | 2004 | IP Litigation | $195.00 | 5.7 | $1,111.50 |
| Paul Perdue | Graphics | - | IP Litigation | $115.00 | 14.5 | $1,667.50 |
| Larry Labella | Paralegal | - | IP Litigation | $135.00 | 94.0 | $12,690.00 |
| Suzanne Wallace | Paralegal | - | IP Litigation | $ 90.00 | 64.5 | $5,805.00 |

Total Fees: $ 185,589.00
Blended Rate: $289.80

During this fee period, Woodcock provided ordinary course intellectual property services in connection with two matters, which are detailed in the attached fee schedule for each matter. The total disbursements attributable to these ordinary course services, as shown in the attached schedules, were $4,112.57 The Woodcock professionals who rendered these ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Frank T. Carroll | Associate | 1998 | IP Counseling | $295.00 | 34.7 | $10,236.50 |
| Noreen Garonski | Paralegal | - | IP Prosecution | $170.00 | 5.0 | $850.00 |

Total Fees:  $ 11,086.00
Blended Rate:  $279.24

**WHEREFORE,** Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $ 196,913.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($ 157,530.40) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by applicant during the Fee Period ($143,160.77); and (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated:  May 6, 2005

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia, PA  19103
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: May 31, 2005 at 4:00 p.m. |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
## FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005
*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| | | | |
|---|---|---|---|
| 03/01/2005 | GHL | Work on matters to be addressed in expert report on damages; review communication from Nol-Tec counsel regarding draft damages report and consideration with experts of issues raised by Nol-Tec counsel; | 1.20 |
| 03/01/2005 | LL | Attended to and assisted in the preparation of exhibits for the Albin affidavit; scanned in various documents for Whitney; prepared a witness file for Teitman, Bartholic and Solt; performed a dirt search on Bartholic | 4.00 |
| 03/01/2005 | KMW | Analysis of Bartholic rebuttal report on indefiniteness. | 0.80 |
| 03/01/2005 | KMW | Analysis of models, conference w/client regarding the same, preparation of affidavits regarding the same. | 1.30 |
| 03/01/2005 | KMW | Analysis of refinery documents in support of rebuttal damages report. | 2.00 |

---

[2] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f//k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Nestor-BNA Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

| 03/01/2005 | KMW | Analysis of rebuttal damages report; conference w/GHL regarding the same; conference w/Nol-Tec regarding the same; conference w/experts regarding the same. | 2.60 |
| 03/01/2005 | DRB | Analysis of Intercat's expert report - indefiniteness | 1.70 |
| 03/01/2005 | DRB | Preparation of summary judgment motion on non-infringement | 5.90 |
| 03/01/2005 | DRB | Preparation of affidavits in support of summary judgment motion on non-infringement | 2.30 |
| 03/02/2005 | DRB | Preparation of summary judgment motion for non-infringement | 4.00 |
| 03/02/2005 | DRB | Preparation of affidavits for summary judgment motion on non-infringement | 4.00 |
| 03/02/2005 | KMW | Review of damages rebuttal report and serve the same. | 0.50 |
| 03/02/2005 | SW | Review/Analyze/Index deposition exhibits; Review, Analyze and Organize Plaintiff's deposition exhibits and copy for binders; Add new deposition exhibit list entries to Refinery deposition exhibit list. | 4.00 |
| 03/02/2005 | LL | Attended to and assisted in the preparation of files for documents cited in all of the Teitman reports and affidavit; attended meeting with Bailey regarding Teitman; updated various witness files; scanned in documents for team and client | 4.50 |
| 03/02/2005 | GHL | Preliminary review of expert rebuttal report from Intercat on invalidity issues; | 1.20 |
| 03/02/2005 | GHL | Work on strategy for summary judgment motion on non-infringement; | 0.50 |
| 03/03/2005 | GHL | Review of final version of Grace expert report on damage issues; attendance to service of same on Intercat counsel; | 1.00 |
| 03/03/2005 | GHL | Telephone conference with Intercat counsel and local counsel regarding scheduling issues; | 0.20 |
| 03/03/2005 | GHL | Review of Intercat expert reports on infringement and validity issues to determine issues to be addressed in summary judgment motions on those issues; | 0.80 |
| 03/03/2005 | LL | Attended to and assisted in the preparation of files for documents cited in all of the Teitman reports and affidavit; scanned in documents for team and client | 5.00 |

| 03/03/2005 | SW | Review and Organize Clemtex production documents, and obtain color copies of documents for Karen Whitney; Research/obtain documents from Bankruptcy Court | 4.50 |
|---|---|---|---|
| 03/03/2005 | KMW | Finalize Schult affidavit and forward the same. | 1.00 |
| 03/03/2005 | KMW | Review of expert report and serve the same. | 1.50 |
| 03/03/2005 | KMW | Analysis of Intercat documents in support of Britven deposition. | 0.10 |
| 03/03/2005 | KMW | Analysis of loader operations in support of summary judgment motion. | 2.50 |
| 03/03/2005 | DRB | Preparation of affidavits for summary judgment motion on non-infringement | 3.00 |
| 03/03/2005 | DRB | Preparation of summary judgment motion on non-infringement | 5.00 |
| 03/03/2005 | AV | Conducting legal research on how courts determine direct and indirect infringement of method claims | 3.50 |
| 03/03/2005 | PSP | Graphics creation for summary judgement. | 2.50 |
| 03/04/2005 | PSP | Graphics creation for summary judgement argument. | 0.50 |
| 03/04/2005 | FTC | Reviewed expert rebuttal reports. | 1.40 |
| 03/04/2005 | DRB | Analysis of supplemental Bartholic report - indefiniteness | 1.00 |
| 03/04/2005 | DRB | Preparation of summary judgment affidavits on non-infringement | 2.00 |
| 03/04/2005 | DRB | Preparation of summary judgment motion on non-infringement | 5.00 |
| 03/04/2005 | SW | Obtain additional Bankruptcy Court docs for K. Whitney; Obtain Sinclair production and Markman/Tech Tutorial for D.Bailey. | 3.00 |
| 03/04/2005 | AV | Conducting legal research on doctrine of equivalents and prosecution history estoppel as applied to method claims | 2.00 |
| 03/04/2005 | GHL | Review of documents from Intercat bankruptcy advanced by Intecat as basis for price projections on which its price erosion case is based; | 0.50 |
| 03/04/2005 | GHL | Preparation of invoice and fee petition for January 2005 | 1.20 |
| 03/04/2005 | KMW | Analysis of Intercat's bankruptcy court documents. | 1.20 |
| 03/05/2005 | DRB | Preparation of motion for summary judgment of noninfringement | 5.00 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/05/2005 | DRB | Preparation of affidavits in support of motion for summary judgment of non-infringement | 2.50 |
| 03/06/2005 | PSP | Graphics creation | 1.50 |
| 03/07/2005 | PSP | Graphics creation for summary judgement. | 1.00 |
| 03/07/2005 | FTC | Reviewed expert rebuttal reports. | 1.10 |
| 03/07/2005 | DRB | Preparation of affidavits for summary judgment motion | 3.50 |
| 03/07/2005 | DRB | Preparation of summary judgment motion of non-infringement | 2.00 |
| 03/07/2005 | SW | Receipt of copies of Plaintiff's deposition exhibits; Create files for original deposition exhibits and organize and incorporate copies into binders | 2.50 |
| 03/07/2005 | KMW | Preparation of attachment and exhibit lists of memorandum of law, affidavits, and declarations in support of summary judgment; cite checking, coordination of exhibits. | 5.50 |
| 03/07/2005 | GHL | Preparation of motion for summary judgment of non-infringement | 3.50 |
| 03/07/2005 | LL | Attended to and assisted in the preparation of files for documents cited in the Teitman afffidavit in Support of defendant's motion for Summary judgment of Non Infringement and documents cited in SJ motion and memorandum; scanned in documents for team and client | 5.00 |
| 03/08/2005 | LL | Attended to and assisted in the preparation of exhibits for SJ motion for Non Infringement and Teitman Affidavit; prepared exhibits for Parva, Albin, Shult and Kramer; prepared documents to over night to Privratsky | 5.00 |
| 03/08/2005 | GHL | Telephone conference with Intercat counsel regarding expert depositions in view of summary judgment motions to be filed. | 0.20 |
| 03/08/2005 | GHL | Preparation of motion for summary judgment of non-infringement | 5.50 |
| 03/08/2005 | KMW | Analysis of Bartholic rebuttal report on indefiniteness. | 0.50 |
| 03/08/2005 | KMW | Preparation of motion and proposed order in support of summary judgment motion; final checking of affidavits and declarations and supporting exhibits and coordination of getting them to co-defending counsel; continued cite-checking. | 4.20 |
| 03/08/2005 | DRB | Preparation of exhibits for summary judgment motion highlighting of deposition transcripts | 2.50 |

| | | | |
|---|---|---|---|
| 03/08/2005 | DRB | Preparation of Teitman affidavit in support of summary judgment motion | 4.50 |
| 03/08/2005 | DRB | Preparation of summary judgment motion on noninfringement | 1.00 |
| 03/08/2005 | PSP | Graphics creation | 1.00 |
| 03/08/2005 | FTC | Reviewed expert rebuttal reports. | 1.80 |
| 03/09/2005 | DRB | Preparation of memorandum of law for summary judgment of non-infringement | 5.50 |
| 03/09/2005 | DRB | Preparation of affidavits in support of summary judgment motion of non-infringement | 4.00 |
| 03/09/2005 | GHL | Drafting of motion for summary judgment of non-infringement; | 6.00 |
| 03/09/2005 | KMW | Analysis of Bartholic indefiniteness rebuttal report. | 0.30 |
| 03/09/2005 | KMW | Support finalizing summary judgment motion - coordinating exhibits and attachments, cite checking, meet with expert. | 7.60 |
| 03/09/2005 | LL | Attended to and assisted in the preparation of exhibits for SJ motion for Non Infringement and Teitman Affidavit; prepared exhibits for Memorandum of Law; prepared documents for meeting with Teitman in conference room; prepared over night package for Privratsky; scanned in documents | 6.00 |
| 03/10/2005 | LL | Attended to and assisted in the preparation of a file for Levin regarding SJ motion and all affidavits and declarations; also prepared binder for Bailey and Whitney; attended meeting regarding SJ Motion; scanned in all the abover documents for team and client; prepared set for pleadings book | 5.00 |
| 03/10/2005 | KMW | Cite checking summary judgment brief, final review, coordination of its submission. | 5.70 |
| 03/10/2005 | KMW | Analysis of Intercat's summary judgment documents. | 1.20 |
| 03/10/2005 | DRB | Preparation of summary judgment motion for no infringement and indefiniteness | 3.50 |
| 03/10/2005 | DRB | Revising memorandum of law in support of summary judgment motion | 4.50 |
| 03/10/2005 | SW | Organization and incorporation of deposition exhibits into binders | 3.50 |
| 03/11/2005 | SW | Organization and incorporation of deposition exhibits into binders | 4.00 |

| 03/11/2005 | DRB | Analysis of Intercat's Summary Judgment motion | 2.50 |
|---|---|---|---|
| 03/11/2005 | KMW | Analysis of Intercat's SJ brief. | 1.40 |
| 03/11/2005 | LL | Attended to and assisted in the preparation of documents to send to Teitman via federal express; prepared binder regarding SJ motion including all affidavits and declarations for Maggio; scanned in various documents for team and client; updated indicies; indexed production documents | 5.00 |
| 03/12/2005 | LL | Attended to and assisted in the preparation of documents to scan in and send to client; updated indicies and binders; index | 2.00 |
| 03/14/2005 | LL | Attended to and assisted in the preparation of documents to send to Teitman via federal express; prepared binder regarding SJ motion including all affidavits and declarations for Maggio; scanned in various documents for team and client; updated indicies; updated refinery files and production files | 5.00 |
| 03/14/2005 | GHL | Fee application, applicant -- Preparation of fee petition for January 2005 | 0.70 |
| 03/14/2005 | GHL | Perliminary review of Intercat's motion for summary judgment on various liability issues and consideration of response strategy; | 1.20 |
| 03/14/2005 | GHL | Telephone conference with Mr. Maggio regarding status of defense of this action and scheduling issues; | 0.50 |
| 03/14/2005 | SW | Organization and incorporation of deposition exhibits into binders; Sort through additional loose exhibits to make sure we have all of them/discard duplicates | 5.00 |
| 03/14/2005 | KMW | Analysis of Intercat's SJ motion brief and support for preparation of opposition. | 0.80 |
| 03/14/2005 | KMW | Legal research and analysis in support of damages motion. | 0.40 |
| 03/14/2005 | DRB | Coordination of expert discovery schedules | 1.00 |
| 03/14/2005 | DRB | Preparation of summary judgment memorandum and motion for non-infringement under 271(a) | 3.00 |
| 03/14/2005 | DRB | Analysis of Intercat's summary judgment motion | 3.00 |
| 03/14/2005 | DRB | Preparation for defending deposition of Grace's expert | 1.00 |
| 03/15/2005 | DRB | Meeting with technical expert, Mr. Teitman, in preparation for expert deposition | 4.50 |

| 03/15/2005 | DRB | Analysis of Intercat's motion (1) to compel document; (2) to preclude testing from expert SoH; (3) inequitable conduct at trial; (4) business record stipulation | 1.50 |
|---|---|---|---|
| 03/15/2005 | DRB | Analysis of Intercat's summary judgment motion and Grace's opposition strategy | 1.50 |
| 03/15/2005 | CEZ | Research regarding expert testimony; issues relating to unreliability of Intercat expert theories. | 1.00 |
| 03/15/2005 | CEZ | Met with K. Milsark regarding research regarding expert testimony. | 0.30 |
| 03/15/2005 | CEZ | Reviewed motions filed by Intercat. | 1.10 |
| 03/15/2005 | KMW | Review Intercat's motions and memordandums. | 1.70 |
| 03/15/2005 | KMW | Preparation of motions documents for motion to file corrected motion for summary judgment; coordination with co-defending counsel on the same. | 1.60 |
| 03/15/2005 | SW | Organization and incorporation of deposition exhibits into binders. | 3.00 |
| 03/15/2005 | GHL | Further review of Intercat's summary judgment motion; | 1.20 |
| 03/15/2005 | GHL | Initial review of Intercat's motions in limine and consideration of responses to be made to same; | 0.80 |
| 03/15/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared files for Whitney; updated indicies | 1.50 |
| 03/16/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared documents to send to Motzko; prepared production documents into new files; prepared documents for Whitney | 6.50 |
| 03/16/2005 | GHL | Review of Intercat's motions in limine, investigation of underlying record evidence, and consideration of responses to be made to the motions; | 1.50 |
| 03/16/2005 | SW | Organization and incorporation of deposition exhibits into binders; Review and pull documents referenced in Teitman Expert Report for copying, from Grace and Nol-Tec productions | 5.00 |
| 03/16/2005 | KMW | Analysis of Intercat's motion to compel, legal research and analysis in support of opposition to motion; preparation of opposition. | 3.30 |
| 03/16/2005 | KMW | Analysis of Intercat's SJ brief and conference w/DRB regarding the same in light of upcoming expert deposition. | 0.60 |

| 03/16/2005 | CEZ | Met with D. Bailey and G. Teitman. | 1.00 |
| 03/16/2005 | CEZ | Drafted opposition to Intercat motion regarding P. Solt testimony; met with G. Levin regarding same. | 3.50 |
| 03/16/2005 | CEZ | Legal research regarding the level of ordinary skill in the art. | 3.00 |
| 03/16/2005 | DRB | Preparation of expert witness for deposition on issues of non-infringement and indefiniteness | 7.50 |
| 03/16/2005 | DRB | Analysis of Intercat's infringement position on "rate of consumption" | 1.30 |
| 03/17/2005 | DRB | Preparation of expert for deposition | 0.90 |
| 03/17/2005 | DRB | Defending deposition of expert Teitman | 8.00 |
| 03/17/2005 | DRB | Preparation for taking deposition of Intercat's expert | 0.50 |
| 03/17/2005 | CEZ | Reviewed third party deposition transcripts in preparation for drafting opposition to Intercat's motion to exclude testimony of Solt. | 4.30 |
| 03/17/2005 | KMW | Legal research and analysis regarding motions to compel document production; preparation of opposition to Intercat's motion to compel production of a patent application. | 7.40 |
| 03/17/2005 | KMW | Conference w/expert & DRB regarding deposition. | 0.30 |
| 03/17/2005 | SW | Review and pull documents referenced in Teitman Expert Report for copying, from Grace and Nol-Tec productions | 7.00 |
| 03/17/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared documents to send to Dossett; prepared files for refinery and intercat documents | 1.50 |
| 03/18/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared witness file for Bartholic; prepared files for Bailey to send to Arnold on Monday. | 5.00 |
| 03/18/2005 | GHL | Review and suggested revision to draft Grace patent policy statement | 1.50 |
| 03/18/2005 | KMW | Legal research and analysis of motion to compel documents; preparation of opposition to Intercat's motion to compel. | 5.50 |
| 03/18/2005 | KMW | Legal research and analysis of motions to bifurcate. | 0.50 |
| 03/18/2005 | DRB | Preparation for deposition of Intercat expert on infringement and indefiniteness | 7.50 |
| 03/18/2005 | CEZ | Reviewed deposition transcripts of R. Lippert; D. Bartholic; and J. Sloan in preparation of opposition to motion to compel production of multi-loader application; drafted portions of opposition. | 7.60 |

| 03/19/2005 | DRB | Preparation for deposition of Intercat expert on infringement and indefiniteness | 4.00 |
|---|---|---|---|
| 03/21/2005 | DRB | Preparation for expert deposition of Bartholic on infringement and indefiniteness | 6.00 |
| 03/21/2005 | KMW | Legal research and analysis of bifurcating patent suits. | 2.80 |
| 03/21/2005 | KMW | Review of opposition to Intercat's motion to compel and conference w/CEZ regarding the same. | 0.50 |
| 03/21/2005 | SW | Gather documents to be used in witness kit for P. Solt | 5.00 |
| 03/21/2005 | GHL | Review of various affidavits and expert reports of Intercat's expert Bartholic and consideration of issues to be addressed in scheduled deposition and oppositions to Intercat's summary judgment motions; | 3.50 |
| 03/21/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared witness file for Bartholic; prepared files for Bailey to send to McAndrews office; indexed production documents | 4.00 |
| 03/21/2005 | CEZ | Reviewed and analyzed caselaw regarding inequitable conduct bifurcation. | 2.30 |
| 03/22/2005 | LL | Attended to and assisted in scanning in various documents for team and client; added documents to the witness file for Bartholic; prepared various documents for Whitney; prepared documents to send to Arnold | 3.00 |
| 03/22/2005 | GHL | Study of Intercat's summary judgment motion and various expert reports and declarations of Bartholic submitted to support same, and development of strategy for scheduled deposition of Bartholic and responses to the Intercat motion; | 5.50 |
| 03/22/2005 | SW | Organize documents for P. Solt witness kit; Create file for deposition transcript of G. Teitman and Index/Organize deposition Exhibits. | 3.50 |
| 03/22/2005 | KMW | Legal research and analysis of damages; summary of the same in support of damages SJ motion. | 5.50 |
| 03/22/2005 | KMW | Analysis of Intercat's summary judgment motion and analysis of issues for opposition; conference w/DRB regarding the same. | 0.70 |
| 03/22/2005 | DRB | Preparation for deposition of Intercat's expert, David Bartholic, on infringement and indefiniteness issues | 9.00 |
| 03/22/2005 | DRB | Travel to Chicago for deposition (3 hours, billed at halftime) | 1.50 |

| 03/23/2005 | DRB | Travel from Chicago to Philadelphia from Bartholic deposition (4.2 hours, billed at half) | 2.10 |
|---|---|---|---|
| 03/23/2005 | DRB | Preparation for and taking of deposition of David Bartholic on issues of infringement and indefiniteness | 9.00 |
| 03/23/2005 | SW | Organization and incorporation of deposition exhibits into binders | 6.00 |
| 03/23/2005 | DBH | Additional research regarding determination of "person of ordinary skill in the art." For Chad Ziegler. Also, second set of research on propriety of summary judgment on issue of inequitable conduct. | 5.70 |
| 03/23/2005 | GHL | Further review of Inter cat summary judgment motions and motions in limine and development of oppositions to same; | 1.50 |
| 03/23/2005 | KMW | Legal research and analysis of laches; preparation of response to Intercat's SJ motion. | 5.70 |
| 03/23/2005 | KMW | Legal research and analysis of damages and preparation of SJ motion. | 1.50 |
| 03/23/2005 | LL | Attended to and assisted in scanning in various documents for team and client; scanned in various documents for Levin regarding SJ motion; indexed documents; prepared documents for Whitney; prepared witness file for Solt | 6.00 |
| 03/23/2005 | CEZ | Reviewed Intercat's motion for partial summary judgment, including authority cited in support thereof. | 4.60 |
| 03/24/2005 | CEZ | Reviewed Intercat production in preparation of opposition to partial summary judgment motion. | 3.10 |
| 03/24/2005 | CEZ | Drafted portions of opposition to motion for partial summary judgment on laches defense. | 4.20 |
| 03/24/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared witness file for Solt; indexed documents; prepared intercat documents for Ziegler | 3.00 |
| 03/24/2005 | GHL | Further review of Intercat summary judgment brief and various expert reports and declarations on infringement issues, and outlining of opposition/response to be made to same; | 1.80 |
| 03/24/2005 | DRB | Preparation of opposition to Intercat's Summary Judgment motion on infringement | 3.50 |
| 03/25/2005 | DRB | Drafting opposition to Intercat's summary judgment motion on infringement | 7.50 |

| 03/25/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared witness file for Solt; indexed documents; prepared Intercat production files | 4.00 |
|---|---|---|---|
| 03/25/2005 | CEZ | Reviewed third party deposition transcripts in preparation of opposition to partial summary judgment motion. | 2.30 |
| 03/25/2005 | CEZ | Drafted portions of motion in opposition to motion to exclude testimony of Solt. | 3.20 |
| 03/25/2005 | PSP | Graphics creation | 1.00 |
| 03/26/2005 | CEZ | Drafted portions of oppositions to motion to exclude Solt testimony; legal research regarding level of ordinary skill. | 4.30 |
| 03/26/2005 | CEZ | Drafted portions of oppositions to motion for partial summary judgment on laches defense. | 3.10 |
| 03/26/2005 | DRB | Drafting opposition to Intercat's summary judgment motion on infringement | 7.00 |
| 03/28/2005 | DRB | Drafting opposition to Intercat's summary judgment motion - infringement and inequitable conduct | 6.90 |
| 03/28/2005 | DRB | Drafting affidavit for summary judgment opposition | 1.10 |
| 03/28/2005 | SW | Obtain copies of (Grace and Intercat) production documents for K. Whitney; review deposition files for Bartholic 2nd day deposition transcript. | 2.00 |
| 03/28/2005 | KM | Review revised draft damage brief; conference with Ms. Whitney regarding same; read cases cited in same; convert motion to in limine motion; telephone conference with Mr. Levin regarding strength of motion; recast same. | 6.00 |
| 03/28/2005 | GHL | Work on motion in limine on damage issues; | 0.70 |
| 03/28/2005 | KMW | Analysis of Intercat documents in support of laches defense. | 4.40 |
| 03/28/2005 | KMW | Legal research and analysis of damages and conference regarding the same with KAM. | 1.50 |
| 03/28/2005 | CEZ | Drafted portions of summary judgment opposition relating to inequitable conduct; legal research regarding inequitable conduct. | 5.20 |
| 03/28/2005 | CEZ | Met with K. Whitney regarding opposition to summary judgment regarding laches. | 0.50 |
| 03/28/2005 | CEZ | Legal research regarding laches defense. | 3.00 |
| 03/28/2005 | PSP | Graphics creation | 2.00 |
| 03/29/2005 | PSP | Graphics creation | 4.00 |

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/29/2005 | FTC | Team meeting to discuss case schedule and status. | 1.50 |
| 03/29/2005 | FTC | Reviewed prior art references, and prosecution history thereof. | 2.10 |
| 03/29/2005 | CEZ | Met with D. Bailey regarding Grace's opposition to Intercat's motion for partial summary judgment | 0.60 |
| 03/29/2005 | CEZ | Reviewed draft opposition to motion for partial summary judgment. | 0.60 |
| 03/29/2005 | CEZ | Legal research regarding inequitable conduct. | 1.20 |
| 03/29/2005 | CEZ | Prepared materials for G. Teitman's review | 1.20 |
| 03/29/2005 | CEZ | Drafted portions of summary judgment opposition relating to inequitable conduct. | 5.00 |
| 03/29/2005 | KMW | Analysis of depositions and Intercat documents in support of laches defense. | 4.30 |
| 03/29/2005 | KMW | Strategy and status meeting. | 1.80 |
| 03/29/2005 | GHL | Further review of Intercat's motion for summary judgment; drafting of opposition to same; | 1.50 |
| 03/29/2005 | GHL | Meeting with trial team to prepare strategy for responding to Intercat's summary judgment motion and various motions in limine; | 1.80 |
| 03/29/2005 | GHL | Work on Grace's motion in limine on damage issues; | 0.40 |
| 03/29/2005 | SW | Receipt of Bartholic second day deposition transcript and exhibits; Index/organize and incorporate into binders; create file for originals | 3.00 |
| 03/29/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared witness file for Solt; prepared documents regarding Bartholic transcript and exhibits for Bailey; added Bartholic deposition to LiveNotes prepared production files; updated indicies | 3.50 |
| 03/29/2005 | DRB | Drafting opposition to Intercat's motion to summary judgment of noninfringement, no laches, no inequitable conduct | 7.00 |
| 03/29/2005 | DRB | Preparation of declaration of Al Jordan for summary judgment opposition | 1.00 |
| 03/30/2005 | DRB | Drafting summary judgment opposition brief | 4.50 |
| 03/30/2005 | DRB | Preparation of Jordan declaration in support of opposition to Intercat's summary judgment motion | 1.00 |

| 03/30/2005 | DRB | Analysis of Bartholic deposition for summary judgment motion | 1.50 |
|---|---|---|---|
| 03/30/2005 | SW | Finish organizing Bartholic deposition Exhibits | 1.50 |
| 03/30/2005 | GHL | Preparation of opposition to Intercat's motion for summary judgment of infringement; | 6.50 |
| 03/30/2005 | GHL | Preparation of opposition to Intercat's motion to compel documents relating to pending Grace patent applications | 0.40 |
| 03/30/2005 | LL | Attended to and assisted in scanning in various documents for team and client; prepared witness file for Solt; prepared production files; updated indicies | 3.00 |
| 03/30/2005 | KMW | Cite checking in support of opposition brief; analysis and preparation of laches defense. | 2.70 |
| 03/30/2005 | KMW | Analysis of opposition to motion to compel document production and legal research and analysis in support of the same. | 3.20 |
| 03/30/2005 | KMW | Legal research and analysis of local rules regarding deadlines and preparation of case schedule in light of the same. | 0.60 |
| 03/30/2005 | KMW | Analysis of Bartholic expert reports and summary thereof. | 1.00 |
| 03/30/2005 | CEZ | Drafted of opposition to motion to compel production of patent applications; legal research regarding same; met with K. Whitney regarding same. | 7.50 |
| 03/30/2005 | FTC | Reviewed patent application; drafted declaration concerning said application. | 1.50 |
| 03/30/2005 | PSP | Graphics creation | 1.00 |
| 03/31/2005 | DRB | Drafting opposition to Intercat's summary judgment motion | 6.50 |
| 03/31/2005 | CEZ | Finalized draft of opposition to motion to compel for filing, including fact and legal cite checking; telephone discussion W. Dossett and D. Bailey regarding same; met with K. Whitney regarding same. | 3.60 |
| 03/31/2005 | CEZ | Drafted portions of motion to exclude testimony based on Intercat's third and fourth supplemental reports. | 2.30 |
| 03/31/2005 | CEZ | Drafted portions of opposition to motion excluding testimony of P. Solt. | 2.10 |
| 03/31/2005 | KMW | Cite checking and preparation of exhibits to opposition and forward the exhibits to co-defending counsel. | 4.40 |

| 03/31/2005 | KMW | Finalize opposition to Intercat's motion to compel patent application; conference w/CEZ and DRB regarding the same. | 3.00 |
| 03/31/2005 | KMW | Analysis of Bartholic March 2005 deposition. | 0.50 |
| 03/31/2005 | GHL | Further preparation of opposition to Intercat's motion for summary judgment of infringement and validity; | 3.50 |
| 03/31/2005 | SW | Assist Karen Whitney with organizing documents regarding our opposition to Intercat's SJ motion | 2.00 |
| 03/31/2005 | LL | Attended to and assisted in the preparation of exhibits for Defendant's Opposition to Plaintiff's Motion for SJ; scanned in various documents; prepared extra copies of exhibits to send to Privratsky | 6.50 |
| 03/31/2005 | DRB | Drafting Jordan declaration for opposition to Intercat's summary judgment motion | 1.00 |
| 03/31/2005 | DRB | Preparing exhibits for summary judgment opposition | 0.50 |

|  | SERVICES | | $  185,952.50 |

| GHL | GARY H. LEVIN | 56.30 | hours at $ | 490.00 |
| DRB | DAVID R. BAILEY | 196.70 | hours at $ | 405.00 |
| CEZ | CHAD E. ZIEGLER | 81.70 | hours at $ | 315.00 |
| FTC | FRANK T. CARROLL | 9.40 | hours at $ | 295.00 |
| KMW | KAREN MILLANE WHITNEY | 106.10 | hours at $ | 235.00 |
| KM | KATHLEEN MILSARK | 6.00 | hours at $ | 405.00 |
| DBH | DAVID B. HOFFMAN | 5.70 | hours at $ | 195.00 |
| LL | LARRY LABELLA | 94.00 | hours at $ | 135.00 |
| AV | ANGELA VERRECCHIO | 5.50 | hours at $ | 215.00 |
| PSP | PAUL S. PERDUE | 14.50 | hours at $ | 115.00 |
| SW | SUZANNE WALLACE | 64.50 | hours at $ | 90.00 |

**DISBURSEMENTS:**

| PATENT COPIES | 39.00 |
| ASSOCIATE SERVICES | 823.70 |
| FACSIMILE | 2.00 |
| WITNESS/EXPERT FEES | 121,803.82 |
| COURT REPORTERS | 1,077.80 |
| MISCELLANEOUS | 76.72 |
| POSTAGE & DELIVERY | 105.97 |

| | |
|---|---:|
| PHOTOCOPYING | 11,703.64 |
| COMPUTER SEARCH | 1,936.37 |
| TRAVEL & EXPENSES | 1,479.18 |
| | |
| DISBURSEMENT TOTAL | $  139,048.20 |
| SERVICE TOTAL | $  185,589.50 |
| | |
| **INVOICE TOTAL** | **$  324,436.71** |

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

| 3/15 - 17/05 | **Travel and Expense:** | **Vendor David Bailey (for Teitman)** | |
|---|---|---|---|
| | **Transportation:** | Purpose of trip:  Meeting with Expert at Woodcock in Philadelphia, Pennsylvania | |
| | **Hotel:** | | $608.46 |
| | **Meals:** | | $ 37.24 |
| | | **TOTAL EXPENSE:** | $645.70 |

*Intercat v. Nol-Tec*
**Civil Action No.: 0:03CV4886**
**United States District Court**
**District of Minnesota**

3/22 - 23/05  **Travel and Expense:  Vendor David Bailey**
**Transportation:** Purpose of trip: Deposition of Bartholic
3/22/05        USAir Flight
               Philadelphia, PA to Chicago, IL
3/22/05        USAir Flight
               Chicago, IL to Philadelphia, PA          $ 203.40
**Lodging:**                                            $ 430.64
**Taxi:**                                               $  80.00
**Miles:**       55 Miles @ $0.325 per mail             $  17.80
**Tips:**                                               $   4.00
**Parking Fees:**                                       $  52.75
**Meals:**                                              $  44.89
                                                        _____

                            TOTAL EXPENSE:  $833.48

**WRG-0068**
## PATENT APPLICATION:  MULTI-ADDITIVE AND CATALYST LOADING SYSTEM

| 03/18/05 | FTC | Attended to preparation and filing of Patent Cooperation Treaty (PCT) application, including preparation of written description material, drafting of additional informal drawings, coordination with draftsman to formalize drawings, and discussions with the client (C. Cross) regarding filing of application. | 6.80 |
|---|---|---|---|

SERVICES  $ 2,244.00

| | FTC | FRANK T. CARROLL | 6.80 | hours @ | $330.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| PHOTOCOPYING | 1.20 |
|---|---|
| POSTAGE & DELIVERY | 12.72 |

DISBURSEMENT TOTAL                    $        13.92

SERVICE TOTAL                         $     2,244.00

        **INVOICE TOTAL**        $     **2,257.92**

**WRG-0072**
## PATENT APPLICATION:  SYSTEM AND PROCESS FOR
## INJECTING CATALYST AND/OR ADDITIVES INTO
## A FLUIDIZED CATALYTIC CRACKING UNIT

| 03/14/05 | FTC | Reviewed disclosure material for Patent Cooperation Treaty application and discussed with client, | .90 |
|---|---|---|---|
| 03/15/05 | FTC | Prepared Patent Cooperation Treaty application, including drafting of claims | 6.50 |
| 03/16/05 | FTC | Prepared continuation-in-part application, including drafting of claims | 8.50 |
| 03/17/05 | FTC | Attended to preparation and filing of Patent Cooperation Treaty (PCT) application, including preparation of additional claims and written description material, and discussions with client regarding the additional claims and written description material. | 8.00 |
| 03/21/05 | FTC | Reviewed formalized versions of additional figures; coordinated various drawing revisions with the client in preparation for filing Patent Cooperation Treaty application. | .50 |
| 03/23/05 | FTC | Reviewed, executed, and filed application; teleconferences with client to finalize filing details | 1.00 |
| 03/23/05 | NG | Review instructions authorizing foreign filing,  review U.S. file for filing information, preparation of appointment of agent, preparation and filing of application with the Patent Cooperation Treaty, preparation of correspondence to client forwarding copy of same, and organization of file materials | 5.00 |
| 03/29/05 | FTC | Conference with client to discuss prior art references | .40 |
| 03/30/05 | FTC | Conference with client to discuss prior art references | .20 |
| 03/30/05 | FTC | Reviewed prior art references. | 1.90 |

SERVICES                           $ 9,080.00

|   | FTC | FRANK T. CARROLL | 27.90 | hours @ | $295.00 |
|---|---|---|---|---|---|
|   | NG | NOREEN GARONSKI | 5.00 | Hours @ | $170.00 |

## DISBURSEMENTS:

| FORMAL DRAWINGS | 180.00 |
|---|---|
| POSTAGE & DELIVERY | 13.65 |
| PATENT OFFICE FEES | 3,905.00 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 4,098.65 |
| SERVICE TOTAL | $ | 9,080.00 |
| **INVOICE TOTAL** | **$** | **13,178.65** |