# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

|   | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BAKER, LAWRENCE<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14063 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 2 | BAKER, LAWRENCE<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14072 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 3 | CITY OF CHATTANOOGA<br>101 E 11TH ST #102<br>CHATTANOOGA TN 37402 | 01-01139<br>W.R. GRACE & CO. | 78 | $16,225.83 | (P) | NO TAX IS CURRENTLY OWED. |
| 4 | CITY OF HOUSTON<br>ATTN DEBRA GUERRERO<br>4200 LEELAND<br>HOUSTON TX 77023 | 01-01139<br>W.R. GRACE & CO. | 9 | $643.08 | (U) | NO TAX LIABILITY EXISTS PER CREDITOR. |
| 5 | CLARKE, REV WINSTON<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14061 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 6 | CLARKE, REV WINSTON<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14069 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 7 | COMMONWEALTH OF MASSACHUSETTS<br>DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01142<br>ALEWIFE BOSTON LTD. | 1480 | $3,250.59<br>$830.00 | (P)<br>(U) | ALEWIFE BOSTON LTD. IS A HOLDING COMPANY WITH NO OPERATIONS AND THEREFORE NO SALES TAX DUE. |
| 8 | COMMONWEALTH OF MASSACHUSETTS<br>DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01143<br>ALEWIFE LAND CORPORATION | 1481 | $3,250.59<br>$830.00 | (P)<br>(U) | ALEWIFE LAND CORPORATION IS A HOLDING COMPANY WITH NO OPERATIONS AND THEREFORE NO SALES TAX DUE. |
| 9 | DUKE ENERGY CORPORATION<br>PO BOX 1244<br>CHARLOTTE NC 28201-1244 | 01-01139<br>W.R. GRACE & CO. | 116 | $1,066.55 | (U) | THE CLAIMED AMOUNT IS THE RESPONSIBILITY OF AMICON. GRACE DIVESTED THIS BUSINESS IN 1996. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgment by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

|    | Creditor Name / Address | Case Number / Debtor | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|----|---|---|---|---|---|---|
| 10 | GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601 | 01-01139<br>W.R. GRACE & CO. | 2177 | $42,191.16 | (S) | PROPERTY HAS BEEN SOLD. NO TAX LIABILITY EXISTS. |
| 11 | GST CORPORATION<br>8295 TOURNAMENT DR #150<br>MEMPHIS TN 38125 | 01-01139<br>W.R. GRACE & CO. | 83 | $2,339.25 | (U) | NEED SIGNED BILL OF LADING AS PROOF OF DELIVERY FOR INVOICE 933785-0 ($702.00) AS THE PLANT HAS NO RECORD OF RECEIVING THIS SHIPMENT. FOR THE REMAINING INVOICES, THE PAYMENT WAS DENIED DUE TO POOR BLOCKING AND BRACING OF THE LOADS. |
| 12 | HACKENSAC RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14067 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 13 | HACKENSACK RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14059 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 14 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14064 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 15 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14071 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 16 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14065 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 17 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14073 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 18 | LAERDAL MEDICAL CORPORATION<br>ATTN: PAT GOODWIN<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS NY 12590 | 01-01139<br>W.R. GRACE & CO. | 1135 | $350.00 | (U) | GRACE WAS REBILLED AS TAX WAS LEFT OFF ORIGINAL INVOICE. INVOICE WAS NEVER CANCELLED IN VENDOR'S SYSTEM. NO CURRENT LIABILITY. |
| 19 | LOCKE, ROBERT H<br>C/O DAVID C CASEY<br>150 FEDERAL ST<br>BOSTON MA 02110 | 01-01139<br>W.R. GRACE & CO. | 9566 | $7,000,000.00 | (U) | NO CURRENT LIABILITY TO THIS CLAIMANT. |
| 20 | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139<br>W.R. GRACE & CO. | 15467 | $33,747.80 | (U) | CREDITOR FILED CLAIM TO AMEND PREVIOUSLY FILED CLAIM. ORIGINAL CLAIM WAS ACQUIRED BY LONGACRE MASTER FUND PER DOCKET #6582. CREDITOR NO LONGER HAS AUTHORITY TO AMEND ORIGINAL CLAIM. |
| 21 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14060 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 22 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14068 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 23 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14058 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 24 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14066 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 25 | VINCENT TULLINO AND PHILOMENA TULLINO<br>C/O LARKIN AXELROD TRACHTE & TETENBAUM LLP<br>34 ROUTE 17K<br>NEWBURGH NY 12250 | 01-01139<br>W.R. GRACE & CO. | 2286 | $31,000,000.00 | (U) | NO CURRENT LIABILITY TO THE CLAIMANT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgment by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 26 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14062 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 27 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14070 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |

| | | |
|---|---|---|
| totals: | $42,191.16 | (S) |
| | $22,727.01 | (P) |
| | $6,508,952,116.44 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                  (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT B - RECLASSIFY & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | TAYLOR, DUANE, BARTON & GILMAN LLP<br>ATTN: JAMES J DUANE III<br>111 DEVONSHIRE ST<br>BOSTON MA 02109 | 854 | $1,679.03 | (P) | $1,679.03 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | | totals: | $1,679.03 | (P) | $1,679.03 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT C - REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CUSTOM BLEND COFFEE SERVICE<br>8042 NORTH DR<br>HIGHLAND IN 46322 | 1682 | $417.95 | (U) | $297.63 | (U) | REDUCED FOR PAYMENT MADE 1/9/01 TOTALING $120.32 IN PAYMENT OF THE TWO CLAIMED INVOICES DATED 1/9/01. |
| 2 | LEAVENWORTH COUNTY KANSAS<br>C/O KEYTA D KELLY<br>LEAVENWORTH COUNTY COURTHOUSE<br>300 WALNUT<br>LEAVENWORTH KS 66048 | 596 | $20.16 | (P) | $5.33 | (P) | BALANCE OF TAX BILL PREVIOUSLY PAID. |
| 3 | MCSPADDEN REAL ESTATE SERVICES INC<br>517 UNION AVE STE 238<br>KNOXVILLE TN 37902 | 2000 | $3,240.31 | (U) | $3,150.00 | (U) | APPROVED AMOUNT REPRESENTS PRE-PETITION BALANCE DUE VENDOR. NO EXPLANATION PROVIDED BY VENDOR FOR DIFFERENCE. |
| 4 | PACIFIC GAS AND ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208 | 403 | $14,338.57 | (U) | $6,230.30 | (U) | REDUCED ACCOUNT HJK3458522. |
| 5 | SAFETY KLEEN CORPORATION<br>PO BOX 11393<br>COLUMBIA SC 29211 | 163 | $162,429.45 | (U) | $81,981.37 | (U) | SOME INVOICES WERE PAID AND OTHERS COULD NOT BE CONFIRMED WITH A SIGNED MANIFEST OR BOL |
| 6 | SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>C/O L V SCHIESSER<br>SCANA SERVICES<br>1426 MAIN ST MAIL CODE 130<br>COLUMBIA SC 29218 | 1987 | $32,458.29 | (U) | $31,978.61 | (U) | CLAIM INCLUDES LATE FEES. |
| | | totals: | $20.16<br>$212,884.57 | (P)<br>(U) | $5.33<br>$123,637.91 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

# EXHIBIT D

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE & CO., et al.,[1] )
) Case No. 01-01139 (JKF)
Debtors. )
) (Jointly Administered)

*02112236510671*     02112236510671

Hearing Date: June 27, 2005 at 12:00 p.m.
Responses Due: June 17, 2005 at 4:00 p.m.

ALAMEDA COUNTY TAX COLLECTOR
ATTN: JOHN LAC
1221 OAK STREET
OAKLAND, CA 94612

**Basis For Objection:**
NO LIABILITY

**Reason for Proposed Disallowance:**
CLAIM AMOUNT BASED ON ESTIMATE.

**Claim Data**

| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 01-01140 | 152 | 6/12/2001 | $0.00 | (P) |

## OMNIBUS 9: EXHIBIT D - SAMPLE CUSTOM NOTICE

### NOTICE OF FILING
### DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

**PLEASE TAKE NOTICE** that on or about May 18, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Ninth Omnibus Objection to Claims (Substantive) (the "Ninth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Ninth Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Ninth Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Ninth Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Ninth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Ninth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **June 27, 2005 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Ninth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **June 17, 2005 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by June 17, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Ninth Omnibus Objection.

4. Any response should contain the following:

   (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

   (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

   (iii) the claim number(s) of the claim objection(s) to which the response is directed;

   (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Ninth Omnibus Objection; and

   (v) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Ninth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Ninth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Ninth Omnibus Objection. If you do not timely file and serve a response to the Ninth Omnibus Objection, the relief requested in the Ninth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Ninth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Ninth Omnibus Objection and (ii) your consent to the relief requested in the Ninth Omnibus Objection respecting your Claim.

7. The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Ninth Omnibus Objection, please call Rachel Schulman at Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware  
Dated: May 18, 2005

Respectfully submitted,

| KIRKLAND & ELLIS LLP | and | PACHULSKI, STANG, ZIEHL, YOUNG, |
|---|---|---|
| James H.M. Sprayregen, P.C. | | JONES & WEINTRAUB P.C. |
| James W. Kapp III | | /s/ |
| Janet S. Baer | | Laura Davis Jones (Bar No. 2436) |
| 200 East Randolph Drive | | David W. Carickhoff, Jr. (Bar No. 3715) |
| Chicago, IL 60601-6636 | | 919 N. Market Street, 16th Floor |
| (312) 861-2000 (telephone) | | P.O. Box 8705 |
| (312) 861-2200 (facsimile) | | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | | (302) 652-4100 (telephone) |
| | | (302) 652-4400 (facsimile) |

Co-Counsel for the Debtors and Debtors in Possession