IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Ninth Omnibus Objection[1] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Ninth Omnibus Objection and all responses thereto; and due and proper notice of the Ninth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Ninth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[2] and it is further

ORDERED that the Objection to each of the No Liability Claims listed on Exhibit A to this Order is sustained, and each of the claims is expunged and disallowed for all purposes; and it is further

---

[1] Capitalized terms used but not defined herein are as defined in the Debtors' Ninth Omnibus Objection.

[2] To the extent that any claim that is the subject of the Ninth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

Del. Doc. No. 108199v2

ORDERED that the Objection to each of the Reclassify and Allow Claims listed on <u>Exhibit B</u> to this Order is sustained, and each of the claims is reclassified as indicated; and it is further

ORDERED that the Objection to each of the Reduce and Allow Claims listed on <u>Exhibit C</u> to this Order is sustained, and each of the claims is reduced as indicated; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

                                                Honorable Judith K. Fitzgerald
                                                United States Bankruptcy Judge

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BAKER, LAWRENCE<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14063 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 2 | BAKER, LAWRENCE<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14072 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 3 | CITY OF CHATTANOOGA<br>101 E 11TH ST #102<br>CHATTANOOGA TN 37402 | 01-01139<br>W.R. GRACE & CO. | 78 | $16,225.83 | (P) | NO TAX IS CURRENTLY OWED. |
| 4 | CITY OF HOUSTON<br>ATTN DEBRA GUERRERO<br>4200 LEELAND<br>HOUSTON TX 77023 | 01-01139<br>W.R. GRACE & CO. | 9 | $643.08 | (U) | NO TAX LIABILITY EXISTS PER CREDITOR. |
| 5 | CLARKE, REV WINSTON<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14061 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 6 | CLARKE, REV WINSTON<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14069 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 7 | COMMONWEALTH OF MASSACHUSETTS<br>DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01142<br>ALEWIFE BOSTON LTD. | 1480 | $3,250.59<br>$830.00 | (P)<br>(U) | ALEWIFE BOSTON LTD. IS A HOLDING COMPANY WITH NO OPERATIONS AND THEREFORE NO SALES TAX DUE. |
| 8 | COMMONWEALTH OF MASSACHUSETTS<br>DEPT OF REV<br>ANNE CHAN TAX EXAMINER<br>BOX 9484<br>BOSTON MA 02205-9484 | 01-01143<br>ALEWIFE LAND CORPORATION | 1481 | $3,250.59<br>$830.00 | (P)<br>(U) | ALEWIFE LAND CORPORATION IS A HOLDING COMPANY WITH NO OPERATIONS AND THEREFORE NO SALES TAX DUE. |
| 9 | DUKE ENERGY CORPORATION<br>PO BOX 1244<br>CHARLOTTE NC 28201-1244 | 01-01139<br>W.R. GRACE & CO. | 116 | $1,066.55 | (U) | THE CLAIMED AMOUNT IS THE RESPONSIBILITY OF AMICON. GRACE DIVESTED THIS BUSINESS IN 1996. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | GREENVILLE COUNTY TAX COLLECTOR<br>301 UNIVERSITY RDG STE 700<br>GREENVILLE SC 29601 | 01-01139<br>W.R. GRACE & CO. | 2177 | $42,191.16 | (S) | PROPERTY HAS BEEN SOLD. NO TAX LIABILITY EXISTS. |
| 11 | GST CORPORATION<br>8295 TOURNAMENT DR #150<br>MEMPHIS TN 38125 | 01-01139<br>W.R. GRACE & CO. | 83 | $2,339.25 | (U) | NEED SIGNED BILL OF LADING AS PROOF OF DELIVERY FOR INVOICE 933785- 0 ($702.00) AS THE PLANT HAS NO RECORD OF RECEIVING THIS SHIPMENT. FOR THE REMAINING INVOICES, THE PAYMENT WAS DENIED DUE TO POOR BLOCKING AND BRACING OF THE LOADS. |
| 12 | HACKENSAC RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14067 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 13 | HACKENSACK RIVERKEEPER INC<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14059 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 14 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14064 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 15 | HERRING, MARTHA WEBB<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14071 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 16 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14065 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 17 | INTERFAITH COMMUNITY ORGANIZATION<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14073 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 18 | LAERDAL MEDICAL CORPORATION<br>ATTN: PAT GOODWIN<br>167 MYERS CORNERS RD<br>WAPPINGERS FALLS NY 12590 | 01-01139<br>W.R. GRACE & CO. | 1135 | $350.00 | (U) | GRACE WAS REBILLED AS TAX WAS LEFT OFF ORIGINAL INVOICE. INVOICE WAS NEVER CANCELLED IN VENDOR'S SYSTEM. NO CURRENT LIABILITY. |
| 19 | LOCKE, ROBERT H<br>C/O DAVID C CASEY<br>150 FEDERAL ST<br>BOSTON MA 02110 | 01-01139<br>W.R. GRACE & CO. | 9566 | $7,000,000.00 | (U) | NO CURRENT LIABILITY TO THIS CLAIMANT. |
| 20 | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139<br>W.R. GRACE & CO. | 15467 | $33,747.80 | (U) | CREDITOR FILED CLAIM TO AMEND PREVIOUSLY FILED CLAIM. ORIGINAL CLAIM WAS ACQUIRED BY LONGACRE MASTER FUND PER DOCKET #6582. CREDITOR NO LONGER HAS AUTHORITY TO AMEND ORIGINAL CLAIM. |
| 21 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14060 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 22 | NAVAS, MARGARITA<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14068 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 23 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14058 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 24 | SHEEHAN, WILLIAM<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14066 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 25 | VINCENT TULLINO AND PHILOMENA TULLINO<br>C/O LARKIN AXELROD TRACHTE & TETENBAUM LLP<br>34 ROUTE 17K<br>NEWBURGH NY 12250 | 01-01139<br>W.R. GRACE & CO. | 2286 | $31,000,000.00 | (U) | NO CURRENT LIABILITY TO THE CLAIMANT. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
                                                                                                              (P) - Priority         (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 26 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01139<br>W.R. GRACE & CO. | 14062 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |
| 27 | WEBB, MARGARET<br>C/O KATHLEEN L MILLIAN<br>TERRIS PRAVLIK & MILLIAN LLP<br>1121 12TH ST NW<br>WASHINGTON DC 20005-4632 | 01-01153<br>ECARG, INC. | 14070 | $404,432,019.36 | (U) | NO LIABILITY PER SETTLEMENT AGREEMENT WITH HONEYWELL. |

| | totals: | | |
|---|---|---|---|
| | | $42,191.16 | (S) |
| | | $22,727.01 | (P) |
| | | $6,508,952,116.44 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT B - RECLASSIFY & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | TAYLOR, DUANE, BARTON & GILMAN LLP<br>ATTN: JAMES J DUANE III<br>111 DEVONSHIRE ST<br>BOSTON MA 02109 | 854 | $1,679.03 | (P) | $1,679.03 | (U) | NO BASIS FOR PRIORITY CLAIM. |
| | | totals: | $1,679.03 | (P) | $1,679.03 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

# EXHIBIT C

## In re: W.R. GRACE & CO., et al
## OMNIBUS 9: EXHIBIT C - REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars* | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | CUSTOM BLEND COFFEE SERVICE<br>8042 NORTH DR<br>HIGHLAND IN 46322 | 1682 | $417.95 | (U) | $297.63 | (U) | REDUCED FOR PAYMENT MADE 1/9/01 TOTALING $120.32 IN PAYMENT OF THE TWO CLAIMED INVOICES DATED 1/9/01. |
| 2 | LEAVENWORTH COUNTY KANSAS<br>C/O KEYTA D KELLY<br>LEAVENWORTH COUNTY COURTHOUSE<br>300 WALNUT<br>LEAVENWORTH KS 66048 | 596 | $20.16 | (P) | $5.33 | (P) | BALANCE OF TAX BILL PREVIOUSLY PAID. |
| 3 | MCSPADDEN REAL ESTATE SERVICES INC<br>517 UNION AVE STE 238<br>KNOXVILLE TN 37902 | 2000 | $3,240.31 | (U) | $3,150.00 | (U) | APPROVED AMOUNT REPRESENTS PRE-PETITION BALANCE DUE VENDOR. NO EXPLANATION PROVIDED BY VENDOR FOR DIFFERENCE. |
| 4 | PACIFIC GAS AND ELECTRIC COMPANY<br>PO BOX 8329<br>STOCKTON CA 95208 | 403 | $14,338.57 | (U) | $6,230.30 | (U) | REDUCED ACCOUNT HJK3458522. |
| 5 | SAFETY KLEEN CORPORATION<br>PO BOX 11393<br>COLUMBIA SC 29211 | 163 | $162,429.45 | (U) | $81,981.37 | (U) | SOME INVOICES WERE PAID AND OTHERS COULD NOT BE CONFIRMED WITH A SIGNED MANIFEST OR BOL. |
| 6 | SOUTH CAROLINA ELECTRIC & GAS COMPANY<br>C/O L V SCHIESSER<br>SCANA SERVICES<br>1426 MAIN ST MAIL CODE 130<br>COLUMBIA SC 29218 | 1987 | $32,458.29 | (U) | $31,978.61 | (U) | CLAIM INCLUDES LATE FEES. |

totals: $20.16 (P)  $5.33 (P)
$212,884.57 (U)  $123,637.91 (U)

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured