# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 10: EXHIBIT A - AMENDED CLAIMS

| | Claim to Be Expunged | | | | | Surviving Claim | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX AZ 85007 | 01-01139 | 15457 | $257.74 | (A) | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007 | 01-01140 | 15466 | $294.88 | (A) |
| 2 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 WEST MONROE<br>PHOENIX AZ 85007 | 01-01140 | 15466 | $294.88 | (A) | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX AZ 85007 | 01-01140 | 15468 | $382.03 | (A) |
| 3 | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY & COLLECTION SECTION<br>ARIZONA ATTY GENERAL<br>1275 W WASHINGTON<br>PHOENIX AZ 85018 | 01-01140 | 719 | $162.89 (A)<br>$232,312.30 (P)<br>$14,075.08 (U) | | ARIZONA DEPT OF REVENUE<br>BANKRUPTCY LITIGATION SECTION<br>1600 W MONROE<br>PHOENIX AZ 85007 | 01-01139 | 15457 | $257.74 | (A) |
| 4 | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 01-01139 | 3211 | $1,599.70 | (U) | MOBILE STORAGE GROUP INC<br>7590 N GLENOAKS BLVD<br>BURBANK CA 91504 | 01-01139 | 15464 | $1,599.70 | (U) |

Total Claims Expunged: 4    Total Dollars Expunged: $248,702.59

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# EXHIBIT B

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 10: EXHIBIT B - DUPLICATE CLAIMS**

| | Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|---|
| | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 | DICKINSON WRIGHT PLLC<br>C/O MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226 | 01-01139 | 15465 | $66,531.21 | (U) | DICKINSON WRIGHT PLLC<br>MICHAEL C HAMMER ESQ<br>500 WOODWARD AVE #4000<br>DETROIT MI 48226 | 01-01139 | 15461 | $66,531.21 | (U) |
| 2 | GERLING KONZERN ALLGEMEINE VERSICH<br>C/O JURGEN MULLER<br>GEREONSHOF<br>COLOGNE  50597<br>GERMANY | 01-01139 | 15363 | $50,000.00 | (U) | GERLING KONZERN ALLGEMEINE VERSICHE<br>C/O JURGEN MULLER<br>GEREONSHOF<br>COLOGNE  50597<br>GERMANY | 01-01139 | 15332 | $50,000.00 | (U) |
| 3 | MILWAUKEE SOLVENTS & CHEMICALS COR<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139 | 15463 | $33,747.80 | (U) | MILWAUKEE SOLVENTS & CHEMICALS CORP<br>PO BOX 444<br>BUTLER WI 53007-0444 | 01-01139 | 15467 | $33,747.80 | (U) |
| | **Total Claims Expunged:** | **3** | **Total Dollars Expunged:** | **$150,279.01** | | | | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

# EXHIBIT C

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: )  Chapter 11
) 
W. R. GRACE & CO., et al.,[1] )
)
) Case No. 01-01139 (JKF)
Debtors. )
) (Jointly Administered)

*02112235520107*   02112235520107

Hearing Date: June 27, 2005 at 12:00 p.m.
Responses Due: June 17, 2005 at 4:00 p.m.

CONTRARIAN CAPITAL TRADE CLAIMS LP
ASSIGNEE OF AT&T
ATTN ALPA JIMENEZ
411 W PUTNAM AVE STE 225
GREENWICH, CT 06830

Basis For Objection: Amended

**Data For Claim To Be Expunged**

| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 01-01139 | 8770 | 3/28/2003 | $0.00 | (U) |

**Data For Proposed Surviving Claim**

| Case | Claim Number | Claim Date | Total Claim Dollars* | Claim Class** |
|---|---|---|---|---|
| 01-01139 | 15451 | 4/29/2004 | $903,636.85 | (U) |

# OMNIBUS 10: EXHIBIT C - SAMPLE CUSTOM NOTICE

## NOTICE OF FILING
## DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

**PLEASE TAKE NOTICE** that on or about May 18, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Tenth Omnibus Objection to Claims (Non-Substantive) (the "Tenth Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Tenth Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Tenth Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Tenth Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Tenth Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Tenth Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **June 27, 2005 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Tenth Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **June 17, 2005 at 4:00 p.m. (Eastern Time)**. Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by June 17, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Tenth Omnibus Objection.

4. Any response should contain the following:

    (i) a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

    (ii) the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

    (iii) the claim number(s) of the claim objection(s) to which the response is directed;

    (iv) the specific factual basis and supporting legal argument upon which the party will rely in opposing the Tenth Omnibus Objection; and

    (v) any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Tenth Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Tenth Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Tenth Omnibus Objection. If you do not timely file and serve a response to the Tenth Omnibus Objection, the relief requested in the Tenth Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Tenth Omnibus Objection shall be deemed (i) waiver of your right to respond to the Tenth Omnibus Objection and (ii) your consent to the relief requested in the Tenth Omnibus Objection respecting your Claim.

7. The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Tenth Omnibus Objection, please call Rachel Schulman, Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware  
Dated: May 18, 2005

Respectfully submitted,

| KIRKLAND & ELLIS LLP | and | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. |
|---|---|---|
| James H.M. Sprayregen, P.C. | | |
| James W. Kapp III | | /s/ |
| Janet S. Baer | | Laura Davis Jones (Bar No. 2436) |
| 200 East Randolph Drive | | David W. Carickhoff, Jr. (Bar No. 3715) |
| Chicago, IL 60601-6636 | | 919 N. Market Street, 16th Floor |
| (312) 861-2000 (telephone) | | P.O. Box 8705 |
| (312) 861-2200 (facsimile) | | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | | (302) 652-4100 (telephone) |
| | | (302) 652-4400 (facsimile) |

Co-Counsel for the Debtors and Debtors in Possession