IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS'
## TENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

Upon consideration of the Tenth Omnibus Objection[1] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Tenth Omnibus Objection and all responses thereto; and due and proper notice of the Tenth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Tenth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[2] and it is further

ORDERED that the Objection to each of the Amended Claims listed on Exhibit A to this Order is sustained, and each of the Amended Claims is disallowed and expunged for all purposes. The Claims listed as the Surviving Claims on Exhibit A will remain on the Debtors'

---

[1]    Capitalized terms used but not defined herein are as defined in the Debtors' Tenth Omnibus Objection.

[2]    To the extent that any claim that is the subject of the Tenth Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

claims registry subject to the Debtors' right to object to the Surviving Claims on any grounds allowed under applicable law; and it is further

ORDERED that the Objection to each of the Duplicate Claims listed on <u>Exhibit B</u> to this Order is sustained, and each of the Duplicate Claims is disallowed and expunged for all purposes. The Claims listed as the Surviving Claims on <u>Exhibit B</u> will remain on the Debtors' claims registry subject to the Debtors' right to object to the Surviving Claims on any grounds allowed under applicable law; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

                                                   _____

                                                   Honorable Judith K. Fitzgerald
                                                   United States Bankruptcy Judge

91100-001\DOCS_DE:108201.1

# EXHIBIT A

# In re: W.R. GRACE & CO., et al

## OMNIBUS 10: EXHIBIT A - AMENDED CLAIMS

| Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| ARIZONA DEPT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 W MONROE PHOENIX AZ 85007 | 01-01139 | 15457 | $257.74 | (A) | ARIZONA DEPT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 WEST MONROE PHOENIX AZ 85007 | 01-01140 | 15466 | $294.88 | (A) |
| ARIZONA DEPT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 WEST MONROE PHOENIX AZ 85007 | 01-01140 | 15466 | $294.88 | (A) | ARIZONA DEPT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 WEST MONROE PHOENIX AZ 85007 | 01-01140 | 15468 | $382.03 | (A) |
| ARIZONA DEPT OF REVENUE BANKRUPTCY & COLLECTION SECTION ARIZONA ATTY GENERAL 1275 W WASHINGTON PHOENIX AZ 85018 | 01-01140 | 719 | $162.89 (A) $232,312.30 (P) $14,075.08 (U) | | ARIZONA DEPT OF REVENUE BANKRUPTCY LITIGATION SECTION 1600 W MONROE PHOENIX AZ 85007 | 01-01139 | 15457 | $257.74 | (A) |
| MOBILE STORAGE GROUP INC 7590 N GLENOAKS BLVD BURBANK CA 91504 | 01-01139 | 3211 | $1,599.70 | (U) | MOBILE STORAGE GROUP INC 7590 N GLENOAKS BLVD BURBANK CA 91504 | 01-01139 | 15464 | $1,599.70 | (U) |

**Total Claims Expunged:** 4     **Total Dollars Expunged:** $248,702.59

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (P) - Priority   ($) - Secured   (U) - Unsecured

# EXHIBIT B

# In re: W.R. GRACE & CO., et al

## OMNIBUS 10: EXHIBIT B - DUPLICATE CLAIMS

| Claim to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1 DICKINSON WRIGHT PLLC C/O MICHAEL C HAMMER ESQ 500 WOODWARD AVE #4000 DETROIT MI 48226 | 01-01139 | 15465 | $66,531.21 | (U) | DICKINSON WRIGHT PLLC MICHAEL C HAMMER ESQ 500 WOODWARD AVE #4000 DETROIT MI 48226 | 01-01139 | 15461 | $66,531.21 | (U) |
| 2 GERLING KONZERN ALLGEMEINE VERSICH C/O JURGEN MULLER GEREONSHOF COLOGNE 50597 GERMANY | 01-01139 | 15363 | $50,000.00 | (U) | GERLING KONZERN ALLGEMEINE VERSICHE C/O JURGEN MULLER GEREONSHOF COLOGNE 50597 GERMANY | 01-01139 | 15332 | $50,000.00 | (U) |
| 3 MILWAUKEE SOLVENTS & CHEMICALS COR PO BOX 444 BUTLER WI 53007-0444 | 01-01139 | 15463 | $33,747.80 | (U) | MILWAUKEE SOLVENTS & CHEMICALS CORP PO BOX 444 BUTLER WI 53007-0444 | 01-01139 | 15467 | $33,747.80 | (U) |

**Total Claims Expunged:** 3    **Total Dollars Expunged:** $150,279.01

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the classification applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority
(S) - Secured
(U) - Unsecured

5/12/2005 12:59:43 PM