IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS'
ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)**

Upon consideration of the Eleventh Omnibus Objection[1] of the above captioned debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging, reducing, reclassifying and disallowing certain Claims; and no previous application having been made; and upon consideration of the Non-Asbestos Gateway Omnibus Objection and all responses thereto; and due and proper notice of the Non-Asbestos Gateway Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Non-Asbestos Gateway Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto;[2] and it is further

ORDERED that the Objection to each of the Materially Insufficient Supporting Information Claims listed on <u>Exhibit A</u> to this Order is sustained, and each of the Materially

---

[1] Capitalized terms used but not defined herein are as defined in the Debtors' Non-Asbestos Gateway Omnibus Objection.

[2] To the extent that any claim that is the subject of the Non-Asbestos Gateway Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

Insufficient Supporting Information Claims is disallowed and expunged for all purposes; and it is further

ORDERED that the Objection to each of the No Supporting Information Claims listed on <u>Exhibit B</u> to this Order is sustained, and each of the No Supporting Information Claims is disallowed and expunged for all purposes; and it is further

ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

                                             Honorable Judith K. Fitzgerald
                                             United States Bankruptcy Judge

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 777 | $1,967.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 2 | ALBURY, RICKY M<br>PO BOX AB20480<br>MARSH HARBOUR<br>ABACO<br>BAHAMAS | 01-01139<br>W.R. GRACE & CO. | 2512 | $6,000,000.00 | (P) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 3 | AMERICAN HARDWARE CTR INC<br>2746 EVANS MILL RD<br>LITHONIA GA 30058 | 01-01139<br>W.R. GRACE & CO. | 1179 | $365.72 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 4 | AMERICAN TRANSPORTATION GROUP<br>AGENT FOR COMPANIA SUD-AMERICANA DE SAPORES<br>ATTN JESUS PAGAN<br>99 WOOD AVE S 9TH FL<br>ISELIN NJ 08830 | 01-01140<br>W.R. GRACE & CO.-CONN. | 118 | $4,100.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 5 | APV<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 296 | $652.39 | (A) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 6 | BERNARD, VIRGIE<br>1122 SO ORANGE<br>LAFAYETTE LA 70581 | 01-01139<br>W.R. GRACE & CO. | 2608 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 7 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 8 | CAPITAL ONE<br>ATTN: PAM M SCHARNHORST<br>PO BOX 85015<br>RICHMOND VA 23285-5015 | 01-01139<br>W.R. GRACE & CO. | 1307 | $580.83 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 9 | CEMEX INC<br>3820 NORTHDALE BLVD<br>#100B<br>TAMPA FL 33624-1860 | 01-01139<br>W.R. GRACE & CO. | 2003 | $1,040.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

|    | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|----|---|---|---|---|---|---|
| 10 | CIFELLI, ALBERT S<br>15 HUTCHINSON ST<br>LOWELL MA 01851 | 01-01139<br>W.R. GRACE & CO. | 2291 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 11 | CINCINNATI BELL TELEPHONE COMPANY<br>201 E FOURTH ST<br>CINCINNATI OH 45202 | 01-01139<br>W.R. GRACE & CO. | 3239 | $965.67 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 12 | COLUMBIA GAS OF OHIO INC<br>200 CIVIC CENTER DR 8TH FL<br>COLUMBUS OH 43215 | 01-01140<br>W.R. GRACE & CO.-CONN. | 102 | $2,679.16 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 13 | COMMISSIONERS OF PUBLIC WORKS<br>PO BOX B<br>CHARLESTON SC 29402 | 01-01140<br>W.R. GRACE & CO.-CONN. | 578 | $399.54 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 14 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,380.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 15 | CONECTIV POWER DELIVERY<br>REVENUE MANAGEMENT<br>5 COLLINS DRIVE #2076<br>CARNEYS POINT NJ 08069 | 01-01140<br>W.R. GRACE & CO.-CONN. | 105 | $2,144.82 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 16 | DARKS, TYRONE P<br>ID #239667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 17 | DUN & BRADSTREET<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01140<br>W.R. GRACE & CO.-CONN. | 209 | $88,987.50 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 18 | FARIAS / FARIAS<br>8406 EL GATO RD<br>LAREDO TX 78045 | 01-01139<br>W.R. GRACE & CO. | 1919 | $340.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 19 | GRAFCOR PAKAGING INC<br>121 LOOMIS ST<br>ROCKFORD IL 61101 | 01-01139<br>W.R. GRACE & CO. | 944 | $680.22 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 20 | GRAY, KEVIN L<br>57951 CASTRO ST<br>PLAQUEMINE LA 70764-4305 | 01-01139<br>W.R. GRACE & CO. | 2596 | UNKNOWN<br>$500,000.00 | (P)<br>(U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 21 | GRAY, KEVIN L<br>57951 CASTRO ST<br>PLAQUEMINE LA 70764 | 01-01140<br>W.R. GRACE & CO.-CONN. | 2597 | $500,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 22 | HOLMES, LONNIE<br>9416 BURNSIDE<br>CHICAGO IL 60619 | 01-01139<br>W.R. GRACE & CO. | 2514 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 23 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 24 | KONICA BUSINESS TECHNOLOGIES<br>TRACY HYSLER<br>500 DAY HILL RD<br>WINDSOR CT 06095 | 01-01139<br>W.R. GRACE & CO. | 2035 | $2,598.77 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 25 | MARTEN BROWN INC<br>1191 2ND AVE STE 2200<br>SEATTLE WA 98101 | 01-01139<br>W.R. GRACE & CO. | 784 | $1,500.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 26 | MATTHEWS ELECTRIC SUPPLY CO<br>C/O SIROTE & PERMUTT PC<br>ATTN COLLECTION DEPT<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 01-01140<br>W.R. GRACE & CO.-CONN. | 272 | $910.96 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 27 | MAYES, ROGER L<br>14 GINGHAM CT<br>MAULDIN SC 29662 | 01-01139<br>W.R. GRACE & CO. | 7355 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 28 | METHODIST HOSPITAL<br>MARIAN C GRICE<br>1265 UNION AVE<br>MEMPHIS TN 38104 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1092 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 29 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1653 | $255.63 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 30 | NATIONAL GYPSUM COMPANY<br>2001 REXFORD RD<br>CHARLOTTE NC 28211 | 01-01139<br>W.R. GRACE & CO. | 3308 | $3,228.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 31 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

|    | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|----|---|---|---|---|---|---|
| 32 | OFFICE TEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN MICHELE CABRAL<br>5720 STONERIDGE DR STE 3<br>PLEASANTON CA 94588-2700 | 01-01139<br>W.R. GRACE & CO. | 99 | $695.72 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 33 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2661 | $12,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 34 | RANDSTAD NORTH AMERICA<br>ATTN: KERRI GOBER<br>2015 SOUTHPARK PLACE<br>ATLANTA GA 30339 | 01-01139<br>W.R. GRACE & CO. | 657 | $4,300.04 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 35 | RIGELTON JR, MACK | 01-01139<br>W.R. GRACE & CO. | 2829 | $1,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 36 | RIGELTON REV, D M<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2677 | $1,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 37 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,384.90 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 38 | SERVICE FILTRATION CORPORATION<br>2900 MACARTHUR BLVD<br>NORTHBROOK IL 60062-2005 | 01-01139<br>W.R. GRACE & CO. | 2822 | $535.38 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 39 | SFI OF DELAWARE LLC<br>225 W OLNEY RD<br>NORFOLK VA 23510 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1392 | $2,260.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 40 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01140<br>W.R. GRACE & CO.-CONN. | 159 | $4,596.16 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 41 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01139<br>W.R. GRACE & CO. | 160 | $4,380.82 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

|    | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|----|---|---|---|---|---|---|
| 42 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01139<br>W.R. GRACE & CO. | 5302 | $812,417.41 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 43 | THE OLD LINE LIFE INSURANCE<br>C/O ROBERT E PIERCE<br>2437 S LOTUS AVE<br>FRESNO CA 93706 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1066 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 44 | THE SHERWIN WILLIAMS COMPANY<br>ATTN: JOHN M YARO<br>101 PROSPECT AVE NW<br>CLEVELAND OH 44115 | 01-01139<br>W.R. GRACE & CO. | 321 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 45 | UNIFIRST CORP<br>68 JONSPIN RD<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 4817 | $291.65 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 46 | USX ENGINEERS AND CONSULTANTS INC<br>4000 TECHNICAL DR<br>ATTN GARY R STADELMAN<br>MONROEVILLE PA 15146 | 01-01139<br>W.R. GRACE & CO. | 2127 | $1,020.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 47 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,188.55 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 48 | WILLOW TREE APTS<br>1802 ROBINSON RD<br>GRAND PRAIRIE TX 75051-3895 | 01-01139<br>W.R. GRACE & CO. | 1914 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

|  |  |  |
|---|---|---|
| totals: | $652.39 | (A) |
|  | $6,000,000.00 | (P) |
|  | $29,210,044.01 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT B - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139<br>W.R. GRACE & CO. | 2107 | $4,637.56 | (P) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 2 | CROSBY, ANNIE<br>624 ECHO CAVE LN<br>CHARLOTTE NC 28217 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15447 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 3 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139<br>W.R. GRACE & CO. | 15373 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 4 | VINSON & ELKINS LLP<br>ATTN: LYDIA PROTOPAPAS<br>2300 FIRST CITY TOWER<br>1001 FANNIN<br>HOUSTON TX 77002-6760 | 01-01139<br>W.R. GRACE & CO. | 451 | $1,636.89 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

|  |  |  |
|---|---|---|
| totals: | $4,637.56 | (P) |
|  | $1,636.89 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative    (S) - Secured
                                                                                                                  (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.