IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: June 8, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

**FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The Blackstone Group®

May 13, 2005

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of February 1, 2005 through February 28, 2005: | | | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (35,000.00) |
| Out-of-pocket expenses processed for the period through February 28, 2005:[1] | | | | |
| Ground Transportation | $ | 571.07 | | |
| Meals | | 171.75 | | 742.82 |
| **Total Due** | | | **$** | **140,742.82** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7506

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7506**

| | GL Detail Feb-05 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Concord | $ 136.68 | **$ 136.68** |
| Ground Transportation - Car Service - Elite | 96.39 | **96.39** |
| Ground Transportation - Local Travel | 16.00 | **16.00** |
| Ground Transportation - Out of Town Travel | 22.00 | **22.00** |
| Ground Transportation - Railroad | 300.00 | **300.00** |
| Employee Meals | 171.75 | **171.75** |
| **Total Expenses** | **$ 742.82** | **$ 742.82** |

| | |
|---|---|
| **Ground Transportation** | **$ 571.07** |
| **Meals** | **171.75** |
| **Total Expenses** | **$ 742.82** |

**W.R. Grace & Co.**
**Detail of Expenses Processed**
**Through February 28, 2005**
**Invoice No. 7506**

| Description | Date | Amount | Subtotal |
|---|---|---|---|
| **Ground Transportation - Car Service - Concord** | | | |
| Blechman (car home from Blackstone after working late) | 12/07/04 | 136.68 | |
| | **Subtotal - Ground Transportation - Car Service - Concord** | | **$ 136.68** |
| **Ground Transportation - Car Service - Elite** | | | |
| Blechman on behalf of B. Tarola (car to LaGuardia Airport from Blackstone) | 12/02/04 | 37.97 | |
| Otero on behalf of P. Norris (car to hotel from Blackstone) | 12/07/04 | 20.45 | |
| Zilly (car to LaGuardia Airport from home) | 11/17/04 | 37.97 | |
| | **Subtotal - Ground Transportation - Car Service - Elite** | | **96.39** |
| **Ground Transportation - Local Travel** | | | |
| O'Connell (taxi home from Blackstone) | 12/21/04 | 16.00 | |
| | **Subtotal - Ground Transportation - Local Travel** | | **16.00** |
| **Ground Transportation - Out of Town Travel** | | | |
| Blechman (taxi home from Stamford railroad station in Connecticut, CT) | 02/10/05 | 22.00 | |
| | **Subtotal - Ground Transportation - Out of Town Travel** | | **22.00** |
| **Ground Transportation - Railroad** | | | |
| Blechman (round trip to/from Baltimore, MD from/to New York, NY) | 02/08/05 | 300.00 | |
| | **Subtotal - Ground Transportation - Railroad** | | **300.00** |
| **Employee Meals** | | | |
| Blechman (working dinner meal @ Blackstone) | 12/06/04 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 01/04/05 | 13.95 | |
| Blechman (working dinner meal @ Blackstone) | 01/06/05 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 01/11/05 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 02/09/05 | 25.00 | |
| Munfa (working dinner meal @ Blackstone) | 01/19/05 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 12/14/04 | 8.69 | |
| O'Connell (working dinner meal @ Blackstone) | 12/21/04 | 7.33 | |
| O'Connell (working dinner meal @ Blackstone) | 01/03/05 | 7.33 | |
| O'Connell (working dinner meal @ Blackstone) | 01/06/05 | 9.45 | |
| | **Subtotal - Employee Meals** | | **171.75** |
| | **Total Expenses** | | **$ 742.82** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 24.4 |
| David Blechman | Vice President | 36.1 |
| Jamie O'Connell | Associate | 13.6 |
| | **Total** | **74.1** |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/09/05 | 2.5 | Business Analysis | Travel to Columbia, prepare for meeting with financial advisors |
| David Blechman | 02/10/05 | 0.5 | Business Analysis | Status call with P. Zilly financial overview, DS update |
| David Blechman | 02/18/05 | 1.0 | Business Analysis | Read COLI settlement agreement |
| David Blechman | 02/18/05 | 1.0 | Business Analysis | Read draft 10-K |
| David Blechman | 02/24/05 | 0.8 | Business Analysis | Status meeting with P. Zilly re: Project Blackberry |
| Jamie O'Connell | 02/09/05 | 2.5 | Business Analysis | Travel to Columbia for financial overview meeting; review material to be presented |
| Pamela Zilly | 02/10/05 | 0.5 | Business Analysis | Call with D. Blechman re: financial overview, status of open items |
| Pamela Zilly | 02/22/05 | 1.0 | Business Analysis | Review 4th quarter financial briefing |
| Pamela Zilly | 02/22/05 | 2.0 | Business Analysis | Read COLI Agreement and ancillary documents |
| Pamela Zilly | 02/22/05 | 1.5 | Business Analysis | Read IRS Settlement Motion |
| Pamela Zilly | 02/23/05 | 0.5 | Business Analysis | Calls with K. Myers re: Project Blackberry |
| Pamela Zilly | 02/23/05 | 1.0 | Business Analysis | Calls with G. Poling re: Project Blackberry |
| Pamela Zilly | 02/23/05 | 0.5 | Business Analysis | Review preliminary letter of intent re: Project Blackberry |
| Pamela Zilly | 02/23/05 | 1.5 | Business Analysis | Review presentations re: Project Blackberry |
| Pamela Zilly | 02/24/05 | 1.5 | Business Analysis | Read Motions re: Settlements with Insurers, Objection thereto, IRS Settlement |
| Pamela Zilly | 02/24/05 | 0.8 | Business Analysis | Meeting with D. Blechman re: Project Blackberry |
| Pamela Zilly | 02/28/05 | 1.5 | Business Analysis | Review and provide comments on Project Blackberry charts for distribution |
| | | 20.6 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/05 | 0.5 | Case Administration | Status call with P. Zilly |
| Pamela Zilly | 02/01/05 | 1.0 | Case Administration | Status discussion with D. Blechman |
| | | 1.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/05 | 2.5 | Committee | Follow up calls regarding Festa motion w/committee financial advisors |
| David Blechman | 02/10/05 | 4.0 | Committee | Attend financial overview meeting in Columbia with management, financial advisors |
| David Blechman | 02/18/05 | 0.3 | Committee | Status call with P. Zilly re due diligence requests |
| David Blechman | 02/22/05 | 1.3 | Committee | Coordinate due diligence by Capstone |
| David Blechman | 02/22/05 | 0.5 | Committee | Call with Tersigni regarding Festa motion, follow up with B. McGowan |
| David Blechman | 02/22/05 | 0.5 | Committee | Status meeting with P. Zilly re Festa motin, follow-up requests from advisors |
| Jamie O'Connell | 02/10/05 | 4.0 | Committee | Meeting to review 2004 results, 2005 projections with management and creditors' financial advisors in Columbia |
| Pamela Zilly | 02/18/03 | 0.3 | Committee | Call with D. Blechman re: advisors requests |
| Pamela Zilly | 02/01/05 | 1.5 | Committee | Call with management and counsel re: POR and other items |
| Pamela Zilly | 02/01/05 | 0.8 | Committee | Call with J. Sinclair re: Festa motion |
| Pamela Zilly | 02/23/05 | 0.3 | Committee | Call with S. Cunningham re: Project Blackberry |
| | | 15.8 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/28/05 | 1.0 | Employee Benefits/Pension | Review comparable compensation charts |
| David Blechman | 02/28/05 | 1.0 | Employee Benefits/Pension | Discussion with P. Zilly re: Bunovich, comp analysis for Festa motion |
| Jamie O'Connell | 02/01/05 | 0.8 | Employee Benefits/Pension | Call with B. McGowan, N. Bubnovich, J. Sinclair, L. Tersigni regarding Festa compensation motion |
| Pamela Zilly | 02/22/05 | 0.5 | Employee Benefits/Pension | Discussion with D. Blechman re: status of ACC approval of Festa motion |
| Pamela Zilly | 02/28/05 | 1.0 | Employee Benefits/Pension | Discussions with D. Blechman, review of Bubnovich analysis re: Festa motion |
| | | 4.3 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/05 | 0.5 | Fee Applications | Work on fee statement, respond to comments |
| David Blechman | 02/10/05 | 1.0 | Fee Applications | Work on fee application |
| David Blechman | 02/18/05 | 0.3 | Fee Applications | Work on fee application |
| David Blechman | 02/22/05 | 0.3 | Fee Applications | Work on fee application |
| | | 2.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/10/05 | 2.5 | Non-Working Travel Time | Travel to New York |
| Jamie O'Connell | 02/10/05 | 2.5 | Non-Working Travel Time | Travel to New York |
| | | 5.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/05 | 1.5 | Plan and Disclosure Statement | POR status call with management and counsel |
| David Blechman | 02/07/05 | 2.5 | Plan and Disclosure Statement | Analysis regarding interest rates provided in Plan documents |
| David Blechman | 02/07/05 | 0.5 | Plan and Disclosure Statement | Correspondence with P.Zilly, E. Filon re: warrants |
| David Blechman | 02/08/05 | 1.8 | Plan and Disclosure Statement | POR status call with management and counsel |
| David Blechman | 02/22/05 | 1.5 | Plan and Disclosure Statement | POR status call with management and counsel |
| Jamie O'Connell | 02/01/05 | 1.3 | Plan and Disclosure Statement | Call with Grace management and counsel re: Ch 11 status |
| Jamie O'Connell | 02/08/05 | 1.0 | Plan and Disclosure Statement | Ch 11 status call with management and counsel |
| Pamela Zilly | 02/01/05 | 0.5 | Plan and Disclosure Statement | Call with R. McGowan re: Festa Motion and call with L. Tersigni |
| Pamela Zilly | 02/03/05 | 0.5 | Plan and Disclosure Statement | Review analysis of equity distribution |
| Pamela Zilly | 02/05/05 | 0.5 | Plan and Disclosure Statement | Correspondence with Tarola, Shelnitz, Sinanyan re: interest rate for unsecured creditors |
| Pamela Zilly | 02/07/05 | 0.5 | Plan and Disclosure Statement | Correspondence with Tarola, Shelnitz, Sinanyan re: interest rate for unsecured creditors |
| Pamela Zilly | 02/07/05 | 0.5 | Plan and Disclosure Statement | Correspondence with Filon, Blechman re: warrants |
| Pamela Zilly | 02/08/05 | 1.8 | Plan and Disclosure Statement | Call with management and counsel re: POR and other items |
| Pamela Zilly | 02/08/05 | 1.0 | Plan and Disclosure Statement | Review revisions to Disclosure Statement |
| Pamela Zilly | 02/22/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and other motions |
| Pamela Zilly | 02/24/05 | 0.5 | Plan and Disclosure Statement | Call with M. Shelnitz re: POR status |
| | | 16.9 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/02/05 | 2.5 | Tax Issues | Tax analysis of claim holders, call with E. Filon regarding tax analysis |
| David Blechman | 02/03/05 | 1.5 | Tax Issues | Further work on tax analysis |
| David Blechman | 02/03/05 | 0.5 | Tax Issues | Status meeting with J. O'Connell on tax analysis |
| David Blechman | 02/24/05 | 1.0 | Tax Issues | Tax call with Stroock and Capstone |
| David Blechman | 02/28/05 | 1.0 | Tax Issues | Review tax information re: IRS settlement: follow-up for Capstone due dilignece |
| Jamie O'Connell | 02/03/05 | 0.5 | Tax Issues | Status meeting with D. Blechman on NOLs |
| Jamie O'Connell | 02/24/05 | 1.0 | Tax Issues | Conference call with Capstone and Stroock regarding tax issues |
| | | 8.0 | | |