IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 8, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR THE BLACKSTONE GROUP L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# The Blackstone Group®

May 13, 2005

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---:|---:|
| Monthly advisory fee for the period of March 1, 2005 through March 31, 2005: | $ | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | (35,000.00) |

Out-of-pocket expenses processed for the period through March 31, 2005:[1]

| | | | |
|---|---:|---:|---:|
| Ground Transportation | $ 121.38 | | |
| Photocopying | 115.50 | | |
| Research | 779.45 | | 1,016.33 |
| **Total Due** | | $ | **141,016.33** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7547

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7547**

|  | GL Detail Mar-05 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Concord | $ 121.38 | $ 121.38 |
| Photocopying | 115.50 | 115.50 |
| Internal Research | 180.00 | 180.00 |
| External Research - Thomson | 33.40 | 33.40 |
| External Research - Securities Data | 566.05 | 566.05 |
| **Total Expenses** | $ 1,016.33 | $ 1,016.33 |
| | | |
| **Ground Transportation** | | $ 121.38 |
| **Photocopying** | | 115.50 |
| **Research** | | 779.45 |
| | | |
| **Total Expenses** | | $ 1,016.33 |

W.R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2005
Invoice No. 7547

**Ground Transportation - Car Service - Concord**

| | | |
|---|---|---|
| Blechman (car home from Blackstone after working late) | 01/13/05 | 121.38 |
| Subtotal - Ground Transportation - Car Service - Concord | | $ 121.38 |

**Internal Photocopying**

| | | |
|---|---|---|
| Blechman | 03/07/05 - 03/13/05 | 7.50 |
| O'Connell | 03/07/05 - 03/13/05 | 93.00 |
| Zilly | 02/21/05 - 02/27/05 | 15.00 |
| Subtotal - Internal Photocopying | | 115.50 |

**Internal Research**

| | | |
|---|---|---|
| Munfa (research) | 03/06/05 - 03/12/05 | 180.00 |
| Subtotal - Internal Research | | 180.00 |

**External Research - Thomson**

| | | |
|---|---|---|
| Munfa (research) | 03/10/05 | 14.14 |
| Munfa (comps research) | 03/12/05 | 19.26 |
| Subtotal - External Research - Thomson | | 33.40 |

**External Research - Securities Data**

| | | |
|---|---|---|
| Munfa (research) | 01/25/05 | 60.82 |
| Munfa (research) | 01/25/05 | 77.78 |
| Munfa (research) | 01/26/05 | 67.21 |
| Munfa (research) | 01/26/05 | 67.97 |
| Munfa (research) | 01/26/05 | 70.16 |
| Munfa (research) | 01/26/05 | 73.72 |
| Munfa (research) | 01/26/05 | 73.93 |
| Munfa (research) | 01/26/05 | 74.46 |
| Subtotal - External Research - Securities Data | | 566.05 |
| **Total Expenses** | | **$ 1,016.33** |

## THE BLACKSTONE GROUP L.P.
## SUMMARY OF HOURS FOR THE PERIOD OF
## MARCH 1, 2004 THROUGH MARCH 31, 2004

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 80.7 |
| David Blechman | Vice President | 82.8 |
| Jamie O'Connell | Associate | 31.5 |
| JP Munfa | Analyst | 0.5 |
| | Total | 195.5 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/05 | 0.5 | Business Analysis | Review revised Blackberry proposal letter |
| Pamela Zilly | 03/01/05 | 1.0 | Business Analysis | Call with K. Myers, G. Poling re: Project Blackberry |
| David Blechman | 03/02/05 | 1.0 | Business Analysis | Review relevant news stories |
| David Blechman | 03/02/05 | 1.3 | Business Analysis | Prepare materials re Project Blackberry, coordinate 3/3 conference call |
| David Blechman | 03/02/05 | 0.8 | Business Analysis | Status meeting with Zilly re Project Blackberry; 10Kdisclosuere |
| David Blechman | 03/02/05 | 0.8 | Business Analysis | Meeting with D. Blechman, re: 10K disclosure, POR exhibits; Project Blackberry |
| Pamela Zilly | 03/02/05 | 1.5 | Business Analysis | Various calls with K. Myers re: Project Blackberry and presentation |
| Pamela Zilly | 03/02/05 | 2.0 | Business Analysis | Provide comments on Blackberry presentation |
| Pamela Zilly | 03/02/05 | 2.5 | Business Analysis | Markup Hatco memo |
| Pamela Zilly | 03/02/05 | 1.0 | Business Analysis | Review Project Blackberry materials; make revisions |
| Jamie O'Connell | 03/03/05 | 1.0 | Business Analysis | Call with management, financial advisors regarding Blackberry and other acquisitions |
| Pamela Zilly | 03/03/05 | 0.5 | Business Analysis | Review balance sheets for acquisition |
| Pamela Zilly | 03/04/05 | 1.0 | Business Analysis | Meeting with D. Blechman re: Blackberry acquisition, advisors questions and responses |
| David Blechman | 03/07/05 | 1.0 | Business Analysis | Call with K. Myers, Poling, Gatt re Blackberry acquisition |
| Pamela Zilly | 03/07/05 | 1.3 | Business Analysis | Call with management re: Project Blackberry |
| Pamela Zilly | 03/07/05 | 1.0 | Business Analysis | Read monthly operating report |
| Pamela Zilly | 03/07/05 | 2.0 | Business Analysis | Review model, materials provided to advisors on Blackberry |
| David Blechman | 03/08/05 | 2.0 | Business Analysis | Follow up re Blackberry, read contract |
| David Blechman | 03/08/05 | 0.8 | Business Analysis | Call with K. Myers, others re Blackberry |
| Jamie O'Connell | 03/08/05 | 0.8 | Business Analysis | Call with Grace management and Capstone regarding Blackberry acquisition |
| Pamela Zilly | 03/08/05 | 1.0 | Business Analysis | Read 10K |
| Pamela Zilly | 03/09/05 | 1.5 | Business Analysis | Various phone calls with K. Myers, review responses to questions re: Blackberry acquisition |
| JP Munfa | 03/10/05 | 0.5 | Business Analysis | Research on Great Lakes Chemical acquisition |
| David Blechman | 03/11/05 | 1.8 | Business Analysis | Follow up re Blackberry, read proxy statement |
| Pamela Zilly | 03/11/05 | 1.0 | Business Analysis | Review materials, discussing with K, Myers re: Blackberry and other acquisitions |
| David Blechman | 03/15/05 | 0.8 | Business Analysis | Call with S. Smith, others re Project CUBA, send materials to advisors |
| David Blechman | 03/22/05 | 1.0 | Business Analysis | Status meeting with Zilly, follow up re plant closure |
| Pamela Zilly | 03/22/05 | 0.5 | Business Analysis | Meeting with D. Blechman re: historical Owensboro transaction |
| Pamela Zilly | 03/22/05 | 0.5 | Business Analysis | Call with R. McGowan re: Owensboro closing |
| Jamie O'Connell | 03/23/05 | 0.5 | Business Analysis | Call with management, L. Hamilton of Capstone regarding Project CUBA acquisition |
| David Blechman | 03/24/05 | 0.5 | Business Analysis | Status meeting with Zilly re Owensboro |
| Pamela Zilly | 03/24/05 | 0.5 | Business Analysis | Status meeting with D. Blechman re: Owensboro, other transactions |
| Pamela Zilly | 03/25/05 | 1.0 | Business Analysis | Review material on Owensboro closing - provide revisions |
| David Blechman | 03/28/05 | 0.5 | Business Analysis | Work on Project Hercules, meeting with Zilly |
| Pamela Zilly | 03/28/05 | 1.0 | Business Analysis | Revision to Owensboro material |
| David Blechman | 03/29/05 | 2.0 | Business Analysis | Work on Project Hercules, calls with Farnsworth, sent materials |
| Pamela Zilly | 03/29/05 | 1.0 | Business Analysis | Discussion with S. Farnsworth, B. McGowan, D. Blechman re: Owensboro material |
| Pamela Zilly | 03/29/05 | 1.0 | Business Analysis | Status meeting with D. Blechman re: tax meeting, pension motion |
| | | **40.1** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/31/05 | 0.8 | Case Administration | Read Owns Corning opinion on estimation |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/05 | 1.0 | Claims Analysis Objection/Resolution | Discussions with J. Baer, M. Obradovic re: Hatco Motion |
| Pamela Zilly | 03/03/05 | 1.0 | Claims Analysis Objection/Resolution | Edits to Hatco memo |
| Pamela Zilly | 03/08/05 | 2.0 | Claims Analysis Objection/Resolution | Review revised Hatco memo and make revisions |
| Pamela Zilly | 03/09/05 | 1.0 | Claims Analysis Objection/Resolution | Call with M. Obradovic re: Hatco transaction |
| Pamela Zilly | 03/28/05 | 2.5 | Claims Analysis Objection/Resolution | Markup of Hatco memo |
| | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/01/05 | 1.0 | Committee | Respond to Capstone due diligence request re taxes |
| David Blechman | 03/02/05 | 1.5 | Committee | Respond to Tersigni due diligence request, follow up |
| David Blechman | 03/03/05 | 1.0 | Committee | Call with advisors re Project Blackberry |
| David Blechman | 03/03/05 | 1.8 | Committee | Follow up due diligence by advisors re Project Blackberry |
| Pamela Zilly | 03/03/05 | 0.5 | Committee | Calls with G. Poling and K. Myers re: advisors' call |
| Pamela Zilly | 03/03/05 | 1.3 | Committee | Call with Committees' advisors re: Project Blackberry |
| Pamela Zilly | 03/03/05 | 1.5 | Committee | Follow-up calls with K. Myers re: Project Blackberry - issues and due diligence request |
| David Blechman | 03/04/05 | 1.0 | Committee | Status meeting with Zilly re Blackberry, advisors due diligence |
| David Blechman | 03/06/05 | 2.0 | Committee | Follow up re Blackberry with K. Myers and Capstone |
| David Blechman | 03/07/05 | 0.8 | Committee | Follow up re Blackberry due diligence |
| David Blechman | 03/07/05 | 1.5 | Committee | Calls to advisors re Blackberry, follow up with K. Myers, Zilly |
| Pamela Zilly | 03/07/05 | 1.0 | Committee | Review responses to due diligence questions on Project Blackberry |
| David Blechman | 03/08/05 | 0.8 | Committee | Call with Capstone re Blackberry questions |
| David Blechman | 03/08/05 | 0.8 | Committee | Respond to information requests re Festa motion |
| Pamela Zilly | 03/08/05 | 1.0 | Committee | Call with Capstone re: Project Blackberry |
| David Blechman | 03/09/05 | 1.0 | Committee | Respond to advisors' due diligence requests re Blackberry |
| David Blechman | 03/11/05 | 0.8 | Committee | Prepare for conference call with Capstone |
| David Blechman | 03/11/05 | 1.0 | Committee | Call with Capstone re two acquisitions, follow up with K. Myers |
| Jamie O'Connell | 03/11/05 | 0.8 | Committee | Call with Capstone, management regarding potential acquisitions |
| David Blechman | 03/14/05 | 0.3 | Committee | Call with J. Brownstein re tax |
| David Blechman | 03/14/05 | 1.0 | Committee | Follow up with CIBC due diligence request |
| David Blechman | 03/14/05 | 0.5 | Committee | Follow up Tersigni due diligence request |
| David Blechman | 03/15/05 | 0.5 | Committee | Call with Capstone re claims |
| Jamie O'Connell | 03/15/05 | 0.5 | Committee | Call with Capstone regarding updated claims |
| David Blechman | 03/22/05 | 0.8 | Committee | Call with Capstone re Project CUBA |
| David Blechman | 03/28/05 | 0.3 | Committee | Call with Capstone re due diligence |
| David Blechman | 03/29/05 | 1.0 | Committee | Respond to Capstone due diligence |
| David Blechman | 03/30/05 | 4.0 | Committee | Travel to Boca Raton, FL for tax meeting, prepare for tax meeting |
| Jamie O'Connell | 03/30/05 | 3.5 | Committee | Travel to Boca Raton for tax meeting with CIBC; review materials and agenda |
| David Blechman | 03/31/05 | 4.0 | Committee | Tax meeting with CIBC, E. Filon |
| Jamie O'Connell | 03/31/05 | 4.0 | Committee | Meeting at Grace's Boca Raton office with E. Felon, D. Blechman and CIBC re tax issues |
|  |  | **41.0** |  |  |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/05 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: Festa motion and ACC request |
| Pamela Zilly | 03/04/05 | 0.8 | Employee Benefits/Pension | Read Objections to the Festa Motion |
| David Blechman | 03/07/05 | 1.0 | Employee Benefits/Pension | Review objections to Festa motion |
| David Blechman | 03/07/05 | 1.0 | Employee Benefits/Pension | Status meeting with Zilly re: response to Festa objections |
| David Blechman | 03/07/05 | 1.0 | Employee Benefits/Pension | Call with management re Festa motion |
| Pamela Zilly | 03/07/05 | 1.0 | Employee Benefits/Pension | Call with R. McGowan, P. Norris, J. Kapp, N. Bubnovich re: Festa motion |
| Pamela Zilly | 03/07/05 | 1.0 | Employee Benefits/Pension | Meeting with D. Blechman re: drafting of response to Festa motion objections |
| David Blechman | 03/08/05 | 1.0 | Employee Benefits/Pension | Follow up calls re Festa contract |
| Pamela Zilly | 03/08/05 | 0.5 | Employee Benefits/Pension | Call with CIBC, R. McGowan re: Festa motion |
| Pamela Zilly | 03/09/05 | 1.0 | Employee Benefits/Pension | Review draft response to objections on Festa Motion |
| Pamela Zilly | 03/09/05 | 1.0 | Employee Benefits/Pension | Review comparable company analysis for Fesata compensation |
| David Blechman | 03/10/05 | 6.0 | Employee Benefits/Pension | Work on response to objections to Festa motion |
| David Blechman | 03/10/05 | 1.5 | Employee Benefits/Pension | Calls with management re Festa motion |
| David Blechman | 03/10/05 | 4.0 | Employee Benefits/Pension | Provide edits to various versions Debtors' reply to Objections to Festa motion |
| Pamela Zilly | 03/10/05 | 1.0 | Employee Benefits/Pension | Provide edits to Vanderslice affidavit |
| David Blechman | 03/11/05 | 2.0 | Employee Benefits/Pension | Work on Festa motion, meeting with Zilly re Festa motion |
| David Blechman | 03/11/05 | 2.0 | Employee Benefits/Pension | Conference call re Festa motion |
| Pamela Zilly | 03/11/05 | 0.5 | Employee Benefits/Pension | Calls with J. Kapp re: Debtors' reply to objections to Festa motion |
| Pamela Zilly | 03/11/05 | 1.5 | Employee Benefits/Pension | Call with B. McGowan, J. Forgash re: Debtors' response to objections to Festa motion |
| Pamela Zilly | 03/11/05 | 2.0 | Employee Benefits/Pension | Provide revision to Debtors' reply to Objections to Festa motion |
| Pamela Zilly | 03/11/05 | 1.0 | Employee Benefits/Pension | Call with S. Blatnick, B. McGowan re: final version of Debtors' reply on Festa motion |
| David Blechman | 03/29/05 | 1.0 | Employee Benefits/Pension | Status meeting with Zilly re: pension backup materials |
| David Blechman | 03/30/05 | 1.3 | Employee Benefits/Pension | Calls re Owensboro, POR analysis, pension motion |
| Pamela Zilly | 03/30/05 | 1.0 | Employee Benefits/Pension | Read draft pension funding motion; discussion with J. Forgash, B. McGowan re: timing of filing of pension motion |
| Pamela Zilly | 03/31/05 | 1.0 | Employee Benefits/Pension | Calls with B. McGowan re: pension funding motion |
| Pamela Zilly | 03/31/05 | 0.5 | Employee Benefits/Pension | Read revision to draft pension funding motion |
| | | **36.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/04/05 | 0.3 | Fee Applications | Work on fee app |
| | | 0.3 | | |

Page 7 of 12

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/15/05 | 0.3 | Hearings | Coordinate dial into Court hearing |
| David Blechman | 03/21/05 | 1.8 | Hearings | Participate in Court hearing |
| Pamela Zilly | 03/21/05 | 1.5 | Hearings | Attend Court hearing via phone |
| | | **3.5** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/31/05 | 4.0 | Non-Working Travel Time | Non-working travel back from Boca Raton, FL |
| Jamie O'Connell | 03/31/05 | 3.5 | Non-Working Travel Time | Non- working travel to New York |
| | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/01/05 | 2.0 | Plan and Disclosure Statement | Weekly POR call, status meeting with Zilly, O'Connell |
| David Blechman | 03/01/05 | 1.0 | Plan and Disclosure Statement | Review new pro forma balance sheet, meeting with O'Connell re balance sheet |
| Jamie O'Connell | 03/01/05 | 2.0 | Plan and Disclosure Statement | Call with Grace management, Kirkland & Ellis regarding status of case; status meeting with Zilly, Blechman |
| Jamie O'Connell | 03/01/05 | 1.0 | Plan and Disclosure Statement | Modeling new pro forma balance sheet; meeting with Blechman regarding balance sheet |
| Pamela Zilly | 03/01/05 | 2.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status, other items; follow-up meeting with D. Blechman, J. O'Connell |
| David Blechman | 03/02/05 | 0.5 | Plan and Disclosure Statement | Prepare for call with Delbrugge re: claims, balance sheet revisions |
| Jamie O'Connell | 03/02/05 | 0.5 | Plan and Disclosure Statement | Call with T. Delbrugge and M. Brown regarding reorganization section of 10-K |
| Jamie O'Connell | 03/02/05 | 0.5 | Plan and Disclosure Statement | Call with M. Brown regarding reorganization section of 10-K |
| David Blechman | 03/03/05 | 1.5 | Plan and Disclosure Statement | Review Por Model; meeting with J. O'Connell |
| Jamie O'Connell | 03/03/05 | 1.5 | Plan and Disclosure Statement | Modeling new pro forma balance sheet; meeting with Blechman regarding balance sheet |
| Pamela Zilly | 03/03/05 | 1.0 | Plan and Disclosure Statement | Review updated POR model |
| Pamela Zilly | 03/04/05 | 1.5 | Plan and Disclosure Statement | Review POR model |
| David Blechman | 03/07/05 | 0.8 | Plan and Disclosure Statement | Update POR model |
| Jamie O'Connell | 03/07/05 | 1.5 | Plan and Disclosure Statement | Financial modeling: updating model for actual 2004 results |
| David Blechman | 03/08/05 | 1.3 | Plan and Disclosure Statement | Weekly POR call |
| Jamie O'Connell | 03/08/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 03/08/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR status, motions |
| David Blechman | 03/09/05 | 1.0 | Plan and Disclosure Statement | Meeting with O'Connell re POR model |
| Jamie O'Connell | 03/09/05 | 1.0 | Plan and Disclosure Statement | Meeting with Blechman regarding financial model |
| Pamela Zilly | 03/09/05 | 3.0 | Plan and Disclosure Statement | Review updated model, analysis of changes in claims and balance sheet |
| David Blechman | 03/10/05 | 1.0 | Plan and Disclosure Statement | Status meeting with Zilly re: Blackberry, 10k and disclosure statement exhibits |
| Pamela Zilly | 03/10/05 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: Blackberry, 10K balance sheets |
| David Blechman | 03/11/05 | 0.5 | Plan and Disclosure Statement | Status meeting with Zilly re: claims |
| Pamela Zilly | 03/11/05 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: claim adjustments |
| David Blechman | 03/14/05 | 0.8 | Plan and Disclosure Statement | Status meeting with Zilly and O'Connell re: POR Model |
| David Blechman | 03/14/05 | 0.5 | Plan and Disclosure Statement | Call with M. Brown re claims |
| David Blechman | 03/14/05 | 0.8 | Plan and Disclosure Statement | Follow up call with M. Brown re claims and POR |
| David Blechman | 03/14/05 | 1.0 | Plan and Disclosure Statement | Review POR model re: claims |
| Jamie O'Connell | 03/14/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management regarding claims balances |
| Jamie O'Connell | 03/14/05 | 1.5 | Plan and Disclosure Statement | Financial modeling: updating model for actual 2004 results, claim amounts |
| Jamie O'Connell | 03/14/05 | 0.8 | Plan and Disclosure Statement | Status meetingcall with Zilly and Blechman |
| Pamela Zilly | 03/14/05 | 0.8 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell re: pro forma balance sheets |
| David Blechman | 03/15/05 | 1.0 | Plan and Disclosure Statement | Weekly POR call, follow up with E. Filon |
| David Blechman | 03/15/05 | 0.8 | Plan and Disclosure Statement | Status calls with O'Connell and Zilly |
| Jamie O'Connell | 03/15/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Jamie O'Connell | 03/15/05 | 0.8 | Plan and Disclosure Statement | Status calls with Zilly and Blechman |
| Pamela Zilly | 03/15/05 | 4.0 | Plan and Disclosure Statement | Claims review and reconciliation |
| Pamela Zilly | 03/15/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR |
| Pamela Zilly | 03/15/05 | 0.8 | Plan and Disclosure Statement | Calls with D. Blechman, J. O'Connell re:status |
| David Blechman | 03/22/05 | 1.0 | Plan and Disclosure Statement | Weekly POR call |
| Jamie O'Connell | 03/22/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 03/22/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and motions |
| David Blechman | 03/24/05 | 1.3 | Plan and Disclosure Statement | Strategy call with Norris, Siegel, Shelnitz, Festa, Tarola |
| Jamie O'Connell | 03/24/05 | 1.0 | Plan and Disclosure Statement | Call with advisors and Grace management regarding case strategy |
| Pamela Zilly | 03/24/05 | 1.3 | Plan and Disclosure Statement | Strategy call with management and counsel re: status of POR |
| David Blechman | 03/28/05 | 1.0 | Plan and Disclosure Statement | Analysis of POR, meeting with O'Connell re POR |
| Jamie O'Connell | 03/28/05 | 1.0 | Plan and Disclosure Statement | Comparison of distributable value |
| Jamie O'Connell | 03/28/05 | 1.0 | Plan and Disclosure Statement | Analysis of POR and meeting with Blechman |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/29/05 | 1.0 | Plan and Disclosure Statement | Weekly POR call |
| Jamie O'Connell | 03/29/05 | 1.0 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 03/29/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re status of Chapter 11, motions |
| Pamela Zilly | 03/30/05 | 2.5 | Plan and Disclosure Statement | Review model for 10K presentation purposes |
| | | **57.9** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/31/05 | 1.0 | Tax Issues | Review tax material |
| | | 1.0 | | |