IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtor. | Objection Date: June 13, 2005 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

### NOTICE OF FILING OF
### ELEVENTH MONTHLY INTERIM APPLICATION OF
### CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO
### DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE

TO:   (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimant; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lender; and (8) the Fee Auditor

CIBC World Markets Corp., financial advisor to David T. Austern, in his capacity as the Court-appointed legal representative for future asbestos claimants (the "FCR"), has filed and served its Eleventh Monthly Application of CIBC World Markets Corp. for Compensation for Services Rendered and Reimbursement of Expenses as financial advisor to the FCR for the time period April 1, 2005 through April 30, 2005 seeking payment of fees in the amount of $80,000.00 (80% of $100,000.00) and reimbursement of expenses in the amount of $2,232.79 (the "Application") for a total of $82,232.79.

This Application is submitted pursuant to this Court's Administrative Order, as Amended, Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, Fifth Floor, Wilmington, DE 19801, on or before **June 13, 2005 at 4:00 p.m., Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire, Richard H. Wyron, Esquire, Swidler Berlin LLP, 3000 K Street, NW, Suite 300, Washington, DC 20007; (ii) co-counsel for the Debtors, David M. Bernick, Esquire, Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones, P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, IL 60606 and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue,

Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee, ATTN: Frank J. Perch, Esquire, 844 N. King Street, Wilmington, DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned counsel.

SWIDLER BERLIN LLP

By:_____
   Roger Frankel, *admitted pro hac vice*
   Richard H. Wyron, *admitted pro hac vice*
   3000 K Street, NW, Suite 300
   Washington, DC 20007
   (202) 424-7500
   Counsel to David T. Austern,
   As Future Claimants' Representative

Dated: May 23, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: June 13, 2005 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

## ELEVENTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

| | |
|---|---|
| Name of Applicant: | CIBC World Markets Corp. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | June 4, 2004 |
| Period for which compensation and reimbursement is sought: | April 1, 2005 – April 30, 2005 |
| 80% of Compensation sought as actual, reasonable and necessary: | $80,000.00[1] |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $2,232.79 |

This is a   x  monthly         __ interim         ___ final application

---

[1] Pursuant to administrative Order, absent timely objections, the Debtor is authorized and directed to pay 80% of fees and 100% expenses. CIBC's total fee for this period is $100,000.00.

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### APRIL 2005

| Project Category | Total Hours | Total Fees[2] |
|---|---|---|
| Business Operations Related | 151.75 | NA |
| Financial Analysis Related | 88.75 | NA |
| Hearing Attendance | 7.00 | NA |
| Tax Due Diligence Related | 4.25 | NA |
| **TOTAL** | **251.75** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

### APRIL 2005

| Expense Category | Total |
|---|---|
| Travel Meals | $105.23 |
| Air fare | 1,228.20 |
| Hotel | 572.40 |
| Transportation (car rental) | 73.54 |
| Telephone | 95.26 |
| Printing | 158.16 |
| **TOTAL** | **$2,232.79** |

Respectfully submitted,

CIBC WORLD MARKETS CORP.

By: _____
Joseph J. Radecki, Jr.
300 Madison Avenue
New York, New York 10017
(212) 885-4744
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: May 19, 2005

---

[2] CIBC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

| Name | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 4/4/2005 | 1.0 | Tax Due Diligence | Discussions regarding meeting with Grace tax department |
| Jonathan Brownstein | 4/4/2005 | 1.0 | Tax Due Diligence | Internal Review of Meeting with Grace tax department |
| Ritwik Chatterjee | 4/4/2005 | 2.3 | Tax Due Diligence | Review trip to Grace tax department and related documents |
| Joseph Radecki | 4/5/2005 | 2.0 | Financial Analysis | Review financial analysis |
| Ritwik Chatterjee | 4/5/2005 | 6.0 | Business Operations | Work on FCR report |
| David Jaffee | 4/5/2005 | 5.0 | Business Operations | FRC report & analysis |
| Joseph Radecki | 4/6/2005 | 2.8 | Financial Analysis | Report to FCR |
| Jonathan Brownstein | 4/6/2005 | 3.0 | Financial Analysis | Review various financial and valuation analysis; draft report to FCR |
| Ritwik Chatterjee | 4/6/2005 | 4.8 | Financial Analysis | Work on FCR report and supporting analysis |
| David Jaffee | 4/6/2005 | 6.8 | Business Operations | FRC report & analysis |
| Joseph Radecki | 4/7/2005 | 1.0 | Business Operations | Review of Proposed Hatco Transaction |
| Jonathan Brownstein | 4/7/2005 | 0.5 | Business Operations | Review of Proposed Hatco Transaction |
| Ritwik Chatterjee | 4/7/2005 | 0.5 | Business Operations | Review Hatco environmental deal |
| David Jaffee | 4/7/2005 | 7.0 | Business Operations | FRC report & analysis |
| Joseph Radecki | 4/8/2005 | 3.0 | Business Operations | Report to FCR |
| Ritwik Chatterjee | 4/8/2005 | 4.0 | Business Operations | Work on FCR report and supporting analysis |
| David Jaffee | 4/8/2005 | 5.0 | Business Operations | FRC report & analysis |
| Jonathan Brownstein | 4/11/2005 | 4.8 | Financial Analysis | Review various financial and valuation analysis; draft report to FCR |
| David Jaffee | 4/11/2005 | 4.5 | Financial Analysis | Financial and valuation analysis |
| Joseph Radecki | 4/12/2005 | 2.0 | Financial Analysis | Report to FCR; internal meetings re: same |
| Ritwik Chatterjee | 4/12/2005 | 5.0 | Financial Analysis | Financial and valuation analysis; internal meetings re: FCR report and same |
| David Jaffee | 4/12/2005 | 4.0 | Financial Analysis | Review of competitors and related financial analysis; CIBC discussions re: same |
| Joseph Radecki | 4/13/2005 | 3.5 | Financial Review | Read Monthly Operating Report, discussions re: same / report to FCR |
| Jonathan Brownstein | 4/13/2005 | 6.8 | Financial Review | Review of February 2005 Monthly Operating Report; Review Hatco Documents, discussions internally re: same |
| Ritwik Chatterjee | 4/13/2005 | 2.0 | Financial Review | Review of monthly financial report |
| David Jaffee | 4/13/2005 | 1.8 | Financial Review | Review of Debtors' month-end operating/financial report |
| Joseph Radecki | 4/14/2005 | 2.0 | Business Operations | Review Hatco Transaction Documents |
| Jonathan Brownstein | 4/14/2005 | 7.0 | Business Operations | Review Hatco Transaction Documents, Draft report to FCR |
| Ritwik Chatterjee | 4/14/2005 | 1.0 | Business Operations | Review materials for Hatco environmental deal |
| Joseph Radecki | 4/15/2005 | 1.0 | Business Operations | Internal discussions re: competitors and chemicals market conditions. |
| Ritwik Chatterjee | 4/15/2005 | 5.8 | Business Operations | Work on FCR report and supporting analysis |
| David Jaffee | 4/15/2005 | 5.0 | Business Operations | Work on FCR report and supporting analysis; continued analysis on Debtors' month-end results |
| Joseph Radecki | 4/18/2005 | 0.5 | Business Operations | Report to FCR |
| Ritwik Chatterjee | 4/18/2005 | 6.0 | Business Operations | Work on FCR report and supporting analysis |
| David Jaffee | 4/18/2005 | 6.0 | Business Operations | FRC report & analysis |
| Joseph Radecki | 4/19/2005 | 1.8 | Business Operations | Report to FCR |
| Jonathan Brownstein | 4/19/2005 | 3.0 | Business Operations | Draft report to FCR and review related analysis |
| David Jaffee | 4/19/2005 | 5.8 | Business Operations | FRC report & analysis |
| Joseph Radecki | 4/20/2005 | 3.0 | Business Operations | Report to FCR |
| Jonathan Brownstein | 4/20/2005 | 5.5 | Business Operations | Draft report to FCR and review related analysis |
| Ritwik Chatterjee | 4/20/2005 | 6.0 | Business Operations | Work on FCR report and supporting analysis |
| Joseph Radecki | 4/21/2005 | 3.0 | Business Operations | Read quarterly financials release; Read Objection of PD Claimants to CEO Motion |
| Jonathan Brownstein | 4/21/2005 | 5.3 | Business Operations | Review of Supplemental Objection of PD Claimants to CEO Employment Motion, Review of Q1 Financial Release; draft report to FCR |
| Ritwik Chatterjee | 4/21/2005 | 5.0 | Financial Review | Review quarterly fin release, work on FCR report |
| David Jaffee | 4/21/2005 | 5.0 | Financial Review | Review quarterly fin release; work on FCR report |
| Joseph Radecki | 4/22/2005 | 4.3 | Business Operations | Report to FCR and review related analysis |
| Jonathan Brownstein | 4/22/2005 | 6.3 | Business Operations | Draft report to FCR and review related analysis |
| David Jaffee | 4/22/2005 | 1.0 | Financial Review | Review quarter-end operating/financial report |
| Jonathan Brownstein | 4/25/2005 | 7.0 | Hearing Attendance | Hearing attendance via telephone; draft report to FCR; Review of Internal Analyses related to FCR presentation |
| Ritwik Chatterjee | 4/25/2005 | 5.3 | Business Operations | Work on FCR report and supporting analysis |
| Joseph Radecki | 4/26/2005 | 4.0 | Financial Review | Report to FCR; internal discussions re: same |
| Jonathan Brownstein | 4/26/2005 | 6.3 | Financial Review | Review of Grace financial information; review various financial schedules sent by Blackstone; |
| Ritwik Chatterjee | 4/26/2005 | 6.0 | Financial Review | Review of Grace financial information supplied; work on FCR report |
| David Jaffee | 4/26/2005 | 5.3 | Financial Review | FRC report & analysis |
| Jonathan Brownstein | 4/27/2005 | 2.5 | Business Operations | Conf. Call with Debtors re: Hatco transaction, Read of Pension Motion |
| Jonathan Brownstein | 4/27/2005 | 5.0 | Business Operations | Conf. Call with Debtors re: Hatco transaction; review various financial schedules sent by Blackstone, Review of Pension Motion |
| Ritwik Chatterjee | 4/27/2005 | 1.0 | Business Operations | Conference call all with Debtors re: Hatco transaction |
| David Jaffee | 4/27/2005 | 1.0 | Business Operations | Call re: Hatco transaction |
| Jonathan Brownstein | 4/28/2005 | 3.0 | Business Operations | Review results of competitors / related financial analysis. CIBC discussions re: same |
| Jonathan Brownstein | 4/28/2005 | 3.0 | Business Operations | Review results of competitors / related financial analysis; internal meetings re; same topic. |
| Ritwik Chatterjee | 4/28/2005 | 4.0 | Business Operations | Review Blackstone materials; Review results of competitors / related financial analysis; CIBC team discussion re: same issues. |
| David Jaffee | 4/28/2005 | 6.0 | Business Operations | FRC report & analysis |
| Jonathan Brownstein | 4/29/2005 | 4.3 | Business Operations | Review results of competitors / related financial analysis |
| Ritwik Chatterjee | 4/29/2005 | 4.3 | Financial Analysis | Financial analysis related to comparable companies |
| David Jaffee | 4/29/2005 | 3.5 | Financial Analysis | Review of competitors and related financial analysis |
| Ritwik Chatterjee | 4/30/2005 | 1.8 | Financial Analysis | Financial analysis related to comparable companies |

# EXHIBIT B

## W.R. Grace & Co.
## CIBC Expense Detail Report (April 1, 2005 – April 30, 2005)
## (Dates represent expense posting date)

Air fare
| | | |
|---|---|---|
| Jon Brownstein | 04/14/05 | 614.10 |
| Ritwik Chatterjee | 04/14/05 | 614.10 |
| Subtotal Air fare: | | 1,228.20 |

Hotel
| | | |
|---|---|---|
| Jon Brownstein | 04/14/05 | 286.20 |
| Ritwik Chatterjee | 04/14/05 | 286.20 |
| Subtotal Hotel: | | 572.40 |

Travel Meals
| | | |
|---|---|---|
| Jon Brownstein/Ritwik Chatterjee | 04/14/05 | 100.00 |
| Rit Chatterjee | 04/14/05 | 5.23 |
| Subtotal Meals: | | 105.23 |

Transportation
| | | |
|---|---|---|
| Jon Brownstein (car rental) | 04/14/05 | 73.54 |
| Subtotal Transportation: | | 73.54 |

Telephone
| | | |
|---|---|---|
| Joe Radecki | 04/06/05 | 95.26 |
| Subtotal Telephone: | | 95.26 |

Printing
| | | |
|---|---|---|
| Ritwik Chatterjee | 04/01/05 | 158.16 |
| Subtotal Printing: | | 158.16 |

**TOTAL EXPENSES:**                                            **$2,232.79**

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Joseph J. Radecki Jr. being duly sworn, deposes and says:

1. I am a managing director of CIBC World Markets Corp. ("CIBC"), Financial Advisor to David T. Austern, the Future Claimants' Representative in the above captioned case.

2. No agreement or understanding in any form or guise exists between CIBC and any other person for a division of compensation for services rendered in or in connection with this proceeding, and that no such division of compensation prohibited by §504 of the Bankruptcy Code will be made by CIBC, except with employees of CIBC.

3. I hereby state, in accordance with §504 of the Bankruptcy Code, that CIBC has not entered into any agreement, express or implied, with any other party in interest, including the Debtors herein, any creditor or the representative of any of them, or with any attorney for such party in interest in the proceeding, for the purpose of fixing the amount of any of the fees or other compensation to be allowed out of or paid from the assets of the estate to any party in interest in the within proceeding for services rendered in connection herewith.

4.  I have reviewed the Eleventh Monthly Interim Application of CIBC World Markets Corp. for the time period April 1, 2005 through April 30, 2005 and state that the information set forth therein is true and correct to the best of my knowledge, information and belief.

Joseph J. Radecki, Jr.

Sworn to and subscribed before me
this ___ day of May, 2005

My commission expires: _____

JUDITH CHAITOW
Notary Public, State of New York
No. 31-4689789
Qualified in New York County
Commission Expires February 28, 2006

## **CERTIFICATE OF SERVICE**

      I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on May 23, 2005, I caused the *Notice, Eleventh Monthly Interim Application of CIBC World Markets Corp., Financial Advisor to David T. Austern, Future Claimants' Representative, for Compensation for Services Rendered and Reimbursement of Expenses for the time period April 1, 2005 through April 30, 2005, Affidavit, Exhibit A, and Exhibit B,* to be served upon those persons as shown on the attached Service List in the manner set forth therein.

      Under penalty of perjury, I certify the foregoing to be true and correct.

*/s/ Debra O. Fullem*
Debra O. Fullem, Senior Legal Assistant
Swidler Berlin LLP

## SERVICE LIST

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899


*Federal Express*

Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com and slbossay@whsmithlaw.com*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com and john.port@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC


*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.


*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP


*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling


*E-mail: james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis


*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered


*E-mail: rserrette@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP


*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins


*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP