# Exhibit B

## Exhibit B

## Schedule of Projected Minimum Required Contributions
## to the Grace Retirement Plans from 2005 to 2007

| Payment Due Date | Contributions Per Plan Year (apx.) | |
| --- | --- | --- |
| | 2005 | 2006 |
| **2005** | | |
| July 15 | $ 7,540,083 | |
| October 15 | 8,732,502 | |
| **2006** | | |
| January 15 | 8,732,909 | |
| April 15 | | $13,224,000 |
| July 15 | | 13,251,000 |
| September 15 | 44,893,429 | |
| October 15 | | 13,302,000 |
| **2007** | | |
| January 15 | | 13,931,000 |
| April 15 | | -[3] |
| September 15 | | 10,339,000 |
| October 15 | | |
| **Totals** | **$69,858,923**[4] | **$64,047,000**[5] |

---

[3] It is very likely that the Debtors will also be required to make minimum contributions for the 2007 plan year. The first such contribution for that plan year would be made in April 2007, which would be a quarterly contribution for the 2007 plan year. The Debtors are not at this time asking for approval to make any contributions for the 2007 plan year.

[4] As stated, along with this Motion, the Debtors are also submitting a motion to the Court with regard to pension benefit increases under the Debtors' Lake Charles and Chattanooga union pension plans, for the June 27, 2005 hearing date. The listed amounts assume that the Lake Charles/Chattanooga motion is granted. In that case, an additional pension contribution of approximately $7,891,570 would be made to the union plans by no later than September 15, 2005. Therefore, the total for the 2005 "plan year" listed on the Schedule would increase to $77,750,493 (although the union plan contributions would legally be contributions for the 2004 plan year). In addition, no additional minimum contributions to those union pension plans would be required for 2005 or 2006. If, on the other hand, the Lake Charles /Chattanooga motion is not granted, then the amount of each required contribution currently listed in the Schedule would increase slightly --by approximately 2% to 3%-- since those union pension plans would then also require additional minimum contributions.

[5] Plus any required minimum contributions for the 2007 plan year due during the 2007 calendar year. (See footnote 3 above.)