# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                MSDS Date: 06/18/2003

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **Product Name:** | Waterproofing Membrane |
| **MSDS Number:** | M-85707 |
| **Cancelled MSDS Number:** | M-85703 |
| **MSDS Date:** | 06/18/2003 |
| **Chemical Family Name:** | Rubberized Asphalt Adhesive Sheet with Film and/or Mesh Comprising Various Components. |
| **Product Use:** | Waterproofing Membrane. |
| **Chemical Formula:** | Mixture-NA |
| **CAS # (Chemical Abstracts Service Number):** | Mixture-NA |

**Manufactured by:**

W.R.Grace & Co.-Conn.               Grace Canada, Inc.
62 Whittemore Avenue                 294 Clements Road West
Cambridge, MA 02140                  Ajax, Ontario L1S 3C6

**In Case of Emergency Call:**

In USA: (617) 876-1400   In Canada: (905) 683-8561

## SECTION 2 - COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient | CAS# | Percent (max) |
|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | 064742-04-7 | 10-25 |
| Petroleum Asphalt | 008052-42-4 | 50-100 |
| Styrene-Butadiene block copolymer | 009003-55-8 | 10-25 |

## SECTION 3 - HAZARDS IDENTIFICATION

**Emergency Overview:**
   **Warning!**
   Eye contact with rubberized asphalt residue on hands can cause irritation.
   Skin contact with rubberized asphalt can cause irritation.
   May be harmful if ingested.
   **May be harmful if absorbed through skin.**
   May cause teratogenic effects.
   May produce local skin tumors.
   Removal of release liner may generate a static electrical discharge (spark).
   Release liners are slippery. Remove from work area immediately.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name:  Waterproofing Membrane
MSDS ID Number:  M-85707                                     MSDS Date:  06/18/2003

## HMIS Rating:

| | |
|---|---|
| Health: | 2* |
| Flammability: | 1 |
| Reactivity: | 0 |
| Personal Protective Equipment: | B (See Section 8) |

## Potential Health Effects:

**Inhalation:**
Due to the physical nature of this product, inhalation is unlikely.
If heated, inhalation of vapor causes irritation, sore throat, coughing and breathing difficulty.
Effects include: Nausea, headache, dizziness and irritation.

**Eye Contact:**
Eye contact with rubberized asphalt residue on hands can cause irritation

**Skin Contact:**
Skin contact causes irritation.
Prolonged skin contact can result in dermatitis.
Contact with petroleum oils in this product, may produce serious toxic effects including skin cancer, liver damage, blood effects and effects on the unborn based on tests with laboratory animals. Animal tests indicate that prolonged and repeated skin contact to the oils in this product may produce local skin tumors.
Individuals with pre-existing skin disorders may be at increased risk for worsening their condition from exposure to this product.

**Skin Absorption:**
Product can be absorbed through the skin upon prolonged contact resulting in systemic effects such as nausea, headache, and general discomfort.

**Ingestion:**
Due to the physical nature of this product, ingestion is unlikely.
If ingested, causes burns to the linings of the mouth, esophagus and stomach.
Effects include: Nausea, vomiting and diarrhea.
Wash hands before eating.

# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name:  Waterproofing Membrane

MSDS ID Number:  M-85707                                    MSDS Date:  06/18/2003

## SECTION 4 - FIRST AID MEASURES:

**Skin Contact:**

In case of skin contact, clean fingernails and wash skin with soap and water.  If residue remains, clean with waterless hand-cream or abrasive soap.  Never use solvents.

If discomfort or irritation persists, consult a physician.

Remove contaminated clothing and wash before reuse.

**Eye Contact:**

Flush eyes with water for at least 15 minutes while holding eyelids open.

Get immediate medical attention.

**Ingestion:**

If swallowed, contact a physician immediately.

Never give anything by mouth to an unconscious person.

The decision to induce vomiting should only be made by a physician.

**Inhalation:**

If symptoms develop, get fresh air.  If symptoms persist, consult a physician.

If breathing has stopped, give artificial respiration then oxygen if needed.

Get immediate medical attention.

## SECTION 5 - FIRE AND EXPLOSION HAZARD DATA

| | |
|---|---|
| **Flash Point:** | >210C (>410F) |
| **Flash Point Method:** | Open Cup |
| **Lower Explosion Limit:** | Not Available |
| **Upper Explosion Limit:** | Not Available |
| **Auto-Ignition Temperature:** | Not Available |

## NFPA Rating:

| | |
|---|---|
| **Health:** | 1 |
| **Flammability:** | 1 |
| **Reactivity:** | 0 |

**Extinguishing Media:** In case of fire, use water spray, dry chemical, Carbon dioxide or foam.

**Special Fire Fighting Procedures:**

Wear self-contained breathing apparatus and complete personal protective equipment when potential for exposure to vapors or products of combustion exist. Avoid breathing hazardous vapors or products of combustion, keep upwind.  Isolate area and keep unnecessary people away.  Prevent run-off from fire control or dilution from entering streams or drinking water supplies.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                    MSDS Date: 06/18/2003

**Unusual Fire and Explosion Hazards:**
None unless noted below.
Removal of release paper may create a static electric discharge (sparks). Do not remove where sparks may ignite flammable vapors.

## SECTION 6 - ACCIDENTAL RELEASE MEASURES:

**Spills/Leaks:**
Due to the physical nature of this product, spills are not possible.

## SECTION 7 - HANDLING AND STORAGE

**Precautionary Measures:**
Avoid contact with eyes, skin and clothing.
Practice good personal hygiene to avoid ingestion.
Use only with adequate ventilation.
Wash clothing before reuse.
Slippery when wet or covered with frost.
Do not apply where membrane odors may penetrate living areas.
To avoid skin contact, use gloves or barrier creams. Promptly cleanse hands with waterless hand cleaner, clean fingernails and wash with soap and water after handling.
Release liners are slippery. Remove from work area immediately after membrane application.
Consistent with good roofing practice, always wear fall protection when working on roof decks.
FOR PROFESSIONAL USE ONLY. KEEP OUT OF CHILDREN'S REACH.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                    MSDS Date: 06/18/2003

## SECTION 8 - EXPOSURE CONTROLS AND PERSONAL PROTECTIVE EQUIPMENT

### EXPOSURE GUIDELINES (US)

| Ingredient | ACGIH TLV | | | OSHA PEL | | | Other |
|---|---|---|---|---|---|---|---|
| | TWA | STEL | Ceiling | TWA | STEL | Ceiling | |
| Heavy Paraffinic Distillate Solvent Extract | - | - | - | - | - | - | - |
| Petroleum Asphalt | 0.5 mg/m3 TWA (inhalable fraction); (as benzene-soluble aerosol) | - | - | - | - | - | - |
| Styrene-Butadiene block copolymer | - | - | - | - | - | - | - |

### EXPOSURE GUIDELINES (CANADA)

Employers should consult local Provincial regulatory limits for exposure guidelines, which may vary locally.

**Engineering Controls:**          Not generally required.

**Personal Protective Equipment:**

   **Respiratory Protection:** Respiratory protection is not generally required. If exposure limits are exceeded, wear approved respiratory protection.

   **Skin Protection:** Use oil impervious gloves to avoid prolonged or repeated contact with rubberized asphalt residue.

   **Eye Protection:** Not required for normal use.

## W. R. GRACE
### MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane

MSDS ID Number: M-85707                                    MSDS Date: 06/18/2003

**Work/Hygienic Practices:** Use good personal hygiene practices.
Avoid rubbing eyes while handling. Due to the physical nature of this product, ingestion is unlikely. Incidental ingestion of residue on hands can be avoided by using good personal hygiene practices.

This product contains compounds subject to exposure guidelines and/or identified as carcinogens. (See Sections 8 and 11). However, due to the physical nature of this product, these compounds are unlikely to reach exposure limits unless airborne dust or spray mist is created. To avoid skin contact, wear recommended gloves (see skin protection recommendation) and wash with soap and water after handling. Intermittent or occasional skin contact with petroleum asphalt is not expected to have serious health effects as long as good personal hygiene measures are taken. Promptly cleanse with waterless hand cleaner, clean fingernails and wash with soap and water after handling. All employees working with this product must exercise good and prudent personal hygiene practices.

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Physical State:** | Liquid |
| **Appearance/Odor:** | A black, rubberized asphalt adhesive layer on a grey/black plastic sheet with a paper or plastic release sheet. Petroleum odor. |
| **Odor Threshold:** (ppm) | Unknown |
| **pH:** | Not Applicable |
| **Vapor Pressure:** (Mm Hg) | Not Applicable |
| **Vapor Density:** (Air = 1) | Not Applicable |
| **Solubility In Water:** | Negligible |
| **Specific Gravity:** (Water = 1) | 1.0 - 1.1 |
| **Evaporation Rate:** (Butyl Acetate = 1) | Not Applicable |
| **Boiling Point:** | Not Applicable |
| **Viscosity:** | Not Available |
| **Bulk Density:** (Pounds/Cubic Foot)(Pcf) | ~70 |
| **% Volatiles (gr/L):** (70°F) (21°C) | Negligible |

## SECTION 10 - STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical Stability:** | Stable |
| **Conditions To Avoid:** | Heat, Oxidizing materials, Strong oxidizers and Water. |
| **Hazardous Polymerization:** | Will not polymerize. |
| **Hazardous Decomposition Products:** | Carbon dioxide, Carbon monoxide, Sulfur oxides and Low molecular weight hydrocarbons. |

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                   MSDS Date: 06/18/2003

## SECTION 11 - TOXICOLOGICAL INFORMATION

**Ingredient(No data unless listed.)**      **CAS Number**      **LD50 and LC50**

**Carcinogenicity:**

| Ingredient | IARC Group 1 | IARC Group 2A | IARC Group 2B | NTP Known | NTP Suspect | OSHA |
|---|---|---|---|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | No | No | No | No | No | No |
| Petroleum Asphalt | No | No | Yes | No | No | No |
| Styrene-Butadiene block copolymer | No | No | No | No | No | No |

Animal tests indicate that prolonged and repeated skin contact with the asphalt in this product may produce local skin tumors.

**Mutagenicity:**          Not applicable.

**Teratogenicity:**        Petroleum oils in this product have caused effects on the unborn based on tests with laboratory animals.

**Reproductive Toxicity:**  Not applicable.

## SECTION 12 - ECOLOGICAL INFORMATION

**Environmental Fate:**     No data available for product.
**Ecotoxicity:**            No data available for product.

## SECTION 13 - DISPOSAL CONSIDERATIONS

### Waste Disposal Procedures:
Consult all regulations (federal, state, provincial, local) or a qualified waste disposal firm when characterizing waste for disposal. According to EPA (40 CFR § 261), waste of this product is not defined as hazardous. Dispose of waste in accordance with all applicable regulations.

## SECTION 14 - TRANSPORTATION INFORMATION

**Proper Shipping Name:**          Not Applicable
**UN/NA Number:**                  Not Applicable
**Domestic Hazard Class:**         Nonhazardous
**Surface Freight Classification:** Asphalt Mixture, N.O.I.B.N.
**Label/Placard Required:**        Not Applicable

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                      MSDS Date: 06/18/2003

---

## SECTION 15 - REGULATORY INFORMATION

### REGULATORY CHEMICAL LISTS:

### CERCLA (Comprehensive Response Compensation and Liability Act):
**(None present unless listed below)**

| Chemical Name | CAS # | Wt % | CERCLA RQ |
|---|---|---|---|

### SARA Title III (Superfund Amendments and Reauthorization Act)

**SARA Section 312/Tier I & II Hazard Categories:**

| | |
|---|---|
| Health Immediate (acute) | Yes |
| Health Delayed (chronic) | Yes |
| Flammable | No |
| Reactive | No |
| Pressure | No |

### 302 Reportable Ingredients (Identification Threshold 1%.):

| Chemical Name | CAS # | Wt % | SARA 302 TPQ |
|---|---|---|---|

### 313 Reportable Ingredients (Chemicals present below reporting threshold are exempt):

| Chemical Name | CAS # | Wt % |
|---|---|---|

### National Volatile Organic Compound Emission Standards For Architectural Coatings:

**Volatile Organic Content:** (gr/L)   Not Applicable

**WHMIS Classification(s):**          D2 B

This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR).  This MSDS contains all the information required by the CPR.

---

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                    MSDS Date: 06/18/2003

## State Regulatory Information:

**California Proposition 65:**              This product contains substances known to the state of California to cause cancer, birth defects or other reproductive harm.

## Massachusetts Hazardous Substance List(Identification threshold 0.001%(1ppm)):

| **Chemical Name** | **CAS #** | **Wt %** |
|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | 064742-04-7 | 21 |

## New Jersey Hazardous Substance List(Identification threshold (0.1%)):

| **Chemical Name** | **CAS #** | **Wt %** |
|---|---|---|

## Pennsylvania Hazardous Substance List(Identification threshold 0.01%):

| **Chemical Name** | **CAS #** | **Wt %** |
|---|---|---|

## CHEMICAL INVENTORY STATUS:
## All chemicals in this product are listed or exempt from listing in the following countries:

| US | CANADA | | EUROPE | AUSTRALIA | JAPAN | KOREA | PHILIPPINES |
|---|---|---|---|---|---|---|---|
| TSCA | DSL | NDSL | EINECS/ELINCS | AICS | ENCS | ECL | PICCS |
| Yes | Yes | No | Yes | Yes | Not Determined | Yes | Yes |

# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85707                                    MSDS Date: 06/18/2003

## SECTION 16 - OTHER INFORMATION

BITUTHENE® WATERPROOFING MEMBRANE 3000, 5000, 9004, 9016, 5004, 4008, 2000, 6000
BITUTHENE® WATERPROOFING MEMBRANE 374, CP
BITUTHENE® WATERPROOFING MEMBRANE STRIPS 3000, 5000, 3000-90
BITUTHENE® LOW TEMPERATURE WATERPROOFING MEMBRANE, MEMBRANE STRIPS
BITUTHENE® SYSTEM 4000 WATERPROOFING MEMBRANE, MEMBRANE STRIPS
PERM-A-BARRIER® WALL FLASHING, PERM-A-BARRIER® WALL MEMBRANE,
PERM-A-BARRIER® LOW TEMPERATURE MEMBRANE, PAB SYSTEM 4000
GRACE ICE & WATER SHIELD®, PRMA MEMBRANE
INSULWRAP P-300, P-400, P-460 AND P-500, PITTWRAP CW
GRACE® SELECT, VYCOR® V40 WEATHER BARRIER STRIPS, GRACE VYCOR® PLUS TAPES
GRACE® BASIK™
BITUSTIK™, HATCH TAPE, GRACE VYCOR DECK PROTECTOR

### Non-Hazardous Ingredient Disclosure:

| Chemical Name | CAS Number |
|---|---|
| | |

| | |
|---|---|
| **Prepared by:** | EH&S Department |
| **Approved by:** | EH&S Department |
| **Approved Date:** | 06/18/2003 |

### Disclaimer:

"The data included herein are presented in accordance with various environment, health and safety regulations. It is the responsibility of a recipient of the data to remain currently informed on chemical hazard information, to design and update its own program and to comply with all national, federal, state and local laws and regulations applicable to safety, occupational health, right-to-know and environmental protection."

M-85698 (Asia Pacific)          **MATERIAL SAFETY DATA SHEET**          Page 1 of 8

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

MSDS PREPARED BY:  Environmental Health Dept.-Grace Construction Products
W.R.Grace (Singapore) Pte. Ltd.
25 Tanjong Perjuru
Singapore  609024
65-2653033
          Telephone Number for Information and Emergency Response

MSDS Number: M-85698    000001    Cancels MSDS # - New          Date: 03/26/2002

**Trade Names and Synonyms:**          **WATERPROOFING MEMBRANE (See Section 16**
                                        **Of MSDS For Product ID/Trade Name)**

**(SEE SECTION 16 FOR ADDITIONAL**
 **PRODUCT IDENTIFICATION)**
Chemical Names and Family:              Rubberized Asphalt Adhesive Sheet With
                                        Film and/or Mesh Comprising Various
                                        Components

Product Use:                            Waterproofing Membrane
Formula:                                Mixture-NA
CAS# (Chemical Abstract Service):       MIXTURE-N/A

## SECTION 2 - HAZARDOUS INGREDIENT AND MAJOR COMPONENT INFORMATION
##          (See Section 11 for Complete Chemical Names)

| INGREDIENT: | Max.% By Wt. | OSHA | EXPOSURE LIMITS Exposure Limits ACGIH | OTHER |
|---|---|---|---|---|
| ASPHALT | 70.00 | None Established | TLV 5 mg/m3 - TWA | NIOSH |
| CAS#   08052 42 4/ | | | (Asphalt Fume) | 5 mg/m3 |
|        64742-93-4 | | | | |
| | | | | |
| Heavy Paraffinic | 35.00 | None Established | None Established | Vendor Recommended: |
| Distillate Solvent Extract | | | | 0.2 mg/m3 |
| CAS#   64742-04-7/ | | | | -TWA (mist)- |
|        64742-10-5 | | | | |

### EXPOSURE GUIDELINES - CANADA

Employers should check with provincial regulatory agencies for exposure guidelines,
which may vary locally.

---

## SECTION 3 - HAZARDS IDENTIFICATION

### Emergency Overview:

Warning Statements:

WARNING!  MAY CAUSE SLIGHT IRRITATION.
          MAY BE HARMFUL IF IN CONTACT WITH OR ABSORBED THROUGH THE
          SKIN.
... Contains Asphalt CAS# 8052-42-4 or CAS# 64742-93-4, Heavy paraffinic
    distillate solvent extract CAS# 64742-04-7 or CAS# 64742-10-5, Styrene
    butadiene polymer CAS# 9003-55-8 and Film and/or Mesh Comprising
    Various Components.
... Repeated skin contact with Rubberized asphalt adhesive in this
    product may result in slight irritation.  Prolonged or repeated
    skin contact with the Unprocessed naphthenic oils contained in
    the Rubberized asphalt in this product may, without washing,
    cause an increased risk of skin cancer, liver damage, blood
    effects and effects on the unborn based on tests with laboratory
    animals.  Skin cleansing studies with aromatic oils show that the
    toxic effects are not likely to occur in humans if good personal
    hygiene practices are used.
... Eye contact with oil residue on hands may result in irritation.
... Release liners are slippery.  Remove from work area immediately
    after membrane application.
... Removal of the release liner may generate a static electrical
    discharge (spark).
... Read and understand all Health and Safety information on the
    product Label and Material Safety Data Sheet before use.

### NPCA-HMIS Hazard Index:

- o  Health:      2      *
- o  Flammability: 1
- o  Reactivity:   0
- o  Personal Protection: B
       (See Section 8)

### Potential Health Effects

Routes of Exposure:
  Inhalation:
  There are no known health effects due to inhalation.  Due to the
  physical nature of this product, inhalation is unlikely.

Skin and Eye:
  SKIN:  Prolonged or repeated contact with the Heavy paraffinic distillate
  solvent extract in this product may produce serious toxic effects including skin
  cancer.  Animal tests indicate that prolonged and repeated skin
  contact to the oils in this product may produce local skin tumors.

  EYE:  Eye contact with oil residue may result in irritation.

## SECTION 3 - HAZARDS IDENTIFICATION (Cont'd)

Ingestion:
There are no known health effects due to ingestion.  Due to the
physical nature of this product, ingestion is unlikely.  Wash hands
completely before eating.

Carcinogenicity Information:

**Heavy Paraffinic Distillate Solvent Extract:** This product contains
15-35% of a Heavy paraffinic distillate solvent extract which has been
shown to cause cancer in laboratory animals.  It is classified by IARC
as a positive human carcinogen.

**Petroleum Asphalt:** In March, 1987 the International Agency for
Research on Cancer (IARC) classified bitumens (such as the petroleum
asphalt in this product) as a Group 3 material, "not classifiable as
to its carcinogenicity to humans".  This classification was made
based on inadequate evidence for the carcinogenicity of undiluted
air-refined bitumens in experimental animals and inadequate evidence
that bitumens alone are carcinogenic to humans.  However, Asphalt
does contain a small amount of Polycyclic aromatic hydrocarbons which
have been shown to cause cancer and respiratory damage in animals.
NIOSH recently conducted mouse skin painting studies using selected
fractions of Asphalt fume condensate.  Skin application of the
condensate fractions resulted in skin tumors in laboratory mice.

Laboratory animals exposed to repeated applications of Asphalt
materials for their entire lifetime have developed skin tumors
primarily at the site of application.  The Asphalt material was not
washed off between exposures.  Intermittent or occasional skin
contact with petroleum Asphalts is not expected to have serious
health effects as long as good personal hygiene measures, such as
those outlined in this Material Safety Data Sheet, are followed.

No carcinogenic effects were observed during lifetime inhalation
studies with laboratory animals; although lung damage in the test
animals was observed.  Findings included bronchitis, pneumonitis and
abscess formation, among others, similar to problems caused by other
non-specific irritants.

## SECTION 4 - FIRST AID MEASURES

SKIN:          In case of skin contact, promptly cleanse the area with
               waterless hand cleaner, thoroughly clean fingernails and
               follow by washing with soap and water.  See Section 8
               of the MSDS for further information.

EYE:           If eye irritation develops due to contact with oil residue
               on hands, flush eyes with plenty of water.  Consult a
               physician if eye or skin irritation develops or if
               swallowed.

INHALATION:    If symptoms develop due to inhalation, get fresh air.  If
               breathing is difficult, give oxygen.  If not breathing,
               give artificial respiration.  Get medical attention
               immediately.

INGESTION:     If swallowed, contact a physician immediately.  The
               decision to induce vomiting should only be made by a
               physician.  Never give anything by mouth to an unconscious
               person.

## SECTION 5 - FIRE FIGHTING MEASURES

Flash Point: >210°C (>410°F)          Flammable Limits:
 Method Used: Open Cup                    LEL NA          UEL NA
N.F.P.A. Rating:  H-1  F-1  R-0

Extinguishing Media

        Water fog, alcohol foam, dry chemical or Carbon dioxide.

Special Fire Fighting Procedures
        Firefighters should be equipped with Self-Contained Breathing
        Apparatus (SCBA) to prevent inhalation of hazardous decomposition
        product.

Unusual Fire and Explosion Hazards
        Removal of the release liner may generate a static electrical dis-
        charge (spark).  Do not remove release liner where spark may ignite
        flammable vapors.

## SECTION 6 - ACCIDENTAL RELEASE MEASURES

Waste of this product is not defined as hazardous according to U. S.
EPA (40 CFR § 261.3).

## SECTION 7 - HANDLING AND STORAGE INFORMATION

Precautionary Measures:

... Promptly cleanse hands with waterless hand cleaner, clean fingernails and wash hands with soap and water after handling.
... Release liners are slippery.  Remove from work area immediately after membrane application.
... Do not remove release liner where spark may ignite flammable vapors.
... Slippery when wet or covered by frost.
... Consistent with good roofing practice, always wear fall protection when working on a roof deck.
... Do not apply where membrane odors may penetrate living areas.
... FOR PROFESSIONAL USE ONLY.  KEEP OUT OF CHILDREN'S REACH.

## SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION

Ventilation:
| | |
|---|---|
| Local Exhaust: | Not required for normal use. |
| Mechanical: | Not required for normal use. |
| Special: | Not Applicable |
| Other: | Not Applicable |

Respiratory Protection:
Wear NIOSH-approved respiratory protection to prevent employee exposures from exceeding the limits specified in Section 2.

Skin Protection:
In order to avoid prolonged or repeated contact with oil residue, use of oil impervious gloves is recommended.

Eye Protection:
Not required for normal use.

Other Protective Clothing or Equipment:
Not Applicable

Work/Hygienic Practices:

Avoid rubbing eyes while handling.  Due to the physical nature of this product, ingestion is unlikely.  Incidental ingestion of rubberized asphalt residue on hands can be avoided by using good personal hygiene practices.

This product contains Heavy paraffinic distillate solvent extract. Heavy paraffinic distillate solvent extract contain high concentrations of Polycyclic aromatic compounds, some of which have been shown to cause skin cancer in humans, under conditions of poor personal hygiene and prolonged, repeated contact.  Certain components of these compounds have also produced harmful effects in laboratory animals after absorption through the skin. Although these effects have been principally to the liver and blood-forming organs, the unborn young of these animals may also be affected.  The animal experiments also showed that these effects can be prevented by thorough removal of the oil from the skin.  Skin cleansing studies with aromatic oils show that the toxic effects are not likely to occur in humans if good personal hygiene practices are used.

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

Boiling Point:    Not Applicable          Specific Gravity($H_2O=1$) 1.0-1.1

Vapor Pressure (mm Hg.) Not Applicable     % Volatiles          Negligible

Vapor Density(AIR = 1) Not Applicable      Evaporation Rate     Not Applicable
                                           (Butyl Acetate = 1)

Solubility in Water: Negligible            pH                   Not Applicable

Bulk Density (#/cu. ft): ~70

Appearance and Odor: A black, rubberized asphalt adhesive layer
                     on a grey/black plastic sheet with a paper
                     or plastic release sheet.  Petroleum odor.

Odor Threshold:
 Unknown

## SECTION 10 - STABILITY AND REACTIVITY

Stable under normal conditions (yes or no):  YES
    Conditions or Materials to avoid (which may react or cause instability):
        Strong oxidizers

Hazardous Decomposition or Byproducts:
        Carbon monoxide, Sulfur oxides, Asphyxiants

Hazardous Polymerization:
        Not Applicable

  Conditions to Avoid:
        Not Applicable

## SECTION 11 - TOXICOLOGICAL INFORMATION

| INGREDIENT (Chemical Name, CAS#, & Common Name) | TOXICITY DATA: $LD_{50}$ & $LC_{50}$ (See Section 2 for Exposure Limits) |
|---|---|
| **Asphalt** CAS# 8052-42-4/ 64742-93-4 | No Toxicity Data Available |
| **Heavy paraffinic distillate solvent extract** CAS# 64742-04-7/ 64742-10-5 | $LD_{50}$ Oral (Rat) = 5 g/kg |

down load seat

## SECTION 12 - ECOLOGICAL INFORMATION
None Available At This Time

## SECTION 13 - DISPOSAL CONSIDERATIONS

Consult all regulations (federal, state, provincial, local) or a
qualified waste disposal firm when characterizing waste for disposal.
Dispose of waste in accordance with all applicable regulations.

## SECTION 14 - TRANSPORT INFORMATION

Transportation Hazard Classification

PROPER SHIPPING: Nonhazardous
    NAME
HAZARD CLASS:        Nonhazardous
IDENTIFICATION #:    Not Applicable
LABEL(s) REQUIRED:   Not Applicable

Surface Freight Classification:    Asphalt Mixture, N.O.T.B.N.

## SECTION 15 - REGULATORY INFORMATION    (Not Meant To Be All Inclusive Selected Regulations Represented)

### SARA TITLE III REPORTING INFORMATION
Tier I & II HAZARD CATEGORIES:    DELAYED (CHRONIC) HEALTH
                                  IMMEDIATE (ACUTE) HEALTH

Contains Extremely Hazardous-SARA III Section 302 Ingredient:    NO
    Comments:

Contains Toxic Chemical Release-SARA III Section 313 Ingredient:    NO
    Comments:

## Other Government Reporting Requirements:

### CHEMICAL INVENTORY CERTIFICATION:

#### For U.S. Products ONLY
All ingredients contained in this product are included on the US EPA
Toxic Substances Control Act (TSCA) Inventory or exempt from listing on
the TSCA Inventory.

#### For Canadian Products ONLY
All ingredients contained in this product comply with the requirements
of the Canadian Environmental Protection Act (CEPA) and are listed
on the Domestic Substance List (DSL) or Non-Domestic Substance List (NDSL).

**CALIFORNIA PROPOSITION 65 INFORMATION:** WARNING! This product contains
substances known to the State of California to cause cancer, birth defects
and other reproductive harm.

**WHMIS CLASS:** D-2B

This product has been classified in accordance with the hazard
criteria of the Controlled Products Regulation **(CPR)**. This
MSDS contains all the information required by the CPR.


Nonhazardous Ingredient Disclosure:
 Styrene butadiene polymer CAS# 9003-55-8 and Polyolefin film.


**SECTION 16 - OTHER INFORMATION**
The information contained in this Material Safety Data Sheet is applicable to
the following products:

BITUTHENE® WATERPROOFING MEMBRANE 3000, 5000, 9004, 9016, 5004, 4008, 2000, 6000
BITUTHENE® WATERPROOFING MEMBRANE 374, CP, CP (LT), 2000LT, 3000LT
BITUTHENE® WATERPROOFING MEMBRANE STRIPS 3000, 5000, 3000-90
BITUTHENE® LOW TEMPERATURE WATERPROOFING MEMBRANE, MEMBRANE STRIPS
BITUTHENE® SYSTEM 4000 WATERPROOFING MEMBRANE, MEMBRANE STRIPS
PERM-A-BARRIER® WALL FLASHING, PERM-A-BARRIER® WALL MEMBRANE,
PERM-A-BARRIER® LOW TEMPERATURE MEMBRANE, PAB SYSTEM 4000
GRACE ICE & WATER SHIELD®, GRACE ICE & WATER SHIELD® (LT), PRMA MEMBRANE
INSULWRAP P-300, P-400, P-460 AND P-500, PITTWRAP CW
VYCOR® SELECT, VYCOR® V40 WEATHER BARRIER STRIPS, VYCOR® PLUS
VYCOR® BASIK™
BITUSTIK™, HATCH TAPE


And the low temperature variants (indicated by LT) for the above products.

This is to be used for the BIT 3000LT, BIT 2000LT, GRACE ICE & WATER SHIELD (LT),
BIT CP (LT), where a low temperature compound will be used.

"THE DATA INCLUDED HEREIN ARE PRESENTED IN ACCORDANCE WITH VARIOUS ENVIRONMENT, HEALTH
AND SAFETY REGULATIONS.  IT IS THE RESPONSIBILITY OF A RECIPIENT OF THIS DATA TO REMAIN
CURRENTLY INFORMED ON CHEMICAL HAZARD INFORMATION, TO DESIGN AND UPDATE ITS OWN PROGRAM
AND TO COMPLY WITH ALL NATIONAL, FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS
APPLICABLE TO SAFETY, OCCUPATIONAL HEALTH, RIGHT-TO-KNOW AND ENVIRONMENTAL PROTECTION."

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648       **MATERIAL SAFETY DATA SHEET**       Page 1 of 12

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

MSDS PREPARED BY:  Environmental Health Dept.-Grace Construction Products

| | |
|---|---|
| W.R.Grace & Co.-Conn. | Grace Canada, Inc. |
| 62 Whittemore Ave. | 294 Clements Rd. West |
| Cambridge, MA 02140 | Ajax, Ontario, L1S 3C6 |

Telephone Number for Information and Emergency Response

In USA: (617) 876-1400       In Canada: (905) 683-8561

**MSDS Number: M-85648    000001    Cancels MSDS # M-85635     Date: 09/29/1998**

| Trade Names and Synonyms: | WATERPROOFING PRIMERS (See Section 16 Of MSDS For Product ID/Trade Name) |
|---|---|
| **(SEE SECTION 16 FOR ADDITIONAL PRODUCT IDENTIFICATION)** | |
| Chemical Names and Family: | Synthetic Rubber Solution in Organic Solvent |
| Product Use: | Horizontal and Vertical Grade Primer |
| Formula: | Mixture-NA |
| CAS# (Chemical Abstract Service): | MIXTURE-NA |

## SECTION 2 - HAZARDOUS INGREDIENT AND MAJOR COMPONENT INFORMATION
### (See Section 11 for Complete Chemical Names)

| INGREDIENT: | Max.% By Wt. | EXPOSURE LIMITS (See Section 8 for Canadian Limits) Exposure Limits | | |
|---|---|---|---|---|
| | | OSHA | ACGIH | OTHER |
| **NAPHTHENIC OIL** CAS# 64742-52-5 | 5.00 | *PEL - 5mg/m3 *Oil Mist | *TLV - 5mg/m3 *Oil Mist | None Established |
| **ETHYLBENZENE** CAS# 00100-41-4 | 20.00 | PEL-100 ppm (435 mg/m$^3$)-TWA STEL-125 ppm (545 mg/m$^3$) | TLV-100 ppm (434 mg/m$^3$)-TWA STEL-125 ppm (543 mg/m$^3$) | NIOSH PEL-100ppmTWA (435 mg/m$^3$) STEL-125 ppm (545 mg/m$^3$) |
| TOLUENE CAS# 00108-88-3 | 1.00 | 100 ppm - TWA (375 mg/m$^3$-TWA) 150 ppm - STEL | 100 ppm - TWA (377 mg/m$^3$-TWA) 150 ppm - STEL | NIOSH 100 ppm - TWA 200 ppm - Ceiling |
| XYLENE CAS# 01330-20-7 | 65.00 | PEL-100ppm (435 mg/m$^3$)-TWA STEL-150ppm STEL-655 mg/m3-TWA | TLV-100ppm (434 mg/m$^3$)-TWA STEL-150ppm (651 mg/m$^3$) | NIOSH 100ppm (435 mg/m3 -TWA) STEL-150ppm STEL-655 mg/m3-TWA |

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                    **MATERIAL SAFETY DATA SHEET**                    Page 2 of 12

---

## SECTION 3 - HAZARDS IDENTIFICATION

### Emergency Overview:

Warning Statements:

WARNING!  FLAMMABLE LIQUID.
... Mixture contains Xylene CAS# 1330-20-7, Ethyl benzene CAS#
    100-41-1, Toluene CAS# 108-88-3, Severely hydrotreated heavy
    Naphthenic oil CAS# 64742-52-5, Hydrocarbon resin CAS# 68131-77-1,
    Styrene butadiene polymer CAS# 9003-55-8 and 1,4 Dialkylamino
    anthraquinone CAS# 71819-49-3.
... **VAPORS MAY IGNITE EXPLOSIVELY.**
... **VAPORS ARE HEAVIER THAN AIR AND MAY TRAVEL TO DISTANT SOURCES OF
    IGNITION AND FLASH BACK.**
... Harmful if swallowed or inhaled.
... Overexposure to vapors may cause dizziness, headache, weakness,
    euphoria, excitement, drowsiness, incoordination, cardiac
    distress, central nervous system depression, confusion, coma or
    death at high concentrations (See MSDS-Section 3).
... **FORCED VENTILATION AND/OR A NIOSH-APPROVED RESPIRATOR MUST BE
    USED WHEREVER EXPOSURES CANNOT BE MAINTAINED BELOW EXPOSURE
    LIMITS-CONSULT (See MSDS-SECTIONS 2 & 8).**
... May cause irritation to eyes, skin and respiratory tract.
... Read and understand all Health and Safety information on
    the product Label and Material Safety Data Sheet before use.

**NPCA-HMIS Hazard Index:**
- o  Health:         3      *
- o  Flammability:  3
- o  Reactivity:    0
- o  Personal Protection: B,G
       (See Section 8)

### Potential Health Effects
Routes of Exposure:
 Inhalation:
  Read MSDS Sections 2 & 8 for current Exposure Limits before use.  May
  cause irritation of the nose, throat, and respiratory tract.  Inhala-
  tion may cause central nervous system depression and minor reversible
  effects upon liver and kidneys.  At high concentrations vapor may
  cause dizziness, staggering, drowsiness and unconsciousness.  Also,
  at very high concentrations, breathing vapors may cause pulmonary
  edema (excessive fluid in the lungs), anorexia (loss of appetite),
  nausea, vomiting, abdominal pain (pain in the stomach area), chemical
  pneumonitis (inflammation of the lungs), hemorrhage (bleeding),
  respiratory depression, coma or death.  Hearing loss, reproductive and
  mutagenic hazards are possible from repeated overexposure based on
  tests with laboratory animals.

  The solvent in this product has a low order of acute oral and dermal
  toxicity, but minute amounts aspirated into the lungs during ingestion
  or vomiting may cause mild to severe pulmonary injury and possibly death.

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                    **MATERIAL SAFETY DATA SHEET**                    Page 3 of 12

---

### SECTION 3 - HAZARDS IDENTIFICATION (Cont'd)

Skin and Eye:
Exposure to vapor may cause eye irritation.  Repeated exposure to high
concentrations of vapor may cause reversible eye damage.  Contact
with eyes or skin may cause irritation.  Prolonged or repeated contact
may defat skin (remove the natural protective oils) leading to irrita-
tion or dermatitis (inflammation) resulting in itching, redness and
rash.

Ingestion:
Based on ingredient information, the oral toxicity is estimated to be
low and, therefore, not expected to be harmful if swallowed in small
amounts.  However, actual toxicity of the finished product is unknown.
Therefore, ingestion of any amount should be avoided.  Ingestion may
cause symptoms similar to those of inhalation.  Aspiration of liquid
into lungs, which can be caused by vomiting, can cause systemic
effects similar to those of inhalation.

The solvent in this product has a low order of acute oral and dermal
toxicity, but minute amounts aspirated into the lungs during ingestion
or vomiting may cause mild to severe pulmonary injury and possibly
death.

Carcinogenicity Information:
OSHA - No
IARC - No
NTP  - No

# DISCONTINUED PRODUCT AS OF 01/01/2000

---

## SECTION 4 - FIRST AID MEASURES

SKIN:       In case of skin contact, thoroughly clean fingernails and
            wash skin with soap and water, waterless hand creams or
            abrasive soap.  If irritation develops, consult a
            physician.
EYE:        In case of eye contact, flush eyes with plenty of water
            for 15 minutes and consult a physician.
INHALATION: If symptoms develop due to inhalation, get fresh air.  If
            breathing is difficult, give oxygen.  If not breathing
            give artificial respiration.  Get medical attention
            immediately.
SWALLOWED:  If swallowed contact a physician immediately.  Decision to
            induce vomiting should only be made by a physician.  Never
            give anything by mouth to an unconscious person.

---

## SECTION 5 - FIRE FIGHTING MEASURES

Flash Point:  ~80°F/27°C                  Flammable Limits:
Method Used: Tag Closed Cup (Xylene)      LEL 1.0        UEL 7.0
N.F.P.A. Rating:  H-2  F-3  R-0

Extinguishing Media

        Carbon dioxide; dry chemical or foam
Special Fire Fighting Procedures
        Water spray may be ineffective.  Water may be used to cool closed
        containers in order to prevent pressure build up and possible auto-
        ignition or explosion when exposed to extreme heat.  Fog nozzles
        are preferred if water is used.

Unusual Fire and Explosion Hazards
        Keep containers closed except when in use.  Keep away from heat,
        electrical equipment, sparks, and open flame.  Closed containers
        may explode when exposed to extreme heat.  Vapors are heavier than
        air and may travel along ground to ignition sources distant from
        materials handling point such as electrical equipment, smoking
        materials, welding torches, pilot lights, etc.  Extinguish all
        pilot lights and all sources of ignition.  Product or product
        residue can ignite explosively.  Do not cut, drill, grind, or weld
        on or near container whether empty or full.  Flammable Liquid -
        Class IB.

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                  **MATERIAL SAFETY DATA SHEET**                  Page 5 of 12

---

## SECTION 6 - ACCIDENTAL RELEASE MEASURES

### U.S. RELEASES

Because of the Xylene content (CAS# 1330-20-7) this product is considered a hazardous substance under the U.S. EPA Clean Water Act. Spills of this product must be reported to the National Response Center at 1-800-424-8802. Spill reporting requirements and reportable quantites vary by region. In case of any spill or release, consult all applicable state and local regulations.

Observing all precautions noted above, absorb spilled product with an inert noncombustible material and remove for disposal. Remove all sources of ignition. Do not use metal shovels or other tools which could create sparks.

Waste which results from the clean up of spilled product, absorbed by a noncombustible absorbing media would not be considered a hazardous waste once the Xylene (ignitable content) has evaporated.

Waste/rejected product consisting of unused liquid product in sealed containers is an EPA Hazardous Waste #D001 (due to its ignitability). Dispose of all waste at a disposal facility as permitted by applicable government regulations.

### CANADIAN RELEASES

Prevent spills from entering drinking water supplies or streams. Observing above precautions, collect liquid or solidify with an inert noncombustible material and remove for disposal.

Dispose of all waste in accordance with all applicable government regulations.

---

## SECTION 7 - HANDLING AND STORAGE INFORMATION

Precautionary Measures:

... **Forced ventilation is necessary in pits and other confined or poorly ventilated areas. (See MSDS-Sections 2 & 8)**
... Avoid inhaling vapors or mists even when adequate ventilation is available.
... **KEEP AWAY FROM HEAT, SPARKS, OPEN FLAMES, ELECTRICAL EQUIPMENT, SMOKING MATERIALS, WELDING TORCHES, PILOT LIGHTS, ETC.**
... Enforce no-smoking policy for all trades present on job site.
... When working around heating and air conditioning systems, block air intake vents to prevent vapor from traveling into buildings.
... Avoid contact with eyes, skin and clothing.
... In case of fire use Carbon dioxide, dry chemical or foam.
... Keep container closed tightly when not in use to avoid unnecessary release of vapors and to prevent spills.
... Bond and ground containers if transfering product.
... Do not reuse empty containers.
... Do not cut, drill, grind or weld on or near container whether full or empty.
... FOR PROFESSIONAL USE ONLY. KEEP OUT OF CHILDREN'S REACH.

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                     **MATERIAL SAFETY DATA SHEET**                Page 6 of 12

## SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION/CANADIAN EXPOSURE LIMITS

Ventilation:
Explosion-proof portable ventilation is required to prevent vapor
build up in spray applications or during application in enclosed or
depressed areas.  Vapors are heavier than air and will build up in
confined spaces without ventilation.  Vapor build up can be life
threatening.  Portable equipment such as a Coppus Vano] portable
blower/exhauster should be used in accordance with the manufacturer's
instructions.

Respiratory Protection:
A chemical cartridge respirator with organic vapor cartridge is
required at or above the Permissible Exposure Limit (PEL).  Consult
MSDS Section 2 for exposure limits.  A dust/mist cartridge or
prefilter may be needed in addition to control exposure to mists.
Supplied air or self-contained breathing apparatus is required at
higher exposure levels above the capabilities of a chemical cartridge
respirator.

# DISCONTINUED PRODUCT AS OF 01/01/2000

---

**SECTION 8 – EXPOSURE CONTROLS/PERSONAL PROTECTION/CANADIAN EXPOSURE LIMITS  (Cont'd)**

Skin Protection:
 PVA supported polyvinyl alcohol gloves are recommended.  Natural
 rubber gloves should not be used.

Eye Protection:
 Wear goggles to prevent exposure to high vapor concentrations.  Wear
 goggles, safety glasses or a full face shield to prevent contact due
 to splashing.

Other Protective Clothing or Equipment:
 Normal work clothes with long sleeves should be worn.

Work/Hygienic Practices:

 You and your personnel must completely understand the fire and explosion
 hazards before using solvent-based products.  Any of your employees or
 other contractor's personnel who come in contact with this product should
 be informed of all precautions required for safe handling.

 All containers for products which may involve safety hazards must be
 labeled to identify the precautions required.  Your personnel should be
 made aware of the precautions identified on the product labels as well as
 all the information contained above in this Material Safety Data Sheet
 and the following:

   1.  Smoking must not be permitted anywhere in the vicinity of the
       work when using solvent-based products.

   2.  Use of flames, sparks, or electrical equipment shall not be
       permitted in or near the work area.  This includes welding,
       soldering, or other activities involving flames, sparks or high
       heat sources.  Do not cut, drill, grind, or weld on or near con-
       tainer whether empty or full.  Solvent vapors have been known to
       migrate from the work site.  Therefore, remote ignition sources
       should be extinguished.

   3.  Positive ventilation may be required to avoid build up of solvent
       vapors.  Particular attention should be given to low areas such
       as pits, depressions or trenches which may collect vapors which
       are heavier than air.  Particular care must be taken in enclosed
       areas, or in situations where wind cannot naturally ventilate the
       work area.  Forced ventilation may be required if natural venti-
       lation is inadequate.  Careful review of the above respiratory
       protection and ventilation control is essential!

# DISCONTINUED PRODUCT AS OF 01/01/2000

## SECTION 8 - EXPOSURE CONTROLS/PERSONAL PROTECTION/CANADIAN EXPOSURE LIMITS (Cont'd)

Provincial Exposure Limits

| Ingredients | ACGIH | ALBERTA | B.C. | ONTARIO | QUEBEC |
|---|---|---|---|---|---|
| XYLENE: | 100ppm-8 hr TLV | 100ppm-8 hr | 100ppm-8 hr | 100ppm-8hr TWAEV | 100ppm-AVE |
| CAS# 1330-20-7 | 150ppm-STEL | 150ppm-15 Min | 150ppm-15 Min | 150ppm-15 Min STEV | 150ppm-Max |
| | | | | | |
| ETHYL BENZENE | 100ppm-TLV | 100ppm-8 hr | 100ppm-8 hr | 100ppm-TWAEV | 100ppm-AVE |
| CAS# 100-41-4 | 125ppm-STEL | 125ppm-15 Min | 125ppm-15Min | 125ppm-STEV | 125ppm-Max |
| | | | | | |
| TOLUENE | 100ppm-TLV | 100ppm-8 hr | 100ppm-8 hr | ----- | 100ppm-AVE |
| CAS# 108-88-3 | 150ppm-STEL | 150ppm-15 Min | 150ppm-15 Min | ----- | 150ppm-Max |

0450r

## DISCONTINUED PRODUCT AS OF 01/01/2000

### SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

Boiling Point:    280°F/138°C              Specific Gravity(H$_2$O=1) 0.9 (Xylene)
                  (estimated)

Vapor Pressure (mm Hg.) 6-10 (Xylene)      % Volatiles              ~80

Vapor Density(AIR = 1) 3.7 (Xylene)        Evaporation Rate         0.75 (Xylene)
                                           (Butyl Acetate = 1)

Solubility in Water: Practically           pH                       Not Available
                     Insoluble
Bulk Density (#/cu. ft): Not Applicable

Appearance and Odor: Smooth black liquid with aromatic
                     solvent odor.
Odor Threshold:
  Xylene = 1.1 ppm

### SECTION 10 - STABILITY AND REACTIVITY

Stable under normal conditions (yes or no):   YES
  Conditions or Materials to avoid (which may react or cause instability):
        Heat sources, sparks, open flame.


Hazardous Decomposition or Byproducts:
        Depending upon temperature and environmental conditions, a variety of
        decomposition products may be present including, but not limited to
        Methane, Propane, Carbon monoxide, Carbon dioxide, Acrolein, Halogen-
        ated compounds, Acids, Ketones and Aldehydes.

Hazardous Polymerization:
        Will not occur.

  Conditions to Avoid:
        None Known

# DISCONTINUED PRODUCT AS OF 01/01/2000

## SECTION 11 - TOXICOLOGICAL INFORMATION

| INGREDIENT (Chemical Name, CAS#, & Common Name) | TOXICITY DATA $LD_{50}$, $LC_{50}$ etc. (See Section 2 for Exposure Limits) |
|---|---|
| Xylene (Xylol, Dimethyl-benzene) (CAS# 1330-20-7) | $LD_{50}$ (Oral rat) = 4,300 mg/kg  $LC_{50}$ (Inhalation rat) = 5,000ppm/ 4 hr. |
| Ethyl Benzene (CAS# 100-41-4) | $LD_{50}$ (Oral rat) = 3,500 mg/kg |
| Toluene (CAS# 108-88-3) | $LD_{50}$ (Oral rat) = 5,000 mg/kg |

## SECTION 12 - ECOLOGICAL INFORMATION

None Available At This Time

## SECTION 13 - DISPOSAL CONSIDERATIONS

**U.S. DISPOSAL**

Waste which results from the clean-up of spilled product, absorbed by
a noncombustible absorbing media, would not be considered a hazardous
waste once the Xylene (ignitable content) has evaporated.

Waste/rejected product consisting of unused liquid product in sealed
containers IS an EPA Hazardous Waste #D001 (due to its ignitability).
Dispose of all waste at a disposal facility as permitted by applicable
government regulations.

Consult all regulations (federal, state, provincial, local etc.)or
a qualified waste disposal firm when characterizing waste for disposal.
Dispose of waste in accordance with all applicable regulations.

**CANADIAN DISPOSAL**

Consult all regulations (federal, state, provincial, local etc.)or
a qualified waste disposal firm when characterizing waste for disposal.
Dispose of waste in accordance with all applicable regulations.

# DISCONTINUED PRODUCT AS OF 01/01/2000

## SECTION 14 - TRANSPORT INFORMATION

**Transportation Hazard Classification**

| United States DOT | Canadian Regulations |
|---|---|
| PROPER SHIPPING: NAME | TDG CLASS: |
| HAZARD CLASS:  Hydrocarbons,liquid,NOS | |
| IDENTIFICATION #:  (Xylene, Ethyl Benzene), | |
| LABEL(s) REQUIRED:  3, UN3295, III | |

Surface Freight Classification:      Not Applicable

## SECTION 15 - REGULATORY INFORMATION

(Not Meant To Be All Inclusive Selected Regulations Represented)

### SARA TITLE III REPORTING INFORMATION
#### Tier I & II HAZARD CATEGORIES:

DELAYED (CHRONIC) HEALTH
FIRE
IMMEDIATE (ACUTE) HEALTH

Contains Extremely Hazardous-SARA III Section 302 Ingredient:      NO
    Comments:

Contains Toxic Chemical Release-SARA III Section 313 Ingredient:   YES
    Comments: Contains ~65% Xylene; ~20% Ethyl benzene; ~1% Toluene.

## Other Government Reporting Requirements:

### CHEMICAL INVENTORY CERTIFICATION:

### For U.S. Products ONLY
All ingredients contained in this product are included on the US EPA
Toxic Substances Control Act (TSCA) inventory or exempt from listing on
the TSCA inventory.

### For Canadian Products ONLY
All ingredients contained in this product comply with the requirements
of the Canadian Environmental Protection Act (CEPA) and are listed
on the Domestic Substance List (DSL) or Non-Domestic Substance List (NDSL).

### CALIFORNIA PROPOSITION 65 INFORMATION:  WARNING!  The State of California
has determined that one or more substances in this product may cause cancer,
birth defects or other reproductive harm.

### VOLATILE ORGANIC COMPOUNDS:
This product meets the definition of "Quick Dry" under Architectural Coatings
regulations.

| | | |
|---|---|---|
| Bituthene P-3000 Primer | VOC Content: | 710 g/l |
| Bituthene Green Concrete Primer | VOC Content: | 710/g/l |
| Bituthene Low VOC Content Primer | VOC Content: | 450 g/l |

# DISCONTINUED PRODUCT AS OF 01/01/2000

M-85648                    **MATERIAL SAFETY DATA SHEET**                    Page 12 of 12

**WHMIS CLASS:**
Class-B, Division-2:  Flammable Liquids

This product has been classified in accordance with the hazard criteria of the Controlled Products Regulation **(CPR)**.  This MSDS contains all the information required by the CPR.

2635f

Nonhazardous Ingredient Disclosure:

Hydrocarbon Resin CAS# 06831-77-1,
Styrene Butadiene Polymer CAS# 09003-55-8

**SECTION 16 - OTHER INFORMATION**
The information contained in this Material Safety Data Sheet is applicable to the following products:

Bituthene P-3000 Primer
Bituthene Green Concrete Primer
Bituthene Low VOC Content Primers

**DISCONTINUED PRODUCTS:**
PRMA Primer **(Discontinued 1995)**
Bituthene Low VOC Green Concrete Primer  **(Discontinued 9/12/94)**
Servi Wrap Primers **(Discontinued 1/98)**

"THE DATA INCLUDED HEREIN ARE PRESENTED IN ACCORDANCE WITH VARIOUS ENVIRONMENT, HEALTH AND SAFETY REGULATIONS.  IT IS THE RESPONSIBILITY OF A RECIPIENT OF THIS DATA TO REMAIN CURRENTLY INFORMED ON CHEMICAL HAZARD INFORMATION, TO DESIGN AND UPDATE ITS OWN PROGRAM AND TO COMPLY WITH ALL NATIONAL, FEDERAL, STATE AND LOCAL LAWS AND REGULATIONS APPLICABLE TO SAFETY, OCCUPATIONAL HEALTH, RIGHT-TO-KNOW AND ENVIRONMENTAL PROTECTION."

o:\ehsdocs\msds\watprf\WP Primers M-85648.doc

This is the html version of the file
http://www.na.graceconstruction.com/custom/msds/downloads/waterproofing/WPMem.PDF.
G o o g l e automatically generates html versions of documents as we crawl the web.
To link to or bookmark this page, use the following url: http://www.google.com/search?q-cache:a596-
QI9pGgJ:www.na.graceconstruction.com/custom/msds/downloads/waterproofing/WPMem.PDF+cas%23+064742-04-7&hl=en

*Google is not affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **cas 064742 04 7**

**Page 1**

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694

MSDS Date: 04/26/2002

## SECTION 1 - CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

| | |
|---|---|
| **Product Name:** | Waterproofing Membrane |
| **MSDS Number:** | M-85694 |
| **Cancelled MSDS Number:** | M-85693 |
| **MSDS Date:** | 04/26/2002 |
| **Chemical Family Name:** | Rubberized Asphalt Adhesive Sheet with Film and/or Mesh Comprising Various Components. |
| **Product Use:** | Waterproofing Membrane. |
| **Chemical Formula:** | Mixture-NA |
| **CAS # (Chemical Abstracts Service Number):** | Mixture-NA |

**Manufactured by:**

W.R.Grace & Co.-Conn.          Grace Canada, Inc.
62 Whittemore Avenue          294 Clements Road West
Cambridge, MA 02140          Ajax, Ontario L1S 3C6

**In Case of Emergency Call:**

In USA: (617) 876-1400 In Canada: (905) 683-8561

## SECTION 2 - COMPOSITION/INFORMATION ON INGREDIENTS

| Ingredient | CAS# | Percent (ma: |
|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | **064742-04-7** | 10-25 |
| Petroleum Asphalt | 008052-42-4 | 50-100 |
| Styrene-Butadiene block copolymer | 009003-55-8 | 10-25 |

## SECTION 3 - HAZARDS IDENTIFICATION

**Emergency Overview:**

**Warning!**

Eye contact with rubberized asphalt residue on hands can cause irritation.

Skin contact with rubberized asphalt can cause irritation.

May be harmful if ingested.

May be harmful if absorbed through skin.

May cause teratogenic effects.

May produce local skin tumors.

Removal of release liner may generate a static electrical discharge (spark).

Release liners are slippery. Remove from work area immediately.

www.graceconstruction.com                    Page 1 of 10                                    04/26/02

---

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694                                        MSDS Date: 04/26/2002

**HMIS Rating:**

| | |
|---|---|
| Health: | 2* |
| Flammability: | 1 |
| Reactivity: | 0 |
| Personal Protective Equipment: | B (See Section 8) |

**Potential Health Effects:**

**Inhalation:**

Due to the physical nature of this product, inhalation is unlikely.

If heated, inhalation of vapor causes irritation, sore throat, coughing and breathing difficulty.

Effects include: Nausea, headache, dizziness and irritation.

**Eye Contact:**

Eye contact with rubberized asphalt residue on hands can cause irritation

**Skin Contact:**

Skin contact causes irritation.

Prolonged skin contact can result in dermatitis.

Contact with petroleum oils in this product, may produce serious toxic effects including skin cancer, liver damage, blood effects and effects on the unborn based on tests with laboratory animals. Animal tests indicate that prolonged and repeated skin contact to the

oils in this product may produce local skin tumors.

Individuals with pre-existing skin disorders may be at increased risk for worsening their condition from exposure to this product.

**Skin Absorption:**

Product can be absorbed through the skin upon prolonged contact resulting in systemic effects such as nausea, headache, and general discomfort.

**Ingestion:**

Due to the physical nature of this product, ingestion is unlikely.

If ingested, causes burns to the linings of the mouth, esophagus and stomach.

Effects include: Nausea, vomiting and diarrhea.

Wash hands before eating.

---

**Page 3**

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694

MSDS Date: 04/26/2002

### SECTION 4 - FIRST AID MEASURES:

**Skin Contact:**

In case of skin contact, clean fingernails and wash skin with soap and water. If residue remains, clean with waterless hand-cream or abrasive soap. Never use solvents.

If discomfort or irritation persists, consult a physician.

Remove contaminated clothing and wash before reuse.

**Eye Contact:**

Flush eyes with water for at least 15 minutes while holding eyelids open.

Get immediate medical attention.

**Ingestion:**

ingestion.

If swallowed, contact a physician immediately.

Never give anything by mouth to an unconscious person.

The decision to induce vomiting should only be made by a physician.

**Inhalation:**

If symptoms develop, get fresh air. If symptoms persist, consult a physician.

If breathing has stopped, give artificial respiration then oxygen if needed.

Get immediate medical attention.

## SECTION 5 - FIRE AND EXPLOSION HAZARD DATA

| | |
|---|---|
| **Flash Point:** | >210C (>410F) |
| **Flash Point Method:** | Open Cup |
| **Lower Explosion Limit:** | Not Available |
| **Upper Explosion Limit:** | Not Available |
| **Auto-Ignition Temperature:** | Not Available |

**NFPA Rating:**

| | |
|---|---|
| **Health:** | 1 |
| **Flammability:** | 1 |
| **Reactivity:** | 0 |

**Extinguishing Media:** In case of fire, use water spray, dry chemical, Carbon dioxide or foam.

**Special Fire Fighting Procedures:**

Wear self-contained breathing apparatus and complete personal protective equipment when potential for exposure to vapors or products of combustion exist. Avoid breathing hazardous vapors or products of combustion, keep upwind. Isolate area and keep unnecessary people away. Prevent run-off from fire control or dilution from entering streams or drinking water supplies.

## W. R. GRACE
### MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694

MSDS Date: 04/26/2002

**Unusual Fire and Explosion Hazards:**

None unless noted below.

Removal of release paper may create a static electric discharge (sparks). Do not remove where sparks may ignite flammable vapors.

## SECTION 6 - ACCIDENTAL RELEASE MEASURES:

**Spills/Leaks:**

Due to the physical nature of this product, spills are not possible.

## SECTION 7 - HANDLING AND STORAGE

**Precautionary Measures:**

Avoid contact with eyes, skin and clothing.

Practice good personal hygiene to avoid ingestion.

Use only with adequate ventilation.

Wash clothing before reuse.

Slippery when wet or covered with frost.

Do not apply where membrane odors may penetrate living areas.

To avoid skin contact, use gloves or barrier creams. Promptly cleanse hands with waterless hand cleaner, clean fingernails and wash with soap and water after handling.

Release liners are slippery. Remove from work area immediately after membrane application.

Consistent with good roofing practice, always wear fall protection when working on roof decks.

FOR PROFESSIONAL USE ONLY. KEEP OUT OF CHILDREN'S REACH.

**Page 5**

# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694

MSDS Date: 04/26/2002

## SECTION 8 - EXPOSURE CONTROLS AND PERSONAL PROTECTIVE EQUIPMENT

### EXPOSURE GUIDELINES (US)

| Ingredient | ACGIH TLV | | | OSHA PEL | | |
| --- | --- | --- | --- | --- | --- | --- |
| | TWA | STEL | Ceiling | TWA | STEL | Ceiling |
| Heavy Paraffinic Distillate Solvent Extract | - | - | - | - | - | - |
| Petroleum Asphalt | 0.5 mg/m3 TWA (inhalable fraction); (as benzene-soluble aerosol) | - | - | - | - | - |
| Styrene-Butadiene block copolymer | - | - | - | - | - | - |

### EXPOSURE GUIDELINES (CANADA)

Employers should consult local Provincial regulatory limits for exposure guidelines, which may vary locally.

**Engineering Controls:**      Not generally required.

**Personal Protective Equipment:**

**Respiratory Protection:** Respiratory protection is not generally required. If exposure limits are exceeded, wear approved respiratory protection.

**Skin Protection:** Use oil impervious gloves to avoid prolonged or repeated contact with rubberized asphalt residue.

**Eye Protection:** Not required for normal use.

**Page 6**

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694

MSDS Date: 04/26/2002

**Work/Hygienic Practices:** Use good personal hygiene practices.
Avoid rubbing eyes while handling. Due to the physical nature of this product, ingestion is unlikely. Incidental ingestion of residue on hands can be avoided by using good personal hygiene practices.

This product contains compounds subject to exposure guidelines and/or identified as carcinogens. (See Sections 8 and 11). However, due to the physical nature of this product, these compounds are unlikely to reach exposure limits unless airborne dust or spray mist is created. To avoid skin contact, wear recommended gloves (see skin protection recommendation) and wash with soap and water after handling. Intermittent or occasional skin contact with petroleum asphalt is not expected to have serious health effects as long as good personal hygiene measures are taken. Promptly cleanse with waterless hand cleaner, clean fingernails and wash with soap and water after handling. All employees working with this product must exercise good and prudent personal hygiene practices.

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

| | |
|---|---|
| **Physical State:** | Liquid |
| **Appearance/Odor:** | A black, rubberized asphalt adhesive layer on a grey/black plastic sheet with a paper or plastic release sheet. Petroleum odor. |
| **Odor Threshold:** (ppm) | Unknown |
| **pH:** | Not Applicable |
| **Vapor Pressure:** (Mm Hg) | Not Applicable |
| **Vapor Density:** (Air = 1) | Not Applicable |

| | |
|---|---|
| **Vapor Density:** (Air = 1) | Not Applicable |
| **Solubility In Water:** | Negligible |
| **Specific Gravity:** (Water = 1) | 1.0 - 1.1 |
| **Evaporation Rate:** (Butyl Acetate = 1) | Not Applicable |
| **Boiling Point:** | Not Applicable |
| **Viscosity:** | Not Available |
| **Bulk Density:** (Pounds/Cubic Foot)(Pcf) | ~70 |
| **% Volatiles (gr/L):** (70°F) (21°C) | Negligible |

## SECTION 10 - STABILITY AND REACTIVITY

| | |
|---|---|
| **Chemical Stability:** | Stable |
| **Conditions To Avoid:** | Heat, Oxidizing materials, Strong oxidizers and Water. |
| **Hazardous Polymerization:** | Will not polymerize. |
| **Hazardous Decomposition Products:** | Carbon dioxide, Carbon monoxide, Sulfur oxides and Low molecular weight hydrocarbons. |

**Page 7**

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694                        MSDS Date: 04/26/2002

## SECTION 11 - TOXICOLOGICAL INFORMATION

| **Ingredient(No data unless listed.)** | **CAS Number** | **LD50 and LC50** |
|---|---|---|

**Carcinogenicity:**

| Ingredient | IARC Group 1 | IARC Group 2A | IARC Group 2B | NTP Known | NTP Suspect | OSH |
|---|---|---|---|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | No | No | No | No | No | No |
| Petroleum Asphalt | No | No | Yes | No | No | No |
| Styrene-Butadiene block copolymer | No | No | No | No | No | No |

Animal tests indicate that prolonged and repeated skin contact with the asphalt in this product may produce local skin tumors.

        **Mutagenicity:**           Not applicable.

**Teratogenicity:**

Petroleum oils in this product have caused effects on the unborn based on tests with laboratory animals.

**Reproductive Toxicity:**    Not applicable.

## SECTION 12 - ECOLOGICAL INFORMATION

**Environmental Fate:**        No data available for product.
**Ecotoxicity:**               No data available for product.

## SECTION 13 - DISPOSAL CONSIDERATIONS

**Waste Disposal Procedures:**

Consult all regulations (federal, state, provincial, local) or a qualified waste disposal firm when characterizing waste for disposal. According to EPA (40 CFR § 261), waste of this product is not defined as hazardous. Dispose of waste in accordance with all applicable regulations.

## SECTION 14 - TRANSPORTATION INFORMATION

**Proper Shipping Name:**          Not Applicable
**UN/NA Number:**                  Not Applicable
**Domestic Hazard Class:**         Nonhazardous
**Surface Freight Classification:** Asphalt Mixture, N.O.I.B.N.
**Label/Placard Required:**        Not Applicable

---

**Page 8**

## W. R. GRACE
### MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694                                   MSDS Date: 04/26/2002

## SECTION 15 - REGULATORY INFORMATION

## REGULATORY CHEMICAL LISTS:

**CERCLA (Comprehensive Response Compensation and Liability Act):**
**(None present unless listed below)**

| Chemical Name | CAS # | Wt % | CERCLA RQ |
|---|---|---|---|

**SARA Title III (Superfund Amendments and Reauthorization Act)**

**SARA Section 312/Tier I & II Hazard Categories:**

| | |
|---|---|
| Health Immediate (acute) | Yes |
| Health Delayed (chronic) | Yes |
| Flammable | No |
| Reactive | No |
| Pressure | No |

**302 Reportable Ingredients (Identification Threshold 1%.):**

| Chemical Name | CAS # | Wt % | SARA 302 TPQ |
|---|---|---|---|

**313 Reportable Ingredients (Chemicals present below reporting threshold are exempt):**

| Chemical Name | CAS # | Wt % |
|---|---|---|

**National Volatile Organic Compound Emission Standards For Architectural Coatings:**

**Volatile Organic Content:** (gr/L) Not Applicable

**WHMIS Classification(s):**                 D2 B

This product has been classified in accordance with the hazard criteria of the Controlled Products Regulations (CPR). This MSDS contains all the information required by the CPR.

# W. R. GRACE
## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694                                    MSDS Date: 04/26/2002

### State Regulatory Information:
**California Proposition 65:**                This product contains substances known to the state of California to cause cancer, birth defects or other reproductive harm.

**Massachusetts Hazardous Substance List(Identification threshold 0.001%(1ppm)):**

| Chemical Name | CAS # | Wt % |
|---|---|---|
| Heavy Paraffinic Distillate Solvent Extract | 064742-04-7 | 21 |

**New Jersey Hazardous Substance List(Identification threshold (0.1%)):**

| Chemical Name | CAS # | Wt % |
|---|---|---|

**Pennsylvania Hazardous Substance List(Identification threshold 0.01%):**

| Chemical Name | CAS # | Wt % |
|---|---|---|

### CHEMICAL INVENTORY STATUS          :
**All chemicals in this product are listed or exempt from listing in the following countries:**

| US TSCA | CANADA DSL | NDSL | EUROPE EINECS/ELINCS | AUSTRALIA AICS | JAPAN ENCS | KOREA ECL | PHILIPPINES PICCS |
|---|---|---|---|---|---|---|---|
| Yes | Yes | No | Yes | Yes | Not Determined | Yes | Yes |

www.graceconstruction.com          Page 9 of 10          04/26/02

---

**Page 10**

# W. R. GRACE

## MATERIAL SAFETY DATA SHEET

Product Name: Waterproofing Membrane
MSDS ID Number: M-85694                    MSDS Date: 04/26/2002

## SECTION 16 - OTHER INFORMATION

BITUTHENE® WATERPROOFING MEMBRANE 3000, 5000, 9004, 9016, 5004, 4008, 2000, 6000
BITUTHENE® WATERPROOFING MEMBRANE 374, CP
BITUTHENE® WATERPROOFING MEMBRANE STRIPS 3000, 5000, 3000-90
BITUTHENE® LOW TEMPERATURE WATERPROOFING MEMBRANE, MEMBRANE STRIPS
BITUTHENE® SYSTEM 4000 WATERPROOFING MEMBRANE, MEMBRANE STRIPS
PERM-A-BARRIER          WALL FLASHING, PERM-A-BARRIER          WALL MEMBRANE,
PERM-A-BARRIER® LOW TEMPERATURE MEMBRANE, PAB SYSTEM 4000
GRACE ICE & WATER SHIELD®, PRMA MEMBRANE
INSULWRAP P-300, P-400, P-460 AND P-500, PITTWRAP CW
VYCOR    SELECT, VYCOR          V40 WEATHER BARRIER STRIPS, VYCOR          PLUS
VYCOR® BASIK™
BITUSTIK    , HATCH TAPE

### Non-Hazardous Ingredient Disclosure:
**Chemical Name**                                   **CAS Number**

**Prepared by:**              EH&S Department
**Approved by:**              EH&S Department
**Approved Date:**            04/26/2002

**Disclaimer:**
"The data included herein are presented in accordance with various environment, health and safety regulations. It is the responsibility of a recipient of the data to remain currently informed on chemical hazard information, to design and update its own program and to comply with all national, federal, state and local laws and regulations applicable to safety, occupational health, right-to-know and environmental protection."

www.graceconstruction.com                    Page 10 of 10                    04/26/02

MSDS Number: **T3913** * * * * * *Effective Date: 08/03/04* * * * * * *Supercedes: 11/02/01*



# TOLUENE

## 1. Product Identification

**Synonyms:** Methylbenzene; Toluol; Phenylmethane
**CAS No.:** 108-88-3
**Molecular Weight:** 92.14
**Chemical Formula:** C6H5-CH3
**Product Codes:**
J.T. Baker: 5375, 5812, 9336, 9351, 9364, 9456, 9457, 9459, 9460, 9462, 9466, 9472, 9476
Mallinckrodt: 4483, 8092, 8604, 8608, 8610, 8611, V560

## 2. Composition/Information on Ingredients

| Ingredient | CAS No | Percent | Hazardous |
|---|---|---|---|
| Toluene | 108-88-3 | 100% | Yes |

## 3. Hazards Identification

**Emergency Overview**
--------------------------
**POISON! DANGER! HARMFUL OR FATAL IF SWALLOWED. HARMFUL IF INHALED OR
ABSORBED THROUGH SKIN. VAPOR HARMFUL. FLAMMABLE LIQUID AND VAPOR.
MAY AFFECT LIVER, KIDNEYS, BLOOD SYSTEM, OR CENTRAL NERVOUS SYSTEM.
CAUSES IRRITATION TO SKIN, EYES AND RESPIRATORY TRACT.**

**SAF-T-DATA$^{(tm)}$ Ratings** (Provided here for your convenience)
----------------------------------------------------------------------------------------
Health Rating: 2 - Moderate (Life)
Flammability Rating: 3 - Severe (Flammable)
Reactivity Rating: 1 - Slight
Contact Rating: 3 - Severe (Life)
Lab Protective Equip: GOGGLES & SHIELD; LAB COAT & APRON; VENT HOOD; PROPER

GLOVES; CLASS B EXTINGUISHER
Storage Color Code: Red (Flammable)
------------------------------------------------------------------------------------------------

**Potential Health Effects**
------------------------------------

**Inhalation:**
Inhalation may cause irritation of the upper respiratory tract. Symptoms of overexposure may include fatigue, confusion, headache, dizziness and drowsiness. Peculiar skin sensations (e. g. pins and needles) or numbness may be produced. Very high concentrations may cause unconsciousness and death.
**Ingestion:**
Swallowing may cause abdominal spasms and other symptoms that parallel over-exposure from inhalation. Aspiration of material into the lungs can cause chemical pneumonitis, which may be fatal.
**Skin Contact:**
Causes irritation. May be absorbed through skin.
**Eye Contact:**
Causes severe eye irritation with redness and pain.
**Chronic Exposure:**
Reports of chronic poisoning describe anemia, decreased blood cell count and bone marrow hypoplasia. Liver and kidney damage may occur. Repeated or prolonged contact has a defatting action, causing drying, redness, dermatitis. Exposure to toluene may affect the developing fetus.
**Aggravation of Pre-existing Conditions:**
Persons with pre-existing skin disorders or impaired liver or kidney function may be more susceptible to the effects of this substance. Alcoholic beverage consumption can enhance the toxic effects of this substance.

# 4. First Aid Measures

**Inhalation:**
If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. CALL A PHYSICIAN IMMEDIATELY.
**Ingestion:**
Aspiration hazard. If swallowed, DO NOT INDUCE VOMITING. Give large quantities of water. Never give anything by mouth to an unconscious person. Get medical attention immediately. If vomiting occurs, keep head below hips to prevent aspiration into lungs.
**Skin Contact:**
In case of contact, immediately flush skin with plenty of soap and water for at least 15 minutes while removing contaminated clothing and shoes. Wash clothing before reuse. Call a physician immediately.
**Eye Contact:**
Immediately flush eyes with plenty of water for at least 15 minutes, lifting lower and upper eyelids occasionally. Get medical attention immediately.

# 5. Fire Fighting Measures

**Fire:**
Flash point: 7C (45F) CC
Autoignition temperature: 422C (792F)
Flammable limits in air % by volume:

lel: 3.3; uel: 19
Flammable liquid and vapor!
Dangerous fire hazard when exposed to heat or flame. Vapors can flow along surfaces to distant ignition source and flash back.
**Explosion:**
Above flash point, vapor-air mixtures are explosive within flammable limits noted above. Contact with strong oxidizers may cause fire or explosion. Sensitive to static discharge.
**Fire Extinguishing Media:**
Dry chemical, foam or carbon dioxide. Water may be used to flush spills away from exposures and to dilute spills to non-flammable mixtures.
**Special Information:**
In the event of a fire, wear full protective clothing and NIOSH-approved self-contained breathing apparatus with full facepiece operated in the pressure demand or other positive pressure mode. Water spray may be used to keep fire exposed containers cool.

# 6. Accidental Release Measures

Ventilate area of leak or spill. Remove all sources of ignition. Wear appropriate personal protective equipment as specified in Section 8. Isolate hazard area. Keep unnecessary and unprotected personnel from entering. Contain and recover liquid when possible. Use non-sparking tools and equipment. Collect liquid in an appropriate container or absorb with an inert material (e. g., vermiculite, dry sand, earth), and place in a chemical waste container. Do not use combustible materials, such as saw dust. Do not flush to sewer! If a leak or spill has not ignited, use water spray to disperse the vapors, to protect personnel attempting to stop leak, and to flush spills away from exposures. US Regulations (CERCLA) require reporting spills and releases to soil, water and air in excess of reportable quantities. The toll free number for the US Coast Guard National Response Center is (800) 424-8802.

J. T. Baker SOLUSORB® solvent adsorbent is recommended for spills of this product.

# 7. Handling and Storage

Protect against physical damage. Store in a cool, dry well-ventilated location, away from any area where the fire hazard may be acute. Outside or detached storage is preferred. Separate from incompatibles. Containers should be bonded and grounded for transfers to avoid static sparks. Storage and use areas should be No Smoking areas. Use non-sparking type tools and equipment, including explosion proof ventilation. Containers of this material may be hazardous when empty since they retain product residues (vapors, liquid); observe all warnings and precautions listed for the product.

# 8. Exposure Controls/Personal Protection

**Airborne Exposure Limits:**
Toluene:
- OSHA Permissible Exposure Limit (PEL):
200 ppm (TWA); 300 ppm (acceptable ceiling conc.); 500 ppm (maximum conc.).
- ACGIH Threshold Limit Value (TLV):

50 ppm (TWA) skin, A4 - Not Classifiable as a Human Carcinogen.

**Ventilation System:**

A system of local and/or general exhaust is recommended to keep employee exposures below the Airborne Exposure Limits. Local exhaust ventilation is generally preferred because it can control the emissions of the contaminant at its source, preventing dispersion of it into the general work area. Please refer to the ACGIH document, *Industrial Ventilation, A Manual of Recommended Practices*, most recent edition, for details.

**Personal Respirators (NIOSH Approved):**

If the exposure limit is exceeded and engineering controls are not feasible, a half-face organic vapor respirator may be worn for up to ten times the exposure limit, or the maximum use concentration specified by the appropriate regulatory agency or respirator supplier, whichever is lowest. A full-face piece organic vapor respirator may be worn up to 50 times the exposure limit, or the maximum use concentration specified by the appropriate regulatory agency or respirator supplier, whichever is lowest. For emergencies or instances where the exposure levels are not known, use a full-face piece positive-pressure, air-supplied respirator. WARNING: Air-purifying respirators do not protect workers in oxygen-deficient atmospheres.

**Skin Protection:**

Wear impervious protective clothing, including boots, gloves, lab coat, apron or coveralls, as appropriate, to prevent skin contact.

**Eye Protection:**

Use chemical safety goggles and/or a full face shield where splashing is possible. Maintain eye wash fountain and quick-drench facilities in work area.

# 9. Physical and Chemical Properties

**Appearance:**
Clear, colorless liquid.
**Odor:**
Aromatic benzene-like.
**Solubility:**
0.05 gm/100gm water @ 20C (68F).
**Specific Gravity:**
0.86 @ 20C / 4 C
**pH:**
No information found.
**% Volatiles by volume @ 21C (70F):**
100
**Boiling Point:**
111C (232F)
**Melting Point:**
-95C (-139F)
**Vapor Density (Air=1):**
3.14
**Vapor Pressure (mm Hg):**
22 @ 20C (68F)
**Evaporation Rate (BuAc=1):**
2.24

# 10. Stability and Reactivity

**Stability:**
Stable under ordinary conditions of use and storage. Containers may burst when heated.
**Hazardous Decomposition Products:**
Carbon dioxide and carbon monoxide may form when heated to decomposition.
**Hazardous Polymerization:**
Will not occur.
**Incompatibilities:**
Heat, flame, strong oxidizers, nitric and sulfuric acids, chlorine, nitrogen tetraoxide; will attack some
forms of plastics, rubber, coatings.
**Conditions to Avoid:**
Heat, flames, ignition sources and incompatibles.

# 11. Toxicological Information

**Toxicological Data:**
Oral rat LD50: 636 mg/kg; skin rabbit LD50: 14100 uL/kg; inhalation rat LC50: 49 gm/m3/4H; Irritation
data: skin rabbit, 500 mg, Moderate; eye rabbit, 2 mg/24H, Severe. Investigated as a tumorigen, mutagen,
reproductive effector.
**Reproductive Toxicity:**
Has shown some evidence of reproductive effects in laboratory animals.

```
----------\Cancer Lists\---------------------------------------------------
                                      ---NTP Carcinogen---
Ingredient                            Known    Anticipated    IARC Category
-----------------------------------   -----    -----------    -------------
Toluene (108-88-3)                    No       No             3
```

# 12. Ecological Information

**Environmental Fate:**
When released into the soil, this material may evaporate to a moderate extent. When released into the soil,
this material is expected to leach into groundwater. When released into the soil, this material may
biodegrade to a moderate extent. When released into water, this material may evaporate to a moderate
extent. When released into water, this material may biodegrade to a moderate extent. When released into
the air, this material may be moderately degraded by reaction with photochemically produced hydroxyl
radicals. When released into the air, this material is expected to have a half-life of less than 1 day. This
material is not expected to significantly bioaccumulate. This material has a log octanol-water partition
coefficient of less than 3.0. Bioconcentration factor = 13.2 (eels).
**Environmental Toxicity:**
This material is expected to be toxic to aquatic life. The LC50/96-hour values for fish are between 10 and
100 mg/l.

# 13. Disposal Considerations

Whatever cannot be saved for recovery or recycling should be handled as hazardous waste and sent to a
RCRA approved incinerator or disposed in a RCRA approved waste facility. Processing, use or
contamination of this product may change the waste management options. State and local disposal

regulations may differ from federal disposal regulations. Dispose of container and unused contents in accordance with federal, state and local requirements.

# 14. Transport Information

**Domestic (Land, D.O.T.)**
------------------------
**Proper Shipping Name:** TOLUENE
**Hazard Class:** 3
**UN/NA:** UN1294
Packing Group: II
**Information reported for product/size:** 390LB

**International (Water, I.M.O.)**
------------------------------
**Proper Shipping Name:** TOLUENE
**Hazard Class:** 3
**UN/NA:** UN1294
Packing Group: II
**Information reported for product/size:** 390LB

# 15. Regulatory Information

```
--------\Chemical Inventory Status - Part 1\------------------------------
Ingredient                                    TSCA   EC   Japan  Australia
------------------------------------------    ----   ---  -----  ---------
Toluene (108-88-3)                            Yes    Yes  Yes       Yes

--------\Chemical Inventory Status - Part 2\------------------------------
                                                     --Canada--
Ingredient                                    Korea  DSL  NDSL   Phil.
------------------------------------------    -----  ---  ----   -----
Toluene (108-88-3)                            Yes    Yes  No     Yes

--------\Federal, State & International Regulations - Part 1\--------------
                                              -SARA 302-    ------SARA 313------
Ingredient                                    RQ    TPQ     List   Chemical Catg.
------------------------------------------    ---   -----   ----   --------------
Toluene (108-88-3)                            No    No      Yes        No

--------\Federal, State & International Regulations - Part 2\--------------
                                                      -RCRA-     -TSCA-
Ingredient                                    CERCLA  261.33     8(d)
------------------------------------------    ------  ------     ------
Toluene (108-88-3)                            1000    U220       No


Chemical Weapons Convention:  No      TSCA 12(b):  No      CDTA:  Yes
SARA 311/312:  Acute: Yes      Chronic: Yes  Fire: Yes Pressure: No
Reactivity: No          (Pure / Liquid)
```

**WARNING:**
THIS PRODUCT CONTAINS A CHEMICAL(S) KNOWN TO THE STATE OF CALIFORNIA TO

CAUSE BIRTH DEFECTS OR OTHER REPRODUCTIVE HARM.

**Australian Hazchem Code:** 3[Y]E
**Poison Schedule:** S6
**WHMIS:**
This MSDS has been prepared according to the hazard criteria of the Controlled Products Regulations (CPR) and the MSDS contains all of the information required by the CPR.

---

# 16. Other Information

**NFPA Ratings:** Health: **2** Flammability: **3** Reactivity: **0**
**Label Hazard Warning:**
POISON! DANGER! HARMFUL OR FATAL IF SWALLOWED. HARMFUL IF INHALED OR ABSORBED THROUGH SKIN. VAPOR HARMFUL. FLAMMABLE LIQUID AND VAPOR. MAY AFFECT LIVER, KIDNEYS, BLOOD SYSTEM, OR CENTRAL NERVOUS SYSTEM. CAUSES IRRITATION TO SKIN, EYES AND RESPIRATORY TRACT.
**Label Precautions:**
Keep away from heat, sparks and flame.
Keep container closed.
Use only with adequate ventilation.
Wash thoroughly after handling.
Avoid breathing vapor.
Avoid contact with eyes, skin and clothing.
**Label First Aid:**
Aspiration hazard. If swallowed, DO NOT INDUCE VOMITING. Give large quantities of water. Never give anything by mouth to an unconscious person. If vomiting occurs, keep head below hips to prevent aspiration into lungs. If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. In case of contact, immediately flush eyes or skin with plenty of water for at least 15 minutes. Remove contaminated clothing and shoes. Wash clothing before reuse. In all cases call a physician immediately.
**Product Use:**
Laboratory Reagent.
**Revision Information:**
MSDS Section(s) changed since last revision of document include: 3.
**Disclaimer:**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Mallinckrodt Baker, Inc. provides the information contained herein in good faith but makes no representation as to its comprehensiveness or accuracy. This document is intended only as a guide to the appropriate precautionary handling of the material by a properly trained person using this product. Individuals receiving the information must exercise their independent judgment in determining its appropriateness for a particular purpose. MALLINCKRODT BAKER, INC. MAKES NO REPRESENTATIONS OR WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE INFORMATION SET FORTH HEREIN OR THE PRODUCT TO WHICH THE INFORMATION REFERS. ACCORDINGLY, MALLINCKRODT BAKER, INC. WILL NOT BE RESPONSIBLE FOR DAMAGES RESULTING FROM USE OF OR RELIANCE UPON THIS INFORMATION.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Prepared by:** Environmental Health & Safety
**Phone Number:** (314) 654-1600 (U.S.A.)

# Material Safety Data Sheet
## Xylenes, mixed isomers with ethylbenzene (Flash Point 26.1°C / 79°F; PG III)

ACC# 25150

## Section 1 - Chemical Product and Company Identification

**MSDS Name:** Xylenes, mixed isomers with ethylbenzene (Flash Point 26.1°C / 79°F; PG III)
**Catalog Numbers:** S71223, S71232, S71233, 23402725, HC-700-1GAL, S566CA, X16-4, X3F1GAL, X3FB50, X3P-1GAL, X3P1GALLC, X3POPB50, X3RB50, X3S-20, X3S-200, X3S-4, X3SJ4, X4-20, X4-4, X5-1, X5-20, X5-200, X5-4, X5-500, X5FB115, X5FB19, X5FB200, X5FB50, X5J4, X5J500, X5P-1GAL, X5POP19, X5POP200, X5POP50, X5POPB19, X5POPB200, X5POPB50, X5RB115, X5RB200, X5RB50, X5RS115, X5RS19, X5RS200, X5RS28, X5RS50, X5S-4, X5SK-4, X5SS115, X5SS19, X5SS200, X5SS28, X5SS50, XYLENES
**Synonyms:** Dimethylbenzene; Methyltoluene.
**Company Identification:**
      Fisher Scientific
      1 Reagent Lane
      Fair Lawn, NJ 07410
**For information, call:** 201-796-7100
**Emergency Number:** 201-796-7100
**For CHEMTREC assistance, call:** 800-424-9300
**For International CHEMTREC assistance, call:** 703-527-3887

## Section 2 - Composition, Information on Ingredients

| CAS# | Chemical Name | Percent | EINECS/ELINCS |
|------|---------------|---------|---------------|
| 1330-20-7 | Xylenes (o-, m-, p- isomers) | 96 | 215-535-7 |
| 100-41-4 | Ethylbenzene | Balance | 202-849-4 |

## Section 3 - Hazards Identification

### EMERGENCY OVERVIEW

Appearance: clear, colorless liquid. Flash Point: 26.1 deg C.
**Warning! Flammable liquid and vapor.** Causes eye, skin, and respiratory tract irritation. Aspiration hazard if swallowed. Can enter lungs and cause damage. May be harmful if absorbed through skin or if inhaled. May cause central nervous system depression.
**Target Organs:** Central nervous system, respiratory system, eyes, skin.

**Potential Health Effects**
**Eye:** Splashes of xylene in human eyes generally cause transient superficial injury. The liquid is probably a mild irritant, based on animal information for mixed xylene isomers.
**Skin:** May be harmful if absorbed through the skin. Xylene contact causes defatting of the skin with irritation, dryness, and cracking. Blistering may occur, particularly if exposure to concentrated xylene is prolonged and the exposed area of skin is occluded. Xylene liquid or vapor can be absorbed through the skin, but not as readily as when inhaled or ingested. Skin absorption has

been reported to be slow and significant harmful effects are not expected by this route. There is one case report of a person developing an allergic skin reaction (contact urticaria) following exposure to xylene (unspecified composition) vapor. The person subsequently tested positive in a patch test. No information was provided regarding previous history of allergies. No conclusions can be drawn regarding the potential for xylene to produce allergic skin reactions, based on this single case report.

**Ingestion:** Aspiration hazard. May cause irritation of the digestive tract. May cause central nervous system depression, characterized by excitement, followed by headache, dizziness, drowsiness, and nausea. Advanced stages may cause collapse, unconsciousness, coma and possible death due to respiratory failure. Aspiration of material into the lungs may cause chemical pneumonitis, which may be fatal.

**Inhalation:** Causes respiratory tract irritation. Irritation may lead to chemical pneumonitis and pulmonary edema. Odor thresholds ranging from 0.07 to 40 ppm have been reported for xylenes. Inhalation overexposure may lead to central nervous system depression, producing effects such as dizziness, headache, confusion, incoordination, nausea, weakness, and loss of consciousness. Extreme exposures may cause other CNS effects including death. Reversible liver and kidney damage has been reported in cases of severe xylene exposure. Industrial fatalities due to gross inhalation exposure have been described.

**Chronic:** Chronic exposure to xylene may cause defatting dermatitis, reversible eye damage, dyspnea (labored breathing), confusion, dizziness, apprehension, memory loss, headache, tremors, weakness, anorexia, nausea, ringing in the ears, irritability, thirst, mild changes in liver function, kidney impairment, anemia, and hyperplasia, but not destruction, of the bone marrow.

## Section 4 - First Aid Measures

**Eyes:** In case of contact, immediately flush eyes with plenty of water for a t least 15 minutes. Get medical aid.

**Skin:** In case of contact, flush skin with plenty of water. Remove contaminated clothing and shoes. Get medical aid if irritation develops and persists. Wash clothing before reuse.

**Ingestion:** Potential for aspiration if swallowed. Get medical aid immediately. Do not induce vomiting unless directed to do so by medical personnel. Never give anything by mouth to an unconscious person.

**Inhalation:** If inhaled, remove to fresh air. If not breathing, give artificial respiration. If breathing is difficult, give oxygen. Get medical aid.

**Notes to Physician:** Treat symptomatically and supportively.

## Section 5 - Fire Fighting Measures

**General Information:** As in any fire, wear a self-contained breathing apparatus in pressure-demand, MSHA/NIOSH (approved or equivalent), and full protective gear. Use water spray to keep fire-exposed containers cool. Flammable liquid and vapor. Vapors may form an explosive mixture with air. Vapors are heavier than air and may travel to a source of ignition and flash back. Vapors can spread along the ground and collect in low or confined areas. This liquid floats on water and may travel to a source of ignition and spread fire. May accumulate static electricity.

**Extinguishing Media:** Water may be ineffective. This material is lighter than water and insoluble in water. The fire could easily be spread by the use of water in an area where the water cannot be contained. Use water spray, dry chemical, carbon dioxide, or appropriate foam.

**Flash Point:** 26.1 deg C ( 78.98 deg F)

**Autoignition Temperature:** 527 deg C ( 980.60 deg F)

**Explosion Limits, Lower:** 1.1%

**Upper:** 7.0%

**NFPA Rating:** (estimated) Health: 2; Flammability: 3; Instability: 0

## Section 6 - Accidental Release Measures

**General Information:** Use proper personal protective equipment as indicated in Section 8.
**Spills/Leaks:** Absorb spill with inert material (e.g. vermiculite, sand or earth), then place in suitable container. Remove all sources of ignition. Use a spark-proof tool. Provide ventilation. A vapor suppressing foam may be used to reduce vapors. Water spray may reduce vapor but may not prevent ignition in closed spaces. U.S. regulations require reporting spills and releases to soil, water and air in excess of reportable quantities. This material creates a fire hazard because it floats on water. If possible, try to contain floating material.

## Section 7 - Handling and Storage

**Handling:** Wash thoroughly after handling. Remove contaminated clothing and wash before reuse. Ground and bond containers when transferring material. Avoid contact with eyes, skin, and clothing. Empty containers retain product residue, (liquid and/or vapor), and can be dangerous. Do not pressurize, cut, weld, braze, solder, drill, grind, or expose empty containers to heat, sparks or open flames. Use only with adequate ventilation. Keep away from heat, sparks and flame. Avoid breathing vapor or mist.
**Storage:** Keep away from sources of ignition. Keep container closed when not in use. Keep from contact with oxidizing materials. Store in a cool, dry, well-ventilated area away from incompatible substances.

## Section 8 - Exposure Controls, Personal Protection

**Engineering Controls:** Facilities storing or utilizing this material should be equipped with an eyewash facility and a safety shower. Use adequate general or local exhaust ventilation to keep airborne concentrations below the permissible exposure limits. Ventilation fans and other electrical service must be non-sparking and have an explosion-proof design.
**Exposure Limits**

| Chemical Name | ACGIH | NIOSH | OSHA - Final PELs |
|---|---|---|---|
| Xylenes (o-, m-, p- isomers) | 100 ppm TWA; 150 ppm STEL | none listed | 100 ppm TWA; 435 mg/m3 TWA |
| Ethylbenzene | 100 ppm TWA; 125 ppm STEL | 100 ppm TWA; 435 mg/m3 TWA 800 ppm IDLH | 100 ppm TWA; 435 mg/m3 TWA |

**OSHA Vacated PELs:** Xylenes (o-, m-, p- isomers): 100 ppm TWA; 435 mg/m3 TWA
Ethylbenzene: 100 ppm TWA; 435 mg/m3 TWA
**Personal Protective Equipment**
**Eyes:** Wear chemical splash goggles.
**Skin:** Wear appropriate protective gloves to prevent skin exposure.
**Clothing:** Wear appropriate protective clothing to prevent skin exposure.
**Respirators:** Follow the OSHA respirator regulations found in 29 CFR 1910.134 or European Standard EN 149. Always use a NIOSH or European Standard EN 149 approved respirator when necessary.

## Section 9 - Physical and Chemical Properties

**Physical State:** Liquid
**Appearance:** clear, colorless
**Odor:** aromatic odor
**pH:** Not applicable.
**Vapor Pressure:** 8.29 mm Hg @ 25 deg C
**Vapor Density:** 3.66 (air=1)
**Evaporation Rate:** 0.7 (butyl acetate=1)
**Viscosity:** <32.6 SUS
**Boiling Point:** 136-140 deg C
**Freezing/Melting Point:** -34 deg C
**Decomposition Temperature:** Not available.
**Solubility:** Insoluble.
**Specific Gravity/Density:** 0.865 (water=1)
**Molecular Formula:** C8H10
**Molecular Weight:** 106.17

## Section 10 - Stability and Reactivity

**Chemical Stability:** Stable under normal temperatures and pressures.
**Conditions to Avoid:** High temperatures, ignition sources.
**Incompatibilities with Other Materials:** Strong oxidizing agents, nitric acid.
**Hazardous Decomposition Products:** Carbon monoxide, carbon dioxide.
**Hazardous Polymerization:** Will not occur.

## Section 11 - Toxicological Information

**RTECS#:**
**CAS#** 1330-20-7: ZE2100000
**CAS#** 100-41-4: DA0700000
**LD50/LC50:**
CAS# 1330-20-7:
    Draize test, rabbit, eye: 87 mg Mild;
    Draize test, rabbit, eye: 5 mg/24H Severe;
    Draize test, rabbit, skin: 100% Moderate;
    Draize test, rabbit, skin: 500 mg/24H Moderate;
    Inhalation, rat: LC50 = 5000 ppm/4H;
    Oral, mouse: LD50 = 2119 mg/kg;
    Oral, rat: LD50 = 4300 mg/kg;
    Skin, rabbit: LD50 = >1700 mg/kg;
CAS# 100-41-4:
    Draize test, rabbit, eye: 500 mg Severe;
    Inhalation, mouse: LC50 = 35500 mg/m3/2H;
    Inhalation, rat: LC50 = 55000 mg/m3/2H;
    Oral, rat: LD50 = 3500 mg/kg;
    Oral, rat: LD50 = 3500 mg/kg;
    Skin, rabbit: LD50 = 17800 uL/kg;

**Carcinogenicity:**
CAS# 1330-20-7: Not listed by ACGIH, IARC, NTP, or CA Prop 65.
CAS# 100-41-4:

- **ACGIH:** A3 - Confirmed animal carcinogen with unknown relevance to humans
- **California:** carcinogen, initial date 6/11/04
- **NTP:** Not listed.
- **IARC:** Group 2B carcinogen

**Epidemiology:** 175 workers were exposed to 21 ppm of xylene for 7 years. Subjective symptoms such as anxiety, forgetfulness, inability to concentrate and dizziness were reported. Xylenes accounted for >70% of the total exposure. Liver & kidney effects were not reported.
**Teratogenicity:** No increased incidence of birth defects was reported in a study of lab workers exposed to xylene during early pregnancy. Exposure to other solvents and chemicals also occurred. An increased incidence of spontaneous abortions was reported.Animal information suggests that xylene is not teratogenic or embryotoxic at exposure levels that are not harmful to the mother.
**Reproductive Effects:** An increase in menstrual disorders has been reported in women exposed to organic solvents such as benzene, toluene, and xylenes. It is not possible to attribute these effects to xylenes in particular.
**Mutagenicity:** Xylene does not appear to be a mutagen.
**Neurotoxicity:** Xylene may be ototoxic (damages hearing or enhances sensitivity to noise) in chronic occupational exposures, probably from a neurotoxic mechanism.
**Other Studies:**

## Section 12 - Ecological Information

**Ecotoxicity:** Fish: Rainbow trout: LC50 = 13.5 mg/L; 96 Hr; UnspecifiedFish: Goldfish: LD50 = 13 mg/L; 24 Hr; UnspecifiedFish: Fathead Minnow: LC50 = 46 mg/L; 1 Hr; Static bioassay Acute and long-term toxicity to fish and invertebrates: LD50 for goldfish is 13 mg/L/24 Hr.Cas#1330-20-7:LC50(96Hr.) rainbow trout = 8.05 mg/L, Static condition;LC50(96Hr.) fathead minnow = 16.1 mg/L, flow-through conditions; LC50(96Hr.) bluegill = 16.1 mg/L, flow-through;EC50 (48 Hr.) water flea = 3.82 mg/L, flow-through conditions;EC50(24 Hr.) photobacterium phosphoreum = 0.0084 mg/L, Microtox test.
**Environmental:** In air, xylenes degrade by reacting with photochemically produced hydroxyl radicals. In soil it will volatilize and leach into groundwater. Little bioconcentration is expected.
**Physical:** ATMOSPHERIC FATE: According to a model of gas/particle partitioning of semivolatile organic compounds in the atmosphere, xylene, which has an experimental vapor pressure of 7.99 mm Hg at 25 deg C, will exist solely as a vapor in the ambient atmosphere. Vapor-phase xylene is degraded in the atmosphere by reaction with photochemically-produced hydroxyl radicals; the atmospheric lifetime of xylene is about 14-26 hours. Ambient levels of xylene are detected in the atmosphere due to large emissions of this compound.
**Other:** No information available.

## Section 13 - Disposal Considerations

Chemical waste generators must determine whether a discarded chemical is classified as a hazardous waste. US EPA guidelines for the classification determination are listed in 40 CFR Parts 261.3. Additionally, waste generators must consult state and local hazardous waste regulations to ensure complete and accurate classification.
**RCRA P-Series:** None listed.

**RCRA U-Series:**
CAS# 1330-20-7: waste number U239 (Ignitable waste, Toxic waste).

## Section 14 - Transport Information

|  | **US DOT** | **Canada TDG** |
|---|---|---|
| **Shipping Name:** | XYLENES | XYLENES |
| **Hazard Class:** | 3 | 3 |
| **UN Number:** | UN1307 | UN1307 |
| **Packing Group:** | III | III |

## Section 15 - Regulatory Information

### US FEDERAL

**TSCA**
CAS# 1330-20-7 is listed on the TSCA inventory.
CAS# 100-41-4 is listed on the TSCA inventory.
**Health & Safety Reporting List**
CAS# 100-41-4: Effective 6/19/87, Sunset 6/19/97
**Chemical Test Rules**
None of the chemicals in this product are under a Chemical Test Rule.
**Section 12b**
None of the chemicals are listed under TSCA Section 12b.
**TSCA Significant New Use Rule**
None of the chemicals in this material have a SNUR under TSCA.
**CERCLA Hazardous Substances and corresponding RQs**
CAS# 1330-20-7: 100 lb final RQ; 45.4 kg final RQ      CAS# 100-41-4: 1000 lb final RQ; 454 kg final RQ
**SARA Section 302 Extremely Hazardous Substances**
None of the chemicals in this product have a TPQ.
**SARA Codes**
CAS # 1330-20-7: acute, chronic, flammable.
CAS # 100-41-4: acute, chronic, flammable.
**Section 313**
This material contains Xylenes (o-, m-, p- isomers) (CAS# 1330-20-7, 96%),which is subject to the reporting requirements of Section 313 of SARA Title III and 40 CFR
This material contains Ethylbenzene (CAS# 100-41-4, Balance%),which is subject to the reporting requirements of Section 313 of SARA Title III and 40 CFR Part 373.
**Clean Air Act:**
CAS# 1330-20-7 is listed as a hazardous air pollutant (HAP).
CAS# 100-41-4 is listed as a hazardous air pollutant (HAP).
This material does not contain any Class 1 Ozone depletors.
This material does not contain any Class 2 Ozone depletors.
**Clean Water Act:**
CAS# 1330-20-7 is listed as a Hazardous Substance under the CWA. CAS# 100-41-4 is listed as a Hazardous Substance under the CWA.      CAS# 100-41-4 is listed as a Priority Pollutant under the Clean Water      Act. CAS# 100-41-4 is listed as a Toxic Pollutant under the Clean Water Act.
**OSHA:**
None of the chemicals in this product are considered highly hazardous by OSHA.
**STATE**
CAS# 1330-20-7 can be found on the following state right to know lists: California, New Jersey,

Pennsylvania, Minnesota, Massachusetts.
   CAS# 100-41-4 can be found on the following state right to know lists: California, New Jersey,
Pennsylvania, Minnesota, Massachusetts.

**California Prop 65**
WARNING: This product contains Ethylbenzene, a chemical known to the state of California to
cause cancer.
California No Significant Risk Level: None of the chemicals in this product are listed.

## European/International Regulations
**European Labeling in Accordance with EC Directives**
**Hazard Symbols:**
   XN
**Risk Phrases:**
   R 10 Flammable.
   R 20/21 Harmful by inhalation and in contact with skin.
   R 36/38 Irritating to eyes and skin.

**Safety Phrases:**
   S 25 Avoid contact with eyes.

**WGK (Water Danger/Protection)**
   CAS# 1330-20-7: 2
   CAS# 100-41-4: 1
**Canada - DSL/NDSL**
   CAS# 1330-20-7 is listed on Canada's DSL List.
   CAS# 100-41-4 is listed on Canada's DSL List.
**Canada - WHMIS**
   This product has a WHMIS classification of B2, D2B, D2A.
**Canadian Ingredient Disclosure List**
   CAS# 1330-20-7 is not listed on the Canadian Ingredient Disclosure List.
   CAS# 100-41-4 is listed on the Canadian Ingredient Disclosure List.

---

## Section 16 - Additional Information

---

**MSDS Creation Date:** 6/22/1999
**Revision #11 Date:** 12/16/2004

*The information above is believed to be accurate and represents the best information currently available to us. However, we make no warranty of merchantability or any other warranty, express or implied, with respect to such information, and we assume no liability resulting from its use. Users should make their own investigations to determine the suitability of the information for their particular purposes. In no event shall Fisher be liable for any claims, losses, or damages of any third party or for lost profits or any special, indirect, incidental, consequential or exemplary damages, howsoever arising, even if Fisher has been advised of the possibility of such damages.*