# International Chemical Safety Cards

## ETHYLBENZENE

ICSC: 0268

Ethylbenzol
Phenylethane
EB
$C_8H_{10}/C_6H_5C_2H_5$
Molecular mass: 106.2

ICSC #    0268
CAS #    100-41-4
RTECS #  DA0700000
UN #    1175
EC #    601-023-00-4
March 13, 1995 Peer reviewed

| TYPES OF HAZARD/ EXPOSURE | ACUTE HAZARDS/ SYMPTOMS | PREVENTION | FIRST AID/ FIRE FIGHTING |
|---|---|---|---|
| FIRE | Highly flammable. | NO open flames, NO sparks, and NO smoking. | Powder, AFFF, foam, carbon dioxide. |
| EXPLOSION | Vapour/air mixtures are explosive. | Closed system, ventilation, explosion-proof electrical equipment and lighting. Do NOT use compressed air for filling, discharging, or handling. | In case of fire: keep drums, etc., cool by spraying with water. |
| EXPOSURE | | PREVENT GENERATION OF MISTS! | |
| •INHALATION | Cough. Dizziness. Drowsiness. Headache. | Ventilation, local exhaust, or breathing protection. | Fresh air, rest. Refer for medical attention. |
| •SKIN | Dry skin. Redness. | Protective gloves. | Remove contaminated clothes. Rinse and then wash skin with water and soap. |
| •EYES | Redness. Pain. Blurred vision. | Face shield or eye protection in combination with breathing protection. | First rinse with plenty of water for several minutes (remove contact lenses if easily possible), then take to a doctor. |
| •INGESTION | (further see Inhalation). | Do not eat, drink, or smoke during work. | Rinse mouth. Give a slurry of activated charcoal in water to drink. Refer for medical attention. |

| SPILLAGE DISPOSAL | STORAGE | PACKAGING & LABELLING |
|---|---|---|
| Ventilation. Collect leaking liquid in covered containers. Absorb remaining | Fireproof. Separated from strong oxidants. | F symbol |

| liquid in sand or inert absorbent and remove to safe place. Do NOT wash away into sewer (extra personal protection: A filter respirator for organic vapour). | | Xn symbol<br>R: 11-20<br>S: 2-16-24/25-29<br>UN Hazard Class: 3<br>UN Packing Group: II |
|---|---|---|

**SEE IMPORTANT INFORMATION ON BACK**

| **ICSC: 0268** | Prepared in the context of cooperation between the International Programme on Chemical Safety & the Commission of the European Communities (C) IPCS CEC 1994. No modifications to the International version have been made except to add the OSHA PELs, NIOSH RELs and NIOSH IDLH values. |
|---|---|

# International Chemical Safety Cards

## ETHYLBENZENE                                                            ICSC: 0268

| I M P O R T A N T D A T A | PHYSICAL STATE; APPEARANCE:<br>COLOURLESS LIQUID , WITH AROMATIC ODOUR.<br><br>PHYSICAL DANGERS:<br>The vapour mixes well with air, explosive mixtures are easily formed.<br><br>CHEMICAL DANGERS:<br>Reacts with strong oxidants. Attacks plastic and rubber.<br><br>OCCUPATIONAL EXPOSURE LIMITS:<br>TLV (as TWA): 100 ppm; 434 mg/m³; as STEL: 125 ppm; 543 mg/m³ (ACGIH 1994-1995).<br>MAK: 100 ppm; 440 mg/m³ (1994).<br>OSHA PEL: TWA 100 ppm (435 mg/m³)<br>NIOSH REL: TWA 100 ppm (435 mg/m³) ST 125 ppm (545 mg/m³)<br>NIOSH IDLH: 800 ppm LEL | ROUTES OF EXPOSURE:<br>The substance can be absorbed into the body by inhalation of its vapour, through the skin and by ingestion.<br><br>INHALATION RISK:<br>A harmful contamination of the air will be reached rather slowly on evaporation of this substance at 20°C.<br><br>EFFECTS OF SHORT-TERM EXPOSURE:<br>The substance irritates the eyes, the skin and the respiratory tract. Swallowing the liquid may cause aspiration into the lungs with the risk of chemical pneumonitis. The substance may cause effects on the central nervous system. Exposure far above OEL could cause lowering of consciousness.<br><br>EFFECTS OF LONG-TERM OR REPEATED EXPOSURE:<br>Repeated or prolonged contact with skin may cause dermatitis. |
|---|---|---|
| **PHYSICAL PROPERTIES** | Boiling point: 136°C<br>Melting point: -95°C<br>Relative density (water = 1): 0.9<br>Solubility in water, g/100 ml at 20°C: 0.015<br>Vapour pressure, kPa at 20°C: 0.9<br>Relative vapour density (air = 1): 3.7 | Relative density of the vapour/air-mixture at 20°C (air = 1): 1.02<br>Flash point: 18°C c.c.<br>Auto-ignition temperature: 432°C<br>Explosive limits, vol% in air: 1.0-6.7<br>Octanol/water partition coefficient as log Pow: 3.2 |
| **ENVIRONMENTAL DATA** | The substance is harmful to aquatic organisms. | ☒ |

**N O T E S**

The odour warning when the exposure limit value is exceeded is insufficient.

Transport Emergency Card: TEC (R)-522
NFPA Code: H2; F3; R0

| ADDITIONAL INFORMATION | |
| --- | --- |
| | |
| **ICSC: 0268** (C) IPCS, CEC, 1994 | **ETHYLBENZENE** |

| IMPORTANT LEGAL NOTICE: | Neither NIOSH, the CEC or the IPCS nor any person acting on behalf of NIOSH, the CEC or the IPCS is responsible for the use which might be made of this information. This card contains the collective views of the IPCS Peer Review Committee and may not reflect in all cases all the detailed requirements included in national legislation on the subject. The user should verify compliance of the cards with the relevant legislation in the country of use. The only modifications made to produce the U.S. version is inclusion of the OSHA PELs, NIOSH RELs and NIOSH IDLH values. |
| --- | --- |

*Environmental Health Perspectives* Volume 109, Number 12, December 2001

# Assessment of 1,3-Butadiene Exposure in Polymer Production Workers Using HPRT Mutations in Lymphocytes as a Biomarker

Marinel M. Ammenheuser,[1] William E. Bechtold,[2] Sherif Z. Abdel-Rahman,[1] Judah I. Rosenblatt,[1] Darlene A. Hastings-Smith,[1] and Jonathan B. Ward, Jr.[1]

[1]Division of Environmental Toxicology, Department of Preventive Medicine and Community Health, University of Texas Medical Branch, Galveston, Texas, USA; [2]Lovelace Respiratory Research Institute, Albuquerque, New Mexico, USA

## Abstract

1,3-Butadiene (BD), which is used to make styrene-butadiene rubber, is a potent carcinogen in mice and a probable carcinogen, associated with leukemia, in humans. We have previously used *HPRT* mutation as a biomarker to evaluate exposures to BD in a monomer production plant. We now report on a study of 49 workers in a styrene-butadiene rubber plant in which we used the concentration of the BD metabolite 1,2-dihydroxy-4-(*N*-acetylcysteinyl-*S*)-butane (M1) in urine as a biomarker of exposure and the frequency of *HPRT* variant (mutant) lymphocytes (Vf) as a biomarker of effect. Workers were assigned to high- and low-exposure groups based on historical information about work areas and jobs. Personal exposure to BD for one work shift was measured using a passive badge dosimeter. Each participant provided a urine specimen and blood sample at the end of the work shift and completed a questionnaire providing information on lifestyle, health, and work activities. The average BD exposures in the high- and low-exposure groups were significantly different, even after excluding two extreme values, (high 1.48 ppm; low 0.15 ppm, $p < 0.002$). This study was done in 1994 and 1995 before the establishment, in 1996, of the new permissible exposure limit of 1 ppm. Both the mean M1 and the *HPRT* Vf were more than three times greater in the high-exposure group than in the low-exposure group ($p < 0.0005$). The three end points correlated with each other, with sample correlation coefficients between 0.4 and 0.6. The correlations among BD exposure and the biomarkers of internal exposure and genotoxicity suggest that occupational exposure to BD, in the range of 1-3 ppm, may be associated with adverse biological effects. *Key words:* biological monitoring, butadiene, *HPRT* mutations, occupational health. *Environ Health Perspect* 109:1249-1255 (2001). [Online 28 November 2001]

http://ehpnet1.niehs.nih.gov/docs/2001/109p1249-1255ammenheuser/abstract.html

Address correspondence to J.B. Ward, Jr., Division of Environmental Toxicology, Department of Preventive Medicine and Community Health, University of Texas Medical Branch, Galveston, TX 77555-1110 USA. Telephone: (409) 772-9109. Fax: (409) 772-9108. E-mail: jward@utmb.edu

We thank C.R. Singleton and W. Yang for technical assistance; we also thank the Workplace Toxics Foundation; the Oil, Chemical and Atomic Workers International Union, Local 4-228; and Gene Groff for their assistance.

Grant support was from the National Institute of Environmental Health Sciences (ES06015, ES06676, and ES07148).

Received 1 November 2000; accepted 12 June 2001.

Butadiene (BD), a flammable gas with a pungent odor, is used in the manufacture of styrene-butadiene rubber and other polymers. BD is a four-carbon compound with two double bonds that can be oxidized to epoxides, which can then rearrange to form reactive metabolites. In 1995 BD ranked 36th in U.S. production volume at 3.68 billion pounds (*1*).

Butadiene is carcinogenic in rodents. Female mice developed lung tumors after chronic exposure of only 6.25 ppm. At higher dose levels the mice developed tumors at multiple sites, including the hematopoietic system, lungs, forestomach, heart, mammary glands, and ovaries (*2*). Rats appear to be less sensitive but developed tumors in several organs including the pancreas, testes, uterus, and the mammary, zymbal, and thyroid glands at chronic exposure levels of 1,000 ppm (*3*).

In human epidemiologic studies there have been a number of reports of increased mortality rates in BD-exposed workers due to malignancies of the hematopoietic system (*4*). In these studies, however, there have been inconsistencies in the types of malignant tumors and in the relationship of tumor incidence to BD exposure level, duration of exposure, and time period of exposure (World War II vs. the postwar period) (*5,6*).

Butadiene has been shown to be genotoxic in both *in vitro* and *in vivo* laboratory tests. BD was mutagenic in *Salmonella typhimurium* strain TA 1530 with metabolic activation (*7*), and BD gas was weakly mutagenic in the mouse lymphoma assay in the presence of rat liver S9 (*8*). In laboratory animals, BD can induce chromosomal damage and somatic cell mutations. The most sensitive cytogenetic end point in mice appears to be sister chromatid exchanges. These were induced in bone marrow by a 10-day exposure to 6.25 ppm BD (*9*). In the same study, bone marrow micronuclei were induced at 62.5 ppm and chromosome aberrations at 625 ppm (*9*). At BD doses as low as 50 ppm for 5 days, micronuclei were induced in both bone marrow and peripheral blood erythrocytes (*10*). Exposure of mice to BD doses as low as 20 ppm for 4 weeks induced gene mutations at the *HPRT* locus in spleen lymphocytes (*11,12*) and in thymic lymphocytes (*12*). In transgenic mice, exposures to 62.5 ppm of BD for 4 weeks resulted in increased frequencies of mutations at the *lacI* locus in bone marrow cells (*13*).

Rats appear to be much less sensitive to BD-induced chromosomal damage (14) and mutation (12) when compared to mice. This is consistent with the observed carcinogenic effects in the two species.

The carcinogenic and mutagenic effects of BD are thought to be due to the formation of the epoxide metabolites butadiene monoepoxide (EB), butadiene diepoxide (DEB), and butadiene diolepoxide (EBD). All three epoxide metabolites are mutagenic both *in vitro* and *in vivo*. Of the three, DEB is the most potent mutagen; it is 4-12 times more potent than EB in the Ames/*Salmonella* assay (15) and 100 times more potent in human TK6 lymphoblasts (16). EBD was of intermediate potency in these *in vitro* assays (15,16). In vivo, the three epoxides induced increased frequencies of bone marrow micronuclei in the following order of potency: DEB > EB > EBD (15). The mutagenic potency of BD, EB, and DEB at the *HPRT* locus was determined in mice and rats by Meng et al. (17). EB was mutagenic in mice but not in rats, whereas DEB was more potent in rats than in mice.

The differences in carcinogenic responses between rats and mice and weaknesses in some of the human epidemiologic studies have resulted in controversies regarding the probable carcinogenic risks of BD to humans (6,18). It is difficult to know which animal model might best be used to estimate human risk (if either), and it is unlikely that the epidemiologic record can be improved in the near future. Industry responded in the late 1980s to concerns about the carcinogenicity of BD by initiating steps to reduce exposures. The Occupational Safety and Health Administration (OSHA) promulgated a new permissible exposure limit in 1996, reducing the 8-hr time-weighted average exposure limit from 1,000 ppm BD to 1 ppm (19). New epidemiologic studies, designed to detect carcinogenic effects at these low concentrations, would require very large cohorts to achieve adequate statistical power. Also, disease outcomes following extended chronic exposure, based on workers not exposed to earlier higher concentrations of BD, will not be available for several decades.

A more appropriate approach for current investigations of the effects of BD exposure would be to use biological markers as outcome measures in human population studies. Because BD and its metabolites are genotoxic in animal studies, genotoxicity tests can be useful as effect biomarkers in studies of populations of exposed workers. Also, by using a biomarker of internal exposure, such as the level of a urinary metabolite of BD, associations between exposure and the genotoxic effects of exposure can be identified. Although somatic cell genotoxicity is not an adverse health outcome in itself, genotoxic effects are mechanistically linked to neoplasia. Because of this linkage, evidence that exposure to a suspected carcinogen is associated with genotoxicity suggests that a preventable risk might exist. In the early 1990s we conducted a preliminary study of a small cohort of workers in a BD monomer plant. We found that workers with exposure of about 1-3 ppm BD had a 3-fold elevation in the frequency of variant (mutant) lymphocytes in the autoradiographic *HPRT* mutant lymphocyte assay compared to less-exposed workers and nonexposed, outside controls (20). This increase correlated with an elevation in the concentration of a conjugated metabolite derived from EB [1,2-dihydroxy-4-(*N*-acetylcysteiny1-*S*-)-butane], called "M1." No increase was observed in chromosome aberrations using conventional cytogenetic assays, although a small increase in chromosomal damage was detected in cells from the higher exposed group compared to the low- or nonexposed groups after an *in vitro* challenge with X rays (21). A follow-up study at this same monomer plant a few months later confirmed the observation of an increased *HPRT* variant frequency (Vf) (22).

We have now conducted a study of a larger group of workers in a styrene-butadiene rubber manufacturing facility in southeast Texas. Our objective was to determine whether the earlier observations could be confirmed in a different occupational setting. In this study, conducted in 1994-1995, the exposure of workers to BD was measured using personal organic vapor monitors. The urine M1 metabolite of BD, and the frequency of *HPRT* mutant lymphocytes were measured as biomarkers of internal exposure and effect, respectively. We report here that, in workers with higher exposures to BD, we confirm our earlier observation of an increased urine M1 concentration and an elevation in *HPRT* Vf.

## Materials and Methods

**Chemicals and media.** Reagents and media for cell culture were obtained from the following suppliers: 6-thioguanine (TG), citric acid, and dimethyl sulfoxide (DMSO) were obtained from Sigma (St. Louis, MO); phytohemagglutinin (PHA), reagent grade, from Murex (HA 15, 45 mg/5 mL bottle; Dartford, England), RPMI 1640 medium, penicillin-streptomycin, and l-glutamine from GIBCO-BRL (Gaithersburg, MD); HL-1 medium supplement from Bio-Whittaker (Walkersville, MD); and fetal bovine serum (FBS) from HyClone Laboratories (Logan, UT). NTB-2 autoradiographic emulsion and D-19 developer were obtained from Kodak (Rochester, NY) and [$^3$H]-thymidine ($^3$H-TdR) was obtained from from ICN (Costa Mesa, CA).

**Study design.** This study was designed to evaluate the possible genotoxic effects of working in a styrene-butadiene rubber plant in southeast Texas. Workers were recruited with a letter that explained the purpose and design of the study and asked for their participation. Those who agreed to participate completed a short form attached to the letter to enroll in the study. Each volunteer also signed a consent form approved by the human subject Institutional Review Board of the University of Texas Medical Branch. Participants then completed a questionnaire which provided information on the following subjects: personal description (age, ethnicity, sex); history of tobacco use and customary use of alcohol and caffeine-containing beverages; health status and medication use; and work-related information including job title, work locations, and occupational history. Each participant was asked to wear a 3M 3520 organic vapor monitor (3M, St. Paul, MN), which served as a passive dosimeter, for one work shift (8 hr) to measure exposure to butadiene and styrene. At the end of the shift, a urine specimen and a blood sample of approximately 70 mL was collected. Before the collection of personal exposure data and biological samples, we divided the workers into two groups based on historical butadiene exposure levels in different work areas. A pilot exposure assessment was consistent with this assignment. Workers in the reactor, recovery, tank farm, and laboratory areas were assigned to the high-exposure group. Workers in the blending, coagulation, baling, shipping, control room, and utility areas were assigned to the low-exposure group. The primary end points analyzed were the time-weighted average exposure to butadiene in breathing zone air, the concentration of the M1 metabolite in urine, and the *HPRT* Vf in lymphocytes. We confirmed smoking status by measuring cotinine in blood plasma.

**Exposure assessment.** Organic vapor monitors (OVM; 3M 3520) with two charcoal layers were used as passive badge dosimeters. The sealed containers were opened immediately before giving the monitor to a participant, who wore it attached to clothing near the face for the

entire work shift. Workers carried a two-page diary form during the day to record their work location and activities for each hour of the shift. For each hour of the shift, the workers were asked to characterize their chemical exposure as about typical for their jobs, higher, or lower than typical. They were also asked to indicate whether they wore a respirator during that hour or noted any unusual events. At the end of the shift the workers reported back to the study site and turned in the OVM, which was immediately capped, placed in its canister, and stored in an ice chest. The OVMs were shipped to an analytical laboratory (NATELSCO, Long Grove, IL) for extraction and analysis by gas chromatography. The minimum time-weighted average exposure that could be reliably calculated with this method was about 0.25 ppm for butadiene and about 1 ppm for styrene.

*Urine analysis.* A single urine specimen of up to 200 mL was collected in one or two polypropylene specimen containers at the end of the work shift. Specimens were immediately frozen on dry ice. They were stored in the laboratory at -20°C until shipped on dry ice to the Inhalation Toxicology Research Institute (now Lovelace Respiratory Research Institute) in Albuquerque, New Mexico. They were analyzed there for the M1 metabolite as described previously (23). Briefly, deuterated standards were added to aliquots of the samples, which were then extracted and analyzed by selective ion monitoring in a Hewlett-Packard gas chromatograph, mass spectrometer (Hewlett-Packard, Palo Alto, CA). Creatinine levels were also determined to normalize for the dilution effects of fluid consumption.

*Lymphocyte and plasma isolation and cryopreservation.* A blood sample from each worker was collected in five 15-mL sodium heparinized vacuum tubes (Becton-Dickinson, Franklin Lakes, NJ). Samples were returned to the laboratory within 4-12 hr of collection. Mononuclear cells and plasma were separated from the whole blood by density centrifugation on Histopaque (Sigma). The lymphocytes were washed, counted, and cryopreserved, as previously described (24). Cells were frozen at $10\text{-}15 \times 10^6$ cells per 1-mL cryotube in 50% FBS, 10% DMSO, and 40% RPMI 1640. An average of 6 cryotubes per subject were prepared and stored in liquid nitrogen until ready for use.

A 2-mL aliquot of plasma from each blood sample was frozen at -20°C in glass vials and later shipped on dry ice to the laboratory of Helen Van Vunakis (Brandeis University, Waltham, MA). The plasma was analyzed for cotinine concentration by radioimmunoassay (25). Cotinine concentrations > 20 ng/mL of plasma were considered indicative of active tobacco use. The remaining plasma from the blood was frozen for later use as an autologous growth supplement in the *HPRT* assay.

*The HPRT mutant lymphocyte assay.* We determined the frequencies of *HPRT* variant (mutant) lymphocytes using the short-term autoradiographic assay. Detailed methods have been described previously (26,27). Assays were performed with coded samples so that the exposure status of the subjects was unknown. Three or four cryotubes (about $30\text{-}45 \times 10^6$ cells) were thawed, washed, counted, and resuspended in growth medium (RPMI 1640 with antibiotics, 2% reagent grade PHA, 20% HL-1, 25% autologous plasma). Five to 6 million lymphocytes were aliquoted into each of 5-8 vented flasks (Falcon No. 3108, Lincoln Park, NJ) and 6-thioguanine was added. The final TG concentration was $2 \times 10^{-4}$ M and the final cell density was $1 \times 10^6$/mL. One labeling index (LI) flask was prepared without TG. After a 24-hr incubation at 37°C, all cultures were labeled with 25 μCi of [$^3$H]-TdR, incubated for an additional 18 hr, and harvested by adding 9 mL of chilled 0.1 M citric acid to each flask. The free nuclei from the TG-containing flasks were washed with methanol-acetic acid fixative and resuspended in 1 or 2 tubes in 0.25 mL fixative. The nuclei from the LI flask were harvested separately using the same procedure. A 20-μL aliquot from each tube from the TG-containing cultures was counted with a particle counter (Coulter, Hialeah, FL), and all of the remaining nuclei in the tube were placed on an $18 \times 18$ mm coverslip affixed to the end of a microscope slide. The nuclei from the LI flask were counted and an aliquot of about $0.15 \times 10^6$ cells was spread evenly onto a separate $18 \times 18$ mm coverslipped slide.

Slides were stained with aceto-orcein, dipped in NTB-2 emulsion, stored for 2-3 days in light-tight boxes at 4°C, and developed with D-19. Coded slides were read with a Nikon Labophot microscope (Nikon, Tokyo, Japan), and a count was made of all labeled cells from the TG-containing cultures. For the LI slide, a random differential count was made of 3,000 labeled and unlabeled cells to provide an estimate of the proportion of normal (nonmutant) lymphocytes from each subject that were able to grow in culture. The Vf is calculated by taking the total of the labeled cells identified on the slides derived from the TG-containing cultures and dividing this number by the LI multiplied by the number of nuclei initially added to the TG slides. The denominator for this calculation is referred to as the number of evaluatable cells.

*Statistical analysis.* The parameters obtained for analysis were time-weighted average exposure to butadiene in parts per million, concentration of the M1 metabolite in urine in nanograms per milligram creatinine, and the *HPRT* Vf in variant cells per $10^6$ evaluatable lymphocytes. For group comparisons, results were analyzed by exposure group and smoking status. Differences between groups were analyzed using the unpooled variance version of the independent two-sample Student's *t*-test from the Minitab statistical package (Minitab Inc., State College, PA). We also used the nonparametric Wilcoxon rank test (S-Plus, Insightful Corporation, Seattle, WA) for comparison. The relationships between parameters were analyzed for correlations by means of the Fisher *z*-test for significance and associated confidence intervals as implemented in the S-Plus statistical program.

# Results

*Study population.* A total of 63 workers (31 in high-exposure areas and 32 in low-exposure areas) initially enrolled in the study and participated in blood sample collection. Of these, seven high-exposure and six low-exposure subjects were eliminated because their lymphocyte cultures had low LIs (< 5%) and/or low cell recovery after freezing. This resulted in insufficient numbers of evaluatable cells (< 0. $4 \times 10^6$) available to perform an adequate assay for detecting frequencies of *HPRT* mutant cells. *HPRT* mutant frequencies were obtained from 24 high-exposure and 25 low-exposure subjects (one low-exposure nonsmoker had an adequate LI but no labeled cells on slides from the TG-containing cultures). Badge dosimeter measurements of BD exposure were obtained from 48 workers: 24 in high-exposure and 24 in low-exposure areas. Urine analyses for M1 were obtained for 47 participants (24 high and 23 low).

Case 01-01139-AMC Doc 8494-2 Filed 05/24/05 Page 7 of 43

The demographic data are presented in Table 1. All of the evaluated workers were either white, non-Hispanic (75.5%), or African American (24.5%). The workers in the high-exposure areas were about 5 years older and had worked in the plant about 7 years longer than the workers in the low-exposure areas. In both groups about 80% of the workers were nonsmokers. Five individuals in the high-exposure group and three in the low-exposure group were tobacco chewers (resulting in elevations of plasma cotinine levels). All other subjects classed as nonsmokers had plasma cotinine levels < 20 ng/mL.

| Table 1. Characteristics of the study population | high exposure | Low exposure |
|---|---|---|
| Number enrolled | 31 | 33 |
| Number evaluated | 24 | 25 |
| Mean age ± SD (yr) | 46.7 ± 10.8 (23) | 41.6 ± 9.9 (24) |
| Work longevity ± SD (yr) | 20.9 ± 10.7 (23) | 14.6 ± 12.5 (24) |
| Non-Hispanic white | 18 | 18 |
| African American | 5 | 7 |
| Smokers | 5 | 5 |
| Nonsmokers | 19 | 20 |

**Results by exposure groups.** The results for BD exposure levels, urine metabolites, and *HPRT* mutant lymphocytes were compared for the high- and low-exposure groups (Table 2). The minimum concentration of BD in air for which a concentration could be reported, after an 8-hr measurement, was approximately 0.25 ppm. Out of 24 determinations included in the data set for workers in the high-exposure areas, 16 produced measurable values and 8 were below the detection limit. For the 24 samples from workers in the low-exposure areas, only 2 (0.27 and 0.51 ppm) were above the detection limit, and the remainder were below. The average BD exposure levels for the different work areas are shown in Figure 1. For the purpose of calculating averages, a value of one-half of the minimum detection limit (0.125 ppm) was used for subjects whose exposures were below the detection limit. Two extreme values were omitted from Figure 1. One of these involved a laboratory worker who reported spilling BD-contaminated water on his clothing. He had a badge value that day of 20.8 ppm BD. The other subject was a maintenance worker who reported high exposure to BD while opening a line. His badge value was 23 ppm, but he wore a respirator during this operation. Neither of these unusually high BD values is likely to represent day-to-day exposure or be representative of the study population as a whole.



**Figure 1.** Average exposures based on 8-hr shift time-weighted average measurements. Error bars indicate SD. The number of samples in each work area are shown above the bars. The low-exposure areas consisted of the coagulation, bailing, shipping, control room, and utility areas. All low-exposure areas samples were below the detection limit of 0.25 ppm, so a value of 0.125 ppm was assigned. The two extreme values described in the text are omitted. They were values from a worker in the styrene-butadiene rubber (SBR) laboratory and a maintenance mechanic working in several locations.

| Table 2. Group means for BD exposure, urine BD metabolites, and HPRT Vf in exposure groups, with HPRT Vf subdivided by smoking status. | | | | | | | |
|---|---|---|---|---|---|---|---|
| Exposure group | BD air (ppm) | Metabolites MI + MII (µmol/g creatinine) | Urine M1 (µmol/g) | M1 (µg/µg creatinine/g BD) | Smoking status | HPRT Vf (×10⁻⁶) | HPRT Vf (×10⁻⁶) |
| High | 22* | 3.48±0.28* | 24 | 0.346 (0.96)** | Nonsmoker | 19 | 9.0 (4.2)* |
| | | | | | Smoker | 5 | 4.1 (4.9) |
| Low | 24* | 0.19±0.065 | 22* | 565/580 | Nonsmoker | 20 | 1.49 (1.1) |
| | | | | | Smoker | 5 | 3.2 (4.0) |

Styrene exposures were also determined. However, the minimum concentration that could be calculated for an 8-hr exposure was 1 ppm, and most exposures were < 1 ppm. Based on the actual mass of analyte measured from each badge, the molar ratios of BD to styrene had a mean (± SEM) of 27.92 ± 7.22. Thus, BD exposures were substantially greater than styrene levels.

Table 2 presents group means for the effect and exposure biomarkers. A clear distinction was observed between the high- and low-exposure areas. The mean BD exposure value (± SE) for the high-exposure areas was 1.48 ± 0.37 ppm (excluding the two extreme values) with a range of 0.25-5 ppm, and for the low-exposure areas was 0.15 ± 0.02 ppm (significantly different, $p < 0.002$). The median for the high-exposure areas was 0.41 ppm, and the median for the low-exposure areas was 0.125 ppm (half of the detection limit). If the two extreme values are included, the high-exposure group mean was 3.18 ± 1.23 ppm, and the median was 0.52 ppm BD. The distribution of exposure measurements was consistent with our expectations, based on information from experienced workers in the facility, and confirms our assignment of these areas as high or low exposure.

The average concentration of the M1 metabolite in the urine of workers in the high-exposure areas was 2,046 ng/mg creatinine, compared to 585 ng/mg creatinine in the low-exposure areas. This difference was highly significant ($p < 0.0004$). The frequency of *HPRT* mutant lymphocytes (mean ± SE) was $2.10 \pm 0.2 \times 10^{-6}$ in the low-exposure group and $6.66 \pm 1.4 \times 10^{-6}$ in the high-exposure group. This difference was also highly statistically significant ($p < 0.0002$ by *t*-test and $p < 0.0001$ by the Wilcoxon test). When stratified by smoking status, which is known to affect *HPRT* Vf (27-29), there was a highly significant difference between the 19 nonsmokers in the high-exposure areas and 20 nonsmokers in the low-exposure areas ($p < 0.0005$). Tobacco smokers were identified by both questionnaire data and plasma cotinine levels > 20 ng/mL. In this study, the self-reported data and the cotinine data were concordant. The five high-exposure smokers had a Vf of $6.1 \times 10^{-6}$, almost 2-fold higher than the five low-exposure smokers (Vf $3.3 \times 10^{-6}$), but this was not statistically significant (Table 2, Figure 2).



**Figure 2.** The distribution of frequencies of *HPRT* mutant lymphocytes is shown, stratified by exposure group and smoking status. Abbreviations: NS, nonsmoker; S, smoker. The high-exposure group consisted of workers in the tank farm, reactor, recovery, and styrene-butadiene rubber laboratory areas; the low-exposure groups consisted of workers in the blending, coagulation, shipping, control room, and utility areas. The mean *HPRT* Vfs for low exposure, nonsmokers and high exposure, nonsmokers are significantly different ($p < 0.0005$).

The quality of the cultures for *HPRT* Vf analysis was high. The average LI was 0.16, and the average number of evaluatable cells was $2.57 \times 10^6$ lymphocytes. These values are comparable to other studies that we have conducted (20,22,24,27). The mean LIs were identical in the two exposure groups (0.16), and the mean numbers of evaluatable cells (LI × total cells) were $2.78 \times 10^6$ and $2.38 \times 10^6$ in the low- and high-exposure groups, respectively.

***Correlation among end points.*** We evaluated the correlation of BD exposure with urine M1 and *HPRT* Vf. For subjects whose exposure was below the detection limit (0.25 ppm), a value equal to one-half the detection limit (0.125 ppm) was used. Figure 3 displays the relationship between urine M1 concentration and BD exposure for those subjects who had a detectable BD exposure (> 0.25 ppm). As we previously explained for Figure 1, we have excluded from Figure 3 the two individuals with aberrantly high badge readings. The lab worker with the contaminated badge had an M1 level of only 954 ng/mg of creatinine, and the pipefitter who was wearing a respirator at the time of his high exposure had an M1 level of 2915 ng/mg of creatinine. If the measurements from these two workers are excluded, a fairly strong positive relationship between exposure and urine M1 concentration can be seen. The sample correlation coefficient is $r = 0.68$ [95% confidence interval (CI), 0.48-0.82; $p < 0.00001$].



**Figure 3.** Relationship between the 8-hr time-weighted-average exposure to BD and the urine M1 metabolite (ng/mg creatinine). Only samples with BD levels above the detection limit (0.25 ppm) are shown, and two extremely high exposures are excluded as described in the text. The sample correlation coefficient for the data shown is $r = 0.68$ ($p < 0.00001$).

The relationship of *HPRT* Vf with measurable BD exposure is displayed in Figure 4. Again, the two individuals with very high badge BD levels are not included. The laboratory worker's Vf was $1.14 \times 10^{-6}$, and the pipefitter's Vf was $4.54 \times 10^{-6}$. These are reasonable frequencies because *HPRT* Vf should reflect exposure over an extended period of time, and the unusual 1-day BD exposure values for these two subjects are probably not typical for these individuals. If the two high badge values are excluded from the calculation, the sample correlation coefficient is $r = 0.51$ (95% CI, 0.26-0.70; $p = 0.0002$).

**Figure 4.** Relationship between the 8-hr time-weighted-average BD exposure and the *HPRT* Vf.



Only samples with BD levels above the detection limit (0.25 ppm) are shown, and two extremely high exposures are excluded as described in the text. The sample correlation coefficient for the data shown is $r = 0.51$ ($p = 0.002$).

The relationship between M1 and *HPRT* Vf is shown in Figure 5. Each data point represents an individual who is identified with respect to exposure group and smoking status. Visually, there appears to be a good deal of scatter in the data. However, the individuals in the low-exposure group are clustered in the lower left quadrant of the graph, and many in the exposed group are in the upper right quadrant. Overall, the sample correlation coefficient between the two parameters is $r = 0.42$ (95% CI, 0.14-0.64; $p = 0.00045$). The data set was also analyzed for relationships between the exposure and effect end points and other parameters including alcohol use, age, and longevity of work at this facility. No correlations were seen between alcohol use and *HPRT* Vf in any exposure group, but most users of alcohol claimed to be light or moderate drinkers. Both age and longevity were correlated with *HPRT* Vf in only one subgroup, the five smokers in the high-exposure group. The sample correlation coefficient was $r = 0.93$ (95% CI, 0.2-0.99; nonsignificant) for age and 0.98 (95% CI, 0.73-0.99; $p = 0.0012$) for longevity in the workplace. There was no correlation of *HPRT* Vf with age or longevity in the nonsmokers or in the overall group. This is important because the average age and longevity were somewhat greater in the high-exposure group than in the low-exposure group (Table 1).



**Figure 5.** Relationship between the M1 urine metabolite concentration (ng/mg creatinine) and the *HPRT* Vf. The exposure group, as described in the text and in Figure 2, and smoking status are indicated. The overall sample correlation coefficient is $r = 0.42$ ($p = 0.0045$).

## Discussion

The use of biological markers offers a method for assessing human exposure to potentially hazardous agents that facilitates the evaluation of exposures at the time of their occurrence. The biological events that are used as biomarkers reflect different stages in the continuum of events that occur between human exposure to a chemical and a resulting adverse health outcome. Because these biomarkers typically respond to exposure in a much larger proportion of an exposed population than the fraction that eventually becomes ill, biomarker studies can be conducted in much smaller populations than would be required for epidemiologic studies based on morbidity or mortality as an outcome. The Committee on Biological Markers of the National Research Council has classified biological markers into categories of exposure, effect, and susceptibility (*30*).

In this study, we compared biological markers of both exposure (urine M1) and effect (*HPRT* mutation) to exposures measured with passive badge dosimeters. Participating workers were categorized into areas of high and low exposure to BD based on historical data. The exposure sampling showed that average exposures in the designated high-exposure group than in the high-exposure areas were 1.48 ppm of BD, whereas the exposures in the designated low-exposure areas were almost all below the quantitation limit for the assay method used (about 0.25 ppm). The BD levels in the high-exposure areas can be compared to the current OSHA permissible exposure limit of 1 ppm. At the time the study was conducted, however, the standard was 1,000 ppm.

At the average exposure level of 1.48 ppm (excluding two extreme values), the two biomarkers that we used detected statistically significant increases in the concentration of the M1 metabolite of butadiene in urine, and the *HPRT* variant frequency in lymphocytes. The average M1 concentration was about 3-fold greater in the high-exposure group than in the low-exposure group. The magnitude of the difference in the *HPRT* Vf between the two groups was also about 3-fold. The BD metabolite biomarker in urine documented that the workers in the high-exposure areas received a greater internal exposure to BD than did workers in low-exposure areas. The increased frequency of *HPRT* mutant lymphocytes indicated that BD exposure was associated with an increased level of genetic damage, resulting in the fixation of mutations. Together these results suggest that occupational exposure to BD at about 1-3 ppm can be detected with biomarkers and that this exposure is associated with the induction of mutations in lymphocytes.

We found that the three main end points, measuring external and internal BD exposure and mutation as an effect of exposure, were correlated with each other. The correlations between the end points were positive, with coefficients in the range of 0.4-0.6. It is not surprising that the correlations were not stronger. The measurement of BD levels in the air using personal organic vapor monitors provides a measure of the worker's potential exposure to BD, but several factors may influence the relationship between the exposure measured by the badge dosimeter and by the output of the M1 metabolite in the urine. The badge is near the face but may not accurately reflect the breathing zone concentration under all circumstances. As we observed in one instance, a spill of BD-saturated liquid resulted in a very high badge reading, which was not reflected in the concentration of urinary metabolite.

The activities of the worker may influence the absorption of BD from the air. High levels of exertion would increase respiratory rate and

volume and increase the amount of BD absorbed in a unit of time. The timing of exposure would also influence the relationship between the exposure measured in the air and the concentration of the urinary metabolite. The time of peak excretion of metabolites after exposure to BD has not been determined in humans. However, BD from an exposure that occurred during the early part of the work shift would probably be excreted, in part, before the end of the shift when the urine sample was obtained. A better correspondence between exposure and the urine metabolite would probably be obtained if all the urine voided over a 24-hr period, beginning at the start of the work period, were analyzed.

Finally, it should be noted that all workers excreted at least a minimal amount of the M1 metabolite. In our first study of BD exposure, subjects who did not work at all with BD excreted a similar concentration of M1 (20). This raises the possibility that some M1 is derived from either exogenous or endogenous sources other than BD (23).

The relationship among the M1 concentration, air concentration of BD, and the HPRT Vf also shows substantial variability. This is not unexpected because of the timing of the manifestation of these measurements. The badge dosimeter measures the exposure during a specific exposure period, which was one 8-hr shift in this study. The urinary metabolite probably measures exposure primarily on the day of specimen collection, and not more than 1 or 2 days before collection. The time period over which HPRT mutant lymphocytes become manifest after an exposure, under these conditions, is not well characterized. It is known from prospective studies of patients receiving mutagenic chemical or radiation therapies that the mutant phenotype is not manifested until 1-2 weeks after exposure. Also, after an acute exposure to mutagens, the frequency of mutants declines to levels far below the peak level within a few months (26,28). However, the effects of chronic exposure at relatively low doses may be different because low exposures do not produce major cytotoxic effects on lymphocyte populations. A study of former smokers showed that the HPRT Vf was similar in never-smokers and former smokers, but almost all of the former smokers had abstained from smoking for 5 years or more (27). Memory T-lymphocytes may persist in circulation for most of the life span of an individual. It is thus possible that some mutant lymphocytes attributable to occupational exposure could accumulate over an extended, but uncharacterized, period of time. The exposure that was measured on a single day by badge dosimetry may not reflect the cumulative exposure for the worker over a longer period of time. In subsequent studies multiple measurements of BD exposure were made over a longer period of time (31). The fact that a positive correlation was observed between exposure, measured both externally and internally, and HPRT Vf indicates that occupational exposure to BD did produce mutagenic effects.

Several factors have the potential to bias the results of the study, particularly with respect to the mutation biomarker. The two best characterized influences on the frequencies of HPRT mutants are smoking (24,27,29) and age (29,32). In earlier studies, smoking increased the HPRT Vf about 3-fold over the background rate. In this study we observed an increase of about 2-fold in low-exposure smokers as compared to low-exposure nonsmokers. High-exposure smokers had about the same HPRT Vf as high-exposure nonsmokers. However, there was considerable variation among the workers in their tobacco usage. The number of cigarettes usually smoked per day ranged from 6 to 40, and cotinine values ranged from 132 ng to 625 ng/mL of plasma. Mean tobacco use was about equal between the low- and high-exposure smokers, but BD exposure in the five high-exposure smokers was only 0.64 ppm compared to 1.48 ppm for all of the high-exposure workers. Although smoking probably contributed to the overall frequency of mutants in the high-exposure smokers, the effect may have been offset by the lower than average BD exposure in this subgroup.

With age, the frequency of HPRT mutant lymphocytes increases slowly. In the autoradiographic assay the rate of increase is about $0.04 \times 10^{-6}$ per year (29). In the cloning assay the effect of age is a little stronger (32). We evaluated the effect of age in the workers in this study, but found no overall effect of age on HPRT Vf. However, in one subgroup, the high-exposure smokers, strong correlations of HPRT Vf with both age ($r = 0.93$) and longevity in the workplace ($r = 0.98$) were observed. This subgroup contained only five individuals, and the association was not observed in other subgroups, so the significance of this observation is not clear. If some HPRT mutant lymphocytes persist for a long period of time, they might accumulate with years of exposure to both butadiene and the mutagens in cigarette smoke.

Lymphocytes from some of the nonsmoking, high-exposed workers were also assayed for HPRT mutant frequencies using the cloning assay (33,34). Clones of mutant lymphocytes were expanded and analyzed to determine what types of mutations they contained. They were compared to clones of mutant lymphocytes in control subjects who did not work in the petrochemical industry. Results of this study have been published separately (35). The mutant frequency (Mf) in the cloning assay in 10 high-exposure workers was significantly higher ($p < 0.05$) than the Mf in 11 controls (Mf ± SD = $17.63 + 5.05 \times 10^{-6}$ vs. $8.47 + 2.88 \times 10^{-6}$, respectively). Autoradiographic HPRT assays of lymphocytes from the same samples also showed a significant increase in BD-exposed workers (Vf $6.86 \pm 3.25 \times 10^{-6}$) compared to unexposed controls ($2.36 \pm 1.04 \times 10^{-6}$; $p < 0.05$). Results from the two types of HPRT assays, performed on split samples, were significantly correlated ($r = 0.70$, $p < 0.001$) (36). In BD-exposed workers, a significantly higher proportion of mutant clones contained deletions of one or more exons ($p < 0.05$). A 2-fold, but nonsignificant, increase in the proportion of base substitution mutations at A-T base pairs was observed, and a higher proportion of frameshift mutations was seen in the exposed group ($p < 0.05$) (35). These observations are consistent with the types of mutations induced by BD and DEB in cell culture (16,37) and in animals (11,12,17,38). The observation of this pattern of mutation supports the idea that at least some of the mutations observed in these workers are attributable to the mutagenic activity of butadiene.

An obvious question raised by the observation of a mutagenic effect associated with exposure to a known carcinogen is whether workers exposed to low concentrations of BD have an elevated cancer risk. Concerns about cancer risk must be tempered for several reasons. First, a direct link between increased frequencies of HPRT mutant lymphocytes and elevated cancer risk has not been established. The only genetic biomarker for which such a link exists at this time is structural chromosome aberrations. Prospective studies have been conducted that demonstrate that individuals who developed cancer had previously demonstrated higher rates of chromosome damage (39,40). Despite the lack of similar prospective studies of somatic cell mutations in humans, the role of mutation in carcinogenesis is well known. Documentation of an increased frequency of mutant lymphocytes that can be attributed to exposure is cause for concern. These effects, however, must be considered on a population rather than on an individual basis. The biomarker results for an individual cannot be used to predict his or her future disease risks; however, the average results for the population may be indicative of risks to the population as a whole. Also, the results of a biomonitoring study do not reflect the cumulative effect of long-term exposure, and recent exposures might not be typical of long-term experience for an individual. Other exposures, such as smoking, may contribute to the response of the effect biomarker.

In addition, the genetic characteristics of individuals will quite likely influence their response to butadiene exposure. Such characteristics were not analyzed in this population; however, in continuing studies of SBR workers, we are evaluating genetic polymorphisms in genes encoding several biotransformation enzymes (41).

The results of this study are consistent with our earlier studies of workers in a butadiene monomer production facility, in which we observed an increase in HPRT Vf in workers in production areas. This increase in the frequency of mutant lymphocytes was correlated with an increase in the M1 urine metabolite (20,22). In continuing studies we are enlarging the study population and making a more detailed assessment of exposure using a more sensitive method for the measurement of external exposure. Our results at this point consistently indicate that exposure to BD at about 1-3 ppm is associated with an increase in HPRT mutant frequency.

Although our genetic biomonitoring studies of BD-exposed workers in Texas have been consistently positive to date, other studies have not detected mutagenic effects of occupational exposure to BD. A population of BD-exposed workers in China was recently evaluated (42). Reported exposures were somewhat higher than we observed in our study, with some very high episodic exposures associated with activities such as pump repair and process sample collection. Most of the male subjects in the study smoked, but none of the women used tobacco. Hayes et al. (42) found no difference between the butadiene-exposed group and the control group in the frequency of HPRT mutants using the cloning assay. The Mfs in both the exposed and control groups averaged $15\text{-}20 \times 10^{-6}$, which is much higher than the Mfs for the unexposed control group in our cloning assay study (35). Tates et al. (43) studied workers in a butadiene monomer production unit near Prague in the Czech Republic. The median BD exposure, measured in 1994 for 19 workers, was 0.24 ppm, which is less than the median for the high-exposure workers in the present study. Using the cloning HPRT assay, no significant difference was observed between the Mfs of exposed workers and control subjects. In this case the HPRT Mfs for control subjects were in the same range as our cloning study, but the Mfs for BD-exposed subjects were relatively low as well. It is not clear why we have repeatedly observed an association between BD exposure and frequencies of HPRT mutant lymphocytes in our studies while other investigators have not. In the case of the samples from the current study, significant increases in mutant frequency were measured using both the autoradiographic and cloning assays (35). In this study, correlations among BD exposure, internal exposure, and genotoxicity were clearly observed in a facility where exposures were near the current OSHA permissible exposure limit. Because of the role of mutation in carcinogenesis, continued study of the potential carcinogenic effects of occupational exposure to butadiene, and consideration of the classification of this important industrial chemical as a carcinogen are warranted.

## References and Notes

1. Kirschner E. Growth of top 50 chemicals slowed in 1995 from very high 1994 rate. Chem Eng News 74:16-22 (1996).

2. Melnick R, Huff JE, Chou BMR. Carcinogenicity of 1,3-butadiene in C57BL/6 x C3HF1 mice at low exposure concentrations. Cancer Res 50:6592-6599 (1990).

3. Owen P, Glaister J, Gaunt I, Pullinger D. Inhalation toxicity studies with 1,3-butadiene. 3. Two-year toxicity/carcinogenicity studies in rats. Am Ind Hyg Assoc J 48:407-413 (1987).

4. IARC. 1,3-Butadiene. IARC Monogr Eval Carcinog Risk 71:109-225 (1999).

5. Acquavella J. Butadiene epidemiology: a summary of results and outstanding issues. Toxicology 113:148-156 (1996).

6. Bond JA, Recio L, Andjelkovich D. Epidemiological and mechanistic data suggest that 1,3-butadiene will not be carcinogenic to humans at exposures likely to be encountered in the environment or workplace. Carcinogenesis 16:165-171 (1995).

7. De Meester C, Poncelet F, Roberfroid M, Mercier M. The mutagenicity of butadiene towards Salmonella typhimurium. Toxicol Lett 6:125-130 (1980).

8. McGregor D, Brown AG, Cattanach P, Edwards I, McBride D, Riach C, Shepherd W, Caspary WJ. Responses of the L5178Y mouse lymphoma forward mutation assay: V. Gases and vapors. Environ Mol Mutagen 17:122-129 (1991).

9. Tice RR, Boucher R, Luke CA, Shelby MD. Comparative cytogenetic analysis of bone marrow damage induced in male B6C3F1 mice by multiple exposures to gaseous 1,3-butadiene. Environ Mutagen 9:235-250 (1987).

10. Adler I-D, Cao J, Filser JGP, Kessler W, Kliesch U, Neuhauser-Klaus A, Nusse M. Mutagenicity of 1,3-butadiene inhalation in somatic and germinal cells of mice. Mutat Res 309:307-314 (1994).

11. Cochrane J, Skopek T. Mutagenicity of butadiene and its epoxide metabolites: II. Mutational spectra of butadiene, 1,2-epoxybutene, 1,2-epoxybutene and diepoxybutane at the hprt locus in spleen T cells from exposed B6C3F1 mice. Carcinogenesis 15:719-723 (1994).

12. Meng Q, Henderson RG, Chen T, Heflich RH, Walker DM, Bauer MJ, Reilly AA, Walker VE. Mutagenicity of 1,3-butadiene at the hprt locus of T-lymphocytes following inhalation exposures of female mice and rats. Mutat Res 429:107-125 (1999).

13. Sisk SC, Pluta LJ, Bond JA, Recio L. Molecular analysis of lacl mutants from bone marrow of B6C3F1 transgenic mice following inhalation exposure to 1,3-butadiene. Carcinogenesis 15(3):471-477 (1994).

14. Autio K, Renzi L, Catalan J, Albrecht OE, Sorsa M. Induction of micronuclei in peripheral blood and bone marrow erythrocytes of rats and mice exposed to 1,3-butadiene by inhalation. Mutat Res 309:315-320 (1994).

15. Adler ID, Kliesch U, Nylund L, Peltonen K. In vitro and in vivo mutagenicity of the butadiene metabolites butadiene diolepoxide, butadiene monoepoxide and diepoxybutane. Mutagenesis 12:339-345 (1997).

16. Cochrane J, Skopek T. Mutagenicity of butadiene and its epoxide metabolites: I. Mutagenic potential of 1,2-epoxybutane, 1,2,3,4-diepoxybutane and 3,4-epoxy-1,2-butanediol in cultured human lymphoblasts. Carcinogenesis 15:713-717 (1994).

17. Meng Q, Henderson RF, Walker DM, Bauer MJ, Reilly AA, Walker VE. Mutagenicity of the racemic mixtures of butadiene monoepoxide and butadiene diepoxide at the hprt locus of T-lymphocytes following inhalation exposures of female mice and rats. Mutat Res 429:127-140 (1999).

18. Melnick RL, Kohn MC. Mechanistic data indicate that 1,3-butadiene is a human carcinogen. Carcinogenesis 16:157-163 (1995).

19. Occupational Safety and Health Administration. Occupational exposure to 1,3-butadiene. Fed Reg 61:56746-56856 (1996).

20. Ward JB Jr, Ammenheuser MM, Bechtold WE, Whorton EB Jr, Legator MS. Hprt mutant lymphocyte frequencies in workers at a 1,3-butadiene production plant. Environ Health Perspect 102(suppl 9):79-85 (1994).

21. Au WA, Bechtold WE, Whorton EB Jr, Legator MS. Chromosome aberrations and response to γ -ray challenge in lymphocytes of workers exposed to 1,3-butadiene. Mutat Res 334:125-130 (1995).

22. Ward JB Jr, Ammenheuser MM, Whorton EB Jr, Bechtold WE, Kelsey KT, Legator MS. Biological monitoring for mutagenic effects of occupational exposure to butadiene. Toxicology 113(3):84-90 (1996).

23. Bechtold WE, Strunk MR, Chang I-Y, Ward JB, Henderson RF. Species differences in urinary butadiene metabolites: comparisons of metabolite ratios between mice, rats, and humans. Toxicol Appl Pharmacol 127:44-49 (1994).

24. Ammenheuser MM, Berenson AB, Babiak AE, Singleton CR, Whorton EB Jr. Frequencies of hprt mutant lymphocytes in marijuana-smoking mothers and their newborns. Mutat Res 403:55-64 (1998).

25. Van Vunakis H, Gjika JJ, Langone JJ. Radioimmunoassay for nicotine and cotinine. IARC Sci Publ 81:317-309 (1987).

26. Ammenheuser MM, Au WW, Whorton EB Jr, Belli JA, Ward JB Jr. Comparison of hprt variant frequencies and chromosome aberration frequencies in lymphocytes from radiotherapy and chemotherapy patients: a prospective study. Environ Mol Mutagen 18:126-135 (1991).

27. Ammenheuser MM, Hastings DA, Whorton EB Jr, Ward JB Jr. Frequencies of hprt mutant lymphocytes in smokers, non-smokers, and former smokers. Environ Mol Mutagen 30:131-138 (1997).

28. Ammenheuser MM, Ward JB Jr, Whorton EB Jr, Killian JM, Legator MS. Elevated frequencies of 6-thioguanine-resistant lymphocytes in multiple sclerosis patients treated with cyclophosphamide: a prospective study. Mutat Res 204:509-520 (1988).

29. Ammenheuser MM, Berenson AB, Stiglich NJ, Whorton EB Jr, Ward JB Jr. Elevated frequencies of hprt mutant lymphocytes in cigarette smokers and their newborns. Mutat Res 304:285-294 (1994).

30. Committee on Biological Markers of the National Research Council. Biological markers in environmental health research. Environ Health Perspect 74:3-9 (1987).

31. Ward JB Jr, Abdel-Rahman SZ, Henderson RF, Stock TH, Morandi M, Rosenblatt JI, Ammenheuser MM. Assessment of butadiene exposure in synthetic rubber manufacturing workers in Texas using frequencies of hprt mutant lymphocytes as a biomarker. Chem-Biol Interact 135-136:465-483 (2001).

32. Robinson DR, Goodall K, Albertini RJ, O'Neill JP, Finette B, Sala-Trepat M, Moustacchi E, Tates AD, Beare DM, Green MHL, et al. An analysis of in vivo mutant frequency in circulating T-lymphocytes in the normal human population: a comparison of four datasets. Mutat Res 131:227-247 (1994).

33. Albertini RJ. Somatic gene mutations in vivo as indicated by the 6-thioguanine-resistant T-lymphocytes in human blood. Mutat Res 150:411-422 (1985).

34. O'Neill JP, McGinniss MJ, Berman JK, Sullivan LM, Nicklas JA, Albertini RJ. Refinement of a T-lymphocyte cloning assay to quantify the in vivo thioguanine-resistant mutant frequency in humans. Mutagenesis 2:87-94 (1987).

35. Ma H, Wood TG, Ammenheuser MM, Rosenblatt JI, Ward JB Jr. Molecular analysis of hprt mutant lymphocytes from 1,3-butadiene-exposed workers. Environ Mol Mutagen 36:59-71 (2000).

36. Ammenheuser MM, Ma H, Hastings DA, Whorton EB Jr, Ward JB Jr. Comparison of the autoradiographic and the clonal human hprt assays using divided lymphocyte samples. Environ Mol Mutagen 31 (S29):69 (1998)

37. Steen AM, Meyer KG, Recio L. Analysis of hprt mutations occurring in human TK6 lymphoblastoid cells following exposure to 1,2,3,4-diepoxybutane. Mutagenesis 12:61-67 (1997).

38. Recio L, Meyer KG. Increased frequency of mutations at A:T base pairs in the bone marrow of B6C3F1 lacI transgenic mice exposed to 1,3-butadiene. Environ Mol Mutagen 26:1-8 (1995).

39. Hagmar L, Brogger A, Hansteen IL, Heim S, Hogstedt B, Knudsen L, Lambert B, Linnainmaa K, Mitelman F, Nordenson I. Cancer risk in humans predicted by increased levels of chromosomal aberrations in lymphocytes: Nordic study group on the health risk of chromosome damage. Cancer Res 54(11):2919-2922 (1994).

40. Hagmar L, Bonassi S, Stromberg U, Brogger A, Knudsen LE, Norppa H, Reuterwall C. Chromosomal aberrations in lymphocytes predict human cancer: a report from the European Study Group on Cytogenetic Biomarkers and Health (ESCH). Cancer Res 58(18):4117-4121 (1998).

41. Abdel-Rahman SZ, Ammenheuser MM, Ward JB Jr. Human sensitivity to 1,3-butadiene: role of microsomal epoxide hydrolase polymorphisms. Carcinogenesis 22(3):415-423 (2001).

42. Hayes RB, Liqiang X, Bechtold WE, Rothman N, Yao M, Henderson R, Zhang L, Smith MT, Zhang D, Wiemels J, et al. Hprt frequency among workers exposed to 1,3-butadiene in

China.' Toxicology 113:100-105 (1996).

43. Tates AD, van Dam FJ, de Zwart FA, Darroudi F, Natarajan AT, Rossner P, Peterkova K, Peltonen K, Demopoulos NA, Stephanou G, et al. Biological effect monitoring in industrial workers from the Czech Republic exposed to low levels of butadiene. Toxicology 113:91-99 (1996).

---

Last Updated: November 28, 2001

# Xylenes Chemical Backgrounder

**Description:**

Xylene (C.A.S. 1330-20-7) is a mixture of the three xylene isomers (ortho [o-xylene] (C.A.S. 95-47-6 ), meta [m-xylene] (C.A.S. 108-38-3), and para [p-xylene]) (C.A.S. 106-46-3), with possible trace amounts of ethylbenzene. It is also referred to as xylenes (mixed). It is a colorless liquid at room temperature, with an aromatic odor. Xylene is used as a solvent, to manufacture gasoline, as a raw material for the production of organic chemicals used to make polyester fibers, and to make dyes and insecticides. Other uses are in sterilizing catgut and in microscopy. The main source of xylenes has been from reforming petroleum fractions.

o-Xylene is used almost entirely as the feedstock for phthalic anhydride manufacture, and for the preparation of phthalonitrile which is converted to the copper phthalocyanine, a pigment.

m-Xylene is used for the manufacture of isophthalic acid and to a lesser extent, isophthalonitrile, which is the starting material of the fungicide tetrachloroisophthalonitrile.

p-Xylene, the most important commercial isomer, is primarily converted for use in fibers, films, or resins, including polyester fibers which are used for household fabrics, carpets, and clothing.

**Chemical properties:**

Xylenes are flammable liquids and fire hazards. When heated to decomposition, xylenes emit acrid smoke and fumes. Xylene vapors may travel to a source of ignition and flash back. Xylenes are moderately soluble in water, and are incompatible with strong oxidizers.

Synonyms for xylene are dimethylbenzene and xylol. Synonyms for o-xylene are 1,2-dimethylbenzene and o-xylol. Synonyms for m-xylene are 1,3-dimethylbenzene and m-xylol. Synonyms for p- xylene are 1,4-dimethylbenzene and p-xylol.

**Identification:**

- Chemical Name: Xylenes
- Regulatory Name: Xylenes (Mixed Isomers)
- Formula: C8H10
- DOT Label: Flammable Liquid
- CAS: 1330-20-7
- STCC: 4909348
        4909198
        4909349
        4909351
        4909391
        4909392
        4909393
        4909394
        4909395
        4909396
        4909397
        4910215
- UN Number: 1307

**Health effects:**

Xylenes can affect human health by being breathed in, being ingested, contacting skin or eyes, or passing through skin. High levels can cause dizziness, passing out, and death. Repeated exposure may damage bone marrow, causing low blood cell count. Xylene exposure may cause problems with memory and concentration, and may damage a developing fetus.

Xylenes may also irritate the eyes, nose, and throat. They may cause stomach problems, drowsiness, staggering gait, corneal vacuolization, nausea, vomiting, abdominal pain, dermatitis, lack of coordination, and anorexia.

Xylenes have high acute and chronic toxicity to aquatic life.

## Exposure Values:

- IDLH: 900ppm (NIOSH, 1997)
- TLV TWA: 100ppm (ACGIH 1999)
- TLV STEL: 150ppm (ACGIH 1999)
- NIOSH REL: TWA 100 ppm, ST 150 ppm
- OSHA PEL: TWA 100 ppm

## Economics:

U.S. manufacturers of xylenes are Amoco Oil Co, subsidiary, Texas City, TX; Amoco Chemicals Co, Whiting, IN; Ashland Oil, Inc, Ashland Chemical Co, Div, Petrochemicals Div, Catlettsburg, KY; BP Oil, Alliance, LA; Chevron Corp, subsidiary, Chevron Chemical Co, Pascagoula, MS; Citgo Petroleum Corporation, Chorpus Christi, TX; Coastal Eagle Point Oil Company, Westville, NJ; Coastal Refining and Marketing Company, Chorpus Christi, TX; Exxon Corp, Baytown, TX; Fina Oil and Chemical Company, Port Arthur, TX; Hess Oil Virgin Islands Corp, St. Croix, Koch Industries, Inc, Corpus Christi, TX; Lyondell-Citgo Refining Company LTD, Houston, TX; Marathon Oil, Texas City, TX; Mobil Chemical Company, Petroleum Division, Beaumont, TX; Phillips Petroleum Co, Sweeny, TX; Guayama, Puerto Rico; Shell Oil Co, Deer Park, TX; Sun Company, Inc, Marcus Hook, PA; Toledo, OH; and The UNO-VEN Company, Lemont, IL.

## Regulation:

The Occupational Safety and Health Administration issues permissible exposure limits for xylenes. Xylene and the three xylene isomers are regulated by the U.S. Environmental Protection Agency as air toxics on the hazardous air pollutant list, and as volatile organic compounds.

Under the Emergency Planning and Community Right-to-Know Act of 1986, releases of more than one pound of xylene and the three xylene compounds into the air, water, and land must be reported annually and entered into the national Toxic Release Inventory (TRI).

### National Overview of 1998 Toxics Release Inventory

In 1998, 3,626 facilities released 70,317,291 pounds of Xylenes. Of those releases, 68,390,029 pounds were air emissions; 55,519 pounds were surface water discharges; 123,873 pounds were released by underground injection; 110,634 pounds were released to land; and, 1,637,236 pounds were transferred off-site for disposal. Total emissions for 1998 represented a decrease from 1997 emissions, which totaled 75,333,127 pounds; from 1996 emissions, which totaled 83,983,678 pounds; from 1995 emissions, which totaled 98,150,491 pounds; and a decrease from 1988 (baseline) emissions, which totaled 166,338,717 pounds.

In 1998, 615,515,452 pounds of Xylenes waste were managed; 129,130,174 pounds were recycled on-site; 38,250,261 pounds were recycled off-site; 131,849,552 pounds were used for energy recovery on-site;

146,407,034 pounds were used for energy recovery off-site; 73,139,726 pounds were treated on-site; 22,784,332 pounds were treated off-site; and 73,954,373 pounds were released on-and off-site.

The 10 states in which the largest amounts of Xylenes were released in 1998 were: Michigan (7,723,868 pounds); Texas (5,197,837 pounds); Indiana (4,759,069 pounds); Ohio (4,235,512 pounds); Missouri (3,637,501 pounds); Georgia (3,232,144 pounds); Tennessee (3,088,480 pounds); Illinois (2,635,402 pounds); Alabama (2,481,030 pounds); and Kentucky (2,329,514 pounds).

The 10 facilities which released the largest amounts of Xylenes in 1998 were: GM MLCG - Doraville Assembly, Doraville, GA (1,258,000 pounds); Ford Motor Co., Kansas City Assembly Plant, Claycomo, MO (1,165,000 pounds); Steelcase Inc. , Grand Rapids, MI (820,000 pounds); Afco Inds. Inc. , Holland, MI (773,000 pounds); GMC Truck Group Arlington Assembly Plant, Arlington, TX (750,000 pounds); GM MLCG-Fairfax Assembly, Kansas City, KS (690,250 pounds); Ford Motor Co. St. Louis Assembly, Hazelwood, MO (652,000 pounds); Vemco Inc., Grand Blanc, MI (629,457 pounds); Subaru-Isuzu Automotive Inc., Lafayette, IN (565,600 pounds); and Sanderson Plumbing Prods. Inc., Columbus, MS (558,000 pounds).

## Notations:

The NIOSH recommended exposure limits (**RELs**) are time-weighted average (**TWA**) concentrations for up to a 10-hour workday during a 40-hour workweek. A short-term exposure limit (**STEL**) is designated by "**ST**" preceding the value; unless noted otherwise, the STEL is a 15-minute TWA exposure that should not be exceeded at any time during a workday. A ceiling REL is designated by "**C**" preceding the value. Any substance that NIOSH considers to be a potential occupational carcinogen is designated by the notation "**Ca.**"

The OSHA permissible exposure limits (**PEL**) are found in Tables Z-1, Z-2, and Z-3 of the OSHA General Industry Air Contaminants Standard (29 CFR 1910.1000). Unless noted otherwise, **PEL** are **TWA** concentrations that must not be exceeded during any 8-hour workshift of a 40-hour workweek. A **STEL** is designated by "**ST**" preceding the value and is measured over a 15-minute period unless noted otherwise. OSHA ceiling concentrations (designated by "**C**" preceding the value) must not be exceeded during any part of the workday; if instantaneous monitoring is not feasible, the ceiling must be assessed as a 15-minute TWA exposure. In addition, there are a number of substances from Table Z-2 (e.g., beryllium, ethylene dibromide, etc.) that have PEL ceiling values that must not be exceeded except for specified excursions. For example, a "5-minute maximum peak in any 2 hours" means that a 5-minute exposure above the ceiling value, but never above the maximum peak, is allowed in any 2 hours during an 8-hour workday.

## Information Sources:

- CAMEO®, U.S. Environmental Protection Agency, National Oceanic and Atmospheric Administration, www.epa.gov/ceppo.
- Chemical Manufacturers Association, 1300 Wilson Blvd., Arlington, VA 22209: (703) 741-5000 or Chemical Referral Library, (800) 262-8200.
- National Institute of Environmental Health Sciences, Clearinghouse on Environmental Health Effects, 100 Capitola Drive, #108, Durham, NC 27713; (800) 643-4794; fax (919) 361-9408.
- TOXNET, National Library of Medicine, National Institutes of Health; www.toxnet.nlm.nih.gov
- U.S. Environmental Protection Agency, 401 M St., SW, Washington, DC 20460; Right to Know Hotline (800) 535-0202.
- U.S. Department of Labor, Occupational Health and Safety Administration, Washington, DC, www.osha.gov
- OSHA PEL: Z-1 Table: www.osha-slc.gov/OshStd_data/1910_1000_TABLE_Z-1.html
- OSHA PEL: Z-2 Table: www.osha-slc.gov/OshStd_data/1910_1000_TABLE_Z-2.html

**MATERIAL SAFETY DATA SHEET**

Business Hours:  8:00 a.m - 5:00 p.m.   CARLISLE SYNTEC INCORPORATED    For Transportation Emergencies Call
Emergency Telephone Number: 717/245-7000    1285 RITNER HIGHWAY    Chemtrec:  800/424-9300
P.O. BOX 7000
CARLISLE, PA. 17013

MSDS Date:  03/01/04    MSDS Rev #  010    Supercedes All Previous Publications    Page 1 of 2
============================================ SECTION I =============================================

PRODUCT NAME AND SYNONYMS: **SURE-SEAL® SPECIALTY MEMBRANE CLEANER**

F
H ◇ R
(4 / 1 / 0)
SH

CHEMICAL FAMILY:    Cleaning Solution
PRODUCT USE:    Rubber Membrane Surface Cleaning Solution
FORMULA:    Solvent Mixture

============================= SECTION II(A) HAZARDOUS INGREDIENTS ===============================

| HAZARDOUS INGREDIENT | CAS # | % | TWA | PEL (ppm) STEL | CEILING | SKIN DESIG-NATION | $LD_{50}$OFINGREDIENT (SPECIFY SPECIES&ROUTE) (mg/kg) | $LC_{50}$OFINGREDIENT (SPECIFY SPECIES) (ppm/4H) |
|---|---|---|---|---|---|---|---|---|
| Toluene | 108-88-3 | 30.0 | 100 | 150 | 300 | N/A | orl-rat: 5,000 | mus: 7,528 |
| Heptane | 142-82-5 | 30.0 | 400 | 500 | None | N/A | ivn-mus: 222 | hmn: 1,000/6MTCLo |
| Xylene | 1330-20-7 | 30.0 | 100 | 150 | None | N/A | orl-rat: 4,300 | rat: 5,000 |
| Isopropyl Acetate | 108-21-4 | 9.99 | 250 | 310 | None | N/A | orl-rat: 3,000 | rat:32,000LCLo |
| | N/A = Not Applicable | | | M = Minutes | | | H = Hours | |

============================= SECTION II(B) ADDITIONAL INGREDIENTS (>3%) ==========================
Ingredients:  None

================================== SECTION III PHYSICAL DATA =====================================

| Physical State | Odor And Appearance | VOC (grams/liter) | Odor Threshold (ppm) | Vapor Pressure(mm Hg) |
|---|---|---|---|---|
| Liquid | Dark blue liquid with sweet hydrocarbon odor. | 820 | Not Available | 6.7-45.0 |

| Vapor Density(AIR=1) | Evaporation Rate(nBuAc=1) | Boiling Point(°C) | Freezing Point (°C) | pH |
|---|---|---|---|---|
| 3.1-3.7 | 0.7-4.8 | 88-139 | -47 | Not Applicable |

| Specific Gravity | Coeff Water/Oil Dist | Solubility In Water | Volatiles By Wt (%) | Corrosivity |
|---|---|---|---|---|
| 0.820 | Not Available | Negligible | 99.99 | N/A |

============================= SECTION IV - FIRE AND EXPLOSION HAZARD DATA ==========================
Flammability:  Yes X    No    - If Yes, Under Which Conditions?  Ignition can occur when this product is
Division 2    exposed to heat, sparks, or flame.

| Flashpoint(°C)Method | Autoignition Temp(°C) | Lower Flammable Limit(% By Vol) | Upper Flammable Limit(% By Vol) |
|---|---|---|---|
| -13° (8°F) Closed Cup | 223° | 1.0 | 7.8 |

Hazardous Combustion Products: Toxic gases or vapors, such as carbon monoxide, carbon dioxide, or oxides of
nitrogen may be released in a fire.

EXPLOSION DATA:
Sensitivity To Impact:  There is no evidence to show that this product is sensitive to physical shock.
Sensitivity To Static Discharge:  As with most hydrocarbon solvents, vapors may ignite when exposed to
static discharge.
Extinguishing Media:  In case of fire, use dry chemical, carbon dioxide, or foam.  Water may not be
effective as an extinguishing agent.  Water fog or spray may be used to provide a smothering effect on fire
and to cool fire-exposed containers and surrounding combustibles.  Do not use a solid stream of water
because it can scatter and spread the fire.
Special Fire Fighting Procedures:  This product contains solvents that are dangerous fire and explosion
hazards when exposed to heat or flame.  Fire fighters should wear self-contained breathing apparatus and
full protective clothing with a full face piece operated in the positive pressure demand mode.
Unusual Fire And Explosion Hazards:  Extremely flammable.  Store and use away from all sources of heat,
flame, or sparks.  Do not smoke while applying.  Vapors are heavier than air and may travel along ground or
may be moved by ventilation and ignited by pilot lights, other flames, sparks, heaters, smoking, electrical
motors, static discharge, or other ignition sources at location distant from material handling point and
flash back.  All containers should be grounded when material is transferred.

============================= SECTION V - REACTIVITY DATA =========================================
Chemical Stability: Stable    Hazardous Polymerization:  Will not occur.
Conditions To Avoid: Heat, sparks and flames, ignition sources.
Incompatibility (Materials To Avoid) Strong oxidizing agents, acids, bases.
Hazardous Decomposition Products:  Toxic gases or vapors, such as carbon monoxide, carbon dioxide, or oxides
of nitrogen may  be released in a fire.

**PRODUCT NAME:** SURE-SEAL® SPECIALTY MEMBRANE CLEANER                     Page 2 of 2

================================ SECTION VI - TOXICOLOGICAL PROPERTIES ================================
**Route Of Entry:** Skin Contact X    Skin Absorption X    Eye Contact X    Inhalation X    Ingestion X

**Effects Of Acute Exposure To Product:** Skin, eye, nose and throat irritation on short term exposure to liquid or vapor. Overexposure may result in headache, dizziness, fatigue, nausea, possible unconsciousness, even asphyxiation. Ingestion can cause gastrointestinal irritation. Aspiration into lungs can cause chemical pneumonitis which can be fatal.

**Effects Of Chronic Exposure:** Moderate irritation of skin, eyes, and mucous membranes of upper respiratory tract on prolonged/repeated contact. Dermatitis and defatting of the skin. Chronic exposure may cause reversible liver and kidney injury. Reports have associated repeated and prolonged occupational overexposure to solvents with permanent brain and nervous system damage. Repeated exposure to Toluene has been associated with high frequency hearing loss based on animal tests.

| Exposure Limits | Irritancy Of Product | Sensitizations To Product | Carcinogenicity |
|---|---|---|---|
| OSHA PEL-TWA Toluene 100 ppm | Eye, nose, and throat irritation at or above vapor concentration of 100 ppm. | None known | No evidence |

| Teratogenicity | Reproductive Toxicity | Mutagenicity | Synergistic Products | Tumorigenicity |
|---|---|---|---|---|
| Some evidence in animal exposure to Toluene. | Some evidence in animal exposure to Toluene. | Some evidence in animal exposure to Toluene. | None known | No evidence |

================================ SECTION VII - PREVENTIVE MEASURES ================================
**PERSONAL PROTECTIVE EQUIPMENT:**

  **Gloves:** Hycron® or equivalent solvent permeation resistant gloves recommended.
  **Respirator:** A NIOSH approved respirator must be used if vapor concentration is 100 ppm or above.
  **Eye:** Glasses or goggles recommended.
  **Footwear:** Industrial shoes to protect feet from adhesive contact.
  **Clothing:** Long sleeves, long trousers to protect skin from adhesive contact.
  **Other:** Protective skin creams or emollients useful.

**Engineering Controls (EG., Ventilation, Enclosed Process):** Do not use in enclosed areas without proper explosion-proof ventilation. General and local exhaust ventilation must be sufficient to control vapor concentrations and keep the vapor concentration below 100 ppm.
**Leak Or Spill Procedure:** Remove all sources of ignition. Avoid breathing vapors. Use self-contained breathing apparatus in enclosed area. Ventilate area. Contain and remove with inert absorbent materials and non-sparking tools.
**Waste Disposal:** Dispose of in accordance with all local, state, and federal regulations.
**Handling Procedures And Equipment:** Use away from all sources of heat, flame, or sparks. Do not smoke while using. Handling equipment must be grounded to prevent sparking. Handle with non-sparking tools. Wash with soap and water before eating or drinking. Launder contaminated clothing. KEEP OUT OF REACH OF CHILDREN.
**Storage Requirements:** Keep containers cool and dry; store away from all sources of heat, flame, and sparks. Keep containers tightly closed and store with adequate ventilation. Do not pressurize, cut, weld, or grind the containers or empty containers which may contain residual product and solvent vapors that may ignite explosively.
**Special Shipping Information:** A red Flammable Liquid label is required. DOT Classification: Flammable Liquids N.O.S. (Toluene, Heptane, Xylene), 3, UN 1993, PG II.

================================ SECTION VIII - FIRST AID MEASURES ================================
**Specific Measures:** Whenever possible, remove the worker from the source of contamination.
Eye Contact  - Immediately flush eyes with running water for at least 15 minutes. Get medical attention.
Skin Contact - Immediately flush skin with running water and remove contaminated clothing. Wash exposed area with soap and water. Get medical attention.
Inhalation   - Remove victim to fresh air and provide oxygen if breathing is difficult. Give artificial respiration if not breathing. Get medical attention immediately.
Ingestion    - Do not induce vomiting. Get medical attention immediately.

Respiratory symptoms associated with pre-existing lung disorders, skin allergies, and pre-existing heart disorders may be aggravated by exposure to this material.

================================ SECTION IX - ADDITIONAL REGULATORY INFORMATION ================================
This product contains the following toxic chemicals subject to the reporting requirements of Section 313 of the Emergency
Planning And Community Right-To-Know Act of 1986 and of 40 CFR 372:    TOLUENE, CAS# 108-88-2, 30.0%
                                                                       XYLENE, CAS# 1330-20-7, 30.0%

**California Proposition 65**
This product contains the following chemical(s) known to to the state of California to cause birth defects or other reproductive harm: TOLUENE

================================ SECTION X - PREPARATION INFORMATION ================================
**Prepared By:** Research and Development                    Form Doc #R6-F0038    Form Eff Date: 5/30/97    Form Rev #003
                                                             Reason For Change: Change Document Ownership.

201-14900A

# HIGH PRODUCTION VOLUME (HPV) CHEMICAL CHALLENGE PROGRAM

## TEST PLAN

## AROMATIC EXTRACTS CATEGORY

Submitted to the US EPA

By

**The Petroleum HPV Testing Group**

www.petroleumhpv.org

**Consortium Registration #**

**December 15, 2003**

RECEIVED
OPPT CBIC
03 DEC 17 AM 9: 29

Final
Aromatic Extracts Test Plan
Consortium Registration #

## Table of Contents

Plain Language Summary                                                                3

Description of Aromatic Extracts Category                                             5

Category Rationale                                                                    8

Evaluation of Existing Health Effects Data and Proposed Testing                       9

Evaluation of Existing Physicochemical and Environmental Fate Data
    and Proposed Testing                                          12

Evaluation of Existing Ecotoxicity Data and Proposed Testing                          16

Matrix of Available Data and Proposed Testing                                         18

References                                                                            19

Figure 1. Simplified Processing Plan for a Petroleum Refinery                         7

Tables

    Table 1. Range of Physical and Chemical Properties for Distillate and Residual
        Aromatic Extracts                     23
    Table 2. Compositional Analysis of Representative Aromatic Extracts   24

Appendix. Aromatic Extracts Robust Summary

Final
Aromatic Extracts Test Plan
Consortium Registration #

## PLAIN LANGUAGE SUMMARY

This plan addresses the potential mammalian and environmental hazard of exposure to aromatic
extracts. This material is a complex mixture of predominately aromatic hydrocarbons covering the
carbon number range of C15 to C54. Aromatic extracts are produced as byproducts when
lubricating oil base stocks and waxes are extracted to remove aromatic hydrocarbons. These highly
viscous to mobile liquids are used in heavy fuels, as precursors in the synthesis of carbon black,
petroleum pitches and resins, and in the manufacture of rubber and plastics. Aromatic extracts are
classified as either "distillate" aromatic extracts (DAE), or "residual" aromatic extracts (RAE),
depending on whether they were produced from the extraction of distillate lubricating oil base
stocks or residual lubricating oil base stocks.

There is a large body of toxicity data relating to aromatic extract and other compositionally related
heavy petroleum streams that dates back over 50 years. Untreated aromatic extracts produce skin
cancer in the mouse, and can possibly cause cancer of the respiratory tract upon inhalation of
aerosols of the material. Numerous studies have shown that the mutation and cancer causing
potential of aromatic extracts is directly related to the presence of 3-7 ring polycyclic aromatic
compounds contained in the extract. The testing group also believes that this same correlation
exists for other mammalian toxicity endpoints.

DAE has a low order of acute oral and dermal toxicity. Although no acute toxicity studies were
reported for RAE, RAE toxicity would be expected to be less that DAE due to the higher molecular
weights and higher viscosities of the components. DAE caused mutations in the modified Ames
test and in the mouse lymphoma assay. Evaluation of genetic material in rats exposed repeatedly to
either DAE and RAE did not show any adverse effects. A number of repeated dose toxicity studies
have been conducted on different samples of aromatic extract. Repeated oral or dermal dosing of
DAE produced toxic effects in the liver, thymus and blood. Repeated skin applications of RAE also
produced similar albeit less significant toxic effects depending on dose. Microscopic examination
of male and female reproductive organs in these studies did not reveal any toxic effects due to
treatment. DAE caused toxicity to the developing fetus when applied to the skin of pregnant rats
during days 0-19 of gestation. However, these effects occurred only in the presence of toxic effects
in the mothers. In a similar study, RAE did not produce any adverse developmental effects.

The environmental fate and hazard of aromatic extracts is determined by the individual
hydrocarbons present within the mixture. Aromatic extracts are highly viscous liquids having
component hydrocarbons that have melting points at or above ambient temperatures. These
substances will tend to clump together rather than disperse if released to the environment. They
also have very low vapor pressures, although individual hydrocarbon compounds at the lower
molecular weight range (i.e., C15 compounds) may evaporate during weathering. Aromatic
extracts are not expected to partition to water, because their water solubility is also very low.
Modeled partition coefficients of the low molecular weight hydrocarbons (e.g., C15 compounds)
typically exceed 5, with higher molecular weight hydrocarbons having partition coefficients >20.
Modeling the environmental distribution shows that components generally partition to soil.
Individual components that evaporate would be expected to undergo rapid indirect

photodegradation.  Once released to the environment, aromatic extracts are not likely to undergo rapid biodegradation.

DAE or RAE have not demonstrated acute toxicity to freshwater fish, invertebrates or algae due to water solubility limitations. Toxicological endpoints for acute effects were >1000 mg/L when applied as water accommodated fractions (WAF).  Reproduction and survival was unaffected in adult aquatic invertebrates (*Daphnia magna*) exposed for 21 days to >1000 mg/l WAF fractions of DAE and RAE. Offspring produced during the test also appeared healthy with no adverse effects noted.

The testing group feels that the existing physicochemical, mammalian toxicology and environmental information adequately characterize the potential health and environmental effects of aromatic extracts.

## DESCRIPTION OF THE AROMATIC EXTRACTS CATEGORY

### General Information

As used in this Test Plan, "aromatic extract" refers to extracts of vacuum distillates or residuum that have not been subjected to further processing such as hydrogenation, desulfurization, clay or acid treatment, additional distillation or solvent extraction. Other terms used for aromatic extracts are aromatic process oil, bright stock extract, distillate aromatic extract, process oil, solvent extract, rubber extender oil, and residual aromatic extract.

Aromatic extracts are highly viscous to mobile liquids, which may be dark amber to black in color. Boiling points of components are above 650°F at atmospheric pressure.

Aromatic extracts are used in applications where their solvency is valued, but also as components of heavy fuel blends (e.g., industrial fuel oil, bunker fuel) and as precursors for synthesis of other hydrocarbon products (e.g., carbon black, petroleum resins, and petroleum pitch). Within a refinery, aromatic extracts can also be converted to other refinery products by processes such as cracking and coking to light hydrocarbon fuels or coke. In rubber and plastic manufacture, aromatic extracts are used as extenders, softeners and diluents that remain in the final product contributing to both ease of processing and improved product performance. Very large quantities are employed in tire manufacture, and lesser amounts for specialty applications such as asphalt blends and seal coatings. Highly aromatic streams, including the aromatic extracts, are also used as feedstock for making carbon black, petroleum resins, and petroleum pitch.

### Production of Aromatic Extracts

Aromatic extracts are produced as byproducts in the refining of lubricating oil basestocks and waxes. The residue (residuum) of atmospheric distillation of crude oil is distilled under vacuum to produce distillate and residual lubricating oil basestocks. These lubricating oil basestocks have been described in the Lubricating Oil Basestocks Category. The untreated (raw or straight-run) lubricating oil basestocks contain undesirable components that negatively impact lubricant performances, i.e., color, odor, stability and/or viscosity that must be removed. These components include aromatic compounds containing sulfur, nitrogen, and oxygen as heteroatoms and polycyclic aromatic compounds.

The aromatic extracts can be grouped into two subcategories, according to the class of lubricating basestock refinery stream from which they are derived, namely, distillate aromatic extracts (DAE) and residuum aromatic extracts (RAE).

### Distillate Aromatic Extracts (DAE)

Straight run distillates (lubricating oil basestocks) are extracted with a solvent such as furfural, phenol, or N-methyl-2-pyrrolidone (NMP) to selectively remove the undesirable aromatic compounds, (especially 3-7 fused ring PAC). Other solvents such as dimethyl sulfoxide (DMSO) can also be used. The solvent is then stripped from the resulting extract, and the remaining aromatic concentrate (aromatic extract) is either sold as is or further treated (treated DAE) for specialty applications. As in the case of the distillates, the viscosity of the aromatic extract

Final
Aromatic Extracts Test Plan
Consortium Registration #

increases with increasing boiling range (Briggs and Mackerer, 1996; Roy et al., 1996). Distillate aromatic extracts may also be called aromatic process oil, distillate aromatic extract, process oil, solvent extract, and rubber extender oil.

## Residual Aromatic Extracts (RAE)

The residuum from vacuum distillation is extracted with liquid propane to remove particulates, resins, and asphaltenes. In this process, the resins, asphaltenes and particulates precipitate out and the propane/oil stream is then stripped of the propane. The very viscous stream that results is referred to as deasphalted oil (DAO). The DAO undergoes the same extraction process used for the vacuum distillate streams. Residual aromatic extracts may also be called bright stocks or bright stock extracts. As with DAE, RAE viscosity increases with increasing boiling range (Briggs and Mackerer, 1996; Roy et al., 1996).

A refining diagram showing both lubricating oil basestocks and aromatic extracts production is presented in Figure1.

Final
Aromatic Extracts Test Plan
Consortium Registration #

## Fig. 1. Simplified processing plan for a petroleum refinery



\* Acid Refining is also used, but only on a small scale

## Physical and Chemical Properties of Aromatic Extracts

The range of physical and chemical properties is shown in Table 1. Composition information on representative samples of three DAE and three RAE are shown in Table 2. Aromatic extracts are derived from purification of distillate and residual refinery streams boiling between 650 and 1000+F, respectively, via solvent refining (extraction) during the manufacture of lubricating oil basestocks. Aromatic compounds including those containing sulfur, nitrogen, and oxygen removed from these processes are the major constituents of the aromatic extracts. The number of different chemical components and their molecular weights increase in the extracts as the boiling point ranges increase.

As can be seen in Table 2, Untreated DAE are generally composed of approximately 60-78% aromatics with one-two ring aromatic hydrocarbons (PAH) representing 28-35% and 3-5 ring PAHs representing 17-23% of the aromatic fraction. The remaining balance is naphthenic and

Final
Aromatic Extracts Test Plan
Consortium Registration #

isoparaffinic hydrocarbons. Untreated RAE are generally composed of approximately 81-92% aromatics with one-two ring PAHs representing 37-40% and 3-5 ring PAHs representing 20-23% of the aromatic fraction. Aromatic concentrations in either DAE or RAE are largely dependant on the source and type of crude from which the extract is processed (Feuston et al., 1994).

Superficially, the levels of the different types and classes of aromatic, naphthenic and aliphatic compounds in DAE and RAE do not appear to be substantially different when one considers only number of aromatic rings and naphthenic/aliphatic content. However, in the RAE, the molecular weights of the components are generally much higher, the naphthenes and aromatics have more and larger side chains and there are substantial amounts of polycyclic naphthenes. As the paraffinic and naphthenic side-chains increase in size and number, the molecules become more paraffinic in nature, are less soluble in aromatic specific solvents and the number of extractable 3-7 ring PAC are also reduced. As noted in Table 2, the range of 3-7 ring PAC concentration by DMSO extraction is significantly lower, i.e., 0.8-8% for RAE compared to 5-73% for DAE. This is largely due to increased RAE paraffinicity.

## Category Members

### Distillate aromatic extracts

| Extract | Hydrocarbon chain length | CAS number |
|---|---|---|
| 1) Extract, distillate, light paraffinic | C15-C30 | 64742-05-8 |
| 2) Extract, distillate, light naphthenic | C15-C30 | 64742-03-6 |
| 3) Extract, distillate, heavy paraffinic | C20-C50 | 64742-04-7 |
| 4) Extract, distillate, heavy napthenic | C20-C50 | 64742-11-6 |

### Residuum aromatic extracts

| Extract | Hydrocarbon chain length | CAS number |
|---|---|---|
| 5) Extract, residuum | C25+ | 64742-10-5 |

## CATEGORY RATIONALE

The Testing Group's rationale for grouping these materials into a single category is as follows:

1. Category members of the DAE and RAE are refined via a similar refinery process.
2. Toxicity of both DAE and RAE is proportional to the concentration of DMSO extractable 3-7-ring PAC (Feuston et al., 1994; Roy et al., 1988).
3. DMSO extractable 3-7-ring PAC are identical in both DAE and RAE, but levels are higher in DAE.

4. Since toxicity is related to DMSO extractable PAC content, the data for any one of the four DAE streams is representative of the entire category of distillate aromatic extracts.


## EVALUATION OF EXISTING HEALTH EFFECTS DATA AND PROPOSED TESTING

### Acute Toxicity
### Distillate Aromatic Extracts
Distillate aromatic extracts have low acute systemic toxicity. Oral LD50s for both light and heavy DAE were greater than 5000 mg/kg (API, 1986a; FDRL, 1974a). Dermal LD50s for the same two samples were greater than 2000 mg/kg (API, 1986a; FDRL, 1974b) but produced skin irritation and transient eye irritation (API, 1986a; FDRL, 1974c,d). DAE did not produce sensitization in a Buehler guinea pig skin sensitization assay (API, 1986a).

### Residual Aromatic Extracts
No acute toxicity studies have been reported for RAE. However, due to the higher molecular weights and higher viscosities of the components, RAE toxicity would be expected to be less than DAE.

**Summary: No additional acute toxicity testing is planned.** There is adequate data to characterize the acute toxicity end points of both distillate and residual aromatic extracts.

### Repeat-Dose Toxicity
### Distillate Aromatic Extracts
In a 28-day study, rabbits received dermal applications of 0, 250, 500 and 1000 mg/kg of neat DAE to shaved backs once/day, 3 times/week, for a total of thirteen DAE applications. After each application, the site was occluded for 6 hours and then wiped free of DAE. Body weights and food consumption were measured and the animals were observed for clinical signs of toxicity. Hematology and clinical chemistries were performed; multiple organs were weighed, and gross and microscopic pathological examinations were performed. The only possible treatment-related effects noted were increased relative liver weight among females at all dose levels of DAE. DAE produced skin irritation in both sexes, with slight to severe proliferative changes observed microscopically in skin of the high dose group (API, 1986b).

In a second study, distillate aromatic extract was administered dermally without occlusion to the shorn backs of male and female rats, 5 days/week for thirteen weeks at doses of 0, 30, 125, 500, and 1250 mg/kg. In addition, two extra groups of 10 male rats received oral doses of 125 and 500 mg/kg/day for 13 weeks (Mobil, 1990a; Feuston et al., 1996; Feuston et al., 1994). Evidence of toxicity included mortality, decreased body weight, aberrant serum chemistry and hematology parameters, altered organ weight, and histopathological changes in several organs. Histopathological evaluations of the male and female reproductive organs were conducted on animals at the highest non-fatal dose of DAE (125mg/kg/day dermally and 500 mg/kg/day orally) and gonads, epididymides, prostates, and seminal vesicles were examined microscopically. These organs were characterized as "small" but without any histopathological effect. Epididymal spermatozoa

Final
Aromatic Extracts Test Plan
Consortium Registration #

morphology and count and testicular spermatid counts were examined and found to be unaffected
by treatment.

**Residual Aromatic Extracts**
Four samples of RAE were tested for subchronic dermal toxicity in the rat, at 500 and 2000
mg/kg/day for 13 weeks according to the same procedure used for DAE described above (Mobil,
1990b). At 500 and 2000 mg/kg, there were no changes in body weight, no clinical signs of
toxicity, and no observations of skin irritation. In both sexes there were several small changes in
serum chemistry and hematology parameters. Relative spleen and liver weights were increased at
2000 mg/kg. There were no treatment related pathological effects seen after gross or microscopic
examination of organs and tissues, including those of the male and female reproductive organs.
Epididymal spermatozoa morphology and count and testicular spermatid counts were examined
and found to be unaffected by treatment. These RAE were observed to be significantly less toxic
that DAE, probably due to the relatively lower concentrations of 3-7 ring PACs and higher
viscosity that substantially reduces absorption (Potter et al., 1999).

**Summary: No additional repeat-dose toxicity testing is planned.** There is sufficient data to
characterize the subchronic toxicity of both distillate and residual aromatic extracts.

<u>Genotoxicity</u>
*In Vitro* **(Mutagenicity)**
**Distillate Aromatic Extracts**
Gene mutation assays performed in *Salmonella typhimurium* strain TA 98 with metabolic
activation in an Ames test, modified to enhance contact between the bacterial cells and the highly
insoluble oil components, have shown that DAE are mutagenic and that the mutagenic potency is
correlated with the concentration of 3-7 ring PAC-enriched fraction obtained by extraction with
DMSO, and with dermal carcinogenic activity in the mouse (Roy et al., 1988; Blackburn et al.,
1984 a, b).

The mouse lymphoma forward mutation assay has been performed for DAE using cell line
L5178Y. DAE was found to be mutagenic with and without activation, and a dose response was
observed with activation. The DAE was dissolved in ethanol, and was visibly insoluble in the
media at higher doses (API, 1986c).

**Residual Aromatic Extracts**
Some RAE were mutagenic in the modified Ames test. The biological activity is related to the
presence and level of DMSO extractable 3-7 ring PAC (Blackburn et al., 1996).

**Summary: No additional *in vitro* mutagenicity testing is planned.** There is sufficient data to
characterize the *in vitro* mutagenicity of both distillate and residual aromatic extracts.

Final
Aromatic Extracts Test Plan
Consortium Registration #

### *In Vivo* (Chromosomal Aberrations)
**Distillate Aromatic Extracts**
*In vivo* micronucleus evaluations were performed on bone marrow harvested at termination of the thirteen-week oral and dermal assay of DAE described in the repeat-dose toxicity section. No treatment-related increase in micronuclei was observed (Mobil, 1987).

**Residual Aromatic Extracts**
*In vivo* micronucleus evaluations were performed on bone marrow harvested at termination of the subchronic dermal assays of RAE described in the repeat-dose toxicity section. No treatment-related increase in micronuclei was observed (Mobil, 1988).

**Summary: No additional *in vivo* genotoxicity testing is planned.** There is sufficient data to determine the *in vivo* genotoxicity of both distillate and residual aromatic extracts.

### Carcinogenicity
Carcinogenicity testing is beyond the scope of HPV, but it should be noted for information purposes that many studies have been performed to evaluate the dermal carcinogenicity of aromatic extracts in the mouse. Numerous studies have shown that the mutagenic and carcinogenic potential of aromatic extracts and other compositionally related heavy petroleum streams correlates with the presence of 3-7 ring polycyclic aromatic compounds (Roy et al, 1988; Blackburn et al., 1984b; Cruzan et al., 1986; Blackburn et al., 1986). Further studies have shown these PACs can be absorbed through the skin and enter the general circulation (Roy et al., 1996; Roy et al., 1998). Untreated DAE has been shown to be a potent dermal carcinogen in a number of mouse skin painting bioassays (IARC, 1984). The dermal carcinogenicity of untreated RAE has ranged from non-carcinogenic to moderately carcinogenic (Blackburn, 1996; Reddy et al., 1997; Kane et al., 1984; Doak et al., 1985; Gradiski et al., 1983; Bingham et al., 1980; King, D.J., 1991; Shell Research Ltd., 1991).

### Reproductive/Developmental Toxicity
**Distillate Aromatic Extracts**
In a prenatal developmental toxicity study, neat DAE was applied dermally to rats at 0, 8, 30, and 125 mg/kg/day on gestation days 0-19. The application site was not occluded and the site was not wiped after dosing. Rats wore Elizabethan collars to retard oral ingestion. End points of toxicity included body weight, food consumption, hematology, serum chemistry, liver weight, thymus weight, fetal resorption, anomalous development (skeletal and visceral) and fetal body weight (Mobil, 1990c; Feuston et al., 1996). For maternal and developmental endpoints, statistically significant effects occurred only at 125 mg DAE/kg/day. The maternal effects included decreased body weight and gain, gravid uterine weight, increased liver weight, decreased thymus weight, increased white blood cell count, and alterations in most of the serum chemistry parameters. The developmental effects included increased number of dams with resorptions, reduced litter size, decreased fetal body weight, and increased resorptions. Fetal effects occurred only at the concentration that caused significant maternal effects. Developmental toxicity was observed in the female rat from DAE but this was considered to be secondary to maternal toxicity.

No reproductive toxicity studies were identified for DAE. However, no histopathological changes were observed in the reproductive organs of male and female rats via the oral or dermal route of exposure in the 13-week subchronic studies described in the repeat-dose section above. Epididymal spermatozoa morphology and count and testicular spermatid counts were unaffected by DAE treatment (Mobil, 1990a).

**Residual Aromatic Extracts**
In a developmental toxicity study similar to that described for DAE in the preceding section, RAE was applied dermally to pregnant rats at doses of 500 and 2000 mg/kg RAE from days 0-19 of gestation, and 2000 mg/kg from day 0 of gestation to day 4 of lactation. No maternal or developmental toxicity was seen (Mobil, 1989).

No reproductive toxicity studies were identified for residual aromatic extracts. However, a thirteen-week dermal study was conducted on multiple samples of residual aromatic extract in male and female rats, in which no histopathological effects were found in the reproductive organs. Epididymal spermatozoa morphology and count and testicular spermatid counts were unaffected by RAE treatment (Mobil, 1990b).

**Summary: No additional reproductive/developmental toxicity testing is planned.** There is sufficient data to characterize the reproductive/developmental toxicity of both distillate and residual aromatic extracts.


## EVALUATION OF EXISTING PHYSICOCHEMICAL AND ENVIRONMENTAL FATE DATA

### General
The substances covered under this HPV testing plan are mixtures of differing compositions. Because they are mixtures, it is not possible to measure or calculate a single numerical value for most of the physicochemical properties. The range of individual hydrocarbon components in aromatic extracts defines these properties. For example, an aromatic extract does not have a defined melting point, but rather a melting point range. Therefore, melting point, boiling point, and partition coefficient will be reported as ranges of individual components reflective of the compositional analysis of aromatic extracts. An exception is vapor pressure, which is a measure of the total partial pressure exerted by the components of a mixture.

Although some data for products in this category exist, not all of these endpoints are defined and a consensus database for chemicals that represent products in this category does not exist. Therefore, calculated and measured representative data have been identified and included in the robust summaries where appropriate. The EPIWIN© computer model (U.S. EPA 2000), as discussed in the U.S. EPA document entitled *"The Use of Structure-Activity Relationships (SAR) in the High Production Volume Chemicals Challenge Program"* was used to calculate physicochemical properties of representative constituents for selected aromatic extract streams. Because of the diversity of compounds making up aromatic extracts, it was not feasible to model the physicochemical endpoints for each potential component. Instead, modeling efforts were directed

Final
Aromatic Extracts Test Plan
Consortium Registration #

toward representative hydrocarbon compounds in aromatic extracts that are most likely to partition to various environmental media, yet still encompass the typical extremes in molecular weight.

## Melting Point

To better describe the physical phase or flow characteristics of petroleum products, the pour point is routinely used instead of the melting point. The pour point is the lowest temperature at which movement of the test specimen is observed under prescribed conditions of the test (ASTM 2002). The pour point methodology also measures a "no-flow" point, defined as the temperature of the test specimen at which a wax crystal structure and/or viscosity increase such that movement of the surface of the test specimen is impeded under the conditions of the test (ASTM 2002). Because not all petroleum products contain wax in their composition, the pour point determination encompasses change in physical state (i.e., wax crystal formation) and/or viscosity. The pour point measured for distillate aromatic extracts ranged from –6 °C to +36 °C, whereas pour point for residual aromatic extracts is considered as > +20 °C (CONCAWE, 1992).

**Summary: No additional testing is proposed**. The pour point of various aromatic extracts has been adequately measured.

## Boiling Point

As mixtures, aromatic extracts do not have a single numerical value for boiling point, but rather a boiling range that reflects the individual components. The production of aromatic extracts results in two distinct streams that have slightly differing components that affect the boiling range of those products. Aromatic extracts from the distillate fraction of the production process generally have the boiling range of 250 to 680° C, while aromatic extracts from the residuum fraction boil at >380 °C (CONCAWE, 1992).

**Summary: No additional testing is proposed.** The boiling range of aromatic extracts has been adequately addressed.

## Vapor Pressure

For mixtures such as petroleum products, the vapor pressure of the mixture is the sum of the partial pressures of the individual components (Dalton's Law of Partial Pressures). Aromatic extracts are expected to have low vapor pressure due to their high viscosity, boiling range and molecular weights of the constituent hydrocarbons ($C_{15} – C_{50}$ carbon atoms). Vapor pressure for distillate and residual aromatic extracts have been measured to be <0.1 hPa (CONCAWE, 1992).

**Summary: No additional testing is proposed.** The vapor pressure of distillate and residual aromatic extracts has been adequately measured.

## Partition Coefficient

Aromatic extracts consist of mixtures of hydrocarbon groups having carbon numbers in the range $C_{15}$ to $C_{50}$. The percent distribution of the hydrocarbon groups (i.e., isoparaffins, naphthenes, and aromatics) and the carbon chain lengths contribute to determining the partitioning characteristics of the mixture. Generally, hydrocarbon chains with fewer carbon atoms tend to have lower partition coefficients than those with higher carbon numbers (CONCAWE, 2001). However, due to their

Final
Aromatic Extracts Test Plan
Consortium Registration #

complex composition and low water solubility, measurements of the log $K_{ow}$ of these hydrocarbon mixtures typically cannot be made. For example, one study of the partitioning behavior of a DAE found that 85% of the components in the DAE had partition coefficients greater than the applicable range (log $K_{ow}$ of 0 to 6) for the method (Shell Research Ltd., 1984a, 1994b). Modeling efforts also support this study. Partition coefficients of selected $C_{15}$ and $C_{50}$ chain-length hydrocarbon structures representing paraffinic, naphthenic, and aromatic constituents in aromatic extracts were modeled using EPIWIN[®], KOWWIN V1.66 (U.S. EPA, 2000). Results showed log $K_{ow}$ values ranged from approximately 5 and to greater than 7 for the $C_{15}$ components, while values for $C_{50}$ compounds were greater than 20.

**Summary: No additional modeling is proposed.** The partition coefficients of distillate and residual aromatic extracts have been adequately measured.

## Water Solubility
For individual components in aromatic extracts, water solubility values vary by orders of magnitude. Molecular weight and chemical structure influence the ultimate degree of solubility. Solubility typically decreases with increasing molecular weight, while aromatic hydrocarbons show greater water solubility than saturated hydrocarbons for compounds of equal carbon numbers. Water solubility estimates were obtained for representative paraffinic, naphthenic, and aromatic hydrocarbon structures in aromatic extracts using WSKOW V1.40 (EPIWIN V3.10, EPA, 2000). Estimates for the low molecular weight $C_{15}$ compounds ranged from <0.001 for various saturated hydrocarbons to 0.63 mg/l for a $C_{15}$ two-ring aromatic structure. Solubility values for all $C_{50}$ hydrocarbon structures were extremely low, with estimates on the order of $10^{-18}$ mg/l or lower. CONCAWE (1992) reported water solubility values of "negligible" for residual aromatic extracts and 1.4 and 5.8 mg/l for distillate extracts. However, those data were not referenced in this document and could not be verified. Attempts to measure soluble fractions of distillate and residual aromatic extracts in water accommodated fractions by GC/MS during aquatic toxicity testing have failed to detect levels greater than those found in control water (BP Oil Europe 1995 a, b).

Since aromatic extracts are viscous, semi-solid to solid materials at ambient temperatures, water solubility is expected to be negligible for these materials.

**Summary: No additional modeling is proposed.** Water solubility values have been measured for distillate and residual aromatic extracts.

## Photodegradation
The direct aqueous photolysis of an organic molecule occurs when it absorbs sufficient light energy to result in a structural transformation. Only light energy at wavelengths between 290 and 750 nm can result in photochemical transformations in the environment, although absorption is not always sufficient for a chemical to undergo photochemical degradation. Saturated and one-ring aromatic hydrocarbons do not show absorbance in the 290-to 800 nm range and would not be expected to be directly photo degraded. Polyaromatic hydrocarbons, on the other hand, have shown absorbance of this range of light energy and could potentially undergo photolysis reactions. The degree and rate at which these compounds photo degrade will depend upon whether conditions allow penetration of

Final
Aromatic Extracts Test Plan
Consortium Registration #

light with sufficient energy to effect a change. For example, polyaromatic compounds bound to sediments may persist due to lack of adequate light penetration.

Components in aromatic extracts that do not directly photo degrade (e.g., paraffins, naphthenes, and one-ring aromatic compounds) may be subject to indirect photodegradation. Indirect photodegradation is the reaction with photosensitized oxygen in the atmosphere in the form of hydroxyl radicals (OH). The potential to undergo indirect photodegradation can be estimated using the atmospheric oxidation potential (AOP) model subroutine (AOPWIN V1.90) in EPIWIN[©] (EPA, 2000), which calculates a chemical half-life and an overall OH reaction rate constant based on a 12-hour day and a given OH concentration. Atmospheric oxidation rates and half-lives were calculated for the lowest molecular weight constituents of various components of aromatic extracts. (e.g., $C_{15}$ hydrocarbon structures), since these would have the most potential to volatilize to the atmosphere. AOP half-life estimates for these compounds ranged from 0.1 to 0.7 days and show a lack of persistence in the atmosphere.

Since aromatic extracts are highly viscous materials with low volatility, the importance of direct and indirect photodegradation as an overall fate pathway may be slight. However, if conditions result in dispersion or volatilization where sunlight and photosensitized oxygen compounds may interact with components of aromatic extracts, it is unlikely that those compounds will persist in the environment.

**Summary: No additional modeling is proposed.** Atmospheric oxidation potential of representative $C_{15}$ components in aromatic extracts have been modeled.

## Stability in Water
Chemicals that have a potential to hydrolyze include alkyl halides, amides, carbamates, carboxylic acid esters and lactones, epoxides, phosphate esters, and sulfonic acid esters (Harris, 1982). Because aromatic extracts do not contain significant levels of these functional groups, components in the aromatic extracts category are not subject to hydrolysis.

**Summary:** Computer modeling will not be conducted for components in the aromatic extracts category because they do not undergo hydrolysis.

## Chemical Transport and Distribution in the Environment (Fugacity Modeling)
Fugacity-based multimedia modeling can provide basic information on the relative distribution of chemicals between selected environmental compartments (e.g., air, water, soil, sediment, suspended sediment and biota). The US EPA has agreed that computer-modeling techniques are an appropriate approach to estimating chemical partitioning (fugacity is a calculated endpoint and is not measured). A widely used fugacity model is the EQC (Equilibrium Criterion) model (Trent University, 1999). The EQC model is a Level 1 (i.e., steady state, equilibrium, closed system and no degradation) model that utilizes the input of basic chemical properties including molecular weight, vapor pressure, and water solubility to calculate distribution within a standardized regional environment. EPA cites the use of this model in its document "Determining the Adequacy of Existing Data" that was prepared as guidance for the HPV chemicals program (U.S. EPA, 1999).

Final
Aromatic Extracts Test Plan
Consortium Registration #

However, due to the high viscosity of these materials, which are semi-solid to solid at ambient temperatures, the potential for components such as PAHs to contribute to chronic effects in aquatic organisms would be expected to be extremely limited. This is due not only to the physical state of the materials but also to the high octanol/water partition coefficients of these components, which limits the partitioning into the aqueous phase. For these reasons, it is unlikely that water accommodated fractions of aromatic extracts prepared at the chronic exposure limit concentration of 1 mg/L would elicit effects of discernible significance in standard chronic toxicity assays. This is supported by the lack of chronic toxicity at 1000 mg/L found in the studies described in the robust summaries (BP Oil Europe, 1995). Therefore, although it is not possible to accurately predict the extent of chronic aquatic effects of the water-equilibrated components for all aromatic extracts due to the variable composition, evaluation of chronic toxicity for both distillate and residual aromatic extracts indicates that no effects were discerned in aquatic organisms exposed to the water soluble components of those extracts.

**Summary: No further testing is proposed.** Adequate data exists on the acute aquatic toxicity of distillate and residual aromatic extracts.

Final
Aromatic Extracts Test Plan
Consortium Registration #

**Table 3. Matrix of Available Data and Proposed Testing**

| Test | Distillate Aromatic Extract | Residual Aromatic Extract |
|------|-----------------------------|---------------------------|
| Melting Point | Adequate | Adequate |
| Boiling Point | Adequate | Adequate |
| Vapor Pressure | Adequate | Adequate |
| Partition Coefficient | Adequate | Adequate |
| Water Solubility | Adequate | Adequate |
| Photodegradation | Adequate | Adequate |
| Stability in Water | Adequate | Adequate |
| Transport and Distribution | Adequate | Adequate |
| Biodegradation | Adequate | Read Across[1] |
| Acute Toxicity to Fish | Adequate | Adequate |
| Acute Toxicity to Aquatic Invertebrates | Adequate | Adequate |
| Toxicity to Algae | Read Across[2] | Adequate |
| Acute Toxicity | Adequate | Read Across[1] |
| Repeated Dose | Adequate | Adequate |
| Genotoxicity, in vitro | Adequate | Adequate |
| Genotoxicity, in vivo | Adequate | Adequate |
| Repro/ Developmental | Adequate | Adequate |

[1] Read Across from existing information on DAE
[2] Read Across from existing information on RAE
Adequate. Indicates adequate existing data

No additional testing is proposed for mammalian or environmental endpoints.

Final
Aromatic Extracts Test Plan
Consortium Registration #

## REFERENCES

Adema, D. M. M. 1991. The acute aquatic toxicity of alkylbenzene. TNO Report No. R91/198. Dutch contribution to collecting data with respect to Annex II on Marpol 1973/1978. Ministry of Housing, Physical Planning and Environment. 70 pp.

API. 1986a. Acute oral toxicity study in rats, Acute dermal toxicity study in rabbits, Primary dermal irritation study in rabbits, Primary eye irritation study in rabbits, Dermal sensitization study in guinea pigs. API 83-16, (Light paraffinic distillate extract). Study conducted by Hazelton Laboratories, Inc., API HESD Pub. 33-31226.

API. 1986b. 28-Day dermal toxicity study in rabbits. API 83-16, (Light paraffinic distillate solvent extract). Study conducted at Tegeris Laboratories. API HESD Pub. 33-31695.

API. 1986c. Mutagenicity of API 83-16 Light paraffinic distillate solvent extract (petroleum) CAS 64742-05-8 in a mouse lymphoma assay. Study conducted at Litton Bionetics, Inc., Kensington, MD. HESD Publ. No. 33-32803.

ASTM. 2002. ASTM D5985-02: Standard test method for pour point of petroleum products (rotational method). Vol 05.01. American Society for Testing and Materials, West Conshohocken, PA.

Bingham, E., Trosset, R.P., Warshawsky, D.J. 1980. Carcinogenic potential of petroleum hydrocarbons. A critical review of the literature. Environ. Pathol.Toxicol. 3:483

Blackburn, G.R., Deitch, R.A., Schreiner, C.A., and Mackerer, C.R. 1986. Predicting carcinogenicity of petroleum distillation fractions using a modified Salmonella mutagenicity assay. Cell Biol. Toxicol. 2:63

Blackburn, G.R., Roy, T.A., Bleicher, W.T., Reddy, M.V., and Mackerer, C.R. 1996. Comparison of biological and chemical predictors of dermal carcinogenicity of petroleum oils. Polycyclic Aromatic Compounds 11: 201.

Blackburn, G.R., Schreiner, C.A, Deitch, R.A., and Mackerer, C.R. 1984a. Modification of the Ames Salmonella/microsome assay for testing of complex mixtures. Environ. Mutag. 5:406.

Blackburn, G. R., Deitch, R. A., Schreiner, C. A., Mehlman, M. A. and Mackerer, C. R. 1984b. Estimation of the dermal carcinogenic activity of petroleum fractions using a modified Ames assay. Cell Biol. Toxicol. 1:67-79.

BP Oil Europe. 1994a. The acute toxicity of PSG 1857 to rainbow trout (Oncorhynchus mykiss). Project No. 599/44, Safepharm Laboratories, Derby, U.K.

BP Oil Europe. 1994b. The acute toxicity of PSG 1857 to Daphnia magna. Project No. 599/43, Safepharm Laboratories, Derby, U.K.

Feuston, M.H., Low, L.K., Hamilton, C.E., and Mackerer. 1994. Correlation of systemic and developmental toxicities with chemical component classes of refinery streams. Fund. Appl. Toxicol.30:276.

Gradiski, D., Vinot, D., Zissu, J.C., Limasset, J.C., and Lafontaine, M. 1983. The carcinogenic effects of a series of petroleum-derived oils on the skin of mice. Environ. Res. 32:258.

Harris, J.C. 1982. Rate of hydrolysis. In; Handbook of Chemical Property Estimation Methods. W.L. Lyman, W.F. Reehl, and D.H. Rosenblastt, eds. Mcgraw-Hill Book Co., New York, NY.

IARC. 1984. Polynuclear aromatic compounds, Part 2, carbon blacks, mineral oils (lubricant base oils and derived products) and some nitroarenes. IARC Monographs on The Evaluation of The Carcinogenic Risk of Chemicals to Humans. 33: 87.

Kane, M.L., Ladov, E.N., Holdsworth, C.E., and Weaver, N.K. 1984. Toxicological characteristics of refinery streams used to manufacture lubricating oils. Am. J. Ind. Med. 5:183.

King, D. J. 1991. 1156, 1157, and 1158: 2-year skin painting study, BP Group Occupational Health Centre, Toxicology Report 25-90—0275.

Mackerer, C. R. 1992. Chemistry & Toxicology of Petroleum Hydrocarbons. AIHA Professional Development Course.

Mackay, D. Multimedia environmental models: the fugacity approach. Lewis Publishers, CRC Press, Boca Raton, FL.

Mobil, 1987. Micronucleus assay of bone marrow red blood cells from rats treated for thirteen weeks 318 isthmus furfural extract. Mobil study 67138. Mobil Environmental Health and Safety Department.

Mobil, 1988. Micronucleus assay of bone marrow red blood cells from rats treated via dermal administration of Mobilsol 40 (C. T. 28) M. I. O. 4 Study No. 62240. Mobil Environmental Health and Safety Department.

Mobil 1989. Developmental toxicity study in rats exposed dermally to Mobilsol 40. Study No. 62494. Mobil Environmental Health and Safety Department.

Mobil, 1990a. Thirteen-week administration of 318 Isthmus furfural extract to rats. Study No. 61737. Mobil Environmental Health and Safety Department.

Mobil, 1990b. Thirteen-week dermal administration of four bright stock extracts (BSE's) to rats. Study Nos. 62239, #62260, #62261, and #62262. Mobil Environmental Health and Safety Department.

Mobil. 1990c. Developmental toxicity in rats exposed dermally to 318 isthmus furfural extract, Study No. 62884. Mobil Environmental Health and Safety Department.

Potter, D. Booth, E.D., Brandt, H.C.A., Loose, R.W., Priston, R.A.J., Wright, A.S., and Watson, W.P. 1999. Studies on the dermal and systemic bioavailability of polycyclic aromatic compounds in high viscosity oil products. Arch, Atoxicol. 73:129.

Reddy, M.V., Blackburn, G.R., Schreiner, C.A. and Mackerer, C.R. 1997. Correlation of mutagenic potencies of various petroleum oils and coal tar mixtures with DNA adduct levels *in vitro*. Mutat. Res. 378: 89.

Roy, T.A., Blackburn, G.R. and Mackerer, C.R. 1996. Evaluation of physicochemical factors affecting dermal penetration and carcinogenic potency of mineral oils containing polycyclic aromatic compounds. Polycyclic Aromatic Compounds 10: 333.

Roy, T.A., Blackburn, Johnson, S.W., G.R. and Mackerer, C.R. 1988. Correlation of mutagenic and dermal carcinogenic activities of mineral oils with polycyclic aromatic compound content. Fund. Appl. Toxicol. 10: 446.

Roy, T.A., Krueger, A.J., Mackerer, C.R., Neil, W., Arroyo, A.M. and Yang, J.J. 1998. SAR models for estimating the percutaneous absorption of polynuclear aromatic hydrocarbons. SAR and QSAR in Environ. Res. 9: 171.

Shell Research Limited. 1984. Acute toxicity to *Salmo gairdneri, Daphnia magna* and *Salenastrum capricornutum*, n-octanol/water partition coefficient. Report No. SBGR.84.074.

Shell Research Limited. 1991. An 18-month cutaneous carcinogenicity study with base oils in female CF1 mice (a report of LIMEA 150), Shell Research Sittingbourne External Report SBER.91.002.

Shell Research Limited. 1994a. An assessment of "ready biodegradability". Report Nos. SBER.93.012, SBGR.85.052.

Shell Research Limited. 1994b. Acute toxicity to *Salmo gairdneri, Daphnia magna and Selenastrum capricornutum*, n-octanol/water partition coefficient. Report No. SBER. 93.009.

Trent University. 1999. Level 1 –Fugacity-based environmental equilibrium partitioning model, Version 2.11. Trent University, Peterborough, Ontario.

U.S. EPA. 1999. Determining the adequacy of existing data. U.S. Environmental Protection Agency, High Production Volume (HPV) Challenge Program. URL: http://www.epa.gov/chemrtk/datadfin.htm.

U.S. EPA. 2000. EPI (Estimation Programs Interface) Suite, V3.10. United States Environmental Agency, Office of Pollution Prevention and Toxics, Washington, DC.

Final
Aromatic Extracts Test Plan
Consortium Registration #

## Table 1

## Ranges of Physical and Chemical Properties for Distillate and Residual Aromatic Extracts[1]

| Property | Unit | Method | Distillate (DAE) | Residual (RAE) |
|---|---|---|---|---|
| Boiling Range | C | ASTM D 2887 | 250-680 | >380 |
| Pour Point | C | ASTM D 97 | -6 to +36 | > +20 |
| Vapour Pressure, 20° C | hPa | OECD 104 | <0.1 | <0.1 |
| Water solubility, 20° C | mg/l | OECD 105 | 1.4 – 5.8 | sparingly |
| Flash point closed cup | C | ASTM D 93 | 150-270 | >250 |
| Autoignition temperature | C | DIN 51794 | 250-410 | >380 |
| Density, 15 ° C | kg/dm | ASTM D 1298 | 0.95-1.03 | 0.96-1.02 |
| Viscosity, kinematic 40° C[2] | mm2/s | ASTM D 445 | 5-18 000 | >4000 |
| Viscosity, kinematic 100° C | mm2/s | ASTM D 445 | 3-60 | 60-330 |
| Average Molecular Mass | – | ASTM D 2887 | 300-580 | >400 |
| Carbon number range | – | ASTM D 2887 | C15-C54 | >C25 |
| Aromatic Content | %m | ASTM D 2007 | 65-85 | 60-80 |
| DMSO extract[3] | %m | IP 346 | 10-30 | not applicable |

[1] Table from CONCAWE, 1992.
[2] Viscosity measurements at 40° C are subject to error
[3] By method IP 346 (IP, 1980). IP346 is not routinely applied to RAE

Final
Aromatic Extracts Test Plan
Consortium Registration #

## Table 2

## Compositional Analysis of Representative Aromatic Extracts[1]

| Samples | AH (% total sample)[2] | | | | | Nitrogen (ppm) | | Sulfur[3] | N-PAC[3] | S-PAC[3] | Aromatics[3] | 3-7 ring PAC[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1R | 2R | 3R | 4R | 5R | total | basic | total % | total % | total % | total % | total % |
| **Distillate Aromatic Extracts (CAS No. 64742-04-7)[5]** | | | | | | | | | | | | 5-73%[6] |
| 1)[7] | 21.3 | 15.9 | 9.5 | 7.7 | 5.8 | 2100 | 623 | 3.14 | 2.25 | 12.8 | 77.7 | 20.3 |
| 2) | 14.7 | 13.8 | 9.1 | 6.6 | 6.9 | 2500 | 753 | 0.94 | 2.68 | 4.7 | 63.4 | 14.5 |
| 3) | 20.5 | 14.6 | 7.2 | 6 | 4.2 | 2000 | 640 | 0.98 | 2.15 | 4.1 | 60.9 | ~15 |
| **Residual Aromatic Extracts (furfural) (CAS No. 64742-10-5)[8]** | | | | | | | | | | | | 0.8—~8.0[6,9] |
| 4) | 21.3 | 15.9 | 9.1 | 4.2 | 6.7 | 1100 | 774 | 1.71 | 1.18 | 6.1 | 81.1 | NA |
| 5) | 23 | 15.8 | 9.2 | 4.5 | 8.2 | 2600 | 856 | 1.83 | 2.79 | 6.2 | 84.9 | NA |
| 6) | 22.4 | 17.3 | 10.6 | 4.9 | 7.9 | 1500 | 496 | 3.83 | 1.60 | 13.6 | 91.7 | NA |

NA = Data not available
1. Mackerer, 1992.
2. AH: 1-5 ring [R] alkylated aromatic compounds (no heterocyclic compounds) as % total sample per procedure in Feuston et al., 1994.
3. Total material (Sulfur, N-PAC, S-PAC, Aromatics) as % total sample.
4. 3-7 ring PAC by DMSO extraction per procedure in Roy et al., 1988.
5. Samples 1-3: same refinery, three different viscosity ranges.
6. Range of 3-7 ring PACs by IP Method 346, Blackburn et al, 1996
7. Results and procedure presented in Feuston et al., 1994.
8. Samples 4-5: same crude, same refinery. Sample 6: different refinery.
9. Higher values of 3-7 ring PACs in RAE samples are reflective of contamination by, or intentional addition of vacuum distillate to residual oil prior to solvent extraction.

# THE UNIVERSITY OF ARIZONA
## CAMPUS HEALTH SERVICE

Name___  Pearson, Peter P

S01363415          12/19/1963   M
520-247-1535

First                          Middle Initial                          CHS#_____

UA ID#   P.O. Box 26301
Tucson, AZ 85726

Date of Birth_____

| Date | Record of Treatment |
|------|---------------------|
| 4/27/05 | continued from previous page |

April 27, 2005                          PEARSON, PETER   C 319482  S01363415

S: 41-year-old man here seeking advice on several symptoms which he believes stem from occupational exposure to a chemical solvent. The solvent contained both toluene and xylene and he was frequently splashed with it in his work as a roofing supervisor in the years from 1986 to 1991. Over the years he's had several physical symptoms which he believes may be causally related to the chemical exposure. These included a marked decrease in his vision to the point where he is now legally blind at 20/200 and requires corrective lenses, redness in both of his eyes, as well as a diagnosis of dry eye syndrome for which he needs to regularly use lubricating drops. In addition he has developed pain and swelling in his PIP and DIP joints of both hands as well as some decreased strength and difficulty grasping tools. He has found aspirin three to six per day helpful for the pain, but he is very symptomatic if he does not take the aspirin. In addition he's had several superficial skin lesions frozen by a generalist in the Phoenix area. These are suggestive of actinic keratoses involving the forehead and the right ear. In addition he has a nodule on the superior aspect of his right pinna that has not resolved. I do not have records of any of his previous specialist or generalist visits, and I'm seeing him today without the benefit of his University of Arizona Student Health medical record. His family history is negative for skin cancer, eye problems, or joint problems; and it is in part for this reason that he suspects this may be connected to the occupational exposure.

O: His vital signs are normal. He is an articulate, pleasant man in no distress. On his face he has approximately ten rough, slightly brown papules consistent with actinic keratoses involving the temporal hair line, forehead, and face. He has a 2 mm flesh-colored nodule on his pinna. He has visible swelling and tenderness in his PIPs, most notably on his left middle finger, but

CHS2A  4/2001  MM125[

continued on next page

# THE UNIVERSITY OF ARIZONA
## CAMPUS HEALTH SERVICE

Name_  **Pearson, Peter P**
S01363415        12/19/1963 M
                 520-247-1535                First                    Middle Initial        CHS#_____

UA ID#   P.O. Box 26301
         Tucson, AZ 85726                                   Date of Birth_____

| Date | Record of Treatment |
|---|---|
| 4/27/05 | continued from previous page |

also noted in all the digits, and less so in his DIP joints of both hands. His wrists and elbows are without any effusion or deformity. His eyes are both slightly injected and red, there is no swelling around the eyelids. His pupils are equal, round, and reactive to light.

A: 41-year-old man with history of exposure to toluene and xylene in his work as a roofing supervisor in the years 1986 to 1991. He has findings consistent with dry eye syndrome as well as decreased visual acuity for which he uses corrective lenses. He also has symptoms of joint pain as well as swelling involving the PIP and DIP joints of both hands, and he has multiple lesions on his face consistent with actinic keratoses as well as a nodule on the right pinna.

P: I have suggested that he seek specialty consultation to help with both the diagnosis and treatment as well as guide him in his efforts to seek just compensation. I suggested he make a dermatology appointment here at Campus Health where the specialist can review the pros and cons of biopsying his ear lesion as well as further cryotherapy for his face lesions. I also suggested a consultation with Dr. Hitt to review his overall case especially with reference to occupational exposure issues to solvents and whether any specific surveillance is in order given his reported exposure. A copy of this medical evaluation will be mailed to him.

t/Thursday, April 28, 2005                           D. Malloy, M.D./mw

Mailed 5/2/05                        DREW MALLOY, M.D.
                                     CAMPUS HEALTH SERVICES

# MEDICAL

CHS52A  4/2001 MM1251



THE UNIVERSITY OF
ARIZONA®
TUCSON ARIZONA
168000

MAVLOU
Campus Health Service
PO Box 210095
Tucson AZ 85721-0095

U.S. POSTAGE
0.37

PETER  PEARSON
PO BOX  26301
TUCSON,  AZ
         85726

85726#6301