Peter P. Pearson
P.O. Box 26301
Tucson, AZ. 85726
(520) 247-1535
drp2p@email.arizona.edu

FILED

2005 MAY 24  PM 1:52

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) Claim Number: 2281 |
| Debtor. | ) Re: Docket Nos. 5527, 5637 & 5685 |
| | ) **CLAIMANT'S DISCOVERY FILING TO THE** |
| | ) **COURT FOR EXTORDNARY REASONS** |

Peter P. Pearson ("Claimant") has attached the requested documents and answered the interrogatories as put forth by the Debtors. He is also filing a single copy of the discovery with the Court. The reason is that the Claimant, being just a former worker, does not have the litigious influence that the Debtors have in the court arena; hence, fair play is an abstract point. Claimant relies on the Court for relief and fair play.

Respectfully Submitted this 21th day of May, 2005.

By: _____

Peter P. Pearson
P.O. Box 26301
Tucson, AZ. 85726
(520) 247-1535
drp2p@email.arizona.edu
drp2p2@yahoo.com

CLAIMENT'S ANSWER - 1

| | |
|---|---|
| 1 | Original and three (3) copies |
| 2 | Of the forgoing sent this ~~20~~th 22 day of May 2005. |
| 3 | |
| 4 | To: |
| 5 | United States Bankruptcy Court<br>District of Delaware |
| 6 | Attn: Clerk of the Court<br>824 Market Street |
| 7 | Wilmington, Delaware. 19801 |
| 8 | **Certified Mail Number:** |
| 9 | |
| 10 | One Copy of the forgoing |
| 11 | Sent this ~~31st~~ 22 day of ~~March~~ May, 2005. |
| 12 | To: |
| 13 | |
| 14 | KIRKLAND & ELLIS LLP<br>Mr. James H.M. Sprayregen, P.C.<br>Attn: Rachel R. Schulman, Esq. |
| 15 | 200 East Randolph Drive<br>Chicago, Illinois. 60601 |
| 16 | **Certified Mail Number:** |
| 17 | |
| 18 | and |
| 19 | PACHULSKI, STANG, ZIEHL, YOUNG, JONES &<br>WEINTRAUB P.C. |
| 20 | Ms. Laura Davis Jones (Bar No. 2436)<br>919 North Market Street, 16th Floor<br>P.O. Box 8705 |
| 21 | Wilmington, Delaware. 19899-8705 |
| 22 | **Certified Mail Number:** |
| 23 | |
| 24 | |
| 25 | By: _____<br>     Peter P. Pearson |

CLAIMENT'S ANSWER - 2