## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: June 13, 2005 at 4:00 p.m.**
**Hearing date:  To be scheduled, only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Duane Morris LLP ("Duane Morris"), counsel to the Official Committee of Unsecured

Creditors (the "Committee") of the above captioned debtor and debtors in possession in the above-

captioned chapter 11 cases, filed and served the Thirty-Ninth Monthly Fee Application of Duane Morris

LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official

Committee of Unsecured Creditors for the period from April 1, 2005 through April 30, 2005, seeking

---

[1]        The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

compensation in the amount of $12,196.00 and reimbursement for actual and necessary expenses in the amount of $41.50 (the "Monthly Fee Application").

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **June 13, 2005 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following:  (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel  to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third

Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United

States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax

number 302-573-6497); and (viii) the Fee Auditor, to Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Dated: Wilmington, DE
   May 24, 2005

        Respectfully submitted,

        _____

        Michael R. Lastowski (DE I.D. No. 3892)
        Richard W. Riley (DE I.D. No. 4052)
        DUANE MORRIS LLP
        1100 North Market Street, Suite 1200
        Wilmington, DE 19801
        Telephone: (302) 657-4900
        Facsimile: (302) 657-4901
        E-mail: mlastowski@duanemorris.com

        - and –

        William S. Katchen (Admitted in NJ Only)
        DUANE MORRIS LLP
        One Riverfront Plaza
        Newark, New Jersey 07102
        Telephone: (973) 424-2000
        Facsimile: (973) 424-2001
        E-mail: wskatchen@duanemorris.com

        -and -

        Lewis Kruger
        STROOCK & STROOCK & LAVAN LLP
        180 Maiden Lane
        New York, New York 10038-4982
        Telephone: (212) 806-5400
        Facsimile: (212) 806-6006
        e-mail: lkruger@stroock.com

        *Co-Counsel for the Official Committee of Unsecured Creditors of*
        *W. R. Grace & Co., et al.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                                 Chapter 11

**W.R. Grace & Co., et al.**                           Case No. 01-01139 (JKF)

          Debtors.                Jointly Administered

**Objection Date: June 13, 2005 at 4:00 p.m.**
**Hearing Date: To be scheduled, only if objections are**
**timely filed and served**


## THIRTY-NINTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND
## REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
## FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

| | |
|---|---|
| Name of Applicant | **Duane Morris LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 17, 2001** |
| Period for which compensation and reimbursement is sought | **April 1, 2005 through April 30, 2005** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$12,196.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$41.50** |

This is an: ☒ interim ☐ final application

The total time expended for fee application preparation is approximately 1.0 hours and the corresponding compensation requested is approximately $185.00[2]

This is the thirty-ninth monthly fee application of Duane Morris LLP.

---

[2] This is Duane Morris' Thirty-ninth Monthly Fee Application. Time expended for the preparation of this Fee Application will be reflected in subsequent Fee Applications.

**Attachment A**

## Monthly Interim Fee Applications

| | | Requested | | Approved for Payment | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 7/1/01–7/31/01 | $9,490.50 | $1209.90 | $7,592.40 | $1,209.90 |
| February 5, 2002 (combined 2nd and 3rd applications) | 8/1/01 – 9/30/01 | $12,885.00 | $7,903.44 | $10,308.00 | $7,903.44 |
| February 11, 2002 (combined 4th, 5th and 6th applications) | 10/1/01 – 12/31/01 | $17,349.50 | $3,436.30 | $13,879.60 | $3,436.30 |
| March 28, 2002 | 1/1/02–1/31/02 | $13,454.50 | $776.18 | $10,763.60 | $776.18 |
| May 16, 2002 | 2/2/02–2/28/02 | $16,428.50 | $3,859.31 | $13,142.80 | $3,859.31 |
| May 16, 2002 | 3/1/02–3/31/02 | $8,876.50 | $478.10 | $7,101.20 | $478.10 |
| August 28, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $40,258.40 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 (Combined and prepared as a quarterly application.) | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | (Refer to Quarterly Application Chart below for further details.) | |
| March 31, 2003 | 1/1/03 – 1/31/03 | $9,834.00 | $1,066.57 | $7,867.20 | $1,066.57 |
| March 31, 2003 | 2/1/03 – 2/28/03 | $12,454.00 | $96.87 | $9,963.20 | $96.87 |
| June 18, 2003 | 3/1/03 – 3/31/03 | $10,612.90 | $252.18 | $8,490.32 | $252.18 |
| | | Requested | | Approved for Payment | |

| | | | | | |
|---|---|---|---|---|---|
| June 19, 2003 | 4/1/03 - 4/30/03 | $13,689.00 | $2,335.98 | $10,951.20 | $2,335.98 |
| July 21, 2003 | 5/1/03 - 5/31/03 | $11,483.00 | $697.27 | $9,186.40 | $697.27 |
| September 18, 2003 | 6/1/03 - 6/30/03 | $7,691.50 | $756.70 | $6,153.20 | $756.70 |
| September 18, 2003 | 7/1/03 - 7/31/03 | $14,784.00 | $87.89 | $11,827.20 | $87.89 |
| September 18, 2003 | 8/1/03 - 8/31/03 | $10,760.00 | $1.50 | $8,608.00 | $1.50 |
| October 20, 2003 | 9/1/03 – 9/30/03 | $14,496.50 | $262.21 | $11,597.20 | $262.21 |
| January 29, 2004 | 10/1/03 – 10/31/03 | $31,068.50 | $342.06 | $24,854.80 | $342.06 |
| January 29, 2004 | 11/1/03 – 11/30/03 | $13,101.50 | $193.46 | $10,481.20 | $193.46 |
| January 29, 2004 | 12/1/03 – 12/30/03 | $20,454.50 | $221.26 | $16,363.60 | $221.26 |
| June 22, 2004 | 1/1/04 – 1/31/04 | $22,612.50 | $872.84 | $18,090.00 | $872.84 |
| June 22, 2004 | 2/1/04 – 2/29/04 | $11,260.50 | $489.46 | $9,008.40 | $489.46 |
| June 22, 2004 | 3/1/04 – 3/31/04 | $11,766.00 | $16.05 | $9,412.80 | $16.05 |
| June 28, 2004 | 4/1/04 – 4/30/04 | $16,984.50 | $980.26 | $13,587.60 | $980.26 |
| June 30, 2004 | 5/1/04 – 5/31/04 | $32,817.00 | $2,190.53 | $26,253.60 | $2,190.53 |
| July 30, 2004 | 6/1/04 – 6/30/04 | $27,416.50 | $738.78 | $21,933.20 | $738.78 |
| August 25, 2004 | 7/1/04 - 7/31/04 | $19,040.00 | $201.17 | $15,232.00 | $201.17 |

| | | | | | |
|---|---|---|---|---|---|
| September 23, 2004 | 8/1/04-8/31/04 | $18,098.50 | $383.56 | $14,478.80 | $383.56 |
| October 20, 2004 | 9/1/04 – 9/30/04 | $18,370.50 | $198.58 | $14,696.40 | $198.58 |
| November 19, 2004 | 10/1/04 – 10/31/04 | $26,153.50 | $228.76 | $20,922.80 | $228.76 |
| December 17, 2004 | 11/1/04 – 11/30/04 | $33,416.50 | $9,327.54 | $26,733.20 | $9,327.54 |
| January 18, 2005 | 12/1/05 - 12/31/05 | $40,701.00 | $563.95 | $32,560.80 | $563.95 |
| March 3, 2005 | 1/1/05 – 1/31/05 | $41,319.50 | $2,508.99 | $33,055.60 | $2,508.99 |
| March 21, 2005 | 2/1/05 – 2/28/05 | $19,744.50 | $176.37 | $15,795.60 | $176.37 |
| April 22, 2005 | 3/1/05 – 3/31/05 | $17,413.00 | $1,001.41 | $13,030.40 | $1,001.41 |

**Quarterly Fee Applications**

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| August 30, 2001 | 4/17/01-6/30/01 | $41,314.50 | $4,026.77 | Fees approved for a combined total of $68,886.50 | $4,026.77 |
| February 5, 2002 | 7/01/01 – 9/30/01 | $22,375.50 | $9,113.34 | | $9,113.34 |
| February 11, 2002 | 10/01/01 – 12/31/01 | $17,349.50 | $3,436.30 | | $3,436.30 |
| May 16, 2002 | 1/1/02 – 3/31/02 | $38,759.50 | $5,113.59 | $37,486.50 | $5,113.59 |
| November 7, 2002 | 4/1/02 – 6/30/02 | $50,323.00 | $4,181.96 | $49,098.00 | $4,181.96 |
| October 24, 2002 | 7/1/02 – 9/30/02 | $89,953.00 | $8,038.01 | $89,652.00 | $8,038.01 |
| March 28, 2003 | 10/1/02 – 12/31/02 | $61,880.50 | $3,757.47 | $61,880.50 | $3,757.47 |
| June 23, 2003 | 1/1/03 - 3/31/03 | $32,900.90 | $1,415.62 | $32,900.90 | $1,319.72 |
| September 18, 2003 | 4/1/03 - 6/30/03 | $32,863.50 | $3,789.95 | $32,863.50 | $3,789.95 |
| January 29, 2004 | 7/1/03 – 9/30/03 | $40,040.50 | $351.60 | $40,040.50 | $351.60 |
| April 16, 2004 | 10/1/03 – 12/31/03 | $64,624.50 | $756.78 | $64,624.50 | $756.78 |
| July 2, 2004 | 1/1/04 – 3/31/04 | $45,639.00 | $1,378.35 | $45,639.00 | $1.378.35 |
| August 2, 2004 | 4/1/04 – 6/30/04 | $77,218.00 | $3,909.57 | $77,218.00 | $3,909.57 |
| November 15, 2004 | 7/1/04 – 9/30/04 | $55,509.00 | $783.31 | $55,509.00 | $783.31 |

| February 14, 2005 | 10/1/04 – 12/31/04 | $100,271.00 | $10,120.25 | | |
| May 18, 2005 | 1/1/05 – 3/31/05 | $77,387.00 | $3,686.77 | | |

**DuaneMorris**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
PITTSBURGH
NEWARK
ALLENTOWN
WILMINGTON
HARRISBURG
PRINCETON
WESTCHESTER

May 23, 2005

THOMAS F. MAHER
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1093622                    IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 04/30/2005 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.40 hrs. at | $525.00 /hr. = | $4,935.00 | |
| RW RILEY | PARTNER | 4.30 hrs. at | $415.00 /hr. = | $1,784.50 | |
| WS KATCHEN | PARTNER | 6.50 hrs. at | $575.00 /hr. = | $3,737.50 | |
| VL AKIN | PARALEGAL | 9.40 hrs. at | $185.00 /hr. = | $1,739.00 | |
| | | | | | $12,196.00 |

DISBURSEMENTS
OVERNIGHT MAIL                                        18.77
PRINTING & DUPLICATING                               18.90
TELEPHONE                                             3.83
TOTAL DISBURSEMENTS                                               $41.50

                        TOTAL FEES AND DISBURSEMENTS          $12,237.50
                        LESS PREVIOUS CREDITS RECEIVED            -$0.02
                        NET AMOUNT                            $12,237.48

PREVIOUS BALANCE                                             $68,672.04

TOTAL BALANCE DUE                                            $80,909.52

Duane Morris
May 23, 2005
Page 2

File # K0248-00001

W.R. GRACE & CO.

INVOICE #  1093622

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/6/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.10 | $18.50 |
| 4/6/2005 | 004 | VL AKIN | UPDATE 2002 SERVICE LIST | 0.10 | $18.50 |
| 4/13/2005 | 004 | WS KATCHEN | LEGISLATION UPDATE. | 0.30 | $172.50 |
| 4/14/2005 | 004 | WS KATCHEN | UPDATE LEGISLATION. | 0.20 | $115.00 |
| 4/19/2005 | 004 | WS KATCHEN | REVIEW NOTICE OF AGENDA FOR APRIL 25, 2005. | 0.10 | $57.50 |
| 4/19/2005 | 004 | WS KATCHEN | E-MAIL TO STROOCK RE: SCHEDULING. | 0.10 | $57.50 |
| 4/20/2005 | 004 | WS KATCHEN | REVIEW CERTIFICATION BY DEBTOR. | 0.10 | $57.50 |
| 4/23/2005 | 004 | WS KATCHEN | LEGISLATION - UPDATE. | 0.20 | $115.00 |
| 4/25/2005 | 004 | VL AKIN | MAINTAIN DOCUMENT CONTROL | 0.30 | $55.50 |
| 4/25/2005 | 004 | WS KATCHEN | TELEPHONE CONFERENCE WITH ARLENE KRIEGER. | 0.10 | $57.50 |
| 4/25/2005 | 004 | WS KATCHEN | REVIEW AGENDA FOR APRIL 25, 2005. | 0.20 | $115.00 |
| 4/26/2005 | 004 | WS KATCHEN | REVIEW MOTION TO VACATE ORDER. | 0.10 | $57.50 |
| | | | Code Total | 1.90 | $897.50 |

Duane Morris
May 23, 2005
Page 3

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1093622

| | | | | |
|---|---|---|---|---|
| 4/17/2005 005 | WS KATCHEN | REVIEW SCIENCES INT'L FILING CLAIM. | 0.10 | $57.50 |
| 4/27/2005 005 | WS KATCHEN | REVIEW SUPPLEMENTAL OBJECTION BY ASBESTOS P.D. COMMITTEE (FESTA). | 0.20 | $115.00 |
| | | Code Total | 0.30 | $172.50 |

Duane Morris
May 23, 2005
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1093622

| | | | | |
|---|---|---|---|---|
| 4/7/2005 006 | MR LASTOWSKI | REVIEW CLAIM OBJECTION ORDERS | 0.30 | $157.50 |
| 4/11/2005 006 | MR LASTOWSKI | REVIEW OBJECTION TO ST. PAUL SETTLEMENT | 0.30 | $157.50 |
| 4/13/2005 006 | MR LASTOWSKI | REVIEW MOTION TO APPROVE HATCO SETTLEMENT | 1.10 | $577.50 |
| 4/26/2005 006 | MR LASTOWSKI | REVIEW DEBTOR'S RESPONSE TO PACIFORP.'S MOTION TO ALLOW LATE FILED PROOF OF CLAIM AND UNDERLYING MOTION | 0.30 | $157.50 |
| | | Code Total | 2.00 | $1,050.00 |

Duane Morris
May 23, 2005
Page 5

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1093622

| 4/25/2005 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER RE: MEETING. | 0.10 | $57.50 |
| 4/26/2005 007 | WS KATCHEN | REVIEW COMMITTEE'S E-MAIL. | 0.20 | $115.00 |
| 4/27/2005 007 | WS KATCHEN | REVIEW COMMITTEE'S MEMO (STROOCK) RE: HATCO SITE. | 0.40 | $230.00 |
| | | Code Total | 0.70 | $402.50 |

Duane Morris
May 23, 2005
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1093622

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/17/2005 | 010 | WS KATCHEN | REVIEW MOTION TO EMPLOY SPECIAL COUNSEL, BEVERIDGE & DIAMOND - ENVIRONMENTAL ISSUES, CURTIS BAY, MARYLAND. | 0.20 | $115.00 |
| 4/25/2005 | 010 | WS KATCHEN | REVIEW DEBTOR'S LIMITED OPPOSITION TO EMPLOYMENT OF SPECIAL INSURANCE COUNSEL. | 0.20 | $115.00 |
| | | | Code Total | 0.40 | $230.00 |

Duane Morris
May 23, 2005
Page 7

File # K0248-00001                                      INVOICE # 1093622
    W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/6/2005 012 | RW RILEY | REVIEWING AND EXECUTING THIRTY-SEVENTH FEE APPLICATION OF DUANE MORRIS FOR FEBRUARY 2004. | 0.20 | $83.00 |
| 4/8/2005 012 | VL AKIN | PREPARE QUARTERLY CHART FOR INTERIM FEES AND EXPENSES FOR 1/1/05 THROUGH 3/31/05 | 0.50 | $92.50 |
| 4/12/2005 012 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION FOR FEBRUARY 2005 FEE APPLICATION OF DUANE | 0.30 | $55.50 |
| 4/12/2005 012 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING DUANE MORRIS FOR FEBRUARY 2005 | 0.40 | $74.00 |
| 4/19/2005 012 | RW RILEY | REVIEWING AND EXECUTING DUANE MORRIS' 37TH MONTHLY FEE APPLICATION. | 0.20 | $83.00 |
| 4/19/2005 012 | VL AKIN | REVIEW MARCH 2004 BILL AND EDIT | 0.30 | $55.50 |
| 4/22/2005 012 | VL AKIN | PREPARE MARCH 2005 FEE APPLICATION OF DUANE | 0.50 | $92.50 |
| 4/22/2005 012 | VL AKIN | FILE AND SERVE MARCH 2005 FEE APPLICATION OF DUANE MORRIS | 0.50 | $92.50 |
| 4/25/2005 012 | VL AKIN | UPDATE QUARTERLY FEE CHART | 0.50 | $92.50 |
| 4/29/2005 012 | VL AKIN | PREPARE SIXTEENTH QUARTERLY FEE APPLICATION OF DUANE | 4.00 | $740.00 |
| | | Code Total | 7.40 | $1,461.00 |

Duane Morris
May 23, 2005
Page 8

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1093622

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/1/2005 | 013 | VL AKIN | FILE FEBRUARY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 4/5/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CNO FOR THE JANUARY FEE APPLICATION OF STROOCK | 0.40 | $74.00 |
| 4/12/2005 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S APPLICATION TO EMPLOY BEVERIDGE AND THOMPSON | 0.20 | $105.00 |
| 4/18/2005 | 013 | MR LASTOWSKI | REVIEW PROPOSED REPLY IN SUPPORT OF RETENTION OF ANDERSON KILL | 1.10 | $577.50 |
| 4/20/2005 | 013 | MR LASTOWSKI | REVIEW SUPPLEMENTAL OBJECTION TO DEBTOR'S MOTION TO AMEND EMPLOYMENT AGREEMENT WITH ITS CHIEF OPERATING OFFICER | 1.10 | $577.50 |
| 4/20/2005 | 013 | VL AKIN | PREPARE CERTIFICATION OF NO OBJECTION REGARDING CAPSTONE 13TH FEE APPLICATION | 0.30 | $55.50 |
| 4/21/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE THIRTEENTH INTERIM FEE APPLICATION OF CAPSTONE | 0.30 | $55.50 |
| 4/22/2005 | 013 | VL AKIN | FILE AND FORWARD TO INTERESTED PARTIES THE CERTIFICATION OF NO OBJECTION REGARDING THE FEBRUARY 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| 4/29/2005 | 013 | VL AKIN | FILE MARCH 2005 FEE APPLICATION OF STROOCK | 0.30 | $55.50 |
| | | | Code Total | 4.30 | $1,611.50 |

May 23, 2005
Page 9

File # K0248-00001                                         INVOICE #  1093622
     W.R. GRACE & CO.

| | | | | |
|---|---|---|---|---|
| 4/22/2005 015 | RW RILEY | REVIEWING AGENDA FOR 4/25/05 OMNIBUS HEARING. | 0.20 | $83.00 |
| 4/23/2005 015 | MR LASTOWSKI | REVIEW 4/25/05 AGENDA AND ITEMS IDENTIFIED THEREON | 2.10 | $1,102.50 |
| 4/25/2005 015 | RW RILEY | PREPARATION AND ATTENDING OMNIBUS HEARING. | 3.70 | $1,535.50 |
| | | Code Total | 6.00 | $2,721.00 |

File # K0248-00001                                    INVOICE #  1093622
    W.R. GRACE & CO.

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/5/2005 | 016 | MR LASTOWSKI | LETTER FROM THIRD CIRCUIT RE: STATUS OF SEALED AIR SETTLEMENT | 0.30 | $157.50 |
| 4/8/2005 | 016 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S OBJECTION TO THE RETENTION OF CAHILL GORDON AS SPECIAL COUNSEL | 0.30 | $157.50 |
| 4/8/2005 | 016 | MR LASTOWSKI | REVIEW DEBTOR'S LIMITED OBJECTION TO PERSONAL INJURY COMMITTEE'S RETENTION OF ANDERSON KILL | 0.30 | $157.50 |
| 4/8/2005 | 016 | WS KATCHEN | REVIEW SEALED AIR RENEWED MOTION. | 0.40 | $230.00 |
| 4/11/2005 | 016 | MR LASTOWSKI | REVIEW RENEWED MOTION TO APPROVE SEALED AIR SETTLEMENT | 0.30 | $157.50 |
| 4/13/2005 | 016 | WS KATCHEN | REVIEW COMMITTEE MEMO AND EXHIBITS (SEALED AIR SETTLEMENT). | 0.60 | $345.00 |
| 4/17/2005 | 016 | WS KATCHEN | REVIEW HILCO SETTLEMENT (NJ SPILL ACT). | 0.40 | $230.00 |
| 4/20/2005 | 016 | WS KATCHEN | REVIEW COMMITTEE'S MEMO RE: NJ DEP. | 0.10 | $57.50 |
| 4/26/2005 | 016 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE RE: SEALED AIR. | 0.10 | $57.50 |
| | | | Code Total | 2.80 | $1,550.00 |

Duane Morris
May 23, 2005
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1093622

| | | | | |
|---|---|---|---|---|
| 4/8/2005 017 | MR LASTOWSKI | REVIEW PLAN STATUS | 1.70 | $892.50 |
| 4/8/2005 017 | WS KATCHEN | WORK ON PLAN CONFIRMATION ISSUES. | 1.70 | $977.50 |
| 4/15/2005 017 | WS KATCHEN | COMMITTEE CONFERENCE CALL ON SEALED AIR SETTLEMENT AND PLAN PROCESS, LEGISLATION, PD ISSUES, ZONOLITE LITIGATION. | 0.40 | $230.00 |
| | | Code Total | 3.80 | $2,100.00 |

Duane Morris
May 23, 2005
Page 12

File # K0248-00001                                    INVOICE #  1093622
     W.R. GRACE & CO.

                              TOTAL SERVICES        _____
                                                      29.60    $12,196.00

Duane Morris
May 23, 2005
Page 13

File # K0248-00001                                    INVOICE #  1093622
        W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 4/30/2005 | TELEPHONE | | 3.83 |
| | | Total: | $3.83 |
| 4/22/2005 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGEL AT SENIOR VICE PRESIDENT - COLUMBIA, MD FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790990492252) | | 7.86 |
| 4/22/2005 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H SMITH & ASSOCIATES - DALLAS, TX FROM VIRGINA AKIN AT DUANE MORRIS LLP - WILMINGTON, D (TRACKING #790990289960) | | 10.91 |
| | | Total: | $18.77 |
| 4/30/2005 | PRINTING & DUPLICATING | | 18.90 |
| | | Total: | $18.90 |
| | TOTAL DISBURSEMENTS | | $41.50 |