**EXHIBIT 2**

# Omni 9 Obj to Claims (Substantive) for WR Grace

Total number of parties: 35
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14058 | BAKER, LAWRENCE, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | BAKER, LAWRENCE, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | CITY OF CHATTANOOGA, 101 E 11TH ST #102, CHATTANOOGA, TN 37402 |
| 14058 | CITY OF HOUSTON, ATTN DEBRA GUERRERO, 4200 LEELAND, HOUSTON, TX 77023 |
| 14058 | CLARKE, REV WINSTON, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | CLARKE, REV WINSTON, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV, ANNE CHAN TAX EXAMINER, BOX 9484, BOSTON, MA 02205-9484 |
| 14058 | COMMONWEALTH OF MASSACHUSETTS DEPT OF REV, ANNE CHAN TAX EXAMINER, BOX 9484, BOSTON, MA 02205-9484 |
| 14058 | CUSTOM BLEND COFFEE SERVICE, 8042 NORTH DR, HIGHLAND, IN 46322 |
| 14058 | DUKE ENERGY CORPORATION, PO BOX 1244, CHARLOTTE, NC 28201-1244 |
| 14058 | GREENVILLE COUNTY TAX COLLECTOR, 301 UNIVERSITY RDG STE 700, GREENVILLE, SC 29601 |
| 14058 | GST CORPORATION, 8295 TOURNAMENT DR #150, MEMPHIS, TN 38125 |
| 14058 | HACKENSAC RIVERKEEPER INC, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | HACKENSACK RIVERKEEPER INC, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | HERRING, MARTHA WEBB, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | HERRING, MARTHA WEBB, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | INTERFAITH COMMUNITY ORGANIZATION, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | INTERFAITH COMMUNITY ORGANIZATION, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | LAERDAL MEDICAL CORPORATION, ATTN: PAT GOODWIN, 167 MYERS CORNERS RD, WAPPINGERS FALLS, NY 12590 |
| 14058 | LEAVENWORTH COUNTY KANSAS, C/O KEYTA D KELLY, LEAVENWORTH COUNTY COURTHOUSE, 300 WALNUT, LEAVENWORTH, KS 66048 |
| 14058 | LOCKE, ROBERT H, C/O DAVID C CASEY, 150 FEDERAL ST, BOSTON, MA 02110 |
| 14058 | MCSPADDEN REAL ESTATE SERVICES INC, 517 UNION AVE STE 238, KNOXVILLE, TN 37902 |
| 14058 | MILWAUKEE SOLVENTS & CHEMICALS CORP, PO BOX 444, BUTLER, WI 53007-0444 |
| 14058 | NAVAS, MARGARITA, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | NAVAS, MARGARITA, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | PACIFIC GAS AND ELECTRIC COMPANY, PO BOX 8329, STOCKTON, CA 95208 |
| 14062 | RE: MCSPADDEN REAL ESTATE SERVICES INC, LOGUE, GREGORY C, WOOLFE MCCLANE BRIGHT ALLEN & CARPENTER PLLC, PO BOX 900, KNOXVILLE, TN 37901 |
| 14058 | SAFETY KLEEN CORPORATION, PO BOX 11393, COLUMBIA, SC 29211 |
| 14058 | SHEEHAN, WILLIAM, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | SHEEHAN, WILLIAM, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | SOUTH CAROLINA ELECTRIC & GAS COMPANY, C/O L V SCHIESSER, SCANA SERVICES, 1426 MAIN ST MAIL CODE 130, COLUMBIA, SC 29218 |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14058 | TAYLOR, DUANE, BARTON & GILMAN LLP, ATTN: JAMES J DUANE III, 111 DEVONSHIRE ST, BOSTON, MA 02109 |
| 14058 | VINCENT TULLINO AND PHILOMENA TULLINO, C/O LARKIN AXELROD TRACHTE & TETENBAUM LLP, 34 ROUTE 17K, NEWBURGH, NY 12250 |
| 14058 | WEBB, MARGARET, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN LLP, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |
| 14058 | WEBB, MARGARET, C/O KATHLEEN L MILLIAN, TERRIS PRAVLIK & MILLIAN, 1121 12TH ST NW, WASHINGTON, DC 20005-4632 |

**Subtotal for this group: 35**