## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | ) | |

## DECLARATION OF SERVICE REGARDING:

**Document No. 1** — NOTICE OF FILING DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) – [CUSTOM]

**Document No. 2** — NOTICE OF FILING DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE) – [GENERIC]

**Document No. 3** — DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

**Document No. 4** — DECLARATION OF MARK A. SHELNITZ IN SUPPORT OF DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (NON-SUBSTANTIVE)

**Document No. 5** — [PROPOSED] ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

I, Belinda Rivera, state as follows:

1.       I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge.  My business address is c/o The BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 1330 East Franklin Avenue, El Segundo, California 90245.

2.       On May 19, 2005, at the direction of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel to the Debtors and Debtors in Possession in the above-captioned cases, I caused service of the documents attached hereto as Exhibit 1 to be effected on the parties listed as Exhibit 2.  The Affected Parties, referenced as Service List 14059, received documents 1, 3 (excluding exhibits), 4 and 5 and the Additional Notice Party, referenced as Service List 14063, received documents 1, 2, 3 (including exhibits), 4 and 5.

3.       Such service was effected via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.


I declare under penalty of perjury that the foregoing is true and correct.

DATED: May _23_ , 2005
El Segundo, California

_____
Belinda Rivera


State of California          )
                             ) ss
County of Los Angeles        )


Personally appeared before me on this _23_ day of May 2005, Belinda Rivera, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.

