**EXHIBIT 2**

# Omni 10 Obj to Claims (Non-Substantive)
# for WR Grace

Total number of parties: 8
Preferred Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14059 | ARIZONA DEPT OF REVENUE, BANKRUPTCY & COLLECTION SECTION, ARIZONA ATTY GENERAL, 1275 W WASHINGTON, PHOENIX, AZ 85018 |
| 14059 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 W MONROE, PHOENIX, AZ 85007 |
| 14059 | ARIZONA DEPT OF REVENUE, BANKRUPTCY LITIGATION SECTION, 1600 WEST MONROE, PHOENIX, AZ 85007 |
| 14063 | ARIZONA DEPT OF REVENUE, BCE SECTION, 1275 W WASHINGTON, PHOENIX, AZ 85007 |
| 14059 | DICKINSON WRIGHT PLLC, C/O MICHAEL C HAMMER ESQ, 500 WOODWARD AVE #4000, DETROIT, MI 48226 |
| 14059 | GERLING KONZERN ALLGEMEINE VERSICHERUNGS - AG, C/O JURGEN MULLER, GEREONSHOF, COLOGNE, 50597GERMANY |
| 14059 | MILWAUKEE SOLVENTS & CHEMICALS CORP, PO BOX 444, BUTLER, WI 53007-0444 |
| 14059 | MOBILE STORAGE GROUP INC, 7590 N GLENOAKS BLVD, BURBANK, CA 91504 |

Subtotal for this group: 8