**EXHIBIT 1**

IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: June 10, 2005**
**Hearing Date: June 27, 2005 at 12:00 p.m.**

## NOTICE OF FILING DEBTORS' ELEVENTH
## OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

**PLEASE TAKE NOTICE** that on May 18, 2005, the above-captioned debtors

and debtors in possession (the "Debtors") filed the Debtors' Eleventh Omnibus Objection to

Claims (Non-Asbestos Gateway) (the "Non-Asbestos Gateway Omnibus Objection") with the

United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a

copy of the Non-Asbestos Gateway Omnibus Objection (with all exhibits): (i) the U.S. Trustee;

(ii) the Core Group as defined in the current Case Management Procedures; and (iii) the 2002

List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation

("BMC"), will serve a copy of the Non-Asbestos Gateway Omnibus Objection and a customized

Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is

listed upon those creditors that have filed claims that are affected by the Non-Asbestos Gateway

Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Non-

Asbestos Gateway Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in

Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

PLEASE TAKE FURTHER NOTICE that

1.      A hearing on the Non-Asbestos Gateway Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **June 27, 2005 at 12:00 p.m.** (the "Claims Hearing").

2.      Any party wishing to oppose the relief requested in the Non-Asbestos Gateway Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **June 10, 2005 at 4:00 p.m. (Eastern Time)**.  Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3.      If no response is filed, served and received by June 10, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Non-Asbestos Gateway Omnibus Objection.

4.      Any response should contain the following:

a.      a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

2

b.      the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

c.      the claim number(s) of the claim objection(s) to which the response is directed;

d.      the specific factual basis and supporting legal argument upon which the party will rely in opposing the Non-Asbestos Gateway Omnibus Objection; and

e.      any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5.      If you file a response to the Non-Asbestos Gateway Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6.      You need not respond to the Non-Asbestos Gateway Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Non-Asbestos Gateway Omnibus Objection. If you do not timely file and serve a response to the Non-Asbestos Gateway Omnibus Objection, the relief requested in the Non-Asbestos Gateway Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Non-Asbestos Gateway Omnibus Objection shall be deemed (i) waiver of your right to respond to the Non-Asbestos Gateway Omnibus Objection and (ii) your consent to the relief requested in the Non-Asbestos Gateway Omnibus Objection respecting your Claim.

7.      The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact**

3

Bankruptcy Management Corporation at (888) 909-0100. If you have any questions

regarding the Ninth Omnibus Objection, please call Rachel Schulman at Kirkland & Ellis

LLP at (312) 861-2441.

Dated: May 18, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

4

IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: June 10, 2005**
**Hearing Date: June 27, 2005 at 12:00 p.m.**

## DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

The above-captioned debtors and debtors in possession (the "Debtors") hereby file this Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) (the "Non-Asbestos Gateway Omnibus Objection") and, in support thereof, state the following:

### Jurisdiction

1.     This Court has jurisdiction over this matter under 28 U.S.C. § 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2)(A) and (O).

2.     The statutory bases for relief requested herein are 11 U.S.C. §§ 105(a), 502, and 506 and Rules 3001 and 3007 of the Federal Rules of Bankruptcy Procedure (as amended from time to time, the "Bankruptcy Rules").

### Background

3.     On April 2, 2001 (the "Petition Date"), each of the Debtors in these chapter 11 cases filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (as amended from time to time, the "Bankruptcy Code") commencing their respective chapter 11 cases (collectively, the "Chapter 11 Cases").  The Chapter 11 Cases have

91100-001\DOCS_DE:108197.1

been consolidated for administrative purposes only, and, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtors continue to operate their businesses and manage their properties as debtors in possession.

4.      By an order dated April 25, 2002, this Court set March 31, 2003 as the last date for filing proofs of claim for all pre-petition claims relating to asbestos property damage claims, non-asbestos claims (including all governmental claims), and medical monitoring claims (the "Bar Date").  A bar date has yet to be set for asbestos personal injury claims and claims related to Zonolite Attic Insulation.

5.      On July 19, 2004, the Court entered an Order [Docket No. 6009] (the "Gateway Objection Order"), which authorized the Debtors to file omnibus objections asserting any and all "Gateway Objections" (as defined below) against all Claims.  The Gateway Objection Order defined the Gateway Objections as consisting of the following: (a) Claims with substantially incomplete Proof of Claim Forms; (b) Claims that contain materially insufficient supporting information; (c) Claims that fail to include any product identification information; (d) Claims that are barred by applicable statutes of limitation or repose; (e) Claims that are barred by laches; and (f) Claims that are barred by prior settlements.

### The Objection and Request for Relief

6.      By this Non-Asbestos Gateway Omnibus Objection, the Debtors seek to disallow and expunge all of the claims set forth in the exhibits attached hereto[1] (the "Disputed Claims") for the reasons described herein and in such exhibits:

---

[1]   The classification of the claims set forth on the exhibits is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

2

a.    The claims set forth as "Materially Insufficient Supporting Information" in Exhibit A attached hereto are claims for which the Claimant has failed to provide the Debtors with sufficient supporting information to validate such claims (the "Materially Insufficient Supporting Information Claims"); and

b.    The claims set forth as "No Supporting Information" in Exhibit B attached hereto are claims for which the Claimant has failed to attach any supporting information to validate such claims (the "No Supporting Information Claims").

7.    The Debtors object to the Materially Insufficient Supporting Information Claims listed on Exhibit A and to the No Supporting Information Claims on Exhibit B because little or no supporting documentation was submitted to support these claims.

8.    On December 6, 2004, and pursuant to the Court's Gateway Objection Order, the Debtors served the holders of each of the Materially Insufficient Supporting Information Claims and No Supporting Information Claims with a notice of the Debtors' intent to object to such claims on the basis of materially insufficient supporting information and provided claimants with the opportunity to supplement such claims within 60 days of the notice. [Docket No. 7104]. However, none of the holders of the claims listed on Exhibits A and B filed any supplemental information. Therefore, the Materially Insufficient Supporting Information Claims and the No Supporting Information Claims set forth in Exhibits A and B should be disallowed and expunged for all purposes.

### Separate Contested Matters

9.    To the extent that a response is filed regarding any claim listed in the Non-Asbestos Gateway Omnibus Objection and the Debtors are unable to resolve the response, each

3

such claim and the Objection by the Debtors to each such claim asserted in the Non-Asbestos

Gateway Omnibus Objection shall constitute a separate contested matter as contemplated by

Bankruptcy Rule 9014. Any order entered by the Court regarding an objection asserted in the

Non-Asbestos Gateway Omnibus Objection shall be deemed a separate order with respect to

each claim.

**Responses to Gateway Omnibus Objections**

10.     To contest an objection, a claimant must file and serve a written response

to this Non-Asbestos Gateway Omnibus Objection (a "Response") so that it is received no later

than 4:00 p.m. (Eastern Time) on June 10, 2005. Every Response must be filed with the Office

of the Clerk of the United States Bankruptcy Court for the District of Delaware: 824 Market

Street, Wilmington, Delaware 19801, and served upon the following entities, so that the response

is received no later than 4:00 p.m. (Eastern Time) on June 10, 2005, at the following addresses:

>       Kirkland & Ellis LLP
>       200 E. Randolph Drive
>       Chicago, Illinois 60601
>       Attn:   Rachel Reagler Schulman
>
>       Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
>       919 North Market Street, 16th Floor
>       P. O. Box 8705
>       Wilmington, Delaware 19899-8705 (Courier 19801)
>       Attn: David W. Carickhoff, Jr.

11.     Every Response to this Non-Asbestos Gateway Omnibus Objection must

contain at a minimum the following:

a.     a caption setting forth the name of the Court, the name of the

Debtors, the case number, and the title of the Non-Asbestos Gateway Omnibus Objection;

4

b.      the name of the claimant, his/her/its claim number, and a description of the basis for the amount of the claim;

c.      the specific factual basis and supporting legal argument upon which the party will rely in opposing the Non-Asbestos Gateway Omnibus Objection;

d.      any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim;

e.      the name, address, telephone number, and fax number of the person(s) (which may be the claimant or the claimant's legal representative) with whom counsel for the Debtors should communicate with respect to the claim or the objection and who possesses authority to reconcile, settle, or otherwise resolve the objection to the Disputed Claim on behalf of the claimant.

12.     If a claimant fails to file and serve a timely Response, the Debtors may present to the Court an appropriate order disallowing and expunging the claim without further notice to the claimant or a hearing.

### Replies to Responses

13.     The Debtors may, at their option, file and serve a reply to a claimant's Response.

### Reservation

14.     The Debtors hereby reserve the right to object in the future to any of the claims listed in this Non-Asbestos Gateway Omnibus Objection or on the exhibits attached hereto on any ground, and to amend, modify, and/or supplement this Non-Asbestos Gateway

5

Omnibus Objection, including, without limitation, to object to amended or supplemental claims. Separate notice and hearing will be scheduled for any such objection.

15.      Notwithstanding anything contained in this Non-Asbestos Gateway Omnibus Objection or the attached exhibits, nothing herein shall be construed as a waiver of any rights that the Debtors may have (a) to bring avoidance actions under the applicable sections of the Bankruptcy Code against the holders of claims subject to the Non-Asbestos Gateway Omnibus Objection; or (b) to exercise their rights of setoff against the holders of such claims relating to such avoidance actions.

**Notice**

16.      The Debtors will serve copies of this Non-Asbestos Gateway Omnibus Objection (with all exhibits) on the Office of the United States Trustee and on all parties that have requested that they be served with all pleadings filed in these cases pursuant to Bankruptcy Rule 2002 (the "2002 List").

17.      Bankruptcy Management Corporation, the Debtors' claims consultant, will serve a copy of the Non-Asbestos Gateway Omnibus Objection and customized notices that summarize claim-specific detail exactly as reflected in the exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Non-Asbestos Gateway Omnibus Objection in lieu of serving all exhibits on each such affected creditor. A sample custom notice is attached hereto as Exhibit C.

18.      The Debtors submit that notice of this Non-Asbestos Gateway Omnibus Objection is sufficient under Bankruptcy Rule 3007 and that no further notice is necessary.

6

## No Previous Request

19.     No previous request for the specific relief set forth herein has been made

to this or any other court.

## Compliance With Rule 3007-1

20.     Pursuant to the Court's Gateway Objection Order, the provisions of Rule

3007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware

have been waived to allow the Debtors to file the this Non-Asbestos Gateway Omnibus

Objection and the related exhibits attached hereto.

7

WHEREFORE, the Debtors respectfully request that the Court enter an order disallowing and expunging each of the Claims more fully described in this Non-Asbestos Gateway Omnibus Objection and/or listed on the exhibits attached hereto.

Dated: May 18, 2005

KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
James W. Kapp III
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

and

PACHULSKI, STANG, ZIEHL, YOUNG, JONES
& WEINTRAUB P.C.

Laura Davis Jones (Bar No. 2436)
David W. Carickhoff, Jr. (Bar No. 3715)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for Debtors and Debtors in Possession

# EXHIBIT A

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES<br>C/O SIERRA CAPITAL<br>2899 WHITE RD STE 255<br>IRVINE CA 92814 | 01-01139<br>W.R. GRACE & CO. | 777 | $1,967.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 2 | ALBURY, RICKY M<br>PO BOX AB20480<br>MARSH HARBOUR<br>ABACO<br>BAHAMAS | 01-01139<br>W.R. GRACE & CO. | 2512 | $6,000,000.00 | (P) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 3 | AMERICAN HARDWARE CTR INC<br>2746 EVANS MILL RD<br>LITHONIA GA 30058 | 01-01139<br>W.R. GRACE & CO. | 1179 | $365.72 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 4 | AMERICAN TRANSPORTATION GROUP<br>AGENT FOR COMPANIA SUD-AMERICANA<br>DE SAPORES<br>ATTN JESUS PAGAN<br>99 WOOD AVE S 9TH FL<br>ISELIN NJ 08830 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 118 | $4,100.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 5 | APV<br>D&B RMS BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 296 | $652.39 | (A) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 6 | BERNARD, VIRGIE<br>1122 SO ORANGE<br>LAFAYETTE LA 70581 | 01-01139<br>W.R. GRACE & CO. | 2608 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 7 | BERRY & BERRY<br>C/O C RANDALL BUPP ESQ<br>PLASTIRAS & TERRIZZI<br>24 PROFESSIONAL CENTER PKWY STE 150<br>SAN RAFAEL CA 94903 | 01-01139<br>W.R. GRACE & CO. | 1325 | $233,540.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 8 | CAPITAL ONE<br>ATTN: PAM M SCHARNHORST<br>PO BOX 85015<br>RICHMOND VA 23285-5015 | 01-01139<br>W.R. GRACE & CO. | 1307 | $580.83 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 9 | CEMEX INC<br>3820 NORTHDALE BLVD<br>#100B<br>TAMPA FL 33624-1860 | 01-01139<br>W.R. GRACE & CO. | 2003 | $1,040.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

### In re: W.R. GRACE & CO., et al
### OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | CIFELLI, ALBERT S<br>15 HUTCHINSON ST<br>LOWELL MA 01851 | 01-01139<br>W.R. GRACE & CO. | 2291 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 11 | CINCINNATI BELL TELEPHONE COMPANY<br>201 E FOURTH ST<br>CINCINNATI OH 45202 | 01-01139<br>W.R. GRACE & CO. | 3239 | $965.67 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 12 | COLUMBIA GAS OF OHIO INC<br>200 CIVIC CENTER DR 8TH FL<br>COLUMBUS OH 43215 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 102 | $2,679.16 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 13 | COMMISSIONERS OF PUBLIC WORKS<br>PO BOX B<br>CHARLESTON SC 29402 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 578 | $399.54 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 14 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,380.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 15 | CONECTIV POWER DELIVERY<br>REVENUE MANAGEMENT<br>5 COLLINS DRIVE #2076<br>CARNEYS POINT NJ 08069 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 105 | $2,144.82 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 16 | DARKS, TYRONE P<br>ID #239667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 17 | DUN & BRADSTREET<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 209 | $88,987.50 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 18 | FARIAS / FARIAS<br>8406 EL GATO RD<br>LAREDO TX 78045 | 01-01139<br>W.R. GRACE & CO. | 1919 | $340.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 19 | GRAFCOR PAKAGING INC<br>121 LOOMIS ST<br>ROCKFORD IL 61101 | 01-01139<br>W.R. GRACE & CO. | 944 | $680.22 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 20 | GRAY, KEVIN L<br>57951 CASTRO ST<br>PLAQUEMINE LA 70764-4305 | 01-01139<br>W.R. GRACE & CO. | 2596 | UNKNOWN<br>$500,000.00 | (P)<br>(U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

---

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.  **(A) - Administrative  (S) - Secured

(P) - Priority  (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

### In re: W.R. GRACE & CO., et al
### OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 21 | GRAY, KEVIN L<br>57951 CASTRO ST<br>PLAQUEMINE LA 70764 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 2587 | $500,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 22 | HOLMES, LONNIE<br>9416 BURNSIDE<br>CHICAGO IL 60619 | 01-01139<br>W.R. GRACE & CO. | 2514 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 23 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 24 | KONICA BUSINESS TECHNOLOGIES<br>TRACY HYSLER<br>500 DAY HILL RD<br>WINDSOR CT 06095 | 01-01139<br>W.R. GRACE & CO. | 2035 | $2,598.77 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 25 | MARTEN BROWN INC<br>1191 2ND AVE STE 2200<br>SEATTLE WA 98101 | 01-01139<br>W.R. GRACE & CO. | 784 | $1,500.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 26 | MATTHEWS ELECTIC SUPPLY CO<br>C/O SIROTE & PERMUTT PC<br>ATTN COLLECTION DEPT<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 272 | $910.96 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 27 | MAYES, ROGER L<br>14 GINGHAM CT<br>MAULDIN SC 29662 | 01-01139<br>W.R. GRACE & CO. | 7355 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 28 | METHODIST HOSPITAL<br>MARIAN C GRICE<br>1265 UNION AVE<br>MEMPHIS TN 38104 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1092 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 29 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1653 | $255.63 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 30 | NATIONAL GYPSUM COMPANY<br>2001 REXFORD RD<br>CHARLOTTE NC 28211 | 01-01139<br>W.R. GRACE & CO. | 3308 | $3,228.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 31 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
(P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 32 | OFFICE TEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN MICHELE CABRAL<br>5720 STONERIDGE DR STE 3<br>PLEASANTON CA 94588-2700 | 01-01139<br>W.R. GRACE & CO. | 99 | $695.72 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 33 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2681 | $12,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 34 | RANDSTAD NORTH AMERICA<br>ATTN: KERRI GOBER<br>2015 SOUTHPARK PLACE<br>ATLANTA GA 30339 | 01-01139<br>W.R. GRACE & CO. | 657 | $4,300.04 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 35 | RIGELTON JR, MACK | 01-01139<br>W.R. GRACE & CO. | 2829 | $1,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 36 | RIGELTON REV, D M<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2677 | $1,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 37 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,384.90 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 38 | SERVICE FILTRATION CORPORATION<br>2900 MACARTHUR BLVD<br>NORTHBROOK IL 60062-2006 | 01-01139<br>W.R. GRACE & CO. | 2822 | $535.38 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 39 | SFI OF DELAWARE LLC<br>225 W OLNEY RD<br>NORFOLK VA 23510 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1382 | $2,260.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 40 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01140<br>W.R. GRACE & CO.-CONN. | 159 | $4,596.16 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 41 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01139<br>W.R. GRACE & CO. | 160 | $4,360.82 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

### In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 42 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01139<br>W.R. GRACE & CO. | 5302 | $812,417.41 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 43 | THE OLD LINE LIFE INSURANCE<br>C/O ROBERT E PIERCE<br>2437 S LOTUS AVE<br>FRESNO CA 93706 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1066 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 44 | THE SHERWIN WILLIAMS COMPANY<br>ATTN: JOHN M YARO<br>101 PROSPECT AVE NW<br>CLEVELAND OH 44115 | 01-01139<br>W.R. GRACE & CO. | 321 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 45 | UNIFIRST CORP<br>68 JONSPIN RD<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 4817 | $291.65 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 46 | USX ENGINEERS AND CONSULTANTS INC<br>4000 TECHNICAL DR<br>ATTN GARY R STADELMAN<br>MONROEVILLE PA 15146 | 01-01139<br>W.R. GRACE & CO. | 2127 | $1,020.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 47 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 342 | $1,188.55 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 48 | WILLOW TREE APTS<br>1802 ROBINSON RD<br>GRAND PRAIRIE TX 75051-3995 | 01-01139<br>W.R. GRACE & CO. | 1914 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

| | | |
|---|---|---|
| totals: | $852.39 | (A) |
| | $6,000,000.00 | (P) |
| | $29,210,044.01 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

In re: W.R. GRACE & CO., et al

## OMNIBUS 11: EXHIBIT B - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number  Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139    2107<br>W.R. GRACE & CO. | $4,637.56 | (P) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 2 | CROSBY, ANNIE<br>824 ECHO CAVE LN<br><br>CHARLOTTE NC 28217 | 01-01140    15447<br>W.R. GRACE & CO.-<br>CONN. | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 3 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139    15373<br>W.R. GRACE & CO. | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 4 | VINSON & ELKINS LLP<br>ATTN: LYDIA PROTOPAPAS<br>2300 FIRST CITY TOWER<br>1001 FANNIN<br>HOUSTON TX 77002-6760 | 01-01139    451<br>W.R. GRACE & CO. | $1,636.89 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

|  | totals: | $4,637.56 | (P) |
|---|---|---|---|
|  |  | $1,636.89 | (U) |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
                                                                                                            (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT C

All responses are to be served upon: Rachel R. Schulman, Kirkland & Ellis LLP 200 East Randolph Drive, Chicago, Illinois 60601 and David W. Carickhoff, Jr. Pachulski, Stang, Ziehl, Young, Jonas & Weintraub, P.C. 919 North Market Street 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W. R. GRACE & CO., et al.,**[1] | ) | |
| | ) | **Case No. 01-01139 (JKF)** |
| **Debtors.** | ) | |
| | ) | **(Jointly Administered)** |

**Hearing Date: June 27, 2005 at 12:00 p.m.**
**Responses Due: June 17, 2005 at 4:00 p.m.**

\*02112236510671\*              02112236510671

ALAMEDA COUNTY TAX COLLECTOR
ATTN: JOHN LAC
1221 OAK STREET
OAKLAND, CA  94612

**Basis For Objection:**
NO LIABILITY

**Reason for Proposed Disallowance:**
CLAIM AMOUNT BASED ON ESTIMATE.

| | | Claim Data | | |
|---|---|---|---|---|
| **Case** | **Claim Number** | **Claim Date** | **Total Claim Dollars\*** | **Claim Class\*\*** |
| 01-01140 | 152 | 8/12/2001 | $0.00 | (P) |

# OMNIBUS 11: EXHIBIT C - SAMPLE CUSTOM NOTICE

### NOTICE OF FILING DEBTORS' ELEVENTH
### OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

    **PLEASE TAKE NOTICE** that on or about May 18, 2005, the above-captioned debtors and debtors in possession (the "Debtors") filed the Debtors' Eleventh Omnibus Objection to Claims (Non-Asbestos Gateway) (the "Non-Asbestos Gateway Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware.

---

[1]   The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

---

\*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    \*\*(A) - Administrative    (S) - Secured
    (P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**PLEASE TAKE FURTHER NOTICE** that the following parties will receive a copy of the Non-Asbestos Gateway Omnibus Objection (with all exhibits): (i) the U.S. Trustee and (ii) the Core Group as defined in the current Case Management Procedures and (iii) the 2002 List. In addition, the Debtors' claims consultant, Bankruptcy Management Corporation ("BMC"), will serve a copy of the Non-Asbestos Gateway Omnibus Objection and a customized Notice summarizing claim detail exactly as reflected in the Exhibit on which such creditor is listed upon those creditors that have filed claims that are affected by the Non-Asbestos Gateway Omnibus Objection in lieu of serving all Exhibits. Any party may obtain a copy of the Non-Asbestos Gateway Omnibus Objection with all Exhibits or a copy of the Debtors' Declaration in Support of the Objection by requesting the same from BMC at (888) 909-0100 or by going onto the BMC website at http://www.bmccorp.net/wrgrace.

**PLEASE TAKE FURTHER NOTICE** that

1. A hearing on the Non-Asbestos Gateway Omnibus Objection will be held before the Honorable Judith K. Fitzgerald, United States Bankruptcy Court, 824 Market Street, Wilmington, Delaware on **June 27, 2005 at 12:00 p.m.** (the "Claims Hearing").

2. Any party wishing to oppose the relief requested in the Non-Asbestos Gateway Omnibus Objection must file a written response with the Clerk of the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801, and serve a copy of the response upon Kirkland & Ellis LLP, Attn: Rachel R. Schulman, 200 East Randolph Drive, Suite 6500, Chicago, Illinois 60601, and upon Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., Attn: David W. Carickhoff, Jr., 919 N. Market Street, 16th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), so as to be received on or before **June 17, 2005 at 4:00 p.m. (Eastern Time).** Only those responses timely filed with the Court and received by the Debtors' counsel will be considered by the Court.

3. If no response is filed, served and received by June 17, 2005, at 4:00 p.m. (Eastern Time) the Court will be requested to enter an order, similar to the attached form of proposed order disallowing, expunging, and/or reclassifying the Claim(s) as requested in the Non-Asbestos Gateway Omnibus Objection.

4. Any response should contain the following:

    (i)    a caption setting forth the name of the Court, the name of the Debtors, the case number and the title of the Objection to which the response is directed;

    (ii)    the name and contact information (including daytime telephone number) of the claimant and a description of the basis for the amount of the claim;

    (iii)    the claim number(s) of the claim objection(s) to which the response is directed;

    (iv)    the specific factual basis and supporting legal argument upon which the party will rely in opposing the Non-Asbestos Gateway Omnibus Objection; and

    (v)    any supporting documentation, to the extent it was not included with the proof of claim previously filed with the Clerk or Claims Agent, upon which the party will rely to support the basis for and amounts asserted in the proof of claim.

5. If you file a response to the Non-Asbestos Gateway Omnibus Objection, you should be prepared to argue that response at the Claims Hearing unless you reach an agreement with the Debtors' counsel to continue or resolve your matter.

6. You need not respond to the Non-Asbestos Gateway Omnibus Objection or appear at the Claims Hearing if you do not object to the relief requested in the Non-Asbestos Gateway Omnibus Objection. If you do not timely file and serve a response to the Non-Asbestos Gateway Omnibus Objection, the relief requested in the Non-Asbestos Gateway Omnibus Objection may be granted without further notice to you. Failure to timely file a response to the Non-Asbestos Gateway Omnibus Objection shall be deemed (i) waiver of your right to respond to the Non-Asbestos Gateway Omnibus Objection and (ii) your consent to the relief requested in the Non-Asbestos Gateway Omnibus Objection respecting your Claim.

The Debtors reserve the right to file and serve a reply to a claimant's Response. **If you have any questions regarding your claim(s) you should contact Bankruptcy Management Corporation at (888) 909-0100. If you have any questions regarding the Ninth Omnibus Objection, please call Rachel Schulman at Kirkland & Ellis LLP at (312) 861-2441.**

Wilmington, Delaware    Respectfully submitted,
Dated: May 18, 2005

    KIRKLAND & ELLIS LLP   and   PACHULSKI, STANG, ZIEHL, YOUNG,
    James H.M. Sprayregen, P.C.            JONES & WEINTRAUB P.C.
    James W. Kapp III                   /s/
    Janet S. Baer                      Laura Davis Jones (Bar No. 2436)
    200 East Randolph Drive             David W. Carickhoff, Jr. (Bar No. 3715)
    Chicago, IL 60601-6636            919 N. Market Street, 16th Floor
    (312) 861-2000 (telephone)           P.O. Box 8705
    (312) 861-2200 (facsimile)           Wilmington, Delaware 19899-8705 (Courier 19801)
                                  (302) 652-4100 (telephone)
                                  (302) 652-4400 (facsimile)

Co-Counsel for the Debtors and Debtors in Possession

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## DECLARATION OF MARK A. SHELNITZ IN SUPPORT OF DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

I, Mark A. Shelnitz, hereby declare that the following is true to the best of my knowledge, information and belief:

1.  I am Vice President, General Counsel and Secretary of W. R. Grace & Co. ("Grace"), which has offices located at 7500 Grace Drive, Columbia, Maryland 21044. I submit this declaration (the "Declaration") in support of the Eleventh Omnibus Objection (the "Non-Asbestos Gateway Omnibus Objection").

2.  I am responsible for overseeing the claims review and objection process in these cases. In that capacity, I have reviewed the Non-Asbestos Gateway Omnibus Objection and am, directly or through the Debtors' personnel, attorneys, and Bankruptcy Management Corporation,

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the Debtors' claims consultant, familiar with the information contained therein and in the exhibits annexed thereto.

3.    Upon information and belief, the Debtors maintain books and records (the "Books and Records") that reflect, among other things, the Debtors' liabilities and respective amounts owed to their creditors.

4.    To date, more than 14,900 Proofs of Claim have been filed against the Debtors in these cases by holders of claims (the "Claimants").

5.    Under my supervision, considerable resources and time have been expended to ensure a high level of diligence in reviewing and reconciling the proofs of claim filed in these cases.  These claims were carefully reviewed and analyzed by appropriate personnel, and, in some cases, the Debtors' professional advisors, resulting in the identification of objectionable claims, which are the subject of the Non-Asbestos Gateway Omnibus Objection.  Based on these efforts, the Debtors have determined that the claims listed on Exhibits A and B should be disallowed and expunged as indicated in the Non-Asbestos Gateway Omnibus Objection.

### The Non-Asbestos Gateway Omnibus Objection

6.    To the best of my knowledge and belief, I have determined that the claims against the Debtors listed on Exhibit A of the Non-Asbestos Gateway Objection are claims for which the Claimant has failed to provide the Debtors with sufficient supporting information to validate such claims (the "Materially Insufficient Supporting Information Claims").

7.    To the best of my knowledge and belief, I have determined that the claims against the Debtors listed on Exhibit B of the Non-Asbestos Gateway Objection are claims for which the Claimant has failed to attach any supporting information to validate such claims (the "No Supporting Information Claims").

2

8.    On December 6, 2004, and pursuant to the Court's Gateway Objection Order, the Debtors served the holders of each of the Materially Insufficient Supporting Information Claims and No Supporting Information Claims with a notice of the Debtor's intent to object to such claims on the basis of materially insufficient supporting information and provided claimants with the opportunity to supplement such claims within 60 days of the notice. [Docket No. 7104]. However, none of the holders of the claims listed on Exhibits A and B filed any supplemental information.

The information contained in this Declaration is true and correct to the best of my knowledge and belief.

May 12, 2005

_____
Mark A. Shelnitz
Vice President, General Counsel and
Secretary

Subscribed and sworn to before me
this 12th day of May, 2005.

_____

NOTARY PUBLIC, State of Maryland
My Commission Expires: 09/01/2008

DIANE Z. ARMSTRONG
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 1, 2008



3

IN THE UNITED STATES BANKRUTPCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING THE RELIEF SOUGHT IN DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS (NON-ASBESTOS GATEWAY)

Upon consideration of the Eleventh Omnibus Objection[1] of the above captioned

debtors and debtors in possession (the "Debtors"), seeking entry of an order expunging,

reducing, reclassifying and disallowing certain Claims; and no previous application having been

made; and upon consideration of the Non-Asbestos Gateway Omnibus Objection and all

responses thereto; and due and proper notice of the Non-Asbestos Gateway Omnibus Objection

having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Non-

Asbestos Gateway Omnibus Objection is granted to the extent not inconsistent with the language

herein and with the Exhibits attached hereto;[2] and it is further

ORDERED that the Objection to each of the Materially Insufficient Supporting

Information Claims listed on Exhibit A to this Order is sustained, and each of the Materially

---

[1]  Capitalized terms used but not defined herein are as defined in the Debtors' Non-Asbestos Gateway Omnibus Objection.

[2]  To the extent that any claim that is the subject of the Non-Asbestos Gateway Omnibus Objection has been or is otherwise addressed by an approved stipulation between the Debtors and the claimant, that stipulation shall control the disposition of that claim.

Insufficient Supporting Information Claims is disallowed and expunged for all purposes; and it is further

        ORDERED that the Objection to each of the No Supporting Information Claims listed on <u>Exhibit B</u> to this Order is sustained, and each of the No Supporting Information Claims is disallowed and expunged for all purposes; and it is further

        ORDERED that except as provided for herein and consistent with applicable local rules and Bankruptcy Rules, the rights of the Debtors to object to any claim listed on any exhibit to this Order for any reason are expressly preserved; and it is further

        ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rules 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the claims objections as to which relief is entered by this Order, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

        ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2005

                         _____

                         Honorable Judith K. Fitzgerald
                         United States Bankruptcy Judge

2

# EXHIBIT A

In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AGILENT TECHNOLOGIES C/O SIERRA CAPITAL 2699 WHITE RD STE 255 IRVINE CA 92614 | 01-01139 W.R. GRACE & CO. | 777 | $1,967.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 2 | ALBURY, RICKY M PO BOX AB20486 MARSH HARBOUR ABACO BAHAMAS | 01-01139 W.R. GRACE & CO. | 2512 | $6,000,000.00 | (P) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 3 | AMERICAN HARDWARE CTR INC 2746 EVANS MILL RD LITHONIA GA 30058 | 01-01139 W.R. GRACE & CO. | 1179 | $365.72 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 4 | AMERICAN TRANSPORTATION GROUP AGENT FOR COMPANIA SUD-AMERICANA DE SAPORES ATTN JESUS PAGAN 99 WOOD AVE S 9TH FL ISELIN NJ 08830 | 01-01140 W.R. GRACE & CO.- CONN. | 118 | $4,100.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 5 | APV D&B RMS BANKRUPTCY SERVICES PO BOX 5126 TIMONIUM MD 21094 | 01-01139 W.R. GRACE & CO. | 296 | $652.39 | (A) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 6 | BERNARD, VIRGIE 1122 SO ORANGE LAFAYETTE LA 70561 | 01-01139 W.R. GRACE & CO. | 2606 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 7 | BERRY & BERRY C/O C RANDALL BUPP ESQ PLASTIRAS & TERRIZZI 24 PROFESSIONAL CENTER PKWY STE 150 SAN RAFAEL CA 94903 | 01-01139 W.R. GRACE & CO. | 1325 | $233,540.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 8 | CAPITAL ONE ATTN: PAM M SCHARNHORST PO BOX 85015 RICHMOND VA 23285-5015 | 01-01139 W.R. GRACE & CO. | 1307 | $580.83 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 9 | CEMEX INC 3820 NORTHDALE BLVD #100B TAMPA FL 33624-1860 | 01-01139 W.R. GRACE & CO. | 2003 | $1,040.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative    (S) - Secured
                                                                                (P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 10 | CIFELLI, ALBERT S<br>15 HUTCHINSON ST<br>LOWELL MA 01851 | 01-01139<br>W.R. GRACE & CO. | 2291 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 11 | CINCINNATI BELL TELEPHONE COMPANY<br>201 E FOURTH ST<br>CINCINNATI OH 45202 | 01-01139<br>W.R. GRACE & CO. | 3239 | $965.67 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 12 | COLUMBIA GAS OF OHIO INC<br>200 CIVIC CENTER DR 8TH FL<br>COLUMBUS OH 43215 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 102 | $2,679.16 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 13 | COMMISSIONERS OF PUBLIC WORKS<br>PO BOX B<br>CHARLESTON SC 29402 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 578 | $399.54 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 14 | COMPUTER TASK GROUP INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 649 | $4,380.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 15 | CONECTIV POWER DELIVERY<br>REVENUE MANAGEMENT<br>5 COLLINS DRIVE #2076<br>CARNEYS POINT NJ 08069 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 105 | $2,144.82 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 16 | DARKS, TYRONE P<br>ID #239667<br>PO BOX 97<br>MCALESTER OK 74502 | 01-01139<br>W.R. GRACE & CO. | 1474 | $25,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 17 | DUN & BRADSTREET<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 5126<br>TIMONIUM MD 21094 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 209 | $88,987.50 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 18 | FARIAS / FARIAS<br>8406 EL GATO RD<br>LAREDO TX 78045 | 01-01139<br>W.R. GRACE & CO. | 1919 | $340.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 19 | GRAFCOR PAKAGING INC<br>121 LOOMIS ST<br>ROCKFORD IL 61101 | 01-01139<br>W.R. GRACE & CO. | 944 | $680.22 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 20 | GRAY, KEVIN L<br>57951 CASTRO ST<br>PLAQUEMINE LA 70764-4305 | 01-01139<br>W.R. GRACE & CO. | 2598 | UNKNOWN<br>$500,000.00 | (P)<br>(U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.   **(A) - Administrative   (S) - Secured
  (P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 21 | GRAY, KEVIN L<br>57951 CASTRO ST<br>PLAQUEMINE LA 70764 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 2597 | $500,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 22 | HOLMES, LONNIE<br>9416 BURNSIDE<br>CHICAGO IL 60619 | 01-01139<br>W.R. GRACE & CO. | 2514 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 23 | IRON MOUNTAIN RECORDS MANAGEMENT<br>C/O D&B BANKRUPTCY SERVICES<br>PO BOX 6126<br>TIMONIUM MD 21094 | 01-01139<br>W.R. GRACE & CO. | 339 | $7,026.79 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 24 | KONICA BUSINESS TECHNOLOGIES<br>TRACY HYSLER<br>500 DAY HILL RD<br>WINDSOR CT 06095 | 01-01139<br>W.R. GRACE & CO. | 2035 | $2,598.77 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 25 | MARTEN BROWN INC<br>1191 2ND AVE STE 2200<br>SEATTLE WA 98101 | 01-01139<br>W.R. GRACE & CO. | 784 | $1,500.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 26 | MATTHEWS ELECTIC SUPPLY CO<br>C/O SIROTE & PERMUTT PC<br>ATTN COLLECTION DEPT<br>PO BOX 55727<br>BIRMINGHAM AL 35255-5727 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 272 | $910.96 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 27 | MAYES, ROGER L<br>14 GINGHAM CT<br>MAULDIN SC 29662 | 01-01139<br>W.R. GRACE & CO. | 7355 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 28 | METHODIST HOSPITAL<br>MARIAN C GRICE<br>1265 UNION AVE<br>MEMPHIS TN 38104 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1092 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 29 | MICRO WAREHOUSE<br>1690 OAK ST<br>LAKEWOOD NJ 08701 | 01-01139<br>W.R. GRACE & CO. | 1653 | $255.63 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 30 | NATIONAL GYPSUM COMPANY<br>2001 REXFORD RD<br>CHARLOTTE NC 28211 | 01-01139<br>W.R. GRACE & CO. | 3308 | $3,228.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 31 | OFFICE DEPOT INC<br>ROBBIE SMITH ACCS<br>2200 OLD GERMANTOWN RD<br>DELRAY BEACH FL 33445 | 01-01139<br>W.R. GRACE & CO. | 444 | $5,282.77 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 32 | OFFICE TEAM<br>DIV OF ROBERT HALF INTERNATIONAL<br>ATTN MICHELE CABRAL<br>5720 STONERIDGE DR STE 3<br>PLEASANTON CA 94588-2700 | 01-01139<br>W.R. GRACE & CO. | 99 | $695.72 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 33 | PALAZZO, RAPHEAL J<br>C/O DONOVAN CORRECTIONAL FAC<br>FAC 17-131-U<br>480 ALTA RD<br>SAN DIEGO CA 92119 | 01-01139<br>W.R. GRACE & CO. | 2661 | $12,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 34 | RANDSTAD NORTH AMERICA<br>ATTN: KERRI GOBER<br>2015 SOUTHPARK PLACE<br>ATLANTA GA 30339 | 01-01139<br>W.R. GRACE & CO. | 657 | $4,300.04 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 35 | RIGELTON JR, MACK | 01-01139<br>W.R. GRACE & CO. | 2829 | $1,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 36 | RIGELTON REV, D M<br>PO BOX 5742<br>NEW ORLEANS LA 70157-0432 | 01-01139<br>W.R. GRACE & CO. | 2677 | $1,000,000.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 37 | SANDERS ROOFING CO INC<br>C/O SIERRA CAPITAL<br>2699 WHITE RD STE 255<br>IRVINE CA 92614 | 01-01139<br>W.R. GRACE & CO. | 639 | $3,384.90 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 38 | SERVICE FILTRATION CORPORATION<br>2900 MACARTHUR BLVD<br>NORTHBROOK IL 60062-2005 | 01-01139<br>W.R. GRACE & CO. | 2822 | $535.38 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 39 | SFI OF DELAWARE LLC<br>225 W OLNEY RD<br>NORFOLK VA 23510 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1392 | $2,280.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 40 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 159 | $4,596.16 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 41 | SPEEDWAY SUPERAMERICA LLC<br>CREDIT CARD CTR<br>PO BOX 1590<br>SPRINGFIELD OH 45501-1590 | 01-01139<br>W.R. GRACE & CO. | 160 | $4,380.82 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.     **(A) - Administrative     (S) - Secured
                                                                                                                    (P) - Priority     (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

5/12/2005 1:34:15 PM

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT A - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 42 | TEXAS COMMISSION ON ENVIRONMENTAL QUALITY<br>OFFICE OF THE ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 01-01139<br>W.R. GRACE & CO. | 5302 | $812,417.41 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 43 | THE OLD LINE LIFE INSURANCE<br>C/O ROBERT E PIERCE<br>2437 S LOTUS AVE<br>FRESNO CA 93706 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1066 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 44 | THE SHERWIN WILLIAMS COMPANY<br>ATTN: JOHN M YARO<br>101 PROSPECT AVE NW<br>CLEVELAND OH 44115 | 01-01139<br>W.R. GRACE & CO. | 321 | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 45 | UNIFIRST CORP<br>68 JONSPIN RD<br>WILMINGTON MA 01887 | 01-01139<br>W.R. GRACE & CO. | 4817 | $291.65 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 46 | USX ENGINEERS AND CONSULTANTS INC<br>4000 TECHNICAL DR<br>ATTN GARY R STADELMAN<br>MONROEVILLE PA 15146 | 01-01139<br>W.R. GRACE & CO. | 2127 | $1,020.00 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 47 | WEST GROUP<br>THOMAS J LALLIER<br>FOLEY & MANSFIELD PLLP<br>1108 NICOLLET MALL #200<br>MINNEAPOLIS MN 55403 | 01-01140<br>W.R. GRACE & CO.-CONN. | 342 | $1,188.55 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 48 | WILLOW TREE APTS<br>1802 ROBINSON RD<br>GRAND PRAIRIE TX 75051-3895 | 01-01139<br>W.R. GRACE & CO. | 1914 | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

| | | | |
|---|---|---|---|
| totals: | $652.39 | (A) | |
| | $6,000,000.00 | (P) | |
| | $29,210,044.01 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.    **(A) - Administrative      (S) - Secured
                                                                                                                (P) - Priority            (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 11: EXHIBIT B - NO SUPPORTING DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number  Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| 1 | BARNETT, MARK C<br>116 DRUID ST<br>GREENVILLE SC 29609-4802 | 01-01139    2107<br>W.R. GRACE & CO. | $4,637.56 | (P) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 2 | CROSBY, ANNIE<br>624 ECHO CAVE LN<br>CHARLOTTE NC 28217 | 01-01140    15447<br>W.R. GRACE & CO.-<br>CONN. | UNKNOWN | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 3 | RIVAS, MARIA L<br>PO BOX 658<br>LA BLANCA TX 78558 | 01-01139    15373<br>W.R. GRACE & CO. | BLANK | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |
| 4 | VINSON & ELKINS LLP<br>ATTN: LYDIA PROTOPAPAS<br>2300 FIRST CITY TOWER<br>1001 FANNIN<br>HOUSTON TX 77002-6760 | 01-01139    451<br>W.R. GRACE & CO. | $1,636.89 | (U) | NOTICE OF INTENT TO OBJECT SENT. NO RESPONSE RECEIVED. |

| | totals: | | | |
|---|---|---|---|---|
| | | $4,637.56 | (P) | |
| | | $1,636.89 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative      (S) - Secured
(P) - Priority      (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim.  The Debtors include such classification for the purpose of identifying the claim to which the objection applies.  The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

5/12/2005 12:44:10 PM