# EXHIBIT 2

**Attorney:**
**Law Firm:**
**Claim Number:** 2238
**Claimant:** JOHNSON JR, BURRELL

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **<u>Category 1 Claim:</u>**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

    ☑ No documents were provided.

    ☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

    ☑ No documents were provided.

    ☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

    ☐ No documents were provided.

    ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

    ☐ No documents were provided.

    ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 2238
**Claimant:** JOHNSON JR, BURRELL

☐ **Category 2 Claim:**    ☐ Category 2 Comments:

    38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    42. Documents concerning testing or sampling for asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 2395
**Claimant:** VAUGHAN, ROBERT T

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.
   ☐ No documents were provided.
   ☑ Documents provided are insufficient because:

   they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.
   ☐ No documents were provided.
   ☑ Documents provided are insufficient because:

   they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.
   ☐ No documents were provided.
   ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.
   ☐ No documents were provided.
   ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 2395
**Claimant:** VAUGHAN, ROBERT T

☐ **<u>Category 2 Claim:</u>**    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

Page 2 of 2 Pages

**Attorney:**
**Law Firm:**
**Claim Number:** 2712
**Claimant:** MODZELESKI, VINCENT E

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to provide sufficient information concerning the condition, amount and location of asbestos-containing ceiling materials removed, to document the cost of such removals, and to include documentation relating to the removal projects.

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:**
**Law Firm:**
**Claim Number:** 2712
**Claimant:** MODZELESKI, VINCENT E

☐ **Category 2 Claim:**        ☐ Category 2 Comments:

    38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    42. Documents concerning testing or sampling for asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 2816
**Claimant:** FLORES, HELEN

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 2816
**Claimant:** FLORES, HELEN

☐ **Category 2 Claim:**        ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 3058
    **Claimant:** LANEDALE CO OPERATIVE APARTMENTS LIMITED,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

      they fail to demonstrate that a Grace asbestos-containing product was actually in the building.  .

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 3058
    **Claimant:** LANEDALE CO OPERATIVE APARTMENTS LIMITED,

☐ <u>**Category 2 Claim:**</u>    ☐ Category 2 Comments:

    38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    42. Documents concerning testing or sampling for asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 3337
**Claimant:** GUBBIN, JULIE ANN

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☐ <u>**Category 1 Claim:**</u>    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 3337
**Claimant:** GUBBIN, JULIE ANN

☑ <u>**Category 2 Claim:**</u>        ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to provide any information concerning the scope, nature, duration or cost of efforts to remove, contain and/or abate the asbestos on the property; the type of asbestos involved; the type of asbestos-containing products, if any, included in such efforts; or any details of the removal, containment and/or abatement activities.

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

no air, soil or dust testing results were included.

**Attorney:**
**Law Firm:**
**Claim Number:** 3400
**Claimant:** LARSON, RICHARD H

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

        they fail to demonstrate that a Grace asbestos-containing product

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

    they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 3400
**Claimant:** LARSON, RICHARD H

☐ **Category 2 Claim:**          ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 4383
   **Claimant:** TERRACE PROPERTIES LIMITED PARTNERSHIP,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ <u>**Category 1 Claim:**</u>   ☐ Category 1 Comments:

   16. Documents relating to the purchase and/or installation of the product in the property.

   ☑ No documents were provided.

   ☐ Documents provided are insufficient because:

   18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

   ☑ No documents were provided.

   ☐ Documents provided are insufficient because:

   22. Documents concerning efforts to remove, contain and/or abate the Grace product.

   ☐ No documents were provided.

   ☐ Documents provided are insufficient because:

   26. Documents concerning testing or sampling for asbestos in the property.

   ☐ No documents were provided.

   ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 4383
**Claimant:** TERRACE PROPERTIES LIMITED PARTNERSHIP,

☐ <u>**Category 2 Claim:**</u>    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 5572
   **Claimant:** NORM S RESTAURANTS,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they do not identify the type, amount, location and condition of asbestos-containing materials removed or abated, or provide any other information concerning the abatement project other than cost.

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:**
**Law Firm:**
**Claim Number:** 5572
**Claimant:** NORM S RESTAURANTS,

☐ **Category 2 Claim:**          ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 5574
**Claimant:** NORM S RESTAURANTS,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building..

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they do not identify the type, amount, location and condition of asbestos-containing materials removed or abated, or provide any other information concerning the abatement project other than cost.

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:**
**Law Firm:**
**Claim Number:** 5574
   **Claimant:** NORM S RESTAURANTS,

☐ **Category 2 Claim:**        ☐ Category 2 Comments:

   38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

   ☐ No documents were provided.

   ☐ Documents provided are insufficient because:

   42. Documents concerning testing or sampling for asbestos on the property.

   ☐ No documents were provided.

   ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 5575
**Claimant:** ALNOR CO,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to indicate either expressly or from the nature or context of the document, when the claimant first knew of the presence of asbestos in the property.

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they do not identify the type, amount, location and condition of asbestos-containing materials removed or abated, or provide any other information concerning the abatement project other than cost.

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:**
**Law Firm:**
**Claim Number:** 5575
**Claimant:** ALNOR CO,

☐ **Category 2 Claim:**     ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** MCPROUD, CLARENCE
**Law Firm:** SPILLER MCPROUD
**Claim Number:** 5585
**Claimant:** MACK, HAROLD L

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

    ☐ No documents were provided.

    ☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

    ☐ No documents were provided.

    ☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

    ☐ No documents were provided.

    ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

    ☐ No documents were provided.

    ☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** MCPROUD, CLARENCE
**Law Firm:** SPILLER MCPROUD
**Claim Number:** 5585
**Claimant:** MACK, HAROLD L

☐ **Category 2 Claim:**　　☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** LEE, PETER
**Law Firm:** THE BURLINGTON NORTHERN AND SANTA FE RAILWAY
**Claim Number:** 8251
**Claimant:** THE BURLINGTON NORTHERN AND SANTA FE RAI,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☐ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** LEE, PETER
**Law Firm:** THE BURLINGTON NORTHERN AND SANTA FE RAILWAY
**Claim Number:** 8251
**Claimant:** THE BURLINGTON NORTHERN AND SANTA FE RAI,

☑ <u>**Category 2 Claim:**</u>    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** ASPERGER, ROBERT E
**Law Firm:** STATE OF CALIFORNIA DEPT OF JUSTICE
**Claim Number:** 10652
**Claimant:** STATE OF CALIFORNIA DEPT OF GENERAL SERV,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

Page  1 of 2 Pages

*37 of 69*

**Attorney:** ASPERGER, ROBERT E
**Law Firm:** STATE OF CALIFORNIA DEPT OF JUSTICE
**Claim Number:** 10652
**Claimant:** STATE OF CALIFORNIA DEPT OF GENERAL SERV,

☐ **Category 2 Claim:**   ☐ Category 2 Comments:

    38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    42. Documents concerning testing or sampling for asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11265
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11265
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **Category 2 Claim:**         ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11266
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11266
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ <u>**Category 2 Claim:**</u>    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11267
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

    building air sample results were not included.

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11267
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ <u>**Category 2 Claim:**</u>    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11268
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ <u>**Category 1 Claim:**</u>   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11268
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **Category 2 Claim:**          ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11269
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11269
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **<u>Category 2 Claim:</u>**        ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11271
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11271
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **Category 2 Claim:**     ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11272
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of
Claim Form require the claimant to provide documents. On the Claim Form identified
above, the following checked questions were not answered or were not responded to
properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in
       the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☑ Documents provided are insufficient because:

    building air sample results were not included.

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11272
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **<u>Category 2 Claim:</u>**      ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Page 2 of 2 Pages**

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11274
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☑ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 11274
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **Category 2 Claim:**        ☐ Category 2 Comments:

    38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    42. Documents concerning testing or sampling for asbestos on the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:** ONEILL, PATRICK
**Law Firm:** LAW DEPARTMENT CITY OF PHILADELPHIA
**Claim Number:** 11313
**Claimant:** CITY OF PHILADELPHIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ <u>**Category 1 Claim:**</u>    ☐ Category 1 Comments:

　　16. Documents relating to the purchase and/or installation of the product in the property.

　　　　☐ No documents were provided.

　　　　☑ Documents provided are insufficient because:

　　　they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

　　18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

　　　　☑ No documents were provided.

　　　　☐ Documents provided are insufficient because:

　　22. Documents concerning efforts to remove, contain and/or abate the Grace product.

　　　　☑ No documents were provided.

　　　　☐ Documents provided are insufficient because:

　　26. Documents concerning testing or sampling for asbestos in the property.

　　　　☑ No documents were provided.

　　　　☐ Documents provided are insufficient because:

**Attorney:** ONEILL, PATRICK
**Law Firm:** LAW DEPARTMENT CITY OF PHILADELPHIA
**Claim Number:** 11313
**Claimant:** CITY OF PHILADELPHIA,

☐ **Category 2 Claim:**          ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

      ☐ No documents were provided.

      ☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

      ☐ No documents were provided.

      ☐ Documents provided are insufficient because:

**Attorney:** STUTZ, JOANNE B
**Law Firm:** EVANS & MULLINIX PA
**Claim Number:** 11316
**Claimant:** UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** STUTZ, JOANNE B
**Law Firm:** EVANS & MULLINIX PA
**Claim Number:** 11316
**Claimant:** UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K,

☐ **Category 2 Claim:**    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 12738
**Claimant:** LUCE, JOAN

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☐ **Category 1 Claim:**    ☐ Category 1 Comments:

    16. Documents relating to the purchase and/or installation of the product in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    22. Documents concerning efforts to remove, contain and/or abate the Grace product.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

    26. Documents concerning testing or sampling for asbestos in the property.

        ☐ No documents were provided.

        ☐ Documents provided are insufficient because:

**Attorney:**
**Law Firm:**
**Claim Number:** 12738
**Claimant:** LUCE, JOAN

☑ <u>**Category 2 Claim:**</u>    ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

testing results are not attached.

**Attorney:**
**Law Firm:**
**Claim Number:** 12784
**Claimant:** VINIKOOR, ABRAM L

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☑ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☑ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

building air sample results were not included.

Page 1 of 2 Pages

**Attorney:**
**Law Firm:**
**Claim Number:** 12784
**Claimant:** VINIKOOR, ABRAM L

☐ **Category 2 Claim:**        ☐ Category 2 Comments:

       38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

           ☐ No documents were provided.

           ☐ Documents provided are insufficient because:

       42. Documents concerning testing or sampling for asbestos on the property.

           ☐ No documents were provided.

           ☐ Documents provided are insufficient because:

**Attorney:** SCOTT, DARREL W
**Law Firm:** LUKINS & ANNIS PS
**Claim Number:** 13907
**Claimant:** WILKINSON, JAY S

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**    ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.

☐ No documents were provided.

☑ Documents provided are insufficient because:

they fail to demonstrate that a Grace asbestos-containing product was actually in the building.

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.

☐ No documents were provided.

☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** SCOTT, DARREL W
**Law Firm:** LUKINS & ANNIS PS
**Claim Number:** 13907
**Claimant:** WILKINSON, JAY S

☐ **Category 2 Claim:**          ☐ Category 2 Comments:

38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

42. Documents concerning testing or sampling for asbestos on the property.

☐ No documents were provided.

☐ Documents provided are insufficient because:

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 14398
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

As described below, certain questions on the Asbestos Property Damage Proof of Claim Form require the claimant to provide documents. On the Claim Form identified above, the following checked questions were not answered or were not responded to properly, for the reason(s) stated:

☑ **Category 1 Claim:**   ☐ Category 1 Comments:

16. Documents relating to the purchase and/or installation of the product in the property.
   ☐ No documents were provided.
   ☐ Documents provided are insufficient because:

18. Documents concerning when the claimant first knew of the presence of asbestos in the property.
   ☐ No documents were provided.
   ☐ Documents provided are insufficient because:

22. Documents concerning efforts to remove, contain and/or abate the Grace product.
   ☑ No documents were provided.
   ☐ Documents provided are insufficient because:

26. Documents concerning testing or sampling for asbestos in the property.
   ☐ No documents were provided.
   ☑ Documents provided are insufficient because:

building air sample results were not included.

Page 1 of 2 Pages

**Attorney:** CHASEN, RICHARD H
**Law Firm:** RICHARD H CHASEN
**Claim Number:** 14398
**Claimant:** COUNTY OF FRESNO CALIFORNIA,

☐ **Category 2 Claim:**      ☐ Category 2 Comments:

      38. Documents concerning efforts to remove, contain and/or abate the asbestos on the property.

          ☐ No documents were provided.

          ☐ Documents provided are insufficient because:

      42. Documents concerning testing or sampling for asbestos on the property.

          ☐ No documents were provided.

          ☐ Documents provided are insufficient because: