# EXHIBIT 3

# Notice of Intent to Object
# for WR Grace

Total number of parties: 35
Mode of Service: US Mail (1st Class)

## Exhibit 3 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14216 | ALNOR CO, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 |
| 14220 | BMC GROUP, MYRTLE JOHN, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245-4306 |
| 14220 | BMC GROUP, TINAMARIE FEIL, 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245-4306 |
| 14217 | BURLINGTON NORTHERN & SANTA FE RAI, LEE, PETER, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY, 2500 LOU MENK DR, FORT WORTH, TX 76131-2828 |
| 14216 | CITY OF PHILADELPHIA, CITY HALL, CITY OF PHILADELPHIA, PA 19102 |
| 14220 | COUNSEL TO ASBESTOS PD COMMITTEE, FERRY & JOSEPH, P A, MICHAEL B JOSEPH, ESQ, 824 MARKET ST, STE 904, PO BOX 1351, WILMINGTON, DE 19899 |
| 14216 | COUNTY OF FRESNO CALIFORNIA, 2281 TALARE STREET THIRD FLOOR, FRESNO, CA 93721 |
| 14216 | COUNTY OF FRESNO CALIFORNIA, 2281 TULARE STREET THIRD FLOOR, FRESNO, CA 93721 |
| 14216 | FLORES, HELEN, 74 N E VILLAGE RD, CONCORD, NH 03301 |
| 14216 | GUBBIN, JULIE ANN, 1508 MADISON STREET NE, MINNEAPOLIS, MN 55413 |
| 14216 | JOHNSON JR, BURRELL, PO BOX 4500 MICHAEL UNIT, TENNESSEE COLONY, TX 75886 |
| 14216 | LANEDALE CO OPERATIVE APARTMENTS LIMITED, 8 STROUD ROAD APT 8, HAMILTON, ON L8S1Z6CANADA |
| 14216 | LARSON, RICHARD H, 172 IVORY STREET, FREWSBURG, NY 14738 |
| 14216 | LUCE, JOAN, 604 DAKOTA, LIBBY, MT 59923 |
| 14216 | MACK, HAROLD L, PRESIDENT,NEVADO THEATRE, PO BOX 1066, NEVADA CITY, CA 93959 |
| 14216 | MODZELESKI, VINCENT E, 1618 JAMES DR, CARLSBAD, CA 92008 |
| 14216 | NORM S RESTAURANTS, 17904 LAKEWOOD BLVD, BELLFLOWER, CA 90706 |
| 14220 | OFFICIAL CMTE OF PROP DAMAGE CLAIMANTS, BILZIN SUMBERG DUNN BAENA ET AL, SCOTT L BAENA, ESQ, FIRST UNION FINANCIAL CENTER, 200 S BISCAYNE BLVD, STE 2500, MIAMI, FL 33131 |
| 14220 | OFFICIAL CMTE OF UNSECURED CREDITORS, DUANE, MORRIS & HECKSCHER LLP, WILLIAM S KATCHEN, ESQ, 1 RIVERFRONT PLAZA, 2ND FL, NEWARK, NJ 07102 |
| 14220 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, DUANE, MORRIS & HECKSCHER LLP, MICHAEL R LASTOWSKI, ESQ, 1100 NORTH MARKET ST, STE 1200, WILMINGTON, DE 19801-1246 |
| 14220 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS, STROOCK & STROOCK & LAVAN LLP, LEWIS KRUGER, ESQ, 180 MAIDEN LANE, NEW YORK, NY 10038-4982 |
| 14217 | RE: CITY OF PHILADELPHIA, ONEILL, PATRICK, LAW DEPARTMENT CITY OF PHILADELPHIA, ONE PARKWAY 1515 ARCH ST, PHILADELPHIA, PA 19102-1512 |
| 14217 | RE: COUNTY OF FRESNO CALIFORNIA, CHASEN, RICHARD H, RICHARD H CHASEN, 425 CALIFORNIA ST STE 2025, SAN FRANCISCO, CA 94104-2213 |
| 14217 | RE: MACK, HAROLD L, MCPROUD, CLARENCE, SPILLER MCPROUD, 505 COYOTE ST, NEVADA CITY, CA 95959-2230 |
| 14217 | RE: STATE OF CALIFORNIA DEPT OF GENERAL SERV, ASPERGER, ROBERT E, STATE OF CALIFORNIA DEPT OF JUSTICE, 1300 I ST STE 1101, SACRAMENTO, CA 95814 |
| 14217 | RE: THE BURLINGTON NORTHERN AND SANTA FE RAI, O'HALLORAN, RICHARD A, BURNS WHITE & HICKTON LLC, 531 PLYMOUTH RD STE 500, PLYMOUTH MEETING, PA 19462 |
| 14217 | RE: WILKINSON, JAY S, SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 583, SPOKANE, WA 99201 |
| 14216 | STATE OF CALIFORNIA DEPT OF GENERAL SERV, 707 THIRD STREET 6TH FLOOR, WEST SACRAMENTO, CA 95605 |
| 14216 | TERRACE PROPERTIES LIMITED PARTNERSHIP, C/O 2255 GLADES ROAD SUITE 223A, BOCA RATON, FL 33431 |
| 14216 | THE BURLINGTON NORTHERN AND SANTA FE RAI, C/O EMR 1310 WAKARUSA DRIVE SUITE A, LAWRENCE, KS 66049 |
| 14216 | UNIFIED GOVERNMENT OF WYANDOTTE COUNTY K, 701 NORTH 7TH STREET SUITE 532, KANSAS CITY, KS 66101 |
| 14217 | UNIFIED GOVT OF WYANDOTTE COUNTY K, STUTZ, JOANNE B, EVANS & MULLINIX PA, 7225 RENNER RD STE 200, SHAWNEE, KS 66217-3046 |
| 14216 | VAUGHAN, ROBERT T, 46 SPEAR ST, MELROSE, MA 02176 |

**Exhibit 3 - WR Grace Mailing**

Svc Lst   Name and Address of Served Party

14216   VINIKOOR, ABRAM L, 5236 38TH AVE NE, SEATTLE, WA 98105
14216   WILKINSON, JAY S, 425 N 19TH AVENUE, LEMOORE, CA 93245

**Subtotal for this group: 35**