IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., [2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** June 15, 2005, at 4:00 p.m. (prevailing eastern time) |

### FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

March 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No. W51000494
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $138,803.15 |
| For professional services rendered through March 31, 2005: | 39,952.00 |

Other Charges:

| | | |
|---|---:|---:|
| TELEPHONE | 83.58 | |
| FEDERAL EXPRESS | 8.21 | |
| OVERTIME | 60.00 | |
| | | 151.79 |
| Total Current Charges | | 40,103.79 |
| Total Balance Due | | $178,906.94 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 03/01/05 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); REVIEWED SETTLEMENT DOCUMENTS(1.0); |
| MATTHEWS | 03/01/05 | 1.30 | REVIEW INCOMING CORRESPONDENCE (0.3); CONFER WITH J. MCGAHREN REGARDING STATUS (0.2); PARTICIPATE IN STATUS CONFERENCE CALL (0.8) |
| MCGAHREN | 03/03/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERENCE WITH GRACE, HATCO AND WESTON REPRESENTATIVES(.50); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 03/03/05 | .70 | PARTICIPATE IN STATUS CONFERENCE CALL (0.4); REVIEW INCOMING CORRESPONDENCE AND FOLLOW-UP REGARDING NATURAL RESOURCE DAMAGES SETTLEMENT (0.1); ATTEND TO BILLING ISSUES (0.2) |
| MCGAHREN | 03/04/05 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES (1.0); REVIEWED CORRESPONDENCE(.50); CONFERENCE WITH L. MATTHEWS(.50) |
| MATTHEWS | 03/04/05 | .60 | PARTICIPATE IN STATUS CONFERENCE CALL (0.5); REVIEW INCOMING CORRESPONDENCE (0.1) |
| MCGAHREN | 03/07/05 | 1.50 | REVIEWED CORRESPONDENCE(.50); CONFERENCE WITH L. MATTHEWS(.50); REVIEWED DRAFT MOTION(.50) |
| MATTHEWS | 03/07/05 | .60 | REVIEW INCOMING CORRESPONDENCE (0.1); CALL WITH M. MILLER REGARDING REMEDIAL ACTION WORK PLAN APPROVAL (0.1); ATTEND TO FILE (0.4) |
| MCGAHREN | 03/08/05 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); REVIEWED CORRESPONDENCE; REVIEWED SETTLEMENT DOCUMENTS(.50); CONFERENCE WITH L. MATTHEWS(.50); |
| MATTHEWS | 03/08/05 | 3.90 | REVIEW INCOMING CORRESPONDENCE (0.2); REVIEW AND EDIT DRAFT LETTER REGARDING SUBMISSION OF REMEDIAL ACTION WORKPLAN (0.6); REVIEW DRAFT TRUST AGREEMENT AND RELATED POLICY CHANGES (1.3); PARTICIPATE IN STATUS CONFERENCE CALL (1.0); CALLS WITH M. OBRADOVIC, P. CERIBELLI AND J. MCGAHREN REGARDING STATUS (0.8) |
| MCGAHREN | 03/09/05 | .50 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(.50); |
| MATTHEWS | 03/09/05 | 2.50 | PARTICIPATE IN STATUS CONFERENCE CALL (0.7); NEGOTIATE TRUST AGREEMENT (1.6); REVIEW INCOMING CORRESPONDENCE AND DRAFT LETTER REGARDING REMEDIAL ACTION WORK PLAN (0.2) |
| MATTHEWS | 03/10/05 | 3.10 | REVIEW INCOMING CORRESPONDENCE (0.2); REVIEW PROPOSED CHANGES TO REVITALIZATION SETTLEMENT AGREEMENT BY NJDEP (0.2); CALLS WITH M. OBRADOVIC, J. MCGAHREN AND A. REITANO REGARDING ISSUES RAISED BY DEP CHANGES (2.0); RESEARCH COVENANT ISSUE (0.2); FOLLOW-UP REGARDING NRD AND BANKRUPTCY ISSUES (0.2); REVIEW REVISED REVITALIZATION SETTLEMENT AGREEMENT (0.3) |
| MATTHEWS | 03/11/05 | .30 | PARTICIPATE IN STATUS CONFERENCE CALL (0.2); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

NJ\104357.1

| **TIMEKEEPER** | **DATE** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| MCGAHREN | 03/14/05 | 1.70 | REVIEW INCOMING CORRESPONDENCE (0.1) REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(.70); PHONE CALLS WITH A. REITANO, D. TOFT(1.0); |
| MCGAHREN | 03/17/05 | 3.00 | REVIEWED CORRESPONDENCE(.50); PHONE CALL WITH A. REITANO, D. TOFT, P. CERIBELLI(2.0); CALL WITH L MATTHEWS(.50) |
| MCGAHREN | 03/18/05 | 2.00 | PHONE CALLS WITH A. REITANO, D. TOFT(1.0); CONFERENCE WITH L. MATTHEWS(1.0); |
| MCGAHREN | 03/21/05 | 3.00 | REVIEW CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(1.0); REVISE SETTLEMENT DOCUMENTS(2.0) |
| MCGAHREN | 03/22/05 | 3.00 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE(2.0); CONFERENCE WITH L. MATTHEWS; PHONE CALL WITH M. OBRADOVIC(1.0); |
| MATTHEWS | 03/22/05 | 2.40 | CALL WITH J. MCGAHREN REGARDING STATUS (0.4); REVIEW INCOMING CORRESPONDENCE (0.8); ATTEND TO FILE (0.3); PARTICIPATE IN STATUS CONFERENCE CALL (0.9) |
| MCGAHREN | 03/24/05 | 5.50 | REVIEW CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(1.5); PHONE CALLS WITH M. OBRADOVIC, A. REITANO, M. CATANIA, B. RAWLYCK; REVISE SETTLEMENT DOCUMENTS; REVIEWED NJDEP OVERSIGHT REGULATIONS(4.0); |
| MATTHEWS | 03/24/05 | .30 | REVIEW INCOMING DOCUMENTS AND CORRESPONDENCE |
| MATTHEWS | 03/25/05 | 1.60 | PARTICIPATE IN STATUS CONFERENCE CALL (1.3); REVIEW INCOMING CORRESPONDENCE (0.1); CALL WITH J. MCGAHREN REGARDING NRD ISSUES (0.2) |
| MCGAHREN | 03/28/05 | 4.00 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE(2.0); CONFERENCE WITH L. MATTHEWS; PHONE CALLS WITH M. CATANIA, B. RAWLYCK, A. REITANO, D. TOFT; REVIEWED SETTLEMENT DOCUMENTS(2.0); |
| MATTHEWS | 03/28/05 | 5.20 | REVIEW INCOMING CORRESPONDENCE (0.3); TRANSMIT REQUESTED INFORMATION TO J. MCGAHREN (0.2); CALL WITH L. DUFF, M. OBRADOVIC AND J. MCGAHREN REGARDING SETTLEMENT ISSUES (0.3); DRAFT NRD SETTLEMENT DOCUMENTS (2.8); PARTICIPATE IN CONFERENCE CALL REGARDING HATCO COVENANT (0.6); PARTICIPATE IN STATUS CONFERENCE CALL (1.0) |
| MCGAHREN | 03/29/05 | 7.00 | EARLY MORNING MEETING WITH GRACE HATCO AND WESTON REPRESENTATIVES(3.5); MEETING WITH NJDEP AND DOL REPRESENTATIVES(3.5); |
| MATTHEWS | 03/29/05 | 3.30 | REVIEW INCOMING CORRESPONDENCE (0.4); REVISE BANKRUPTCY COURT MOTION AND REVIEW RELATED DOCUMENTS (2.2); REVIEW AND REVISE NRD SETTLEMENT AGREEMENTS (0.4); CALL WITH J. MCGAHREN REGARDING MEETING WITH NJDEP AND STATUS (0.3) |
| MCGAHREN | 03/30/05 | 3.00 | CONFERENCE CALL WITH GRACE, WESTON AND HATCO REPRESENTATIVES; REVIEWED CORRESPONDENCE AND SETTLEMENT DOCUMENTS(2.0); PHONE CALLS WITH A. REITANO, M. CATANIA, B. RAWLYCK(1.0); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

3

NJ\104357.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BECKER | 03/30/05 | .30 | DISCUSS REMOVAL AND BANKRUPTCY JURISDICTION WITH J. MCGAHREN(.30); |
| MCGAHREN | 03/31/05 | 4.00 | REVIEWED CORRESPONDENCE AND SETTLEMENT DOCUMENTS(1.0); PHONE CALLS WITH A. REITANO, M. CATANIA, B. RAWLYCK; CONFERENCE WITH L. MATTHEWS(3.0); |
| MATTHEWS | 03/31/05 | 8.60 | CALL WITH J. MCGAHREN REGARDING STATUS (0.3); CALL WITH L. DUFF REGARDING NATURAL RESOURCE DAMAGE SETTLEMENT (0.5); REVISE NRD SETTLEMENT DOCUMENTS (2.4); REVISE CONTRACT WITH CRI (0.4); NEGOTIATION CALL WITH M. MILLER AND A. REITANO (2.2); PARTICIPATE IN STATUS CONFERENCE CALL (0.7); REVIEW AND PROVIDE COMMENTS ON TRUST AGREEMENT (1.1); DRAFT LEGAL NOTICE OF NRD SETTLEMENT (0.3); GATHER AND TRANSMIT CURRENT VERSIONS OF SETTLEMENT DOCUMENTS (0.7) |
| TYJER | 03/31/05 | .60 | CONFERENCE W/ JOHN MCGAHREN RE: PUBLIC NOTICE FILED ANNOUNCING CONSENT ORDER FILED W/ HONEYWELL INTERNATIONAL, ET AL. TO SERVE AS EXAMPLE; PERFORM INTERNET SEARCH TO FIND THE NOTICE(.60); |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 45.20 | 510.00 | 23,052.00 | PARTNER, JR. |
| D BECKER | 03661 | .30 | 400.00 | 120.00 | ASSOCIATE, SR. |
| LD MATTHEWS | 02951 | 34.40 | 485.00 | 16,684.00 | CONTRACT ASSOC |
| S TYJER | 17153 | .60 | 160.00 | 96.00 | PARALEGAL |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/21/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 03/07/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 3.05 |
| 03/08/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.05 |
| 03/16/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 03/22/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 5.72 |
| 03/24/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .77 |
| 03/28/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .77 |
| 03/31/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 11.48 |
| 03/31/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 57.96 |
| | | ** TOTAL TELEPHONE | | | 83.58 |
| 02/23/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19801 792854556936 02/23/05 540232939 | JP LEJAVA | | 8.21 |
| | | ** TOTAL FEDERAL | | | 8.21 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

4

NJ\104357.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| | | EXPRESS | | | |
| 02/28/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCUMENTS | JUDITH CHRISTOPHER | | 60.00 |
| | | ** TOTAL OVERTIME | | | 60.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

5

NJ\104357.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

March 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000494
File No. 029016-0001

---

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 138,803.15 |
| **Current Billing:** | | |
| March 31, 2005 | 51000494 | $40,103.79 |
| **Balance Due** | | **$178,906.94** |

AMOUNT REMITTED:    $ _____

### Method of Payment:

☐ CHECK       ☐ WIRE TRANSFER

NJ\104357.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**

March 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No. W51000495
File No. 029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $13,077.60 |
| For professional services rendered through March 31, 2005: | .00 |

Other Charges:

| | | |
|---|---:|---:|
| TELEPHONE | 0.77 | |
| FEDERAL EXPRESS | 8.32 | |
| | | 9.09 |
| Total Current Charges | | 9.09 |
| Total Balance Due | | $13,086.69 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000495

NJ\104356.1

2

| TIMEKEEPER | DATE | HOURS | DESCRIPTION | | |
|---|---|---|---|---|---|

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|

**COSTS AND DISBURSEMENTS**

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 03/25/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| | | ** TOTAL TELEPHONE | | | .77 |
| 02/04/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19801 791542887913 02/04/05 539010764 | JP LEJAVA | | 8.32 |
| | | ** TOTAL FEDERAL EXPRESS | | | 8.32 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000495

2

NJ\104356.1

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax identification No: 95-2018373

**INVOICE**

March 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W51000495
File No.  029016-0003

---

**REMITTANCE COPY**

SPECIAL COUNSEL FEE
APPLICATION

| **Invoice Date** | **Invoice Number** | **Invoice Amount** |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 13,077.60 |
| Current Billing: | | |
| March 31, 2005 | 51000495 | $ 9.09 |
| **Balance Due** | | **$13,086.69** |

AMOUNT REMITTED:                                $ _____

**Method of Payment:**

☐ CHECK          ☐ WIRE TRANSFER

NJ\104356.1