**EXHIBIT A**

# The Blackstone Group®

May 13, 2005

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---|---:|
| Monthly advisory fee for the period of January 1, 2005 through January 31, 2005: | | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through January 31, 2005:[1]

| | | |
|---|---:|---:|
| Airfare | $ 1,001.18 | |
| Ground Transportation | 148.24 | |
| Communications | 52.36 | |
| Meals | 177.69 | |
| Photocopying | 161.55 | |
| Research | 806.62 | 2,347.64 |
| | | |
| Subtotal | | 177,347.64 |
| | | |
| Less Payment Received: | | (142,347.64) |
| | | |
| **Total Due** | | **$    35,000.00** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7474

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7474**

| | GL Detail Jan-05 | | Total Expenses | |
|---|---|---|---|---|
| Airfare | $ | 1,001.18 | $ | 1,001.18 |
| Ground Transportation - Car Service - Elite | | 140.24 | | 140.24 |
| Ground Transportation - Local Travel | | 8.00 | | 8.00 |
| Communications - Telephone Conferencing | | 52.36 | | 52.36 |
| Employee Meals | | 177.69 | | 177.69 |
| Internal Photocopying | | 161.55 | | 161.55 |
| Internal Research | | 267.90 | | 267.90 |
| External Research - Multex | | 94.82 | | 94.82 |
| External Research - Thomson | | 133.67 | | 133.67 |
| External Research - Dow Jones | | 13.51 | | 13.51 |
| External Research - Factset | | 238.58 | | 238.58 |
| External Research - P.A.C.E.R. | | 28.14 | | 28.14 |
| External Research - Online Research | | 30.00 | | 30.00 |
| **Total Expenses** | $ | **2,347.64** | $ | **2,347.64** |

| | | |
|---|---|---|
| **Airfare** | $ | 1,001.18 |
| **Ground Transportation** | | 148.24 |
| **Communications** | | 52.36 |
| **Meals** | | 177.69 |
| **Photocopying** | | 161.55 |
| **Research** | | 806.62 |
| **Total Expenses** | $ | 2,347.64 |

W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2005
Invoice No. 7474

### Airfare

| | | | |
|---|---|---|---|
| Zilly (one-way coach class flight to Baltimore, MD from Queens, NY) | 10/21/04 | 238.20 | |
| Zilly (one-way coach class flight to Newark, NJ from Baltimore, MD) | 10/21/04 | 249.10 | |
| Zilly (round trip coach class flight to/from Baltimore, MD from/to Queens, NY) | 11/17/04 | 513.88 | |
| | Subtotal - Airfare | | $ 1,001.18 |

### Ground Transportation - Car Service - Elite

| | | | |
|---|---|---|---|
| de Almeida (car service home from Blackstone after working late) | 11/18/04 | 50.80 | |
| Otero for P. Norris of W.R. Grace (car to client meeting from hotel in New York, NY) | 12/07/04 | 25.30 | |
| Otero for P. Norris of W.R. Grace (car to hotel from client meeting in New York, NY) | 12/07/04 | 68.14 | |
| Zilly (credit for tolls) | 10/21/04 | (4.00) | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 140.24 |

### Ground Transportation - Local Travel

| | | | |
|---|---|---|---|
| Blechman (evening taxi to Blackstone from client meeting) | 12/07/04 | 8.00 | |
| | Subtotal - Ground Transportation - Local Travel | | 8.00 |

### Communications  - Teleconferencing

| | | | |
|---|---|---|---|
| Blechman | 12/02/04 | 39.60 | |
| Blechman | 12/10/04 | 12.76 | |
| | Subtotal - Communications  - Teleconferencing | | 52.36 |

### Employee Meals

| | | | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone) | 11/04/04 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 11/08/04 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 12/06/04 | 18.75 | |
| Blechman (working dinner meal @ Blackstone) | 12/09/04 | 9.94 | |
| Fields (working dinner meal) | 11/05/04 | 24.00 | |
| Munfa (working dinner meal @ Blackstone) | 11/08/04 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 10/26/04 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 11/08/04 | 25.00 | |
| | Subtotal - Employee Meals | | 177.69 |

### Internal Photocopying

| | | | |
|---|---|---|---|
| Blechman | 01/10/05 - 01/25/05 | 161.55 | |
| | Subtotal - Internal Photocopying | | 161.55 |

### Internal Research

| | | | |
|---|---|---|---|
| Munfa (research re: SDC) | 01/26/05 | 180.00 | |
| Munfa (general research) | 01/26/05 | 87.90 | |
| | Subtotal - Internal Research | | 267.90 |

### External Research - Multex

| | | | |
|---|---|---|---|
| Munfa (general research) | 01/26/05 | 48.84 | |
| Munfa (general research) | 01/26/05 | 30.26 | |
| O'Connell (general research) | 01/04/05 | 15.72 | |
| | Subtotal - External Research - Multex | | 94.82 |

### External Research - Thomson

| | | | |
|---|---|---|---|
| Munfa (online research for debt issuance) | 01/26/05 | 58.54 | |
| Munfa (general research) | 01/27/05 | 16.14 | |
| Munfa (comps update) | 01/07/05 | 58.99 | |
| | Subtotal - External Research - Thomson | | 133.67 |

### External Research - Dow Jones

| | | | |
|---|---|---|---|
| Munfa (general research) | 01/25/05 | 13.51 | |
| | Subtotal - External Research - Dow Jones | | 13.51 |

### External Research - Factset

| | | | |
|---|---|---|---|
| Munfa (research re: SDC) | 01/26/05 | 159.52 | |
| Munfa (general research) | 01/26/05 | 79.06 | |
| | Subtotal - External Research - Factset | | 238.58 |

W.R. Grace & Co.
Detail of Expenses Processed
Through January 31, 2005
Invoice No. 7474

**External Research - P.A.C.E.R.**

| | | |
|---|---|---|
| de Almeida | 10/08/04 | 3.78 |
| de Almeida | 10/19/04 | 1.26 |
| de Almeida | 11/15/04 | 13.86 |
| de Almeida | 11/16/04 | 2.10 |
| de Almeida | 11/17/04 | 2.80 |
| de Almeida | 11/19/04 | 3.85 |
| de Almeida | 11/29/04 | 0.49 |
| | Subtotal - External Research - P.A.C.E.R. | 28.14 |

**External Research - Online Database**

| | | |
|---|---|---|
| Munfa (online research for warrants) | 11/02/04 | 30.00 |
| | Subtotal - External Research - Online Database | 30.00 |
| | Total Expenses | $ 2,347.64 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 86.3 |
| David Blechman | Vice President | 65.5 |
| Jamie O'Connell | Associate | 27.5 |
| J.P. Munfa | Analyst | 11.5 |
| **Total** | | **190.8** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/24/05 | 0.5 | Case Administration | Read various motions inc. PacifiCorp and Retained Causes of Action |
| Pamela Zilly | 01/28/05 | 0.5 | Case Administration | Read Order limiting Equity Transfers |
| | | 1.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/10/05 | 0.8 | Committee | Call with Francine Gilbert regarding advisor meetings |
| David Blechman | 01/10/05 | 0.3 | Committee | Send e-mail to advisors regarding meeting schedule |
| David Blechman | 01/12/05 | 1.0 | Committee | Respond to Capstone due diligence requests |
| David Blechman | 01/26/05 | 0.8 | Committee | Coordinate logistics for meeting with Unsecured Committee |
| David Blechman | 01/27/05 | 0.5 | Committee | Respond to Capstone due diligence requests |
| David Blechman | 01/28/05 | 1.0 | Committee | Follow up with Committee's advisors on Festa motion |
| David Blechman | 01/31/05 | 1.5 | Committee | Follow up with Committee's advisors, B. McGowan on Festa motion |
| | | **5.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| J.P. Munfa | 01/25/05 | 2.5 | Corporate Finance | Sale-leaseback transaction and chemical sector debt research |
| J.P. Munfa | 01/26/05 | 3.0 | Corporate Finance | Chemical sector debt research |
| | | 5.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/10/05 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: employment motions |
| Pamela Zilly | 01/10/05 | 2.0 | Employee Benefits/Pension | Read draft Norris/Festa motion: review prior motions and employment agreements |
| Pamela Zilly | 01/10/05 | 1.0 | Employee Benefits/Pension | Status meeting with D. Blechman |
| David Blechman | 01/10/05 | 1.0 | Employee Benefits/Pension | Status meeting with Zilly |
| Pamela Zilly | 01/12/05 | 2.0 | Employee Benefits/Pension | Read and provide comments on Festa/Norris motion; call w/B McGowan |
| Pamela Zilly | 01/12/05 | 1.0 | Employee Benefits/Pension | Analysis of Festa contract |
| Pamela Zilly | 01/13/05 | 1.0 | Employee Benefits/Pension | Discussion with D. Blechman re: pending motions |
| David Blechman | 01/13/05 | 1.0 | Employee Benefits/Pension | Review Court motion, meeting with Zilly regarding Court motion |
| Pamela Zilly | 01/17/05 | 1.0 | Employee Benefits/Pension | Calls with B. McGowan, D. Blechman re: Festa/Norris motion |
| David Blechman | 01/17/05 | 1.0 | Employee Benefits/Pension | Review materials regarding Festa motion |
| David Blechman | 01/17/05 | 1.0 | Employee Benefits/Pension | Calls with Zilly and McGowan regarding Festa motion |
| David Blechman | 01/19/05 | 0.5 | Employee Benefits/Pension | Circulate Festa/Norris motion, Middy acquisition materials to Committees' advisors |
| Pamela Zilly | 01/21/05 | 1.0 | Employee Benefits/Pension | Correspondence with B. McGowan, D. Blechman, advisors re: Festa motion |
| David Blechman | 01/21/05 | 1.0 | Employee Benefits/Pension | Correspondence with B. McGowan, C. Troyer re: Festa/Norris motion |
| David Blechman | 01/24/05 | 1.0 | Employee Benefits/Pension | Calls with J. Sinclair, B. McGowan regarding Festa motion |
| Pamela Zilly | 01/25/05 | 0.5 | Employee Benefits/Pension | Status meeting with D. Blechman |
| David Blechman | 01/25/05 | 0.5 | Employee Benefits/Pension | Status meeting with Zilly |
| | | **17.0** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/04/05 | 0.5 | Fee Applications | Prepare fee app |
| | | **0.5** | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**JANUARY 1, 2005 THROUGH JANUARY 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/21/05 | 6.0 | Hearings | Attend Court Hearing via phone |
| David Blechman | 01/21/05 | 5.0 | Hearings | Participate in telephonic Court hearing |
| | | 11.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/03/05 | 1.0 | Plan and Disclosure Statement | Review claims classification, other open issues |
| Pamela Zilly | 01/03/05 | 4.0 | Plan and Disclosure Statement | Review revised Glossary, Plan and Disclosure Statement |
| Pamela Zilly | 01/03/05 | 1.5 | Plan and Disclosure Statement | Call with L. Sinayan, R. Tarola, M. Shelnitz re: warrant term sheet, claims |
| Pamela Zilly | 01/03/05 | 1.5 | Plan and Disclosure Statement | Review claims classification, other open issues |
| Pamela Zilly | 01/03/05 | 0.5 | Plan and Disclosure Statement | Review revised best interest test analysis |
| David Blechman | 01/03/05 | 1.0 | Plan and Disclosure Statement | Review warrant term sheet, Disclosure Statement language and claims |
| David Blechman | 01/03/05 | 1.5 | Plan and Disclosure Statement | Call regarding warrant term sheet, Disclosure Statement language and claims |
| David Blechman | 01/03/05 | 2.0 | Plan and Disclosure Statement | Analyze claims |
| David Blechman | 01/03/05 | 2.0 | Plan and Disclosure Statement | Read filed objections to POR |
| Jamie O'Connell | 01/03/05 | 1.5 | Plan and Disclosure Statement | Valuation analysis: recent disclosures of comparable companies |
| Jamie O'Connell | 01/03/05 | 1.5 | Plan and Disclosure Statement | Call w/ P. Zilly, D. Blechman, B. Tarola, M. Shelnitz, J. Baer, L. Sinanyan, C. Emerson regarding claims, warrants |
| J.P. Munfa | 01/03/05 | 1.5 | Plan and Disclosure Statement | Comps stock price update |
| Pamela Zilly | 01/04/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR status and ancillary documents |
| Pamela Zilly | 01/04/05 | 2.5 | Plan and Disclosure Statement | Review revised POR model, valuation write-up, best interests test analysis |
| Pamela Zilly | 01/04/05 | 0.5 | Plan and Disclosure Statement | Review revised warrant term sheet |
| Pamela Zilly | 01/04/05 | 0.5 | Plan and Disclosure Statement | Read Debtors' Supplement to Estimation Motion re: ZAI |
| Pamela Zilly | 01/04/05 | 1.5 | Plan and Disclosure Statement | Read filed objections to Plan and Disclosure Statement |
| David Blechman | 01/04/05 | 2.0 | Plan and Disclosure Statement | Complete analysis of claims |
| David Blechman | 01/04/05 | 1.0 | Plan and Disclosure Statement | Weekly update call with management and counsel |
| David Blechman | 01/04/05 | 3.0 | Plan and Disclosure Statement | Markup plan documents for new claims data, call with Tarola re claims |
| David Blechman | 01/04/05 | 1.0 | Plan and Disclosure Statement | Send plan documents markup to counsel, meeting with Jamie O'Connell re model |
| David Blechman | 01/04/05 | 1.3 | Plan and Disclosure Statement | Respond to comments on plan documents |
| David Blechman | 01/04/05 | 1.3 | Plan and Disclosure Statement | Review warrant term sheet, provide comments to counsel |
| Jamie O'Connell | 01/04/05 | 1.5 | Plan and Disclosure Statement | Valuation analysis: recent disclosures of comparable companies |
| Jamie O'Connell | 01/04/05 | 0.5 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding disclosure statement/plan of reorganization |
| Jamie O'Connell | 01/04/05 | 0.5 | Plan and Disclosure Statement | Claims analysis |
| Jamie O'Connell | 01/04/05 | 2.0 | Plan and Disclosure Statement | Financial model analysis: sources and uses, comparison to November 13 financial projections |
| Pamela Zilly | 01/05/05 | 2.0 | Plan and Disclosure Statement | Prepare management incentive plan description |
| Pamela Zilly | 01/05/05 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell re: projections |
| Pamela Zilly | 01/05/05 | 3.0 | Plan and Disclosure Statement | Review revised POR model, all revised financial exhibits, provide comments |
| Pamela Zilly | 01/05/05 | 0.5 | Plan and Disclosure Statement | Review environmental claim estimates |
| Pamela Zilly | 01/05/05 | 0.5 | Plan and Disclosure Statement | Review revised Best interests Test analysis |
| Pamela Zilly | 01/05/05 | 1.0 | Plan and Disclosure Statement | Review claims analysis provided to Capstone |
| David Blechman | 01/05/05 | 1.0 | Plan and Disclosure Statement | Call with Tarola regarding projections |
| David Blechman | 01/05/05 | 3.0 | Plan and Disclosure Statement | Meetings with Zilly and O'Connell regarding projections |
| David Blechman | 01/05/05 | 0.3 | Plan and Disclosure Statement | Update plan documents for new projections |
| David Blechman | 01/05/05 | 3.0 | Plan and Disclosure Statement | Send claims information to Capstone, call with Capstone |
| Jamie O'Connell | 01/05/05 | 1.0 | Plan and Disclosure Statement | Financial model analysis: claims analysis |
| Jamie O'Connell | 01/05/05 | 3.0 | Plan and Disclosure Statement | Meeting with P. Zilly, D. Blechman re: new projections |
| Pamela Zilly | 01/06/05 | 0.8 | Plan and Disclosure Statement | Review and provide comments on plan, disclosure statement |
| Pamela Zilly | 01/06/05 | 0.8 | Plan and Disclosure Statement | Discussion with D. Blechman re: liabilities subject to compromise reclassification |
| Pamela Zilly | 01/06/05 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: comments to disclosure statement |
| Pamela Zilly | 01/06/05 | 3.0 | Plan and Disclosure Statement | Review of best interest test, financial exhibits |
| David Blechman | 01/06/05 | 0.8 | Plan and Disclosure Statement | Discussion with P. Zilly re: liabilities subject to compromise reclassification |
| David Blechman | 01/06/05 | 5.0 | Plan and Disclosure Statement | Review/revise plan documents |
| David Blechman | 01/06/05 | 1.0 | Plan and Disclosure Statement | Call with Capstone regarding claims |
| David Blechman | 01/06/05 | 1.0 | Plan and Disclosure Statement | Meeting with P. Zilly re: consolidate Disclosure Statement comments |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 01/06/05 | 0.5 | Plan and Disclosure Statement | Call with counsel regarding claims |
| Jamie O'Connell | 01/06/05 | 6.5 | Plan and Disclosure Statement | Financial model analysis: best interests test |
| Pamela Zilly | 01/07/05 | 2.5 | Plan and Disclosure Statement | Review revised POR model |
| Pamela Zilly | 01/07/05 | 1.0 | Plan and Disclosure Statement | Status meeting with D. Blechman |
| Pamela Zilly | 01/07/05 | 2.0 | Plan and Disclosure Statement | Review revised POR model, interest reconciliation, reinstated liabilities |
| David Blechman | 01/07/05 | 1.0 | Plan and Disclosure Statement | Status meetings with Zilly |
| David Blechman | 01/07/05 | 0.5 | Plan and Disclosure Statement | Meeting with O'Connell regarding model |
| David Blechman | 01/07/05 | 0.5 | Plan and Disclosure Statement | Call with Tavola regarding accounting and NOLs |
| David Blechman | 01/07/05 | 3.0 | Plan and Disclosure Statement | Update projections and valuation for NOL analysis |
| David Blechman | 01/07/05 | 0.5 | Plan and Disclosure Statement | Call with Capstone regarding NOLs and other tax issues |
| Jamie O'Connell | 01/07/05 | 4.0 | Plan and Disclosure Statement | Financial model analysis: adjustments to reflect new terms |
| Jamie O'Connell | 01/07/05 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: changes to POR model |
| Pamela Zilly | 01/09/05 | 2.0 | Plan and Disclosure Statement | Review, analysis of accrued interest rates, reinstated liabilities |
| Pamela Zilly | 01/10/05 | 1.0 | Plan and Disclosure Statement | Read Debtors' Motions in response to various Objections, in Support of CMO |
| Pamela Zilly | 01/11/05 | 2.0 | Plan and Disclosure Statement | Review NOL analysis |
| Pamela Zilly | 01/11/05 | 1.0 | Plan and Disclosure Statement | Call with management, K&E re: open issues on claims |
| Pamela Zilly | 01/11/05 | 2.0 | Plan and Disclosure Statement | Follow-up to questions re: tax claims, letters of credit interest rate |
| Pamela Zilly | 01/11/05 | 0.5 | Plan and Disclosure Statement | Status meeting with D. Blechman |
| Pamela Zilly | 01/11/05 | 1.0 | Plan and Disclosure Statement | Review claims amounts re: accrued interest calculations |
| Pamela Zilly | 01/11/05 | 2.0 | Plan and Disclosure Statement | Read changes to Disclosure Statement, Exhibit 4 |
| Pamela Zilly | 01/11/05 | 0.3 | Plan and Disclosure Statement | Call with Capstone regarding status |
| David Blechman | 01/11/05 | 0.5 | Plan and Disclosure Statement | Calls with Jack McFarland regarding Disclosure Statement language |
| David Blechman | 01/11/05 | 3.5 | Plan and Disclosure Statement | Markup plan documents |
| David Blechman | 01/11/05 | 0.5 | Plan and Disclosure Statement | Status meeting with Zilly |
| Jamie O'Connell | 01/11/05 | 0.5 | Plan and Disclosure Statement | Conference call with management and K&E re: disclosure statement/plan of reorganization |
| Jamie O'Connell | 01/11/05 | 1.0 | Plan and Disclosure Statement | Conference call with management and Kirkland & Ellis regarding disclosure statement/plan of reorganization |
| Jamie O'Connell | 01/11/05 | 0.5 | Plan and Disclosure Statement | Projected NOL use and valuation analysis for C. Troyer of Capstone |
| Jamie O'Connell | 01/11/05 | 2.0 | Plan and Disclosure Statement | Conference call with C. Troyer of Capstone regarding projected NOL use and valuation |
| Pamela Zilly | 01/12/05 | 1.5 | Plan and Disclosure Statement | Review revised POR model for changes to reclassification of liabilities subject to compromise |
| Pamela Zilly | 01/12/05 | 5.0 | Plan and Disclosure Statement | Check best interest test analysis for claim classification revisions |
| David Blechman | 01/12/05 | 0.8 | Plan and Disclosure Statement | Review and finalize disclosure statement, financial exhibits |
| David Blechman | 01/12/05 | 0.5 | Plan and Disclosure Statement | Review Exhibit 4 markup |
| Jamie O'Connell | 01/12/05 | 0.5 | Plan and Disclosure Statement | Status meeting with O'Connell |
| Jamie O'Connell | 01/12/05 | 1.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: revisions to exhibits |
| Pamela Zilly | 01/13/05 | 6.0 | Plan and Disclosure Statement | Review of financial statements to be included in plan of reorganization |
| Pamela Zilly | 01/13/05 | 1.0 | Plan and Disclosure Statement | Review final versions of disclosure statement, financial exhibits |
| Pamela Zilly | 01/13/05 | 1.5 | Plan and Disclosure Statement | Check best interest test analysis for claim classification revisions |
| David Blechman | 01/13/05 | 3.0 | Plan and Disclosure Statement | Read Debtors' Motions in response to various Objections |
| David Blechman | 01/13/05 | 2.0 | Plan and Disclosure Statement | Respond to comments on plan documents, markup exhibits |
| J.P. Munfa | 01/13/05 | 4.5 | Plan and Disclosure Statement | Review documents filed with the Court |
| Pamela Zilly | 01/14/05 | 1.0 | Plan and Disclosure Statement | Liquidation analysis |
| Pamela Zilly | 01/18/05 | 1.0 | Plan and Disclosure Statement | Review Disclosure Statement Objections chart |
| Jamie O'Connell | 01/18/05 | 1.0 | Plan and Disclosure Statement | Financial model analysis: cash flow statement |
| Pamela Zilly | 01/19/05 | 1.5 | Plan and Disclosure Statement | Review financial model re: cash flows |
| David Blechman | 01/19/05 | 1.0 | Plan and Disclosure Statement | Review cash flow analysis, discussion with J. O'Connell |
| Jamie O'Connell | 01/19/05 | 0.5 | Plan and Disclosure Statement | Financial model analysis: cash flow statement |

Page 9 of 10

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
JANUARY 1, 2005 THROUGH JANUARY 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 01/21/05 | 1.0 | Plan and Disclosure Statement | Review filed documents |
| Pamela Zilly | 01/24/05 | 1.0 | Plan and Disclosure Statement | Working group call |
| | | 150.0 | | |

# The Blackstone Group®

May 13, 2005

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | |
|---|---|---|
| Monthly advisory fee for the period of February 1, 2005 through February 28, 2005: | $ | 175,000.00 |

Out-of-pocket expenses processed for the period through February 28, 2005:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ 571.07 | | |
| Meals | 171.75 | | 742.82 |
| **Total Due** | | $ | **175,742.82** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7506

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7506**

| | GL Detail Feb-05 | | Total Expenses |
|---|---|---|---|
| Ground Transportation - Car Service - Concord | $ | 136.68 | $ 136.68 |
| Ground Transportation - Car Service - Elite | | 96.39 | 96.39 |
| Ground Transportation - Local Travel | | 16.00 | 16.00 |
| Ground Transportation - Out of Town Travel | | 22.00 | 22.00 |
| Ground Transportation - Railroad | | 300.00 | 300.00 |
| Employee Meals | | 171.75 | 171.75 |
| **Total Expenses** | $ | **742.82** | $ **742.82** |

| | | | |
|---|---|---|---|
| **Ground Transportation** | | $ | 571.07 |
| **Meals** | | | 171.75 |
| **Total Expenses** | | $ | 742.82 |

W.R. Grace & Co.
Detail of Expenses Processed
Through February 28, 2005
Invoice No. 7506

**Ground Transportation - Car Service - Concord**

| | | | | |
|---|---|---|---|---|
| Blechman (car home from Blackstone after working late) | 12/07/04 | 136.68 | | |
| Subtotal - Ground Transportation - Car Service - Concord | | | $ | 136.68 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Blechman on behalf of B. Tarola (car to LaGuardia Airport from Blackstone) | 12/02/04 | 37.97 | |
| Otero on behalf of P. Norris (car to hotel from Blackstone) | 12/07/04 | 20.45 | |
| Zilly (car to LaGuardia Airport from home) | 11/17/04 | 37.97 | |
| Subtotal - Ground Transportation - Car Service - Elite | | | 96.39 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| O'Connell (taxi home from Blackstone) | 12/21/04 | 16.00 | |
| Subtotal - Ground Transportation - Local Travel | | | 16.00 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Blechman (taxi home from Stamford railroad station in Connecticut, CT) | 02/10/05 | 22.00 | |
| Subtotal - Ground Transportation - Out of Town Travel | | | 22.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Blechman (round trip to/from Baltimore, MD from/to New York, NY) | 02/08/05 | 300.00 | |
| Subtotal - Ground Transportation - Railroad | | | 300.00 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Blechman (working dinner meal @ Blackstone) | 12/06/04 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 01/04/05 | 13.95 | |
| Blechman (working dinner meal @ Blackstone) | 01/06/05 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 01/11/05 | 25.00 | |
| Blechman (working dinner meal @ Blackstone) | 02/09/05 | 25.00 | |
| Munfa (working dinner meal @ Blackstone) | 01/19/05 | 25.00 | |
| O'Connell (working dinner meal @ Blackstone) | 12/14/04 | 8.69 | |
| O'Connell (working dinner meal @ Blackstone) | 12/21/04 | 7.33 | |
| O'Connell (working dinner meal @ Blackstone) | 01/03/05 | 7.33 | |
| O'Connell (working dinner meal @ Blackstone) | 01/06/05 | 9.45 | |
| Subtotal - Employee Meals | | | 171.75 |

| | | | |
|---|---|---|---|
| **Total Expenses** | | $ | 742.82 |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 24.4 |
| David Blechman | Vice President | 36.1 |
| Jamie O'Connell | Associate | 13.6 |
| | Total | 74.1 |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/09/05 | 2.5 | Business Analysis | Travel to Columbia, prepare for meeting with financial advisors |
| David Blechman | 02/10/05 | 0.5 | Business Analysis | Status call with P. Zilly financial overview, DS update |
| David Blechman | 02/18/05 | 1.0 | Business Analysis | Read COLI settlement agreement |
| David Blechman | 02/18/05 | 1.0 | Business Analysis | Read draft 10-K |
| David Blechman | 02/24/05 | 0.8 | Business Analysis | Status meeting with P. Zilly re: Project Blackberry |
| Jamie O'Connell | 02/09/05 | 2.5 | Business Analysis | Travel to Columbia for financial overview meeting; review material to be presented |
| Pamela Zilly | 02/10/05 | 0.5 | Business Analysis | Call with D. Blechman re: financial overview, status of open items |
| Pamela Zilly | 02/22/05 | 1.0 | Business Analysis | Review 4th quarter financial briefing |
| Pamela Zilly | 02/22/05 | 2.0 | Business Analysis | Read COLI Agreement and ancillary documents |
| Pamela Zilly | 02/22/05 | 1.5 | Business Analysis | Read IRS Settlement Motion |
| Pamela Zilly | 02/23/05 | 0.5 | Business Analysis | Calls with K. Myers re: Project Blackberry |
| Pamela Zilly | 02/23/05 | 1.0 | Business Analysis | Calls with G. Poling re: Project Blackberry |
| Pamela Zilly | 02/23/05 | 0.5 | Business Analysis | Review preliminary letter of intent re: Project Blackberry |
| Pamela Zilly | 02/23/05 | 1.5 | Business Analysis | Review presentations re: Project Blackberry |
| Pamela Zilly | 02/24/05 | 1.5 | Business Analysis | Read Motions re: Settlements with Insurers, Objection thereto, IRS Settlement |
| Pamela Zilly | 02/24/05 | 0.8 | Business Analysis | Meeting with D. Blechman re: Project Blackberry |
| Pamela Zilly | 02/28/05 | 1.5 | Business Analysis | Review and provide comments on Project Blackberry charts for distribution |
| | | **20.6** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/05 | 0.5 | Case Administration | Status call with P. Zilly |
| Pamela Zilly | 02/01/05 | 1.0 | Case Administration | Status discussion with D. Blechman |
| | | 1.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/05 | 2.5 | Committee | Follow up calls regarding Festa motion w/committee financial advisors |
| David Blechman | 02/10/05 | 4.0 | Committee | Attend financial overview meeting in Columbia with management, financial advisors |
| David Blechman | 02/18/05 | 0.3 | Committee | Status call with P. Zilly re due diligence requests |
| David Blechman | 02/22/05 | 1.3 | Committee | Coordinate due diligence by Capstone |
| David Blechman | 02/22/05 | 0.5 | Committee | Call with Tersigni regarding Festa motion, follow up with B. McGowan |
| David Blechman | 02/22/05 | 0.5 | Committee | Status meeting with P. Zilly re Festa motin, follow-up requests from advisors |
| Jamie O'Connell | 02/10/05 | 4.0 | Committee | Meeting to review 2004 results, 2005 projections with management and creditors' financial advisors in Columbia |
| Pamela Zilly | 02/18/03 | 0.3 | Committee | Call with D. Blechman re: advisors requests |
| Pamela Zilly | 02/01/05 | 1.5 | Committee | Call with management and counsel re: POR and other items |
| Pamela Zilly | 02/01/05 | 0.8 | Committee | Call with J. Sinclair re: Festa motion |
| Pamela Zilly | 02/23/05 | 0.3 | Committee | Call with S. Cunningham re: Project Blackberry |
| | | **15.8** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/28/05 | 1.0 | Employee Benefits/Pension | Review comparable compensation charts |
| David Blechman | 02/28/05 | 1.0 | Employee Benefits/Pension | Discussion with P. Zilly re: Bunovich, comp analysis for Festa motion |
| Jamie O'Connell | 02/01/05 | 0.8 | Employee Benefits/Pension | Call with B. McGowan, N. Bubnovich, J. Sinclair, L. Tersigni regarding Festa compensation motion |
| Pamela Zilly | 02/22/05 | 0.5 | Employee Benefits/Pension | Discussion with D. Blechman re: status of ACC approval of Festa motion |
| Pamela Zilly | 02/28/05 | 1.0 | Employee Benefits/Pension | Discussions with D. Blechman, review of Bubnovich analysis re: Festa motion |
| | | 4.3 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/04/05 | 0.5 | Fee Applications | Work on fee statement, respond to comments |
| David Blechman | 02/10/05 | 1.0 | Fee Applications | Work on fee application |
| David Blechman | 02/18/05 | 0.3 | Fee Applications | Work on fee application |
| David Blechman | 02/22/05 | 0.3 | Fee Applications | Work on fee application |
| | | 2.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/10/05 | 2.5 | Non-Working Travel Time | Travel to New York |
| Jamie O'Connell | 02/10/05 | 2.5 | Non-Working Travel Time | Travel to New York |
| | | 5.0 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/01/05 | 1.5 | Plan and Disclosure Statement | POR status call with management and counsel |
| David Blechman | 02/07/05 | 2.5 | Plan and Disclosure Statement | Analysis regarding interest rates provided in Plan documents |
| David Blechman | 02/07/05 | 0.5 | Plan and Disclosure Statement | Correspondence with P.Zilly, E. Filon re: warrants |
| David Blechman | 02/08/05 | 1.8 | Plan and Disclosure Statement | POR status call with management and counsel |
| David Blechman | 02/22/05 | 1.5 | Plan and Disclosure Statement | POR status call with management and counsel |
| Jamie O'Connell | 02/01/05 | 1.3 | Plan and Disclosure Statement | Call with Grace management and counsel re: Ch 11 status |
| Jamie O'Connell | 02/08/05 | 1.0 | Plan and Disclosure Statement | Ch 11 status call with management and counsel |
| Pamela Zilly | 02/01/05 | 0.5 | Plan and Disclosure Statement | Call with R. McGowan re: Festa Motion and call with L. Tersigni |
| Pamela Zilly | 02/03/05 | 0.5 | Plan and Disclosure Statement | Review analysis of equity distribution |
| Pamela Zilly | 02/05/05 | 0.5 | Plan and Disclosure Statement | Correspondence with Tarola, Shelnitz, Sinanyan re: interest rate for unsecured creditors |
| Pamela Zilly | 02/07/05 | 0.5 | Plan and Disclosure Statement | Correspondence with Tarola, Shelnitz, Sinanyan re: interest rate for unsecured creditors |
| Pamela Zilly | 02/07/05 | 0.5 | Plan and Disclosure Statement | Correspondence with Filon, Blechman re: warrants |
| Pamela Zilly | 02/08/05 | 1.8 | Plan and Disclosure Statement | Call with management and counsel re: POR and other items |
| Pamela Zilly | 02/08/05 | 1.0 | Plan and Disclosure Statement | Review revisions to Disclosure Statement |
| Pamela Zilly | 02/22/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR and other motions |
| Pamela Zilly | 02/24/05 | 0.5 | Plan and Disclosure Statement | Call with M. Shelnitz re: POR status |
| | | 16.9 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 02/02/05 | 2.5 | Tax Issues | Tax analysis of claim holders, call with E. Filon regarding tax analysis |
| David Blechman | 02/03/05 | 1.5 | Tax Issues | Further work on tax analysis |
| David Blechman | 02/03/05 | 0.5 | Tax Issues | Status meeting with J. O'Connell on tax analysis |
| David Blechman | 02/24/05 | 1.0 | Tax Issues | Tax call with Stroock and Capstone |
| David Blechman | 02/28/05 | 1.0 | Tax Issues | Review tax information re: IRS settlement; follow-up for Capstone due diligence |
| Jamie O'Connell | 02/03/05 | 0.5 | Tax Issues | Status meeting with D. Blechman on NOLs |
| Jamie O'Connell | 02/24/05 | 1.0 | Tax Issues | Conference call with Capstone and Stroock regarding tax issues |
| | | 8.0 | | |

# The Blackstone Group®

May 13, 2005

Mr. Paul J. Norris
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

Monthly advisory fee for the period of March 1, 2005 through March 31, 2005:       $          175,000.00

Out-of-pocket expenses processed for the period through March 31, 2005:[1]

| | | |
|---|---|---|
| Ground Transportation | $ 121.38 | |
| Photocopying | 115.50 | |
| Research | 779.45 | 1,016.33 |
| **Total Due** | | $    **176,016.33** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: The Blackstone Group L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 7547

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**The Blackstone Group® L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 7547**

| | GL Detail Mar-05 | Total Expenses |
|---|---|---|
| Ground Transportation - Car Service - Concord | $ 121.38 | $ 121.38 |
| Photocopying | 115.50 | 115.50 |
| Internal Research | 180.00 | 180.00 |
| External Research - Thomson | 33.40 | 33.40 |
| External Research - Securities Data | 566.05 | 566.05 |
| **Total Expenses** | **$ 1,016.33** | **$ 1,016.33** |

| | | |
|---|---|---|
| **Ground Transportation** | $ | 121.38 |
| **Photocopying** | | 115.50 |
| **Research** | | 779.45 |
| **Total Expenses** | $ | 1,016.33 |

W.R. Grace & Co.
Detail of Expenses Processed
Through March 31, 2005
Invoice No. 7547

**Ground Transportation - Car Service - Concord**

| | | | | |
|---|---|---|---|---|
| Blechman (car home from Blackstone after working late) | 01/13/05 | 121.38 | | |
| | Subtotal - Ground Transportation - Car Service - Concord | | $ | 121.38 |

**Internal Photocopying**

| | | | |
|---|---|---|---|
| Blechman | 03/07/05 - 03/13/05 | 7.50 | |
| O'Connell | 03/07/05 - 03/13/05 | 93.00 | |
| Zilly | 02/21/05 - 02/27/05 | 15.00 | |
| | Subtotal - Internal Photocopying | | 115.50 |

**Internal Research**

| | | | |
|---|---|---|---|
| Munfa (research) | 03/06/05 - 03/12/05 | 180.00 | |
| | Subtotal - Internal Research | | 180.00 |

**External Research - Thomson**

| | | | |
|---|---|---|---|
| Munfa (research) | 03/10/05 | 14.14 | |
| Munfa (comps research) | 03/12/05 | 19.26 | |
| | Subtotal - External Research - Thomson | | 33.40 |

**External Research - Securities Data**

| | | | |
|---|---|---|---|
| Munfa (research) | 01/25/05 | 60.82 | |
| Munfa (research) | 01/25/05 | 77.78 | |
| Munfa (research) | 01/26/05 | 67.21 | |
| Munfa (research) | 01/26/05 | 67.97 | |
| Munfa (research) | 01/26/05 | 70.16 | |
| Munfa (research) | 01/26/05 | 73.72 | |
| Munfa (research) | 01/26/05 | 73.93 | |
| Munfa (research) | 01/26/05 | 74.46 | |
| | Subtotal - External Research - Securities Data | | 566.05 |
| | **Total Expenses** | $ | **1,016.33** |

**THE BLACKSTONE GROUP L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 80.7 |
| David Blechman | Vice President | 82.8 |
| Jamie O'Connell | Associate | 31.5 |
| JP Munfa | Analyst | 0.5 |
| | **Total** | **195.5** |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/05 | 0.5 | Business Analysis | Review revised Blackberry proposal letter |
| Pamela Zilly | 03/01/05 | 1.0 | Business Analysis | Call with K. Myers, G. Poling re: Project Blackberry |
| David Blechman | 03/02/05 | 1.0 | Business Analysis | Review relevant news stories |
| David Blechman | 03/02/05 | 1.3 | Business Analysis | Prepare materials re Project Blackberry, coordinate 3/3 conference call |
| David Blechman | 03/02/05 | 0.8 | Business Analysis | Status meeting with Zilly re Project Blackberry; 10Kdisclosure |
| Pamela Zilly | 03/02/05 | 0.8 | Business Analysis | Meeting with D. Blechman, re: 10K disclosure, POR exhibits; Project Blackberry |
| Pamela Zilly | 03/02/05 | 1.5 | Business Analysis | Various calls with K. Myers re: Project Blackberry and presentation |
| Pamela Zilly | 03/02/05 | 2.0 | Business Analysis | Provide comments on Blackberry presentation |
| Pamela Zilly | 03/02/05 | 2.5 | Business Analysis | Markup Hatco memo |
| Pamela Zilly | 03/02/05 | 1.0 | Business Analysis | Review Project Blackberry materials, make revisions |
| Jamie O'Connell | 03/03/05 | 1.0 | Business Analysis | Call with management, financial advisors regarding Blackberry and other acquisitions |
| Pamela Zilly | 03/03/05 | 0.5 | Business Analysis | Review balance sheets for acquisition |
| David Blechman | 03/04/05 | 1.0 | Business Analysis | Meeting with D. Blechman re: Blackberry acquisition, advisors questions and responses |
| David Blechman | 03/07/05 | 1.0 | Business Analysis | Call with K. Myers, Poling, Gatt re Blackberry acquisition |
| Pamela Zilly | 03/07/05 | 1.3 | Business Analysis | Call with management re: Project Blackberry |
| Pamela Zilly | 03/07/05 | 1.0 | Business Analysis | Read monthly operating report |
| Pamela Zilly | 03/07/05 | 2.0 | Business Analysis | Review model, materials provided to advisors on Blackberry |
| David Blechman | 03/08/05 | 2.0 | Business Analysis | Follow up re Blackberry, read contract |
| David Blechman | 03/08/05 | 0.8 | Business Analysis | Call with K. Myers, others re Blackberry |
| Jamie O'Connell | 03/08/05 | 0.8 | Business Analysis | Call with Grace management and Capstone regarding Blackberry acquisition |
| Pamela Zilly | 03/08/05 | 1.5 | Business Analysis | Read 10K |
| JP Murfa | 03/10/05 | 0.5 | Business Analysis | Various phone calls with K. Myers, review responses to questions re: Blackberry acquisition |
| David Blechman | 03/11/05 | 1.8 | Business Analysis | Research on Great Lakes Chemical acquisition |
| Pamela Zilly | 03/11/05 | 1.0 | Business Analysis | Follow up re Blackberry, read proxy statement |
| David Blechman | 03/15/05 | 0.8 | Business Analysis | Review materials, discussing with K. Myers re: Blackberry and other acquisitions |
| David Blechman | 03/22/05 | 1.0 | Business Analysis | Call with S. Smith, others re Project CUBA, send materials to advisors |
| Pamela Zilly | 03/22/05 | 0.5 | Business Analysis | Status meeting with Zilly, Zilly, follow up re plant closure |
| Pamela Zilly | 03/22/05 | 0.5 | Business Analysis | Meeting with D. Blechman re: historical Owensboro transaction |
| Jamie O'Connell | 03/23/05 | 0.5 | Business Analysis | Call with R. McGowan re: Owensboro closing |
| David Blechman | 03/24/05 | 0.5 | Business Analysis | Call with management, L. Hamilton of Capstone regarding Project CUBA acquisition |
| Pamela Zilly | 03/24/05 | 0.5 | Business Analysis | Status meeting with Zilly re Owensboro |
| David Blechman | 03/25/05 | 1.0 | Business Analysis | Status meeting with D. Blechman re: Owensboro, other transactions |
| Pamela Zilly | 03/28/05 | 0.5 | Business Analysis | Review material on Owensboro closing - provide revisions |
| Pamela Zilly | 03/28/05 | 1.0 | Business Analysis | Work on Project Hercules, meeting with Zilly |
| David Blechman | 03/29/05 | 2.0 | Business Analysis | Revision to Owensboro material |
| Pamela Zilly | 03/29/05 | 1.0 | Business Analysis | Work on Project Hercules, calls with Farnsworth, sent materials |
| Pamela Zilly | 03/29/05 | 1.0 | Business Analysis | Discussion with S. Farnsworth, B. McGowan, D. Blechman re: Owensboro material |
| | | 40.1 | | Status meeting with D. Blechman re: tax meeting, pension motion |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/31/05 | 0.8 | Case Administration | Read Owns Corning opinion on estimation |
| | | 0.8 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/01/05 | 1.0 | Claims Analysis Objection/Resolution | Discussions with J. Baer, M. Obradovic re: Hatco Motion |
| Pamela Zilly | 03/03/05 | 1.0 | Claims Analysis Objection/Resolution | Edits to Hatco memo |
| Pamela Zilly | 03/08/05 | 2.0 | Claims Analysis Objection/Resolution | Review revised Hatco memo and make revisions |
| Pamela Zilly | 03/09/05 | 1.0 | Claims Analysis Objection/Resolution | Call with M. Obradovic re: Hatco transaction |
| Pamela Zilly | 03/28/05 | 2.5 | Claims Analysis Objection/Resolution | Markup of Hatco memo |
| | | 7.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/01/05 | 1.0 | Committee | Respond to Capstone due diligence request re taxes |
| David Blechman | 03/02/05 | 1.5 | Committee | Respond to Tersigni due diligence request, follow up |
| David Blechman | 03/03/05 | 1.0 | Committee | Call with advisors re Project Blackberry |
| David Blechman | 03/03/05 | 1.8 | Committee | Follow up due diligence by advisors re Project Blackberry |
| Pamela Zilly | 03/03/05 | 0.5 | Committee | Calls with G. Poling and K. Myers re: advisors' call |
| Pamela Zilly | 03/03/05 | 1.3 | Committee | Call with Committees' advisors re: Project Blackberry |
| Pamela Zilly | 03/03/05 | 1.5 | Committee | Follow-up calls with K. Myers re: Project Blackberry - issues and due diligence request |
| David Blechman | 03/04/05 | 1.0 | Committee | Status meeting with Zilly re Blackberry, advisors due diligence |
| David Blechman | 03/06/05 | 2.0 | Committee | Follow up re Blackberry with K. Myers and Capstone |
| David Blechman | 03/07/05 | 0.8 | Committee | Follow up re Blackberry due diligence |
| David Blechman | 03/07/05 | 1.5 | Committee | Calls to advisors re Blackberry, follow up with K. Myers, Zilly |
| Pamela Zilly | 03/07/05 | 1.0 | Committee | Review responses to due diligence questions on Project Blackberry |
| David Blechman | 03/08/05 | 0.8 | Committee | Call with Capstone re Blackberry questions |
| David Blechman | 03/08/05 | 0.8 | Committee | Respond to information requests re Festa motion |
| Pamela Zilly | 03/08/05 | 1.0 | Committee | Call with Capstone re: Project Blackberry |
| David Blechman | 03/09/05 | 1.0 | Committee | Respond to advisors' due diligence requests re Blackberry |
| David Blechman | 03/11/05 | 0.8 | Committee | Prepare for conference call with Capstone |
| David Blechman | 03/11/05 | 1.0 | Committee | Call with Capstone re two acquisitions, follow up with K. Myers |
| Jamie O'Connell | 03/11/05 | 0.8 | Committee | Call with Capstone, management regarding potential acquisitions |
| David Blechman | 03/14/05 | 0.3 | Committee | Call with J. Brownstein re tax |
| David Blechman | 03/14/05 | 1.0 | Committee | Follow up with CIBC due diligence request |
| David Blechman | 03/14/05 | 0.5 | Committee | Follow up Tersigni due diligence request |
| David Blechman | 03/15/05 | 0.5 | Committee | Call with Capstone re claims |
| Jamie O'Connell | 03/15/05 | 0.5 | Committee | Call with Capstone regarding updated claims |
| David Blechman | 03/22/05 | 0.8 | Committee | Call with Capstone re Project CUBA |
| David Blechman | 03/28/05 | 0.3 | Committee | Call with Capstone re due diligence |
| David Blechman | 03/29/05 | 1.0 | Committee | Respond to Capstone due diligence |
| David Blechman | 03/30/05 | 4.0 | Committee | Travel to Boca Raton, FL for tax meeting, prepare for tax meeting |
| Jamie O'Connell | 03/30/05 | 3.5 | Committee | Travel to Boca Raton for tax meeting with CIBC; review materials and agenda |
| David Blechman | 03/31/05 | 4.0 | Committee | Tax meeting with CIBC, E. Filon |
| Jamie O'Connell | 03/31/05 | 4.0 | Committee | Meeting at Grace's Boca Raton office with E. Felon, D. Blechman and CIBC re tax issues |
| | | **41.0** | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/02/05 | 0.5 | Employee Benefits/Pension | Call with R. McGowan re: Festa motion and ACC request |
| Pamela Zilly | 03/04/05 | 0.8 | Employee Benefits/Pension | Read Objections to the Festa Motion |
| David Blechman | 03/07/05 | 1.0 | Employee Benefits/Pension | Review objections to Festa motion |
| David Blechman | 03/07/05 | 1.0 | Employee Benefits/Pension | Status meeting with Zilly re: response to Festa objections |
| David Blechman | 03/07/05 | 1.0 | Employee Benefits/Pension | Call with management re Festa motion |
| Pamela Zilly | 03/07/05 | 1.0 | Employee Benefits/Pension | Call with R. McGowan, P. Norris, J. Kapp, N. Bubnovich re: Festa motion |
| Pamela Zilly | 03/07/05 | 1.0 | Employee Benefits/Pension | Meeting with D. Blechman re: drafting of response to Festa motion objections |
| David Blechman | 03/08/05 | 1.0 | Employee Benefits/Pension | Follow up calls re Festa contract |
| Pamela Zilly | 03/08/05 | 0.5 | Employee Benefits/Pension | Call with CIBC, R. McGowan re: Festa motion |
| Pamela Zilly | 03/09/05 | 1.0 | Employee Benefits/Pension | Review draft response to objections on Festa Motion |
| Pamela Zilly | 03/09/05 | 1.0 | Employee Benefits/Pension | Review comparable company analysis for Festa compensation |
| David Blechman | 03/10/05 | 6.0 | Employee Benefits/Pension | Work on response to objections to Festa motion |
| David Blechman | 03/10/05 | 1.5 | Employee Benefits/Pension | Calls with management re Festa motion |
| Pamela Zilly | 03/10/05 | 4.0 | Employee Benefits/Pension | Provide edits to various versions Debtors' reply to Objections to Festa motion |
| Pamela Zilly | 03/10/05 | 2.0 | Employee Benefits/Pension | Provide edits to Vanderslice affidavit |
| David Blechman | 03/11/05 | 2.0 | Employee Benefits/Pension | Work on Festa motion, meeting with Zilly re Festa motion |
| David Blechman | 03/11/05 | 2.0 | Employee Benefits/Pension | Conference call re Festa motion |
| Pamela Zilly | 03/11/05 | 0.5 | Employee Benefits/Pension | Calls with J. Kapp re: Debtors' reply to objections to Festa motion |
| David Blechman | 03/11/05 | 1.5 | Employee Benefits/Pension | Call with B. McGowan, J. Forgash re: Debtors' response to objections to Festa motion |
| Pamela Zilly | 03/11/05 | 2.0 | Employee Benefits/Pension | Provide revision to Debtors' reply to Objections to Festa motion |
| Pamela Zilly | 03/11/05 | 1.0 | Employee Benefits/Pension | Call with S. Blatnick, B. McGowan re: final version of Debtors' reply on Festa motion |
| David Blechman | 03/29/05 | 1.0 | Employee Benefits/Pension | Status meeting with Zilly re: pension backup materials |
| David Blechman | 03/30/05 | 1.3 | Employee Benefits/Pension | Calls re Owensboro, POR analysis, pension motion |
| Pamela Zilly | 03/30/05 | 1.0 | Employee Benefits/Pension | Read draft pension funding motion; discussion with J. Forgash, B. McGowan re: timing of filing of pension motion |
| Pamela Zilly | 03/31/05 | 1.0 | Employee Benefits/Pension | Calls with B. McGowan re: pension funding motion |
| Pamela Zilly | 03/31/05 | 0.5 | Employee Benefits/Pension | Read revision to draft pension funding motion |
| | | 36.0 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/04/05 | 0.3 | Fee Applications | Work on fee app |
| | | 0.3 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/15/05 | 0.3 | Hearings | Coordinate dial into Court hearing |
| David Blechman | 03/21/05 | 1.8 | Hearings | Participate in Court hearing |
| Pamela Zilly | 03/21/05 | 1.5 | Hearings | Attend Court hearing via phone |
| | | 3.5 | | |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/31/05 | 4.0 | Non-Working Travel Time | Non-working travel back from Boca Raton, FL |
| Jamie O'Connell | 03/31/05 | 3.5 | Non-Working Travel Time | Non- working travel to New York |
| | | 7.5 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/01/05 | 2.0 | Plan and Disclosure Statement | Weekly POR call, status meeting with Zilly, O'Connell |
| David Blechman | 03/01/05 | 1.0 | Plan and Disclosure Statement | Review new pro forma balance sheet, meeting with O'Connell re balance sheet |
| Jamie O'Connell | 03/01/05 | 2.0 | Plan and Disclosure Statement | Call with Grace management, Kirkland & Ellis regarding status of case; status meeting with Zilly, Blechman |
| Jamie O'Connell | 03/01/05 | 1.0 | Plan and Disclosure Statement | Modeling new pro forma balance sheet; meeting with Blechman regarding balance sheet |
| Pamela Zilly | 03/01/05 | 2.0 | Plan and Disclosure Statement | Call with management, counsel re: POR status, other items; follow-up meeting with D. Blechman, J. O'Connell |
| David Blechman | 03/02/05 | 0.5 | Plan and Disclosure Statement | Prepare for call with Debrusge re: claims, balance sheet revisions |
| Jamie O'Connell | 03/02/05 | 0.5 | Plan and Disclosure Statement | Call with T. Debrusge and M. Brown regarding reorganization section of 10-K |
| Jamie O'Connell | 03/02/05 | 0.5 | Plan and Disclosure Statement | Call with M. Brown regarding reorganization section of 10-K |
| David Blechman | 03/03/05 | 1.5 | Plan and Disclosure Statement | Review Por Model; meeting with J. O'Connell |
| Jamie O'Connell | 03/03/05 | 1.5 | Plan and Disclosure Statement | Modeling new pro forma balance sheet; meeting with Blechman regarding balance sheet |
| Pamela Zilly | 03/03/05 | 1.0 | Plan and Disclosure Statement | Review updated POR model |
| Pamela Zilly | 03/04/05 | 1.5 | Plan and Disclosure Statement | Review POR model |
| David Blechman | 03/07/05 | 0.8 | Plan and Disclosure Statement | Update POR model |
| Jamie O'Connell | 03/07/05 | 1.5 | Plan and Disclosure Statement | Financial modeling: updating model for actual 2004 results |
| David Blechman | 03/08/05 | 1.3 | Plan and Disclosure Statement | Weekly POR call |
| Jamie O'Connell | 03/08/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 03/08/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR status, motions |
| David Blechman | 03/09/05 | 1.0 | Plan and Disclosure Statement | Meeting with O'Connell re POR model |
| Jamie O'Connell | 03/09/05 | 1.0 | Plan and Disclosure Statement | Meeting with Blechman regarding financial model |
| Pamela Zilly | 03/09/05 | 3.0 | Plan and Disclosure Statement | Review updated model, analysis of changes in claims and balance sheet |
| Jamie O'Connell | 03/10/05 | 1.0 | Plan and Disclosure Statement | Status meeting with Zilly re: Blackberry, 10k and disclosure statement exhibits |
| Pamela Zilly | 03/10/05 | 1.0 | Plan and Disclosure Statement | Meeting with D. Blechman re: Blackberry, 10K balance sheets |
| David Blechman | 03/11/05 | 0.5 | Plan and Disclosure Statement | Status meeting with Zilly re: claims |
| Pamela Zilly | 03/11/05 | 0.5 | Plan and Disclosure Statement | Meeting with D. Blechman re: claim adjustments |
| David Blechman | 03/14/05 | 0.8 | Plan and Disclosure Statement | Status meeting with Zilly and O'Connell re: POR Model |
| David Blechman | 03/14/05 | 0.8 | Plan and Disclosure Statement | Call with M. Brown re claims |
| David Blechman | 03/14/05 | 1.0 | Plan and Disclosure Statement | Follow up call with M. Brown re claims and POR |
| Jamie O'Connell | 03/14/05 | 0.5 | Plan and Disclosure Statement | Review POR model re: claims |
| Jamie O'Connell | 03/14/05 | 1.5 | Plan and Disclosure Statement | Call with Grace management regarding claims balances |
| Jamie O'Connell | 03/14/05 | 0.5 | Plan and Disclosure Statement | Financial modeling: updating model for actual 2004 results, claim amounts |
| Pamela Zilly | 03/14/05 | 0.8 | Plan and Disclosure Statement | Status meeting call with Zilly and Blechman |
| David Blechman | 03/15/05 | 0.8 | Plan and Disclosure Statement | Meeting with D. Blechman, J. O'Connell re: pro forma balance sheets |
| Jamie O'Connell | 03/15/05 | 1.0 | Plan and Disclosure Statement | Weekly POR call, follow up with E. Filon |
| David Blechman | 03/15/05 | 0.8 | Plan and Disclosure Statement | Status calls with O'Connell and Zilly |
| Jamie O'Connell | 03/15/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Jamie O'Connell | 03/15/05 | 0.8 | Plan and Disclosure Statement | Status calls with Zilly and Blechman |
| Pamela Zilly | 03/15/05 | 4.0 | Plan and Disclosure Statement | Claims review and reconciliation |
| Pamela Zilly | 03/15/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re: POR |
| Pamela Zilly | 03/15/05 | 0.8 | Plan and Disclosure Statement | Calls with D. Blechman, J. O'Connell re status |
| David Blechman | 03/22/05 | 1.0 | Plan and Disclosure Statement | Weekly POR call |
| Jamie O'Connell | 03/22/05 | 0.5 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 03/22/05 | 1.3 | Plan and Disclosure Statement | Call with management and counsel re: POR and motions |
| David Blechman | 03/24/05 | 1.3 | Plan and Disclosure Statement | Strategy call with Norris, Siegel, Shelnitz, Festa, Tarola |
| Jamie O'Connell | 03/24/05 | 1.0 | Plan and Disclosure Statement | Call with advisors and Grace management regarding case strategy |
| Pamela Zilly | 03/24/05 | 1.3 | Plan and Disclosure Statement | Strategy call with management and counsel re: status of POR |
| David Blechman | 03/28/05 | 1.0 | Plan and Disclosure Statement | Analysis of POR, meeting with O'Connell re POR |
| Jamie O'Connell | 03/28/05 | 1.0 | Plan and Disclosure Statement | Comparison of distributable value |
| Jamie O'Connell | 03/28/05 | 1.0 | Plan and Disclosure Statement | Analysis of POR and meeting with Blechman |

THE BLACKSTONE GROUP L.P.
HOURLY DETAIL FOR THE PERIOD OF
MARCH 1, 2005 THROUGH MARCH 31, 2005

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| David Blechman | 03/29/05 | 1.0 | Plan and Disclosure Statement | Weekly POR call |
| Jamie O'Connell | 03/29/05 | 1.0 | Plan and Disclosure Statement | Conference call with Grace management and Kirkland & Ellis regarding status of case |
| Pamela Zilly | 03/29/05 | 1.0 | Plan and Disclosure Statement | Call with management and counsel re status of Chapter 11, motions |
| Pamela Zilly | 03/30/05 | 2.5 | Plan and Disclosure Statement | Review model for 10K presentation purposes |
| | | 57.9 | | |

**THE BLACKSTONE GROUP L.P.**
**HOURLY DETAIL FOR THE PERIOD OF**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 03/31/05 | 1.0 | Tax Issues | Review tax material |
| | | 1.0 | | |