| 01/03/05 | Follow up regarding status of signed CNA settlement agreement. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| 01/03/05 | Draft follow up request to E. DeCristofaro for original copy of settlement agreement as signed by CNA. | | |
| 15 | M. Waller | 0.1 | 37.50 |

| 01/03/05 | Reviewing Unigard pleadings and drafting summary regarding insurance coverage claims in response to request from PD committee, as received from L. Sinanyan. | | |
| 15 | M. Waller | 1.6 | 600.00 |

| 01/04/05 | Reviewing motion in support of application for approval of settlement agreement as received from J. McFarlane. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 01/04/05 | Follow up with J. Posner and J. McFarlane regarding CNA settlement agreement. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 01/05/05 | Follow up regarding CNA settlement agreement. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| 01/05/05 | Reviewing motion in support of application for approval of settlement agreement, comparing same to Settlement Agreement, drafting additions and revisions to same. | | |
| 15 | M. Waller | 0.9 | 337.50 |

| 01/05/05 | Draft memo to J. McFarlane regarding revisions to motion in support of application for approval of settlement agreement. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 01/05/05 | Reviewing revisions to motion from J. McFarlane and respond to same. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 01/05/05 | Finalize motion and draft e-mail memorandum to CNA counsel regarding same and again requesting original copy of executed agreement. | | |
| 15 | M. Waller | 0.7 | 262.50 |

| 01/05/05 | Draft letter to CNA counsel requesting original copy of fully executed settlement agreement. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 01/06/05 | Review e-memorandum from E. DeCristofaro regarding settlement agreement as executed by CNA and forward same to A. Marchetta. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 01/10/05 | Review draft response to Minnesota request for information and preparing revisions. | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |

| 01/11/05 | Follow up with M. Waller regarding response to request from Minnesota Pollution Control Agency. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.2 | 105.00 |

| 01/11/05 | Review e-mail memorandum from J. Posner to R. Emmett regarding revisions to letter to Minnesota in response to request for information. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 01/11/05 | Finalizing revisions to response to information request from Minnesota and exchanging e-mails with J. Posner regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |

| 01/11/05 | Confer with A. Marchetta regarding response to request from Minnesota Pollution Control Agency | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 01/11/05 | Draft e-mail to client regarding revisions to MPCA request for information and Attachment C. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 01/11/05 | Draft memorandum to J. Posner regarding revisions to response to MN request for information; | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 01/14/05 | Draft e-mail to CNA counsel requesting signed copy of settlement agreement and comments on proposed motion for acceptance of same in bankruptcy and review response from CNA counsel. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 01/14/05 | Receive request from J. Posner to review draft 10-K disclosure regarding NY coverage actions and to update same and respond. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 01/14/05 | Draft e-mail to A. Marchetta regarding status of receiving fully signed settlement agreement from CNA and comments to draft motion for approval of same in bankruptcy. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 01/14/05 | Reviewing 10-K legal proceedings section, prepare revisions to same and draft e-mail to J. Posner and A. Marchetta regarding revisions. | | |
|---|---|---|---|
| 15 | M. Waller | 1.1 | 412.50 |

| 01/17/05 | Drafting additions and revisions to disclosure and forward comments to J. Posner. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 01/17/05 | Review follow up e-mail memoranda from client and J. Posner regarding corporate disclosure; | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 01/17/05 | Review fully executed settlement as received from CNA counsel and scan and forward with e-mail to J. Posner, bankruptcy counsel, and Grace. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 01/19/05 | Receive e-mail correspondence from CNA counsel, E. DeCristofaro regarding comments to motion to submit Settlement Agreement in bankruptcy; Follow up regarding same. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 01/20/05 | Draft memo to and confer with A. Marchetta regarding failure of CNA to provide comments to draft motion for submission of Settlement Agreement in bankruptcy | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 01/20/05 | Draft memo to and confer with A. Marchetta regarding failure of CNA to provide comments to draft motion for submission of Settlement Agreement in bankruptcy. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| | | | |
| 01/20/05 | Draft e-mail memo to CNA counsel that motion for approval of settlement agreement in bankruptcy will be finalized. | | |
| 15 | M. Waller | 0.1 | 37.50 |
| | | | |
| 01/20/05 | Receive e-mail memo to CNA counsel noting that CNA will have comments to motion for approval of settlement agreement in bankruptcy | | |
| 15 | M. Waller | 0.1 | 37.50 |
| | | | |
| 01/20/05 | Follow up with M. Waller regarding confirmation on settlement agreement in bankruptcy. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| | | | |
| 01/21/05 | Review insurance coverage spreadsheets from F. Zaremby and compare same to information from review of policies; | | |
| 15 | M. Waller | 1.8 | 675.00 |
| | | | |
| 01/24/05 | Review e-mail from J. Baer re finalizing motion to submit settlement agreement for approval in bankruptcy. | | |

| 15 | M. Waller | 0.1 | 37.50 |

| 01/24/05 | Review e-mail from E. DeCristofaro and forward comment to J. Baer regarding same and finalizing motion for approval of settlement agreement. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 01/24/05 | Review e-mail from S. Blatnick regarding gradual pollution coverage under CNA policies and telephone conference with same. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 01/24/05 | Review CNA policies to confirm reference to gradual pollution per call from S. Blatnick regarding gradual pollution and follow up call to same regarding footnote. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 01/24/05 | Follow up with J. Posner regarding reference to gradual pollution in footnote to motion seeking approval of CNA settlement agreement and draft memo pursuant to same to J. Baer and S. Blatnick; Receive e-mail replies to same. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 01/31/05 | Draft additions and revisions to 10K statement regarding Environmental Insurance Litigation and memorandum to J. Posner explaining same. | | |
| 15 | M. Waller | 0.7 | 262.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.9 | 525.00 | 472.50 |
| M. Waller | 15 | 14.3 | 375.00 | 5,362.50 |
| TOTAL | | 15.2 | | 5,835.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| 01/06/05 | Review/analysis Tahari's proposed counter order of ejectment. | | |
| 15 | B. Benjamin | 0.2 | 78.00 |

| 01/06/05 | Draft correspondence to V. Finkelstein and A. Nagy regarding Tahari proposed counter order of ejectment. | | |
| 15 | B. Benjamin | 0.1 | 39.00 |

| 01/11/05 | Draft summary of action for Retained Claims report. | | |
| 15 | B. Benjamin | 0.4 | 156.00 |

| 01/11/05 | Telephone conference with C. Boubol, counsel for Trizec, regarding submission of proposed order of eviction, discovery issues. | | |
| 15 | B. Benjamin | 0.2 | 78.00 |

| 01/21/05 | Review/analysis executed Order and Judgment of Eviction | | |
| 15 | B. Benjamin | 0.1 | 39.00 |

| 01/21/05 | Draft correspondence to C. Boubol, attorney for Trizec, forwarding executed Order and Judgment of Eviction. | | |
| 15 | B. Benjamin | 0.1 | 39.00 |

| 01/21/05 | Telephone conference with C. Boubol, attorney for Trizec, regarding issuance of Order of Eviction against Tahari. | | |
| 15 | B. Benjamin | 0.1 | 39.00 |

| 01/27/05 | Follow up regarding issues on eviction. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| 01/27/05 | Telephone conference with C. Boubol, counsel for Trizec, regarding eviction of Tahari, adjournment of compliance conference, discovery obligations. | | |
| 15 | B. Benjamin | 0.2 | 78.00 |

| 01/27/05 | Telephone conference with D. Rozenholc, counsel for Tahari regarding adjournment of compliance conference. | | |
| 15 | B. Benjamin | 0.1 | 39.00 |

| 01/27/05 | Draft correspondence to V. Finkelstein regarding adjournment of compliance conference, eviction of Tahari. | | |
| 15 | B. Benjamin | 0.2 | 78.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.2 | 525.00 | 105.00 |
| B. Benjamin | 15 | 1.7 | 390.00 | 663.00 |
| TOTAL | | 1.9 | | 768.00 |

## FEES FOR THE FEE PERIOD FEBRUARY 1, 2004 THROUGH FEBRUARY 28, 2005

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| 01/31/05 | Address case issues. | | |
| 4 | W. Hatfield | 0.2 | 67.00 |

| 02/01/05<br>15 | Address strategy issues.<br>W. Hatfield | 0.2 | 67.00 |
|---|---|---|---|
| 02/01/05<br>15 | Telephone conferences with Suffolk Co. Sheriff and Essex Co. Sheriff regarding service of documents<br>J. Borg | 0.3 | 90.00 |
| 02/03/05<br>15 | Address appeal issues.<br>W. Hatfield | 0.4 | 134.00 |
| 02/03/05<br>4 | Address settlement posture.<br>R. Rose | 0.1 | 42.50 |
| 02/03/05<br>15 | Receipt and review of correspondence from Biehl.<br>R. Gottilla | 0.3 | 109.50 |
| 02/03/05<br>15 | Telephone conversation with F. Biehl regarding delay in receipt of insurance funds and requesting 2 week adjournment of discovery hearing.<br>R. Gottilla | 0.3 | 109.50 |
| 02/03/05<br>15 | Telephone conference with Suffolk Co. Sheriff re: adjournment of discovery hearing.<br>J. Borg | 0.1 | 30.00 |
| 02/03/05<br>15 | Numerous telephone conferences with Essex Co. Sheriff regarding adjournment of discovery hearing.<br>J. Borg | 0.2 | 60.00 |
| 02/03/05<br>15 | Multiple telephone conferences with J. Rodriguez re: adjournment.<br>J. Borg | 0.2 | 60.00 |
| 02/03/05<br>15 | Preparation of correspondence to J. Rodriguez re: adjournment of discovery hearing.<br>J. Borg | 0.2 | 60.00 |
| 02/03/05<br>15 | Review/Analysis correspondence from J. Rodriguez re: updated search.<br>J. Borg | 0.2 | 60.00 |
| 02/04/05<br>15 | Call with Shell counsel on case issues and address potential for settlement.<br>W. Hatfield | 0.5 | 167.50 |
| 02/07/05<br>15 | Numerous telephone conferences with Essex County Sheriff re: service and numerous telephone conferences with Suffolk County Sheriff re: Lienor's List.<br>J. Borg | 0.5 | 150.00 |

| | | | |
|---|---|---|---|
| 02/08/05 | Telephone conversation with F. Biehl regarding receipt of additional payment from insurance company. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| | | | |
| 02/09/05 | Address case issues on potential settlement with Shell and other defendants. | | |
| 4 | W. Hatfield | 1.1 | 368.50 |
| | | | |
| 02/09/05 | Prepare settlement strategy with W. Hatfield, including review of legal and factual argument for settlement discussions. | | |
| 4 | F. Stella | 1.0 | 260.00 |
| | | | |
| 02/10/05 | Address settlement issues. | | |
| 4 | W. Hatfield | 0.5 | 167.50 |
| | | | |
| 02/10/05 | Telephone Sunoco counsel concerning settlement proposal. | | |
| 4 | R. Rose | 0.3 | 127.50 |
| | | | |
| 02/10/05 | Call to C. Miller regarding potential settlement. | | |
| 4 | F. Stella | 0.3 | 78.00 |
| | | | |
| 02/11/05 | Receipt and review of letter from F. Biehl forwarding an additional insurance check towards payment of judgment. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |
| | | | |
| 02/12/05 | Attend to Tiech issues on payment. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |
| | | | |
| 02/15/05 | Address Tiech and settlement issues. | | |
| 15 | W. Hatfield | 0.4 | 134.00 |
| | | | |
| 02/15/05 | Correspondence to F. Biehl acknowledging receipt of payment and advising of balance due and further adjournment of discovery hearing. | | |
| 15 | R. Gottilla | 0.5 | 182.50 |
| | | | |
| 02/16/05 | Address letter to Biehl on Tiech payments. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |
| | | | |
| 02/16/05 | Telephone conversation with F. Biehl regarding final insurance payment and questioning balance due on judgment and interest calculation. | | |
| 15 | R. Gottilla | 0.2 | 73.00 |
| | | | |
| 02/17/05 | Address settlement issues and call with clients on strategy. | | |
| 15 | W. Hatfield | 1.0 | 335.00 |
| | | | |
| 02/17/05 | Telephone Richard's counsel with settlement proposal. | | |

| | | | |
|---|---|---|---|
| 4 | R. Rose | 0.2 | 85.00 |

| | | | |
|---|---|---|---|
| 02/17/05 | Attend to authority to offer limited indemnity to defendants. | | |
| 4 | R. Rose | 0.1 | 42.50 |

| | | | |
|---|---|---|---|
| 02/18/05 | Address briefing schedule and defendants' request for consent on extension and letter on same. | | |
| 15 | W. Hatfield | 0.5 | 167.50 |

| | | | |
|---|---|---|---|
| 02/18/05 | Attention letter from Richard's counsel concerning extension. | | |
| 4 | R. Rose | 0.1 | 42.50 |

| | | | |
|---|---|---|---|
| 02/18/05 | Telephone message to Sunoco counsel concerning limited indemnity. | | |
| 4 | R. Rose | 0.1 | 42.50 |

| | | | |
|---|---|---|---|
| 02/18/05 | Discuss Weja's extension of time to file brief. | | |
| 4 | R. Rose | 0.1 | 42.50 |

| | | | |
|---|---|---|---|
| 02/18/05 | Call with court to confirm submission of certain deposition pages. | | |
| 4 | F. Stella | 0.2 | 52.00 |

| | | | |
|---|---|---|---|
| 02/21/05 | Address site remedial issues and new developments. | | |
| 15 | W. Hatfield | 0.6 | 201.00 |

| | | | |
|---|---|---|---|
| 02/22/05 | Telephone from M. Mezzaca concerning extension of time. | | |
| 4 | R. Rose | 0.1 | 42.50 |

| | | | |
|---|---|---|---|
| 02/22/05 | Call with Shell defense counsel. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |

| | | | |
|---|---|---|---|
| 02/22/05 | Receipt and review of letter from Biehl enclosing additional payment to be applied towards accrued interest on Teich judgment. | | |
| 15 | R. Gottilla | 0.3 | 109.50 |

| | | | |
|---|---|---|---|
| 02/23/05 | Address potential settlement issues and draft agreement. | | |
| 15 | W. Hatfield | 0.9 | 301.50 |

| | | | |
|---|---|---|---|
| 02/23/05 | Review correspondence. | | |
| 15 | W. Hatfield | 0.2 | 67.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 1.1 | 425.00 | 467.50 |
| R. Gottilla | 15 | 2.1 | 365.00 | 766.50 |

| W. Hatfield | 4 | 1.8 | 335.00 | 603.00 |
|---|---|---|---|---|
| | 15 | 5.3 | 335.00 | 1,775.50 |
| J. Borg | 15 | 1.7 | 300.00 | 510.00 |
| F. Stella | 4 | 1.5 | 260.00 | 390.00 |
| TOTAL | | 13.5 | | 4,512.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

| 02/01/05 | Review and revise Pitney Hardin's December, 2004 fee application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 112.50 |

| 02/01/05 | Review memorandum from J. McFarland and attached list of questions from unsecured creditors committee, and respond to same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 02/01/05 | Follow up with J. McFarland regarding conference call with unsecured creditors' committee regarding CNA settlement and changes in scheduling. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 02/01/05 | Follow up with A. Marchetta regarding conference call with unsecured creditors' committee regarding CNA settlement. | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| 02/02/05 | Follow up with J. McFarland and A. Marchetta regarding conference call with unsecured creditors' committee regarding CNA settlement. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 02/03/05 | Draft e-mail memorandum to J. Baer regarding follow up with CNA regarding production of settlement agreement and review response to same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 02/03/05 | Draft follow up e-mail memorandum to J. Baer regarding follow up with CNA and receive response from J. Baer regarding conditions for disclosure of settlement agreement to creditors committee. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 02/03/05 | Review e-mail from J. Posner regarding discovery sought regarding CNA settlement and follow up e-mail to A. Marchetta regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 02/03/05 | Follow up regarding conference call with client regarding approval of settlement. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 157.50 |

| 02/03/05 | Follow up regarding issues on settlement approval. | | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.3 | 157.50 |

| | | | |
|---|---|---|---|
| 02/04/05 | Telephone conference with CNA counsel regarding disclosure of settlement agreement pursuant to request by creditors' committee. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 02/04/05 | Review e-mail from J. McFarland regarding telephone conference with bankruptcy creditors' committee regarding CNA settlement agreement and respond to same. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 02/08/05 | Revised December 2004 fee application and attention to sending same to be filed. | | |
| 11 | K. Jasket | 0.8 | 188.00 |

| | | | |
|---|---|---|---|
| 02/08/05 | Receipt and review of CNO for November 2004 and forwarded same to A. Marchetta and S. Zuber. | | |
| 11 | K. Jasket | 0.2 | 47.00 |

| | | | |
|---|---|---|---|
| 02/09/05 | Follow up with J. MacFarland and A. Marchetta regarding conference call with creditor committee concerning CNA settlement agreement. | | |
| 15 | M. Waller | 0.1 | 37.50 |

| | | | |
|---|---|---|---|
| 02/09/05 | Draft e-mail to J. Posner forwarding draft memorandum regarding analysis of coverage. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 02/09/05 | Drafted Quarterly fee application for the 15th Interim Period. | | |
| 11 | K. Jasket | 2.5 | 587.50 |

| | | | |
|---|---|---|---|
| 02/10/05 | Prepare for and conference call with attorneys on Chapter 11 regarding settlement, including follow up regarding same. | | |
| 4 | A. Marchetta | 2.0 | 1,050.00 |

| | | | |
|---|---|---|---|
| 02/10/05 | Prepare for conference call with A. Marchetta, client and creditors' committee. | | |
| 15 | M. Waller | 0.5 | 187.50 |

| | | | |
|---|---|---|---|
| 02/10/05 | Work with S. Parker regarding materials required for conference call with creditors committee. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| | | | |
|---|---|---|---|
| 02/10/05 | Conference with A. Marchetta in preparation for call with client and creditors' committee regarding settlement with CNA. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 02/10/05 | Conference call with A. Marchetta to J. Posner, F. Zaremby, and J. McFarland in preparation for call with creditors' committee regarding settlement with CNA. | | |
|---|---|---|---|
| 15 | M. Waller | 0.5 | 187.50 |

| 02/10/05 | Participate in conference call with A. Marchetta, J. Posner, F. Zaremby, and J. McFarland to counsel for creditors committee re: settlement with CNA. | | |
|---|---|---|---|
| 15 | M. Waller | 1.6 | 600.00 |

| 02/10/05 | Worked with M. Waller regarding documents needed in preparation for conference with creditors' committee. | | |
|---|---|---|---|
| 4 | S. Parker | 0.4 | 50.00 |

| 02/10/05 | Conducted database searches and reviewed file documents regarding compilation of documents needed by M. Waller re: conference with creditors' committee. | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

| 02/14/05 | Receive e-mail memorandum from J. Posner attaching memo from creditor's committee requesting additional information. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 37.50 |

| 02/14/05 | Telephone conference with J. Posner and J. McFarland regarding additional questions from creditor's committee. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

| 02/15/05 | Review and revise PH's fee application for October - December, 2004. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 112.50 |

| 02/16/05 | Follow up regarding conference on settlement. | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.4 | 210.00 |

| 02/16/05 | Review e-mail from J. Baer regarding conference call with various creditors' committees regarding CNA settlement and follow up with J. Posner and A. Marchetta regarding conference call prior to call with creditors' committees. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

| 02/17/05 | Preparation for and conference call with committees regarding agreement and follow up regarding same. | | |
|---|---|---|---|
| 4 | A. Marchetta | 1.2 | 630.00 |

| 02/17/05 | Prepare for conference call with creditors' committees re: CNA settlement. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

| 02/17/05 | Participate in call with creditors' committees regarding CNA settlement | | |
|---|---|---|---|

25

|         |                                                                                              |       |        |
|---------|----------------------------------------------------------------------------------------------|-------|--------|
|         | with A. Marchetta, J. Posner, F. Zaremby and J. McFarland.                                   |       |        |
| 15      | M. Waller                                                                                    | 1.1   | 412.50 |
|         |                                                                                              |       |        |
| 02/17/05 | Confer with S. Parker regarding preparation of pleadings from NY coverage case to send to creditor's committee. |       |        |
| 15      | M. Waller                                                                                    | 0.2   | 75.00  |
|         |                                                                                              |       |        |
| 02/17/05 | Follow up with S. Parker regarding materials requested by creditors' committee and review same from S. Parker. |       |        |
| 15      | M. Waller                                                                                    | 0.2   | 75.00  |
|         |                                                                                              |       |        |
| 02/17/05 | Draft e-mail to creditors' committee regarding pleadings adding sites/claims to the coverage litigation. |       |        |
| 15      | M. Waller                                                                                    | 0.2   | 75.00  |
|         |                                                                                              |       |        |
| 02/17/05 | Review e-mail request for information from J. Posner and working with B. Moffitt to prepare and forward same. |       |        |
| 15      | M. Waller                                                                                    | 0.4   | 150.00 |
|         |                                                                                              |       |        |
| 02/17/05 | Work with S. Parker regarding compile and organize documents for attorney review regarding sites in the Superfund litigation. |       |        |
| 4       | D. Florence                                                                                  | 0.6   | 69.00  |
|         |                                                                                              |       |        |
| 02/17/05 | Worked with D. Florence, conducted database searches and reviewed file documents regarding compilation of documents requested by M. Waller regarding transmittal to creditors' committee members |       |        |
| 4       | S. Parker                                                                                    | 0.7   | 87.50  |
|         |                                                                                              |       |        |
| 02/17/05 | Created electronic versions of documents requested by M. Waller regarding transmittal to creditors' committee members. |       |        |
| 4       | S. Parker                                                                                    | 0.3   | 37.50  |
|         |                                                                                              |       |        |
| 02/18/05 | Revised quarterly fee application for the 15th interim period and attention to sending same to D. Carickhoff for service and filing. |       |        |
| 11      | K. Jasket                                                                                    | 0.5   | 117.50 |
|         |                                                                                              |       |        |
| 02/24/05 | Receive telephone call from J. Posner regarding disclosure regarding settlement of two NY coverage actions. |       |        |
| 15      | M. Waller                                                                                    | 0.2   | 75.00  |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper   | TASK CODE | HOURS | RATE   | FEE      |
|--------------|-----------|-------|--------|----------|
| A. Marchetta | 4         | 4.2   | 525.00 | 2,205.00 |
| M. Waller    | 15        | 9.2   | 375.00 | 3,450.00 |

26

| | | | | |
|---|---|---|---|---|
| S. Zuber | 11 | 0.6 | 375.00 | 225.00 |
| K. Jasket | 11 | 4.0 | 235.00 | 940.00 |
| D. Florence | 4 | 0.6 | 115.00 | 69.00 |
| S. Parker | 4 | 1.7 | 125.00 | 212.50 |
| | TOTAL | 20.3 | | 7,101.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 113203 Insurance Investigation

| | | | |
|---|---|---|---|
| 02/01/05 | Reviewing and analyzing policies, insurance settlements, and insurance coverage chart and drafting memorandum analyzing same. | | |
| 15 | M. Waller | 5.8 | 2,175.00 |
| | | | |
| 02/02/05 | Reviewing and analyzing policies, insurance settlements, and insurance coverage chart and drafting memorandum analyzing same. | | |
| 15 | M. Waller | 6.9 | 2,587.50 |
| | | | |
| 02/02/05 | Draft memorandum to F. Zaremby and J. Posner regarding settlement agreements and follow up telephone conference with same. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 02/03/05 | Review memorandum regarding allocation under New York law in connection with coverage for Libby claims. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| | | | |
| 02/03/05 | Reviewing policies and settlement agreements and drafting memorandum analyzing coverage available for Libby claims. | | |
| 15 | M. Waller | 4.5 | 1,687.50 |
| | | | |
| 02/03/05 | Research and drafting memorandum regarding allocation of insurance claims under New York law. | | |
| 15 | S. Morley | 5.7 | 1,083.00 |
| | | | |
| 02/04/05 | Reviewing policies and settlement agreements and drafting memorandum analyzing coverage available for Libby claims. | | |
| 15 | M. Waller | 4.4 | 1,650.00 |
| | | | |
| 02/04/05 | Telephone conference with J. Posner regarding coverage available under insurance policies for Libby claims. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| | | | |
| 02/04/05 | Assist M. Waller regarding request for PEIC Settlement Agreement. | | |
| 4 | D. Florence | 0.4 | 46.00 |
| | | | |
| 02/06/05 | Reviewing policies and settlement agreements and drafting memorandum analyzing coverage available for Libby claims. | | |

| | | | |
|---|---|---|---|
| 15 | M. Waller | 5.1 | 1,912.50 |

02/07/05    Analyzing settlement agreements, policies, and policy charts and drafting additions and revisions to memorandum analyzing coverage for Libby Property Damage Claims.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 8.1 | 3,037.50 |

02/08/05    Follow up regarding insurance analysis memo to client.

| | | | |
|---|---|---|---|
| 4 | A. Marchetta | 0.1 | 52.50 |

02/08/05    Analyzing settlement agreements, policies, and policy charts and drafting additions and revisions to memorandum analyzing coverage for Libby Property Damage Claims.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 5.7 | 2,137.50 |

02/08/05    Confer with A. Stahl regarding research regarding products claims.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

02/08/05    Review research re: products claims and including same in memorandum analyzing insurance coverage for Libby Property Damage Claims.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.2 | 450.00 |

02/08/05    Analyzing allocation case law and developing allocation illustration for analysis of coverage available for Libby Property Damage Claims.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.3 | 487.50 |

02/08/05    Discussion with M. Waller, and conducted case law research regarding how New York courts interpret the phrase "product" in insurance contracts.

| | | | |
|---|---|---|---|
| 15 | A. Stahl | 1.9 | 361.00 |

02/08/05    Worked with M. Waller regarding documents needed to prepare memo on insurance coverage for Libby claims.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 25.00 |

02/08/05    Conducted database searches and reviewed file documents regarding documents needed by M. Waller in order to prepare memo on insurance coverage for Libby claims.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

02/09/05    Preparing illustration of allocation of liability in connection with Libby Property Damage Claims.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 1.1 | 412.50 |

02/09/05    Confer with S. Morley re: legal research regarding products coverage.

| | | | |
|---|---|---|---|
| 15 | M. Waller | 0.3 | 112.50 |

| | | | |
|---|---|---|---|
| 02/09/05 | Analyzing settlement agreements, policies, and policy charts and drafting additions and revisions to memorandum analyzing coverage for Libby Property Damage Claims. | | |
| 15 | M. Waller | 4.7 | 1,762.50 |
| 02/09/05 | Research of case law regarding definition of product vs. waste or byproduct as used in insurance policy. | | |
| 15 | S. Morley | 2.7 | 513.00 |
| 02/10/05 | Confer with J. Posner regarding additions and revisions to insurance analysis regarding Libby property damage claims. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 02/10/05 | Confer with S. Morley re: research re: allocation and legal issues to include in memorandum regarding coverage for Libby property damage claims. | | |
| 15 | M. Waller | 0.6 | 225.00 |
| 02/10/05 | Review research re: allocation and legal issues and drafting additions and revisions to memorandum re: coverage for Libby property damage claims. | | |
| 15 | M. Waller | 1.8 | 675.00 |
| 02/10/05 | Draft follow up memorandum to A. Marchetta regarding insurance analysis concerning availability of coverage for Libby property damage claims. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 02/10/05 | Research of Florida and Montana law regarding method of allocation of insurance coverage. | | |
| 15 | S. Morley | 1.3 | 247.00 |
| 02/10/05 | Worked with M. Waller regarding revisions to legal analysis within insurance memorandum. | | |
| 15 | S. Morley | 0.8 | 152.00 |
| 02/11/05 | Follow up with M. Waller regarding memo insurance coverage investigation and issues regarding same. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |
| 02/11/05 | Telephone conference with J. Posner regarding clarifications to insurance analysis memorandum and follow up with A. Marchetta regarding same. | | |
| 15 | M. Waller | 0.4 | 150.00 |
| 02/14/05 | Reviewing additional case law and drafting additions and revisions to insurance research memorandum and draft follow up memorandum to J. Posner regarding same. | | |
| 15 | M. Waller | 3.9 | 1,462.50 |

| 02/15/05 | Review follow up memorandum from J. Posner regarding revised memorandum and follow up with A. Marchetta. | | |
|---|---|---|---|
| 15 | M. Waller | 0.2 | 75.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.5 | 525.00 | 262.50 |
| M. Waller | 15 | 58.2 | 375.00 | 21,825.00 |
| S. Morley | 15 | 10.5 | 190.00 | 1,995.00 |
| A. Stahl | 15 | 1.9 | 190.00 | 361.00 |
| D. Florence | 4 | 0.4 | 115.00 | 46.00 |
| S. Parker | 4 | 0.5 | 125.00 | 62.50 |
| | TOTAL | 72.0 | | 24,552.00 |

Client: 030423 GLOUCESTER NEW COMMUNITIES CO
Matter: 066958 Landfill Closure Issues (Gloucester)

| 01/31/05 | Attend to memo to clients on Pennoni report and DEP status. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.4 | 134.00 |

| 02/09/05 | Call with A. Nagy on closure status with DEP. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 67.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| W. Hatfield | 4 | 0.6 | 335.00 | 201.00 |
| | TOTAL | 0.6 | | 201.00 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 02/02/05 | Review questions from M. Shelnitz regarding summary of insurance matters for disclosure. | | |
|---|---|---|---|
| 15 | M. Waller | 0.1 | 37.50 |

| 02/02/05 | Telephone conference with J. Posner regarding questions from M. Shelnitz regarding summary of insurance matters for disclosure, and review e-mail from J. Posner to M. Shelnitz regarding same. | | |
|---|---|---|---|
| 15 | M. Waller | 0.4 | 150.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Waller | 15 | 0.5 | 375.00 | 187.50 |
| | TOTAL | 0.5 | | 187.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | | |
|---|---|---|---|---|
| 02/25/05 | Draft correspondence to V. Finkelstein regarding new discovery schedule | | | |
| 15 | B. Benjamin | | 0.2 | 78.00 |
| | | | | |
| 02/25/05 | Attendance at Compliance Conference before Justice Tolub, NY Supreme | | | |
| 15 | B. Benjamin | | 3.3 | 1,287.00 |
| | | | | |
| 02/26/05 | Telephone call with B. Benjamin and follow up regarding discovery. | | | |
| 4 | A. Marchetta | | 0.2 | 105.00 |
| | | | | |
| 02/28/05 | Draft Litigation/Discovery and strategy memorandum | | | |
| 15 | B. Benjamin | | 1.4 | 546.00 |
| | | | | |
| 02/28/05 | Telephone call with B. Benjamin and follow up regarding needed discovery in case. | | | |
| 4 | A. Marchetta | | 0.4 | 210.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.6 | 525.00 | 315.00 |
| B. Benjamin | 15 | 4.9 | 390.00 | 1,911.00 |
| | TOTAL | 5.5 | | 2,226.00 |

## FEES FOR THE FEE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005

Client: 082910 W.R. GRACE & CO.
Matter: 065656 Weja, Inc.

| | | | | |
|---|---|---|---|---|
| 03/01/05 | Address settlement issues. | | | |
| 15 | W. Hatfield | | 0.4 | 134.00 |
| | | | | |
| 03/01/05 | Revise proposed forms of various settlement agreement with defendants | | | |
| 4 | F. Stella | | 3.0 | 780.00 |

| 03/02/05 4 | Attention settlement proposals to Shell, Sunoco and Richards.<br>R. Rose | 0.5 | 212.50 |
|---|---|---|---|
| 03/02/05 4 | Draft letters to various counsel with settlement agreements.<br>F. Stella | 1.8 | 468.00 |
| 03/03/05 15 | Attend to case issues.<br>W. Hatfield | 0.2 | 67.00 |
| 03/04/05 15 | Review correspondence with defendants.<br>W. Hatfield | 0.2 | 67.00 |
| 03/08/05 15 | Discuss status of real estate sheriff's sale with J. Borg.<br>R. Gottilla | 0.2 | 73.00 |
| 03/08/05<br><br>15 | Telephone conference with F. Biehl regarding status of sheriff's sale and payment of remaining judgment balance for Teich.<br>R. Gottilla | 0.3 | 109.50 |
| 03/10/05<br><br>15 | Telephone conversation with Sheriff of Suffolk County regarding fees and commissions due on levy.<br>R. Gottilla | 0.2 | 73.00 |
| 03/11/05<br><br>15 | Telephone conference with F. Biehl regarding telephone conversation with Suffolk County Clerk.<br>R. Gottilla | 0.3 | 109.50 |
| 03/11/05<br><br>15 | Receipt and review of correspondence from F. Biehl regarding discussions with Suffolk County Clerk.<br>R. Gottilla | 0.2 | 73.00 |
| 03/11/05<br><br>15 | Telephone conference with Suffolk County Clerk regarding levy and cancellation of sale and issue concerning sheriff's fees and commissions.<br>R. Gottilla | 0.2 | 73.00 |
| 03/11/05<br><br>15 | Correspondence to F. Biehl regarding telephone conversation with Suffolk County Clerk and cancellation of levy and sale.<br>R. Gottilla | 0.4 | 146.00 |
| 03/14/05<br><br>15 | Receipt and review of letter from Sheriff of Suffolk County regarding fees and commissions due on levy.<br>R. Gottilla | 0.2 | 73.00 |
| 03/14/05<br><br>15 | Receipt and review of correspondence from the Suffolk County Sheriff's office regarding claim for commission and fees on levy.<br>R. Gottilla | 0.3 | 109.50 |

| 03/14/05 | Telephone conference with the Suffolk County Sheriff's office regarding claim for commission and fees on levy and seeking compromise amount. | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.2 | 73.00 |

| 03/14/05 | Telephone conference with  F. Biehl regarding discussions with the Suffolk County Sheriff's office regarding claim for commission and fees on levy. | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.2 | 73.00 |

| 03/17/05 | Review research materials for appeal. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.3 | 100.50 |

| 03/22/05 | Telephone conference with F. Biehl regarding additional payment from insurance company and issue regarding Suffolk County Sheriff levy and commission. | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.3 | 109.50 |

| 03/24/05 | Address appeal issues on reply briefing. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.6 | 201.00 |

| 03/24/05 | Discuss scheduling of briefing with B. Hatfield. | | |
|---|---|---|---|
| 4 | R. Rose | 0.2 | 85.00 |

| 03/24/05 | Review Richards/Sunrich brief in opposition. | | |
|---|---|---|---|
| 4 | R. Rose | 1.0 | 425.00 |

| 03/24/05 | Receipt and review of letter from F. Biehl regarding additional payment received from CNA Insurance and requesting balance due on Teich judgment. | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.2 | 73.00 |

| 03/24/05 | Review of file per letter from F. Biehl requesting balance due on Teich judgment and calculating amount outstanding. | | |
|---|---|---|---|
| 15 | R. Gottilla | 0.3 | 109.50 |

| 03/24/05 | Discuss strategy of filing reply W. Hatfield. | | |
|---|---|---|---|
| 15 | F. Stella | 0.2 | 52.00 |

| 03/24/05 | Read opposition brief from Richard. | | |
|---|---|---|---|
| 15 | F. Stella | 0.5 | 130.00 |

| 03/25/05 | Address appeal issues on Richards/Sunrich. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.3 | 100.50 |

| 03/25/05 | Review Sunoco brief in opposition to appeal; begin outline response. | | |
|---|---|---|---|
| 4 | R. Rose | 2.8 | 1,190.00 |

| 03/25/05 | Review factual issue raise by Richard's opposition brief with R. Rose. | | |
|---|---|---|---|
| 15 | F. Stella | 0.2 | 52.00 |

| 03/25/05 | Read Sunoco's opposition brief. | | |
|---|---|---|---|
| 15 | F. Stella | 0.7 | 182.00 |

| 03/28/05 | Address Teich payment issues. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.2 | 67.00 |

| 03/28/05 | Call from Shell counsel on service of brief and attend to Shell issues. | | |
|---|---|---|---|
| 15 | W. Hatfield | 0.4 | 134.00 |

| 03/28/05 | Address appeal issues on summary judgment arguments by Richards and Sunoco. | | |
|---|---|---|---|
| 15 | W. Hatfield | 3.9 | 1,306.50 |

| 03/28/05 | Review Shell brief in opposition to appeal and outline response. | | |
|---|---|---|---|
| 4 | R. Rose | 2.4 | 1,020.00 |

| 03/28/05 | Begin review of Weja brief in opposition to appeal. | | |
|---|---|---|---|
| 4 | R. Rose | 2.8 | 1,190.00 |

| 03/28/05 | Read Shell's opposition brief. | | |
|---|---|---|---|
| 4 | F. Stella | 1.0 | 260.00 |

| 03/28/05 | Call to clerk's office regarding motion for over length brief and extension for reply. | | |
|---|---|---|---|
| 4 | F. Stella | 0.2 | 52.00 |

| 03/28/05 | Follow up on additional issues for drafting reply briefs with R. Rose and W. Hatfield. | | |
|---|---|---|---|
| 4 | F. Stella | 0.3 | 78.00 |

| 03/29/05 | Continue review of Weja brief in opposition to appeal and review case law cited in brief. | | |
|---|---|---|---|
| 4 | R. Rose | 3.3 | 1,402.50 |

| 03/29/05 | Memo to clients on status of matter. | | |
|---|---|---|---|
| 4 | W. Hatfield | 0.2 | 67.00 |

| 03/29/05 | Review and comment on Shell brief. | | |
|---|---|---|---|
| 15 | W. Hatfield | 1.0 | 335.00 |

| 03/29/05 | Review and comment on Weja response brief. | | |
|---|---|---|---|
| 15 | W. Hatfield | 4.0 | 1,340.00 |

34

| | | | |
|---|---|---|---|
| 03/29/05 | Office conference with W. Hatfield regarding appellate response and record. | | |
| 15 | J. Spielberg | 0.4 | 96.00 |
| | | | |
| 03/30/05 | Outline arguments in oil companies' briefs. | | |
| 4 | R. Rose | 4.8 | 2,040.00 |
| | | | |
| 03/30/05 | Address appeal issues on reply brief. | | |
| 15 | W. Hatfield | 0.9 | 301.50 |
| | | | |
| 03/30/05 | Correspondence to F. Biehl regarding balance due on judgment and Teich's liability for Sheriff's fees and commissions. | | |
| 15 | R. Gottilla | 0.7 | 255.50 |
| | | | |
| 03/30/05 | Review documents on volume of gasoline from Shell and Sunoco. | | |
| 4 | F. Stella | 0.5 | 130.00 |
| | | | |
| 03/30/05 | Draft memo on filing over length motion and filing date; discuss strategy of reply brief's with R. Rose. | | |
| 4 | F. Stella | 1.0 | 260.00 |
| | | | |
| 03/30/05 | Review interrogatory responses to confirm disclosure of witnesses. | | |
| 4 | F. Stella | 1.0 | 260.00 |
| | | | |
| 03/30/05 | Compare respondents' appendices to document that were before trial court on summary judgment motions and update R. Rose. | | |
| 4 | F. Stella | 1.5 | 390.00 |
| | | | |
| 03/31/05 | Follow up with B. Hatfield regarding issues in case. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| | | | |
| 03/31/05 | Complete review of oil companies' briefs and continue review of case law cited in briefs. | | |
| 4 | R. Rose | 5.9 | 2,507.50 |
| | | | |
| 03/31/05 | Follow up with A. Marchetta regarding issues in case. | | |
| 15 | W. Hatfield | 0.3 | 100.50 |
| | | | |
| 03/31/05 | Address appeal issues and briefing. | | |
| 15 | W. Hatfield | 2.8 | 938.00 |
| | | | |
| 03/31/05 | Reviewed Weja's appellate brief to verify accuracy of citations. | | |
| 15 | J. Spielberg | 1.7 | 408.00 |
| | | | |
| 03/31/05 | Calls to the clerk of the court. | | |

| | | | |
|---|---|---|---|
| 4 | F. Stella | 0.2 | 52.00 |

03/31/05     Draft e-mail regarding reply filing deadline.

| | | | |
|---|---|---|---|
| 4 | F. Stella | 0.2 | 52.00 |

03/31/05     Retrieve documents from file for reply briefs.

| | | | |
|---|---|---|---|
| 4 | F. Stella | 0.5 | 130.00 |

03/31/05     Follow up on Stipulations of dismissal with Appellate division for AEIC.

| | | | |
|---|---|---|---|
| 4 | F. Stella | 0.5 | 130.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 4 | 23.7 | 425.00 | 10,072.50 |
| A. Marchetta | 4 | 0.3 | 525.00 | 157.50 |
| R. Gottilla | 15 | 4.2 | 365.00 | 1,533.00 |
| W. Hatfield | 4 | 0.2 | 335.00 | 67.00 |
| | 15 | 15.5 | 335.00 | 5,192.50 |
| F. Stella | 4 | 11.7 | 260.00 | 3,042.00 |
| | 15 | 1.6 | 260.00 | 416.00 |
| J. Spielberg | 15 | 2.1 | 240.00 | 504.00 |
| | TOTAL | 59.3 | | 20,984.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 095992 Chapter 11 Administration

03/02/05     Worked with M. Waller regarding upcoming deadline for approval of settlement agreement.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

03/04/05     Drafted fee application for January 2005.

| | | | |
|---|---|---|---|
| 11 | K. Jasket | 2.8 | 658.00 |

03/07/05     Review and revise PH's January, 2005 Fee Application.

| | | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 112.50 |

03/09/05     Revise January 2005 fee application and attention to forwarding same to D. Carickhoff for filing.

| | | | |
|---|---|---|---|
| 11 | K. Jasket | 0.5 | 117.50 |

03/22/05     Monitored court website regarding issuance of order approving settlement agreement, and affidavit of service regarding same.

| | | | |
|---|---|---|---|
| 4 | S. Parker | 0.3 | 37.50 |

| 03/22/05 | Worked with M. Waller regarding status of issuance of order approving settlement agreement, and affidavit of service regarding same. | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 25.00 |

| 03/22/05 | Forwarded order approving settlement agreement and affidavit of service to M. Waller and B. Moffitt as requested. | | |
|---|---|---|---|
| 4 | S. Parker | 0.2 | 25.00 |

| 03/23/05 | Review and revise Pitney Hardin's February, 2005 Fee Application. | | |
|---|---|---|---|
| 11 | S. Zuber | 0.3 | 112.50 |

| 03/23/05 | Drafted fee application for February 2005. | | |
|---|---|---|---|
| 11 | K. Jasket | 3.5 | 822.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 11 | 0.6 | 375.00 | 225.00 |
| K. Jasket | 11 | 6.8 | 235.00 | 1,598.00 |
| S. Parker | 4 | 1.0 | 125.00 | 125.00 |
| TOTAL | | 8.4 | | 1,948.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 113203 Insurance Investigation

| 03/22/05 | Review and analyze recent Montana decision regarding application of sudden and accidental pollution exclusion and preparing memorandum analyzing same. | | |
|---|---|---|---|
| 15 | M. Waller | 1.0 | 375.00 |

| 03/23/05 | Drafting memorandum analyzing recent Montana decision regarding application of sudden and accidental pollution exclusion. | | |
|---|---|---|---|
| 15 | M. Waller | 0.9 | 337.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| M. Waller | 15 | 1.9 | 375.00 | 712.50 |
| TOTAL | | 1.9 | | 712.50 |

Client: 082913 W.R. GRACE & CO.\INSURANCE CO
Matter: 000009 NY Superfund Action

| 03/02/05 | Draft e-mail memorandum to J. Baer regarding time periods for approval of settlement set out in CNA Settlement Agreement. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/02/05 | Review response from J. Baer regarding time approval of settlement agreement in bankruptcy, reply and forward to A. Marchetta. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/02/05 | Review memorandum from S. Parker regarding deadline set by court order to consummate the settlement. | | |
| 15 | M. Waller | 0.1 | 37.50 |

| 03/02/05 | Check settlement agreement and draft memorandum regarding expiration of 90 day deadline set out in settlement agreement for approval of agreement in bankruptcy. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/03/05 | Follow up regarding settlement approval. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| 03/04/05 | Follow up with M. Waller regarding approval of settlement agreement. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |

| 03/04/05 | Telephone conference with CNA counsel regarding approval of settlement agreement on February 28, expected issuance of order regarding same by bankruptcy court, and need for extension of deadline in agreement for completing approval process. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/04/05 | Draft e-mail to J. Baer regarding telephone conference with CNA counsel concerning approval of settlement agreement on February 28 by bankruptcy court and need for extension of deadline in agreement for completing approval process; follow up with A. Marchetta. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/07/05 | Receive from bankruptcy counsel and review Certification of counsel and attachment submitted in connection with Order approving settlement agreement, and forward with comment to A. Marchetta | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/08/05 | Draft e-mail correspondence to CNA counsel regarding preparation of countersigned letter extending 90 day period for settlement agreement to be approved in bankruptcy. | | |
| 15 | M. Waller | 0.2 | 75.00 |

38

| 03/08/05 | Preparing letter to Judge Kaplan regarding request for additional extension of time to consummate settlement. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 03/10/05 | Drafting letter to CNA counsel requesting confirmation of extension of 90 day deadline to submit and have settlement agreement approved. | | |
| 15 | M. Waller | 1.0 | 375.00 |

| 03/10/05 | Drafting additions and revisions to proposed letter to Judge Kaplan requesting extension of deadline to complete settlement and have approved by bankruptcy court. | | |
| 15 | M. Waller | 0.7 | 262.50 |

| 03/10/05 | Draft e-mail memorandum to CNA counsel regarding proposed letter to Judge Kaplan requesting extension of deadline to complete settlement and have same approved by bankruptcy court, and requesting countersigned copy of letter providing for extension of time. | | |
| 15 | M. Waller | 0.6 | 225.00 |

| 03/10/05 | Work with M. Waller regarding proposed letters to Judge Kaplan and E. DeCristofaro regarding settlement issues. | | |
| 15 | B. Moffitt | 0.3 | 103.50 |

| 03/10/05 | Retrieved Judge Kaplan's December 2004 Order and forwarded same to M. Waller as requested | | |
| 4 | S. Parker | 0.2 | 25.00 |

| 03/14/05 | Confer with B. Moffitt regarding failure of CNA to respond to requests to extend the 90 day deadline in the settlement agreement for approval of the settlement agreement in the bankruptcy court. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/14/05 | Review and revise draft letter to CNA regarding extending the 90 day deadline in the settlement agreement providing for approval of the settlement agreement in the bankruptcy court. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/14/05 | Review follow up e-mail from B. Moffitt regarding call with DeCristofaro and draft language regarding extension, and follow up with B. Moffitt regarding same. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/14/05 | Telephone calls with E. DeCristofaro and M. Waller regarding settlement issues; draft letter to E. DeCristofaro regarding same. | | |
| 15 | B. Moffitt | 0.9 | 310.50 |

39

| 03/15/05 | Follow up with M. Waller regarding extension of time for approval of settlement agreement. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |

| 03/15/05 | Review executed order in bankruptcy matter approving settlement agreement with CNA and forward same with comment to A. Marchetta and B. Moffitt. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/15/05 | Follow up with B. Moffitt regarding communications with CNA Counsel regarding extension, and review memorandum to E. DeCristofaro regarding same. | | |
| 15 | M. Waller | 0.5 | 187.50 |

| 03/15/05 | Work with B. Moffitt to finalize letter to Judge Kaplan regarding extension of time to consummate settlement to permit time for any appeals of bankruptcy order. | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 03/15/05 | Telephone call to E. DeCristofaro regarding extending time under settlement agreement; telephone call with M. Waller regarding same; respond to E. DeCristofaro e-mail; review E. DeCristofaro letter, confer with M. Waller, and execution and return of letter agreement. | | |
| 15 | B. Moffitt | 0.5 | 172.50 |

| 03/16/05 | Follow up with B. Moffitt regarding letter to Judge Kaplan regarding extension of time to consummate settlement and memorandum to CNA counsel regarding same. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/16/05 | Review Order approving settlement and confer with A. Marchetta regarding same; continued preparation of letter to Judge Kaplan requesting extension of deadline to reopen in the event settlement is not consummated and follow up with M. Waller regarding same. | | |
| 15 | B. Moffitt | 0.9 | 310.50 |

| 03/17/05 | Confer with B. Moffitt regarding letter to Judge Kaplan and review memorandum to client regarding same. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/17/05 | Telephone call to E. DeCristofaro regarding letter to Judge Kaplan; preparation of e-mail regarding same; finalize letter to Court and preparation of e-mails to M. Waller and client. | | |
| 15 | B. Moffitt | 0.4 | 138.00 |

| 03/18/05 | Created docket entry reflecting upcoming deadline regarding settlement | | |

| | | | |
|---|---|---|---|
| 4 | agreement<br>S. Parker | 0.1 | 12.50 |
| 03/22/05<br>15 | Telephone call with SDNY Court clerk regarding order extending time to complete settlement and entry of same on docket.<br>M. Waller | 0.1 | 37.50 |
| 03/22/05<br><br><br><br>15 | Review executed order extending time to complete settlement and entry of same on docket and confer with S. Parker regarding scheduling new deadline and monitoring bankruptcy court docket for entry of Order approving settlement and triggering of appeal period.<br>M. Waller | 0.2 | 75.00 |
| 03/22/05<br>15 | Follow up with S. Parker and B. Moffitt regarding notice to CNA of entry of order on docket and time for filing of appeals.<br>M. Waller | 0.2 | 75.00 |
| 03/22/05<br>15 | Review and respond to e-mails from M. Waller regarding settlement issues/time period of appeals of bankruptcy issues.<br>B. Moffitt | 0.2 | 69.00 |
| 03/22/05<br><br>4 | Worked with M. Waller and B. Moffitt regarding follow-up issues concerning entry of order approving settlement agreement on docket and filing of appeals<br>S. Parker | 0.2 | 25.00 |
| 03/30/05<br>4 | Follow up with M. Waller regarding status of court approval of settlement agreement.<br>A. Marchetta | 0.1 | 52.50 |
| 03/30/05<br>15 | Draft follow up memo to F. Zaremby and J. Posner regarding schedule to transfer escrowed funds to Grace.<br>M. Waller | 0.2 | 75.00 |
| 03/30/05<br><br><br>15 | Follow up with A. Marchetta and S. Parker regarding docketing date of entry of order approving settlement agreement and results of research regarding appeals in connection with scheduling date to transfer escrowed funds to Grace.<br>M. Waller | 0.4 | 150.00 |
| 03/30/05<br>15 | Telephone conference with J. Posner and F. Zaremby regarding schedule for release of settlement funds paid by CNA<br>M. Waller | 0.3 | 112.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 0.8 | 525.00 | 420.00 |
| M. Waller | 15 | 8.5 | 375.00 | 3,187.50 |
| B. Moffitt | 15 | 3.2 | 345.00 | 1,104.00 |
| S. Parker | 4 | 0.5 | 125.00 | 62.50 |
| TOTAL | | 13.0 | | 4,774.00 |

Client: 082910 W.R. GRACE & CO.
Matter: 102292 Tahari, Ltd.

| | | | |
|---|---|---|---|
| 03/01/05 | Telephone conference with V. Finkelstein regarding potential Grace liability for litigation | | |
| 15 | B. Benjamin | 0.1 | 39.00 |
| | | | |
| 03/03/05 | Work with B. Benjamin regarding memo to advisory. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |
| | | | |
| 03/03/05 | Work on/revise Discovery Outline | | |
| 15 | B. Benjamin | 0.3 | 117.00 |
| | | | |
| 03/08/05 | Follow up regarding discovery. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |
| | | | |
| 03/21/05 | Work with B. Benjamin regarding issues for client and follow up regarding same. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |
| | | | |
| 03/21/05 | Review/analysis client documents regarding responding to document production requests | | |
| 15 | B. Benjamin | 0.3 | 117.00 |
| | | | |
| 03/21/05 | Preparation of objections and responses to Plaintiff's Demand for Expert Witness Information; Preparation of objections and responses to Plaintiff's Document Demands; Preparation of objections and responses to Tahari's Document Demands; Preparation of Notices to Take Deposition of Plaintiff and Tahari | | |
| 15 | M. Levison | 2.9 | 870.00 |
| | | | |
| 03/22/05 | Work on Document Demands to Tahari, including review pleadings in preparation of same. | | |
| 15 | B. Benjamin | 0.6 | 234.00 |
| | | | |
| 03/23/05 | Telephone call with B. Benjamin regarding discovery. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |

42

| 03/23/05 15 | Draft/revise Interrogatories to Tahari<br>B. Benjamin | 1.1 | 429.00 |
|---|---|---|---|
| 03/23/05 15 | Telephone conferences (2) with C. Boubol, counsel for Trizec, regarding discovery issues, service of document demands and interrogatories<br>B. Benjamin | 0.3 | 117.00 |
| 03/23/05 15 | Preparation of Document Demands to Trizec and Tahari; Preparation of Interrogatories to Tahari<br>M. Levison | 4.9 | 1,470.00 |
| 03/25/05 15 | Draft/Revise Responses and Objections to Trizec's Notice for Discovery and Inspection<br>B. Benjamin | 0.6 | 234.00 |
| 03/25/05 15 | Draft/Revise Document Demand to Trizec and Tahari<br>B. Benjamin | 0.9 | 351.00 |
| 03/25/05 15 | Draft/revise Interrogatories to Tahari<br>B. Benjamin | 1.1 | 429.00 |
| 03/25/05 15 | Draft/revise Deposition Notice to Trizec<br>B. Benjamin | 0.2 | 78.00 |
| 03/25/05 15 | Draft/revise Deposition Notice to Tahari individually<br>B. Benjamin | 0.2 | 78.00 |
| 03/25/05 15 | Draft/revise Deposition Notice to Tahari as Company<br>B. Benjamin | 0.2 | 78.00 |
| 03/25/05 15 | Draft/revise Response to Trizec Demand for Witness List<br>B. Benjamin | 0.2 | 78.00 |
| 03/25/05 15 | Draft/Revise Responses and Objections to Tahari's Notice for Discovery and Inspection<br>B. Benjamin | 0.5 | 195.00 |
| 03/28/05 15 | Modify document demands and interrogatories to Defendant and Plaintiff, in light of comments from B. Benjamin; Preparation of memorandum to B. Benjamin regarding issues to be discussed with client<br>M. Levison | 0.7 | 210.00 |
| 03/29/05 15 | Revise Discovery Demands<br>B. Benjamin | 0.4 | 156.00 |
| 03/30/05 | Draft correspondence to A. Nagy and V. Finkelstein regarding discovery |  |  |

| | issues, facts, witnesses | | |
|---|---|---|---|
| 15 | B. Benjamin | 0.2 | 78.00 |

| | | | |
|---|---|---|---|
| 03/31/05 | Follow up regarding issues with B. Benjamin and e-mail regarding same. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 1.5 | 525.00 | 787.50 |
| B. Benjamin | 15 | 7.2 | 390.00 | 2,808.00 |
| M. Levison | 15 | 8.5 | 300.00 | 2,550.00 |
| | TOTAL | 17.2 | | 6,145.50 |

Client: 082910 W.R. GRACE & CO.
Matter: 111099 Trenton Environmental Issues

| | | | |
|---|---|---|---|
| 03/23/05 | Telephone calls with client and review regarding investigations. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |

| | | | |
|---|---|---|---|
| 03/24/05 | Telephone calls regarding investigation. | | |
| 4 | A. Marchetta | 0.3 | 157.50 |

| | | | |
|---|---|---|---|
| 03/24/05 | Telephone conference with clients and attorneys regarding handling of matter and strategy. | | |
| 4 | A. Marchetta | 1.0 | 525.00 |

| | | | |
|---|---|---|---|
| 03/24/05 | Prepare for and conference call with client and Kirkland & Ellis re issues. | | |
| 4 | A. Marchetta | 1.0 | 525.00 |

| | | | |
|---|---|---|---|
| 03/25/05 | Work with attorneys regarding investigation and most recent article; follow up regarding same. | | |
| 4 | A. Marchetta | 1.0 | 525.00 |

| | | | |
|---|---|---|---|
| 03/25/05 | Confer with A. Marchetta regarding research regarding former Trenton facility. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 03/25/05 | Reviewing news releases and articles regarding Trenton facility, historic uses and allegations. | | |
| 15 | M. Waller | 0.9 | 337.50 |

| | | | |
|---|---|---|---|
| 03/25/05 | Conferring with S. Muhlstock regarding research regarding former Trenton facility. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/25/05 | Meeting with A. Marchetta and S. Muhlstock regarding research regarding former Trenton facility. | | |
| 15 | M. Waller | 0.6 | 225.00 |

| 03/25/05 | Follow up with  S. Muhlstock regarding sources of public information regarding former Trenton facility. | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/25/05 | Review and revise list of sources of public information from  S. Muhlstock | | |
| 15 | M. Waller | 0.4 | 150.00 |

| 03/25/05 | Meeting with A. Marchetta and M. Waller regarding strategy to obtain public records.  Begin preparing list of potential sources of information. Research regarding site at issue. | | |
| 15 | S. Muhlstock | 2.8 | 756.00 |

| 03/26/05 | Review results of online research regarding site. | | |
| 15 | S. Muhlstock | 1.4 | 378.00 |

| 03/28/05 | Review news articles regarding claims against Grace regarding asbestos | | |
| 15 | M. Waller | 0.3 | 112.50 |

| 03/28/05 | Review additional articles regarding bankruptcy and site at issue. | | |
| 15 | S. Muhlstock | 0.5 | 135.00 |

| 03/29/05 | Review articles and e-mails regarding same; work with M. Waller regarding investigation. | | |
| 4 | A. Marchetta | 0.6 | 315.00 |

| 03/29/05 | Review sources of information and follow up regarding approval. | | |
| 4 | A. Marchetta | 0.4 | 210.00 |

| 03/29/05 | Review recent news reports regarding testing by environmental consultant (Sadat) for state and follow up e-mail memo to A. Marchetta regarding previous litigations involving Sadat. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| 03/29/05 | Telephone conference with R. Marriam regarding Trenton site investigation and documents. | | |
| 15 | M. Waller | 0.5 | 187.50 |

| 03/29/05 | Call Brian O'Connell and leave detailed message regarding search to locate Trenton facility related documents. | | |
| 15 | M. Waller | 0.2 | 75.00 |

| | | | |
|---|---|---|---|
| 03/29/05 | Receive telephone call from R. Senftleben regarding search to locate Trenton facility related documents. | | |
| 15 | M. Waller | 0.2 | 75.00 |
| 03/29/05 | Conference with A. Marchetta and S. Muhlstock regarding inquiries to locate Trenton facility related documents. | | |
| 15 | M. Waller | 0.3 | 112.50 |
| 03/29/05 | Revising and drafting additions to chart of public sources of Trenton facility information and summarize materials potentially available at each source | | |
| 15 | M. Waller | 1.3 | 487.50 |
| 03/29/05 | Draft summary of steps to seek Trenton facility related documents. | | |
| 15 | M. Waller | 0.5 | 187.50 |
| 03/29/05 | Review articles regarding testing at site.  Meetings with A. Marchetta and M. Waller regarding strategy for obtaining documents.    Telephone conference with R. Seftlaban and M. Waller regarding same.  Review chart of potential sources of information regarding site. | | |
| 15 | S. Muhlstock | 0.7 | 189.00 |
| 03/30/05 | Follow up regarding information for client. | | |
| 4 | A. Marchetta | 0.2 | 105.00 |
| 03/30/05 | Draft additions and revisions to chart listing potential and actual sources of information regarding the Trenton facility and memorandum to client regarding gathering same. | | |
| 15 | M. Waller | 1.1 | 412.50 |
| 03/31/05 | Telephone calls with R. Weinroth and client and follow up with M. Waller regarding investigations and information from client. | | |
| 4 | A. Marchetta | 1.2 | 630.00 |
| 03/31/05 | Reviewing permitting information and related materials received from client. | | |
| 15 | M. Waller | 0.8 | 300.00 |
| 03/31/05 | Meeting with A. Marchetta and conference call with R. Weinroth and R. Senftleben regarding information inquiries regarding former Trenton facility | | |
| 15 | M. Waller | 0.7 | 262.50 |
| 03/31/05 | Draft memorandum summarizing information inquiries regarding former Trenton facility and forward with memo to A. Marchetta. | | |
| 15 | M. Waller | 0.5 | 187.50 |

46

| 03/31/05 | Confer with M. Waller regarding status. | | |
|---|---|---|---|
| 15 | S. Muhlstock | 0.1 | 27.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 4 | 6.1 | 525.00 | 3,202.50 |
| M. Waller | 15 | 9.2 | 375.00 | 3,450.00 |
| S. Muhlstock | 15 | 5.5 | 270.00 | 1,485.00 |
| TOTAL | | 20.8 | | 8,137.50 |

# EXHIBIT C

## EXHIBIT C

## EXPENSES FOR THE FEE PERIOD JANUARY 1, 2005 THROUGH MARCH 31, 2005[2]

### EXPENSES FOR THE FEE PERIOD
### JANUARY 1, 2005 THROUGH JANUARY 31, 2005

Engagement Costs – Weja, Inc.

| | | |
|---|---|---:|
| 12/27/04 | PD GEN MESS TO TRENTON NJ; FBS; CK# 270088 | 98.24 |
| 12/27/04 | PD GEN MESS TO FLORHAM PARK NJ; FBS; CK# 270088 | 43.00 |
| 12/27/04 | PD GEN MESS TO ROSELAND NJ; FBS; CK# 270088 | 33.21 |
| 12/27/04 | PD GEN MESS TO SOMERVILLE NJ; FBS; CK# 270088 | 50.21 |
| 12/27/04 | PD GEN MESS TO SUMMIT NJ; FBS; CK# 270088 | 47.12 |
| 01/21/05 | Paid HCK#153870 to Essex County Sheriff for service of process fee, #10501, S#6331 | 32.40 |
| | Superior Court Charge | 30.00 |
| | Matter Total Engagement Cost | 334.18 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---:|
| 01/05/05 | PD UPS TO WILMINGTON DE; KMJ; INV# 81207025 | 7.74 |
| | Duplicating | 22.68 |
| | Matter Total Engagement Cost | 30.42 |

Engagement Costs – New York Superfund Action

| | | |
|---|---|---:|
| 12/17/04 | PD INTEGRITY EXP TO NEW YORK NY; MEW; CK# 270090 | 112.35 |
| 01/31/05 | DOCUMENT ACCESS FACILITY JANUARY 2005 | 2864.00 |
| | Duplicating | 5.46 |
| | Telephone | 4.60 |
| | Matter Total Engagement Cost | 2,986.41 |

---

[2] Certain of the expenses set forth below are described in greater detail in the previously filed monthly fee applications for this period.

**EXPENSES FOR THE FEE PERIOD**
**FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005**

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| 01/27/05 | Paid Skyline Duplication #10501 S#6403 | 4219.54 |
| 02/10/05 | Pd Fedex to Westhampton NY; CTM; Ck# 271542 | 13.56 |
| 02/22/05 | Pd Fedex to Newark NJ; JOB; Ck# 270974 | 14.55 |
| | Duplicating | 0.56 |
| | Matter Total Engagement Cost | 4,248.21 |

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 02/07/05 | PD UPS TO WILMINGTON DE; KJ; INV# 247504 | 7.74 |
| 02/18/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 271383 | 9.84 |
| | Matter Total Engagement Cost | 17.58 |

Engagement Costs – Insurance Investigation

| | | |
|---|---|---|
| | Computer Assisted Research | 451.57 |
| | Matter Total Engagement Cost | 451.57 |

Engagement Costs – NY Superfund Action

| | | |
|---|---|---|
| 02/28/05 | DOCUMENT ACCESS FACILITY- FEBRUARY 2005 | 2864.00 |
| | Computer Assisted Research | 243.04 |
| | Telephone | 2.07 |
| | Matter Total Engagement Cost | 3,109.11 |

**EXPENSES FOR THE FEE PERIOD**
**MARCH 1, 2005 THROUGH MARCH 31, 2005**

Engagement Costs – Weja, Inc.

| | |
|---|---|
| Duplicating | 306.74 |
| Postage | 10.05 |
| Telephone | 5.66 |

|  | Matter Total Engagement Cost | 322.45 |
|---|---|---|

Engagement Costs – Chapter 11 Administration

| 03/09/05 | PD UPS TO WILMINGTON DE; KMJ; CK# 272382 | 7.74 |
|---|---|---|
|  | Matter Total Engagement Cost | 7.74 |

Engagement Costs – NY Superfund Action

| 03/10/05 | PD UPS TO NEW YORK NY; MEW; CK# 272382 | 7.74 |
|---|---|---|
| 03/14/05 | PD UPS TO NEW YORK, NY; BEM; CK#272590 | 7.74 |
| 03/17/05 | PD UPS TO NEW YORK, NY; BEM; CK#272590 | 7.74 |
| 03/31/05 | DOCUMENT ACCESS FACILITY- MARCH 2005 | 2864.00 |
|  | Duplicating | 3.92 |
|  | Telephone | 1.29 |
|  | Matter Total Engagement Cost | 2,892.43 |