IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al., [2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** June 15, 2005, |
| | at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S
## SPECIAL ENVIRONMENTAL COUNSEL INTERIM FEE APPLICATION
## FOR THE SIXTEENTH INTERIM PERIOD JANUARY 1, 2005 THROUGH MARCH 31,
## 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

January 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000192
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---|
| Balance due on prior billing | $395,739.35 |
| For professional services rendered through January 31, 2005: | 22,423.50 |

Other Charges:

| | |
|---|---|
| TELECOPYING | 5.00 |
| PHOTOCOPYING | 5.61 |
| TELEPHONE | 41.85 |
| OVERTIME | 150.00 |
| POSTAGE | 0.37 |
| CALLING CARD | 6.88 |
| MEALS - LOCAL | 103.35 |
| | 313.06 |

| | |
|---|---|
| Total Current Charges | 22,736.56 |
| Total Balance Due | $418,475.91 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

NJ\100241.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 01/03/05 | 2.00 | REVIEWED CORRESPONDENCE; PHONE CALLS WITH A. REITANO, B. RAWLYCK |
| MATTHEWS | 01/04/05 | .80 | REVIEW INCOMING CORRESPONDENCE; ATTEND TO FILE; CALL WITH J. MCGAHREN |
| MCGAHREN | 01/05/05 | .80 | REVIEW CORRESPONDENCE; PHONE CALL WITH L. MEAD |
| MCGAHREN | 01/10/05 | 2.00 | REVIEW CORRESPONDENCE; PHONE CALLS WITH B. RAWLYCK, A. REITANO; CONFERENCE WITH L. MATTHEWS |
| MATTHEWS | 01/10/05 | 4.50 | CALLS WITH L. DUFF AND M. MILLER REGARDING STATUS; FINALIZE AND TRANSMIT SETTLEMENT DOCUMENTS; CONFER WITH J. MCGAHREN REGARDING AUDIT RESPONSE; DRAFT SAME |
| MCGAHREN | 01/11/05 | 2.00 | CONFERENCE WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEW CORRESPONDENCE |
| MATTHEWS | 01/11/05 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/12/05 | .40 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 01/12/05 | .60 | CALL WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/13/05 | 6.00 | CONFERENCE CALL WITH L. DUFF AND M. OBRADOVIC; ATTENDED MEETING WITH NJDEP REGARDING NRD; REVIEWED CORRESPONDENCE; PHONE CALL WITH L. MATTHEWS |
| MCGAHREN | 01/14/05 | 3.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEW CORRESPONDENCE; PHONE CALL WITH B. RAWLYCK |
| MATTHEWS | 01/16/05 | .30 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/17/05 | 3.00 | CONFERENCE CALL REGARDING NRD CLAIMS; PHONE CALLS WITH B. RAWLYCK, L. DUFF; DRAFTED LETTER TO NJDEP |
| MATTHEWS | 01/17/05 | .70 | PARTICIPATE IN NRD CONFERENCE CALL; CALL WITH M. MILLER REGARDING ACE REVIEW OF DOCUMENTS |
| MCGAHREN | 01/18/05 | 4.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES; PHONE CALLS WITH L. DUFF AND M. OBRADOVIC; REVIEWED CORRESPONDENCE; DRAFT LETTER TO SACCO REGARDING NRD |
| MATTHEWS | 01/18/05 | 1.20 | REVIEW INCOMING CORRESPONDENCE; PARTICIPATE IN NRD CONFERENCE CALL |
| MCGAHREN | 01/19/05 | 2.00 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS; PHONE CALLS WITH B. RAWLYCK AND A. REITANO |
| MATTHEWS | 01/19/05 | .90 | CALLS WITH J. MCGAHREN, P. CERIBELLI AND W. RAWLYCK REGARDING NATURAL RESOURCE DAMAGES OFFER; REVIEW INCOMING CORRESPONDENCE; REVIEW, EDIT AND TRANSMIT DRAFT OFFER |
| MCGAHREN | 01/20/05 | .50 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 01/20/05 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 01/21/05 | 1.00 | CONFERENCE CALLS WITH GRACE, HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE |
| MCGAHREN | 01/25/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS |
| MCGAHREN | 01/26/05 | 1.50 | REVIEWED CORRESPONDENCE; CONFERENCE CALL |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

2

NJ\100241.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| | | | WITH L. MATTHEWS; PHONE CALLS WITH B. RAWLYCK, A. REITANO |
| MCGAHREN | 01/27/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MATTHEWS | 01/27/05 | 2.40 | CALL WITH J. MCGAHREN REGARDING STATUS; REVIEW INCOMING CORRESPONDENCE; FINALIZE NRD OFFER AND ARRANGE FOR TRANSMISSION; REVIEW ACE CHANGES TO SETTLEMENT DOCUMENTS |
| MCGAHREN | 01/28/05 | .50 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS |
| MCGAHREN | 01/31/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERRED WITH L. MATTHEWS; PHONE CALLS WITH A. REITANO AND P. CERIBELLI |
| MATTHEWS | 01/31/05 | 1.10 | REVIEW INCOMING CORRESPONDENCE; FOLLOW-UP WITH M. MILLER REGARDING INSURANCE; ATTEND TO AUDIT RESPONSE; CONFER WITH J. MCGAHREN REGARDING STATUS |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 31.70 | 510.00 | 16,167.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 12.90 | 485.00 | 6,256.50 | ASSOCIATE |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/31/05 | TELECOPYING | TELECOPYING 18133932785 , FAX 029016-0001 FAX | J MCGAHREN | | 5.00 |
| | | ** TOTAL TELECOPYING | | | 5.00 |
| 01/10/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 6.49 |
| 01/11/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 2.66 |
| 01/11/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .39 |
| 01/12/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 8.39 |
| 01/13/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | 1.15 |
| 01/14/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .39 |
| 01/18/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.27 |
| 01/18/05 | TELEPHONE | TELEPHONE 07096 CHRISTOPHER, JUDITH | JUDITH CHRISTOPHER | | .77 |
| 01/19/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .78 |
| 01/24/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 1.52 |
| 01/26/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 1.55 |
| 12/27/04 | TELEPHONE | TELEPHONE - -JOHN MCGAHREN /AT & T WIRELESS, 11/27-12/26/04 | J MCGAHREN | JOHN MCGAHREN | 14.10 |
| | | ** TOTAL TELEPHONE | | | 41.46 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

NJ\100241.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| 01/15/05 | MEALS - LOCAL | MEALS - LOCAL - -THE CERTO GROUP, LLC | J MCGAHREN | THE CERTO GROUP, LLC | 103.35 |
| | | ** TOTAL MEALS - LOCAL | | | 103.35 |
| 01/07/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1001200537681 | JUDITH CHRISTOPHER | | 1.87 |
| 01/27/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1001280500861 | JUDITH CHRISTOPHER | | 1.19 |
| 01/27/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1001280500863 | JUDITH CHRISTOPHER | | .17 |
| 01/31/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002010512571 | JUDITH CHRISTOPHER | | .34 |
| 01/31/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002010512569 | JUDITH CHRISTOPHER | | 2.04 |
| | | ** TOTAL PHOTOCOPYING | | | 5.61 |
| 12/31/04 | TELEPHONE | TELEPHONE | JUDITH CHRISTOPHER | | .39 |
| | | ** TOTAL TELEPHONE | | | .39 |
| 12/29/04 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 01/14/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT LOCATE & PREP DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 01/18/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & PREP DOCS | JUDITH CHRISTOPHER | | 30.00 |
| | | ** TOTAL OVERTIME | | | 150.00 |
| 01/31/05 | POSTAGE | POSTAGE | J MCGAHREN | | .37 |
| | | ** TOTAL POSTAGE | | | .37 |
| 10/01/04 | CALLING CARD | CALLING CARD - OCTOBER 2004 | J MCGAHREN | | 3.44 |
| 10/01/04 | CALLING CARD | CALLING CARD - OCTOBER 2004 | J MCGAHREN | | 3.44 |
| | | ** TOTAL CALLING CARD | | | 6.88 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000192

NJ\100241.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

January 31, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000192
File No.  029016-0001

---

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 395,739.35 |
| Current Billing: | | |
| January 31, 2005 | 51000192 | $22,736.56 |
| **Balance Due** | | **$418,475.91** |

**AMOUNT REMITTED:**          $ _____

### Method of Payment:

☐ CHECK        ☐ WIRE TRANSFER

NJ\100241.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

## INVOICE

February 28, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000316
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $118,968.69 |
| For professional services rendered through February 28, 2005: | 19,223.00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 247.84 | |
| TELEPHONE | 162.44 | |
| FEDERAL EXPRESS | 20.28 | |
| OVERTIME | 180.00 | |
| CALLING CARD | 0.90 | |
| | | 611.46 |

| | |
|---|---:|
| Total Current Charges | 19,834.46 |
| Total Balance Due | $138,803.15 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000316

NJ\102101.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 02/01/05 | .50 | REVIEWED CORRESPONDENCE (.03); CONFERRED WITH L. MATTHEWS (.02) |
| MATTHEWS | 02/01/05 | 2.80 | FINALIZE AND TRANSMIT SETTLEMENT DOCUMENTS TO P. BROSS AND GROUP REPRESENTATIVES (2.5); CALL TO P. BROSS REGARDING SAME (0.2); REVIEW INCOMING CORRESPONDENCE (0.1) |
| MCGAHREN | 02/02/05 | .50 | REVIEWED CORRESPONDENCE (0.3); CONFERRED WITH L. MATTHEWS (0.2) |
| MATTHEWS | 02/02/05 | .20 | REVIEW INCOMING CORRESPONDENCE (0.1); REPLY TO P. BROSS REGARDING SETTLEMENT DOCUMENTS (0.1) |
| MCGAHREN | 02/03/05 | 1.00 | REVIEWED CORRESPONDENCE (0.3); CONFERENCE WITH L. MATTHEWS (0.2); |
| ZECCHINO | 02/03/05 | .50 | ATTENTION TO ISSUES REGARDING STORAGE OF CASE MATERIALS. |
| MCGAHREN | 02/04/05 | .50 | REVIEWED CORRESPONDENCE |
| MATTHEWS | 02/07/05 | .20 | REVIEW INCOMING CORRESPONDENCE |
| MCGAHREN | 02/08/05 | 1.00 | STATUS CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES |
| MATTHEWS | 02/08/05 | 2.10 | ATTEND TO FILE (0.6); PREPARE FOR AND PARTICIPATE IN STATUS CONFERENCE CALL (1.2); REVIEW INCOMING CORRESPONDENCE (0.3); |
| MCGAHREN | 02/09/05 | .50 | REVIEW CORRESPONDENCE (0.3); CONFERENCE WITH L. MATTHEWS (0.2) |
| MATTHEWS | 02/10/05 | .30 | REVIEW INCOMING CORRESPONDENCE (0.1); FORWARD REQUESTED INFORMATION TO P. BROSS (0.2) |
| MCGAHREN | 02/11/05 | 1.50 | STATUS CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 02/11/05 | .80 | PARTICIPATE IN STATUS CONFERENCE CALL (0.7); REVIEW INCOMING CORRESPONDENCE (0.1); |
| MCGAHREN | 02/14/05 | 1.00 | REVIEWED CORRESPONDENCE(.30); PHONE CALL WITH M. OBRADOVIC(.40); CONFERENCE WITH L. MATTHEWS(.30) |
| MATTHEWS | 02/14/05 | 1.80 | DRAFT DOCUMENT STATUS AND ACTION ITEMS TABLE (1.5); REVIEW INCOMING CORRESPONDENCE (0.1); ATTEND TO REQUESTS FROM P. BROSS (O.2) |
| MATTHEWS | 02/16/05 | 8.50 | PARTICIPATE IN NEGOTIATION MEETING WITH P. BROSS |
| MCGAHREN | 02/17/05 | 1.50 | REVIEW CORRESPONDENCE (.50); PHONE CALL WITH A. REITANO (.50); REVIEWED DOCUMENTS (.25); CONFERENCE WITH L. MATTHEWS (.25) |
| MATTHEWS | 02/17/05 | 2.80 | REVIEW INCOMING CORRESPONDENCE (0.2); FINALIZE SETTLEMENT DOCUMENTS AND TRANSMIT TO P. BROSS (2.6) |
| MCGAHREN | 02/18/05 | 1.00 | REVIEWED CORRESPONDENCE (.50); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 02/18/05 | 1.50 | CALLS WITH L. DUFF AND J. POTTS REGARDING P. BROSS' REQUESTS (0.4); RESPOND TO SAME (0.9); REVIEW INCOMING CORRESPONDENCE (0.2) |
| MATTHEWS | 02/22/05 | 1.40 | REVIEW INCOMING CORRESPONDENCE (O.1); ATTEND TO P. BROSS' COMMENTS ON REVITALIZATION SETTLEMENT AGREEMENT AND REVISE SAME (1.3); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000316

2

NJ\102101.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 02/23/05 | 1.80 | REVIEW INCOMING CORRESPONDENCE (O.2); CALL WITH M. MILLER REGARDING STATUS (O.2); PARTICIPATE IN STATUS CONFERENCE CALL (1.4); |
| MCGAHREN | 02/24/05 | 2.00 | PHONE CALLS WITH M. OBRADOVIC, A. REITANO (1.5); REVIEWED CORRESPONDENCE (.50) |
| MATTHEWS | 02/25/05 | .80 | REVIEW INCOMING CORRESPONDENCE (O.3); CALL WITH A. REITANO REGARDING STATUS AND SCOPE OF COVENANT ISSUE (O.5) |
| MCGAHREN | 02/28/05 | 1.50 | PHONE CALL WITH M. OBRADOVIC (.50); REVIEWED CORRESPONDENCE (.50); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 02/28/05 | 1.30 | REVIEW INCOMING CORRESPONDENCE (O.2); PARTICIPATE IN STATUS CONFERENCE CALL (1.1) |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 12.50 | 510.00 | 6,375.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 26.30 | 485.00 | 12,755.50 | CONTRACT ASSOC |
| EA ZECCHINO | 17151 | .50 | 185.00 | 92.50 | ANALYST |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 02/08/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 02/18/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 4.60 |
| 02/28/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| | | ** TOTAL TELEPHONE | | | 5.38 |
| 01/27/05 | FEDERAL EXPRESS | JOHN SACCO TRENTONNJ 08625 792192469361 01/27/05 799208969 | J MCGAHREN | | 8.32 |
| 02/01/05 | FEDERAL EXPRESS | PHYLLIS E BROSS ESQ TRENTONNJ 08625 850881390660 02/01/05 799168564 | LD MATTHEWS | | 11.96 |
| | | ** TOTAL FEDERAL EXPRESS | | | 20.28 |
| 11/02/04 | PHOTOCOPYING | PHOTOCOPYING - - BOWNE BUSINESS SOLUTIONS | LD MATTHEWS | BOWNE BUSINESS SOLUTIONS | 247.33 |
| | | ** TOTAL PHOTOCOPYING | | | 247.33 |
| 01/11/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 32.90 |
| 01/13/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | .57 |
| 01/13/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 30.93 |
| 01/13/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE | J MCGAHREN | AT&T TELECONFERENCE | 3.70 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000316

NJ\102101.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| | | SERVICES | | SERVICES | |
| 01/14/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 13.37 |
| 01/17/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 31.65 |
| 01/18/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 39.34 |
| | | ** TOTAL TELEPHONE | | | 152.46 |
| 02/11/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002260511689 | JUDITH CHRISTOPHER | | .17 |
| 02/14/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1002260511691 | JUDITH CHRISTOPHER | | .34 |
| | | ** TOTAL PHOTOCOPYING | | | .51 |
| 01/31/05 | TELEPHONE | TELEPHONE | J MCGAHREN | | 3.82 |
| 01/31/05 | TELEPHONE | TELEPHONE | JUDITH CHRISTOPHER | | .78 |
| | | ** TOTAL TELEPHONE | | | 4.60 |
| 01/27/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - LOC & PREP DOCS | JUDITH CHRISTOPHER | | 30.00 |
| 02/03/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 60.00 |
| 02/04/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOC DOCS | JUDITH CHRISTOPHER | | 90.00 |
| | | ** TOTAL OVERTIME | | | 180.00 |
| 12/01/04 | CALLING CARD | CALLING CARD - DECEMBER 2004 | J MCGAHREN | | .90 |
| | | ** TOTAL CALLING CARD | | | .90 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000316

4

NJ\102101.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

**INVOICE**

February 28, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000316
File No.  029016-0001

---

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 118,968.69 |
| Current Billing: | | |
| February 28, 2005 | 51000316 | $19,834.46 |
| **Balance Due** | | **$138,803.15** |

**AMOUNT REMITTED:**                    $ _____

### Method of Payment:

☐ CHECK          ☐ WIRE TRANSFER

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

March 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W51000494
File No.  029016-0001

Re: **HATCO REMEDIATION**

| | |
|---|---:|
| Balance due on prior billing | $138,803.15 |
| For professional services rendered through March 31, 2005: | 39,952.00 |

Other Charges:

| | | |
|---|---:|---:|
| TELEPHONE | 83.58 | |
| FEDERAL EXPRESS | 8.21 | |
| OVERTIME | 60.00 | |
| | | 151.79 |

| | |
|---|---:|
| Total Current Charges | 40,103.79 |
| Total Balance Due | $178,906.94 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

NJ\104357.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 03/01/05 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); REVIEWED SETTLEMENT DOCUMENTS(1.0); |
| MATTHEWS | 03/01/05 | 1.30 | REVIEW INCOMING CORRESPONDENCE (0.3); CONFER WITH J. MCGAHREN REGARDING STATUS (0.2); PARTICIPATE IN STATUS CONFERENCE CALL (0.8) |
| MCGAHREN | 03/03/05 | 1.00 | REVIEWED CORRESPONDENCE; CONFERENCE WITH GRACE, HATCO AND WESTON REPRESENTATIVES(.50); CONFERENCE WITH L. MATTHEWS (.50) |
| MATTHEWS | 03/03/05 | .70 | PARTICIPATE IN STATUS CONFERENCE CALL (0.4); REVIEW INCOMING CORRESPONDENCE AND FOLLOW-UP REGARDING NATURAL RESOURCE DAMAGES SETTLEMENT (0.1); ATTEND TO BILLING ISSUES (0.2) |
| MCGAHREN | 03/04/05 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES (1.0); REVIEWED CORRESPONDENCE(.50); CONFERENCE WITH L. MATTHEWS(.50) |
| MATTHEWS | 03/04/05 | .60 | PARTICIPATE IN STATUS CONFERENCE CALL (0.5); REVIEW INCOMING CORRESPONDENCE (0.1) |
| MCGAHREN | 03/07/05 | 1.50 | REVIEWED CORRESPONDENCE(.50); CONFERENCE WITH L. MATTHEWS(.50); REVIEWED DRAFT MOTION(.50) |
| MATTHEWS | 03/07/05 | .60 | REVIEW INCOMING CORRESPONDENCE (0.1); CALL WITH M. MILLER REGARDING REMEDIAL ACTION WORK PLAN APPROVAL (0.1); ATTEND TO FILE (0.4) |
| MCGAHREN | 03/08/05 | 2.00 | CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); REVIEWED CORRESPONDENCE; REVIEWED SETTLEMENT DOCUMENTS(.50); CONFERENCE WITH L. MATTHEWS(.50); |
| MATTHEWS | 03/08/05 | 3.90 | REVIEW INCOMING CORRESPONDENCE (0.2); REVIEW AND EDIT DRAFT LETTER REGARDING SUBMISSION OF REMEDIAL ACTION WORKPLAN (0.6); REVIEW DRAFT TRUST AGREEMENT AND RELATED POLICY CHANGES (1.3); PARTICIPATE IN STATUS CONFERENCE CALL (1.0); CALLS WITH M. OBRADOVIC, P. CERIBELLI AND J. MCGAHREN REGARDING STATUS (0.8) |
| MCGAHREN | 03/09/05 | .50 | REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(.50); |
| MATTHEWS | 03/09/05 | 2.50 | PARTICIPATE IN STATUS CONFERENCE CALL (0.7); NEGOTIATE TRUST AGREEMENT (1.6); REVIEW INCOMING CORRESPONDENCE AND DRAFT LETTER REGARDING REMEDIAL ACTION WORK PLAN (0.2) |
| MATTHEWS | 03/10/05 | 3.10 | REVIEW INCOMING CORRESPONDENCE (0.2); REVIEW PROPOSED CHANGES TO REVITALIZATION SETTLEMENT AGREEMENT BY NJDEP (0.2); CALLS WITH M. OBRADOVIC, J. MCGAHREN AND A. REITANO REGARDING ISSUES RAISED BY DEP CHANGES (2.0); RESEARCH COVENANT ISSUE (0.2); FOLLOW-UP REGARDING NRD AND BANKRUPTCY ISSUES (0.2); REVIEW REVISED REVITALIZATION SETTLEMENT AGREEMENT (0.3) |
| MATTHEWS | 03/11/05 | .30 | PARTICIPATE IN STATUS CONFERENCE CALL (0.2); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

2

NJ\104357.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 03/14/05 | 1.70 | REVIEW INCOMING CORRESPONDENCE (0.1) REVIEWED CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(.70); PHONE CALLS WITH A. REITANO, D. TOFT(1.0); |
| MCGAHREN | 03/17/05 | 3.00 | REVIEWED CORRESPONDENCE(.50); PHONE CALL WITH A. REITANO, D. TOFT, P. CERIBELLI(2.0); CALL WITH L MATTHEWS(.50) |
| MCGAHREN | 03/18/05 | 2.00 | PHONE CALLS WITH A. REITANO, D. TOFT(1.0); CONFERENCE WITH L. MATTHEWS(1.0); |
| MCGAHREN | 03/21/05 | 3.00 | REVIEW CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(1.0); REVISE SETTLEMENT DOCUMENTS(2.0) |
| MCGAHREN | 03/22/05 | 3.00 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE(2.0); CONFERENCE WITH L. MATTHEWS; PHONE CALL WITH M. OBRADOVIC(1.0); |
| MATTHEWS | 03/22/05 | 2.40 | CALL WITH J. MCGAHREN REGARDING STATUS (0.4); REVIEW INCOMING CORRESPONDENCE (0.8); ATTEND TO FILE (0.3); PARTICIPATE IN STATUS CONFERENCE CALL (0.9) |
| MCGAHREN | 03/24/05 | 5.50 | REVIEW CORRESPONDENCE; CONFERENCE WITH L. MATTHEWS(1.5); PHONE CALLS WITH M. OBRADOVIC, A. REITANO, M. CATANIA, B. RAWLYCK; REVISE SETTLEMENT DOCUMENTS; REVIEWED NJDEP OVERSIGHT REGULATIONS(4.0); |
| MATTHEWS | 03/24/05 | .30 | REVIEW INCOMING DOCUMENTS AND CORRESPONDENCE |
| MATTHEWS | 03/25/05 | 1.60 | PARTICIPATE IN STATUS CONFERENCE CALL (1.3); REVIEW INCOMING CORRESPONDENCE (0.1); CALL WITH J. MCGAHREN REGARDING NRD ISSUES (0.2) |
| MCGAHREN | 03/28/05 | 4.00 | CONFERENCE CALL WITH GRACE HATCO AND WESTON REPRESENTATIVES; REVIEWED CORRESPONDENCE(2.0); CONFERENCE WITH L. MATTHEWS; PHONE CALLS WITH M. CATANIA. B. RAWLYCK, A. REITANO, D. TOFT; REVIEWED SETTLEMENT DOCUMENTS(2.0); |
| MATTHEWS | 03/28/05 | 5.20 | REVIEW INCOMING CORRESPONDENCE (0.3); TRANSMIT REQUESTED INFORMATION TO J. MCGAHREN (0.2); CALL WITH L. DUFF, M. OBRADOVIC AND J. MCGAHREN REGARDING SETTLEMENT ISSUES (0.3); DRAFT NRD SETTLEMENT DOCUMENTS (2.8); PARTICIPATE IN CONFERENCE CALL REGARDING HATCO COVENANT (0.6); PARTICIPATE IN STATUS CONFERENCE CALL (1.0) |
| MCGAHREN | 03/29/05 | 7.00 | EARLY MORNING MEETING WITH GRACE HATCO AND WESTON REPRESENTATIVES(3.5); MEETING WITH NJDEP AND DOL REPRESENTATIVES(3.5); |
| MATTHEWS | 03/29/05 | 3.30 | REVIEW INCOMING CORRESPONDENCE (0.4); REVISE BANKRUPTCY COURT MOTION AND REVIEW RELATED DOCUMENTS (2.2); REVIEW AND REVISE NRD SETTLEMENT AGREEMENTS (0.4); CALL WITH J. MCGAHREN REGARDING MEETING WITH NJDEP AND STATUS (0.3) |
| MCGAHREN | 03/30/05 | 3.00 | CONFERENCE CALL WITH GRACE, WESTON AND HATCO REPRESENTATIVES; REVIEWED CORRESPONDENCE AND SETTLEMENT DOCUMENTS(2.0); PHONE CALLS WITH A. REITANO, M. CATANIA, B. RAWLYCK(1.0); |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

NJ\104357.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| BECKER | 03/30/05 | .30 | DISCUSS REMOVAL AND BANKRUPTCY JURISDICTION WITH J. MCGAHREN(.30); |
| MCGAHREN | 03/31/05 | 4.00 | REVIEWED CORRESPONDENCE AND SETTLEMENT DOCUMENTS(1.0); PHONE CALLS WITH A. REITANO, M. CATANIA, B. RAWLYCK; CONFERENCE WITH L. MATTHEWS(3.0); |
| MATTHEWS | 03/31/05 | 8.60 | CALL WITH J. MCGAHREN REGARDING STATUS (0.3); CALL WITH L. DUFF REGARDING NATURAL RESOURCE DAMAGE SETTLEMENT (0.5); REVISE NRD SETTLEMENT DOCUMENTS (2.4); REVISE CONTRACT WITH CRI (0.4); NEGOTIATION CALL WITH M. MILLER AND A. REITANO (2.2); PARTICIPATE IN STATUS CONFERENCE CALL (0.7); REVIEW AND PROVIDE COMMENTS ON TRUST AGREEMENT (1.1); DRAFT LEGAL NOTICE OF NRD SETTLEMENT (0.3); GATHER AND TRANSMIT CURRENT VERSIONS OF SETTLEMENT DOCUMENTS (0.7) |
| TYJER | 03/31/05 | .60 | CONFERENCE W/ JOHN MCGAHREN RE: PUBLIC NOTICE FILED ANNOUNCING CONSENT ORDER FILED W/ HONEYWELL INTERNATIONAL, ET AL. TO SERVE AS EXAMPLE; PERFORM INTERNET SEARCH TO FIND THE NOTICE(.60); |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 45.20 | 510.00 | 23,052.00 | PARTNER, JR. |
| D BECKER | 03661 | .30 | 400.00 | 120.00 | ASSOCIATE, SR. |
| LD MATTHEWS | 02951 | 34.40 | 485.00 | 16,684.00 | CONTRACT ASSOC |
| S TYJER | 17153 | .60 | 160.00 | 96.00 | PARALEGAL |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/21/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 03/07/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 3.05 |
| 03/08/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.05 |
| 03/16/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .39 |
| 03/22/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 5.72 |
| 03/24/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .77 |
| 03/28/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | .77 |
| 03/31/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 11.48 |
| 03/31/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 57.96 |
| | | ** TOTAL TELEPHONE | | | 83.58 |
| 02/23/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19801 792854556936 02/23/05 540232939 | JP LEJAVA | | 8.21 |
| | | ** TOTAL FEDERAL | | | 8.21 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

NJ\104357.1

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|------|------|-------------|------|--------|--------|
| | | EXPRESS | | | |
| 02/28/05 | OVERTIME | OVERTIME/JUDITH CHRISTOPHER - EDIT COPY & LOCATE DOCUMENTS | JUDITH CHRISTOPHER | | 60.00 |
| | | ** TOTAL OVERTIME | | | 60.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000494

NJ\104357.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

March 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Please identify your check with the following number:
Invoice No.  W51000494
File No.  029016-0001

---

## REMITTANCE COPY

### HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 138,803.15 |
| Current Billing: | | |
| March 31, 2005 | 51000494 | $40,103.79 |
| **Balance Due** | | **$178,906.94** |

**AMOUNT REMITTED:**          $ _____

### Method of Payment:

☐ CHECK          ☐ WIRE TRANSFER

NJ\104357.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM&WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

January 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000193
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $27,939.63 |
| For professional services rendered through January 31, 2005: | 1,062.00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 1.87 | |
| | | 1.87 |

| | |
|---|---:|
| Total Current Charges | 1,063.87 |
| Total Balance Due | $29,003.50 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| SAVAGE | 01/19/05 | .20 | CONFER WITH J. LEJAVA REGARDING FEE APPLICATION FOR DECEMBER 2004 |
| SAVAGE | 01/20/05 | 3.40 | PREPARE SPECIAL COUNSEL FEE APPLICATION FOR DECEMBER 2004 |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| S SAVAGE | 03640 | 3.60 | 295.00 | 1,062.00 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 01/22/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1001230578295 | JP LEJAVA | | 1.87 |
| | | ** TOTAL PHOTOCOPYING | | | 1.87 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000193

NJ\100247.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

January 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W51000193
File No.  029016-0003

---

## REMITTANCE COPY

### SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 27,939.63 |
| Current Billing: | | |
| January 31, 2005 | 51000193 | $1,063.87 |
| **Balance Due** | | **$29,003.50** |

**AMOUNT REMITTED:**                                         $ _____

### Method of Payment:

☐ CHECK      ☐ WIRE TRANSFER

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

### INVOICE

February 28, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000317
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $10,219.05 |
| For professional services rendered through February 28, 2005: | 2,842.00 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 11.56 | |
| TELEPHONE | 4.99 | |
| | | 16.55 |

| | |
|---|---:|
| Total Current Charges | 2,858.55 |
| Total Balance Due | $13,077.60 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEJAVA | 02/02/05 | .10 | TELEPHONE CALL WITH S. BOSSAY REGARDING PREPARATION AND FILING OF INTERIM FEE APPLICATION |
| LEJAVA | 02/04/05 | 2.80 | PREPARATION OF INTERIM FEE APPLICATION FOR JULY 1, 2004 THROUGH SEPTEMBER 30, 2004 QUARTER (2.6); TELEPHONE CALL WITH P. CUNIFF OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. (.2) |
| SAVAGE | 02/22/05 | 2.60 | PREPARE SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR JANUARY (2.5);  CONFER WITH J. LEJAVA REGARDING SAME (.1) |
| LEJAVA | 02/23/05 | 1.00 | REVIEW OF DRAFT JANUARY 2005 FEE APPLICATION (.2); REVISE FEE APPLICATION AND FORWARD SAME TO P. CUNIFF FOR FILING (.8); |
| LEJAVA | 02/24/05 | 1.10 | REVIEW AND FINALIZE JANUARY 2005 MONTHLY FEE APPLICATION |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 5.00 | 415.00 | 2,075.00 | ASSOCIATE, SR. |
| S SAVAGE | 03640 | 2.60 | 295.00 | 767.00 | ASSOCIATE, JR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 02/04/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 2.68 |
| 02/08/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | 1.54 |
| 02/24/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| | | ** TOTAL TELEPHONE | | | 4.99 |
| 02/04/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1002050533981 | JP LEJAVA | | 9.52 |
| 02/23/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1002260511695 | JP LEJAVA | | .17 |
| 02/23/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1002260511693 | JP LEJAVA | | 1.87 |
| | | ** TOTAL PHOTOCOPYING | | | 11.56 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000317

NJ\102477.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

February 28, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000317
File No.  029016-0003

## REMITTANCE COPY

### SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| | | |
| **Amounts Due on Prior Billings** | | 10,219.05 |
| Current Billing: | | |
| February 28, 2005 | 51000317 | $2,858.55 |
| **Balance Due** | | **$13,077.60** |

AMOUNT REMITTED:                              $ _____

### Method of Payment:

☐ CHECK          ☐ WIRE TRANSFER

NJ\102477.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

**INVOICE**

March 31, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000495
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $13,077.60 |
| For professional services rendered through March 31, 2005: | .00 |

Other Charges:

| | | |
|---|---:|---:|
| TELEPHONE | 0.77 | |
| FEDERAL EXPRESS | 8.32 | |
| | | 9.09 |

| | |
|---|---:|
| Total Current Charges | 9.09 |
| Total Balance Due | $13,086.69 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000495

NJ\104356.1

| TIMEKEEPER | DATE | HOURS | DESCRIPTION | | |
|---|---|---|---|---|---|

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT |
|---|---|---|---|---|

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 03/25/05 | TELEPHONE | TELEPHONE 07097 LEJAVA, JEFFREY P | JP LEJAVA | | .77 |
| | | ** TOTAL TELEPHONE | | | .77 |
| 02/04/05 | FEDERAL EXPRESS | PATRICIA CUNIFF WILMINGTON DE 19801 791542887913 02/04/05 539010764 | JP LEJAVA | | 8.32 |
| | | ** TOTAL FEDERAL EXPRESS | | | 8.32 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000495

2

NJ\104356.1

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

# LATHAM & WATKINS LLP

Tax identification No: 95-2018373

## INVOICE

March 31, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn:  Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No.  W51000495
File No.  029016-0003

---

## REMITTANCE COPY

### SPECIAL COUNSEL FEE APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 13,077.60 |
| Current Billing: | | |
| March 31, 2005 | 51000495 | $  9.09 |
| **Balance Due** | | **$13,086.69** |

**AMOUNT REMITTED:**        $ _____

### Method of Payment:

☐ CHECK        ☐ WIRE TRANSFER

NJ\104356.1