**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01–1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify the following:

1.  On March 18, 2005, the Official Committee of Asbestos Personal Injury Claimants (the "Committee") filed their Application for Entry of an Order Authorizing the Employment of Anderson Kill & Olick, P.C. ("Anderson Kill") as Special Insurance Counsel (the "Application") at docket number 8077. Any objections to the Application were to be filed by April 8, 2005. The Application was scheduled for hearing on April 25, 2005.

2.  On April 8, 2005, Debtors filed their Limited Objection (the "Limited Objection") to the Application (docket number 8202). The Limited Objection pertained to the scope of Anderson Kill's employment.

3.  On April 15, 2005, the Committee filed a Motion for Leave to File a Reply to the Debtors' Limited Objection (the "Reply") (docket number 8227). The Reply indicated that the Committee was willing to limit the scope of Anderson Kill's retention.

4.  At the hearing on April 25, 2005, the parties reached an agreement regarding the scope of Anderson Kill's retention, which was approved by this Court. As instructed by the Court, a revised Order is submitted, which is attached as Exhibit A.

{D0044315:1 }

Date:  May 27, 2005                    CAMPBELL & LEVINE, LLC

/S/ Marla Rosoff Eskin
Marla Rosoff Eskin (No. 2989)
Mark T. Hurford (No. 3299)
800 N. King Street
Suite 300
Wilmington, DE 19801
(302) 426-1900

Attorneys for the Official Committee of Asbestos
Personal Injury Claimants

{D0044315:1 }