# EXHIBIT 2

## Dkt 8451 - 3rd Omni 8 Continuance Order
## for WR Grace

Total number of parties: 3
Mode of Service: US Mail (1st Class)

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party |
|---|---|
| 14211 | NATIONAL UNION FIRE INSURANCE COMPANY OF, C/O MICHAEL S DAVIS ESQ, ZEICHNER ELLMAN & KRAUSE LLP, 575 LEXINGTON AVE, NEW YORK, NY 10022 |
| 14211 | STATE OF NEW JERSEY DEPARTMENT OF TREASU, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |
| 14211 | STATE OF NEW JERSEY DEPT OF TREASURY, DIVISION OF TAXATION, PO BOX 245, TRENTON, NJ 08695-0245 |

Subtotal for this group: 3