IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION TO FORTY-FIRST MONTHLY APPLICATION OF KLETT ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 30, 2005
[RE: DOCKET NO. 8379]**

On May 6, 2005, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Forty-First Monthly Application for Compensation and Reimbursement of Expenses [Docket No. 8379] (the "Application"). The Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on May 26, 2005. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Application and that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Klett Rooney $10,568.40 which represents eighty percent (80%) of the total fees ($13,210.50), and $138.07, which represents 100% of the expenses requested in the Application

upon the filing of this Certification and without the need for entry of a Court order approving the Application.

                                    **KLETT ROONEY LIEBER & SCHORLING**
                                    **A Professional Corporation**

                                    By: /s/ Rhonda Thomas
                                          Teresa K. D. Currier (No. 3080)
                                          Rhonda L. Thomas (No. 4053)
                                          The Brandywine Building
                                          1000 West St., Suite 1410
                                          Wilmington, DE 19801

                                                  -and-

                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                    Philip Bentley, Esquire
                                    Gary M. Becker, Esquire
                                    919 Third Avenue
                                    New York, NY 10022
                                    (212) 715-9100

                                    Co-Counsel to the Official Committee of
                                    Equity Holders

Dated: May 31, 2005