# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline:   June 20, 2005 at 4:00 p.m. |

## FORTY-SECOND MONTHLY APPLICATION OF
## KLETT ROONEY LIEBER & SCHORLING,
## CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
## COMPENSATION AND REIMBURSEMENT OF EXPENSES
## FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

Name of Applicant:
Klett Rooney Lieber & Schorling,
a Professional Corporation

Authorized to Provide
Professional Services to:
The Official Committee of Equity Holders

Date of Retention:
October 26, 2001 *nunc pro tunc*

Period for which compensation
and reimbursement is sought:
April 1, 2005 through April 30, 2005

Amount of fees to be approved
as actual, reasonable and necessary:
$13,310.00[1]

Amount of expenses sought as
actual, reasonable and necessary:
$450.86

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

---

[1] Due to an inadvertent accounting error, some fees incurred prior to this Application were excluded from prior fee applications.  Accordingly, these fees are included for payment in this Application.

58909v1

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

58909v1

| | | | | |
|---|---|---|---|---|
| 4/28/03 3716 | 3/1/03 through 3/31/03 | $7,177.50/ $481.33 | $5,742.00/ $481.33 | 3827 |
| 5/28/03 3834 | 4/1/03 through 4/30/03 | $4,300.50/ $227.83 | $3,440.40/ $227.83 | 3947 |
| 6/27/03 3968 | 5/1/03 through 5/31/03 | $7,792.50/ $1,024.71 | $6,234.00/ $1,024.71 | 4091 7/22/03 |
| 7/28/03 4113 | 6/1/03 through 6/30/03 | $7,168.50/ $831.98 | $5,734.80/ $831.98 | 4309 8/21/03 |
| 8/28/03 4351 | 7/1/03 through 7/31/03 | $17,663.00/ $1,392.91 | $14,130.40/ $1,392.91 | 4456 9/22/03 |
| 9/29/03 4500 | 8/1/03 through 8/31/03 | $12,893.50/ $244.39 | $10,314.80/ $244.39 | 4521 10/23/03 |
| 10/29/03 4630 | 9/1/03 through 9/30/03 | $14,176.00/ $2,059.35 | $11,340.80/ $2,059.35 | 4725 11/21/03 |
| 11/26/03 4753 | 10/1/03 through 10/31/03 | $13,698.00/ $575.77 | $10,958.40/ $575.77 | 4829 12/18/03 |
| 12/29/03 4877 | 11/1/03 through 11/30/03 | $10,696.50/ $207.22 | $8,557.20/ $207.22 | 4986 1/26/04 |
| 1/28/04 5005 | 12/1/03 through 12/25/03 | $10,843.00/ $543.07 | $8,674.40/ $543.07 | 5135 2/19/04 |
| 2/27/04 5187 | 12/26/03 through 1/31/04 | $16,269.00/ $1,034.60 | $13,015.20/ $1,034.60 | 5342 3/24/04 |
| 4/6/04 5403 | 2/1/04 through 2/29/04 | $11,591.50/ $673.24 | $9,273.20/ $673.24 | 5501 4/28/04 |
| 4/25/04 5502 | 3/1/04 through 3/31/04 | $12,715.00/ $1,402.19 | $10,172.00/ $1,402.19 | 5616 5/19/04 |
| 5/28/04 5656 | 4/1/04 through 4/30/04 | $8,492.50/ $782.53 | $6,794.00/ $782.53 | 5844 6/21/04 |
| 6/28/04 5883 | 5/1/04 though 5/31/04 | $16,891.00/ $180.37 | $13,512.80/ $180.37 | 5996 7/20/04 |
| 7/29/04 6061 | 6/1/04 through 6/30/04 | $30,666.50/ $1,008.14 | $24,533.50/ $1,008.14 | 6223 8/20/04 |

58909v1

| | | | | |
|---|---|---|---|---|
| 8/31/04 6292 | 7/1/04 through 7/31/04 | $20,746.50/ $1,010.62 | $16,597.20/ $1,010.62 | 6436 9/21/04 |
| 9/28/04 6485 | 8/1/04 through 8/31/04 | $20,512.00/ $1,821.42 | $16,409.60/ $1,821.42 | 6780 10/28/04 |
| 10/28/04 6779 | 9/1/04 through 9/30/04 | $20,634.50/ $1,231.46 | $16,076.60/ $1,231.46 | 7001 11/19/04 |
| 11/30/04 7063 | 10/1/04 through 10/31/04 | $20,982.00/ $144.74 | $16,785.60/ $144.74 | 7327 12/22/04 |
| 12/28/04 7381 | 11/1/04 through 11/30/04 | $26,383.00 $1,843.03 | $21,106.40/ $1,843.03 | 7600 1/20/05 |
| 1/28/05 7640 | 12/1/04 through 12/25/04 | $27,170.50 $457.47 | $21,736.40/ $457.47 | 7852 2/22/05 |
| 3/3/05 7940 | 12/26/04 though 1/31/05 | $25,021.50 $1,466.97 | $20,017.20/ $1,466.97 | 8127 3/28/05 |
| 4/1/05 8153 | 2/1/05 through 2/28/05 | $21,980.00 $240.36 | $17,584.00/ $240.36 | 8291 4/27/05 |
| 5/6/05 8379 | 3/1/05 through 3/31/05 | $13,210.50 $138.07 | $10,568.40/ $138.07 | 8528 5/31/05 |

## SUMMARY OF TIME FOR BILLING PERIOD
### APRIL1, 2005 THROUGH APRIL 30, 2005

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|------|------|------|
| Teresa K.D. Currier | $470 | 19.6 | $9,212.00 |
| Rhonda L. Thomas | $220 | 10.9 | $2,398.00 |
| Melissa N. Flores | $135 | 9.8 | $1,323.00 |
| Frances A. Panchak | $145 | 2.6 | $377.00 |
| **TOTAL** | | **42.9** | **$13,310.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### APRIL1, 2005 THROUGH APRIL 30, 2005

| Project category | Total Hours | Total Fees |
|------|------|------|
| Asset Disposition | 9.0 | $3,905.00 |
| Business Operations | 1.1 | $242.00 |
| Case Administration | 5.5 | $1,278.50 |
| Claims Analysis Obj. & Resolution (Non-Asbestos) | 6.3 | $2,411.00 |
| Employment Applications, Others | 5.2 | $2,119.00 |
| Fee Applications, Applicant | 4.1 | $621.50 |
| Fee Applications, Others | 9.9 | $2,037.00 |
| Litigation and Litigation Consulting | 1.8 | $696.00 |
| **TOTAL** | **42.9** | **$13,310.00** |

58909v1

**SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
APRIL1, 2005 THROUGH APRIL 30, 2005**

| Expense Category | Total Expenses |
|---|---|
| Federal Express | $84.57 |
| Professional Services | $85.27 |
| Messenger Services | $200.50 |
| Duplicating Services | $80.52 |
| **TOTAL** | **$450.86** |

**KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation**


By:     /s/ Rhonda L. Thomas
        Teresa K. D. Currier (No. 3080)
        Rhonda L. Thomas (No. 4053)
        1000 West Street, Suite 1410
        Wilmington, DE 19801
        (302) 552-4200

        Co-Counsel to the Official Committee of
        Equity Holders

Dated: May 31, 2005

58909v1

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 25, 2005
                                              MATTER : W9600-002
                                              INVOICE : 191657
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/04/05 | TC | REVIEWED RENEWED MOTION TO APPROVE SEALED AIR SETTLEMENT AGREEMENT AND ATTACHED DOCUMENTS | 2.10 |
| 04/06/05 | RLT | REVIEWED NOTICE OF SETTLEMENT FILED BY W. R. GRACE; | .20 |
| 04/06/05 | TC | REVIEWED NOTICE OF SETTLEMENT FILED BY WR GRACE | .70 |
| 04/08/05 | RLT | RESPONSE TO DEBTOR'S MOTION FOR APPROVAL OF STIPULATION WITH ST. PAUL COMPANIES; | .30 |
| 04/08/05 | RLT | REVIEWED OBJECTION FILED BY OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANT TO DEBTOR'S MOTION FOR APPROVAL OF ST. PAUL STIPULATION; | .40 |
| 04/08/05 | TC | REVIEWED OBJECTION FILED TO STIPULATION WITH ST PAUL COMPANIES | .60 |
| 04/08/05 | TC | REVIEWED RESPONSE FILED BY SOLOW TO MOTION TO APPROVE STIPULATION WITH ST PAUL COMPANIES | .40 |
| 04/11/05 | RLT | REVIEWED MOTION TO APPROVE COMPROMISE CONCERNING HATCO SITE; | .40 |
| 04/11/05 | TC | REVIEWED MOTION TO APPROVE A SETTLEMENT AND COMPROMISE RE THE HATCO SITE AND RELATED TRANSACTIONS THERETO | .70 |
| 04/11/05 | TC | REVIEWED ORDER AUTHORIZING DEBTOR TO ENTER INTO SETTLEMENT AGREEMENT WITH THE IRS | .50 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 25, 2005
                                            MATTER :  W9600-002
                                            INVOICE : 191657


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

     RE:  ASSET DISPOSITION


04/11/05 TC    REVIEWED RESPONSE OF SHELDON SOLOW AND OTHERS            .50
               TO MOTION TO APPROVE SETTLEMENT AGREEMENT WITH
               ST PAUL COMPANIES

04/14/05 TC    REVIEWED MOTION FOR ENTRY OF ORDER APPROVING            1.40
               SETTLEMENT AGREEMENT AND REMEDIATION AGREEMENT
               CONCERNING THE HATCO SITE

04/21/05 TC    REVIEWED RENEWED MOTION FOR APPROVAL OF                  .80
               SETTLEMENT AGREEMENT
```

```
                    T I M E   S U M M A R Y
                    -----------------------

                       RATE     HOURS        TOTALS
                       ----     -----        ------

     R L THOMAS        220.00    1.30         286.00
     T CURRIER         470.00    7.70        3619.00
                TOTALS           9.00        3905.00


                    TOTAL FEES :                   3,905.00


                    TOTAL DUE  :                   3,905.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   MAY 25, 2005
                                            MATTER : W9600-003
                                            INVOICE : 191658


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

    RE:  BUSINESS OPERATIONS



DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
----  ----   --------------------------------                  -----

04/04/05 RLT  REVIEWED DEBTOR-IN-POSSESSION MONTHLY OPERATING     .50
              REPORT FOR FILING PERIOD FEBRUARY 2005 FILED BY
              W.R. GRACE & CO.

04/08/05 RLT  REVIEWED NOTICE OF INTENT TO PURCHASE EQUITY        .60
              FILED BY CITADEL;



                  T I M E   S U M M A R Y
                  -----------------------

                       RATE     HOURS        TOTALS
                       ----     -----        ------

R L THOMAS             220.00   1.10         242.00
              TOTALS            1.10         242.00


                  TOTAL FEES :                    242.00


                  TOTAL DUE  :                    242.00
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-004
INVOICE : 191659

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | --------------------------------- | ----- |
| 04/01/05 | MNF | EMAILS TO AND FROM KATHLEEN @ KRAMER LEVIN RE: CONTACT INFO | .30 |
| 04/01/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/04/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | .70 |
| 04/11/05 | MNF | E-FILE AND SERVE NOTICE OF CHANGE OF ADDRESS | .60 |
| 04/11/05 | TC | REVIEWED ORDER EXPANDING SCOPE OF SERVICES PROVIDED BY WOODCOCK AND WASHBURN | .40 |
| 04/12/05 | MNF | UPDATE 2002 SERVICE LISTS | .30 |
| 04/12/05 | MNF | MAINTAINED AND ORGANIZED CASE FILES BY REVIEWING EACH INCOMING PLEADING, MATCHING THE PLEADING TO THE DOCKET AND ARRANGING THE PLEADINGS AND CORRESPONDENCE IN CHRONOLOGICAL ORDER | 1.00 |
| 04/21/05 | TC | REVIEWED AGENDA FOR HEARING MONDAY | .50 |
| 04/21/05 | TC | COMMUNICATIONS WITH PHIL BENTLEY RE HEARING MONDAY | .20 |
| 04/22/05 | TC | REVIEWED AMENDED AGENDA NOTICE | .50 |

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-004
INVOICE :  191659

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  CASE ADMINISTRATION

## TIME SUMMARY
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| M N FLORES   | 135.00 | 3.90  | 526.50  |
| T CURRIER    | 470.00 | 1.60  | 752.00  |
| TOTALS       |        | 5.50  | 1278.50 |

TOTAL FEES :                        1,278.50

TOTAL DUE  :                        1,278.50

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     MAY 25, 2005
MATTER : W9600-006
INVOICE : 191660

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| ---- | ---- | -------------------------------- | ----- |
| 03/30/05 | RLT | REVIEWED CERTAIN INSURERS' LIMITED OBJECTION TO DEBTORS' PROPOSED ORDER SETTING BRIEFING SCHEDULE AND HEARING REGARDING CASE MANAGEMENT ORDER AND PROOF OF CLAIM/QUESTIONNAIRE FOR THE ESTIMATION OF ASBESTOS PERSONAL INJURY LIABILITIES (RELATED DOCUMENT(S){8117 ) FILED BY FEDERAL INSURANCE COMPANY | .30 |
| 04/05/05 | TC | REVIEWED RESPONSE FILED TO CLAIMS OBJECTION BY PETER PEARSON | .50 |
| 04/06/05 | RLT | REVIEWED STIPULATION RESOLVING CLAIM BETWEEN W. R. GRACE AND SCIENCES INTERNATIONAL; | .40 |
| 04/06/05 | RLT | REVIEWED ORDER GRANTING RELIEF SOUGHT IN DEBTORS 5TH OMNIBUS OBJECTION TO CLAIMS | .50 |
| 04/06/05 | TC | REVIEWED STIPULATION RESOLVING CLAIM | .50 |
| 04/07/05 | TC | REVIEWED 7TH CONTINUATION ORDER ON SUBSTANTIVE CLAIMS | .50 |
| 04/08/05 | RLT | REVIEWED ORDER GRANTING DEBTOR'S FIFTH OMNIBUS OBJECTION TO CLAIMS; | .20 |
| 04/08/05 | TC | REVIEWED 7TH CONTINUATION ORDER RE 5TH OMNIBUS CLAIMS OBJECTION | .40 |
| 04/08/05 | TC | REVIEWED SETTLEMENT STIPULATION INVOLVING THE ST. PAUL COMPANIES ET AL. | .90 |
| 04/11/05 | TC | REVIEWED STIPULATION RESOLVING CLAIMS WITH CITICORP LEASING | .50 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-006
INVOICE :  191660

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)

| | | | |
|---|---|---|---|
| 04/12/05 RLT | REVIEWED ORDER AUTHORIZING THE DEBTOR TO ENTER INTO SETTLEMENT AGREEMENT W/IRS WITH RESPECT TO CERTAIN TAX CLAIMS; | | .20 |
| 04/25/05 RLT | REVIEWED BRIEF - DEBTORS' RESPONSE TO PACIFICORP AND THE VANCOTT BAGLEY CORNWALL & MCCARTHY 401(K) PROFIT SHARING PLAN'S BRIEF IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE LATE PROOFS OF CLAIM | | .60 |
| 04/25/05 TC | REVIEWED DEBTORS' RESPONSE BRIEF TO PACIFICORP AND VAGOTT MOTION TO FILE LATE PROOFS OF CLAIM | | .80 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| R L THOMAS | 220.00 | 2.20 | 484.00 |
| T CURRIER | 470.00 | 4.10 | 1927.00 |
| TOTALS | | 6.30 | 2411.00 |

TOTAL FEES :        2,411.00

TOTAL DUE  :        2,411.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER : W9600-010
INVOICE : 191661

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/05 | TC | REVIEWED MOTION TO APPROVE RETENTION OF LEGC CONSULTANT TO OFFICIAL ASBESTOS COMMITTEE | .60 |
| 04/08/05 | RLT | REVIEWED OBJECTION TO DEBTOR'S MOTION TO EMPLOY CAHILL GORDON AS SPECIAL COUNSEL; | .30 |
| 04/08/05 | RLT | REVIEWED LIMITED OBJECTION TO APPLICATION TO EMPLOY ANDERSON KILL AND OLICK AS SPECIAL INSURANCE COUNSEL | .30 |
| 04/08/05 | TC | REVIEWED OBJECTION TO EMPLOYMENT OF CAHILL GORDON | .40 |
| 04/08/05 | TC | REVIEWED DEBTORS' LIMITED OBJECTION TO MOTION TO EMPLOY ANDERSON KILL AS SPECIAL INSURANCE COUNSEL | .40 |
| 04/11/05 | RLT | REVIEWED APPLICATION TO EMPLOY BEVERIDGE & DIAMOND AS SPECIAL COUNSEL | .30 |
| 04/11/05 | TC | REVIEWED APPLICATION TO RETAIN BEVERIDGE AND SIMON AS SPECIAL COUNSEL | .60 |
| 04/12/05 | RLT | REVIEWED ORDER EXPANDING SCOPE OF SOURCES PROVIDED BY WOOD CORK; | .20 |
| 04/14/05 | TC | REVIEWED NOTICE OF APPLICATION OF THE DEBTORS TO RETAIN BEVERIDGE AND DIAMOND AS SPECIAL COUNSEL | .60 |

PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-010
INVOICE : 191661

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 04/15/05 RLT | REVIEWED MOTION FOR LEAVE TO FILE A REPLY TO DEBTORS' LIMITED OPPOSITION TO APPLICATION AUTHORIZING THE EMPLOYMENT OF ANDERSON KILL & OLICK, P.C. AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMAINTS FILED BY OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | .20 |
| 04/15/05 TC | REVIEWED MOTION FOR LEAVE TO FILE REPLY TO ANDERSON KILL RETENTION PROPOSAL | .50 |
| 04/20/05 TC | REVIEWED SUPPLEMENTAL OBJECTION OF COMMITTEE TO MOTION TO HIRE CEO | .80 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| | ---- | ----- | ------ |
| R L THOMAS | 220.00 | 1.30 | 286.00 |
| T CURRIER | 470.00 | 3.90 | 1833.00 |
| TOTALS | | 5.20 | 2119.00 |

TOTAL FEES :              2,119.00

TOTAL DUE  :              2,119.00

**PENNSYLVANIA    ●    DELAWARE    ●    NEW JERSEY    ●    WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 25, 2005
                                              MATTER : W9600-011
                                              INVOICE :  191662


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05   T C

    RE:  FEE APPLICATIONS, APPLICANT


   DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
   ----  ----   -------------------------------                   -----

04/01/05 MNF    E-FILE AND SERVE 40TH MONTHLY FEE APP OF KRLS      1.00
                FOR 2/1/05-2/28/05

04/01/05 RLT    REVIEWED FORTIETH MONTHLY APPLICATION OF KLETT      .10
                ROONEY LIEBER & SCHORLING, CO-COUNSEL TO THE
                OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
                COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR
                THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY
                28, 2005 FILED BY OFFICIAL COMMITTEE OF EQUITY
                HOLDERS

04/21/05 MNF    REVIEW PRE-BILLS FOR 3/1/05-3/31/05                 .30

04/22/05 MNF    MAKE EDITS TO PRE-BILLS FOR 3/1/05-3/31/05          .60

04/25/05 MNF    REVIEW DOCKET RE: OBJECTIONS TO 40TH MONTHLY        .60
                FEE APP OF KRLS (.2) DRAFT CNO RE: 40TH MONTHLY
                FEE APP OF KRLS (.4)

04/27/05 MNF    E-FILE AND SERVE CNO RE: 40TH MONTHLY FEE APP       .80
                OF KRLS

04/28/05 RLT    REVIEWED AND EDITED MARCH PREBILLS                  .70
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    MAY 25, 2005
MATTER :  W9600-011
INVOICE :  191662
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  FEE APPLICATIONS, APPLICANT


## T I M E   S U M M A R Y
-----------------------

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| M N FLORES   |        | 135.00 | 3.30  | 445.50  |
| R L THOMAS   |        | 220.00 | .80   | 176.00  |
|              | TOTALS |        | 4.10  | 621.50  |

TOTAL FEES :                    621.50

TOTAL DUE  :                    621.50


**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   MAY 25, 2005
                                              MATTER : W9600-012
                                              INVOICE : 191663


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

    RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 04/01/05 | RLT | REVIEWED FORTY-SEVENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK & LAVAN LLP FOR INTERIM COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR THE SERVICES RENDERED DURING THE PERIOD FEBRUARY 1. 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 04/04/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC | .10 |
| 04/06/05 | RLT | REVIEWED DRAFT OF NOTICE OF COMLY QUARTERLY FEE APP AND COMMENTED ON SAME; | .30 |
| 04/07/05 | FAP | REVIEW KRAMER LEVIN'S QUARTERLY FEE APPLICATION FOR OCT. 1 THROUGH DEC. 31, 2004 (.1); PREPARE NOTICE FOR SAME (.2); TELEPHONE CALL WITH RLT RE: SAME (.1) | .40 |
| 04/07/05 | FAP | PREPARE AFFIDAVIT OF SERVICE FOR KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .10 |
| 04/07/05 | FAP | EFILE AND SERVE QUARTERLY FEE APPLICATION OF KRAMER LEVIN WITH SUPPORTING INVOICES FOR OCT. 1 THROUGH DECEMBER 31, 2004 | 2.00 |
| 04/08/05 | FAP | CORRESPONDENCE TO W. SMITH RE: KRAMER LEVIN'S QUARTERLY FEE APPLICATION | .10 |
| 04/08/05 | RLT | REVIEWED FEE APPLICATION OF PACHULSKI STANG FOR OCT 1, 2004-DECEMBER 31, 2004 | .20 |

**PENNSYLVANIA**   ●   **DELAWARE**   ●   **NEW JERSEY**   ●   **WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS
                                            DATE :    MAY 25, 2005
                                            MATTER :  W9600-012
                                            INVOICE : 191663

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

        RE:   FEE APPLICATIONS, OTHERS


| Date | | Description | Hours |
|------|------|-------------|-------|
| 04/08/05 | RLT | REVIEWED SOLOW DEVELOPMENT'S RESPONSE TO DEBTOR'S MOTION TO APPROVE ST. PAUL STIPULATION; | .20 |
| 04/08/05 | RLT | REVIEWED TENTH MONTHLY APPLICATION OF SWIDLER BERLIN; MARCH 2005 APPLICATION OF WARREN SMITH; | .20 |
| 04/08/05 | RLT | REVIEWED NINTH FEE APPLICATION OF PHILLIPS GOLDMAN & SPENSE; | .10 |
| 04/08/05 | RLT | REVIEWED FEE APPLICATION OF KRAMER LEVIN FOR OCTOBER; | .10 |
| 04/11/05 | RLT | REVIEWED ORDER APPROVING STIPULATION AND ORDER RESOLVING THE CLAIM OF CITICORP RELEASE | .20 |
| 04/11/05 | RLT | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS AND ALLOWING PAYMENT OF HOLD BUCKS; REVIEWED OFFICIAL COMMITTEE OF ASBESTOS FEE APPLICATION FOR FEBRUARY; | .30 |
| 04/11/05 | RLT | REVIEWED FEE APPLICATION OF PACHULSKI STUNG FOR FEBRUARY; | .10 |
| 04/11/05 | TC | REVIEWED ORDER APPROVING ALL FEE HOLDBACKS | .50 |
| 04/11/05 | TC | REVIEWED ORDER APPROVING QUARTERLY FEE APPLICATIONS AND ALLOWING PAYMENT OF HOLDBACKS | .60 |
| 04/15/05 | RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005 FILED BY WALLACE KING DOMIKE & BRANSON PLLC | .10 |
| 04/15/05 | RLT | REVIEWED THIRTY-SEVENTH MONTHLY INTERIM, FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN | .10 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-012
INVOICE :  191663

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 04/15/05 RLT | REVIEWED APPLICATION FOR COMPENSATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY WOODCOCK WASHBURN LLP | .10 |
| 04/15/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY NELSON MULLINS RILEY & SCARBOROUGH, L.L.P | .10 |
| 04/15/05 RLT | REVIEWED THIRD QUARTERLY INTERIM FEE APPLICATION OF CIBC WORLD MARKETS, INC., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2004 THROUGH DECEMBER 31, 2004 (NOTICE, VERIFICATION, EXHIBITS, PROPOSED ORDER, CERTIFICATE OF SERVICE) FILED BY CIBC WORLD MARKETS CORP | .20 |
| 04/15/05 RLT | REVIEWED SUMMARY OF APPLICATION OF HOLME ROBERTS & OWEN, LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W.R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 FILED BY HOLME ROBERTS & OWEN LLP | .10 |
| 04/15/05 RLT | REVIEWED APPLICATION FOR COMPENSATION (FIRST) OF DELOITTE TAX LLP FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FROM AUGUST 22, 2004 THROUGH SEPTEMBER 30, 2004 FILED BY DELOITTE TAX LLP | .10 |
| 04/20/05 MNF | REVIEW DOCKET RE: OBJECTIONS TO 43RD MONTHLY FEE APP OF KRAMER LEVIN (.1) ; DRAFT CNO RE: SAME (.4) | .50 |

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   MAY 25, 2005
MATTER : W9600-012
INVOICE : 191663

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05   T C

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---|
| 04/22/05 RLT | REVIEWED MONTHLY APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CONSULTANTS TO THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS FOR THE PERIOD OF MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY HAMILTON, RABINOVITZ & ALSCHULER, INC. | .10 |
| 04/22/05 RLT | REVIEWED APPLICATION FOR COMPENSATION THIRTY-EIGHTH MONTHLY FEE APPLICATION OF DUANE MORRIS LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE MONTH OF MARCH 2005 FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS | .10 |
| 04/22/05 RLT | REVIEWED APPLICATION FOR COMPENSATION NINTH EIGHTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | .10 |
| 04/22/05 RLT | REVIEWED EIGHTH MONTHLY INTERIM APPLICATION OF CIBC WORLD MARKETS CORP., FINANCIAL ADVISOR TO DAVID T. AUTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2005 THROUGH JANUARY 31, 2005 (NOTICE COVER SHEET, VERIFICATION, EXHIBITS, CERTIFICATE OF SERVICE WITH LIST) FILED BY CIBC WORLD MARKETS CORP | .10 |

PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.

# KLETT ROONEY LIEBER & SCHORLING

## A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-012
INVOICE : 191663

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 04/25/05 RLT | REVIEWED TENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A., LOCAL BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE TIME PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 | | .10 |
| 04/25/05 RLT | REVIEWED NINTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2005 THROUGH JANUARY 31, 2005 (NOTICE COVER SHEET, VERIFICATION, EXHIBITS, CERTIFICATE OF SERVICE) FILED BY DAVID AUSTERN | | .10 |
| 04/25/05 RLT | REVIEWED TENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005 | | .10 |
| 04/25/05 RLT | REVIEWED ELEVENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2005 THROUGH MARCH 31, 2005 (NOTICE COVER SHEET, VERIFICATION, EXHIBITS, CERTIFICATE OF SERVICE) FILED BY DAVID AUSTERN | | .10 |
| 04/26/05 MNF | EMAIL TO RT RE: STATUS OF CNO RE: 40TH MONTHLY FEE APP OF KRLS AND 43RD FEE APP OF KRAMER | | .20 |

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-012
INVOICE : 191663

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 04/26/05 RLT | REVIEWED FORTY-EIGHTH MONTHLY APPLICATION OF PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 1, 2005 THROUGH MARCH 31, 2005 FILED BY PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. | | .10 |
| 04/27/05 MNF | T/C TO LISA @ KRAMER LEVIN RE: FEE APP PROCEDURES (.4); CALENDAR DATES RE: SAME (.1) | | .50 |
| 04/27/05 MNF | E-FILE AND SERVE CNO RE: 43RD MONTHLY FEE APP OF KRAMER LEVIN | | .80 |
| 04/29/05 MNF | REVIEW DOCKET RE: OBJECTIONS TO QUARTERLY FEE APP OF KRAMER FOR OCTOBER THROUGH DECEMBER 2004 TIME (.2) DRAFT CNO RE: QUARTERLY FEE APP OF KRAMER FOR OCTOBER THROUGH DECEMBER 2004 TIME (.4) | | .60 |

### T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| F A PANCHAK | 145.00 | 2.60 | 377.00 |
| M N FLORES | 135.00 | 2.60 | 351.00 |
| R L THOMAS | 220.00 | 3.60 | 792.00 |
| T CURRIER | 470.00 | 1.10 | 517.00 |
| TOTALS | | 9.90 | 2037.00 |

TOTAL FEES :                          2,037.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    MAY 25, 2005
MATTER :  W9600-012
INVOICE : 191663

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

RE:  FEE APPLICATIONS, OTHERS

TOTAL DUE   :                    2,037.00

# KLETT ROONEY LIEBER & SCHORLING

### A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

OFFICIAL COMMITTEE OF EQUITY HOLDERS

```
DATE :    MAY 25, 2005
MATTER :  W9600-015
INVOICE : 191664
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05   T C

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 03/28/05 | RLT | REVIEWED RULE 2019 STATEMENT SUPPLEMENTAL VERIFIED STATEMENT PURSUANT TO FED.R.BANKR.P. 2019 FILED BY S. BRADLEY COOPER, ESQUIRE OF THE DAVID LAW FIRM, P.C. | .10 |
| 04/01/05 | TC | REVIEWED CERTAIN INSUREDS OBJECTIONS TO BRIEFING SCHEDULE AND SCHEDULE FOR ESTIMATION PROCEDURES | .60 |
| 04/05/05 | RLT | REVIEWED RULE 2019 STATEMENT OF MATTER MC CLENNON; | .10 |
| 04/22/05 | RLT | MOTION TO VACATE ORDER SETTING BRIEFING SCHEDULE FILED BY W.R. GRACE & CO | .40 |
| 04/22/05 | TC | REVIEWED MOTION TO VACATE ORDER | .60 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| R L THOMAS | 220.00 | .60 | 132.00 |
| T CURRIER | 470.00 | 1.20 | 564.00 |
| TOTALS | | 1.80 | 696.00 |

TOTAL FEES :                    696.00

TOTAL DUE  :                    696.00

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**

# KLETT ROONEY LIEBER & SCHORLING

A PROFESSIONAL CORPORATION

40TH FLOOR, ONE OXFORD CENTRE
PITTSBURGH, PENNSYLVANIA 15219-6498
TELEPHONE (412) 392-2000
FACSIMILE (412) 392-2128

---

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    MAY 25, 2005
                                            MATTER :  W9600-000
                                            INVOICE :  191656


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 04/30/05    T C

      RE:  EXPENSES




          DESCRIPTION OF EXPENSE ADVANCES                    AMOUNT
          --------------------------------                   ------

04/06/05 FEDERAL EXPRESS -   FEDEX  - # 5-453-42550           14.08
04/06/05 FEDERAL EXPRESS -   FEDEX  - # 5-453-42550           22.57
04/14/05 FEDERAL EXPRESS -   FEDEX  - # 5-465-72018           25.35
04/14/05 FEDERAL EXPRESS -   FEDEX  - # 5-465-72018           22.57
04/14/05 MESSENGER SERVICES -  PARCELS, INC.                  15.00
04/21/05 MESSENGER SERVICES -  PARCELS, INC. - # 29417         7.50
04/25/05 PROFESSIONAL SERVICES - PACER 1ST QUARTER            8.00
04/25/05 PROFESSIONAL SERVICES - PACER 1ST QUARTER           19.92
04/25/05 PROFESSIONAL SERVICES -  VIRTUALDOCKET.COM  - #     57.35
         10479
04/25/05 DUPLICATING SERVICES -  PARCELS, INC.  - # 5066     80.52
04/25/05 MESSENGER SERVICES -  PARCELS, INC. '              178.00

                       TOTAL EXPENSE ADVANCES :                     450.86

                       TOTAL DUE  :                                 450.86
```

**PENNSYLVANIA   ●   DELAWARE   ●   NEW JERSEY   ●   WASHINGTON D.C.**