## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al.*,

                 Debtors.

Chapter 11

Case No. 01-1139 (JKF)

(Jointly Administered)

Objection Deadline June 20, 2005 @ 4:00 p.m.

---

## FORTY-FIFTH MONTHLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

Name of Applicant:             *Kramer Levin Naftalis & Frankel LLP*

Authorized to Provide
Professional Services to:       *Official Committee of Equity Holders*

Date of Retention:            *As of July 18, 2001 nunc pro tunc*

Period for which compensation
and reimbursement is sought:     *April 1, 2005 through and including April 30, 2005*

Amount of Compensation sought as
actual, reasonable and necessary:    *$29,522.00*

Amount of Expense Reimbursement
sought as actual, reasonable and
necessary:                   *$1,323.60*

This is a(n):    __x__   monthly        __     interim application

**Prior Applications:**

| Date Filed | Period Covered | Requested Fees/ Expenses | Paid Fees/ Expenses |
|---|---|---|---|
| February 28, 2002 | January 1, 2002 - January 31, 2002 | $23,807.50 $1,961.58 | $19,046.00 $1,961.58 |
| April 1, 2002 | February 1, 2002 - February 28, 2002 | $36,382.50 $2,894.44 | $29,106.00 $2,894.44 |
| May 8, 2002 | March 1, 2002 - March 31, 2002 | $32,575.00 $2,107.64 | $26,060.00 $2,107.64 |
| May 15, 2002 (Quarterly) | January 1, 2002 - March 31, 2002 | $92,765.00 $6,963.66 | $92,765.00 $6,963.66 |
| June 17, 2002 | April 1, 2002 - April 30, 2002 | $28,794.00 $2,669.24 | $23,035.20 $2,669.24 |
| August 5, 2002 | May 1, 2002 – May 31, 2002 | $24,232.00 $2,299.11 | $19,385.60 $2,299.11 |
| September 4, 2002 | June 1, 2002 – June 30, 2002 | $20.392.50 $388.61 | $16,314.00 $388.61 |
| September 18, 2002 (Quarterly) | April 1, 2002 – June 30, 2002 | $73,418.50 $5,356.96 | $69,340.00 $5,356.96 |
| November 4, 2002 | July 1, 2002 – July 31, 2002 | $28,083.50 $1,121.59 | $22,466.80 $1,121.59 |
| October 24, 2002 | August 1, 2002 – August 31, 2002 | $33,598.50 $7,190.62 | $26,878.80 $7,190.62 |
| November 5, 2002 | September 1, 2002 – September 30, 2002 | $25,584.50 $1,761.46 | $20,467.60 $1,761.46 |
| November 21, 2002 (Quarterly) | July 1, 2002 – September 30, 2002 | $87,266.50 $10,070.69 | $87,266.50 $10,070.69 |
| November 25, 2002 | October 1, 2002 – October 31, 2002 | $39,887.50 $2,124.93 | $31,910.00 $2,124.93 |
| January 14, 2003 | November 1, 2002 – November 30, 2002 | $18,704.00 $652.12 | $18,704.00 $633.86 |
| February 10, 2003 | December 1, 2002 – December 31, 2002 | $11,853.50 $816.82 | $9,482.80 $816.82 |
| February 25, 2003 | January 1, 2003 – January 31, 2003 | $11,100.00 $927.47 | $8,880.00 $927.47 |

KL2 2392517 1

| | | | |
|---|---|---|---|
| March 11, 2003 (Quarterly) | October 1, 2002 – December 31, 2002 | $70,445.00 $3,575.61 | $70,445.00 $3,575.61 |
| April 8, 2003 | February 1, 2003 – February 28, 2003 | $13,418.00 $240.08 | $10,734.40 $240.08 |
| May 6, 2003 | March 1, 2002 – March 31, 2003 | $26,969.00 $452.38 | $21,575.20 $452.38 |
| May 15, 2003 (Quarterly) | January 1, 2003 – March 31, 2002 | $51,487.00 $1,619.93 | $51,487.00 $1,619.93 |
| June 4, 2003 | April 1, 2003 – April 30, 2003 | $7,609.00 $1,594.42 | $6,087.20 $1,594.42 |
| June 26, 2003 | May 1, 2003 – May 31, 2003 | $9,411.00 $107.57 | $7,528.77 $107.57 |
| August 13, 2003 | June 1, 2003 – June 30, 2003 | $10,427.00 $137.09 | $8,341.60 $137.09 |
| August 21, 2003 (Quarterly) | April 1, 2003 – June 30, 2003 | $27,447.00 $1,839.08 | $27,447.00 $1,839.08 |
| September 25, 2003 | July 1, 2003 – July 31, 2003 | $9,272.50 $32.30 | $7,418.00 $32.30 |
| October 2, 2003 | August 1, 2003 – August 31, 2003 | $9,815.50 $130.93 | $489.69 $130.93 |
| November 26, 2003 | September 1, 2003 – September 30, 2003 | $15,004.00 $334.63 | $12,003.20 $334.63 |
| December 19, 2003 (Quarterly) | July 1, 2003 – September 30, 2003 | $34,092.00 $497.86 | $34,092.00 $497.86 |
| December 19, 2003 | October 1, 2003 – October 31, 2003 | $13,134.00 $174.04 | $10,507.20 $174.04 |
| January 6, 2004 | November 1, 2003 – November 30, 2003 | $14,537.00 $273.00 | $11,629.60 $273.00 |
| January 29, 2004 | December 1, 2003 – December 31, 2003 | $17,595.00 $1,599.14 | $14,076.00 $1,599.14 |
| February 27, 2004 (Quarterly) | October 1, 2003 – December 31, 2003 | $34,092.00 $497.86 | $34,092.00 $497.86 |
| February 27, 2004 | January 1, 2004 – January 31, 2004 | $8,979.00 $436.37 | $7183.20 $436.47 |
| May 5, 2004 | February 1, 2004 – February 29, 2004 | $8,888.00 $545.85 | $7,110.40 $545.85 |
| May 28, 2004 | March 1, 2004 – March 31, 2004 | $13,807.50 $472.11 | $11,643.00 $472.11 |

KL2.2392517.1

| June 30, 2004 | April 1, 2004 – April 30, 2004 | $14,373.50 $389.30 | $2,874.70 $0.00 |
|---|---|---|---|
| July 13, 2004 (Quarterly) | January 1, 2004 – March 31, 2004 | $31,674.50 $1,451.43 | $31,674.50 $1,451.43 |
| August 3, 2004 | May 1, 2004 – May 31, 2004 | $10,840.00 $1,279.24 | $8,672.00 $1,279.24 |
| August 23, 2004 | June 1, 2004 – June 30, 2004 | $23,202.00 $172.12 | $18,561.60 $172.12 |
| October 1, 2004 | July 1, 2004 – July 31, 2004 | $13,523.50 $33.62 | $10,818.40 $33.62 |
| October 29, 2004 | August 1, 2004 – August 31, 2004 | $9,543.50 $125.25 | $7,634.80 $125.25 |
| November 1, 2004 (Quarterly) | April 1, 2004 – June 30, 2004 | $48,415.50 $1,840.66 | $48,415.50 $1,840.66 |
| November 2, 2004 | September 1, 2004 – September 30, 2004 | $24,483.00 $836.33 | $19,586.40 $836.33 |
| November 23, 2004 | October 1, 2004 – October 31, 2004 | $128,959.00 $6,922.76 | $103,167.20 $6,922.76 |
| December 28, 2004 | November 1, 2004 – November 30, 2004 | $153.725.00 $4,236.79 | $122,980.00 $4,236.79 |
| January 27, 2005 (Quarterly) | July 1, 2004 – September 30, 2004 | $47,550.00 $995.20 | $47,550.00 $995.20 |
| February 2, 2005 | December 1, 2004 – December 31, 2004 | $123,833.00 $3,246.49 | $102,312.89 $3,246.49 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $132,776.50 $8,060.80 | $115,731.60 $8,060.80 |
| March 28, 2005 | February 1, 2005 – February 28, 2005 | $24,706.50 $2,444.84 | $19,765.20 $2,444.84 |
| April 7, 2005 (Quarterly) | October 1, 2004 – December 31, 2004 | $406,517.00 $14,406.04 | $325,213.60 $14,406.04 |
| April 29, 2005 | March 1, 2005 – March 31, 2005 | $26,414.00 $2,827.24 | $0.00 $0.00 |
| May 16, 2005 (Quarterly) | January 1, 2005 – March 31, 2005 | $183,897.00 $12,593.68 | $183,897.00 $12,593.67 |

KL2 2392517.1

## SUMMARY OF TIME FOR BILLING PERIOD
## APRIL 1, 2005 THROUGH APRIL 30, 2005

| Name | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|------|-------------------|---------------------|--------------------|
| Nadler, Ellen R. | 01.0 | 660.00 | $ 660.00 |
| Bentley, Phillip | 03.9 | 595.00 | $ 2,320.50 |
| Horowitz, Gregory A. | 10.9 | 560.00 | $ 6,104.00 |
| Becker, Gary M. | 32.4 | 520.00 | $16,848.00 |
| Becker, Gary M. | 00.4 | 260.00 | $ 1,040.00 |
| Novod, Gordon | 02.7 | 410.00 | $ 1,107.00 |
| Dimos, Bill | 00.4 | 275.00 | $ 110.00 |
| Mangual, Kathleen | 01.3 | 205.00 | $ 266.50 |
| Cotto, Lisa | 05.2 | 205.00 | $ 1,066.00 |
| **TOTAL** | **61.80** | | **$29,522.00** |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 04/01/05 through 04/30/05 | Total Fees for the Period 04/01/05 through 04/30/05 |
|------------------|------------------------------------------------------|-----------------------------------------------------|
| Case Administration | 03.8 | $ 1,549.50 |
| Creditor Committee | 14.5 | $ 3,321.00 |
| Bankruptcy Motions | 00.6 | $ 312.00 |
| Reorganization Plan | 00.4 | $ 208.00 |
| Fee Applications, Applicant | 08.5 | $ 2,404.00 |
| Claim Analysis Objection (Asbestos) | 24.4 | $13,541.50 |
| Fraudulent Conveyance Adv. Proceeding | 01.2 | $ 639.00 |
| Hearings | 04.4 | $ 2,288.00 |
| Travel/Non Working | 04.0 | $ 1,040.00 |
| **Total** | **61.8** | **$29,522.00** |

KL2 2392517 1

## EXPENSE SUMMARY

| Expense Category | Total Expenses For the Period 2/1/05 through 2/28/05 |
|---|---|
| Photocopying | $   132.60 |
| Research Services | $     14.00 |
| Messenger/Courier | $     10.63 |
| Out-Of-Town Travel | $   180.00 |
| Document Retrieval Fees | $   986.37 |
| Subtotal | $1,323.60 |

Dated: May 25, 2005

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
Gary M. Becker
919 Third Avenue
New York, New York 10022
(212) 715-9100

Counsel to the Official Committee of
Equity Holders

- 6 -

FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

### CASE ADMINISTRATION

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.60 | 520.00 | 312.00 |
| NOVOD, GORDON | CRED | 2.70 | 410.00 | 1,107.00 |
| DIMOS, BILL | CRED | 0.40 | 275.00 | 110.00 |
| PARAPROFESSIONALS | | | | |
| COTTO, LISA | CRED | 0.10 | 205.00 | 20.50 |
| Subtotal | | 3.80 | $ | 1,549.50 |

### CREDITOR COMMITTEE

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 14.50 | 520.00 | 7,540.00 |
| Subtotal | | 14.50 | $ | 7,540.00 |

### BANKR. MOTIONS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.60 | 520.00 | 312.00 |
| Subtotal | | 0.60 | $ | 312.00 |

### REORGANIZATION PLAN

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 0.40 | 520.00 | 208.00 |
| Subtotal | | 0.40 | $ | 208.00 |

### FEE APPLICATIONS, APPLICANT

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 2.10 | 520.00 | 1,092.00 |
| PARAPROFESSIONALS | | | | |
| MANGUAL, KATHLEEN | CRED | 1.30 | 205.00 | 266.50 |
| COTTO, LISA | CRED | 5.10 | 205.00 | 1,045.50 |
| Subtotal | | 8.50 | $ | 2,404.00 |

SCHEDULE OF COMPENSATION BY WORK TASKS
FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

### CLAIM ANALYSIS OBJECTION & RESOLUTION (ASBESTOS)

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| NADLER, ELLEN R. | LITI | 1.00 | 660.00 | 660.00 |
| BENTLEY, PHILIP | CRED | 3.70 | 595.00 | 2,201.50 |
| HOROWITZ, GREGORY A. | LITI | 10.90 | 560.00 | 6,104.00 |
| BECKER, GARY M. | CRED | 8.80 | 520.00 | 4,576.00 |
| | Subtotal | 24.40 | | $        13,541.50 |

### FRAUDULENT CONVEYANCE ADV. PROCEEDING

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BENTLEY, PHILIP | CRED | 0.20 | 595.00 | 119.00 |
| BECKER, GARY M. | CRED | 1.00 | 520.00 | 520.00 |
| | Subtotal | 1.20 | | $        639.00 |

### HEARINGS

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.40 | 520.00 | 2,288.00 |
| | Subtotal | 4.40 | | $        2,288.00 |

### NON-WORKING TRAVEL

| ATTORNEY | DEPARTMENT | HOURS | HOURLY RATE | AMOUNT |
|---|---|---|---|---|
| BECKER, GARY M. | CRED | 4.00 | 260.00 (HALF RATE) | 1,040.00 |
| | Subtotal | 4.00 | | $        1,040.00 |
| | Total | 61.80 | | $        29,522.00 |

KL4:2127727.1

FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

| DISBURSEMENTS | AMOUNT |
|---|---|
| PHOTOCOPYING | 70.72 |
| Subtotal | $70.72 |

alp_132c: Client Summary

Run Date & Time: 05/25/2005 13:35:57

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE    1

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

## PRE-BILLING SUMMARY REPORT

|  | FEES | COSTS |
|---|---|---|
| UNBILLED TIME FROM: | 01/01/1901 | TO: | 04/30/2005 |
| UNBILLED DISB FROM: | 01/01/1901 | TO: | 04/29/2005 |

|  |  |  |
|---|---|---|
| | | 1,323.60 |
| GROSS BILLABLE AMOUNT: | 29,522.00 | |
| AMOUNT WRITTEN DOWN: | | |
| PREMIUM: | | |
| ON ACCOUNT BILLED: | | |
| DEDUCTED FROM PAID RETAINER: | | |
| AMOUNT BILLED: | | |
| THRU DATE: | 04/30/2005 | 04/29/2005 |
| CLOSE MATTER/FINAL BILLING? | YES OR NO | |
| EXPECTED DATE OF COLLECTION: | | |

BILLING PARTNER APPROVAL:

WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

## ACCOUNTS RECEIVABLE TOTALS

## UNAPPLIED CASH

| FEES: | 144,669.70 | UNIDENTIFIED RECEIPTS: | 0.00 |
| DISBURSEMENTS: | 5,856.48 | PAID FEE RETAINER: | 0.00 |
| FEE RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 |
| DISB RETAINER: | 0.00 | TOTAL AVAILABLE FUNDS: | 0.00 |
| TOTAL OUTSTANDING: | 166,128.36 | TRUST BALANCE: | |

### BILLING HISTORY

| DATE OF LAST BILL: | 05/09/05 | LAST PAYMENT DATE: | 05/09/05 |
| LAST BILL NUMBER: | 409910 | ACTUAL FEES BILLED TO DATE: | 1,381,534.50 |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 |
| LAST BILL THRU DATE: | 03/31/05 | TOTAL FEES BILLED TO DATE: | 1,381,534.50 |
| | | FEES WRITTEN OFF TO DATE: | 153,283.18 |

FOR ACCT'G USE ONLY:    Write Down/Up Reason Codes:

| (1) Exceeded Fixed Fee | (4) Excessive Legal Time | (7) Fixed Fee |
| (2) Late Time & Costs Posted | (5) Business Development | (8) Premium |
| (3) Pre-arranged Discount | (6) Summer Associate | (9) Rounding | (10) Client Arrangement |

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132c: Client Summary

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 05/25/2005 13:36:00

Client No: 056772
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Hours | Amount |
|--------|---------------|-------|--------|--------|-------|--------|
| 00720 | NADLER, ELLEN R. | PARTNER | 04/08/05 | 04/08/05 | 1.00 | 660.00 |
| 02495 | BENTLEY, PHILIP | PARTNER | 04/01/05 | 04/30/05 | 3.90 | 2,320.50 |
| 07850 | HOROWITZ, GREGORY A. | PARTNER | 04/04/05 | 04/13/05 | 10.90 | 6,104.00 |
| 05292 | BECKER, GARY M. | SPEC COUNSEL | 04/01/05 | 04/27/05 | 36.40 | 17,888.00 |
| 05338 | NOVOD, GORDON | ASSOCIATE | 04/01/05 | 04/18/05 | 2.70 | 1,107.00 |
| 06208 | DIMOS, BILL | ASSOCIATE | 04/04/05 | 04/19/05 | 0.40 | 110.00 |
| | PARAPROFESSIONALS | | | | | |
| 05208 | MANGUAL, KATHLEEN | PARALEGAL | 04/06/05 | 04/06/05 | 1.30 | 266.50 |
| 05623 | COTTO, LISA | PARALEGAL | 04/11/05 | 04/27/05 | 5.20 | 1,066.00 |

Total Unbilled

Total:    61.80    29,522.00

## U N B I L L E D   C O S T S   S U M M A R Y

Total Unbilled

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 04/05/05 | 04/27/05 | 132.60 |
| 0841 | RESEARCH SERVICES | 04/07/05 | 04/07/05 | 14.00 |
| 0930 | MESSENGER/COURIER | 04/29/05 | 04/29/05 | 10.63 |
| 0950 | OUT-OF-TOWN TRAVEL | 10/21/04 | 10/21/04 | 180.00 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/04 | 03/31/05 | 986.37 |

Total    1,323.60

Grand Total    30,845.60

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 05/25/05 13:36:00)

| Bill Date Thru Date | Bill# | Fee & OA Billed | Disbursement | Applied From OA | Total Collections | Date | Balance Due |
|---------------------|-------|-----------------|--------------|-----------------|-------------------|------|-------------|
| PRIOR TO 2001 | | 138,553.50 | 16,080.63 | | 154,634.13 | | |
| YEAR 2002 | | 326,261.32 | 22,724.32 | | 348,985.64 | | |
| YEAR 2003 | | 148,402.00 | 5,109.30 | | 153,511.30 | | |
| 01/29/04 12/31/03 | 382765 | 17,595.00 | 1,599.14 | | 19,194.14 | 07/02/04 | |
| 02/25/04 01/31/04 | 384579 | 8,979.00 | 436.47 | | 9,415.47 | 04/13/04 | |
| 04/30/04 02/29/04 | 388529 | 8,888.00 | 545.85 | | 9,433.85 | 10/18/04 | |
| 05/27/04 04/30/04 | 390208 | 13,058.00 | 469.11 | | 13,527.11 | 08/03/04 | |
| 06/29/04 05/31/04 | 391727 | 14,237.00 | 389.30 | | 14,626.30 | 03/23/05 | |
| 07/31/04 06/30/04 | 392045 | 10,840.00 | 1,279.24 | | 12,119.24 | 10/18/04 | |
| 08/23/04 06/30/04 | 394084 | 23,202.00 | 148.22 | | 23,350.22 | 11/16/04 | |
| 01/25/05 09/30/04 | 356938 | 40,984.50 | 995.20 | | 41,979.70 | 01/25/05 | |
| 03/30/05 12/31/04 | 408613 | 362,685.50 | 14,170.97 | | 339,384.57 | 03/30/05 | 37,471.90 |
| 05/09/05 03/31/05 | 409910 | 183,897.00 | 12,593.68 | | 114,282.00 | 05/09/05 | 82,208.68 |
| 05/25/05 03/31/05 | 412177 | 29,522.00 | 1,323.60 | | .00 | | 30,845.60 |

Total:    1,327,104.82    77,865.03    1,254,443.67    150,526.18

alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
Run Date & Time: 05/25/2005 13:35:54                   *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00001                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:      1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CASE ADMINISTRATION                Supv Prtnr : MAYER THOMAS MOERS - 03976      Status      : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions: reduce tele. 1.00/photo. 0.15/w/o manu. services

                                          PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:  04/01/2005            TO:   04/19/2005
            UNBILLED DISB FROM:  12/31/2004            TO:   04/29/2005

                               FEES                                          COSTS

GROSS BILLABLE AMOUNT:                         1,549.50                                      783.80
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
          THRU DATE:                   04/19/2005                                        04/29/2005
CLOSE MATTER/FINAL BILLING?       YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                               ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

                   FEES:               1,549.50       UNIDENTIFIED RECEIPTS:        0.00
          DISBURSEMENTS:                 783.80           PAID FEE RETAINER:        0.00
          FEE RETAINER:                    0.00          PAID DISB RETAINER:        0.00
          DISB RETAINER:                   0.00       TOTAL AVAILABLE FUNDS:        0.00
          TOTAL OUTSTANDING:           2,333.30            TRUST BALANCE:

                                          BILLING HISTORY

          DATE OF LAST BILL:   05/25/05           LAST PAYMENT DATE:      05/09/05
          LAST BILL NUMBER:    412177   ACTUAL FEES BILLED TO DATE:   245,626.00
                                      ON ACCOUNT FEES BILLED TO DATE:        0.00
                                         TOTAL FEES BILLED TO DATE:   245,626.00
          LAST BILL THRU DATE:             FEES WRITTEN OFF TO DATE:    77,504.00

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted    (5) Business Development       (8) Premium
     (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding         (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:            Processed by:             FRC:              CRC:

alp_131r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   2

Run Date & Time: 05/25/2005 13:35:54

| | | |
|---|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 | Proforma Number: 1938999 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 | Bill Frequency: M |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 | |
| Matter Opened : 07/27/2001 | | Status : ACTIVE |

## U N B I L L E D   T I M E   S U M M A R Y

| Emp Id | Employee Name | Group | Oldest | Latest | Total Unbilled Hours | Total Unbilled Amount |
|---|---|---|---|---|---|---|
| 05292 | BECKER, GARY M. | CRED | 04/18/05 | 04/19/05 | 0.60 | 312.00 |
| 05338 | NOVOD, GORDON | CRED | 04/01/05 | 04/18/05 | 2.70 | 1,107.00 |
| 06208 | DIMOS, BILL | CRED | 04/04/05 | 04/19/05 | 0.40 | 110.00 |
| | PARAPROFESSIONALS | | | | | |
| 05623 | COTTO, LISA | CRED | 04/11/05 | 04/11/05 | 0.10 | 20.50 |
| | Total: | | | | 3.80 | 1,549.50 |

Sub-Total Hours :   0.00 Partners   0.60 Counsels   3.10 Associates   0.10 Legal Assts   0.00 Others

## U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Oldest Entry | Latest Entry | Total Unbilled Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 04/06/05 | 04/27/05 | 117.60 |
| 0841 | RESEARCH SERVICES | 04/07/05 | 04/07/05 | 14.00 |
| 0930 | MESSENGER/COURIER | 04/29/05 | 04/29/05 | 10.63 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/04 | 03/31/05 | 641.57 |
| | Total | | | 783.80 |
| | Grand Total | | | 2,333.30 |

## B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 05/25/05 13:35:54)

| Bill Date | Thru Date | Bill# | Billed Fee & OA | Disbursement | Applied From OA | Collections Total | Collections Date | Balance Due |
|---|---|---|---|---|---|---|---|---|
| PRIOR TO 2001 | | | 71,036.50 | 8,160.18 | | 79,196.68 | | |
| YEAR 2002 | | | 63,892.50 | 13,613.26 | | 77,505.76 | | |
| YEAR 2003 | | | 42,737.00 | 3,649.07 | | 46,386.07 | | |
| 01/29/04 | 12/31/03 | 382765 | 6,246.50 | 1,364.34 | | 7,610.84 | 02/27/04 | |
| 02/25/04 | 01/31/04 | 384579 | 4,124.00 | 436.47 | | 4,560.47 | 04/13/04 | |
| 03/04/04 | 02/29/04 | 388529 | 2,552.50 | 43.85 | | 2,596.35 | 06/29/04 | |
| 04/30/04 | 04/30/04 | 390208 | 2,589.00 | 114.15 | | 2,703.15 | 08/03/04 | |
| 06/29/04 | 05/31/04 | 391727 | 2,331.00 | 13.05 | | 2,344.05 | 03/23/05 | |
| 07/31/04 | 06/30/04 | 392045 | 3,114.00 | 87.30 | | 3,201.30 | 10/18/04 | |
| 08/23/04 | 06/30/04 | 394084 | 3,718.50 | 125.39 | | 3,843.89 | 11/16/04 | |
| 09/30/04 | 09/30/04 | 396938 | 6,640.00 | 180.51 | | 6,820.51 | 01/25/05 | |
| 03/30/05 | 12/31/04 | 408613 | 14,172.00 | 8,280.84 | | 22,452.84 | 03/30/05 | |
| 05/09/05 | 03/31/05 | 409910 | 11,728.00 | 2,080.43 | | 13,808.43 | 05/09/05 | |
| 05/25/05 | 03/31/05 | 412177 | 1,549.50 | 783.80 | | .00 | | 2,333.30 |
| | Total: | | 236,431.00 | 38,932.64 | | 273,030.34 | | 2,333.30 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 05/25/2005 13:35:54

| | |
|---|---|
| Matter No: 056772-00001 | Orig Prtnr : CRED. RGTS - 06975 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | Bill Prtnr : BENTLEY PHILIP - 02495 |
| Matter Name : CASE ADMINISTRATION | Supv Prtnr : MAYER THOMAS MOERS - 03976 |
| Matter Opened : 07/27/2001 | |

Proforma Number:     1938999
Bill Frequency: M

Status      : ACTIVE

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/25/05 13:35:54)

| | Fee & OA | Billed -------- | Disbursement | Applied From OA | --- Collections --- Total | Date | Balance Due | | |
|---|---|---|---|---|---|---|---|---|---|
| Bill Date Thru Date Bill# | | | | | | | | | |

U N B I L L E D   T I M E   D E T A I L

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| NOVOD, GORDON | 04/01/05 | Review of case pleadings. (0.4). | 0.40 | 164.00 | 5624630 | 04/11/05 |
| DIMOS, BILL | 04/04/05 | Read through documents. | 0.10 | 27.50 | 5623015 | 04/08/05 |
| DIMOS, BILL | 04/05/05 | Read through documents. | 0.10 | 27.50 | 5623014 | 04/08/05 |
| DIMOS, BILL | 04/06/05 | Read through documents. | 0.10 | 27.50 | 5623016 | 04/08/05 |
| NOVOD, GORDON | 04/07/05 | Review of settlement notice. (0.6). Disc. w/ Gary B. (0.1). | 0.70 | 287.00 | 5624631 | 04/11/05 |
| COTTO, LISA | 04/11/05 | O/c with Gordon re: change of address notice. | 0.10 | 20.50 | 5622958 | 04/13/05 |
| NOVOD, GORDON | 04/11/05 | Disc. w/ paralegals re move notice. (0.1). | 0.10 | 41.00 | 5632205 | 04/15/05 |
| NOVOD, GORDON | 04/12/05 | REview of Solow response. (0.9). Disc. w/ gary B. (0.1). Disc. w/ Lisa Cotto. (0.1). | 1.10 | 451.00 | 5632206 | 04/15/05 |
| NOVOD, GORDON | 04/13/05 | Review of notice of deposition. (0.1). Email to Gary B. re same. (0.1). | 0.20 | 82.00 | 5632207 | 04/15/05 |
| BECKER, GARY M. | 04/18/05 | Review recent pleadings | 0.40 | 208.00 | 5638526 | 04/19/05 |
| NOVOD, GORDON | 04/18/05 | Review of recent filings. (0.2). | 0.20 | 82.00 | 5639648 | 04/20/05 |
| DIMOS, BILL | 04/19/05 | Read through documents. | 0.10 | 27.50 | 5639870 | 04/20/05 |
| BECKER, GARY M. | 04/19/05 | conf. Bentley re various case issues | 0.20 | 104.00 | 56461394 | 04/26/05 |

Fee Total                    3.80            1,549.50

Fee Total                    3.80            1,549.50

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|---|
| PHOTOCOPYING | 0820 | | | | | | |
| PHOTOCOPYING | | MANGUAL, K M | 04/06/05 | 18.60 | 6946818 | 144509 | 04/08/05 |
| MANGUAL KATHLEEN | | | | | | | |
| PHOTOCOPYING | | MANGUAL, K M | 04/06/05 | 19.35 | 6946819 | 144509 | 04/08/05 |
| MANGUAL KATHLEEN | | | | | | | |
| PHOTOCOPYING | | MANGUAL, K M | 04/07/05 | 0.90 | 6946820 | 144509 | 04/08/05 |
| MANGUAL KATHLEEN | | | | | | | |
| PHOTOCOPYING | | NOVOD, G N | 04/19/05 | 48.00 | 6976924 | 145865 | 05/06/05 |
| NOVOD GORDON | | | | | | | |
| PHOTOCOPYING | | COTTO, L C | 04/27/05 | 30.75 | 6957468 | 145273 | 04/28/05 |
| COTTO LISA | | | | | | | |

0820 PHOTOCOPYING Total :         117.60

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976    Status        : ACTIVE
Matter Opened : 07/27/2001

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

RESEARCH SERVICES          0841
  RESEARCH SERVICES          NG, E N          04/07/05          14.00          6975133    145466    05/03/05
  04/07/2005

                           0841 RESEARCH SERVICES Total :      14.00

MESSENGER/COURIER          0930
  FEDERAL EXPRESS CORPORAT   MANGUAL, K M     04/29/05          10.63          6971720    145398    05/02/05
  MESSENGER/COURIER - VENDOR-FEDERAL EXPRESS
  CORPORATION

                           0930 MESSENGER/COURIER Total :      10.63

DOCUMENT RETRIEVAL F       0972
  DOCUMENT RETRIEVAL F       PIZZARELLO, C    12/31/04         440.37          6858409    140659    02/01/05
  DOCUMENT RETRIEVAL F       PIZZARELLO, C    03/31/05         201.20          6957197    144927    04/20/05
                           0972 DOCUMENT RETRIEVAL F Total :   641.57

                           Costs Total :                       783.80

alp_132r: Matter Detail

Run Date & Time: 05/25/2005 13:35:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    5

Matter No: 056772-00001
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CASE ADMINISTRATION
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1938999
Bill Frequency: M
Status    : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.60 | 312.00 | | | | | |
| NOVOD, GORDON | 2.70 | 1,107.00 | | | | | |
| DIMOS, BILL | 0.40 | 110.00 | | | | | |
| COTTO, LISA | 0.10 | 20.50 | | | | | |
| Total: | 3.80 | 1,549.50 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 117.60 | | | | | |
| 0841 | RESEARCH SERVICES | 14.00 | | | | | |
| 0930 | MESSENGER/COURIER | 10.63 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 641.57 | | | | | |
| | Costs Total : | 783.80 | | | | | |

alp_132r: Matter Detail

Run Date & Time: 05/25/2005 13:35:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    6

Matter No: 056772-00002                                          Orig Prtnr : CRED RGTS - 06975              Proforma Number:        1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                                 Supv Prtnr : MAYER THOMAS MOERS - 03976       Status        : ACTIVE
Matter Opened : 07/27/2001

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:   04/01/2005          TO:   04/27/2005
UNBILLED DISB FROM:   04/10/2005          TO:   04/22/2005

                              FEES                              COSTS

GROSS BILLABLE AMOUNT:              7,540.00                             13.65
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                        04/27/2005                        04/22/2005

CLOSE MATTER/FINAL BILLING?    YES   OR   NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

                              ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH

FEES:                              7,540.00          UNIDENTIFIED RECEIPTS:          0.00
DISBURSEMENTS:                        13.65          PAID FEE RETAINER:              0.00
FEE RETAINER:                          0.00          PAID DISB RETAINER:             0.00
DISB RETAINER:                         0.00          TOTAL AVAILABLE FUNDS:          0.00
TOTAL OUTSTANDING:                 7,553.65          TRUST BALANCE:

                                                   BILLING HISTORY

DATE OF LAST BILL:          05/25/05        LAST PAYMENT DATE:            05/09/05
LAST BILL NUMBER:           412177   ACTUAL FEES BILLED TO DATE:        165,759.50
                                     ON ACCOUNT FEES BILLED TO DATE:          0.00
                                     TOTAL FEES BILLED TO DATE:         165,759.50
LAST BILL THRU DATE:                 FEES WRITTEN OFF TO DATE:           14,027.50

FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee           (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted     (5) Business Development         (8) Premium
(3) Pre-arranged Discount        (6) Summer Associate            (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail

Run Date & Time: 05/25/2005 13:35:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    7

Matter No: 056772-00002
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : CREDITOR COMMITTEE
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    1938999
Bill Frequency: M

Status      : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y   ------------- Total Unbilled -------------
Emp Id Employee Name             Group           Oldest      Latest        Hours        Amount

05292  BECKER, GARY M.           CRED            04/01/05    04/27/05       14.50      7,540.00

                   Total:                                                  14.50      7,540.00

Sub-Total Hours :    0.00 Partners    14.50 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y   ------- Total Unbilled -------
Code  Description                      Oldest        Latest        Total
                                        Entry         Entry         Amount

0820  PHOTOCOPYING                     04/10/05      04/22/05       13.65

                   Total                                           13.65

                   Grand Total                                  7,553.65
                                                               ===========

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 05/25/05 13:35:54)
                          ------------ Billed -----------    Applied    ---------- Collections ----------    Balance
Bill Date Thru Date Bill#    Fee & OA    Disbursement    From OA    Total    Date    Due

PRIOR TO 2001
  YEAR 2002                  11,113.50       1,628.57                12,742.07
  YEAR 2002                  34,996.50       2,032.99                37,029.49
  YEAR 2003                  21,568.00         122.55                21,690.55
01/29/04 12/31/03  382765     2,416.00          36.00                 2,452.00  02/27/04
02/25/04 01/31/04  384579     2,284.00            .00                 2,284.00  04/13/04
04/30/04 02/29/04  388529     1,717.50            .00                 1,717.50  06/29/04
05/27/04 04/30/04  390208     4,468.00          23.40                 4,491.40  08/03/04
06/29/04 05/31/04  391727     2,466.00           2.00                 2,468.00  03/23/05
07/31/04 06/30/04  392045     1,789.00            .00                 1,789.00  10/18/04
08/23/04 06/30/04  394084     5,567.00            .00                 5,567.00  11/16/04
01/25/05 09/30/04  396938    19,241.00         774.70                20,015.70  01/25/05
01/30/05 12/31/04  408613    33,341.00       1,986.42                35,327.42  03/30/05
05/09/05 03/31/05  409910    17,252.00          48.95                17,300.95  05/09/05
05/25/05 03/31/05  412177     7,540.00          13.65                      .00                                7,553.65

                   Total:   165,759.50       6,669.23               164,875.08                             7,553.65

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    8

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00002          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:     1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                    Supv Prtnr : MAYER THOMAS MOERS - 03976       Status    : ACTIVE
Matter Opened : 07/27/2001

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/01/05 | email Fullam decision to Cmtee (0.3); separate conf with shareholders re Fullam decision (2.0) | 2.30 | 1,196.00 | 5637378 | 04/19/05 |
| BECKER, GARY M. | 04/04/05 | conf. shareholder re Fullam asbestos decision (0.5); conf second shareholder re Fullam asbestos decision (0.5) | 1.00 | 520.00 | 5637377 | 04/19/05 |
| BECKER, GARY M. | 04/05/05 | Conf. shareholder re case issues (0.5); conf. second shareholder re case issues (0.5); conf. third shareholder re case issues (0.5); conf. fourth shareholder re case issues (0.5) | 2.00 | 1,040.00 | 5621335 | 04/07/05 |
| BECKER, GARY M. | 04/07/05 | conf shareholder re various case issues | 0.50 | 260.00 | 5637376 | 04/19/05 |
| BECKER, GARY M. | 04/08/05 | Conf. shareholder re asbestos legislation and effect on plan (0.7) | 0.70 | 364.00 | 5637035 | 04/18/05 |
| BECKER, GARY M. | 04/11/05 | Review and revise horowitz Committee memo of asbestos estimation decision, subsequent conf. Bentley re same , revise memo and circulate to committee (2.5) | 2.60 | 1,352.00 | 5627018 | 04/12/05 |
| BECKER, GARY M. | 04/12/05 | Conf. shareholder re case issues (0.5); conf. second shareholder re case issues (0.5); conf. third shareholder re case issues (0.5); conf. fourth shareholder re case issues (0.5) | 2.00 | 1,040.00 | 5637034 | 04/18/05 |
| BECKER, GARY M. | 04/14/05 | Conf. shareholder re case issues (0.5) | 0.50 | 260.00 | 5637036 | 04/18/05 |
| BECKER, GARY M. | 04/19/05 | conf. shareholder re asbestos estimation and plan issues | 0.80 | 416.00 | 5646195 | 04/26/05 |
| BECKER, GARY M. | 04/20/05 | conf shareholder re case issues | 0.60 | 312.00 | 5646196 | 04/26/05 |
| BECKER, GARY M. | 04/21/05 | conf. with shareholder re case issues (0.5); | 1.00 | 520.00 | 5646197 | 04/26/05 |
| BECKER, GARY M. | 04/27/05 | conf. second shareholder re case issues (0.5) Conf. equity holder re Grace issues (0.5) | 0.50 | 260.00 | 5659663 | 05/02/05 |

Fee Total                        14.50      7,540.00

Fee Total                        14.50      7,540.00

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING     0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/10/05 | 3.15 | 6952244 | 144666 | 04/13/05 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/18/05 | 4.80 | 6961782 | 145141 | 04/26/05 |
| BENTLEY PHILIP | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 04/22/05 | 5.70 | 6963253 | 145142 | 04/26/05 |
| BENTLEY PHILIP | | | | | | |

0820 PHOTOCOPYING Total :            13.65

aip_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   9

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00002                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code

| Employee | Date | Amount | Index# | Batch No | Batch Date |
|----------|------|--------|--------|----------|------------|

              Costs Total :                        13.65

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00002                                    Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 14.50 | 7,540.00 | | | | | | |
| Total: | 14.50 | 7,540.00 | | | | | | |

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer | To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 13.65 | | | | | | |
| Costs Total : | 13.65 | | | | | | |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL, LLP                              PAGE   11
Run Date & Time: 05/25/2005 13:35:54                  *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status       : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

                                                              ----- FEES -----          ----- COSTS -----
             UNBILLED TIME FROM:    04/01/2005     TO:  04/19/2005
             UNBILLED DISB FROM:    12/31/2004     TO:  04/05/2005

   GROSS BILLABLE AMOUNT:                               312.00                              330.55
   AMOUNT WRITTEN DOWN:
             PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
   AMOUNT BILLED:
             THRU DATE:                         04/19/2005                              04/05/2005
   CLOSE MATTER/FINAL BILLING?    YES     OR    NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:

   ---------------------------------------------------------------------------------------------------------------
   ACCOUNTS RECEIVABLE TOTALS                                          UNAPPLIED CASH

             FEES:               312.00            UNIDENTIFIED RECEIPTS:          0.00
   DISBURSEMENTS:                330.55                PAID FEE RETAINER:          0.00
   FEE RETAINER:                   0.00               PAID DISB RETAINER:          0.00
   DISB RETAINER:                  0.00            TOTAL AVAILABLE FUNDS:          0.00
   TOTAL OUTSTANDING:            642.55             TRUST BALANCE:

                                                       BILLING HISTORY

   DATE OF LAST BILL:          05/25/05              LAST PAYMENT DATE:       05/09/05
   LAST BILL NUMBER:           412177 ACTUAL FEES BILLED TO DATE:        117,101.50
                                            ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                TOTAL FEES BILLED TO DATE:  117,101.50
   LAST BILL THRU DATE:                          FEES WRITTEN OFF TO DATE:      132.00

FOR ACCTG USE ONLY:     Write Down/Up Reason Codes:

   (1) Exceeded Fixed Fee            (4) Excessive Legal Time        (7) Fixed Fee
   (2) Late Time & Costs Posted      (5) Business Development        (8) Premium
   (3) Pre-arranged Discount         (6) Summer Associate            (9) Rounding          (10) Client Arrangement

   BILL NUMBER: _____  DATE OF BILL: _____   Processed by: _____   FRC: _____      CRC: _____
```

alp_132r: Matter Detail

Run Date & Time: 05/25/2005 13:35:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Matter No: 056772-00005
Client Name : W.R. GRACE & CO.  EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1938999
Bill Frequency: M

Status       : ACTIVE

### UNBILLED TIME SUMMARY

| Emp Id | Employee Name | Group | Oldest | Latest | Total Hours | Amount |
|--------|---------------|-------|--------|--------|-------------|--------|
| 05292  | BECKER, GARY M. | CRED | 04/01/05 | 04/19/05 | 0.60 | 312.00 |
|        | Total: |  |  |  | 0.60 | 312.00 |

| Sub-Total Hours : | 0.00 Partners | 0.60 Counsels | 0.60 Associates | 0.00 Legal Assts | 0.00 Others |
|---|---|---|---|---|---|

### UNBILLED COSTS SUMMARY

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0820 | PHOTOCOPYING | 04/05/05 | 04/05/05 | 1.35 |
| 0972 | DOCUMENT RETRIEVAL FEES | 12/31/04 | 03/31/05 | 329.20 |
|      | Total |  |  | 330.55 |
|      | Grand Total |  |  | 642.55 |

### BILLING & PAYMENT HISTORY (Reflects Payments As of 05/25/05 13:35:54)

|  |  |  | ---- Billed ---- |  | ---- Applied ---- | ---- Collections ---- |  | Balance |
|---|---|---|---|---|---|---|---|---|
| Bill Date | Thru Date | Bill# | Fee & OA | Disbursement | From OA | Total | Date | Due |
| YEAR 2002 |  |  |  | 198.00 |  |  |  |  |
| YEAR 2003 |  |  | 1,450.00 | .00 |  | 1,648.00 |  |  |
| 01/29/04 | 12/31/03 | 382765 | 16,218.50 | .00 |  | 16,218.50 |  |  |
| 02/25/04 | 01/31/04 | 384579 | 3,544.50 | 1.80 |  | 3,546.30 | 02/27/04 |  |
| 04/30/04 | 02/29/04 | 388529 | 261.50 | .00 |  | 261.50 | 04/13/04 |  |
| 05/27/04 | 04/30/04 | 390208 | 2,233.00 | 4.50 |  | 2,237.50 | 06/29/04 |  |
| 06/29/04 | 05/31/04 | 391727 | 1,039.50 | 4.05 |  | 1,043.55 | 08/03/04 |  |
| 07/31/04 | 06/30/04 | 392045 | 2,827.50 | .00 |  | 2,827.50 | 03/23/05 |  |
| 08/23/04 | 06/30/04 | 394084 | 1,667.50 | .00 |  | 1,667.50 | 10/18/04 |  |
| 01/25/05 | 09/30/04 | 396938 | 1,138.50 | .00 |  | 1,138.50 | 11/16/04 |  |
| 03/30/05 | 12/31/04 | 408613 | 2,128.50 | .00 |  | 2,128.50 | 01/25/05 |  |
| 05/09/05 | 03/31/05 | 409910 | 73,176.00 | 1,232.19 |  | 74,408.19 | 03/30/05 |  |
| 05/25/05 | 03/31/05 | 412177 | 11,104.50 | 4,902.80 |  | 16,007.30 | 05/09/05 |  |
|  |  |  | 312.00 | 330.55 |  | .00 |  | 642.55 |
|  | Total: |  | 117,101.50 | 6,673.89 |  | 123,132.84 |  | 642.55 |

PAGE   13

alp_132r: Matter Detail

Run Date & Time: 05/25/2005 13:35:54

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00005                     Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:  1938999
Client Name : W.R. GRACE & CO.  EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : BANKR. MOTIONS                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status    : ACTIVE

UNBILLED TIME DETAIL

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BECKER, GARY M. | 04/01/05 | review debtors motion re LECG retention | 0.30 | 156.00 | 5637379 | 04/19/05 |
| BECKER, GARY M. | 04/19/05 | review various motions and pleadings | 0.30 | 156.00 | 5646198 | 04/26/05 |
| | | Fee Total | 0.60 | 312.00 | | |
| | | Fee Total | 0.60 | 312.00 | | |

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING  0820 | | | | | | |
| PHOTOCOPYING NOVOD GORDON | NOVOD, G N | 04/05/05 | 1.05 | 6946821 | 144509 | 04/08/05 |
| PHOTOCOPYING NOVOD GORDON | NOVOD, G N | 04/05/05 | 0.30 | 6946822 | 144509 | 04/08/05 |
| 0820 PHOTOCOPYING Total : | | | 1.35 | | | |
| DOCUMENT RETRIEVAL F  0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 12/31/04 | 96.88 | 6858410 | 140659 | 02/01/05 |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 03/31/05 | 232.32 | 6957198 | 144927 | 04/20/05 |
| 0972 DOCUMENT RETRIEVAL F Total : | | | 329.20 | | | |
| Costs Total : | | | 330.55 | | | |

alp_132r: Matter Detail

Run Date & Time: 05/25/2005 13:35:54

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    14

Matter No: 056772-00005
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : BANKR. MOTIONS
Matter Opened : 07/27/2001

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:        1938999
Bill Frequency: M

Status      : ACTIVE

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y**

| Employee Name | Hours | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| BECKER, GARY M. | 0.60 | 312.00 | | | | | |
| Total: | 0.60 | 312.00 | | | | | |

**B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y**

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 1.35 | | | | | |
| 0972 | DOCUMENT RETRIEVAL FEES | 329.20 | | | | | |
| | Costs Total : | 330.55 | | | | | |