```
alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    15
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00007                           Orig Prtnr : CRED. RGTS - 06975                            Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495                        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                 Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status        : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

                UNBILLED TIME FROM:   04/08/2005    TO: 04/11/2005
                UNBILLED DISB FROM:                 TO:

                                     FEES                          COSTS
                                     ----                          -----
          GROSS BILLABLE AMOUNT:     208.00                         0.00
          AMOUNT WRITTEN DOWN:
                       PREMIUM:
             ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
                 AMOUNT BILLED:
                    THRU DATE:              04/11/2005
     CLOSE MATTER/FINAL BILLING?     YES  OR  NO
     EXPECTED DATE OF COLLECTION:

     BILLING PARTNER APPROVAL:       BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

     BILLING COMMENTS:
     -----------------



                                     ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH

                    FEES:             208.00                 UNIDENTIFIED RECEIPTS:       0.00
            DISBURSEMENTS:               0.00                    PAID FEE RETAINER:       0.00
              FEE RETAINER:              0.00                   PAID DISB RETAINER:       0.00
             DISB RETAINER:              0.00                TOTAL AVAILABLE FUNDS:       0.00
          TOTAL OUTSTANDING:           208.00                        TRUST BALANCE:
                                                             BILLING HISTORY
         DATE OF LAST BILL:         05/25/05           LAST PAYMENT DATE:         05/09/05
          LAST BILL NUMBER:           412177     ACTUAL FEES BILLED TO DATE:    105,395.50
                                                   ON ACCOUNT FEES BILLED TO DATE:  0.00
                                                    TOTAL FEES BILLED TO DATE:  105,395.50
     LAST BILL THRU DATE:                               FEES WRITTEN OFF TO DATE:  -208.00

FOR ACCTG USE ONLY:             Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee       (4) Excessive Legal Time       (7) Fixed Fee
     (2) Late Time & Costs Posted (5) Business Development       (8) Premium
     (3) Pre-arranged Discount    (6) Summer Associate           (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____  Processed by: _____    FRC: _____    CRC: _____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   16
                                                     *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00007                                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y            ------------- Total Unbilled -------------
Emp Id  Employee Name              Group              Oldest        Latest          Hours       Amount

05292   BECKER, GARY M.            CRED              04/08/05      04/11/05           0.40       208.00

                          Total:                                                      0.40       208.00

Sub-Total Hours :   0.00 Partners    0.40 Counsels    0.00 Associates    0.00 Legal Asst    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/25/05 13:35:54)
                              -------- Billed --------    -------- Applied --------  ------- Collections -------    Balance
Bill Date  Thru Date  Bill#    Fee & OA    Disbursement       From OA         Total                    Date           Due

   YEAR 2003                     157.50             .00                      157.50
01/25/05   09/30/04  396938      169.50             .00                      169.50    01/25/05
03/30/05   12/31/04  408613   78,893.00          540.96                   79,433.96    03/30/05
05/09/05   03/31/05  409910   25,967.50           38.44                   26,005.94    05/09/05
05/25/05   03/31/05  412177      208.00             .00                          .00                               208.00

            Total:           105,395.50          579.40                  105,766.90                                208.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    17
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name          Work Date    Description                                    Hours      Amount     Index#    Batch Date

BECKER, GARY M.        04/08/05  Call Baer re insurance issues (0.2)                0.20      104.00    5637037  04/18/05
BECKER, GARY M.        04/11/05  Call from J. Baer re various reorganization        0.20      104.00    5627019  04/12/05
                                 issues (0.2)

                                                         Fee Total                  0.40      208.00

                                                         Fee Total                  0.40      208.00
```

```
alp_132r: Matter Detail                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   18
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00007                             Orig Prtnr : CRED. RGTS - 06975              Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name            Hours      Amount        Bill      W/o / W/u    Transfer To   Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------

BECKER, GARY M.          0.40       208.00

       Total:            0.40       208.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    19
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00008                                       Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

Special Billing Instructions:

                                              PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:    04/05/2005              TO: 04/27/2005
        UNBILLED DISB FROM:                            TO:

                                     FEES                          COSTS
                                     ----                          -----

      GROSS BILLABLE AMOUNT:          2,404.00                      0.00
       AMOUNT WRITTEN DOWN:
                   PREMIUM:
         ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
             AMOUNT BILLED:
                 THRU DATE:                           04/27/2005
 CLOSE MATTER/FINAL BILLING?       YES   OR    NO
 EXPECTED DATE OF COLLECTION:

 BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

 BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH

               FEES:                     2,404.00         UNIDENTIFIED RECEIPTS:          0.00
       DISBURSEMENTS:                         0.00           PAID FEE RETAINER:           0.00
         FEE RETAINER:                        0.00          PAID DISB RETAINER:           0.00
        DISB RETAINER:                        0.00        TOTAL AVAILABLE FUNDS:          0.00
    TOTAL OUTSTANDING:                   2,404.00                 TRUST BALANCE:
                                                          BILLING HISTORY
   DATE OF LAST BILL:       05/25/05      LAST PAYMENT DATE:                    05/09/05
   LAST BILL NUMBER:         412177   ACTUAL FEES BILLED TO DATE:              75,333.50
                                        ON ACCOUNT FEES BILLED TO DATE:             0.00
                                           TOTAL FEES BILLED TO DATE:          75,333.50
   LAST BILL THRU DATE:                    FEES WRITTEN OFF TO DATE:           -2,182.00

FOR ACCTG USE ONLY:           Write Down/Up Reason Codes:

 (1) Exceeded Fixed Fee      (4) Excessive Legal Time     (7) Fixed Fee
 (2) Late Time & Costs Posted (5) Business Development    (8) Premium
 (3) Pre-arranged Discount   (6) Summer Associate         (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    20
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:54

Matter No: 056772-00008                                                                    Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                            Status      : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y              ------------- Total Unbilled -------------
Emp Id  Employee Name                       Group            Oldest        Latest         Hours        Amount

05292   BECKER, GARY M.                      CRED           04/05/05      04/27/05          2.10      1,092.00
        PARAPROFESSIONALS
05208   MANGUAL, KATHLEEN                    CRED           04/06/05      04/06/05          1.30        266.50
05623   COTTO, LISA                          CRED           04/20/05      04/27/05          5.10      1,045.50

                           Total:                                                           8.50      2,404.00

Sub-Total Hours :    0.00 Partners    2.10 Counsels    0.00 Associates    6.40 Legal Assts   0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y (Reflects Payments As of 05/25/05 13:35:54)
                                    ------- Billed -------     Applied    ---- Collections ----   Balance
Bill Date Thru Date  Bill#            Fee & OA  Disbursement    From OA     Total          Date      Due

PRIOR TO 2001                        10,165.00       191.48
YEAR 2002                            33,105.00       183.14
YEAR 2003                            10,325.00        53.60
01/29/04  12/31/03  382765            2,080.00          .00               2,080.00  07/02/04
02/25/04  01/31/04  384579            1,758.00          .00               1,758.00  10/18/04
04/30/04  02/29/04  388529              951.00          .00                 951.00  10/18/04
05/27/04  04/30/04  390208               78.00          .00                  78.00  08/03/04
07/31/04  06/30/04  392045              939.00          .00                 939.00  10/18/04
08/23/04  06/30/04  394084            1,170.00          .00               1,170.00  11/16/04
01/25/05  09/30/04  396938            2,470.50          .00               2,470.50  01/25/05
03/30/05  12/31/04  408613            3,754.50         9.56               3,764.06  03/30/05
05/09/05  03/31/05  409910            6,133.50        10.27               6,143.77  05/09/05
05/25/05  03/31/05  412177            2,404.00          .00                     .00                2,404.00

               Total:                75,333.50       448.05              73,377.55                 2,404.00
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    21
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00008                           Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status       : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date   Description                                              Hours     Amount    Index#    Batch Date
----------------------------------------------------------------------------------------------------------------------------------

BECKER, GARY M.        04/05/05   Review and execute quarterly fee application              0.30     156.00    5621336   04/07/05
MANGUAL, KATHLEEN      04/06/05   final revisions to interim fee application;               1.30     266.50    5624248   04/08/05
                                  draft Notice of change of address; draft cover
                                  ltr to local counsel (1.3)
BECKER, GARY M.        04/08/05   Review and revise fee invoice                             0.70     364.00    5637038   04/18/05
COTTO, LISA            04/20/05   receive time from Gary, conference with Gary on           0.50     102.50    5640425   04/21/05
                                  same (.1); t/c with Melinda re: time detail
                                  (.1); start to draft fee application (.3).
COTTO, LISA            04/21/05   draft fee application including t/c's with                2.00     410.00    5642749   04/22/05
                                  Melinda on numbers.
COTTO, LISA            04/22/05   receive back charts and time from Melinda;                1.20     246.00    5644039   04/25/05
                                  finish drafting monthly fee application and
                                  deliver to Gary for review and signature and
                                  e-mail Gary re: same (1.2)
BECKER, GARY M.        04/25/05   timekeeping                                               0.30     156.00    5646199   04/26/05
COTTO, LISA            04/26/05   o/c with Gary re: application (2.)                        0.20      41.00    5647054   04/27/05
BECKER, GARY M.        04/26/05   Conf. Cotto re monthly fee application                    0.30     156.00    5659665   05/02/05
COTTO, LISA            04/27/05   discussion with Willie in Accounting re: fees             1.20     246.00    5652581   04/29/05
                                  (.1); deliver application to Gary for signature
                                  (.1); review website for Klett Rooney, t/c with
                                  Klett re: fee application (.3); make copies of
                                  application, send one to accounting (.3); draft
                                  letter to Klett re: fee application, make label
                                  and federal express application (.3);
                                  discussion with accounting on quarterly, e-mail
                                  Melinda re: same (.1).
BECKER, GARY M.        04/27/05   Review and execute fee application and conf.              0.50     260.00    5659664   05/02/05
                                  Cotto re same (0.5)

                                                            Fee Total                       8.50    2,404.00

                                                            Fee Total                       8.50    2,404.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    22
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00008                                               Orig Prtnr : CRED. RGTS   - 06975        Proforma Number: 1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount        Bill          W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.             2.10    1,092.00       _____      _____
MANGUAL, KATHLEEN           1.30      266.50       _____      _____
COTTO, LISA                 5.10    1,045.50       _____      _____

       Total:               8.50    2,404.00
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                     PAGE   23
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00012                                  Orig Prtnr : CRED. RGTS   - 06975              Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495            Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status         : ACTIVE

Special Billing Instructions:

                                             PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:   04/01/2005                 TO:    04/30/2005
       UNBILLED DISB FROM:   03/31/2005                 TO:    03/31/2005

                                  FEES                               COSTS
                                  ----                               -----
       GROSS BILLABLE AMOUNT:      13,541.50                         15.60
       AMOUNT WRITTEN DOWN:
                     PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                   THRU DATE:                           04/30/2005                  03/31/2005
  CLOSE MATTER/FINAL BILLING?  YES OR NO
EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495                   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

           BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS                                    UNAPPLIED CASH

                   FEES:              86,230.70           UNIDENTIFIED RECEIPTS:     0.00
          DISBURSEMENTS:                3,186.60              PAID FEE RETAINER:     0.00
           FEE RETAINER:                    0.00             PAID DISB RETAINER:     0.00
          DISB RETAINER:                    0.00          TOTAL AVAILABLE FUNDS:     0.00
       TOTAL OUTSTANDING:              89,417.30                  TRUST BALANCE:
                                                            BILLING HISTORY
                                                            ---------------
      DATE OF LAST BILL:   05/25/05           LAST PAYMENT DATE:         05/09/05
      LAST BILL NUMBER:     412177      ACTUAL FEES BILLED TO DATE:      427,455.50
                                     ON ACCOUNT FEES BILLED TO DATE:          0.00
                                         TOTAL FEES BILLED TO DATE:      427,455.50
      LAST BILL THRU DATE:                  FEES WRITTEN OFF TO DATE:     -9,124.00

FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:

      (1) Exceeded Fixed Fee         (4) Excessive Legal Time       (7) Fixed Fee
      (2) Late Time & Costs Posted   (5) Business Development       (8) Premium
      (3) Pre-arranged Discount      (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    24
Run Date & Time: 05/25/2005 13:35:55                       *PRIVILEGED AND CONFIDENTIAL*

Matter No: 056772-00012                                                   Orig Prtnr : CRED. RGTS - 06975          Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                           Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status        : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y  ----------- Total Unbilled -----------
Emp Id  Employee Name                Group              Oldest      Latest       Hours         Amount

00720   NADLER, ELLEN R.             LITI            04/08/05    04/08/05         1.00         660.00
02495   BENTLEY, PHILIP              CRED            04/01/05    04/30/05         3.70       2,201.50
07850   HOROWITZ, GREGORY A.         LITI            04/04/05    04/13/05        10.90       6,104.00
05292   BECKER, GARY M.              CRED            04/01/05    04/26/05         8.80       4,576.00

                                Total:                                           24.40      13,541.50

Sub-Total Hours :     15.60 Partners    8.80 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D    C O S T S    S U M M A R Y ----------- Total Unbilled -----------
Code   Description                     Oldest        Latest      Total
                                       Entry         Entry       Amount

0972   DOCUMENT RETRIEVAL FEES       03/31/05      03/31/05       15.60

                                Total                             15.60

                                Grand Total                    13,557.10
                                                           ==============

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/25/05 13:35:55)
                       ------- Billed --------       Applied       ---- Collections ----     Balance
Bill Date Thru Date  Bill#    Fee & OA  Disbursement      From OA    Total        Date          Due

PRIOR TO 2001                                                                          
YEAR 2002                                                                              
YEAR 2003                                                                              
01/29/04 12/31/03 382765      44,026.00     5,710.65                                   
02/25/04 01/31/04 384579      78,495.50     6,087.88                                   
04/30/04 02/29/04 388529      42,529.00        44.28                                   
                                 582.00         .00                 582.00  07/02/04
04/30/04 04/30/04 390208          56.50                              56.50  10/18/04
                                 247.50       497.50                745.00  10/18/04
05/27/04 04/30/04 391727       2,282.00        48.51              2,330.51  08/03/04
06/29/04 05/31/04 392045       2,205.50       110.25              2,315.75  03/23/05
                                    .00        18.84                 18.84  10/18/04
07/31/04 06/30/04 394084      11,360.50        22.83             11,383.33  01/31/05
08/23/04 06/30/04 396938       3,405.00        25.99              3,430.99  01/25/05
01/25/05 09/30/04 408613     131,501.50     1,510.65            123,387.75  03/30/05    9,624.40
03/30/05 12/31/04 409910      97,100.50     4,150.91             35,015.61  05/09/05   66,235.80
05/09/05 03/31/05 412177      13,541.50        15.60                   .00             13,557.10

                      Total: 427,333.00    18,243.89            356,159.59             89,417.30
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    25
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS    - 06975              Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495             Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status       : ACTIVE

UNBILLED TIME DETAIL
Employee Name            Work Date   Description                                                 Hours     Amount     Index#   Batch Date
```

| Employee Name | Work Date | Description | Hours | Amount | Index# | Batch Date |
|---|---|---|---|---|---|---|
| BENTLEY, PHILIP | 04/01/05 | Review J. Fullam's decision, and discs GB and GAH | 0.70 | 416.50 | 5622567 | 04/07/05 |
| BECKER, GARY M. | 04/01/05 | initial review of Fullam decision and conf Bentley re same (1.2) | 1.20 | 624.00 | 5637380 | 04/19/05 |
| HOROWITZ, GREGORY A. | 04/04/05 | rr Fullam estimation opinion, e-mails to/from ERN et al. re same | 1.50 | 840.00 | 5630451 | 04/13/05 |
| BECKER, GARY M. | 04/04/05 | review Fullam decision (0.5); conf Horowitz re Fullam decision and implications for Grace (0.4); conf insurance company counsel re estimation (0.5) | 1.40 | 728.00 | 5637381 | 04/19/05 |
| BENTLEY, PHILIP | 04/07/05 | Discs GAH and GB re estimation issues; review emails re same | 0.70 | 416.50 | 5630670 | 04/14/05 |
| HOROWITZ, GREGORY A. | 04/07/05 | dw PB re memo (.4); rr decision re reconsideration, e-mails to/from GB re same (1.0) | 1.40 | 784.00 | 5647956 | 04/27/05 |
| NADLER, ELLEN R. | 04/08/05 | Review Horowitz draft memo to client re; Fullam estimation opin. and email comments to team. (1.00) | 1.00 | 660.00 | 5624468 | 04/11/05 |
| HOROWITZ, GREGORY A. | 04/08/05 | draft memo re Fullam decision, implications thereof (4.0); e-mails re same, revisions to same (1.0) | 5.00 | 2,800.00 | 5647957 | 04/27/05 |
| BENTLEY, PHILIP | 04/11/05 | Review and edit memo to Committee re OC estimation ruling, and discs GB re same | 0.60 | 357.00 | 5630669 | 04/14/05 |
| HOROWITZ, GREGORY A. | 04/11/05 | finalize memo re Fullam opinion, e-mails to/from Ted Wechsler re same (1.5) | 1.50 | 840.00 | 5653773 | 04/29/05 |
| BENTLEY, PHILIP | 04/12/05 | Discs GB re asbestos issues | 0.10 | 59.50 | 5630668 | 04/14/05 |
| BECKER, GARY M. | 04/13/05 | Review OWC motion to reconsideration for themes applicable to grace and prepare memo to committee re same (2.0); conf. Horowitz and Bentley re same 90.5) | 2.50 | 1,300.00 | 5637039 | 04/18/05 |
| BENTLEY, PHILIP | 04/13/05 | Review and edit draft memo to Committee re Banks' OC reconsideration motion | 0.20 | 119.00 | 5646824 | 04/26/05 |
| HOROWITZ, GREGORY A. | 04/13/05 | rr OC motion for reconsideration (.5); rr Judge Fullam decision denying same (.5); various e-mails re same (.5) | 1.50 | 840.00 | 5663201 | 05/02/05 |
| BECKER, GARY M. | 04/14/05 | Review OWC decision on reconsideration and prepare memo re same (2.0) conf. bentley and Horowitz re decision (0.3); circulate memo to committee (0.2) | 2.50 | 1,300.00 | 5637040 | 04/18/05 |
| BENTLEY, PHILIP | 04/14/05 | Review Fullam's denial of reconsideration motion and trade emails re same | 0.20 | 119.00 | 5646823 | 04/26/05 |
| BECKER, GARY M. | 04/15/05 | Conf. Bentley re insurance issues | 0.20 | 104.00 | 5637041 | 04/18/05 |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   26
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00012                         Orig Prtnr : CRED. RGTS   - 06975             Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)
                                                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status     : ACTIVE

U N B I L L E D    T I M E    D E T A I L
Employee Name            Work Date   Description                                         Hours       Amount      Index#   Batch Date

BECKER, GARY M.          04/26/05 Review latest asbestos bill S.852 for effect on         1.00       520.00    5659666 05/02/05
                                  Grace
BENTLEY, PHILIP          04/30/05 Review estimation pleadings and other materials         1.20       714.00    5656139 05/02/05

                                                    Fee Total                            24.40    13,541.50


                                                    Fee Total                            24.40    13,541.50


U N B I L L E D    C O S T S    D E T A I L
Description/Code                       Employee                Date              Amount           Index#  Batch No  Batch Date

DOCUMENT RETRIEVAL F      0972
  DOCUMENT RETRIEVAL F                 PIZZARELLO, C        03/31/05              15.60          6957199   144927   04/20/05
                                  0972 DOCUMENT RETRIEVAL F Total :               15.60


                Costs Total :                                                     15.60
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    27
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00012                                        Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours      Amount       Bill      W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

NADLER, ELLEN R.            1.00      660.00       _____    _____    _____    _____    _____

BENTLEY, PHILIP             3.70    2,201.50       _____    _____    _____    _____    _____

HOROWITZ, GREGORY A.       10.90    6,104.00       _____    _____    _____    _____    _____

BECKER, GARY M.             8.80    4,576.00       _____    _____    _____    _____    _____

         Total:            24.40   13,541.50


B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description                     Amount         Bill       W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0972 DOCUMENT RETRIEVAL FEES           15.60       _____    _____    _____    _____    _____

        Costs Total :                  15.60
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   28
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00013                              Orig Prtnr : CRED. RGTS    - 06975         Proforma Number:   1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status        : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

             UNBILLED TIME FROM:   04/11/2005                 TO:    04/29/2005
             UNBILLED DISB FROM:                              TO:

                                          FEES                         COSTS

             GROSS BILLABLE AMOUNT:      639.00                          0.00
             AMOUNT WRITTEN DOWN:
                          PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:              04/29/2005
       CLOSE MATTER/FINAL BILLING?   YES   OR   NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:     BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:

                                ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH

                        FEES:             1,159.00
                DISBURSEMENTS:                 0.00     UNIDENTIFIED RECEIPTS:          0.00
                 FEE RETAINER:                 0.00       PAID FEE RETAINER:            0.00
                DISB RETAINER:                 0.00      PAID DISB RETAINER:            0.00
            TOTAL OUTSTANDING:             1,159.00    TOTAL AVAILABLE FUNDS:           0.00
                                                             TRUST BALANCE:
                                                            BILLING HISTORY
            DATE OF LAST BILL:   05/25/05           LAST PAYMENT DATE:     03/30/05
            LAST BILL NUMBER:    412177     ACTUAL FEES BILLED TO DATE:   77,392.00
                                          ON ACCOUNT FEES BILLED TO DATE:      0.00
                                              TOTAL FEES BILLED TO DATE:  77,392.00
         LAST BILL THRU DATE:                     FEES WRITTEN OFF TO DATE:   961.00

FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:

         (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
         (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
         (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding      (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    29
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00013                                                        Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                             Status    : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y                 ----------- Total Unbilled -----------
Emp Id Employee Name             Group                      Oldest       Latest           Hours         Amount
                                                            --------     --------         ------        -------
02495  BENTLEY, PHILIP           CRED                       04/29/05     04/29/05          0.20         119.00
05292  BECKER, GARY M.           CRED                       04/11/05     04/11/05          1.00         520.00
                                                                                          -----        -------
                   Total:                                                                  1.20         639.00

Sub-Total Hours :      0.20 Partners     1.00 Counsels     0.00 Associates     0.00 Legal Assts     0.00 Others

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/25/05 13:35:55)
                                                                                Applied       ------ Collections ------     Balance
Bill Date Thru Date Bill#       Fee & OA     Disbursement     Billed            From OA       Total            Date          Due
----------- --------- -----     --------     ------------     ------            --------      -----            ----         -------
PRIOR TO 2001                   2,212.50          389.75                                      2,602.25
  YEAR 2002                    66,342.00          550.91                                     66,892.91
  YEAR 2003                     5,623.00        1,009.80                                      6,632.80
04/30/04 02/29/04 388529        1,186.50              .00                                     1,186.50      10/18/04
05/27/04 04/30/04 390208          621.50              .00                                       621.50      08/03/04
08/23/04 06/30/04 394084          247.50              .00                                       247.50      01/31/05
03/30/05 12/31/04 408613              .00           61.21                                        61.21      03/30/05
05/09/05 03/31/05 409910          520.00              .00                                          .00                      520.00
05/25/05 03/31/05 412177          639.00              .00                                          .00                      639.00
                                ---------      ---------                                     ---------                    ---------
            Total:             77,392.00        2,011.67                                     78,244.67                    1,159.00
```