```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   30
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00013                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                     Status        : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name           Work Date    Description                                     Hours      Amount    Index#    Batch Date
---------------------------------------------------------------------------------------------------------------------------
BECKER, GARY M.         04/11/05 review motion to approve settlement                  1.00      520.00   5627020  04/12/05
BENTLEY, PHILIP         04/29/05 Review pleadings and memos re Sealed Air             0.20      119.00   5656140  05/02/05
                                 Settlement

                                                       Fee Total                      1.20      639.00


                                                       Fee Total                      1.20      639.00
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    31

Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00013                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FRAUDULENT CONVEYANCE ADV. PROCEEDING            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name           Hours       Amount          Bill        W/o / W/u      Transfer To   Clnt/Mtr   Carry Forward
-------------           -----       ------          ----        ---------      -----------   --------   -------------

BENTLEY, PHILIP          0.20       119.00          _____     _____        _____       _____
BECKER, GARY M.          1.00       520.00          _____     _____        _____       _____

         Total:          1.20       639.00

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    32
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975         Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                           Status        : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:   04/22/2005          TO:   04/25/2005
       UNBILLED DISB FROM:                       TO:   04/25/2005

                                      FEES           COSTS

       GROSS BILLABLE AMOUNT:         2,288.00        0.00
       AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                  THRU DATE:                       04/25/2005
  CLOSE MATTER/FINAL BILLING?   YES OR NO
  EXPECTED DATE OF COLLECTION:

  BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

  BILLING COMMENTS:



                          ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

                    FEES:           22,953.50          UNIDENTIFIED RECEIPTS:         0.00
           DISBURSEMENTS:            1,361.88              PAID FEE RETAINER:          0.00
            FEE RETAINER:                0.00             PAID DISB RETAINER:          0.00
           DISB RETAINER:                0.00          TOTAL AVAILABLE FUNDS:          0.00
       TOTAL OUTSTANDING:           24,315.38                   TRUST BALANCE:
                                                        BILLING HISTORY

      DATE OF LAST BILL:        05/25/05           LAST PAYMENT DATE:           04/21/05
      LAST BILL NUMBER:          412177  ACTUAL FEES BILLED TO DATE:         89,639.50
                                         ON ACCOUNT FEES BILLED TO DATE:         0.00
                                          TOTAL FEES BILLED TO DATE:         89,639.50
      LAST BILL THRU DATE:                       FEES WRITTEN OFF TO DATE:     2,799.68

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:

     (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
     (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
     (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   33
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00019                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                          Status      : ACTIVE

U N B I L L E D    T I M E    S U M M A R Y   ------------ Total Unbilled ------------
Emp Id Employee Name             Group              Oldest       Latest          Hours         Amount

05292  BECKER, GARY M.           CRED              04/22/05     04/25/05           4.40       2,288.00

              Total:                                                               4.40       2,288.00

Sub-Total Hours :    0.00 Partners    4.40 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/25/05 13:35:55)
                         ------- Billed --------        Applied     ---- Collections ----        Balance
Bill Date Thru Date Bill#      Fee & OA  Disbursement   From OA          Total        Date         Due

YEAR 2002                    45,704.82         58.14                45,762.96
YEAR 2003                     5,544.00         25.00                 5,569.00
01/29/04 12/31/03  382765     2,021.00           .00                 2,021.00  07/02/04
05/27/04 04/30/04  390208     1,237.50           .00                 1,237.50  10/18/04
06/29/04 05/31/04  391727     3,785.50           .00                 3,785.50  03/23/05
07/31/04 06/30/04  392045     1,845.50        127.40                 1,972.90  01/31/05
01/25/05 09/30/04  396938     3,960.00         14.00                 3,974.00  04/21/05
03/30/05 12/31/04  408613    11,539.00        549.14                   549.14  03/30/05     11,539.00
05/09/05 03/31/05  409910     9,126.50      1,361.88                      .00                10,488.38
05/25/05 03/31/05  412177     2,288.00           .00                      .00                 2,288.00

              Total:        87,051.82      2,135.56                 64,872.00                24,315.38
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE   34
                                                        *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00019                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status      : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name              Work Date    Description                                   Hours       Amount     Index#     Batch Date

BECKER, GARY M.            04/22/05  prep for Monday omnibus hearing                   0.40       208.00  5646200  04/26/05
BECKER, GARY M.            04/25/05  prep for and attend omnibus hearing, including    4.00     2,080.00  5646201  04/26/05
                                     preparation during travel (4.0)

                                           Fee Total                                   4.40     2,288.00

                                           Fee Total                                   4.40     2,288.00
```

```
alp_132r: Matter Detail                            KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   35
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00019                                                       Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                               Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                           Status      : ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED TIME SUMMARY
Employee Name              Hours      Amount        Bill     W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward
-----------------------------------------------------------------------------------------------------------------

BECKER, GARY M.            4.40     2,288.00

         Total:            4.40     2,288.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE      36
                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00028                                     Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE             Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                          Status       : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15

                                           PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:   04/25/2005      TO:    04/25/2005
            UNBILLED DISB FROM:   10/21/2004      TO:    10/21/2004

                         FEES                               COSTS
                       --------                           --------
  GROSS BILLABLE AMOUNT:         1,040.00                   180.00
  AMOUNT WRITTEN DOWN:
              PREMIUM:
    ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
            THRU DATE:             04/25/2005            10/21/2004
CLOSE MATTER/FINAL BILLING?   YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                           ACCOUNTS RECEIVABLE TOTALS             UNAPPLIED CASH
                           ---------------------------            --------------
                FEES:               22,313.00    UNIDENTIFIED RECEIPTS:         0.00
       DISBURSEMENTS:                  180.00        PAID FEE RETAINER:         0.00
        FEE RETAINER:                    0.00       PAID DISB RETAINER:         0.00
       DISB RETAINER:                    0.00    TOTAL AVAILABLE FUNDS:         0.00
   TOTAL OUTSTANDING:               22,493.00            TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
  DATE OF LAST BILL:   05/25/05         LAST PAYMENT DATE:        04/21/05
  LAST BILL NUMBER:     412177    ACTUAL FEES BILLED TO DATE:    38,707.00
                                ON ACCOUNT FEES BILLED TO DATE:       0.00
                                   TOTAL FEES BILLED TO DATE:    38,707.00
  LAST BILL THRU DATE:                FEES WRITTEN OFF TO DATE:   17,077.00

FOR ACCTG USE ONLY:      Write Down/Up Reason Codes:

  (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
  (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
  (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE     37
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                    Status     : ACTIVE

U N B I L L E D   T I M E   S U M M A R Y  ------------- Total Unbilled -------
Emp Id Employee Name                  Group          Oldest      Latest      Hours          Amount

05292  BECKER, GARY M.                 CRED         04/25/05    04/25/05       4.00        1,040.00
                     Total:                                                    4.00        1,040.00

Sub-Total Hours :   0.00 Partners    4.00 Counsels    0.00 Associates    0.00 Legal Assts    0.00 Others

U N B I L L E D   C O S T S   S U M M A R Y  ----- Total Unbilled -------
                                        Oldest      Latest       Total
Code Description                        Entry       Entry        Amount

0950  OUT-OF-TOWN TRAVEL               10/21/04    10/21/04     180.00
                     Total                                      180.00
                     Grand Total                              1,220.00
                                                          ==============

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 05/25/05 13:35:55)
                        ----------- Billed -----------      Applied     ---- Collections ----     Balance
Bill Date Thru Date Bill#    Fee & OA     Disbursement      From OA      Total       Date           Due

YEAR 2002                    2,275.00            .00                   2,275.00
YEAR 2003                    3,700.00         205.00                   3,905.00
01/29/04 12/31/03 382765       705.00         197.00                     902.00  07/02/04
02/25/04 01/31/04 384579       495.00            .00                     495.00  10/18/04
05/27/04 04/30/04 390208       742.50         279.00                   1,021.50  10/18/04
06/29/04 05/31/04 391727       621.50         264.00                     885.50  03/23/05
07/31/04 06/30/04 392045     1,485.00       1,045.70                   2,530.70  01/31/05
01/25/05 09/30/04 396938     2,970.00            .00                   2,970.00  04/21/05
03/30/05 12/31/04 408613    16,308.50            .00                         .00                 16,308.50
05/09/05 03/31/05 409910     4,964.50            .00                         .00                  4,964.50
05/25/05 03/31/05 412177     1,040.00         180.00                         .00                  1,220.00

           Total:           35,307.00       2,170.70                  14,984.70                  22,493.00
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    38
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00028                           Orig Prtnr : CRED. RGTS - 06975                      Proforma Number:  1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495                  Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                                   Status    : ACTIVE

U N B I L L E D   T I M E   D E T A I L
Employee Name          Work Date    Description                                      Hours       Amount      Index#    Batch Date

BECKER, GARY M.        04/25/05     non working travel associated with omnibus        4.00     1,040.00     5646202    04/26/05
                                    hearing
                                                                  Fee Total           4.00     1,040.00

                                                                  Fee Total           4.00     1,040.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                   Employee              Date           Amount        Index#     Batch No  Batch Date

OUT-OF-TOWN TRAVEL         0950
CITICORP DINERS CLUB               BENTLEY, P         10/21/04          140.00       6865294      140715   02/02/05
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB RR TKT P BENTLY
CITICORP DINERS CLUB               BENTLEY, P         10/21/04           40.00       6865295      140715   02/02/05
OUT-OF-TOWN TRAVEL - VENDOR-CITICORP DINERS
CLUB TVL AGT FEE
                                 0950 OUT-OF-TOWN TRAVEL Total :        180.00


                      Costs Total :                                     180.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE    39
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 05/25/2005 13:35:55

Matter No: 056772-00028                                    Orig Prtnr : CRED. RGTS - 06975           Proforma Number: 1938999
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                           Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   T I M E   S U M M A R Y
Employee Name              Hours       Amount       Bill       W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

BECKER, GARY M.             4.00     1,040.00

         Total:             4.00     1,040.00

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                       Amount       Bill       W/o / W/u      Transfer To    Clnt/Mtr    Carry Forward

0950 OUT-OF-TOWN TRAVEL                180.00

         Costs Total :                 180.00
```

alp_132rc: Client Analysis Sheet         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 05/25/05 13:36:01            Worked : 12/31/99 thru 05/25/05
Client: 056772 W.R. GRACE & CO. EQUITY COMMITTEE

| Number | Matter Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 00001 | CASE ADMINISTRATION | 3.80 | 1,549.50 | 783.80 | 2,333.30 | BENTLEY PHILIP - 02495 | | M | B |
| 00002 | CREDITOR COMMITTEE | 14.50 | 7,540.00 | 13.65 | 7,553.65 | BENTLEY PHILIP - 02495 | | M | B |
| 00005 | BANKR. MOTIONS | 0.60 | 312.00 | 330.55 | 642.55 | BENTLEY PHILIP - 02495 | | M | B |
| 00007 | REORGANIZATION PLAN | 0.40 | 208.00 | 0.00 | 208.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00008 | FEE APPLICATIONS, APPLIC | 8.50 | 2,404.00 | 0.00 | 2,404.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00012 | CLAIM ANALYSIS OBJECTION | 24.40 | 13,541.50 | 15.60 | 13,557.10 | BENTLEY PHILIP - 02495 | | M | B |
| 00013 | FRAUDULENT CONVEYANCE AD | 1.20 | 639.00 | 0.00 | 639.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00019 | HEARINGS | 4.40 | 2,288.00 | 0.00 | 2,288.00 | BENTLEY PHILIP - 02495 | | M | B |
| 00028 | TRAVEL\NON-WORKING | 4.00 | 1,040.00 | 180.00 | 1,220.00 | BENTLEY PHILIP - 02495 | | M | B |
| | Client Total | 61.80 | 29,522.00 | 1,323.60 | 30,845.60 | | | | |