REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1273548<br>Invoice Date        05/17/05<br>Client Number        172573 |

==============================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

    Fees                                          8,148.00
    Expenses                                        0.00

                       TOTAL BALANCE DUE UPON RECEIPT      $8,148.00
                                                                      ==============

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R Grace & Co.                         Invoice Number      1273548
One Town Center Road                    Invoice Date        05/17/05
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60026
```

===========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 04/01/05 | Cameron | Multiple e-mails and voicemails relating to R.J. Lee Group work (.50); review materials from R. Finke relating to same (.80). | 1.30 |
| 04/03/05 | Cameron | Review summary of materials relating to property damage cases. | .80 |
| 04/04/05 | Cameron | Telephone conference with and e-mails to R. Finke regarding R.J. Lee Group analytical work (.40); memo regarding same (.40) respond to request for deposition information (.40). | 1.20 |
| 04/05/05 | Cameron | Telephone conference with R. Finke regarding status update on property damage claims and bodily injury claims (.40); review materials relating to R.J. Lee Group analysis (.50). | .90 |
| 04/10/05 | Cameron | Review collected correspondence and e-mails regarding general asbestos claims issues. | .80 |
| 04/13/05 | Cameron | Attend to e-mails and materials from R. Finke. | .90 |

```
172573 W. R. Grace & Co.                       Invoice Number   1273548
60026  Litigation and Litigation Consulting    Page    2
May 17, 2005
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/15/05 | Cameron | Review materials from R. Finke regarding appeal issues (0.9); review materials relating to property damage claims (0.9); review recent reports (0.6). | 2.40 |
| 04/17/05 | Cameron | Review of collected materials from R. Finke and prepare summary for response to requests. | 1.70 |
| 04/18/05 | Cameron | Review materials relating to objections to motion relating to Solow appeal (1.2); e-mails and meet with J. Restivo regarding same (0.3). | 1.50 |
| 04/20/05 | Cameron | Review summary memo from J. Restivo regarding Solow Appeal (0.9); e-mails regarding same (0.7); review materials relating to property damage claims (0.8). | 2.40 |
| 04/20/05 | Restivo | Pleadings and Solow case review. | 1.80 |
| 04/27/05 | Cameron | Meet with J. Restivo regarding property damage claim appeal and review materials relating to status of property damage claims. | .80 |

```
                                               TOTAL HOURS     16.50
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 1.80 at $ 525.00 = | | 945.00 |
| Douglas E. Cameron | 14.70 at $ 490.00 = | | 7,203.00 |
|  | CURRENT FEES | | 8,148.00 |
|  | TOTAL BALANCE DUE UPON RECEIPT | | $8,148.00 |

```
                          REED SMITH LLP
                          PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1273549
5400 Broken Sound Blvd., N.W.            Invoice Date       05/17/05
Boca Raton, FL 33487                     Client Number       172573




=============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

     Fees                                   8,399.50
     Expenses                                   0.00

                    TOTAL BALANCE DUE UPON RECEIPT         $8,399.50
                                                           =========
```

```
                            REED SMITH LLP
                            PO Box 360074M
                         Pittsburgh, PA  15251-6074
                           Tax ID# 25-0749630
```

```
W. R. Grace                                 Invoice Number         1273549
5400 Broken Sound Blvd., N.W.               Invoice Date          05/17/05
Boca Raton, FL 33487                        Client Number          172573
                                            Matter Number           60028
```

========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 04/04/05 | Restivo | Receipt and review of new pleadings. | .50 |
| 04/05/05 | Restivo | File review. | .50 |
| 04/08/05 | Cameron | Review of e-mails relating to ZAI publications and documents (.40); review memo regarding same (.50). | .90 |
| 04/11/05 | Atkinson | Review files for videotape per request of D. Cameron. | .70 |
| 04/11/05 | Cameron | E-mails from and to R. Finke and M. Murphy regarding review of ZAI files for materials (.70); review file regarding same (.70). | 1.40 |
| 04/12/05 | Cameron | Follow-up review of files for videotape (.60); meet with M. Atkinson (.10) and e-mails (.10) regarding same. | .80 |
| 04/13/05 | Atkinson | Forward videotape to client for review. | .40 |
| 04/18/05 | Cameron | Review extensive materials from R. Finke regarding ZAI claims in Canada. | 2.40 |
| 04/19/05 | Cameron | Continued review of materials relating to Canadian ZAI claims and related issues (1.9); e-mails relating to same (0.7). | 2.60 |

```
172573  W. R. Grace & Co.                                Invoice Number   1273549
60028   ZAI Science Trial                                Page    2
May 17, 2005
```

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/20/05 | Cameron | Review information regarding Canadian ZAI claims. | .70 |
| 04/21/05 | Cameron | Review e-mails, pleadings and press reports regarding Canadian ZAI claims. | .90 |
| 04/22/05 | Cameron | Collect materials and summarize status of Canadian ZAI claims. | 1.90 |
| 04/26/05 | Cameron | Review materials from R. Finke and e-mails regarding same (0.6); meet with J. Restivo regarding report on ZAI issues at hearing (0.3). | .90 |
| 04/27/05 | Cameron | Continue collecting materials relating to ZAI claims in Canada and consultant data. | 1.80 |
| 04/28/05 | Cameron | Review of materials from Canada and e-mails from Matt Murphy regarding ZAI issues. | .90 |
| 04/29/05 | Cameron | Review e-mails and materials relating to ZAI claims. | .50 |
| | | TOTAL HOURS | 17.80 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| James J. Restivo Jr. | 1.00 at | $ 525.00 = | 525.00 |
| Douglas E. Cameron | 15.70 at | $ 490.00 = | 7,693.00 |
| Maureen L. Atkinson | 1.10 at | $ 165.00 = | 181.50 |

```
                         CURRENT FEES                                8,399.50

                         TOTAL BALANCE DUE UPON RECEIPT             $8,399.50
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630



   W. R. Grace                              Invoice Number      1273550
   5400 Broken Sound Blvd., N.W.            Invoice Date        05/17/05
   Boca Raton, FL 33487                     Client Number        172573




==============================================================================

   Re: W. R. Grace & Co.


   (60029)   Fee Applications-Applicant

        Fees                                    2,601.50
        Expenses                                    0.00

                     TOTAL BALANCE DUE UPON RECEIPT        $2,601.50
                                                           =============
```

```
                       REED SMITH LLP
                       PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1273550
5400 Broken Sound Blvd., N.W.            Invoice Date        05/17/05
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60029
```

==========================================================================

Re: (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 04/07/05 | Cameron | Review fee application materials and meet with A. Muha regarding same. | .70 |
| 04/11/05 | Cameron | Attend to additional fee application issues. | .60 |
| 04/11/05 | Muha | Revise fee and expense detail for March 2005 monthly fee application. | 1.10 |
| 04/18/05 | Muha | Revisions to March 2004 fee and expense detail for monthly application. | .80 |
| 04/19/05 | Lord | Respond to inquiries from S. Ament and A. Muha re: monthly fee applications. | .30 |
| 04/19/05 | Muha | Prepare for and meet with S. Ament re: preparation of fee application materials. | .80 |
| 04/22/05 | Muha | Meet with S. Ament to outline quarterly fee application procedures. | .70 |
| 04/25/05 | Lord | Review and revise monthly fee application. | .50 |
| 04/26/05 | Lord | Research docket and draft CNO for Feb. fee application (.4); e-file and perfect service for same (.3); e-mail to R. Finke re: same (.1); respond to inquiry from S. Ament re: quarterly fee application (.1) | .90 |

```
172573 W. R. Grace & Co.                          Invoice Number   1273550
60029   Fee Applications-Applicant                Page    2
May 17, 2005
```

| Date | Name | | Hours |
|---|---|---|---|
| 04/27/05 | Cameron | Review materials relating to fee application. | .60 |
| 04/28/05 | Lord | Review and finalize February monthly fee application (.7); e-file and perfect hard/e-service for same per adm. order (.5); assist with review and revise quarterly fee application (.8); respond to questions from SAment re: same (.2). | 2.20 |
| 04/28/05 | Muha | Review and revise quarterly application materials and message to S. Ament re: same. | .40 |

```
                                          TOTAL HOURS       9.60
```

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 1.90 at | $ 490.00 = | 931.00 |
| Andrew J. Muha | 3.80 at | $ 260.00 = | 988.00 |
| John B. Lord | 3.90 at | $ 175.00 = | 682.50 |

```
              CURRENT FEES                                     2,601.50

              TOTAL BALANCE DUE UPON RECEIPT                  $2,601.50
```

```
                          REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number        1273552 |
| One Town Center Road | Invoice Date         05/17/05 |
| Boca Raton, FL   33486 | Client Number         172573 |

================================================================================

Re: W. R. Grace & Co.

(60030)  Hearings

    Fees                                          5,362.00
    Expenses                                    0.00

               TOTAL BALANCE DUE UPON RECEIPT       $5,362.00
                                                            =============

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co.<br>One Town Center Road<br>Boca Raton, FL    33486 | Invoice Number     1273552<br>Invoice Date       05/17/05<br>Client Number       172573<br>Matter Number        60030 |

===========================================================================

Re: (60030)   Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | | Hours |
|---|---|---|---|
| 04/18/05 | Restivo | Review agenda for omnibus hearing and telephone calls with Finke re: same. | .50 |
| 04/19/05 | Cameron | Review materials relating to 4/25 omnibus hearing. | 1.10 |
| 04/19/05 | Restivo | Review Cahill-related pleadings and prepare for omnibus hearing. | 1.80 |
| 04/20/05 | Cameron | Review omnibus hearing agenda and various objections. | .80 |
| 04/21/05 | Cameron | Meet with J. Restivo regarding omnibus hearing issues (0.3); review revised agenda (0.2); review Solow materials in preparation for hearing (0.6). | 1.10 |
| 04/21/05 | Restivo | Conference call with J. Baer re: omnibus hearing (.20); prepare for omnibus hearing (.40). | .60 |
| 04/25/05 | Cameron | Prepare for and participate in portion of hearing (0.9); meet with J. Restivo regarding same (0.4). | 1.30 |
| 04/25/05 | Restivo | Preparation for and oral argument at omnibus hearing re: Solow case. | 2.50 |

```
172573  W. R. Grace & Co.                                    Invoice Number   1273552
60030   Hearings                                             Page    2
May 17, 2005


04/26/05 Restivo           Telephone calls with R. Finke and      .80
                           J. Baer re: omnibus hearing issues.


                                                            ------
                                               TOTAL HOURS   10.50


TIME SUMMARY                 Hours          Rate            Value
--------------------------   --------------------------     -------
James J. Restivo Jr.         6.20   at  $  525.00   =       3,255.00
Douglas E. Cameron           4.30   at  $  490.00   =       2,107.00

                           CURRENT FEES                                       5,362.00

                                                                           ------------
                           TOTAL BALANCE DUE UPON RECEIPT                    $5,362.00
                                                                           ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R Grace & Co.                          Invoice Number        1273553
One Town Center Road                     Invoice Date          05/17/05
Boca Raton, FL    33486                  Client Number          172573


================================================================================

Re: W. R. Grace & Co.


(60035)   Grand Jury Investigation

     Fees                              3,234.00
     Expenses                              0.00

                   TOTAL BALANCE DUE UPON RECEIPT         $3,234.00
                                                         ==============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R Grace & Co. | Invoice Number   1273553 |
| One Town Center Road | Invoice Date     05/17/05 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number    60035 |

===========================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH APRIL 30, 2005

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/22/05 | Cameron | Review and organize materials relating to grand jury investigation. | 1.20 |
| 04/23/05 | Cameron | Review detailed summary of witness interviews and organize working materials relating to indictment. | 2.80 |
| 04/25/05 | Cameron | Finalize review and organization of working materials and summaries relating to indictment. | 2.60 |
| | | TOTAL HOURS | 6.60 |

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Douglas E. Cameron | 6.60 at $ 490.00 = | | 3,234.00 |

CURRENT FEES                                                   3,234.00

TOTAL BALANCE DUE UPON RECEIPT                                $3,234.00