REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1273585
5400 Broken Sound Blvd., N.W.            Invoice Date      05/17/05
Boca Raton, FL 33487                     Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

    Fees                        0.00
    Expenses                   78.82

              TOTAL BALANCE DUE UPON RECEIPT        $78.82
                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1273585
5400 Broken Sound Blvd., N.W.        Invoice Date        05/17/05
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

===============================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                        1.60
    Duplicating/Printing/Scanning            9.00
    Courier Service – Outside               18.30
    Outside Duplicating                     49.92

                    CURRENT EXPENSES                     78.82
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $78.82
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1273585
5400 Broken Sound Blvd., N.W.        Invoice Date      05/17/05
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028


===============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/11/05 | ATTY # 0856: 25 COPIES | 3.75 |
| 04/12/05 | ATTY # 0856: 25 COPIES | 3.75 |
| 04/13/05 | ATTY # 0701: 2 COPIES | .30 |
| 04/13/05 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Matthew T. Murphy, Casner & Edwards, LLP (BOSTON MA 02210). | 11.85 |
| 04/13/05 | Courier Service - 00843 UPS - Shipped from Maureen Atkinson, Reed Smith LLP - Pittsburgh to Richard C. Finke, W.R. Grace & Co. (BOCA RATON FL 33487). | 6.45 |
| 04/19/05 | ATTY # 0559; 3 COPIES | .45 |
| 04/20/05 | ATTY # 0559; 4 COPIES | .60 |
| 04/21/05 | ATTY # 0559: 1 COPIES | .15 |
| 04/25/05 | 410-531-4355/COLUMBIA, MD/3 | .10 |
| 04/25/05 | 561-362-1533/BOCA RATON, FL/3 | .15 |
| 04/25/05 | 410-531-4355/COLUMBIA, MD/2 | .10 |
| 04/26/05 | 410-531-4355/COLUMBIA, MD/16 | .80 |
| 04/26/05 | 312-861-2162/CHICAGO, IL/9 | .45 |

172573 W. R. Grace & Co.                        Invoice Number   1273585
60028   ZAI Science Trial                       Page     2
May 17, 2005


04/28/05     Outside Duplicating - - DIGITAL VIDEO                49.92
             DEVELOPMENT INC. - 04/12/05 -Reproduce copies
             of videotapes.

                          CURRENT EXPENSES                        78.82
                                                            ------------
                          TOTAL BALANCE DUE UPON RECEIPT        $78.82
                                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1273584
One Town Center Road                     Invoice Date      05/17/05
Boca Raton, FL   33486                   Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          0.00
    Expenses                    294.60

                 TOTAL BALANCE DUE UPON RECEIPT      $294.60
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

```
W.R Grace & Co.                        Invoice Number      1273584
One Town Center Road                   Invoice Date      05/17/05
Boca Raton, FL    33486                Client Number       172573
                                       Matter Number        60026
```

===========================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                        0.90
    PACER                                    4.80
    Duplicating/Printing/Scanning          139.95
    Courier Service - Outside                6.96
    Outside Duplicating                    141.99

                CURRENT EXPENSES                     294.60
                                                  --------------

                TOTAL BALANCE DUE UPON RECEIPT      $294.60
                                                  ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R Grace & Co.                          Invoice Number      1273584
One Town Center Road                     Invoice Date       05/17/05
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 03/31/05 | PACER--Electronic docket access charges. | 4.80 |
| 04/04/05 | Courier Service - 00843 UPS - Shipped from Douglas Cameron, Reed Smith LLP - Pittsburgh to RJ Lee Group, Inc. (MONROEVILLE PA 15146) | 6.96 |
| 04/05/05 | Outside Duplicating - - ALL-STATE INTERNATIONAL INC. | 4.49 |
| 04/07/05 | Outside Duplicating - - IKON OFFICE SOLUTIONS, INC. COPYING--Copying for service of fee CNO for monthly fee application. | 63.10 |
| 04/19/05 | ATTY # 0710; 54 COPIES | 8.10 |
| 04/19/05 | ATTY # 4810; 1 COPIES | .15 |
| 04/19/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/19/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/19/05 | ATTY # 0536: 2 COPIES | .30 |
| 04/19/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/19/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/20/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/20/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/20/05 | ATTY # 0710: 8 COPIES | 1.20 |

172573  W. R. Grace & Co.                                Invoice Number  1273584
 60026  Litigation and Litigation Consulting             Page    2
        May 17, 2005


04/20/05    ATTY # 0710: 6 COPIES                                    .90

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 13 COPIES                                  1.95

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/20/05    ATTY # 0710: 4 COPIES                                    .60

04/21/05    Outside Duplicating - - IKON OFFICE SOLUTIONS,         74.40
            INC. COPYING--copying, envelopes and postage
            for service of CNO for monthly fee application.

04/21/05    312-861-2162/CHICAGO, IL/19                              .90

04/21/05    ATTY # 0710; 170 COPIES                                25.50

04/21/05    ATTY # 0559: 8 COPIES                                   1.20

04/21/05    ATTY # 0559: 1 COPIES                                    .15

04/22/05    ATTY # 4810; 80 COPIES                                 12.00

04/22/05    ATTY # 0710: 7 COPIES                                   1.05

04/22/05    ATTY # 0710: 7 COPIES                                   1.05

172573 W. R. Grace & Co.                        Invoice Number  1273584
  60026  Litigation and Litigation Consulting    Page    3
         May 17, 2005

| | | |
|---|---|---:|
| 04/22/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/22/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/22/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/22/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/22/05 | ATTY # 0536: 1 COPIES | .15 |
| 04/22/05 | ATTY # 0710: 13 COPIES | 1.95 |
| 04/22/05 | ATTY # 0710: 4 COPIES | .60 |
| 04/26/05 | ATTY # 0718; 18 COPIES | 2.70 |
| 04/26/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/26/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/26/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/26/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/27/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/27/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/27/05 | ATTY # 0559: 8 COPIES | 1.20 |
| 04/27/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 04/27/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 04/27/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 04/27/05 | ATTY # 0710: 7 COPIES | 1.05 |
| 04/27/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/27/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/27/05 | ATTY # 0710: 6 COPIES | .90 |
| 04/27/05 | ATTY # 4810; 9 COPIES | 1.35 |
| 04/27/05 | ATTY # 4810; 126 COPIES | 18.90 |
| 04/28/05 | ATTY # 0718; 108 COPIES | 16.20 |
| 04/29/05 | ATTY # 0710: 7 COPIES | 1.05 |

172573 W. R. Grace & Co.                          Invoice Number   1273584
60026  Litigation and Litigation Consulting       Page    4
       May 17, 2005


04/29/05    ATTY # 0710: 7 COPIES                              1.05

04/29/05    ATTY # 0710: 7 COPIES                              1.05

04/29/05    ATTY # 0710: 6 COPIES                               .90

04/29/05    ATTY # 0710: 6 COPIES                               .90

04/29/05    ATTY # 0710: 6 COPIES                               .90

                            CURRENT EXPENSES                 294.60
                                                          ------------
                     TOTAL BALANCE DUE UPON RECEIPT       $294.60
                                                          ============