IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SUMMARY OF FIRST MONTHLY FEE AND EXPENSE INVOICE**

| Name of Applicant: | LECG, LLC | |
|---|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants | |
| Date of Retention: | Retention order entered on May 12, 2005, Nunc Pro Tunc, to February 17, 2005 | |
| Period for which compensation and Reimbursement is sought: | February 17, 2005 through February 28, 2005 | |
| Fees and expenses for all matters other than those related to the Sealed Air fraudulent transfer lawsuit | **Fees** $15,477.50 | **Expenses** $18.94 |

This is a:___X___monthly_____Interim_____final Application

LECG, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| N/A | | | | | |
| | | | | | |
| | | | | | |