LECG, LLC
Detail of Professional Fees and Expenses
February 17, 2005 through February 28, 2005

| DATE | TIMEKEEPER | HOURS | RATE | FEES | DESCRIPTION | TASK |
|---|---|---|---|---|---|---|
| **Category 1:** | | | | | | |
| 2/18/2005 | Stephen Sellick | 1.0 | 575.00 | 575.00 | Meet with J. Hass to discuss W.R. Grace property damage claim matter. | 1 |
| 2/21/2005 | John Salomon | 1.5 | 595.00 | 892.50 | Meet with J. Hass, S. Sellick and S. Wolf to identify issues and claims. | 1 |
| 2/21/2005 | James Hass | 1.5 | 575.00 | 862.50 | Meet with J. Salomon, S. Sellick and S. Wolf to identify issues and claims. | 1 |
| 2/21/2005 | Steven Wolf | 1.5 | 475.00 | 712.50 | Meet with J. Salomon, S. Sellick and J. Hass to identify issues and claims. | 1 |
| 2/21/2005 | Stephen Sellick | 1.5 | 575.00 | 862.50 | Meet with J. Salomon, S. Wolf and J. Hass to identify issues and claims. | 1 |
| 2/24/2005 | James Hass | 0.5 | 575.00 | 287.50 | Conference call with Allyan Danzisen concerning data request for settled cases. | 1 |
| 2/24/2005 | James Hass | 2.5 | 575.00 | 1437.50 | Emails to and from J. Sakalo regarding selecting appropriate codes for system then meet with Sandra Johnson to setup selected codes. | 1 |
| 2/28/2005 | James Hass | 0.8 | 575.00 | 460.00 | Conference call with Jay Sakalo about property damage data request list (0.40); Call with Martin Dies on data in claims files (0.40). | 1 |
| **Total Category 1** | | **10.8** | | **$6,090.00** | | |
| **Category 9:** | | | | | | |
| 2/22/2005 | James Hass | 1.0 | 575.00 | 575.00 | Document research on case management order and settlement data request. | 9 |
| 2/23/2005 | James Hass | 0.6 | 575.00 | 345.00 | Continue to review settlement data request for case management order negotiations. | 9 |
| 2/23/2005 | James Hass | 0.9 | 575.00 | 517.50 | Analyze previous Grace property damage files for key variables to request in case management order. | 9 |
| 2/23/2005 | James Hass | 0.5 | 575.00 | 287.50 | Analyze data from Celotex property damage trust for key variables. | 9 |
| 2/23/2005 | James Hass | 2.3 | 575.00 | 1322.50 | Document analysis of new property damage estimation case management order. | 9 |
| 2/23/2005 | Steven Wolf | 1.5 | 475.00 | 712.50 | Analyze background information from Grace plan of reorganization, property damages case management order and bodily injury case management order. | 9 |
| 2/23/2005 | Stephen Sellick | 2.3 | 575.00 | 1322.50 | Review case materials from Grace plan of reorganization for bodily injury estimation issues and other background issues. | 9 |
| 2/24/2005 | James Hass | 1.6 | 575.00 | 920.00 | Document analysis of new property damages estimation case management order. | 9 |
| 2/24/2005 | Steven Wolf | 2.1 | 475.00 | 997.50 | Review documents related to Grace property damage estimation process in order to determine staffing needs for development of past and current property damage database. | 9 |
| 2/25/2005 | Steven Wolf | 2.0 | 475.00 | 950.00 | Continue to review documents in property damage case management order. | 9 |
| 2/28/2005 | James Hass | 2.5 | 575.00 | 1437.50 | Write document description request prior to property committee meeting with Grace staff on protocol of property damage estimation. | 9 |
| **Total Category 9** | | **17.3** | | **$9,387.50** | | |
| **Total Fees** | | **28.1** | | **$15,477.50** | | |

1

LECG, LLC
Detail of Professional Fees and Expenses
February 17, 2005 through February 28, 2005

| EXPENSES: | | | |
|---|---|---|---|
| 2/22/2005 | Express Messenger | 18.94 | VENDOR: Action Courier Service |
| **Total Expenses** | | **$18.94** | |
| **Total Fees and Expenses** | | **$15,496.44** | |