```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 1


                       W. R. Grace, Inc. % Elihu Inselbuch
                       Caplin & Drysdale
                       399 Park Avenue, 27th Floor
                       New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 04/11/05  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     60.00
 #6123     develop and send questions for Rabinovitz about       600.00
           alternative methods for compensating asbestos
           victims

 04/29/05  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.1     60.00
 #6154     telephone Lederer about numbers of expedited claims;  600.00
           review Lederer email response
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

                     W. R. Grace


Date/Slip#  Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
04/04/05    Peterson   / (07) Committee, Creditors'              0.2     120.00
#6105       telephone Inselbuch to discuss TDP analysis        600.00

04/08/05    Peterson   / (07) Committee, Creditors'              0.2     120.00
#6116       email correspondence and telephone: Forscey; Finch 600.00
            re: alternative methods for compensating asbestos
            claims

04/08/05    Peterson   / (07) Committee, Creditors'              1.7    1020.00
#6122       finish and send memo to Inselbuch re: developing TDP 600.00
            values and parameter

04/08/05    Relles     / (07) Committee, Creditors'              0.5     187.50
#6311       read Peterson memo to Inselbuch                    375.00

04/08/05    Relles     / (07) Committee, Creditors'              0.7     262.50
#6313       revise Peterson memo to Inselbuch                  375.00

04/25/05    Peterson   / (07) Committee, Creditors'              0.2     120.00
#6149       meet with Finch and Forscey re: statement about    600.00
            proposed plans for compensation of asbestos
            claimants
```

{D0044018:1 }

```
Date: 05/21/05             Legal Analysis Systems, Inc.
Time: 12:00pm                                                               Page 3

                        W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
--------------------------------------------------------------------------------
 04/01/05  Peterson  / (16) Plan and Disclosure Statement          0.2     120.00
 #6101     telephone conference: Roy re: alternative methods    600.00
           for compensation of asbestos claims

 04/01/05  Peterson  / (16) Plan and Disclosure Statement          0.2     120.00
 #6102     prepare for conference with Roy re: alternative      600.00
           methods for compensation of asbestos claims

 04/02/05  Peterson  / (16) Plan and Disclosure Statement          0.3     180.00
 #6104     review and collect previous materials on alternative 600.00
           methods for compensating asbestos claimants, draft
           memo to Roy

 04/05/05  Peterson  / (16) Plan and Disclosure Statement          0.3     180.00
 #6106     telephone Relles re: order statistics for TDP inputs 600.00

 04/05/05  Peterson  / (16) Plan and Disclosure Statement          1.1     660.00
 #6107     review order statistics as bases for determining TDP 600.00
           values

 04/05/05  Relles    / (16) Plan and Disclosure Statement          1.5     562.50
 #6301     compute order statistics for TDP inputs (1.2);       375.00
           telephone Peterson (.3) re: results

 04/06/05  Peterson  / (16) Plan and Disclosure Statement          0.1      60.00
 #6108     telephone Florence re: meeting to discuss            600.00
           alternative methods for compensating asbestos claims

 04/06/05  Peterson  / (16) Plan and Disclosure Statement          0.5     300.00
 #6109     telephone Relles to discuss TDP value analysis       600.00

 04/06/05  Peterson  / (16) Plan and Disclosure Statement          1.8    1080.00
 #6110     review analyses of settlement amounts and trends as  600.00
           bases for TDP values

 04/06/05  Relles    / (16) Plan and Disclosure Statement          1.5     562.50
 #6302     locate programs for 2000-2001 settlement years       375.00
           processing;  develop order statistics through 2001
           for input to TDP computations

 04/06/05  Relles    / (16) Plan and Disclosure Statement          2.5     937.50
 #6303     generate trial values for several TDPs (2.0);        375.00
           telephone Peterson (several, .5) re: results

 04/07/05  Peterson  / (16) Plan and Disclosure Statement          0.5     300.00
 #6112     telephone Relles re: TDP values results              600.00
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 4

                      W. R. Grace


Date/Slip#  Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
04/07/05   Peterson  / (16) Plan and Disclosure Statement         0.5    300.00
#6113      telephone Relles (several calls) re: discuss TDP     600.00
           simulation results

04/07/05   Peterson  / (16) Plan and Disclosure Statement         2.6   1560.00
#6114      work on memo re: establishing TDP values             600.00

04/07/05   Relles    / (16) Plan and Disclosure Statement         2.4    900.00
#6304      generate analysis files, review output, fix bugs    375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement         1.6    600.00
#6305      generate projections, review output, fix bugs       375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement         0.5    187.50
#6306      telephone Peterson re: TDP values results           375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement         1.6    600.00
#6307      generate trust simulations, review output, fix bugs 375.00

04/07/05   Relles    / (16) Plan and Disclosure Statement         1.2    450.00
#6308      review steps in earlier 2002 analyses to debug      375.00
           output

04/07/05   Relles    / (16) Plan and Disclosure Statement         0.5    187.50
#6309      telephone Peterson (several calls) re: discuss TDP  375.00
           simulation results

04/08/05   Peterson  / (16) Plan and Disclosure Statement         0.2    120.00
#6117      prepare for conference call with Cornyn and staff   600.00
           members about alternative methods for compensating
           asbestos claims

04/08/05   Peterson  / (16) Plan and Disclosure Statement         0.2    120.00
#6118      telephone conference with Cornyn and staff members  600.00
           about alternative methods for compensating asbestos
           claims

04/08/05   Peterson  / (16) Plan and Disclosure Statement         0.6    360.00
#6120      telephone Relles (several calls) re: WRG memo and   600.00
           additional analysis

04/08/05   Peterson  / (16) Plan and Disclosure Statement         1.2    720.00
#6121      compare liability forecasts in tort and under       600.00
           proposed TDP
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 5

                     W. R. Grace


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 04/08/05  Relles   / (16) Plan and Disclosure Statement      1.9       712.50
 #6312     update computations to provide tables for Peterson 375.00
           memo

 04/08/05  Relles   / (16) Plan and Disclosure Statement      0.6       225.00
 #6314     telephone Peterson (several calls) re: WRG memo and 375.00
           additional analysis

 04/11/05  Peterson / (16) Plan and Disclosure Statement      0.3       180.00
 #6124     telephone Relles re: additional TDP variations     600.00

 04/11/05  Peterson / (16) Plan and Disclosure Statement      0.5       300.00
 #6125     plan additional TDP analyses and send memo re:     600.00
           additions to Relles

 04/11/05  Relles   / (16) Plan and Disclosure Statement      0.3       112.50
 #6315     telephone Peterson re: additional TDP variations   375.00

 04/14/05  Peterson / (16) Plan and Disclosure Statement      0.4       240.00
 #6130     telephone Relles re: status of TDP and Tort analyses 600.00

 04/14/05  Peterson / (16) Plan and Disclosure Statement      1.5       900.00
 #6131     review earlier forecasts and current TDP analysis  600.00

 04/14/05  Peterson / (16) Plan and Disclosure Statement      1.7      1020.00
 #6132     draft memo on TDP values and prior forecasts       600.00

 04/14/05  Relles   / (16) Plan and Disclosure Statement      0.7       262.50
 #6325     run TDP analysis, summarize                        375.00

 04/14/05  Relles   / (16) Plan and Disclosure Statement      1.5       562.50
 #6326     run Tort analysis, summarize                       375.00

 04/14/05  Relles   / (16) Plan and Disclosure Statement      0.4       150.00
 #6327     telephone Peterson re: status of TDP and Tort      375.00
           analyses

 04/14/05  Relles   / (16) Plan and Disclosure Statement      0.8       300.00
 #6328     update Grace TDP for additional scheduled values   375.00
```

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                               Page 6

                    W. R. Grace


Date/Slip#  Description                                     HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 04/25/05   Peterson  / (20) Travel - Non-working                  0.8     240.00
 #6146      travel to Washington                                300.00

 04/27/05   Peterson  / (20) Travel - Non-working                  0.8     240.00
 #6152      travel to Thousand Oaks                             300.00
```

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 7

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 04/01/05  Peterson  / (28) Data Analysis                       0.1      60.00
 #6103     review prior CBO analyses of asbestos liabilities  600.00

 04/07/05  Peterson  / (28) Data Analysis                       0.1      60.00
 #6111     assemble and review materials for Friday conference 600.00
           call on alternative methods

 04/08/05  Peterson  / (28) Data Analysis                       0.1      60.00
 #6115     telephone Relles re: find and email CBO analysis of 600.00
           alternative mechanisms for compensating asbestos
           claims

 04/08/05  Peterson  / (28) Data Analysis                       0.2     120.00
 #6119     prepare materials summarizing quantitative analyses 600.00
           of alternative methods

 04/08/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6310     telephone Peterson re: find and email CBO analysis 375.00
           of alternative mechanisms for compensating asbestos
           claims

 04/12/05  Peterson  / (28) Data Analysis                       0.2     120.00
 #6126     telephone Relles re: discuss cash flow computations 600.00
           for alternative methods for compensating asbestos
           claims

 04/12/05  Peterson  / (28) Data Analysis                       0.8     480.00
 #6127     work on analyses of timing and costs of alternative 600.00
           methods for compensating asbestos claims

 04/12/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6316     read descriptions of new proposals for alternative 375.00
           methods for compensating asbestos claims

 04/12/05  Relles    / (28) Data Analysis                       0.2      75.00
 #6317     review cash flow computations alternative methods  375.00
           for compensating asbestos claims

 04/12/05  Relles    / (28) Data Analysis                       0.1      37.50
 #6318     revise cash flow simulations; run cash flow        375.00
           simulations; study output from simulations

 04/12/05  Relles    / (28) Data Analysis                       0.2      75.00
 #6319     telephone Peterson re: discuss cash flow           375.00
           computations for alternative methods for
           compensating asbestos claims
```

{D0044018:1 }

```
Date: 05/21/05          Legal Analysis Systems, Inc.
Time: 12:00pm                                                           Page 8

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
04/13/05   Peterson  / (28) Data Analysis                       0.1      60.00
#6128      telephone Relles re: slide presentations regarding 600.00
           operations of alternative means for compensating
           asbestos claims

04/13/05   Peterson  / (28) Data Analysis                       0.7     420.00
#6129      analyze alternative means for compensating asbestos 600.00
           claims and prepare summary materials describing the
           analysis

04/13/05   Relles    / (28) Data Analysis                       0.2      75.00
#6320      revise cash flow simulations, run and debug output 375.00

04/13/05   Relles    / (28) Data Analysis                       0.1      37.50
#6321      summarize results of cash flow simulations, develop 375.00
           graphics

04/13/05   Relles    / (28) Data Analysis                       0.2      75.00
#6322      revise and rerun cash flow simulations and summaries 375.00

04/13/05   Relles    / (28) Data Analysis                       0.1      37.50
#6323      develop slide presentations                        375.00

04/13/05   Relles    / (28) Data Analysis                       0.1      37.50
#6324      telephone Peterson re: slide presentations         375.00

04/15/05   Peterson  / (28) Data Analysis                       0.1      60.00
#6133      review materials on alternative methods for        600.00
           compensating asbestos claims

04/16/05   Relles    / (28) Data Analysis                       0.2      75.00
#6329      review slides evaluating alternative methods for   375.00
           compensating asbestos claims

04/17/05   Relles    / (28) Data Analysis                       0.1      37.50
#6330      update computations on estimated effects of        375.00
           alternative methods for compensating asbestos claims

04/17/05   Relles    / (28) Data Analysis                       0.1      37.50
#6331      compose email to Kazan                             375.00

04/18/05   Peterson  / (28) Data Analysis                       0.1      60.00
#6134      telephone Relles re: email concerning alternative  600.00
           methods for compensating asbestos claims
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                             Page 9

                        W. R. Grace


Date/Slip# Description                                       HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 04/18/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6332     telephone Cooney re: discuss alternative methods for 375.00
           compensating asbestos claims

 04/18/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6333     review spreadsheets, develop simple summary of       375.00
           alternative methods for compensating asbestos claims

 04/18/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6334     review email to Peterson concerning alternative      375.00
           methods for compensating asbestos claims

 04/18/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6335     telephone Peterson re: email concerning alternative  375.00
           methods for compensating asbestos claims

 04/19/05  Relles    / (28) Data Analysis                        0.2      75.00
 #6336     review alternative methods for compensating asbestos 375.00
           claims, extract information on revenues for revised
           simulation of performance of proposed compensation
           fund

 04/19/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6337     review email to Peterson concerning alternative      375.00
           methods for compensating asbestos claims

 04/20/05  Peterson  / (28) Data Analysis                        0.2     120.00
 #6135     review analyses of alternative methods for           600.00
           compensating asbestos claims

 04/20/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6338     review email to Peterson concerning alternative      375.00
           methods for compensating asbestos claims

 04/21/05  Peterson  / (28) Data Analysis                        0.8     480.00
 #6136     review proposed alternative methods for compensation 600.00
           of asbestos claims; develop analyses of proposal

 04/21/05  Peterson  / (28) Data Analysis                        0.1      60.00
 #6137     telephone Relles re: exhibits about alternative      600.00
           methods for compensating asbestos claims.

 04/21/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6339     update rules on how much can be borrowed to finance  375.00
           alternative methods for compensating asbestos claims
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 10

                    W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 04/21/05  Relles    / (28) Data Analysis                          0.5    187.50
 #6340     design slides for meeting re: alternative methods    375.00
           for compensating asbestos claims

 04/21/05  Relles    / (28) Data Analysis                          0.1     37.50
 #6341     telephone Peterson re: slides for meeting on         375.00
           compensating asbestos claims

 04/22/05  Peterson  / (28) Data Analysis                          0.6    360.00
 #6138     plan, design and review cash flow models of proposed 600.00
           plan for compensation asbestos claimants

 04/22/05  Peterson  / (28) Data Analysis                          0.2    120.00
 #6139     review proposed plan for compensation asbestos       600.00
           claimants

 04/22/05  Peterson  / (28) Data Analysis                          0.1     60.00
 #6140     telephone Relles re: cash flow models                600.00

 04/22/05  Peterson  / (28) Data Analysis                          0.1     60.00
 #6141     telephone Relles re: effects of special cancers     600.00
           treatment on cash flows

 04/22/05  Relles    / (28) Data Analysis                          0.2     75.00
 #6342     read proposed plan for compensation asbestos         375.00
           claimants

 04/22/05  Relles    / (28) Data Analysis                          0.2     75.00
 #6343     update forecasting models and liability estimates to 375.00
           correspond to proposed plan for compensation
           asbestos claimants

 04/22/05  Relles    / (28) Data Analysis                          0.3    112.50
 #6344     develop and debug cash flow models for proposed plan 375.00
           for compensation asbestos claimants

 04/22/05  Relles    / (28) Data Analysis                          0.2     75.00
 #6345     run several variations of cash flow models, read and 375.00
           summarize output

 04/22/05  Relles    / (28) Data Analysis                          0.2     75.00
 #6346     additional development of cash flow models           375.00

 04/22/05  Relles    / (28) Data Analysis                          0.1     37.50
 #6347     telephone Peterson re: cash flow models              375.00
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 11

                         W. R. Grace


Date/Slip# Description                                      HOURS/RATE     AMOUNT
--------------------------------------------------------------------------------
 04/22/05  Relles    / (28) Data Analysis                         0.1       37.50
 #6348     telephone Peterson re: effects of special cancers   375.00
           treatment on cash flows

 04/23/05  Peterson  / (28) Data Analysis                         0.1       60.00
 #6142     telephone Relles re: results from cash flow models  600.00

 04/23/05  Peterson  / (28) Data Analysis                         0.9      540.00
 #6143     draft written statement about proposed plan for     600.00
           compensation asbestos claimants; work on cash flows
           discussed in statement

 04/23/05  Relles    / (28) Data Analysis                         0.3      112.50
 #6349     work on modeling effects of special cancers         375.00
           treatment on cash flows

 04/23/05  Relles    / (28) Data Analysis                         0.3      112.50
 #6350     work on cash flow models                            375.00

 04/23/05  Relles    / (28) Data Analysis                         0.2       75.00
 #6351     summarize cash flow models                          375.00

 04/23/05  Relles    / (28) Data Analysis                         0.2       75.00
 #6352     develop several additional parameter variations for 375.00
           cash flow models

 04/23/05  Relles    / (28) Data Analysis                         0.1       37.50
 #6353     rerun cash flow models, summarize and check output  375.00

 04/23/05  Relles    / (28) Data Analysis                         0.1       37.50
 #6354     help to develop text for statement about proposed  375.00
           plan for compensation asbestos claimants

 04/23/05  Relles    / (28) Data Analysis                         0.1       37.50
 #6355     telephone Peterson re: results from cash flow models 375.00

 04/24/05  Peterson  / (28) Data Analysis                         1.1      660.00
 #6144     complete statement about proposed plans for         600.00
           compensation of asbestos claimants

 04/24/05  Peterson  / (28) Data Analysis                         0.1       60.00
 #6145     telephone Relles re: statement about proposed plans 600.00
           for compensation of asbestos claimants
```

{D0044018:1 }

```
Date: 05/21/05            Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 12

                      W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 04/24/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6356     read and revise text of statement about proposed   375.00
           plans for compensation of asbestos claimants

 04/24/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6357     develop output on interest rate variations         375.00

 04/24/05  Relles    / (28) Data Analysis                        0.2    75.00
 #6358     update programs, rerun cash flow projections      375.00

 04/24/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6359     update summary tables                             375.00

 04/24/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6360     update cash flow spreadsheets                     375.00

 04/24/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6361     telephone Peterson re: statement about proposed   375.00
           plans for compensation of asbestos claimants

 04/24/05  Relles    / (28) Data Analysis                        0.2    75.00
 #6362     update statement about proposed plans for         375.00
           compensation of asbestos claimants

 04/25/05  Peterson  / (28) Data Analysis                        0.1    60.00
 #6147     telephone Relles re: cash flow spreadsheets       600.00

 04/25/05  Peterson  / (28) Data Analysis                        0.2   120.00
 #6148     review statement about proposed plans for         600.00
           compensation of asbestos claimants

 04/25/05  Relles    / (28) Data Analysis                        0.3   112.50
 #6363     construct various printouts, send to Caplin-Drysdale 375.00

 04/25/05  Relles    / (28) Data Analysis                        0.2    75.00
 #6364     finish output for variations regarding proposed   375.00
           plans for compensation of asbestos claimants

 04/25/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6365     telephone Peterson re: cash flow spreadsheets     375.00

 04/25/05  Relles    / (28) Data Analysis                        0.1    37.50
 #6366     telephone Finch re: finalizing statement about    375.00
           proposed plans for compensation of asbestos
           claimants
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                            Page 13

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 04/26/05  Peterson  / (28) Data Analysis                        0.5     300.00
 #6150     attend hearing and testify about proposed plans for 600.00
           compensation of asbestos claimants

 04/26/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6367     monitor Peterson email and files                    375.00

 04/27/05  Peterson  / (28) Data Analysis                        0.6     360.00
 #6151     draft letter supplementing testimony and stated     600.00
           about proposed plans for compensation of asbestos
           claimants

 04/27/05  Relles    / (28) Data Analysis                        0.1      37.50
 #6368     develop and send case counts by model               375.00

 04/28/05  Peterson  / (28) Data Analysis                        0.1      60.00
 #6153     review number of expedited claims for proposed plans 600.00
           for compensation of asbestos claimants
-------------------------------------------------------------------------------
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                             Page 14

                                 W. R. Grace

                    Summary Of Time Charges, By Month and Activity
                            April 2005 - April 2005

 MONTH       ACTIVITY                                            HOURS      AMOUNT
 ---------------------------------------------------------------------------------
 April    - (05) Claims Anal Objectn/Resolutn (Asbest)             0.2      120.00
 April    - (07) Committee, Creditors'                             3.5     1830.00
 April    - (16) Plan and Disclosure Statement                    34.2    16132.50
 April    - (20) Travel - Non-working                              1.6      480.00
 April    - (28) Data Analysis                                    16.0     7867.50
 April    - (99) Total                                            55.5    26430.00

 Total    - (05) Claims Anal Objectn/Resolutn (Asbest)             0.2      120.00
 Total    - (07) Committee, Creditors'                             3.5     1830.00
 Total    - (16) Plan and Disclosure Statement                    34.2    16132.50
 Total    - (20) Travel - Non-working                              1.6      480.00
 Total    - (28) Data Analysis                                    16.0     7867.50
 Total    - (99) Total                                            55.5    26430.00


 ---------------------------------------------------------------------------------
```

{D0044018:1 }

```
Date: 05/21/05              Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 15

                     W. R. Grace

              Summary Of Time Charges, By Month and Person
                       April 2005 - April 2005

 MONTH       PERSON                                          HOURS     AMOUNT
 ----------------------------------------------------------------------------
 April    - Relles                                            28.4   10650.00
 April    - Peterson                                          27.1   15780.00
 April    - Total                                             55.5   26430.00

 Total    - Relles                                            28.4   10650.00
 Total    - Peterson                                          27.1   15780.00
 Total    - Total                                             55.5   26430.00


------------------------------------------------------------------------------
```

{D0044018:1 }

```
Date: 05/21/05           Legal Analysis Systems, Inc.
Time: 12:00pm                                                         Page 16

                    W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                     April 2005 - April 2005

MONTH       PERSON                                   HOURS    RATE     AMOUNT
-----------------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

April     - Peterson                                   0.2    600.     120.00

(07) Committee, Creditors'

April     - Relles                                     1.2    375.     450.00
April     - Peterson                                   2.3    600.    1380.00

(16) Plan and Disclosure Statement

April     - Relles                                    19.5    375.    7312.50
April     - Peterson                                  14.7    600.    8820.00

(20) Travel - Non-working

April     - Peterson                                   1.6    300.     480.00

(28) Data Analysis

April     - Relles                                     7.7    375.    2887.50
April     - Peterson                                   8.3    600.    4980.00

-----------------------------------------------------------------------------
```

{D0044018:1 }