# EXHIBIT A

**Business Operations (.80 Hours; $ 621.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .60 | $795 | 477.00 |
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/08/05 | EI | 795.00 | 0.50 | T/c Peterson re: numbers. |
| 04/22/05 | EI | 795.00 | 0.10 | L. Tersigni report on 2004. |
| 04/23/05 | PVL | 720.00 | 0.20 | Review LTC report re 2004 and 2005 plan. |
| **Total Task Code .03** | | | **.80** | |

**Case Administration (15.30 Hours; $ 7,547.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .30 | $795 | 238.50 |
| Peter Van N. Lockwood | 8.10 | $720 | 5,832.00 |
| Rita C. Tobin | .80 | $415 | 332.00 |
| Robert C. Spohn | 3.10 | $200 | 620.00 |
| Andrew D. Katznelson | 3.00 | $175 | 525.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/05 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 04/04/05 | RCS | 200.00 | 0.70 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/04/05 (.3); retrieve documents requested by attorney (.2); search dockets for specific pleadings filed (.2). |

{D0044405:1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 04/05/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/05/05 (.2). |
| 04/06/05 | PVL | 720.00 | 0.20 | Review e-mail and reply (.1); review claim settlement notice (.1). |
| 04/06/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/06/05 (.1). |
| 04/07/05 | PVL | 720.00 | 0.30 | E-mail Kazan (.2); review e-mail (.1). |
| 04/07/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/07/05 (.1). |
| 04/07/05 | EI | 795.00 | 0.30 | T/c Peterson re: status of his work. |
| 04/07/05 | ADK | 175.00 | 1.00 | Review, classify and annotate relevant material for EI. |
| 04/08/05 | PVL | 720.00 | 0.40 | Review e-mail (.1); review PD comm objections re St. Paul and Cahill (.2); review WRG objection re Pacificorp cl (.1). |
| 04/08/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic papers, pleadings and correspondence received 04/08/05 (.1). |
| 04/11/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/11/05 (.2). |
| 04/12/05 | PVL | 720.00 | 0.20 | Review prop. order and e-mail Bianca (.1); review 5 miscellaneous filings (.1). |
| 04/12/05 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 04/12/05 | RCS | 200.00 | 0.50 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/12/05 (.1); review dockets and retrieve documents requested by attorney (.4). |
| 04/14/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/14/05 (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 04/15/05 | PVL | 720.00 | 0.30 | Review Hatco motion (.1); e-mail Eskin et al (.1); review e-mail (.1). |
| 04/18/05 | PVL | 720.00 | 0.60 | Review suppl. objections re Festa and e-mail Eskin (.4); review memo re Hatco deal (.1); review agenda (.1). |
| 04/18/05 | RCT | 415.00 | 0.20 | Review local counsel recommendation re: EI update. |
| 04/18/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/18/05 (.2). |
| 04/19/05 | PVL | 720.00 | 0.10 | Review 6 miscellaneous filings. |
| 04/20/05 | PVL | 720.00 | 0.20 | Review e-mail and reply and confer KNB. |
| 04/20/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/20/05 (.2). |
| 04/20/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 04/22/05 | PVL | 720.00 | 0.20 | Review Eskin e-mail and reply (.1); review WRG resp. re SAC approval motion (.1). |
| 04/22/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/22/05 (.1). |
| 04/23/05 | PVL | 720.00 | 0.20 | Review e-mail (.1); prep for hearing (.1). |
| 04/25/05 | PVL | 720.00 | 3.70 | Attend Grace omnibus hearing (3); prep for hearing (.7);. |
| 04/25/05 | RCS | 200.00 | 0.20 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/25/05 (.2). |
| 04/26/05 | PVL | 720.00 | 0.40 | Confer EI (.1); review 12 miscellaneous filings (.1); review draft letters to CA3 and e-mail Hurford (.1); review Eskin memo and reply (.1). |
| 04/26/05 | RCT | 415.00 | 0.20 | Review docket and local counsel recommendation re: EI update. |
| 04/26/05 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |

| 04/27/05 | PVL | 720.00 | 0.40 | Teleconference Eskin, Sinclair re Hatco deal. |
| --- | --- | --- | --- | --- |
| 04/27/05 | RCS | 200.00 | 0.30 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/27/05 (.3). |
| 04/28/05 | PVL | 720.00 | 0.90 | Review e-mail (.1); confer JAL (.7); review LTC memo (.1). |
| 04/28/05 | RCS | 200.00 | 0.10 | Analyze and annotate for distribution all hard copy and electronic court papers, pleadings and correspondence received 04/28/05 (.1). |
| 04/29/05 | ADK | 175.00 | 1.00 | Perform review of court documents to identify relevant documents for EI and RCT. |

**Total Task Code .04        15.30**


**Claim Analysis Objection & Resolution (Asbestos) (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 04/11/05 | PVL | 720.00 | 0.20 | Teleconference Peterson, EI. |

**Total Task Code .05        .20**


**Claim Analysis Objection & Resolution (Non-Asbestos) (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |

| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/29/05 | PVL | 720.00 | 0.20 | Review WRG resp re Pacificorp claim. |

**Total Task Code .06**     **.20**


**Employment Applications, Others (.60 Hours; $ 432.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .60 | $720 | 432.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/01/05 | PVL | 720.00 | 0.10 | Review PD committee retention application re LECG. |
| 04/13/05 | PVL | 720.00 | 0.20 | E-mail Hurford re AKO retention. |
| 04/15/05 | PVL | 720.00 | 0.30 | Review draft reply re AKO retention and teleconference Hurford re same. |

**Total Task Code .10**     **.60**


**Fee Applications, Applicant (3.40 Hours; $ 1,051.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 1.90 | $415 | 788.50 |
| Andrew D. Katznelson | 1.50 | $175 | 262.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/08/05 | RCT | 415.00 | 0.50 | Review monthly prebill. |
| 04/11/05 | RCT | 415.00 | 0.50 | Exhibit review. |

| 04/19/05 | RCT | 415.00 | 0.50 | Review monthly fee apps. |
|---|---|---|---|---|
| 04/19/05 | ADK | 175.00 | 1.00 | Worked on fee application. |
| 04/20/05 | ADK | 175.00 | 0.50 | Worked on fee application. |
| 04/28/05 | RCT | 415.00 | 0.20 | Review holdbacks and payment total re: first quarter 2005. |
| 04/29/05 | RCT | 415.00 | 0.20 | Review fee app schedule for May 2005. |

**Total Task Code .12      3.40**


**Fee Applications, Others (.20 Hours; $ 144.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $720 | 144.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/04/05 | PVL | 720.00 | 0.10 | Review 5 fee applications. |
| 04/11/05 | PVL | 720.00 | 0.10 | Review order re fees and response re AKO retention. |

**Total Task Code .13      .20**


**Litigation and Litigation Consulting (4.20 Hours; $ 2,863.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.80 | $795 | 2,226.00 |
| Albert G. Lauber | .20 | $580 | 116.00 |
| Nathan D. Finch | .50 | $475 | 237.50 |
| Jeffrey A. Liesemer | .70 | $405 | 283.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 04/01/05 | EI | 795.00 | 1.50 | Conf. call re: Libby with Cohen, Heberling, Budd, Cooney, PVNL (1.5). |
| --- | --- | --- | --- | --- |
| 04/04/05 | EI | 795.00 | 1.30 | During conferences in Chicago with Cooney, Rice, S. Baron, Budd, Bergman, Kazan, Kraus, Blevins, Weitz and McGovern, discussed Libby issues and how to resolve (1.0); conf McGovern in transit (.3). |
| 04/19/05 | AGL | 580.00 | 0.20 | Review pending orders and motions. |
| 04/27/05 | NDF | 475.00 | 0.50 | Analysis of recent financial performance of debtor (.5). |
| 04/28/05 | JAL | 405.00 | 0.70 | Confer w/PVNL re status, strategy and next steps. |

**Total Task Code .16        4.20**


**Plan & Disclosure Statement (3.00 Hours; $ 1,851.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Elihu Inselbuch | .50 | $795 | 397.50 |
| Peter Van N. Lockwood | 1.40 | $720 | 1,008.00 |
| Kimberly N. Brown | 1.10 | $405 | 445.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 04/01/05 | PVL | 720.00 | 1.40 | Teleconference Budd, Cooney, Heberling, Cohen and EI re TDP (1.2); review SAC filings (.2). |
| 04/05/05 | KNB | 405.00 | 1.00 | (Late entry for March 31) -- Review insurers' objection to estimation order (.1); e-mail PVNL, WBS, NDF re same (.1); review disclosure statement objections on issue of estimation (.6); read articles re Zonolite, Baucus and Libby forwarded from PVNL (.2) |
| 04/11/05 | EI | 795.00 | 0.50 | T/c Peterson re: his numbers (.3); t/c Kazan re: same (.1); conf Bernick at hotel re: settlement (.1). |
| 04/20/05 | KNB | 405.00 | 0.10 | Confer PVNL re brief deadlines |

**Total Task Code .17        3.00**

**Travel – Non Working (1.50 Hours; $ 540.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.50 | $360 | 540.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 04/25/05 | PVL | 360.00 | 1.50 | Travel to Wilmington and return to DC (1/2). |

**Total Task Code .21**      **1.50**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 589.32 |
| Air Freight & Express Mail | 10.02 |
| Meals Related to Travel | 316.96 |
| NYO Long Distance Telephone | 10.51 |
| Research Material | 36.40 |
| Travel Expenses - Ground Transportation | 67.20 |
| Travel Expenses - Hotel Charges | 163.16 |
| Xeroxing | 36.00 |
| Total: | $1,229.57 |