**EXHIBIT B**

**Business Operations (.8 Hours; $ 621.00)**

    Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03  .8**

**Case Administration (15.3 Hours; $ 7,547.50)**

    Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  15.3**

**Claim Analysis Objection & Resolution (Asbestos) (.2 Hours; $ 144.00)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05  .2**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.2 Hours; $ 144.00)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06  .2**

**Employment Applications, Others (.6 Hours; $432.00)**

    Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10  .6**

{D0044406:1 }
DOC#151898

**Fee Applications, Applicant (3.4 Hours; $ 1,051.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdales's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**      3.4


**Fee Applications others (.2 Hours; $ 144.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**      .2


**Litigation and Litigation Consulting (4.2 Hours; $ 2,863.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16**      4.2


**Plan & Disclosure Statement (3.0 Hours; $ 1,851.00)**

Services rendered in this category pertain to the efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**      3.0


**Travel Non-Working (1.5 Hours; $ 540.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**      1.5