## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 589.32 |
| Air Freight & Express Mail | 10.02 |
| Meals Related to Travel | 316.96 |
| NYO Long Distance Telephone | 10.51 |
| Research Material | 36.40 |
| Travel Expenses - Ground Transportation | 67.20 |
| Travel Expenses - Hotel Charges | 163.16 |
| Xeroxing | 36.00 |
| Total: | $1,229.57 |

{D0044407:1 }