| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|
| Matter 000 | Disbursements | | 5/23/2005 |
| | | | Print Date/Time: |
| | | | 05/23/2005 |
| | | | 10:21:23AM |
| Attn: | | | Invoice # |

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 4/30/2005

**Matter     000**
**Disbursements**
Bill Cycle:      Monthly           Style:       i1           Start:     4/16/2001

Last Billed : 4/21/2005                    13,655

Trust Amount Available

Total Expenses Billed To Date         $257,119.54

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu   Inselbuch |
| Responsible Empl: | 0120 | Elihu   Inselbuch |
| Alternate Empl: | 0120 | Elihu   Inselbuch |
| Originating Empl: | 0120 | Elihu   Inselbuch |

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- || ---------- B I L L I N G--------- ||
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
|---|---|---|---|---|---|---|
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 608.40 | 0.00 | 510.15 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 692.45 | 0.00 | 597.46 |
| 0199 | ADK | Andrew D Katznelson | 0.00 | 1.20 | 0.00 | 1.20 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.45 | 0.00 | 3.45 |
| 0238 | SLG | Stacey L Gandy | 0.00 | 0.15 | 0.00 | 0.15 |
| 0245 | PT | Paula  Taylor-Brooks | 0.00 | 8.55 | 0.00 | 8.55 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 108.61 | 0.00 | 108.61 |
|  |  |  | **0.00** | **1,422.81** | **0.00** | **1,229.57** |

**Total Fees**

**Summary by Employee**

|  |  |  | ---------- A C T U A L ---------- ||| ---------- B I L L I N G--------- |||
| Empl | Initials | Name | Rate | Hours | Amount | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|

**Total Fees**

**Detail Time / Expense by Date**

|  |  |  |  |  |  | ---------- A C T U A L ---------- ||| ---------- B I L L I N G--------- ||| |
| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1788484 | Photocopy | E | 04/05/2005 | 0238 | SLG | 0.00 | | $0.15 | 0.00 | | $0.15 | 0.15 |
| 1789008 | Federal Express to Katie Hemming from EI on 3/24 | E | 04/07/2005 | 0120 | EI | 0.00 | | $7.49 | 0.00 | | $7.49 | 7.64 |
| 1789350 | Photocopy | E | 04/07/2005 | 0232 | LK | 0.00 | | $0.90 | 0.00 | | $0.90 | 8.54 |
| 1789425 | Photocopy | E | 04/07/2005 | 0199 | ADK | 0.00 | | $1.20 | 0.00 | | $1.20 | 9.74 |
| 1789814 | Photocopy | E | 04/08/2005 | 0999 | C&D | 0.00 | | $1.80 | 0.00 | | $1.80 | 11.54 |
| 1789816 | Photocopy | E | 04/08/2005 | 0999 | C&D | 0.00 | | $0.60 | 0.00 | | $0.60 | 12.14 |
| 1790077 | Photocopy | E | 04/11/2005 | 0999 | C&D | 0.00 | | $1.20 | 0.00 | | $1.20 | 13.34 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 5/23/2005 |

Print Date/Time:
05/23/2005
10:21:23AM

| Attn: | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 1790080 | Photocopy | | E | 04/11/2005 | 0999 | C&D | 0.00 | $0.45 | 0.00 | $0.45 | 13.79 |
| 1790328 | ;Pacer Service Center;  Quarterly statement 1/1/05 - 3/31/05 | | E | 04/11/2005 | 0999 | C&D | 0.00 | $36.40 | 0.00 | $36.40 | 50.19 |
| 1790349 | EI;  Travel expenses to Chicago (coach fare $327.70) for meeting with constituents on 4/4-5 for airfare to Chicago (split  with Cooney, Blevins, Rice, Bergman, Weitz, Budd, Kazan, Kraus, Baron and McGovern | | E | 04/11/2005 | 0120 | EI | 0.00 | $176.92 | 0.00 | $81.93 | 132.12 |
| 1790358 | EI;  Travel expenses to Chicago for meeting with constituents on 4/4-5 for agency fee with Cooney, Blevins, Rice, Bergman, Weitz, Budd, Kazan,  Kraus, Baron and McGovern | | E | 04/11/2005 | 0120 | EI | 0.00 | $11.24 | 0.00 | $11.24 | 143.36 |
| 1790367 | EI;  Travel expenses to Chicago for meeting with constituents on 4/4-5 for Fairmont hotel  with Cooney, Blevins, Rice, Bergman, Weitz, Budd, Kazan, Kraus, BAron and McGovern | | E | 04/11/2005 | 0120 | EI | 0.00 | $54.28 | 0.00 | $54.28 | 197.64 |
| 1790376 | EI;  Travel expenses to Chicago for meeting with constituents on 4/4-5 for meals (split 9 ways) with Cooney,Blevins,Bergman,Weitz,Budd,Kazan,Kraus,Baron and McGovern | | E | 04/11/2005 | 0120 | EI | 0.00 | $316.96 | 0.00 | $316.96 | 514.60 |
| 1790385 | EI;  Travel expenses to Chicago for meeting with constituents on 4/4-5 for Room Rental and Administration fee with Cooney,Blevins,Rice,Bergman,Weitz,Budd,Kazan,Kraus,Baron and McGovern | | E | 04/11/2005 | 0120 | EI | 0.00 | $108.88 | 0.00 | $108.88 | 623.48 |
| 1790388 | ADA Travel  PVNL coach fare on 3/23 to NYC | | E | 04/12/2005 | 0020 | PVL | 0.00 | $406.90 | 0.00 | $406.90 | 1,030.38 |
| 1790393 | ADA Travel  Agency fee on PVNL 3/23 travel to NYC | | E | 04/12/2005 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,070.38 |
| 1791292 | Photocopy | | E | 04/13/2005 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 1,071.58 |
| 1793388 | Charge & Ride for EI  LaGuardia airport  for travel to Chicago on 4/4  (split between 16 clients) | | E | 04/18/2005 | 0120 | EI | 0.00 | $14.15 | 0.00 | $14.15 | 1,085.73 |
| 1793572 | Photocopy | | E | 04/18/2005 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 1,087.53 |
| 1793978 | Photocopy | | E | 04/19/2005 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 1,089.33 |
| 1793980 | Photocopy | | E | 04/19/2005 | 0999 | C&D | 0.00 | $1.65 | 0.00 | $1.65 | 1,090.98 |
| 1794444 | Photocopy | | E | 04/20/2005 | 0232 | LK | 0.00 | $2.55 | 0.00 | $2.55 | 1,093.53 |
| 1794487 | Photocopy | | E | 04/20/2005 | 0999 | C&D | 0.00 | $8.40 | 0.00 | $8.40 | 1,101.93 |
| 1794893 | Photocopy | | E | 04/21/2005 | 0245 | PT | 0.00 | $8.55 | 0.00 | $8.55 | 1,110.48 |
| 1795102 | Photocopy | | E | 04/22/2005 | 0999 | C&D | 0.00 | $2.10 | 0.00 | $2.10 | 1,112.58 |
| 1795451 | Travel Expenses - Ground Transportation-EI Meeting in Chicago with constituencies on 4/4-5 | | E | 04/25/2005 | 0999 | C&D | 0.00 | $39.05 | 0.00 | $39.05 | 1,151.63 |
| 1795752 | Photocopy | | E | 04/25/2005 | 0999 | C&D | 0.00 | $0.90 | 0.00 | $0.90 | 1,152.53 |
| 1795809 | Photocopy | | E | 04/25/2005 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 1,153.28 |
| 1796216 | PVNL;  Travel expenses to Wilmington & Philadelphia for hearing on 4/25 (split between 4642 & 3406) for train fare (coach 98.50) | | E | 04/26/2005 | 0020 | PVL | 0.00 | $147.50 | 0.00 | $49.25 | 1,202.53 |
| 1796218 | PVNL;  Travel expenses to Wilmington & Philadelphia for hearing on 4/25 (split between 4642 & 3406) for cabs and parking | | E | 04/26/2005 | 0020 | PVL | 0.00 | $14.00 | 0.00 | $14.00 | 1,216.53 |
| 1796398 | NYO Long Distance Telephone -3/31-3/31/05 | | E | 04/27/2005 | 0999 | C&D | 0.00 | $10.51 | 0.00 | $10.51 | 1,227.04 |
| 1797479 | Federal Express to Katie Hemming from EI on 4/20 | | E | 04/28/2005 | 0120 | EI | 0.00 | $2.53 | 0.00 | $2.53 | 1,229.57 |
| **Total Expenses** | | | | | | | 0.00 | $1,422.81 | 0.00 | $1,229.57 | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | Matter Total Fees | | | 0.00 | | 0.00 |
| | Matter Total Expenses | | | 1,422.81 | | 1,229.57 |
| | Matter Total | | 0.00 | 1,422.81 | 0.00 | 1,229.57 |

Prebill Total Fees

| | | | | | |
|---|---|---|---|---|---|
| Client Number:  4642 | | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
| **Matter      000** | | **Disbursements** | | | 5/23/2005 |
| | | | | | Print Date/Time: |
| | | | | | 05/23/2005 |
| | | | | | 10:21:23AM |
| Attn: | | | | | Invoice # |

|  |  |  |  |  |
|---|---|---|---|---|
| Prebill Total Expenses | | $1,422.81 | | $1,229.57 |
| Prebill Total | 0.00 | $1,422.81 | 0.00 | $1,229.57 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 36,593 | 07/26/2002 | 121,163.25 | 1,414.09 |
| 37,961 | 11/30/2002 | 36,076.50 | 542.50 |
| 46,677 | 08/27/2004 | 240.00 | 240.00 |
| 47,114 | 09/30/2004 | 6,171.50 | 6,171.50 |
| 47,743 | 11/22/2004 | 26,475.00 | 5,295.00 |
| 48,023 | 12/27/2004 | 75,199.50 | 15,039.90 |
| 48,027 | 12/27/2004 | 1,419.00 | 1,419.00 |
| 48,421 | 01/28/2005 | 115,704.00 | 23,140.80 |
| 48,886 | 02/28/2005 | 40,743.50 | 8,148.70 |
| 49,224 | 03/28/2005 | 35,581.83 | 35,581.83 |
| 49,444 | 04/21/2005 | 39,442.24 | 39,442.24 |
| | | 498,216.32 | 136,435.56 |