IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**SUMMARY OF SECOND MONTHLY FEE AND EXPENSE INVOICE**

| | |
|---|---|
| Name of Applicant: | LECG, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Property Damage Claimants |
| Date of Retention: | Retention order entered on May 12, 2005, Nunc Pro Tunc, to February 17, 2005 |
| Period for which compensation and Reimbursement is sought: | March 1, 2005 through March 31, 2005 |

| | **Fees** | **Expenses** |
|---|---|---|
| Fees and expenses for all matters other than those related to the Sealed Air fraudulent transfer lawsuit | $64,019.25 | $474.80 |

This is a:____X_____monthly_____Interim_____final Application

LECG, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| Interim Applications | | Requested | | Approved | |
|---|---|---|---|---|---|
| **Date Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 5/31/05 | 2/17/05-2/28/05 | 15,477.50 | 18.94 | pending | pending |
| | | | | | |
| | | | | | |