### LECG, LLC
### Detail of Professional Fees and Expenses
### March 1, 2005 through March 31, 2005

| DATE | TIMEKEEPER | HOURS | RATE | FEES | DESCRIPTION | TASK |
|------|-----------|-------|------|------|-------------|------|
| **Category 1:** | | | | | | |
| 3/1/2005 | Daniel Regard | 0.3 | 595 | 178.50 | Review of request outline of document request from W.R. Grace. | 1 |
| 3/3/2005 | James Hass | 2.8 | 575 | 1610.00 | Meet with D. Regard to develop workplan(.50); Develop staff workplan(2.30). | 1 |
| 3/3/2005 | James Hass | 1.0 | 575 | 575.00 | Telephone conversation with Bilzin law firm regarding project status. | 1 |
| 3/3/2005 | Daniel Regard | 1.5 | 595 | 892.50 | Initial design of case data management system | 1 |
| 3/4/2005 | Daniel Regard | 0.5 | 595 | 297.50 | Brief Neal Lawson on project scope | 1 |
| 3/9/2005 | James Hass | 1.8 | 575 | 1035.00 | Meet with S Wolf on inputting Grace historical data base(.70); Review conflict check list of law firms and debtor subs (1.10). | 1 |
| 3/10/2005 | James Hass | 3.1 | 575 | 1782.50 | Prepare monthly bill | 1 |
| 3/10/2005 | James Hass | 1.2 | 575 | 690.00 | Review conflict of interest responses from LECG internal system and work with conflict staff to prepare report to Bilzin law firm (.20 Telephone conversation with Bilzin law firm and property damages committee regarding status (.40); Review J. Hass Affidavit from Bilzin law firm (.60) | 1 |
| 3/11/2005 | James Hass | 2.0 | 575 | 1150.00 | Prepare Affidavit for fee application. | 1 |
| 3/14/2005 | James Hass | 2.3 | 575 | 1322.50 | Rework service list to identify conflict check parties | 1 |
| 3/14/2005 | James Hass | 2.6 | 575 | 1495.00 | Analyze original property damages claims filings for selected cases | 1 |
| 3/15/2005 | James Hass | 3.8 | 575 | 2185.00 | Research conflict check report. | 1 |
| 3/15/2005 | James Hass | 1.5 | 575 | 862.50 | Develop conflict check list for Affidavit | 1 |
| 3/15/2005 | Daniel Regard | 1.5 | 595 | 892.50 | Meet with J. Hass and S. Wolf to review of documents and case profiles. | 1 |
| 3/16/2005 | Daniel Regard | 0.8 | 595 | 476.00 | Review of documents and case profiles, linking of document PDF names to case numbers | 1 |
| 3/16/2005 | Opal Green | 0.6 | 95 | 57.00 | Gather and review documents from email to compose conflict check data for J. Hass. | 1 |
| 3/17/2005 | James Hass | 2.7 | 575 | 1552.50 | Review conflict check results with legal staff. | 1 |
| 3/17/2005 | Janice Inghram | 0.8 | 95 | 76.00 | Review email documents to compile parties for conflict check data for J Hass. | 1 |
| 3/17/2005 | Opal Green | 0.8 | 95 | 76.00 | Compose conflict check data for J. Hass | 1 |
| 3/21/2005 | Daniel Regard | 0.5 | 595 | 297.50 | Case History / PDF document review to establish linking between documents and index | 1 |
| 3/22/2005 | Daniel Regard | 0.3 | 595 | 178.50 | Additional work on the PDF file cross-reference. | 1 |
| 3/28/2005 | Daniel Regard | 0.8 | 595 | 476.00 | Meeting with J Sremack on the data structure design. | 1 |
| 3/30/2005 | James Hass | 1.5 | 575 | 862.50 | Meet and dinner with S Wolf to discuss presentation to Bilzin law firm and other research issues | 1 |
| 3/31/2005 | James Hass | 0.9 | 575 | 517.50 | Meet with Basseen and Wolf on workplan at Bilzin's office | 1 |
| 3/31/2005 | Nathan Basseen | 4.0 | 185 | 740.00 | Review of presentation and draft document request list and review and development of methodologies used in analysis. | 1 |
| **Total Category 1** | | **39.6** | | **$20,278.00** | | |
| **Category 3:** | | | | | | |
| 3/24/2005 | James Hass | 0.8 | 575 | 460.00 | Telephone call with J. Sakola regarding status. | 3 |
| 3/31/2005 | James Hass | 0.2 | 575 | 115.00 | Telephone conversation with Bilzin law firm regarding project status. | 3 |
| 3/31/2005 | James Hass | 4.2 | 575 | 2415.00 | Meet with Bilzin law firm in Miami to discuss workplan. | 3 |
| **Total Category 3** | | **5.2** | | **$2,990.00** | | |
| **Category 9:** | | | | | | |
| 3/1/2005 | Steven Wolf | 0.5 | 475 | 237.50 | Review of Grace property damages data to develop workplan. | 9 |
| 3/2/2005 | James Hass | 1.3 | 575 | 747.50 | Review of Grace property damages database. | 9 |
| 3/2/2005 | James Hass | 2.6 | 575 | 1495.00 | Continue to review of Grace property damages database. | 9 |
| 3/2/2005 | Stephen Sellick | 0.3 | 575 | 172.50 | Conversation with J. Hass regarding analysis and data. | 9 |
| 3/3/2005 | James Hass | 1.3 | 575 | 747.50 | Search Grace property damages data files for information codes. | 9 |

LECG, LLC
Detail of Professional Fees and Expenses
March 1, 2005 through March 31, 2005

| DATE | TIMEKEEPER | HOURS | RATE | FEES | DESCRIPTION | TASK |
|---|---|---|---|---|---|---|
| 3/4/2005 | James Hass | 2.5 | 575 | 1437.50 | Analysis of property damages claims files | 9 |
| 3/7/2005 | James Hass | 0.6 | 575 | 345.00 | Preparation for client meeting with Scott Bayer and J. Sakalo regarding database case review. | 9 |
| 3/7/2005 | James Hass | 1.7 | 575 | 977.50 | Conference call with Jay Sakalo to review M Dies claims summaries (.20); Review project building sheets from M Dies(1.50) | 9 |
| 3/7/2005 | James Hass | 0.6 | 575 | 345.00 | Review case summary for Hofhienz Pavillion. | 9 |
| 3/9/2005 | James Hass | 1.2 | 575 | 690.00 | Analyze M. Petersen's property damages data files | 9 |
| 3/9/2005 | James Hass | 2.2 | 575 | 1265.00 | Transfer data files from mac systems to LECG. | 9 |
| 3/10/2005 | James Hass | 0.4 | 575 | 230.00 | Analyze congressional record on Libby Mine Amendments to S2049. | 9 |
| 3/14/2005 | James Hass | 2.4 | 575 | 1380.00 | Continue to review original claims filings | 9 |
| 3/14/2005 | James Hass | 0.6 | 575 | 345.00 | Analyze Grace memo on its property damages evaluation procedures. | 9 |
| 3/15/2005 | James Hass | 2.5 | 575 | 1437.50 | Meet with D. Regard and S. Wolf to discuss property damages database structuring Issues(1.5); Review database structuring issues on several randomly selected cases(1.00). | 9 |
| 3/21/2005 | Steven Wolf | 1.9 | 475 | 902.50 | Review claim documentation and sample claims. | 9 |
| 3/28/2005 | James Hass | 1.2 | 575 | 690.00 | Analyze various proof of claims forms files. | 9 |
| 3/29/2005 | Steven Wolf | 2.0 | 475 | 950.00 | Develop claim methodology for counsel | 9 |
| 3/30/2005 | James Hass | 2.8 | 575 | 1610.00 | Write workplan for presentation to Bilzin law firm on Thursday and communicate with S Wolf on presentation. | 9 |
| 3/30/2005 | Steven Wolf | 1.2 | 475 | 570.00 | Prepare for meeting with counsel regarding planned methodology and issues to address | 9 |
| 3/31/2005 | Steven Wolf | 4.2 | 475 | 1995.00 | Meeting with counsel in Miami to discuss claims analysis issues and methodology. | 9 |
| 3/31/2005 | Steven Wolf | 0.9 | 475 | 427.50 | Meet with J. Hass and N. Basseen regarding workplan at Bilzin's office. | 9 |
| **Total Category 9** | | **34.9** | | **$18,997.50** | | |
| **Category 10:** | | | | | | |
| 3/30/2005 | Steven Wolf | 3.5 | 475 | 1662.50 | Project travel to Miami. | 10 |
| **Total Category 10** | | **3.5** | | **$1,662.50** | | |
| **Category 21** | | | | | | |
| 3/14/2005 | Steven Wolf | 1.0 | 475 | 475.00 | Review documentation of property files | 21 |
| **Total Category 21** | | **1.0** | | **$475.00** | | |
| **Category 22:** | | | | | | |
| 3/9/2005 | Steven Wolf | 0.7 | 475 | 332.50 | Meet with J. Hass on Inputting Grace historical data base. | 22 |
| 3/15/2005 | Steven Wolf | 3.7 | 475 | 1757.50 | Meet with D. Regard and J. Hass to discuss documents and case profiles (1.50); Continue to review documents and analysis of database(2.20). | 22 |
| 3/18/2005 | Steven Wolf | 2.2 | 475 | 1045.00 | Select and review claims to identify issues | 22 |
| 3/19/2005 | Steven Wolf | 3.0 | 475 | 1425.00 | Selection and review of claim forms | 22 |
| 3/28/2005 | Steven Wolf | 0.5 | 475 | 237.50 | Updates to read and development of property damages cost theories. | 22 |
| 3/28/2005 | Joe Scremack | 3.0 | 185 | 555.00 | Provide database design | 22 |
| 3/28/2005 | Joe Scremack | 1.0 | 185 | 185.00 | Enter database design into the system | 22 |
| **Total Category 22** | | **14.1** | | **$5,537.50** | | |
| **Category 27** | | | | | | |
| 3/21/2005 | Karen Sweetland | 1.5 | 350 | 525.00 | Correction of erroneous property damages claim file names from a list of 4000. | 27 |
| 3/22/2005 | Karen Sweetland | 2.5 | 350 | 875.00 | File name correction from the list of 4000 erroneous property damages claim file. | 27 |
| 3/23/2005 | Karen Sweetland | 4.5 | 350 | 1575.00 | Correction of file names from the list of 4000 erroneous property damages claim file and database link creation. | 27 |
| 3/24/2005 | Karen Sweetland | 4.2 | 350 | 1470.00 | Create spreadsheet linking list of 4000 erroneous property damages claim file to pdf files. | 27 |

2

LECG, LLC
Detail of Professional Fees and Expenses
March 1, 2005 through March 31, 2005

| DATE | TIMEKEEPER | HOURS | RATE | FEES | DESCRIPTION | TASK |
|------|-----------|-------|------|------|-------------|------|
| 3/28/2005 | Karen Sweetland | 3.2 | 350 | 1120.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/28/2005 | Karen Sweetland | 3.1 | 350 | 1085.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/29/2005 | Karen Sweetland | 2.8 | 350 | 980.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/29/2005 | Karen Sweetland | 2.8 | 350 | 980.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/29/2005 | Karen Sweetland | 2.7 | 350 | 945.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/29/2005 | Karen Sweetland | 2.7 | 350 | 945.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/30/2005 | Karen Sweetland | 3.2 | 350 | 1120.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/30/2005 | Karen Sweetland | 3.1 | 350 | 1085.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/30/2005 | Karen Sweetland | 3.1 | 350 | 1085.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| 3/30/2005 | Karen Sweetland | 3.2 | 350 | 1120.00 | Continue on list of 4000 erroneous property damages claim file linking spreadsheet to TIFs | 27 |
| **Total Category 27** | | **42.6** | | **$14,910.00** | | |
| **Total Fees** | | **140.9** | | **$64,850.50** | | |

EXPENSES:
Out-Of_Town Travel:

| | | | | | | |
|------|-----------|-------|------|------|-------------|------|
| 3/30/2005 | Steven Wolf | | | 310.02 | Hotel 3/30/05 1 night while in Miami for meeting | |
| 3/30/2005 | Steven Wolf | | | 7.03 | Travel dinner at airport | |
| 3/30/2005 | Steven Wolf | | | 10.09 | Fuel expense for rental car | |
| 3/30/2005 | Steven Wolf | | | 20.00 | Taxi to National Airport for travel to Miami | |
| 3/30/2005 | Steven Wolf | | | 111.66 | Rental car while in Miami for meeting | |
| 3/31/2005 | Steven Wolf | | | 16.00 | Lunch out of town travel for client | |
| **Total Expenses** | | | | **474.80** | | |
| **Total Fees and Expenses** | | | | **$65,325.30** | | |