```
                 UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF DELAWARE

IN RE:                              . Case No. 01-1139(JKF)
                                    .
                                    .
W.R. GRACE & CO.,                   . USX Tower - 54th Floor
                                    . 600 Grant Street
                                    . Pittsburgh, PA 15219
              Debtor.               .
                                    . May 16, 2005
. . . . . . . . . . . . . . . . . . . 12:11 p.m.


                      TRANSCRIPT OF HEARING
              BEFORE HONORABLE JUDITH K. FITZGERALD
              UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Official Committee      Kramer, Levin, Naftalis &
of Equity Security Holders:        Frankel, LLP
                                By:  GARY M. BECKER, ESQ.
                                919 Third Avenue
                                New York, NY  10022

For the Property Damage         Bilzin Sumberg Baena Price
                                 & Axelrod LLP
                                By:  SCOTT L. BAENA, ESQ.
                                     MATTHEW KRAMER, ESQ.
                                Wachovia Financial Center
                                200 South Biscayne Boulevard
                                Suite 2500
                                Miami, FL  33131


Audio Operator:                 Janet Kozloski

Proceedings recorded by electronic sound recording, transcript
            produced by transcription service.
```
___

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609) 586-2311   Fax No.   (609) 587-3599**

APPEARANCES (Cont'd.):

| | |
|---|---|
| Co-Chair for the Property Damage Committee: | Speights & Runyon<br>By: DAN SPEIGHTS, ESQ.<br>200 Jackson Avenue, East<br>P.O. Box 685 Hampton<br>South Carolina 29924 |
| For the Asbestos Claimants Committee: | Campbell & Levine, LLC<br>By: MARLA R. ESKIN, ESQ.<br>800 N. King Street<br>Suite 300<br>Wilmington, DE 19801 |
| For the Debtor: | Kirkland & Ellis, LLP<br>By: JANET S. BAER, ESQ.<br>  JONATHAN FRIEDLAND, ESQ.<br>  DAVID BERNICK, ESQ.<br>    (telephonically)<br>Aon Center<br>200 East Randolph Drive<br>Chicago, IL 60601<br><br>Reed Smith, LLP<br>By: DOUGLAS E. CAMERON, ESQ.<br>435 Sixth Avenue<br>Pittsburgh, PA 15219 |
| For the Official Committee of Unsecured Creditors: | Stroock & Stroock & Lavan, LLP<br>By: LEWIS KRUGER, ESQ.<br>  ARLENE KRIEGER, ESQ.<br>    (telephonically)<br>180 Maiden Lane<br>New York, NY 10038 |
| For Certain Insurers at Lloyd's London and Certain London Market Companies: | Linklaters<br>By: BRENDA DiLUIGI, ESQ.<br>1345 Avenue of the Americas<br>19th Floor<br>New York, New York |
| For ZAI Additional Special Counsel: | Scott Law Group<br>By: DARRELL SCOTT, ESQ.<br>    (telephonically) |

APPEARANCES (Cont'd.):

| | |
|---|---|
| For CIBC: | Swidler Berlin Sheriff Friedman<br>By:  JONATHAN BROWNSTEIN, ESQ.<br>     JOSEPH RADECKI, ESQ.<br>        (telephonically)<br>405 Lexington Avenue<br>New York, New York |
| For Libby Claimants: | Cohn & Whitesell LLP<br>By:  CHRISTOPHER M. CANDON, ESQ.<br>        (telephonically)<br>101 Arch Street<br>Boston, Massachusetts 02110 |
| For Massachusetts Dept. of Environmental Protection: | Environmental Protection Division<br>Massachusetts Office of the<br> Attorney General<br>By:  CAROL A. IANCU, ESQ.<br>        (telephonically)<br>One Ashburton Place, Room 1813<br>Boston, Massachusetts |
| For the U.S. Trustee: | Office of the U.S. Trustee<br>By:  DAVID M. KLAUDER, ESQ.<br>        (telephonically)<br>601 Walnut Street<br>Room 950W<br>Philadelphia, PA  19106 |
| For Travelers Casualty Insurance: | Simpson, Thacher & Bartlett, LLP<br>By:  BARBARA SENIAWSKI, ESQ.<br>        (telephonically)<br>425 Lexington Avenue<br>New York, NY  10017 |
| For CNA: | Goodwin Procter LLP<br>By:  DANIEL GLOSBAND, ESQ.<br>        (telephonically)<br>Exchange Place<br>Boston, Massachusetts 02109-2881 |
| For W.R. Grace & Co.: | W. R. Grace & Co.<br>(Legal Department)<br>By:  WILLIAM SPARKS, ESQ.<br>        (telephonically)<br>7500 Grace Drive<br>Columbia, Maryland 21044 |

APPEARANCES (Cont'd.):

| | |
|---|---|
| For David T. Austern,<br>Future Claimants Rep: | Swidler Berlin LLP<br>By:  RICHARD H. WYRON, ESQ.<br>       (telephonically)<br>Washington, District of Columbia<br><br>Phillips, Goldman & Spence, P.A.<br>By:  JOHN C. PHILLIPS, JR., ESQ.<br>       (telephonically)<br>1200 North Broom Street<br>Wilmington, DE  19806 |
| For the Debtor: | Pachulski, Stang, Ziehl, Young,<br> Jones & Weintraub, P.C.<br>By: DAVID W. CARICKHOFF, JR.,ESQ.<br>       (telephonically)<br>919 Market Street<br>16th Floor<br>P.O. Box 8705<br>Wilmington, DE  19899 |
| For Goldman Sachs: | Goldman Sachs<br>By:  THIAM CHEW, ESQ.<br>       (telephonically) |
| For The Scotts Company: | Vorys, Sater, Seymour and Pease<br> LLP<br>By:  TIFFANY COBB, ESQ.<br>       (telephonically)<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH  43216 |
| For Kenneth Thomas: | KENNETH THOMAS, Pro Se<br> (telephonically) |
| For State of Montana: | Monzack and Monaco, P.A.<br>By:  FRANCIS A. MONACO, JR., ESQ.<br>       (telephonically)<br>400 Commerce Center<br>Twelfth & Orange Streets<br>Wilmington, DE  19899 |
| For AIG: | Zeichner Ellman & Krause LLP<br>By:  MICHAEL S. DAVIS, ESQ.<br>       (telephonically)<br>575 Lexington Avenue<br>New York, NY  10022 |

```
APPEARANCES (Cont'd.):

For Spaulding & Slye:        Bernkopf Goodman LLP
                             By:  PETER B. McGLYNN, ESQ.
                                    (telephonically)
                             125 Summer Street
                             Boston, Massachusetts 02110-1621

For Read, Morgan & Quinn:    Stutzman, Bromberg, Esserman,
                              & Plifka, PC
                             By:  DAVID J. PARSONS, ESQ.
                                    (telephonically)
                             2323 Bryan Street
                             Suite 2200
                             Dallas, TX  75201

For Sealed Air:              Skadden, Arps, Slate, Meagher
                              & Flom, LLP
                             By:  BERT WOLFF, ESQ.
                                    (telephonically)
                             Four Times Square
                             New York, NY  10036

For Royal:                   Wilson, Elser, Moskowitz, Edelman
                              & Dicker, LLP
                             By:  SARAH EDWARDS, ESQ.
                                    (telephonically)
                             3 Gannett Drive
                             White Plains, NY  10604

For ZAI Claimants:           Richardson, Patrick, Westbrook &
                              Brickman, LLC
                             By:  EDWARD J. WESTBROOK, ESQ.
                                    (telephonically)
                             174 East Bay Street
                             P.O. Box 879
                             Charleston, South Carolina 29401

For Asbestos Claimant        Caplin & Drysdale, Chartered
Committee:                   By:  PETER VAN N. LOCKWOOD, ESQ.
                                    (telephonically)
                             One Thomas Circle, N.W.
                             Washington, DC  20005
```

```
                                                                 6
APPEARANCES (Cont'd.):

For Ace USA & Fireman Funds:  White and Williams LLP
                              By: LINDA M. CARMICHAEL, ESQ.
                                    (telephonically)
                              824 North Market Street
                              Suite 902
                              Wilmington, DE  19801

For Allstate Insurance Co.:   Cuyler Burk, LLP
                              By:  ANDREW K. CRAIG, ESQ.
                                     (telephonically)
                              Parsippany Corporate Center
                              Four Century Drive
                              Parsippany, New Jersey 07054-4663
```

1              THE COURT:  This is the matter of W.R. Grace,
2  bankruptcy number 01-1139.  The parties appearing by phone are
3  Richard Wyron, David Carickhoff, Jeffrey Wisler, John Phillips,
4  Thiam Chew, Francis Monaco, Michael Davis, Peter McGlynn, David
5  Parsons, Bert Wolff, Sarah Edwards, Edward West brook, Peter
6  Rockwood, Linda Carmichael, Arlene Krieger, Joseph Radecki,
7  Andrew Craig, Darrell Scott, Jonathan Friedland, David Bernick,
8  Jonathan Brown stein, Christopher Candon, Carol Ian -- I'm
9  sorry -- I-a-n-c-u.
10             MS. IANCU:  Iancu.
11             THE COURT:  Thank you.  David Klander, Barbara
12 Seniawski, Daniel Glosband, William Sparks, Tiffany Cobb, and
13 Kenneth Thomas.  I'll take entries of appearances in Court,
14 please.
15             MS. BAER:  Good afternoon, Your Honor.  Janet Baer on
16 behalf of the debtors.
17             MS. ESKIN:  Marla Eskin, Campbell and Levine, on
18 behalf of the Asbestos Claimants Committee.
19             MR. BAENA:  May it please the Court, Scott Baena,
20 Matthew Kramer, on behalf of the Property Damage Committee.  We
21 also have with us the co-chair of that Committee, Mr. Speights.
22             MR. BECKER:  Good afternoon, Your Honor.  Gary
23 Becker, Kramer, Levin, Naftalis, and Frankel, on behalf of the
24 Equity Committee.
25             MS. BAER:  Your Honor, with respect to matters number

1  1, 2, and 3 on the agenda, you have already entered the orders.
2  They've already appeared on the docket on those matters.
3           With respect to matter number four, Your Honor,
4  that's the debtor's fourth omnibus objections to claims.
5  There's one contested matter left.  It's a $1.4 million claim
6  filed by Spaulding and Slye Construction.  The debtors have
7  negotiated settlement in principal.  They're waiting for
8  appropriate approvals at which point a stipulation will be
9  prepared.  We would anticipate that the matter will likely be
10 presented for entry at the next omnibus hearing and have an
11 order continuing the matter to the next omnibus hearing on June
12 27th.
13          THE COURT: All right.  Thank you.  That's continued.
14 Thank you.
15          MS. BAER:  Thank you.  Your Honor, matter number five
16 on the agenda is the debtor's fifth omnibus objections to
17 claims.  We're down to a couple contested claims that we're
18 still working through.  No matters are being adjudicated today,
19 and we're asking the remaining matters to be continued to the
20 June 27th hearing.
21          THE COURT: All right. Okay.  That order is entered.
22          MS. BAER:  Your Honor, agenda item number 6 is the
23 Massachusetts Department of Environmental Protection claim of
24 the debtor's objection.  We have a stipulation to be signed by
25 Your Honor today between Massachusetts and the debtors

1  stipulating to the allowed amount of their pre-petition
2  unsecured claim.  Your Honor, it disallows the remaining claims
3  that were filed but preserves everybody's rights with respect
4  to contingent claims, future asbestos -- I'm sorry -- future
5  environmental liability claims.
6          The other thing it does, Your Honor, is it sets for
7  June 27th the hearing on the Massachusetts Department's stay
8  relief motion.  This was a motion they filed actually asking
9  for an adjudication and permission to set of the allowed amount
10 of the pre-petition claim against some significant tax refunds
11 that the Massachusetts Department of Revenue owes.  That matter
12 was briefed.  We need to dust off those briefs and reargue the
13 matter at the June 27th hearing.
14          THE COURT:  All right.
15          MS. BAER:  I'm presenting the stipulation with
16 respect to the claim.
17          THE COURT:  Okay.  With respect to that matter of the
18 Massachusetts entity, I have re-read the briefs, but it would
19 be helpful if there was any Massachusetts law that identifies
20 how Massachusetts treats its own state agencies, particularly
21 its revenue collection agencies and its others for its own
22 internal purposes.
23          MS. BAER:  Your Honor, when we last researched the
24 matter, I don't think we found anything on point in
25 Massachusetts, but we will certainly be happy to look again in

**J&J COURT TRANSCRIBERS, INC.**

1  Mass. It just would get a short amount of time to submit a
2  supplemental brief on that issue.
3          THE COURT: Okay. That's fine. This order does not
4  have the agenda number. This is related to number six. Is
5  that correct?
6          MS. BAER: Yes, it is, Your Honor. I apologize. And
7  I believe that response is to any matters up for the June
8  hearing are due on June 10th, and may I suggest if
9  Massachusetts or the debtors submit anything further, they
10 submit it on the June 10th date.
11         THE COURT: That's fine.
12         MS. BAER: Your Honor, the next matter on the agenda,
13 item number 7, is the debtor's eighth omnibus objections to
14 claims. Once again, Your Honor, there are just a few remaining
15 issues that are still being worked through. No matters are
16 being adjudicated today, and we're continuing those matters to
17 the June 27th hearing.
18         THE COURT: All right. That order is entered.
19         MS. BAER: Your Honor, agenda item number eight is
20 the renewed motion of the Asbestos Committee's and Sealed Air
21 for approval of the Sealed Air settlement agreement. Only one
22 response has been filed to the motion. It was filed by the
23 debtors to clarify a couple of points. We have since been in
24 contact with Sealed Air. They've asked the debtors to provide
25 them some additional information in writing with respect to how

1  they will amend the disclosure statement, the plan, and certain
2  tax-related and accounting-related disclosures and the like.
3  We've agreed to provide that information and continue to
4  discuss this matter and are asking by agreement with Sealed Air
5  and the Asbestos Committees to continue this matter to June
6  27th.  It is our hope that there will be no outstanding issues,
7  and the matter will be ready to be heard by the Court and
8  hopefully approved by the Court.
9       THE COURT:  Mr. Baena.
10      MR. BAENA:  May it please the Court.  Your Honor, we
11 agree to it being rolled over on behalf of the Property Damage
12 Committee.  In Consultation with Mr. Rockwood of the Personal
13 Injury Committee we are both of the view that our agreement
14 only extends to a one-time only rollover to the next hearing.
15      THE COURT:  All right.  It's continued until June.
16 Thank you.
17      MR. BAENA:  Thank you.
18      MS. BAER:  Your Honor, that takes us to the last
19 matter on the agenda.  The case management estimation issues
20 related to asbestos property damage.  Your Honor, we have been
21 in very continuous contact with Mr. Baena with respect to
22 discovery.  Discovery requests have been served.  Some
23 discovery has been provided.  Additional discovery is about to
24 be provided.  We've been in discussions with respect to the
25 case management order and dates.  Where we stand right now,

**J&J COURT TRANSCRIBERS, INC.**

1  Your Honor, is we have agreed to the form of a protective order
2  for the production of certain confidential attorney work
3  product-type information, and I have a protective order to
4  submit to Your Honor for entry today.  We are not yet in
5  agreement on dates with respect to the case management order.
6  The original dates that we agreed to back in March we have come
7  to the realization will not work.  We have different viewpoints
8  about exactly what we may need to do, but we have agreed to
9  continue to talk.  The debtors have meetings with its own
10 attorneys who have litigated certain of these issues as well as
11 debtors' in-house counsel next week.  Mr. Baena I know needs to
12 speak with his Committee members about various matters we've
13 addressed.  Under those circumstances we'd like to get the
14 protective order entered today and continue to have discussions
15 about the case management order in the hopes that we can come
16 to an agreement and present something to you on a certification
17 of counsel.
18         CLERK:  Court Call is on the phone.  They are
19 noticing all the lines are dead.
20         THE COURT:  Oh, okay.
21         CLERK:  What do you want to do?
22         THE COURT:  What are we supposed to do, call back in?
23                      (Pause)
24         MS. BAER:  I wonder when it happened.
25         THE COURT:  Me, too.

**J&J COURT TRANSCRIBERS, INC.**

1               (Pause)

2          THE COURT: Why don't you hand up your order, so I
3  can read it while you're -- thank you.  This one doesn't have
4  an agenda number either.

5          MS. BAER: Sorry.  Agenda number 9.

6               (Pause)

7          CLERK: All right.  Are the parties on the line?

8          PARTIES: Yes, Your Honor.

9          THE COURT: Okay.  I'm sorry.  I don't know where we
10 lost you.

11         UNIDENTIFIED ATTORNEY: I don't believe we were on at
12 all, Your Honor.

13         THE COURT: I'm sorry?

14         UNIDENTIFIED ATTORNEY: I don't believe we heard any
15 of the court hearing.

16         THE COURT: Oh, my goodness.  All right.  Well, let
17 me see if I can summarize what's happened then.  We started
18 with item number 4.  The debtor reported that there is still a
19 $1.4 million claim by the Spaulding and somebody construction
20 company.  Debtor is negotiating it.  They've asked that that be
21 continued until June to see whether it can be settled.  With
22 respect -- and I've agreed to continue to June.

23         With respect to item number 5, the debtor is still
24 negotiating some contested claims, and that matter is all
25 continued until the June omnibus on June 27th.

1      With respect to item 6, the Massachusetts Department
2 of Environmental claim, the debtor has worked out a stipulation
3 with the Massachusetts Department of Environmental Protection
4 with respect to its pre-petition unsecured claim and handed up
5 an order to allow that portion and disallow the rest of the
6 claim, but everyone is continuing all rights as to any
7 contingent claims and future environmental liability.
8      And the relief from stay motion that was filed a
9 while back by the Department of Environmental Protection will
10 be argued on June 27th.  I've asked the parties to try to
11 update the briefs to see whether or not in the time period
12 since they were originally filed there may be any Massachusetts
13 cases that would address how the State itself treats its
14 revenue-collecting agencies and its other agencies for purposes
15 of the setoff issue that is involved in that relief from stay.
16      With respect to item 7, everything is continued until
17 June.
18      With respect to item 8, this was the renewed motion
19 of Sealed Air to approve the settlement.  The debtor filed the
20 only response for some clarification.  Sealed Air in turn has
21 asked the debtor for some additional disclosures, and as a
22 result, everybody has agreed to continue it to June 27th.  Mr.
23 Baena reported that he and Mr. Rockwood on behalf of their
24 respective committees have agreed to that extension but want it
25 recognized on the record that it is a one-time good deal only.

**J&J COURT TRANSCRIBERS, INC.**

1  So it is continued until June.
2          With respect to item 9, that is what Ms. Baer was
3  addressing at the time that I learned that the phone system was
4  not working.  She indicated that she and the Property Damage
5  Committee are still negotiating the case management order with
6  respect to how property damage estimation will be conducted.
7  Discovery is ongoing.  They all agree that the dates that were
8  originally discussed in March won't work, but haven't yet
9  agreed on how much time is necessary, and that's where we
10 picked you up.
11         UNIDENTIFIED ATTORNEY:  Thank you very much, Your
12 Honor.
13         THE COURT:  Ms. Baer.
14         MS. BAER:  Your Honor, I might add one thing.  I know
15 the Department of Environmental Protection's counsel in
16 Massachusetts is on the line, and I suggested that any
17 supplemental briefing be filed by the June 10th deadline.
18         THE COURT:  That's correct.  Is counsel for
19 Massachusetts on the line?
20         MS. IANCU:  Yes, I am, Your Honor.  Carol --
21         THE COURT:  Is that all right with you?
22         MS. IANCU:  June 10th for supplemental filing?
23         THE COURT:  Yes.
24         MS. IANCU:  Yes, that's fine, and I can contact Ms.
25 Baer for further clarification of what you're looking for.

**J&J COURT TRANSCRIBERS, INC.**

1       THE COURT: All right. Thank you.
2       MS. IANCU: Thank you.
3       MS. BAER: Your Honor, then back to agenda item
4  number 8, the -- I'm sorry -- agenda item number 9, the case
5  management with respect to property damage. I believe you have
6  the protective order that we have negotiated with the Asbestos
7  Property Damage Committee with respect to treating confidential
8  information.
9       THE COURT: I have signed that order. It's fine.
10      MS. BAER: Thank you, Your Honor. And then with
11 respect to case management, I was indicating that we hoped that
12 we can work these dates out where we've having conversations
13 with our own constituencies this week. If we cannot work them
14 out, I would anticipate coming back here to deal with the
15 matter on June 27th.
16      THE COURT: Any objection, Mr. Baena?
17      MR. BAENA: No, ma'am.
18      THE COURT: All right. It's continued until June.
19 Thank you.
20      MS. BAER: Your Honor, that concludes the agenda.
21      THE COURT: Any housekeeping matters by anyone?
22              (No verbal response)
23      THE COURT: Okay. We're adjourned. Thank you.
24      MS. BAER: Thank you.
25                      * * * * *
                  **J&J COURT TRANSCRIBERS, INC.**

## **CERTIFICATION**

     I, PATRICIA C. REPKO, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter to the best of my ability.

_____          Date:  May 23, 2005
PATRICIA C. REPKO
J&J COURT TRANSCRIBERS, INC.