FILED
2005 MAY 31 PM 1:29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **W.R. GRACE & CO., et. al.,** | ) | **Chapter 11** |
| | ) | **Case No. 01-1139 (JFK)** |
| **Debtors.** | ) | |

**RESPONSE TO OBJECTION TO CLAIM**
**BY MATTHEW'S ELECTRIC SUPPLY CO**

COMES NOW Matthews Electric Supply Co. by and through counsel, Rodney E. Nolen, Sirote & Permutt, 2311 Highland Avenue, Birmingham, Alabama 35205 and files this additional response to the debtor's objection to Claim No. 272 in Case 01-01140 in the amount of $910.96.

The debtor's objection is based upon insufficient documentation.

The creditor, Matthews Electric Supply Co., files a copy of its claim including a request for credit signed by S.E. Farnsworth on behalf of the debtor.

In addition, Matthews file a copy of its accounts receivable aging report showing the correct balance to be $910.96.

In addition, Matthews files a copy of four open and unpaid invoices totaling $910.96.

WHEREFORE, Matthews request that its claim be allows and paid in accordance with the plan.

Respectfully submitted,

RODNEY E. NOLEN
Attorney for Matthews Electric Supply Co.
Sirote & Permutt, P.C.
2311 Highland Avenue
Birmingham, Alabama 35205
Phone: (205) 930-5143

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Objection to Claim upon all counsel of record, by U.S. Mail, and properly addressed on this 26th day of May, 2004 as follows:

Kirkland & Ellis, LLP
Attn: Rachel R. Schulman
200 East Randolph Drive, Suite 6500
Chicago, IL 60601-6636

Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
Attn: David W. Carickhoff, Jr.
919 N. Market Street
16th Floor, P.O. Box 8705
Willmington, Delaware 19899-8705 (Courier 19801)

Of Counsel

LOCATOR: 692-6-733 (BAR 7)
FORM B10 (Official Form 10)(4/98)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

PROOF OF CLAIM

Name of Debtor
W.R. GRACE & COMPANY

Case Number
00-1140-11

COPY

Name of Creditor (The person or other entity to whom the debtor owes money or property):
MATTHEW'S ELECTRIC SUPPLY CO., INC.

Name and Address where notices should be sent: (make corrections as needed)

SIROTE & PERMUTT, PC.
ATTENTION: COLLECTION DEPARTMENT
POST OFFICE BOX 55727
BIRMINGHAM, AL 35255-5727
Telephone Number: (205) 322-7979 EXT 101

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor:
25522221

Check here if ☐ replaces
this claim ☐ amends a previously filed claim, dated_

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - X Other OPEN ACCOUNT

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
Your SS #:_
Unpaid compensation for services performed
from_ to

2. **Date debt was incurred:**
3/01

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $910.96
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
X Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other

Value of Collateral: $

Amount of arrearage and other charges at time case filed included in secured claim, if any: $

6. **Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim Amount entitled to priority $
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,300),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(4).
☐ Up to $1,950* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a)( ).

* *Amounts are subject to adjustment on 4/1/98 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
8. **Supporting Documents:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IF FOR COURT USE ONLY

FILED
JUL 2 11 27 AM '01
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Date
06/06
2001

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

THOMAS G. TUTTEN, ATTORNEY FOR CREDITOR

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

CN 00000272

# ACCOUNTS RECEIVABLE AGING REPORT 07 May 2001

2 6587 H.R. GRACE
PO BOX 100306
IRONDALE AL 35210
205-956-9545

CREDIT RATING: 5AI
CREDIT LIMIT: 20000
HI CREDIT (12 MO): 3485
SALESMAN: 22

AVG PAY DAYS: 42.43
LAST PAY DATE: 03/22/01
LAST PAY AMT: 507.65
CONTACT: DONNA EXT 39

OPEN BAL: 4.50
YTD-SLS: 1474.32

| INVOICE/BR | DATE | FUTURE | CURRENT | 30-60 | 60-90 | OVER 90 | TOTAL | ORIG-AMT | DISC-AMT | LA-PMT | P/O NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 714040 2 | 03/18/01 | | | 794.54 | | | 794.54 | 794.54 | 7.35 | 03/22/01 | A1346 |
| 715264 2 | 03/27/01 | | | 71.71 | | | 71.71 | 71.71 | 0.66 | 03/22/01 | A1346 |
| 715766 2 | 03/30/01 | | | 44.71 | | | 44.71 | 44.71 | 0.41 | 03/22/01 | A1346 |
| | | 0.00 | 0.00 | 910.96 | 0.00 | 0.00 | 910.96 | | | | |

*** BRANCH TOTAL ***

| FUTURE | CURRENT | 30-60 | 60-90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 910.96 | 0.00 | 0.00 | 910.96 |

*** GRAND TOTAL ***

| FUTURE | CURRENT | 30-60 | 60-90 | OVER 90 | TOTAL |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 910.96 | 0.00 | 0.00 | 910.96 |




DUPLICATE INVOICE
(CUSTOMER COPY)
Remit to
MATTHEWS ELECTRIC SUPPLY CO
PO Box 11407
Birmingham, AL 35246-1111
(205) 254-3192

Order # : 617958-3
Page : 1 OrdCde: I

Invoice # : 715766

Inv Date : 03/30/01
Printed At : 15:44:52 07 MAY 2001

Sold To: WRGRACE-0001 6587
W.R. GRACE

PO BOX 100306
IRONDALE AL 35210

Shipped To:
WR GRACE & CO

2601 COMMERCE BLVD
IRONDALE AL 35210

| Writer | Customer Order # | Instructions | Whse | Slsm |
|---|---|---|---|---|
| RKS | A1346 | | 2 | 22 |

| INV # | Ship Via Description | Shipped | Quoted |
|---|---|---|---|
| 715766 | OUR TRUCK | 03/30/01 | RON |

* DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE *

| Ln | Order Quant | Ship Quant | B/O Quant | EDP Code / Description / St | Net Price | UM | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 4 | 4 | 0 | AB800T-N122R<br>AB800TN122R RED CAP,SMALL | 4.500 | EA | 18.00 |
| 2 | 4 | 4 | 0 | AB800MNH<br>AB800MNH SEL/SW KNOB BLACK | 5.850 | EA | 23.40 |

Terms of sale are : 1% ALLOW 17TH
If you pay this invoice by 04/10/01,
you may take a discount of $0.41.

| | |
|---|---|
| Total Net Amount | $41.40 |
| Tax | 3.31 |
| Invoice Amount | $44.71 |




DUPLICATE INVOICE
(CUSTOMER COPY)
Remit to
MATTHEWS ELECTRIC SUPPLY CO
PO Box 11407
Birmingham, AL 35246-1111
(205) 254-3192

Order # : 617958-2
Page : 1 OrdCde: I

Invoice # : 715264

Inv Date : 03/27/01
Printed At : 15:44:52 07 MAY 2001

Sold To: WRGRACE-0001 6587
W.R. GRACE

PO BOX 100305
IRONDALE AL 35210

Shipped To:
WR GRACE & CO

2601 COMMERCE BLVD
IRONDALE AL 35210

| Writer | Customer Order # | Instructions | Whse | Slsm |
|---|---|---|---|---|
| RKS | A1346 | | 2 | 22 |

| INV # | Ship Via Description | Shipped | Quoted |
|---|---|---|---|
| 715264 | OUR TRUCK | 03/26/01 | RON |

* DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE *

| Ln | Order Quant | Ship Quant | B/O Quant | EDP Code / Description / St | Net Price | UM | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 4 | 4 | 0 | AB800T-N122A<br>AB800TN122A AMBER CAP,SMALL | 4.500 | EA | 18.00 |
| 2 | 4 | 0 | 4 | AB800T-N122R<br>AB800TN122R RED CAP,SMALL | 4.500 | EA | 0.00 |
| 3 | 4 | 0 | 4 | AB800MNH<br>AB800MNH SEL/SW KNOB BLACK | 5.850 | EA | 0.00 |
| 4 | 5 | 5 | 0 | ABW51<br>ABW51 HEATER ELEMENT | 9.680 | EA | 48.40 |

Terms of sale are : 1% ALLOW 17TH
If you pay this invoice by 04/10/01,
you may take a discount of $0.66.

| | |
|---|---|
| Total Net Amount | $66.40 |
| Tax | 5.31 |
| Invoice Amount | $71.71 |




DUPLICATE INVOICE
(CUSTOMER COPY)
Remit to
MATTHEWS ELECTRIC SUPPLY CO
PO Box 11407
Birmingham, AL 35246-1111
(205) 254-3192

Order # : 617958
Page : 1 OrdCde: I

Invoice # : 714040

Inv Date : 03/14/01
Printed At : 15:44:52 07 MAY 2001

Sold To: WRGRACE-0001 6587
W.R. GRACE
PO BOX 100306
IRONDALE AL 35210

Shipped To:
WR GRACE & CO
2601 COMMERCE BLVD
IRONDALE AL 35210

| Writer | Customer Order # | Instructions | Whse | Slsm |
|---|---|---|---|---|
| RKS | A1346 | | 2 | 22 |

| INV # | Ship Via Description | Shipped | Quoted |
|---|---|---|---|
| 714040 | OUR TRUCK | 03/13/01 | RON |

* DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE *

| Ln | Order Quant | Ship Quant | B/O Quant | EDP Code / Description / St | Net Price | UM | Ext Price |
|---|---|---|---|---|---|---|---|
| 1 | 4 | 0 | 4 | AB800T-N122A<br>AB800TN122A AMBER CAP,SMALL | 4.500 | EA | 0.00 |
| 2 | 4 | 0 | 4 | AB800T-N122R<br>AB800TN122R RED CAP,SMALL | 4.500 | EA | 0.00 |
| 3 | 4 | 0 | 4 | AB800MNH<br>AB800MNH SEL/SW KNOB BLACK | 5.850 | EA | 0.00 |
| 4 | 9 | 9 | 0 | ABW36<br>ABW36 HEATER ELEMENT | 9.680 | EA | 87.12 |
| 5 | 9 | 9 | 0 | ABW40<br>ABW40 HEATER ELEMENT | 9.680 | EA | 87.12 |
| 6 | 9 | 9 | 0 | ABW41<br>ABW41 HTR ELEMENT | 9.680 | EA | 87.12 |
| 7 | 9 | 9 | 0 | ABW42<br>ABW42 HEATER ELEMENT | 9.680 | EA | 87.12 |
| 8 | 9 | 9 | 0 | ABW42<br>ABW42 HEATER ELEMENT | 9.680 | EA | 87.12 |
| 9 | 6 | 6 | 0 | ABW44<br>ABW44 HEATER ELEMENT | 9.680 | EA | 58.08 |
| 10 | 6 | 6 | 0 | ABW46<br>ABW46 HEATER ELEMENT | 9.680 | EA | 58.08 |
| 11 | 6 | 6 | 0 | ABW47<br>ABW47 HEATER ELEMENT | 9.680 | EA | 58.08 |

*CONTINUED*




DUPLICATE INVOICE
(CUSTOMER COPY)
Remit to
MATTHEWS ELECTRIC SUPPLY CO
PO Box 11407
Birmingham, AL 35246-1111
(205) 254-3192

Order # : 617958
Page : 2 OrdCde: I

Invoice # : 714040

Inv Date : 03/14/01
Printed At : 15:44:52 07 MAY 2001

Sold To: WRGRACE-0001 6587
W.R. GRACE

PO BOX 100306
IRONDALE AL 35210

Shipped To:
WR GRACE & CO

2601 COMMERCE BLVD
IRONDALE AL 35210

| Writer | Customer Order # | Instructions | Whse | Slsm |
|---|---|---|---|---|
| RKS | A1346 | | 2 | 22 |

| INV # | Ship Via Description | Shipped | Quoted |
|---|---|---|---|
| 714040 | OUR TRUCK | 03/13/01 | RON |

* DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE ** DUPLICATE *

| Ln | Order Quant | Ship Quant | B/O Quant | EDP Code / Description / St | Net Price | UM | Ext Price |
|---|---|---|---|---|---|---|---|
| 12 | 6 | 6 | 0 | ABW48<br>ABW48 HEATER ELEMENT | 9.680 | EA | 58.08 |
| 13 | 6 | 6 | 0 | ABW50<br>ABW50 HEATER ELEMENT | 9.680 | EA | 58.08 |
| 14 | 6 | 1 | 5 | ABW51<br>ABW51 HEATER ELEMENT | 9.680 | EA | 9.68 |

Terms of sale are : 1% ALLOW 17TH
If you pay this invoice by 04/10/01,
you may take a discount of $7.35.

| | |
|---|---|
| Total Net Amount | $735.68 |
| Tax | 58.86 |
| Invoice Amount | $794.54 |