**JP organChase**

Statement of Account

In US Dollars

JPMorgan Chase Bank, N.A

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

Morgan Chase Bank, N.A.

**JP MorganChase**

TS

**Statement of Account**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 008

Page 1 of 20

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 45 | 150,266,282.09 |
| Total Debits (incl. checks) | 77 | 151,226,742.23 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| | Opening (16 MAR 2005) | | Closing (31 MAR 2005) | |
|---|---|---|---|---|
| Ledger | 1,230,822.42 | Ledger | 270,362.28 | |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### Closing Balances

| Date | Amount |
|---|---|
| | LEDGER BALANCES |
| 16MAR | 212,870.06 |
| 17MAR | 231,399.21 |
| 18MAR | 285,899.22 |
| 21MAR | 281,825.34 |
| 22MAR | 291,593.78 |
| 23MAR | 234,161.35 |
| 24MAR | 2,033,886.86 |
| 25MAR | 3,459,939.82 |
| 28MAR | 236,033.48 |
| 29MAR | 285,672.50 |
| 30MAR | 264,855.63 |
| 31MAR | 270,362.28 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|

### CREDITS

| 16MAR | | | | | 214,780.07 | FEDWIRE CREDIT |
|---|---|---|---|---|---|---|
| 16MAR | | | | USD YOUR: O/B PALMETTO LAU<br>OUR: 0249714075FF | | VIA: PALMETTO BANK<br>/053201186<br>B/O: PAUL E GAULT JR ATTORNEY AT LA<br>FOUNTAIN INN SC 29644<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>PALMETTO LAU BBI=/TIME/13:43<br>IMAD: 0316E56QB1C0D000012 |

| 16MAR | | | | USD YOUR: O/B BKAM IL CG0<br>OUR: 0280301075FF | 1,000,000.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CG0 BBI=/TIME/14:27<br>IMAD: 0316G1QFGY2C000896 |
|---|---|---|---|---|---|---|

| 16MAR | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0287702075FF | 1,893,462.08 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B |
|---|---|---|---|---|---|---|

FT CODE:

USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS

US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT

US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT

US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY OR MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

**J.P. Morgan Chase**

**Statement of Account**

Ts

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 2 of 20

JPMorgan Chase Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 17MAR | | 17MAR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0289501076FF | 1,029,312.25 | WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0316E3B75D1C002897<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B | | |
| 17MAR | | 17MAR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0278213076FF | 2,203,958.17 | WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0317E3B75D1C002629<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO OBI=PARTIAL LOAN REPAY | | |
| 17MAR | | 17MAR | USD | YOUR: O/B BKAM IL CGO<br>OUR: 0281302076FF | 2,644,959.93 | IMAD: 0317G1QFGV2C001266<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO -CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=TIME/11:00 | | |
| 17MAR | | 17MAR | USD | YOUR: MAESTRO<br>OUR: 0380007076FF | 3,300,000.00 | IMAD: 0317G1QFGV2C001271<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE | | |
| 18MAR | | 18MAR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0158609077FF | 1,182,441.58 | IMAD: 0317A1Q002BC001705<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA | | |

JP○rganChase

TS

Statement Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA    MD 21044-4098

In US Dollars

Account No:                016-001257
Statement Start Date:      16 MAR 2005
Statement End Date:        31 MAR 2005
Statement Code:            S00-USA-22
Statement No:              006

Page  3  of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances |
|---|---|---|---|---|---|---|---|
| | | | | | | | Date        Amount |

**CREDITS CONTINUED**

| | | | | | | |
|---|---|---|---|---|---|---|
| 18MAR | | 18MAR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0160313077FF | 1,277,945.24 | /053000219<br>B/O:W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK ABT=FUNDS TRANSFER FRO<br>IMAD: 0318EB3B75DIC001900<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA. MD. 21044-4098<br>REF. CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>2104-4098/AC-00000000160 RFB=O/B<br>BKAM: 031861QFGY2C000391 |
| 18MAR | | 18MAR | | USD YOUR: 6008074125200001<br>OUR: 1656200077FC | 9,977,600.17 | IMAD: 0318610FGY2C000391<br>CHIPS CREDIT<br>VIA: BANK OF AMERICA N.A.<br>/0059<br>B/P: GRACE COLLECTION INC.<br>REF: ABNF=W.R. GRACE AND CO SYRACUS<br>E-FDNG ACC COLUMBIA MD 21044-4098/A<br>C-D000000160 ORG=/6008325611 37 GR<br>ACP COLLECTION INC. OGB=/0065503605<br>64 P.O. BOX 407<br>SSN: 0095923 |
| 21MAR | | | | USD OUR: 0801977554TC | 227,905.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000021977554 EED:050321<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: RP07704<br>EFT/ACH CREATED OFFSET FOR ORIGIN#:<br>81342199  CO EFF  DATE: 05/03/21 |
| 21MAR | | 21MAR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0265408080FF | 2,354,142.71 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD |

Morgan Chase - Bank, N.A.

# JP _JorganChase

TS

## Statement ↳ Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN.
ATTN: GLENN HERNDON FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

In US Dollars

Account No:                016-001257
Statement Start Date:      16 MAR 2005
Statement End Date:        31 MAR 2005
Statement Code:            S00-USA-22
Statement No:              006

Page 4 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 21MAR | | 21MAR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0246813080FF | 3,900,771.25 | 21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0321E3B75DIC002598<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/11:27 | | |
| 22MAR | | 22MAR | | USD YOUR: SWF OF 05/03/22<br>OUR: 3242500081JS | 25,108.36 | IMAD: 0321G10FGY2C000291<br>BOOK TRANSFER CREDIT<br>B/O: KOREA EXCHANGE BANK<br>SEOUL KOREA REPUBLIC OF<br>ORG: GRACE KOREA INC<br>REF: BNF TEL.617 498 4970 INSURANCE<br>PREMIUM REBILLS/CHGS/USD20,00/ | | |
| 22MAR | | 22MAR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0129510181FF | 1,306,054.73 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/11:26 | | |
| 22MAR | | 22MAR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0125313081FF | 1,544,579.98 | IMAD: 0322G10FGY2C000313<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W.R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 23MAR | | 23MAR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0312007082FF | 1,643,345.65 | IMAD: 0322E3B75DIC001528<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W.R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098 | | |

**J.P.** ☾**organChase**

Statement ⌐⌐account

JPMorgan Cha⌐⌐ Bank, N.A.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 5 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit Amount | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 23MAR | | 23MAR | USD YOUR: O/B BKAM IL CGO OUR: 0320509082FF | 1,756,123.84 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0323E3B75D1C003228 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 |
| 23MAR | | 23MAR | USD YOUR: MAESTRO OUR: 0349608082FF | 6,100,000.00 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/15:15 IMAD: 032301QFGY2C001129 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W.R GRACE & CO - CONN COLUMBIA MD 21044-4029 |
| 24MAR | | 24MAR | USD YOUR: O/B WACHOVIA BK OUR: 0146214083FF | 1,094,239.66 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P1-S1 ML PREMIE IMAD: 0323A1D002CC001484 FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 |
| 24MAR | | 24MAR | USD YOUR: O/B BKAM IL CGO OUR: 0148108083FF | 1,228,803.88 | REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0324E3B75D1C001837 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA. MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/11:22 |

JP MorganChase

Statement of Account

.Morgan Chase Bank, N.A.

TS

W. R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W. R. GRACE & CO.-CONN ACCOUNT
ATTN: GLENN HERNDON FINANCE DEPT.
7500 GRACE DRIVE, BLDG 25
COLUMBIA    MD  21044-4098

In US Dollars

Account No:            016-001257
Statement Start Date:  16 MAR 2005
Statement End Date:    31 MAR 2005
Statement Code:        S00-USA-22
Statement No:          006

Page 6 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

### CREDITS CONTINUED

| Ledger Date | Value Date | F T | References | Credit / Debit | Description |
|---|---|---|---|---|---|
| 24MAR | 24MAR | USD | YOUR: MAESTRO OUR: 0107603083FF | 5,000,000.00 | IMAD: 0324G1QF6Y2C000445 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OB1=FUND-318-P 1-S 1 ML PREMIE IMAD: 0324A1Q02HC000146 |
| 24MAR | 24MAR | USD | YOUR: MAESTRO OUR: 0353009083FF | 11,100,000.00 | FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OB1=FUND-318-P 1-S 1 ML PREMIE IMAD: 0324A1Q02CC001281 |
| 25MAR | 25MAR | USD | YOUR: O/B BKAM IL CGO OUR: 0246203084FF | 1,047,377.18 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/13:26 IMAD: 0325G1QF6Y2C000575 |
| 25MAR | 25MAR | USD | YOUR: O/B WACHOVIA BK OUR: 0242501084FF | 1,349,386.60 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0325E3B7DIC001838 |
| 28MAR | 28MAR | USD | YOUR: O/B WACHOVIA BK OUR: 0227513087FF | 235,141.38 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 |

Morgan Chase Bank, N.A.

**JP MorganChase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

Account No:
Statement Start Date:
Statement End Date:
Statement Code:
Statement No:

In US Dollars
016-001257
16 MAR 2005
31 MAR 2005
S00-USA-22
006
Page 7 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 28MAR | 28MAR | USD YOUR: O/B WACHOVIA BK OUR: 0204001087FF | 1,312,710.23 | B/O: W R GRACE AND CO CONN COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK BBI=/TIME/13:44 IMAD: 0328E3B75D2C001450 |
| 28MAR | 28MAR | USD YOUR: O/B BKAM IL CGO OUR: 0080802087FF | 2,963,437.90 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0328E3B75DIC002003 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B BKAM IL CGO BBI=/TIME/10:34 IMAD: 032G91QFGY2C000228 |
| 29MAR | 29MAR | USD YOUR: O/B WACHOVIA BK OUR: 0174002088FF | 1,810,225.01 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0328E3B75DIC002437 |
| 29MAR | 29MAR | USD YOUR: O/B BKAM IL CGO OUR: 0174003088FF | 1,888,460.86 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD |

Morgan Chase - Bank, N.A

**J.P. MorganChase**

Ts

**Statement c~account**

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 8 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29MAR | | 29MAR | USD | YOUR: MAESTRO OUR: 040810308BFF | 6,000,000.00 | 21044-4098/AC-00000000160 RFB=0/B BKAM IL CGO BBI=/TIME/11:56 IMAD: 0329G1QFG9Y2C000475 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0329A1Q002DC001639 | | |
| 30MAR | | 30MAR | USD | YOUR: 0/B BKAM IL CGO OUR: 0261101089FF | 1,977,696.25 | FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B BKAM IL CGO BBI=/TIME/13:23 IMAD: 0330G1QFG9Y2C001287 | | |
| 30MAR | | 30MAR | USD | YOUR: 0/B WACHOVIA BK OUR: 0296601089FF | 2,332,901.39 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0330E3B75DIC003903 | | |
| 30MAR | | 30MAR | USD | YOUR: 0/B WACHOVIA BK OUR: 0289508089FF | 10,000,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /053000219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0330E3B75DIC003892 | | |

morgan Chase Bank, N A

# JP MorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. – CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

In US Dollars

Account No:          016-001257
Statement Start Date:  16 MAR 2005
Statement End Date:    31 MAR 2005
Statement Code:       S00-USA-22
Statement No:         006

Page 9 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **CREDITS CONTINUED** | | | | | | | | |
| 31MAR | | 31MAR | USD | YOUR: 05033140072T OUR: 0404401090FF | 2,378.64 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /051201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=050 33140072I OBI=STOCK OPTION EXERCISE IMAD: 0331E3B75DAC004674 | | |
| 31MAR | | 31MAR | USD | YOUR: 05033140072З OUR: 041220509OFF | 2,400.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /051201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=050 33140072З OBI=REF STOCK OPTION EXER IMAD: 0331E3B75DAC004685 | | |
| 31MAR | | 31MAR | USD | YOUR: CAP OF 05/03/31 OUR: 1089100090J0 | 67,510.30 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I COLUMBIA MD 21044-4098 | | |
| 31MAR | | 31MAR | USD | YOUR: O/B WACHOVIA BK OUR: 0274913090FF | 989,893.22 | FEDWIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA /05300219 B/O: W R GRACE & CO-CONN COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-00000000160 RFB=0/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0331E3B75D1C005936 | | |
| 31MAR | | 31MAR | USD | YOUR: CAP OF 05/03/31 OUR: 1089200090J0 | 1,225,308.05 | BOOK TRANSFER CREDIT B/O: GRACE INTERNATIONAL HOLDINGS,I COLUMBIA MD 21044-4098 | | |
| 31MAR | | 31MAR | USD | YOUR: CAP OF 05/03/31 OUR: 0901900090J0 | 1,847,514.70 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 REF: FUNDS MOVEMENT FROM GRACE DE T O GRACE CONN | | |
| 31MAR | | 31MAR | USD | YOUR: CAP OF 05/03/31 OUR: 0959200090J0 | 2,287,677.20 | BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 | | |

Morgan Chase Bank. N.A.

# JP Morgan Chase

## Statement Account

TS

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD  21044-4098

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 10 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 31MAR | | | | USD YOUR: O/B BKAM IL C00 OUR: 0274801090FF | REF: FUNDS MOVEMENT FROM GRACE DE T O GRACE CONN FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO -CONN. COLUMBIA. MD 21044-4098 REF. CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=0/B BKAM IL C0 BBI=/TIME/12:22 | 2,320,761.55 | | |
| 31MAR | | | | USD YOUR: 6283090807280201 OUR: 4173300090FC | IMAD: 0331B1QFGY2C000770 CHIPS CREDIT VIA: BANK OF AMERICA N.A. /0959 B/O: W R GRACE-DIP 7500 GRACE DR REF: NNN=W.R. GRACE AND CO SYRACUS E FDNG ACC COLUMBIA MD 21044-4098/A C-000000000160 ORG=/000618017 7500 GRACE DR OGB=/006550305831 1850 GA | 4,599,967.08 | | |
| 31MAR | | | | USD YOUR: CAP OF 05/03/31 OUR: 0901800090J0 | SSN: 0239070 BOOK TRANSFER CREDIT B/O: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 REF: FUNDS MOVEMENT FROM GRACE DE T | 19,000,000.00 | | |
| 31MAR | | | | USD YOUR: MAESTRO OUR: 0090702090FF | O GRACE CONN FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0331A1Q002BC000054 | 25,000,000.00 | | |

## DEBITS

| 16MAR | | | | USD OUR: 0015110114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319705 | 12,288.18 | | |
| 16MAR | | | | USD OUR: 0031190114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 | 13,906.23 | | |

Morgan Chase Bank, N.A.

**JP Morgan Chase**

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| | In US Dollars | |
|---|---|---|
| Account No: | 016-001257 | |
| Statement Start Date: | 16 MAR 2005 | |
| Statement End Date: | 31 MAR 2005 | |
| Statement Code: | S00-USA-22 | |
| Statement No: | 006 | |
| | Page 11 of 20 | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 16MAR | | | | | | **DEBITS CONTINUED** | | |
| 16MAR | | 16MAR | | USD YOUR: NONREF OUR: 2645500075J0 | 1,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332373S NO WR G RACE & CO.- CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0316B1QGC08C004885 | | |
| 16MAR | | | | USD YOUR: NONREF OUR: 2645600075J0 | 2,200,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0316B1QGC06C004928 | | |
| 17MAR | | | | USD OUR: 0032450114XF | 4,532.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238196S | | |
| 17MAR | | | | USD OUR: 0015750114XF | 9,071.03 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231966705 | | |
| 17MAR | | | | USD YOUR: NONREF OUR: 2239340076J0 | 61,530.00 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: ACHABAAEE2X AS HANSAPANK BEN: AS SILMET REF: GRACE DAVISON PAYMENTS INV 590 423 590424 590425 SSN: 025763 3 | | |
| 17MAR | | | | USD YOUR: NONREF OUR: 2350700076J0 | 184,567.60 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 3 17 20 05 SSN: 0260754 | | |
| 17MAR | | | | USD YOUR: NONREF OUR: 2412300076J0 | 8,900,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO.- CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0317B1QGC08C004542 | | |

morgan Chase Bank, N.A.

**JP MorganChase**

TS

**Statement of Account**

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: 500-USA-22
Statement No: 006

Page 12 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| *DEBITS CONTINUED* | | | | | | | | |
| 18MAR | | | USD | OUR: 0032490114XF | 114.22 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388I963 | | |
| 18MAR | | | USD | OUR: 0015610114XF | 2,611.51 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00035219605 | | |
| 18MAR | | 18MAR | USD | YOUR: ACH OF 05/03/18 OUR: 061980007HP | 227,905.00 | BOOK TRANSFER DEBIT A/C: CB/EFTS PRE-FUNDING CLEARING A TAMPA FL 33634- | | |
| 18MAR | | 18MAR | USD | YOUR: NONREF OUR: 2377200077J0 | 2,300,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0318B1QGC04C004168 | | |
| 18MAR | | 18MAR | USD | YOUR: NONREF OUR: 2377300077J0 | 4,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0318B1QGC02C004226 | | |
| 18MAR | | 18MAR | USD | YOUR: NONREF OUR: 2377100077J0 | 5,352,933.25 | FEDWIRE DEBIT VIA: BK NOVA SCOTIA NYC /026002532 A/C: THE BANK OF NOVA SCOTIA TRANSIT 24042 BEN: GRACE CANADA, INC. MONEY MOBILIZATION DIVISION REF: W.R GRACE - VALLEYFIELD SETTLE MENT ATTN: PIERRE LEBOURDAIS IMAD: 0318B1QGC07C004247 | | |
| 21MAR | | | USD | OUR: 0802113770TC | 26.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050321 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022113770 EED:050321 IND ID:SC950S06836 IND NAME:STATE OF ALABAMA | | |
| 21MAR | | | USD | OUR: 0802113769TC | 152.00 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:9016001257 DESC DATE:050321 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022113769 EED:050321 | | |

**J.P.MorganChase**

TS

Statement of Account

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 13 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | | | | References | Credit / Debit | Description |
|---|---|---|---|---|---|---|
| 21MAR | | | | USD OUR: 0802113775TC | 560.00 | IND ID:SS6800 01727<br>IND NAME:STATE OF ALABAMA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113775 EED:050321<br>IND ID:057671 |
| 21MAR | | | | USD OUR: 0802113773TC | 1,033.00 | IND NAME:STATE OF KENTUCKY<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113773 EED:050321<br>IND ID:03188132 |
| 21MAR | | | | USD OUR: 0802113777TC | 1,801.00 | IND NAME:STATE OF ILLINOIS<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113777 EED:050321<br>IND ID:00929750 |
| 21MAR | | | | USD OUR: 0802113774TC | 1,863.00 | IND NAME:STATE OF MARYLAND<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113774 EED:050321<br>IND ID:0010486660007 |
| 21MAR | | | | USD OUR: 0802113779TC | 3,159.00 | IND NAME:STATE OF INDIANA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113779 EED:050321<br>IND ID:874820006 |
| 21MAR | | | | USD OUR: 0802113778TC | 4,361.00 | IND NAME:STATE OF MINNESOTA<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113778 EED:050321<br>IND ID:13511022114230<br>IND NAME:MASS DEPT OF REVENUE |

morgan Chase Bank, N.A.

Morgan Chase Bank, N.A.

**JPMorganChase**

## Statement of Account

Ts

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 MAR 2005 |
| Statement End Date: | 31 MAR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 006 |

Page 14 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 21MAR | | | | USD OUR: 0802113781TC | 5,349.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113781 EED:050321<br>IND ID:123511142307<br>IND NAME:STATE OF TEXAS | | |
| 21MAR | | | | USD OUR: 0802113782TC | 6,185.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113782 EED:050321<br>IND ID:40901381O | | |
| 21MAR | | | | USD OUR: 0802113780TC | 6,395.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113780 EED:050321<br>IND ID:995289935<br>IND NAME:STATE OF WASHINGTON | | |
| 21MAR | | | | USD OUR: 0015370114XF | 8,970.00 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003523196705<br>IND NAME:STATE OF PENNSYLVANIA | | |
| 21MAR | | | | USD OUR: 0031610114XF | 10,540.84 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003523881963 | | |
| 21MAR | | | | USD OUR: 0802113783TC | 10,870.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113783 EED:050321<br>IND ID:666068 | | |
| 21MAR | | | | USD OUR: 0802113772TC | 33,709.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113772 EED:050321<br>IND ID:080002316<br>IND NAME:STATE OF UTAH | | |
| 21MAR | | | | USD OUR: 0802113776TC | 46,678.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050321<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000022113776 EED:050321<br>IND NAME:STATE OF FLORIDA | | |

JP Morgan Chase

Morgan Chase Bank, N.A.

TS

## Statement of Account

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 MAR 2005 |
| Statement End Date: | 31 MAR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 006 |

Page 15 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | References | Credit / Debit | Description |
|---|---|---|---|
| 21MAR | USD OUR: 0802113771TC | 105,764.00 | IND ID:6016356000 INB NAME:LA DEPT. OF REVENUE ELECTRONIC FUNDS TRANSFER ORIG CO NAME:COMPANYID ORIG ID:901601257 DESC DATE:050321 CO ENTRY DESCR:TAXEPAYMNTSEC:CCD TRACE#:021000022113771 EED:050321 IND ID:9003B849 |
| 21MAR | USD YOUR: NONREF OUR: 3310200080JO | 1,800,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0321B1Q6C08C005797 |
| 21MAR | USD YOUR: NONREF OUR: 3310300080JO | 4,500,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0321B1QGC03C005778 |
| 22MAR | USD OUR: 0014350114XF | 5,374.63 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319 6705 |
| 22MAR | USD YOUR: NONREF OUR: 3442800081JO | 300,000.00 | FEDWIRE DEBIT VIA: BKAM IL CGO /071000039 A/C: ALLTECH ASSOCIATES REF: LOAN ADVANCE ON 5 MM LOAN IMAD: 0322B1QGC07C004623 |
| 22MAR | USD YOUR: NONREF OUR: 3411600081JO | 1,100,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0322B1QGC01C004516 |
| 22MAR | USD YOUR: NONREF OUR: 3411700081JO | 1,400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN |

Morgan Chase Bank, N.A.

# JP Morgan Chase

## Statement - Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 16 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| | | | | | | REF: W.R GRACE PAYMENT FOR CONTROLL ED.DISBURSEMENT ACCOUNTS | | |
|---|---|---|---|---|---|---|---|---|
| 23MAR | | | | USD OUR: 0014990114XF | | IMAD: 0322B1QGC08C004594 | | |
| 23MAR | | | | USD YOUR: NONREF OUR: 2394200082J0 | 6,098.46 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231967O5 CHIPS DEBIT VIA: CITIBANK /0008 | | |
| 23MAR | | | | USD YOUR: NONREF OUR: 2394100082J0 | 18,612.10 | A/C: SPECTERA, INC. SSN: 0267063 BOOK TRANSFER DEBIT A/C: 022430680 | | |
| 23MAR | | | | USD YOUR: NONREF OUR: 2545800082J0 | 332,191.36 | REF: /BNF/ATTN: W.R. GRACE & CO. - 2945MAR 2005 SUP LIFE PREM LTD PRE M US VGA PREM INSURED PREM DENTAL A NDS ID FEE FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 | | |
| 23MAR | | | | | 9,200,000.00 | A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED.DISBURSEMENT ACCOUNTS IMAD: 0323B1QGC07C004466 | | |
| 24MAR | | | | USD OUR: 0031530114XF | | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003238819G3 | | |
| 24MAR | | | | USD OUR: 0015130114XF | 441.33 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670S | | |
| 24MAR | | | | USD YOUR: NONREF OUR: 2025800083J0 | 11,443.55 | BOOK TRANSFER DEBIT A/C: SINGER & FRIEDLANDER LTD LONDON UNITED KINGDOM EC2M--4HR | | |
| 24MAR | | | | USD YOUR: NONREF OUR: 2025900083J0 | 175,399.18 | REF: /BNF/GRACE DAVISON PAYMENT OF INVOICES REF A&M MINERALS LTD FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC /021001033 | | |
| 24MAR | | | | USD YOUR: NONREF OUR: 1888700083J0 | 1,436,053.97 | A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WE 0308 05 IMAD: 0324B1QGC02C003687 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN | | |
| 24MAR | | | | | 5,000,000.00 | | | |

**JP JorganChase**

Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 17 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

24MAR   USD   YOUR: NONREF   OUR: 2115100083J0   5,000,000.00
REF: W.R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0324B1QGC08C003629
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN

24MAR   USD   YOUR: NONREF   OUR: 2115200083J0   5,000,000.00
REF: W.R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0324B1QGC01C004270
FEDWIRE DEBIT
VIA: WACHOVIA BK NA NC
/053000219
A/C: W.R. GRACE & CO. - CONN
REF: W.R GRACE PAYMENT FOR CONTROLL
ED DISBURSEMENT ACCOUNTS
IMAD: 0324B1QGC02C004110

25MAR   USD   OUR: 0029190114XF   3,161.13
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003258B1963

25MAR   USD   OUR: 0013890114XF   12,994.55
AUTOMATIC DOLLAR/FLOAT TRANSFER
TO ACCOUNT 0003231967O5

25MAR   USD   YOUR: NONREF   OUR: 1384500084J0   21,671.29
FEDWIRE DEBIT
VIA: CENTIER WHITING
/071192878
A/C: NATIONAL BOND AND TRUST
REF: ATTN: CAROL HIGHSMITH
IMAD: 0325B1QGC01C002549

25MAR   USD   YOUR: NONREF   OUR: 1262500084J0   100,000.00
BOOK TRANSFER DEBIT
A/C: W R GRACE & CO
COLUMBIA MD 21044-4098
REF: CHASE MEDICAL ACCT FUNDING

25MAR   USD   YOUR: NONREF   OUR: 0473900084J0   200,000.00
FEDWIRE DEBIT
VIA: BKAM IL CGO
/071000039
A/C: ALLTECH ASSOC
REF: LOAN ADVANCE ON 5 MM LOAN
IMAD: 0325B1QGC07C001438

25MAR   USD   YOUR: NONREF   OUR: 1262400084J0   632,863.85
FEDWIRE DEBIT
VIA: BK NOVA SCOTIA NYC
/026002532
A/C: THE BANK OF NOVA SCOTIA
MISSISSAUGA, ONTARIO CANADA TRANSIT
BEN: GRACE CANADA, INC
MONEY MOBILIZATION DIVISION

JPMorganChase

Statement of Account

JPMorgan Chase Bank, N.A.

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD  21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 18 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| **DEBITS CONTINUED** | | | | | | | | |
| 28MAR | | | | USD OUR: 0016890114XF | 7,612.93 | REF: ATTN: PIERRE LEBOURDAIS IMAD: 0325B1Q6C06C002376 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231 96705 | | |
| 28MAR | | | | USD OUR: 0036270114XF | 52,005.18 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032 3881963 | | |
| 28MAR | | | | USD YOUR: NONREF OUR: 2362900087JO | 375,577.74 | FEDWIRE DEBIT VIA: NORTHERN CHGO /071000152 A/C: W.R GRACE & CO. RETIREMENT PLA REF: ATTN: MR. BRUCE HENIKEN SUPPLE MENTAL PAYMENT FOR APRIL 2005/TIME/ 15:29 | | |
| 28MAR | | | | USD YOUR: NONREF OUR: 2362700087JO | 2,700,000.00 | IMAD: 0328B1Q6C01C003906 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS | | |
| 28MAR | | | | USD YOUR: NONREF OUR: 2362800087JO | 4,600,000.00 | IMAD: 0328B1Q6C06C003966 FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) | | |
| 29MAR | | | | USD OUR: 0014630114XF | 6,759.41 | IMAD: 0329B1Q6C03C003905 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 0003231 96705 | | |
| 29MAR | | | | USD OUR: 0030150114XF | 42,187.44 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032 3881963 | | |
| 29MAR | | | | USD YOUR: NONREF OUR: 2318600088JO | 4,600,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R. GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS | | |
| 29MAR | | | | USD YOUR: NONREF OUR: 2318500088JO | 5,000,000.00 | IMAD: 0329B1Q6C03C005223 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN | | |

**JP JorganChase**

TS

Statement ∪ Account

In US Dollars

Account No: 016-001257
Statement Start Date: 16 MAR 2005
Statement End Date: 31 MAR 2005
Statement Code: S00-USA-22
Statement No: 006

Page 19 of 20

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date Closing Balance | Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 30MAR | | USD OUR: 0031790114XF | 5,897.23 | REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0329B1QGC08C005579 AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032388196 |
| 30MAR | | USD OUR: 0015590114XF | 7,351.16 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670 |
| 30MAR | 30MAR | USD YOUR: NONREF OUR: 3380400089J0 | 18,266.12 | BOOK TRANSFER DEBIT A/C: BANCO NACIONAL DE MEXICO MEXICO DF MEXICO 1156 - REF: ATTN ANTONIO CAMARENA |
| 30MAR | 30MAR | USD YOUR: NONREF OUR: 3226800089J0 | 2,400,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /05300219 A/C: W.R. GRACE & CO.- CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0330B1QGC06C006018 |
| 30MAR | 30MAR | USD YOUR: NONREF OUR: 3226700089J0 | 11,900,000.00 | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 3323735 NO WR G RACE & CO.- CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0330B1QGC02C006281 |
| 31MAR | | USD YOUR: NONREF OUR: 0901050090J0 | 1,853.36 | BOOK TRANSFER DEBIT A/C: W R GRACE & CO (DELAWARE) COLUMBIA MD 21044-4098 |
| 31MAR | | USD OUR: 0015890114XF | 6,887.48 | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032319670 |
| 31MAR | | USD YOUR: NONREF OUR: 2769200090J0 | 208,948.55 | CHIPS DEBIT VIA: DEUTSCHE BANK TRUST CO AMERICA /0103 A/C: FPRS DEPOSITORY REF: FFC TO PLAN 89994 W.R. GRACE & CO. ATTN: FPRS WEEK ENDING 3-2-0-0 5 HOURLY SSN: 0342689 |
| 31MAR | | USD YOUR: NONREF OUR: 0868300090J0 | 1,272,700.00 | FEDWIRE DEBIT VIA: BK AMER NYC /026009593 A/C: BANK OF AMERICA REF: FX NET SETTLEMENT WR GRACE AND |

JP JorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 16 MAR 2005 |
| Statement End Date: | 31 MAR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 006 |

Page 20 of 20

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 31MAR | | USD | YOUR: NONREF<br>OUR: 0901700090J0 | CC CONN HEDGE CONTRACT<br>IMAD: 0331B10GC02C003298 | 1,847,514.70 | |
| 31MAR | | USD | YOUR: NONREF<br>OUR: 2769300090J0 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO (DELAWARE)<br>COLUMBIA MD 21044-4098<br>FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219 | 5,800,000.00 | |
| 31MAR | | USD | YOUR: NONREF<br>OUR: 0901600090J0 | A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ER DISBURSEMENT ACCOUNTS<br>IMAD: 0331B1QGC06C006684<br>BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO (DELAWARE)<br>COLUMBIA MD 21044-4098 | 19,000,000.00 | |
| 31MAR | | USD | YOUR: NONREF<br>OUR: 2769400090J0 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REC: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0331B1QGC97C007303 | 29,200,000.00 | |

## CHECKS

*No Activity*

Morgan Chase Bank, N.A.

JP Morgan Chase

Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

JPMorgan Chase Bank, N.A.

JPMorgan ('| e Bank N.A

# JPMorganChase

## Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005

Page 1 of 18

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 49 | 119,279,469.44 |
| Total Debits (incl. checks) | 57 | 118,609,743.28 |
| Total Checks Paid | 0 | 0.00 |

### BALANCES

| | Opening (01 MAR 2005) | Closing (15 MAR 2005) |
|---|---|---|
| Ledger | 1,230,822.42 | Ledger 561,096.26 1,230,822.42 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

### LEDGER BALANCES

| Date | Amount |
|---|---|
| 01MAR | 778,615.26 |
| 02MAR | 303,457.90 |
| 03MAR | 374,250.69 |
| 04MAR | 428,675.06 |
| 07MAR | 451,108.98 |
| 08MAR | 490,425.88 |
| 09MAR | 451,707.04 |
| 10MAR | 444,896.51 |
| 11MAR | 202,414.71 |
| 14MAR | 273,354.00 |
| 15MAR | 1,230,822.42 |

### CREDITS

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit/Debit | Description |
|---|---|---|---|---|---|---|
| 01MAR | | 01MAR | | USD YOUR: 05030140879<br>OUR: 052780306 0FF | 80,305.73 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 30140879 OBI=STOCK OPTION EXERCISE IMAD: 0301E3B75DAC005290 |
| 01MAR | | 01MAR | | USD YOUR: 05030140877<br>OUR: 0531607060FF | 489,066.09 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 30140877 OBI=REF STOCK OPTION EXER IMAD: 0301E3B75DAC005270 |
| 01MAR | | | | USD OUR: 0606422994TC | 691,102.97 | ELECTRONIC FUNDS TRANSFER ORIG CO NAME:BENEFIT PYMTS ORIG ID:9186063000 DESC DATE: CO ENTRY DESCR:DED PMT SEC:PPD TRACE#:02100002642299 4 EED:050301 IND ID: 4912ACH A IND NAME:W R GRACE 0207-3001 |

FT CODE:
USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS THE ACCOUNT HOLDER IS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

# JP MorganChase

## Statement of Account

In US Dollars

TS

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005

Page 2 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

morgan , bank, N A

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Credit / Debit | Description | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

01MAR

01MAR USD YOUR: O/B WACHOVIA BK
OUR: 0389714060FF

1,949,678.65

FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0301E3B75D1C004440

01MAR

01MAR USD YOUR: O/B BKAM IL CGO
OUR: 0217109060FF

2,008,836.70

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL CGO BBI=/TIME/11:29
IMAD: 0301G1QFGV2C000439

02MAR

02MAR USD YOUR: 05030240083 2
OUR: 0363108061FF

15,323.98

FEDWIRE CREDIT
VIA: WACHOVIA BANK NA
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=050
30240083 2 OBI=STOCK OPTION EXERCISE
IMAD: 0302E3B75DAC004401

02MAR

02MAR USD YOUR: 05030240083 3
OUR: 0376714061FF

95,075.11

FEDWIRE CREDIT
VIA: WACHOVIA BANK NA
/031201467
B/O: EMPLOYEE SHAREHOLDER SERVICES
PHILADELPHIA PA-1328
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=050
30240083 3 OBI=REF STOCK OPTION EXER
IMAD: 0302E3B75DAC004412

02MAR

02MAR USD YOUR: O/B WACHOVIA BK
OUR: 0262607061FF

1,131,474.91

FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA
/053000219
B/O: W R GRACE & CO-CONN

JP Morgan Chase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA    MD 21044-4098

In US Dollars

Account No:                016-001257
Statement Start Date:      01 MAR 2005
Statement End Date:        15 MAR 2005
Statement Code:            S00-USA-22
Statement No:              005

Page 3 of 18

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balance / Amount |
|---|---|---|---|---|---|---|---|---|

CREDITS CONTINUED

| 02MAR | | | | USD YOUR: O/B BKAM IL CG0<br>OUR: 02491O2061FF | 3,702,419.63 | COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0302E23B75D1C002523<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CG0 BBI=/TIME/13.54 | | |
| 03MAR | | | | USD YOUR: 05030400719<br>OUR: 0355402062FF | 20,613.70 | IMAD: 0302G1QFGY2C000876<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=050<br>30340719 OBI=STOCK OPTION EXERCISE | | |
| 03MAR | | | | USD YOUR: 05030400724<br>OUR: 0357407062FF | 102,363.56 | IMAD: 0303E3B75DAC003981<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=050<br>30340724 OBI=REF STOCK OPTION EXER | | |
| 03MAR | | | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0152813062FF | 1,105,241.40 | IMAD: 0303E3B75DAC003984<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B | | |

JPMorgan Chase Bank, N.A.

JP MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON - FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| | 016-001257 |
| Account No: | 01 MAR 2005 |
| Statement Start Date: | 15 MAR 2005 |
| Statement End Date: | S00-USA-22 |
| Statement Code: | 005 |
| Statement No: | Page 4 of 18 |

JPMorgan C'  e Bank, N.A

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit/Debit | Closing Balances Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 03MAR | | | | 03MAR USD YOUR: O/B BKAM IL CGO OUR: 015421306ZFF | WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0303ESB75DIC001513 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA, MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=O/B | 1,855,899.72 | |
| 03MAR | | | | 03MAR USD YOUR: MAESTRO OUR: 035821406ZFF | IMAD: 0303G6Y2C000584 FEDWIRE CREDIT VIA: STATE STREET BANK & TRUST COMP /011000028 B/O: W R GRACE & CO - CONN COLUMBIA MD 21044-4029 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=MAE STRO OBI=FUND-318-P 1-S 1 ML PREMIE IMAD: 0303A1Q002BC001278 | 2,000,000.00 | |
| 04MAR | | | | 04MAR USD YOUR: 05030440086 OUR: 038371406ZFF | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 30440865 OBI=STOCK OPTION EXERCISE IMAD: 0304E3B75DAC004620 | 23,870.34 | |
| 04MAR | | | | 04MAR USD YOUR: 05030440869 OUR: 038080706ZFF | FEDWIRE CREDIT VIA: WACHOVIA BANK NA /031201467 B/O: EMPLOYEE SHAREHOLDER SERVICES PHILADELPHIA PA-1328 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-000000000160 RFB=050 30440869 OBI=REF STOCK OPTION EXER IMAD: 0304E3B75DAC004624 | 117,947.97 | |
| 04MAR | | | | 04MAR USD YOUR: O/B WACHOVIA BK OUR: 018321306ZFF | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA | 134,008.08 | |

JP MorganChase

Statement of Account

JPMorgan Ci   e Bank, N.A

TS

Account No:          018-001257
Statement Start Date:   01 MAR 2005
Statement End Date:   15 MAR 2005
Statement Code:      S00-USA-22
Statement No:        005

In US Dollars

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.
ATTN: GLENN HERNDON FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Running Balance | Amount |
|---|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04MAR | | 04MAR | | USD YOUR: O/B BKAM IL CGO<br>OUR: 0345113063FF | 1,331,968.79 | /063000021<br>B/O: W R GRACE AND CO CONN<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK BBI=/TIME/12:24<br>IMAD: 0304E3B75D2CC001197 | | | |
| 04MAR | | 04MAR | | USD YOUR: O/B WACHOVIA BK<br>OUR: 0150307063FF | 3,363,466.95 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>BKAM IL CGO BBI=/TIME/15:34<br>IMAD: 0304Q1QFGW2CC001113 | | | |
| 07MAR | | 07MAR | | USD YOUR: 05030740833<br>OUR: 0389403066FF | 28,168.03 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0304E3B75D1CC02025<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=050<br>30740833 OBI=STOCK OPTION EXERCISE<br>IMAD: 0307E3B75DAC004191 | | | |
| 07MAR | | 07MAR | | USD YOUR: 05030740835<br>OUR: 0399509066FF | 151,310.34 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A | | | |

JP MorganChase

Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005

Page 6 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA   MD  21044-4098

JPMorgan Cl   e Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 07MAR | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0233407066FF | ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=050<br>307400855 OBI=REF STOCK OPTION EXER<br>IMAD: 0307E3B75DAC004193<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | 1,947,433.11 | | |
| 07MAR | | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0233803066FF | IMAD: 0307E3B75D1C002616<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/13.09 | 2,613,888.53 | | |
| 08MAR | | | | USD OUR: 067388360ZTC | IMAD: 0307G1Q1GVYZC000474<br>ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:OFFSET<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000023883602 EED:050308<br>IND ID:9016001257<br>IND NAME:EFT FILE NAME: RP06606<br>EFT/ACH CREATED OFFSET FOR ORIGIN#: | 2,000.00 | | |
| 08MAR | | | | USD YOUR: 05030840O646<br>OUR: 0291009067FF | 81343Z199   CO  EFF  DATE: 05/03/08<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=050<br>308400646 OBI=STOCK OPTION EXERCISE<br>IMAD: 0308E3B75DAC003524 | 17,634.96 | | |

**J.P.MorganChase** e Bank, N.A.

## Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005

Page 7 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA  MD 21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F | T | References | Credit / Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

| 08MAR | | 08MAR | USD | | YOUR: 05030840649<br>OUR: 0295408067FF | 71,201.12 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/053I201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=050<br>308400649 OBI=REF STOCK OPTION EXER<br>IMAD: 0308E3B75DAC003528 | | |
| 08MAR | | 08MAR | USD | | YOUR: O/B BKAM IL CGO<br>OUR: 0131002067FF | 1,619,917.11 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CGO BBI=TIME/11:37<br>IMAD: 0308GIQFGY2C000364 | | |
| 08MAR | | 08MAR | USD | | YOUR: O/B WACHOVIA BK<br>OUR: 0134502067FF | 2,265,206.87 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC,NA<br>/05300219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO<br>IMAD: 0308E3B75D1C001550 | | |
| 08MAR | | 08MAR | USD | | YOUR: O/B BKAM IL CGO<br>OUR: 0129813067FF | 3,302,794.00 | FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: ADVANCED REFINING TECHNOLOGIES<br>COLUMBIA, MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=O/B<br>BKAM IL CGO OBI=PARTIAL LOAN REPAY<br>IMAD: 0308GIQFGY2C000350 | | |
| 08MAR | | 08MAR | USD | | YOUR: MAESTRO<br>OUR: 0112907067FF | 50,000,000.00 | FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN | | |

JP/MorganChase

Statement of Account

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| | 016-001257 |
| Account No: | 01 MAR 2005 |
| Statement Start Date: | 15 MAR 2005 |
| Statement End Date: | S00-USA-22 |
| Statement Code: | 005 |
| Statement No: | Page 8 of 18 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit / (Credit) | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 09MAR | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0274902068FF | 1,017,082.12 | COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE<br>IMAD: 0308A1Q002BC000299<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>WACHOVIA BK OBI=FUNDS TRANSFER FRO | | |
| 09MAR | | | | USD YOUR: 0/B BKAM IL CGO<br>OUR: 0266108068FF | 2,076,351.53 | IMAD: 0309E3B75D1C003150<br>FEDWIRE CREDIT<br>VIA: BANK OF AMERICA<br>/071000039<br>B/O: W.R. GRACE & CO.-CONN.<br>COLUMBIA. MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B<br>BKAM IL CGO BBI=/TIME/14:36 | | |
| 09MAR | | | | USD YOUR: MAESTRO<br>OUR: 0351901068FF | 9,000,000.00 | BKAM IL CGO BBI=/TIME/14:36<br>IMAD: 0309G1QFGY2C000931<br>FEDWIRE CREDIT<br>VIA: STATE STREET BANK & TRUST COMP<br>/011000028<br>B/O: W R GRACE & CO - CONN<br>COLUMBIA MD 21044-4029<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=MAE<br>STRO OBI=FUND-318-P 1-S 1 ML PREMIE | | |
| 10MAR | | | | USD YOUR: 0/B WACHOVIA BK<br>OUR: 0190513069FF | 735,419.38 | IMAD: 0309A1Q002CCC01425<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK BANK OF NC, NA<br>/053000219<br>B/O: W R GRACE & CO-CONN<br>COLUMBIA MD 21044-4098<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-00000000160 RFB=0/B | | |

# JPMorganChase

JPMorgan C... e Bank, N.A.

## Statement of Account

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars

| | |
|---|---|
| | 016-001257 |
| Account No: | 01 MAR 2005 |
| Statement Start Date: | 15 MAR 2005 |
| Statement End Date: | S00-USA-22 |
| Statement Code: | 005 |
| Statement No: | Page 9 of 18 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Description | Credit / Debit | Closing Balance Date Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10MAR | | 10MAR | USD | YOUR: O/B BKAM IL CGO
OUR: 0137801069FF | WACHOVIA BK OBI=FUNDS TRANSFER FRO
FMO: 0310E3B75D1C002007
FEDWIRE CREDIT
VIA: BANK OF AMERICA
/021000039
B/O-W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FBNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL CGO BBI=/TIME/11:54
FMO: 0310J05JQFG2C00678 | 973,246.58 | |
| 10MAR | | 10MAR | USD | YOUR: MAESTRO
OUR: 0430214069FF | FEDWIRE CREDIT
VIA: STATE STREET BANK & TRUST COMP
0110J0028
B/O-W R GRACE & CO - CONN
COLUMBIA MD 21044-4029
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FBNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=MME
STRO SDI=FUND-JEB-P 0090160 1 ML PREMIE | 10,660,490.00 | |
| 11MAR | | 11MAR | USD | YOUR: O/B BKAM IL CGO
OUR: 0341601070FF | FEDWIRE CREDIT
IMB: 0310A1Q002HC001733
VIA: WACHOVIA BANK NA OF FLORIDA
/063000021
B/O-W R GRACE AND CO CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
WACHOVIA BK BBI=/TIME/15:36
IMAD: 0311E3B75D2C002470 | 123,986.17 | |
| 11MAR | | 11MAR | USD | YOUR: O/B BKAM IL CGO
OUR: 0342014070FF | FEDWIRE CREDIT
VIA: BANK OF AMERICA
/021000039
B/O-W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=O/B
BKAM IL CGO BBI=/TIME/15:20
IMAD: 0311G1QFGY2C001057 | 1,229,382.88 | |
| 11MAR | | 11MAR | USD | YOUR: O/B WACHOVIA BK
OUR: 0336108070FF | FEDWIRE CREDIT
VIA: WACHOVIA BANK OF NC,NA | 1,314,763.24 | |

JPMorganChase

**Statement of Account**

JPMorgan C⟋ e Bank, N.A

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.-CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE- BLDG 25
COLUMBIA MD 21044-4098

TS

In US Dollars

Account No: 018-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005

Page 10 of 18

| Ledger Date | Adj Ledger Date | Value Date | F/I | References | Credit | Debit | Description | Closing Balance Date | Amount |
|---|---|---|---|---|---|---|---|---|---|

**CREDITS CONTINUED**

/053000219
B/O: W.R. GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0311E3B75D1C003883
ELECTRONIC FUNDS TRANSFER
ORIG ID.9016001257 DESC DATE:OFFSET
ORIG CO NAME:COMPANYID
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000029488221 EED:050314
IND ID:9016001257
IND NAME:EFT FILE NAME: RP0700D
EFT/ACH CREATED OFFSET FOR ORIGIN#:

14MAR   USD OUR: 0739498221TC   300,000.00

813432199 CO EFF DATE: 05/03/14
FEDWIRE CREDIT
VIA:WACHOVIA BANK BANK OF NC,NA
/053000219
B/O: W.R. GRACE & CO-CONN
COLUMBIA MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
WACHOVIA BK OBI=FUNDS TRANSFER FRO
IMAD: 0314E3B75D1C001298

14MAR   USD YOUR: 0/B WACHOVIA BK   1,090,480.54
        OUR: 0133102073FF

FEDWIRE CREDIT
VIA: BANK OF AMERICA
/071000039
B/O: W.R. GRACE & CO.-CONN.
COLUMBIA, MD 21044-4098
REF: CHASE NYC/CTR/BNF=W.R. GRACE A
ND CO SYRACUSE FDNG ACC COLUMBIA MD
21044-4098/AC-000000000160 RFB=0/B
BKAM IL CGO BBI=/TIME/11:06
IMAD: 0314G1QFG9Y2C000446

14MAR   USD YOUR: 0/B BKAM IL CGO   3,182,667.40
        OUR: 0145213073FF

ELECTRONIC FUNDS TRANSFER
ORIG ID.9016001257 DESC DATE:OFFSET
ORIG CO NAME:COMPANYID
CO ENTRY DESCR:TAXEPAYMNTSEC:CCD
TRACE#:021000028391296 EED:050315
IND ID:9016001257
IND NAME:EFT FILE NAME: RP07309

15MAR   USD OUR: 0748591296TC   17,667.00

JPMorgan C:      e Bank, N.A

**JPMorganChase**

**Statement of Account**

TS

In US Dollars

| | |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 MAR 2005 |
| Statement End Date: | 15 MAR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 005 |

Page 11 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO.- CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit /Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| | | | | | | |
|---|---|---|---|---|---|---|
| 15MAR | | 15MAR | USD | YOUR: 05031540 0943<br>OUR: 0503802074FF | 57,600.00 | EFT/ACH CREATED OFFSET FOR ORIGIN:<br>B1342199<br>FEDWIRE CREDIT      CO EFF DATE: 05/03/15<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>2 1044-4098/AC-000000000160 RFB=050<br>31540094I OBI=REF-STOCK OPTION EXER<br>IMAD: 0315E5B75DAC05768 |
| 15MAR | | 15MAR | USD | YOUR: NONREF<br>OUR: 0389100074II | 61,495.00 | BOOK TRANSFER CREDIT<br>B/O: CB FUNDS TRANS PREVIOUS DAY<br>TAMPA FL 33610<br>ORG: DEUTSCHE BANK TRUST CO AMERICA<br>BANKERS TRUST PLAZA<br>REF: REVERSAL OF ENTRY DD03/14/05 T<br>RN301360073JODEUTSCH E BK RTN 05U<br>TA BBK AC NR INVLD AMT $61,530.00/B<br>NF/OUR REF.JPM3963-15MAR05 JPMORGAN<br>CHASEREF37308000074FC REFNONREF |
| 15MAR | | 15MAR | USD | YOUR: 05031540 0941<br>OUR: 0508914074FF | 71,298.13 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA<br>/031201467<br>B/O: EMPLOYEE SHAREHOLDER SERVICES<br>PHILADELPHIA PA-1328<br>REF: CHASE NYC/CTR/BNF=W.R. GRACE A<br>ND CO SYRACUSE FDNG ACC COLUMBIA MD<br>21044-4098/AC-000000000160 RFB=050<br>31540094I OBI=STOCK OPTION EXERCISE<br>IMAD: 0315E5B75DAC05759 |
| 15MAR | | 15MAR | USD | OUR: 0748391299TC | 439,070.87 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:AON CORPORATION<br>ORIG ID.9005551498 DESC DATE:050314<br>CO ENTRY DESCR:ACH PYMT  SEC:CCD<br>TRACER:021000028391299 EED:050315<br>IND ID:<br>IND NAME:W R GRACE AND CO CONN<br>REF*RETIREEDBPAYMENTS\ |
| 15MAR | | 15MAR | USD | YOUR: O/B WACHOVIA BK<br>OUR: 0291005074FF | 1,960,889.85 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK OF NC,NA<br>/053000219<br>B/O: W R GRACE & CO-CONN |

JPMorganChase

# Statement of Account

JPMorgan C... e Bank, N A

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

In US Dollars
Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005
Page 12 of 18

| Ledger Date | Adj Ledger Date | Value Date | F T | Reference | Description | Credit/Debit | Closing Balance Amount |
|---|---|---|---|---|---|---|---|

## CREDITS CONTINUED

| 15MAR | | 15MAR | | USD YOUR: O/B BKAM IL CGO OUR: 0303401074FF | COLUMBIA MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000160 RFB=O/B WACHOVIA BK OBI=FUNDS TRANSFER FRO IMAD: 0315E3B75D1CC03037 FEDWIRE CREDIT VIA: BANK OF AMERICA /071000039 B/O: W.R. GRACE & CO.-CONN. COLUMBIA. MD 21044-4098 REF: CHASE NYC/CTR/BNF=W.R. GRACE A ND CO SYRACUSE FDNG ACC COLUMBIA MD 21044-4098/AC-0000000160 RFB=O/B BKAM IL CGO BBI=/TIME/13:36 IMAD: 0315G1QFGV2C000827 | 2,789,850.40 | |

## DEBITS

| 01MAR | | | | USD OUR: 0032120118XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00032381963 | 300.00 | |
| 01MAR | | | | USD OUR: 0015940118XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323196705 | 8,453.06 | |
| 01MAR | | | | USD YOUR: NONREF OUR: 1881000060JO | FEDWIRE DEBIT VIA: FLEET NATL BANK CT /011900571 A/C: FLEET CAPITAL CORPORATION REF: BANK OF AMERICA BUSINESS CAPIT AL W.R. GRACE & CO. - CONN./TIME/14 :42 IMAD: 0301B1QGC02C004255 | 192,718.08 | |
| 01MAR | | | | USD YOUR: NONREF OUR: 2421500060JO | FEDWIRE DEBIT VIA: STATE ST BOS /011000028 A/C: MERRILL LYNCH PREMIER INSTITUT REF: FFC TO ACCOUNT 332735 NO WR G RACE & CO. - CONN ATTN:MERRILL GROU P (TRANSFER FUNDS) IMAD: 0301B1QGC04C005160 | 4,800,000.00 | |
| 02MAR | | | | USD OUR: 0015090114XF | AUTOMATIC DOLLAR/FLOAT TRANSFER TO ACCOUNT 00323196705 | 19,450.99 | |
| 02MAR | | | | USD YOUR: NONREF OUR: 2190700061JO | BOOK TRANSFER DEBIT A/C: W R GRACE & CO COLUMBIA MD 21044-4098 REF: CHASE MEDICAL ACCT FUNDING | 100,000.00 | |

JP MorganChase

# Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005
Page 13 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

PMorgan (  e Bank N A

**DEBITS CONTINUED**

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit/Debit | Description | Closing Balances Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 02MAR | | 02MAR | USD | YOUR: NONREF  OUR: 2190500061J0 | 600,000.00 | FEDWIRE DEBIT  VIA:WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE & CO. - CONN  REF: W.R GRACE PAYMENT FOR CONTROLL  ED DISBURSEMENT ACCOUNTS  IMAD: 0302B1QGC02C004359 | | |
| 02MAR | | 02MAR | USD | YOUR: NONREF  OUR: 2190600061J0 | 4,700,000.00 | FEDWIRE DEBIT  VIA: STATE ST BOS  /011000028  A/C: MERRILL LYNCH PREMIER INSTITUT  REF: FFC TO ACCOUNT 3323735 NO WR G  RACE & CO. - CONN ATTN:MERRILL GROU  P (TRANSFER FUNDS)  IMAD: 0302B1QGC03C004340 | | |
| 03MAR | | 03MAR | USD | YOUR: NONREF  OUR: 2148800062J0 | 2,233.33 | BOOK TRANSFER DEBIT  A/C: 0022430680  METROPOLITAN LIFE INSURANCE COMPANY  REF:/BNF/ATTN: W.R. GRACE FOR FE  . 9170 EMPLOYEE GUL CONTRIB FOR FE  B 2 005 | | |
| 03MAR | | 03MAR | USD | OUR: 0015490114XF | 7,387.49 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523196705 | | |
| 03MAR | | 03MAR | USD | OUR: 0031190114XF | 8,692.40 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523881963 | | |
| 03MAR | | 03MAR | USD | YOUR: NONREF  OUR: 2148700062J0 | 195,012.37 | CHIPS DEBIT  VIA: DEUTSCHE BANK TRUST CO AMERICA  /0103  A/C: FPRS DEPOSITORY  REF: FFC TO PLAN 89994 W.R. GRACE &  CO. ATTN: FPRS WEEK ENDING 3 3 05  SSN: 0254363 | | |
| 03MAR | | 03MAR | USD | YOUR: NONREF  OUR: 2148600062J0 | 4,800,000.00 | FEDWIRE DEBIT  VIA:WACHOVIA BK NA NC  /053000219  A/C: W.R. GRACE & CO. - CONN  REF: W.R GRACE PAYMENT FOR CONTROLL  ED DISBURSEMENT ACCOUNTS  IMAD: 0303B1QGC04C004202 | | |
| 04MAR | | | USD | OUR: 0032210114XF | 8,081.53 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523881963 | | |
| 04MAR | | | USD | OUR: 0015470114XF | 8,756.23 | AUTOMATIC DOLLAR/FLOAT TRANSFER  TO ACCOUNT 00523196705 | | |

JP MorganChase

Statement of Account

TS

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005
Page 14 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA   MD 21044-4098

JPMorgan C   e Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit / Check | Description | Closing Balance Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | **DEBITS CONTINUED** | |
| 04MAR | | 04MAR | USD | YOUR: NONREF<br>OUR: 3011200063JO | 1,100,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0304B1QGC03C005368 | |
| 04MAR | | 04MAR | USD | YOUR: NONREF<br>OUR: 3011300063JO | 3,800,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P TRANSFER FUNDS2<br>IMAD: 0304B1QGC07C005358 | |
| 07MAR | | 07MAR | USD | YOUR: ACH OF 05/03/07<br>OUR: 0345100066HP | 2,000.00 | FEDWIRE DEBIT<br>IMAD: 0304B1QGC07C005358<br>A/C: CB/FT3-RE-FUNDING CLEARING A | |
| 07MAR | | | USD | OUR: 001509011XF | 21,549.36 | TAMPA, FL 33634<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TB ACCOUNT 000323196705 | |
| 07MAR | | | USD | OUR: 003123011XF | 94,818.73 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TB ACCOUNT 000323881963 | |
| 07MAR | | 07MAR | USD | YOUR: NONREF<br>OUR: 2250800066JO | 1,900,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 332735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0307B1QGC03C004338 | |
| 07MAR | | 07MAR | USD | YOUR: NONREF<br>OUR: 2250700066JO | 2,700,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0307B1QGC08C004288 | |
| 08MAR | | | USD | OUR: 0674030247TC | 2,000.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050308<br>CO ENTRY DESCR:TAKEPAYMNTSEC:CCD<br>TRACE#:021000024030247 EED:050308<br>IND ID:8748206<br>IND NAME:STATE OF MINNESOTA | |

**JP MorganChase**

# Statement of Account

In US Dollars

TS

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

Account No: 018-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005

Page 15 of 18

JP Morgan C e Bank, N.A.

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances | Amount |
|---|---|---|---|---|---|---|---|---|---|

**DEBITS CONTINUED**

| 08MAR | | | | USD OUR: 0014530114XF | 14,913.84 | AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 08MAR | | | | USD OUR: 0030030114XF | 22,521.52 | TO ACCOUNT 0003523196705 AUTOMATIC DOLLAR/FLOAT TRANSFER |
| 08MAR | | | | USD YOUR: NONREF OUR: 2169200067JO | 7,200,000.00 | TO ACCOUNT 0003523881963 FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0308B1QGC01C004098 |
| 08MAR | | | | USD YOUR: NONREF OUR: 2169000067JO | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0308B1QGC04C004080 |
| 08MAR | | | | USD YOUR: NONREF OUR: 2169100067JO | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0308B1QGC07C004113 |
| 08MAR | | | | USD YOUR: NONREF OUR: 1352800067JO | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0308B1QGC08C002869 |
| 08MAR | | | | USD YOUR: NONREF OUR: 1352900067JO | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL ED DISBURSEMENT ACCOUNTS IMAD: 0308B1QGC05C003184 |
| 08MAR | | | | USD YOUR: NONREF OUR: 1352700067JO | 10,000,000.00 | FEDWIRE DEBIT VIA: WACHOVIA BK NA NC /053000219 A/C: W.R. GRACE & CO. - CONN REF: W.R GRACE PAYMENT FOR CONTROLL |

Morgan C) e Bank, N.A

**JPMorganChase**

**Statement of Account**

Ts

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE - BLDG 25
COLUMBIA MD 21044-4098

| | In US Dollars |
|---|---|
| Account No: | 016-001257 |
| Statement Start Date: | 01 MAR 2005 |
| Statement End Date: | 15 MAR 2005 |
| Statement Code: | S00-USA-22 |
| Statement No: | 005 |
| | Page 16 of 18 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credits / Debits | Description | Date | Closing Balance Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| 09MAR | | | USD OUR: 003027011 4XF | 1,228.57 | ED DISBURSEMENT ACCOUNTS<br>IMAD: 0308B1QGC02C02742 | | |
| 09MAR | | | USD OUR: 001455011 4XF | 30,923.92 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388 1963<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231 96705 | | |
| 09MAR | | | USD YOUR: NONREF<br>OUR: 213910006 8JO | 2,100,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0309B1QGC02C00149 | | |
| 09MAR | | | USD YOUR: NONREF<br>OUR: 213900006 8JO | 10,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0309B1QGC03C00424 8 | | |
| 10MAR | | | USD OUR: 003027011 4XF | 799.20 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388 1963<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231 96705 | | |
| 10MAR | | | USD OUR: 001465011 4XF | 30,510.45 | | | |
| 10MAR | | | USD YOUR: NONREF<br>OUR: 265570006 9JO | 5,284,166.84 | FEDWIRE DEBIT<br>VIA: DBTCO AMERICAS NYC<br>/021001033<br>A/C: FPRS DEPOSITORY<br>REF: FFC TO PLAN 89994 W.R. GRACE &<br>CO. ATTN: FPRS<br>IMAD: 0310B1QGC02C00510 0 | | |
| 10MAR | | | USD YOUR: NONREF<br>OUR: 265580006 9JO | 7,000,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R. GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0310B1QGC05C00508 8 | | |
| 11MAR | | | USD OUR: 003099011 4XF | 3.83 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 00032388 1963<br>AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231 96705 | | |
| 11MAR | | | USD OUR: 001489011 4XF | 10,610.26 | | | |
| 11MAR | | | USD YOUR: ACH OF 05/03/11<br>OUR: 048230007 0HP | 300,000.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A | | |

Statement of Accounts

in US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005
Page 17 of 18

Ts

**W.R. GRACE AND COMPANY**
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA  MD  21044-4098

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|

## DEBITS CONTINUED

| Ledger Date | Value Date | References | Credit / Debit | Description |
|---|---|---|---|---|
| 11MAR | 11MAR | USD YOUR: NONREF<br>OUR: 2324600070JO | 2,600,000.00 | TAMPA FL 33634-<br>FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0311B1QGC04C004266 |
| 14MAR | | USD OUR: 00313700114XF | 232.32 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003235881963 |
| 14MAR | | USD OUR: 0015090114XF | 16,869.33 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0003231196705 |
| 14MAR | 14MAR | USD YOUR: ACH OF 05/03/14<br>OUR: 0508100073HP | 17,667.00 | BOOK TRANSFER DEBIT<br>A/C: CB/EFTS PRE-FUNDING CLEARING A<br>TAMPA FL 33634- |
| 14MAR | 14MAR | USD YOUR: NONREF<br>OUR: 3013600073JO | 61,530.00 | CHIPS DEBIT<br>VIA: DEUTSCHE BANK TRUST CO AMERICA<br>/103<br>A/C: AS SILMET<br>REF: GRACE DAVISON INVOICE 590423,<br>590424 AND 590425<br>SSN: 0289721 |
| 14MAR | | USD OUR: 0739665783TC | 300,000.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050314<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000029665783 EED:050314<br>IND ID:135114230<br>IND NAME:FED72005 |
| 14MAR | 14MAR | USD YOUR: NONREF<br>OUR: 3013700073JO | 605,910.00 | BOOK TRANSFER DEBIT<br>A/C: SAMPO BANK PLC<br>HELSINKI 00007 FINLAND<br>REF: ATTN ANU TUOMISTO GRACE DAVISO<br>N INVOICES IN80021281 AND IN801980<br>6 |
| 14MAR | 14MAR | USD YOUR: NONREF<br>OUR: 3013800073JO | 3,500,000.00 | FEDWIRE DEBIT<br>VIA: STATE ST BOS<br>/011000028<br>A/C: MERRILL LYNCH PREMIER INSTITUT<br>REF: FFC TO ACCOUNT 3323735 NO WR G<br>RACE & CO. - CONN ATTN:MERRILL GROU<br>P (TRANSFER FUNDS)<br>IMAD: 0314B1QGC05C005382 |

Statement of Account

In US Dollars

Account No: 016-001257
Statement Start Date: 01 MAR 2005
Statement End Date: 15 MAR 2005
Statement Code: S00-USA-22
Statement No: 005
Page 18 of 18

W.R. GRACE AND COMPANY
SYRACUSE FUNDING ACCOUNT
W.R. GRACE & CO. - CONN
ATTN: GLENN HERNDON- FINANCE DEPT.
7500 GRACE DRIVE.- BLDG 25
COLUMBIA MD 21044-4098

TS

## DEBITS CONTINUED

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Credit / Debit | Description | Date | Closing Balances Amount |
|---|---|---|---|---|---|---|---|---|
| 15MAR | | | | USD OUR: 0748553016TC | 7,986.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050315<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028553016 EED:050315<br>IND ID:ME-0100086<br>IND NAME:STATE OF MICHIGAN | | |
| 15MAR | | | | USD OUR: 0748553015TC | 9,681.00 | ELECTRONIC FUNDS TRANSFER<br>ORIG CO NAME:COMPANYID<br>ORIG ID:9016001257 DESC DATE:050315<br>CO ENTRY DESCR:TAXEPAYMNTSEC:CCD<br>TRACE#:021000028553015 EED:050315<br>IND ID:10148551<br>IND NAME:STATE OF N. CAROLINA | | |
| 15MAR | | | | USD OUR: 0015630114XF | 19,487.26 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0032319670S | | |
| 15MAR | | | | USD OUR: 0032310114XF | 31,447.57 | AUTOMATIC DOLLAR/FLOAT TRANSFER<br>TO ACCOUNT 0052388196S3 | | |
| 15MAR | | 15MAR | | USD YOUR: NONREF<br>OUR: 2535300074JO | 100,000.00 | BOOK TRANSFER DEBIT<br>A/C: W R GRACE & CO<br>COLUMBIA MD 2104-4098 | | |
| 15MAR | | 15MAR | | USD YOUR: NONREF<br>OUR: 2543900074JO | 171,801.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: WR GRACE AND CO NON QUALIFIED<br>REF: CHASE MEDICAL ACCT FUNDING<br>REF: FFC 5040003339 EB 843<br>IMAD: 0315B10QC08C004649 | | |
| 15MAR | | 15MAR | | USD YOUR: NONREF<br>OUR: 2535200074JO | 4,100,000.00 | FEDWIRE DEBIT<br>VIA: WACHOVIA BK NA NC<br>/053000219<br>A/C: W.R. GRACE & CO. - CONN<br>REF: W.R GRACE PAYMENT FOR CONTROLL<br>ED DISBURSEMENT ACCOUNTS<br>IMAD: 0315B1QGC04C004598 | | |

## CHECKS

*No Activity*

## Bank of America

BANK OF AMERICA, N.A.
231 S. LASALLE STREET
CHICAGO, IL  60697

H

Account Number    8188203114
01 01 142 01 M0000 E#        0
Last Statement:  02/28/2005
This Statement:  03/31/2005

**Customer Service**
1-800-325-6999

W.R. GRACE & CO. DIP
ATTN  CHARLES SEBESTYEN
62 WHITTEMORE AVE
CAMBRIDGE MA  02140

Page    1 of    4

Bankruptcy Case Number: 0101139

# ANALYZED CHECKING

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 03/01/2005 - 03/31/2005 | Statement Beginning Balance | 1,669,479.40 |
| Number of Deposits/Credits            47 | Amount of Deposits/Credits | 47,183,040.43 |
| Number of Checks                       0 | Amount of Checks | .00 |
| Number of Other Debits                25 | Amount of Other Debits | 47,943,434.93 |
| | Statement Ending Balance | 909,084.90 |
| Number of Enclosures                   0 | | |
| | Service Charge | .00 |

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 03/01 | | 392,941.16 | Zero Balance Transfer | TRSF FR 8188903106 | 00722177530 |
| 03/01 | | 1,329,210.09 | Zero Balance Transfer | TRSF FR 8188703107 | 00722177294 |
| 03/02 | | 1,572.68 | FX PAYMNT CRFX857435 | | 628301790300063 |
| | | | 2590.20 SGD @ 1.647 ON 20050228 | | |
| 03/02 | | 282,572.80 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157946 |
| 03/02 | | 3,503,145.89 | Zero Balance Transfer | TRSF FR 8188703107 | 00722157730 |
| 03/03 | | 29,638.35 | Zero Balance Transfer | TRSF FR 8188903106 | 00722160289 |
| 03/03 | | 1,586,860.90 | Zero Balance Transfer | TRSF FR 8188703107 | 00722160068 |
| 03/04 | | 146,567.58 | Zero Balance Transfer | TRSF FR 8188903106 | 00722160863 |
| 03/04 | | 1,068,350.81 | Zero Balance Transfer | TRSF FR 8188703107 | 00722160632 |
| 03/07 | | 401,608.41 | Zero Balance Transfer | TRSF FR 8188903106 | 00722267422 |
| 03/07 | | 2,098,183.29 | Zero Balance Transfer | TRSF FR 8188703107 | 00722267172 |
| 03/08 | | 490,123.71 | Zero Balance Transfer | TRSF FR 8188903106 | 00722173952 |
| 03/08 | | 2,089,369.73 | Zero Balance Transfer | TRSF FR 8188703107 | 00722173739 |
| 03/09 | | 97,013.14 | Zero Balance Transfer | TRSF FR 8188903106 | 00722153854 |
| 03/09 | | 993,734.25 | Zero Balance Transfer | TRSF FR 8188703107 | 00722153643 |
| 03/10 | | 209,202.50 | Zero Balance Transfer | TRSF FR 8188903106 | 00722155610 |
| 03/10 | | 1,024,400.05 | Zero Balance Transfer | TRSF FR 8188703107 | 00722155407 |
| 03/11 | | 645,935.30 | Zero Balance Transfer | TRSF FR 8188903106 | 00722159988 |
| 03/11 | | 1,260,405.05 | Zero Balance Transfer | TRSF FR 8188703107 | 00722159768 |
| 03/14 | | 187,935.63 | Zero Balance Transfer | TRSF FR 8188903106 | 00722262519 |
| 03/14 | | 2,967,263.02 | Zero Balance Transfer | TRSF FR 8188703107 | 00722262277 |
| 03/15 | | 397,903.25 | Zero Balance Transfer | TRSF FR 8188903106 | 00722182549 |
| 03/15 | | 2,584,019.88 | Zero Balance Transfer | TRSF FR 8188703107 | 00722182317 |
| 03/16 | | 243,044.85 | Zero Balance Transfer | TRSF FR 8188903106 | 00722152795 |
| 03/16 | | 2,127,956.21 | Zero Balance Transfer | TRSF FR 8188703107 | 00722152585 |
| 03/17 | | 102,319.74 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156596 |
| 03/17 | | 1,311,731.98 | Zero Balance Transfer | TRSF FR 8188703107 | 00722156389 |
| 03/18 | | 175,962.52 | Zero Balance Transfer | TRSF FR 8188903106 | 00722159840 |
| 03/18 | | 971,541.13 | Zero Balance Transfer | TRSF FR 8188703107 | 00722159610 |
| 03/21 | | 984,447.49 | Zero Balance Transfer | TRSF FR 8188903106 | 00722265698 |
| 03/21 | | 3,381,494.83 | Zero Balance Transfer | TRSF FR 8188703107 | 00722265472 |
| 03/22 | | 23,588.99 | Zero Balance Transfer | TRSF FR 8188903106 | 00722175360 |
| 03/22 | | 1,588,412.63 | Zero Balance Transfer | TRSF FR 8188703107 | 00722175148 |
| 03/23 | | 351,221.07 | Zero Balance Transfer | TRSF FR 8188903106 | 00722152523 |
| 03/23 | | 1,007,479.49 | Zero Balance Transfer | TRSF FR 8188703107 | 00722152323 |
| 03/24 | | 91,054.43 | Zero Balance Transfer | TRSF FR 8188903106 | 00722157627 |
| 03/24 | | 917,866.21 | Zero Balance Transfer | TRSF FR 8188703107 | 00722157423 |
| 03/25 | | 155,942.80 | Zero Balance Transfer | TRSF FR 8188903106 | 00722156839 |