IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 )  |
|  | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., *et al.*, | ) Jointly Administered |
|  | ) |
| Debtors. | ) |
|  | ) |

**CERTIFICATION OF SERVICE**

I hereby certify that on June 3, 2004, I caused a true and accurate copy of the following to be served electronically, pursuant to Del. Bankr. L.R. 5005-1, through the ECF System upon all parties or counsel who are registered ECF participants: 1) Notice of Withdrawal of Motion of Massachusetts Department of Environmental Protection for Relief from Automatic Stay and Setoff; and 2) Certificate of Service. I also caused a courtesy copy to be sent, postage pre-paid, to the following:

Janet S. Baer
Samuel L. Blatnick
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones
David W. Carickhoff
Scotta McFarland
Paula Galbraith
Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

/s/ Carol Iancu
Carol Iancu, Mass. BBO # 635626
Assistant Attorney General
Massachusetts Office of the Attorney General
Environmental Protection Division
One Ashburton Place, Room 1813
Boston, MA 02108
(617) 727-2200, ext. 2428