IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related to Docket No. 8429** |

**CERTIFICATION OF NO OBJECTION REGARDING THE SIXTEENTH INTERIM APPLICATION OF CAMPBELL & LEVINE, LLC, FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF PERSONAL INJURY CLAIMANTS FOR THE PERIOD OF JANUARY 1, 2005 THROUGH MARCH 31, 2005 (DOCKET NO. 8429)**

I, Kathleen J. Campbell, of Campbell & Levine, LLC, hereby certify the following:

1. Pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, signed by the Court on April 17, 2002 [Docket No. 1949] (the "Amended Administrative Order"), Campbell & Levine, LLC ("Campbell & Levine"), submitted on May 13, 2005 a sixteenth interim application ("Application") [Docket No. 8429] for services rendered and reimbursement of expenses incurred as counsel to the Official Committee of Asbestos Personal Injury Claimants in the above-referenced cases.

{D0044528:1 }

2.	Objections to the Application were to be filed and served on or before June 2, 2005. No objections to the Application have been received by the undersigned. Moreover, the Court's docket reflects that no objections to the Application were filed.

                                                        CAMPBELL & LEVINE, LLC

                                                        */s/Kathleen J. Campbell*
                                                        Kathleen J. Campbell (I.D. #4229)
                                                        800 North King Street
                                                        Wilmington, DE  19899
                                                        (302) 426-1900

                                                        Counsel for the Official Committee
                                                          of Asbestos Personal Injury Claimants

Dated:  June 3, 2005

{D0044528:1 }