## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | **Objection Deadline: 6/27/05** |
| | **Hearing Date: Scheduled if Necessary** |

## NOTICE OF FILING OF
## ELEVENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005

TO:    (1) The Debtors; (2) counsel to the Debtors; (3) Office of the U.S. Trustee
       (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
       (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
       (6) Counsel to the Official Committee of Equity Holders; (7) Counsel to the Debtors
       in Possession Lender; and (8) the Fee Auditor

Objections or responses to the Application, if any, must be made in writing and filed with the United States Bankruptcy court for the District of Delaware, Marine Midland Plaza, 824 North Market Street, 3rd Floor, Wilmington, DE 19801, on or before **June 27, 2005.**

At the same time, you must also serve a copy of the objection or response upon the following:

**Co-counsel to David T. Austern,**
**Future Claimants Representative**
Roger Frankel, Esquire
Richard Wyron, Esquire
Swidler Berlin Shereff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**Co-counsel to the Debtors**
David M. Bernick, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

**Co-counsel to Official Committee**
**of Unsecured Creditors**
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**Co-counsel to Official Committee of Asbestos**
**Property Damage Claimants**
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 North Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351

**Co-counsel to Official Committee**
**to Asbestos Personal Injury Claimants**
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Mark Hurford, Esquire
Campbell & Levine, LLC
Chase Manhattan Centre, 15th Floor
1201 Market Street, Suite 1500
Wilmington, DE 19801

**Co-counsel to DIP Lender**
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**Counsel to Official Committee**
**of Equity Holders**
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10022

**Counsel to the U.S. Trustee**
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

**Fee Auditor**
Warren H. Smith
Warren H. Smith and Associates
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

Any questions regarding this Notice or its attachments may be directed to undersigned counsel.

PHILLIPS, GOLDMAN & SPENCE, P.A.

_____
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, Future
Claimants' Representative

Date:    June 6, 2005

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | (Jointly Administered) |
| Debtors. | **Objection Deadline: 6/27/05** |
| | **Hearing Date: Scheduled if Necessary** |

### COVER SHEET
### ELEVENTH MONTHLY INTERIM APPLICATION OF PHILLIPS, GOLDMAN & SPENCE, P.A. AS LOCAL COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF APRIL 1, 2005 THROUGH APRIL 30, 2005

Name of Applicant:                              Phillips, Goldman & Spence, P.A. ("PG&S")

Authorized to Provide Professional
Services to:                                    David T. Austern, Future Claimants' Representative
                                                (the "FCR")

Date of Retention                               PG&S Retention Order entered September 27, 2004

Period for which Compensation is
Sought:                                         April 1, 2005 through April 30, 2005

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:           $4,910.00

80% of Fees to be Paid:                         $3,928.00

Amount of Expense Reimbursement
sought as actual, reasonable, and necessary:    $195.51

Total Fees @ 80% and Expenses:                  $4,123.51

This is an:          __X__ interim        ____ monthly        ____ final application

     The total time expended in preparation and filing of previous fee monthly and quarterly applications for Phillips, Goldman & Spence, P.A. during this time period was 4.8 hours and the corresponding fees are $910.00. The time spent for this interim fee application will be requested in subsequent monthly interim applications.

## PREVIOUS APPLICATIONS

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees + Costs Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 1st Monthly Application 5.24.04-6.30.04 Filed 10.6.04 Dkt. No. 6549 | $5,034.50 | $0.00 | Filed 10.27.04 Dkt. 6751 | $4,027.60 | $1,006.90 | $4,027.60 |
| 1st Quarterly Fee Application 5.24.04-6.30.04 Filed 10.27.04 Dkt. No. 6752 | $5,034.50 | $0.00 | Filed 11.19.04 Dkt. 6696 | N/A | $1,006.90 | 1,006.90 |
| 2nd Monthly Application 7.1.04-7.31.04 Filed 10.6.04 Dkt. No. 6550 | $2,619.00 | $852.87 | Filed 11.11.04 Dkt No. 6883 | $2,948.07 | $523.80 | $2,948.07 |
| 3rd Monthly Application 8.1.04-8.31.04 Filed 10.8.04 Dkt. 6569 | $3,110.00 | $450.36 | Filed 11.11.04 Dkt No. 6884 | $2,938.36 | $622.00 | $2,938.36 |
| 4th Monthly Application 9.1.04-9.30.04 Filed 10.28.04 Dkt. No. 6783 | $5,034.50 | $419.64 | Filed 11.19.04 Dkt No. 6997 | $4,526.84 | $1,026.80 | $4,526.84 |
| 2nd Quarterly Fee Application 7.1.04-9.30.04 Filed 11.16.04 Dkt. No. 6940 | $10,863.00 | $1,722.87 | Filed 3.9.05 Dkt No. 7997 | N/A | $2,187.60 | $2,187.60 |
| 5th Monthly Application 10.1.04-10.31.02 Filed 11.29.04 Dkt. No. 7041 | $6,273.00 | $582.11 | Filed 12.21.04 Dkt No. 7278 | $5,600.51 | $1,254.60 | $5,600.51 |
| 6th Monthly Application 11.1.04-11.30.04 Filed 12.28.04 Dkt. No. 7370 | $7,128.00 | $249.55 | Filed 1.28.05 Dkt No. 7643 | $5,951.95 | $1,425.60 | $5,951.95 |
| 7th Monthly Application 12.1.04-12.31.04 Filed 1.28.05 Dkt No. 7644 | $7,245.00 | $186.54 | Filed 2.28.05 Dkt No. 7917 | $5,982.54 | $1,449.00 | $5,982.54 |
| 3rd Quarterly Fee Application 10.1.04-12.31.04 Filed 2.15.05 Dkt. No. 7783 | $20,646.00 | $1,018.20 | Filed Dkt No. | N/A | $4,129.20 | N/A |

| Fee Application Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | CNO Filing Date, Docket No. | 80% of Fees + Costs Paid or To be Paid | Amount of Holdback Fees | Amount Paid |
|---|---|---|---|---|---|---|
| 8th Monthly Application 1.1.05-1.31.05 Filed 2.28.05 Dkt No. 7918 | $9,247.00 | $2,039.47 | Filed 3.29.05 Dkt No. 8135 | $9,437.07 | $1,850.00 | $9,437.07 |
| 9th Monthly Application 2.2.05-2.28.058 Filed 4.8.05 Dkt No. 8191 | $3,373.00 | $164.44 | Filed 4.25.05 Dkt No. 8284 | $2,862.84 | $674.60 | $2,862.84 |
| 4th Quarterly Application 1.1.05-3.31.05 Filed 4.29.05 Dkt No. 8303 | $16,747.50 | $2,665.29 | Filed Dkt No | N/A | $6,653.80 | N/A |
| 10th Monthly Application 3.1.05-3.31.05 Filed 4.26.05 Dkt No. 8285 | $4,127.50 | $461.38 | Filed 6.6.05 Dkt No | $3,763.38 | 825.00 | |

## CURRENT COMPENSATION SUMMARY

## APRIL 1, 2005 THROUGH APRIL 30, 2005

| Name of Professional Person | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| John C. Phillips, Jr. | Director/14years/1974/ litigation/bankruptcy | 350.00 | 10.50 | 3,675.00 |
| Celeste A. Hartman | Sr. Paralegal/8 years/20 years prior experience | 130.00 | 9.50 | 1235.00 |
| Grand Total: | | | | $4,910.00 |
| Blended Rate: | | | | $245.50 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.50 | $195.00 |
| Litigation | 8.70 | $3,045.00 |
| Fee/Employment Applications | 9.80 | $1,670.00 |
| Total | | $4,910.00 |

## EXPENSE SUMMARY

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Long Distance Phone Charges | N/A | 2.28 |
| Postage | N/A | 16.59 |
| Overnight Courier | Federal Express | 147.84 |
| Photocopies (15¢ per page) | N/A | 22.80 |
| Parking Reimbursement | John C. Phillips, Jr. | 6.00 |
| Total | | 195.51 |

PHILLIPS, GOLDMAN & SPENCE, P.A.


JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Local Counsel to David T. Austern, as Future
Claimants' Representative

Date:  June 6, 2005

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION OF JOHN C. PHILLIPS, JR.

State of Delaware   :
                : ss
New Castle County  :

John C. Phillips, Jr., after being duly sworn according to law, deposes and says:

     1.     I am senior director of the applicant law firm Phillips, Goldman & Spence, P.A. ("PG&S") and am a member in good standing of the Delaware Bar Association and am authorized to appear before this Court.

     2.     I am familiar with the work performed on behalf of David T. Austern as Future Claimants' Representative by the lawyers, legal assistants, and other professionals of PG&S as set forth in the attached invoices.

     3.     I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order, and I believe the Application to be in compliance therewith.

                                                                            
JOHN C. PHILLIPS, JR., ESQUIRE (#110)
Co-counsel to David T. Austern,

SWORN AND SUBSCRIBED TO BEFORE ME THIS 6th DAY OF JUNE 2005.

Notary Public
My commission expires: _____

ANN MARIE MILLER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Nov. 18, 2005

# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## APRIL 1, 2005
## THROUGH APRIL 30, 2005

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

June 2, 2005

Swidler Berlin, LLP
Richard H. Wyron
3000 K. Street, NW
Suite 300
Washington DC  20007

File  WRG-AUS/JCP
Invoice number  57380

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

Subtotal for FEES only: 04/30/05     $4,910.00
Subtotal for COSTS only: 04/30/05       $195.51
                                     -------------
CURRENT PERIOD FEES AND COSTS: 04/30/05     $5,105.51
                                     -------------

************************************************************

Please remit duplicate copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page  2

June 2, 2005

Swidler Berlin, LLP

File   WRG-AUS/JCP
Invoice number   57380

Re:   W. R. Grace & Co.
      David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 9.8 | 1,670.00 |
| CASE ADMINISTRATION | 1.5 | 195.00 |
| LITIGATION | 8.7 | 3,045.00 |
| Subtotal for FEES only: 04/30/05 | 20.0 | $4,910.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 350.00 | JCP | 10.50 | 10.50 | 3,675.00 | 0.00 | 0.00 |
| 130.00 | CAH | 9.50 | 9.50 | 1,235.00 | 0.00 | 0.00 |
| Totals | | 20.00 | 20.00 | 4,910.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

06/02/05   Page 1

Sort Fields:
    Grouping code                          (Paginate)
    Client code
    Actual employee code                   (Subtotals)
    Transaction date

Range Fields:
    Client code                     I   WRG - WRG
    Invoice Number                  I   57380  -   57380

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| CASE ADMINISTRATION | CAH | 04/04/05 | Update and download docket. | 0.20 | 26.00 | Ca |
| CASE ADMINISTRATION | CAH | 04/06/05 | Update docket to system. | 0.20 | 26.00 | |
| CASE ADMINISTRATION | CAH | 04/20/05 | Update docket to system and email Notice of Withdrawal to D. Fullem. | 0.30 | 39.00 | |
| CASE ADMINISTRATION | CAH | 04/22/05 | Email (2x) about filings for Austern. | 0.20 | 26.00 | |
| CASE ADMINISTRATION | CAH | 04/25/05 | Merge original signatures into filed documents. | 0.20 | 26.00 | |
| CASE ADMINISTRATION | CAH | 04/29/05 | Update docket to system. | 0.20 | 26.00 | |
| CASE ADMINISTRATION | CAH | 04/29/05 | Merge original signatures into filed documents. | 0.20 | 26.00 | |
| | | | | ------ | ------ | |
| | | | | 1.50 | 195.00 | |
| | | | | 1.50 | 195.00 | |
| | | | | ------ | ------ | |

LEGALMASTER MRC For Transactions
-Fees-

06/02/05   Page 2

| WRG-AUS | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 04/04/05 | Review of miscellaneous pleadings; review of Joint (Property Damage Committee, Personal Injury Committee, Debtor and Sealed Air) Motion to Approve, Authorize and Implement Settlement Agreement (voluminous). | 0.40 | 140.00 | Li |
| WRG | LITIGATION | JCP | 04/05/05 | Review of miscellaneous pleadings; review of Pacificorp's and Vancott's Reply to Debtor's Objection to Their Late Filed Claims. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 04/06/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 04/07/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 04/08/05 | Review of miscellaneous pleadings; review of Property Damage Committee's Objection to Debtors' and St. Paul's Joint Stipulation and Consent Order; review of Property Damage Committee's Objection to Debtors' Motion to Employ Cahill Gordon. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 04/11/05 | Review of miscellaneous pleadings; review of Solow's Response to Debtor's Motion to Approve St. Paul Stipulation and Employ Cahill Gordon; review of Opposition to Personal Injury Committee's Motion to Employ Anderson Kill. | 0.50 | 175.00 | |
| WRG | LITIGATION | JCP | 04/12/05 | Review of Notice of Change of Address (.1); memorandum to paralegal (.1); review of Debtors' Motion to Employ Beveridge and Diamond (.2); review of Debtors' Motion for Order Approving Hatco Site Settlement (.1); review of miscellaneous pleadings and Order (.1). | 0.60 | 210.00 | |
| WRG | LITIGATION | JCP | 04/13/05 | Review of miscellaneous pleadings and 2 Orders. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 04/14/05 | Review of miscellaneous pleadings and 2 Orders; review of Notice of Deposition for Bunovovich and Vanderslice. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 04/15/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 04/18/05 | Review of miscellaneous pleadings (.2); review of Personal Injury Committee's Motion for Leave to File a Reply re: retention of Anderson Kill (.2); review of Reply (.1); review of various Orders (.1); review of Agenda for 04/25/05 Hearing (.1); review of Certification of Counsel for Debtors re: revised Order for Festa Retention (.1). | 0.80 | 280.00 | |
| WRG | LITIGATION | JCP | 04/21/05 | Review of Property Damage and Personal Injury Committee's Supplemental Objection to Festa's Employment Agreement | 0.30 | 105.00 | |
| WRG | LITIGATION | JCP | 04/22/05 | Review of miscellaneous pleadings; review of Amended Agenda for 4/25/05 Hearing; review of Debtors' Response to Renewed Motion re: SAC settlement. | 0.40 | 140.00 | |
| WRG | LITIGATION | JCP | 04/25/05 | Review of Amended Agenda for 4/25/05 Hearing (.2); phone conference with Roger Frankel (.5); court appearance re: | 3.90 | 1,365.00 | |

WRG-AUS

LEGALMASTER MRC For Transactions
-Fees-

06/02/05   Page 3

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---------|---------------------------|---------|-----------|-------------------------|----------------|------------------|--------|
| WRG | LITIGATION | JCP | 04/25/05 | Hearing (2.7); conference with Rick Wyron (.3); review of miscellaneous pleadings (.2). | | | |
| WRG | LITIGATION | JCP | 04/26/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| WRG | LITIGATION | JCP | 04/27/05 | Review of miscellaneous pleadings (voluminous); review of Notice of Docketing of Airgood Appeal of Order Appointing Austern to Pursue Avoidance Actions. | 0.20 | 70.00 | |
| WRG | LITIGATION | JCP | 04/28/05 | Review of miscellaneous pleadings. | 0.10 | 35.00 | |
| | | | | | 8.70 | 3,045.00 | |
| | | | | | 8.70 | 3,045.00 | |
| | | | | | 8.70 | 3,045.00 | |

LEGALMASTER MISC For Transactions
-Fees-

06/02/05   Page 4

| WRG-AUS | Cl | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd | fa |
|---|---|---|---|---|---|---|---|---|---|
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/04/05 | Download and file Certificate of No Objection for Swidler Berlin and CIBC January Fee Applications. | 0.30 | 39.00 | | fa |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/08/05 | Download, print and file 10th interim Fee Application for Swidler Berlin. | 0.30 | 39.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/08/05 | Draft 9th Fee Application for February for Phillips, Goldman & Spence. | 0.80 | 104.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/08/05 | File and serve 9th Fee Application for February for Phillips, Goldman & Spence. | 0.20 | 26.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/13/05 | Download and print quarterly Fee Application for CIBC World Markets; create service list and forward to John C. Phillips, Jr. for signature. | 0.30 | 39.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/14/05 | File and serve quarterly Fee Application for CIBC. | 0.30 | 39.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/14/05 | Format and download corrected CIBC Fee Application; scan and file same after being revied by John C. Phillips, Jr. | 0.40 | 52.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/19/05 | Draft Certificate of Withdrawl for CIBC 3rd quarterly Fee Applications. | 0.60 | 78.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/22/05 | Review of and revise prebill for Fee Application. | 0.20 | 26.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/22/05 | Conference with D. Fullem on withdrawl of documents. | 0.30 | 39.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/22/05 | Scan, print and file 8th and 9th Fee Applications for CIBC. | 0.60 | 78.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/22/05 | Scan and file Certificate of Withdrawl of CIBC number. | 0.50 | 65.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/25/05 | Download and file January, February and March Fee Application of David Austern. | 0.50 | 65.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/25/05 | Draft Certificate of No Objection for Phillips, Goldman & Spence 02/05 Fee Application. | 0.30 | 39.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/25/05 | Draft 03/05 Fee Application for Phillips, Goldman & Spence. | 0.60 | 78.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/26/05 | Scan and file Certificate of No Objection for 02/05 Phillips, Goldman & Spence Fee Application and 03/05 Fee Application; serve same. | 0.40 | 52.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/27/05 | Pull information for 10th quarterly Fee Application and draft same. | 0.40 | 52.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/29/05 | Complete Phillips, Goldman & Spence 4th quarterly Fee Application and forward to John C. Phillips, Jr. for review. | 0.60 | 78.00 | | |
| WRG | | FEE/EMPLOYMENT APPLICATIONS | C&H | 04/29/05 | Download and file 11th Fee Application for Swidler Berlin. | 0.40 | 52.00 | | |

8.00   1,040.00

LEGALMASTER MIRC For Transactions
-Fees-

06/02/05   Page 5

WRG-AUS

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd Fa |
|---|---|---|---|---|---|---|
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 04/08/05 | Review of, revise and execute Phillips, Goldman & Spence 9th Monthly Fee Application; conference with Celeste A. Hartman. | 0.40 | 140.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 04/13/05 | Review of, revise and execute CIBC's 3rd Quarterly Fee Application; conference with Celeste A. Hartman. | 0.30 | 105.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 04/14/05 | Review of and execute CIBC's Corrected 3rd Quarter Fee Application; conference with Celeste A. Hartman. | 0.20 | 70.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 04/25/05 | Review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spences' 9th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spences' 10th Monthly Fee Application; conference with Celeste A. Hartman. | 0.50 | 175.00 | |
| WRG   FEE/EMPLOYMENT APPLICATIONS | JCP | 04/29/05 | Review of, revise and execute Phillips, Goldman & Spences' 4th Quarterly Fee Application; conference with Celeste A. Hartman. | 0.40 | 140.00 | |
| | | | | 1.80 | 630.00 | |
| | | | | 9.80 | 1,670.00 | |
| | | | | 20.00 | 4,910.00 | |

48 records printed.

# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# APRIL 1, 2005
# THROUGH APRIL 30, 2005

Phillips, Goldman & Spence, P.A.

Page  2

June 2, 2005

Swidler Berlin, LLP

File  WRG-AUS/JCP
Invoice number  57380

Re:  W. R. Grace & Co.
     David T. Austern

     COSTS ADVANCED

| | | |
|---|---|---|
| 04/01/05 | Federal Express | 147.84 |
| 04/01/05 | Long distance phone charges | 2.28 |
| 04/08/05 | Postage | 16.59 |
| 04/08/05 | Photocopies | 22.80 |
| 04/29/05 | Check No.: 27883 - John C. Phillips, Jr. - | |
| | parking. | 6.00 |

                    Subtotal for COSTS only: 04/30/05      $195.51

                    PAYMENTS/ADJUSTMENTS

| | | | |
|---|---|---|---|
| 05/25/05 | 56600 | Check No.: 43825 - W.R. Grace & Co. | 2,862.84CR |

                    Subtotal for PAYMENTS/ADJUSTMENTS:     $2,862.84CR

## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on June 6, 2005, I caused the *Notice, Cover Sheet to the Eleventh Monthly Interim Application of Phillips, Goldman & Spence, P.A., Local Bankruptcy Counsel to David T. Austern, Future Claimant's Representative for Compensation for Services Rendered and Reimbursement of Expenses for the time period April 1, 2005 through April 30, 2005,* be served upon those persons as shown on the attached Service List in the manner set forth.

Under penalty of perjury, I certify the foregoing to be true and correct.

_____
CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
4 East 7th Street,
Wilmington, DE 19899

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP