**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING**
**FEE APPLICATION OF CAPLIN & DRYSDALE,**
**CHARTERED FOR THE FIFTEENTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Caplin & Drysdale, Chartered for the Fifteenth Interim Period</u> (the "Application").

**BACKGROUND**

1.  Caplin & Drysdale, Chartered ("Caplin") was retained as national counsel to the Official Committee of Asbestos Personal Injury Claimants. In the Application, Caplin seeks approval of fees totaling $217,378.50 and costs totaling $3,469.69 for its services from October 1, 2004, through December 31, 2004.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Caplin an initial report based on our review, and received a response from Caplin, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted three time entries by ADK ($175) totaling 1.5 hours and $262.50 which appear to be in the nature of block billing for a ministerial task. The entries are provided below.

| | | | | |
|---|---|---|---|---|
| 10/19/2004 | ADK | 175.00 | 0.50 | Researched payment schedule for past payments received. |
| 11/15/2004 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |
| 12/20/2004 | ADK | 175.00 | 0.50 | Updated payment schedule with payment received. |

Paragraph, II. E. 7., of the Guidelines states, "[f]actors relevant to a determination that the expense is proper include the following: . . Whether the expenses appear to be in the nature of nonreimbursable overhead . . . Overhead includes word processing, proofreading, secretarial and other clerical services, . . ." We asked Caplin to explain why these entries should not be viewed as standard overhead tasks. Caplin responded as follows:

> You inquire in paragraph 3 of the Initial Report regarding certain paralegal services provided by Caplin & Drysdale paralegal Andrew Katznelson. Mr. Katnelson files Caplin & Drysdale's fee applications with the Court, assembles those fee applications, and performs other tasks related to the filing and processing of fee-related submissions to the Debtors, courts, fee auditor and U.S. Trustee. The payment schedules that he prepares and monitors are not mere bookkeeping records, but are rather exhibits that are employed in the preparation of fee applications, including interim and holdback applications. All administrative and secretarial tasks

concerning the fee applications are performed by our clerical and administrative staff, and are not billed to the estate.

We appreciate the response; however, given the wording of the cited entries, it seems clear that these are bookkeeping tasks and therefore part of general administrative overhead. We thus recommend a reduction of $262.50 in fees.

4.  We noted five entries by JPC ($290.00) totaling 3.1 hours and $899.00 that demonstrate no specific and direct tie to this estate, but rather appear to be in the nature of a general monitoring of litigation. The entries are provided below.

| | | | | |
|---|---|---|---|---|
| 10/1/2004 | JPC | 290.00 | 1.00 | Review developments in asbestos litigation. |
| 10/4/2004 | JPC | 290.00 | 0.80 | Review developments in asbestos litigation. |
| 10/5/2004 | JPC | 290.00 | 0.50 | Review developments in asbestos litigation. |
| 10/6/2004 | JPC | 290.00 | 0.40 | Review developments in asbestos litigation. |
| 10/7/2004 | JPC | 290.00 | 0.40 | Review developments in asbestos litigation. |

We asked Caplin to describe the specific nature of each review entry and how it benefitted the estate. Caplin responded as follows:

> You inquire in paragraph 4 of the Initial Report regarding services provided by Caplin & Drysdale attorney John Cunningham. Mr. Cunningham's review of developments in asbestos litigation consisted of continuing research regarding the criteria applied in various jurisdictions in the litigation of asbestos claims. The standard to be required in stating an asbestos claim is a much debated issue, and such standards continue to evolve, both as the result of judicial decision and through state legislative action. In addition, such standards have a direct and substantial impact on the valuation of present claims against the Debtors, the calculation of the Debtors' future asbestos liabilities and, therefore, the negotiation of a plan of reorganization and trust distribution procedures. Mr. Cunningham's research is employed by the asbestos litigation team in addressing these issues.

We appreciate the response but find neither specific ties to this estate nor specific justification for the cited review entries. Thus we recommend a reduction of $899.00 in fees.

## CONCLUSION

5.   Thus we recommend approval of fees totaling $216,217.00 ($217,378.50 minus $1,161.50) and costs totaling $3,469.69 for Caplin's services from October 1, 2004, through December 31, 2004.

> Respectfully submitted,
>
> **WARREN H. SMITH & ASSOCIATES, P.C.**
>
> By: _/s/ Warren H. Smith_
> Warren H. Smith
> Texas State Bar No. 18757050
>
> Republic Center
> 325 N. St. Paul, Suite 1275
> Dallas, Texas  75201
> 214-698-3868
> 214-722-0081 (fax)
> whsmith@whsmithlaw.com
>
> **FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 6th day of June, 2005.

_/s/ Warren H. Smith_
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Elihu Inselbuck
Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 141
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801