**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S COMBINED FINAL REPORT REGARDING**
**THOSE FEE APPLICATIONS WITH NO FEE OR EXPENSE ISSUES**
**<u>FOR THE FIFTEENTH INTERIM PERIOD</u>**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding all the Interim Fee Applications of those firms for which we have no fee or expense issues for the Fifteenth Interim Quarterly Period (collectively referred to hereafter as the "Applications").

**BACKGROUND**

1. Baker Donelson Bearman Caldwell & Berkowitz, P. C. ("Baker Donelson") was retained as advisor for legislative affairs to the Debtors. In the Application, Baker seeks approval of fees totaling $51,000.00 and costs totaling $798.96 for its services from October 1, 2004, through December 31, 2004. We note that the firm states that by the Court order dated June 16, 2004, the Debtors were authorized to retain Baker Donelson to advise the Debtors, their counsel, and their Board of Directors with respect to legislative affairs and current pending and future legislative affairs and such other related services as the Debtors may deem necessary or desirable, effective as of April, 2001 (the "Retention Order"). The Retention Order authorizes Debtors to compensate Baker Donelson on a flat rate in the amount of $17,000.00 per month for services rendered plus


reimbursement of actual and necessary expenses incurred by Baker Donelson. We note that Baker Donelson lists 102.5 hours for services rendered from October 1, 2004, through December 31, 2004. This computes to an effective hourly rate of $497.56.

2.  Bankruptcy Management Corporation (BMC) was retained as Claims Reconciliation and Solicitation Consultant to the Debtors. In the Application, BMC seeks approval of fees totaling $188,359.50 and costs totaling $39,401.44 for its services from October 1, 2004, through December 31, 2004.

3.  The Blackstone Group L.P. ("Blackstone") was retained as financial advisers to the Debtors. In the Application, Blackstone seeks approval of fees totaling $525,000.00 and costs totaling $9,134.68 for its services from October 1, 2004, through December 31, 2004. While Blackstone was retained pursuant to an engagement agreement providing for Blackstone to be paid a flat monthly fee of $175,000.00, its fees remain subject to the provisions of 11 U.S.C. § 330. The Order Appointing Fee Auditor in Accordance with the Court's Direction (the "Fee Auditor Order") provides that:

> [t]his order applies to (i) all professionals in these cases employed or to be employed pursuant to sections 327, 328 or 1103 of the Bankruptcy Code; and (ii) any claims for reimbursement of professional fees and expenses under section 503(b) of the Bankruptcy Code to the extent permitted by the Court, except: (a) professionals providing services pursuant to an order that does not require submission of fee applications; and (b) professionals retained pursuant to the Court's Order pursuant to §§ 1107(a) and 1108 Authorizing the Debtors to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of the Debtors Business, dated May 3 2001.

Fee Auditor Order at 2 (internal footnote omitted). Accordingly, we have reviewed the Application to determine compliance with the requirements of section 330. We note that Blackstone professionals spent a total of 858.7 hours for which fees totaling $525,000.00 are sought. The

effective hourly rate is $611.39.

4.    Campbell & Levine LLC ("Campbell") was retained as counsel to the official committee of asbestos personal injury claimants. In the Application, Campbell seeks approval of fees totaling $70,965.00 and costs totaling $6,325.46 for its services from October 1, 2004, through December 31, 2004.

5.    Capstone Corporate Recovery, LLC ("Capstone") was retained as financial advisors to the Official Committee of Unsecured Creditors. In the Application, Capstone seeks approval of fees totaling $224,310.00 and costs totaling $2,919.64 for its services from October 1, 2004, through December 31, 2004.

6.    Carella, Byrne, Bain, Gilfillan, Cecchi, Stewart & Olstein ("CBBG") was retained as Special Litigation and Environmental Counsel to Debtors. In the Application, CBBG seeks approval of fees totaling $61,801.00 and costs totaling $2,399.56 for its services from October 1, 2004, through December 31, 2004.

7.    Casner & Edwards, LLP ("Casner") was retained as special litigation counsel to the Debtors. In the Application, Casner & Edwards seeks approval of fees totaling $64,935.00 and expenses totaling $45,135.82 for its services from October 1, 2004, through December 31, 2004.

8.    CIBC World Markets Corp. ("CIBC") was retained as financial advisor to David T. Austern, Future Asbestos Claimants Representative. In the Application, CIBC seeks approval of fees totaling $400,000.00 and costs totaling $2,726.28 for its services from October 1, 2004, through December 31, 2004. We note that on September 27, 2004, the Court entered an order authorizing David T. Austern as Future Asbestos Claimants Representative to employ CIBC as financial advisor effective nunc pro tunc as of June 4, 2004. As part of the Retention Order, CIBC sought monthly

fees of $150,000.00. We further note that in accordance with a new Supplemental Application, effective December 1, 2004, CIBC has reduced its monthly fees to $100,000.00. Terms of this engagement agreement were approved by the Court March 14, 2005. Over the three months of this Application Period, CIBC submitted 838.2 hours of service for an effective hourly rate of $477.21.

9.    David T. Austern ("Austern") was retained as representative to the Future Claimants. In the Application, Austern seeks approval of fees totaling $21,300.00 and costs totaling $53.00 for his services from October 1, 2004, through December 31, 2004.

10.    Duane Morris LLP ("Duane Morris") was retained as counsel to the Official Committee of Unsecured Creditors. In the Application, Duane Morris seeks approval of fees totaling $100,271.00 and costs totaling $10,120.25 for its services from October 1, 2004, through December 31, 2004.

11.    Ferry, Joseph & Pearce, P.A.("Ferry Joseph") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Ferry Joseph seeks approval of fees totaling $23,449.00 and costs totaling $2,479.28 for its services from October 1, 2004, through December 31, 2004.

12.    Hamilton, Rabinovitz & Alschuler, Inc. ("HRA") was retained as consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, HRA seeks approval of fees totaling $94,492.50 and costs totaling $128.02 for its services from October 1, 2004, through December 31, 2004.

13.    Holme Roberts & Owen, LLP ("HRO") was retained as special environmental counsel to the Debtors. In the Application, HRO seeks approval of fees totaling $35,631.50 and costs totaling $4,318.47 for its services from October 1, 2004, through December 31, 2004.

14. Klett Rooney Lieber & Schorling ("Klett Rooney") was retained as co-counsel to the Official Committee of Equity Holders. In the Application, Klett Rooney seeks approval of fees totaling $74,535.50 and costs totaling $2,445.24 for its services from October 1, 2004, through December 31, 2004.

15. Latham & Watkins, LLP (L&W) was retained as special environmental counsel to the Debtors. In the Application, Latham seeks approval of fees totaling $103,141.00 and costs totaling $4,617.85 for its services from October 1, 2004, through December 31, 2004.

16. Legal Analysis Systems, Inc. ("LAS") was retained as asbestos-related bodily injury consultant to the Official Committee of Asbestos Personal Injury Claimants. In the Application, LAS seeks approval of fees totaling $1,455.00 and costs totaling $0.00 for its services from October 1, 2004, through December 31, 2004.

17. Lexecon ("Lexecon") was retained as consultants to the Official Committee of Equity Holders. In the Application, Lexecon seeks approval of fees totaling $51,176.03 and costs totaling $3,247.68 for its services from October 1, 2004, through December 31, 2004.

18. Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), was retained as special litigation and environmental counsel for the Debtors. In the Application, Nelson Mullins seeks approval of fees totaling $29,961.00 and costs totaling $133.51 for its services from October 1, 2004, through December 31, 2004.

19. In the Application, Goldberg, Persky & White, P.C. ("Goldberg") seeks approval of costs totaling $235.66 for its services from October 1, 2004, through December 31, 2004 as representative of the Official Committee of Asbestos Claimants ("the Committee").

20. Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. ("Pachulski") was retained

as local counsel to the debtors. In the Application, Pachulski seeks approval of fees totaling $122,618.00 and costs totaling $116,277.58 for its services from October 1, 2004, through December 31, 2004.

21.     Phillips, Goldman & Spence, P.A. ("PG&S") was retained as local counsel to David T. Austern, Future Claimants' Representative. In the Application, PG&S seeks approval of fees totaling $20,646.00 and costs totaling $1,018.20 for its services from October 1, 2004, through December 31, 2004.

22.     Pitney, Hardin, Kipp & Szuch, LLP ("Pitney Hardin"), was retained as special counsel to the Debtors. In the Application, Pitney Hardin seeks approval of fees totaling $171,475.50 and costs totaling $21,247.51 for its services from October 1, 2004, through December 31, 2004.

23.     Steptoe & Johnson, LLP ("Steptoe") was retained as special tax counsel to the Debtors. In the Application, Steptoe seeks approval of fees totaling $61,078.00 and costs totaling $1,943.15 for its services from October 1, 2004, through December 31, 2004.

24.     L. Tersigni Consulting P.C. ("Tersigni") was retained as accountant and financial advisor for the official committee of asbestos personal injury claimants. In the Application, Tersigni seeks approval of fees totaling $198,387.00 and costs totaling $325.51 for its services from October 1, 2004, through December 31, 2004.

25.     In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Applications in their entirety, including each of the time and expense entries included in the exhibits to the Applications, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for

Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

**DISCUSSION**

26. We have no objections to, or issues with any of the Applications.

**CONCLUSION**

27. Thus for the period of October 1, 2004, through December 31, 2004 we recommend approval of all fees and expenses for the following applicants:

   a. Baker Donelson - fees totaling $51,000.00 and costs totaling $798.96.

   b. BMC - fees totaling $188,359.50 and costs totaling $39,401.44.

   c. Blackstone - fees totaling $525,000.00 and costs totaling $9,134.68.

   d. Campbell - fees totaling fees totaling $70,965.00 and costs totaling $6,325.46.

   e. Capstone - fees totaling fees totaling $224,310.00 and costs totaling $2,919.64.

   f. Carella (CBBG) - fees totaling $61,801.00 and costs totaling $2,399.56.

   g. Casner - fees totaling $64,935.00 and expenses totaling $45,135.82.

   h. CIBC - fees totaling $400,000.00 and costs totaling $2,726.28.

   i. David T. Austern - fees totaling $21,300.00 and costs totaling $53.00.

   j. Duane Morris - fees totaling $100,271.00 and costs totaling $10,120.25.

   k. Ferry Joseph - fees totaling $23,449.00 and costs totaling $2,479.28.

   l. HRA - fees totaling $94,492.50 and costs totaling $128.02.

    m.        HRO - fees totaling $35,631.50 and costs totaling $4,318.47.

    n.        Klett Rooney - fees totaling  $74,535.50 and costs totaling $2,445.24.

    o.        L&W - fees totaling $103,141.00 and costs totaling $4,617.85.

    p.        LAS -  fees totaling $1,455.00 and costs totaling $0.00.

    q.        Lexecon - fees totaling $51,176.03 and costs totaling $3,247.68.

    r.        Nelson Mullins - fees totaling  $29,961.00 and costs totaling $133.51.

    s.        Official Committee of Asbestos Claimants - approval of costs totaling $235.66.

    t.        Pachulski - fees totaling $122,618.00 and costs totaling $116,277.58.

    u.        PG&S - fees totaling $20,646.00 and costs totaling $1,018.20.

    v.        Pitney Hardin - fees totaling $171,475.50 and costs totaling $21,247.51.

    w.        Steptoe - fees totaling $61,078.00 and costs totaling $1,943.15.

    x.        Tersigni - fees totaling $198,387.00 and costs totaling $325.51.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

Case 01-01139-AMC    Doc 8561    Filed 06/06/05    Page 9 of 12

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 6th day of June, 2005.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicants**
E. Franklin Childress
James Range
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue
Suite 200
Memphis, Tennessee 38103

Sean A. Allen, President
BMC
6096 Upland Terrace South
Seattle, Washington 98118

Pamela D. Zilly
Senior Managing Director
The Blackstone Group L.P.
345 Park Avenue
New York, NY 10154

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

Libby Hamilton
Capstone Corporate Recovery, LLC
Park 80 West, Plaza One
Saddle Brook, N.J. 07663

John M. Agnello
CARELLA, BYRNE, BAIN, GILFILLAN, CECCHI, STEWART & OLSTEIN
5 Becker Farm Road
Roseland, N.J. 07068-1700

Robert A. Murphy
CASNER & EDWARDS, LLP
303 Congress Street, 2nd Floor
Boston, MA 02210

Joseph J. Radecki, Jr.
CIBC World Markets Corp.
425 Lexington Avenue
New York, New York 10017

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683

Michael R. Lastowski, Esq.
DUANE MORRIS LLP
1100 Market Street, Suite 1200
Wilmington, DE 19801-1246

Michael B. Joseph
Theodore J. Tacconelli
Rick S. Miller
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE. 19899

Paul J. Silvern
Hamilton, Rabinovitz & Alschuler, Inc.
6033 West Century Blvd., Suite 890
Los Angeles, California 90045

Elizabeth K. Flaagan, Esq.
HOLME ROBERTS & OWEN, LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203

Teresa K. D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

John McGahren
Latham & Watkins LLP
One Newark Center, 16th Floor
Newark, New Jersey 07101

Mark A. Peterson
Legal Analysis Systems, Inc.
970 Calle Arroyo
Thousand Oaks, CA 91360

Mark Zumbach
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604

Joseph Melchers, Esq.
Nelson Mullins Riley & Scarborough, LLP
1320 Main Street 17th Floor
Columbia, South Carolina 29201

Laura Davis Jones
Patty Cuniff
PACHULSKI, STANG, ZIEHL, YOUNG & JONES P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Anthony J. Marchetta, Esq.
Pitney, Hardin, Kipp & Szuch, LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Anne E. Moran
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

Loreto T. Tersigni
Dottie Jo Collins
L. Tersigni Consulting P.C.
1010 Summer Street, Suite 201
Stamford, CT 06905

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**FEE AUDITOR'S FINAL REPORT** - Page 11
wrg FR re Applications With No Objections 15int 10-12.04.wpd

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801