UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | |
| | § | Chapter 11 |
| W.R. GRACE & CO., et al | § | Jointly Administered |
| | § | Case No. 01-1139 (JJF) |
| Debtors | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
APPLICATION OF THE OFFICIAL COMMITTEE OF
ASBESTOS PROPERTY DAMAGE CLAIMANTS
FOR THE FIFTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Application of the Official Committee of Asbestos Property Damage Claimants for the Fifteenth Interim Period (the "Application").

BACKGROUND

1.  Darrell Scott of Lukins & Annis, P.S. ("Lukins") is counsel to Marco Barbanti ("Barbanti"), a member of the Official Committee of Asbestos Property Damage Claimants (the "Committee"). In the Application, the Scott seeks approval of costs totaling $2,914.73 for reimbursement of expenses incurred between August 1, 2004, through October 31, 2004.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States

Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on the Committee an initial report based on our review, and received a response from the Committee, portions of which response are quoted herein.

**DISCUSSION**

3. We note that Scott is not counsel to the Committee, but is counsel to Barbanti, a member of the Committee. We note that a special showing must be made for expenses of counsel to a Committee member to be paid by the estate. See  In re Worldwide Direct, Inc. 259 B.R. 56 (Bankr. D.Del. 2001). See also First Merchants Acceptance Corp. v. J.C. Bradford et al., 198 F.3d 394 (3rd Cir. 1999).

4. We note that the expenses sought by Scott include travel expenses. In Worldwide Direct the Court noted that travel expenses incurred by counsel for member of unsecured creditors committee would be compensable to the extent that the cost was not more than would have been incurred if the member had made the trip instead of its counsel. 259 B.R. at 63. As Mr. Scott's travel was to attend two meetings in place of Mr. Barbanti, not in addition to Mr. Barbanti, and, as Mr. Scott and Mr. Barbanti both reside in the state of Washington, it appears that the travel expenses incurred by Mr. Scott were no different than the travel expenses that would have been incurred by Mr. Barbanti.

5. We noted two lodging charges incurred by Mr. Scott that appear to be excessive. The entries are provided below.

| Date | Description | Amount |
|---|---|---|
| 8/25/04 | Lodging - Meeting in Washington, D.C. | $422.51 |
| 9/7/04 | Lodging - Meeting in New York City | $582.51 |

We recommend a reasonable ceiling of $250.00 per night for lodging ($350.00 for New York and selected other cities). We asked the Committee to explain why the cited entries should not be viewed as excessive. The Committee responded as follows:

> The Fee Auditor asked for greater explanation of two charges submitted by the PD Committee for member Darrell Scott. The first entry on August 25, 2004 is for a one-night hotel stay for 422.51 including taxes. The second entry on September 7, 2004 represents a two-night hotel charge totaling $547.13 with taxes as well as $33.38 for a dinner and $2.00 for telephone charges.

We appreciate the response. For the August 8, 2004 lodging expense, we recommend a reduction of $172.51 in expenses.

## CONCLUSION

6.      Thus we recommend approval of costs totaling $2,742.22 ($2,914.73 minus $172.51) for reimbursement of expenses incurred between August 1, 2004, through October 31, 2004, by Darrell Scott, counsel to Marco Barbanti.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 7th day of June, 2005.

                                                Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Jay M. Sakalo, Esq.
Official Committee of Asbestos Property
Damage Claimants
Bilzin, Sumberg, Dunn, Baena, Price
& Axelrod
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801