## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Company, et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## SECOND AMENDEDVERIFIED STATEMENT
## IN CONNECTION WITH THE REPRESENTATION OF CREDITORS
## AS REQUIRED BY FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Robert Leslie Palmer, being first duly sworn, hereby deposes and states as follows:

1.     I am an attorney with Environmental Litigation Group, P.C. ("ELG") with offices located at 3529 Seventh Avenue South, Birmingham, Alabama 35222.  J. William Lewis, who signed the original Verified 2019 Statement, has retired.  Before his retirement, the said J. William Lewis executed a "Substitution Under Power of Attorney," which named in his place and stead as attorneys in fact Robert Leslie Palmer, Fred R. DeLeon, Jr., and Nedra L. McClinton, other attorneys in the same law firm.  The powers of attorney previously executed by the firm's clients authorized the said substitution.  As of March 1, 2005, Gregory A. Cade ("Cade") joined ELG.  ELG assumed responsibility for representing clients of Cade's law firm, Cade Law Firm, L.L.C.

2.     This Second Amended Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in compliance with the Order of this Court dated October 25, 2004 (the "Rule 2019 Order").  Exhibits have been served in accordance with

the Rule 2019 Order and may be made available with leave of the Court pursuant to the terms of the Rule 2019 Order.

3.      Exhibit A consists of an Excel Spreadsheet containing a list of Asbestos Creditors represented by ELG with claims against the Debtor(s), including both Asbestos Creditors identified on Exhibit A filed with the original Verified 2019 Statement filed with this Court in December 2004 (the "Original Verified 2019 Statement") and additional Asbestos Creditors not previously identified. For each such Asbestos Creditor, the information required by the Rule 2019 Order is supplied.

4.      **Asbestos Creditors Represented by ELG:** Each Asbestos Creditor identified on Exhibit A has employed either ELG or Cade Law Firm, LLC under an employment contract and has executed a power of attorney authorizing ELG to represent such Asbestos Creditors. The date that each Asbestos Creditor listed on Exhibit A executed such power of attorney is indicated on Exhibit A. The Asbestos Creditors listed on Exhibit A fall into three categories: (a) Asbestos Creditors listed with the Original Verified 2019 Statement, each of whom executed an attorney employment contract with ELG and each of whom also signed a power of attorney naming J. William Lewis as attorney in fact; (b) Asbestos Creditors not listed with the Original Verified 2019 Statement, each of whom executed an attorney employment contract with ELG and each of whom also signed a power of attorney naming W. Lee Gresham, III as attorney in fact; and (c) Asbestos Creditors not listed with the Original Verified 2019 Statement, each of whom executed an attorney employment contract with Cade Law Firm, L.L.C. and each of whom also signed a power of attorney naming Robert Leslie Palmer, W. Lee Gresham, III, Gregory A. Cade, Fred R. DeLeon, Jr., and Nedra L. McClinton as attorneys in fact.

5.    **ELG's Asbestos Creditors Listed in Original Statement:**    For all of the Asbestos Creditors listed in the Original Verified 2019 Statement, blank but unredacted exemplars of each of ELG's standard forms of agreement and the power of attorney authorizing representation of Asbestos Creditors were submitted therewith as Exhibits B-1 through B-8 and are also submitted herewith as Exhibits B-1 through B-8.    A copy of the "Substitution Under Power of Attorney" executed by J. William Lewis is submitted herewith as Exhibit B-9.

6.    **ELG's Additional Asbestos Creditors:**    For ELG's Asbestos Creditors not listed in the Original Verified 2019 Statement, blank but unredacted exemplars of each of ELG's additional standard forms of agreement, each of which contains a power of attorney authorizing representation of creditors, are submitted herewith as Exhibits B-10 through B-11.    A copy of the "Substitution Under Power of Attorney" executed by W. Lee Gresham, III is submitted herewith as Exhibit B-12.

7.    **Cade's Asbestos Creditors:**    As of March 1, 2005, Cade joined ELG, and ELG assumed responsibility for representing certain clients of The Cade Law Firm, L.L.C.    For Cade's Asbestos Creditors, a blank but unredacted exemplar of ELG's standard form power of attorney authorizing representation of the Asbestos Creditors is submitted herewith as Exhibit B-13.    Blank but unredacted examplars of the two Cade Law Firm standard forms of employment agreement are submitted herewith as Exhibits B-14 through B-15.    A copy of an Affidavit establishing that ELG assumed responsibility for representing certain clients of The Cade Law Firm, L.L.C. is submitted herewith as Exhibit B-16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June __3__ , 2005                    Respectfully submitted,

_____
Robert Leslie Palmer
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, Alabama 35222
Telephone: 205-328-9200
Facsimile: 205-328-9206


SWORN TO AND SUBSCRIBED before me, the undersigned authority, by Robert Leslie Palmer on this the __3rd__ day of June, 2005.


_____
**NOTARY PUBLIC**
My Commission Expires: _____10/1/08_____