IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. Grace and Co., et. al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| | : | Case No. 01-1139 (JKF) |

**NOTICE OF FILING OF RULE 2019 AMENDED FIRST SUPPLEMENTAL STATEMENT
OF REPRESENTATION BY ENVIRONMENTAL LITIGATION GROUP
(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Environmental Litigation Group, in compliance with the October 22, 2004 Order of Court, has filed its Amended First Supplemental Statement pursuant to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801

Dated: June 7, 2005         /s/Daniel K. Hogan
                                           Daniel K. Hogan (DE #2814)
                                           THE HOGAN FIRM
                                           1311 Delaware Avenue
                                           Wilmington, DE 19806
                                           Telephone: 302-656-7540
                                           Facsimile: 302-656-7599

NOTICE