IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** June 28, 2005, at 4:00 p.m. (prevailing eastern time) |

# FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL ENVIRONMENTAL COUNSEL FEE APPLICATION FOR THE PERIOD APRIL 1, 2005 THROUGH APRIL 30, 2005

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

April 30, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000644
File No. 029016-0001

Re: **HATCO REMEDIATION**

| | | |
|---|---|---:|
| Balance due on prior billing | | $178,906.94 |
| For professional services rendered through April 30, 2005: | | 32,182.00 |

Other Charges:

| | |
|---|---:|
| PHOTOCOPYING | 217.26 |
| TELEPHONE | 42.17 |
| FEDERAL EXPRESS | 137.21 |
| MEALS | 61.19 |
| GROUND TRANSPORTATION | 9.55 |
| LEXIS | 37.80 |
| MILEAGE | 40.50 |
| MIS SERVICES | <u>37.50</u> |

583.18

| | |
|---|---:|
| Total Current Charges | 32,765.18 |
| Total Balance Due | **$211,672.12** |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MCGAHREN | 04/01/05 | 3.00 | REVIEWED CORRESPONDENCE(.50); CONFERENCE CALL WITH GRACE, HATCO, WESTON AND ACE REPRESENTATIVES (2.0); CONFERRED WITH L. MATTHEWS(.50) |
| MATTHEWS | 04/01/05 | 3.90 | REVIEW INCOMING CORRESPONDENCE (0.3); REVIEW REVISED NRD AGREEMENTS (0.6); PARTICIPATE IN STATUS CONFERENCE CALL (0.7); BEGIN TO CONDUCT CONSISTENCY REVIEW OF SETTLEMENT DOCUMENTS (2.2); CALLS WITH A. REITANO AND M. MILLER REGARDING TRUST AGREEMENT (0.2) |
| MCGAHREN | 04/04/05 | 3.00 | REVIEWED CORRESPONDENCE(.50); CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.0); REVIEWED SETTLEMENT DOCUMENTS(1.0); REVIEWED DRAFT MOTION(.50) |
| MATTHEWS | 04/04/05 | 7.90 | CALL WITH L. DUFF AND M. OBRADOVIC REGARDING MOTION (0.4); REVIEW SETTLEMENT DOCUMENTS FOR CONSISTENCY AND ERRORS (0.5); REVISE MOTION (0.9); REVIEW NJDEP PROPOSED CHANGES (0.3); REVIEW INCOMING CORRESPONDENCE (0.2); PARTICIPATE IN CONFERENCE CALL REGARDING NJDEP CHANGES (1.6); REVISE AND TRANSMIT SETTLEMENT AGREEMENT AND ACO TO NJDEP (0.7); TRANSMIT NRD SETTLEMENT AGREEMENT TO NJDEP (0.2); CALL WITH M. MILLER AND A. REITANO REGARDING TRUST AGREEMENT (1.4); REVIEW REVISED TRUST AGREEMENT (0.8); PARTICIPATE IN STATUS CONFERENCE CALL (0.3); FOLLOW UP CALLS WITH L. DUFF AND A. REITANO (0.6) |
| MCGAHREN | 04/05/05 | 2.50 | REVIEWED CORRESPONDENCE(.50); REVIEWED SETTLEMENT DOCUMENTS(.50); CONFERENCE WITH L. MATTHEWS(.50); PHONE CALLS WITH A. REITANO, B. RAWLYCK; REVIEWED EPA PCB MEGARULE APPROVAL LETTER(1.0); |
| MATTHEWS | 04/05/05 | 2.60 | COMPLETE SETTLEMENT DOCUMENTS CONSISTENCY REVIEW AND REVISE AND TRANSMIT DOCUMENTS (1.1); REVIEW INCOMING CORRESPONDENCE (0.5); STATUS CALLS WITH L. DUFF AND A. REITANO (0.5); PARTICIPATE IN STATUS CONFERENCE CALL (0.5) |
| MCGAHREN | 04/06/05 | 3.50 | REVIEWED CORRESPONDENCE(.50); REVIEWED SETTLEMENT DOCUMENTS(1.0); CONFERENCE WITH L. MATTHEWS(.50); CONFERENCE CALL WITH GRACE, HATCO AND WESTON REPRESENTATIVES(1.5); |
| MATTHEWS | 04/06/05 | 7.50 | PARTICIPATE IN NEGOTIATION CONFERENCE CALLS (5.5); REVISE AND TRANSMIT SETTLEMENT DOCUMENTS (2.0) |
| MCGAHREN | 04/07/05 | 2.50 | CONFERENCE CALL WITH GRACE, WESTON AND HATCO REPRESENTATIVES(1.0); REVIEWED CORRESPONDENCE(.50); REVIEWED SETTLEMENT DOCUMENTS(.50); CONFERENCE WITH L. MATTHEWS(.50) |
| MATTHEWS | 04/07/05 | 3.00 | REVIEW INCOMING CORRESPONDENCE (0.3); REVIEW FINAL DOCUMENTS (1.2); PARTICIPATE IN STATUS CONFERENCE CALL (0.7); CALLS WITH L. DUFF REGARDING EXHIBITS (0.8) |
| MCGAHREN | 04/08/05 | 2.50 | REVIEWED CORRESPONDENCE(.50); REVIEWED SETTLEMENT DOCUMENTS(.1.0); PHONE CALLS WITH |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000644

2

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| MATTHEWS | 04/08/05 | 1.30 | A. REITANO(.50); CORRESPONDENCE WITH L. MATTHEWS(.50) ATTEND TO DOCUMENT EXECUTION AND TRANSMITTAL ISSUES (0.9); REVIEW INCOMING CORRESPONDENCE (0.4) |
| MCGAHREN | 04/11/05 | .50 | REVIEWED CORRESPONDENCE(.25); CONFERENCE WITH L. MATTHEWS(.25) |
| MATTHEWS | 04/11/05 | 3.00 | REVIEW INCOMING CORRESPONDENCE (0.3); ASSEMBLE EXECUTION COPIES OF ALL SETTLEMENT DOCUMENTS (0.3); ATTEND TO FILE (2.0); CALL WITH M. MILLER REGARDING SCHEDULE (0.4) |
| MATTHEWS | 04/12/05 | 4.20 | REVIEW INCOMING CORRESPONDENCE (0.2); ASSEMBLE AND TRANSMIT ORIGINAL EXECUTED SETTLEMENT DOCUMENTS (4.0) |
| MATTHEWS | 04/13/05 | .20 | FORWARD FINAL DOCUMENTS (0.1); REVIEW INCOMING CORRESPONDENCE (0.1) |
| MATTHEWS | 04/19/05 | 2.70 | ATTEND TO FILE (2.6); FOLLOW UP REGARDING REVISIONS TO SELF-GUARANTEE APPLICATION (0.1) |
| MCGAHREN | 04/20/05 | 2.00 | PHONE CALLS WITH L. DUFF, M. OBRADOVIC, A. REITANO(.50); REVIEWED CORRESPONDENCE(.50); REVIEWED NJDEP AND HATCO PRESS RELEASES(1.0) |
| MATTHEWS | 04/21/05 | 1.20 | CALLS WITH L. DUFF, M. OBRADOVIC, J. POTTS, A. REITANO AND J. MCGAHREN REGARDING ADDITIONAL INSURED ENDORSEMENT (1.0); REVIEW INCOMING CORRESPONDENCE (0.2) |
| MCGAHREN | 04/22/05 | .50 | REVIEWED CORRESPONDENCE(.50); |
| MCGAHREN | 04/25/05 | 1.50 | REVIEWED CORRESPONDENCE(.50); CONFERENCE WITH L. MATTHEWS(.50); PHONE CONFERENCE WITH M. OBRADOVIC(.50) |
| MATTHEWS | 04/25/05 | .40 | REVIEW INCOMING CORRESPONDENCE (0.1); CALL WITH L. DUFF REGARDING STATUS (0.1); ATTEND TO REVIEW AND COMMENTS ON ADDITIONAL INSURED ENDORSEMENT (0.2) |
| MCGAHREN | 04/26/05 | .50 | PHONE CALL WITH M. OBRADOVIC(.25)REVIEWED CORRESPONDENCE(.25); |
| MATTHEWS | 04/26/05 | 3.40 | CALLS WITH L. DUFF, M. MILLER AND M. PEDERSEN REGARDING STATUS (0.3); REVIEW INCOMING CORRESPONDENCE (0.2); DRAFT RESPONSES TO CREDITORS' INQUIRIES (2.9) |
| MATTHEWS | 04/27/05 | 1.30 | CALLS WITH L. DUFF, M. OBRADOVIC AND T. REITANO REGARDING ADDITIONAL INSURED ENDORSEMENT (0.9); REVIEW SAME AND POLICY (0.4) |
| MCGAHREN | 04/28/05 | .40 | REVIEWED CORRESPONDENCE(.40); |
| MATTHEWS | 04/29/05 | .20 | REVIEW INCOMING CORRESPONDENCE (0.1); ATTEND TO RESPONSES TO CREDITORS' INQUIRIES (0.1) |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| J MCGAHREN | 02116 | 22.40 | 510.00 | 11,424.00 | PARTNER, JR. |
| LD MATTHEWS | 02951 | 42.80 | 485.00 | 20,758.00 | CONTRACT ASSOC |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 04/06/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 3.89 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000644

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 04/12/05 | TELEPHONE | TELEPHONE 01770 MATTHEWS, LAURIE D | LD MATTHEWS | | 1.17 |
| 04/21/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 10.86 |
| 04/28/05 | TELEPHONE | TELEPHONE 07270 MCGAHREN, JOHN | J MCGAHREN | | 5.82 |
| | | ** TOTAL TELEPHONE | | | 21.74 |
| 04/08/05 | FEDERAL EXPRESS | ANTHONY J REITANO ESQ WARREN NJ 07059 851334237767 04/08/05 547492734 | LD MATTHEWS | | 8.28 |
| 04/12/05 | FEDERAL EXPRESS | MARK PEDERSEN TRENTON, NJ 08625 851334237230 04/12/05 548758636 | LD MATTHEWS | | 15.14 |
| 04/12/05 | FEDERAL EXPRESS | PETER A CERIBELLI WEST CHESTER PA 19380 851334237322 04/12/05 548758636 | LD MATTHEWS | | 17.35 |
| 04/12/05 | FEDERAL EXPRESS | JOSEPH J SEEBODE TRENTON, NJ 08625 851334237274 04/12/05 548758636 | LD MATTHEWS | | 15.14 |
| 04/12/05 | FEDERAL EXPRESS | JAMES R POTTE PHILADELPHIA PA 19103 851334237300 04/12/05 548758636 | LD MATTHEWS | | 16.84 |
| 04/12/05 | FEDERAL EXPRESS | RICHARD ENGEL TRENTON, NJ 08625 851334237241 04/12/05 548758636 | LD MATTHEWS | | 15.14 |
| 04/12/05 | FEDERAL EXPRESS | LYDIA B DUFF COLUMBIA MD 21044 851334237296 04/12/05 548758636 | LD MATTHEWS | | 16.84 |
| 04/12/05 | FEDERAL EXPRESS | ANTHONY J REITANO, JR WARREN NJ 07059 851334237701 04/12/05 548758636 | LD MATTHEWS | | 16.84 |
| 04/12/05 | FEDERAL EXPRESS | MICHAEL MILLER PHILADELPHIA PA 19103 851334237285 04/12/05 548758636 | LD MATTHEWS | | 15.64 |
| | | ** TOTAL FEDERAL EXPRESS | | | 137.21 |
| 04/04/05 | LEXIS (MEAD DATA) | Lexis-Nexis Search--04/04/05 | LD MATTHEWS | | 37.80 |
| | | ** TOTAL LEXIS (MEAD DATA) | | | 37.80 |
| 03/28/05 | TELEPHONE | TELEPHONE - -AT&T TELECONFERENCE SERVICES | J MCGAHREN | AT&T TELECONFERENCE SERVICES | 20.43 |
| | | ** TOTAL TELEPHONE | | | 20.43 |
| 03/29/05 | MEALS - OUT OF TOWN | MEALS - OUT OF TOWN - -JOHN MCGAHREN/PETE LORENZO'S CAFE, 3/29/05 | J MCGAHREN | JOHN MCGAHREN | 61.19 |
| | | ** TOTAL MEALS - OUT OF TOWN | | | 61.19 |
| 02/16/05 | GROUND TRANSPORTATION - OUT OF TOWN | GROUND TRANSPORTATION - OUT OF TOWN - -LAURIE D MATTHEWS TOLLS/ NEW JERSEY 2/16/05 | LD MATTHEWS | LAURIE D MATTHEWS | 9.55 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000644

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| | | ** TOTAL GROUND TRANSPORTATION - | | | 9.55 |
| 02/16/05 | MILEAGE - OUT OF TOWN | MILEAGE - OUT OF TOWN - -LAURIE D MATTHEWS 100mi/ NEW JERSEY 2/16/05 | LD MATTHEWS | LAURIE D MATTHEWS | 40.50 |
| | | ** TOTAL MILEAGE - OUT OF TOWN | | | 40.50 |
| 03/14/05 | PHOTOCOPYING | PHOTOCOPYING 03738 CT1004060553781 | K ORTEGA | | 1.53 |
| 03/14/05 | PHOTOCOPYING | PHOTOCOPYING 53621 CT1004060553779 | JUDITH CHRISTOPHER | | 1.70 |
| 04/11/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604120574825 | LD MATTHEWS | | 2.55 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582393 | LD MATTHEWS | | 7.65 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582401 | LD MATTHEWS | | 117.64 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582397 | LD MATTHEWS | | .51 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582391 | LD MATTHEWS | | 19.04 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582405 | LD MATTHEWS | | 3.57 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582399 | LD MATTHEWS | | 34.17 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582395 | LD MATTHEWS | | 2.55 |
| 04/12/05 | PHOTOCOPYING | PHOTOCOPYING 02951 CT0604130582403 | LD MATTHEWS | | 26.35 |
| | | ** TOTAL PHOTOCOPYING | | | 217.26 |
| 03/14/05 | MIS SERVICES | MIS SERVICES - SCAN AND OCR 11 PAGE DOCUMENT FOR K. ORTEGA | DEBORAH J DE MARCO | | 37.50 |
| | | ** TOTAL MIS SERVICES | | | 37.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000644

5

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234 Fax: (973) 639-7298
www.lw.com

**INVOICE**

April 30, 2005

LYDIA DUFF, SENIOR ENVIRONMENTAL COUNSEL
W.R. GRACE & COMPANY
7500 GRACE DRIVE
COLUMBIA, MD 21044

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No. W51000644
File No. 029016-0001

---

**REMITTANCE COPY**

## HATCO REMEDIATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| **Prior Billings:** | | |
| **Amounts Due on Prior Billings** | | 178,906.94 |
| **Current Billing:** | | |
| April 30, 2005 | 51000644 | $32,765.18 |
| **Balance Due** | | **$211,672.12** |

AMOUNT REMITTED:                            $ _____

**Method of Payment:**

☐ CHECK        ☐ WIRE TRANSFER

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

**INVOICE**

April 30, 2005

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Tax Identification No: 95-2018373

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

Please identify your check with the following number:
Invoice No.  W51000645
File No.  029016-0003

Re: **SPECIAL COUNSEL FEE APPLICATION**

| | |
|---|---:|
| Balance due on prior billing | $11,448.19 |
| For professional services rendered through April 30, 2005: | 1,203.50 |

Other Charges:

| | | |
|---|---:|---:|
| PHOTOCOPYING | 2.04 | |
| FEDERAL EXPRESS | 8.28 | |
| | | 10.32 |

| | |
|---|---:|
| Total Current Charges | 1,213.82 |
| Total Balance Due | $12,662.01 |

| TIMEKEEPER | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| LEJAVA | 03/02/05 | .70 | TELEPHONE CALL WITH JENNIFER GRACE UMOETE OF THE U.S. TRUSTEES OFFICE REGARDING BILLING DESCRIPTIONS; PREPARED E-MAIL TO J. MCGAHREN REGARDING CONVERSATION WITH J. UMOETE. |
| LEJAVA | 03/24/05 | 2.20 | PREPARE FEBRUARY 2005 FEE APPLICATION |

| EMPLOYEE NAME | ID | HOURS | RATE | AMOUNT | |
|---|---|---|---|---|---|
| JP LEJAVA | 03186 | 2.90 | 415.00 | 1,203.50 | ASSOCIATE, SR. |

## COSTS AND DISBURSEMENTS

| DATE | TYPE | DESCRIPTION | ATTY | VENDOR | AMOUNT |
|---|---|---|---|---|---|
| 03/25/05 | FEDERAL EXPRESS | Patricia Cuniff WILMINGTON DE 19801 791019234885 03/25/05 545107774 | JP LEJAVA | | 8.28 |
| | | ** TOTAL FEDERAL EXPRESS | | | 8.28 |
| 03/25/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1004060553783 | JP LEJAVA | | 1.87 |
| 03/25/05 | PHOTOCOPYING | PHOTOCOPYING 03186 CT1004060553785 | JP LEJAVA | | .17 |
| | | ** TOTAL PHOTOCOPYING | | | 2.04 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # W51000645

2

# LATHAM&WATKINS LLP

One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Tel: (973) 639-1234  Fax: (973) 639-7298
www.lw.com

Tax Identification No: 95-2018373

**INVOICE**
April 30, 2005

Please remit payment to:
Latham & Watkins LLP
One Newark Center, 16th fl.
Newark, New Jersey 07101-3174

Attn: Accounting Dept.

W.R. GRACE & CO.
7500 GRACE DRIVE
COLUMBIA, MD 21044
ATTN: LYDIA DUFF

Please identify your check with the following number:
Invoice No. W51000645
File No. 029016-0003

---

**REMITTANCE COPY**

SPECIAL COUNSEL FEE
APPLICATION

| Invoice Date | Invoice Number | Invoice Amount |
|---|---|---|
| Prior Billings: | | |
| **Amounts Due on Prior Billings** | | 11,448.19 |
| Current Billing: | | |
| April 30, 2005 | 51000645 | $1,213.82 |
| **Balance Due** | | **$12,662.01** |

AMOUNT REMITTED: $ _____

**Method of Payment:**

☐ CHECK    ☐ WIRE TRANSFER