IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 28, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM APRIL 1, 2005 THROUGH APRIL 30, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

May 4, 2005
Invoice 679611  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06030 | For Services Through 04/30/05 |
| WR Grace # | 032-KL-721400-00-5250472 | |
| Name of Matter: | Aiken-Title V Permit App. Iss | |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/19/05 | Review air permitting questions.<br>B.F. HAWKINS, JR. | 0.30 hrs. | 290.00/hr | $87.00 |
| 04/19/05 | Confer with Mr. Fishel regarding renewal of air permit.<br>R.T. CARLISLE | 0.40 hrs. | 260.00/hr | $104.00 |
| 04/20/05 | Review air permitting questions.<br>B.F. HAWKINS, JR. | 0.50 hrs. | 290.00/hr | $145.00 |
| 04/20/05 | Confer with Attorney Hawkins regarding preliminary comments on draft permit (0.2); begin review of documents provided by Mr. Fishel (0.7)<br>R.T. CARLISLE | 0.90 hrs. | 260.00/hr | $234.00 |
| 04/20/05 | Provide Attorney Carlisle with copy of 2001 Title V for Aiken and Enoree, per her request.<br>L.J. JENNINGS | 0.30 hrs. | 125.00/hr | $37.50 |
| 04/25/05 | Review draft permit and internal comments from client.<br>R.T. CARLISLE | 0.90 hrs. | 260.00/hr | $234.00 |
| 04/30/05 | Compare current draft for conditional major air permit with last Title V permit for same facility.<br>R.T. CARLISLE | 1.10 hrs. | 260.00/hr | $286.00 |

**Fees for Legal Services** ................................................................................................. **$1,127.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.80 | 290.00 | 232.00 |
| R.T. CARLISLE | 3.30 | 260.00 | 858.00 |
| L.J. JENNINGS | 0.30 | 125.00 | 37.50 |
| TOTAL | 4.40 | $256.25 | $1,127.50 |

W. R. Grace & Co.

May 4, 2005
Invoice 679611  Page 2

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---:|
| 04/19/2005 | Telephone 1-803-648-9575 | 0.85 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$0.85** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---:|
| Telephone | 0.85 |
| TOTAL | $0.85 |

| | |
|---|---:|
| **Net current billing for this invoice** | **$1,128.35** |
| **GRAND TOTAL** | **$1,128.35** |

W. R. Grace & Co.

May 4, 2005
Invoice 679611  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 04/30/05

W. R. Grace & Co.
Aiken-Title V Permit App. Iss
Our Matter # 02399/06030

| | |
|---|---|
| Fees for Professional Services | $1,127.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.85 |
| **Net current billing for this invoice** | **$1,128.35** |

**Terms of Payment: Balance due within thirty days of invoice date**

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

May 4, 2005  
Invoice 679612  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 04/30/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

04/01/05  Message from Mr. Bailey regarding final draft application, confirmation with Ms. Canova, reply (0.2); review final draft, complete package and send out to meeting attendees (0.5).
N.J. SMITH                     0.70 hrs.   290.00/hr         $203.00

04/04/05  Follow up with Ms. Socha and Ms. Sanger regarding application, site visit, and drawings.
N.J. SMITH                     0.30 hrs.   290.00/hr          $87.00

04/05/05  Telephone conference with Mr. Bailey regarding obtaining a key for access to site for site visit by Corps, and delivery of full size drawings for review at agency meeting.
N.J. SMITH                     0.30 hrs.   290.00/hr          $87.00

04/06/05  Review materials from Mr. Bailey for agency meeting (0.4); agency meeting at Corps office to review wetlands permit application with DHEC, OCRM, Corps and with Ms. Canova (1.7); prepare summary for Mr. Bucens of meeting and next steps to complete application (0.4).
N.J. SMITH                     2.50 hrs.   290.00/hr         $725.00

04/08/05  Office conference with Mr. Ridgell at DHEC to review draft application, comments from agency meeting he missed, discuss mitigation differences, and potential for off site restoration opportunities in watershed, and schedule.
N.J. SMITH                     1.20 hrs.   290.00/hr         $348.00

04/12/05  Follow up with Mr. Bailey regarding delivery of application to Corps (0.4); complete correspondence and email to Mr. Bucens, with mark up attachments (0.2).
N.J. SMITH                     0.60 hrs.   290.00/hr         $174.00

04/18/05  Follow up with Ms. Socha regarding site visit, receipt of application, coordination on public notice (0.2); follow up with Ms. Sanger regarding same (0.2).
N.J. SMITH                     0.40 hrs.   290.00/hr         $116.00

04/21/05  Telephone conference with Ms. Socha regarding status of public notice preparation, discuss changes in Corps process (0.4); provide additional copy of information needed for public notice to Ms. Socha electronically to help meet schedule (0.3).
N.J. SMITH                     0.70 hrs.   290.00/hr         $203.00

04/22/05  Call from Ms. Socha regarding question on application, briefly discuss, and ask for notice to go out next week.
N.J. SMITH                     0.20 hrs.   290.00/hr          $58.00

04/26/05  Follow up with Ms. Socha regarding public notice for permit; prepare newspaper public notice.
N.J. SMITH                     0.50 hrs.   290.00/hr         $145.00

W. R. Grace & Co.

May 4, 2005
Invoice 679612  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 04/27/05 | Follow up with Mr. Bucens on affidavit and fee for OCRM permit. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 04/29/05 | Message from Ms. Sanger regarding fee deadline, call and confirm information (0.2); review correspondence and documents from Mr. Bucens to OCRM (0.1). | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |

**Fees for Legal Services** .................................................................................... **$2,320.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 8.00 | 290.00 | 2,320.00 |
| TOTAL | 8.00 | $290.00 | $2,320.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 04/01/2005 | Photocopies 369 Page(s) | 18.45 |
| 04/21/2005 | Photocopies 33 Page(s) | 1.65 |
| 04/27/2005 | Telephone 1-617-498-2667 | 0.30 |
| 04/29/2005 | Telephone 1-617-498-2667 | 0.05 |
| 04/29/2005 | Telephone 1-617-498-2667 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ...................  **$20.50**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 20.10 |
| Telephone | 0.40 |
| TOTAL | $20.50 |

**Net current billing for this invoice** ................................................................  **$2,340.50**

**GRAND TOTAL**........................................................................................................  **$2,340.50**

W. R. Grace & Co.

May 4, 2005
Invoice 679612  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 04/30/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $2,320.00 |
| Charges for Other Services Provided/Expenses Incurred | $20.50 |
| **Net current billing for this invoice** | **$2,340.50** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044  

May 4, 2005  
Invoice 679613  Page  1

Our Matter #           02399/06091                              For Services Through 04/30/05  
Name of Matter:        Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 04/05/05 | Review February 2005 Interim Fee Application.<br>R.T. CARLISLE | 0.10 hrs. | 260.00/hr | $26.00 |
| 04/06/05 | Review final February Fee Application and follow up on status of remaining outstanding fee applications.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 04/21/05 | Review and analyze March 2005 bills and draft fee application.<br>A.R. PRICE | 3.10 hrs. | 105.00/hr | $325.50 |
| 04/22/05 | Edit and review March 2005 Interim Fee Application.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 04/22/05 | Edit and review 15th Quarterly Fee Application for January through March 2005.<br>B.J. BURN | 0.30 hrs. | 220.00/hr | $66.00 |
| 04/22/05 | Analyze bills and draft 16th Quarterly Fee Application and 16th Quarterly Summary.<br>A.R. PRICE | 3.50 hrs. | 105.00/hr | $367.50 |

**Fees for Legal Services** ................................................................................................. **$917.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 0.10 | 260.00 | 26.00 |
| B.J. BURN | 0.90 | 220.00 | 198.00 |
| A.R. PRICE | 6.60 | 105.00 | 693.00 |
| TOTAL | 7.60 | 120.66 | 917.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 04/22/2005 | VENDOR: PACER Service Center; INVOICE#: 050905; DATE: 4/22/2005 - LOGIN ID NM0003 | 17.52 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ....................... **$17.52**

W. R. Grace & Co.

May 4, 2005
Invoice 679613  Page 2

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Outside Services | 17.52 |
| TOTAL | $17.52 |

**Net current billing for this invoice** ................................................................................ **$934.52**

**GRAND TOTAL**........................................................................................................... **$934.52**

W. R. Grace & Co.

May 4, 2005
Invoice 679613  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 04/30/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---:|
| Fees for Professional Services | $917.00 |
| Charges for Other Services Provided/Expenses Incurred | $17.52 |
| **Net current billing for this invoice** | **$934.52** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Vicki B. Finkelstein  
7500 Grace Drive  
Columbia, MD  21044

May 4, 2005  
Invoice 679614  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/09007 | For Services Through 04/30/05 |
| Name of Matter: | Alchem Chemical Co. | |

04/20/05   Revise and circulate first amendment to purchase and sale agreement (1.1); telephone conference with Mr. McKenzie regarding same (0.4).
            J.E. HOLMES                              1.50 hrs.    260.00/hr              $390.00

**Fees for Legal Services** ................................................................................................... **$390.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---:|---:|---:|
| J.E. HOLMES | 1.50 | 260.00 | 390.00 |
| TOTAL | 1.50 | 260.00 | 390.00 |

**Net current billing for this invoice** ................................................................................ **$390.00**

**GRAND TOTAL**................................................................................................................ **$390.00**

W. R. Grace & Co.

May 4, 2005
Invoice 679614  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 04/30/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $390.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$390.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

## WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC