IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: June 28, 2005 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR STEPTOE & JOHNSON LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM FEBRUARY 1, 2005 THROUGH FEBRUARY 28, 2005

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:46422.2

**EXHIBIT A**

Professional services rendered for February 2005

| Date | Name | Description | Hours |
|---|---|---|---|
| 02/01/05 | A.E. Moran | Send out bill for 14th Interim Period. | 1.10 |
| 02/02/05 | A.E. Moran | BILL: Respond to questions re July to September bills. | 0.40 |
| 02/04/05 | A.E. Moran | Work on billing questions for Oct-Nov. 2004. | 1.20 |
| 02/16/05 | A.E. Moran | Billing: Work on bills for Oct through December 2004. | 1.50 |
| 02/17/05 | A.E. Moran | BILLS: Work on 2004 bills and confirm expenses; prepare to send out. | 2.70 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 6.90 | 475.00 | 3,277.50 |
| Total | 6.90 | | 3,277.50 |

Total Fees $3,277.50

**EXHIBIT B**

Disbursements:

| | |
|---|---:|
| Duplicating | 42.75 |
| Facsimile | 4.00 |
| Long Distance Telephone | 0.16 |
| **Total Disbursements** | **$46.91** |

```
STEPTOE & JOHNSON LLP
RUN DATE: 05/17/2005
Detail Cost Report
RUN TIME: 10:54:13
Proforma:  361300

012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost              Timekeeper
Code
           Date  Number        Name              Quantity  Rate   Amount
Ext.       Phone Number        Description
======  ========  ===========  ========  ======  ========  ======  =========  ======
======  ========  ===========  ========  ======  ========  ======  =========  ======
DUPLDC   03/09/05 07592        Ward, Brenda A.    18.00    0.15    2.70
DUPLDC   03/09/05 07592        Ward, Brenda A.    18.00    0.20    3.60
18 PHOTOCOPIES MADE BY 07592

FAXDC    02/17/05 09066        Merrill,            4.00    1.00    4.00
FAXDC    02/17/05 09066        Merrill,            4.00    1.15    4.60
DC FAX 4 pages sent to 15613621583

LASR     01/10/05 00206        Moran, Anne E.      1.00    0.15    0.15
LASR     01/10/05 00206        Moran, Anne E.      1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     01/24/05 00206        Moran, Anne E.      1.00    0.15    0.15
LASR     01/24/05 00206        Moran, Anne E.      1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     01/26/05 00206        Moran, Anne E.      1.00    0.15    0.15
LASR     01/26/05 00206        Moran, Anne E.      1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     01/28/05 00206        Moran, Anne E.      1.00    0.15    0.15
LASR     01/28/05 00206        Moran, Anne E.      1.00    0.20    0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR     01/28/05 00206        Moran, Anne E.     11.00    0.15    1.65
LASR     01/28/05 00206        Moran, Anne E.     11.00    0.20    2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR     01/28/05 00206        Moran, Anne E.      1.00    0.15    0.15
LASR     01/28/05 00206        Moran, Anne E.      1.00    0.20    0.20
PC/Network Printing
```

```
PC LASER   1 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.      11.00   0.15        1.65
LASR       01/28/05 00206      Moran, Anne E.      11.00   0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.       4.00   0.15        0.60
LASR       01/28/05 00206      Moran, Anne E.       4.00   0.20        0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.       1.00   0.15        0.15
LASR       01/28/05 00206      Moran, Anne E.       1.00   0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.      11.00   0.15        1.65
LASR       01/28/05 00206      Moran, Anne E.      11.00   0.20        2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.       4.00   0.15        0.60
LASR       01/28/05 00206      Moran, Anne E.       4.00   0.20        0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.       1.00   0.15        0.15
LASR       01/28/05 00206      Moran, Anne E.       1.00   0.20        0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       01/28/05 00206      Moran, Anne E.       1.00   0.15        0.15
LASR       01/28/05 00206      Moran, Anne E.       1.00   0.20        0.20
PC/Network Printing
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 05/17/2005
Detail Cost Report
RUN TIME: 10:54:13
Proforma:  361300


012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost              Timekeeper
Code
          Date   Number        Name             Quantity  Rate    Amount
Ext.      Phone Number         Description

======  ========  ============  ========  ======  ========  ======  ==========  ======
======  ========  ============  ========  ======  ========  ======  ==========  ======

PC LASER  1 Pages Ward, Brenda
LASR      01/28/05 00206        Moran, Anne E.      1.00   0.15       0.15
LASR      01/28/05 00206        Moran, Anne E.      1.00   0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      01/28/05 Total :                                             7.05
LASR      02/02/05 00206        Moran, Anne E.      1.00   0.15       0.15
LASR      02/02/05 00206        Moran, Anne E.      1.00   0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      02/03/05 00206        Moran, Anne E.      1.00   0.15       0.15
LASR      02/03/05 00206        Moran, Anne E.      1.00   0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/04/05 00206        Moran, Anne E.      1.00   0.15       0.15
LASR      02/04/05 00206        Moran, Anne E.      1.00   0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/09/05 00206        Moran, Anne E.      1.00   0.15       0.15
LASR      02/09/05 00206        Moran, Anne E.      1.00   0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      02/15/05 00206        Moran, Anne E.      2.00   0.15       0.30
LASR      02/15/05 00206        Moran, Anne E.      2.00   0.20       0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR      02/15/05 00206        Moran, Anne E.      2.00   0.15       0.30
LASR      02/15/05 00206        Moran, Anne E.      2.00   0.20       0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR      02/15/05 00206        Moran, Anne E.      3.00   0.15       0.45
LASR      02/15/05 00206        Moran, Anne E.      3.00   0.20       0.60
PC/Network Printing
```

```
PC LASER   3 Pages Ward, Brenda
LASR       02/15/05 00206     Moran, Anne E.      3.00   0.15      0.45
LASR       02/15/05 00206     Moran, Anne E.      3.00   0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       02/15/05 Total :                                        1.50
LASR       02/16/05 00206     Moran, Anne E.     11.00   0.15      1.65
LASR       02/16/05 00206     Moran, Anne E.     11.00   0.20      2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       02/16/05 00206     Moran, Anne E.     16.00   0.15      2.40
LASR       02/16/05 00206     Moran, Anne E.     16.00   0.20      3.20
PC/Network Printing

PC LASER   16 Pages Moran, Anne
LASR       02/16/05 00206     Moran, Anne E.      6.00   0.15      0.90
LASR       02/16/05 00206     Moran, Anne E.      6.00   0.20      1.20
PC/Network Printing

PC LASER   6 Pages Moran, Anne
LASR       02/16/05 Total :                                        4.95
LASR       02/17/05 00206     Moran, Anne E.      1.00   0.15      0.15
LASR       02/17/05 00206     Moran, Anne E.      1.00   0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/17/05 00206     Moran, Anne E.     12.00   0.15      1.80
LASR       02/17/05 00206     Moran, Anne E.     12.00   0.20      2.40
PC/Network Printing
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 05/17/2005
Detail Cost Report
RUN TIME: 10:54:14
Proforma:  361300


012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost                Timekeeper
Code
          Date   Number           Name              Quantity    Rate     Amount
Ext.      Phone  Number           Description
======   ========   ============   ========   ======   ========   ======   ========   ======
======   ========   ============   ========   ======   ========   ======   ========   ======


PC LASER  12 Pages Moran, Anne
LASR      02/17/05 00206       Moran, Anne E.        12.00      0.15      1.80
LASR      02/17/05 00206       Moran, Anne E.        12.00      0.20      2.40
PC/Network Printing

PC LASER  12 Pages Ward, Brenda
LASR      02/17/05 00206       Moran, Anne E.        11.00      0.15      1.65
LASR      02/17/05 00206       Moran, Anne E.        11.00      0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      02/17/05 00206       Moran, Anne E.        11.00      0.15      1.65
LASR      02/17/05 00206       Moran, Anne E.        11.00      0.20      2.20
PC/Network Printing

PC LASER  11 Pages Ward, Brenda
LASR      02/17/05 00206       Moran, Anne E.         3.00      0.15      0.45
LASR      02/17/05 00206       Moran, Anne E.         3.00      0.20      0.60
PC/Network Printing

PC LASER  3 Pages Ward, Brenda
LASR      02/17/05 00206       Moran, Anne E.         1.00      0.15      0.15
LASR      02/17/05 00206       Moran, Anne E.         1.00      0.20      0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/17/05 00206       Moran, Anne E.         7.00      0.15      1.05
LASR      02/17/05 00206       Moran, Anne E.         7.00      0.20      1.40
PC/Network Printing

PC LASER  7 Pages Moran, Anne
LASR      02/17/05 00206       Moran, Anne E.        16.00      0.15      2.40
LASR      02/17/05 00206       Moran, Anne E.        16.00      0.20      3.20
PC/Network Printing

PC LASER  16 Pages Moran, Anne
LASR      02/17/05 00206       Moran, Anne E.         7.00      0.15      1.05
LASR      02/17/05 00206       Moran, Anne E.         7.00      0.20      1.40
PC/Network Printing
```

```
PC LASER   7 Pages Ward, Brenda
LASR       02/17/05 00206      Moran, Anne E.      1.00   0.15    0.15
LASR       02/17/05 00206      Moran, Anne E.      1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       02/17/05 00206      Moran, Anne E.      7.00   0.15    1.05
LASR       02/17/05 00206      Moran, Anne E.      7.00   0.20    1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       02/17/05 00206      Moran, Anne E.      2.00   0.15    0.30
LASR       02/17/05 00206      Moran, Anne E.      2.00   0.20    0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       02/17/05 00206      Moran, Anne E.     17.00   0.15    2.55
LASR       02/17/05 00206      Moran, Anne E.     17.00   0.20    3.40
PC/Network Printing

PC LASER   17 Pages Ward, Brenda
LASR       02/17/05 00206      Moran, Anne E.     17.00   0.15    2.55
LASR       02/17/05 00206      Moran, Anne E.     17.00   0.20    3.40
PC/Network Printing

PC LASER   17 Pages Ward, Brenda
LASR       02/17/05 00206      Moran, Anne E.     17.00   0.15    2.55
LASR       02/17/05 00206      Moran, Anne E.     17.00   0.20    3.40
PC/Network Printing
```

```
STEPTOE & JOHNSON LLP
RUN DATE: 05/17/2005
Detail Cost Report
RUN TIME: 10:54:14
Proforma:  361300


012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE

Cost              Timekeeper
Code
          Date    Number        Name              Quantity   Rate     Amount
Ext.      Phone   Number        Description
======   ========  ===========  ========  ======  ========  ======  ==========  ======
======   ========  ===========  ========  ======  ========  ======  ==========  ======
PC LASER  17 Pages Ward, Brenda
LASR      02/17/05 00206        Moran, Anne E.      6.00     0.15       0.90
LASR      02/17/05 00206        Moran, Anne E.      6.00     0.20       1.20
PC/Network Printing

PC LASER  6 Pages Ward, Brenda
LASR      02/17/05 Total :                                             22.20
LASR      02/18/05 00206        Moran, Anne E.      2.00     0.15       0.30
LASR      02/18/05 00206        Moran, Anne E.      2.00     0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      02/18/05 00206        Moran, Anne E.      1.00     0.15       0.15
LASR      02/18/05 00206        Moran, Anne E.      1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/18/05 00206        Moran, Anne E.      1.00     0.15       0.15
LASR      02/18/05 00206        Moran, Anne E.      1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      02/18/05 Total :                                              0.60
LASR      02/24/05 00206        Moran, Anne E.      1.00     0.15       0.15
LASR      02/24/05 00206        Moran, Anne E.      1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      02/24/05 00206        Moran, Anne E.      1.00     0.15       0.15
LASR      02/24/05 00206        Moran, Anne E.      1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      02/24/05 Total :                                              0.30
LASR      03/08/05 00206        Moran, Anne E.      1.00     0.15       0.15
LASR      03/08/05 00206        Moran, Anne E.      1.00     0.20       0.20
PC/Network Printing
```

```
PC LASER   1 Pages Ward, Brenda
LASR       03/11/05 00206      Moran, Anne E.         7.00   0.15      1.05
LASR       03/11/05 00206      Moran, Anne E.         7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       03/11/05 00206      Moran, Anne E.         7.00   0.15      1.05
LASR       03/11/05 00206      Moran, Anne E.         7.00   0.20      1.40
PC/Network Printing

PC LASER   7 Pages Ward, Brenda
LASR       03/11/05 Total :                                            2.10
LASR                Total :                                           39.90

TELEDC     02/17/05 00206      Moran, Anne E.         1.00   0.16      0.16
TELEDC     02/17/05 00206      Moran, Anne E.         1.00             0.16
DC Telephone TELEDC 5613621583 FROM EXT. 5059

Total : 012046.00002 PROTEST OF REMEDIUM LOSS DISALLOWANCE            46.76

Report Total :                                                        46.76
```