# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF PRICEWATERHOUSECOOPERS LLP
## FOR THE FIFTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Pricewaterhouse Coopers LLP for the Fifteenth Interim Period</u> (the "Application").

## BACKGROUND

1.       PricewaterhouseCoopers LLP ("PwC") was retained as independent accountants and auditors for the Debtors and Debtors in Possession.  In the Application, PwC seeks approval of fees totaling $874,323.01 and costs totaling $31,689.29 for its services from October 1, 2004, through December 31, 2004.

2.       In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on PwC an initial report

based on our review, and received a response from PwC, portions of which response are quoted

herein.

## DISCUSSION

3.      In our initial report, we noted 23 travel entries totaling 48.8 hours and $10,415.84

($23,146.30 before 55% discount)  for which time appears to have been billed at full hourly rates

rather than at 50% of normal billing rates.  The entries are provided as Exhibit A.  Rule 2016-

2(d)(viii) states, "Travel time during which no work is performed shall be separately described and

may be billed at no more than 50% of regular hourly rates."  We asked PwC to explain why the

billing for these time entries should not be reduced by 50%.  PwC's response is provided below.

> As noted in our application and our previous responses to the Inquiry, all of our rates
> are billed at 45% of standard hourly rates.  Travel time during business hours is also
> billed at 45% of standard hourly rates.  Under these circumstances, there is no need
> for PwC to further reduce its fees for travel time as these fees already comply with
> the local rules.

We appreciate the response; however, we do not concur with PwC's interpretation of the application

of the local rule.  This same issue was raised in the 12th Interim, and in our final report for that

interim we stated, "...we believe that logic dictates that the terms of PwC's retention and the

application of the Local Rule regarding billing rates for non-working travel be viewed as separate

issues.  Regardless of the discount PwC has built into its agreement with the debtor, the firm is still

subject to the Local Rules of the United States Bankruptcy Court for the District of Delaware and

the United States Trustee Guidelines."  Given that no objection was offered by PwC and that the

Court ultimately approved our recommendations for the 12th Interim regarding this issue, we see no reason to alter our stance on the matter. We thus recommend a reduction of $5,207.92 or 50% of these fees for travel time.

4.       We noted that on December 6 and 7, 2004, HS traveled. He charged for 50% of the travel time per the Local Rules. However, the remaining 50% was charged under the Fee Application project category even though the entries stated "not to be charged to client." The time in question is 4.00 hours for fees of $2,104.00. The entries are provided below.

| 12/06/04 | HS | 526.00 1052.00 | 50% of traveling time lost to Cambridge - not to be charged to client |
| 12/07/04 | HS | 526.00 1052.00 | 50% of traveling time lost from Cambridge - not to be charged to client |

Given that the fee detail plainly states that this time should not be charged to the client, we asked PwC to explain why these fees should not be deducted from the Application's fee total. PwC responded as follows:

> We agree that this time should not have been billed to the Debtors. As the time entry noted above was initially only billed at 65% of our standard rates, pursuant to the agreement with the Debtors for Sarbanes Oxley work, we therefore agree to a reduction in fees of $1,367.60 ($2,104 x 0.65).

We appreciate the response and agree that it was billed at 65% of the stated total. We thus recommend a reduction of $1,367.60 in fees.

5.       We noted 41 entries in the Application totaling 40.5 hours and $7,294.45 ($12,923.30 before discount) describing activities which appear to be purely administrative and therefore not compensable. The entries are provided as Exhibit B. Paragraph, II. E. 7. of the Guidelines states, "[f]actors relevant to a determination that the expense is proper include the following: . . Whether

the expenses appear to be in the nature of nonreimbursable overhead . . . Overhead includes word

processing, proofreading, secretarial and other clerical services, . . ." We asked the firm to review

Exhibit B and to explain why each entry should be compensable. PwC's response is provided as

Response Exhibit 1. After review of the response we accept that the following entries should be

compensable.

| | | | |
|---|---|---|---|
| 10/26/2004 | NS | 33.89 | Inventory Observation Checklists and Sheets for upcoming inventories |
| observation | | | (Activity is directly related to client-related inventory and therefore deemed to directly benefit client) |
| 11/14/2004 | EM | 143.78 | Organize third-quarter workpaper binders and make them into a file |
| | | | (Activity is directly related to audit workpaper file maintenance for Grace files - therefore deemed to directly benefit Debtors.) |

These entries total $177.67. The other cited entries total $7,116.78. Of that total, we note that PwC

has voluntarily reduced $1,409.94 in fees. We appreciate those voluntary reductions, but we believe

the remainder of the entries should also be viewed as generally ministerial activities and therefore

not compensable. We thus recommend a reduction of $7,116.78 in fees.

6.      We noted 138 entries in the Application totaling 122 hours and $18,099.45

($40,221.00 before 55% discount) describing the keeping, entering or updating of time and/or

expenses charged to the estate. The entries are provided as Exhibit C. Paragraph II.E.7. of the U.S.

Trustee Guidelines provides in part: "Overhead consists of all continuous administrative or general

costs incident to the operation of the applicant's office and not particularly attributable to an

individual client or case. Overhead includes word processing, proofreading, secretarial and other

clerical services..." While preparation of fee applications for bankruptcy courts is customarily

compensable, simply keeping descriptive, useful time records for edification of the client, creditors and court is typically not compensable.   In re Gillette Holdings, Inc., 137 B.R. 475, 482 (Bankr.D.Colo. 1992). We understand there is sometimes a certain amount of editing required to bring time and expense entries into compliance with the Local Rules and prepare them for attachment to the Application.   However, it appears to us that PwC professionals were billing for time spent entering their time, which is the cost of doing business.   We asked PwC to explain why the fees billed for these tasks should be compensable.   PwC's response is provided as Response Exhibit 2.  We appreciate the response, but it fails to convince us that these entries are not for the keeping of time as required by the Local Rules and should therefore not be compensable.  We thus recommend a reduction of $18,099.45 in fees.

   7.  We noted two airfares totaling $9,678.30 which appear excessive.  The entries are provided below.

| | | | | |
|---|---|---|---|---|
| Hermann Schutte | 10/12/04 | Audit Manager | $3,893.70 | Airfare Dulles to Frankfurt, Germany to Dulles |
| John Newstead | 10/12/04 | Audit Senior Manager | $5,784.60 | Airfare Chicago to Frankfurt, Germany to Dulles |

Paragraph II.E.1. of the Guidelines states, ". . .[f]actors relevant to a determination that the expense is proper include the following: 1.  Whether the expense is reasonable and economical.  For example, first class and other luxurious travel mode or accommodations will normally be objectionable."  We asked PwC to provide documentation that the cited airfares were booked at coach or economy class.

PwC's response is provided below.

> The above airfares were purchased in accordance with Grace's internal travel policy related to international travel.  Therefore we feel these airfares should be considered reimbursable.

We appreciate the response but believe it fails to address the question as to the class of travel.  Our research indicates the availability of a number of applicable coach fares for no more than $3,000.00. Therefore, for the $3,893.70 entry, we recommend a reduction of $893.70.  For the $5,784.60 entry, we recommend a reduction of $2,784.60.  We thus recommend a combined reduction of $3,678.30 in expenses for these airfares.

## CONCLUSION

8.    Thus we recommend approval of  fees totaling $842,531.26 ($874,323.01 minus $31,791.75) and costs totaling $28,010.99 ($31,689.29 minus $3,678.30) for PwC's services from October 1, 2004, through December 31, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of June, 2005.

Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Ryan Grady
PricewaterhouseCoopers LLP
1751 Pinnacle Drive
11th Floor
McLean, VA 22102-3811

**Counsel for the Applicant**
OF COUNSEL
John C. Goodchild, III
Christine M. Lipski
MORGAN LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

Kathleen M. Miller
SMITH, KATZENSTEIN & FURLOW LLP
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801

Exhibit A

| 10/08/04 | WTB | 2.00 | Travel from Grace back to office |
| 10/08/04 | TH | 2.00 | Travel from Grace back to office |
| 10/27/04 | NS | 3.00 | Excess traveling-flight to Cincinnati for inventories |
| 10/11/04 | MZ | 1.50 | Travel from Tyson's Corner to BWI Airport for Lake Charles visit |
| 10/11/04 | MZ | 3.00 | Travel from BWI Airport to Houston for Lake Charles visit |
| 10/11/04 | MZ | 1.00 | Travel from Houston to Lake Charles for Lake Charles visit |
| 10/11/04 | MZ | 3.00 | Other travel time |
| 10/15/04 | MZ | 2.00 | Travel from Lake Charles to Houston |
| 10/15/04 | MZ | 3.00 | Travel from Houston to BWI after Lake Charles walkthrough |
| 10/15/04 | MZ | 1.50 | Travel from BWI to Tyson Corner after Lake Charles walkthrough |
| 10/25/04 | MZ | 5.00 | Travel from Virginia to Chicago including flight and transportation |
| 11/08/04 | WTB | 1.00 | Travel to Grace |
| 11/08/04 | WTH | 1.00 | Travel to Grace |
| 11/20/04 | WTH | 0.70 | Travel to Grace |
| 11/29/04 | AW | 1.20 | Driving time during business hours to go to inventory observation |
| 11/29/04 | NS | 2.00 | Travel time to Lake Charles during normal business hours |
| 11/30/04 | JR | 0.70 | Travel from home to the client and back home. |
| 11/29/04 | EM | 2.00 | Travel time to Lake Charles during normal business hours |
| 11/18/04 | MD | 2.20 | Travel to/from client during business hours |

| 12/01/04 | WTB | 2.00 | Travel to Remedium |
| 12/02/04 | WTB | 3.50 | Travel back from Remedium |
| 12/01/04 | TH | 2.00 | Travel to Remedium |
| 12/02/04 | TH | 3.50 | Travel back from Remedium |

Exhibit B

| | | | |
|---|---|---|---|
| 10/19/04 | NS | 0.80 | Placing dinner order and picking up the order for Grace team |
| 10/22/04 | NS | 0.40 | Pick up supplies from Tyson's Corner office for the Grace Columbia team |
| 10/22/04 | NS | 1.60 | Booking airline, hotel, and rental car accommodations for trips to Cincinnati and Chattanooga |
| 10/25/04 | NS | 0.80 | Rearranged seating for team at Grace Columbia site. |
| 10/25/04 | NS | 0.30 | Introduced Jo Afuang (PwC) to team |
| 10/26/04 | NS | 0.20 | Printing out flight itineraries for upcoming inventories |
| 10/26/04 | NS | 0.50 | Compiling driving directions for stays in Cincinnati and Chattanooga |
| 10/26/04 | NS | 0.30 | Printing out inventory Observation Checklists and Count Sheets for upcoming inventories |
| 10/18/04 | BR | 0.60 | R. Brown (Grace NA Controller) walked us and introduced the audit team to finance personnel. |
| 10/22/04 | EM | 0.90 | Book flight & hotel for inventory in Chattanooga, Tennessee |
| 10/12/04 | JN | 1.30 | Germany logistics: Visa collection at German Embassy |
| 10/01/04 | HS | 2.10 | German site visit logistics, maps and visa application |
| 10/07/04 | HS | 2.00 | Update Germany site visit logistics: German visa and additional letter requirements finalisation |
| 10/11/04 | HS | 1.30 | Germany logistics: Visa collection at German Embassy |
| 10/08/04 | MZ | 2.00 | making travel arrangements and reservation for Lake Charles trip |
| 10/12/04 | MZ | 0.50 | Attend check-in and security review at Lake Charles reception |
| 11/08/04 | NS | 0.50 | Making copies of the agenda for the PwC Grace team Planning meeting |

| | | | |
|---|---|---|---|
| 11/16/04 | NS | 1.30 | Search for lowest cost flight and hotel accomodations for trip to Lake Charles; booked flight, hotel, and rental car |
| 11/16/04 | NS | 0.40 | Discuss travel plans with E. Margolius (PwC) who will also be attending the inventory in Lake Charles |
| 11/17/04 | NS | 1.50 | ................; Stuff the envelopes and update the confirm control log |
| 11/18/04 | NS | 1.30 | Purchase postage and mail, from a site independent of Grace, the second wave of Davison Accounts Receivable Confirmations |
| 11/23/04 | NS | 2.10 | ................; cleaning work areas, filing audit binders |
| 11/29/04 | NS | 0.40 | Get directions online from the Lake Charles airport to the Hotel, from the hotel to the Lake Charles plant, and from the plant back to the airport; print itineraries |
| 11/12/04 | LM | 1.20 | Organize planning meeting for the year end audit for SPA, Tax, 404, and Audit team members including reservation of space, engagement contact listing, preparation of team kickoff dinner, and overall set up and coordination |
| 11/04/04 | EM | 1.50 | Organize third quarter workpaper binders and make them into a file |
| 11/15/04 | EM | 0.40 | Discuss travel plans with N. Stromann (PwC) for Lake Charles inventory observation |
| 11/15/04 | EM | 1.60 | Search and book for flight and hotel accomodations for trip to Lake Charles, Louisiana for Grace inventory observation |
| 11/09/04 | DW | 1.10 | Make travel arrangements to Houston, TX for work to be performed at the Grace Houston, TX Plant. |
| 11/10/04 | DW | 1.50 | Make lodging arrangement for trip to Houston, TX. |
| 12/01/04 | NS | 0.40 | Submit personal schedule of days scheduled on Grace in December & January to E. Margolius (PwC) |
| 12/08/04 | NS | 0.50 | Call AMEX regarding flight credit for tickets purchased for |

inventory observations

| 12/13/04 | NS | 0.30 | Track down the interoffice package from L. Breaux (Grace) that contains support for the Lake Charles inventory observation |
|----------|-----|------|---|
| 12/07/04 | EM | 1.40 | ........; email B. Summerson (Grace) about possibility of obtaining additional cubicles at Grace |
| 12/21/04 | EM | 1.10 | Go to US Post Office for mailing of cash confirmations |
| 12/31/04 | EDS | 0.20 | I had to ship UPS for the tax department Michael Richey (PwC) |
| 12/10/04 | EP | 1.00 | Met with Todd Hutcherson to discuss time and billing. Created and sent out invoice |
| 12/16/04 | EP | 0.50 | Ran WIPS for Todd to talk about time transfer |
| 12/20/04 | EP | 0.50 | Performed Time transfer |
| 12/01/04 | HS | 2.40 | Finalize flight, car and hotel logistics for Cambridge site visit and confirm bookings |
| 12/01/04 | HS | 1.00 | Assist team members with finalization of Cambridge site visit logistics |
| 12/01/04 | HA | 0.80 | Travel arrangement for Boston trip. |

Exhibit C

| 10/24/04 | MD | 1.20 | 631.20 | Begin personnel October Time Tracking |
|---|---|---|---|---|
| 10/26/04 | NS | 1.10 | 234.30 | Begin personnel October Time Tracking |
| 10/05/04 | NG | 0.50 | 184.50 | Compile my September 2004 time and expense reports for the bankruptcy reporting process |
| 10/27/04 | LM | 2.50 | 532.50 | Time and expense related to October time tracking for bankruptcy courts |
| 10/04/04 | HS | 1.90 | 999.40 | Detail time analysis for bankruptcy court |
| 10/05/04 | HS | 0.70 | 368.20 | Continued with detail time analysis for bankruptcy court |
| 10/12/04 | HS | 2.00 | 1052.00 | Continued with detail time analysis for bankruptcy court |
| 10/04/04 | JN | 0.90 | 553.50 | Detail time analysis for bankruptcy court |
| 10/12/04 | PR | 0.50 | 146.00 | Working on Time and Expense |
| 10/18/04 | PR | 0.50 | 146.00 | Time and Expense reporting |
| 10/21/04 | PR | 0.30 | 87.60 | Doing Time and Expense |
| 10/19/04 | BR | 0.60 | 127.80 | Prepared Time Tracking worksheet |
| 10/22/04 | BR | 0.50 | 106.50 | Prepared Time tracking for past 2 days and current |
| 10/25/04 | BR | 0.50 | 106.50 | Updated Time tracking worksheet |
| 10/25/04 | BR | 0.80 | 170.40 | Prepared Time Tracking worksheet for past two days and current |
| 10/29/04 | BR | 0.50 | 106.50 | Updated Time Tracking worksheet |
| 10/15/04 | AS | 0.30 | 87.60 | Grace September bankruptcy time |
| 10/19/04 | AS | 0.30 | 87.60 | grace sept bankruptcy time |

| 10/12/04 | EM | 0.40 | 78.80 | Time & Expense and check email |
| 10/13/04 | EM | 0.20 | 39.40 | Check email and complete Time and Expense for the day |
| 10/20/04 | EM | 0.20 | 39.40 | Time & Expense |
| 10/21/04 | EM | 0.20 | 39.40 | Time & Expense |
| 10/26/04 | EM | 0.30 | 59.10 | Time & Expense |
| 10/28/04 | EM | 0.20 | 39.40 | Time & Expense |
| 10/25/04 | DW | 0.50 | 106.50 | Time Tracking |
| 10/26/04 | DW | 0.50 | 106.50 | Time Tracking |
| 10/04/04 | RG | 0.20 | 66.40 | Update time tracking |
| 10/14/04 | RG | 0.40 | 132.80 | Compile time reporting for Bankruptcy courts |
| 10/19/04 | RG | 0.30 | 99.60 | Update time tracking for October 2004 |
| 10/26/04 | RG | 0.50 | 166.00 | Update time tracking for October 2004 |
| 10/28/04 | RG | 0.80 | 265.60 | Update time tracking for October 2004 |
| 11/08/04 | HS | 2.40 | | Prepare detail time analysis for bankruptcy court |
| 11/12/04 | HA | 1.80 | | Time and expense tracking for October 2004 |
| 11/15/04 | LM | 0.20 | | Recording time and expense for 11/15/2004 bankruptcy reporting |
| 11/22/04 | LM | 1.30 | | Time and Expense tracking and reporting for the October Bankruptcy Reporting process |
| 11/01/04 | PR | 0.50 | | Tracking Time and Expense for October |
| 11/15/04 | PR | 0.90 | | Working on Time and Expense |
| 11/22/04 | PR | 0.90 | | Documenting time and expense for October |

| 11/23/04 | JA | 1.50 | Preparing time |
| 11/29/04 | JA | 0.70 | Preparing time sheet for October |
| 11/29/04 | JA | 0.50 | Preparing time sheet for November |
| 11/30/04 | JA | 1.00 | Preparing time sheet for November |
| 11/29/04 | MD | 1.20 | Complete and submit October 2004 time reporting |
| 11/29/04 | MD | 0.50 | Prepare October 2004 time reporting |
| 11/16/04 | NS | 2.30 | Personal Time Tracking for the first half of November |
| 11/22/04 | NS | 1.40 | Complete a reconciliation of October 2004 time and expense and send to A. Cooper (PwC) |
| 11/09/04 | JN | 1.00 | Prepare detail time analysis for bankruptcy court |
| 11/09/04 | HS | 1.60 | Prepare detail time analysis for bankruptcy court (continued) |
| 11/03/04 | EM | 2.30 | Compile October Time & Expense in excel spreadsheet and send it to A. Cooper (PwC) |
| 11/04/04 | EM | 0.30 | November Time and Expense |
| 11/16/04 | EM | 0.40 | November Time and Expense |
| 11/18/04 | EM | 0.30 | November Time and Expense |
| 11/19/04 | EM | 0.30 | November Time and Expense |
| 11/23/04 | EM | 0.60 | November Time and Expense |
| 11/23/04 | MM | 1.00 | Tracking the October Time and Expenses |
| 11/01/04 | DW | 1.00 | Time tracking |
| 11/04/04 | DW | 0.50 | Time tracking |
| 11/16/04 | DW | 0.60 | Time tracking |
| 11/19/04 | DW | 1.00 | Time tracking |

| 11/30/04 | DW | 0.50 | Time tracking |
| 11/01/04 | RG | 0.20 | Update timetracking for November |
| 11/02/04 | RG | 0.80 | Update time tracking |
| 11/03/04 | RG | 0.50 | Update time tracking |
| 11/04/04 | RG | 1.10 | Update time tracking submission for September 2004 |
| 11/05/04 | RG | 0.20 | Update time tracking |
| 11/09/04 | RG | 0.40 | Update time tracking |
| 11/12/04 | RG | 0.20 | Update time tracking |
| 11/15/04 | RG | 0.50 | Update bankruptcy time submission |
| 11/16/04 | RG | 0.20 | Update time tracking |
| 11/18/04 | RG | 0.20 | Update time tracking |
| 11/19/04 | RG | 0.70 | Update October 2004 bankruptcy submission |
| 11/23/04 | RG | 0.40 | Update personal time tracking |
| 11/23/04 | RG | 1.00 | Update October 2004 bankruptcy submission |
| 12/07/04 | RG | 0.40 | Update time tracking |
| 12/09/04 | RG | 0.50 | Update time tracking |
| 12/14/04 | RG | 0.30 | Update time tracking |
| 12/16/04 | RG | 0.60 | Update time tracking |
| 12/01/04 | PR | 0.20 | Time and Expense documentation |
| 12/13/04 | PR | 1.00 | Tracking Time and Expense for November Bankruptcy reporting |
| 12/15/04 | MJA | 3.00 | Consolidation of expenses for November |

| | | | |
|---|---|---|---|
| 12/15/01 | MJA | 2.00 | Consolidating expenses for bankruptcy reporting |
| 12/14/04 | NS | 1.40 | Compile personal explanations for bankruptcy reporting for December |
| 12/01/04 | EM | 0.20 | Time and Expense |
| 12/07/04 | EM | 0.20 | Time and Expense |
| 12/09/04 | EM | 2.70 | Begin compiling my time and expense for month of December for 12/15 deadline |
| 12/10/04 | EM | 1.20 | Finish Time and Expense for month of November, Compose and send email to R. Grady (PwC) |
| 12/17/04 | EM | 5.00 | Email out and compile November time and expense for both Audit and Sarbanes Oxley teams. |
| 12/21/04 | EM | 3.80 | Continue compiling November Time and Expense for Audit and Sarbanes Oxley teams |
| 12/06/04 | MD | 0.60 | Prepare expenses |
| 12/10/04 | MD | 0.20 | Prepare expenses |
| 12/13/04 | MD | 0.90 | Compile status update to send to Grace Internal Audit |
| 12/01/04 | HS | 4.00 | Complete detail time analysis for bankruptcy court |
| 12/06/04 | MZ | 2.00 | Prepared a summary for tracking the work on the database |
| 12/07/04 | MZ | 1.00 | Detail time analysis for bankruptcy court |
| 12/22/04 | MZ | 0.50 | Detail expense analysis for bankruptcy court |
| 12/13/04 | KK | 2.00 | Analysis of time for the month of November and updating the time sheet |
| 12/13/04 | HA | 0.50 | Complete detail expense analysis for bankruptcy court for November 2004 |
| 12/14/04 | HA | 3.00 | Complete detail time analysis for bankruptcy court for |

November 2004

| Date | Initials | Hours | Amount | Description |
|---|---|---|---|---|
| 12/13/04 | OS | 1.00 | | Prepare spreadsheet analysis of time |
| 12/16/04 | LM | 1.20 | | Prepare Grace time tracking |
| 12/15/04 | MM | 1.50 | 376.50 | Time Tracking for November |
| 12/10/04 | MD | 1.10 | 602.80 | Time reporting November 2004 |
| 12/01/04 | NS | 2.80 | 702.80 | Writing up personal time and expense explanations for the month of November for Bankruptcy reporting; reconciling expenses to GFS; send emails to R Grady (PwC) |
| 12/15/04 | LM | 2.10 | 447.30 | Documentation of November time tracking for Bankruptcy courts |
| 12/31/04 | LM | 0.40 | 85.20 | December time tracking for L Misler |
| 12/01/04 | PR | 0.20 | 66.40 | Tracking Time and Expense for November |
| 12/13/04 | PR | 1.00 | 332.00 | Tracking Time for Bankruptcy reporting in November |
| 12/02/04 | AS | 0.30 | 99.60 | Tracking and Reporting October time for Bankruptcy |
| 12/31/04 | MML | 0.50 | 263.00 | Time to track time and enter to excel schedules for Nov 30 hours |
| 12/31/04 | MML | 0.50 | 263.00 | Time to track time and enter to excel schedules for Dec 31 hours |
| 12/08/04 | DW | 1.00 | 251.00 | Time tracking |
| 12/10/04 | DW | 0.50 | 125.50 | Time tracking |
| 12/14/04 | DW | 1.20 | 301.20 | Time tracking |
| 12/07/04 | RG | 0.40 | 147.60 | Update time tracking |
| 12/08/04 | RG | 0.50 | 184.50 | Update October bankruptcy reporting |
| 12/08/04 | RG | 1.30 | 479.70 | Update October bankruptcy reporting |

| | | | | |
|---|---|---|---|---|
| 12/09/04 | RG | 0.50 | 184.50 | Update time tracking |
| 12/14/04 | RG | 0.30 | 110.70 | Update time tracking |
| 12/16/04 | RG | 0.80 | 221.40 | Update time tracking |
| 12/01/04 | MJA | 0.50 | 166.00 | Documenting time for October |
| 12/03/04 | MJA | 0.50 | 166.00 | Preparing time reporting |
| 12/06/04 | MJA | 0.50 | 166.00 | Doing time reporting |
| 12/08/04 | MJA | 0.50 | 166.00 | Doing time reporting |
| 12/09/04 | MJA | 0.50 | 166.00 | Doing time reporting |
| 12/13/04 | MJA | 2.00 | 664.00 | Summarizing time for November |
| 12/14/04 | MJA | 2.00 | 664.00 | Doing time for November |
| 12/16/04 | MJA | 2.00 | 664.00 | Doing time for December |
| 12/21/04 | MJA | 2.00 | 664.00 | Reporting time |

Response Exhibit 1

| PwC - Exhibit B-1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | Person | Hours | Rate (gross) | Extended (gross) | Accrual Rate | Net Billing Amount | | Agree / Disagree | If Disagree, Reason |
| 10/19/2004 | NS | 0.80 | 251.00 | 200.80 | 0.45 | 90.36 | Placing dinner order and picking up the order for Grace team | Agree | N/A |
| 10/22/2004 | NS | 0.40 | 251.00 | 100.40 | 0.45 | 45.18 | Pick up supplies from Tyson''s Corner office for the Grace | Agree | N/A |
| | | | | - | | | Columbia team | Agree | N/A |
| 10/22/2004 | NS | 1.60 | 251.00 | 401.60 | 0.45 | 180.72 | Booking airline, hotel, and rental car accommodations for | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | trips to Cincinnati and Chattanooga | Disagree | |
| 10/25/2004 | NS | 0.80 | 251.00 | 200.80 | 0.45 | 90.36 | Rearranged seating for team at Grace Columbia site. | Agree | N/A |
| 10/25/2004 | NS | 0.30 | 251.00 | 75.30 | 0.45 | 33.89 | Introduced Jo Afuang (PwC) to team | Disagree | Activity relates to introductions made to both PwC and Grace personnel - thereby directly relating to, and benefitting, the Debtors |
| 10/26/2004 | NS | 0.20 | 251.00 | 50.20 | 0.45 | 22.59 | Printing out flight itineraries for upcoming inventories | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| 10/26/2004 | NS | 0.50 | 251.00 | 125.50 | 0.45 | 56.48 | Compiling driving directions for stays in Cincinnati and | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | Chattanooga | Disagree | |
| 10/26/2004 | NS | 0.30 | 251.00 | 75.30 | 0.45 | 33.89 | Printing out inventory Observation Checklists and Count | Disagree | Activity is directly related to client-related inventory observation, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | Sheets for upcoming inventories | Disagree | |
| 10/18/2004 | BR | 0.60 | 213.00 | 127.80 | 0.45 | 57.51 | R. Brown (Grace NA Controller) walked us and introduced | Disagree | Activity relates to client relations (introductions) and therefore is deemed to directly benefit the Debtors |
| | | | | - | | | the audit team to finance personnel. | Disagree | |
| 10/22/2004 | EM | 0.90 | 213.00 | 191.70 | 0.45 | 86.27 | Book flight & hotel for inventory in Chattanooga, Tennessee | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |

| Date | Init. | Hours | Rate | Amount | Rate | Amount | Description | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 10/12/2004 | JN | 1.30 | 689.00 | 895.70 | 0.65 | 582.21 | Germany logistics: Visa collection at German Embassy | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| 10/1/2004 | HS | 2.10 | 526.00 | 1,104.60 | 0.65 | 717.99 | German site visit logistics, maps and visa application | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| 10/7/2004 | HS | 2.00 | 526.00 | 1,052.00 | 0.65 | 683.80 | Update Germany site visit logistics: German visa and | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | additional letter requirements finalisation | Disagree | |
| 10/11/2004 | HS | 1.30 | 526.00 | 683.80 | 0.65 | 444.47 | Germany logistics: Visa collection at German Embassy | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| 10/8/2004 | MZ | 2.00 | 369.00 | 738.00 | 0.65 | 479.70 | making travel arrangements and reservation for Lake Charles | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | trip | Disagree | |
| 10/12/2004 | MZ | 0.50 | 369.00 | 184.50 | 0.65 | 119.93 | Attend check-in and security review at Lake Charles reception | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| 11/8/2004 | NS | 0.50 | 251.00 | 125.50 | 0.45 | 56.48 | Making copies of the agenda for the PwC Grace team | Agree | N/A |
| | | | | - | | | Planning meeting | Agree | N/A |
| 11/16/2004 | NS | 1.30 | 251.00 | 326.30 | 0.45 | 146.84 | Search for lowest cost flight and hotel accomodations for trip | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | to Lake Charles; booked flight, hotel, and rental car | Disagree | |
| 11/16/2004 | NS | 0.40 | 251.00 | 100.40 | 0.45 | 45.18 | Discuss travel plans with E. Margolius (PwC) who will also | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | be attending the inventory in Lake Charles | Disagree | |
| 11/17/2004 | NS | 1.50 | 251.00 | 376.50 | 0.45 | 169.43 | ................; Stuff the envelopes and update the confirm control | Agree | N/A |
| | | | | - | | | log | Agree | N/A |
| 11/18/2004 | NS | 1.30 | 251.00 | 326.30 | 0.45 | 146.84 | Purchase postage and mail, from a site independent of Grace, | Agree | N/A |
| | | | | - | | | the second wave of Davison Accounts Receivable | Agree | N/A |
| | | | | - | | | Confirmations | Agree | N/A |
| 11/23/2004 | NS | 2.10 | 251.00 | 527.10 | 0.45 | 237.20 | ................; cleaning work areas, filing audit binders | Agree | N/A |
| 11/29/2004 | NS | 0.40 | 251.00 | 100.40 | 0.45 | 45.18 | Get directions online from the Lake Charles airport to the | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | - | | | Hotel, from the hotel to the Lake Charles plant, and from the | Disagree | |
| | | | | | | plant back to the airport; print itineraries | Disagree | |
| | | | | | | | - | |
| 11/12/2004 | LM | 1.20 | 213.00 | 255.60 | 0.45 | 115.02 | Organize planning meeting for the year end audit for SPA, | Agree | N/A |
| | | | - | | | Tax, 404, and Audit team members including reservation of | Agree | N/A |
| | | | - | | | space, engagement contact listing, preparation of team kickoff | Agree | N/A |
| | | | - | | | dinner, and overall set up and coordination | Agree | N/A |
| 11/4/2004 | EM | 1.50 | 213.00 | 319.50 | 0.45 | 143.78 | Organize third quarter workpaper binders and make them into | Disagree | Activity is directly related to audit workpaper file maintence for Grace files - therefore deemed to directly benefit the Debtors |
| | | | - | | | a file | Disagree | |
| 11/15/2004 | EM | 0.40 | 213.00 | 85.20 | 0.45 | 38.34 | Discuss travel plans with N. Stromann (PwC) for Lake | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | - | | | Charles inventory observation | Disagree | |
| 11/15/2004 | EM | 1.60 | 213.00 | 340.80 | 0.45 | 153.36 | Search and book for flight and hotel accomodations for trip to | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | - | | | Lake Charles, Louisiana for Grace inventory observation | Disagree | |
| 11/9/2004 | DW | 1.10 | 251.00 | 276.10 | 0.65 | 179.47 | Make travel arrangements to Houston, TX for work to be | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | - | | | performed at the Grace Houston, TX Plant. | Disagree | |
| 11/10/2004 | DW | 1.50 | 251.00 | 376.50 | 0.65 | 244.73 | Make lodging arrangement for trip to Houston, TX. | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| 12/1/2004 | NS | 0.40 | 251.00 | 100.40 | 0.45 | 45.18 | Submit personal schedule of days scheduled on Grace in | Agree | N/A |
| | | | - | | | December & January to E. Margolius (PwC) | Agree | N/A |
| 12/8/2004 | NS | 0.50 | 251.00 | 125.50 | 0.45 | 56.48 | Call AMEX regarding flight credit for tickets purchased for | Agree | N/A |
| | | | - | | | inventory observations | Agree | N/A |
| 12/13/2004 | NS | 0.30 | 251.00 | 75.30 | 0.45 | 33.89 | Track down the interoffice package from L. Breaux (Grace) | Disagree | Activity is directly related to follow up of outstanding items due from client personnel - therefore deemed to directly benefit the Debtors |

| Date | | Hours | Rate | Amount | | | Description | | Comment |
|---|---|---|---|---|---|---|---|---|---|
| | | | | - | | | that contains support for the Lake Charles inventory | Disagree | |
| | | | | - | | | observation | Disagree | |
| 12/7/2004 | EM | 1.40 | 213.00 | 298.20 | 0.45 | 134.19 | ........; email B. Summerson (Grace) about possibility of | Agree | N/A |
| | | | | - | | | obtaining additional cubicles at Grace | Agree | N/A |
| 12/21/2004 | EM | 1.10 | 213.00 | 234.30 | 0.45 | 105.44 | Go to US Post Office for mailing of cash confirmations | Agree | N/A |
| 12/31/2004 | EDS | 0.20 | 119.00 | 23.80 | 0.45 | 10.71 | I had to ship UPS for the tax department Michael Richey | Agree | N/A |
| | | | | - | | | (PwC) | Agree | N/A |
| 12/10/2004 | EP | 1.00 | 119.00 | 119.00 | 0.45 | 53.55 | Met with Todd Hutcherson to discuss time and billing. | Agree | N/A |
| | | | | - | | | Created and sent out invoice | Agree | N/A |
| 12/16/2004 | EP | 0.50 | 119.00 | 59.50 | 0.45 | 26.78 | Ran WIPS for Todd to talk about time transfer | Agree | N/A |
| 12/20/2004 | EP | 0.50 | 119.00 | 59.50 | 0.45 | 26.78 | Performed Time transfer | Agree | N/A |
| 12/1/2004 | HS | 2.40 | 526.00 | 1,262.40 | 0.65 | 820.56 | Finalize flight, car and hotel logistics for Cambridge site visit | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | and confirm bookings | Disagree | |
| 12/1/2004 | HS | 1.00 | 526.00 | 526.00 | 0.65 | 341.90 | Assist team members with finalization of Cambridge site visit | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | - | | | logistics | Disagree | |
| 12/1/2004 | HA | 0.80 | 369.00 | 295.20 | 0.65 | 191.88 | Travel arrangement for Boston trip. | Disagree | Activity is directly related to client-related travel, and therefore deemed to directly benefit the Debtor |
| | | | | | | | | | |
| | | | | | | | | | |
| | Totals | 40.50 | | 12,923.30 | | 7,294.45 | | | |

Response Exhibit 2

We have examined all entries in the original exhibit C and hereby confirm that 1) all such time was incremental time billed to bring the staff members' time records into compliance with the local bankruptcy rules, and 2) none of the time submitted in the original exhibit C was for time spent keeping internal time records.  As a result, we do not feel that any reduction in fees is necessary or warranted.
In future applications, we will include the following item in our accompanying affidavit:

I am aware of the types of services for which PwC may bill the Debtor under the United States Bankruptcy Code and the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and I am aware of the types of services for which PwC may not bill the Debtor under the Bankruptcy Code and the Local Rules.  The individual employees of PwC billing time to the Debtors have been instructed as to the types of services for which PwC may bill the Debtor and the types of services for which PwC may not bill the Debtor.  They have been instructed that PwC may bill the Debtor for a reasonable amount of time spent preparing the Fee Application or otherwise bringing their time entries into compliance with the Local Rules.  To the extent that any time entries submitted in support of the Fee Application appear to reflect time spent preparing time entries, these entries properly reflect time spent working to bring time entries into Compliance with the Local Rules.


William T. Bishop