## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF WALLACE, KING, MARRARO & BRANSON, PLLC
### FOR THE FIFTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifteenth Interim Fee Application of Wallace, King Marraro & Branson, PLLC (the "Application").

### BACKGROUND

1.      Wallace, King, Marraro & Branson, PLLC ("Wallace King") was retained as special litigation and environmental counsel to the Debtor. In the Application, Wallace King seeks approval of fees totaling $48,025.50[1] and costs totaling $16,269.49 for its services from October 1, 2004, through November 30, 2004[2].

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense

---

[1]Although the Application requests $48,025.50 in fees for this period, this amount reflects a 40% reduction, $20,623.00, for time spent with regard to the Honeywell litigation. Notwithstanding this discount, the actual amount of fees reviewed is $68,648.50.

[2]On page 2 of the Application, Wallace King states, "WKDB is not seeking fees or expenses for December 2004."

entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule

2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware,

Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued

January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the

District of Delaware, and the Third Circuit Court of Appeals.  We served on Wallace King an initial

report based on our review, and received a response from Wallace King, portions of which response

are quoted herein.

## DISCUSSION

3.      In our initial report we noted four meal entries totaling $1,251.77 that appear

excessive.  The entries are provided below.

C. Marraro - Dinner with J. Agnello, M. Flax and R. Brown in NY on 9/29/04 (4people)   419.20
C. Marraro - Dinner with R. Brown in DC on 10/14/04 (2 people)                         261.72
C. Marraro - Dinner in NY with T. Milch on 8/20/04 (2 people)                          324.00
C. Marraro - Dinner with L. Duff, M. Obradovic and E. Meeks in MA on 8/31/04 (4 people)
            246.85

We recommend a ceiling of $15 per person for breakfast, $25 per person for lunch and $50 per

person for dinner.  We asked Wallace King to explain why the entries listed above should not be

viewed as excessive.  Wallace King responded as follows:

> Wallace King Domike & Branson accepts the Fee Auditor's ceiling on meals and his
> reduction for the four meals in question.

We appreciate the response and thus recommend a reduction of $651.77 for these meal expenses.

## CONCLUSION

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Wallace 15int 10-12.04.wpd

4.      Thus we recommend approval of fees totaling $48,025.50 and costs totaling $15,617.72 ($16,269.49 minus $651.77) for Wallace King's services from October 1, 2004, through November 30, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of June, 2005.

_____
Warren H. Smith

**SERVICE LIST**
Notice Parties

**The Applicant**

Pat Rupp
Wallace King Marraro & Branson PLLC
1050 Thomas Jefferson St. N.W.
Washington, DC 20007

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones,
P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of**
**Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of**
**Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price &
Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of**
**Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801