UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF WOODCOCK WASHBURN LLP
FOR THE FIFTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fifteenth Interim Quarterly Fee Application of Woodcock Washburn LLP (the "Application").

BACKGROUND

1.   Woodcock Washburn LLP ("Woodcock") was retained as special litigation counsel to the Debtor. In the Application, Woodcock seeks approval of fees totaling $538,596.00 and costs totaling $191,155.08 for its services from October 1, 2004, through December 31, 2004.

2.   In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the

United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served on Woodcock an initial report based on our review, and received a response from Woodcock, portions of which response are quoted herein.

## DISCUSSION

3.  In our initial report, we noted three expense entries for "associate services" totaling $8,016.05 that require greater explanation. The entries are provided below.

| | |
|---|---|
| ASSOCIATE SERVICES | 2,202.50 |
| ASSOCIATE SERVICES | 1,556.38 |
| ASSOCIATE SERVICES | 4,257.17 |

We asked Woodcock to describe the nature of these services and document the disbursements contained within the entries. Woodcock responded as follows:

> The three entries for "associate services" were in reality payments made for fees expended by our local counsel in Minnesota (Dorsey & Whitney) for the Intercat litigation.

Upon review of the documentation, we offer no objection to these expenses.

4.  We noted two lodging expenses that may be excessive. The entries are provided below.

| | | | |
|---|---|---|---|
| 11/10 - 11/11/04 | David R. Bailey | Lodging | $454.27 |
| 11/14 - 11/15/04 | David R. Bailey | Lodging | $751.78 |

We asked Woodcock to provide greater detail regarding these lodging expenses. Woodcock responded as follows.

> The lodging charge for 11/10-11/11 was for a hotel in Chicago. The room charge, with taxes (about 15%), was $378 for one night; the balance of the charge was for meals in the hotel. The lodging charge of $751.78 listed as being for 11/14-11/15 was actually mislabeled; the charge is for three nights (11/15-11/18/04; daily rate $175

including tax). You can see that on the attached expense details for November 2004, there are two pages/entries designated 11/14-11/15. The first is correct. The second is incorrect, in that the 11/14 date heading was carried over, when it should have been designated 11/15-11/18. Dave Bailey was in Columbia MD all week for depositions, but had to change hotels after the first night (11/14; daily rate $153 including tax).

We appreciate the response. For lodging we recommend a reasonable ceiling of $250.00 per day ($350.00 for New York and selected other cities). Based on that ceiling, we recommend a reduction of $128.00 for the November 10, 2004 expense entry.

## CONCLUSION

5. Thus we recommend approval of fees totaling $538,596.00 and costs totaling $191,027.08 ($191,155.08 minus $128.00) for Woodcock's services from October 1, 2004, through December 31, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of June, 2005.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**

Gary H. Levin
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801