UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: § | |
| § | Chapter 11 |
| W.R. GRACE & CO., et al § | Jointly Administered |
| § | Case No. 01-1139 (JJF) |
| Debtors § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF PROTIVITI, INC.
FOR THE FIFTEENTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Application of Protiviti, Inc. for the Fifteenth Interim Period (the "Application").

BACKGROUND

1.  Protiviti, Inc. (Protiviti) was retained as Sarbanes Oxley compliance advisors for the Debtors. In the Application, Protiviti seeks approval of fees totaling $409,720.74 and expenses totaling $21,786.26 for its services from October 1, 2004, through December 31, 2004.

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2001, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. 330, Issued January 30, 1996, (the "Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of

Delaware, and the Third Circuit Court of Appeals. We served on Protiviti an initial report based on our review, and received a response from Protiviti, portions of which response are quoted herein.

## DISCUSSION

3. We noted two air fares for which the class of ticket is not designated. The entries are provided below.

| | | |
|---|---|---|
| 19-Oct-04 | Matthew Petito<br>Roundtrip airfare from Baltimore to Frankfurt Germany at the request of the client for Sarbanes plant review in Worms Germany | $4,917.00 |
| 20-Oct-04 | Kevin Strickler<br>American Airlines flight to Worms, Germany and back for site visit 11/13 to 11/19 ticket #098608973 | $4,917.00 |

We asked Protiviti to provide documentation that the fares were purchased at coach or economy class. Protiviti responded as follows:

> Both airfares for Matthew Petito and Kevin Strickler were round trip business class flights from Baltimore Maryland to Frankfurt Germany for the Sarbanes Oxley review of Worms Germany manufacturing plant. These flights were booked on our behalf and approved by Grace Internal Audit. This activity is directly related to Protiviti's appointment as W.R. Grace's Sarbanes-Oxley Compliance Advisors and is fully compensable.

We appreciate the response; however, paragraph II.E.1. of the Guidelines, states ". . .[f]actors relevant to a determination that the expense is proper include the following: 1. Whether the expense is reasonable and economical. For example, first class and other luxurious travel mode or accommodations will normally be objectionable." In researching similar flights, there appear to be many available coach fares in the $3,000.00 range. We thus recommend a reduction of one-third the cost of each of the cited flights, for a combined reduction of $3,278.00 for air travel expenses.

4. We noted two meal expense entries that may be excessive. These are provided below.

1-Oct-04   Robert Purvis

|  |  | Breakfast alone at Hyatt Hotel, Mainz | 24.72 |
|---|---|---|---|
| 1-Oct-04 | Michael Carroll | Worms, Germany site visit - Breakfast - Hyatt Regency, Mainz - Alone | 24.60 |

We suggest reasonable ceilings of $15 per person for breakfast, $25 per person for lunch and $50 per person for dinner. We asked the firm to explain why these entries should not be viewed as excessive. Protiviti responded as follows:

> These expenses pertain to breakfast by Robert Purvis and Michael Carroll at the hotel in Mainz Germany. Although the recommended ceilings were exceeded, this expense was comparable to the other team members on the project and was approved by Grace Internal Audit. Additionally, the cost of meals is considerably higher in Germany. Therefore, these items are fully compensable.

We appreciate the response and are cognizant of higher meal costs in many parts of Europe. However, we would maintain that the recommended ceiling is still reasonable in this instance. Thus we recommend a reduction of $19.32 for these meal expenses.

    5.    We noted two laundry entries totaling $125.25 that may not be reimbursable. The entries are provided below.

| 27-Sep-04 | Kevin Strickler | Laundry at Hyatt - Mainz, Germany | 72.00 |
|---|---|---|---|
| 1-Oct-04 | Robert Purvis | Laundry at Hyatt Regency Mainz for 5 nights | 53.25 |

Paragraph II.E. of the Guidelines states, "[a]ny expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate." Recent guidelines from the Office of the United States Trustee further support the position that laundry and dry cleaning expenses while traveling should not be reimbursed by the estate. We asked Protiviti to explain why these expenses should be reimbursed. Protiviti responded as follows:

> At the request of W.R. Grace, many of our consultants were requested to travel internationally for extended periods of time (the trips in question were three weeks

in duration without returning home in between weeks). All of the laundry expenses noted were necessary in order to have clean clothing beyond the first week or two, and all of the expenses were properly supported by documentation, generally consisting of hotel invoices. In addition, the Vice President of Internal Audit for W.R. Grace (responsible for day-to-day leadership of the Grace's Sarbanes-Oxley compliance project) has expressed his opinion that all of the highlighted laundry expenses should be reimbursed. The full amount associated with laundry / travel expenses should be fully compensable.

We appreciate the response; however, in keeping with current guidelines we recommend a reduction of $125.25 in expenses.

## CONCLUSION

6. Thus we recommend approval of fees totaling $409,720.74 and expenses totaling $18,363.69 ($21,786.26 minus $3,422.57) for Protiviti's services from October 1, 2004, through December 31, 2004.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing document has been served First Class United States mail to the attached service list on this 8th day of June, 2005.

                                              Warren H. Smith

## SERVICE LIST
<u>Notice Parties</u>

**The Applicant**

Marie Hendrixson
Protiviti, Inc.
The Wanamaker Building
100 Penn Square East
4th Floor
Philadelphia, PA 19107

**The Debtors**

David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**

James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl, Young & Jones, P.C.
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**

Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**

Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**

Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel
919 Third Avenue
New York, NY 10022

Teresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**

Office of the United States Trustee
Frank J. Perch, Esq.
844 King Street, Suite 2311
Wilmington, DE 19801