UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
                                                  :
In re                                             :   Chapter 11
                                                  :
W.R. GRACE & Co., et al.,                         :   Case No. 01-01139 (JKF)
                                                  :
            Debtors.                              :   Jointly Administered
                                                  :
                                                  :
                                                  :   Hearing Date: June 27, 2005, at 12:00 p.m.
------------------------------------------------- x

**RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS IN SUPPORT OF THE DEBTORS' EIGHTH MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §1121(D) EXTENDING DEBTORS' EXCLUSIVE PERIODS IN WHICH TO FILE A CHAPTER 11 PLAN AND TO SOLICIT VOTES THEREON**

The Official Committee of Equity Security Holders of W.R. Grace & Co. (the "Equity Committee") strongly supports the Debtors' Eighth Motion (the "Motion") for entry of an order pursuant to Sections 1121(d) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") maintaining and further extending their exclusive right to file a chapter 11 plan of reorganization (the "Exclusive Filing Period") and extending the period under section 1121(c)(3) of the Bankruptcy Code during which the Debtors have the exclusive right to solicit acceptances thereof (the "Exclusive Solicitation Period" and, together with the exclusive Filing Period, the "Exclusive Periods"). The Equity Committee respectfully submits that, under the circumstances, an extension of the Exclusive Periods makes eminent sense.

As the Court recognized earlier this year, in order to confirm the Plan of Reorganization filed by the Debtors on November 13, 2004 (the "Plan"), it is necessary to determine the aggregate amount of asbestos personal injury and property damage claims. Toward that end, the Debtors have proposed a comprehensive and sound process to define,

KL2:2365678.5

estimate and liquidate their asbestos liabilities. Among other things, they negotiated an agreed case management order with the Asbestos Property Damage Committee and submitted it to the Court. That order envisions a trial in early 2006. When negotiations with the Asbestos Personal Injury Committee failed to produce a similar case management order, the Debtors filed their *Motion to Approve PI CMO and Questionnaire*, which seeks to establish a discovery and pretrial procedure leading to a trial in late 2006. That motion is on for hearing before the Court on August 17, 2005.

The proper valuation of asbestos claims is any essential component of *any* non-consensual plan of reorganization that might be filed in this case. The Debtors have taken the appropriate and necessary steps to implement a sensible process for making that valuation. To permit the filing of competing plans while that that process is ongoing would not only serve no useful purpose, but also would likely divert the parties from any constructive negotiations toward a consensual plan.

In light of the Debtors' progress in establishing procedures for the eventual confirmation of a plan of reorganization, an extension of exclusivity is amply warranted. The Equity Committee requests that the Motion be granted.

Dated: Wilmington, Delaware
June 9, 2005

                        Respectfully submitted,

                        KLETT ROONEY LIEBER & SCHORLING

                        By: _____
                            Teresa K. D. Currier (ID No. 3080)
                        The Brandywine Building
                        1000 West Street, Suite 1410
                        Wilmington, Delaware 19801
                        Telephone: (302) 552-4200
                        Facsimile: (302) 552-4295

                                - and -

                        KRAMER LEVIN NAFTALIS & FRANKEL LLP
                           Philip Bentley
                           Gary M. Becker
                        919 Third Avenue
                        New York, New York 10022
                        Telephone: (212) 715-9100
                        Facsimile: (212) 715-8000

                        Attorneys for the Official Committee of
                        Equity Security Holders

KL2:2365678.5