# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO., *et al.*

           Debtors.

Chapter 11

Case No. 01-01139 (JKF)

(Jointly Administered)

Objection Deadline: June 28, 2005 @ 4:00 p.m.
Hearing Date: July 18, 2005 @ 12:00 noon

## NOTICE OF MOTION OF STATE OF MONTANA
## FOR RELIEF FROM THE AUTOMATIC STAY

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE, that on June 9, 2005, State of Montana has filed a **Motion for Relief From The Automatic Stay** (the "Motion").

A HEARING ON THE MOTION WIL BE HELD ON **JULY 18, 2005 AT 12:00 P.M.** BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE.

You are required to file a response to the attached motion on or before **June 28, 2005 at 4:00 p.m.**

At the same time, you must also serve a copy of the response upon movant's attorneys:

        Francis A. Monaco, Jr., Esquire
        Kevin J. Mangan, Esquire
        Monzack and Monaco, P.A.
        1201 N. Orange Street, Suite 400
        Wilmington, DE  19801
        Telephone:  (302) 656-8162
        Telecopier:  (302) 656-2769

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for

Document #43512

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Date: June __, 2005                           **MONACK AND MONACO, P.A.**



                                              ___/s/ Francis A. Monaco, Jr._____
                                              Francis A. Monaco, Jr. (#2078)
                                              Kevin J. Mangan  (# 3810)
                                              1201 Orange Street, Suite 400
                                              Wilmington, DE  19801
                                              Telephone:     (302) 656-8162
                                              Telecopier:    (302) 656-2769

                                              Attorneys for State of Montana

Document #43512