# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered)<br><br>RE: Docket No. ___ |

## ORDER

**AND NOW,** upon consideration of the Motion of State of Montana For Relief From the Automatic Stay ("Motion"), filed herein for relief from the automatic stay to permit the State of Montana to join Debtors, W.R. Grace & Co and W.R. Grace & Co.-Conn., (hereinafter collectively "W.R. Grace") as Third-Party Defendants in eighty-three (83) cases currently pending against the State of Montana in Montana State Courts ("State Court Actions"), to final judgment. The Court having considered and heard the evidence and argument of counsel, it has become the opinion of the Court that Relief From The Automatic Stay should be allowed as requested.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT** the State of Montana be granted relief from the Stay in order to permit it to join W.R. Grace

as Third-Party Defendants in the State Court Actions, as identified in the Motion, in order to liquidate the claims against Debtors relating to the State Court Actions.

Dated: Wilmington, Delaware
_____, 2005

_____
The Honorable, Judith K. Fitzgerald
United States Bankruptcy Judge