# EXHIBIT "A"

EXHIBIT A

| First Named Plaintiff | Case # | Montana County |
|---|---|---|
| Barnes | BDV-2001-406 | Lewis & Clark |
| Bauer | BDV-01-119 | Cascade |
| Bitterman | DDV-04-419 | Cascade |
| Bolles | ADV-04-083c | Cascade |
| Bosch | BDV-2004-045 | Lewis & Clark |
| Brossman | ADV-2004-116 | Lewis & Clark |
| Burrese | CDV-02-1174 | Cascade |
| Burton | ADV-2003-079 | Lewis & Clark |
| Candee | BDV-01-153 | Cascade |
| Carolan | CDV-2002-364 | Lewis & Clark |
| Carrier | ADV-03-652c | Cascade |
| Challinor | DDV-03-946 | Cascade |
| Chase | CDV-02-1163 | Cascade |
| Cole, Myra | BDV-01-530 | Cascade |
| Cole, Thomas | BDV-01-293 | Cascade |
| Collinson | CDV-2004-178 | Lewis & Clark |
| Dedrick | B/DV-2001-523 | Lewis & Clark |
| Dutton | BDV-2001-311 | Lewis & Clark |
| Edwards | ADV-04-176c | Cascade |
| Erickson | BDV-04-335 | Cascade |
| Fantozzi | ADV-01-590 | Cascade |
| Farmer | CDV-04-166 | Cascade |
| Flesher | DV-01-86 | Lincoln |
| Foss | DDV-04-339 | Cascade |
| Gardiner | BDV-04-251 | Cascade |
| Garrison | CDV-03-789 | Cascade |
| Graham | DV-2001-264 | Lewis & Clark |
| Grunerud | ADV-01-150B | Cascade |
| Hagen | DDV-03-1069 | Cascade |
| Hall | ADV-04-542 | Cascade |
| Hamann, Caroline | DDV-03-1317 | Cascade |
| Hamann, Eugene | DV-03-56 | Lincoln |
| Harshaw | CDV-03-629 | Cascade |
| Hart | DDV-04-946 | Cascade |
| Hemmy | BDV-2004-156 | Lewis & Clark |
| Hume | DV-01-63 | Lincoln |
| Hunt | BDV-02-924 | Cascade |
| Jacobson | CDV-2001-577 | Lewis & Clark |
| Keeler | DDV-04-615 | Cascade |
| Kelly | ADV-01-700b | Cascade |
| Kilgore | ADV-2004-28 | Lewis & Clark |
| Knauss | CDV-2004-168 | Lewis & Clark |
| Kujawa | BDV-04-255 | Cascade |
| Lundstrom | DDV-04-780 | Cascade |
| Martineau | CDV-04-409 | Cascade |

| First Named Plaintiff | Case # | Montana County |
|---|---|---|
| Mejie | ADV-01-104(d) | Cascade |
| Meyer | ADV-01-325B | Cascade |
| Miller | CDV-04-1354 | Cascade |
| Monroe | ADV-2003-424 | Lewis & Clark |
| Neils | DDV-04-134 | Cascade |
| NewMarch | BDV-01-059 | Cascade |
| Orr, Herbert | B/DV-2001-423 | Lewis & Clark |
| Orr, Howard | BDV-01-511 | Cascade |
| Parker | CDV-01-1174(a) | Cascade |
| Pennock | C/DV-2002-233 | Lewis & Clark |
| Peterson | ADV-01-103d | Cascade |
| Price | BDV-04-006 | Cascade |
| Raan | ADV-01-128D | Cascade |
| Radford | CDV-02-107 | Cascade |
| Ramel | BDV-03-1180 | Cascade |
| Rice / Smith | B/DV-2001-678 | Lewis & Clark |
| Riddle | CDV-2001-699 | Lewis & Clark |
| Riley | ADV-04-379 | Cascade |
| Ryan | A/DV-2001-623 | Lewis & Clark |
| Schauss | DDV-04-035 | Cascade |
| Schnetter | CDV-03-837 | Cascade |
| Schull | C/DV-2001-704 | Lewis & Clark |
| Skramstad | BDV-2002-459 | Lewis & Clark |
| Smith | C/DV-2001-667 | Lewis & Clark |
| Spady | DDV-04-590 | Cascade |
| Spencer | BDV-01-151 | Cascade |
| Stapley | CDV-04-934 | Cascade |
| Sunell | ADV-2003-642 | Lewis & Clark |
| Swenson | ADV-03-427 | Cascade |
| Torgerson | CDV-04-240 | Cascade |
| Urdahl | ADV-2003-723 | Lewis & Clark |
| Vinson | ADV-03-1150 | Cascade |
| Vogel | BDV-03-816 | Cascade |
| Vose | ADV-2004-309 | Lewis & Clark |
| Wagner | CDV-01-512 | Cascade |
| Welch | ADV-01-288b | Cascade |
| Wright | ADV-2004-357 | Lewis & Clark |
| Zahner | ADV-01-100d | Cascade |