## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via hand delivery or US Mail on June 9, 2005 upon:

**SEE ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.


___6/9/2005_____          __/s/ Heidi E. Sasso_____
Date                                                  Heidi E. Sasso

Document #: 370