IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 8439)

On May 16, 2005, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from January 1, 2005 through March 31, 2005 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 6, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                                     KLETT ROONEY LIEBER & SCHORLING
                                                     A Professional Corporation

                                                     By: /s/ Rhonda Thomas
                                                             Teresa K. D. Currier (No. 3080)
                                                             Rhonda L. Thomas (No. 4053)
                                                             The Brandywine Building
                                                             1000 West St. - Suite 1410
                                                             Wilmington, DE 19801

                                                                 -and-

KRLS/Wilm 58403v1

                                          KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                          Philip Bentley, Esquire
                                          Gary M. Becker, Esquire
                                          919 Third Avenue
                                          New York, NY 10022
                                          (212) 715-9100
                                          Counsel to the Official Committee of
                                          Equity Holders

Dated: June 8, 2005                    Co-Counsel to the Official Committee
                                          of Equity Holders

KRLS/Wilm 58403v1