IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## <u>CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 8440)</u>

On May 16, 2005, Klett Rooney Lieber & Schorling, ("Klett Rooney"), co-counsel to the Official Committee of Equity Holders, filed its Sixteenth Quarterly Fee Application of Klett Rooney Lieber & Schorling, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from December 26, 2004 through March 31, 2005 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on June 6, 2005. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Klett Rooney respectfully requests that the Court enter an order approving this Application at its earliest convenience.

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation

By: /s/ Rhonda Thomas
      Teresa K. D. Currier (No. 3080)
      Rhonda L. Thomas (No. 4053)
      The Brandywine Building
      1000 West St. - Suite 1410
      Wilmington, DE 19801

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
 Philip Bentley, Esquire
 Robert T. Schmidt, Esquire
 919 Third Avenue
 New York, NY 10022
 (212) 715-9100
 Counsel to the Official Committee of
 Equity Holders

Dated: June 8, 2005                    Co-Counsel to the Official Committee
                                       of Equity Holders