IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket Nos. 8324 and 8577 |

**MODIFIED ORDER GRANTING JOINT MOTION FOR LEAVE TO EXTEND THE DEADLINES FOR FILING RESPONSES AND REPLIES TO THE MOTION TO APPROVE THE PI CMO AND QUESTIONNAIRE AND FOR RESPONSES TO EXCEED PAGE LIMITS**

Upon the joint motion (the "Motion")[1] of the Parties seeking leave (a) to extend the deadline by which the Parties and the Certain Insurers must file responses to the Debtors' PI Case Management Motion to June 30, 2005, (b) for any such responses to exceed the page limits set forth in the ECF Chambers Procedures and D. Del. LR 7.1.3, and (c) to extend the deadline by which the Parties and the Certain Insurers must file replies to July 21, 2005; and due and proper notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

---

[1] Any term not defined herein shall have the meaning ascribed thereto in the Motion.

2. The time period set forth in the New Scheduling Order within which the Parties and the Certain Insurers must file responses to the Debtors' PI Case Management Motion is extended to June 30, 2005. Any such responses may not exceed 60 pages. ~~exceed the page limits set forth in the ECF Chambers Procedures and D. Del. LR 7.1.3~~. The time period set forth in the New Scheduling Order within which the Parties and the Certain Insurers must file replies is extended to July 21, 2005. Replies may not exceed 15 pages.

Dated: June 9, 2005

*Judith K. Fitzgerald* rmab
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge