IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## NOTICE OF CHANGE OF FIRM NAME OF
## COUNSEL TO THE LIBBY CLAIMANTS

**PLEASE TAKE NOTICE THAT** effective April 13, 2005 Cohn & Whitesell LLP, counsel to the claimants injured by exposure to tremolite asbestos from the Debtors' operations near Libby, Montana[1], has changed its name to Cohn Whitesell & Goldberg LLP ("CWG"). The address and the telephone and facsimile numbers for CWG remain the same.

Dated: June 9, 2005

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

Counsel for the Libby Claimants

---

[1] As identified in the Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 dated December 21, 2004 [Docket No. 7287] filed in Case No. 01-01139 (JFK), as it may be amended and supplemented from time to time.

393.001-8370.doc