IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM DECEMBER 1, 2004 THROUGH DECEMBER 31, 2004**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 137451 v1
2850487-000001 02/11/2005

## DECEMBER, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 12/1 | 1.0 | Calls with Mr. Corcoran and consultants regarding asbestos |
| 12/2 | 1.0 | Calls with Mr. Corcoran and consultants regarding asbestos |
| 12/3 | 1.0 | Calls with Mr. Corcoran and consultants regarding asbestos |
| 12/6 | 2.0 | Telephone conference with Mr. Corcoran regarding Libby, MT and Justice Department |
| 12/9 | 2.0 | Read and review of materials regarding status of asbestos negotiations |
| 12/10 | 2.0 | Read and review of materials regarding status of asbestos negotiations |
| 12.13 | 2.0 | Discussions with consultants regarding potential Judiciary Committee make up and impact on asbestos legislation |
| 12/14 | 2.5 | Work with partners on WE Grace proposal for help in China |
| 12/15 | 1.5 | Review draft of China proposal |
| 12/17 | 2.0 | Read and review materials related to asbestos legislative status |
| 12/20 | 2.0 | Telephone calls and discussions with Senate staff regarding priority to be given asbestos in new Congress |
| 12/21 | 1.0 | Telephone conferences with Mr. Corcoran regarding various issues related to asbestos legislation and Libby |
| 12/22 | 1.5 | Telephone conferences with Mr. Corcoran regarding preliminary work that should be done with committee and leadership staff regarding asbestos legislation |
| 12/23 | 1.0 | Read and review materials concerning asbestos legislation |
| 12/27 | 2.0 | Read and review materials concerning asbestos legislation |
| 12/28 | 2.0 | Read and review materials concerning asbestos legislation |
| 12/29 | 4.0 | Review materials to be submitted to bankruptcy court for payment of fees with partner |

EXPENSES ITEMIZED AND SUMMARIZED FOR NOVEMBER, 2004

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 12/31/2004**
**Bill # 67924583 dated 01/11/2005**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 11/17/04 | $3.50 |
| Long Distance Charge | 11/19/04 | $0.35 |
| Long Distance Charge | 11/24/04 | $0.35 |
| Mobile/ Cell Phone Charges | 11/25/04 | $12.00 |
| Long Distance Charge | 12/07/04 | $0.35 |
| Long Distance Charge | 12/10/04 | $0.70 |
| Long Distance Charge | 12/13/04 | $0.35 |
| Long Distance Charge | 12/14/04 | $0.35 |
| Long Distance Charge | 12/20/04 | $0.70 |
| Photo Reproduction Charges | 12/22/04 | $10.00 |
| **Bill #67924583 itemized totals** | | **$28.65** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $12.00 |
| Long Distance Charges | $6.65 |
| Photo Reproduction Charges | $10.00 |
| **Bill #67924583 summarized totals** | **$28.65** |

W JDR 137451 v1
2850487-000001 02/11/2005