# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELEWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

## FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM OCTOBER 1, 2004 THROUGH OCTOBER 31, 2004

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 136653 v1
2850487-000001 12/07/2004

# OCTOBER, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 10/1 | 3.0 | Start follow up calls from assignments at strategy session held on September 30th |
| 10/2 | 3.0 | More work on calls and follow up strategy from September 30th meeting |
| 10/3 | 2.0 | Meet with W.R. Grace consultant concerning efforts begun at meeting with W.R. Grace officials on September 30th |
| 10/7 | 3.0 | Meet with W.R. Grace officials concerning update on activities in Senate leadership offices on asbestos negotiations |
| 10/8 | 2.0 | Read and review current news and trade publications concerning asbestos negotiations in the Senate |
| 10/11 | 1.5 | Calls with Senate staff concerning asbestos negotiations |
| 10/12 | 3.5 | Monitor ongoing asbestos negotiations via calls and visits with Senate staff |
| 10/13 | 2.0 | Meet with W.R. Grace consultants regarding asbestos negotiations |
| 10/15 | 2.5 | Read and review materials regarding liability issues from W.R. Grace |
|  | 2.0 | Forward materials regarding liability issues in asbestos negotiations to Senate staff |
| 10/21 | 3.0 | Calls from Montana to W.R. Grace officials and consultants regarding status of asbestos negotiations and contacts to be made |
| 10/26 | 2.0 | Calls to Senate staff and W.R. Grace consultants regarding asbestos negotiations |

EXPENSES ITEMIZED AND SUMMARIZED FOR OCTOBER, 2004

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 10/31/2004**
**Bill # 67912122 dated 11/19/2004**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 09/21/04 | $0.35 |
| Mobile/ Cell Phone Charge | 09/25/04 | $12.40 |
| Long Distance Charge | 09/28/04 | $4.90 |
| Long Distance Charge | 09/29/04 | $0.70 |
| Long Distance Charge | 09/29/04 | $0.70 |
| Meals* | 09/30/04 | $721.15 |
| Long Distance Charge | 10/01/04 | $0.35 |
| Long Distance Charge | 10/04/04 | $0.35 |
| Long Distance Charge | 10/04/04 | $1.05 |
| Long Distance Charge | 10/05/04 | $1.75 |
| Long Distance Charge | 10/05/04 | $0.35 |
| Long Distance Charge | 10/13/04 | $0.35 |
| Long Distance Charge | 10/14/04 | $0.35 |
| Photo Reproduction Charge | 10/21/04 | $1.40 |
| Photo Reproduction Charge | 10/22/04 | $4.20 |
| Photo Reproduction Charge | 10/22/04 | $8.00 |
| **Bill #67912122 itemized totals** | | **$758.35** |

| Summarized: | Amount |
|---|---|
| Long Distance Charges | $11.20 |
| Mobile/ Cell Phone Charges | $12.40 |
| Meals | $721.15 |
| Photo Reproduction Charges | $13.60 |
| **Bill #67912122 summarized totals** | **$758.35** |

*On Fee Detail originally submitted with docket entry number 7379 this entry was billed as "Travel/Meals". Upon further research the charge relates only to a business dinner with W.R. Grace consultants and officials to discuss asbestos issues. Attending were: James Range, Dave Siegle, W.R. Grace Senior Vice President and General Counsel, Bill Corcoran, W.R. Grace Vice President, Leon Billings and Charles Strubitts, consultants.

W JDR 136653 v1
2850487-000001 12/07/2004