IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELEWARE

In re: ) Chapter 11
)
W.R.GRACE & CO., et al.[1] ) Case No. 01-01139 (JKF)
) (Jointly Administered)
)

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1, 2004 THROUGH NOVEMBER 30, 2004**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Conpany, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W SCH 136968 v1
2850487-000001 12/07/2004

# NOVEMBER, 2004 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 11/8 | 4.0 | Work out details of meeting with Secretary Eagleburger with W.R. Grace officials |
| 11/9 | 3.0 | Try to see if there is possibility of reviving asbestos liability negotiations in lame duck session |
| 11/10 | 4.0 | Meet with Administration officials along with lunch to determine what if anything they might do to spark interest in completing asbestos negotiations this year before end of Congress |
|  | 1.5 | Meet with Senate staff regarding interest in jump starting finalization of negotiations on asbestos before end of Congress this year |
| 11/16 | 2.5 | Calls with W. R. Grace officials concerning upcoming meeting regarding asbestos negotiations |
| 11/17 | 4.0 | Meet with W.R. Grace officials and then meet with Senate leadership staff and W.R. Grace officials concerning fate of asbestos negotiations and begin to lay groundwork for negotiations in next Congress |
| 11/18 | 3.0 | Read materials in preparation for meeting with W.R. Grace officials and former Secretary of State Eagleburger regarding China business strategy |
| 11/26 | 3.0 | Finalize arrangements for meeting with Secretary Eagleburger |
| 11/29 | 10.0 | Meet with former Secretary Eagleburger in Charlottesville, VA |
| 11/30 | 1.5 | Meet with W.R. Grace consultant regarding asbestos strategy for next Congress |
|  | 2.0 | Begin making arrangements for meeting with Baker Donelson partners and others regarding W.R. Grace business strategy in China |

EXPENSES ITEMIZED AND SUMMARIZED FOR NOVEMBER, 2004

**W.R. Grace Expenses**
**Client # 2850487-000001**
**Itemized and summarized through 11/30/2004**
**Bill # 67915468 dated 12/07/2004**

| Description | Date | Amount |
|---|---|---|
| Mobile/ Cell Phone Charge | 11/02/04 | $10.61 |
| Photo Reproduction Charge | 11/02/04 | $0.30 |
| Photo Reproduction Charge | 11/17/04 | $0.75 |
| Photo Reproduction Charge | 11/29/04 | $0.30 |
| **Bill #67915468 itemized totals** | | **$11.96** |

| Summarized: | Amount |
|---|---|
| Mobile/ Cell Phone Charges | $10.61 |
| Photo Reproduction Charges | $1.35 |
| **Bill #67915468 summarized totals** | **$11.96** |