IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

     I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on June 10, 2005 I caused a copy of the foregoing to be served upon the individuals on the attached service list via first-class mail unless otherwise indicated.

                                                     */S/ Mark Hurford*
                                                     Mark T. Hurford (#3299)

Dated: June 10, 2005

{D0016317:1 }