# *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:  (302) 575-1555        Fax: (302) 575-1714

WR Grace PD Committee                May 1, 2005

File #:  WR
Inv #:  16576

**Attention:**

RE:  WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B14 | Case Administration - | 13.50 | 2,969.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.50 | 360.00 |
| B18 | Fee Applications, Others - | 6.60 | 758.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 0.30 | 72.00 |
| B25 | Fee Applications, Applicant - | 11.00 | 1,281.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 0.60 | 144.00 |
| B32 | Litigation and Litigation Consulting - | 0.20 | 48.00 |
| B36 | Plan and Disclosure Statement - | 6.90 | 1,656.00 |
| B37 | Hearings - | 0.80 | 192.00 |
| B40 | Employment Applications, Others - | 0.20 | 48.00 |
| | **Total** | **41.60** | **$7,528.50** |
| | **Grand Total** | **41.60** | **$7,528.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 165.00 | 0.40 | 66.00 |
| Rick S. Miller | 225.00 | 0.30 | 67.50 |
| Steven G. Weiler | 150.00 | 0.30 | 45.00 |
| Theodore J. Tacconelli | 240.00 | 23.50 | 5,640.00 |
| Legal Assistant - AD | 100.00 | 17.10 | 1,710.00 |
| **Total** | | **41.60** | **$7,528.50** |

## DISBURSEMENT SUMMARY

Case 01-01139-AMC    Doc 8607-2    Filed 06/13/05    Page 2 of 9

| | | |
|---|---|---:|
| CA | Cost Advance - | 2,915.50 |

**Total Disbursements** $2,915.50

Case 01-01139-AMC    Doc 8607-2    Filed 06/13/05    Page 2 of 9
CA    Cost Advance - 2,915.50

Case 01-01139-AMC    Doc 8607-2    Filed 06/13/05    Page 3 of 9

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-02-05 | Case Administration - review debtors' 15th quarterly report of settlements (Deminimis) | 0.10 | TJT |
| | Case Administration - review debtors' 15th quarterly report of settlements | 0.10 | TJT |
| | Case Administration - review stipulation resolving claims of Caruccio | 0.10 | TJT |
| | Case Administration - review K&E 2/05 fee app | 0.20 | TJT |
| | Case Administration - review D Austern's 1/05 fee app | 0.10 | TJT |
| | Case Administration - review D Austern's 2/05 fee app | 0.10 | TJT |
| | Case Administration - review D Austern's 3/05 fee app | 0.10 | TJT |
| | Case Administration - review PGS 3/05 fee app | 0.10 | TJT |
| | Case Administration - review BMC 10/04 fee app | 0.10 | TJT |
| | Case Administration - review notice of claim settlement with Alltechgmbh | 0.10 | TJT |
| May-03-05 | Case Administration - review PSZY&J 3/05 fee app | 0.10 | TJT |
| | Case Administration - review Certificate of No Objection re: Bilzin Sumber 2/05 fee app | 0.10 | TJT |
| | Case Administration - review L Tersigni's 3/05 fee app | 0.10 | TJT |
| | Case Administration - review Caplan Drysdale 3/05 fee app | 0.10 | TJT |
| | Case Administration - review Campbell Levine 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Others - review docket, prepare for filing and e-file and serve Bilzin's 2/05 Certificate of No Objection | 0.60 | AD |
| May-04-05 | Fee Applications, Applicant - continue calculating quarterly figures for Ferry, Joseph & Pearce's 1/05-3/05 fee app | 1.00 | AD |
| May-05-05 | Committee, Creditors', Noteholders' or -prepare email to J Sakalo re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | Fee Applications, Applicant - continue calculating quarterly figures; review final numbers for Ferry, Joseph & Pearce's 1/05-3/05 fee app | 1.30 | AD |
| May-06-05 | Claims Analysis Obj. & Res. (Asbestos) review USG 4/25/05 hearing transcript re: issue objection to property damage claims | 0.30 | TJT |
| | Case Administration - review email from S Baena re: Libby/asbestos litigation | 0.10 | TJT |
| | Case Administration - review email from D Scott re: Libby/asbestos litigation | 0.10 | TJT |
| | Case Administration - review Buchanan Ingersoll 12/04 fee app (.1); review Buchanan Ingersoll 1/05 fee app (.1); review Buchanan Ingersoll 2/05 fee app (.1); review Buchanan Ingersoll 3/05 fee app (.1) | 0.40 | TJT |
| | Case Administration - review Scott Law Group 2/05 fee app | 0.10 | TJT |
| | Case Administration - review miscellaneous orders re: Boilermakers claim objections (x8) | 0.10 | TJT |
| | Case Administration - review order granting Festa retention application | 0.20 | TJT |
| | Case Administration - review order vacating PI cmo for estimation | 0.10 | TJT |
| | Case Administration - review order resolving claim by Steel Workers | 0.10 | TJT |
| | Case Administration - review order continuing 4th omnibus objection to claims | 0.10 | TJT |

Invoice #: 16576  Page 4  June 8, 2005
Case 01-01139-AMC   Doc 8607-2   Filed 06/13/05   Page 4 of 9

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Case Administration - review order continuing 5th omnibus objection to claims | 0.10 | TJT |
| | Case Administration - review order continuing 8th omnibus objection to claims | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review portions of 4/25/05 hearing transcript re: PD estimation | 0.20 | TJT |
| May-07-05 | Plan and Disclosure Statement - review City of Greenwell case re: monokote/defective product issue | 0.50 | TJT |
| | Plan and Disclosure Statement - review Clayton Center Assoc. case re: monokote/defective product issue | 0.50 | TJT |
| | Plan and Disclosure Statement - review Northridge County case re: monokote/defective product issue | 0.50 | TJT |
| | Plan and Disclosure Statement - review State Farm case re: statute of limitations for PD claims | 0.20 | TJT |
| | Plan and Disclosure Statement - review THS Northstar Assoc. case re: statute of limitations for PD claims | 0.30 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 4/05 prebill | 0.40 | TJT |
| May-08-05 | Litigation and Litigation Consulting - review order denying debtors' St. Paul motion | 0.10 | TJT |
| | Litigation and Litigation Consulting - review order denying debtors' motion to retain Cayhill Gordon | 0.10 | TJT |
| | Plan and Disclosure Statement - review order regarding PI estimation cmo and PI claim form | 0.20 | TJT |
| May-09-05 | Case Administration - Teleconference with R. Bello at USBC re: location of 6/16 hearing (in Pittsburgh, PA) | 0.10 | SGW |
| | Case Administration - review Wallace King 2/05 fee app | 0.20 | TJT |
| | Case Administration - review Reed Smith 3/05 fee app | 0.10 | TJT |
| | Case Administration - review summary of PGS quarterly fee app 1/05-3/05 | 0.10 | TJT |
| | Case Administration - review third amended appointment of unsecured creditors' committee | 0.10 | TJT |
| | Fee Applications, Others - draft Certificate of No Objection and Certificate of No Objection Certificate of Service re: CDG's 15th monthly and 15th quarterly fee apps | 0.60 | AD |
| | Hearings - trade emails with J Sakalo re: 5/16/05 hearing | 0.20 | TJT |
| | Hearings - review agenda for 5/16/05 hearing | 0.10 | TJT |
| May-10-05 | Case Administration - review Stroock 3/05 fee app | 0.10 | TJT |
| | Case Administration - review Swidler Berlin 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: CDG 10/04-12/04 monthly fee app | 0.10 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: CDG 10/04-12/04 quarterly fee app | 0.10 | TJT |
| | Hearings - review amended agenda for 5/16/05 hearing | 0.10 | TJT |
| May-11-05 | Case Administration - review Richardson Patrick 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Others - review email from L Flores re: Bilzin's 3/05 fee app, review attached documents, and draft Certificate of Service re: same | 0.30 | AD |
| | Fee Applications, Others - review docket, prepare documents for filing, e-file and serve CDG's 15th monthly fee app | 0.50 | AD |

| Date | Description | Hours | Staff |
|---|---|---|---|
| | Fee Applications, Others - review docket, prepare documents for filing, e-file and serve CDG's 15th quarterly fee app | 0.50 | AD |
| May-12-05 | Case Administration - review amended case management order for case | 0.20 | TJT |
| | Committee, Creditors', Noteholders' or -review email from R Ramphal re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from T Brandi re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.40 | TJT |
| | Fee Applications, Others - review Bilzin Sumberg 3/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - revise documents, prepare for filing, e-file and serve Bilzin's 3/05 fee app | 0.50 | AD |
| | Fee Applications, Others - draft HRA's 3/05 Certificate of No Objection and Certificate of No Objection Certificate of Service | 0.30 | AD |
| | Employment Applications, Others - review order approving LECG retention | 0.10 | TJT |
| | Employment Applications, Others - prepare email to J Sakalo re: order approving LECG retention | 0.10 | TJT |
| May-13-05 | Case Administration - confer with TJT re: case scheduling issue | 0.10 | RSM |
| | Case Administration - review supplemental affidavit of S Baena and confer with paralegal re: filing and service of same | 0.20 | TJT |
| | Case Administration - review email from L Flores re: S Baena supplemental affidavit, confer with T. Tacconelli, Draft Certificate of Service, prepare for fling, e-file affidavit and prepare for outside serve, and prepare email to L Flores re: supplemental affidavit has been filed | 0.70 | AD |
| | Fee Applications, Others - review Certificate of No Objection re: HRA 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Others - review Certificate of No Objection re: Ferry, Joseph & Pearce's 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Others - prepare for filing, e-file and serve HRA's Certificate of No Objection for 3/05 fee app | 0.50 | AD |
| | Hearings - prepare email to Judge Fitzgerald's DE clerk re: 5/16/05 hearing and retrieve voice mail message from Judge Fitzgerald's DE clerk re: same | 0.20 | TJT |
| May-14-05 | Case Administration - review affidavit of Gordon Reese LLP | 0.10 | TJT |
| | Case Administration - review summary of Reed Smith quarterly fee app 1/05-3/05 | 0.10 | TJT |
| | Case Administration - review summary of PSZYJ&W quarterly fee app 1/05-3/05 | 0.10 | TJT |
| | Case Administration - review summary of BMC quarterly fee app 10/04-12/04 | 0.10 | TJT |
| | Case Administration - review summary of Wallace King 1/05-2/05 | 0.10 | TJT |
| | Case Administration - review summary of Carella Byrne 1/05-3/05 | 0.10 | TJT |
| May-16-05 | Case Administration - review Scott Law Group 2/05 fee app | 0.10 | TJT |
| | Case Administration - review Swidler Berlin 3/05 fee app | 0.10 | TJT |
| | Case Administration - review Capstone 3/05 fee app | 0.10 | TJT |
| | Case Administration - review order re: Beveridge and Diamond | 0.10 | TJT |
| | Case Administration - review order re: Hacto Site settlement | 0.10 | TJT |
| | Case Administration - review W Smith and Assoc 3/05 fee app | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Case Administration - review fee auditor's final report for Swidler Berlin for 13th interim period | 0.10 | TJT |
| | Case Administration - review letter from M Skelintz to Judge Fitzgerald re: updated financial information | 0.10 | TJT |
| May-17-05 | Case Administration - download and review protective order re: estimation of Debtors' PD liability | 0.20 | LLC |
| | Case Administration - Obtain 5/16 hearing transcript held in Pittsburgh, PA | 0.10 | SGW |
| | Case Administration - review supplemental affidavit of A Moran re: Steptoe and Johnson | 0.10 | TJT |
| | Plan and Disclosure Statement - review debtors' motion for PI cmo and questionairre | 0.60 | TJT |
| | Plan and Disclosure Statement - review debtors' memorandum in support of motion for PI cmo and guarantee | 1.40 | TJT |
| | Fee Applications, Applicant - modify Ferry, Joseph & Pearce's 4/05 invoice for filing with 4/05 fee app; draft summary, notice and Certificate of Service for same | 0.60 | AD |
| May-18-05 | Plan and Disclosure Statement - continue reviewing debtors' memorandum in support of PI cmo/questionairre | 2.00 | TJT |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 4/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Applicant - prepare for filing, e-file and serve Ferry, Joseph & Pearce's 4/05 fee app | 0.50 | AD |
| May-19-05 | Case Administration - review W Smith and Assoc 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - trade emails with L Flores re: need to obtain documents from district court; confer with T. Tacconelli re: same | 0.30 | AD |
| | Committee, Creditors', Noteholders' or -review email from J Sakalo re: teleconference with committee | 0.10 | TJT |
| May-20-05 | Case Administration - review Holme Roberts 3/05 fee app | 0.10 | TJT |
| | Case Administration - review email from S Baena re: USG decision regarding interest on unsecured claims | 0.10 | TJT |
| | Case Administration - review CIBC 3/05 fee app | 0.10 | TJT |
| | Case Administration - review Carella Byrne 3/05 fee app | 0.10 | TJT |
| | Case Administration - trade emails with L Flores, obtain copies of requested documents from District Court, review documents to confirm accuracy and prepare email to L Flores with attachments | 0.50 | AD |
| | Plan and Disclosure Statement - review protective order re: PD estimation | 0.40 | TJT |
| May-21-05 | Claims Analysis Obj. & Res. (Non-Asb) -review 9th omnibus objection to claims with attachments | 0.20 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review 10th omnibus objection to claims with attachments | 0.20 | TJT |
| | Claims Analysis Obj. & Res. (Non-Asb) -review 11th omnibus objection to claims with attachments | 0.20 | TJT |
| | Case Administration - review Casner Edwards 3/05 fee app | 0.10 | TJT |
| May-22-05 | Case Administration - review summary of Legal Analysis Systems 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Caplan Drysdale 1/05-3/05 quarterly fee app | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Case Administration - review summary of L Tersigni 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Steptoe and Johnson 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Campbell Levine 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Woodcock and Washburn 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Casner Edwards 1/05-3/05 quarterly fee app | 0.10 | TJT |
| May-23-05 | Case Administration - review Pitney Hardin 3/05 fee app | 0.10 | TJT |
| | Case Administration - review summary of Duane Morris quarterly fee app for 1/05-3/05 | 0.10 | TJT |
| | Case Administration - review summary of Stroock quarterly fee app for 1/05-3/05 | 0.10 | TJT |
| | Case Administration - review Blackstone Group 2/05 fee app | 0.10 | TJT |
| | Case Administration - review Blackstone Group 3/05 fee app | 0.10 | TJT |
| | Case Administration - review affidavit of Gordon Reese | 0.10 | TJT |
| | Case Administration - review affidavit of Quigley O'Connor | 0.10 | TJT |
| | Case Administration - prepare email to L Flores re: final requested document | 0.10 | AD |
| | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Applicant - draft Certificate of No Objection and Certificate of No Objection Certificate of Service for Ferry, Joseph & Pearce's 3/05 fee app | 0.30 | AD |
| | Fee Applications, Applicant - finish calculating quarterly totals; review totals and confirm amounts by reviewing monthly details; begin drafting summary, notice, and Certificate of Service for 16th quarterly fee app | 2.70 | AD |
| May-24-05 | Case Administration - Save 5/16 transcript in separate subfile and forward hard copy of same to T. Tacconelli (.1) | 0.10 | SGW |
| | Hearings - review 5/16/05 hearing transcript | 0.20 | TJT |
| | Fee Applications, Applicant - review Certificate of No Objection re: Ferry, Joseph & Pearce's 3/05 fee app | 0.10 | TJT |
| | Fee Applications, Applicant - finish drafting documents for Ferry, Joseph & Pearce's 16th quarterly fee app and finalize draft 1 for submission to T. Tacconelli | 1.50 | AD |
| | Fee Applications, Applicant - review docket; prepare documents for filing; and e-file and serve Certificate of No Objection for Ferry, Joseph & Pearce's 3/05 fee app | 0.50 | AD |
| May-25-05 | Case Administration - review PNC 3/05 fee app | 0.10 | TJT |
| | Case Administration - review debtors' motion to approve settlement with Cytec with attachments | 0.50 | TJT |
| | Fee Applications, Applicant - Confer with legal assistant re: service of quarterly Fee Application notice | 0.10 | LLC |
| | Fee Applications, Applicant - review Ferry, Joseph & Pearce's 16th quarterly fee app and confer with paralegal re: same | 0.50 | TJT |
| | Fee Applications, Applicant - review monthly invoices to include information for Ex.B to Ferry, Joseph & Pearce's 16th quarterly, confer with T. Tacconelli re: need more information | 0.50 | AD |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | Fee Applications, Applicant - prepare for filing and e-file and serve Ferry, Joseph & Pearce's 16th quarterly fee app | 0.70 | AD |
| May-26-05 | Case Administration - confer with T. Tacconelli re: asbestos legislation | 0.20 | RSM |
| | Case Administration - review K&E 3/05 fee app | 0.20 | TJT |
| | Case Administration - review CIBC 4/05 fee app | 0.10 | TJT |
| | Case Administration - review Duane Morris 4/05 fee app | 0.10 | TJT |
| | Case Administration - review debtors' motion to make pensionfund contributions | 0.40 | TJT |
| | Case Administration - review email from A Danzeisen re: asbestos legislation update | 0.10 | TJT |
| | Case Administration - confer with R Miller re: asbestos legislation | 0.20 | TJT |
| | Case Administration - review 2019 statement by Reaund Morgan & Quinn | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -review email from A Danzeisen re: teleconference with committee | 0.10 | TJT |
| | Committee, Creditors', Noteholders' or -teleconference with committee | 0.30 | TJT |
| May-27-05 | Fee Applications, Others - review email from L Flores re: LECG 2/05 and 3/05 fee apps and prepare email to L Flores re: future fee apps | 0.10 | AD |
| | Fee Applications, Others - review and revise LECG 2/05 fee app, and draft Certificate of Service | 0.50 | AD |
| | Fee Applications, Others - review and revise LECG 3/05 notice and draft Certificate of Service | 0.50 | AD |
| | Fee Applications, Applicant - e-mail from legal assistant re: Committee preofessionals Fee Applications | 0.10 | LLC |
| May-28-05 | Case Administration - review debtors' motion to enter into employment agreement with D Siegel with attachment | 0.50 | TJT |
| | Case Administration - review debtors' motion to contribute to Lake Charles Union Pension Fund and Chattanooga Union Pension Fund with attachments | 0.50 | TJT |
| | Plan and Disclosure Statement - review debtors' motion to extend exclusivity period for plan | 0.30 | TJT |
| May-29-05 | Case Administration - review email from A Danzeisen re: asbestos legislation update | 0.10 | TJT |
| | Fee Applications, Others - review LECG 2/05 fee app prior to filing | 0.10 | TJT |
| | Fee Applications, Others - review LECG 3/05 fee app prior to filing | 0.10 | TJT |
| May-30-05 | Case Administration - review summary of Blackstone Group 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Latham and Watkins 10/04-12/04 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Latham and Watkins 1/05-3/05 quarterly fee app | 0.10 | TJT |
| | Case Administration - review summary of Pitney Hardin 1/05-3/05 quarterly fee app | 0.10 | TJT |
| May-31-05 | Fee Applications, Others - prepare documents for filing, e-file and serve LECG's 2/05 fee app | 0.50 | AD |
| | Fee Applications, Others - prepare documents for filing, e-file and serve LECG's 3/05 fee app | 0.50 | AD |
| | Totals | 41.60 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---:|
| May-03-05 | Cost Advance - copying cost | 7.20 |
|  | Cost Advance - postage | 5.40 |
|  | Cost Advance - Parcel's, Inc. | 67.00 |
| May-04-05 | Cost Advance - TriState Courier & Carriage | 6.50 |
| May-05-05 | Cost Advance - Blue Marble Logistics - copies | 221.20 |
| May-06-05 | Cost Advance - Parcel's, Inc. | 828.80 |
|  | Cost Advance - PACER Service Center - Period of 1/1/05 - 3/31/05 | 27.60 |
| May-09-05 | Cost Advance - Parcel's, Inc. | 315.00 |
| May-11-05 | Cost Advance - copying cost | 28.80 |
|  | Cost Advance - postage | 5.40 |
| May-12-05 | Cost Advance - copying cost | 13.95 |
|  | Cost Advance - postage | 3.04 |
| May-13-05 | Cost Advance - J&J Court Transcribers | 684.21 |
| May-17-05 | Cost Advance - Federal Express | 17.13 |
| May-25-05 | Cost Advance - copying cost | 108.00 |
|  | Cost Advance - postage | 19.89 |
|  | Cost Advance - service supplies | 132.50 |
| May-27-05 | Cost Advance - Blue Marble Logistics - copies | 241.64 |
| May-31-05 | Cost Advance - J&J Court Transcribers | 14.11 |
|  | Cost Advance - Blue Marble Logistics - copies | 168.13 |

Totals     $2,915.50

**Total Fees & Disbursements**     $10,444.00

**Balance Due Now**

$10,444.00