Clerk of the United States Bankrupcy Court
for the District of Delaware
824 Market Street
Wilmington  Delaware  19801

Re: W.R.Grace/CO., et al.,
     Case# 01-01139 (JFK)

FILED
2005 JUN 10 PM 1:54
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable  Clerk

At this time writing I am informing the
court of my inability to access the law library
to be able to make copies of documents to
use resource books, directorys, type writers
to complete certain requirements in respond-
to civil as well as criminial matters that I
face.
The reason is the restrictive polices that
the C.D.C. has implemented last October, 2004
to keep the Prisoner-Patient ( I am a Patient of
the D.M.H at the E.O.P. ) from utilizing the
facilities of law library, the reasons are
attache, thank you.

Sincerly                    Raphael V. Palazzo

Dated May 28, 2005

In The United States Bankrupcy Court
For the District of Delaware

In re:                          )          Chapter 11

W.R. Grace & Co., et al.,       )    Case No. 01-1139 (JFK)

              Debtor    )(Jointly Administered)

Objection to the Debtors' Eleventh
Omnibus Objection to Claims
(Non-Asbestos Gateway)

Palazzo. Rapheal J.
%o Donovan Correctional Fac
Fac 15-225-U
PO Box 799001
San Diego  CA  92179-9001

FILED
2005 JUN 10  PH 1: 55
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Basis for the amount of the claim is on
going, past, present, future monitoring
for Mesothilomia

Claim Number:      2661

The claimant Rapheal J. Palazzo has been
exposed to Asbestos in the form of W.R.
Grace & Co. products while working in various
construction applications such as.

Shipyard, Navy, Construction, demolishing, painting[13] asbestos based attic insulation from 1972 to 1992.
This prolonged exsposure to asbestos, and related products by W.R. Grace and Co and its' 61 entities makes the claimants health and safety and efficat risk and this it makes cause for future monitoring at the claimants expense.

Dated May 29, 2005          Raphael J. Palazzo



Physicians **radiol●gy**
Medical Group Inc

Technical Services Provided by:

**R. J. DONOVAN CORRECTIONAL FACILITY**
480 Alta Road
San Diego, CA 92179

PATIENT NAME:    PALAZZO, RALPH
DOB:                1-28-50
ID#:                 T-99035
REFERRED BY:     HUNT
EXAM DATE:       5-13-05

**71020   PA AND LATERAL CHEST**

**HISTORY:** Asbestos exposure in shipyard.  Need mesothelioma check.

**COMPARISON:** 7-21-05.

**FINDINGS:** Heart size is normal.  No evidence of acute heart failure or pleural effusions.  Mild degenerative spurs involves the lower thoracic spine anteriorly.  No calcified pleural plaques are identified.

The lungs remain clear.

**IMPRESSION: No evidence of acute cardiopulmonary disease.**

William Snyder, M.D./jh
D&T: 5-16-2005

DATE:                 November 24, 2003

NAME:                 PALAZZO, RALPH JAMES

CDC
NUMBER:               T-99035

APPEAL
NUMBER:               03-1113              **SECOND LEVEL REVIEW**


APPEAL DECISION:      **PARTIALLY GRANTED**


**APPEAL ISSUE:** You state that you are in need of special medical care for a condition that may develop into lung cancer due to years of working with asbestos in the shipyard. You also express concern regarding your Enhanced Outpatient Program (EOP) status. Specifically, you are requesting a transfer to the California Men's Colony (CMC) to ensure medical care.

**APPEAL RESPONSE:** In reaching a decision on this issue, a thorough review of your appeal has been conducted. The attached supporting documents, applicable sections of the California Code of Regulations (CCR) Title 15, and your Central File have been reviewed. In addition, on November 19, 2003, you were interviewed by R. Velo, Correctional Counselor II (CCII), and he discussed with you your concerns.

During the course of your interview with CCII Velo, you informed him of your work history, having direct contact with asbestos while employed in the shipyard industry. You stated that a medical doctor at the Richard J. Donovan Correctional Facility (RJDCF) recommended that you monitor your health conditions because asbestos is known to cause lung cancer. You informed CCII Velo of your desire to participate in a mental health program due to your EOP status. You also told him that you would like to transfer to CMC-East. CCII Velo informed you that during the week of November 24, 2003, ▮▮▮▮▮▮▮▮▮▮ would be interviewing you to complete your Reception Center processing, endorsement, and subsequent transfer. You stated you are doing fine at the RJDCF and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. You ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Based on the above information, your appeal is Partially Granted at the Second Level Review.

D. M. BARNES
Chief Deputy Warden (A)

## LABORATORY REPORT

**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

R.J. DONOVAN CORRECTIONAL FAC-1
480 ALTA RD.
HOSPITAL/Cont# RJD03010
SAN DIEGO, CA 92179

PATIENT NAME: Palazzo, Raphael

DOB: 6/28/50

SEX: M   ID NO: 1899035

ACCESSION NO.: 696971

PAGE: 8:30

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|------|----------|--------|-------|-----------------|
| 1 5 225U | | | | |

COPY TO DR. LYLE

MOLECULAR TYPING
HCV RNA QT(bDNA)        314,962 H              IU/mL        <615
    THE LINEARITY OF THIS ASSAY IS BETWEEN 615 IU/ML (3200 HCV RNA
    COPIES/ML) AND 7,600,000 IU/ML (40,000,000 HCV RNA COPIES/ML)
    RESULTS OF LESS THAN 615 IU/ML INDICATE HCV VIRAL ASSAY IS BELOW
    THE LEVEL OF DETECTION FOR THIS ASSAY.   THIS ASSAY IS INTENDED FOR
    RESEARCH ONLY AND NOT TO BE USED FOR DIAGNOSTIC PURPOSES.
    METHOD: BAYER HCV RNA 3.0 ASSAY (bDNA)
HCV RNA GENO, LI              GENOTYPE 1b
    INNO-LiPA (TM) CANNOT DISCRIMINATE BETWEEN SUBTYPE 2a AND 2c OR
    BETWEEN 4c AND 4d.

    THIS TEST WAS DEVELOPED AND ITS PERFORMANCE CHARACTERISTICS
    DETERMINED BY QUEST DIAGNOSTICS NICHOLS INSTITUTE. IT HAS NOT BEEN
    CLEARED OR APPROVED BY THE US FDA. THE FDA HAS DETERMINED THAT SUCH
    CLEARANCE OR APPROVAL IS NOT NECESSARY. PERFORMANCE CHARACTERISTICS
    REFER TO THE ANALYTICAL PERFORMANCE OF THE TEST.

    (NI)TEST PERFORMED:NICHOLS INSTITUTE 33608 ORTEGA HWY,SANJUANCAPISTRANO

Signature:_____



# LABORATORY REPORT

**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
M.Y. NASIR, M.D., LAB DIRECTOR
ALLEN JAY M.D., LAB DIRECTOR

R.J. DONOVAN CORRECTIONAL FAC-1
ABD-ALTA RD
HOSPITAL/COMP# RJD02014
SAN DIEGO, CA 92179

PATIENT NAME: Palazzo, Raphael
AGE: 54    DOB: 6/28/50

REPORT DATE: 05/2?/05
PAGE: 8:30    FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|------|----------|--------|-------|-----------------|
| F1 5 225U | | | | |
| PLEASE NOTE: COPY TO DR. LYLE | | | | |
| **HEMATOLOGY** | | | | |
| WBC | | 5.0 | 103/uL | 4.5-11.0 |
| RBC | | 5.39 | 106/uL | 4.6-6.2 |
| HgB | | 15.9 | g/dL | 14-18 |
| HCT | | 47.0 | % | 42-52 |
| MCV | | 87.2 | um3 | 80-94 |
| MCH | | 29.6 | pg | 27-34 |
| MCHC | | 33.9 | % | 31.5-36.0 |
| RDW | 17.1 H | | % | 11-14.8 |
| PLATELETS | | 240 | 103/uL | 150-400 |
| MPV | | 9.7 | cu/mm | 6.8-10.6 |
| | | | | |
| MANUAL DIFF | | SeeBelow | | |
| GRANULOCYTES | | 57 | % | 54-62 |
| LYMPHOCYTE | | 33 | % | 25-33 |
| MONOCYTES | | 5 | % | 3-7 |
| EOSINOPHIL | 5 H | | % | 1-3 |
| | | | | |
| **CHEMISTRY** | | | | |
| SODIUM, SERUM | 148.1 H | | mEq/L | 136-145 |
| POTASSIUM, SERUM | | 4.5 | mEq/L | 3.5-5.1 |
| CHLORIDE, SERUM | | 106.1 | mEq/L | 101-111 |
| CO2 | 31.30 H | | mEq/L | 22-30 |
| ANION GAP | | 15.2 | | 0.0-25.0 |
| CALCIUM, SERUM | 10.4 H | | mg/dL | 8.4-10.3 |
| GLUCOSE | | 98.0 | mg/dL | 70-105 |
| BUN, SERUM | | 13.0 | mg/dL | 8-20 |
| CREATININE, SERU | | 0.9 | mg/dL | 0.6-1.3 |
| BUN CREA RATIO | | 14.44 | Ratio | 6.0-42.0 |
| OSMOLALITY CALC | | 294.55 | | |
| PHOSPHORUS | | 3.20 | mg/dL | 2.4-4.7 |
| CHOLESTEROL, SR | | 140.0 | mg/dL | 100-200 |
| TRIG | | 72.0 | mg/dL | 35-160 |
| TOTAL PROTEIN | | 7.3 | g/dL | 6.6-8.2 |
| ALBUMIN, SERUM | | 4.40 | g/dL | 3.2-5.5 |

## LABORATORY REPORT



**FOUNDATION LABORATORY**
620 S. Glendora Ave.
Glendora, CA 91740
(626) 914-3838 • Fax (626) 963-4470
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**



R. J. DONOVAN CORRECTIONAL FAC.
480 ALTA RD.
HOSPITAL/Cont# RJD08010
SAN DIEGO, CA 92179

PATIENT NAME: Palazzo, Raphael    AGE 54    DOB 5/28/50    SEX MALE    ACCESSION NO. 

DRAWN DATE /17/05    RECEIVED DATE 5/27/05    TIME 22:4    REPORT DATE 5/27/05    TIME 5:1    HUNT M.D. (PCP)

PAGE 2    8:30    FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| GLOBULIN | | 2.9 | | 1.8-5.0 |
| A/G RATIO | | 1.5 | Ratio | 0.9-1.9 |
| SGOT (AST) | 51.0 H | | U/L | 10-42 |
| SGPT (ALT) | | 46.00 | U/L | 10-60 |
| LD, SERUM | | 154.00 | | 91-180 |
| URIC ACID, SERUM | | 6.30 | mg/dL | 2.6-7.2 |
| ALK. PHOSPHATASE | | 85.00 | U/L | 42-128 |
| TOTAL BILIRUBIN | | 0.70 | mg/dL | 0.1-1.5 |
| | | | | ADULT |
| GGT, SERUM | | 42.00 | U/L | 7-64 |
| ANEMIA PANEL | | | | |
| FERRITIN | | 56.6 | ng/mL | 22-322 |
| THYROID STUDIES | | | | |
| TSH-3 | | 4.05 | uIU/mL | 0.35-5.50 |
| COAGULATION | | | | |
| PT PATIENT | | 13.9 | sec | 10.0-14.0 |
| PT CONTROL | | 12.4 | sec | 10.0-14.0 |
| PT RATIO | | 1.12 | Ratio | 1.0-1.4 |
| ISI VALUE | | 1.9 | | |
| PATIENT INR | | 1.2 | Ratio | |

ACCP(AMERICAN COLLEGE OF CHEST PHYSICIANS) THERAPEUTIC RANGE FOR ORAL
ANTICOAGULANT THERAPY.

| INDICATION | INR |
|---|---|
| PROPHYLAXIS OF VENOUS THROMBOSIS (HIGH-RISK SURGERY) | 2.0-3.0 |
| TREATMENT OF VENOUS THROMBOSIS | 2.0-3.0 |
| TREATMENT OF PULMONARY EMBOLISM | 2.0-3.0 |
| PREVENTION OF SYSTEMIC EMBOLISM: | |
| TISSUE HEART VALVES | 2.0-3.0 |
| MYOCARDIAL INFARCTION | 2.0-3.0 |
| ATRIAL FIBRILLATION | 2.0-3.0 |
| MECHANICAL PROSTATIC VALVES | 2.5-3.5 |

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| PTT PATIENT | 41.8 H | | sec | 25-36.3 |
| PTT CONTROL | | 30.7 | sec | 27.8-32.0 |

Signature: _____

# LABORATORY REPORT



**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**

R.J. DONOVAN CORRECTIONAL FAC-1
480 ALTA RD
HOSPITAL/Cont# RJD03010
SAN DIEGO, CA 92179

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Palazzo, Raphael | 54 | 6/28/50 | M | T99035 | 732557 |

| | | | | | | INTERN MD (RJD) |
|---|---|---|---|---|---|---|

TAGE 13:12

FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| F1 5 225 | | | | |
| **HEMATOLOGY** | | | | |
| WBC | | 6.2 | 103/uL | 4.5-11.0 |
| RBC | | 5.50 | 106/uL | 4.6-6.2 |
| HgB | | 16.6 | g/dL | 14-18 |
| HCT | | 48.7 | % | 42-52 |
| MCV | | 88.5 | um3 | 80-94 |
| MCH | | 30.1 | pg | 27-34 |
| MCHC | | 34.0 | % | 31.5-36.0 |
| RDW | 16.2 H | | % | 11-14.8 |
| PLATELETS | | 235 | 103/uL | 150-400 |
| MPV | | 9.7 | cu/mm | 6.8-10.6 |
| GRANULOCYTES % | | 60.1 | % | 48.9-69.9 |
| GRANULOCYTES# | | 3.74 | 103/uL | 1.5-6.7 |
| LYMPHOCYTES % | | 28.8 | % | 22.4-43.6 |
| LYMPHOCYTES# | | 1.79 | 103/uL | 1.5-4.0 |
| MONOCYTES % | | 7.2 | % | 6.2-9.8 |
| MONOCYTES# | | 0.45 | 103/uL | 0.2-0.8 |
| EOSINOPHIL % | | 3.2 | % | 0-5.0 |
| EOSINOPHIL# | | 0.20 | 103/uL | 0-0.40 |
| BASOPHIL % | | 0.7 | % | 0-2.0 |
| BASOPHIL# | | 0.04 | 103/uL | 0-0.20 |
| RBC MORPHOLOGY | | Normal | | |
| | | | | |
| **IMMUNOLOGY** | | | | |
| HAV A AB TOTAL | | NEGATIVE | | NEGATIVE |
| | | | | |
| **COAGULATION** | | | | |
| PT PATIENT | | 12.2 | sec | 10.0-14.0 |
| PT CONTROL | | 12.0 | sec | 10.0-14.0 |
| ISI VALUE | | 1.99 | | |
| PATIENT INR | | 1.0 | Ratio | |

ACCP (AMERICAN COLLEGE OF CHEST PHYSICIANS) THERAPEUTIC RANGE FOR ORAL
ANTICOAGULANT THERAPY.

| INDICATION | INR |
|---|---|
| PROPHYLAXIS OF VENOUS THROMBOSIS (HIGH-RISK SURGERY) | 2.0-3.0 |
| TREATMENT OF VENOUS THROMBOSIS | 2.0-3.0 |

## LABORATORY REPORT



**FOUNDATION LABORATORY**
1716 West Holt Ave.
Pomona, CA 91768
(909) 623-9301 • Fax (909) 623-9306
**M.Y. NASIR, M.D., LAB DIRECTOR**
**ALLEN JAY M.D., LAB DIRECTOR**

R.J. DONOVAN CORRECTIONAL FAC.
480 ALTA RD.
HOSPITAL/Cont# RJD03010
SAN DIEGO, CA 92179

| PATIENT NAME | AGE | DOB | SEX | ID NO. | ACCESSION NO. |
|---|---|---|---|---|---|
| Palazzo, Raphael | 54 | 6/28/50 | M | T99035 | 732557 |

DR. ? MD (RJD)

13:12      FINAL

| TEST | ABNORMAL | RESULT | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| TREATMENT OF PULMONARY EMBOLISM | | | 2.0-3.0 | |
| PREVENTION OF SYSTEMIC EMBOLISM: | | | | |
| TISSUE HEART VALVES | | | 2.0-3.0 | |
| MYOCARDIAL INFARCTION | | | 2.0-3.0 | |
| ATRIAL FIBRILLATION | | | 2.0-3.0 | |
| MECHANICAL PROSTATIC VALVES | | | 2.5-3.5 | |
| PTT PATIENT | 35.5 H | | sec | 25.0-34.0 |
| PTT CONTROL | | 27.49 | sec | 24.8-28.4 |

Signature:_____

STATE OF CALIFORNIA-HEALTH AND WELFARE AGENCY

DEPARTMENT OF MENTAL HEALTH

| GUIDELINES | DATE OF REPORT: _8/24/04_ |
| | DATE DICTATED: _____ |
| | DATE TYPED: _____ |

**1. IDENTIFICATION DATA**

**2. PRIOR HISTORY:** (Include previous psychiatric hospitalizations, treatment and significant past psychiatric and medical history

**3. CHIEF COMPLAINT/REASON FOR ADMISSION:** (Include reasons identified by patient and/or other sources.)

**4. PHYSICAL AND MENTAL STATUS AT ADMISSION:**

**5. HOSPITAL COURSE:** Danger to self/others; other psychiatric.

**6. HOSPITAL COURSE:** Physical problems

**7. MENTAL STATUS AT RELEASE**

**8. CURRENT LEGAL STATUS AND REASON FOR RELEASE:**

**9. DSM DIAGNOSIS:** (All five axis)

**10. RECOMMENDATIONS FOR PHYSICAL & PSYCHIATRIC FOLLOW-UP:**
a. Medications/diet/activity limitations
b. Other, e.g., Hepatitis follow-up, locked or unlocked setting.

53 y.o. Cauc ♂ from RJD CTF to A3 on 4/28/04 for further programming/stabilization. Target Symptoms/problems = - Depression (mood swings) suicidal thought & attempt. (+) Dyslexia (+) paranoid thoughts - anxiety, paranoia, pressured speech,

[redacted]

Physical Problem: Hep. C (+), Sleep apnea, Kidney failure, DSD, Eczema (Psoriasis) History: Depakote, Remeron, neurontin (Cogentin). Hospital course = Patient adjusted slowly to the unit - at first he didn't want to stay. He was not placed on any medication (patient refused) and he functioned well without it. He was noted with some sarcastic behavior. Above symptoms are now fairly under control. RJD medical problems ie. Sleep apnea is being worked up by Dr. Bourne, M.D. So far he is not too incapacitated by it. He is generally polite. He has reached maximum benefit from the program. Diagnoses: I. Bipolar Disorder, mixed, no psychosis

☐ CONTINUED ON BACK

| C. DAGCUTA | M.D. | C. Dagcuta, M.D. | M.D. | 8/24/04 |
| NAME (PRINT) | | SIGNATURE (Back of form must be signed also, if used.) | | DATE |

II ASPD  III Sleep apnea, DSD, Hep. C (+) Eczema  IV Incarceration V = 55  PLAN = Discharge to RJD. current medication (1) Naprosyn 500mg po BID
(2) may need "CPAP" machine. Patient is pending Diagnosis Confirmation of

CONFIDENTIAL PATIENT INFORMATION
SEE W & I CODE SECTION 5328

MH 5741A (Revised 1/96) DMH-VACAVILLE

Pelazzo, Ralph    T99035

**MEDICAL DISCHARGE SUMMARY**    CORE RECORD

continued breathing problem (per Dr. Bourne, M.D.) from the community hospital - ie. Sleep apnea documentation.

CDC-128-C

ME and NUMBER

CDC NUMBER: | T99035 |

CDC 128-C

| R.J. Donovan Correctional Facility |
| F10500000000225U |

PALAZZO , RALPH

## ANNUAL TB  CHRONO
## TB SKIN  TESTING

### DISTRIBUTION

CENTRAL FILE: ☐
MEDICAL FILE: ☐
INMATE: ☒

INMATE TB ALERT CODE | 33 |

_Carry Lyle DO_

L.N, LYLE. D.O., M.S.,  DIRECTOR, PUBLIC HEALTH @ RJDCF
MEDICAL—PSYCHIATRIC—DENTAL

TE | 05-04-2005 |

Exhibit A

Test results of latest X-Ray from
Physicians Medical Group (radiology)

Exhibit B
Medical Appeal No. 03-1113
State of California  granting monitoring
for Mesothibmia.

Exhibit C
Laboratory Reports / Foundation Laboratory
Accession Nos. 695731, 69503, 732557

Exhibit D
Medical Discharge Summary / Dept. Mental Health
# 534.0

Exhibit E
Annual TB Chrono / TB Skin Test
State of California