# EXHIBIT A

| Name of Claimant Searched | Name of Claimant and/or Affiliate of Claimant that is a K&E Client | Brief Description of Representation |
|---|---|---|
| Citigroup, Inc. | Citigroup Global Markets, Inc. & Citicorp North America, Inc. | Representation in matters unrelated to the Debtors |
| Baker & Taylor, Inc. | Baker & Taylor, Inc. | Representation in matters unrelated to the Debtors |
| Pacific Gas and Electric Company | PG&E Corporation | Representation in matters unrelated to the Debtors |
| Honeywell (Gomar-Linden New Jersey) | Honeywell Aerospace | Representation in matters unrelated to the Debtors |
| Exelon Corporation | Exelon Corporation | Representation in matters unrelated to the Debtors |
| Pacific Gas and Electric Company | National Energy & Gas Transmission, Inc. USGen New England, Inc. | Representation in matters unrelated to the Debtors |
| Konica Business Technologies | Konica Corporation, Inc. Konica Minolta Holdings Konica Minolta Sensing Inc. Konica Minolta Business Solutions USA, Inc. Konica Minolta Photo Imaging USA Inc. | Representation in matters unrelated to the Debtors |
| KPMG Legal | KPMG LLP (UK) Jeffery L. Morris KPMG LLP KPMG LLP (Canada) KPMG LLP (US) | Representation in matters unrelated to the Debtors |
| Deloitte & Touche LLP | Deloitte & Touche S.P.A. | Representation in matters unrelated to the Debtors |
| Deloitte & Touche LLP | Deloitte & Touche LLP | Representation in matters unrelated to the Debtors |
| Cummings & Lockwood | Cummings & Lockwood LLC Cummings & Lockwood L.L.C. | Representation in matters unrelated to the Debtors |
| Ernst & Young | Ernst & Young LLP | Representation in matters unrelated to the Debtors |
| Arthur Andersen | Arthur Andersen, LLP | Representation in matters unrelated to the Debtors |
| Cahill Gordon & Reindel LLP | Cahill, Gordon & Reindel | Representation in matters unrelated to the Debtors |
| Latham & Watkins | Latham & Watkins | Representation in matters unrelated to the Debtors |
| Gowling Lafleur Henderson LLP | Gowling Lafleur Henderson LLP | Representation in matters unrelated to the Debtors |
| ASA (Actuarial Sciences Associates Inc) | Aon Corporation Aon Brokers Services, Inc. Aon Group Inc. Aon Risk Services, Inc. U.S. Aon RiskServices Companies, Inc. Aon Services Group, Inc. Aon Direct Group Inc. | Representation in matters unrelated to the Debtors |

| Name of Claimant Searched | Name of Claimant and/or Affiliate of Claimant that is a K&E Client | Brief Description of Representation |
|---|---|---|
|  | Affinity Insurance Services, Inc. Healthcare Providers Service Organization Aon Risk Services, Inc. of Northern California Insurance Services Aon Risk Services, Inc. of Southern California Insurance Services AON Risk Services Inc. of Illinois Doris M. Grenier Kathleen A. Arriaga Kathleen Semler Richard Shamis Richard Subak Aon Risk Services, Inc. of Northern California Insurance Services Aon Reinsurance Agency, Inc. |  |
| Allen & Overy | Allen & Overy | Representation in matters unrelated to the Debtors |

K&E 10264692.1