IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

      Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-

counsel for the Debtors, in the above-captioned action, and that on the 9th day of June 2005 she

caused a copy of the following document(s) to be served upon the attached service list(s) in the

manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.  **NOTICE OF MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE 2005-2007 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES;**

2.  **MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE IMPLEMENTATION OF THE 2005-2007 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES;**

3.  **[PROPOSED] ORDER AUTHORIZING THE IMPLEMENTATION OF THE 2005-2007 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES; AND**

4.  **AFFIDAVIT OF W. BRIAN MCGOWAN IN SUPPORT OF THE DEBTORS' MOTION FOR AN ORDER AUTHORIZING, THE IMPLEMENTATION OF THE 2005-2007 LONG-TERM INCENTIVE PROGRAM FOR KEY EMPLOYEES.**

Dated: June 9, 2005

*Patricia E. Cuniff*

Patricia E. Cuniff

Sworn to and subscribed before
me this 9th day of June, 2005

Notary Public
My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public – State of Delaware
My Comm. Expires March 21, 2006

91100-001\DOCS_DE:69393.19

DOCS_DE:107664.22

**R. Grace 2002 Service List**
se No. 01-1139 (JKF)
c. No. 22588
7 - Hand Delivery
1 – Foreign First Class Mail
5 – First Class Mail


ounsel to Debtors and Debtors in Possession)
ura Davis Jones, Esquire
vid W. Carickhoff, Jr., Esquire
chulski, Stang, Ziehl, Young, Jones & Weintraub
C.
9 North Market Street, 16th Floor
O. Box 8705
lmington, DE 19899-8705

*nd Delivery*
opy Service)
cels, Inc.
o I. DiMaio
h & King Streets
lmington, DE 19801

*nd Delivery*
ounsel to DIP Lender)
ven M. Yoder, Esquire
e Bayard Firm
2 Delaware Avenue, Suite 900
O. Box 25130
lmington, DE 19899

*nd Delivery*
ounsel to Asbestos PI Committee)
urla Eskin, Esquire
urk Hurford, Esquire
mpbell & Levine, LLC
9 N. King Street
00
lmington, DE 19801

*nd Delivery*

lliam H. Sudell, Jr., Esquire
c D. Schwartz, Esquire
orris, Nichols Arsht & Tunnell
01 N. Market Street
O. Box 1347
lmington, DE 19899

*Hand Delivery*
(Counsel to Travelers Casualty and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Hand Delivery*
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

*ınd Delivery*

seph Grey, Esquire
evens & Lee
0 Delaware Avenue, Suite 800
ilmington, DE  19801

*ınd Delivery*

ounsel to Official Committee of Unsecured
editors)
ichael R. Lastowski, Esquire
tane, Morris & Heckscher LLP
00 North Market Street, Suite 1200
ilmington, DE  19801-1246

*ınd Delivery*

urie Selber Silverstein, Esquire
tter Anderson & Corroon LLP
13 N. Market Street, 6th Floor
O. Box 951
ilmington, DE  19899

*ınd Delivery*

nited States Trustee)
ank J. Perch, Esquire
ffice of the United States Trustee
4 King Street, Suite 2207
ockbox 35
ilmington, DE  19801

*ınd Delivery*

ounsel for General Electric Corporation)
odd C. Schiltz, Esquire
olf, Block, Schorr and Solis-Cohen LLP
ilmington Trust Center
00 N. Market Street
iite 1001
ilmington, DE  19801

*ınd Delivery*

athleen Miller, Esquire
nith, Katzenstein & Furlow LLP
0 Delaware Avenue
O. Box 410
ilmington, DE  19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*Hand Delivery*
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue
8th Floor, Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, 11th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Mark Hankin and HanMar Associates)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
300 Delaware Avenue, Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

*Hand Delivery*
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

nd Delivery
ounsel to Royal Insurance)
egan N. Harper, Esquire
fferato, Bifferato & Gentilotti
08 Delaware Avenue
). Box 2165
ilmington, DE 19899

nd Delivery
ounsel to The Delaware Division of Revenue)
lison E. Reardon
:laware Division of Revenue
0 N. French Street
 Floor
ilmington, DE 19801

nd Delivery
ounsel to the Libby Mine Claimants)
even K. Kortanek, Esquire
ehr, Harrison, Harvey, Branzburg & Ellers, LLP
9 Market Street, Suite 1000
ilmington, DE 19801

nd Delivery
.A. Unified School District)
illiam F. Taylor, Jr., Esquire
cCarter & English, LLP
ellon Bank Center
9 Market Street, Suite 1800
ilmington, Delaware 19899

nd Delivery
ederick B. Rosner, Esquire
span Schlesinger Hoffman, LLP
01 N. Orange Street
ite 1001
ilmington, DE 19801

nd Delivery
ounsel to American Premier Underwriters, Inc.)
io Battista, Jr., Esquire
ank Rome LLP
01 Market Street, Suite 800
ilmington, DE 19801-4226

nd Delivery
ounsel for David T. Austern)
hn C. Phillips, Jr., Esquire
illips, Goldman & Spence, P.A.
00 North Broom Street
ilmington, DE 19806

**Hand Delivery**
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Gamma Holding, NV)
David E. Wilks, Esquire
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

**Hand Delivery**
)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

**Hand Delivery**
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

**Hand Delivery**
(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Peters, Smith and Company)
Brian A. Sullivan, Esquire
Amy D. Brown, Esquire
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE 19899

*ınd Delivery*
ounsel to American Employers Insurance Co, Employers Commercial
ion n/k/a OneBeacon A (Counsel to American Employers Insurance
. Employers Commercial Union n/k/a OneBeacon America Insurance
and Unigard Insurance Co)
ıvid P. Primack, Esquire
ınker Biddle & Reath LLP
00 North Market Street
ıite 1000
ilmington, DE 19801-1254

*ınd Delivery*
ounsel to U.S. Fire Insurance Company)
ı Connor Bifferato, Esquire
ıseph K. Koury, Esquire
ıfferato, Gentilotti & Biden
08 Delaware Avenue
0. Box 2165
ilmington, DE 19899

*ıreign First Class Mail*
anadian Counsel to Debtor)
ırrick Tay, Esquire
ıgilvy-Renault
0 Bay Street
ıite 3800
ıyal Bank Plaza, South Tower
ıronto, Ontario M5J2Z4

*ırst Class Mail*
ounsel to Debtor)
ımes H.M. Sprayregen, Esquire
ımes Kapp, III, Esquire
ırkland & Ellis
0 East Randolph Drive
ıicago, IL 60601

*ırst Class Mail*
V. R. Grace & Co.)
ark Shelnitz
.R. Grace and Co.
00 Grace Drive
ılumbia, MD 21044

*ırst Class Mail*
ounsel to Asbestos PI Committee)
ihu Inselbuch, Esquire
.ta Tobin, Esquire
aplin & Drysdale, Chartered
9 Park Avenue, 27th Floor
ew York, NY 10022

*First Class Mail*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*First Class Mail*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*First Class Mail*
(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

*First Class Mail*
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA 30326-1232

*rst Class Mail*

ternal Revenue Service
:tn: Insolvency
 Hopkins Plaza, Room 1150
iltimore, MD 21201

*rst Class Mail*

ichael A. Berman, Esquire
:curities and Exchange Commission
:0 Fifth Street, N.W. (Mail Stop 6-6)
ashington, D.C. 20549

*rst Class Mail*

:cretary of Treasurer
O. Box 7040
ver, DE 19903

*rst Class Mail*

:cretary of State
.vision of Corporations
anchise Tax
O. Box 7040
ver, DE 19903

*rst Class Mail*

mes D. Freeman, Esquire
S. Department of Justice
ivironmental Enforcement Section
9 18th Street
iite 945-North Tower
:nver, CO 80202

*rst Class Mail*

n L. Heberling, Esquire
cGarvey, Heberling, Sullivan & McGarvey PC
5 South Main Street
ilispel, MT 59901

*rst Class Mail*

.trick L. Hughes, Esquire
202 Midland Walk
istin, TX 78727

*First Class Mail*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

*First Class Mail*
)
James A. Sylvester, Esquire
Intercat, Inc.
104 Union Avenue
Manasquan, NJ 08736

*First Class Mail*
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*rst Class Mail*

1arles L. Finke, Assistant General Counsel
:ad Rogers, Esquire
ffice of the General Counsel
:nsion Benefit Guaranty Corp
:00 K. Street, N. W.
ashington, D.C.  20005-4026

*rst Class Mail*

1mela Zilly
chard Shinder
1vid Blechman
ichael Alexander
1e Blackstone Group
-5 Park Avenue
:w York, NY  10154

*rst Class Mail*

1 M. Hayden
illiam H. Patrick
:ller, Draper, Hayden, Patrick & Horn, L.L.C.
:0 Poydras Street, Suite 2500
:w Orleans, LA  70130-6103

*rst Class Mail*

:ounsel to Asbestos Claimants)
even T. Baron, Esquire
ember
lber Pearlman, LLP
'11 North Haskell Avenue, 5th Floor, LLP
1llas, TX  75204

*rst Class Mail*

1nkruptcy Administration
'S Capital, Inc.
'38 Bass Road
O. Box 13708
acon, GA  31208-3708

*rst Class Mail*

.ttorneys for PPG Industries, Inc.)
.J. Winterstein, Jr., Esquire
hn J. Winter, Esquire
illiam M. Aukamp, Esquire
even Penn Center, 29th Floor
35 Market Street
iiladelphia, PA  19103

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
)
Courtney M. Labson, Esquire
Ontario Mills LP
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

*First Class Mail*
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

rst Class Mail

an Kolod, Esquire
ɔses & Singer LLP
01 Avenue of the Americas
ᵗʰ Floor
:w York, NY 10019-6076

rst Class Mail

r. Thomas Moskie
ɪnkers Trust Company
ɪur Albany Street
ɪurth Floor
:w York, NY 10006

rst Class Mail

hn P. Dillman, Esquire
nebarger Heard Goggan Blair
·aham Peña & Sampson, LLP
O. Box 3064
ɔuston, TX 77253-3064

rst Class Mail

ɪarles E. Gibson, III
:torney at Law
:0 North Street, Suite 100
ckson, MS 39202

rst Class Mail

ɪul M. Baisier, Esquire
ƷYFARTH SHAW
i45 Peachtree Street
ɪite 700
ɪlanta, GA 30309

irst Class Mail

hristopher L. Beard, Esquire
ɪe Beard Group
)2 W. Patrick Street
·ederick, MD 21701-4002

*First Class Mail*
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067

*First Class Mail*
· )
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY 11530

*First Class Mail*
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Bailey Law Firm, L.L.P.
8441 Gulf Freeway, Suite #600
Houston, TX 77017

*First Class Mail*
)
Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4ᵗʰ Avenue
Suite 2900
Seattle, WA 98104-1158

*First Class Mail*
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

*First Class Mail*
)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA 02110-2624

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

rst Class Mail

ter A. Chapman
2 Fernwood Lane
irless Hills, PA  19030

rst Class Mail

ul M. Matheny
.e Law Offices of Peter G. Angelos, P.C.
05 Harford Rd.
iltimore, MD  21214

rst Class Mail

ichael J. Urbis
rdan, Hyden, Womble & Culbreth, P.C.
90 Central Blvd, Suite G
ownsville, TX  78520

rst Class Mail

ary A. Coventry
aled Air Corporation
rk 80 East
ddle Brook, NJ  07663

rst Class Mail

hn M. Klamann
amann & Hubbard
01 College Blvd., Suite 120
rerland Park, KS  66210

rst Class Mail

seph T. Kremer, Esquire
psiptz, Green, Fahringer, Roll, Salisbury & Cambria,
.P
 Delaware Avenue, Suite 300
iffalo, NY  14202

rst Class Mail

ul D. Henderson, Esquire
es, Dies & Henderson
09 W. Green Avenue
range, TX  77630

---

*First Class Mail*

)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

*First Class Mail*

)
Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

*First Class Mail*

)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*

)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

*First Class Mail*
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*
(Counsel to Official Committee of Unsecured
Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

rst Class Mail
ennessee Department of Environment and
)nservation – Superfund)
ul G. Sumers, Esquire
√ Attorney General's Office, Bankr. Unit
O. Box 20207
ıshville, TN  37202-0207

rst Class Mail
'ounsel to numerous asbestos claimants)
:ott Wert, Esquire
ıster & Sear, LLP
.4 E. Lamar Blvd., Ste 200
:lington, TX  76011

rst Class Mail
'ounsel to Berry & Berry)
 Randall Bupp, Esquire
astiras & Terrizzi
· Professional Center Parkway
ıite 150
ın Rafael, CA  94903

rst Class Mail

nton Volovsek
:2 – Box 200 #42
amiah, ID  83536-9229

rst Class Mail
'ounsel to Weatherford U.S. Inc., and Weatherford
ternational Inc.)
:ter S. Goodman, Esquire
ndrews & Kurth LLP
i0 Lexington Avenue, 15th Floor
ew York, NY  10017

rst Class Mail

nathan H. Alden, Esquire
ssistant General Counsel
)00 Commonwealth Boulevard, MS 35
illahassee, FL  32399-3000

rst Class Mail

ate Library of Ohio
o Michelle T. Sutter
evenue Recovery
)1 E. Town Street, Second Floor
olumbus, OH  43215

First Class Mail
)
Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

First Class Mail
)
Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

First Class Mail
(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

First Class Mail
)
Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

First Class Mail
)
Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

First Class Mail
)
M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

rst Class Mail

net Napolitano
bert R. Hall
ssell W. Savory
75 West Washington Street
oenix, AZ  85007-1278

rst Class Mail

ssell W. Savory
tten, Wilson & Savory, PLLC
 Union Avenue, 14th Floor
emphis, TN  38103

rst Class Mail

edit Manager
lz Enterprises
0 Peabody Place, Suite 1400
emphis, TN  38103

rst Class Mail

mes P. Ruggeri
ott A. Shail
gan & Harton L.L.P.
5 Thirteenth Street,.N.W.
ashington, D.C.  20004-1109

rst Class Mail

even R. Bourne, Esquire
tter, McClennen & Fish, LLP
5 Seaport Blvd
ston, MA  02210-2604

rst Class Mail

niel H. Slate, Esquire
ghes Hubbard & Reed LLP
0 South Grand Avenue
s Angeles, CA  90071-3442

rst Class Mail

drea L. Hazzard, Esquire
ghes Hubbard & Reed LLP
e Battery Park Plaza
w York, NY  10004-1482

First Class Mail
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

First Class Mail
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

First Class Mail
)
Maggie De La Rosa
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX  77701

First Class Mail
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

First Class Mail
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1413

First Class Mail
)
Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, NY  10022

First Class Mail
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO  63366

rst Class Mail

urt Hartman
easurer – Tax Collector
:tn: Elizabeth Molina
'00 Pacific Highway, Room 162
:n Diego, CA  92101

rst Class Mail

ivid Aelvoet, Esquire
nebarger Goggan Blair Graham Pena & Sampson,
.P
avis Park Plaza Building
1 Navarro, Suite 300
.n Antonio, TX  78205

rst Class Mail

)bert Cimino, Esquire
iffolk County Attorney
:tn: Diane Leonardo Beckmann, Asst. County
 Lee Dennison Building
'0 Veterans Memorial Highway
O. Box 6100
iuppauge, NY  11788-0099

rst Class Mail

ounsel to Toyota Motor Credit)
)bert T. Aulgur, Jr., Esquire
O. Box 617
iessa, DE  19730

rst Class Mail

ounsel to Dow Chemical Company, Hampshire
iemical Corporation and Union
irbide Corporation)
len J. Burchfield
:gal Department
ie Dow Chemical Company
'30 Dow Center/Office 732
idland, MI  48674

rst Class Mail

ine Marie P. Kelley, Esquire
lworth Paxson, LLP
berty View – Suite 700
7 Haddonfield Road
ierry Hill, NJ  08002

*First Class Mail*
(Counsel to General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
685 3rd Avenue
New York, NY  10017-4024

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

*First Class Mail*
)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

*First Class Mail*
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

*First Class Mail*
)
Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL  60601

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

rst Class Mail

Katherine Wells, Esquire
uth Carolina Department of Health and
vironmental Control
00 Bull Street
lumbia, SC 29201-1708

rst Class Mail

ichael H. Pinkerson, Esquire
mes M. Garner, Esquire
er Garner Cahill Richter Klein McAlister & Hilbert,
L.C.
9 Poydras Street, Suite 2800
w Orleans, LA 70112

rst Class Mail

illiam H. Johnson, Esquire
rfolk Southern Corporation
w Department
ree Commercial Place
rfolk, VA 23510-9242

rst Class Mail

ounsel to Wells Fargo Bank Minnesota, National
sociation)
llsbury Winthrop LLP
40 Broadway #9
w York, NY 10036-4039

rst Class Mail

ounsel to Wells Fargo Bank Minnesota, National
sociation)
aig Barbarosh, Esquire
llsbury Winthrop LLP
0 Town Center Drive, 7th Floor
sta Mesa, CA 92626-7122

rst Class Mail

ounsel to Aldine Independent School District)
ldine Independent School District
nathan C. Hantke, Esquire
mela H. Walters, Esquire
1910 Aldine-Westfield Road
ouston, TX 77032

First Class Mail
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD 21224

First Class Mail
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI 48992

First Class Mail
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ 07095

First Class Mail
(Counsel to LaVantage Solutions)
Matthew A. Porter, Esquire
Bernard J. Bonn III, Esquire
Dechert Price & Rhoads
200 Clarendon Street
27th Floor
Boston, MA 02116-5021

First Class Mail
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX 77002

First Class Mail
(Counsel to The Texas Comptroller of Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

rst Class Mail
ounsel to Century Indemnity Company)
onard P. Goldberger, Esquire
nite & Williams LLP
00 One Liberty Place
iladelphia, PA 19103-7395

rst Class Mail
omptroller of Public Accounts of the State of Texas)
y D. Brock, Esquire
nkruptcy & Collections Division
). Box 12548
stin, TX 78711-2548

rst Class Mail

nthia C. Hemme, Esquire
nior Counsel
rtel Networks, Inc.
10 E. Chapel Hill-Nelson Hwy.
search Triangle Park, NC 27709

rst Class Mail
ounsel to Anderson Memorial Hospital)
niel A. Speights, Esquire
eights & Runyan
) Jackson Avenue, East
). Box 685
mpton, SC 29924

rst Class Mail
ounsel to WESCO Distribution, Inc.)
ie Quagliano
agliano & Seeger
13 P Street, NW
ashington, DC 20007

rst Class Mail

neral Motors Acceptance Corporation
). Box 5055
oy, MI 48007-5055

**First Class Mail**
(Counsel to Amalgamated Industries and Service
Workers Benefit Fund)
Judith Greenspan, Esquire
Associate Counsel
The Amalgamated Industries and Service Workers
Benefit Fund
730 Broadway
Tenth Floor
New York, NY 10003-9511

**First Class Mail**
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

**First Class Mail**
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

**First Class Mail**
)
Alan H. Katz, Esquire
Entergy Services, Inc.
693 Loyola Avenue, Suite 2600
New Orleans, LA 70113

**First Class Mail**
)
Sander L. Esserman
Stutzman Bromberg, Esserman & Plifka
A Professional Corporation
2323 Bryan Street
Suite 2200
Dallas, TX 75201

**First Class Mail**
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

rst Class Mail
ɔnolite Attic Litigation Plaintiffs)
zabeth J. Cabraser, Esquire
ɂff, Cabraser, Heimann & Bernstein, LLP
ɩbacadero Center West, 30th Floor
5 Battery Street
n Francisco, CA 94111

rst Class Mail
ɔnolite Attic Litigation Plaintiffs)
omas M. Sobol, Esquire
.gens Berman LLP
ɩe Main Street, 4th Floor
mbridge, Massachusetts 02142

rst Class Mail
ɔnolite Attic Litigation Plaintiffs)
ɂbert M. Fishman, Esquire
aw Gussis Domanskis Fishman & Glantz
1 N. Clark Street
ite 800
.icago, Illinois 60610

rst Class Mail

ott Barker
ɂdit Manager
elps Dodge Corp.
ɔrmerly Climax Molybdenum Marketing
ɩrporation)
ɩe North Central Avenue
ɔenix, AZ 85004

rst Class Mail

ɩudert Brothers
tn: Joseph D. Farrell, Esquire and Edward H.
ɡlinghast, III, Esquire
14 Avenue of the Americas
ɂw York, NY 10036

rst Class Mail
ounsel to Marco Barbanti)
ɩrrell W. Scott
e Scott Law Group
6 W. Sprague Ave., Suite 583
okane, WA 99201

First Class Mail
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

First Class Mail
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA 71207

First Class Mail
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

First Class Mail
(Attorney General of PA(Commonwealth of PA, Dept.
of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

First Class Mail
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

First Class Mail
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

First Class Mail
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

rst Class Mail
'.C. Baker, E.E. Jaques, B.H. Miller, M.R. Fisher,
R. Ormsbee, M. Rea and the Fisher Trust)
chard B. Spector, Esquire
ark M. Monachino, Esquire
rbett & Steelman
200 Von Karman Avenue, Suite 200
ine, CA 92612-1086

rst Class Mail
ounsel to AON Consulting, Inc.)
rry D. Kleban, Esquire
lelman Lavine Gold and Levin
ite 900
ur Penn Center
iladelphia, PA 19103

rst Class Mail
ichael Selig
estover Investments, L.L.C.
5 Old Garth Road
larlottesville, VA 22901

rst Class Mail
earthside Residential Corp.)
lan H. Ickowitz, Esquire
ssaman, Guthner, Knox & Elliott, LLP
5 South Figueroa Street, 31st Floor
s Angeles,CA 90071

rst Class Mail
eorgia Department of Revenue)
car B. Fears, III
sistant Attorney General
Capitol Square, S.W.
lanta, GA 30334

rst Class Mail
ilip J. Ward
ctoria Radd Rollins
illiams & Connolly LLP
5 Twelfth Street NW
ashington, DC 20005

*First Class Mail*
)
Ralph R. Mabey
Penrod W. Keith
LeBoeuf, Lamb, Greene & MacRae, LLP
1000 Kearns Building
136 South Main Street
Salt Lake City, UT 84101

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ 08625

*First Class Mail*
)
Craig A. Slater, Esquire
Harter,Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY 14202

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ 08625

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA 30303

*First Class Mail*
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY 10179

*rst Class Mail*
ounsel to County Of Dallas)
izabeth Weller
nebarger Goggan Blair & Sampson, LLP
23 Bryan Street, Suite 1720
allas, TX 75201-2691

*rst Class Mail*

r. Mark Hankin
anMar Associates, M.L.P.
O. Box 26767
kins Park, PA 19027

*rst Class Mail*
ounsel to Travelers Casualty and Surety Company)
nn K. Neuner, Esquire
mpson, Thacher, & Bartlett
25 Lexington Avenue
ew York, NY 10017-3954

*rst Class Mail*
ounsel to Kaneb Pipe Line Operating Partnership LP
.d Support Terminal Services, Inc.)
erald G. Pecht, Esquire
albright & Jaworski, LLP
01 McKinney, Suite 5100
ouston, TX 77010-3095

*rst Class Mail*

nathan D. Berger, Esquire
ussell Henkin, Esquire
erger & Montague, P.C.
22 Locust Street
iiladelphia, PA 19103-6365

*rst Class Mail*
ounsel to Louis S. Robles, Esquire and Robles Law
enter, P.A.)
icholas J. LePore, III
chnader Harrison Segal & Lewis LLP
iite 3600, 1600 Market Street
iiladelphia, PA 19103

*First Class Mail*
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*First Class Mail*
)
DACA V, LLC
Attn: Julie Bubnack
2120 W. Washington Street
San Diego, CA 92110

*First Class Mail*
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

*First Class Mail*
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

*First Class Mail*
(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and Associates
7743 South Painter Avenue, Suite E
Whittier, CA 90602

*First Class Mail*
(Counsel to National Union Fire Insurance Co. of
Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

*rst Class Mail*
ounsel to The Burlington Northern and Santa Fe
ilway Company)
:hard A. O'Halloran, Esquire
.ms, White & Hickton, LLC
1 Plymouth Road, Suite 500
/mouth Meeting, PA 19462

*rst Class Mail*
ounsel to Crossroads Industrial Park, Inc. and
eedsport Associates, LLC)
ott Estelle, President
ossroads Industrial Park, Inc.
). Box 220
eedsport, NY 13166

*rst Class Mail*
ounsel to the City of Knoxville)
llary Browning-Jones
:sistant City Attorney
). Box 1631
ioxville, TN 37901

*rst Class Mail*
ounsel to Westcor)
in C. Fletcher, Esquire
ie Cavanagh Firm, P.A.
50 North Central Avenue
ite 2400
.oenix, AZ 85004

*rst Class Mail*
arteret Venture)
r. Harvey Schultz
ie Schultz Organization
Woods End
:ean, NJ 07712-4181

*rst Class Mail*
ounsel to State of New York, Dept. of Taxation and
nance)
irbara G. Billet, Esquire
aine Z. Cole, Esquire
iw York State Department of Taxation and Finance
0 E. Main Street
ichester, NY 14604

*First Class Mail*
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street; Suite 945-North Tower
Denver, CO 80202

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2127

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

*First Class Mail*
)
Jenny J. Hyun, Esquire
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX 77008

st Class Mail

ıd N. Friedman
chel Fleishman
lberg Weiss Bershad Hynes & Lerach LLP
e Pennsylvania Plaza
w York, NY  10119-0165

st Class Mail

rox Capital Services, LLC
ention: Cathy Flowers
) Carillon Parkway
Petersburg, FL  33716-9876

st Class Mail

ounsel to Royal Insurance)
rl Pericone, Esquire
lson, Elser, Moskowitz, Edelman, Dicker LLP
) East 42nd Street
w York, NY  10019-5639

st Class Mail

ounsel to James Grau, Anna Grau and Harry Grau &
ns, Inc.)
ward L. Jacobs, Esquire
nkemper & Jacobs
e Shaw House
Audubon Place
). Box 70
rt Thomas, KY  41075-0070

st Class Mail

ounsel to Ben Bolt-Palito-Blanco ISD, Brownsville
), Cameron County, Hildalgo County, Orange
ove, Orange Grove ISD, Premont ISD)
ri Gruver Robertson, Esquire
lebarger Goggan Blair Pena & Sampson, LLP
19 South I.H. 35 (78741)
). Box 17428
stin, TX  78760

st Class Mail

ounsel to Carrollton-Farmers Branch Independent
1ool District)
drea Sheehan, Esquire
w Offices Of Robert E. Luna, P.C.
11 North Central Expressway
llas, TX  75205

**First Class Mail**
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

**First Class Mail**
(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn:  S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

**First Class Mail**
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA  02110

**First Class Mail**
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77002

**First Class Mail**
(Inventory Attorneys on behalf of all clients of the
Robles law firm)
Thomas Tew, Esquire
Jeffrey Tew, Esquire
Tew Cardenas Rebak Kellogg Lehman DeMaria Tague
Raymong & Levin, LLP
201 South Biscayne Boulevard, Suite 2600
Miami, FL  33131

**First Class Mail**
(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

rst Class Mail
:deral Insurance Company)
:ob C. Cohn, Esquire
zen O'Connor
00 Market Street
iladelphia, PA 19103

rst Class Mail

ntrarian Capital Trade Claims LP
tn: Alisa Minsch
1 W. Putnam Ave. S-225
eenwich, CT 06830-6263

rst Class Mail

:bt Acquisition Co of America V LLC
20 W. Washington Street
n Diego, CA 92110-2052

rst Class Mail

ngacre Master Fund Ltd.
tn: Maurie Shalome
0 7th Avenue, 22nd Fl.
w York, NY 10019-5818

rst Class Mail

erra Asset Management LLC
99 White Rd., Ste. 225
ine, CA 92614-6264

rst Class Mail

ade-Debt.Net
O. Box 1487
est Babylon, NY 11704-0487

rst Class Mail
ounsel for State Street Global Advisors)
niel M. Glosband, P.C.
odwin Procter LLP
change Place
ston, MA 02109

First Class Mail
(Fireman's Fund Insurance Company)
Jeffrey Kaufman, Esquire
Gerald F. Ellersdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, CA 94105

First Class Mail
)
John Preefer, Esquire
John Preefer
60 East 42nd Street, Suite 1201
New York, NY 10165

First Class Mail
)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

First Class Mail
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

First Class Mail
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Swidler Berlin LLP
The Washington Harbour
3000 K Street, NW, Suite 300
Washington, DC 20007

First Class Mail
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

*st Class Mail*

ɔunsel to Keri Evans, on behalf of herself and all
ers similarly situated as Plaintiff in ERISA litigation,
/il Action No. 04–11380)
chael S. Etkin, Esquire
M. Levee, Esquire
wenstein Sandler PC
Livingston Avenue
seland, NJ 07068

*st Class Mail*

ɔunsel to Charlotte Transit Center, Inc.)
ıy Pritchard-Williams, Esquire
ırgaret R. Westbrook, Esquire
nnedy Covington Lobdell & Hickman, LLP
arst Tower, 47th Floor
4 N. Tryon Street
arlotte, NC 28202

*st Class Mail*

ɔunsel to Ancel Abadic and 410 additional
imants)
e Murray Law Firm
n: Julie A. Ardoin, Esquire
) Poydras Street, Suite 2550
w Orleans, LA 70112

*st Class Mail*

ɔunsel to Allstate Insurance Company)
:fano Calogero, Esquire
drew K. Craig, Esquire
yler Burk, LLP
:ippany Corporate Center
ır Century Drive
:ippany, NJ 07054

*st Class Mail*

ɔunsel to Citicorp Del-Lease, Inc. d/b/a Citicorp
aler Finance)
:gio I. Scuteri, Esquire
:r, Burke, Gambacorta & Wright
l Benigno Boulevard, Suite 201
llmawr, NJ 08031

*st Class Mail*

ɔunsel to Everest Reinsurance Company and Mt.
:Kinley Insurance Company)
ırk D. Plevin, Esquire
:lie A. Epley, Esquire
ɔwell & Moring LLP
)1 Pennsylvania Avenue, N.W.
ıshington, DC 20004-2595

*First Class Mail*

(Counsel to The Van Cott, Bagley, Cornwall &
McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT 84145

*First Class Mail*

(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of Barnesville, Cherry Hill
Plaza, Church of the Most Holy Redeemer, Church of St. Joseph, Church of St. Luke, Church of St. Helena,
Church of St. Leo the Great, First United Methodist Church, Fargo Housing Authority, Alvin Foss, State of
Washington and Port of Seattle)
Joseph F. Rice, Esquire
James M. Hughes, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC 29465

*First Class Mail*

(Counsel to American Employers Insurance Co, Employers Commercial
Union n/k/a OneBeacon A (Counsel to American Employers Insurance
Co, Employers Commercial Union n/k/a OneBeacon America Insurance
Co and Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

*First Class Mail*

(Counsel to U.S. Fire Insurance Company)
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*First Class Mail*

(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*rst Class Mail*
ounsel to Certain Underwriters at Lloyd's
ndon and Certain London Market Companies)
ary K. Warren, Esquire
enda D. DiLuigi, Esquire
nklaters
45 Avenue of the Americas, 19th Floor
w York, NY  10105

*rst Class Mail*
ransfer Agent)
Acquisition Partners
tn:  Michael J. Leffell
5 Third Ave., Ste 3300
w York, NY  10022

*rst Class Mail*
ransfer Agent)
ir Harbor Capital LLC
5 Avenue of the Americas, Ste. 2305
w York, NY  10001

*rst Class Mail*
ransfer Agent)
rtia Partners LLC
e Sound Shore Dr., Ste. 100
eenwich CT  06830

## File a Motion:

01-01139-JKF W.R. GRACE & CO. and Asbestos Plaintiffs (Claimants)

### U.S. Bankruptcy Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Carickhoff, David W. entered on 6/10/2005 at 4:53 PM
EDT and filed on 6/10/2005

**Case Name:**          W.R. GRACE & CO. and Asbestos Plaintiffs (Claimants)
**Case Number:**        01-01139-JKF
**Document Number:** 8602

**Docket Text:**
Motion to Authorize *the Implementation of the 2005-2007 Long-Term Incentive Program for Key
Employers* Filed by W.R. GRACE & CO. Hearing scheduled for 7/18/2005 at 12:00 PM at US
Bankruptcy Court, 824 Market St., Wilmington, DE. Objections due by 6/28/2005.. (Attachments: # (1)
Notice# (2) Order# (3) Affidavit of Brian McGowan# (4) Affidavit of Service & Service List)
(Carickhoff, David)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** W:\DE Bankruptcy\W.R. Grace\June 2005\DWC\6-10-05\Motion\Motion.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/10/2005] [FileNumber=3886922-0]
[6ceed620d8e6bc50135111fca8d40c2c0c6e5f81920ed569000077b46b2337d57a64
eb26c8ca05094aa69d7db81b10084bd5e0db65267a94ddbcda9b05148cea]]
**Document description:** Notice
**Original filename:** W:\DE Bankruptcy\W.R. Grace\June 2005\DWC\6-10-05\Motion\Notice.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/10/2005] [FileNumber=3886922-1]
[29d0658f3ec9e027ce58f8533bb396362a20d8f8640c315852e5ff8466202eb0bdc7
e6cca82ce7371ca863b723b7d9fd0f21bfebfb082ed2e7c964bbb2953231]]
**Document description:** Order
**Original filename:** W:\DE Bankruptcy\W.R. Grace\June 2005\DWC\6-10-05\Motion\Order.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/10/2005] [FileNumber=3886922-2]
[38b8135b283654741efaa8d37037e6788e9f52f88396a68802fb0ca8ace64bf73013
1031eb7d44a366f7da519b104dbe248439f51b0aa0d5a9a515f431892c14]]
**Document description:** Affidavit of Brian McGowan
**Original filename:** W:\DE Bankruptcy\W.R. Grace\June 2005\DWC\6-10-05\Motion\Affidavit of Brian
McGowan.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=6/10/2005] [FileNumber=3886922-3]
[4d20aff6ac8e6c1819f0f43239ae1126cb025fb4cc9a1533b3e55e8508f966223db6
11da648b3a6ac2a9a9d0109ec5099002ab2951f557a003f1333c30939667]]