# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: March 28, 2005 |
| | | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JANUARY 1, 2005 THROUGH JANUARY 31, 2005, FOR THE QUARTER OF JANUARY 2005 – MARCH 2005**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **January 1, 2005 – January 31, 2005** |
| Amount of Compensation sought as actual, | **$7,343.50 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT

reasonable, and necessary:

Amount of expense reimbursement sought as
actual, reasonable, and necessary:              **$34.10 for the period**

This is a _x_ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately
**(3.00)** hours, and the corresponding estimated compensation *that will be requested in a
future application* is approximately **$ (338.00)**.

Prior fee applications:

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |

| | | | | | |
|---|---|---|---|---|---|
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, 2002 | April 1, 2002 – June 30, 2002 | $60,393.50 | $701.74 | $55,739.00 | $701.74 |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002 – September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002– October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002– November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003– January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002– December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003– March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003– April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003– December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004– January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |

3

| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- March 31, 2004 | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | Pending | Pending |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2005 – December 31, 2005 | $3,397.50 | $24.51 | Pending | Pending |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
| --- | --- | --- | --- | --- | --- | --- |
| Newman J. Smith | Partner | 27 years | Environmental | $290.00 | 3.90 | $1,131.00 |
| M.D. Bryan | Partner | 25 years | Corporate | $400.00 | .40 | $160.00 |
| B.F. Hawkins, Jr. | Partner | 14 years | Environmental | $290.00 | 2.20 | $638.00 |
| Rose-Marie T. Carlisle | Of Counsel | 22 years | Environmental | $260.00 | 12.00 | $3,120.00 |
| J.E. Holmes | Of Counsel | 12 years | Real Estate | $260.00 | 2.50 | $650.00 |
| Betsy J. Burn | Associate | 5 Years | Bankruptcy | $220.00 | 2.00 | $440.00 |

Grand Total for Fees:  $6,139.00
Blended Rate:        $266.91

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| | | | | | | |
|---|---|---|---|---|---|---|
| Laurie J. Jennings | Paralegal | 3 years | Environmental | $125.00 | 5.40 | $675.00 |
| Anne R. Price | Paralegal | 2 years | Bankruptcy | $105.00 | 3.40 | $357.00 |
| Karla Lucas | Project Assistant | 1 year | Environmental | $75.00 | 2.30 | $172.50 |

Grand Total for Fees:    $1,204.50
Blended Rate:    $108.51

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06000 | General | 24.90 | $5,574.00 |
| 02399/06003 | Beaco Road Site | .30 | $32.50 |
| 02399/06032 | Charleston | .80 | $232.00 |
| 02399/06091 | Fee Applications | 5.40 | $797.00 |
| 02399/09007 | Alchem Chemical Co. | 2.70 | $708.00 |
| TOTAL | | 34.1 | $7,343.50 |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $1.10 |
| Lexis | $31.65 |
| Photocopies | $1.35 |
| Total | $34.10 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and

says as follows:

     1.    I am a partner with the applicant firm, Nelson Mullins Riley &

Scarborough, L.L.P and I am a member in good standing of the bar of the State of South

Carolina.

     2.    I have personally performed certain of, and overseen the legal services

rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in

environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.    The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this 3 day of _____, 2005

_____ (L.S.)
Notary Public for South Carolina
My Commission Expires: 9/3/09

7

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: March 28, 2005 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5



# NELSON
Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                              February 22, 2005
ATTN: Lydia Duff, Esq.                                    Invoice 668823 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06000                     For Services Through 01/31/05
WR Grace #          063-KL-721490-01-501251
Name of Matter:     General

| Date | Description | Hrs. | Rate | Amount |
|---|---|---|---|---|
| 01/04/05 | Confer with Attorney Hawkins regarding air applicability issue (0.1); review notes and regulations relating to issue (1.1); detailed voice mail message to agency to clarify issue (0.1); status memorandum to client (0.1); confer with agency representatives (0.4); research regarding EPA materials available (0.9). | | | |
| | R.T. CARLISLE | 2.70 hrs. | 260.00/hr | $702.00 |
| 01/05/05 | Review electronic mail memoranda from agency contact (0.1); forward same to Ms. Duff (0.1); review agency's documents on relevant section (0.7); participate in conference call on applicability issue (0.8); review follow-up electronic mail memoranda (0.1); electronic mail memorandum to Attorney Hawkins regarding call (0.1); assign to Paralegal Jennings task of locating additional documents to be reviewed (0.1). | | | |
| | R.T. CARLISLE | 2.00 hrs. | 260.00/hr | $520.00 |
| 01/05/05 | Confer with Attorney Carlisle regarding Federal Regulations requested, and then begin on-line research for same. | | | |
| | L.J. JENNINGS | 0.90 hrs. | 125.00/hr | $112.50 |
| 01/05/05 | Provide Paralegal Jennings with SIC code manual to be reviewed per her request. | | | |
| | K. LUCAS | 0.30 hrs. | 75.00/hr | $22.50 |
| 01/06/05 | Review information relating to applicability issue (1.7); call to EPA contact regarding availability of documents (0.1); assign to Paralegal Jennings task of locating additional relevant information (0.1); follow-up review of information (0.4); | | | |
| | R.T. CARLISLE | 2.30 hrs. | 260.00/hr | $598.00 |
| 01/06/05 | Research Lexis for Federal Register documents requested by Attorney Carlisle. | | | |
| | L.J. JENNINGS | 0.40 hrs. | 125.00/hr | $50.00 |
| 01/06/05 | On-line research and book review to locate SIC/NAICS Codes, per Attorney Carlisle's request. | | | |
| | L.J. JENNINGS | 1.10 hrs. | 125.00/hr | $137.50 |
| 01/06/05 | Continue on-line research to pull and collate multiple Federal Regulations for Attorney Carlisle's review. | | | |
| | L.J. JENNINGS | 1.00 hrs. | 125.00/hr | $125.00 |

| | | | |
|---|---|---|---|
| 01/07/05 | Review documents related to applicability (1.1); communication with agency contact regarding transmission of background document regarding applicability issue (0.2). | | |
| | R.T. CARLISLE | 1.30 hrs.    260.00/hr | $338.00 |
| 01/09/05 | Review background documents. | | |
| | R.T. CARLISLE | 0.20 hrs.    260.00/hr | $52.00 |
| 01/10/05 | Respond to question regarding air applicability issue (0.3); review background information on air applicability issue forwarded from Attorney Carlisle (0.4); review additional information on applicability of Subpart UUU and provide input to Attorney Carlisle for follow-up work (1.1). | | |
| | B.F. HAWKINS, JR. | 1.80 hrs.    290.00/hr | $522.00 |
| 01/10/05 | Complete review of background documents (1.6); confer with client regarding applicability issue (0.9); electronic mail memorandum to Attorney Hawkins regarding conference call and action items (0.2); communications with Attorney Hawkins regarding same (0.2). | | |
| | R.T. CARLISLE | 2.90 hrs.    260.00/hr | $754.00 |
| 01/11/05 | Review information on air applicability question. | | |
| | B.F. HAWKINS, JR. | 0.40 hrs.    290.00/hr | $116.00 |
| 01/18/05 | Confer with Attorney Carlisle regarding status of audit request. | | |
| | L.J. JENNINGS | 0.10 hrs.    125.00/hr | $12.50 |
| 01/19/05 | Continue development of response to audit letter, conformance to procedures for response. | | |
| | N.J. SMITH | 0.70 hrs.    290.00/hr | $203.00 |
| 01/19/05 | Review incoming correspondence for two separate issues, then instruct Project Assistant Lucas regarding updating file with same. | | |
| | L.J. JENNINGS | 0.40 hrs.    125.00/hr | $50.00 |
| 01/20/05 | Locate and provide information for Attorney Hawkins' review. | | |
| | K. LUCAS | 0.10 hrs.    75.00/hr | $7.50 |
| 01/21/05 | Locate and provide information for Attorney Hawkins' review. | | |
| | K. LUCAS | 0.10 hrs.    75.00/hr | $7.50 |
| 01/24/05 | Review Audit Response Letter. | | |
| | M.D. BRYAN | 0.30 hrs.    400.00/hr | $120.00 |
| 01/24/05 | Complete audit response, coordinate with reviewer, Attorney Bryan, and send to accountant. | | |
| | N.J. SMITH | 1.40 hrs.    290.00/hr | $406.00 |
| 01/24/05 | Confer with Attorney Smith and Accounting Department to assist with completion of audit request for client, then review summaries and multiple other documents to prepare correspondence to Attorneys Melchers and Carlisle requesting factual edits, per request of Attorney Smith. | | |
| | L.J. JENNINGS | 1.30 hrs.    125.00/hr | $162.50 |
| 01/25/05 | Complete response letter with Attorney Bryan's comments. | | |
| | N.J. SMITH | 0.80 hrs.    290.00/hr | $232.00 |
| 01/25/05 | Review audit response letter. | | |
| | M.D. BRYAN | 0.10 hrs.    400.00/hr | $40.00 |
| 01/25/05 | Review draft response to auditor's request (0.1); confer with Attorney Smith regarding scope of request (0.1); confer with Attorney Melchers regarding status of Beaco Road and Li Tungsten sites (0.2); draft revisions to response to auditor's request and transmit same to Attorney Smith and Paralegal Jennings (0.2). | | |
| | R.T. CARLISLE | 0.60 hrs.    260.00/hr | $156.00 |

01/25/05    Create folder for incoming information regarding bankruptcy (0.3); create expando for new air applicability issue update same with correspondence folder containing incoming correspondence (0.5); create new expando for "real estate work" and create correspondence folder then collate and add same (0.5); create pleadings/orders folder and index for incoming order then update real estate work expando with same (0.4).

| | | | |
|---|---|---|---|
| K. LUCAS | 1.70 hrs. | 75.00/hr | $127.50 |

**Fees for Legal Services**.................................................................................................... **$5,574.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 2.90 | 290.00 | 841.00 |
| B.F. HAWKINS, JR. | 2.20 | 290.00 | 638.00 |
| M.D. BRYAN | 0.40 | 400.00 | 160.00 |
| R.T. CARLISLE | 12.00 | 260.00 | 3,120.00 |
| L.J. JENNINGS | 5.20 | 125.00 | 650.00 |
| K. LUCAS | 2.20 | 75.00 | 165.00 |
| TOTAL | 24.90 | $223.86 | $5,574.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/04/2005 | Telephone 1-202-564-7016 | 0.10 |
| 01/06/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: DOCUMENT PRINTING; Quantity: 2.00 | 0.71 |
| 01/06/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: SINGLE DOCUMENT RETRIEVAL; Quantity: 1.00 | 0.39 |
| 01/06/2005 | Service: NEXIS SERVICE; Charge Type: DOCUMENT PRINTING; Quantity: 1.00 | 0.36 |
| 01/06/2005 | Service: NEXIS SERVICE; Charge Type: SEARCHES; Quantity: 2.00 | 6.83 |
| 01/06/2005 | Telephone 1-202-564-7016 | 0.10 |
| 01/06/2005 | Telephone 1-212-637-3165 | 0.05 |
| 01/07/2005 | Telephone 1-609-720-4346 | 0.05 |
| 01/10/2005 | Telephone 1-410-531-4210 | 0.05 |
| 01/12/2005 | Service: LEXIS LEGAL SERVICES; Charge Type: SEARCHES; Quantity: 3.00 | 23.36 |
| 01/13/2005 | Telephone 1-212-637-3165 | 0.10 |
| 01/13/2005 | Telephone 1-212-637-3165 | 0.10 |
| 01/14/2005 | Telephone 1-212-637-3165 | 0.05 |
| 01/19/2005 | Telephone 1-410-531-4210 | 0.05 |
| 01/25/2005 | Telephone 1-410-531-4210 | 0.15 |
| 01/27/2005 | Telephone 1-212-637-3165 | 0.20 |
| 01/28/2005 | Telephone 1-212-637-3165 | 0.10 |
| **Total Charges for Other Services Provided/Expenses Incurred**...................................... | | **$32.75** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Lexis | 31.65 |
| Telephone | 1.10 |
| TOTAL | $32.75 |

**Net current billing for this invoice** ..................................................................................... **$5,606.75**

**GRAND TOTAL**............................................................................................................ **$5,606.75**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
### NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | | |
|---|---|---|
| Fees for Professional Services | $5,574.00 | |
| Charges for Other Services Provided/Expenses Incurred | $32.75 | |
| **Net current billing for this invoice** ................................................................ | | **$5,606.75** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:**  Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:**  National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          February 22, 2005
ATTN: Lydia Duff, Esq.                              Invoice 668824 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/06003                    For Services Through 01/31/05
WR Grace #            063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| 01/21/05 | Locate and provide information to Attorney Carlisle for scheduled conference call. | | | |
|---|---|---|---|---|
| | L.J. JENNINGS | 0.20 hrs. | 125.00/hr | $25.00 |
| 01/25/05 | Update file with incoming correspondence for Attorney Carlisle. | | | |
| | K. LUCAS | 0.10 hrs. | 75.00/hr | $7.50 |

**Fees for Legal Services**......................................................................................... **$32.50**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| L.J. JENNINGS | 0.20 | 125.00 | 25.00 |
| K. LUCAS | 0.10 | 75.00 | 7.50 |
| TOTAL | 0.30 | $108.33 | $32.50 |

**Net current billing for this invoice** ................................................................. **$32.50**

**GRAND TOTAL**................................................................................................. **$32.50**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

---

| | |
|---|---|
| Fees for Professional Services | $32.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................... | **$32.50** |

---

| Terms of Payment: **Balance due within thirty days of invoice date** |
|---|

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

February 22, 2005
Invoice 668825  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 01/31/05 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | | |
|---|---|---|---|---|
| 01/20/05 | Begin review of RMT submittal to DHEC received today. | | | |
| | N.J. SMITH | 0.30 hrs. | 290.00/hr | $87.00 |
| 01/26/05 | Review message and information regarding stormwater discharge (0.1); complete review of submittal to DHEC after approval of delineation, note isolated wetlands and potential issue for DHEC on wetland impacts not under Nationwide Permit program (0.4). | | | |
| | N.J. SMITH | 0.50 hrs. | 290.00/hr | $145.00 |

**Fees for Legal Services** ...................................................................................................... **$232.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.80 | 290.00 | 232.00 |
| TOTAL | 0.80 | $290.00 | $232.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 01/20/2005 | Photocopies 27 Page(s) | 1.35 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$1.35**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Photocopies | 1.35 |
| TOTAL | $1.35 |

**Net current billing for this invoice** ................................................................................... **$233.35**

**GRAND TOTAL** .................................................................................................................. **$233.35**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $232.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.35 |

Net current billing for this invoice ................................................................. **$233.35**

| |
|---|
| **Terms of Payment: Balance due within thirty days of invoice date** |

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC



# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
ATTORNEYS AND COUNSELORS AT LAW
TAX ID No. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA  29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                          February 22, 2005
ATTN: Lydia Duff, Esq.                             Invoice 668829  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #              02399/06091                     For Services Through 01/31/05
Name of Matter:           Fee Applications

| | | | | |
|---|---|---|---|---|
| 01/26/05 | Call from Attorney Melchers regarding status of 14th Interim Fee Application and other matters. | | | |
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/26/05 | Edit and revise Project Category Summary spreadsheet. | | | |
| | B.J. BURN | 0.70 hrs. | 220.00/hr | $154.00 |
| 01/26/05 | Follow up on status of 15th Quarterly Fee Application (0.1); update tracking chart (0.1). | | | |
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/26/05 | Draft 15th Quarterly Fee Application for attorney review. | | | |
| | A.R. PRICE | 2.10 hrs. | 105.00/hr | $220.50 |
| 01/27/05 | Edit 15th Quarterly Fee Application and review. | | | |
| | B.J. BURN | 0.50 hrs. | 220.00/hr | $110.00 |
| 01/27/05 | Research Pacer for entry of Order on 13th Quarterly Fee Application and update chart (0.1); update Attorney Hawkins on same (0.1). | | | |
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |
| 01/27/05 | Finalize 15th Quarterly Fee Application for attorney review. | | | |
| | A.R. PRICE | 1.30 hrs. | 105.00/hr | $136.50 |
| 01/31/05 | Further edits and revisions to 15th Quarterly Fee Application | | | |
| | B.J. BURN | 0.20 hrs. | 220.00/hr | $44.00 |

**Fees for Legal Services** ................................................................................................... **$797.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 2.00 | 220.00 | 440.00 |
| A.R. PRICE | 3.40 | 105.00 | 357.00 |
| TOTAL | 5.40 | 147.59 | 797.00 |

| | |
|---|---|
| **Net current billing for this invoice** ................................................................................ | **$797.00** |
| **GRAND TOTAL**................................................................................................................ | **$797.00** |

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER I 1009
COLUMBIA, SOUTH CAROLINA  2921 1
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $797.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................. | **$797.00** |

---

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**WIRING INSTRUCTIONS**

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:**  053200666
**Account #:**  04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

# NELSON

Nelson Mullins Riley & Scarborough, L.L.P.

# MULLINS

## NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

ATTORNEYS AND COUNSELORS AT LAW
TAX ID NO. 57-0215445
POST OFFICE BOX 11070
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

W. R. Grace & Co.                                                    February 22, 2005
ATTN: Vicki B. Finkelstein                                          Invoice 668830 Page 1
7500 Grace Drive
Columbia, MD 21044

Our Matter #          02399/09007                        For Services Through 01/31/05
Name of Matter:       Alchem Chemical Co.

| | | | | |
|---|---|---|---|---|
| 01/20/05 | Review client documents (0.9); prepare first amendment to contract for purchase and sale of Fulton County property (1.1); telephone conferences with Mr. McKenzie and Ms. Finklestein regarding same (0.5). | | | |
| | J.E. HOLMES | 2.50 hrs. | 260.00/hr | $650.00 |
| 01/25/05 | Review submittal to EPA on assessment plan. | | | |
| | N.J. SMITH | 0.20 hrs. | 290.00/hr | $58.00 |

**Fees for Legal Services** ............................................................................................... **$708.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.20 | 290.00 | 58.00 |
| J.E. HOLMES | 2.50 | 260.00 | 650.00 |
| TOTAL | 2.70 | 262.22 | 708.00 |

**Net current billing for this invoice** ................................................................................. **$708.00**

**GRAND TOTAL** ............................................................................................................. **$708.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: ACCOUNTS RECEIVABLE
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
P.O. DRAWER 11009
COLUMBIA, SOUTH CAROLINA 29211
TELEPHONE (803) 799-2000

For Services Through 01/31/05

W. R. Grace & Co.
Alchem Chemical Co.
Our Matter # 02399/09007

| | |
|---|---|
| Fees for Professional Services | $708.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$708.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

### WIRING INSTRUCTIONS

**Account Name:** Nelson Mullins Riley & Scarborough, L.L.P.
Columbia Operating Account
**ABA#:** 053200666
**Account #:** 04032 24077 01
**Bank:** National Bank of South Carolina (NBSC), Sumter, SC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., co-counsel for the Debtors, in the above-captioned action, and that on the 8th day of March 2005 she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:69393.19

1.  **SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM JANUARY 1, 2005 – MARCH 2005; AND**

2.  **FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JANUARY 1, 2004 THROUGH JANUARY 31, 2004.**

Dated: March 8, 2005

*Patricia E Cuniff*

Patricia E. Cuniff

Sworn to and subscribed before
me this 8th day of March, 2005

Notary Public
My Commission Expires: _____

HOLLY T. WALSH
Notary Public - Delaware
My Comm. Expires Feb. 11, 2006

91100-001\DOCS_DE:69393.19

-2-

DOCS_DE:105858.7

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
14 - E-Mail

smcfarland@pszyj.com
(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
Scotta McFarland, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Counsel to Debtors and Debtors in
Possession)
Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
Frank J. Perch, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail:*
*james_kapp@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
James Kapp, III, Esquire
Kirkland & Ellis

**E-mail:** *pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail:** *rserrette@stroock.com*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

**E-mail:** *jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail:** *david.heller@lw.com and*
*carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

**E-mail:** *pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP